**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO.II)**

17-MD-2767(PAE)
17-MC-2767 (PAE)

***This Document Relates to All Actions***

---

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LEMUEL A. MOYÉ, M.D., Ph.D**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Paul W. Schmidt in Support of Defendants' Motions to Exclude the Testimony of the Plaintiff Experts, and Exhibits attached thereto, and upon all prior proceedings, pleadings, and filings in this Action, Defendants will move this Court at Thurgood Marshall, United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York, before the Honorable Paul A. Engelmayer, United States District Judge, for an Order excluding the expert testimony of Lemuel A. Moyé, M.D., Ph.D, in its entirety, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharm., Inc.*, 509 U.S. 579 (1993), and for such other relief that the Court may deem just and proper.

In accordance with the schedule set by the Court, Plaintiffs' opposition papers will be filed and served on March 15, 2018, and Defendants' reply papers shall be filed and served on March 26, 2018.

DATED: March 2, 2018

Respectfully submitted,

*s/ Paul W. Schmidt*

Paul W. Schmidt
Michael X. Imbroscio
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5272
Facsimile: (202) 778-5272
pschmidt@cov.com
mimbroscio@cov.com

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
scook@goldmanismail.com

James Shepherd
Shook Hardy & Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
eshepherd@shb.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer OY*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2018, a copy of the foregoing has been served on the interested parties in this action via ECF:

Martin D. Crump
Davis & Crump PC
2601 Fourteenth Street
Gulfport, Mississippi 39501
martincrump@daviscrump.com
*Co-Lead Counsel for Plaintiffs*

Lawrence L. Jones II
Jones Ward PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
larry@jonesward.com
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
PO Box 30049
Elkins Park, Pennsylvania 19027
msk@thlawyer.com
*Liaison Counsel for Plaintiffs*

*/s/ Paul W. Schmidt*
Paul W. Schmidt