**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO.II)**

17-MD-2767(PAE)
17-MC-2767 (PAE)

***This Document Relates to All Actions***

---

# EXPERT REPORT OF GERI D. HEWITT, M.D.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Mirena IIH Litigation**

**General Report of Geri D. Hewitt, MD**

## I. Background and Qualifications

I am currently a full professor at Ohio State University College of Medicine in the Department of Obstetrics and Gynecology and the Department of Pediatrics. I have been a faculty member at Ohio State since completing my residency in OB/GYN at Georgetown University in Washington, DC in 1994. I graduated from the Ohio State University College of Medicine in 1990 and from the University of Michigan with a B.S. in Biology in 1986.

My professional time is divided evenly between the two departments. I am the Section Chief of Obstetrics and Gynecology at Nationwide Children's Hospital and a member of the General Obstetrics and Gynecology Division at Ohio State Medical Center. My responsibilities in my latter role include supervising and teaching residents and medical students on both the gynecologic service and labor and delivery. Our gynecologic service provides emergency room coverage, in-hospital consultative services, and both planned and emergency surgery for patients drawn from the community, our own teaching clinic population, faculty practice, and transfer patients from throughout the region.

I have a faculty adult general OB/GYN practice within our department, where I practice with several other OB/GYNs and nurse practitioners. Our faculty practice also collaborates with a nurse midwifery group employed by OSU. My practice there includes the full range of general adult OB/GYN, including well woman care, contraception and family planning, obstetrical services, and gynecologic surgery. I counsel patients about their contraceptive options and provide all means of female contraception; I routinely place

intrauterine devices (IUDs). I perform both outpatient minor and inpatient major gynecologic surgeries.

As the Section Chief of Obstetrics and Gynecology at Nationwide Children's Hospital, my responsibilities include running a referral-based pediatric and adolescent gynecology clinic, performing surgery, and collaborating in the Center for Colorectal and Pelvic Reconstruction. I routinely provide contraceptive counseling for pediatric and adolescent gynecology patients, for simple contraception, and for medical indications such as patients with developmental delays, chronic pelvic pain, endometriosis, abnormal uterine bleeding, and menstrual suppression. I work closely with the Adolescent Medicine Department and provide contraception consultation for patients that are medically complicated, such as patients with thrombophilias, von Willebrand's disease, hypertension, or connective tissue diseases. I routinely counsel patients and their families about contraceptive options and routinely place IUDs both in the clinic and, in some cases, the operating room. I teach medical students, OB/GYN and pediatric residents, and adolescent medicine and pediatric surgery fellows at Nationwide Children's Hospital.

I have taught medical students and residents my entire career. The majority of my lectures and talks have focused on topics relating to pediatric and adolescent gynecology. I have lectured and written primarily about chronic pain, contraception, pediatric vaginitis, cloacal malformations, and ectopic pregnancy. My teaching activities include both educating trainees about the risks and benefits of IUDs, and training and supervising IUD placement.

I am a Fellow of the American College of Obstetrics and Gynecology (ACOG) and am the Vice Chair of the Committee of Adolescent Health Care for ACOG. I have participated in

writing PROLOG manuscripts for ACOG, most recently editing the Office Practice edition of PROLOG, a practice-based book compiled by ACOG. I am a member of the North American Society of Pediatric and Adolescent Gynecology and serve on their board as the Treasurer of the organization. I am also on the editorial board of the Journal of Pediatric and Adolescent Gynecology. I am a board examiner for the general OB/GYN oral board examination for the American Board of Obstetrics and Gynecology (ABOG) and am currently serving on the writing committee for the Maintenance of Certification (MOC) examination, the writing committee for the basic qualifying examination for ABOG, and the ABOG Pediatric and Adolescent Gynecology (PAG) committee. I have been named to "Best Doctors in Columbus" and "Best Doctors in America" annually since 2006. Please see my attached CV for further detail on my education, training, experience, and professional accomplishments.

## II. Gynecology & the Female Reproductive System

Obstetrics and gynecology, both medical and surgical specialties, focus on female reproductive health concerns across the lifespan. Obstetrics includes care of women during pregnancy; gynecology includes reproductive related care in non-pregnant woman. Contraception and family planning are major components in reproductive health care for many patients. Optimizing women's ability to time and limit pregnancies enhances improved pregnancy outcomes as well as attainment of professional and personal goals.

The female reproductive system includes the external female genitalia (labia, clitoris, urethra, hymen, vaginal introitus, perineal body), vaginal canal, cervix, uterus, fallopian tubes, and ovaries. The uterine wall has three layers: the endometrium, which lines the endometrial cavity, the muscular wall or myometrium, and the thin outer serosa.

The endometrium is a soft structure composed of a single layer of endothelial cells and overlying connective tissue rich in uterine glands and blood vessels. It has a superficial functional level adjacent to the uterine cavity and a basal layer adjacent to the underlying myometrium. The myometrium forms the strength layer of the uterine wall. Smooth muscle predominates the myometrium at the fundus, and connective tissue is more extensive at the cervix. (Lobo 2017). The serosa is a thin layer of epithelial cells that envelops the uterus. It is the myometrium, not the endometrium or serosa, that serves as the physical barrier between the uterine cavity and the peritoneal cavity.

The hormonally-active components of the female reproductive system include the ovaries and the endometrial lining, which is the primary hormonally-responsive component of the uterus. The production of hormones by the ovaries is driven by the hypothalamic-pituitary-ovarian (HPO) axis. The hypothalamus produces pulsatile gonadotropin releasing hormone (GnRH), which stimulates the anterior pituitary to secrete follicle stimulating hormone (FSH). FSH stimulates recruitment of ovarian follicles and estrogen production. This represents the first half of the menstrual cycle known as the follicular phase. During the follicular phase, the endometrial lining proliferates in response to the estrogen stimulation. The length of the follicular phase is variable between both cycles and women. By mid-cycle in an ovulatory cycle, while multiple follicles have developed, a dominant follicle has been recruited. The estrogen production then drops, stimulating a surge in luteinizing hormone (LH) from the anterior pituitary. The LH surge stimulates ovulation from thê dominant follicle. This event marks the transition to the second half of the menstrual cycle, known as the luteal phase.

The luteal phase is constant in length at approximately 14 days and is dominated by progesterone production from the dominant follicle, which is now called the corpus luteum. The endometrial lining responds to the progesterone by producing secretory glands in preparation for a potential pregnancy, marking the transition from a proliferative endometrium in the follicular phase to a secretory endometrium in the luteal phase. In a cycle when conception happens, fertilization happens in the ampullary region of the fallopian tube and implantation occurs in the secretory endometrial lining. In a cycle not resulting in conception, the progesterone levels eventually fall due to diminished production from the corpus luteum, leading to the organized sloughing of the endometrium, or menses. The progesterone impacts the uterus at the level of the endometrial lining; the progesterone has no significant impact on the myometrium of the uterus. Menses marks the beginning of the next cycle. Thus, "thinning" of the endometrium in response to female sex hormones is a normal part of the menstrual cycle in women of reproductive age, even those not using hormonal contraception.

Hormonal physiology is altered in patients with obesity. Androstendione (an androgen) is converted to estrone (an estrogen) in the peripheral fat tissues. Therefore, obese women have higher circulating active estrogen levels. This physiologic change seen in obesity puts women at increased risk of anovulation, dysfunctional uterine bleeding, and endometrial hyperplasia and cancer. Additionally, serum progesterone levels are lower in obese women than they are in women of normal weight (Yeung 2013).

## III. Pregnancy and Contraception

### A. Inherent Risk With Pregnancies

All pregnancies are associated with maternal risk. Maternal obesity increases certain risks associated with pregnancy, whether planned or unplanned. These include pregnancy-related hypertensive disorders, need for cesarean section, surgical complications associated with cesarean delivery, venous thromboembolic events, and gestational diabetes.

### B. Risks of Unintended Pregnancy

Unintended pregnancy remains a worldwide public health concern. In the United States, roughly one half of all pregnancies are unintended, and half of those pregnancies occur in women using contraception (Finer 2011; Finer 2014; Winner 2012; Peipert 2012). Many of these pregnancies result in abortion or unintended parenting. Unintended or mistimed pregnancies have significant consequences – medical, social, developmental, and financial – for women, children, and families, as well as society as a whole. There are many complex causes of unintended pregnancy, including lack of education, access, and financial barriers. Those relating to contraception include cost, limited access, imperfect use, discontinuation, side effects, safety concerns, and contraceptive failure. Access to free, highly effective contraception decreases unintended pregnancy and abortion rates and improves pregnancy outcomes (Peipert 2012).

### C. Contraceptive Options

There is no one perfect contraceptive method. Contraceptive fit is important and may be fluid for individual patients throughout their reproductive lifespan. Having a wide array of contraceptive choices enhances a patient's ability to find a good fit in terms of safety, tolerability, efficacy, and approved duration of use. Contraceptive methods fall into

several categories and can be divided based on reversibility (permanent sterilization versus reversible methods) or by method type.

**1. Sterilization**

Permanent sterilization interrupts the conduit allowing the sperm to fertilize the ovum and includes vasectomy for men and various tubal occlusion methods for women. While highly effective, sterilization is only an option for those who have completed their childbearing.

**2. Reversible Methods**

Reversible methods include short-acting hormonal methods, long-acting reversible contraception, barrier methods, and rhythm or timing methods. In choosing a contraceptive method, efficacy, non-contraceptive benefits, and risks must be taken into account.

**a) Barrier Methods**

Barrier methods have a similar mechanism of action as sterilization, in that they interrupt fertilization. Barrier methods include female and male condoms. Insofar as they interrupt fertilization, intrauterine devices are also barrier methods. The female and male condom are less efficacious than many of the others methods, particularly with typical use. Both the copper IUD and the levonorgestrel intrauterine system (LNG-IUS) prevent pregnancy by impairing sperm function. The LNG-IUS has additional mechanisms of action that may enhance contraceptive efficacy: it thickens cervical mucous making sperm penetration more difficult and causes thinning of the uterine endometrial lining making implantation of a fertilized ovum less likely. It is generally accepted that IUDs prevent

pregnancy primarily through pre-implantation mechanisms (WHO 1997; ESHRE 2008; ACOG 2017 #186).

### b) Short-Acting Hormonal Contraception

Oral contraceptives, patches, rings, and injections work primarily by inhibiting ovulation, impairing the ability of sperm to fertilize the egg, or both, and include both progestin-only and combination estrogen and progestin methods. The systemic progestin-only methods include daily oral progestin pills and quarterly intramuscular injections of depo medroxyprogesterone acetate. The combination hormonal methods include daily oral pills, a weekly transdermal contraceptive patch, and a monthly vaginal contraceptive ring. Estrogen-containing methods are contraindicated in women with certain medical conditions, and while the absolute incidence is low, combined hormonal methods are associated with an increased risk of thromboembolism, particularly in women over 35 who smoke (CDC MEC 2016).

Short-acting hormonal methods generally have very high efficacy with perfect (correct and consistent) use; however, because they require regular adherence to be effective, failure rates with typical use are substantially higher than with long-acting methods (see Table at Appendix 1).

### c) Long-Acting Reversible Contraceptive Methods

As of January 2018, long-acting reversible contraceptive methods (LARC) methods include available IUDs (one copper IUD in the United States called ParaGard, and four LNG IUDs – Mirena, Skyla, Liletta, and Kyleena) and the etonorgestrel contraceptive implant. Most contraceptive experts suggest that LARC methods should be first line contraceptive

options for almost all women since they are highly effective, well received by patients, and very safe (ACOG 2015 #642).

