# GERI D. HEWITT, M.D.
## Curriculum Vitae


**Personal:** Date of Birth: [redacted]
Birthplace: New Martinsville, West Virginia

**Home Address:** [redacted]

**Office Address:** OSU Academic Office
395 W. 12th Ave, Room 526
Columbus, OH 43210
(614) 293-4276 (Phone)
(614) 293-5878 (Fax)

Email address: geri.hewitt@osumc.edu; geri.hewitt@nationwidechildrens.org


**Undergraduate Education:**

B.S. — University of Michigan
09/1982-05/1986 — Ann Arbor, Michigan
B.S. Biology with high distinction

**Medical Education:**

M.D. — Ohio State University College of Medicine Columbus, Ohio
08/1986-06/1990 — Alpha Omega Alpha
Department of Obstetrics and Gynecology Award

**Residency Training:**

07/1990-06/1994 — Georgetown University Medical Center
Washington, D.C.
Chairman: John T. Queenan, M.D.

08/1993-06/1994 — Administrative Chief Resident
Outstanding Resident Awards:
- Division of Gynecology and Oncology
- Division of Reproductive Endocrinology and Infertility

**Professional/Clinical Appointments:**

06/2014 — Surgeon Team
Center for Colorectal and Pelvic Reconstruction
Nationwide Children's Hospital
Columbus, Ohio

06/2014 — Faculty
Pediatric Colorectal Fellowship
Nationwide Children's Hospital

| | |
|---|---|
| | Columbus, Ohio |
| 07/2011-present | Section Chief<br>Department of Obstetrics and Gynecology<br>Pediatric and Adolescent Gynecology<br>Nationwide Children's Hospital<br>Columbus, Ohio |
| 07/2011 | Faculty Adolescent Medicine Fellowship<br>Nationwide Children's Hospital<br>Columbus, Ohio |
| 07/2004-present | Associate Clinical Professor<br>College of Medicine<br>Department of Obstetrics and Gynecology<br>Department of Pediatrics<br>The Ohio State University<br>Columbus, Ohio |
| 07/2002-2016 | Medical Director<br>Stoneridge Obstetrics and Gynecology<br>Dublin, Ohio |
| 08/1994-07/2004 | Assistant Clinical Professor<br>College of Medicine<br>Department of Obstetrics and Gynecology<br>Department of Pediatrics<br>The Ohio State University<br>Columbus, Ohio |

**Licensure and Certification:**

| | |
|---|---|
| 2004-present | Maintenance of Certification-American Board of Obstetrics and Gynecology |
| 1996-present | Certification-American Board of Obstetrics and Gynecology |
| 1994-present | Ohio State Medical Licensure |
| 1991 | Certification-National Board of Medical Examiners |

**Committee Memberships:**

**Ohio State University College of Medicine**

| | |
|---|---|
| 2013-2016 | Medical Center-Admission Committee |
| 2002-2008 | Physician Development Committee |
| 2001-2002 | Medical School-Physician Development Program, Med II Lecture/ Discussion Physical Exam Course |

**Ohio State University Medical Center**

| | |
|---|---|
| 2010-2016 | Medical Center-Ambulatory Quality Management Committee |
| 2004-2009 | Department Promotions and Tenure Committee |

**Ohio State Department of OB/GYN**

| | |
|---|---|
| 1996-1998 | Medical Center-Labor and Delivery User Committee |
| 1995-2008 | Departmental-OB/GYN Medical Student Evaluation Committee |

**Ohio Department of Health**

| | |
|---|---|
| 2004-2009 | Ohio Department of Health Family Planning Advisory Council |

**Georgetown University Medical Center**

| | |
|---|---|
| 1994-1996 | Medical School-Medical Humanities Committee |

**Professional Society Membership:**

North American Society of Pediatric and Adolescent Gynecology
American College of Obstetricians and Gynecologists
Society for Academic Specialists in General Obstetrics and Gynecology