Recently, several prospective studies have found that LARC methods are well tolerated, safe, and play an important role in decreasing unintended pregnancy. The CHOICE study showed that when cost is not a factor, patients preferentially choose LARC methods. The CHOICE study was performed in St. Louis; the trial enrolled 9,256 teens and women at risk of pregnancy. LARC methods were chosen by 68% of trial participants, with Mirena the most popular method chosen in the trial (45% of participants) (Peipert 2011). Mirena also had the highest continuation and satisfaction rates (Peipert 2011; O'Neil-Callahan 2013; Diedrich 2015). Contraceptive efficacy was much higher with LARC methods in the CHOICE study when compared to the pill, patch, or vaginal ring (Winner 2012). This high efficacy was realized regardless of patient age. Due to use of LARC methods, during the time of the study the teen pregnancy and abortion rates declined in St. Louis, and were lower than national averages (Peipert 2012). The CHOICE study, as well as other initial observational studies, provides encouraging data about acceptance, continuation rates, and failure rates in LARC use in teens. Continued access to LARC methods is an important U.S. public health issue.

IUDs including Mirena are an excellent contraceptive choice in terms of safety and contraceptive efficacy for women with complex medical conditions, for whom combination contraceptives may not be appropriate. For example, migraine with visual aura is a contraindication to use of combination hormonal contraceptive methods (MEC category

4).[1] Patients with this condition can use any type of IUD, given that they carry the MEC rating of 1. In addition, uncontrolled or malignant hypertension is a contraindication to use of combination hormonal contraceptive methods (MEC category 4), and combination hormonal contraceptives are not recommended even for women with controlled hypertension (MEC category 3). Mirena is MEC categories 2 and 1 for these conditions, respectively.

### D. Obesity and Contraception

#### 1. Obesity and Contraceptive Efficacy

Obesity impacts not only risks of pregnancy, as discussed above, but it also has an impact on contraceptive choice and efficacy.

In terms of efficacy, the strongest evidence about decreased contraceptive efficacy in obese women is in LNG-containing emergency contraception. In fact, it is no longer recommended that obese women be provided with LNG-based emergency contraception due to the low serum levels of LNG and complete lack of efficacy (Praditpan 2017).

There is also concern with diminished efficacy surrounding systemic hormonal contraceptive methods in obese women, specifically the contraceptive patch and combined oral contraceptives. There is evidence that maternal obesity diminishes contraceptive efficacy of these combination hormonal contraceptive methods, as contraceptive hormone levels may be lower in obese women (Edelman 2017; Jusko 2017).

---

[1] The Centers for Disease Control publishes the United States Medical Eligibility Criteria (US MEC) for Contraceptive Use, which includes recommendations for contraceptive use in individuals who have certain medical conditions or other relevant characteristics. *See* CDC MEC website, available at https://www.cdc.gov/reproductivehealth/contraception/mmwr/mec/summary.html.

Because there is no evidence of decreased contraceptive efficacy due to obesity in women using the LNG-IUS, this is an excellent contraceptive choice for obese women (Edelman 2017; CDC MEC 2016). When counseling obese women about contraceptive choice, they should be counseled similar to the general population about safety and efficacy; and for this reason the LNG-IUS is a preferred contraceptive method for obese and overweight women both in my practice, and in the population more broadly (Peipert 2011; Saito-Tom 2015; Edelman 2017; Mosher 2017).

### 2. Obesity and Contraceptive Safety

In counseling obese women about contraceptive options, safety is a significant concern. Obese women using combination systemic hormonal contraceptive methods are at increased risk of venous thromboembolism (VTE) compared to non-obese women (Lobo 2017; Grimes 2005).[2] Obese women using an LNG-IUS do not face an increased risk of VTE compared to non-obese peers, and therefore from a safety perspective, LNG-IUS is an excellent choice for contraception (Lobo 2017; Grimes 2005).

There is overwhelming evidence supported by statements from leading provider and public health organizations, and reflected in my practice, that IUDs are a preferred choice over combination hormonal contraceptives in terms of both safety and efficacy for obese women. *See, e.g.,* 2016 MEC. In the most recent CDC Medical Eligibility Criteria, LARC methods (including all IUDs and the contraceptive implant) are given the rating of 1 (most safe contraceptive choice) for obese women; combination hormonal methods are listed as 2 (meaning they are less safe choices for women with obesity). While obesity

[2] Obesity also has many risks outside the reproductive realm, including being the most well-defined risk factor for IIH among women of reproductive age. Indeed, excess weight is a significant risk factor for IIH, and IIH is seen most commonly in obese women.

alone is a MEC 2 for combination methods, other common comorbidities associated with obesity, such as hypertension, longstanding diabetes, or diabetes with end organ damage, may elevate the MEC to a 3 (risks generally outweigh benefits) or a 4 (should not be used).

## IV. Mirena

### A. Mirena Side Effects and Safety Profile

The side effect and safety profile of Mirena is very favorable when compared to other contraceptive methods and to pregnancy itself (Speidel 2013). The most common side effect is a change in the menstrual pattern, with most patients eventually experiencing lighter or absent menses. Additionally, Mirena use is not associated with weight gain compared to use of non-hormonal contraceptive methods (Vickery 2013, dos Santos 2017, Modesto 2015).

Because the levonorgestrel in Mirena is released locally into the uterine environment, there is reduced systemic exposure as compared to hormonal contraceptive methods that rely on systemic delivery, and Mirena may be used safely in women with many chronic medical conditions for whom combined methods are not considered first line options (CDC MEC 2016; Mirena Labels).

Unlike with other hormonal contraceptives or pregnancy, there is no evidence that the risk of VTE is increased in Mirena users compared with the general population. Both the lack of estrogen and the diminished systemic hormone exposure contribute to this important safety feature (Tepper 2016). This is particularly important for patients at increased risk of VTE, as these patients have limited contraceptive options.

While the copper IUD also has excellent efficacy, high rates of continuation, and a similar safety profile compared to LNG-IUS, the side effect profile differs between the two

IUD types. As with other progestin-only methods, women using LNG-IUS often remain ovulatory and may develop physiologic ovarian cysts. Patients using the copper IUD often experience heavier menstrual bleeding, particularly during the first six months of use. This can be very problematic for patients, particularly if their menses are at all heavy or prolonged prior to insertion of a copper IUD.

Some risks are nevertheless similar for both IUDs. With both LNG-IUS and copper IUDs there is a risk of ascending reproductive tract infection in the first few weeks to months after placement, after which the incidence of pelvic infection is similar for IUD users and non-users (WHO 1997; ESHRE 2008; ACOG 2017 #186). This transient risk is thought to be due to spread of pre-existing infection by the insertion procedure, rather than due to the IUD itself. Uterine perforation is a known complication of all intrauterine procedures, including IUD use.

### B. Non-Contraceptive Benefits of LNG-IUS

Mirena also offers patients non-contraceptive benefits. Studies have shown Mirena to be effective in the treatment of adenomyosis, endometrial hyperplasia, and as uterine protection in women using estrogen replacement therapy (Varila 2001; Maia 2003; Haimovich 2008). The non-contraceptive benefits unique to the LNG-IUS also include lighter menstrual bleeding or amenorrhea, decreased dysmenorrhea, and less pelvic pain associated with endometriosis.

Heavy menstrual bleeding (with or without a bleeding abnormality) can be managed very successfully with Mirena. Studies have found Mirena to be superior to typical medical therapy for the treatment of menorrhagia (Gupta 2013). Combined hormonal contraceptive methods carry an increased risk of VTE by comparison. Surgical

methods like dilation and curettage may be only temporizing, and endometrial ablation precludes future pregnancy. Hysterectomy to treat heavy menstrual bleeding in a uterus free of significant pathology carries significant (and unnecessary) surgical morbidity and mortality and also precludes future pregnancy.

Mirena also effectively treats dysmenorrhea (Proctor 2006; Bahamondes 2007), and dysmenorrhea and chronic pelvic pain due to endometriosis are both effectively treated with Mirena (Petta 2005; Tanmahasamut 2012). Other medical options include combined contraceptive methods with a lower continuation rate and higher VTE risk, depo medroxyprogesterone acetate with risk of reversible bone loss and weight gain, and leuprolide acetate with significantly higher cost, shorter duration of use, and side effects including hot flashes and bone loss. Surgical intervention for dysmenorrhea in the form of LUNA (laparoscopic uterosacral nerve ablation) has not been effective at relieving symptoms long term in clinical trials. Conservative surgical management of endometriosis has the best outcome when followed by additional medical therapy unless pregnancy is desired and imminent after surgical intervention. All surgical interventions carry greater risk than Mirena.

I commonly use Mirena in my practice as both a first line contraceptive method and for medical indications, including menstrual suppression in patients with developmental delay, heavy menstrual bleeding, dysmenorrhea, and chronic pelvic pain in endometriosis. I also use Mirena in my practice to diminish menstrual flow in patients with bleeding abnormalities, though, of note, only contraception and treatment of heavy menstrual bleeding are approved indications for Mirena in the United States, and Mirena is the only IUD approved in the United States for treatment of heavy menstrual bleeding and is

considered first-line therapy. This is no trivial point. Menorrhagia can have significant medical, emotional, and social consequences for women, and effective treatment is critical.

Another important part of my practice is providing gynecologic care for patients with developmental disabilities. Menstrual suppression or management is a common concern for families with daughters with developmental disabilities. Often families need protection from pregnancy in the event of abuse, help with menstrual hygiene to keep the patient in school and workshops, and management of painful symptoms often impacting behavior. It can be challenging to help safely meet the patient's and family's needs. Options for doing so include combined hormonal contraceptives, depo medroxyprogesterone acetate, oral progestins, or LNG-IUS. VTE risk is highest in combined hormonal use; this is particularly problematic in patients who suffer lack of mobility or are wheelchair bound. Patients with developmental disabilities are often unable to insert the vaginal ring and are more likely to pick off the transdermal patch. Depo medroxyprogestone acetate is associated with weight gain and reversible bone loss (which limits long-term use); both are often significant concerns for patients and families. Thus, as a long-acting highly effective method for contraception with the added benefit of decreasing menstrual bleeding, Mirena plays an important role for my practice caring for this patient population.

### C. Non-Contraceptive Benefits of LNG-IUS in Obese Women

In addition, while both copper and progestin IUDs are excellent choices in terms of safety and contraceptive efficacy for obese women, the progestin-containing IUDs (LNG-IUS) offer the added non-contraceptive benefit of protection against endometrial hyperplasia, which can lead to endometrial cancer (Fraser 2013). Because of the elevated

circulating levels of estrone seen in obesity, obese women are at an increased risk of endometrial hyperplasia and endometrial cancer (Wise 2016). In addition, obese patients are often anovulatory, resulting in lower serum progesterone levels and a lack of a monthly organized menstrual bleed. Instead, they often experience unpredictable, heavy and prolonged menstrual bleeding episodes as they bleed randomly with sloughing of the proliferative endometrial lining. Using a progestin IUD minimizes proliferation of the endometrial lining and minimizes this symptom, which is another non-contraceptive benefit of progestin-containing IUDs such as Mirena. By contrast, copper IUDs do not provide endometrial protection, do not minimize heavy menstrual bleeding symptoms, and are associated with increased menstrual bleeding, particularly in the first six months of use.

## V. Idiopathic Intracranial Hypertension

### A. Background

Idiopathic intracranial hypertension (IIH) is a clinical syndrome of increased intracranial pressure in the absence of space-occupying lesions or vascular lesions for which no causative factor can be identified (Ball 2006). The cause is undetermined. Both absolute BMI and weight gain are associated with IIH (Daniels 2007).

The disease most frequently occurs in women during the reproductive years, and the frequency of obesity in patients with IIH is very high (Ball 2006). Apart from female gender, reproductive age, and weight, there are no proven associations in IIH (Ball 2006, Lee UpToDate 2017).