**Professional Service:**

| | |
|---|---|
| 2016-present | Vice-Chair ACOG Committee on Adolescent Health Care |
| 2015-present | Co-Chair ACOG Prolog Office Practice |
| 2014-present | Committee Member, ACOG Committee on Adolescent Health Care |
| 08/2013-present | Committee Member, ABOG Board Writing Question Committee |
| 2013 | FDA Advisory Committee Member: Probuphine Implants for Maintenance of Opioid Dependence |
| 2011 | FDA Advisory Committee Member: Review of Drospirenone |
| 2011 | FDA Advisory Committee Member: Review of Ortho Evra Contraceptive Patch |
| 2010-2013 | Committee Member, ABOG Maintenance of Certification Committee |
| 2006-present | Board Examiner, American Board of Obstetricians and Gynecologists |
| 2003 | FDA Advisory Committee Member: Over the Counter Access to Emergency Contraception |
| 2002-present | Section Co-Editor, "Tips for Clinicians," Journal of Pediatric and Adolescent Gynecology. |
| 2002-present | Board Member, Journal of Pediatric and Adolescent Gynecology |

**Honors and Awards:**

| | |
|---|---|
| 2006-2016 | Best Doctors in America |
| 2006-2016 | Best Doctors in Columbus, Columbus Monthly Magazine |
| 2002 | Channel 10 News Top OB/GYN in Central Ohio |
| 2000 | APGO Excellence in Teaching Award |
| 1994 | Outstanding Resident Award-Division of Reproductive Endocrinology and Infertility |
| 1994 | Outstanding Resident Award-Division of Gynecology and Oncology |

**Presentations:**

"Cloacal Malformations" Grand Rounds, The Ohio State University. September 14, 2017.

"A Surgical Technique for the Correction of Perineal Body Disruption and Fecal Incontinence via a Posterior Sagittal Approach with Rectal Mobilization." Video presentation. British Association of Pediatric Surgeons, Amsterdam, July 2016.

"Gynecological Consideration in Patients with Cloacal Malformations from Antenatal Diagnosis through Evaluation to Final Reconstruction." NASPAG Annual Conference Workshop, Ontario Canada. April, 2016.

Host faculty and panelist at the 2015 Pediatric Colorectal and Pelvic Reconstruction Conference, Nationwide Children's Hospital, November 7-9, 2015.

"Urologic and Gynecologic Concerns in Anorectal Malformations; What does the Pediatric Surgeon Need to Know?" Host Faculty: Gynecology. 2014 Pediatric Colorectal and Pelvic Reconstruction Conference. November 12-14, 2014.

"Chronic Pelvic Pain" Resident Lecture, The Ohio State University, February 24, 2014.

Med II Reproduction Block Clinical Skills Session, Speculum Exam, The Ohio State University, March 7, 2011.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. May 9, 2011.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. January 10, 2011.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. November 8, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. September 13, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. May 24, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. March 22, 2010.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. January 25, 2010.

"Update in Adolescent Gynecology" Lounge and Learn Series, Nationwide Children's Hospital. December 18, 2009.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. November 23, 2009.

"Amenorrhea" Resident Lecture, Ohio State University. November 20, 2009.

"Common Gynecologic Problems for the Primary Care Provider" West Virginia University 4th Annual Gwendolyn Hogan Pediatric Fall Fest. October 10 2009.

"Contraceptives" West Virginia University 4th Annual Gwendolyn Hogan Pediatric Fall Fest. October 10, 2009.

"Ectopic Pregnancy" Medical Student Lecture, The Ohio State University. September 28, 2009.

"First Trimester Bleeding/Ectopic Pregnancy" The Ohio State University, Obstetrics and Gynecology. March, 2009.

"Adolescent Gynecology" The Ohio State University, Obstetrics & Gynecology. February 2009.

"Med II Small Group Sessions" The Ohio State University, Obstetrics & Gynecology. February 2009.

"Clinical Problems in Gynecology" AAP 2008 Annual Meeting and Fall Pediatric Update. September 26-28, 2008.

"Update on contraception" AAP 2008 Annual Meeting and Fall Pediatric Update. September 26-28, 2008.

"Fibroids" The Ohio State University, Obstetrics and Gynecology Resident Lecture. June, 2008.

"New Options in Contraception" Nationwide Children's Hospital Pediatric Pearls Conference. March 6, 2008.

"Pubertal and Menstrual Abnormalities" Family Practice Rounds, The Ohio State University. November 7, 2007.

"Contraception Update" American Academy of Pediatrics National Conference and Exhibition. October 28, 2007.

"Cases in Pre-Pubertal Gynecology" American Academy of Pediatrics National Conference and Exhibition. October 27, 2007.