### B. Hormonal Contraceptives and IIH

I understand that plaintiffs' experts claim the LNG in Mirena causes women to develop IIH. Most reported IIH cases in Mirena users are among obese women (Valenzuela

2017). The patients most likely to be using hormonal contraceptives are women who are reproductive aged. IIH most commonly presents in women of reproductive age (Ball 2006). It is not surprising, then, to identify IIH in women using hormonal contraceptives. Yet published case-control studies have consistently found no association between hormonal contraception and IIH, despite the fact that LNG-containing oral contraceptives provide significantly higher doses of LNG than Mirena. (Digre 1984; Durcan 1988; Ireland 1990; Gerstman 1991; Giuseffi 1991; Radhakrishnan 1993; Ball 2006; *compare* Mirena label, Seasonique label, Alesse label). IIH is extremely rare among women using hormonal contraceptives, including Mirena (Valenzuela 2017).

I am aware that the Norplant and Jadelle labels described that cases of IIH had been reported in users of LNG-containing subdermal implants, and that the plaintiffs in this litigation have relied on that statement in the labels as evidence that Norplant causes IIH. However, there is no reliable evidence that Norplant causes IIH.

Isolated case reports of IIH in Norplant users date back to 1993. In a poster, Sunku et al. report two patients who were diagnosed with IIH while using Norplant. No weight information is provided. Both patients responded with improvement of their symptoms undergoing traditional treatment for IIH. Their implants were removed during the course of their treatment. The authors conclude it is not known whether the association is etiological or coincidental (Sunku 1993).

A subsequent poster presentation collected 100 patients who were reproductive-age women using Norplant. The authors do not report their weight, or change in weight. An unknown number of patients were identified with IIH. An unknown proportion of them

had Norplant removed, and an unknown proportion of those improved with removal of the device (Tang 1995).

Alder et al. report, in a letter to the editor, two cases of IIH in two women using a Norplant device. Both were reproductive-aged women. The authors report the women were not obese, but no further information on BMI or change in weight leading up to diagnosis is provided. Both patient's symptoms resolved with traditional treatment. Both patients also had their implants removed. One of the patients had three recurrences over 18 months after implant removal. These authors conclude that the cause of IIH is not known, and that it remains unclear whether Norplant causes intracranial hypertension (Alder 1995).

Wysowski et al. describe 39 spontaneous adverse event reports of IIH in Norplant users. Spontaneous adverse event reports are subject to known limitations. (Q&A on FDA's FAERS, https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/). They can be reported by anyone, including diagnosing physicians, family members, patients, or their advocates. Frequently, the clinical information provided is incomplete. For example, there was no weight reported in 21 out of 39 Norplant users analyzed by Wysowski. In the 18 patients in whom weight was reported, 16 were obese and 2 were overweight. Eight reported significant recent weight gain ranging from 14 to 30 pounds. Some patients experienced resolution while continuing to use Norplant, some experienced resolution after stopping Norplant use, and some did not experience resolution even after stopping Norplant use. The authors concluded that it was not

possible for them to determine whether Norplant, obesity or weight gain, or both factors were related to the occurrence of IIH (Wysowski 1995).

Based on these Norplant data, there is no reliable evidence of a causal relationship between exposure to systemic levonorgestrel (in the form of Norplant use) and the development of IIH. Case reports such as these have limited usefulness and are unable to establish causal relationships.

While the Mirena IUD and the Norplant contraceptive device both used LNG as an active ingredient, the route of administration and dosage impact serum levels, and the mechanism of action differs between the two. Norplant has higher serum levels because it is predominantly absorbed systemically, which allows its mechanism of action to be inhibition of ovulation.[3] By contrast, LNG-IUS is absorbed systemically to a much lesser degree and has lower serum levels.[4] Mirena's primary contraceptive method is local uterine effect, and not inhibition of ovulation. We know that patients often continue to ovulate while using the LNG IUS.

Additionally, combination oral contraceptive pills which contain LNG also have a significantly higher serum level than both LNG-IUS and Norplant.[5] As to be expected, their primary mechanism of action is inhibition of ovulation. Yet, as noted earlier, although oral contraceptives have higher serum LNG levels than Mirena, they are not associated with IIH. (Digre 1984; Durcan 1988; Ireland 1990; Giuseffi 1991; Radhakrishnan 1993) Of note, the

---

[3] According to the Norplant label, average LNG serum levels in Norplant users are: 327 ± 119 pg/mL at Month 12; 258 ± 95 pg/mL at Month 60; and 300 pg/mL over 5 years (average).

[4] According to the Mirena label, average LNG serum levels in Mirena users are: 180 ± 66 pg/mL at Month 12; 192 ± 140 pg/mL at Month 24; and 159 ± 59 pg/mL at Month 60.

[5] For example, according to the Seasonique label, average LNG serum levels in users are: 3,000 ± 1,000 pg/mL at Day 1; 6,200± 1,600 pg/mL at Day 21; and 5,500 ± 1,600 pg/mL at Day 84. According to the Alesse label, average LNG serum levels in users are: 2,750 ± 800 pg/mL at Day 1; 4,520 ± 1,790 pg/mL at Day 6; and 6,000 ± 2,650 pg/mL at Day 21.

studies evaluating oral contraceptives and IIH were conducted when the predominant progestins used in oral contraceptives were levonorgestrel/norgestrel (the same active drug) and norethindrone; they found no association between oral contraceptives and IIH. (Gerstman 1991). This suggests that LNG at any dose does not cause IIH.

Additionally, not only do Mirena users have lower LNG serum levels than OC users, but LNG serum levels are lower in obese women using LNG-containing hormonal contraceptives than in normal-weight women using the same contraception (Praditpan 2017; Creinin 2015; Jusko 2017; Edelman 2016; Sivin 1997). Therefore, it is very difficult from a biological or clinical perspective to even hypothesize how LNG could be a causative factor in developing IIH.

### C. Valenzuela 2017

I have reviewed the Valenzuela et al. 2017 study about IIH and Mirena IUD use. There are significant limitations to the study.

One problem is how contraceptive method was determined. In the University of Utah case series and analysis, they performed telephone interviews and asked the patient to recall what her contraceptive method was at the time of her diagnosis of IIH. For some patients, this would have been years prior, and would lead to a recall bias. In the control group, they used a different method to identify exposure to Mirena. They did not directly ask patients, nor did they review their medical records, nor did they query an EMR system. Instead, they opted for utilization of a billing database. They chose to try to identify Mirena IUD users by finding a CPT code indicating insertion of a Mirena IUD inside the University of Utah healthcare system between the years 2008 and 2013. This would not have captured patients who had the IUD inserted prior to 2008, which could have been a

significant proportion, particularly because the IUD is approved for use for up to 5 years and is typically used for more than 3 years (Diedrich 2015). This also would not have captured women who had the IUD inserted outside the University of Utah healthcare system. IUDs are often inserted in community-based private practices, student health facilities, or in federally-funded or Title X sites like Planned Parenthood. Nor would it have captured women who had an IUD inserted at the University of Utah healthcare system but did not have a CPT code entered into the system. Had the controls been asked about their contraceptive use in a manner similar to the cases, those categories of women would have been captured as Mirena users, but because the control exposure was identified by CPT codes alone, they were not. This would certainly account for the extremely low Mirena exposure in the controls identified in the article. In fact, other published data from Utah show a significantly higher prevalence of Mirena use in Utah (Boulet 2016; Sanders 2017). Valenzuela's estimated 2% Mirena use among controls is also inconsistent with national data reporting substantially higher rates of Mirena use among American women (Branum 2015; Daniels 2014; Kavanaugh 2015).

In the Denmark analysis there is again an under-estimation of women with exposure to the Mirena IUD in the controls. They calculated a proportion of women using the Mirena IUD based on single-year sales divided by the country-wide population of reproductive-aged women. Because Mirena is typically used for multiple years, using a single year's sales data cannot capture all the controls using the IUD. It would markedly underestimate the percentage of women using the IUD. In fact, population-based estimates in Denmark estimate that approximately 10% of women during the study period were using the Mirena IUD (Lindh 2017), which is consistent with other published data as well

(Cibula 2008). This is significantly higher than the exposure the authors use based on their single-year sales calculation (3.5%).

Two additional limitations in Valenzuela 2017 are the failure to age match and the lack of control for weight or weight gain, well-known risk factors for IIH. Since women with excess weight are at the highest risk of IIH, and Mirena is a particularly good choice for such patients, failure to control for weight further precludes the results from establishing an association between Mirena use and IIH. Similarly, since women who use Mirena tend to be around the age of 30 (Sanders 2017) as are women who develop IIH (Valenzuela 2017), whereas the control women were more likely to be older and therefore less likely to use Mirena (CDC 2004), failure to control for age also precludes the results from establishing an association between Mirena use and IIH.

The Valenzuela paper also fails to support any dose response or biological gradient argument, in that the average time reported between Mirena insertion and symptom emergence was 22 months (Valenzuela 2017), despite the fact that Mirena's LNG release, and therefore patients' LNG serum levels, are highest in the first few months of release and declines thereafter (Mirena label; Apter 2014). If there were an association between the LNG in Mirena and IIH, one would expect most patients would develop symptoms when the LNG dose was at its highest, rather than after the average 22 months of use reported by Valenzuela. Bayer's assessment of its Mirena adverse event reports also demonstrates that, where the data is available, most Mirena patients reporting possible IIH report developing symptoms more than a year after Mirena insertion (Bayer BfArM Response 2017).

Based on these significant limitations, and particularly on how the authors identified/defined IUD use in the control groups, this study offers no support for the

conclusion that Mirena increases the risk of IIH. I therefore disagree with plaintiff expert Dr. Philip Darney's conclusion that, based on the odds ratios reported the in the study, Mirena should be removed from patients diagnosed with IIH. Indeed, the authors of the Valenzuela study themselves conclude that their study does not suggest that Mirena can cause IIH, and they "do not recommend removal of the LNG-IUS from women with PTC, as the benefit of effective contraception for these women likely outweighs the risk." I also agree with the authors' recommendations that Mirena should be considered an effective contraceptive option in women with or at risk for IIH, and should not be removed from women with IIH. Those recommendations are consistent with my clinical practice.

**D. Etminan 2015 and 2017**

I have also reviewed the 2015 publication by Etminan et al. and subsequent related letters to the editor (Etminan 2015; Etminan 2016; Etminan 2017).

Like Valenzuela, neither of the analyses performed by Etminan et al. 2015 controlled for BMI or weight gain. Etminan et al. analyzed adverse events from FAERS but failed to limit analysis to female gender and reproductive age. The lead author admitted that when so limited, there is no signal for IIH compared to age- and gender-matched controls (Etminan 2017; Etminan Affidavit). And for the same reasons that spontaneous adverse event reports cannot establish a causal relationship, neither can a comparative analysis of their reporting proportions (Q&A on FDA's FAERS; 2005 FDA Guidance). Furthermore, in their cohort analysis, the authors found no significant difference between Mirena and two oral contraceptives, again supporting a lack of a causal relationship.

*****

In sum, IIH most commonly occurs in reproductive-age, obese women, for whom a Mirena IUD is an excellent choice. In reviewing the medical literature, and consistent with my decades of experience as a practicing ob-gyn, there is no reliable evidence of a causal relationship between levonorgestrel exposure or Mirena IUD use and IIH. For both obese and non-obese women, the benefits of Mirena IUD use in terms of safety, efficacy, and non-contraceptive benefits far outweigh any unproven increased risk of the development of IIH.

I have reviewed the reports of plaintiffs' experts in this litigation, and many of the experts' opinions and conclusions are not supported by reliable scientific methods. For example, the experts relying on the Valenzuela study failed to engage in a critical review of the study data, and simply accepted the odds ratios reported in the study without addressing the significant limitations that undermine the study results. Many of plaintiffs' experts have also applied the Bradford Hill criteria to reach their causation opinion. However, there must be "perfectly clear-cut" evidence of an association "beyond what we would care to attribute to the play of chance" before proceeding with the Bradford Hill analysis (Hill 1965). Here, where the available evidence does not meet that threshold requirement of a clear-cut association – indeed, where the only epidemiology studies are deeply flawed across multiple dimensions – the Bradford Hill criteria cannot be appropriately applied.