"Adolescent Gynecology" American Academy of Pediatrics' Pediatrics in the Red Rocks Conference. June 17, 2007.

"Pediatric Gynecology" American Academy of Pediatrics' Pediatrics in the Red Rocks Conference. June 16, 2007.

"New Methods of Contraception for Adolescents" American Academy of Pediatrics National Conference and Exhibition. October 8, 2006.

"Chronic Abdominal and Pelvic Pain" American Academy of Pediatrics National Conference and Exhibition. October 7, 2006.

"Office Gynecology for the Pediatrician" American Academy of Pediatrics National Conference and Exhibition. October 7, 2006.

"Newer Methods of Contraception" 2006 Adolescent Medicine Pearls Conference-The Adolescent Female, Columbus Children's Hospital. September 28, 2006.

"Chronic Pelvic Pain" Resident Didactic, The Ohio State University. February 2, 2006.

"Office Gynecology for the Pediatrician" American Academy of Pediatrics National Conference and Exhibition. October 11, 2005.

"What's New in Contraception: Tips for Working With Adolescents" American Academy of Pediatrics National Conference and Exhibition. October 10, 2005.

"Office Gynecology for the Pediatrician" Grand Rounds, Columbus Children's Hospital. March 3, 2005.

"Ectopic Pregnancy" Resident Chapter Review, The Ohio State University. September 24, 2004.

"Amenorrhea" Resident Chapter Review, The Ohio State University. September 24, 2004.

"First Trimester Bleeding, Abortion, Ectopic Pregnancy" Resident Lecture, The Ohio State University. April 26, 2004.

"Chronic Pelvic Pain" Resident Lecture, The Ohio State University. April 2, 2004.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 26, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 24, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 17, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 12, 2003.

"Advances in Hormonal Contraception" Ortho-McNeil Teleconference. June 5, 2003.

"Management of Chronic Pelvic Pain and Endometriosis" NASPAQ Annual Meeting. May 16, 2003.

"Chronic Pelvic Pain: Evaluation and Management" Central Ohio Academy of Family Physicians Annual Family Practice Review. November 16, 2002.

"Pediatric and Adolescent Gynecology" Columbus Comprehensive Review Course. October 13, 2002.

"Chronic Pelvic Pain" Columbus Comprehensive Review Course. October 13, 2002.

"New Advances in Hormonal Contraception" Lounge and Learn Presentation, Children's Hospital. May 3, 2002.

"Chronic Pelvic Pain" Comprehensive Review Course, Orlando Florida. October 26, 2001.

"Pediatric and Adolescent Gynecology" Comprehensive Review Course, Orlando Florida. October 26, 2001.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 17, 2001.

"Pediatric and Adolescent Gynecology" Comprehensive Review Course, Columbus Ohio. October 17, 2001.

"Physiologic Changes in Pregnancy" Gastroenterology Fellowship Core Didactic Curriculum. November 3, 2000.

"Update on Birth Control" Region IV Perinatal Outreach. September 19, 2000.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio, October 19, 2000.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 19, 2000.

"New Advances in Contraceptives" Licking Memorial Hospital. March 13, 2000.

"Cervical Pathology in Adolescents" Adolescent Health Conference, Columbus Children's Hospital. October 29, 1999.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 14, 1999.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 14, 1999.

"Pediatric Gynecology" Mount Carmel Medical Center Grand Rounds. Columbus Ohio. May 5, 1999.

"Does Gender of the Provider Matter When caring for Young Women" Grand Rounds, Columbus Children's Hospital. February 4, 1999.

"Update on Oral Contraceptives" Sponsored by Organon. Cleveland Ohio, December 8, 1998.

"Pediatric Gynecology" Central Ohio Academy of Pediatrics, Wyndham Hotel, Dublin Ohio. November 13, 1998.

"Physician Gender and Care of the Adolescent Patient" Grand Rounds, The Ohio State University. August 27, 1998.

"Pediatric Gynecology" Resident Lecture, The Ohio State University. August 14, 1998.

"Physician Gender and Caring for Adolescent Patients" North American Society of Pediatric and Adolescent Gynecology, Palm Beach Florida. May 30, 1998.

"Pediatric Gynecology" Grand Rounds, Mount Carmel Hospital. May 6, 1998.