### E. Pharmacology

I am aware that the plaintiffs in this litigation have suggested that a higher proportion of circulating LNG is free with Mirena users as compared to combined oral contraceptive users. However, for purposes of pharmacologic effects, it is the total amount of free LNG circulating in the serum that matters, not the proportion. Because the total

serum level of LNG is so much higher in combined oral contraceptive users, even if the proportion of free LNG is slightly lower, their overall amount of free LNG is still higher compared to Mirena users (Mirena label; Seasonique label; Alesse label). Furthermore, the proportion of free LNG has no bearing on clinical decision making about contraceptive choice, because the proportion is very low and similar across LNG-containing products.

### F. Androgenicity Theory

I am aware that plaintiffs' experts have hypothesized a mechanism by which they suggest that LNG may cause IIH through its effects on androgen receptors. Plaintiffs' experts attempt to support this theory in part by noting that some Mirena patients have reported "androgenic" side effects.

First, IIH is not a recognized "androgenic side effect." As a clinician who has prescribed hormonal contraceptives and counseled patients on potentially androgenic side effects for more than two decades, and as an active member in many leading national OB/GYN organizations, I have never heard of or considered IIH to be an androgenic side effect.

Second, based on my clinical experience prescribing LNG-containing contraceptives including Mirena to women over several decades, I note that while some of my patients have reported potentially-androgenic effects such as acne and minor hirsutism concurrent with their use of LNG-only contraceptives, that has no impact on my clinical decision-making to prescribe Mirena. First, it is not uncommon for women of reproductive age to experience these types of symptoms, regardless of whether they are taking any exogenous hormones. Moreover, it is not uncommon that patients may experience increased acne when they switch from oral contraceptives to an LNG-IUS, not because of any effect of the

LNG-IUS, but because they are replacing an estrogen-containing contraceptive (which reduces acne) with a progestin-only contraceptive (which does not offer this suppressive effect). For patients using LNG-IUS who are concerned with acne, I have counseled and prescribed them oral contraceptives to control their acne while continuing their LNG-IUS for contraceptive effect.

## VI. Mirena Labeling

I am aware that the Norplant and Jadelle labels stated that there had been reports of IIH in users of LNG-containing subdermal implants. As discussed above, there is no reliable evidence of a causal relationship between Norplant use and IIH in the medical literature, and the label did not state otherwise. I placed and removed Norplant implants in my clinical practice when it was available, and my awareness of Norplant's IIH warning never impacted my clinical practice. I have seen no support for the opinion of plaintiff expert Dr. Frederick Fraunfelder – who is not an OB/GYN, and who does not prescribe contraceptives as part of his medical practice – that a prescribing doctor would more likely than not warn about IIH with Norplant, or that they would warn patients about Mirena and IIH if a similar warning existed in the label.

I note that Nexplanon, the currently available progestin-only contraceptive implant, does not carry a contraindication for use in patients with IIH, nor are there any statements about discontinuing its use if IIH develops. Similar to Nexplanon, in the Mirena IUD label there is no contraindication to its use in patients with a clinical diagnosis of IIH, nor is there a recommendation to remove the IUD if a patient develops or is diagnosed with IIH. In addition, there is not an IIH warning in the U.S. label of levonorgestrel-containing oral contraceptives I prescribe.

Given the fact that there is no reliable evidence in the literature of a causal relationship between Mirena IUD use and IIH, the current labeling is accurate and reflective of best medical evidence. From a practical clinical perspective, the presence or absence of an IIH warning in the Mirena label would have no bearing on my use of Mirena. Moreover, adding a clinically irrelevant and scientifically inaccurate IIH warning to the Mirena label would not be appropriate, because it would deter women from using one of the safest and most efficacious contraceptives in favor of less effective contraceptives with additional clinically-relevant risks. This deterrent effect would be particularly medically harmful for obese women, who face potentially decreased contraceptive efficacy and increased risk with combined hormonal contraceptive methods compared to non-obese women.

In conclusion, having reviewed all of the available evidence, I see no evidence that Mirena can or does cause IIH, and no information that would warrant a change in my prescribing practice. This is further substantiated by the CDC MEC. My continued recommendation is that Mirena be used as a first-line contraception in women with IIH, based on the available evidence and supported by the CDC MEC.

I hold the above opinions, which are based on my education, training, experience and review of the scientific evidence and literature, to a reasonable degree of medical and scientific certainty. I reserve the right to amend and/or supplement my opinions should additional information become available, and to respond to the opinions and testimony of others. I am compensated at a rate of $400 per hour in this matter. Attached to this report please find a copy of my current CV, a list of the materials reviewed specifically in the context of this matter, and a list of all sworn expert testimony that I have given in the past four years.

Geri D. Hewitt, M.D.

January 18, 2018

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## APPENDIX 1: CONTRACEPTIVE EFFICACY TABLES

Table 3–2 Percentage of women experiencing an unintended pregnancy during the first year of typical use and the first year of perfect use of contraception, and the percentage continuing use at the end of the first year. United States.

| | % of Women Experiencing an Unintended Pregnancy within the First Year of Use | | % of Women Continuing Use at One Year[3] |
|---|---|---|---|
| Method (1) | Typical Use[1] | Perfect Use[2] | (4) |
| No method[4] | 85 | 85 | |
| Spermicides[5] | 28 | 18 | 42 |
| Fertility awareness-based methods | 24 | | 47 |
| Standard Days method[6] | | 5 | |
| TwoDay method[6] | | 4 | |
| Ovulation method[6] | | 3 | |
| Symptothermal method[6] | | 0.4 | |
| Withdrawal | 22 | 4 | 46 |
| Sponge | | | 36 |
| Parous women | 24 | 20 | |
| Nulliparous women | 12 | 9 | |
| Condom[7] | | | |
| Female (fc) | 21 | 5 | 41 |
| Male | 18 | 2 | 43 |
| Diaphragm[8] | 12 | 6 | 57 |
| Combined pill and progestin-only pill | 9 | 0.3 | 67 |
| Evra patch | 9 | 0.3 | 67 |
| NuvaRing | 9 | 0.3 | 67 |
| Depo-Provera | 6 | 0.2 | 56 |
| Intrauterine contraceptives | | | |
| ParaGard (copper T) | 0.8 | 0.6 | 78 |
| Mirena (LNg) | 0.2 | 0.2 | 80 |
| Implanon | 0.05 | 0.05 | 84 |
| Female sterilization | 0.5 | 0.5 | 100 |
| Male sterilization | 0.15 | 0.10 | 100 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

> Emergency Contraception: Emergency contraceptive pills or insertion of a copper intrauterine contraceptive after unprotected intercourse substantially reduces the risk of pregnancy.[9] (See Chapter 6.).
>
> Lactational Amenorrhea Method: LAM is a highly effective, *temporary* method of con-

Source: Trussell J. Contraceptive Efficacy. In Hatcher RA, Trussell J, Nelson AL, Cates W, Kowal D, Policar M. *Contraceptive Techology: Twentieth Revised Edition*. New York NY: Ardent Media, 2011.

Table 3–2 Percentage of women experiencing an unintended pregnancy during the first year of typical use and the first year of perfect use of contraception, and the percentage continuing use at the end of the first year. United States—*(cont'd)*

---

Notes:

1 Among *typical* couples who initiate use of a method (not necessarily for the first time), the percentage who experience an accidental pregnancy during the first year if they do not stop use for any other reason. Estimates of the probability of preg- nancy during the first year of typical use for spermicides, withdrawal, fertility awareness-based methods, the diaphragm, the male condom, the oral contraceptive pill, and Depo-Provera are taken from the 1995 National Survey of Family Growth corrected for underreporting of abortion; see the text for the derivation of estimates for the other methods.

2 Among couples who initiate use of a method (not necessarily for the first time) and who use it *perfectly* (both consistently and correctly), the percentage who experience an accidental pregnancy during the first year if they do not stop use for any other reason. See the text for the derivation of the estimate for each method.

3 Among couples attempting to avoid pregnancy, the percentage who continue to use a method for 1 year.

4 The percentages becoming pregnant in columns (2) and (3) are based on data from populations where contraception is not used and from women who cease using contraception in order to become pregnant. Among such populations, about 89% become pregnant within 1 year. This estimate was lowered slightly (to 85%) to represent the percentage who would become pregnant within 1 year among women now relying on reversible methods of contraception if they abandoned contraception altogether.

5 Foams, creams, gels, vaginal suppositories, and vaginal film.

6 The Ovulation and TwoDay methods are based on evaluation of cervical mucus. The Standard Days method avoids inter- course on cycle days 8 through 19. The Symptothermal method is a double-check method based on evaluation of cervical mucus to determine the first fertile day and evaluation of cervical mucus and temperature to determine the last fertile day.

7 Without spermicides.

8 With spermicidal cream or jelly.

9 ella, Plan B One-Step and Next Choice are the only dedicated products specifically marketed for emergency contraception. The label for Plan B One-Step (one dose

is 1 white pill) says to take the pill within 72 hours after unprotected intercourse. Research has shown that all of the brands listed here are effective when used within 120 hours after unprotected sex. The label for Next Choice (one dose is 1 peach pill) says to take 1 pill within 72 hours after unprotected intercourse and another pill 12 hours later. Research has shown that both pills can be taken at the same time with no decrease in efficacy or increase in side effects and that they are effective when used within 120 hours after unprotected sex. The Food and Drug Administration has in addition declared the following 19 brands of oral contraceptives to be safe and effective for emergency contraception: Ogestrel (1 dose is 2 white pills), Nordette (1 dose is 4 light-orange pills), Cryselle, Levora, Low-Ogestrel, Lo/Ovral, or Quasence (1 dose is 4 white pills), Jolessa, Portia, Seasonale or Trivora (1 dose is 4 pink pills), Seasonique (1 dose is 4 light-blue-green pills), Enpresse (one dose is 4 orange pills), Lessina (1 dose is 5 pink pills), Aviane or LoSeasonique (one dose is 5 orange pills), Lutera or Sronyx (one dose is 5 white pills), and Lybrel (one dose is 6 yellow pills).

10 However, to maintain effective protection against pregnancy, another method of contraception must be used as soon as menstruation resumes, the frequency or duration of breastfeeds is reduced, bottle feeds are introduced, or the baby reaches 6 months of age.

# APPENDIX A

# GERI D. HEWITT, M.D.
## Curriculum Vitae

**Personal:** Date of Birth: [redacted]
Birthplace: New Martinsville, West Virginia

**Home Address:** [redacted]

**Office Address:** OSU Academic Office
395 W. 12th Ave. Room 526
Columbus, OH 43210
(614) 293-4276 (Phone)
(614) 293-5878 (Fax)

Email address: geri.hewitt@osumc.edu; geri.hewitt@nationwidechildrens.org

**Undergraduate Education:**

B.S. — University of Michigan
09/1982-05/1986 — Ann Arbor, Michigan
B.S. Biology with high distinction

**Medical Education:**

M.D. — Ohio State University College of Medicine Columbus, Ohio
08/1986-06/1990 — Alpha Omega Alpha
Department of Obstetrics and Gynecology Award

**Residency Training:**

07/1990-06/1994 — Georgetown University Medical Center
Washington, D.C.
Chairman: John T. Queenan, M.D.