"Delay and Precocious Puberty" Resident Lecture, The Ohio State University. April 24, 1998.

"Chronic Pelvic Pain" Grand Rounds, Mount Carmel Medical Center, Columbus Ohio. April 8, 1998.

"Menstrual Abnormalities in Adolescents" Region IV Perinatal Outreach. April 9, 1998.

"Pediatric Gynecology" Grand Rounds, The Ohio State University Family Practice. January 21, 1998.

"Pediatric Gynecology" Spring Review Course, Columbus Ohio. May 18, 1997.

"Chronic Pelvic Pain" Mount Carmel Medical Center, Columbus Ohio. December 18, 1996.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 12, 1996.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 12, 1996.

"Pediatric Gynecology" Grand Rounds, Mount Carmel Medical Center, Columbus Ohio. October 2, 1996.

"Should We Have A Baby?" Women and Wellness Seminar, The Ohio State University. September 25, 1996.

"Impact of Sexually Transmitted Diseases on Adolescent Pregnancy Outcomes" Young Women in Trouble Conference, Region IV Perinatal Education Center, Columbus Ohio. September 5, 1996.

"Adolescent Chronic Pelvic Pain" Lounge and Learn, Columbus Children's Hospital. May 3, 1996.

"Abnormal Uterine Bleeding" Women's Reproductive Health Update, Region V Training, Columbus Ohio. March 13, 1996.

"Maybe Baby" Women and Wellness Seminar Series, The Ohio State University. March 13, 1996.

"Chronic Pelvic Pain" Comprehensive Review Course, Columbus Ohio. October 18, 1995.

"Pediatric Gynecology" Comprehensive Review Course, Columbus Ohio. October 18, 1995.

"Pediatric Vulvovaginitis" Lounge and Learn, Columbus Children's Hospital. May 5, 1995.

"Contraception Matters" Cleveland State University, Cleveland Ohio. May 3, 1995.

"Contraception Matters" Portland State University, Portland Oregon. March 30, 1995.

"ER Management of Vaginal Bleeding" Emergency Medicine Lecture Series, The Ohio State University. March 28, 1995.

"Dysfunctional Uterine Bleeding" Ohio Medical Education Network (OMEN). March 13-17, 1995.

"Maybe Baby" Women and Wellness Seminar Series, The Ohio State University. March 8, 1995.

"On-line" Live Radio Presentation Regarding Women's Health Issues, WOSU. January 19, 1995.

"Vaginitis" Women and Wellness Seminar Series, The Ohio State University. January 11, 1995.

"On-Line" Live Radio Presentation Regarding Women's Health Issues, WOSU. September 15, 1994.

"Menopause" Presented to the OSU Mobile Mammography Unit. September 14, 1994.

"Parenting 101" Seminar, The Ohio State University. September 10, 1994.

Articles:

Hewitt Geri D. "Current Opinion in Obstetrics and Gynecology" *Pediatric and Adolescent Gynecology.* Vol 29. No 5, (October 2017).

Hewitt Geri, Skerritt Clare, Sanchez Alejandra Vilamova, Lane Victoria Alison, Wood Richard J., Breech Lesley L., Levitt Marc. "Menstrual, Sexual, and Obstetrical Outcomes after Vaginal Replacement for Vaginal Atresia Associated with Anorectal Malformation." *European Journal of Pediatric Surgery.* 2016 November 15.

Hewitt Geri, Lane Victoria, Skeritt Clare, Wood Richard, Reck Carlos, McCracken Kate, Jayanthi Venkata, Dajusta Daniel, Ching Christina, Deans Katherine, Minneci Petere, Levitt Marc. "A Standardized Approach for the Assessment and Treatment of Internationally Adopted Children with a Previously Repaired Anorectal Malformation (ARM)." *Journal of Pediatric Surgery*. Vol 51, (July 2016); 1864-1870.

Hewitt Geri D. "The young woman's initial gynecologic visit." *The Female Patient*. (September 2006).

Hewitt Geri D, Burkett Amy M. "Progestin only contraceptive use in adolescents: Clinical options and medical indications." *Adolescent Medicine Clinics: contraception in Adolescents*. Vol 16. No 3, (October 2005).

Hewitt G, Breech L, Holland-Hall C. "The 'Well Girl' Exam." *Journal of Pediatric and Adolescent Gynecology*. Vol. 18. No 4, (January 2005); 1.