08/1993-06/1994 — Administrative Chief Resident
Outstanding Resident Awards:
- Division of Gynecology and Oncology
- Division of Reproductive Endocrinology and Infertility

**Professional/Clinical Appointments:**

06/2014 — Surgeon Team
Center for Colorectal and Pelvic Reconstruction
Nationwide Children's Hospital
Columbus, Ohio

06/2014 — Faculty
Pediatric Colorectal Fellowship
Nationwide Children's Hospital

| | |
|---|---|
| | Columbus, Ohio |
| 07/2011-present | Section Chief<br>Department of Obstetrics and Gynecology<br>Pediatric and Adolescent Gynecology<br>Nationwide Children's Hospital<br>Columbus, Ohio |
| 07/2011 | Faculty Adolescent Medicine Fellowship<br>Nationwide Children's Hospital<br>Columbus, Ohio |
| 07/2004-present | Associate Clinical Professor<br>College of Medicine<br>Department of Obstetrics and Gynecology<br>Department of Pediatrics<br>The Ohio State University<br>Columbus, Ohio |
| 07/2002-2016 | Medical Director<br>Stoneridge Obstetrics and Gynecology<br>Dublin, Ohio |
| 08/1994-07/2004 | Assistant Clinical Professor<br>College of Medicine<br>Department of Obstetrics and Gynecology<br>Department of Pediatrics<br>The Ohio State University<br>Columbus, Ohio |

**Licensure and Certification:**

| | |
|---|---|
| 2004-present | Maintenance of Certification-American Board of Obstetrics and Gynecology |
| 1996-present | Certification-American Board of Obstetrics and Gynecology |
| 1994-present | Ohio State Medical Licensure |
| 1991 | Certification-National Board of Medical Examiners |

**Committee Memberships:**

**Ohio State University College of Medicine**

| | |
|---|---|
| 2013-2016 | Medical Center-Admission Committee |
| 2002-2008 | Physician Development Committee |
| 2001-2002 | Medical School-Physician Development Program, Med II Lecture/ Discussion Physical Exam Course |

**Ohio State University Medical Center**

| | |
|---|---|
| 2010-2016 | Medical Center-Ambulatory Quality Management Committee |
| 2004-2009 | Department Promotions and Tenure Committee |

**Ohio State Department of OB/GYN**

| | |
|---|---|
| 1996-1998 | Medical Center-Labor and Delivery User Committee |
| 1995-2008 | Departmental-OB/GYN Medical Student Evaluation Committee |

**Ohio Department of Health**

| | |
|---|---|
| 2004-2009 | Ohio Department of Health Family Planning Advisory Council |

**Georgetown University Medical Center**

| | |
|---|---|
| 1994-1996 | Medical School-Medical Humanities Committee |

**Professional Society Membership:**

North American Society of Pediatric and Adolescent Gynecology
American College of Obstetricians and Gynecologists
Society for Academic Specialists in General Obstetrics and Gynecology

**Professional Service:**

| | |
|---|---|
| 2016-present | Vice-Chair ACOG Committee on Adolescent Health Care |
| 2015-present | Co-Chair ACOG Prolog Office Practice |
| 2014-present | Committee Member, ACOG Committee on Adolescent Health Care |
| 08/2013-present | Committee Member, ABOG Board Writing Question Committee |
| 2013 | FDA Advisory Committee Member: Probuphine Implants for Maintenance of Opioid Dependence |
| 2011 | FDA Advisory Committee Member: Review of Drospirenone |
| 2011 | FDA Advisory Committee Member: Review of Ortho Evra Contraceptive Patch |
| 2010-2013 | Committee Member, ABOG Maintenance of Certification Committee |
| 2006-present | Board Examiner, American Board of Obstetricians and Gynecologists |
| 2003 | FDA Advisory Committee Member: Over the Counter Access to Emergency Contraception |
| 2002-present | Section Co-Editor, "Tips for Clinicians," Journal of Pediatric and Adolescent Gynecology. |
| 2002-present | Board Member, Journal of Pediatric and Adolescent Gynecology |

**Honors and Awards:**

| | |
|---|---|
| 2006-2016 | Best Doctors in America |
| 2006-2016 | Best Doctors in Columbus, Columbus Monthly Magazine |
| 2002 | Channel 10 News Top OB/GYN in Central Ohio |
| 2000 | APGO Excellence in Teaching Award |
| 1994 | Outstanding Resident Award-Division of Reproductive Endocrinology and Infertility |
| 1994 | Outstanding Resident Award-Division of Gynecology and Oncology |

**Presentations:**

"Cloacal Malformations" Grand Rounds, The Ohio State University. September 14, 2017.

"A Surgical Technique for the Correction of Perineal Body Disruption and Fecal Incontinence via a Posterior Sagittal Approach with Rectal Mobilization." Video presentation. British Association of Pediatric Surgeons, Amsterdam, July 2016.

"Gynecological Consideration in Patients with Cloacal Malformations from Antenatal Diagnosis through Evaluation to Final Reconstruction." NASPAG Annual Conference Workshop, Ontario Canada. April, 2016.

Host faculty and panelist at the 2015 Pediatric Colorectal and Pelvic Reconstruction Conference, Nationwide Children's Hospital, November 7-9, 2015.

"Urologic and Gynecologic Concerns in Anorectal Malformations; What does the Pediatric Surgeon Need to Know?" Host Faculty: Gynecology. 2014 Pediatric Colorectal and Pelvic Reconstruction Conference. November 12-14, 2014.

"Chronic Pelvic Pain" Resident Lecture, The Ohio State University, February 24, 2014.

Med II Reproduction Block Clinical Skills Session, Speculum Exam, The Ohio State University, March 7, 2011.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. May 9, 2011.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. January 10, 2011.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. November 8, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. September 13, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. May 24, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. March 22, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. January 25, 2010.

"Update in Adolescent Gynecology" Lounge and Learn Series, Nationwide Children's Hospital. December 18, 2009.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. November 23, 2009.

"Amenorrhea" Resident Lecture, Ohio State University. November 20, 2009.

"Common Gynecologic Problems for the Primary Care Provider" West Virginia University 4th Annual Gwendolyn Hogan Pediatric Fall Fest. October 10 2009.

"Contraceptives" West Virginia University 4th Annual Gwendolyn Hogan Pediatric Fall Fest. October 10, 2009.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. September 28, 2009.

"First Trimester Bleeding/Ectopic Pregnancy" The Ohio State University, Obstetrics and Gynecology. March, 2009.

"Adolescent Gynecology" The Ohio State University, Obstetrics & Gynecology. February 2009.

"Med II Small Group Sessions" The Ohio State University, Obstetrics & Gynecology. February 2009.

"Clinical Problems in Gynecology" AAP 2008 Annual Meeting and Fall Pediatric Update. September 26-28, 2008.

"Update on contraception" AAP 2008 Annual Meeting and Fall Pediatric Update. September 26-28, 2008.

"Fibroids" The Ohio State University, Obstetrics and Gynecology Resident Lecture. June, 2008.

"New Options in Contraception" Nationwide Children's Hospital Pediatric Pearls Conference. March 6, 2008.

"Pubertal and Menstrual Abnormalities" Family Practice Rounds, The Ohio State University. November 7, 2007.

"Contraception Update" American Academy of Pediatrics National Conference and Exhibition. October 28, 2007.

"Cases in Pre-Pubertal Gynecology" American Academy of Pediatrics National Conference and Exhibition. October 27, 2007.

"Adolescent Gynecology" American Academy of Pediatrics' Pediatrics in the Red Rocks Conference. June 17, 2007.

"Pediatric Gynecology" American Academy of Pediatrics' Pediatrics in the Red Rocks Conference. June 16, 2007.

"New Methods of Contraception for Adolescents" American Academy of Pediatrics National Conference and Exhibition. October 8, 2006.

"Chronic Abdominal and Pelvic Pain" American Academy of Pediatrics National Conference and Exhibition. October 7, 2006.

"Office Gynecology for the Pediatrician" American Academy of Pediatrics National Conference and Exhibition. October 7, 2006.

"Newer Methods of Contraception" 2006 Adolescent Medicine Pearls Conference-The Adolescent Female, Columbus Children's Hospital. September 28, 2006.

"Chronic Pelvic Pain" Resident Didactic, The Ohio State University. February 2, 2006.

"Office Gynecology for the Pediatrician" American Academy of Pediatrics National Conference and Exhibition. October 11, 2005.

"What's New in Contraception: Tips for Working With Adolescents" American Academy of Pediatrics National Conference and Exhibition. October 10, 2005.

"Office Gynecology for the Pediatrician" Grand Rounds, Columbus Children's Hospital. March 3, 2005.

"Ectopic Pregnancy" Resident Chapter Review, The Ohio State University. September 24, 2004.

"Amenorrhea" Resident Chapter Review, The Ohio State University. September 24, 2004.

"First Trimester Bleeding, Abortion, Ectopic Pregnancy" Resident Lecture, The Ohio State University. April 26, 2004.

"Chronic Pelvic Pain" Resident Lecture, The Ohio State University. April 2, 2004.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 26, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 24, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 17, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 12, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 5, 2003.

"Management of Chronic Pelvic Pain and Endometriosis" NASPAQ Annual Meeting. May 16, 2003.

"Chronic Pelvic Pain: Evaluation and Management" Central Ohio Academy of Family Physicians Annual Family Practice Review. November 16, 2002.

"Pediatric and Adolescent Gynecology" Columbus Comprehensive Review Course. October 13, 2002.

"Chronic Pelvic Pain" Columbus Comprehensive Review Course. October 13, 2002.

"New Advances in Hormonal Contraception" Lounge and Learn Presentation, Children's Hospital. May 3, 2002.

"Chronic Pelvic Pain" Comprehensive Review Course, Orlando Florida. October 26, 2001.

"Pediatric and Adolescent Gynecology" Comprehensive Review Course, Orlando Florida. October 26, 2001.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 17, 2001.

"Pediatric and Adolescent Gynecology" Comprehensive Review Course, Columbus Ohio. October 17, 2001.

"Physiologic Changes in Pregnancy" Gastroenterology Fellowship Core Didactic Curriculum. November 3, 2000.

"Update on Birth Control" Region IV Perinatal Outreach. September 19, 2000.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio, October 19, 2000.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 19, 2000.

"New Advances in Contraceptives" Licking Memorial Hospital. March 13, 2000.

"Cervical Pathology in Adolescents" Adolescent Health Conference, Columbus Children's Hospital. October 29, 1999.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 14, 1999.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 14, 1999.

"Pediatric Gynecology" Mount Carmel Medical Center Grand Rounds. Columbus Ohio. May 5, 1999.

"Does Gender of the Provider Matter When caring for Young Women" Grand Rounds, Columbus Children's Hospital. February 4, 1999.

"Update on Oral Contraceptives" Sponsored by Organon. Cleveland Ohio, December 8, 1998.

"Pediatric Gynecology" Central Ohio Academy of Pediatrics, Wyndham Hotel, Dublin Ohio. November 13, 1998.

"Physician Gender and Care of the Adolescent Patient" Grand Rounds, The Ohio State University. August 27, 1998.

"Pediatric Gynecology" Resident Lecture, The Ohio State University. August 14, 1998.

"Physician Gender and Caring for Adolescent Patients" North American Society of Pediatric and Adolescent Gynecology, Palm Beach Florida. May 30, 1998.

"Pediatric Gynecology" Grand Rounds, Mount Carmel Hospital. May 6, 1998.

"Delay and Precocious Puberty" Resident Lecture, The Ohio State University. April 24, 1998.

"Chronic Pelvic Pain" Grand Rounds, Mount Carmel Medical Center, Columbus Ohio. April 8, 1998.

"Menstrual Abnormalities in Adolescents" Region IV Perinatal Outreach. April 9, 1998.

"Pediatric Gynecology" Grand Rounds, The Ohio State University Family Practice. January 21, 1998.

"Pediatric Gynecology" Spring Review Course, Columbus Ohio. May 18, 1997.

"Chronic Pelvic Pain" Mount Carmel Medical Center, Columbus Ohio. December 18, 1996.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 12, 1996.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 12, 1996.

"Pediatric Gynecology" Grand Rounds, Mount Carmel Medical Center, Columbus Ohio. October 2, 1996.

"Should We Have A Baby?" Women and Wellness Seminar, The Ohio State University. September 25, 1996.

"Impact of Sexually Transmitted Diseases on Adolescent Pregnancy Outcomes" Young Women in Trouble Conference, Region IV Perinatal Education Center, Columbus Ohio. September 5, 1996.