Geri D. Hewitt, "Adolescent medicine clinics: Surgical issues in adolescents." Area Marjorie (Eds). Vol 15. No 3, (October 2004).

Hewitt G, Brown R. "Chronic Pelvic Pain and Recurrent Abdominal Pain in Female Adolescents." *Endocrine Development*. Vol. 7, (January 2004); 213-224.

Hewitt, Geri D. "Examining Pediatric and Adolescent Gynecology Patients." *J Pediatr Adolesc Gynecol* (2003) 16:257-258.

Hewitt GD, Brown RT. "Update on emergency Contraception." *Reviews in Gynecological Practice*. Volume 7, (2004): 213-224.

Hewitt GD, Brown RT. "Acute and chronic pelvic pain in female adolescents." *Med Clin North Am.* (July 2000); 84(4):1009-25.

Hewitt GD, Comer B. "Update on adolescent contraception" *Obstet Gynecol Clin North Am.* (2000)

Hewitt GD, Brown RT. "Yes, male physicians should care or adolescent females." *J Pediatr Adolesc Gynecol.* (May 1999); 12(2):100-2.

"Operative techniques in Gynecologic Surgery." Hewitt Geri D, (Guest Editor). Vol 4, No 4. (October, 1999).

Platt Maureen, Hewitt Geri D. "Pregnant adolescent nutritional needs." *Pediatric Directives*. (Summer 1998).

Hewitt Geri, Brown Robert. "Evaluating chronic pelvic pain in adolescents." *Contemporary adolescent gynecology.* Vol 3, No 1. (December, 1997).

Hewitt GD. "Should adolescents have over-the-counter access to oral contraceptive pills and antibiotics?" *Adolesc Med.* (October 1997);8(3):443-448.

Hewitt Geri D, Brown Robert. "Chronic pelvic pain in adolescent females." *Contemporary Pediatrics.* Vol 14, No 3. (March 1997).

Hewitt Geri D. "Menstrual disorders." *Pediatric Directives.* Issue 1 Volume 7, (Summer 1996).

**Book Chapters:**

Hewitt GD. "Amenorrhea" in Textbook of Adolescent Health Care. *In Press.*

Brown RT, Hewitt GD. "Chronic Pelvic Pain and Recurrent Abdominal Pain in Female Adolescents" in Pediatric and Adolescent Gynecology. C. Sultan (Ed). Evidence-Based Clinical Practice. Endocr Dev. Basel, Karger, 2004, Vol. 7.

"Hewitt GD. "Gynecology" in Adolescent Medicine Secrets. CM Holland-Hall, RT Brown (Eds). Hanley & Belfus, Philadelphia, PA. 2002. 177-190.

Hewitt GD. "Normal and Abnormal Puberty" in Physiologic Basis for Obstetrics and Gynecology. Seifert, Samuels, Kniss (Eds). 2001(2)161-73.

Hewitt GD. "Acute and Chronic Pelvic Pain in Female Adolescents" in The Medical Clinics of North America. Strasburger (Ed.) W.B. Saunders, Philadelphia, 2000.

Hewitt GD. "Chronic Pelvic Pain" in Current Therapy in Obstetrics and Gynecology. Zuspan and Quilliagan (Eds). 5th Edition, 1999.
Hewitt GD. "Pelvic Pain" in Atlas of Gynecology. Morton Stenchever (Ed). 1998.

Hewitt GD. "Sterilization" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

Hewitt GD. "Contraception" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

Hewitt GD. "Pediatric Gynecology" in Current Therapy in Obstetrics and Gynecology. Zuspan and Quilligan (Eds) 5th Edition, 1999.

Hewitt GD. "Malpresentations" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

Hewitt GD. "Adolescent Pregnancy" in Handbook of Obstetrics, Gynecology, and Primary Care. Zuspan (Ed) 3rd Edition. Mosby, St. Louis, 1998.

**Research:**

Secondary Investigator. "A Study to Demonstrate Immunogenicity and Tolerability of the Quadrivalent HPV (Types 6, 11, 16, 18) L1 Virus-Like Particle (VLP) Vaccine in Pre-Adolescents and Adolescents, and to Determine End-Expiry Specifications for the Vaccine," 2002 PCTI, Merck & Co., Inc.