"Adolescent Chronic Pelvic Pain" Lounge and Learn, Columbus Children's Hospital. May 3, 1996.

"Abnormal Uterine Bleeding" Women's Reproductive Health Update, Region V Training, Columbus Ohio. March 13, 1996.

"Maybe Baby" Women and Wellness Seminar Series, The Ohio State University. March 13, 1996.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 18, 1995.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 18, 1995.

"Pediatric Vulvovaginitis" Lounge and Learn, Columbus Children's Hospital. May 5, 1995.

"Contraception Matters" Cleveland State University, Cleveland Ohio. May 3, 1995.

"Contraception Matters" Portland State University, Portland Oregon. March 30, 1995.

"ER Management of Vaginal Bleeding" Emergency Medicine Lecture Series, The Ohio State University. March 28, 1995.

"Dysfunctional Uterine Bleeding" Ohio Medical Education Network (OMEN). March 13-17, 1995.

"Maybe Baby" Women and Wellness Seminar Series, The Ohio State University. March 8, 1995.

"On-line" Live Radio Presentation Regarding Women's Health Issues, WOSU. January 19, 1995.

"Vaginitis" Women and Wellness Seminar Series, The Ohio State University. January 11, 1995.

"On-Line" Live Radio Presentation Regarding Women's Health Issues, WOSU. September 15, 1994.

"Menopause" Presented to the OSU Mobile Mammography Unit. September 14, 1994.

"Parenting 101" Seminar, The Ohio State University. September 10, 1994.

**Articles:**

Hewitt Geri D. "Current Opinion in Obstetrics and Gynecology" *Pediatric and Adolescent Gynecology.* Vol 29. No 5, (October 2017).

Hewitt Geri, Skerritt Clare, Sanchez Alejandra Vilamova, Lane Victoria Alison, Wood Richard J., Breech Lesley L., Levitt Marc. "Menstrual, Sexual, and Obstetrical Outcomes after Vaginal Replacement for Vaginal Atresia Associated with Anorectal Malformation." *European Journal of Pediatric Surgery.* 2016 November 15.

Hewitt Geri, Lane Victoria, Skeritt Clare, Wood Richard, Reck Carlos, McCracken Kate, Jayanthi Venkata, Dajusta Daniel, Ching Christina, Deans Katherine, Minneci Petere, Levitt Marc. "A Standardized Approach for the Assessment and Treatment of Internationally Adopted Children with a Previously Repaired Anorectal Malformation (ARM)." *Journal of Pediatric Surgery.* Vol 51, (July 2016); 1864-1870.

Hewitt Geri D. "The young woman's initial gynecologic visit." *The Female Patient.* (September 2006).

Hewitt Geri D, Burkett Amy M. "Progestin only contraceptive use in adolescents: Clinical options and medical indications." *Adolescent Medicine Clinics: contraception in Adolescents.* Vol 16. No 3, (October 2005).

Hewitt G, Breech L, Holland-Hall C. "The 'Well Girl' Exam." *Journal of Pediatric and Adolescent Gynecology.* Vol. 18. No 4, (January 2005); 1.

Geri D. Hewitt, "Adolescent medicine clinics: Surgical issues in adolescents." Area Marjorie (Eds). Vol 15. No 3, (October 2004).

Hewitt G, Brown R. "Chronic Pelvic Pain and Recurrent Abdominal Pain in Female Adolescents." *Endocrine Development.* Vol. 7, (January 2004); 213-224.

Hewitt, Geri D. "Examining Pediatric and Adolescent Gynecology Patients." *J Pediatr Adolesc Gynecol* (2003) 16:257-258.

Hewitt GD, Brown RT. "Update on emergency Contraception." *Reviews in Gynecological Practice.* Volume 7, (2004): 213-224.

Hewitt GD, Brown RT. "Acute and chronic pelvic pain in female adolescents." *Med Clin North Am.* (July 2000); 84(4):1009-25.

Hewitt GD, Comer B. "Update on adolescent contraception" *Obstet Gynecol Clin North Am.* (2000)

Hewitt GD, Brown RT. "Yes, male physicians should care or adolescent females." *J Pediatr Adolesc Gynecol.* (May 1999); 12(2):100-2.

"Operative techniques in Gynecologic Surgery." Hewitt Geri D, (Guest Editor). Vol 4, No 4. (October, 1999).

Platt Maureen, Hewitt Geri D. "Pregnant adolescent nutritional needs." *Pediatric Directives.* (Summer 1998).

Hewitt Geri, Brown Robert. "Evaluating chronic pelvic pain in adolescents." *Contemporary adolescent gynecology.* Vol 3, No 1. (December, 1997).

Hewitt GD. "Should adolescents have over-the-counter access to oral contraceptive pills and antibiotics?" *Adolesc Med.* (October 1997);8(3):443-448.

Hewitt Geri D, Brown Robert. "Chronic pelvic pain in adolescent females." *Contemporary Pediatrics.* Vol 14, No 3. (March 1997).

Hewitt Geri D. "Menstrual disorders." *Pediatric Directives*. Issue 1 Volume 7, (Summer 1996).

**Book Chapters:**

Hewitt GD. "Amenorrhea" in Textbook of Adolescent Health Care. *In Press.*

Brown RT, Hewitt GD. "Chronic Pelvic Pain and Recurrent Abdominal Pain in Female Adolescents" in Pediatric and Adolescent Gynecology. C. Sultan (Ed). Evidence-Based Clinical Practice. Endocr Dev. Basel, Karger, 2004, Vol. 7.

"Hewitt GD. "Gynecology" in Adolescent Medicine Secrets. CM Holland-Hall, RT Brown (Eds). Hanley & Belfus, Philadelphia, PA. 2002. 177-190.

Hewitt GD. "Normal and Abnormal Puberty" in Physiologic Basis for Obstetrics and Gynecology. Seifert, Samuels, Kniss (Eds). 2001(2)161-73.

Hewitt GD. "Acute and Chronic Pelvic Pain in Female Adolescents" in The Medical Clinics of North America. Strasburger (Ed.) W.B. Saunders, Philadelphia, 2000.

Hewitt GD. "Chronic Pelvic Pain" in Current Therapy in Obstetrics and Gynecology. Zuspan and Quilliagan (Eds). 5th Edition, 1999.
Hewitt GD. "Pelvic Pain" in Atlas of Gynecology. Morton Stenchever (Ed). 1998.

Hewitt GD. "Sterilization" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

Hewitt GD. "Contraception" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

Hewitt GD. "Pediatric Gynecology" in Current Therapy in Obstetrics and Gynecology. Zuspan and Quilligan (Eds) 5th Edition, 1999.

Hewitt GD. "Malpresentations" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

Hewitt GD. "Adolescent Pregnancy" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

**Research:**

Secondary Investigator. "A Study to Demonstrate Immunogenicity and Tolerability of the Quadrivalent HPV (Types 6, 11, 16, 18) L1 Virus-Like Particle (VLP) Vaccine in Pre-Adolescents and Adolescents, and to Determine End-Expiry Specifications for the Vaccine," 2002 PCTI, Merck & Co., Inc.

# APPENDIX B

**Mirena IIH Litigation**

**Materials Considered - Geri D. Hewitt, MD**

Alder JB, Fraunfelder FT, Edwards R. Levonorgestrel implants and intracranial hypertension. N Engl J Med. 1995 Jun 22:332(25):1720-1721.

American College of Obstetricians and Gynecologists. Use of hormonal contraception in women with co-existing medical conditions. Practice Bulletin No. 73. Obstet Gynecol. 2006;107(6):1453-72.

American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. Practice Bulletin No. 121. Obstet Gynecol. 2011; 118:184-196.

American College of Obstetricians and Gynecologists. Update on long-acting reversible contraception: Implant and IUDs. Eve Epsey, MD, MPH Slide Set. February 27, 2014.

American College of Obstetricians and Gynecologist. Increasing access to contraceptive implants and intrauterine devices to reduce unintended pregnancy. Committee Opinion No. 642, October 2015. Available: http://www.acog.org.

American College of Obstetricians and Gynecologists. Publications December 2015.

American College of Obstetricians and Gynecologists. Long-acting reversible contraception (LARC): IUD and Implant. Frequently Asked Questions 184, May 2016.

American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. Practice Bulletin No. 186. Obstet Gynecol. 2017; 130:e251-69.

Apter D, Gemzell-Danielsson K, Hauck B, Rosen K, Zurth C. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. Fertil Steril. 2014 June;101(6):1656-62.e1-4.

Bahamondes L, Petta CA, Fernandes A, Monteiro I. Use of the levonorgestrel-releasing intrauterine system in women with endometriosis, chronic pelvic pain and dysmenorrhea. Contraception 2007;75:S134-S139

Ball AK, Clarke CE. Idiopathic intracranial hypertension. Lancet Neurology 2006 May; 5(5):433-42.

Bhuva K, Kraschnewski JL, Lehman EB, Chuang CH. Does body mass index or weight perception affect contraceptive use? Contraception 2017;95:59-64.

Biousse V, Bruce BB, Newman NJ. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry. 2012; 83:488-94.

Boulet SL, D'Angelo DV, Morrow B, et al. Contraceptive use among nonpregnant and postpartum women at risk for unintended pregnancy, and female high school students, in the context of Zika preparedness - United States, 2011-2013 and 2015. MMWR. 2016 Aug;65(30):780-787.

Branum AM and Jones J. Trends in long-acting reversible contraception use among US women aged 15-44. NCHS Data Brief, No. 188. 2015 Feb;188:1-8.

Centers for Disease Control and Prevention. Health care in America trends in utilization. National Center for Health Statistics. 2004 January; DHHS Pub No. 2004-1031. 03-0357(1/04).

Centers for Disease Control and Prevention. US medical eligibility criteria for contraceptive use. 2016. MMWR. 2016 Jul 29;65(3):1-108.

Centers for Disease Control and Prevention. Behavioral Risk Factor Surveillance System. Retrieved January 15, 2018. Available: https://www.cdc.gov/brfss/index.html.

Chu SY, Bachman DJ, Callaghan WM, et al. Association between obesity during pregnancy and increased use of health care. N Engl J Med. 2008;358:1444-1453.

Cibula D. Women's contraceptive practices and sexual behavior in Europe. Eur J Contracept Reprod Health Care. 2008 Dec;13(4):362-375.

Creinin MD, Baker JB, Eisenberg DL, Ginde S, Turok DK, Westhoff, CL. Levonorgestril levels in nonobese and obese women using LNG20, a new intrauterine contraceptive [Poster Presentation 262]. Obstet Gynecol. May 2015;125(5)Suppl: 84S-85S.

Curtis KM, Peipert JF. Long-acting reversible contraception. N Engl J Med. 2017;376:461-468.

Dal'Ava N, Bahamondes L, Bahamondes MV, de Oliveira Santos A, Monteiro I. Body weight and composition in users of levonorgestrel-releasing intrauterine system. Contraception. 2012;86:350-353.

Daniels AB, Liu GT, Volpe NJ, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). American J Ophthalmol. 2007 Apr; 143(4):635-641.

Daniels K, Daugherty J, Jones J. Current contraceptive status among women 15-44: United States, 2011-2013. NCHS Data Brief No. 173. 2014 Dec;173:1-8.

Daniels K, Daugherty J, Jones J, Mosher W. Current contraceptive use and variation by selected characteristics among women aged 15-44: United States, 2011-2013. National Health Statistics Reports No. 86. 2015 Nov 10;86:1-14.

Dasheiff R, Friedman DI, Lui GT, Digre KB. Ducks in a Row Author Response. Neurology. March 2014;82(11):1012

de Nazare Silva dos Santos P, Madden T, Omvig K, Peipert JF. Changes in body composition in women using long-acting reversible contraception. Contraception. 2017;95:382-389.

Diedrich JT, Zhao Q, Madden T, Secura GM, Peipert JF. Three-year continuation of reversible contraception. Am J Obstet Gynecol. 2015 Nov;213(5):662.e1-8.

Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology. 1984 Jun; 34(6):721-729.

Dinkin MJ, Patsalides A. Venous sinus stenting for idiopathic intracranial hypertension: Where are we now? Neurol Clin. 2017 Feb;35(1):59-81.

Dos Santos PN, Madden T, Madden T, Omvig K, Peipert JF. Changes in body composition in women using long-acting reversible contraception. Contraception. 2017 April;95(4):382-389.

Durcan FJ, Corbett JJ. Wall M. The incidence of pseudotumor cerebri: population studies in Iowa and Louisiana. Arch Neurol. 1988 Aug;45(8):875-877.

Edelman AB, Cherala G, Blue SW, Erikson DW, Jensen JT. Impact of obesity on the pharmacokinetics of levonorgestrel-based emergency contraception: single and double dosing. Contraception. 2016 July;94(1):52-57.

Edelman A, Kaneshiro B. UptoDate: Contraception counseling for obese women. Wolters-Kluwer. Published Dec 2017. Available: http://www.uptodate.com. Retrieved Jan 14, 2018.

ESHRE Capri Workshop Group. Intrauterine devices and intrauterine systems. Human Reproduction Update. 2008;14(3):197-208.

Etminan M, Luo H, Gustafson P. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Safety. 2015;6(3):110-113.

Etminan M. Risk of intracranial hypertension with intrauterine levonorgestrel: reply(letter). Ther Adv Drug Safety. 2016;7(1):25-26.

Etminan M. Revised disporportionality analysis of Mirena and benign intracranial hypertension (letter). Ther Adv Drug Safety. 2017;8(9):299-300.

Ferguson CA, Costescu D, Jamieson MA, Jong L. Transmural migration and perforation of a levonorgestrel intrauterine system: a case report and review of the literature. Contraception. 2016 Jan;93(1):81-86.

Finer LB, Zolna MR. Unintended pregnancy in the Unites States: incidence and disparities, 2006. Contraception. 2011;84:478-485.

Finer LB, Zolna MR. Shifts in intended and unintended pregnancies in the United States, 2001-2008. Am J Public Health. 2014;104:S43-S48.

Fisayo A, Bruce BB, Newman NJ, Biousse V. Overdiagnosis of idiopathic intracranial hypertension. Neurology. 2016 Jan 26;86:341-50.

Food and Drug Administration. Guidance for Industry. Good pharmacovigilance practices and pharmacoepidemiologic assessment. 2005 Mar 22;1-20. Available: http://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126834.pdf

Food and Drug Administration. Questions and answers on FDA's adverse event reporting system (FAERS). Retrieved November 25, 2017. Available: https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/

Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, Newman NJ, Biousse V. Risk factors for idiopathic intracranial hypertension in men: A case-control study. J Neurol Sci. 2010 Mar 15;290(1-2):86-89.

Fraser IS. Added health benefits of the levonorgestrel contraceptive intrauterine system and other hormonal contraceptive delivery systems. Contraception. 2013;87:273-279.

Friedman DI. Medication-induced intracranial hypertension in dermatology. Am J Clin Dermatol. 2005;6(1):29-37.

Friedman DI. Idiopathic intracranial hypertension. Curr Pain Headache Rep. 2007 Feb; 11(1):62-68.

Friedman DI, McDermott MP, Kieburtz K, et al. The idiopathic intracranial hypertension treatment trial: design considerations and methods. J Neuro Ophthalmol. 2014;34:107-117.

Friedman DI. Letter to the Editor: Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Safety. 2016;7(1):23-24.

Galetta SL, Digre KB. Misdiagnosing idiopathic intracranial hypertension. You've got some nerve. Neurology. 2016 Jan 26;86:318-319.

Gemzell-Danielsson K, Schellschmidt I, Apter D. A randomized, phase II study describing the efficacy, bleeding profile, and safety of two low-dose levonorgestrel-releasing intrauterine contraceptive systems and Mirena. Fertil Steril. 2012 Mar;97(3):616-622(e1-e3).

Gerstman BB, Gross TP, Kennedy DL, Bennett RC, Tomita DK, Stadel BV. Trends in the content and use of oral contraceptives in the United States, 1964-88. Am J Public Health. 1991 January;81(1):90-98.

Giuseffi V, Wall M, Siegel PZ, Rojas PB. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. Neurology. 1991 Feb;41(2):239-244.

Grimes DA, Shields WC. Family planning for obese women: challenges and opportunities. Contraception. 2005;72:1-4.

Gupta J, Kai J, Middleton L, Pattison H, Gray R, Daniels J. The ECLIPSE Trial Collaborative Group. Levonorgestrel intrauterine system versus medical therapy for menorrhagia. N Engl J Med. 2013;368:128-137.

Haimovich S, Checa M, Mancebo G, Fuste P, Carreras R. Treatment of endometrial hyperplasia without atypia in peri- and postmenopausal women with a levonorgestrel intrauterine device. Menopause. 2008;15(5):1002-1004.

Heinemann K, Reed S, Moehner S, Minh TD. Comparative contraceptive effectiveness of levonorgestrel-releasing and copper intrauterine devices: the European Active Surveillance Study for Intrauterine Devices. Contraception. 2015 Apr;91(4):280-283.

Hill AB. The environment and disease: Association or causation? Proc Roy Soc Med. 1965;58(5):295-300.

Ireland B, Corbett JJ, Wallace RB. The search for causes of idiopathic intracranial hypertension: A preliminary case-control study. Arch Neurol. 1990 Mar;47:315-320.

Jones J, Mosher W, Daniels K. Current contraceptive use in the United States, 2006-2010, and change in patterns of use since 1995. National Health Statistics Reports No. 60. 2012 Oct 18;60:1-26.

Johnson LN, Krohel GB, Madsen RW, March GA. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). Ophthalmology. 1998 Dec;105(12):2313-7.

Jusko WJ. Clarification of contraceptive drug pharmacokinetics in obesity. Contraception. 2017 Jan;95(1):10-16.

Kart M, et al. Intravesical migration of missed intrauterine device associated with stone formation: A case report and review of literature. Case Reports in Urology. 2015; Volume 2015; Article ID 581697:1-4.

Kavanaugh ML, Jerman J, Finer LB. Changes in use of long-acting reversible contraceptive methods among U.S. women, 2009-2012. Obstet Gynecol. 2015 November;126(5):917-927.

Kilgore KP, Lee MS, Leavitt JA, et al. Re-evaluating the incidence of idiopathic intracranial hhypertension in an era of increasing obesity. Ophthalmology. 2017; 124(5):697-700.

Ko MW, Chang SC, Ridha MA, et al. Weight gain and recurrence in idiopathic intracranial hypertension: A case-control study. Neurology. 2011 May 3;76:1564-1567.

Koerner JC, Friedman DI. Inpatient and emergency service utilization in patients with idiopathic intracranial hypertension. J Neuro-Ophthalmology 2014 Sept;34(3):229-232.

Lee AG, Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate. Wolters Kluwer. Published Nov. 2017. Available: http://www.uptodate.com. Retrieved December 6, 2017.

Lee AG, Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate. Wolters Kluwer. Published Mar 2014. Available: http://www.uptodate.com. Retrieved Apr 15, 2014.

Lindh I, Skjeldestad FE, Gemzell-Danielsson K, et al. Contraceptive use in the Nordic countries. Acta Obstet Gynecol Scan. 2017 Jan;96(1):19-28.

Lobo R, Gershenson DM, Lentz GM, Valea FA, ed. Comprehensive Gynecology, 7th Ed. Philadelphia, PA: Elsevier; 2017.

Maia H Jr, Maltez A, Coelho G, Athayde C, Coutinho EM. Insertion of Mirena after endometrial resection in patients with adenomyosis. J Am Assoc Gynecol Laparosc. 2003 Nov; 10(4):512-516.

Markey KA, Molian P, Jensen RH, Sinclair A. Understanding idiopathic intracranial hypertension mechanisms, management, and future directions. Lancet Neurol 2016 Jan;15(1):78-91.

Marnach ML, Long ME, Casey PM. Current issues in contraception. Mayo Clin Proc. 2013 Mar;88(3):295-299.

Martinez H, Arana M, Bracia GML, De Virgillis M, Maggiora PZ. VIII-P7: Atypical pseudotumour cerebri [abstract]. Neuro Ophthalmology. 2010;34(3):255-6.

Miller MA, Digre KB, Bair CM, at al. A comparison of clinical features of pseudotumor cerebri secondary to tetracyclines and idiopathic intracranial hypertension [abstract]. Poster presentation No. 111. 2014 NANOS Annual Meeting Syllabus; 2014;295.

Modesto W, de Nazare Silva dos Santos P, Correia VM, Borges L, Bahamondes L. Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel-releasing intrauterine system and a copper intrauterine device for up to ten years of use. Eur J Contracept Reprod Health Care. 2015 Feb;20(1):57-63.

Mosher WD, Lantos H, Burke AE. Obesity and contraceptive use among women 20-44 years of age in the United States: results from the 2011-15 National Survey of Family Growth (NSFG). Contraception. 2017 Dec 5. pii: S0010-7824(17)30524-3.

NORDIC Idiopathic Intracranial Hypertension Study Group Writing Committee. Wall M, McDermott MP Kieburtz KD, et al. Effect of acetazolamide on visual function in patients with idiopathic intracranial hypertension and mild visual loss: The idiopathic intracranial hypertension treatment trial. JAMA. 2014 Apr 23-30;311(16):1641-1651.

Nowitzki KM, Holmes ML, Chen B, Zheng LZ, Kim YH. Ultrasonography of intrauterine devices. Ultrasonography. 2015 Jul;34(3):183-194.

O'Neil-Callahan M, Peipert JF, Zhao Q, Madden T, Secura G. Twenty-four-month continuation of reversible contraception. Obstet Gynecol. 2013 Nov;122(5):1083-1091.

Peipert JF, Zhao Q, Allsworth J, Petrosky E, Madden T, Eisenberg D, Secura G. Continuation and satisfaction of reversible contraception. Obstet Gynecol. 2011 May; 117(5):1105-1113.

Peipert JF, Madden T, Allsworth J, Secura G. Preventing unintended pregnancies by providing no-cost contraception. Obstet Gynecol. Dec 2012;120(6):1291-1297.

Petta CA, Ferriani RA, Abrao MS, Hassan D, Silva J, Podgaec S, Bahamondes L. Randomized clinical trial of a levonorgestrel-releasing intrauterine system and a depot GnRH analogue for the treatment of chronic pelvic pain in women with endometriosis. Human Reproduction. 2005;20(7):1993-1998.

Poston L, Caleyachetty R, Cnattingius S, Corvalan C, Uauy R, Herring S, Gillman MW. Preconceptional and maternal obesity: epidemiology and health consequences. Lancet Diabetes Endocrin. 2016 Dec 4;1025-36.

Praditpan P, Hamouie A, Basaraba CN, Nandakumar R, Cremers S, Davis AR, Westhoff CL. Pharmacokinetics of levonorgestrel and ulipristal acetate emergency contraception in women with normal and obese body mass index. Contraception. 2017 May;95(5):464-469.

Proctor M, Farquhar C. Diagnosis and management of dysmenorrhoea. BMJ. 2006 May 13:332(7550):1134-1138.

Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. J Neurol Sci. 1993 May; 116(1)18-28.

Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumor cerebri). Descriptive epidemiology in Rochester, Minn, 1976-1990. Arch Neurol. 1993 Jan;50(1):78-80.

Rai R, Kirk B, Sanders J, et al. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster session presentation: ARVO 2015 Annual Meeting. May 4, 2015.

Raoof N, Sharrack B, Pepper IM, Hickman SJ. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. Eur J Neurol. 2011 Oct;18(10):1266-1268.

Riva HL, Kawasaki DM, Messinger AJ. Further experience with norethynodrel in treatment of endometriosis. Obstet Gynecol. 1962 Jan;19:111-7.

Ros Forteza FJ, Pereira Marques I. Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device. Neurologia. 2017 Feb 16. pii: S0213-4853(17)30006-3. doi: 10.1016/j.nrl.2016.11.012.

Rowe FJ, Sarkies NJ. The relationship between obesity and idiopathic intracranial hypertension. Intl J Obes Relat Metab Disord. 1999 Jan; 23(1):54-59.

Saito-Tom LY, Soon RA, Harris SC, Salcedo J, Kaneshiro BE. Levonorgestrel intrauterine device use in overweight and obese women. Hawaii J Med Public Health. 2015 Nov;74(11):369-374.

Sanders JN, Turo DK, Gawron LM, Law A, Wen L, Lynen R. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review. Am J Obstet Gynecol. 2017 Jun;216(6):590.e1-590.e8.

Scott-Ram R, Chor J, Bhogireddy V, Keith L, Patel A. Contraceptive choices of overweight and obese women in a publically funded hospital: possible clinical implications. Contraception. 2012 Aug;86(2):122-126.

Shipp TD and Bromley B. IUD issues zero in with ultrasound: Pelvic sonography, especially transvaginal 3D imaging, is critical for identifying malpositioned and embedded IUDs. Ultrasound. 2016 Nov;15-44.

Silva do Santos PN, Madden T, Madden T, Omvig K, Peipert JF. Changes in body composition in women using long-acting reversible contraception. Contraception. 2017 April;95(4):382-389.

Sivin I, Lahteenmaki P, Ranta S, et al. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. Contraception. 1997 Feb;55(2):81-85.

Shynlova O, Tsui P, Jaffer S, Lye SJ. Integration of endocrine and mechanical signals in the regulation of myometrial functions during pregnancy and labour. Eur J Obstet Gynecol Reprod Biol. 2009 May;144 Suppl 1:S2-10.

Sivin I. Letter to the Editor: Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch spontaneous reporting system. Obstet Gynecol 1995 Aug; 86(2):318-320.

Speidel JJ, Rocca CH, Thompson KMJ, Harper CC. Pregnancy: not a disease but still a health risk. Contraception. 2013;88:481-484.

Stewart CJ, Leake R. Endometrial synovial-like metaplasia associated with levonorgestrel-releasing intrauterine system. Int J Gynecol Pathol. 2015 Nov;34(6):570-575.

Sunku AJ, O'Duffy AE, Swanson JW. Abstract: Benign intracranial hypertension associated with levonorgestrel implants. Annals Neurol. 1993;34:299.

Tang RA, Pardo G, Woon CC, Hamlin M, O'Neal, Schiffman J. Poster: Pseudotumor cerebri associated with the Norplant contraceptive device [Poster 3100-87]. Investigative Ophthalmology Visual Science. 1995 Mar 15;36(4)S677.

Tanmahasamut P, Rattanachaiyanont M, Angsuwathana S, Techatraisak K, Indhavivadhana S, Leerasiri P. Postoperative levonorgestrel-releasing intrauterine system for pelvic endometriosis-related pain. Obstet Gynecol. 2012 March;119(3):519-526.

Tepper NK, Whiteman MK, Marchbanks PA, James AH, Curtis KM. Progestin-only contraception and thromboembolism: A systematic review. Contraception. 2016 Dec;94(6):678-700.

Trussell J. Contraceptive efficacy. In Hatcher RA, Trussel J, Nelson AL, Cates W, Kowal D, Policar M. Contraceptive Technology: Twentieth Revised Edition. New York NY: Ardent Media, 2011.

Valenzuela RM, Rai R, Kirk BH, et al. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. Neuroophthalmology. 2017;41(4):1-6.

Valenzuela RM, Rai R, Kirk BH, et al. Exploratory study of the relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster presentation: NANOS 41st Annual Meeting. 2015 Feb 21-26; San Diego, CA.

Varila E, Wahlstrom T, Rauramo I. A 5-year follow-up study on the use of a levonorgestrel intrauterine system in women receiving hormone replacement therapy. Fertil Steril. 2001 Nov;76(5):969-973.

Vickery Z, Madden T, Zhao Q, Secura GM, Allsworth JE, Peipert JF. Weight change at 12 months in users of three progestin-only contraceptive methods. Contraception. 2013 Oct;88(4);503-508.

Wall M. Idiopathic intracranial hypertension. Neurol Clin. 2010 Aug;28(3):593-617.

Wall M, Kupersmith MJ, Kieburtz KD, et al. NORDIC Idiopathic Intracranial Hypertension Study Group. The idiopathic intracranial hypertension treatment trial: clinical profile at baseline. JAMA Neurol. 2014 Jun;71(6):693-701.

Winner B, Peipert J, Zhao Q, Buckel C, Madden T, Allsworth J, Secura G. Effectiveness of long-acting reversible contraception. N Engl J Med. 2012;366:1998-2007.

Wise MR, Jordan V, Lagas A, Showell M, Wong N, Lensen S, Farquhar CM. Obesity and endometrial hyperplasia and cancer in premenopausal women: A systematic review. Am J Obstet Gynecol. 2016 June;214(6):689-697.

World Health Organization. What health workers need to know. WHO/FRH/FPP/97.32, 1997.

Wysowski DK, Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet Gynecol. 1995 Apr;85(4):538-542.

Yeung EH, Zhang C, Albert PS, et al. Adiposity and sex hormones across the menstrual cycle: the BioCycle Study. Int J Obes (Lond). 2013 Feb;37(2):237-243, Suppl Table A1.

Bayer Company Documents:

2008 Signal Assessment, MIR_JSEU_00571180

2008 Periodic Safety Update Report, MIR_INDNDA_00246312

2014 Signal Assessment, MIR_PKEU_00699321

2015 Signal Assessment, MIR_KCOPLEY_JSEU_00000046

2017 Signal Assessment, MIR_IIH_EU00639342

2017 BfArM Response, MIR_IIH_EU00606946-MIR_IIH_EU00607040

2017 BfArm Response Appendices:

MIR_IIH_EU01156144 - MIR_IIH_EU01156238

MIR_IIH_EU01156239 - MIR_IIH_EU01156262

MIR_IIH_EU01156263 - MIR_IIH_EU01156266

MIR_IIH_EU01156267 - MIR_IIH_EU01157531

MIR_IIH_EU01157532 - MIR_IIH_EU01157643

MIR_IIH_EU01157644 - MIR_IIH_EU01157653

MIR_IIH_EU01157654 - MIR_IIH_EU01157688

MIR_IIH_EU01157689 - MIR_IIH_EU01158038

MIR_IIH_EU01158039 - MIR_IIH_EU01158199

MIR_IIH_EU01158200 - MIR_IIH_EU01158214

MIR_INDNDA_00246213 at MIR_INDNDA_00246312, MIR_INDNDA_00249110 - MIR_INDA_9114

MIR_INDNDA_00481006 - MIR_INDNDA_00481016, MIR_INDNDA_0041726 - MIR_INDNDA_00581749

MIR_JSEU_01057343 at MIR_JSEU_01057383 - MIR_JSEU_01057385

MIR_JSEU_01445975 at MIR_JSEU_01446069 - MIR_JSEU_01446071

MIR_PIEU_00157045 - MIR_PIEU_00157048

MIR_PKEU_00699321 - MIR_PKEU_00699335

MIR_IIH_EU01015398 - MIR_IIH_EU01015449

MIR_IIH_EU01205373 - MIR_IIH_EU010205406

Mirena 2005 IIH Clinical Trial Part #1, MIR_JSEU_01057343 at MIR_JSEU_01057384 - MIR_JSEU_01057385

Mirena Clinical Trial Part #2 MIR_PIEU_00157045

Mirena Clinical Trial Part #3 MIR_JSEU_01445975 at MIR_JSEU_01446069 - MIR_JSEU_01446071

MIR_INDNDA_00473411 at MIR_INDNDA_00473902 - MIR_INDNDA_00473903

MIR_IIH_EU01015398 - MIR_IIH_EU01015398

MIR_IIH_EU01083403 - MIR_IIH_EU01083405

MIR_IIH_EU01205373 - MIR_IIA_EU01205406

MIR_AC_00057731

Product Information Labels:

Aleese Label (2008)

Jadelle Label (2002)

Jadelle Label (2016)

Mirena Label (2015)

Mirena Label (2017)

Nexplanon Label (2015)

Norplant Label (1997)

Seasonique Label (2017)

Bayer Company Witness Testimony:

Deposition Transcript (with Exhibits) of Alex Asiimwe - Dec 5, 2017

Deposition Transcript (with Exhibits) of Maja Francuski - Nov 29, 2017

Deposition Transcript (with Exhibits) of Birte Hofmann, DVM, PhD - Nov 21, 2017

Deposition Transcript (with Exhibits) of Mirja Leena Kaipomaki, Vol I - Nov 15, 2017

Deposition Transcript (with Exhibits) of Mirja Leena Kaipomaki, Vol II - Nov 16, 2017

Deposition Transcript (with Exhibits) of Petra Koelm - Dec 6, 2017

Deposition Transcript (with Exhibits) of Dr Eeva Lukkari-Lax, Vol I - Nov 27, 2017

Deposition Transcript (with Exhibits) of Dr Eeva Lukkari-Lax, Vol II - Nov 28, 2017

Deposition Transcript (with Exhibits) of Andrea Machlitt - Dec 5, 2017

Deposition Transcript (with Exhibits) of Katrin Manlik - Dec 7, 2017

Deposition Transcript (with Exhibits) of Juliane Schoendorf, Vol I - Nov 28, 2017

Deposition Transcript (with Exhibits) of Juliane Schoendorf, Vol II - Nov 29, 2017

Deposition Transcript (with Exhibits) of Christian Zurth - Nov 30, 2017

Expert Deposition Testimony:

Deposition Transcript (with Exhibits) of Frederick W. Fraunfelder MD - Apr 12, 2016

Deposition Transcript (with Exhibits) of John E. Maggio, PhD - Apr 6, 2016

Deposition Transcript (with Exhibits) of David B. Ross, MD - Apr 8, 2016

Deposition Transcript of Rosa Tang, MD, MPH, MBA - May 10, 2016

Plaintiffs' Expert Reports, Appendices and Literature Cited:

Philip Darney, MD, MSc - Dec 27, 2017

Mahar Etminan, Pharm D - Jan 22, 2016

Frederick Fraunfelder, MD - Jan 21, 2016; Dec 23, 2017

Conrad Johanson, PhD - Dec 28, 2016

Lemuel A. Moye, MD, PhD - Dec 28, 2017

Laura Plunkett, PhD, DABT - Dec 22, 2017

Vicenzo Salpietro, MD - Dec 28, 2017

James Wheeler, MD, MPH, JD - Dec 21, 2017

Other:

2016 U.S. Patent Application Publication - Intrauterine Delivery System

Affidavit of Mayar Etminan, Pharm D - December 17, 2016)

Consolidated Amended Complaint, In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (NO. II), No. 1:17-md-02767-PAE-JLC (S.D.N.Y. July 10, 2017), ECF No. 50.

English Translation: MIR_IIH_EU01083403 - MIR_IIH_EU01083405
Ros Forteza FJ, Pereira Marques I. Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device. Neurologia. 2017 Feb 16. pii: S0213-4853(17)30006-3. doi: 10.1016/j.nrl.2016.11.012.

All materials cited in my January 18, 2018 Expert Report

# APPENDIX C

**Mirena IIH Litigation**

**Geri D. Hewitt, MD Testimony in Past Four Years**

Deposition, Mirena Perforation MDL (Columbus, OH)

Deposition, October 2016 (Columbus, OH)

Deposition and Trial Testimony (Cleveland, OH)

Trial Testimony, criminal case (Louisville, KY)