**In the Matter Of:**

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

---

# VIDEOTAPED DEPOSITION OF GERI D. HEWITT, M.D.

*February 09, 2018*

---

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\- - -

IN RE: :
MIRENA IUS LEVONORGESTREL- : 17-MD-2767 (PAE)
RELATED PRODUCTS LIABILITY : 17-MC-2767 (PAE)
LITIGATION (NO. II) :

\- - -

VIDEOTAPED DEPOSITION OF GERI D. HEWITT, M.D.

\- - -

Friday, February 9, 2018
at 8:48 a.m.

\- - -

Taken at: Thompson Hine, LLP
41 West Broad Street, Suite 1700
Columbus, Ohio 43215

\- - -

REPORTED BY: CAROL A. KIRK, RPR/RMR/CSR

VIDEOTAPED DEPOSITION OF GERI D. HEWITT, M.D.

APPEARANCES

- - -

On behalf of the Plaintiffs:
MARTIN D. CRUMP, ESQUIRE
ANDERSON R. BROWN, ESQUIRE
DAVIS & CRUMP
2601 14th Street
Gulfport, Mississippi 39501
228-863-6000
martincrump@daviscrump.com
anderson.brown@daviscrump.com

and

LESLIE LaMACCHIA, ESQUIRE
PULASKI LAW FIRM
2925 Richmond Avenue, Suite 1725
Houston, Texas 77092
832-690-4013
llamacchia@pulaskilawfirm.com

On behalf of the Defendants:
KATHLEEN E. PALEY, ESQUIRE
ANNIE X. WANG, ESQUIRE
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
202-662-5641
kpaley@cov.com
awang@cov.com

ALSO PRESENT:
Melinda Sindiong, Videographer

- - -



VIDEOTAPED DEPOSITION OF GERI D. HEWITT, M.D.

INDEX TO EXHIBITS


| WITNESS | PAGE |
| --- | --- |
| GERI D. HEWITT, M.D. | |
| CROSS-EXAMINATION BY MR. CRUMP: | 6 |
| REDIRECT EXAMINATION BY MS. PALEY: | 233 |
| RECROSS-EXAMINATION BY MR. CRUMP: | 242 |




VIDEOTAPED DEPOSITION OF GERI D. HEWITT, M.D.

INDEX TO EXHIBITS


| HEWITT | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 1 | Notice of Video Deposition of Geri Hewitt, M.D. | 6 |
| Exhibit 2 | Document titled, "Hewitt Supplemental Materials List" | 9 |
| Exhibit 3 | Letter to Mr. Baum from Dr. Hewitt, dated April 11, 2014, with invoices attached | 26 |
| Exhibit 4 | Article titled, "The Environment and Disease: Association or Causation?" | 36 |
| Exhibit 5 | Expert Report of Geri D. Hewitt, M.D. | 36 |
| Exhibit 6 | Highlights of prescribing information for Mirena | 159 |
| Exhibit 7 | Prescribing information for Norplant System | 168 |
| Exhibit 8 | Highlights of prescribing information for Jadelle | 170 |
| Exhibit 9 | Proposed Prescribing information for ParaGard T380 Intraoperative Copper Contraceptive | 172 |
| Exhibit 10 | Compilation of studies | 205 |
| Exhibit 11 | Article titled, "An Estimation of the Risk of Pseudotumor Cerebri Among Users of the Levonorgestrel Intrauterine Device" | 222 |
| Exhibit 13 | Article titled, "Epidemiology of idiopathic intracranial hypertension: A prospective and case-control study" | 236 |




- - -

P R O C E E D I N G S

- - -

THE VIDEOGRAPHER: This is disk number 1 to the videotaped deposition of Dr. Geri Hewitt, M.D., taken in the matter of Mirena IUS Levonorgestrel -- I'm sorry. I should have practiced this one -- Rebate Production -- or Products Limited Liability.

This deposition is being held at 41 South High Street, Columbus, Ohio, and today is February 9, 2018. My name is Melinda Sindiong. I'm the videographer. The court reporter is Carol Kirk.

Will counsel please introduce yourselves for the record, and then the court reporter will swear in the witness and we can proceed.

MS. PALEY: Kathleen Paley for the defense.

MS. WANG: Annie Wang for the defense.

MR. CRUMP: Martin Crump for the Plaintiffs.

MR. BROWN: Anderson Brown for the Plaintiffs.

MS. LaMACCHIA: Leslie LaMacchia for the Plaintiffs.

- - -

GERI D. HEWITT, M.D.

being by me first duly sworn, as hereinafter certified, deposes and says as follows:

CROSS-EXAMINATION
BY MR. CRUMP:
**Q. Good morning, Doctor.**
A. Good morning.
**Q. Could you state your name for the record, please.**
A. Geri Dawn Hewitt.
**Q. And what is your address, Doctor?**
A. My home address is 307 East New England Avenue, Worthington, Ohio.
**Q. And your work address?**
A. That's a good question. Ohio State University. I think my official work address is West 12th Avenue, Columbus, Ohio.
**Q. Okay.**
**- - -**
(Hewitt Deposition Exhibit 1 marked.)
- - -
**Q. All right. Doctor, I'm handing you what has been marked as Exhibit 1 to your deposition.**
**Have you ever seen this document before?**
A. Yes.
**Q. And what is it?**
A. Approximately maybe a week ago or so.
**Q. And what is the document?**



A. The document appears to be Notice of Video Deposition of Geri Hewitt.
**Q. All right. And there are document requests attached to -- or as part of the notice.**
**Did you endeavor to collect the materials responsive to the request?**
A. Yes.
**Q. Okay. And what -- can you tell me what you found?**
A. I was requested to turn over anything I -- that was listed on here. I know one thing I was unable -- I don't have any records of lectures and things that I've given. I don't keep those, so I didn't have those to turn over. But I submitted everything that was requested that was in my possession.
MR. CRUMP: Okay. Do we have those?
MS. PALEY: Yes. I'll hand over a list of supplemental materials received since the reports were issued here. I'm giving you two copies in case you want one marked as an exhibit.
(Discussion held off the record.)
MS. PALEY: Here also is a copy of Dr. Hewitt's invoices. And you requested any materials where Dr. Hewitt had, you know, written or taken notes outside of her draft report, and here is the one piece.



MR. CRUMP: And do we have copies?
MS. PALEY: So you have two of the invoices. I hand delivered two of the supplemental materials list, and I believe we only have one of the documents that Dr. Hewitt wrote on.
MR. CRUMP: Okay.
MS. PALEY: I'm sure, if necessary, we can get a copy made by the Thompson Hine folks.
BY MR. CRUMP:
**Q. I'll get to these in just a second.**
**But, Dr. Hewitt, you said copies of lectures you could not find or you don't keep?**
A. I don't keep them.
**Q. Okay. So were they destroyed? What happened to them?**
A. I just don't keep them. Like, I give a talk once, and I turn the stuff over to whoever I'm speaking to and they load it up. And I just don't even keep that stuff because I'm making new talks all the time, and I find I just rarely go back to stuff I've given before.
**Q. Okay. So you wouldn't have electronic copies, hard copies, anything of those?**
A. I don't keep them. No.
- - -
(Hewitt Deposition Exhibit 2 marked.)



- - -
**Q. Okay. All right. Dr. Hewitt, I'm handing you what has been marked as Exhibit 2 to your deposition.**
**Can you identify that for me?**
A. This says "Hewitt Supplemental Materials List, Deposition of Phil Darney, Deposition of James Wheeler and Deposition of Moyé." I don't know how to pronounce the first name.
**Q. Okay. Dr. Hewitt, are you affiliated with any type of expert witness service or company?**
A. No.
**Q. Tell me about your first involvement in the Mirena litigation.**
MS. PALEY: Objection.
A. Do you mean in Mirena litigation with regard to IIH or Mirena litigation more broadly?
**Q. More broadly.**
A. Okay. So I was first -- and I don't know when this was -- interviewed by Ken Baum and asked to be an expert in the Mirena perforation litigation, and I don't recall when that was.
**Q. Okay. In what field were you designated as an expert in the perforation litigation?**
A. I don't know, but I would assume as an OB-GYN.
**Q. Okay. And were you retained for the purposes**

Page 10

**of general causation or case specific?**
MS. PALEY: Objection.
A. I don't really know. To be honest, I don't know.
**Q. Okay. Did you review individual case files or individual medical records for specific individuals?**
A. I do recall reviewing one specific case of a patient that experienced IUD perforation.
**Q. Do you recall that case name?**
A. No.
**Q. Can you briefly tell me what your -- substance of your opinions were in that litigation?**
MS. PALEY: Objection.
A. Briefly that there was no -- nothing particular to the Mirena IUD medical device that caused perforation, that perforation was an event that occurred due to injury at the time of insertion.
**Q. And was that -- that was as to that person that you're talking about that you can't remember the name?**
A. That was broadly as well.
**Q. Okay. In that litigation, was your deposition taken?**
A. Yes.
**Q. Okay. And did you submit an expert report?**

Page 11

A. Yes.
**Q. All right. Tell me about your first contact with Bayer relative to the PTC litigation.**
MS. PALEY: Objection.
Just caution the witness not to reveal the contents of discussions with counsel.
A. Okay. I remember Emma Neff reaching out to me and telling me that there was going to be -- and asking me to be an expert regarding Mirena and IIH.
**Q. Okay. And when was that?**
A. I don't recall.
**Q. What year?**
A. I would be guessing. 2016 versus 2017.
**Q. Okay. And how many times did you meet Bayer's counsel during that process?**
A. I don't recall off the top of my head. I do recall one meeting in Washington D.C., and we have met recently here in Columbus, but I don't know off the top of my head how many times I've met.
**Q. Okay. With the D.C. meeting, who was present?**
A. As I recall, it was myself, Kathleen, Emma, and very briefly Annie.
**Q. And how long did you all meet?**
A. I don't remember off the top of my head. I'm assuming it was a couple of hours because it was after I

Page 12

had been -- it was in the evening after I had been in an ACOG adolescent healthcare committee meeting.
**Q. Okay. And then the Columbus meeting, when was that?**
A. The Columbus meeting has been more recent, the last couple of weeks.
**Q. Before deciding to give opinions in this case, did you -- were you provided any materials by Bayer to review?**
A. I have been provided materials by Bayer to review.
**Q. Okay. But before -- my question is, before you decided to become an expert in this case, were you given any materials by Bayer to review?**
MS. PALEY: Objection.
A. I guess I don't understand those two -- the difference between those two questions. Can you ask me again?
**Q. Sure.**
**At the time you were contacted to serve as an expert for Bayer, at that initial meeting, were you provided any materials to make a decision as to whether or not you wanted to serve as an expert?**
MS. PALEY: Objection.
A. When I was first contacted by a representative

Page 13

of Bayer, it was Emma Neff calling me on the phone, so it was not a meeting.
**Q. Okay. Were you subsequently provided materials before you made your decision to serve as an expert in this case?**
A. I made the decision to serve as -- I talked with Emma on the phone that day and told her I would be -- and said I would consider it, and subsequent to that I was given materials by Bayer.
**Q. Okay. And do you recall what materials?**
A. The materials -- most of which I turned over to you. I don't remember exactly what I was given when.
**Q. Okay. At that time, did you do your own independent literature review search?**
A. I -- just prior to that conversation with Emma, I had had a patient who was a young woman diagnosed with IIH that came to see me in the office, sent to me by her neurologist, with questions about contraceptive use. So I had actually done a literature search at that time about the diagnosis of IIH and contraceptive use. So when Emma called me, I had already done a literature review around contraception and IIH at that time because of the patient that I had seen in my clinic.
**Q. Okay. And what contraceptive was that patient**

Page 14

**utilizing?**
A. That patient was using combination hormonal contraceptive pills.
**Q. And did you -- did you say a neurologist diagnosed that patient?**
A. I don't know who made the diagnosis, but the neurologist referred the patient to me with the question of what contraceptive methods were most appropriate for her with a diagnosis of IIH.
**Q. Okay. So that individual wasn't previously a patient of yours?**
A. No. The patient was referred to me with the diagnosis with a question of contraceptive use.
**Q. When you conducted -- or let me ask you. Do you recall when you conducted that literature review search?**
A. No.
**Q. Would it have been prior to your being retained by Bayer as an expert?**
MS. PALEY: Objection.
A. It would have been prior to me --
**Q. I'm sorry. In the PTC litigation.**
A. It would have been prior to the conversation I had with Emma Neff with her asking me to consider being an expert in the PTC litigation.

Page 15

**Q. And what terms did you utilize to conduct that literature review search?**
A. As I recall, I looked at the word IIH, PCT [sic].
**Q. PTC?**
A. PTC, pseudotumor -- I think of it as IIH. I don't think of it as the other.
**Q. That's a good point, to just discuss that, and you can continue your answer.**
A. Okay. Pseudotumor cerebri --
**Q. Go ahead.**
A. -- IIH, contraception, contraceptive methods. And then I looked at information about the different -- I plugged in different various type of contraceptives.
So as I recall, I also looked at the CDC MEC eligibility criteria to counsel the patient and her family about safety and efficacy of different and various contraceptive options.
**Q. Okay. And, Doctor, I refer to it as IIH or PTC, so during the course of the day, if I reference that, just so we're clear, we'll be talking about the same thing, right?**
A. IIH or pseudotumor cerebri, yes.
**Q. Or IH?**
MS. PALEY: Objection.

Page 16

A. Well, I typically think of it as IIH, idiopathic intracranial hypertension.
**Q. Okay. And it's only idiopathic until there's a cause noted, right? That's what idiopathic means, right?**
MS. PALEY: Objection.
A. Idiopathic means that there's no clear assessment of why someone has the disease process or what caused the disease process. So my understanding of the definition is that it's increased intracerebral pressure in the absence of identified vascular mass or mass. So my understanding is idiopathic intracranial hypertension.
**Q. Okay. And are there known causes for IH?**
A. I think that's the whole reason it's called idiopathic, is that there's no known causes. I think there's risk factors that have been identified, but no specific causes of idiopathic intracranial hypertension, which is why I think it's referred to as idiopathic intracranial hypertension.
**Q. So your testimony here today is you're not aware of any causes, known causes, of IH?**
MS. PALEY: Objection.
A. My testimony here today is that it's idiopathic intracranial hypertension and that there are

Page 17

identified risk factors, that the whole reason it's called idiopathic is because there are not identified causes.
**Q. Okay. So if I -- going back, if I refer to it as IH or PTC, you'll know what I'm talking about? We'll be talking about the same thing, right?**
A. IIH --
**Q. For the purposes of your deposition.**
A. For purposes of my deposition, IIH, not IH, as you had suggested earlier.
**Q. Understood. I understand that's the way you think about it. But if I refer to it as IH or PTC, we'll be talking about the same thing, correct?**
MS. PALEY: Objection.
A. IIH.
**Q. Understand.**
**Doctor, in what field are you testifying in this litigation?**
A. I'm testifying as an expert in obstetrics and gynecology.
**Q. Okay. Going back to the meeting that occurred in Columbus, was that a meeting to prepare for your deposition?**
MS. PALEY: Objection.
A. I think my meeting in Columbus was to talk

about my opinions and respond to questions that they had about the opinions I had.

**Q. Okay. And what did you do to prepare for your deposition today?**

MS. PALEY: Objection.

Just, again, caution the witness not to reveal the contents of communications with counsel.

A. In preparing for my deposition today, I reviewed my -- primarily reviewed my expert report. Then I thought about things in my head.

**Q. Okay. Such as what?**

A. Oh, how I feel about the Mirena IUD, how I feel about being an expert witness, how I feel about lawyers, things like that.

**Q. How do you feel about lawyers?**

MS. PALEY: Objection.

A. I think that's kind of a personal question.

**Q. Okay. You can answer.**

A. I'm married to one, so I love at least one of them.

**Q. Congratulations.**

**How do you feel about the Mirena IUD?**

MS. PALEY: Objection.

A. I love the Mirena -- well, I mean --

MS. PALEY: Go ahead.



A. I love the Mirena IUD. I think it's a phenomenal product, and it has had a huge impact on women's health in this country as evidenced by, you know, Jeff Pfeiffer's work in the Choices Project, what it did in St. Louis to decrease unintended pregnancy, decrease termination rate. It's a highly effective, very safe contraceptive method. It is probably one of the best things that's happened in women's health over the course of my career, that and probably the Gardasil vaccine and the way we define HRT now.

**Q. Were you involved in any way in the HRT litigation?**

A. No.

**Q. What -- aside from the Mirena migration, litigation, the Mirena PTC litigation, what other litigation have you been involved with?**

MS. PALEY: Objection.

A. The only other litigation I've been involved in is very minimal malpractice expert work.

**Q. Doctor, sorry for jumping around, but going back to the meeting in Columbus, how long did you meet with Bayer attorneys?**

A. Let's see. I know that we met on a -- as I recall, I'll have to look on my calendar on my phone -- that we met on a Saturday morning. And I think that



meeting was for about four to five hours. And as I recall, there was more than one meeting in Columbus, all around -- sort of around the same time. I met with them a couple days ago for -- that was in the evening for another maybe three or four hours.

**Q. And who was present at that meeting?**

A. At that meeting, it was Kathleen and Annie.

**Q. And how long -- how long did you say that meeting occurred?**

A. That was in the evening. I would guess it was about three to four hours because I came here -- well, I came and met them after work.

**Q. Okay. Did you do any new literature searches to prepare for your deposition?**

A. I don't understand what you mean by "any new literature searches." Are you talking about -- I don't understand what you mean by that question.

**Q. Okay. Let me back up.**

**So once you had made the decision to serve as an expert witness for Bayer, did you do a literature search?**

MS. PALEY: Objection.

A. Since having agreed to be an expert witness for Bayer, I have done a literature search around issues relating to this litigation, yes.



**Q. Okay. And what terms did you utilize to conduct that literature review?**

A. So, as I recall, I did this on PubMed, and I used words like IIH, pseudotumor cerebri, progestins, transgender, androgens, contraceptives, Mirena, Norplant, levonorgestrel.

**Q. Okay. Any others?**

A. Not that I can recall.

**Q. Okay. And was that prior to the submission of your report in this case?**

A. Prior to -- I think it was over the duration of and subsequent to my submission of my -- I don't remember the exact date that I submitted the report.

**Q. Okay. But you would have conducted that literature review before submitting your report, right?**

MS. PALEY: Objection.

A. I have conducted literature reviews around this topic, not only for direct patient care, as well as preparing for this litigation, as well as for doing literature review for other work outside of this litigation that has to do with the Mirena IUD.

Most recently I did a large literature review on the Mirena IUD and complications of when I was writing an adolescent healthcare committee meeting on Mirena IUD use in endometriosis in adolescents. So I'm

Page 22

always doing literature reviews around risk and benefit and analysis about the Mirena IUD just as a part of my work.
So sometimes separating work that I'm doing specifically for litigation and work that I'm doing for a part -- an integral part of my job and responsibilities of my job, lots of times there's lots of crossover.
**Q. Okay. Have you conducted literature reviews since the submission of your report?**
A. Oh, I'm sure I have. I mean, I'm on the computer all the time looking at stuff.
**Q. Okay. Is what you found on your additional reliance list?**
A. For what component of looking at --
**Q. For serving as a basis for your expert -- the opinions in your expert report.**
A. There's nothing --
MS. PALEY: Objection.
A. There's nothing that I found in doing the literature reviews that I've done before, during, and after submitting my expert report that's not noted in my reliance information or that's not recognized and already -- that you don't have access to.
**Q. Okay. Have you reviewed the reports of other**

Page 23

**experts in this case?**
MS. PALEY: Objection.
Go ahead.
A. As I recall, I've reviewed the report of Dr. Phil Darney and the report of Dr. James Wheeler.
**Q. Okay. And when did you review those?**
A. Well, I don't recall when it was the first time I saw those reports. I know I've reviewed them again like in the last month, but I don't recall the first time that they were provided to me.
**Q. Okay. Did you review them prior to the submission of your expert report?**
A. To be honest, I don't recall the timing, whether I saw the Plaintiff expert reports prior to completing and submitting my own. I don't -- I really can't remember.
**Q. Okay. Have you reviewed any of the defense expert reports in this case?**
A. I have not seen defense expert reports in this case.
**Q. Okay. Do you rely on your view of -- you said Dr. Darney and Dr. Wheeler -- any of their opinions in establishing your opinions in this case?**
A. I guess I don't understand what you mean by do I rely on them.

Page 24

**Q. In the formation of your opinions that are included within the expert report, your expert report.**
A. I mean, I read them. I read their reports. I guess I don't know -- I mean, I read them, I thought about what they said, and I have my own opinions. I don't know what you mean by "rely."
**Q. Do they serve as a basis for any of the expert opinions listed in your report?**
A. Do they serve as a basis? I think I respond to their ideas. I don't know if that's the same thing as relying on them. I mean, I read them. I thought about them, and I responded. So I guess -- I don't know -- I just -- I don't know what the legal word -- I don't know what that word "rely" means.
**Q. Did you know any of the Plaintiffs' experts prior to your involvement in this --**
A. I have -- I know of Dr. Darney, of course, because of his reputation around contraception. I've never met him in person.
And I don't -- Dr. Wheeler, I'm completely unfamiliar with him.
**Q. Okay. Do you know who the other experts -- the other defense experts in this case are?**
A. No, I don't know.
**Q. What is -- can you tell me your opinion of**

Page 25

**Dr. Darney?**
MS. PALEY: Objection.
A. I've not met him personally, but I recognize that he is highly respected in the field around contraception and family planning. I think historically he's been a thought leader in the field of contraception and family planning.
I have known people that have -- that he's trained, and I've had high regard for them. I've always appreciated when I -- earlier in my career that I oftentimes would refer to his textbook. I thought his textbook was very helpful earlier in my career, and I oftentimes -- you know, I think it's been a while since they've updated it, the contraceptive technology textbook he and Speroff would do. I think I'm -- you know, I'm familiar with his reputation.
**Q. What is his reputation?**
MS. PALEY: Objection.
A. I would say that Phil Darney's reputation is that he is known for being very active and one of the initial sort of founders of the world of contraception and family planning, and that he's put a lot of energy and effort into training people in contraception and family planning, training people how to do research and training abortion providers.

**Q. I'm sorry. What else was listed on Exhibit 2?**
A. Deposition of Phil Darney, deposition of James Wheeler, and deposition of Dr. Moyé.
**Q. Okay. Any other action that you took in preparing for your deposition?**
MS. PALEY: Objection.
A. Not that I recall.
MR. CRUMP: Counsel, do we have an up-to-date CV?
MS. PALEY: What you received as part of the report is her up-to-date CV.
MR. CRUMP: Okay.
\- - -
(Hewitt Deposition Exhibit 3 marked.)
\- - -
**Q. Doctor, I'm handing you what has been provided to me as your billing for your expert services in this PTC litigation. Does it accurately reflect the hours that you have billed in this case?**
A. The individual reports --
MS. PALEY: Objection.
A. -- are accurate. So in this case, you know, these are -- when you say "this case," I'm thinking IIH litigation of Mirena.
**Q. I said PTC. That was part of my question.**



MS. PALEY: Objection.
A. Okay. So these are -- as I'm looking at this, these are things that I sent to Ken Baum around the perforation litigation.
**Q. Okay. So on the first page, we have an invoice dated April 11, 2014 for a total $12,000?**
A. Correct.
**Q. Okay. And this would be related to the migration litigation?**
MS. PALEY: Objection.
A. Well, I don't consider it migration litigation. I consider it perforation litigation.
**Q. Okay. Perforation litigation?**
A. Yes.
**Q. Then we have an invoice for August 20, 2014.**
A. Correct.
**Q. Again, to Mr. Baum, 12 hours for $4,800, correct?**
A. Correct.
**Q. And that would be related to the perforation litigation?**
A. Correct.
MS. PALEY: Objection.
Go ahead.
**Q. The next one is an invoice for January 7,**



**2015, and that is to Mr. Baum as well, 12 hours for 4,800, correct?**
A. Correct.
**Q. And which litigation would that be for?**
A. I'm assuming --
MS. PALEY: Objection.
A. I'm assuming that that is the perforation litigation.
**Q. Okay. Then we have a February 20, 2015 invoice to Mr. Baum for ten hours for $4,000, correct?**
A. Right. That's what I'm reading on the paper in front of me, yes.
**Q. And which litigation would that be relative to?**
MS. PALEY: Objection.
A. Again, I'm assuming that that's the perforation litigation.
**Q. The next page of Exhibit 3 is a June the 12th, 2015 invoice to Mr. Baum for 25 hours, $10,000, correct?**
A. Correct.
**Q. And which litigation would this invoice serve?**
A. Again, I'm assuming that that's the perforation litigation.
**Q. A September the 18th, 2015 invoice to Mr. Baum for 48 hours, $19,200, correct?**



A. Correct.
**Q. And for which would that invoice -- which litigation would that invoice --**
A. I'm assuming that's the perforation litigation.
**Q. Next we have a July 8th, 2016 invoice to Mr. Baum for eight hours at $3,200, correct?**
A. Correct.
**Q. And for which litigation would that invoice be for?**
A. I'm assuming that that again is the perforation litigation.
**Q. Next page is a September the 30th, 2016 invoice to Mr. Baum, correct?**
A. Correct.
**Q. For ten hours and $4,000?**
A. Correct. That's what I see on here.
**Q. And for which invoice would that litigation be for?**
MS. PALEY: Objection.
A. I am not certain. I would have to -- I'm assuming this is perforation, but I would have to look at the date of the deposition for the perforation litigation to know for sure.
**Q. Okay.**

A. I don't know what date I did the deposition. I think -- I don't -- I'm assuming that this is for the deposition for the perforation litigation, but I don't know. I'd have to look at the date. I've got no idea.
**Q. Would you have any reason to dispute that that deposition was in September of 2015?**
A. I don't know. I've got no idea.
**Q. Okay. Did you perform any work in the perforation litigation that you billed for after your deposition?**
MS. PALEY: Objection.
A. I don't know. I really can't remember. I remember something like that there was going to be this big part of the case, and there was going to be other parts of the case that broke off. So I really don't know. I'd have to look at -- get out my calendar and dig through it all. I really don't know.
**Q. Do you have your calendar with you?**
A. No, I do not have my calendar with me.
I do recall like some individual case stuff after, like, the big part of the litigation.
**Q. After your deposition?**
A. I don't remember.
MS. PALEY: Objection.
A. I don't know.



**Q. I'm sorry. What's the last page?**
A. The last one I have in my hand is November 13, 2017.
**Q. Okay. So on that invoice -- to Mr. Baum again, correct?**
A. Correct.
**Q. -- we have 15 hours and a total of -- for a total of 16,000?**
A. Fifteen hours --
**Q. I'm sorry.**
A. -- for a total of 6,000.
**Q. 6,000.**
**And for what litigation does this --**
A. I'm assuming, given the date of November 13, 2017, that this has to do with the current litigation, the IIH litigation.
**Q. Okay. Do you know the total amount of time that you have submitted for invoices on the PTC litigation?**
MS. PALEY: Objection.
A. I -- as far as I recall, I think this is the only invoice that I've submitted so far, and I haven't submitted yet subsequent invoices.
**Q. Okay. Do you know how much time you have to submit from your last invoice of November 13 until**



**today?**
A. I do not know off the top of my head. I will have to go back and again go through my calendar after the deposition today and add up all the hours and submit.
**Q. Okay. Do you have an estimate?**
A. I would -- not counting today, I would estimate -- and, again, this is a broad estimate. I would estimate like maybe somewhere like 30 or 35.
**Q. Okay. Can you tell me what your billing rate is?**
A. As it's here on this document, $400 an hour.
**Q. Okay. Does it -- is it a flat 400 an hour? Does it vary by what task you are performing?**
A. You know, I don't know. I know that the trial -- if I have trial testimony, that that's a different rate. I do not know off the top of my head if deposition testimony is different than the consulting rate off the top of my head. I'm not a professional expert witness.
**Q. What is the rate for trial?**
A. I don't know off the top of my head.
**Q. You don't know? But as far as you -- sitting here today, all other services performed except for trial testimony would be charged or billed at a $400 per**



**hour rate?**
A. I'm assuming so. I don't know if I have it written down someplace else that I charge differently for depositions. Honestly, I just -- I really don't know. I am not a professional expert witness.
**Q. Does the money earned by your service as an expert witness go to you personally or --**
A. Yes, it goes to me personally. It does not go through my employer.
**Q. Does the university see any of it?**
A. No.
**Q. What percentage of your income is derived from being an expert witness?**
A. Very small.
**Q. Can you give me an estimate?**
MS. PALEY: Objection.
A. Oh, gosh. I mean, so for the year 2017, like -- I mean, very, very small, less than 5 percent.
**Q. Is your husband a plaintiffs' attorney or defense attorney?**
MS. PALEY: Objection.
A. That's a personal question. Do I have to answer that?
MS. PALEY: You can answer.
A. Yeah, I think he's done both things, but he's

primarily a defense attorney.
**Q. Okay. Did he attend any of the meetings you've had with Plaintiffs' counsel?**
A. No.
MR. CRUMP: Doctor, we've been going for an hour. Let's take a break.
THE WITNESS: Okay.
THE VIDEOGRAPHER: We're now going off record, and the time is 9:30.
(Recess taken.)
THE VIDEOGRAPHER: We're now back on record. The time is 9:43.
MS. PALEY: If I may ask before the questioning starts if we could have identified whoever is listening on the phone, that would be great.
MR. CRUMP: Sure.
MS. PALEY: Phillip Mills?
THE VIDEOGRAPHER: Yes.
MS. PALEY: Okay.
THE VIDEOGRAPHER: I mean, he should be able to hear us. I can send him a text, and we can have that done.
MS. PALEY: No. If the screen identifies who it is, that's fine.
THE VIDEOGRAPHER: There may be attorneys on



there. Phillip is with the agency.
MS. PALEY: Oh. I mean, if we could have identified who's listening, that would be great.
THE VIDEOGRAPHER: Okay. Let me send him a text.
MS. PALEY: And we can clarify it later. I don't want to, you know, hamper your questioning.
THE VIDEOGRAPHER: Right.
Go ahead.
BY MR. CRUMP:
**Q. Doctor, going back to Exhibit 3, do you know what the total is for the period of time that you served as an expert witness for Bayer?**
MS. PALEY: Objection.
A. No. I've never added up the numbers.
**Q. Okay. Would it surprise you if we told you it was 68,000?**
A. I would have to add up the numbers. I've never sat down and added up all these numbers.
**Q. Okay. And you said you had 30 to 35 hours pending that you haven't billed for, correct?**
A. I'm assuming that's about what it is, ballparking, but I haven't sat down and gone through my calendar to add it all up yet.
**Q. Okay. Was any of that trial testimony?**



A. No.
**Q. So would it all be billed at the $400 an hour rate?**
A. Yes.
\- - -
(Hewitt Deposition Exhibit 4 marked.)
\- - -
**Q. Dr. Hewitt, I'm handing you what has been marked as Exhibit 4 to your deposition. Can you identify that document for me?**
A. The document says, "Hill AB. The Environment and Disease: Association or Causation?"
**Q. Okay. And that's the Bradford Hill article, right?**
A. Correct.
**Q. And you provided it in response to the request relative to notes you made, things like that?**
A. Um-hmm.
**Q. Okay. We'll come back to that.**
**- - -**
(Hewitt Deposition Exhibit 5 marked.)
\- - -
**Q. Dr. Hewitt, I'm handing you what has been marked as Exhibit 5 to your deposition. Can you identify that document for me?**



A. The document reads, "Expert report of Geri D. Hewitt."
**Q. Okay. And attached to that document as Appendix A is your CV, correct?**
A. Correct. Appendix A is my CV.
**Q. And is that an accurate and up-to-date copy of your CV?**
A. It would have been, as far as I know, at the time it was submitted.
**Q. Do you have an updated CV?**
A. Not on me, no. I mean, I don't know that -- if I've added anything onto this since it was submitted.
**Q. Okay. In reviewing it, are there any supplementations that you would like to make on the record today at your deposition?**
A. I don't think so. I know I just had my annual review and pulled all the -- everything I've published in the year 2017, and I don't know -- I haven't put that on my CV yet. So I'm assuming this is relatively up to date. It's on my list of things to do this weekend.
**Q. Fun weekend planned, huh?**
**Doctor, do you have any pending articles or publications?**
A. Yeah. I know I always have pending articles or publications.

Page 38

**Q. Okay. What are they?**
A. I have an article under review about the anatomy, intraoperative -- so preoperative assessment and intraoperative assessment of Mullerian structures in girls with cloacal malformations that's been submitted and that we're revising for resubmission. It will be accepted like -- it's like in the works.
**Q. For what journal?**
A. Journal of Pediatric Surgery. Journal of Pediatric Surgery, JPS. I'm trying to think is there anything else. There's been stuff that's been published electronically that hasn't come out in print yet that has to do with adnexal masses. There's a document out for the committee of adolescent healthcare that's like --
**Q. The electronic publication that you just mentioned, where would that be published?**
A. JPS, Journal of Pediatric Surgery. And there's a document under review that will be -- it's in the works for ACOG adolescent healthcare committee. So there's things brewing that aren't -- that haven't been fully put through the process yet.
**Q. Okay. And the document pending for ACOG, what is that?**
A. About chronic pelvic pain and endometriosis in

Page 39

adolescents.
**Q. Okay. Any others?**
A. Things that are in the works that have been submitted but aren't available for print yet? Is that what you mean?
**Q. Um-hmm.**
A. Um-hmm. There is an article about vaginal replacement in patients with cloacal malformations and whether we can preoperatively identify risk factors that predict whether or not there are likely to be vaginal replacement. There's also an article about long-term reproductive health related outcomes for women that have repaired anorectal malformations.
**Q. Are those two separate articles?**
A. Yes.
**Q. The first one, where is it presented for publication?**
A. That will be going to JPS.
**Q. Okay. And the second?**
A. The second one is going to be at JPAG, Journal of Pediatric & Adolescent Gynecology.
**Q. Okay. And looking at your publications listed in your CV, were there any that you have published between the time that you submitted your CV and now?**
A. I don't think so, because the most recent one

Page 40

on here -- let's see. I think there is probably a couple that haven't come on here yet that were published towards the end of 2017 --
**Q. Okay.**
A. -- mostly related to adnexal masses and QI assessment to decrease the likelihood of oophorectomy for benign ovarian neoplasm, and that was in JPS, Journal of Pediatric Surgery.
**Q. Okay. And the other?**
A. There was one about gynecologic abnormalities identified at the time of a redo perineoplasty in girls with anorectal malformations that was also in JPS that I think that has -- was not on here that has recently been published.
**Q. Okay. Any others?**
A. Not that I can think of right now.
**Q. Doctor, where did you go to get your undergraduate degree?**
A. The University of Michigan.
**Q. And what was the degree in?**
A. Biology.
**Q. And where did you go to medical school?**
A. Ohio State.
**Q. And when did you go to medical school?**
A. I graduated from college in '86 and went

Page 41

directly to medical school. So I would have been in medical school between '86 and '90.
**Q. Okay. And then where did you do your residency training?**
A. I did my residency at Georgetown.
**Q. Do you hold any specialties?**
MS. PALEY: Objection.
A. Other than OB-GYN?
**Q. Yes.**
A. OB-GYN.
**Q. Okay. Any others?**
A. No.
**Q. Your work history after medical school, can you take me through that?**
A. Sure. My work history after medical school, I went and did my residency at Georgetown University. And then I came back to Ohio State where I'd been a faculty member of the department of OB-GYN at Ohio State since I completed my training.
**Q. Okay. And when did you begin with Ohio State?**
A. 1994.
**Q. And you've been consistently with the university since '94 until now.**
A. I have.
**Q. Your -- tell me about your position with the**

**university that you hold now?**
MS. PALEY: Objection.
A. My current title is a professor in the department of OB-GYN at Ohio State University, and I work inside of the general division of obstetrics and gynecology.
**Q. And within that position, what do you do?**
A. I teach, I do research, and I provide clinical care for patients.
Another portion of my job is that I'm the chief of obstetrics and gynecology at Nationwide Children's Hospital where I have a leadership and administrative role, as well as provide patient care, teach, and do research.
**Q. We talked about Dr. Darney earlier. Do you respect Dr. Darney?**
A. Yes, I do.
**Q. Okay. Do you respect his opinions in this case?**
MS. PALEY: Objection.
A. I have an immense amount of respect for the -- historically the work that Dr. Darney has done, and I understand that he's still doing some work.
I do not agree with all of his opinions in this case.



**Q. Okay. And I will take them both, your position with The University and then your employment with Nationwide Children's Hospital.**
A. I'm not employed by Nationwide Children's Hospital. I'm employed by The University.
**Q. Okay. In your capacity as an instructor at The University, what percentage of time do you teach?**
A. So academic medicine is very different, because the whole time we're working, we're having learners with us, whether they're medical students or residents or fellows. So our workday has ongoing teaching. So it's not like being a college professor like in -- I don't know -- like a sociology department that you lecture so many hours a week.
The way it works in academic medicine is, you know, we write book chapters. We work on committees and generate documents with clinical guidelines. We give grand round presentations. We mentor people. We teach clinically. So because I'm an academic physician, all day every day I have learners around me, and I'm teaching either medical students, residents, or fellows.
**Q. Okay. And what percentage of that time is spent in the classroom?**
A. So, again, it's very different when you're in the world of academic medicine. So we think of our



classroom as when we're in the clinic, and we talk about each patient that we've seen, and we educate about the patients that we've seen when we do morning rounds, when we're in the board checkout room and we're going over everything that happened overnight on labor and delivery and making plans.
There are times that we're physically in front of an audience and lecturing at a lecturn like when we give grand rounds. But classroom, per se, I mean, that can be like a workroom on labor and delivery when you're giving a lecture to medical students. It's not so much we separate from our role as academic medicine clinicians and go to in a classroom like they might see like on a regular college campus or like in law school.
Like, if I'm on OB-GYN service and I'm teaching the medical students, we're literally walking down the hallway or we're sitting in the cafeteria over lunch and they're giving us presentations on different topics and discussing them.
So it's very different in the world of academic medicine. There's not like a formal classroom. It's more of an ongoing teaching the whole -- your whole day. You incorporate it into everything that you're doing.
**Q. Is your husband's name James King?**



A. I'm married to James King.
**Q. What percentage of your time do you actually spend seeing patients?**
A. So the vast majority of my time I spend clinically caring, providing direct patient care. Wednesday afternoons is blocked for administrative time; otherwise, the vast majority of my time, I'm directly caring for patients.
I have clinic scheduled all the time except Wednesday afternoon, and then Fridays are the days I typically operate. So on -- when I'm done operating on Fridays, that's other time that I'm not directly contacting with patients, but otherwise I'm always seeing patients and providing direct patient care.
**Q. Okay. And how many patients do you see a day?**
A. Well, it depends on whether I'm working my adult practice site or whether I'm working at my -- at Children's Hospital.
In my adult practice site, when I'm in the office seeing patients, I typically -- the way my -- my schedule is always full. And the way my half day like computer schedule thing is set up is I have about 13 slots and then one slot for an emergency add-on. So that's per half day. So I'm typically seeing, you know, 13, 14 patients in a half day at my adult practice site.

**Q. And how many days a week?**
A. I see patients at my adult practice site all day Tuesdays, Wednesday mornings, and Thursday afternoons.
When I'm at Children's Hospital, the grid --
**Q. Hold on before you move on to Children's.**
**So take me through that. Total it up for me.**
A. So all day Thursdays would be two half-day sessions. So if I see 13 patients in a half day, that would be 26 patients on a Tuesday. Wednesday morning is another half-day session. So I would add another 13 patients. Thursday afternoon is a day that -- an afternoon half-day session that I do procedures. So I would say that's probably a little bit lower. That's probably more like ten. So I think that would be an estimation of an average workweek.
**Q. Sure. Thank you.**
**And those patients, how often are they on the actual schedule?**
MS. PALEY: Objection.
**Q. How much time do you have blocked off for each patient?**
A. Typically 15 minutes.
**Q. And what you just told me relative to your adult practice, that's the norm -- roughly the patients**



**that you see within that practice, the total we just did?**
MS. PALEY: Objection.
A. Well, that's office visits.
**Q. Okay.**
A. Yes. That would be -- when I'm seeing patients in the office, that would be a relatively typical week.
**Q. Okay. How else would you see patients aside from office visits?**
A. So sometimes I see patients if I'm assigned to the hospital. So like there's weeks that I'm assigned to do GYN service, and so those weeks I spend my whole week at the hospital. So then I would see patients on inpatient rounds. I would see patients for in-hospital consults. I would see patients in the emergency room. I would see patients in any of those surgical settings to perform surgery on them.
**Q. Are we talking about Nationwide?**
A. That would be a week at OSU.
**Q. I'm sorry?**
A. That would be -- if I was doing the GYN service, that would be done at OSU, at Ohio State.
So when you say "see patients," you know, I do office-based work, and I also do hospital-based work.



So I perceive both of those as different ways I interact with or see or take care of patients.
**Q. Okay. The hospital-based work, would you be prescribing contraceptives?**
A. Yes.
**Q. How often do you do the hospital-based work?**
A. I am typically on GYN service where I spend a whole week performing GYN service like that one or two weeks every six months. Additionally and typically one Friday a month I'm doing GYN surgery at Ohio State.
**Q. So a week for every six months?**
A. One to two.
**Q. One to two?**
A. Um-hmm.
**Q. Okay. And in the hospital setting, can you tell me roughly how many patients you see?**
A. Well, it really depends on the week. When we round in the morning, we're rounding on all of the resident GYN patients. We're also rounding on all of our general division faculty patients. So oftentimes when we're rounding, we're rounding anywhere from between three or four patients. A busy inpatient GYN service would have maybe eight to ten patients on it.
We're typically doing several consults during the day. Those would either be inpatient consults or it



would patients we go down and see in the emergency room. A typical day would be two to four.
And we also operate all day. A typical day on GYN service would mean doing, I would guess, three or four procedures, maybe a little bit more if they were a lot of minor procedures or a little bit less if we're doing big, complicated, longer cases.
**Q. Okay. And what types of procedures?**
A. Oh, gosh. We do procedures at the bedside. Like sometimes we do contraceptive -- provision of contraceptive services for hospitalized patients at the bedside. So that might mean placing a contraceptive implant or placing an IUD at the bedside for a complicated medical patient. We do endometrial biopsies at the bedside if we're consulting a patient with postmenopausal bleeding. We might remove cervical polyps.
For the surgeries that we're doing, we operate in the ambulatory surgery center, as well as in the main OR. We provide a full complex array of gynecologic procedures. So on the ambulatory surgery center, you know, we're doing D&Cs, D&C hysteroscopies, simple laparoscopy for diagnosis. We're caring for adnexal masses, ectopic pregnancies, torsions. Those would be common emergencies. Miscarriages, section curettages

for miscarriages.

In the main OR, like we do anything and everything. So we would be doing laparoscopic hysterectomies, abdominal hysterectomies, vaginal hysterectomies, large pelvic masses, wound debridements, vulvar abscesses, removal of Bartholin's gland cysts, vulvar reconstructive surgery. You know, we provide comprehensive gynecologic care.

**Q. Okay. And then the one Friday a -- did you say a month?**

A. One Friday a month. So the first and third Fridays, I operate at Children's Hospital. The second and fourth Fridays, I operate at Ohio State. So -- or I'm assigned to Ohio State. So one Friday a month typically, I do my own faculty practice patient surgery at Ohio State.

**Q. Okay. And then tell me about your number of patients that you treat at Nationwide Children's Hospital.**

A. Okay. So at Nationwide Children's Hospital, I function as the chief of obstetrics and gynecology, and my clinical responsibilities there revolve around taking care of babies, girls, teens, and young adult women that are patients at Nationwide Children's Hospital.

So all day Mondays, I'm at Nationwide



Children's Hospital. And on Mondays, I'm either in the clinic seeing patients all day, and that would be approximately ten patients in the morning and ten patients in the afternoon, where we see patients in our ambulatory clinic, provide a full gamut of gynecologic services, birth through 24.

We see a lot of medically-complex patients that are cared for at Nationwide Children's Hospital. We do run-of-the-mill routine pediatric and adolescent gynecology, which includes things like vaginitis, vaginal bleeding, developmental abnormalities, anatomic questions, birth defects.

We also provide care for girls as they're moving through puberty and menses. So those -- you get things more like abnormal -- abnormal bleeding, dysmenorrhea, endometriosis, adnexal masses, contraception, heavy menstrual bleeding, bleeding abnormalities, complicated contraception, patients with complex medical conditions and what their contraceptive options are.

We take care of a lot of young women with developmental disabilities to help their families in terms of keeping them safe in the event of abuse, in terms of preventing pregnancy, as well as managing menstrual suppression.



We also provide reproductive preservation for young women that are undergoing chemotherapy. We work collaboratively with an aqua fertility program. So young women that are being -- who have a new diagnosis of cancer, we see them and help them with menstrual suppression for their chemotherapy, if it wipes out their bone marrow so they don't bleed. And we also do fertility preservation medications and procedures to help them preserve their fertility if they're having gonadotoxic drugs.

We also work -- I also work collaboratively inside the center of pelvic reconstruction at Children's Hospital where we take care of kids from across the country and around the world that have anorectal malformation, so they come to Children's Hospital.

And if I'm not in the clinic on Mondays, one Monday a month I'm operating collaboratively with colorectal pediatric surgeons, pediatric urologists, and pediatric gynecology all work together to do pelvic reconstruction.

So we're meeting those families. We're counseling them. We're making the diagnosis. We're evaluating them preoperatively. We're doing their primary reconstruction. And then we're counseling them long term about what the families can anticipate for



their daughters in terms of their reproductive health, their ability for sexual functioning, the contraception that's safe for them to use, and obstetrical outcomes.

So that's what I do on Mondays.

**Q. Okay. And that's every Monday?**

A. On Mondays, I'm either in the clinic; or one Monday a month, I'm in the operating room with the colorectal -- the center for pelvic reconstruction program.

**Q. Okay. And that was 20 patients per Monday?**

A. That's 20 patients in the ambulatory setting. Mondays I'm also what we call the doc of the day at Children's Hospital. So as the doc of the day at Children's Hospital, I will see any patient -- inpatient consult that comes in, or if there's a patient with a gynecologic need that comes into the emergency room, I would be the person that would come out of clinic and see a patient in the hospital, round on anyone we have hospitalized in the hospital, and also go to the emergency room.

On Mondays, I also cover the PCTC line, that if any primary care doctor has a gynecologic question, I'm available to consult with them as well.

**Q. So how many patients do you have see total on Monday on average?**

Page 54

A. Well, when you say "see," if you're talking about in the ambulatory setting in my office, on average I would see about 20. And I would say most Mondays, I do at least one consult, which would be one additional, maybe two additional patients.

**Q. Okay. Fair enough.**

**At Children's, what's the average age of the patient?**

A. We see patients from birth to 24. So I would say the minority of the patients that we see in our straight pediatric adolescent gynecology clinic are pre-menarcle. I think the majority of them have had their first period. So I think that would probably skew our average age into the middle adolescent range, probably around 14, 15, 16. I've never run the numbers to see what our average -- the average patient age is, but I would assume that it's skewed toward the older end of the age of patients that we care for.

**Q. Okay. And at The University, the patients you see, what are the average age for --**

A. So I don't see -- our gynecology department at OSU doesn't see anyone under the age of 18 on campus in the gynecology department, because they refer -- we redirect those patients to Children's Hospital because we feel like we're better equipped to care for them

Page 55

there. So at The University, members of our general division see patients from the age of 80 -- from 18 to death.

**Q. Okay. Doctor, if you would, I want to talk about you personally for a second in your practice.**

**What birth control methods, contraceptive methods, do you utilize?**

A. So in my practice, I offer a patient a wide range of contraceptive methods, and I typically have a contraceptive menu that I go over with them. And typically I will tell patients, "I'm going to go over" -- well, I take their history and physical to know what contraceptive options are available to them. And I typically say to them, "We're going to go over a contraceptive menu," and the way I present that contraceptive menu to them is I say to them, "I'm going to start with the most effective contraceptive method that we have available, and we're going to work our way down through all of the contraceptive choices until we get to the least available menu -- the least available option."

And oftentimes I'll say, "Just for completeness sake, we're going to talk about sterilization first," even if I know sterilization is not a reasonable option for that patient, just to get it

Page 56

out of the way.

**Q. Okay. Will you take me through your contraceptive menu as you would present it to your patients?**

A. Absolutely. So let's say if I was meeting with a patient, I would say to her, "I understand that you want to talk about contraception. This is great, because we want you to have a pregnancy when you are ready for it both physically, emotionally, mentally, financially secure, and relationship, all that kind of stuff."

So I will say to them, "Let's talk first about sterilization." And I would say, "There are numerous options for sterilization. One option for sterilization is for your -- if you have a one significant male partner, is for them to have a vasectomy. And I always encourage them, if they're a couple, to do a vasectomy first.

I'll say, "The options for female sterilization include things related to the fallopian tubes." And I'll tell them that "The best time to do that is either during a Cesarean section, that we can sterilize you at the time of Cesarean section, and we'll talk about the risks and benefits of that." I'll say, "We can do a tubal ligation after you've delivered a

Page 57

baby vaginally while you're still inside the hospital." Some patients like to do that.

Or we can do interval sterilization procedure, which means at least six weeks after they've delivered, they can undergo a procedure to have sterilization at that time.

At that point in time, their options are either to have laparoscopy to have a tubal sterilization procedure or to have a hysteroscopy to have an Essure procedure.

Now that we know that tubal -- that removing the fallopian tubes decreases the likelihood of a patient developing ovarian cancer, I'll talk with them about the fact that when we're doing sterilization procedures now, oftentimes removing the fallopian tubes, that that does not increase the likelihood of a bad outcome significantly.

So after we get sterilization out of the way, I'll move to our other contraceptive menu. And I --

**Q. And what are those?**

A. And I will say to them, "You need to know that the way I'm presenting this to you is in the way of contraceptive efficacy." And I will say, "You know, physicians are being criticized that we're pushing patients in certain directions and that we're being very

biased in how we counsel them. So I'm going to try to start at the top. We're going to say the most effective, and we're going to talk about safety -- efficacy, safety, and side effects."

So I say, "The most effective contraceptive method that we have available to us is the contraceptive implant." And I tell them that that's a progestin-only method. That's an implant that we place in an office-based procedure at a time that we can feel clinically assured that they're not pregnant, that it's a very simple thing to do. It's as easy as getting your blood drawn or having an IV inserted, that they can use it for up to three years. It's the most effective method we have, it's very safe, and that the most common side effect is some irregular bleeding.

And while the majority of women, up to 85 percent, report that there's a change in their menstrual pattern, 25 percent of women experience amenorrhea or complete lack of periods, and if the change in their menstrual bleeding pattern bothers them, there are medications we can use to help them to manage that side effect.

**Q. Okay. And what are those contraceptive implants that you utilize?**

A. I use the Nexplanon.



THE REPORTER: I'm sorry?

THE WITNESS: Nexplanon, N-e-x-p-l-a-n-o-n.

**Q. Okay. Any others?**

A. So after we talk about the implant, the next thing I will say, I say, "We're going to step down the contraceptive efficacy. Now we're going to talk about the next most effective method is a contraceptive IUD." And I will explain to them that the contraceptive IUD is an office-based procedure typically.

We can also place them at the time of delivery either after what we call post-placental placement, that we can place it at the time of a Cesarean section, and we can also place it after a vaginal delivery, after we've delivered of the placenta, but typically we're doing interval placement or placement unrelated to pregnancy. And I will say to them that an IUD -- there's different types of IUD. There are progestin IUDs and there are copper IUDs.

And I will tell them that we like to place the IUD at a time that we can be assured with a certain degree of clinical assessment that they're not pregnant. And I counsel them that the risks of the IUD are the risk of perforation, which I quote them less than 1 percent, the risk of infection at the time of insertion, that that risk is not significant enough to



warrant prophylactic antibiotics at the time of insertion, and the risk of expulsion.

And I counsel them that there are two types of IUDs. There are --

**Q. I'm sorry. Hang on. Any other risk that you counsel your patients about relative to these intrauterine contraception devices?**

A. The most common things I counsel them about are perforation at the time of insertion, infection at the time of insertion, and expulsion.

**Q. I understand those may be the most common, but my question is a little bit different. My question is, are there any other risks that you counsel your patients about when discussing these contraceptive IUDs?**

A. Those are the risks that I counsel patients about when I am verbally getting their consent, so I have a consent form. I talk to them about side effects, but those are the risks that I counsel them about.

**Q. Okay. And what side effects?**

A. I talk with patients about the fact that when they're trying to decide which of those two IUDs they want to use, a levonorgestrel-containing IUD or a copper IUD, I will usually ask them a lot about their menstrual history. And I will usually tell patients if they have a very heavy period, that they might not be as happy



with a copper IUD, because oftentimes if people are having heavy bleeding or if they have very regular ovulatory cycles, particularly the first six months of copper IUD use, they may experience heavier menstrual bleeding.

And the way I usually describe it to them, I say, "Well, if your period on the scale of 1 to 10 is like a 1 or a 2, if the first six months of using a copper IUD takes you up to a 5, that might be really manageable. But if your periods, you'd rate them on a scale of 1 to 10 like a 6 or 7, and if that copper IUD takes you up to a 9 or a 10, you might not be happy." So I counsel patients using a copper IUD about the chance of heavier menstrual bleeding.

I also counsel patients that if they're switching from a hormonal contraceptive method, a systemic hormonal contraceptive method, to an IUD or a copper IUD, that they're no longer going to have the non-contraceptive benefits of using a combined hormonal contraceptive method like menstrual suppression or the other non-contraceptive benefits of using hormonal contraceptives, which can be, you know, treatment of endometriosis, management of heavy menstrual bleeding, treatment of acne and hirsutism and things like that, that they will be letting go -- decreased risk of

ovarian cancer and uterine cancer, that they'll be letting go of those non-contraceptive benefits if they choose to use a copper IUD. So not only might they have heavier bleeding, but they need to understand that there are some benefits of using hormonal contraception that they're going to let go of. So that's why I tell them about the copper IUD.

When they ask me about using -- when they ask me about the side effects to be anticipated with a levonorgestrel IUD, I typically counsel them that the vast majority of patients like their levonorgestrel IUD. I ask them if they've had any friends that have used it. I typically counsel them that they can experience some abnormal uterine bleeding.

**Q. I'm sorry. Which IUD?**

A. I broadly tell them this about the levonorgestrel IUDs.

**Q. Okay.**

A. So I tell them that they can anticipate some abnormal uterine bleeding, particularly like the first three months of use, and that, you know, we're going to -- if they call in, I'm going to remind them that I told them about this and kind of encourage them to be patient and try to work through that time.

And then I tell them that most women using



levonorgestrel IUD will experience either a decreased amount of vaginal bleeding at the time of their periods, or they may even achieve amenorrhea where they don't see any menses at all, and I assure --

**Q. In what time frame is that?**

A. I usually tell them for the duration of use of their levonorgestrel IUD, that they will either see most likely a marked decrease in the amount of menstrual flow or an absence of their periods, but we won't really know that until they try it.

**Q. And what is the copper IUD you utilize?**

A. I use the ParaGard IUD.

**Q. And then -- I think I know the answer to this, but what is the progestin-based IUD that you utilize?**

A. The progestin-based IUD that I'm currently using and that I have had no reason to move away from has been the Mirena IUD. Both of my faculty sites have other IUDs available, but to date I have used the Mirena IUD because of the bleeding profile. It's improved compared to --

**Q. What other -- you said there's two others that are available at the faculty site?**

A. Right.

**Q. What are those?**

A. So at our site, we also have access to the



Skyla IUD. I'm pretty sure we have Liletta available to us now -- things move around on the formulary -- as well as the other one, the Kyleena.

**Q. So there's three then?**

A. I think I mentioned Mirena, Skyla, Liletta. I think we have the other one that's available to us now, too.

**Q. Okay. So four total?**

A. That's what I count, yes.

**Q. Are the Skyla, Kyleena, Liletta -- are those considered low-dose LNG methods?**

MS. PALEY: Objection.

A. You know, when we talk about low-dose methods when we're referring to contraception, that's a very specific medical term, and that word "low dose" applies to combined hormonal contraceptive pills. The word "low dose" in a medical framework has not really shifted in being applied in standard medical nomenclature to progestin IUDs.

**Q. Do they have lower amounts -- or release lower amounts of LNG than, say, Mirena?**

A. There are --

MS. PALEY: Objection.

Go ahead.

A. There are varying degrees of progestins loaded



on -- into the various IUDs, and they are released at differential rates, yes.

**Q. Okay. And are those rates lower than that of Mirena?**

MS. PALEY: Objection.

A. Off the top of my head, I do know that the Skyla IUD has a lower concentrated dose of levonorgestrel loaded into the -- embedded in the IUD, and that as a consequence of that, it is released at a lower rate, yes.

**Q. Okay.**

A. Excuse me. I don't know if it's a lower rate. I might have misspoken. That the amount released is lower, so "rate" -- I don't know if "rate" is the right word. It would be more the amount released.

**Q. Okay. Fair enough. And which one was that?**

A. The Skyla would have a lower concentration of the levonorgestrel, and because of that, the amount released is lower, but I don't know that the rate is different.

**Q. Okay. Releases lower amounts?**

MS. PALEY: Objection.

A. The consequence of the amount released through the device is lower in the Skyla than the Mirena.

**Q. What about Kyleena and Liletta?**

Page 66

A. You know, I would have to have that -- I have a table that ACOG has developed that we have all of the names of the IUD, and we have the amount of progestin in the IUD, and then we have the -- actually, we have the color of the IUD strings for the clinician, and then we also have like serum level, and I would have to have that in front of me. I can't do that off the top of my head.

**Q. Okay.**

A. I know that the rates -- the amount is varying, and that Mirena is 52 and Skyla is lower, but I can't do Kyleena and Liletta off the top of my head.

**Q. Fair enough. The ACOG document that you were talking about, is that an article or a bulletin?**

A. That is being -- that's being developed. Our committee actually sat down together and got out the product labels and we're, like -- we, like, are creating like a table for clinicians -- as all these new IUD are coming out on the market -- to make it easier for people to remember the different IUD names and the -- and mostly for the color of the strings, that if a patient doesn't know which IUD she had inserted, we're hoping that if we can teach clinicians by thread -- IUD thread removal color, that they might be able to more effectively counsel women on if they know the date that

Page 67

their IUD is inserted, when it's expired.

**Q. Okay. Is the goal of ACOG to increase contraception use -- I'm sorry -- increase IUD contraception use?**

MS. PALEY: Objection.

A. I think that the goal of ACOG is to provide safe and effective contraception for women in the United States and to educate clinicians on the use of safe and effective contraception.

I don't -- the question you asked me, I don't think that -- I've never seen anywhere that ACOG has on their -- I think that ACOG is trying to teach clinicians about contraception and enhance the utilization and uptake of safe and effective contraception for women in the United States.

**Q. Fair enough. I don't want to get too far away from your menu. So let's go back to it.**

**Before we do, do you utilize that chart when counseling patients?**

A. I haven't yet, because it hasn't been published yet.

**Q. Okay. But you have a copy of it?**

A. No. It's held by ACOG because we're working on it as a working document.

**Q. Understood. Is that as a result of committee**

Page 68

**membership that you have or -- with ACOG?**

A. You mean who contributed to the document, or how do I know about this?

**Q. Yes.**

A. Because I'm on the adolescent healthcare committee for ACOG, and I'll be the chair of the committee come our meeting in the spring, in March.

**Q. Okay. Who else is on the committee with you?**

A. Well, our current chair is --

MS. PALEY: Objection.

**Q. Okay.**

A. Our current chair is Meredeth Lovelace. Off the top of my head, Ann Marie --

**Q. I'm sorry. Ann Marie?**

A. Ann Marie -- she was the head of pediatric and adolescence gynecology in Seattle -- is on the committee. Kim Hoover is on the committee, who's the head of pediatric and adolescent gynecology at UAB.

(Reporter admonition.)

A. Kim Hoover is on the committee. There's another young woman who works at Texas Children's Hospital at Baylor that's on the committee.

The CDC sends a representative to the committee. The Guttmacher Institute sends a representative to the committee. An ACOG person, the

Page 69

staff person, Chris Zahn, sits on the committee. ACOG sends representative people, you know, administrative people to the committee. Caitlin Phelps is our ACOG representative. I can't think -- there's adolescent medicine people on the committee. I can't think what their names are right now. There's also a family medicine person on the committee. I can't think --

**Q. How many people total on the committee?**

A. I don't know off the top of my head. We sit in a room that's about -- I would say at least twice as many people that are in this room, because we sit in the big board room at the top floor of ACOG, and I would say maybe 15, 16, people that are around the table when we have our committee meetings.

**Q. Okay. Do you recall -- other than the ones you're already talked about, do you recall any other members of the committee?**

MS. PALEY: Objection.

A. Not off the top of my head.

**Q. Okay. Getting back to the menu of contraception options.**

A. Okay.

**Q. Anything else that you counsel your patients on relative to -- aside from what you've already told me -- relative to the choices for contraception in that**

**category?**
MS. PALEY: Objection.
A. So is there anything else I say specifically around IUDs? Is that what you're asking when you said in that category?
**Q. Yes, ma'am.**
A. So, again, I talk with them about, you know, the method they're switching from to the method they're switching to. I talk to them -- oftentimes they want to know mechanism of action, how IUDs work, particularly if they --
**Q. So your patients ask that?**
MS. PALEY: Please let the witness finish her answer.
A. Sometimes patients, if they have -- like spiritual or religion is -- certain, like, teachings or exposures, they'll ask me how does an IUD work. They will specifically want to know that as a contraceptive method, because sometimes they have been taught -- it might be very incorrectly -- that an IUD causes abortion.
So oftentimes patients will want to walk through with me different mechanisms of actions of IUD, and they'll also want to talk about return of fertility about IUDs. And when I talk to them about duration of



use, they'll oftentimes say, "What if I want to have a baby sooner than that? Am I allowed to remove it sooner?"
So I'll talk to them about patient autonomy, that if they don't like the IUD, they can always have it removed, that while they can use it up to a certain length of time, they can always have it removed sooner.
And they'll want to know return to fertility. That's often a very common thing we talk about with contraceptive choices. Particularly if they're doing interval contraception, contraception between periods, patients will want to know about return to fertility; "If I use this contraceptive method, how long after I discontinue it, how long will it be until I can expect a return of my fertility? And is there any long-lasting effects on my ability to become pregnant after I've used this contraceptive method?"
So that's something else I typically counsel them about, is duration of use, return to fertility. And then we also talk about how uncomfortable it is to have it placed or removed in the office.
**Q. Okay. What's next on the menu of contraceptive --**
A. So we start --
**Q. -- options?**



A. -- with the implant.
**Q. Just let me finish my question before you answer.**
A. Okay.
**Q. Go ahead.**
A. I was waiting for you to finish your question.
**Q. I did, but you started talking before I finished it.**
**So what's next on your menu of contraceptive options?**
A. Okay. So we start with the implant, and then we do the IUDs. And then I talk with them about Depo-Provera, because that's the next most effective contraceptive method. And I tell them that Depo-Provera is a progestin-only method only, and they have to have a shot to get their Depo-Provera, that we can do what we call the quick start method to start the Depo-Provera, in that if their pregnancy test is negative, we can give them the Depo-Provera that day.
And I describe to them it's an injection they get every three months in a doctor's office. I have some patients that have home healthcare, like home health nursing, young women or kids with complex medical things that sometimes will get their Depo-Provera shots from their home health nurse. Typically it involves a



trip to the office. They can do a walk-in visit and get their Depo-Provera shot.
I tell them that this has been around forever. Its mechanism of action is it inhibits ovulation so they don't release an egg and that's how they become pregnant. I will them that it's relatively common. I talk with them about potential side effects, which include some irregular bleeding in the beginning. And then most women using Depo-Provera have an absence of periods or they achieve amenorrhea.
I also talk with patients about the fact that Depo-Provera is the one contraceptive mechanism that we have evidence, looking at large groups of women, that it's associated with weight gain. So women have a lot of concerns about contraception and weight, and I will explain to them, "Depo-Provera is associated with weight gain."
I'll talk to them -- if they're interested in Depo-Provera, I'll talk to them about the quote, unquote, controversy or concern about bone mineral density and DEXA scans. And I will let them know that there is some evidence in younger women using Depo-Provera, particularly teens -- we think it's most profound, like less than 16 years old, with long-determine Depo use, that they may have some

reversible bone loss similar to women over the course of a pregnancy or while she's lactating or breastfeeding.
So I'll tell patients that "You may experience some bone loss, that we think this is reversible, that you can gain that back after you discontinue this method." And I talk to them the importance of weightbearing exercise and dietary calcium while they're using that method.
I also tell them that while oftentimes patients may experience more side effects with Depo, one being that there's a concern with mood and affect being impacted negatively by Depo, but we think that that's most significant for patients with a history of anxiety or depression.
**Q. How often do they receive the shot?**
A. They receive the shot -- 150 milligrams of Depo-Provera, it's recommended that they receive it every 12 weeks. Sometimes patients get it a little bit sooner than that, particularly if they're experiencing a lot of abnormal bleeding. So we know its contraceptive efficacy can last up to 12 weeks, but sometimes if patients start noticing they start bleeding a lot towards of end of that 12-week period, we'll have them come in a little bit earlier. We might back it up to 11 weeks or back it up to 10 weeks.



**Q. Okay. What's next?**
A. After Depo-Provera, I talk to them about combination hormonal contraceptive methods. So this includes contraceptive methods that contain estrogen plus progestin, and I tell them that this is the next step and that there's three different ways that they can receive this medication, that they're all very similar to one another in that they work by inhibiting ovulation, that they have similar non-contraceptive benefits, and a very similar risk profile and very similar side effect profile, but there's different ways to get the medicine inside their body.
And I will explain to them the one that's been around the longest is the combination hormonal contraceptive pill, and that requires them to take one pill a day. And then I will tell them other options include the contraceptive patch, and that's a patch, kind of acts like a bandaid -- it only comes in one color; it's not different colors for different skin tones -- that they apply and change weekly. And I'll tell them there's also the contraceptive ring, that that's a small, plastic, thin, flexible ring that they put inside their vagina for three weeks and then take out for a week.
I'll explain to them that traditionally these



medications are used -- what we call sequential use, that they take them for three weeks, and then they have a medication-free week that it's a placebo week that they have a withdrawal bleed, that they can -- any of these methods, they can also use extended cycle, that they take the active ingredient for an extended period of time so they don't have to experience withdraw bleed.
I'll talk with them about the fact that there are certain contraindications to estrogen-containing hormonal contraceptives. And after reviewing their medical history, tell them whether or not they're a candidate to use this.
I'll tell them the risk and benefit profile. I'll tell them the risks we're most concerned about with combined hormonal contraceptive methods are the VTE risk, and I'll tell them that in healthy young ambulatory women, that we think the benefit of the contraception outweighs the risk.
But there are certain scenarios that the VTE risk is enhanced and not appropriate for the patient to use it, and that we really need to pay attention to that. And that might be, you know, clotting disorders, a personal or family history of VTE, known thrombophilias, age, inactivity, obesity, smoking, smoking over the age of 35, hypertension.



There are certain things that markedly increase that risk of VTE that I counsel them about. And I tell them, you know, that it's hard to take a pill every day. It's easier maybe to use a patch, but people might be able to see it, and that the ring is very private, and anybody can use it.
Sometimes patients have a hard time -- "Do I have to have it in the right place?" But as long as it's inside your vagina next to the vaginal mucosa, you can use it and it's well received by patients.
**Q. And the side effects?**
A. I talk to patients about side effects of using combined hormonal contraceptives, and I really like the way David Grimes talks about counseling patients about side effects with hormonal contraceptives, and he says the first thing that we need to tell patients is that most patients don't have any side effects. Most patients do very well with combined hormonal contraceptives. And if you experience side effects, they will probably diminish over time.
The most common side effects are things like some nausea from the estrogen in the combination hormonal contraceptive pills. So I counsel patients about taking them at bedtime or taking them with food. Some breast tenderness as they're exposed to the

estrogen, and some irregular bleeding as they first initiate it.
And, again, I talk to them about the non-contraceptive benefits of a combined hormonal contraceptive, meaning acne, decreased risk of ovarian and uterine cancer. And that the cycles -- if they're compliant with their medication, their cycles are usually more regular and more predictable than they would with a progestin-only method.
**Q. Okay. In these combination methods, Doctor, what pills do you utilize?**
A. Well, I use a wide range of hormonal contraceptive pills. I would say that I do have a -- kind of a first start pill that I use, and I think I usually start with a low dose, and that's related -- that when we use the word "low dose" as it relates to contraception, that's talking about the method -- the amount of ethinyl estradiol in the medication.
So I typically start with low-dose monophasic pill that has a generic equivalent. So I usually start with -- the brand name is Ortho-Cyclen. The most common generic that my patients get is called -- in this area at least, is called Sprintec. So that's a low-dose monophasic pill that contains ethinyl estradiol and norgestinate.



**Q. Other pills used?**
A. Any and all. I also use extended-cycle birth control pills, so Seasonale or Seasonique. I also use Lo-Ovral quite a bit.
**Q. I'm sorry?**
A. Lo-Ovral. But, I mean, I use -- I don't differentiate immensely between the different types of sequential low-dose combination birth control pills. I encourage my patient to get on a low-dose pill. And if patients have perceived side effects that they prefer one pill over the other, you know, I'll let them use whichever low-dose pill they want to use.
**Q. Any you specifically don't use?**
A. No.
**Q. Okay. Patch?**
A. My understanding is that the only patch available on the market is -- the trade name is Ortho Evra. And I understand it has a generic equivalent now. So that's the only contraceptive patch that I'm aware of.
**Q. Okay. Ring?**
A. The name of the ring that I use is called Nuvaring. I'm not aware that there's a generic out of Nuvaring. I might be mistaken on that, but Nuvaring is the brand name.



**Q. Were you involved in the Ortho Evra litigation --**
A. No.
**Q. -- in any way?**
**The Nuvaring litigation in any way?**
A. No.
**Q. Okay. Anything else on the contraceptive menu?**
A. Right. So we've talked about sterilization. We've talked about implants. We've talked about Depo-Provera. We've talked about combination hormonal contraceptives.
The next thing I talk to them about is progestin-only pills. I'll tell them that they are daily pills they take by mouth. There's four weeks of medication in a pill pack, and unlike the combination hormonal contraceptive pills, there's no placebo or sugar pill week. So that every pill takes medicine, and they have to take one pill a day every day.
I explain to them that it is less effective than the combination hormonal contraceptive pills. Sometimes for patients that want to use pills that have a contraindication to nursing, we'll let them use the progestin-only pills -- I mean contraindication to estrogen, we'll let you use the progestin-only pills.



I find myself using them most commonly in patients that are either nursing or patients that have been really happy and good pill takers but they've developed a comorbidity like hypertension that it's no longer safe for them to use combined hormonal contraceptive pills. But they still want to use a pill, so I'll use progestin in that manner.
I'll tell them that they're less effective than combination pills and other progestin-only methods like, you know, the implant or Depo or progestin-only IUD, and that they're not going to get as good of a bleeding profile as they would with the combination birth control pill.
**Q. And what pill do you utilize?**
A. The one that I typically utilize, the brand name is Micronor, and they most commonly get the generic equivalent of that.
**Q. Do you use any others?**
A. That's typically the one I write for.
**Q. And risk?**
A. I tell them that it's a very safe contraceptive method. Probably my biggest concern with the Micronor is compliance, is that they have to take it within a shorter interval of time every day, and the efficacy is not as good. So I do describe that as

risks, that you're accepting some risk by choosing this less effective contraceptive method with the biggest risk being unintended pregnancy.

**Q. Okay. Side effects?**

A. I tell them that the most common side effects would be less predictable periods, that they're more likely to have some erratic bleeding and unpredictable bleeding given that the cycle control is not as good as the estrogen-containing hormonal contraceptive method.

**Q. All right.**

A. And then, lastly, we talk about condoms, because that's also on the contraceptive menu, both male and female condoms. And I tell patients that condoms can be very effective, but you have to use them, and most, you know, unintended pregnancies with condoms are with either misuse or non-use.

So I talk about male and female condoms, and I counsel patients that are not in a monogamous relationship and I feel like there could be a risk of STDs, to use condoms in addition to their hormonal contraceptive method.

And I also include a discussion about emergency contraception, and I tell them how emergency contraception works. I describe to them both Plan B and Ella, and how -- under what circumstances they should



consider using emergency contraception to try to diminish the likelihood of an unintended pregnancy.

And that's typically my contraceptive menu.

**Q. And you do that in 15 minutes?**

A. I do.

**Q. You must be talking very fast.**

A. I do.

MS. PALEY: Objection.

**Q. What percentage of your patients opt for sterilization?**

A. A very low percentage of the patients that I see opt for sterilization, both, of course, at my Children's Hospital site, because by law, I can't, you know, sterilize young women, even though sometimes that's very frustrating for the families I'm caring for that have daughters with profound developmental disabilities, that I can't sterilize them.

And I think in my faculty practice, I have a very sort of unique practice, and I take care of a lot of university faculty and university staff, and many of them don't do sterilization. My patients, they -- either their husbands have vasectomies or they choose other methods. But a lot of them -- a lot of that population that I see does not typically choose sterilization unless they're -- the most common time I



see it is when they're undergoing a C-section and decide to do it at that time.

**Q. Okay. So what percentage would you roughly attribute --**

A. Oh, gosh.

**Q. -- to sterilization?**

A. Of my patients that I see or my patients that I see that are contracepting? How many people choose sterilization as their contraception method?

**Q. Yes.**

A. Less than 10 percent.

**Q. The contraceptive implant method, what percentage would you attribute to that?**

A. Well, it really depends on whether you're talking about my population at Children's Hospital or you're talking about my population at my adult practice site.

**Q. Well, if there's a difference, let's take them both.**

A. Okay. So there is a difference -- and we know that from national data -- that of women that choose to use LARC methods, that a very small -- a smaller proportion of them choose the implant than choose the IUDs.

The people that are most likely to choose



implants are younger teens. So because of the work I do at Children's Hospital around caring for teenagers and providing contraception for teenagers, I think I probably have a higher proportion of implant utilization than like an adult GYN, because we know when we look at teenagers, they use LARC --

**Q. If I can interrupt you for a second. Are we talking about Nexplanon?**

A. Yes.

**Q. Okay. Go ahead.**

A. When we are looking at teenagers, the younger the teenager is, the more likely they are to use an implant. So, like, 14-, 15-year-olds pick implant over IUD. By the time they're about 16, they're more likely to choose an IUD over an implant.

**Q. Okay. So what percentage?**

A. So I would say all -- of the people I personally contracept at Children's Hospital, I would say -- on average, I would say probably about a -- maybe overall choosing a LARC method would be, I would guess, about maybe 20 percent. And I would say -- depending on the age of the patient, I would say 5 to 10 percent of those are choosing the Nexplanon.

**Q. Okay. And then at the other facility?**

A. At the other facility, I think our Nexplanon

Page 86

usage is much lower and much more reflective of the U.S. population at large. And I would say that the Nexplanon utilization there is significantly lower than 5 percent of patients who are actively contracepting.

**Q. All right. The contraceptive IUDs, what percentage of your patients are utilizing those? And if you need to divide it out, that's fine.**

A. Yeah. Well, I think I mentioned before that at my Children's Hospital site, probably about -- well, see, I'm really skewed at my Children's Hospital site because I get the complex contraceptive kids, and I also get all the kids referred to me that have developmental disabilities or that have bleeding disorders. And a lot of those families are choosing to use levonorgestrel IUDs to manage their daughters' bleeding abnormalities.

I also see a lot of teenagers with primary dysmenorrhea referred to me that are unresponsible -- unresponsive to typical interventions like birth control pills, the patch, the ring, or Depo. So I have a very, very skewed patient population that I get medically complex kids, kids with chronic pain, endometriosis, that do not respond to pill, patch, ring, shot. So my IUD utilization in all the kids that need sedated IUDs for bleeding disorders and developmental disabilities, I bet you of all the kids I contracept, it's probably

Page 87

about 25 percent. It is a very skewed patient population.

**Q. Okay. And at OSU?**

A. I think at OSU, if I had to guess, I would guess -- and I'm guessing. It was probably more like in the 10 to 15 percent range.

**Q. And what percentage used Mirena versus copper?**

A. I think that my experience is very similar to the national demographics in that the vast majority of women nationally, as well as in my personal experience, are choosing the levonorgestrel IUD over a copper IUD because of the bleeding profile. That's very typical for American women at large.

**Q. Okay. So for the numbers you gave me, 25 percent and 10 percent, what percentage of those choose copper?**

MS. PALEY: Objection.

A. I would guess -- choose copper?

**Q. Um-hmm.**

A. Less than 5 percent.

**Q. Can you tell me the percentage for the Depo-Provera shot?**

A. I would say at my faculty practice site, the Depo is very less frequently used, less than 5 percent.

**Q. Okay.**

Page 88

A. At my Children's Hospital site, I think it's probably a little bit higher than that. I'd probably say more like 5 to 10 percent. And, again, that's probably skewed from the patients that we're seeing with complex medical problems or developmental disabilities that are using Depo-Provera not as a contraceptive method but rather for menstrual suppression.

**Q. Okay. What about for the combination of estrogen and progestin products?**

A. So the combination hormonal contraceptives, again, I think that my experience reflects what's happening nationally, that that's still the most common contraceptive choice.

**Q. And what percentage would you say of your patients utilize it?**

A. The majority. I haven't been writing anything down or doing the math off the top of my head, but I would say the majority of patients that I am actively contracepting are choosing combination hormonal contraceptive methods, primarily the pill.

**Q. Is there a difference at Children's or OSU?**

A. Yeah, I think I've described before that I have a very skewed patient population at Children's Hospital, and that I take care of a lot of medically complex and fragile children, as well as bleeding

Page 89

abnormalities and developmental disability. And I take care of a lot of kids in wheelchairs that are not good candidates for estrogen-containing hormonal contraceptives.

So I think -- and I have a lot of kids referred to me that have failed combination hormonal contraceptives that have been prescribed by their primary care pediatrician or their primary care family practice doctor. So I think my population there is very skewed, and I think it's much -- it's lower.

**Q. Okay. What percentage would you assess at Children's Hospital?**

A. Of the kids that I'm actively --

MS. PALEY: Objection.

A. -- contracepting, it's lower than my adult practice side. I've never run the numbers. I would guess -- I don't know. It's hard for me because I use so -- I do so much use of contraception that's not for birth control, that's for medical indications. So I'm guessing 35 to 40 percent.

**Q. And at OSU?**

A. I think I said before that I would guess somewhere like 50 to 60 percent, whatever I guessed the first time. It's the majority of patients.

**Q. Okay. And the progestin-only pills, could you**

Page 90

**assign a percentage to that, that your patients choose that method?**
MS. PALEY: Objection.
A. Again, that would be a guess, but I would speculate that it is the majority -- the minority of women, and it's predominantly women that are either breastfeeding, that they're using it for the duration of lactation, which for most women we know that are committed to breastfeeding is 6 to 12 months, or women that are switching from combination pills to progestin-only pills because of hypertension. So it's a really small number. I would say, you know, less than 5 percent.
**Q. And then the last method, condoms?**
A. Well, I think condom use is very -- you know, is high, not always as the primary method of contraception.
**Q. Let's stick with primary method of contraception.**
A. I think it's small. So I would guess between -- well, so the non- -- so if we think about what women do to contracept that they don't need my help for, you know, I'm thinking about that as condoms, natural family planning, and withdrawal.
**Q. Okay.**

Page 91

A. I have a significant proportion of my patients that don't take anything from me in terms of contraception that have not been sterilized, that are either using condoms, counting days, using apps, basal body temperature charts, whatever, natural family planning, or believe it or not, using withdrawal as their contraceptive method.
So, I mean, I think that that is, oh, maybe about 25 to 30 percent of the patients that I see that consider themselves contracepting by either using condoms, withdrawal, or natural family planning.
**Q. Okay. 25 percent?**
A. I'm always amazed. We have it on our pull-down on our Epic, built in in our computer chart, when we say contraceptive choice, we have those -- we click a button, and we have to choose one of those, and it's common enough that we have withdrawal listed as a contraceptive choice.
MR. CRUMP: Okay. We need to stop to change the tape. Let's take a break while we're stopped.
MS. PALEY: Yeah. Sounds good.
THE VIDEOGRAPHER: We're now going off record. The time is 10:55.
(Recess taken.)
THE VIDEOGRAPHER: We're now back on record.

Page 92

The time is 11:10.
BY MR. CRUMP:
**Q. Dr. Hewitt, what was the first IUD you implanted in your career?**
MS. PALEY: Objection.
Go ahead.
A. We don't use the word "implanted" when it refers to IUDs.
**Q. Utilized?**
A. When was -- the first IUD I inserted would have been when I was a resident. At that point in time, I would have assumed it would have been a copper IUD.
**Q. ParaGard?**
A. I don't know of any other copper IUDs that have been available on the U.S. market. So whatever IUD was available during my residency would have been the IUD that I inserted.
**Q. And you still utilize ParaGard, correct?**
A. I do.
**Q. How much does it cost to have a Mirena inserted?**
MS. PALEY: Objection.
A. So when we think about -- when you ask me that question, I think of two things. I think of what is billed for the insertion, so what does it cost the

Page 93

insurance company, and also what does it cost the patient.
After the Affordable Care Act, patients typically have very little cost associated with any contraceptive method, including an IUD. And I do not know what either of my practice sites charges the insurance company or even charges a self-pay patient, uninsured patient, for insertion of an IUD or the drug.
(Discussion held off the record.)
**Q. Okay. Do you have an estimate of how many Mirena IUDs you've placed in your career?**
A. No.
**Q. Do you utilize any other IUDs?**
A. I think I've said before that I utilize a ParaGard IUD.
**Q. Okay. How long have you been utilizing the Mirena IUD?**
A. I don't know when the first time it was that I inserted a Mirena IUD. I'm assuming that I've been utilizing them as long as they've been available on the U.S. market, but I don't have a date. I don't know how quickly they were available that I put my first one in. I don't know.
**Q. From the point in time that you started utilizing Mirena, have you utilized another IUD aside**

**from ParaGard?**
A. No.
**Q. How often do you remove Mirena IUDs?**
MS. PALEY: Objection.
A. Are you talking about for individual patient? Because they all eventually have to have the Mirena IUD removed.
**Q. Yes.**
A. Okay. So an individual patient always has to have her Mirena IUD removed either at the time of desiring a pregnancy or expiration of the product or if she wants it removed for some other indication. So every Mirena that comes in ideally needs to come out.
**Q. Okay. Doctor, how many Mirena IUDs do you remove in the course of a week?**
A. That would be a speculation. I've never, like, searched IUD removal as a CPT code or looked up my thing. I would say -- I'm sure I have weeks that I remove no IUDs, and I know I have weeks that I've removed four or five.
**Q. Okay. On the average week, how many do you think you remove?**
MS. PALEY: Objection.
A. This would be pure speculation. I would say on an average week, one or two.



**Q. And you said removal based on pregnancy?**
MS. PALEY: Objection.
**Q. We're talking about the removal reasons that you just listed. Pregnancy was the first one, right?**
A. I did not say pregnancy. I said a desire to become pregnant.
**Q. Okay.**
A. I did not say pregnancy.
**Q. In the course of your career, have you had a patient who got pregnant while implanted with the Mirena IUD?**
MS. PALEY: Objection.
A. So, again, we don't use the word "implanted" in the medical community when it comes to IUDs.
**Q. Okay.**
A. So can you ask me the question again?
**Q. Inserted?**
A. So I have to date never had a patient become pregnant when using a Mirena IUD.
**Q. What percentage of the removals are due to the expiration of the product, the removals that you perform?**
A. I would say --
MS. PALEY: Objection.
A. -- of the removals that I perform -- again,



this is speculation -- the majority are due to expiration of the product.
**Q. And what are the other reasons for removal of the inserted product?**
A. Other reasons to remove an inserted IUD include a desire to become pregnant. I've removed IUDs because of perforation. I've removed IUDs because they have been broken. And sometimes patients -- besides desiring a pregnancy, expiration of the product, perforation, sometimes patients have side effects that they no longer want to use the IUD.
**Q. And what types of side effects?**
A. I would say of patients requesting to have the IUD removed because of side effects, in my experience, most commonly, that would be due to either the bleeding changes or a perception of cramping with the IUD in place.
**Q. Any other side effects that you recall having served as the basis for the removal of an inserted Mirena?**
A. I think other side effects would be, again, mostly related to bleeding or pain, that patients were using it for a non-medical indication, like treatment of endometriosis or treatment of primary dysmenorrhea unresponsive to combination hormonal contraceptive



methods --
(Reporter clarification.)
A. -- endometriosis, or primary dysmenorrhea, or treatment of heavy menstrual bleeding, particularly in patients with a bleeding abnormality, that the patients felt as though the device did not adequately treat the medical condition or the symptom they were experiencing, and they decided they wanted to no longer use it and try a different therapy.
**Q. Okay. In those patients, would that be the primary reason for the insertion of the device?**
A. Oftentimes in those patients, it is a primary reason for insertion of the device. Sometimes subsequent to insertion they become sexually active and they're also using it for contraception, but oftentimes in those patients, we're using it as a non-medical indication.
**Q. Non-medical?**
A. I mean non-contraceptive indication is the primary reason for insertion. Oftentimes it's, you know, both. They want to use it -- they're choosing that to treat their underlying medical problem as well as provide contraception.
**Q. Okay. In the patients where you're implanting it for non-contraceptive purposes, is that approved by**

**the label?**
MS. PALEY: Objection.
A. So, again, we don't use the word "implanting" when we're talking about IUD utilization.
**Q. Let me ask you this: For the purposes of our discussion, if I say the word "implanted," can you assume "insertion" for me?**
MS. PALEY: Objection.
A. I don't think I can do that as an OB-GYN.
**Q. Then I will do my best.**
**So in those patients in which they were -- the products were inserted for non-contraceptive reasons, is that approved by the label --**
MS. PALEY: Objection.
**Q. -- for Mirena?**
MS. PALEY: Objection.
A. Sometimes, like a lot of drugs, I use a Mirena IUD for indications that are not in the label that are well supported in the medical literature.
**Q. Is that a no?**
MS. PALEY: Objection.
A. I would have to hear your question again.
MR. CRUMP: Will you read the question back please?
(Record read back as follows:



"Questions: So in those patients in which they were -- the products were inserted for non-contraceptive reasons, is that approved by the label for Mirena?")
MS. PALEY: Renew the objection, of course. Go ahead.
A. So some of those patients I'm describing, the answer would be no.
**Q. Thank you. And that's okay, right? I mean, doctors use products, pharmaceutical products, medical device products off label all the time, right?**
MS. PALEY: Objection.
A. I think, as I said at the beginning of my answer to the previous question, that physicians use drugs for indications that are not on the FDA label at times when they're well supported by the medical literature, and that's a routine thing that physicians do.
**Q. Doctor, what percentage of your time is spent on legal consulting or providing expert services?**
A. The only time that I have ever been involved in anything like that is when I served on an FDA advisory board that involved looking at labels. That's



the only time I served as an expert, asked to come to work at the FDA in D.C. when they were looking at a label. That's -- as a clinician, that's the only time I've done that sort of work.
**Q. Okay. What label?**
A. As I recall, it was the Ortho Evra label when they were trying to look at the literature around whether Ortho Evra had an increased VTE risk.
**Q. Were you serving on the advisory board in your capacity as an OB-GYN?**
A. I was.
**Q. What other types of -- withdraw.**
**Who else was on the advisory board that you served on?**
MS. PALEY: Objection.
A. I don't remember.
**Q. Were there epidemiologists?**
A. I don't remember who else was on the board, the makeup of the board. I know there was MDs and Ph.Ds, but I don't recall who was on the board and their exact titles or job descriptions.
**Q. Okay. I understand you may not remember exactly who they were, but did the board consist of someone who was an epidemiologist?**
MS. PALEY: Objection.



A. Again, I don't remember the exact educational background or qualifications that were -- people that -- everyone that was represented at the board -- on the board, on the advisory board.
**Q. Okay. Did the board consist of someone who was a pharmacologist?**
MS. PALEY: Objection; asked and answered essentially.
A. I do not -- I do not remember the exact -- I do recall that it was a multidisciplinary board. I do not recall exactly who was on the board, the makeup of the board, or what their educational backgrounds were.
**Q. Okay. What percentage of your time is spent in service as an expert witness?**
A. Very minimal.
**Q. Okay. Can you give me an estimate?**
A. I would say significantly less than 5 percent.
**Q. How many times have you been retained as an expert witness?**
MS. PALEY: Objection.
A. I don't know. Other than the Mirena litigation around perforation and the Mirena litigation around IIH, I have served as an expert witness in medical malpractice, both plaintiff and defense side, a handful of times, but I don't recall off the top of my

Page 102

head.
Q. When you say "a handful," can you give me an estimate?
A. I would be guessing. I would guess up to a dozen.
I should also add that one time I was hired as an expert in a criminal case in Kentucky that had to do with a physician prescribing opioids.
Q. I'm sorry. Who was the defendant?
A. The physician.
Q. The physician. Okay. And what was the substance of your testimony in that case?
A. As I recall, they wanted me there to talk about a typical OB-GYN's practice and how much they would use opioids in caring for patients, what would be a typical practice pattern for opioid use.
Q. I'm sorry. I wrote it down. Did you say around 12 times, the best you could guess?
A. I said maybe up to a dozen.
Q. Okay. Was that the only criminal case that you were involved in?
A. That I recall, yes.
Q. Could I -- your report, what is the exhibit number? I'm sorry.
A. My report is Exhibit Number 1.

Page 103

Q. No. That's your deposition.
MS. LaMACCHIA: 5.
A. Oh, 5. Okay. My report is Exhibit Number 5.
Q. Could I get you to turn to the very last page of the document, of Exhibit 5.
A. Yes. I'm there.
Q. Okay. So on this document, you gave me your expert testimony for the past four years, correct?
A. That I can recall, yes.
Q. Okay. I think we talked about the MDL perforation -- Mirena perforation MDL.
The second item on that list is a deposition, October 2016, Columbus, Ohio. What did that involve?
A. As I recall, that was -- I know the deposition and trial testimony was a med mal case.
Q. I'm not to that yet.
A. Okay.
Q. I'm talking about the second one on your list.
A. Um-hmm. I think it -- I'm sure it was a deposition, and I don't even recall -- I'm sure it was a med mal case. I don't even recall the nature of the deposition.
Q. Okay. Were you retained by the plaintiffs or defendants?
A. I don't -- I don't remember.

Page 104

Q. Okay. The next one is deposition and trial testimony, Cleveland, Ohio.
A. Correct.
Q. Is that regarding the same case as the second item on this list?
A. I think that those -- the way I have deposition twice, my recollection is that that's a separate deposition, and that was a deposition associated -- that I did prior to the trial testimony.
Q. Okay. And that was in what type of case?
A. That, I do remember.
Q. Okay.
A. That was I was working for the defense in a malpractice case. The physician had performed laparoscopy, and there had been an intraoperative injury.
Q. Okay. And you testified in trial in that case?
A. I did.
Q. What was the result of the case?
A. They found in favor of the physician.
Q. It doesn't have a date by it. Can you tell me generally when that was?
A. Within the last four years. If I had to guess, I would guess maybe two years ago.

Page 105

Q. Okay. And in trial testimony in the criminal case is the last thing on the list. I think you mentioned that.
A. Correct.
Q. Did you testify for the prosecution or the defense?
A. I testified for the prosecution.
Q. What was the result of that?
A. They lost the case. The defense won.
Q. Okay. Have you ever been retained by a plaintiff?
A. Yes.
Q. Okay. In what type of case?
A. Med mal.
Q. And do you recall what the facts of that case were or the issue in dispute?
MS. PALEY: Objection.
A. I recall one had to do with giving a patient methotrexate when she had an intrauterine pregnancy. That didn't even get to deposition.
And I recall the other one was a patient that they -- that had a seizure and was diagnosed with preeclampsia. And, again, that didn't even get to deposition.
Q. Okay.

A. I just reviewed medical records.
**Q. Did those cases settle?**
A. Yes.
**Q. Okay. And you gave no -- I think you said you gave no testimony in those cases?**
A. All I did was read the medical records and talk to the plaintiff's attorney. I never was deposed.
**Q. Okay. Do you recall who the plaintiff's attorney was in the first case?**
A. No.
**Q. The second case?**
A. No.
**Q. Were those the only two times that you were retained by the plaintiff to give an expert opinion in litigation?**
A. As I recall, yes.
**Q. I think that puts us up roughly to six cases. So the other cases that you were retained in, can you tell me about those?**
MS. PALEY: Objection.
A. The only other one that I can recall ever going for trial testimony was a shoulder dystocia case that I was working for the defense, and they got a defense verdict.
**Q. I'm sorry. Is that the one that you have on**



**the list --**
A. No. That was more than four years ago.
**Q. Gotcha. Okay.**
A. So I remember going to Mason, Ohio, and doing trial testimony in a shoulder dystocia case with a defense verdict.
And the only other thing I can remember is going down to Southern Ohio and doing trial testimony very early in my career. And I can't even remember the physician or the nature of the case.
**Q. Okay. Was it --**
A. It was a malpractice defense.
**Q. Okay. So med mal --**
A. Um-hmm.
**Q. -- and you were retained by the defense?**
A. Correct. I know there was a defense verdict, but I can't remember any more details on that.
**Q. Okay. Do you recall any of the others?**
A. I don't.
**Q. Would you have any records that would pertain to your retention in those particular cases?**
A. I don't.
**Q. Aside from the Mirena, the two times you've been involved in the litigation surrounding the Mirena product, have you ever been involved in another product**



**liability case?**
A. No.
**Q. Did you say in the perforation MDL, that you gave general causation opinions?**
MS. PALEY: Objection.
A. I think so. I remember a larger part of the case and then a one individual case. I don't know the legal term, if it's called general causation, with the larger part of the case. I don't know. I would assume it's what I was doing. I don't know.
**Q. Okay. I may have asked you this, and if I did, I apologize, but was the patient that you testified relative to your patient?**
MS. PALEY: Objection.
A. I didn't testify about a patient in the Mirena litigation.
**Q. Okay. Did you give an opinion relative to an individual patient?**
A. I was never deposed, as I recall, about an individual patient in the Mirena litigation.
**Q. But did you give an opinion, a report?**
A. I'm seeming to think that, yes, I did generate a report about a -- I remember reading the medical records and talking about the medical records, so I'm assuming that that was also accompanied by a written



report, but I don't really remember.
**Q. Okay. Do you recall which court?**
A. No.
**Q. Does the name Ms. Thompson sound -- does that ring a bell?**
A. No.
**Q. Dr. Hewitt, have you ever done any research on behalf of a pharmaceutical company?**
MS. PALEY: Objection.
A. I think the only thing that I have been involved in as a result of a pharmaceutical company was at some point in time when Merck was testing the HPV vaccine years ago, I did do some colposcopy for them as part of a research trial, but that's the -- and I know I've -- you know, there are active drug company-sponsored research trials going on inside of our department that I've referred patients to. But other than when I was doing coloscopy for Merck, I don't think I've ever been listed as an investigator in any of those other subject -- in none of those other trials or participated in them.
**Q. Okay. When would that have been?**
A. The Merck one?
**Q. Yes, ma'am.**
A. Oh, that was very -- I would -- it was

about -- it had to be before the vaccine came to market. I really think that was probably like late '90s.

**Q. Have you ever done any research on behalf of a medical device company?**

A. No.

MS. PALEY: Objection.

**Q. Have you ever been involved in any clinical trials relating to contraceptive products?**

A. I have never been listed as an investigator in any clinical trials related to contraceptive devices.

**Q. Okay. Have you ever published an article on behalf of a pharmaceutical company or medical device company?**

A. Not that I'm aware of, no.

**Q. Have you ever worked with a pharmaceutical company or medical device company in connection with the development of a label?**

A. No.

**Q. Have you ever been employed by the FDA?**

A. No. Well, I take that back. So when I've gone to work as a special -- on those advisory boards, they call you a special government employee or something like that, SGE.

**Q. Okay.**

A. So I think, like, when I was there, like, for



two days, I think, you know, you sign the stuff that you're an SGE. So maybe somehow that's working for the FDA.

**Q. Okay.**

A. But never as like a full-time person.

**Q. Okay. You said boards plural.**

A. No. The advisory board for the patch when they were -- brought people in to look at the label.

**Q. Okay. Aside from that one, you have not served on another advisory board for the FDA?**

A. I served on an advisory board for the FDA when they were looking at a drug that was coming to market that had to do with managing opioid addiction, and there was a drug company coming to present the drug to the FDA that was an implantable drug that was supposed to, like, be like Saboxone but implantable, and so they asked me to come because of my clinical experience with implantable contraceptive devices. So I did serve on that FDA advisory board as an OB-GYN because they wanted someone there in that circumstance.

**Q. Okay. When was that?**

A. I can't recall.

**Q. Within the last five years?**

A. If I recall, it was probably longer than five years ago.



Another time that I served --

**Q. I'm sorry. One more question. We'll continue. Sorry for interrupting, but the -- do you remember the name of the product?**

A. No.

**Q. Do you remember the name of the drug company?**

A. No.

**Q. Okay. Go ahead, Doctor.**

A. Another time I was at the FDA was when they were trying to -- they had a hearing about over-the-counter access to emergency contraception, and I was there as an OB-GYN that cared for teens.

**Q. Okay. What was the nature of that? Did you testify before a committee or ...**

A. I was a member of the advisory board.

**Q. Okay. And when was that?**

A. A really long time ago, prior to emergency contraception being allowed over the counter, years and years ago.

**Q. Okay. How did the committee vote on that?**

A. The committee voted to allow emergency contraception to be allowed over the counter, and despite the committee's recommendation, the FDA did not allow over-the-counter access at that juncture.

**Q. Doctor, do you make presentations at medical**



**conferences?**

A. I do.

**Q. How often?**

A. It varies. Typically a couple times a year.

**Q. And how long have you been doing that?**

A. My entire career.

**Q. Are these the presentations that we talked about that you don't have any record of anymore?**

A. Correct.

**Q. Okay. Do you have a list of those presentations that you've done?**

A. It would be represented on my CV.

**Q. Okay. Do you know how many there are?**

A. No.

**Q. Okay. If I represented to you that there's 101 on there, does that sound correct?**

A. Having said that I don't know how many there are, I don't know.

**Q. Okay. So you don't know, period?**

MS. PALEY: Objection.

A. I mean, I would be more than happy -- if you want me to take the time to read through my CV and count them, I'm more than happy to, but I don't know off the top of my head.

**Q. Okay. And just to be clear, you said you have**

**no record of any of the information presented in those presentations?**

MS. PALEY: Objection.

A. I don't. Typically I make a presentation and I forward it to the people that I'm speaking for, and I don't keep all that stuff.

**Q. Have you ever presented at a medical conference on behalf of a pharmaceutical or medical device company?**

A. Not that I can recall. You know, typically when we're speaking at a medical conference, they're CME-approved, and so, you know, we're not -- we can't be -- they're not subsidized by the drug companies because they're CME-approved, so there's like a separation of that, so ...

**Q. When -- I'm sorry. Were you finished?**

A. So typically when I'm speaking at a medical conference, it's not paid for by a drug company. I think that's what you asked me?

**Q. Yes. On your list of presentations, are those all CME-accredited presentations?**

A. I don't know. I think I said typically when I'm speaking at a medical conference, they're all CME-related. I would have to go through each one of them individually to figure out which ones had CME



attached to them and which ones don't. It would be typical when I'm speaking at a medical meeting that there would be CME related to it.

**Q. Can you look at your list attached to your CV -- or in your CV and tell me which ones are not?**

A. Sure. So presentation Cloacal Malformations, that has CME associated with it. A Surgical Technique for the Correction ... would have CME attached to it.

**Q. Just tell me the ones that are not, Doctor.**

A. Okay. You're going to have to give me a couple minutes to read through them and think about them then.

**Q. Sure. For the matter of time, if you run across one that is, just tell me -- don't wait until the end -- as you're going through the list.**

A. Okay. So the resident talk in 2014 would not have had CME associated with it.

**Q. Okay.**

A. The Med II Reproductive Block Clinical Skills Session, Speculum Exam would not have had CME associated with it. The Medical Student Lectures would not have had CME associated with it. The Resident Lecture at the bottom of page 4 would not have had CME associated with it.

The Medical Student Lecture on page 5 would



not have CME associated with it. On page 5, Med II Small Group Discussions would not have had CME associated with it. The Resident Lecture on page 5 would not have had CME associated with it.

The Resident Didactic on page 6 would not have had CME associated with it. On page 6, Ectopic Pregnancy Resident Chapter Review would not have had CME associated with it. On page 6, Amenorrhea, Resident Chapter Review would not have had CME associated with it. On page 6, First Trimester Bleeding, Abortion, Ectopic Pregnancy would not have had CME associated with it.

On page 6, Chronic Pelvic Pain Resident Lecture would not have had CME associated with it. So here on page 6, Advances in Hormonal Contraception, Ortho-McNeil Teleconference, that looks like that would have been potentially done in conjunction with a pharmaceutical company. I don't even remember what that was back in '03, but that would have potentially been done with a pharmaceutical company and would not have had CME attached to it.

**Q. Do you know if they were related to a particular product?**

A. I don't remember.

**Q. You just don't recall?**



A. I really don't.

MS. PALEY: Objection.

A. On page 7, the Columbus Comprehensive Review Course, I don't know if CME was associated with that or not. Actually, I do think that they do get CME for coming to that big review course.

So on page 7, the gastro -- the GI Fellowship Core Didactic Curriculum would not have had CME associated with it.

**Q. I'm sorry. I don't see it.**

A. Physiologic Changes in Pregnancy, GI Fellowship Core Didactic Curriculum, November 3, 2000.

**Q. Okay.**

A. It looks like there was another talk that potentially could have been related to a drug company, Update on Oral Contraceptives in 1998. It says, Sponsored by Organon. So I would assume that might be a drug company related thing, that it was not attached to CME.

**Q. Do you know what contraceptive that Organon makes, or made at the time?**

A. I would be guessing in saying that might have been Desogen, but I don't really recall.

**Q. Okay.**

A. Resident Lecture, Pediatric Gynecology, on

page 8 would not have been CME related, Resident Lecture, Delay and Precocious Puberty on page 8 would not be CME related. Maybe Baby, Women and Wellness Series on page 9 would not have been CME related.

**Q. Love that title, by the way.**

A. And page 8, Should we have a baby? would also not have been CME related. Contraception Matters, I don't know whether or not that was CME related. Emergency Medicine Lecture Series on page 9 would not have been CME related. There's another Maybe Baby that would not have been CME related.

The Online Live Radio Presentation would not have been CME related. Menopause Presented to the -- would not -- in '94 would not have been CME related nor would have been Parenting 101.

**Q. Okay. Thank you, Doctor.**

**Have you ever presented in any setting on cerebrospinal fluid production?**

A. No.

**Q. PTC?**

A. No.

**Q. Mirena specifically?**

A. Yes. I've spoken about contraception generally that I'm sure part of my talks have talked about contraceptive IUDs, including the Mirena IUD.



**Q. Okay. Have you ever given a presentation that was specifically dedicated to Mirena?**

A. The entire presentation --

**Q. Yes, ma'am.**

A. -- dedicated to Mirena?

Not that I can recall.

**Q. Sorry. I broke my own rule. I interrupted. I apologize.**

**Have you ever presented on progestins and their use in contraceptives?**

A. I'm sure I've spoken about progestin-only contraceptive methods. So when you say progestins and their use in contraception, we typically think that that would be part of a contraceptive talk because we're talking about progestin-only methods. So I would say yes.

**Q. Have you published any articles on PTC, IH, or IIH?**

MS. PALEY: Objection.

Go ahead.

A. I have not published any articles on IIH, IH, or pseudotumor cerebri.

**Q. Okay. Published any articles relative to cerebrospinal fluid production?**

A. No.



**Q. Have you published any articles specifically about Mirena?**

A. I have published articles related to contraception, and I know I've published articles related to progestin-only contraception in book chapters, I think, or a review article or something. I don't know if on those articles that we talk about levonorgestrel IUDs or mention Mirena specifically. I would have to look at them. I don't know.

**Q. Okay.**

A. Typically we try to avoid brand names. So I don't know.

**Q. Okay. Could you look at your list?**

A. Sure. So what part of my list would you like me to look at?

**Q. Your published articles.**

A. Okay.

**Q. And have you published any articles specifically relating to LNG?**

MS. PALEY: Objection.

A. So when you say levonorgestrel, I think of a couple different things. I think about levonorgestrel IUDs, and I think about levonorgestrel contraceptive implants. So when you say that, I do think I do have some publications around levonorgestrel IUDs and



levonorgestrel contraceptive implants.

**Q. Let's take them one at a time. The LNG IUD.**

A. Okay. So there was a review article written in 2005 where it says "Progestin-only contraceptive use in adolescents, Clinical Options and Medical Indications."

**Q. Okay.**

A. I haven't looked at that in years. I don't know. Levonorgestrel implants and levonorgestrel IUDs, I don't know related to when we published that what's in there. There might be something in there, but certainly this is about progestin-only contraceptives.

**Q. Okay. Any others?**

A. So the article published in '04, Chronic Pelvic Pain, I have not looked at that article for a really long time. But typically when I'm writing or talking about chronic pelvic pain, I'll talk about the role of progestin-only contraceptives, including the use of levonorgestrel in caring for girls with chronic pelvic pain. There may be something about that in there.

Update on Emergency Contraception, I'm assuming there's -- I haven't read that in years. I'm assuming there's something about progestin contraceptive in there since Plan B is a progestin contraceptive.

Page 122

Again, Acute and Chronic Pain in Female Adolescents, writing about pain, it would be very common for me to write about progestin.
Update on Adolescent Contraception, I'm assuming there's some progestin contraceptive information in there. I haven't looked at that in forever.
Chronic Pelvic Pain, again, I would assume something there. And then Should adolescents have over-the-counter access to oral contraceptive pills and antibiotics? I think that was just combination oral contraceptive. Although, I might have mentioned safety profile progestin versus combination. I don't recall. And in the Chronic Pelvic Pain, that might also have something about progestin-only contraceptive things.
So then if you look at the book chapters, Chronic Pelvic Pain and Recurrent Abdominal Pain in Female Adolescents, I haven't looked at it forever, but I would assume that that has something about progestin methods in it.
In Normal and Abnormal Puberty, I wrote a lot about hormones, and it would not surprise me if there's something about progesterone in there. Progestin is synthetic progesterones, but that was a book chapter that the -- was written by a reproductive

Page 123

endocrinologist. He asked me to write that chapter. So that's all about hormones broadly, and I'm sure there's some things in there about estrogens, androgens, as well as progesterones.
Again, Acute and Chronic Pelvic Pain in Female Adolescents, that would typically have things about progestin, hormonal contraceptives, which could easily include levonorgestrel-containing medications, chronic pelvic pain, same thing.
**Q. Okay.**
A. Contraception, I don't remember what I wrote for Dr. Zuspan, but I'm assuming I would talk about progestin-only methods in that.
I think that's the end of that.
**Q. All right. Any articles specifically about IUDs --**
MS. PALEY: Objection.
**Q. -- that you've published?**
A. Having just looked through here, there's a lot of articles about contraception and contraception use in adolescents. So IUDs is usually embedded in part of that conversation and the content of those. I don't recall from having looked at these if I ever wrote articles specifically only isolated about IUDs.
**Q. Fair enough.**

Page 124

**Any of the book chapters specifically related specifically to IUDs?**
MS. PALEY: Objection.
A. Again, I don't recall ever writing an entire chapter related only to IUDs.
**Q. Okay. Doctor, have you ever reached out to a pharmaceutical company regarding your use of their product?**
A. No.
MS. PALEY: Objection.
**Q. Have you ever contacted a pharmaceutical or medical device company about an adverse event?**
MS. PALEY: Objection.
A. No.
**Q. Have you ever been sued?**
MS. PALEY: Objection.
A. I think that once somebody started a lawsuit, but then it was dropped. So I don't know -- I don't think that's considered being sued.
**Q. Was a lawsuit filed against you?**
A. I don't know.
**Q. Okay. Was it related to your practice?**
A. It was a breast mass, a breast mass. Yes, related to my practice.
**Q. But you're saying the case was not pursued?**

Page 125

A. No.
**Q. Have you ever had any adverse action taken against you by a medical body?**
A. No.
**Q. Have any of your patients filed complaints against you?**
MS. PALEY: Objection.
A. No.
**Q. Doctor, do you have Exhibit 5 in front of you?**
A. Exhibit 5?
**Q. Your report.**
A. My report. Okay. Yes.
**Q. Can you keep those together?**
MS. PALEY: Keep those together because --
A. No. I've got it in my hand.
**Q. All right. Are the opinions that you intend to give in this litigation contained in your report?**
A. The opinions I intend to give are reflected in my report. I think the only other opinions I would give would be things that you would ask me. If you ask me something unrelated to my report, I'm assuming I would have to answer, which might be in the form of an opinion. But the opinions I have are contained inside the report.
**Q. Is there anything you would like to**

Page 126

**supplement, as you sit here today, relative to your report?**

A. No.

**Q. Are all the materials that you utilized in preparation of your report listed in Appendix B?**

MS. PALEY: Objection.

Go ahead.

A. Yes.

**Q. Dr. Hewitt, did you review any of the data from the Empirica database?**

A. Empirica database. I don't think I know what the Empirica database is. If I did, it was under a certain -- I don't know that I recognize what word, Empirica database, means.

**Q. Okay. Are you aware that Bayer has a database that has a special program for calculating adverse event report signals?**

A. I don't know that I've known that or not.

**Q. Okay. If that existed, would you have wanted to see it before preparing your report?**

MS. PALEY: Objection.

A. So the way that I think about databases are -- and I think I have -- I think the reason I feel this way is my experience of, like, understanding how VARS works, like vaccine adverse reporting systems. So my

Page 127

perception is -- as a practicing clinician, is that patients, their advocates, physicians, anybody can report events to these adverse event reporting systems.

And in my mind, as a busy practicing clinician, I see a lot -- I interpret that as a lot of noise that gets sent to these adverse event reporting systems. So, like, take, for instance, the HPV vaccine. Patients poured information into the vaccine event reporting system. Patients told me these things; you know, "My cousin got the vaccine. She was paralyzed." You know, all this sorts of stuff.

As a busy practicing clinician, I interpret that as all those sort of reports, isolated case, quote, unquote, signals, I interpret that as a lot of noise. And what I want to know is once all of that information has been collected inside of an adverse event reporting system, I want someone to go through it and to analyze it and to assess it and give me the end result, like in the vaccine adverse reporting system, all that information that poured in -- and the CDC went through it and analyzed it and came up with a report that said, "There is no evidence. The only recommendation we have for a busy practicing physician is that teenage girls can faint after a vaccine, and they need to be monitored thereafter."

Page 128

So I, as a physician, would not want every isolated thing coming to me. I would want an assessment more broadly.

**Q. Okay. So the answer to my question is no?**

MS. PALEY: Objection.

A. You're going to have to repeat your question because I talked too long.

MR. CRUMP: Ma'am, will you reread my question:

(Record read back as follows:
"Question: If that existed, would you have wanted to see it before preparing your report?")

MS. PALEY: Objection.

A. So I know that, you know, they collect the cases that are sent to them. I would have no reason to see isolated individual reports because I know a lot of times those reports are comprehensive. They don't have all the information you need. So, no, I think we're really relying on the medical literature was much more important to me than isolated reports turned in by patients or their advocates.

**Q. Okay. So you would not want to see the isolated reports --**

MS. PALEY: Objection; asked and answered.

Page 129

MR. CRUMP: Let me finish my question.

MS. PALEY: Oh, sorry.

BY MR. CRUMP:

**Q. So you would not want to see the isolated reports, but if Bayer had a special program for the calculating of adverse event reporting signals, would you have wanted to have seen that before preparing your report and giving your opinions in this litigation?**

MS. PALEY: Objection.

A. Well, I don't know what "calculating" means. I think if there was -- you know, just -- I don't know what -- you use the word "calculating." So I don't know what "calculating" means. So, again, I don't need to see isolated individual limited things. I would be looking more at comprehensive analysis or assessment.

**Q. Wouldn't you want to err on the side of inclusion of data that you were utilizing to form your opinions?**

MS. PALEY: Objection.

A. Again, I don't see that as being omitting. I know the nature of what patients report to adverse event reporting systems. So no. I mean, that's just not -- that would not have been tremendous value to me. The raw patient report of an experience would not have been more meaningful to me.

**Q. Okay. But if the program calculated adverse event reporting signals, would you have wanted to have seen that before you put your opinions in your report in this case?**
A. I guess I don't know the -- when you use the word calculating adverse event reporting systems --
**Q. Signals.**
A. Signals. Calculating is a verb that to me is a math number that could be as simple as counting them and keeping track of how many. So, no, that's -- I mean, I don't know -- calculating, that verb, no.
**Q. Are you familiar with the use of signal assessments in pharmaceuticals?**
A. I'm familiar with the fact that pharmaceutical devices and drugs that come to market and new vaccines that come to market, that they collect adverse events that are reported to them, yes.
**Q. And do they assess those during the course of the life of the drug?**
MS. PALEY: Objection.
A. My understanding is that there's an ongoing collection of adverse events, as well as an ongoing analysis of adverse events in terms of safety monitoring devices, drugs, vaccines that are on the market.
**Q. So if Bayer had a special program for**



**analyzing adverse event reporting signals, would you have wanted to have seen that prior to putting your opinions in your report?**
MS. PALEY: Objection; asked and answered.
A. Not -- not necessarily. I would say no.
**Q. On page 13 of your reliance materials --**
A. Page 13 of my reliance materials.
MS. PALEY: Turn to the very back.
THE WITNESS: Okay.
BY MR. CRUMP:
**Q. Doctor, I noticed that you reviewed the deposition transcript of Dr. -- I'm sorry -- of Frederick Fraunfelder, correct?**
MS. PALEY: Objection.
A. So I have perhaps been given this, but the only depositions that I recall having reviewed related to this litigation are depositions of Dr. Wheeler and the deposition of Dr. Darney. I may have been given those things, but I do not recall reading the depositions of these Bayer company witnesses.
**Q. Well, this is expert deposition testimony.**
A. Okay.
**Q. As you -- these are your headings on your reliance list.**
A. Right.



**Q. So did you read Dr. Fraunfelder's deposition transcript?**
MS. PALEY: Objection.
A. I do not recall. I might have been given these. I can't recall right now at this moment having read them. Related to this litigation, the depositions that I recall reading are the depositions of Dr. Darney and Dr. Wheeler.
**Q. Okay. Do you recall reading the deposition transcript of Dr. Maggio?**
A. I do not.
**Q. Okay. Dr. Ross?**
MS. PALEY: Objection.
A. I do not.
**Q. Dr. Tang?**
MS. PALEY: Objection.
A. I do not.
**Q. So I assume you do not rely on any of those in forming your opinion listed in your report?**
A. If I can't recall having read them, I doubt that I've used them to rely on writing my report.
**Q. Doctor, could you grab Exhibit 2 in front of you, please.**
A. I have 1. I have 3.
**Q. It's your supplemental materials list.**



A. I have 4. And now I have 2.
**Q. My apologies. It was not in front of you.**
A. Okay. I have Exhibit 2 now.
**Q. These are the depositions that you were just mentioning that you recall reviewing?**
A. They are two of the -- I do not recall reviewing Dr. Moyé's deposition. I recall reviewing specifically Dr. Darney's deposition and Dr. Wheeler's deposition.
**Q. Okay. Do you know why Dr. Moyé's deposition is on your supplemental materials list if you haven't reviewed it?**
MS. PALEY: Objection.
A. It could be that it was given to me with the assumption that I would read it, and that I haven't read it.
**Q. Okay. So you do not rely on Dr. Moyé's deposition in forming any of the opinions that are within your report?**
A. No.
**Q. You have read Dr. Darney's and Dr. Wheeler's though?**
A. I have read Dr. Wheeler's deposition, and I have read Dr. Darney's deposition.
**Q. Okay. Aside from those two, as you sit here**

today, are there any additional materials that you reviewed or relied on in forming the opinions that are listed in your report?
MS. PALEY: Objection.
A. Not that I can recall, no.
Q. Okay. So no other materials since the time of the submission of your original report until today?
MS. PALEY: Objection.
A. Not that I can recall, no.
Q. Sorry to do this to you, but back to Exhibit 5.
A. Okay.
Q. And I'm going to page 11 of Appendix B.
A. Page 11 of Appendix B. Okay.
Q. With the heading of Bayer Company Documents. Are you there?
A. Okay. Yes.
Q. Where did you get the documents listed under this heading?
A. I would assume that these documents were provided to me from the lawyers representing Bayer.
Q. Okay. Did Bayer provide you any additional materials aside from the documents that are listed under Bayer Company Documents?
MS. PALEY: Objection.



A. Not that I'm aware. Excuse me. Not that I'm aware of. No.
Q. Okay. So that would mean that the documents on pages 11 and 12 are the only ones that Bayer provided you?
MS. PALEY: Objection.
A. Well, I mean -- when you say Bayer provided me, I mean, if you're saying the lawyers that are representing Bayer provided them to me.
Q. Yes.
A. Yes.
Q. My apologies.
A. So the lawyers representing Bayer provided me these documents listed, yes.
MS. PALEY: We've been going an hour and six minutes, I think. Do you want to do lunch?
MR. CRUMP: Yeah. Is it here?
MS. PALEY: Yeah, it's here.
MR. CRUMP: That would be wonderful.
MS. PALEY: Yeah. Off the record.
THE VIDEOGRAPHER: We're now going off record. The time is 12:17.
(Recess taken.)
THE VIDEOGRAPHER: We're now back on record. The time is 1:04.



BY MR. CRUMP:
Q. Dr. Hewitt, if we continue to look at Exhibit 5, the first page of Exhibit B.
A. The first --
Q. Of appendices B. I'm sorry.
A. Appendices B. Okay.
Q. I only direct you there to ask you this question: Who prepared your Materials Considered List?
MS. PALEY: Objection.
A. My Materials Considered List was prepared for me, and I reviewed it.
Q. Okay. Who prepared it?
A. I'm assuming, given the fact that it was given to me by the lawyers, that they helped me prepare that.
Q. Okay. Page 12.
A. Okay.
Q. Did you review or read the product information labels listed in this section?
A. I have looked at these product information labels, yes.
Q. Okay. The next page, page 13 -- we talked about the expert deposition testimony, but the Bayer company witness testimony, did you read all of those depos?
A. So the Bayer company witness testimony, I do



not recall having read those depositions.
Q. Okay. So I assume that you didn't rely on or consider them in forming the opinions that are contained in your report?
A. I assume the same, having no recollection of reading them.
Q. The section at the very bottom of the page, "Plaintiffs' Expert Reports, Appendices and Literature Cited" --
A. Um-hmm, yes.
Q. I think -- you can correct me if I am wrong. Please do. But did you say earlier that you reviewed Dr. Darney's report and Dr. Wheeler's report?
A. I do recall having read Dr. Darney and Dr. Wheeler's expert reports, yes.
Q. Okay. Then let me ask you about the others.
Did you read Dr. Etminan's report?
A. I do not recall reading that report, no.
Q. Dr. Fraunfelder's report?
A. I do not recall reading that report, no.
Q. Dr. Johanson's report?
A. I have no recollection of reading that report.
Q. Dr. Moyé's report?
A. I have no recollection of reading that report.
Q. Dr. Plunkett's report?

A. I have no recollection of reading that report.
**Q. Dr. Salpietro's report?**
A. I have no recollection of having read that report.
**Q. Then I would assume that you do not rely on those reports that you did not read in order to form or consider -- consider or form the basis of your opinions listed in your report?**
A. That is correct.
MS. PALEY: Objection.
A. That is correct.
**Q. Doctor, can you tell me what the side effects of Mirena are?**
A. So some common side effects of the Mirena IUD include an aberration of menstrual bleeding. So oftentimes patients will have some irregular bleeding initially, and then oftentimes their periods become much lighter, if not resolved altogether.
Other side effects of Mirena include perceived side effects from the patients, such as cramping, pain after IUD insertion.
**Q. Okay. Any others that you can recall?**
A. Well, there's a long array of side effects that have been described. Those are the most common ones in my experience that patients experience, is



aberration in the bleeding pattern, as well as cramping.
I know oftentimes another thing patients we know -- patients will sometimes develop cysts when they're using an IUD that's been reported in the literature.
**Q. Is that ovarian cysts?**
A. Ovarian cysts. Those are probably the most common side effects.
**Q. Is the development of ovarian cysts an androgenic side effect?**
MS. PALEY: Objection.
A. I do not interpret any ovarian cyst formation, whether it's with or without an IUD placed, to be an androgenic side effect, no.
**Q. Is polycystic ovarian syndrome, PCOS, is that an androgen side effect?**
MS. PALEY: Objection.
A. I typically don't consider PCOS a side effect. So my answer to that question would be no, because PCOS is not a side effect.
**Q. Okay. Is depression a side effect with Mirena?**
A. I -- the only -- it might be a perceived or reported side effect, but the only contraceptive in large studies that have been shown to increase the



likelihood of depression with use is Depo-Provera. So I would not consider depression to be a significant side effect with the Mirena IUD.
**Q. Okay. Migraines? Migraine headaches?**
MS. PALEY: Objection.
A. Again, headaches are a commonly reported side effect of all medical interventions and medications, but I don't know of any evidence that progestin IUDs cause migraine headaches.
**Q. Is there a difference between migraine headaches and severe headaches?**
A. So are you talking about how physicians medically define those?
**Q. Or what's causing them.**
A. So it's hard sometimes to answer as a medical physician to sort of lay questions. So I think I would have to ask how are you defining -- I know what a migraine headache means, but I guess I'd have to ask you to define what you mean by "severe headache."
**Q. Let me ask it this way: Can you have severe headaches that are not migraines?**
A. Yes.
**Q. In the context of contraceptives, are you separating the two?**
A. In context of contraceptives --



MS. PALEY: Objection.
Go ahead.
A. In context of contraception, we spend a lot of time separating severe headaches from migrainous headaches, yes.
**Q. Okay. Let me just ask a followup then. Are severe headaches a side effect of Mirena?**
A. I do not -- again, while a lot of patients report side effects that they perceive may be secondary to a medication or a device that they're using, I think it's very common for women to describe headaches as a side effect of all medications. I do not understand Mirena IUD to specifically cause severe headaches.
**Q. Okay. Well, that's -- and what I'm asking, not necessarily whether they are, in fact -- or that a severe headache is a side effect of all drugs, but specifically Mirena. Is it a side effect of Mirena?**
MS. PALEY: Objection.
A. In my experience, no.
**Q. Okay. Hirstuism [sic]?**
A. Hirsutism?
**Q. Yeah. My bad on the pronunciation.**
A. Hirsutism --
THE WITNESS: Do you know how to spell that word? Okay.

A. Hirsutism can be seen commonly in women that are reproductive age related. Some women using the Mirena IUD will describe hirsutism as they describe hirsutism with lots of medication exposures.

In my experience, I think I mentioned earlier when I was talking about counseling patients about their contraceptive choices, while patients may develop hirsutism because they're not taking an estrogen, oftentimes if patients are switching from a combination hormonal contraceptive to the IUD, they may complain of that because they're no longer being treated with their estrogen.

**Q. So is hirsutism a side effect of Mirena?**

A. It is a possible side effect that's been described with Mirena IUD use.

**Q. What is hirsutism?**

A. Hirsutism is defined medically as hair growth in a woman in areas that we typically consider more typical for men. So that would be on like the upper lip or the sideburn area or on the chest or on the lower abdomen, like from the pubic area moving up towards the belly button. That's what we call hirsutism.

**Q. Okay. Is it an androgenic side effect?**

MS. PALEY: Objection.

A. So hirsutism broadly -- we think the etiology



of hirsutism is androgens, that all women make endogenous androgens. We make them in our adrenal glands, and we also make them in our ovaries. And we think that some women are either more responsive to the androgens that they have, or some women make more androgens, or some women have -- are taking medications to make those androgens that are circulating, more or less, effective, and some people are familial conditions that their hair follicles respond more to that androgen exposure. So we think of hirsutism as sort of caused by the stimulation of androgens, as well as having an ethnic component.

**Q. Okay. So is that a yes?**

MS. PALEY: Objection.

A. Well, the way you phrased the question, it's hard for me to answer that.

So androgens cause hirsutism.

**Q. Do you want me to rephrase it?**

MS. PALEY: Please let the witness finish.

A. So androgens cause hirsutism. That's the -- that's the physiology behind it. Either androgens or genetic input or the responsiveness of the hair follicle to the androgen exposure.

**Q. Okay. So would you consider hirsutism to be an androgenic side effect of Mirena?**



MS. PALEY: Objection.

A. I don't know -- when you say "androgenic side effect," I would not -- I would not say all hirsutism seen on a patient using a Mirena IUD would necessarily, A, be a side effect. So when you say is hirsutism an androgenic side effect, if I had a patient using a Mirena IUD and she had new onset hirsutism or was complaining of hirsutism or I diagnosed with hirsutism, that would be a stretch for me to say that that was even because she had a Mirena IUD in.

If I had a patient that presented with hirsutism, I would first have to evaluate them for hirsutism. So when you say is that an androgenic side effect if a patient has hirsutism, not necessarily.

**Q. Is it possible?**

MS. PALEY: Objection.

A. I think anything in life is possible.

**Q. Is it likely?**

MS. PALEY: Objection.

A. To be frank, I think it's probably unlikely, because there are so many things that cause hirsutism in reproductive aged women that are much more common, that I think it would be unlikely that a patient would have significant hirsutism solely and strictly because of using a Mirena IUD.



**Q. Okay. In your opinion, Doctor, does the Mirena IUD cause androgenic side effects?**

MS. PALEY: Objection.

A. In my opinion, I think sometimes patients experience side effects that we associate with androgenism or hyperandrogenemia or elevated androgens, such as acne and/or hirsutism, that I think it's difficult for me to imagine that the only cause of that is the use of the IUD because these things like acne or hirsutism are very, very common, and there's lots of things that can cause them, multifactorial, and there could be great variation amongst women that I find a hard time to believe that the Mirena IUD would be most likely the cause of such common experiences like acne or hirsutism.

**Q. Okay. So is your answer no to that question?**

A. You'd have to go back and ask me the original question.

MR. CRUMP: Ma'am, will you please reread my last question.

(Record read back as follows:

"Question: In your opinion, Doctor, does the Mirena IUD cause androgenic side effects?)

A. There have been described -- but when you're

saying the word "caused," that's harder for me. They've been described to occur in women using the Mirena IUD, but I'm not -- it's hard for me to imagine that those are caused primarily by the Mirena IUD.

**Q. Does the Mirena IUD contribute to those side effects, androgenic side effects?**

A. I think there's a possibility that it might be one small factor, but I think it's hard for me, knowing how much more common things like PCOS or things associated with acne as causative factors in using an IUD, that it's hard for me to put a lot of weight onto the Mirena IUD directly causing those problems.

**Q. Okay. So -- and let me make sure that I understand this. If you had a patient who you had recently inserted a Mirena device into for the purposes of contraception and that patient came back and you diagnosed them with hirsutism and acne -- I'm sorry -- acne, then you would not consider those to be related to the insertion of the Mirena?**

A. Right. So if I --

MS. PALEY: Objection.

A. If I had a reproductive-aged woman that presented to me with new onset acne and hirsutism, the first condition that I would think of would be the most common reason that women in that age group develop acne



and hirsutism, and that would be PCOS.

So if I had a patient that was reproductive age and she presented to me complaining of acne and hirsutism, the first thing I would do is I would evaluate her for PCOS.

**Q. And that turned out to be negative?**

A. So if I evaluated a patient for PCOS, I would draw serum hormone levels looking for evidence of hyperandrogenemia. And then I would also consider an ultrasound to take a look for cysts on her ovary, because the way you diagnose PCOS is you need two out of three things; clinical or biochemical evidence of hyperandrogenemia. So that means you draw their blood and you see the results in the bloodwork, or you see hirsutism or acne, menstrual cycle abnormalities, which you're not going to be able to assess with an IUD in place -- with the lenovorgestrel IUD in place, and the evidence of cysts on the peripheral aspect of their ovary, the morphology of the cysts on their ovary. So I would do that evaluation first.

And if I found no evidence of PCOS, I would continue to think about other causes of acne and hirsutism, and I would ask the patient, you know, did you stop your birth control pills, are you no longer taking --



**Q. We're talking about somebody who you've recently inserted a Mirena.**

A. Um-hmm.

MS. PALEY: Just to note, the witness hadn't finished her answer.

Go ahead.

A. So sometimes people continue on their birth control pill also even if they're using Mirena IUD. So I would want to know other medications they're taking, other exposures they might have had, if they've had acne before, what's their ethnicity.

I would look for other causes for why they might have acne or hirsutism, and I would talk with them about -- are any of those applicable in this clinical scenario, and I would ask them if they want to treat the acne and hirsutism, and I would talk about different ways they could treat that.

Honestly, the first thing I would think about would not be the Mirena IUD, particularly if it was recently inserted and they were coming back, because hirsutism, you know, it takes a long time to develop -- hair growth or hair removal processes in women that are hormonally mediated, those take a long time to develop.

**Q. Okay. So if you eliminated all other possible causes, would you then attribute those potentially**



**angiogenic side effects to Mirena?**

MS. PALEY: Objection.

A. You know, I would talk to the patient about "You're using a new contraceptive thing." I usually tell patients that have very minimal systemic circulation of the hormones, but they are doing a progestin-only method with no estrogen, and I would probably talk to them about whether they wanted to change to a combination method to gain the estrogen to help treat acne or hirsutism.

**Q. Why is that important? I mean estrogen.**

A. So why do estrogen --

MS. PALEY: Objection.

A. So how are estrogen-containing hormonal contraceptives important for a patient experiencing acne and hirsutism?

**Q. Well, let me ask you this: You said that you might discuss with them the possibility of switching them to a combination contraceptive rather than simply a progestin-only contraceptive.**

A. True.

**Q. Why would that be important?**

A. Because --

MS. PALEY: Objection.

Go ahead.

Page 150

A. Because we know that patients that use combination hormonal contraceptives, that that impacts the liver production of a protein called sex hormone binding globulin, and that's why women that take birth control pills have less -- that it helps treat acne and hirsutism because they produce more sex hormone binding globulin, and it binds hormones and makes them less active.

**Q. Does that have an impact on -- well, excuse me.**

**Has that also been described as hormonal homeostases?**

A. I'm not familiar with sex hormone binding globulin production as being described as hormonal homeostases, no.

**Q. No. Actually, having a combination product with an estrogen and a progestin, is having those two ingredients in the product important for hormonal homeostasis?**

MS. PALEY: Objection.

A. So, again, speaking as a physician to someone who is not a physician, I think I'd have to ask you what you are defining as hormonal homeostasis, because any hormonal contraceptive method that's systemic, that works by inhibiting ovulation completely overrides the

Page 151

endogenous hormonal makeup.

So there is no hormonal homeostasis or natural endogenous state of hormones just because you're giving them estrogen plus progestin. You're overriding their natural hormonal milieu regardless.

**Q. Understood. But if you are pumping them full of progestin without an accompanying estrogen, does it have an effect on hormonal homeostasis?**

MS. PALEY: Objection.

A. So I guess I don't understand the phrase "pumping them full of." I would have to understand what you're describing there.

**Q. If you're prescribing a product or utilizing a product that is a progestin-only product, are you affecting the hormonal homeostasis within that woman's body?**

MS. PALEY: Objection.

A. So all -- as a class, hormonal contraceptives that work by inhibiting ovulation all work very similarly, whether they are progestin-only, systemic hormonal contraceptives like Depo-Provera, or the contraceptive implant, or progestin-only pills, or if they're combination hormonal contraceptive products like combination OCPs, transdermal patch, or the intravaginal ring. They work by inhibiting ovulation. And in those

Page 152

contraceptive formulations, whether they're progestin-only or whether they're estrogen plus progestin, the strongest and most bioactive, bioavailable component of that is the progestin. And that is -- overrides the bioavailability of the estrogen, and that's what inhibits ovulation.

The estrogen is in the combined hormonal contraceptive methods to allow women to have a regular menstrual cycle and to help with the bleeding profile to make the hormonal contraceptives better tolerated to enhance compliance.

So when hormonal contraceptives were first developed, they were developed in a way that if a woman was taking them, they would see a period once a month. And that's what the role of the estrogen is in the combination hormonal contraceptives. But even in estrogen E+P hormonal contraceptive methods, it's the progestin that is sort of stronger acting and leads to the inhibition of ovulation.

**Q. Okay. Let me see if I can -- are you familiar with the term "free LNG"?**

A. So I'm assuming by you saying "free LNG," that you're referring to when we talk about all hormones across the board, and that is unbound to a protein.

**Q. Correct. So which would cause more free LNG,**

Page 153

**a progestin-only IUD or a combination product?**

MS. PALEY: Objection.

A. So if you are talking about proportion -- okay?

So it's very important when we talk about free versus bound circulating either hormones or chemicals, when you're talking free versus bound, the most important thing is the absolute amount of free circulating medication or hormone. So that's what biologically active.

So I think about this as the same way as someone that wants to make money. You might say to them, "Do you want 3 percent return on a million dollar investment, or do you want 4 percent return on $1,000 investment?"

So people would want the 3 percent turn on the million dollar investment because what matters is the absolute at the very end. So when we think about this, the proportion of free versus bound is very important, but what's even a bigger implicator is the total amount -- to multiply that proportion time to get your absolute amount of free biologically active chemical or hormone.

Having said that, a combination hormonal contraceptive pill, by raising the sex hormone binding

globulin, a protein made by the liver, if someone is on that, they're going to have more bound of any hormone or any chemical that binds to that, so they will proportionately have a smaller amount of free steroid, but they would have overall -- because the serum amount is so much greater, overall they would have an absolute higher amount of the circulating unbound steroid.

**Q. Okay. So you read Dr. Darney's report, right?**

A. I did.

**Q. Do you disagree with his area under the curve analysis?**

MS. PALEY: Objection.

A. I would have to have that in front of me to review before I made a comment on that.

**Q. All right. We'll come back to it.**

**Side effect of -- is a side effect of Mirena oily skin?**

A. Oily skin? I'm not familiar with that being -- oily skin being a side effect of the Mirena.

**Q. Okay. Migration?**

A. Again, I do not think that a Mirena IUDs spontaneously migrate. I think that they can -- if there's a perforation at the time of injury, that they might find themselves outside of the endometrial cavity, or if they expulse, they might find themselves outside



of the endometrial cavity. But I do not think a Mirena IUD in and of itself migrates through the myometrial wall.

**Q. Okay. So perforation you would consider a side effect?**

A. I do not consider a perforation a side effect. I consider the perforation risk of IUD insertion.

**Q. Fair enough.**

**Sepsis? Do you consider that to be a side effect of Mirena?**

A. I think when I talked earlier about the risks of IUD use, I talked about the risks of perforation, expulsion, and infection. So I would consider sepsis a form of infection, and I would consider infection a potential risk of IUD insertion. The greatest risk of infection is at the time of insertion, not after the IUD has been in place, a progestin IUD is in place. So I would not consider that a side effect. I would put that with a risk.

**Q. Do you talk to your patients about sepsis?**

A. I talk to my patients about using an IUD, that the risks include perforation at the time of insertion, infection most commonly at the time of insertion or around insertion or expulsion. I do -- while I mentioned infection, I do not specifically mention



sepsis.

**Q. Okay. Would you consider weight gain to be a side effect of Mirena?**

A. No, I would not consider weight gain a side effect of Mirena IUD, because there's no evidence in large groups of women using any contraceptive other than Depo-Provera, that the contraception is -- contraceptive method is associated with weight gain.

**Q. Okay. Ectopic pregnancy?**

A. So this is a very interesting question. Can IUDs cause ectopic pregnancy?

**Q. Do you consider it a side effect?**

A. I would not consider ectopic pregnancy a side effect of an IUD, and the reason I say that is that any contraceptive method utilized decreases the likelihood of having an ectopic pregnancy. So if you're not contracepting, you're more likely to have a pregnancy than if you're using any contraceptive method. So I do not think that an IUD causes ectopic pregnancy because it prevents pregnancy and makes it very hard to become pregnant.

**Q. Okay. Doctor, what is the warning section of a label intended to convey?**

MS. PALEY: Objection.

A. So as a physician, I would say that my



understanding of a warning label is it's things that physicians should consider when they're using a medication.

**Q. Why?**

MS. PALEY: Objection.

A. Because we should consider it when we're weighing the risks and benefits of a medication or prescribing for a patient.

**Q. How do you -- how would you define the precaution section?**

MS. PALEY: Objection.

A. I would say the precaution section would be another way to communicate with physicians things they should consider when they're weighing the risk and benefit of using a certain medication with a patient.

**Q. Okay. And how do you define the adverse reaction section?**

MS. PALEY: Objection.

A. Again, I would think that that would be another way to relay information to patients -- I mean to physicians and patients, if they're reading product labels, about things that have been reported that a patient -- that a physician should consider.

**Q. In which section would you expect to find the most serious medical conditions?**

MS. PALEY: Objection.
A. So I think -- are you talking -- so the question that you ask, in which section would you expect to see the most serious medical conditions?
**Q. Associated with the product, yes.**
A. Okay. Associated with use of the product. I think that those could be in either three of those sections. I don't know that as a practicing physician, I would think that they needed to be in one section over the other, whether it's warning, precautions, or adverse event.
THE VIDEOGRAPHER: Excuse me. Please don't play with your mic wire.
**Q. Do you have an understanding of how the FDA decides what goes into a label?**
A. I'm not an expert in FDA labeling. I think I have a very rudimentary understanding based on practicing as a physician what goes into a product label, as well as from my very limited exposure from being on the advisory board.
**Q. Okay. Would you agree with me that at least for the warning section, it's evidence believed -- to believe that there is a causal relationship between an exposure and an outcome or known risk?**
MS. PALEY: Objection.



Go ahead.
A. No.
\- - -
(Hewitt Deposition Exhibit 6 marked.)
\- - -
**Q. Doctor, I'm handing you what has been marked as Exhibit 6 to your deposition. Can you identify that document for me?**
A. It looks like Exhibit 6, on the top, it says, "Highlights of prescribing information."
**Q. Okay. And for what product?**
A. "These highlights do not include all the information needed to use Mirena safely and effectively." So I would assume this is the Mirena IUD.
**Q. Okay. Can I get you to turn to the warnings and precautions section.**
A. So that would be Section 5. Okay.
**Q. All right. Ectopic pregnancy is listed as 5.1, right?**
A. Correct.
**Q. And we're looking at the warning section of the label for Mirena, correct?**
A. Correct.
**Q. What is 5.2?**
A. 5.2 is intrauterine pregnancy.



**Q. 5.3?**
A. 5.3 is sepsis.
**Q. 5.4?**
A. 5.4 is pelvic infection.
**Q. 5.5?**
A. 5.5 is irregular bleeding and amenorrhea.
**Q. Okay. What else is listed?**
A. Are you asking me to read through 5.6 through 5.9?
**Q. Yes.**
A. 5.6 says, "Perforation." 5.7 says, "Expulsion." 5.8 says, "Ovarian cyst." 5.9 says, "Breast Cancer." 5.10 says, "Clinical considerations for use and removal."
**Q. Okay. We'll get to 5.10 in a second.**
**So those are the things that the FDA instructs to put in the warning label for Mirena, correct?**
A. These are the things listed under warning and precautions on the Mirena label.
**Q. Okay. But yet you only -- when you counsel patients relative to Mirena, you only list three, right?**
MS. PALEY: Objection.
Go ahead.
A. When I counsel patients -- would you repeat the question, please?



**Q. When you counsel patients regarding the insertion of a Mirena, you list three, isn't that what you told me before?**
MS. PALEY: Objection.
A. I told you before when I'm talking about the -- when I'm obtaining a conversation about containing consent for the Mirena insertion, I talk specifically about insertion, perforation at the time of insertion, expulsion, and risk of infection when I'm consenting them about -- when I'm doing a conversation around consent when I'm inserting the Mirena IUD.
I think we also talked about when I'm counseling about use of the product earlier, it's a much more expansive conversation than that.
**Q. Okay. When you say "earlier," at what point are you talking about?**
A. When we're talking about going over the contraceptive menu.
**Q. Well, I thought you told me that when you were going over the contraceptive menu, that the three things that you warn your patients about were the infection, the perforation upon insertion and -- I'm sorry. What was the other?**
A. I used the word "risk." I don't recall using the word "warning."

**Q. Okay.**

A. I used the word "risk." That I talk to patients about the risk of using the IUD when I'm consenting to them about insertion, and the three risks I routinely and standardly going over when I talk about the risks when we're getting ready to do insertion and have them sign the consent, are risk of perforation, risk of expulsion and risk of infection associated with most likely to be happening close to the time of insertion.

**Q. Okay. So do you talk to your patients then in the discussion of the Mirena product about 5.1 through 5.9?**

A. So when I talk to patients -- when you say do you specifically talk with them about ectopic pregnancy or intrauterine pregnancy, I talk to patients about the fact that they may not see regular periods, but we think it's highly unlikely that they could become pregnant so they do not need to do a urine pregnancy test every month.

Patients oftentimes will ask me about ectopic pregnancy, whether IUDs cause ectopic pregnancy, and I will tell them that it's highly unlikely to get an ectopic while using an IUD. But it's the same thing as a tubal ligation, that if you become pregnant with an



IUD in place, if you become pregnant having had a tubal ligation, that index pregnancy is more likely to be ectopic than is a woman that became pregnant without using an IUD or a tubal ligation.

So that if they find themselves pregnant, we need to know right away because it's more likely that that's an ectopic pregnancy. But I tell them using an Mirena IUD decreases the likelihood of ever having an ectopic because it so markedly decreases the likelihood of ever becoming pregnant.

**Q. Okay.**

A. In terms of sepsis and pelvic infection, I talk with patients specifically about the fact that we think that women, if they have an infection while using an IUD, that we think most likely that happens around the time of insertion, but we do not think that that risk is great enough to warrant prophylactic antibiotics at the time of insertion, but it's one of the things I routinely counsel them about, after they leave, when they're getting ready to leave the office after insertion, as something to watch for. If they develop a temperature, to make sure they give us a call.

In terms of pelvic infection, I talk to patients. I assess their risks of an STD at the time of insertion. The most current recommendation is we



believe that they're at low risk for an STD. We do not need to screen them for STDs at the time -- prior to insertion. But if I deem then that they could be at risk for an STD, I will screen them for STDs at the time of insertion.

If their STD screen comes back positive, I let them keep the IUD in place, and we treat them and see them back within 48 hours to make sure that they're doing okay. But even if they have an IUD in place and are diagnosed with an STD, we can treat that with an IUD in place. So that's what I tell them about infection when they're leaving. "I've screened you for STDs, and if you get a temperature, make sure you call us."

**Q. But do you disclose these risks prior to the insertion of the Mirena?**

A. I talk with them specifically about pregnancy which is why we're getting a pregnancy test at the time of insertion, and I talk to them about infection, because I'm having a -- when I'm getting their consent, I talk with them about infection, yes.

**Q. Okay.**

A. Pelvic infection and sepsis are both infection.

**Q. Do you talk to them about ovarian cysts, the risk of?**



A. I typically as a part of my routine counseling have not told patients specifically. I talk with patients broadly about ovarian cysts, that they're very common. We think up to half of all reproductive-aged women, if we do an ultrasound of both their ovaries, we'll find a cyst on at least one of their ovaries, but that is not part of my immediate pre-procedural counseling of risks, no.

**Q. Okay. Breast cancer? Do you tell them about breast cancer prior to the insertion of the Mirena and the risk associated with the product?**

MS. PALEY: Objection.

Go ahead.

A. I routinely talk to all patients about breast cancer risk assessment. I do not -- and I talk -- I obtain their medical history and their family history before making a contraceptive choice. I do not tell patients that using the Mirena IUD, that I -- I don't counsel them that that's going to have an impact on their likelihood to get breast cancer.

**Q. So in what section of the label would you find the most serious risk associated with the product?**

MS. PALEY: Objection.

A. With this product?

**Q. Yes.**

A. So I think that the most -- what I tell patients is I think the most serious risk -- first of all, I tell them I think Mirena is a very safe and highly effective contraceptive method. I tell them "Here's the risk of the procedure," and I tell them "Probably the most significant risk, if you were to experience it, would be the risk of perforation. Because with that risk, A, you're not going to have contraception, and, B, you may require a subsequent surgical procedure to remove the IUD." And that that inherent risk of a subsequent surgical procedure would be most likely the most significant risk they would have to undertake from choosing to use the Mirena IUD.

**Q. Okay. And what section of the label is that risk noted relative to the Mirena product?**

A. So in looking at these lists of things here, perforation, which I think is the most significant risk a patient has to accept by using a Mirena IUD, is listed as 5.6.

**Q. Okay. Under the warnings and precautions?**

A. I see that listed under warnings and precautions.

**Q. So is it your practice, then, to not warn the patients about all risk listed in the warnings section of a product label?**



MS. PALEY: Objection.

A. Are you talking about the Mirena IUD specifically? Are you talking broadly all medications?

**Q. Well, let's take both. Let's take broadly all medications first, and then let's talk about the Mirena IUD label.**

A. Okay.

MS. PALEY: Objection.

A. So as a physician, it would not be uncommon that when counseling patients about risks and benefits of any given drug, that I might not specifically mention every single thing listed in an FDA label.

**Q. Okay. And relative to Mirena?**

A. So I think we did this already, but we can do it again.

Regarding the Mirena, in terms of warning and precautions, I think I do counsel them about 5.1 and 5.2 when we assess the risk of pregnancy in obtaining urine pregnancy test. I think I do talk to them about 5.3 and 5.4 when I talked to them about infection. I think I mentioned earlier that one of the things I talk with them about is irregular bleeding and amenorrhea.

I think I also made it clear that I talk with them about perforation and expulsion. And I think I already mentioned that I don't necessarily bring up



ovarian cysts or their -- while I take their history to know whether or not they had breast cancer, when prescribing a patient with breast cancer, I would not necessarily bring it up in a patient that does not have breast cancer. I might not be talking about a breast cancer when a patient has no history and no family history of breast cancer.

Would you like me to go through 5.10, because when I mentioned that earlier, you wanted me to wait on that.

**Q. Yes. Well, actually, no. Let's save that.**

**- - -**

(Hewitt Deposition Exhibit 7 marked.)

- - -

**Q. Doctor, I've handed you what has been marked as Exhibit 7 to your deposition.**

A. So this is Exhibit 7 and it says Norplant System.

**Q. And who manufactured Norplant?**

A. As I recall -- and I'm being reminded with the large W on the front of it -- I think it was by Wyeth.

**Q. Did Bayer actually eventually acquire that product?**

A. My understanding, I think, is that Bayer has a product, I think, that is not Norplant, but a



down-the-road sort of derivative of Norplant which first in the U.S. was Norplant 2, and now I think it's Jadelle, but it's not marketed in the U.S. I think that Bayer has that product as well.

**Q. Okay. Did you ever utilize the Norplant System?**

A. Yes, I did.

**Q. Okay. Is the same active ingredient in the Norplant System as that of Mirena?**

A. The active ingredient of both Norplant and Mirena is levonorgestrel.

**Q. Okay. And Norplant was a long-acting reversible contraceptive, right?**

A. Long-acting reversible -- it's interesting because when Norplant came out, the term LARC or long-acting reversible contraceptive product was not a thing. That was later.

But in hindsight, yes, Norplant would have been considered by the class of medication it is as a contraceptive implant as a long-acting reversible contraceptive. That phrase was not being used at the time that Norplant was being developed and marketed and legalized in the U.S.

**Q. And is Mirena a LARC?**

A. Yes.

Page 170

**Q. Doctor, in the warnings section of this label, number 7, it lists idiopathic intracranial hypertension, correct?**
A. Correct.
**Q. When you utilized the Norplant System, did you warn the patients about idiopathic intracranial hypertension?**
A. I did not.
- - -
(Hewitt Deposition Exhibit 8 marked.)
- - -
**Q. Doctor, I've handed you what is marked as Exhibit 8 to your deposition. Is this the label for the product you were talking about, Jadelle?**
A. So I see this as the product label highlights prescribing information for Jadelle.
**Q. Is this the product that you were referring to when you talked about the product after the Norplant System?**
A. So Jadelle is a contraceptive implant that has the active ingredient levonorgestrel. Norplant, after it went away, was sort of very briefly reformulated as Norplant II. And my understanding is Jadelle is very similar, if not the same product, as Norplant II, and that it's used internationally, but it's not marketed

Page 171

and utilized here in the United States.
**Q. Okay. And it is another LARC?**
A. Given the fact that it's a hormonal contraceptive implant, yes, it would be considered a LARC.
**Q. Okay. And made by Bayer?**
A. That is my understanding, that this product is now made by Bayer.
**Q. How long would Jadelle be implanted for?**
A. You know, I don't even know. I would have to read this to find out, because I don't use this product.
So as I'm reading this, I can see on page 2, it's saying that this implant provides up to five years of contraception. But I don't use this product.
**Q. Understood. And how long is the Bayer Mirena implanted for?**
A. It's inserted.
**Q. Inserted.**
A. And it can be used currently in the United States for up to five years.
**Q. Okay. What is the active ingredient in the Jadelle product?**
A. I think I mentioned earlier that the active ingredient in the product is levonorgestrel.
**Q. Okay. And can I direct you to the warning**

Page 172

**section of 5.9.**
A. Okay.
**Q. Does Jadelle have a warning for idiopathic intracranial hypertension?**
A. Given the -- so under Warnings and Precautions, number 5.9 says "idiopathic intracranial hypertension," so I would say, that, yes, Jadelle on their label has a warning -- under warnings and precautions lists idiopathic intracranial hypertension.
- - -
(Hewitt Deposition Exhibit 9 marked.)
- - -
**Q. Okay. Doctor, I'm handing you what has been marked as Exhibit 9 to your deposition. Can you identify that document for me?**
MS. PALEY: Objection.
Go ahead.
A. This says, "Proposed Prescribing Information, ParaGard T380 Intraoperative Copper Contraceptive."
**Q. Okay. The ParaGard is an intrauterine device, right?**
A. The ParaGard is an intrauterine -- it's the copper intrauterine -- on here, intrauterine copper contraceptive. Yes, it's an intrauterine device.
**Q. Okay. And it's considered a LARC?**

Page 173

A. Correct.
**Q. And what is the active ingredient?**
A. The active ingredient in a copper IUD is copper.
**Q. No LNG or other hormonal ingredient?**
A. There are no hormones in a copper IUD.
**Q. Okay. As far as the efficacy of ParaGard, is it as effective as Mirena in preventing pregnancy?**
A. IUDs collectively are pretty much considered all comparable in terms of preventing pregnancy. The copper IUD -- if you're using an IUD and you become pregnant, the ParaGard is less protective against ectopic pregnancy than Mirena, so if you have 100 women using a copper IUD and 100 women using the Mirena IUD, they are approximately less likely to become pregnant. However, if they become pregnant, you're more likely to find an ectopic pregnancy in the copper IUD group.
**Q. Okay. But the rate of effectiveness, which is more effective in preventing pregnancy?**
A. Generally the copper IUD and Mirena IUD are considered pretty comparable. There are some suggestions that the Mirena IUD might be a little bit more effective, but generally IUDs are all classed together in terms of contraceptive efficacy.
MR. CRUMP: Okay. How long?

THE VIDEOGRAPHER: You've been on the record for 58 minutes on this tape.
MR. CRUMP: Okay. Take a break.
THE VIDEOGRAPHER: We are now going off record, and the time is 2:02.
(Recess taken.)
THE VIDEOGRAPHER: We're now back on record. The time is 2:13.
BY MR. CRUMP:
**Q. Doctor, before we took the break, we were talking about ParaGard and Mirena. As far as the safety profile of those two intrauterine devices, are they similar?**
MS. PALEY: Objection.
A. I think that generally they're very similar in the way I counsel patients about safety and efficacy and risk in that I have a similar conversation when I'm inserting the copper IUD, in that I tell them that the most significant risks are the risk of perforation, the risk of infection, and the risk of expulsion. Having -- so I think that the safety and efficacy profiles are very comparable.
**Q. Okay. Is that Exhibit 8?**
A. This is Exhibit 9.
**Q. 9.**



A. Would you like me to find Exhibit 8?
**Q. No.**
A. I have it --
**Q. I'm sorry. No, Doctor. We're sticking with 9.**
A. Okay.
**Q. Can you turn to the warning section for this label.**
A. I am on the warning section.
**Q. All right. First we have intrauterine pregnancy, which was in the Mirena label, right?**
A. I'd like to go back to the Mirena label. As I recall, that was .5.2, but I don't know if it was listed as the same -- if it was -- this is listed as intrauterine pregnancy. I just want to see what kind of language they use.
So in the Mirena label, they do use the same language, intrauterine pregnancy.
**Q. Okay. The next one, ectopic pregnancy, are those listed on both labels?**
A. Ectopic pregnancy is listed on the copper IUD label, and it is also listed on the Mirena IUD label.
**Q. And number 3, pelvic infection?**
A. Pelvic infection is listed on the copper IUD label and pelvic infection is also listed on the Mirena



IUD label.
**Q. Okay. Number 4 is immunocompromise. What is that related to?**
A. As I'm reading this, immunocompromise, they are saying "Women with AIDS should not have IUDs inserted unless they are clinically stable on anti-retroviral therapy. Limited data suggests that asymptomatic women infected with HIV may use intrauterine devices. Little is known about the use of IUDs in women who have illnesses causing serious immunocompromise. Therefore, these women should be carefully monitored for infection. If they choose to use an IUD, the risk of pregnancy should be weighed against the theoretical risk of infection."
So this is relating to whether or not patients with HIV or AIDS should use IUDs as their contraceptive method. It is also applicable to patients that have undergone solid organ transplant, like kidney transplant, that take medications so that they don't -- medications that impact their immune system so they don't reject the donor kidney. So this is addressing IUD use in both HIV-positive AIDS women, as well as women that have undergone solid organ transplant.
**Q. Okay. In your opinion, would that be the same for Mirena?**



MS. PALEY: Objection.
A. So the thing about -- that's a really tough question to answer, because the thing about copper IUD is a copper IUD offers no protection against an ascending infection.
A progestin IUD offers protection against an ascending infection because of the impact the progestin has on the cervical mucus. So we think that if a woman gets exposed to, let's say, chlamydia and she has a copper IUD in place, she would have a greater risk of an ascending pelvic infection than if she has -- gets exposed to chlamydia and she has a Mirena IUD in place. Because of the impact the progestin has on the cervical mucus, she'd have a much less likelihood of having an ascending pelvic infection.
So I do not think that this warning would necessarily be completely transferable to the Mirena IUD since it's a levonorgestrel IUD because of what we understand about how women with IUDs in place respond to an ascending -- ascending infection source.
**Q. Okay. Number 5, embedment?**
A. Embedment?
**Q. Yes.**
A. So embedment, we typically think of as a partial perforation that's happened with injury

Page 178

associated at the time of insertion. So what that means is when you're either sounding the uterus or placing the device inside the uterus, that you have made an injury to the wall of the myometrium, but not all the way through the myometrium out to the serosa, and so that may cause part of the IUD to be sort of lodged inside the thick muscular wall of the uterus, the myometrium.
**Q. Okay.**
A. So I think of embedment as partial perforation, so when I see embedment and perforation separately here, I kind of think of them together as perforation. And I see that reflected over here as 5.6.
**Q. In the Mirena label?**
A. In the Mirena label.
**Q. And then number 7?**
A. Number 7 is expulsion. So expulsion is here in the copper IUD label and it's the same number 7 in the Mirena IUD label.
**Q. Okay. And just to be thorough, number 8?**
A. Number 8 is Wilson's disease. And so Wilson's disease has to do with copper metabolism. So patients that have Wilson's disease should not use a copper IUD, so I would not anticipate that that Wilson's disease would need to be listed as a precaution in the Mirena -- I would not think Wilson's disease would need to be

Page 179

listed in the Mirena IUD label because Mirena IUD doesn't have copper in it.
**Q. In your practice, have you ever seen a case of Wilson's disease?**
A. Yes, I have. I have a patient who -- she's had four babies -- that has Wilson's disease. She's very well controlled but she has some neurologic sequelae. She's been delivered by C-section. She had her tubes tied after her third C-section and had another baby and had a fourth C-section and then had her fallopian tubes removed. So I know very well a patient with Wilson's disease, and we've had four babies together.
**Q. Okay. Thank you, Doctor.**
**Going back to the Mirena label, Section 5.10.**
A. Okay. This is Exhibit 8. This looks like it's the Jadelle label. This is the Norplant label.
**Q. It should be Exhibit 6.**
A. This is the copper. 7. 6. Okay.
**Q. So 5.10 is the clinical considerations for use and removal, correct?**
A. 5.10 is under the warning and precautions section and it says clinical considerations for use and removal.
**Q. Okay. Coagulopathy, what is that?**

Page 180

A. So coagulopathy means that there's some aberration in the way the blood works to form clots.
**Q. Okay. Have you seen that in your patients in which you have inserted Mirena?**
A. Absolutely. So a lot of patients that get referred to me at my work at Children's Hospital have a coagulopathy in that they have thrombophilias, where they have a bleeding disorder where they bleed too easily, and I have inserted Mirena IUDs.
Additionally, I have patients with -- on the other flip side of that, that they are inclined to more readily form blood clots, like people that have like Factor V Leiden and things like that. So those are -- they clot too easily versus the thrombophilias bleed too easily.
In both circumstances, I have routinely used Mirena IUDs because patients with coagulopathies are contraindicated to using estrogen-containing hormonal contraceptives. So I've used progestin-only methods, including the Mirena IUD. And then patients that are on anticoagulants are bleeding too much, just like the girls with thrombophilias, and I've routinely used the Mirena IUD in that instance as well when they're having profuse vaginal bleeding.
**Q. Okay. Have you had to remove a Mirena IUD**

Page 181

**based on those conditions?**
A. I have -- I've removed a Mirena IUD in patients that are either using anticoagulants or have a coagulopathy disorder because the IUD has failed to managing their bleeding, but I've never had to remove it because of an identified use of anticoagulants.
So sometimes people have been on anticoagulants. We've tried an IUD to slow down the bleeding, and it hasn't been helpful, and we've ended up removing it but not because they have -- they're on anticoagulants.
**Q. Okay. In those people, what product would you then utilize for their contraceptive needs?**
A. Well, then if they're on anticoagulants and they're bleeding too much, that doesn't mean they can't use a combination hormonal contraceptive, so we could use any other type of agent if they are anticoagulated.
**Q. Okay. The next one is "Migraine and focal headache with asymmetrical visual loss or other symptoms indicating transient cerebral ischemia."**
A. Um-hmm. So the question is, have I used a Mirena IUD in a patient with migraine headaches?
**Q. Have you had patients in which the Mirena IUD IUD was inserted that developed migraine or focal migraine with asymmetrical vision loss --**

MS. PALEY: Objection.
**Q. -- after the implantation of the product -- or insertion?**
A. Okay. I don't -- migraines are very common, and we commonly use progestin-only methods in patients that have migraines or migraine with aura, as estrogen containing products are contraindicated. I don't recall off the top of my head if I've had a patient develop migraines specifically after they've initiated use of a Mirena IUD, but I commonly use Mirena IUD as a contraceptive choice or for medical indications in patients with migraine or migraine with aura.
**Q. Okay. But have you had those patients who have developed those conditions after the insertion of the Mirena?**
MS. PALEY: Objection.
Go ahead.
A. I'm not aware because I'm not sure that I would even -- that would kind of stick on me as a sort of temporal significance because migraines are so common, and we commonly use IUDs in migraine sufferers. So I don't know.
**Q. Okay. Have you ever removed a Mirena product on the basis of patient complaints relative to migraine headaches?**



A. I don't know. I know I've removed a lot of IUDs around either real or perceived side effects, and it would not surprise me, given the length of time that I've used Mirena IUDs, if at times a woman has thought that her headaches might be attributable to her IUD and asked me to remove it. But I don't recall a specific patient, per se.
**Q. When you say "real or perceived," what do you mean?**
A. So I think that some side effects are -- can be explained by exposure to the medication, like weight gain with Depo-Provera, which I've mentioned before, or amenorrhea by using a levonorgestrel IUD, which I've explained before. But I think we know in the world of medicine that sometimes because of -- we know how patients respond to placebos and report numerous side effects -- that sometimes patients can take a medication and they think it's doing something to them, but they perceive that they're having that experience and they're attributing it to the medication when it is physiologically difficult to understand how that can be related to the medication. And I think that that's very apparent when patients are getting placebos and report a laundry list of side effects that they're experiencing when we just know they're getting a placebo.



**Q. Have you ever had a patient develop focal migraines with asymmetrical vision loss after an insertion of a Mirena?**
A. Not that I'm aware of, no.
**Q. Have you ever removed a Mirena for that reason?**
A. Not that I'm aware of, no.
**Q. Okay. The next one, "exceptionally severe headache." Have you had patients complain about exceptionally severe headaches after the insertion of the Mirena device?**
A. Not that I recall, no.
**Q. Okay. Have you ever diagnosed anyone with PTC?**
A. I have not diagnosed any patient with pseudotumor cerebri, no.
**Q. IIH?**
A. Nor have I ever diagnosed a patient with IIH.
**Q. Do you know what the Dandy criteria are?**
A. I know them broadly, that neurologists use them in the diagnosis, but I'm not -- I can't rattle them off the top of my head, no.
**Q. Do you know if severe headaches are one of the things listed in the Dandy criteria?**
A. Again, I cannot outline the Dandy criteria in



my head, no.
**Q. Okay. So that's a no, right?**
A. That's a no.
**Q. Okay. Have you ever referred -- well, let me ask it in this manner. I'll withdraw that.**
**Have you ever utilized a PTC diagnosis as a differential diagnosis?**
MS. PALEY: Objection.
A. That would be highly unlikely for me to use PTC as a differential diagnosis, because my understanding of PTC is that's a diagnosis that you come to after -- with symptoms and physical findings and even head imaging, that that's a diagnosis at the end of the road.
It would much more likely if I was worried about that, that I would be using the symptom of headache in referring to a neurologist with headache, but pseudotumor cerebri would not be on a differential diagnosis list that I would be generating -- I would be -- as a gynecologist.
I would be more broadly concerned if someone had a persistent headache and commonly would refer patients to a neurologist that have a headache, but I can't say that that would be on a differential diagnosis necessarily that I would be generating.

**Q. Okay. Same question but with IH.**
A. Same answer.
**Q. Have you ever referred one of your patients to a neurologist with a suspicion of PTC?**
A. I have referred lots of patients to neurologists with headaches and constellation of symptoms that I can't explain for evaluation. I do not think I've ever sent a patient to the neurologist with the note saying "I'm suspicious of pseudotumor cerebri." It's more persistent headache or needs evaluation for this constellation of symptoms, but I have never expressed a suspicion of pseudotumor cerebri, nor have I expressed a suspicion of IIH.
**Q. Okay. Have any of your patients been diagnosed with PTC?**
A. I have seen one patient over the course of my career with the diagnosis of pseudotumor cerebri that would have that diagnosis when she was sent to me, but I've had no patients that had a new diagnosis of pseudotumor cerebri.
**Q. Do you warn your patients that you're consulting regarding the insertion of a Mirena about migraine headaches?**
A. No, I do not.
**Q. Exceptionally severe headache?**



A. No, I do not.
**Q. Focal migraine headaches with asymmetrical vision loss?**
A. I do not.
**Q. Doctor, I'm going to direct you to page 13 of your report. So at the top of the page, you state, "Patients using the copper IUD often experience heavier menstrual bleeding, particularly within the first six months," correct?**
A. Correct.
**Q. It says "often," right?**
A. Correct.
**Q. Is that listed in the warnings section of the ParaGard label?**
A. I would have to look at the ParaGard label to see if heavier bleeding with the first six months of use is in the label.
So the -- as I'm first looking through here, my initial sites that I see things listed is under Adverse Reaction, I see Table 2 showing discontinuation rates based on year of use, and under bleeding/pain, they show that initially the discontinuation rate because of complaints of bleeding and pain is the highest, and goes down over time.
I also see "The following adverse events have



also been observed." These are listed alphabetically and not in order of frequency or severity. "Menstrual flow prolonged." So heavy prolonged menstrual bleeding is the word that we use that's the medical term; heavy menstrual bleeding, heavy prolonged menstrual bleeding for heavier flow.
So this would indicate to me that it's listed as an adverse reaction and that this table demonstrates that people discontinue their copper IUD because of that complaint at the highest proportion during the first year of use. So I would say that that statement is reflective in the product label.
**Q. Okay. Is it in the Warnings section?**
A. This is listed under Adverse Reactions. I did not see it listed -- I did not see it listed under Warnings but rather under Adverse Reactions.
**Q. Okay. Do you know if there have been any randomized control studies done on that, the bleeding effects with ParaGard?**
A. I'm not aware whether or not there have been randomized control studies examining bleeding with ParaGard. I'm thinking that there might be some information about different medical interventions that we offer regarding heavy bleeding with ParaGard, comparing different interventions. But I'm not sure



about a randomized controlled trial about comparing women with or without exposure to ParaGard and quantifying the days of bleeding and the amount of bleeding.
**Q. Okay. When you talk about heavier menstrual bleeding in your report, is it in comparison to a normal period or a period controlled by hormonal contraception?**
A. So when we use the phrase "heavy menstrual bleeding," that has replaced the phrase of "menorrhalgia," because menorrhalgia was the old term that was utilized because that had certain metrics associated with it.
So now when we use the word "heavy menstrual bleeding," that is supposed to be used any time a patient voices that as a concern or a symptom, that there's no -- nothing we have to quantify about that, about the amount of menstrual loss or the number of pads they used in a day.
It's simply if the patient describes her periods as heavier, the right medical term -- from her subjective experience, the medical term that we're supposed to use is "heavy menstrual bleeding." So that would be applicable whether compared to a no hormonal contraceptive or a levonorgestrel contraceptive.
**Q. Have you ever had a patient switch from**

Page 190

**hormonal to non-hormonal contraceptives?**
A. Yes.
**Q. Okay. A patient switch from Mirena to ParaGard?**
A. Yes.
**Q. On what basis?**
MS. PALEY: Objection.
A. I've had patients switch from hormonal to non-hormonal contraceptives commonly. Probably the most common reason that happens is because one of the partners has become sterilized. So they've either had a vasectomy or a tubal ligation. So they no longer have a need for hormonal contraceptive, as one of the partners is sterilized. So sterilization is considered a non-hormonal contraceptive method.
I've also had patients for religious reasons, you know, that they've decided they're not going to use a hormonal contraceptive method, instead use natural family planning.
I've had patients switch from a Mirena IUD to a copper IUD. Probably the most common reasons I have patients seek a copper IUD is either because the duration of efficacy is ten years. So a lot of patients will be very happy with one thing or the other, or they've decided "I'm really not going to have children.

Page 191

I want to choose something -- I'm going to have this IUD taken out, and I'm going to have the next one put in, and I'm 41 years old; therefore, I want it for ten years to see if I can't get to menopause."
So if someone has decided their family is complete, sometimes they want a device that's going to last a longer period of time, so they might choose a copper IUD. Lots of times they're doing the math with the average age of menopause being 51 for women living in the United States.
And I've also had some patients that sort of -- sort of have this -- their whole eating -- their ridding their body of all, like, you know, external, you know, sources of inorganic -- they're not -- only eating organic food and, you know, changing their diet, and they want everything out of their body, and they want a non -- no hormones at all, that will decide that they want to do a copper IUD, kind of the crunchy granola crowd that wants to do a copper IUD.
**Q. Okay. Have you had patients switch from Mirena to ParaGard because of side effects of the Mirena?**
A. I do not have much experience with patients switching from Mirena to a copper IUD based on perceived side effects, no.

Page 192

**Q. Okay. There would be no androgenic effects associated with the ParaGard, correct?**
A. I would -- I think the only patient -- given the fact that the copper IUD has no hormones in it, that the active ingredient is copper, I would find it hard to imagine how the copper IUD could provide any androgenic side effects.
I think the only way a patient might perceive the copper IUD is causing them to have androgenic side effects is if they were discontinuing their combined hormonal contraceptive method after the ParaGard IUD has been inserted. And it oftentimes happens that patients give up their combination hormonal contraceptive and they do a progestin-only method or a non-hormonal method and then experience things like acne or hirsutism. And their perception is that the IUD is causing that when in reality it's because they let go of their combined hormonal contraceptive method.
But I do not think a copper IUD in and of itself would cause -- because there's no hormone in it, it's hard for me to imagine how it physiologically could provide an androgenic side effect.
**Q. All right. Are you aware of any published literature even suggesting a temporal association between ParaGard and PTC?**

Page 193

A. I am not aware of any published literature that suggests -- you said a temporal relationship?
**Q. Temporal association, yes, ma'am.**
A. A temporal association. So when you say "temporal association," I'm assuming that you mean that there's some timing thing between having a Mirena IUD inserted --
**Q. A ParaGard.**
A. -- a ParaGard IUD inserted and the development of IIH?
**Q. Correct.**
A. Right. I'm not aware of any published literature suggesting that.
**Q. Do you use Skyla in your practice personally?**
A. I have not yet placed a Skyla IUD. When patients ask me about -- particularly when it first came to market, I think there must have been more direct-to-consumer advertising about it. Patients would ask me about the Skyla IUD, and because I -- probably because I also insert so many in nulligravida women and young girls, like immediately post-menarcle, that ask me about using the Skyla because it's, quote, unquote, smaller. And I have never had difficulty or been unable to insert a Mirena IUD in a nulligravida young girl's uterus, so I've told them that for me, we're talking

millimeters of difference in size. So I don't think that that's a significant advantage.
And I've told them -- when we're inserting in teenage girls, we want it in for a long time. So I've said I want it five years versus three years. And, lastly, when I reviewed bleeding profile information with them, we've always opted for a Mirena IUD.
So to date, I have not yet inserted a Skyla IUD because I have found no reason to choose an IUD that has a worse bleeding profile and only lasts for three years.

**Q. What is direct-to-consumer marketing?**

A. Direct-to-consumer marketing is advertising that goes directly to the patient either in print form or audio form or on TV commercials that suggests certain products for them to use, and, you know, will say, "I suggest you discuss this with your doctor."
Probably one of the most successful direct-to-consumer marketing campaigns I ever saw in my career as an OB-GYN was when Ortho Tri-Cyclen came out and had FDA approval for the treatment of acne, and they were running all those TV commercials. Patients for the first time in my career came into my office and asked for specific contraceptive method by the trade name.

**Q. Okay. And have you seen the**



**direct-to-consumer marketing for Skyla?**

A. No.

**Q. So you haven't seen it yourself?**

A. No.

**Q. Okay.**

A. That's why I think I said I assume there must be some because patients were asking about this new smaller IUD.

**Q. Okay. And do you use Kyleena?**

A. I have not yet used Kyleena, no.

**Q. Okay. Why?**

A. I'm not sure whether or not that's on our formularies yet. I know Liletta recently became on our formularies. I'm not sure that Kyleena is or not. I'm not sure.
And I also don't know what we physically have on the shelves in our office. I know that we have Mirena and Skyla on the shelves in our office. I'm not certain about whether the product is physically on the shelf in our office, even if it is on the formulary.

**Q. Okay. Have you used Liletta?**

A. No. To date I have not inserted a Liletta.

**Q. Why is that?**

A. Again, it's not -- I don't think it's physically in our office. When I'm talking with a



patient and they decide they want to have an IUD, oftentimes we're inserting it at that office visit during that conversation. So for me to put it in, I have to physically have it in my office.
So the things that I know are on the shelf in my office in terms of LARC methods include the Nexplanon, the Mirena, the Skyla, and the ParaGard. So it's usually, like, we have the conversation. They decide they want to do it, and we do it right then and there. So that's what I have physically in my -- within hand's reach in the office.

**Q. I think we touched on this earlier, but does the Skyla reduce a smaller amount of LNG than that of Mirena?**

A. Yes. I do think we talked about this earlier, that the amount of the milligrams of levonorgestrel that's carried in the Skyla contraceptive device is lower than the amount of levonorgestrel carried in the Mirena contraceptive device.

**Q. Okay. Would that be a benefit in your opinion?**

A. I think I've already expressed this opinion, that I see no need and there's no benefit in my mind of having that lower amount of hormone. My primary concern is length of efficacy and bleeding profile to enhance



patient compliance. So I was never seeking a lower-dose levonorgestrel intrauterine system, and I don't -- as I've told lots of people, like, I don't need Skyla. I didn't ask for Skyla.
I'm very happy with the five-year duration of use and the bleeding profile, and I've never had any difficulty inserting the Mirena IUD, even in immediately post-pubertal girls, post menarcle girls, or girls with like cerebral palsy and complex medical problems, nulligravida women. I just have never had difficulty inserting the Mirena device. It has a better bleeding profile and lasts for up to five years.

**Q. Okay. Doctor, in your patient population, what percentage of your patients are pediatric?**

A. So I think I have to ask you how to define "pediatric."

**Q. Well, let's go with your definition. How would you define it?**

A. Well, I think it depends on whether I'm thinking of age of consent or whether I'm thinking my own parenting experiences. So age of consent in Ohio is 18.

**Q. Well, would you see a difference in pediatric and adolescent population groups?**

A. Sure. So when we talk about pediatric and

Page 198

adolescents, we think of -- adolescents, there's different ways to think of them. Certainly, for instance, the adolescent medicine specialists at our Children's Hospital consider their patient population which they define as adolescents starting at age 12.
**Q. Okay. And would pediatric be 11 and below?**
A. Well, not necessarily. So the pediatricians specifically see their patient population as birth through young adulthood, 21, 22.
**Q. Well, let's talk about your practice and how you see it.**
A. Okay.
**Q. At what age do you go from pediatric to adolescent?**
A. Well, given the fact that I'm a gynecologist, oftentimes I'm thinking about where they are developmentally.
**Q. Okay.**
A. So oftentimes in my mind, they go from being a pediatric patient to being more of an adolescent-type of patient based on their experiences, how we're treating them, the common diagnoses, the conversations we're having. That's a physiologic basis. And in my mind, that switch happens when the patient has become menarcle, which means they've had their first period.

Page 199

**Q. Okay. And what age, then, would you divide the two?**
A. So the average age for -- so it would vary by an individual patient, but the average age for a teenage girl or a young women living in the United States to have their first period is 12. But if I saw an 11-year-old that had been having regular monthly cycles for six months and she was in to talk about a menstrual-related problem, I would think of her as an adolescent patient.
If I had a 12-year-old who had delayed pubertal changes and didn't have any signs or symptoms of puberty, most likely we'd be talking about pediatric issues and concerns.
**Q. Okay. Well, we can use that definition then, if you would like, the first menses. What percentage of your patients are pediatric?**
A. I would say -- are you talking about just at Children's Hospital or at Children's Hospital and at Ohio State?
**Q. And. Both.**
A. Okay. So I would say if you took both together, so 18 and older is all I do at Ohio State, and that's at least 50 percent, if not a little bit more, of my time.

Page 200

And then at Children's, the vast majority of my patients are post-menarcle. So I would say globally maybe 10 percent of the kids I see -- or the patients I see over the course of my professional life currently are pre-menarcle.
**Q. Okay. And then what about adolescent, the percentage of your patient population that are adolescents?**
A. Okay. So if we wanted to define adolescents as between the chronologic age of 12 and 18, I would say -- I don't see any of those at Ohio State. So if 50 percent of my practice at Ohio State is at Ohio State and that's over 18, and I said 10 percent was under, pre-menarcle, so 12 to 18, I'm left with 40 percent.
**Q. Okay. And then 50 percent adult?**
A. So 50 percent -- roughly 50 percent of my time is at Ohio State, which is 18 and older, 50 percent of my time is at Children's Hospital, and of that 50 percent of the time, probably 10 percent less than 12 and 40 percent 12 and older.
**Q. What percentage of your patients have developmental disorders?**
A. So -- and when you mean "developmental disorders," do you mean cognitively developmental disorders?

Page 201

**Q. I think you used that language in your report, so ...**
A. So when I -- I think the language I used in my report was "developmental disabilities."
**Q. Okay. I'll go with that then.**
A. So if we're talking about developmental disabilities, I would say that that is a small proportion of the work I do at Children's Hospital, maybe -- any given time, maybe 5 to 10 percent of the patients that I'm seeing have developmental disabilities.
**Q. Okay. And what types of disabilities?**
A. What type of developmental disabilities?
**Q. Yes, ma'am.**
A. Okay. So the most common thing is just globally developmental delay, so global cognitive impairment. I also see a lot of girls that have autism spectrum disorder, and I also see a lot of girls that have -- that are syndromal, that have genetic syndromes that are associated with developmental delay.
**Q. Doctor, to the best of your ability, what percentage of your patients are overweight?**
A. Well, this is Central Ohio, so if you want to say -- just overweight or overweight and obese?
**Q. Just overweight.**

Page 202

A. I would say a significant proportion. So overweight is defined as the BMI between 25 and 30. I think it's a significant proportion. It wouldn't surprise me if 20 or 25 percent of my patients had a BMI between 25 and 30.

**Q. Okay. And then what percentage of your patients would be classified as obese?**

A. Again, this is an estimation. So for -- you know, we define obesity as a BMI over 30. So in the pediatric population, it's -- they don't use straight BMIs. They use percentiles. So it's a percentile greater than the 99th percentile for their BMI for their age group.

So I would say -- again, this is Central Ohio. If I said 20 to 25 for overweight, maybe 15 to 20 to 25 for obese. Probably more -- well, probably more overweight than obese. So if I say 20 to 25 for overweight, maybe 15 to 20 for obese.

**Q. Do you have an idea of approximately what percentage of your patients as a whole have a Mirena implant?**

A. I have no idea. I've never calculated what proportion of patients that I am actively caring for have an IUD in place. I think sometimes, you know, that would be hard to do, because patients move, they're lost

Page 203

to follow-up. They have been removed by other physicians. I really don't know what proportion of my patients actively at this moment have an IUD in place.

**Q. Doctor, I should have asked you this before. Have you ever published on Norplant?**

A. I think when we went back through my CV earlier, that there were -- there were things in there about contraception and progestin-only contraceptives. I would be surprised if Norplant wasn't part of those documents. It's been a long time since I've looked at some of those. So I would be very surprised, particularly given the dates that some of those were made, if Norplant wasn't a part of those.

**Q. Have you ever published specifically on Norplant?**

A. Meaning that that was the only topic of the publication?

**Q. Yes.**

A. Not that I'm aware of, no.

MR. CRUMP: Let's take a quick break.

THE VIDEOGRAPHER: We are now going off record, and the time is 3:02.

(Recess taken.)

THE VIDEOGRAPHER: We are now back on record, and the time is 3:29.

Page 204

BY MR. CRUMP:

**Q. Doctor, could you on your report turn to page 22. At the top of that page, Doctor, you've criticized the Valenzuela study for the lack of control for weight or weight gain, well-known risk factors for IIH, correct?**

A. I would assume that that's what I said. "I would, therefore, disagree with the Plaintiff expert based on the odds ratio report in the study." So ...

**Q. Do you see what I'm referring to at the top of the page?**

A. No. I'm on page 23.

**Q. 22.**

A. Oh, I'm sorry. That explains why. At the top of the page, I say, "Two additional limitations in Valenzuela are -- Valenzuela are the failure to age match and the lack of control for weight or weight gain, well known risk factors for IIH." Yes.

**Q. Okay.**

(Reporter clarification.)

A. "Lack of control for weight or weight gain, well-known risk factors for IIH."

**Q. Doctor, do you believe that there is no association between oral contraceptives and IIH?**

MS. PALEY: Objection.

Page 205

A. I do not think that oral contraceptive pills cause IIH.

**Q. Okay. And you state that on page 17, correct?**

A. On page 17, I read, "Yet published case-control studies have consistently found no association between hormonal contraception and IIH despite the fact that levonorgestrel-containing oral contraceptives provide significantly higher doses of levonorgestrel than Mirena."

**Q. Okay. And you cite some studies there, correct?**

A. Correct.

**Q. Digre, Durcan, Ireland, Gerstman, Giuseffi.**

A. R name.

**Q. The R name, and then Ball also.**

**- - -**

(Hewitt Deposition Exhibit 10 marked.)

- - -

**Q. Doctor, I'm going to hand you cumulative Exhibit 10 to your deposition, which are a few of those studies.**

MS. PALEY: Counselor, are these all of the studies, or should --

MR. CRUMP: No.

MS. PALEY: -- we identify for the record --

MR. CRUMP: We can -- yeah, identify them. Well, it should be all of them with that string aside except for Ball and Gerstman.

BY MR. CRUMP:

**Q. Okay. Doctor, would you agree with me that none of the studies that I've presented to you in Exhibit 10 control for weight or weight gain either?**

MS. PALEY: Objection.

A. Well, I would have to take a look at each and every one of them.

So when I'm looking at the first one here, which is D-i-g-r-e, it looks like these patients are all pregnant. So this is a -- looks like this is the descriptive study that follows these patients.

I don't see anything in here that describes that in this first patient that -- in this first study, that there was any control for weight or weight gain. That's the first study.

**Q. All right.**

A. And the second study, this is Ireland. So I want to review and just make sure I don't misspeak.

**Q. Sure.**

A. So on this second study, which is -- the first author is Ireland. It looks like the way they sought out their control subjects, that that was not controlled



for weight, and that they found -- identified friends of the case study patients.

**Q. Okay.**

A. And now I'm looking at the Vincent -- G, last name. So in this study, it looks like the controls were chosen from the waiting area adjacent to the emergency room, and they were matched by age and by sex. So I do not see that they were controlled for weight or weight gain. They were matched by age and gender.

**Q. Okay.**

A. The next one I'm looking at is Durcan, D-u-r-c-a-n. And I'm going to take a look at this real quick.

And it does not look that the controls in this either, in the Durcan study, were matched for weight or weight gain.

And, lastly, I'm looking at the R name study, R-a-d. So I'm taking just a little bit closer look at this because they do make a reference to weight in this when they're describing their patients.

So I do not see any mention in this that there was a matching for -- even though they looked at the rates of obesity, I don't see a matching, per se, of matching for weight or weight gain.

**Q. Okay. Doctor, in your opinion, what's**



**necessary for a reliable case control study of a rare disease like IH?**

MS. PALEY: Objection.

A. Well, I think there's lots of things that are probably necessary, but certainly an appropriate selection of the control population to meet the background risk of the case population so that you can compare the likelihood of the exposure having a true impact, meaning that the controls and the cases would need to be similar, particularly across risk factors or treatment modalities, race, ethnicity, gender, things like that.

**Q. Would you want it to -- that to fairly -- the controls to fairly represent the population?**

MS. PALEY: Objection.

A. I think I would want the controls -- the most important representation that they parallel would be the patient population in the case group. So if you're looking at the patients on the case side and you're looking at the patients on the control side, I think it would be most important that those two groups of patients are as identical as possible with the biggest difference being the exposure. So if you define population as the population in the case group, yes, I would want the control group population to look very



similar to the case group population.

**Q. And to have used the same product in question?**

MS. PALEY: Objection.

A. No, because if you're doing cases versus controls, the case group would have the exposure if you're talking about a case-control study.

**Q. In order for the study to be reliable, would you need a control of risk factors, such as weight and weight gain?**

MS. PALEY: Objection.

A. Certainly for controlling -- to making the control group and the case group as similar as possible in terms of lots of measures, including risk factors and various treatment methods would be important for the reliability of the relative risks that would be calculated, or the odds ratio that would be calculated, that would be very important to understand risks, to control for those things.

**Q. Okay. And in order for the study to be reliable, you would need enough controls that the same disease would actually be seen in at least one of them, correct?**

MS. PALEY: Objection.

A. I don't know that that is correct. I don't know that that is absolutely necessary in a case control

study.
**Q. For a rare disease like IH?**
MS. PALEY: Objection.
A. Yeah, I don't know that that's absolutely necessary.
**Q. Okay. In Exhibit 10, which of the studies had reliable data about whether the cases and controls used oral contraceptives containing LNG?**
MS. PALEY: Objection.
A. So I would have to again look at this specifically looking for that information.
So I'm first looking at the D-i-g-r-e article. So these patients were pregnant, so I'm assuming that they were not taking birth control pills, but I don't know that they actually say that.
They say what they reviewed for, but I don't see anything saying whether or not they were, like, taking birth control pills prior to their pregnancy or anything like that. But I would assume if they were pregnant as a part of inclusion in the study, that they were not taking birth control pills while they were pregnant.
**Q. Okay.**
A. So that's that one.
Ireland. So in Ireland, it does say that they



took a reproductive history, including contraceptive use.
**Q. Contraceptive use including LNG?**
MS. PALEY: Objection.
A. Well, I mean, I think if they took a contraceptive history or during contraceptive use, that if he they identified the contraceptive they were using, you could infer whether or not they were taking LNG.
**Q. Can you show me where they're talking about LNG in this study?**
A. Well, I can show you where they said they took the reproductive history including contraceptive use.
**Q. Yes, but contraceptive use doesn't necessarily have to include LNG, correct?**
A. That's correct. But if you're taking a contraceptive history including contraceptive use, I'm assuming that you would say that part of taking a history around contraceptive use would be noting the type of contraception that's used.
That would be -- as a medical person reading this, a history related to contraceptive use would include the type of contraception, and if they told you the type of contraception, you could infer whether or not that had LNG in it --
**Q. Okay.**



A. -- as I read that as a physician.
**Q. Can you show me in the study where LNG is mentioned?**
MS. PALEY: Objection.
A. I don't know. But I see a lot of references to oral contraceptives. I don't see any specific references to the particular type of -- the particular type of oral contraceptive.
**Q. All right. How about Giuseffi?**
A. So in this I see a detailed medication history is noted. So as I'm reading that as a physician, as an M.D., if they're noting a detailed medication history, in my mind, that would include medications, all medications, including contraceptives.
So in my mind, when I read that part of their data collection was a detailed medication history, I would assume, like in the other study, that that included medications that may fall into the category of contraceptives, and that if the patient identified her medication, you would know whether or not that medication contained levonorgestrel.
**Q. Okay. Is the LNG referenced in this study?**
A. As I'm looking through here, I do not see levonorgestrel specifically mentioned. I do see oral contraceptives broadly are mentioned.



**Q. And, again, that doesn't necessarily mean oral contraceptives containing LNG, correct?**
A. That's correct. So I do not see -- as I'm reading through this again, I do not see specifically oral -- I do not see specifically levonorgestrel mentioned, but I do see where they took a -- what they describe as a detailed medication history.
**Q. Okay. The next one, Doctor.**
A. So the next one is Durcan. So, again, here it says it is a history of medication that specifically requested information on birth control pills. So I'm assuming in doing that -- and this is published in 1988. I'm assuming in doing that, that they did know what patients were taking birth control pills and what type of birth control pills they were taking.
**Q. Okay. And is LNG mentioned in the article?**
A. LNG specifically I do not think is mentioned in the article.
**Q. And just because they say birth control pills doesn't necessarily mean that the oral contraceptives had LNG as an active ingredient?**
A. They do not specifically mention which progestins were used in the birth control pills that were prescribed.
**Q. The last one, the impossible R name?**

A. The R name. In this article, again, they mentioned oral contraceptive pills, and they mention oral contraceptive pills broadly and do not speak about which particular oral contraceptive pill, which particular progestin was contained in the oral contraceptive pill, but I do note that patients were taking oral contraceptive pills.

**Q. Okay. Which of these studies had controls that fairly represented the population?**

MS. PALEY: Objection.

A. So are you talking about the population in their communities, or are you talking about population as compared to the case arm?

**Q. I am talking about controls that are fairly represented in the population. Well, how did they acquire in each of these studies the controls that they utilized? And let's start with Digre.**

MS. PALEY: Objection.

A. Okay. So in this first chart, in this first study, identification of controls, they found women that were delivering, they said, at or about the same time as each one of the subjects, and they matched the subjects for age, gravity, and parity.

So they -- this was the one with pregnant women. So they went to the same labor and delivery



records and pulled out women and matched them for age and gravity and parity, which means how many times they were pregnant and how many babies they had delivered.

**Q. Would you expect the women in this study to be on oral contraceptives --**

MS. PALEY: Objection.

**Q. -- if they were pregnant?**

A. So in the group that were pregnant, I would not anticipate them to be on oral contraceptive pills during their pregnancy.

**Q. Okay. In Ireland?**

A. In the Ireland study -- so in the Ireland study, they said that what they did to get their controls is that they went to each case patient, and they asked them for three friends that were in three years of their age who might be wanting to enter -- be a part of a research study. So they thought doing that they would match more readily -- not only are they matching for age, but they are matching more readily for economic -- socioeconomic status and education.

**Q. So the asking of three friends?**

A. They asked the case studies for three friends that were within three years of that individual patient's age. So it looks like they tried to match for age, education, and socioeconomic status.



**Q. How many people in the controls in this study?**

A. The number of people in controls in this study -- it says, "Of the six potential control subjects who did not respond, five were successfully replaced with other names provided by the subjects for a total of 39 respondents."

**Q. Okay.**

A. So they said they had 40 cases and 39 controls.

**Q. Would you expect to see a case of IIH in that number of people?**

MS. PALEY: Objection.

A. Well, given the low incidence and prevalence and the rarity of IIH, I think it would be unlikely in a group of 39 women if you look at the incidence and prevalence to identify IIH, that they would be diagnosed with IIH.

**Q. Okay. Doctor, can you go back to Digre for a second? What about the controls in this study? How many controls?**

A. So in this study -- let's see. I'm reading through the results. So patients and methods. I'm reading all about the patients. I'm not reading -- I'm not finding out where they list the number of controls. I don't know. I don't know if they report the number of



controls that they use, but as I'm reading through this, I'm not -- it's not easy for me to identify the number of controls, unless I'm just misreading this.

**Q. Okay. Let's go to Giuseffi then.**

A. You don't want me to do Ireland?

**Q. We did.**

A. Oh, we did. Okay.

So they are looking, like, in this, that they said they chose two controls for each case to improve statistical power, and that they matched their controls within three years of age and matched for gender. So I'm assuming whatever number of -- so they had 50 patients that had IIH, and they had 100 age-matched controls that did not have IIH.

**Q. Okay. And how did they obtain the controls?**

A. In this group, they contained [sic] the controls by -- from going through the emergency room waiting rooms, the surgical inpatient areas, and the medical inpatient areas at Tulane during a -- March, April, May, June, July -- during a five-month period in 1988. And they said this group was mostly visitors, friends, or families of non-IHH patients.

**Q. Okay. And Durcan?**

A. Okay. So it looks like in this study that they used some population information and risk of IIH to

try to use that as their control group.
**Q. And how did they obtain it?**
A. They obtained it by making -- taking census information and calculating the likelihood of the known incidence or prevalence of IIH based on age groups and weight, and I think it looks like they tried to -- and gender. So they looked at age, weight, and gender, and then the population of Iowa and tried to get some numerical information that way.
**Q. Okay. And how many participants?**
MS. PALEY: Objection.
A. Well, let's see. So I don't know how many participants they had, because it looks like what they did was they compared it to what they would expect to see, and it looks like this was more population based. I don't see an absolute number. They did it more based on, like, incidence and population information. I don't see an actual number listed here as a number of their control group.
**Q. Okay. And then the R word?**
A. The R word. So it looks like in this, they also did population-based in the community around -- in Rochester, Minnesota around the Mayo Clinic as their control group.
**Q. Okay. And the number?**



MS. PALEY: Objection.
A. So I think that -- I do not see the exact number that they used. Again, it looks like this was age and sex-specific incidence rates were calculated by the number of incident cases by the proper -- again, they used population and incidence to compare and not -- I don't see that they list an absolute number in their control group.
**Q. Okay. And, Doctor, you relied on these studies in preparing the opinions in your report, correct?**
A. I did.
**Q. Do you feel that these studies in spite of what we went over have reliable data?**
A. I do think that the studies show that there's no increased likelihood of a causative role, as I mentioned here, as hormonal contraceptives causing IIH.
**Q. Do you feel that they support that there has consistently been found no association with hormonal contraception and IIH despite the fact that LNG-containing oral contraceptives provide significant doses of LNG than Mirena?**
A. So can you read the first part of it again?
**Q. Sure. If you want to reference it in your report on page 17.**



A. Okay. So you want me to be looking at "Yet"?
**Q. Correct.**
A. Okay. Yes, I agree with this statement that there has been no evidence of an association of hormonal contraceptives and IIH.
**Q. Okay. And we can't tell from the studies whether or not the contraceptives that were being reviewed in the studies actually contained LNG, correct?**
MS. PALEY: Objection.
A. I think we've discussed this already, that the patients were using hormonal contraceptives, and I made reference to the dates that the studies were published, and it does not specifically mention the progestins that were used in this study. But we do know historically what progestins were being used at that time, and levonorgestrel was a progestin in contraceptive pills being used at that time. But, no, it does not specifically say which hormonal -- which progestin was in the hormonal contraceptive pills that they mentioned, but they do mention the use of oral combined hormonal contraceptive.
**Q. Okay. How many other progestin -- oral contraceptives containing progestin aside from LNG were on the market at that time?**
MS. PALEY: Objection.



Go ahead.
A. As I recall, Norethindrone and Norgestrel are two that I'm familiar with. I would have to do more research, but we're talking not the newer progestins, but rather the kind of what we call first generation progestins. So I can tell you that it wasn't Norgestinate, and it wasn't Gestodene, and it wasn't Desogestrel. But at that time, the most common -- the commonly-used progestins were levonorgestrel, Norethindrone, and Norgestrel.
**Q. Okay. Doctor, is there any published peer-reviewed articles that conclude that Mirena does not cause PTC?**
MS. PALEY: Objection.
Go ahead.
A. I am not aware of that being studied and published in a -- I am not aware of anybody specifically studying that or publishing that statement in a peer-reviewed, you know, obstetrics and gynecology journal.
**Q. Was Rai Valenzuela a peer-reviewed published article?**
A. I would --
MS. PALEY: Objection.
Go ahead.

Page 222

A. I would assume. I'm not familiar, so I'm not aware of anything in the OB-GYN published literature. That article, I would assume, given the fact -- I don't know anything about that journal. I would assume that it was peer-reviewed to some degree, but I don't know anything about that journal.

**Q. Would you be able to tell from a copy of the study?**

A. I would have to look at it.

\- - -

(Hewitt Deposition Exhibit 11 marked.)

\- - -

**Q. Doctor, handing you what has been marked as Exhibit 11 to your deposition. Can you tell from Exhibit 11 whether that is a peer-reviewed published article?**

A. So it says Neuro-Ophthalmology. So I would assume that this was a peer-reviewed article.

**Q. What is the PTC prevalence rate listed in Rai Valenzuela?**

MS. PALEY: Objection.

A. So you're asking for the PTC prevalence rate that was listed in this article?

**Q. Yes.**

A. So are you talking about the -- so in this

Page 223

article, it says the prevalence -- now, you asked me for incidence or prevalence?

**Q. Prevalence.**

A. So the prevalence of PTC they're listing was approximately 0.18 percent in the levonorgestrel IUS population versus 0.02 percent in the non-levonorgestrel IUS population. And that was for the Utah group.

**Q. Okay. Doctor, can I direct you to page 22 of your report.**

**At the bottom of the page, you state, "Bayer's assessment of its Mirena adverse event reports also demonstrates that, where the data is available, most Mirena patients reporting possible IIH report developing symptoms more than a year after Mirena insertion."**

**Did I read that correctly?**

A. Yes.

**Q. I think we may have covered this before, but do you know what causes PTC?**

A. As we talked before, PTC is the same thing as idiopathic intracranial hypertension, and currently, while there are defined risk factors, there is no known specific etiology.

**Q. We talked earlier about the non-contraceptive benefits of Mirena.**

A. Correct.

Page 224

**Q. Can you tell me what those are?**

A. Well, there are a lot of non-contraceptive benefits of using a Mirena IUD. They primarily focus on the impact that the progestin has on the endometrium, or the inside lining of the uterine cavity. One very significant non-contraceptive benefit is decreased menstrual flow, which helps patients symptomatically in terms of quality of life, and can also have an impact for patients that experience heavy menstrual bleeding and may go on to even develop anemia, either acute anemia or chronic anemia. So that's one area that's a very significant non-contraceptive benefit.

Another area that is a very significant non-contraceptive benefit is the impact the progestin has on the endometrial cavity in terms of either endometrial hyperplasia or endometrial cancer.

So patients that are obese are at an increased risk of having proliferative endometrium, being anovulatory, and if that goes or for durations of time, not only can they be bothered by heavy erratic bleeding, but they can also develop endometrial hyperplasia, which is a pre-cancer state, or even endometrial cancer.

So oftentimes patients that have PCOS or that are anovulatory, we talk to them about the need for endometrial protection to prevent the formation of

Page 225

endometrial hyperplasia or malignancy, and that's another non-contraceptive benefit of the Mirena IUD.

Additionally, women that are being diagnosed with early stages of endometrial cancer that have significant risk of surgery as a part of their treatment are now being treated with the Mirena IUD to treat very early stages of endometrial cancer in women that are at significant risk of a surgical intervention. So most of the non-contraceptive benefits have to do with the impact of the progestin on the endometrial lining.

**Q. Okay. In your report, in assessing causation in this case, did you weigh these benefits in your decision?**

MS. PALEY: Objection.

A. In terms of causation?

**Q. Um-hmm.**

A. I have intimate familiarity with the non-contraceptive benefits of the Mirena IUD. I don't think that that was part of my thought process in trying to assess causation.

**Q. So it wasn't a factor in your assessing causation in this case?**

A. No.

**Q. Doctor, can I direct you to page 25 and 26 of your report. At the bottom of the page on 25 you say,**

**"Moreover, it is not uncommon that patients may experience increased acne when they switch from an oral contraceptive to an LNG-IUS, not because of the effect of the LNG-IUS, but because they are replacing an estrogen-containing contraceptive, which reduces acne, with a progestin-only contraceptive, which does not offer this suppressive effect."**
**Did I read that correctly?**
A. Yes.
**Q. How does estrogen reduce acne?**
A. So estrogen in the form of ethinyl estradiol, which is in combination hormonal contraceptive methods, reduces acne because it goes to the liver, and the liver -- it stimulates the liver to produce sex hormone binding globulin, which is a protein, that then circulates in the blood and it binds androgens that women make, specifically testosterone androstenedione in our ovaries and our adrenal glands. And by binding those androgens, it makes them less effective, and with less stimulation of the androgens on the skin, that improves their acne.
**Q. Okay. Doctor, can I direct you to page 27 of your report.**
**You say, "From a practical clinical perspective, the presence or absence of an IIH warning**



**in the Mirena label would have no bearing on my use of Mirena."**
**Did I read that correctly?**
A. Yes.
**Q. I want to ask you a hypothetical. If Mirena had the -- the Mirena label had included -- or did include a warning of PTC, would you advise your patients about it?**
A. You know, I would say that it would be very similar to a couple of things we've already talked about. I think it would be very similar to the label of the copper IUD that has a mention of IIH. I do not routinely discuss the ParaGard IUD and IIH with patients.
**Q. I'm sorry. Are you saying ParaGard --**
A. I thought that we still -- I thought we read --
**Q. -- has an IHH?**
A. I thought we read that ParaGard -- was I misspeaking? What was I looking at?
**Q. You may want to look at the ParaGard label.**
A. Okay. So with the Norplant label --
**Q. Okay.**
A. Let's talk about Norplant. That had a mention of IIH, and I never discussed IIH with my patients



because the -- I don't know what went behind the Norplant -- the decision to put IIH in the Norplant label, but given the fact that when you look through the medical literature on that, the most I can find about the Norplant and IIH is case reports and case series, and they're very small numbers, I never discussed Norplant and IIH with patients that I was using the Norplant method with. And I think the same thing would hold true if for some reason the FDA decided to put in their label something about the Mirena IUD and IIH.
At this moment, with the information that we have, I think I would think about that as the same way I think about ovarian cysts and the mention of breast cancer in the Mirena label, that that's not something that I would routinely discuss with patients, because I don't think that there is strong evidence at this moment that the Mirena IUD causes IIH.
**Q. Okay. So if the Mirena label included a warning about PTC, you would not tell your patients about it?**
MS. PALEY: Objection; asked and answered.
A. No.
**Q. If the Mirena label included a warning and one of your patients developed PTC, would you remove the Mirena?**



A. So based on our current information, which includes the Valenzuela article that does not recommend discontinuing the Mirena IUD, as well as no information from the CDC MEC calling for a discontinuation of a hormonal IUD with the development of IIH, at this moment, if I had a patient with a Mirena IUD that was diagnosed with IIH, I would not remove the IUD.
**Q. Okay.**
A. I would have a discussion with the patient about the risks and benefits and need for contraception. At this moment, I see no evidence that removing the IUD is indicated.
**Q. Doctor, you mentioned a Bradford Hill article in your report, correct?**
A. Correct.
**Q. Do you believe that it is a requirement of Bradford Hill that there needs to be perfectly clearcut evidence for a causation association to be made with Mirena and PTC?**
MS. PALEY: Objection.
A. I'm sorry. You'll have to repeat that question. I don't -- it's not clear to me what you're asking me.
**Q. Sure. Do you believe that there needs to be a perfectly clear -- perfectly clearcut evidence for a**

Page 230

**causal association to be established with Mirena -- between Mirena and PTC?**
MS. PALEY: Objection.
Go ahead.
A. That question still seems very odd to me. I would say in relation to Bradford Hill, as I understand it, those nine criteria points were put out that first there needed to be an association, an index of suspicion of association between the drug and the outcome before the Bradford Hill criteria were even applied.
Given the fact that there is no proven association between the Mirena IUD and IIH, I have a hard time even applying the Bradford Hill criteria. Having said that, that is one example of a way to examine the likelihood of a causal effect between a medication and an outcome.
**Q. Is Bradford Hill a reliable methodology, in your opinion?**
A. I think Bradford Hill, when used appropriately, again, showing an association before you apply it, can be a reliable method, yes.
**Q. So is it your opinion that a Bradford Hill analysis cannot be done until there is an indisputable epidemiological study showing a statistically significant increase in the risk of IIH with Mirena?**

Page 231

MS. PALEY: Objection.
A. My understanding is there has to be a degree of association proven. I'm not sure I would go as far as the statement that you just read to me. But certainly the evidence that we have to date shows no evidence of a clear enough association that I think it's reasonable to apply the Bradford Hill criteria.
**Q. Okay. Doctor, do you still have Rai Valenzuela over there?**
A. Let's see.
MS. PALEY: Did you ask about Valenzuela? I'm looking at the live, and I just can't tell.
MR. CRUMP: Yeah, Rai Valenzuela.
MS. PALEY: The 2017 published version?
MR. CRUMP: Yeah.
MS. PALEY: Okay.
A. Rai Valenzuela. So Valenzuela, Rai. Okay.
**Q. Can you tell me what they found as the relative risk for the LNG-IUS group?**
MS. PALEY: Objection.
**Q. It's on page 3, if that's helpful.**
A. So do you want to talk about the Utah arm or the --
**Q. Yes, of the Utah arm. My apologies.**
A. So on the Utah arm, as defined by this study,

Page 232

they found the odds -- the unadjusted odds ratio -- so the odds ratio they reported was 7.70.
**Q. Okay. And how about for the Denmark arm?**
A. For the Denmark arm, they reported an unadjusted odds ratio of 3.91.
MS. PALEY: We have been going, I believe, for about an hour, so it may make sense --
MR. CRUMP: Yeah. If you want to take a quick break, I think I may be close to being finished. I just need to consult with my partner.
MS. PALEY: Okay. I mean, if you have -- if you have three more questions, we'll obviously finish up, but --
MR. CRUMP: No, no, no. We need to take a break. So that's perfectly fine.
MS. PALEY: Okay.
THE VIDEOGRAPHER: We are going off record, and the time is 4:32.
(Recess taken.)
THE VIDEOGRAPHER: We are now back on record. The time is 4:51.
BY MR. CRUMP:
**Q. Dr. Hewitt, do you have a degree in epidemiology?**
A. I do not have a degree in epidemiology.

Page 233

**Q. Do you have a degree in pharmacology?**
A. I do not have a degree in pharmacology.
**Q. Do you have a degree in ophthalmology?**
A. They do not give degrees in ophthalmology. They do board certification in ophthalmology. I'm not a board certified ophthalmologist.
MR. CRUMP: Okay. I have no further questions.
MS. PALEY: Okay. Give me just a moment.
MR. CRUMP: Sure.
MS. PALEY: I have a very brief direct.
MR. CRUMP: Yes, ma'am.
\- - -
REDIRECT EXAMINATION
BY MS. PALEY:
**Q. Dr. Hewitt, you were asked a little while ago whether you've read any study that proved there was no causal relationship between Mirena and IIH.**
**Do you remember being asked that question?**
A. Yes.
**Q. Do studies typically prove no causation in science?**
A. So typically studies are not set up to prove no causation, to prove a negative.
**Q. Do you -- can you get your copy of the**

**Valenzuela article, Exhibit 11, please.**
A. Yes. I have it.
**Q. Can you turn to page 4, the Discussion section.**
A. I have it.
**Q. In the second paragraph on the right-hand column.**
A. Yes.
**Q. Can you tell me what Valenzuela concluded about levonorgestrel IUS and PTC?**
A. Right. So the authors of the study concluded "Our investigation does not" -- with not being italicized -- "indicate an LNG-IUS can cause PTC."
**Q. Thank you.**
**Doctor, you were asked about the progestins used in a variety of studies in the '80s and the '90s that looked at IIH and oral contraceptives.**
**Do you remember being asked those questions?**
A. Yes.
**Q. And you were directed to review the studies and see if they referenced specifically which progestins were used, correct?**
A. Correct.
**Q. Can you tell me based on the Gerstman article cited in your report what the most commonly used --**



**several most commonly-used progestins were in the period of time when these studies were done?**
A. So during the period of time that the studies were done, levonorgestrel was a commonly-used progestin along with Norethindrone and Norgestrel.
**Q. Okay. Can you please take the Giuseffi study from Exhibit 10, I believe it was.**
A. Okay.
**Q. It's the compilation exhibit.**
A. It's probably -- that is that one. Okay. Yes, I have that study now.
**Q. Can you please turn to the second page, right-hand column. In that first paragraph, read the sentence beginning with "A stepwise."**
A. So I'm in the second column, the first full paragraph -- okay. I see the first partial paragraph. "A stepwise logistic regression analysis was performed to reduce the chance of invalid associations that may have resulted from the large number of univariate tests performed on the data. For differences of weight and of recent weight gain between patients and controls, we used a two-tailed independent T test."
**Q. Does that indicate to you whether or not the Giuseffi study controlled for weight and weight gain?**
A. That would indicate to me, the fact that they



did this two-tailed independent T test, that they were controlling for weight and recent weight gain between the patients or the cases and the controls.
**Q. You were asked about the R study as we jokingly referred to it. Doctor, I'm going to mark as Exhibit -- 14?**
MR. CRUMP: 13.
MS. PALEY: 13. One copy for you and one copy for the doctor.
\- - -
(Hewitt Deposition Exhibit 13 marked.)
\- - -
BY MS. PALEY:
**Q. I'm offering to you another study by Dr. Radhakrishnan. I'd figured I'd give his name a shot.**
**As you understand it, is this actually the -- is this the case control study to which you referred in your report when discussing the risks of IIH in oral contraceptive users?**
A. Yes, particularly because in the title, it says, "A prospective and case-controlled study."
**Q. Can you please turn to page 22.**
A. Okay.
**Q. The first full paragraph, can you please read**



**that sentence aloud?**
A. The first full paragraph in the first column?
**Q. In the first column, yes.**
A. "We assessed the predictive power of the following variables utilizing a multiple logistic regression model on the outcome of vision, age at diagnosis, duration of disease, body weight, use of contraceptive pills, treatment with steroids for the visual complication, CSF pressure, and number of recurrences."
**Q. And given that this study states they used a multiple logistic regression model, including control for body weight, does that indicate to you whether or not this study controlled for weight?**
MR. CRUMP: Objection to form.
A. So given the fact that they're describing using a multiple logistic regression model and they're listing the things that they sort of plugged in, and one of the things they plugged in was body weight, that is telling us that they controlled for body weight.
**Q. And just to respond to the form objection, did this study control for body weight?**
A. Yes. This study controlled for body weight.
**Q. Thank you.**
**You were asked about the Durcan study.**

A. Okay. I have the Durcan study.
**Q. Did the Durcan study collect information about patients' height and weight?**
A. So I need to look at this.
**Q. If you look in the Methods section, please.**
A. So looking in the Methods section, and they say in here specifically that they looked at patient sex, height, weight, age. So this would indicate that they collected information about the patients' weight.
**Q. Thank you. You can put that aside.**
**Can you find the Digre study?**
A. Okay. I have that study.
**Q. Would you please look at Table 1.**
A. Okay. I'm on Table 1.
**Q. Does Table 1 indicate whether there was any information about obesity collected for these patients?**
A. So in Table 1, they have a column that is labeled Obesity, and they have a plus sign by each one of the patients. I'm assuming that means that those patients were obese.
**Q. And can you please look at the Ireland study.**
A. Yes. Okay. I have the Ireland study.
**Q. Turn to page 318, and look at Table 6, please.**
A. Yes.
**Q. Does Table 6 provide any information about**



**obesity in cases and controls?**
A. In this study, they say that the number of cases that had obesity were 23 and the number of control subjects were 9.
**Q. And does it provide any sort of odds ratio comparing those?**
A. They report an odds ratio of 5.29 with a confidence interval of 1.89 to 14.83.
**Q. Did the Valenzuela study collect or report information about weight, recent weight gain, or BMI in the controls?**
A. I'm going to have that study in front of me when I answer the question. How do I not have Valenzuela? Here it is.
Okay. So in this study, I see no information about weight. I see recent weight gain and mean body mass index that is reported in Table 1.
**Q. Are those the cases?**
A. These are the cases. This is not the control.
**Q. Does Valenzuela report any information about the BMIs, weight, recent weight gain --**
MR. CRUMP: Object to the form.
**Q. -- in the controls?**
MR. CRUMP: Sorry. Object to the form.
MS. PALEY: That's fine.



A. There's no information reported in the control group about age, weight, or recent weight gain.
**Q. You were asked whether you had a degree in epidemiology. Do you remember that question?**
A. Yes.
**Q. In the course of your regular work, how commonly do you review epidemiology papers?**
A. So because of my role as an academic physician, I spend quite a bit time reviewing the medical literature. This is an almost daily occurrence in the general -- my general work as an academic clinician.
Additionally, I'm on the editorial board of the Journal of Pediatric & Adolescent Gynecology, and in so, we commonly review articles to determine their merit.
I'm also a reviewer for the American Journal of OB-GYN, and in doing so, review articles from the American Journal of OB-GYN and have to sort of grade them on merit.
Additionally, as part of my work as the committee of adolescent healthcare, I'm also -- we're constantly reviewing articles and discussing the merits of their findings and the value of their findings to determine level of evidence for recommendations that



we're making. So that's another role that I'm looking at studies.
Additionally, I write test questions for the American Board of OB-GYN for the qualifying exam. I also choose the articles that we're going to use in the pediatric and adolescent gynecology section for the maintenance of certification process.
I'm also in the process of developing the qualifying exam for pediatric and adolescent gynecology. In all of those arenas, we're looking at the articles and discussing them collectively and weighing their merits to know which ones we're going to encourage the people to read, and also in developing test questions.
Recently we had a session that we talked about different types of articles and were developing questions in an effort to educate practicing physicians about the ins and outs of reading these articles.
So I feel like in my daily and sort of academic work, that I'm commonly reading medical articles and needing to utilize that knowledge base.
**Q. Do these medical articles include epidemiologic data?**
A. Yes.
MR. CRUMP: Object to the form.
(Reporter clarification.)

**Q. Do these articles include epidemiologic data?**
MR. CRUMP: Same objection.
A. These articles are a wide range of articles, including those having epidemiologic data. There are articles as simplistic as case reports to case series to case control studies to randomized control studies. So, yes, they do, indeed, involve articles that include epidemiologic data.
MS. PALEY: Thank you. I'm finished.
\- - -
RECROSS-EXAMINATION
BY MR. CRUMP:
**Q. Doctor, one final question. Did Rai Valenzuela look at the risk of PTC among users of the levonorgestrel intrauterine device?**
A. Can you repeat that question?
**Q. Sure.**
**Did Rai Valenzuela examine the risk of PTC among users of the levonorgestrel IUS?**
MS. PALEY: Objection.
Go ahead.
A. I think that they identified patients that already had that diagnosis and tried to assess the risk, but I'm not sure that they were -- I mean, their findings suggest that there was no causation, and in



doing so, I think that their findings -- that would also agree that it does not indicate risk.
**Q. Okay. Doctor, what's the title of that article?**
A. Which article are we talking about?
**Q. Rai Valenzuela.**
A. So the article is "An Estimation of the Risk of Pseudotumor Cerebri Among Users of Levonorgestrel Intrauterine Device."
MR. CRUMP: No further questions.
MS. PALEY: Thank you.
MR. CRUMP: Thank you for your time.
THE VIDEOGRAPHER: This adjourns the deposition of Dr. Geri Hewitt. We are now going off record, and the time is 5:09 -- or 6 -- is it 5 or 6?
MS. PALEY: 5.
THE VIDEOGRAPHER: 5:09.
(Signature not waived.)
\- - -
Thereupon, at 5:09 p.m. on Friday, February 9, 2018, the deposition was concluded.
\- - -



CERTIFICATE

STATE OF OHIO :
SS:
COUNTY OF FRANKLIN :

I, Carol A. Kirk, a Registered Merit Reporter and Notary Public in and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within-named GERI D. HEWITT, M.D. was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth in the cause aforesaid; that the deposition then given by her was by me reduced to stenotype in the presence of said witness; that the foregoing is a true and correct transcript of the deposition so given by her; that the deposition was taken at the time and place in the caption specified and was completed without adjournment; and that I am in no way related to or employed by any attorney or party hereto or financially interested in the action; and I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Columbus, Ohio on this 20th day of February 2018.

Carol A Kirk
CAROL A. KIRK, RMR
NOTARY PUBLIC - STATE OF OHIO
My Commission Expires: April 9, 2022.
\- - -



DEPOSITION ERRATA SHEET
Assignment No. 39387
Case Caption: IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY
Witness: GERI D. HEWITT, M.D. - February 9, 2018
DECLARATION UNDER PENALTY OF PERJURY
I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.
Signed on the ______ day of
___________, 20___.
_________________________________
GERI D. HEWITT, M.D.
Sworn to and subscribed before me this _____ day
of _______________, 20__.
________________________
Notary Public
My commission expires________

Page 246

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________

SIGNATURE:_______________________DATE:___________
GERI D. HEWITT, M.D.

Page 247

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________
Page No._____Line No._____Change to:______________
__________________________________________________
Reason for change:________________________________

SIGNATURE:_______________________DATE:___________
GERI D. HEWITT, M.D.

**Exhibits**

**39387 Hewitt. Geri Exhibit 1** 4:4 6:17,20 102:25

**39387 Hewitt. Geri Exhibit 2** 4:5 8:25 9:3 26:1 132:22 133:3

**39387 Hewitt. Geri Exhibit 3** 4:7 26:14 28:18 35:11

**39387 Hewitt. Geri Exhibit 4** 4:9 36:6,9

**39387 Hewitt. Geri Exhibit 5** 4:11 36:21,24 103:3,5 125:9, 10 134:10,11 136:2,3

**39387 Hewitt. Geri Exhibit 6** 4:12 159:4,7,9 179:18

**39387 Hewitt. Geri Exhibit 7** 4:14 168:13, 16,17

**39387 Hewitt. Geri Exhibit 8** 4:15 170:10,13 174:23 175:1 179:16

**39387 Hewitt. Geri Exhibit 9** 4:17 172:11,14 174:24

**39387 Hewitt. Geri Exhibit 10** 4:19 205:17,20 206:7 210:6 235:7

**39387 Hewitt. Geri Exhibit 11** 4:20 222:11, 14,15 234:1

**39387 Hewitt. Geri Exhibit 13** 4:23 236:11

**$**

**$1,000** 153:14

**$10,000** 28:19

**$12,000** 27:6

**$19,200** 28:25

**$3,200** 29:7

**$4,000** 28:10 29:16

**$4,800** 27:17

**$400** 32:12,25 36:2

**0**

**0.02** 223:6

**0.18** 223:5

**03** 116:19

**04** 121:14

**1**

**1** 5:4 6:17,20 59:24 61:7,8, 11 102:25 132:24 238:13, 14,15,17 239:17

**1.89** 239:8

**10** 61:7,11,12 74:25 84:11 85:22 87:6,15 88:3 200:3,13, 19 201:9 205:17,20 206:7 210:6 235:7

**100** 173:13,14 217:13

**101** 113:16 118:15

**10:55** 91:23

**11** 27:6 74:24 134:13,14 135:4 198:6 222:11,14,15 234:1

**11-year-old** 199:7

**11:10** 92:1

**12** 27:17 28:1 74:18,21 90:9 102:18 135:4 136:15 198:5 199:6 200:10, 14,19,20

**12-week** 74:23

**12-year-old** 199:11

**12:17** 135:22

**12th** 6:14 28:18

**13** 31:2,14,25 45:22,25 46:9, 11 131:6,7 136:21 187:5 236:7,8,11

**14** 45:25 54:15 236:6

**14-** 85:13

**14.83** 239:8

**15** 31:7 46:23 54:15 69:13 83:4 87:6 202:15,18

**15-year-olds** 85:13

**150** 74:16

**16** 54:15 69:13 73:24 85:14

**16,000** 31:8

**17** 205:3,4 219:25

**18** 54:22 55:2 197:22 199:23 200:10,13,14, 17

**18th** 28:24

**1988** 213:12 217:21

**1994** 41:21

**1998** 117:16

**1:04** 135:25

**2**

**2** 8:25 9:3 26:1 61:8 132:22 133:1,3 169:2 171:12 187:20

**20** 27:15 28:9 53:10,11 54:3 85:21 202:4, 15,17,18

**2000** 117:12

**2005** 121:4

**2014** 27:6,15 115:16

**2015** 28:1,9,19, 24 30:6

**2016** 11:13 29:6,13 103:13

**2017** 11:13 31:3,15 33:17 37:18 40:3 231:14

**2018** 5:10 243:21

**21** 198:9

**22** 198:9 204:3, 13 223:8 236:23

**23** 204:12 239:3

**24** 51:6 54:9

**25** 28:19 58:18 87:1,15 91:9, 12 202:2,4,5, 15,17 225:24, 25

**26** 46:10 225:24

**27** 226:22

**2:02** 174:5

**2:13** 174:8

**3**

**3** 26:14 28:18

35:11 117:12 132:24 153:13, 16 175:23 231:21

**3.91** 232:5

**30** 32:9 35:20 91:9 202:2,5,9

**307** 6:9

**30th** 29:13

**318** 238:23

**35** 32:9 35:20 76:25 89:20

**39** 216:6,8,15

**3:02** 203:22

**3:29** 203:25

**4**

**4** 36:6,9 115:23 133:1 153:14 176:2 234:3

**4,800** 28:2

**40** 89:20 200:14,20 216:8

**400** 32:13

**41** 5:9 191:3

**48** 28:25 164:8

**4:32** 232:18

**4:51** 232:21

**5**

**5** 33:18 36:21, 24 61:9 85:22 86:3 87:20,24 88:3 90:13 101:17 103:2, 3,5 115:25 116:1,3 125:9, 10 134:11 136:3 159:17 177:21 201:9 243:15,16

**5.1** 159:19 162:12 167:17

**5.10** 160:13,15 168:8 179:15, 20,22

**5.2** 159:24,25 167:17 175:13

**5.29** 239:7

**5.3** 160:1,2 167:19

**5.4** 160:3,4 167:20

**5.5** 160:5,6

**5.6** 160:8,11 166:19 178:12

**5.7** 160:11

**5.8** 160:12

**5.9** 160:9,12 162:13 172:1,6

**50** 89:23 199:24 200:12, 15,16,17,19 217:12

**51** 191:9

**52** 66:11

**58** 174:2

**5:09** 243:15,17, 20

**6**

**6** 61:11 90:9 116:5,6,8,10, 13,15 159:4,7, 9 179:18,19 238:23,25 243:15

**6,000** 31:11,12

**60** 89:23

**68,000** 35:17

**7**

**7** 27:25 61:11 117:3,7 168:13,16,17 170:2 178:15, 16,17 179:19

**7.70** 232:2

**8**

**8** 118:1,2,6 170:10,13 174:23 175:1 178:19,20 179:16

**80** 55:2

**80s** 234:16

**85** 58:17

**86** 40:25 41:2

**8th** 29:6

**9**

**9** 5:10 61:12 118:4,9 172:11,14 174:24,25 175:5 239:4 243:20

**90** 41:2

**90s** 110:2 234:16

**94** 41:23 118:14

**99th** 202:12

**9:30** 34:9

**9:43** 34:12

**A**

**AB** 36:11

**abdomen** 142:21

**abdominal** 50:4 122:17

**aberration** 138:15 139:1 180:2

**ability** 53:2 71:16 201:21

**able** 34:20 66:24 77:5 147:16 222:7

**abnormal** 51:15 62:14,20 74:20 122:21

**abnormalities** 40:10 51:11,18 86:15 89:1 147:15

**abnormality** 97:5

**abortion** 25:25 70:21 116:10

**about** 9:12 10:19 11:2 13:18,20 15:13,17,21 17:5,6,12,13 18:1,2,10,12, 13,15,22 20:1, 11,16 22:2 24:5,12 35:22 38:2,25 39:7, 11 40:10 41:25 42:15 44:1,2 45:22 47:19 50:17 52:25 54:2,3 55:5,23 56:7,12,24 57:14 58:3 59:4,6 60:6,8, 14,16,17,18, 20,23 61:13 62:7,8,9,16,23 64:13 65:25 66:14 67:13 68:3 69:10,16 70:7,24,25 71:4,9,12,19, 20 72:12 73:7, 11,15,19,20 75:2 76:8,14 77:2,12,14,24 78:3,17 80:9, 10,11,13 82:11,17,22 84:15,16 85:8, 14,19,21 86:9 87:1 88:8 90:21,23 91:9 92:23 94:5 95:3 98:4 102:14 103:10, 18 106:19 108:15,19,23, 24 110:1 112:10 113:8 115:11 118:23,

25 119:11,15 120:2,7,22,23 121:12,17,20, 24 122:2,3,15, 19,22,23 123:2,3,6,12, 15,20,24 124:12 126:22 136:22 137:16 140:12 142:6 147:22 148:1, 14,16,18 149:3,8 152:23 153:3,5,11,18 155:11,12,20, 21 157:22 161:5,6,8,10, 12,13,16,17,21 162:3,4,5,12, 15,16,21 163:13,19 164:11,16,18, 20,24 165:3,9, 14 166:24 167:2,5,10,17, 19,20,22,24 168:5 170:6, 14,18 174:11, 16 176:9 177:2,3,19 184:9 185:16 186:22 188:23 189:1,5,16,17 193:16,18,19, 22 195:7,19 196:15 197:25 198:10,16 199:8,13,18 200:6 201:6 203:8 209:6 210:7 211:9 212:9 214:3, 11,12,14,21 216:19,23 222:4,6,25 223:23 224:24 227:8,11,24 228:4,10,12, 13,19,20 229:10 231:11, 22 232:3,7 234:10,15 236:4 237:25 238:2,9,16,25 239:10,16,20 240:2 241:14, 17 243:5

**abscesses** 50:6

**absence** 16:11 63:9 73:9 226:25

**absolute** 153:8, 18,22 154:6 218:16 219:7

**absolutely** 56:5 180:5 209:25 210:4

**abuse** 51:23

**academic** 43:8, 15,19,25 44:12,21 240:8,11 241:19

**accept** 166:18

**accepted** 38:7

**accepting** 82:1

**access** 22:24 63:25 112:11, 24 122:10

**accompanied** 108:25

**accompanying** 151:7

**accurate** 26:22 37:6

**accurately** 26:18

**achieve** 63:3 73:10

**acne** 61:24 78:5 145:7,9, 14 146:10,17, 18,23,25 147:3,15,22 148:10,13,16 149:10,15 150:5 192:15 194:21 226:2, 5,10,13,21

**ACOG** 12:2 38:20,23 66:2, 13 67:2,6,11, 12,23 68:1,6, 25 69:1,3,12

**acquire** 168:22 214:16

**across** 52:13 115:14 152:24 208:10

**Act** 93:3

**acting** 152:18

**action** 26:4 70:10 73:4 125:2

**actions** 70:23

**active** 25:20 76:6 97:14 109:15 150:8 153:10,22 169:8,10 170:21 171:21, 23 173:2,3 192:5 213:21

**actively** 86:4 88:18 89:13 202:23 203:3

**acts** 75:18

**actual** 46:19 218:18

**actually** 13:19 45:2 66:4,16 117:5 150:16 168:11,22 209:21 210:15 220:8 236:17

**acute** 122:1 123:5 224:10

**add** 32:4 35:18, 24 46:11 102:6

**add-on** 45:23

**added** 35:15,19 37:12

**addiction** 111:13

**addition** 82:20

**additional** 22:13 54:4,5 134:1,22 204:15

**Additionally** 48:9 180:10 225:3 240:13, 21 241:3

**address** 6:8,9, 11,13

**addressing** 176:21

**adequately** 97:6

**adjacent** 207:6

**adjourns** 243:13

**administrative** 42:13 45:6 69:2

**admonition** 68:19

**adnexal** 38:13 40:5 49:23 51:16

**adolescence** 68:16

**adolescent** 12:2 21:24 38:14,20 39:21 51:9 54:11,14 68:5,18 69:4 122:4 197:24 198:3,14 199:10 200:6 240:14,22 241:6,9

**adolescent-type** 198:20

**adolescents** 21:25 39:1 121:5 122:2,9, 18 123:6,21 198:1,5 200:8, 9

**adrenal** 143:2 226:18

**adult** 45:17,19, 25 46:2,25 50:23 84:16 85:5 89:15 200:15

**adulthood** 198:9

**Advances** 116:15

**advantage** 194:2

**adverse** 124:12 125:2 126:16, 25 127:3,6,16, 19 129:6,21 130:1,6,16,22, 23 131:1 157:16 158:10 187:20,25 188:8,14,16 223:11

**advertising** 193:18 194:13

**advise** 227:7

**advisory** 99:25 100:9,13 101:4 110:21 111:7, 10,11,19 112:15 158:20

**advocates** 127:2 128:22

**affect** 74:11

**affecting** 151:15

**affiliated** 9:9

**Affordable** 93:3

**after** 11:25 12:1 20:12 22:22 30:9,21, 22 32:3 41:13, 15 56:25 57:4, 18 59:4,11,13 71:13,16 74:5 75:2 76:10 93:3 127:24 138:21 155:16 163:19,20 170:18,21 179:9 182:2,9, 14 184:2,10 185:12 192:11 223:14

**afternoon** 45:10 46:12,13 51:4

**afternoons** 45:6 46:4

**again** 12:18 18:6 23:9 27:17 28:16,22 29:11 31:5 32:3,8 43:24 70:7 78:3 88:3, 11 90:4 95:13, 16,25 96:21 98:3,22 101:1 105:23 122:1,8 123:5 124:4 129:13,20 140:6 141:8 150:21 154:21 157:19 167:15 184:25 195:24 202:8,14 210:10 213:1, 4,9 214:1 219:3,5,23 230:20

**against** 124:20 125:3,6 173:12 176:14 177:4,6

**age** 54:7,14,16, 18,20,22 55:2 76:24,25 85:22 142:2 146:25 147:3 191:9 197:20,21 198:5,13 199:1,3,4 200:10 202:13 204:16 207:7,9 214:23 215:1, 16,19,24,25 217:11 218:5,7 219:4 237:6 238:8 240:2

**age-matched** 217:13

**aged** 144:22

**agency** 35:1

**agent** 181:17

**ago** 6:24 20:4 104:25 107:2 109:13 111:25 112:17,19 233:16

**agree** 42:24 158:21 206:5 220:3 243:2

**agreed** 20:23

**ahead** 15:11 18:25 23:3 27:24 35:9 64:24 72:5 85:10 92:6 99:8 112:8 119:20 126:7 141:2 148:6 149:25 159:1 160:23 165:13 172:17 182:17 221:1,15,25 230:4 242:21

**AIDS** 176:5,16, 22

**all** 6:19 7:3 8:19 9:2 11:2, 23 20:2 22:12 30:17 32:4,24 35:19,24 36:2 37:17 42:24 43:19 45:9 46:2,8 48:18, 19 49:3 50:25 51:2 52:19 55:19 56:10 63:4 66:2,18 75:7 79:2 82:10 85:17 86:5,23,25 94:6 99:13 106:6 114:6, 21,23 123:2,15 125:16 126:4 127:11,13,15, 19 128:19 136:23 140:7 141:12,16 143:1 144:3 148:24 151:18, 19 152:23 154:15 159:12, 18 165:4,14 166:3,24 167:3,4 173:10,23 175:10 178:4 191:13,17 192:23 194:22 199:23 205:22 206:2,12,19 212:9,13 216:23 241:10

**allow** 112:21, 24 152:8

**allowed** 71:2 112:18,22

**almost** 240:10

**along** 235:5

**aloud** 237:1

**alphabetically** 188:1

**already** 13:22 22:24 69:16,24 167:14,25 196:22 220:10 227:10 242:23

**also** 7:22 15:15 39:11 40:12 47:25 48:19 49:3 51:13 52:1,7,11 53:12,19,21 59:10,13 61:15 63:25 66:6 69:6 70:24 71:20 73:11 74:9 75:21 76:5 79:2,3 82:12,22 86:11,16 93:1 97:15 102:6 108:25 118:6 122:14 143:3 147:9 148:8 150:11 161:12 167:23 175:22, 25 176:17 187:25 188:1 190:16 191:11 193:20 195:16 201:17,18 205:15 218:22 223:11 224:8, 21 240:17,22 241:5,8,13 243:1

**Although** 122:12

**altogether** 138:18

**always** 22:1 25:9 37:24

45:13,21 56:16 71:5,7 90:16 91:13 94:9 194:7

**am** 29:21 33:5 48:7 60:16 71:2 88:18 137:11 175:9 193:1 202:23 214:14 221:16, 17

**amazed** 91:13

**ambulatory** 49:19,21 51:5 53:11 54:2 76:17

**amenorrhea** 58:19 63:3 73:10 116:8 160:6 167:22 183:13

**American** 87:13 240:17,19 241:4

**among** 242:14, 19 243:8

**amongst** 145:12

**amount** 31:17 42:21 63:2,8 65:13,15,18,23 66:3,10 78:18 153:8,21,22 154:4,5,7 189:3,17 196:13,16,18, 24

**amounts** 64:20, 21 65:21

**analysis** 22:2 129:15 130:23 154:11 230:23 235:17

**analyze** 127:17

**analyzed** 127:21

**analyzing** 131:1

**anatomic** 51:11

**anatomy** 38:3

**and/or** 145:7

**Anderson** 5:19

**androgen** 139:16 143:9, 23

**androgenic** 139:10,14 142:23 143:25 144:2,6,13 145:2,24 146:6 192:1,6,9,22

**androgenism** 145:6

**androgens** 21:5 123:3 143:1,2, 5,6,7,11,17,20, 21 145:6 226:16,19,20

**androstenedion e** 226:17

**anemia** 224:10, 11

**angiogenic** 149:1

**Ann** 68:13,14, 15

**Annie** 5:17 11:22 20:7

**annual** 37:16

**anorectal** 39:13 40:12 52:14

**another** 20:5 42:10 46:11 68:21 75:8 93:25 107:25 111:10 112:1,9 117:14 118:10 139:2 157:13, 20 171:2 179:9 224:13 225:2 236:14 241:1

**anovulatory** 224:19,24

**answer** 15:9 18:18 33:23,24 63:13 70:14 72:3 99:10,16 125:22 128:4 139:19 140:15 143:16 145:16 148:5 177:3 186:2 239:13

**answered** 101:7 128:25 131:4 228:21

**anti-retroviral** 176:7

**antibiotics** 60:1 122:11 163:17

**anticipate** 52:25 62:19 178:23 215:9

**anticipated** 62:9

**anticoagulants** 180:21 181:3, 6,8,11,14

**anticoagulated** 181:17

**anxiety** 74:13

**anybody** 77:6 127:2 221:17

**anymore** 113:8

**anyone** 53:18 54:22 184:13

**anything** 7:10 8:22 37:12 38:11 50:2 69:23 70:3 80:7 88:16 91:2 99:24 125:25 144:17 206:15 210:17, 19 222:2,4,6

**anywhere** 48:21 67:11

**apologies** 133:2 135:12 231:24

**apologize** 108:12 119:8

**apparent** 183:23

**appears** 7:1

**appendices** 136:5,6 137:8

**Appendix** 37:4, 5 126:5 134:13,14

**applicable** 148:14 176:17 189:23

**applied** 64:18 230:10

**applies** 64:15

**apply** 75:20 230:21 231:7

**applying** 230:13

**appreciated** 25:10

**appropriate** 14:8 76:20 208:5

**appropriately** 230:20

**approval** 194:21

**approved** 97:25 98:13 99:5

**approximately** 6:24 51:3 173:15 202:19 223:5

**apps** 91:4

**April** 27:6 217:20

**aqua** 52:3

**area** 78:22 142:20,21 154:10 207:6 224:11,13

**areas** 142:18 217:18,19

**aren't** 38:21 39:4

**arenas** 241:10

**arm** 214:13 231:22,24,25 232:3,4

**around** 13:22 19:20 20:3,24 21:17 22:1

24:18 25:4 27:3 43:20 50:22 52:14 54:15 64:2 69:13 70:4 73:3 75:14 85:2 100:7 101:22,23 102:18 120:25 155:24 161:11 163:15 183:2 211:18 218:22, 23

**array** 49:20 138:23

**article** 36:13 38:2 39:7,11 66:14 110:11 120:6 121:3, 14,15 210:12 213:16,18 214:1 221:22 222:3,16,18,23 223:1 229:2,13 234:1,24 243:4,5,7

**articles** 37:22, 24 39:14 119:17,21,23 120:1,3,4,7,16, 18 123:15,20, 24 221:12 240:15,18,23 241:5,10,15, 17,20,21 242:1,3,5,7

**ascending** 177:5,7,11,15, 20

**aside** 19:14 47:9 69:24 93:25 107:23 111:9 133:25 134:23 206:2 220:23 238:10

**ask** 12:17 14:14 34:13 60:23 62:8,12 70:12,17 92:23 95:16 98:5 125:20 136:7 137:16 140:17, 18,20 141:6 145:17 147:23 148:15 149:17 150:22 158:3 162:21 185:5 193:16,19,21 197:4,15 227:5 231:11

**asked** 9:19 67:10 100:1 101:7 108:11 111:16 114:19 123:1 128:25 131:4 183:6 194:23 203:4 215:15,22 223:1 228:21 233:16,19 234:15,18 236:4 237:25 240:3

**asking** 11:8 14:24 70:4 141:14 160:8 195:7 215:21 222:22 229:23

**aspect** 147:18

**assess** 89:11 127:18 130:18 147:16 163:24 167:18 225:20 242:23

**assessed** 237:4

**assessing** 225:11,21

**assessment** 16:8 38:3,4 40:6 59:21 128:2 129:15 165:15 223:11

**assessments** 130:13

**assign** 90:1

**assigned** 47:11,12 50:14

**associate** 145:5

**associated** 73:14,16 93:4 104:9 115:7, 17,20,22,23 116:1,3,4,6,8, 9,11,14 117:4, 9 146:10 156:8 158:5,6 162:8 165:11,22 178:1 189:12 192:2 201:20

**association** 36:12 192:24 193:3,4,5 204:24 205:6 219:19 220:4 229:18 230:1, 8,9,12,20 231:3,6

**associations** 235:18

**assume** 9:24 54:17 98:7 108:9 117:17 122:8,19 132:18 134:20 137:2,5 138:5 159:14 195:6 204:7 210:19 212:17 222:1, 3,4,18

**assumed** 92:12

**assuming** 11:25 28:5,7, 16,22 29:4,11, 22 30:2 31:14 33:2 35:22 37:19 93:19 108:25 121:23, 24 122:5 123:12 125:21 136:13 152:22 193:5 210:13 211:17 213:12, 13 217:12 238:19

**assumption** 133:15

**assure** 63:4

**assured** 58:10 59:20

**asymmetrical** 181:19,25 184:2 187:2

**asymptomatic** 176:8

**attached** 7:4 37:3 115:1,4,8 116:21 117:18

**attend** 34:2

**attention** 76:21

**attorney** 33:19, 20 34:1 106:7, 9

**attorneys** 19:22 34:25

**attributable** 183:5

**attribute** 84:4, 13 148:25

**attributing** 183:20

**audience** 44:8

**audio** 194:15

**August** 27:15

**aura** 182:6,12

**author** 206:24

**authors** 234:11

**autism** 201:17

**autonomy** 71:4

**available** 39:4 53:23 55:13, 18,20 58:6 63:18,22 64:1, 6 79:17 92:15, 16 93:20,22 223:12

**Avenue** 6:10,14

**average** 46:16 53:25 54:2,7, 14,16,20 85:19 94:21,25 191:9 199:3,4

**avoid** 120:11

**aware** 16:22 79:19,23 110:14 126:15 135:1,2 182:18 184:4,7 188:20 192:23 193:1, 12 203:19 221:16,17 222:2

**away** 63:16 67:16 163:6 170:22

B

**babies** 50:23 179:6,12 215:3

**baby** 57:1 71:2 118:3,6,10 179:10

**back** 8:20 17:4, 21 19:21 20:18 32:3 34:11 35:11 36:19 41:17 67:17 69:20 74:5,24, 25 91:25 98:23,25 110:20 116:19 128:10 131:8 134:10 135:24 145:17,21 146:16 148:20 154:15 164:6,8 174:7 175:12 179:15 203:6, 24 216:18 232:20

**background** 101:2 208:7

**backgrounds** 101:12

**bad** 57:16 141:22

**Ball** 205:15 206:3

**ballparking** 35:23

**bandaid** 75:18

**Bartholin's** 50:6

**basal** 91:4

**base** 241:20

**based** 95:1 158:17 181:1 187:21 191:24 198:21 204:9 218:5,15,16 229:1 234:24

**basis** 22:16 24:7,9 96:19 138:7 182:24 190:6 198:23

**Baum** 9:19 27:3,17 28:1, 10,19,24 29:7, 14 31:4

**Bayer** 11:3 12:8,10,14,21 13:1,9 14:19 19:22 20:20,24 35:13 126:15 129:5 130:25 131:20 134:15, 21,22,24 135:4,7,9,13 136:22,25 168:22,24 169:4 171:6,8, 15

**Bayer's** 11:14 223:10

**Baylor** 68:22

**bearing** 227:1

**became** 163:3 195:13

**because** 8:19 11:25 13:23 17:2 20:11 24:18 39:25 43:9,19 54:23, 24 56:8 61:1 63:19 65:18 67:20,23 68:5 69:11 70:19 72:13 82:12 83:13 85:1,5 86:11 87:12 89:17 90:11 94:6 96:7,14 111:17,19 114:14 119:14 125:14 128:7, 17 139:19 142:8,11 144:10,21,24 145:9 147:11 148:20 149:23 150:1,6,23 151:3 153:17 154:5 156:5,19 157:6 163:6,9 164:19 166:8 168:8 169:15 171:11 177:3, 7,13,18 179:1 180:17 181:4, 6,10 182:18,20 183:15 185:10 187:23 188:9 189:10,11 190:10,22 191:21 192:17, 20 193:19,20, 22 194:9 195:7 202:25 207:19 209:4 213:19 218:13 226:3, 4,13 228:1,15 236:21 240:8

**become** 12:13 71:16 73:5 95:6,18 96:6 97:14 138:17 156:20 162:18, 25 163:1 173:11,15,16 190:11 198:24

**becoming** 163:10

**bedside** 49:9, 12,13,15

**bedtime** 77:24

**before** 6:21 8:20 12:7,12 13:4 21:15 22:21 34:13 46:6 67:18 72:2,7 86:8 88:22 89:22 93:14 110:1 112:14 126:20 128:12 129:7 130:3 148:11 154:14 161:3,5 165:17 174:10 183:12,14 203:4 223:17, 19 230:9,20

**begin** 41:20

**beginning** 73:8 99:15 235:14

**behalf** 109:8 110:3,12 114:8

**behind** 143:21 228:1

**being** 5:9,24 14:18,24 18:13 25:20 33:13 43:12 52:4 57:24,25 64:18 66:15 74:11 82:3 112:18 124:19 129:20 142:11 150:14 154:19 158:20 168:20 169:21, 22 191:9 198:19,20 208:23 220:7, 15,17 221:16 224:18 225:3,6 232:9 233:19 234:12,18

**believe** 8:4 91:6 145:13 158:23 164:1 204:23 229:16, 24 232:6 235:7

**believed** 158:22

**bell** 109:5

**belly** 142:22

**below** 198:6

**benefit** 22:1 76:13,17 157:15 196:20, 23 224:6,12,14 225:2

**benefits** 56:24 61:19,21 62:2, 5 75:10 78:4 157:7 167:10 223:24 224:3 225:9,12,18 229:10

**benign** 40:7

**besides** 96:8

**best** 19:8 56:21 98:10 102:18 201:21

**bet** 86:25

**better** 54:25

152:10 197:11

**between** 12:17 39:24 41:2 48:22 71:11 79:7 90:21 140:10 158:23 192:25 193:6 200:10 202:2,5 204:24 205:6 230:2,9,12,15 233:18 235:21 236:2

**biased** 58:1

**big** 30:14,21 49:7 69:12 117:6

**bigger** 153:20

**biggest** 81:22 82:2 208:22

**billed** 26:19 30:9 32:25 35:21 36:2 92:25

**billing** 26:17 32:10

**binding** 150:4, 6,13 153:25 226:15,18

**binds** 150:7 154:3 226:16

**bioactive** 152:3

**bioavailability** 152:5

**bioavailable** 152:4

**biochemical** 147:12

**biologically** 153:10,22

**Biology** 40:21

**biopsies** 49:14

**birth** 51:6,12 54:9 55:6 79:2, 8 81:13 86:18 89:19 147:24 148:7 150:4 198:8 210:14, 18,21 213:11, 14,15,19,23

**bit** 46:14 49:5, 6 60:12 74:18, 24 79:4 88:2 173:22 199:24 207:18 240:9

**bleed** 52:7 76:4,7 180:8, 14

**bleeding** 49:16 51:11,15,17 58:15,20 61:2, 5,14,23 62:4, 14,20 63:2,19 73:8 74:20,22 78:1 81:12 82:7,8 86:13, 15,24 87:12 88:25 96:15,22 97:4,5 116:10 138:15,16 139:1 152:9 160:6 167:22 180:8,21,24 181:5,9,15 187:8,16,23 188:3,5,18,21, 24 189:3,4,6,9, 14,22 194:6,10 196:25 197:6, 11 224:9,20

**bleeding/pain** 187:21

**Block** 115:19

**blocked** 45:6 46:21

**blood** 58:12 147:13 180:2, 12 226:16

**bloodwork** 147:14

**BMI** 202:2,4,9, 12 239:10

**BMIS** 202:11 239:21

**board** 44:4 69:12 99:25 100:9,13,18, 19,20,23 101:3,4,5,10, 11,12 111:7, 10,11,19 112:15 152:24 158:20 233:5,6 240:13 241:4

**boards** 110:21 111:6

**body** 75:12 91:5 125:3 151:16 191:13, 16 237:7,13, 19,20,22,23 239:16

**bone** 52:7 73:20 74:1,4

**book** 43:16 120:5 122:16, 24 124:1

**both** 33:25 43:1 48:1 56:9 63:17 82:12,24 83:12 84:19 97:21 101:24 164:22 165:5 167:4 169:10 175:20 176:22 180:16 199:21, 22

**bothered** 224:20

**bothers** 58:20

**bottom** 115:23 137:7 223:10 225:25

**bound** 153:6,7, 19 154:2

**Bradford** 36:13 229:13,17 230:6,10,13, 17,19,22 231:7

**brand** 78:21 79:25 81:15 120:11

**break** 34:6 91:20 174:3,10 203:20 232:9, 15

**breast** 77:25 124:23 160:13 165:9,10,14,20 168:2,3,5,7 228:13

**breastfeeding** 74:2 90:7,9

**brewing** 38:21

**brief** 233:11

**briefly** 10:11,14 11:22 170:22

**bring** 167:25 168:4

**broad** 32:8

**broadly** 9:16,17 10:21 62:16 123:2 128:3 142:25 165:3 167:3,4 184:20 185:21 212:25 214:3

**broke** 30:15 119:7

**broken** 96:8

**brought** 111:8

**Brown** 5:19

**built** 91:14

**bulletin** 66:14

**busy** 48:22 127:4,12,23

**button** 91:16 142:22

### C

**C-SECTION** 84:1 179:8,9, 10

**cafeteria** 44:17

**Caitlin** 69:3

**calcium** 74:7

**calculated** 130:1 202:22 209:16 219:4

**calculating** 126:16 129:6, 10,12,13 130:6,8,11 218:4

**calendar** 19:24 30:16,18,19 32:3 35:24

**call** 53:12 59:11 62:22 72:17 76:1 110:22 142:22 163:22 164:13 221:5

**called** 13:21 16:15 17:2 78:22,23 79:22 108:8 150:3

**calling** 13:1 229:4

**came** 13:17 20:11,12 41:17 110:1 127:21 146:16 169:15 193:16 194:20, 23

**campaigns** 194:19

**campus** 44:14 54:22

**can't** 10:19 23:16 30:12 66:7,12 69:4,5, 7 83:13,17 107:9,17 111:22 114:12 132:5,20 181:15 184:21 185:24 186:7 191:4 220:6 231:12

**cancer** 52:5 57:13 62:1 78:6 160:13 165:9,10,15,20 168:2,3,5,6,7 224:16,22 225:4,7 228:14

**candidate** 76:12

**candidates** 89:3

**cannot** 184:25 230:23

**capacity** 43:6 100:10

**care** 21:18 42:9,13 45:5, 14 48:2 50:8, 23 51:13,21 52:13 53:22 54:18,25 83:19 88:24 89:2,8 93:3

**cared** 51:8 112:12

**career** 19:9 25:10,12 92:4 93:11 95:9 107:9 113:6 186:17 194:20, 23

**carefully** 176:12

**caring** 45:5,8 49:23 83:15 85:2 102:15 121:19 202:23

**Carol** 5:12

**carried** 196:17, 18

**case** 7:19 10:1, 5,7,9 12:7,13 13:5 21:10 23:1,18,20,23 24:23 26:19, 22,23 30:14, 15,20 42:19,25 102:7,12,20 103:15,21 104:4,10,14, 18,20 105:2,9, 13,15 106:9, 11,22 107:5,10 108:1,7,9 124:25 127:13 130:4 179:3 207:2 208:1,7, 18,19,24 209:1,5,12,25 214:13 215:14, 22 216:10 217:9 225:12, 22 228:5 236:18 242:5,6

**case-control** 205:5 209:6

**case-controlled** 236:22

**cases** 49:7 106:2,5,17,18 107:21 128:16 208:9 209:4 210:7 216:8 219:5 236:3 239:1,3,18,19

**category** 70:1,5 212:18

**causal** 158:23 230:1,15 233:18

**causation** 10:1 36:12 108:4,8 225:11,15,20, 22 229:18 233:21,24 242:25

**causative** 146:10 219:16

**cause** 16:4 140:8 141:13 143:17,20 144:21 145:2, 8,11,14,23 152:25 156:11 162:22 178:6 192:20 205:2 221:13 234:13

**caused** 10:15 16:9 143:10 146:1,4

**causes** 16:14, 16,18,22 17:3 70:20 147:22 148:12,25 156:19 223:18 228:17

**causing** 140:14 146:12 176:10 192:9,16 219:17

**caution** 11:5 18:6

**cavity** 154:24 155:1 224:5,15

**CDC** 15:15 68:23 127:20 229:4

**census** 218:3

**center** 49:19,21 52:12 53:8

**Central** 201:23 202:14

**cerebral** 181:20 197:9

**cerebri** 15:10, 23 21:4 119:22 184:16 185:18 186:9,12,17,20 243:8

**cerebrospinal** 118:18 119:24

**certain** 29:21 57:25 59:20 70:16 71:6 76:9,19 77:1 126:13 157:15 189:11 194:15 195:19

**certainly** 121:11 198:2 208:5 209:11 231:5

**certification** 233:5 241:7

**certified** 5:24 233:6

**cervical** 49:16 177:8,13

**Cesarean** 56:22,23 59:12

**chair** 68:6,9,12

**chance** 61:14 235:18

**change** 58:17, 20 75:20 91:19 149:9

**changes** 96:16 117:11 199:12

**changing** 191:15

**chapter** 116:7,9 122:24 123:1 124:5

**chapters** 43:16 120:6 122:16 124:1

**charge** 33:3

**charged** 32:25

**charges** 93:6,7

**chart** 67:18 91:14 214:19

**charts** 91:5

**checkout** 44:4

**chemical** 153:22 154:3

**chemicals** 153:6

**chemotherapy** 52:2,6

**chest** 142:20

**chief** 42:11 50:21

**children** 88:25 190:25

**Children's** 42:12 43:3,4 45:18 46:5,6 50:12,18,20,24 51:1,8 52:12, 15 53:13,14 54:7,24 68:21 83:13 84:15 85:2,18 86:9, 10 88:1,21,23 89:12 180:6 198:4 199:19 200:1,18 201:8

**chlamydia** 177:9,12

**choice** 88:13 91:15,18 165:17 182:11

**choices** 19:4 55:19 69:25 71:10 142:7

**choose** 62:3 83:22,24 84:8, 21,23,25 85:15 87:16,18 90:1 91:16 176:12 191:1,7 194:9 241:5

**choosing** 82:1 85:20,23 86:14 87:11 88:19 97:21 166:13

**chose** 217:9

**chosen** 207:6

**Chris** 69:1

**chronic** 38:25 86:21 116:13 121:14,17,19 122:1,8,14,17 123:5,8 224:11

**chronologic** 200:10

**circulates** 226:16

**circulating** 143:7 153:6,9 154:7

**circulation** 149:6

**circumstance** 111:20

**circumstances** 82:25 180:16

**cite** 205:10

**cited** 137:9 234:25

**clarification** 97:2 204:20 241:25

**clarify** 35:6

**class** 151:18 169:19

**classed** 173:23

**classified** 202:7

**classroom** 43:23 44:1,9, 13,21

**clear** 15:21 16:7 113:25 167:23 229:22, 25 231:6

**clearcut** 229:17,25

**Cleveland** 104:2

**click** 91:16

**clinic** 13:24 44:1 45:9 51:2, 5 52:16 53:6, 17 54:11 218:23

**clinical** 42:8 43:17 50:22 59:21 110:7,10 111:17 115:19 121:5 147:12 148:14 160:13 179:20,23 226:24

**clinically** 43:19 45:5 58:10 176:6

**clinician** 66:5 100:3 127:1,5, 12 240:12

**clinicians** 44:13 66:18,23 67:8, 12

**cloacal** 38:5 39:8 115:6

**close** 162:9 232:9

**closer** 207:18

**clot** 180:14

**clots** 180:2,12

**clotting** 76:22

**CME** 114:25 115:3,7,8,17, 20,22,23 116:1,2,4,6,7, 9,11,14,21 117:4,5,8,19 118:1,3,4,7,8, 10,11,13,14

**CME-ACCREDITED** 114:21

**CME-APPROVED** 114:12,14

**CME-RELATED** 114:24

**coagulopathies** 180:17

**coagulopathy** 179:25 180:1,7 181:4

**code** 94:17

**cognitive** 201:16

**cognitively** 200:24

**collaboratively** 52:3,11,17

**collect** 7:5 128:15 130:16 238:2 239:9

**collected** 127:16 238:9, 16

**collection** 130:22 212:16

**collectively** 173:9 241:11

**college** 40:25 43:12 44:14

**color** 66:5,21, 24 75:19

**colorectal** 52:18 53:8

**colors** 75:19

**coloscopy** 109:18

**colposcopy** 109:13

**Columbus** 5:10 6:14 11:18 12:3,5 17:22, 25 19:21 20:2 103:13 117:3

**column** 234:7 235:13,15 237:2,3 238:17

**combination** 14:2 75:3,14 77:22 78:10 79:8 80:11,16, 21 81:9,12

88:8,10,19 89:6 90:10 96:25 122:11, 13 142:9 149:9,19 150:2,16 151:23,24 152:16 153:1, 24 181:16 192:13 226:12

**combined** 61:19 64:16 76:15 77:13,18 78:4 81:5 152:7 192:10, 17 220:20

**come** 36:19 38:12 40:2 52:15 53:17 68:7 74:24 94:13 100:1 111:17 130:15, 16 154:15 185:11

**comes** 53:15, 16 75:18 94:13 95:14 164:6

**coming** 66:19 111:12,14 117:6 128:2 148:20

**comment** 154:14

**commercials** 194:15,22

**committed** 90:9

**committee** 12:2 21:24 38:14,20 66:16 67:25 68:6,7,8,17,20, 22,24,25 69:1, 3,5,7,8,14,17 112:14,20,21 240:22

**committee's** 112:23

**committees** 43:16

**common** 49:25 58:14 60:8,11 71:9 73:6 77:21 78:21 82:5 83:25 88:12 91:17 122:2 138:14, 24 139:8 141:11 144:22 145:10,14 146:9,25 165:4 182:4,21 190:10,21 198:22 201:15 221:8

**commonly** 81:1,16 96:15 140:6 142:1 155:23 182:5, 10,21 185:22 190:9 234:25 240:7,15 241:19

**commonly-used** 221:9 235:1,4

**communicate** 157:13

**communications** 18:7

**communities** 214:12

**community** 95:14 218:22

**comorbidity** 81:4

**companies** 114:13

**company** 9:10 93:1,7 109:8, 11 110:4,12, 13,16 111:14 112:6 114:9,18 116:18,20 117:15,18 124:7,12 131:20 134:15, 24 136:23,25

**company-sponsored** 109:16

**comparable** 173:10,21 174:22

**compare** 208:8 219:6

**compared** 63:20 189:23 214:13 218:14

**comparing** 188:25 189:1 239:6

**comparison** 189:6

**compilation** 235:9

**complain** 142:10 184:9

**complaining** 144:8 147:3

**complaint** 188:10

**complaints** 125:5 182:24 187:23

**complete** 58:19 191:6

**completed** 41:19

**completely** 24:20 150:25 177:17

**completeness** 55:23

**completing** 23:15

**complex** 49:20 51:19 72:23 86:11,21 88:5, 25 197:9

**compliance** 81:23 152:11 197:1

**compliant** 78:7

**complicated** 49:7,14 51:18

**complication** 237:9

**complications** 21:23

**component** 22:15 143:12 152:4

**comprehensive** 50:8 117:3 128:18 129:15

**computer** 22:12 45:22 91:14

**concentrated** 65:7

**concentration** 65:17

**concern** 73:20 74:11 81:22 189:15 196:24

**concerned** 76:14 185:21

**concerns** 73:15 199:14

**conclude** 221:12

**concluded** 234:9,11 243:21

**condition** 97:7 146:24

**conditions** 51:19 143:8 157:25 158:4 181:1 182:14

**condom** 90:15

**condoms** 82:11,13,15, 17,20 90:14,23 91:4,11

**conduct** 15:1 21:2

**conducted** 14:14,15 21:14,17 22:9

**conference** 114:8,11,18,23

**conferences** 113:1

**confidence** 239:8

**Congratulations** 18:21

**conjunction** 116:17

**connection** 110:16

**consent** 60:16, 17 161:7,11 162:7 164:19 197:20,21

**consenting** 161:10 162:4

**consequence** 65:9,23

**consider** 13:8 14:24 27:11,12 83:1 91:10 137:3 138:7 139:18 140:2 142:18 143:24 146:18 147:9 155:4,6,7,9,13, 14,18 156:2,4, 12,13 157:2,6, 14,23 198:4

**considerations** 160:13 179:20, 23

**considered** 64:11 124:19 136:8,10 169:19 171:4 172:25 173:9, 21 190:14

**consist** 100:23 101:5

**consistently** 41:22 205:5 219:19

**constantly** 240:23

**constellation** 186:6,11

**consult** 53:15, 23 54:4 232:10

**consulting** 32:18 49:15 99:22 186:22

**consults** 47:16 48:24,25

**contact** 11:2

**contacted** 12:20,25 124:11

**contacting** 45:13

**contain** 75:4

**contained** 125:17,23 137:3 212:21 214:5 217:16 220:8

**containing** 161:7 182:7 210:8 213:2 220:23

**contains** 78:24

**content** 123:22

**contents** 11:6 18:7

**context** 140:23, 25 141:3

**continue** 15:9 112:3 136:2 147:22 148:7

**contracept** 85:18 86:25 90:22

**contracepting** 84:8 86:4 88:19 89:15 91:10 156:17

**contraception** 13:22 15:12 24:18 25:5,6, 21,23 51:17,18 53:2 56:7 60:7 62:5 64:14 67:3,4,7,9,13, 14 69:21,25 71:11 73:15 76:18 78:17 82:23,24 83:1 84:9 85:3 89:18 90:17,19 91:3 97:15,23 112:11,18,22 116:15 118:7, 23 119:13 120:4,5 121:22 122:4 123:11, 20 141:3 146:16 156:7 166:9 171:14 189:7 203:8 205:6 211:19, 22,23 219:20 229:10

**contraceptive** 13:19,21,25 14:3,8,13 15:12,18 19:7 25:14 49:10, 11,12 51:19 55:6,9,10,13, 15,16,17,19 56:3 57:19,23 58:5,6,23 59:6, 7,8 60:14 61:16,17,20 64:16 70:18 71:10,13,17,23 72:9,14 73:12 74:20 75:3,4, 15,17,21 76:15 77:23 78:5,13 79:19 80:7,17, 21 81:6,22 82:2,9,12,21 83:3 84:12 86:5,11 88:6, 13,20 91:7,15, 18 93:5 96:25 110:8,10 111:18 117:20 118:25 119:12, 14 120:23 121:1,4,24,25 122:5,10,12,15 139:24 142:7, 10 149:4,19,20 150:24 151:22, 23 152:1,8,17 153:25 156:6, 7,15,18 161:18,20 165:17 166:4 169:13,16,20, 21 170:20 171:4 172:19, 24 173:24 176:16 181:13, 16 182:11 189:24 190:13, 15,18 192:11, 13,18 194:24 196:17,19 205:1 211:1,3, 6,7,12,13,16, 18,21 212:8 214:2,3,4,6,7 215:9 220:16, 19,21 226:3,5, 6,12 236:20 237:8

**contraceptives** 15:14 21:5 48:4 61:22 76:10 77:13, 15,19 80:12 88:10 89:4,7 117:16 119:10 121:12,18 123:7 140:23, 25 149:15 150:2 151:18, 21 152:10,12, 16 180:19 190:1,9 203:8 204:24 205:8 210:8 212:6, 14,19,25 213:2,20 215:5 219:17,21 220:5,7,11,23 234:17

**contraindicated** 180:18 182:7

**contraindication** 80:23,24

**contraindication s** 76:9

**contribute** 146:5

**contributed** 68:2

**control** 55:6 79:3,8 81:13 82:8 86:18 89:19 147:24 148:8 150:5 188:18,21 204:4,17,21 206:7,17,25 208:1,6,20,25 209:8,12,18,25 210:14,18,21 213:11,14,15,

19,23 216:3 218:1,19,24 219:8 236:18 237:12,22 239:3,19 240:1 242:6

**controlled** 179:7 189:1,7 206:25 207:8 235:24 237:14, 20,23

**controlling** 209:11 236:2

**controls** 207:5, 14 208:9,14,16 209:5,20 210:7 214:8,14,16,20 215:14 216:1, 2,9,19,20,24 217:1,3,9,10, 14,15,17 235:21 236:3 239:1,11,23

**controversy** 73:20

**conversation** 13:15 14:23 123:22 161:6, 10,14 174:17 196:3,8

**conversations** 198:22

**convey** 156:23

**copies** 7:19 8:1,11,21,22

**copper** 59:18 60:22 61:1,4,9, 11,13,18 62:3, 7 63:11 87:7, 11,16,18 92:12,14 172:19,23 173:3,4,6,11, 14,17,20 174:18 175:21, 24 177:3,4,10 178:17,21,22 179:2,19 187:7 188:9 190:21, 22 191:8,18, 19,24 192:4,5, 6,9,19 227:12

**copy** 7:22 8:8 37:6 67:22 222:7 233:25 236:8

**Core** 117:8,12

**correct** 17:13 27:7,16,18,19, 22 28:2,3,10, 19,20,25 29:1, 7,8,14,15,17 31:5,6 35:21 36:15 37:4,5 92:18 103:8 104:3 105:4 107:16 113:9, 16 131:13 137:11 138:9, 11 152:25 159:20,22,23 160:17 170:3,4 173:1 179:21 187:9,10,12 192:2 193:11 204:6 205:3, 11,12 209:22, 24 211:14,15 213:2,3 219:11 220:2,8 223:25 229:14,15 234:22,23

**Correction** 115:8

**correctly** 223:15 226:8 227:3

**cost** 92:20,25 93:1,4

**could** 6:5 8:12 34:14 35:2 82:19 89:25 102:18,23 103:4 117:15 120:13 123:7 130:9 132:22 133:14 145:12 148:17 158:7 162:18 164:3 181:16 192:6, 21 204:2 211:8,23

**counsel** 5:13 11:6,15 15:16 18:7 26:8 34:3 58:1 59:22 60:3,6,8,13,15, 18 61:13,15 62:10,13 66:25 69:23 71:18 77:2,23 82:18 160:20,24 161:1 163:19 165:19 167:17 174:16

**counseling** 52:22,24 67:19 77:14 142:6 161:13 165:1,8 167:10

**Counselor** 205:22

**count** 64:9 113:22

**counter** 112:18,22

**counting** 32:7 91:4 130:9

**country** 19:3 52:14

**couple** 11:25 12:6 20:4 40:2 56:17 113:4 115:11 120:22 227:10

**course** 15:20 19:9 24:17 74:1 83:12 94:15 95:9 99:7 117:4,6 130:18 186:16 200:4 240:6

**court** 5:12,14 109:2

**cousin** 127:10

**cover** 53:21

**covered** 223:17

**CPT** 94:17

**cramping** 96:16 138:20 139:1

**creating** 66:17

**criminal** 102:7, 20 105:1

**criteria** 15:16 184:19,24,25 230:7,10,13 231:7

**criticized** 57:24 204:3

**CROSS-EXAMINATION** 6:1

**crossover** 22:8

**crowd** 191:19

**Crump** 5:18 6:2 7:16 8:1,6,9 26:8,12 34:5, 16 35:10 91:19 92:2 98:23 128:8 129:1,3 131:10 135:17, 19 136:1 145:19 173:25 174:3,9 203:20 204:1 205:24 206:1,4 231:13,15 232:8,14,22 233:7,10,12 236:7 237:15 239:22,24 241:24 242:2, 12 243:10,12

**crunchy** 191:18

**CSF** 237:9

**cumulative** 205:19

**curettages** 49:25

**current** 31:15 42:3 68:9,12 163:25 229:1

**currently** 63:15 171:19 200:4 223:20

**Curriculum** 117:8,12

**curve** 154:10

**CV** 26:9,11 37:4,5,7,10,19 39:23,24 113:12,22 115:5 203:6

**cycle** 76:5 82:8 147:15 152:9

**cycles** 61:3 78:6,7 199:7

**cyst** 139:12 160:12 165:6

**cysts** 50:6 139:3,6,7,9 147:10,18,19 164:24 165:3 168:1 228:13

D

**D&c** 49:22

**D&cs** 49:22

**D-I-G-R-E** 206:12 210:12

**D-U-R-C-A-N** 207:12

**D.C.** 11:17,20 100:2

**daily** 80:15 240:10 241:18

**Dandy** 184:19, 24,25

**Darney** 9:6 23:5,22 24:17 25:1 26:2 42:15,16,22 131:18 132:7 137:14

**Darney's** 25:19 133:8,21,24 137:13 154:8

**data** 84:21 126:9 129:17 176:7 210:7 212:16 219:14 223:12 235:20 241:22 242:1, 4,8

**database** 126:10,11,12, 14,15

**databases** 126:22

**date** 21:13 29:23 30:1,4 31:14 37:20 63:18 66:25 93:21 95:18 104:22 194:8 195:22 231:5

**dated** 27:6

**dates** 203:12 220:12

**daughters** 53:1 83:16

**daughters'** 86:15

**David** 77:14

**Dawn** 6:7

**day** 13:7 15:20 43:20 44:23 45:15,21,24,25 46:3,8,9,12 48:25 49:2,3 50:25 51:2 53:12,13 72:19 75:16 77:4 80:19 81:24 189:18

**days** 20:4 45:10 46:1 91:4 111:1 189:3

**death** 55:3

**debridements** 50:5

**decide** 60:21 84:1 191:17 196:1,9

**decided** 12:13 97:8 190:17,25 191:5 228:9

**decides** 158:15

**deciding** 12:7

**decision** 12:22 13:4,6 20:19 225:13 228:2

**decrease** 19:5, 6 40:6 63:8

**decreased** 61:25 63:1 78:5 224:6

**decreases** 57:12 156:15 163:8,9

**dedicated** 119:2,5

**deem** 164:3

**defects** 51:12

**defendant** 102:9

**defendants** 103:24

**defense** 5:16, 17 23:17,19 24:23 33:20 34:1 101:24 104:13 105:6,9 106:23,24 107:6,12,15,16

**define** 19:10 140:13,19 157:9,16 197:15,18 198:5 200:9 202:9 208:23

**defined** 142:17 202:2 223:21 231:25

**defining** 140:17 150:23

**definition** 16:10 197:17 199:15

**degree** 40:18, 20 59:21 222:5 231:2 232:23, 25 233:1,2,3 240:3

**degrees** 64:25 233:4

**delay** 118:2 201:16,20

**delayed** 199:11

**delivered** 8:3 56:25 57:4 59:14 179:8 215:3

**delivering** 214:21

**delivery** 44:5, 10 59:10,13 214:25

**demographics** 87:9

**demonstrates** 188:8 223:12

**Denmark** 232:3,4

**density** 73:21

**department** 41:18 42:4 43:13 54:21,23 109:17

**depending** 85:21

**depends** 45:16 48:17 84:14 197:19

**Depo** 73:25 74:10,12 81:10 86:19 87:24

**Depo-provera** 72:13,14,16, 17,19,24 73:2, 9,12,16,19,23 74:17 75:2 80:11 87:22 88:6 140:1 151:21 156:7 183:12

**depos** 136:24

**deposed** 106:7 108:19

**deposes** 5:25

**deposition** 5:5, 9 6:17,20 7:2 8:25 9:3,6,7 10:22 17:8,9, 23 18:4,8 20:14 26:2,3,5, 14 29:23 30:1, 3,6,10,22 32:4, 18 36:6,9,21, 24 37:15 103:1,12,14, 20,22 104:1,7, 8 105:20,24 131:12,18,21 132:1,9 133:7, 8,9,10,18,23, 24 136:22

159:4,7 168:13,16 170:10,13 172:11,14 205:17,20 222:11,14 236:11 243:14, 21

**depositions** 33:4 131:16, 17,20 132:6,7 133:4 137:1

**depression** 74:14 139:21 140:1,2

**derivative** 169:1

**derived** 33:12

**describe** 61:6 72:20 81:25 82:24 141:11 142:3 213:7

**described** 88:22 138:24 142:15 145:25 146:2 150:11, 14

**describes** 189:19 206:15

**describing** 99:9 151:12 207:20 237:16

**descriptions** 100:21

**descriptive** 206:14

**designated** 9:22

**desire** 95:5 96:6

**desiring** 94:11 96:9

**Desogen** 117:23

**Desogestrel** 221:8

**despite** 112:23 205:7 219:20

**destroyed** 8:14

**detailed** 212:10,12,16 213:7

**details** 107:17

**determine** 240:15,25

**develop** 139:3 142:7 146:25 148:21,23 163:21 182:8 184:1 224:10, 21

**developed** 66:2,15 81:4 152:13 169:22 181:24 182:14 228:24

**developing** 57:13 223:13 241:8,13,15

**development** 110:17 139:9 193:9 229:5

**developmental** 51:11,22 83:16 86:12,24 88:5 89:1 200:22, 23,24 201:4,6, 10,13,16,20

**developmentally** 198:17

**device** 10:15 65:24 97:6,11, 13 99:13 110:4,12,16 114:9 124:12 141:10 146:15 172:20,24 178:3 184:11 191:6 196:17, 19 197:11 242:15 243:9

**devices** 60:7 110:10 111:18 130:15,24 174:12 176:9

**DEXA** 73:21

**diagnose** 147:11

**diagnosed** 13:17 14:5 105:22 144:8 146:17 164:10 184:13,15,18 186:15 216:16 225:3 229:7

**diagnoses** 198:22

**diagnosis** 13:20 14:6,9, 13 49:23 52:4, 22 184:21 185:6,7,10,11, 13,19,24 186:17,18,19 237:7 242:23

**Didactic** 116:5 117:8,12

**didn't** 7:13 105:20,23 108:15 137:2 197:4 199:12

**diet** 191:15

**dietary** 74:7

**difference** 12:17 84:18,20 88:21 140:10 194:1 197:23 208:23

**differences** 235:20

**different** 15:13, 14,17 32:17,18 43:8,24 44:18, 20 48:1 59:17 60:12 65:20 66:20 70:23 75:6,11,19 79:7 97:9 120:22 148:16 188:23,25 198:2 241:15

**differential** 65:2 185:7,10,18,24

**differentiate** 79:7

**differently** 33:3

**difficult** 145:8 183:21

**difficulty** 193:23 197:7, 10

**dig** 30:17

**Digre** 205:13 214:17 216:18 238:11

**diminish** 77:20 83:2

**direct** 21:18 45:5,14 136:7 171:25 187:5 223:8 225:24 226:22 233:11

**direct-to-consumer** 193:18 194:12, 13,19 195:1

**directed** 234:20

**directions** 57:25

**directly** 41:1 45:7,12 146:12 194:14

**disabilities** 51:22 83:17 86:13,24 88:5 201:4,7,11,12, 13

**disability** 89:1

**disagree** 154:10 204:8

**disclose** 164:14

**discontinuation** 187:20,22 229:4

**discontinue** 71:14 74:5 188:9

**discontinuing** 192:10 229:3

**discuss** 15:8 149:18 194:17 227:13 228:15

**discussed** 220:10 227:25 228:6

**discussing** 44:19 60:14 236:19 240:23 241:11

**discussion** 7:21 82:22 93:9 98:6 162:12 229:9 234:3

**discussions** 11:6 116:2

**disease** 16:8,9 36:12 178:20, 21,22,23,25 179:4,6,12 208:2 209:21 210:2 237:7

**disk** 5:4

**disorder** 180:8 181:4 201:18

**disorders** 76:22 86:13,24 200:22,24,25

**dispute** 30:5 105:16

**divide** 86:7 199:1

**division** 42:5 48:20 55:2

**doc** 53:12,13

**doctor** 6:3,8,19 15:19 17:17 19:20 26:16 34:5 35:11 37:22 40:17 53:22 55:4 78:10 89:9 94:14 99:21 112:8,25 115:9 118:16 124:6 125:9 131:11 132:22 138:12 145:1,23 156:22 159:6 168:15 170:1, 12 172:13 174:10 175:4 179:14 187:5 194:17 197:13 201:21 203:4 204:2,3,23 205:19 206:5 207:25 213:8 216:18 219:9 221:11 222:13 223:8 225:24 226:22 229:13 231:8 234:15 236:5,9 242:13 243:3

**doctor's** 72:21

**doctors** 99:12

**document** 6:21, 25 7:1,3 32:12 36:10,11,25 37:1,3 38:13, 19,23 66:13 67:24 68:2 103:5,7 159:8 172:15

**documents** 8:4 43:17 134:15, 18,20,23,24 135:3,14 203:10

**does** 26:18 31:13 32:13,14 33:6,8,10 57:16 70:17 83:24 92:20,25 93:1 109:4 113:16 145:1, 23 146:5 150:9 151:7 168:4 172:3 196:12 207:14 210:25 220:13,17 221:12 226:6, 10 229:2 234:12 235:23 237:13 238:15, 25 239:5,20 243:2

**doesn't** 54:22 66:22 104:22 179:2 181:15 211:13 213:1, 20

**doing** 21:19 22:1,4,5,20 42:23 44:24 47:22 48:10,24 49:4,7,18,22 50:3 52:23 57:14 59:15 71:10 88:17 107:4,8 108:10 109:18 113:5 149:6 161:10 164:9 183:18 191:8 209:4 213:12,13 215:17 240:18 243:1

**dollar** 153:13, 17

**done** 13:19,22 20:24 22:21 33:25 34:22 42:22 45:11 47:23 100:4 109:7 110:3 113:11 116:17, 20 188:18 230:23 235:2,4

**donor** 176:21

**dose** 64:15,17 65:7 78:15,16

**doses** 205:8 219:22

**doubt** 132:20

**down** 33:3 35:19,23 44:17 49:1 55:19 59:5 66:16 88:17 102:17 107:8 181:8 187:24

**down-the-road** 169:1

**dozen** 102:5,19

**Dr** 5:5 7:23,24 8:5,11 9:2,9 23:5,22 24:17, 20 25:1 26:3 36:8,23 42:15, 16,22 92:3 109:7 123:12 126:9 131:12, 17,18 132:1,7, 8,10,12,15 133:7,8,10,17, 21,23,24 136:2 137:13,14,15, 17,19,21,23,25 138:2 154:8 232:23 233:16 236:15 243:14

**draft** 7:25

**draw** 147:8,13

**drawn** 58:12

**dropped** 124:18

**drug** 93:8 109:15 111:12, 14,15 112:6 114:13,18 117:15,18 130:19 167:11 230:9

**drugs** 52:10 98:17 99:17 130:15,24 141:16

**due** 10:17 95:20 96:1,15

**duly** 5:24

**duration** 21:11 63:6 70:25 71:19 90:7 190:23 197:5 237:7

**durations** 224:19

**Durcan** 205:13 207:11,15 213:9 217:23 237:25 238:1,2

**during** 11:15 15:20 22:21 48:24 56:22 92:16 130:18 188:10 196:3 211:6 215:10 217:19,20 235:3

**dysmenorrhea** 51:16 86:17 96:24 97:3

**dystocia** 106:22 107:5

E

**E+p** 152:17

**each** 44:2 46:21 114:24 206:9 214:16, 22 215:14 217:9 238:18

**earlier** 17:10 25:10,12 42:15 74:24 137:12 142:5 155:11 161:13,15 167:21 168:9 171:23 196:12, 15 203:7 223:23

**early** 107:9 225:4,7

**earned** 33:6

**easier** 66:19 77:4

**easily** 123:7 180:9,14,15

**East** 6:9

**easy** 58:11 217:2

**eating** 191:12, 14

**economic** 215:20

**ectopic** 49:24 116:6,11 156:9,11,13, 16,19 159:18 162:15,21,22, 24 163:3,7,9 173:13,17 175:19,21

**editorial** 240:13

**educate** 44:2 67:8 241:16

**education** 215:20,25

**educational** 101:1,12

**effect** 58:15,22 75:11 139:10, 14,16,18,20, 21,24 140:3,7 141:7,12,16,17 142:13,14,23 143:25 144:3, 5,6,14 151:8 154:16,19 155:5,6,10,18 156:3,5,12,14 192:22 226:3,7 230:15

**effective** 19:6 55:17 58:3,5, 13 59:7 67:7,9, 14 72:13 80:20 81:8 82:2,14 143:8 166:4 173:8,19,23 226:19

**effectively** 66:25 159:14

**effectiveness** 173:18

**effects** 58:4 60:17,19 62:9 71:16 73:7 74:10 77:11, 12,15,17,19,21 79:10 82:4,5 96:10,12,14, 18,21 138:12, 14,19,20,23 139:8 141:9 145:2,5,24 146:6 149:1 183:2,10,17,24 188:19 191:21, 25 192:1,7,10

**efficacy** 15:17 57:23 58:4 59:6 74:21 81:25 173:7,24 174:16,21 190:23 196:25

**effort** 25:23 241:16

**egg** 73:5

**eight** 29:7 48:23

**either** 43:21 48:25 51:1 53:6 56:22 57:8 59:11 63:1,7 81:2 82:16 83:22 90:6 91:4,10 93:6 94:10 96:15 143:4,21 153:6 158:7 178:2 181:3 183:2 190:11, 22 194:14 206:7 207:15 224:10,15

**electronic** 8:21 38:16

**electronically** 38:12

**elevated** 145:6

**eligibility** 15:16

**eliminated** 148:24

**Ella** 82:25

**else** 26:1 33:3 38:11 47:9 68:8 69:23 70:3 71:18 80:7 100:13,18 160:7

**embedded** 65:8 123:21

**embedment** 177:21,22,24 178:9,10

**emergencies** 49:25

**emergency** 45:23 47:16 49:1 53:16,20 82:23 83:1 112:11,17,21 118:9 121:22 207:6 217:17

**Emma** 11:7,21 13:1,7,16,21 14:24

**emotionally** 56:9

**Empirica** 126:10,11,12, 14

**employed** 43:4, 5 110:19

**employee** 110:22

**employer** 33:9

**employment** 43:2

**encourage** 56:17 62:23 79:9 241:12

**end** 40:3 54:17 74:23 115:15 123:14 127:18 153:18 185:13

**endeavor** 7:5

**ended** 181:9

**endocrinologist** 123:1

**endogenous** 143:2 151:1,3

**endometrial** 49:14 154:24 155:1 224:15, 16,21,22,25 225:1,4,7,10

**endometriosis** 21:25 38:25 51:16 61:23 86:21 96:24 97:3

**endometrium** 224:4,18

**energy** 25:22

**England** 6:9

**enhance** 67:13 152:11 196:25

**enhanced** 76:20

**enough** 54:6 59:25 65:16 66:13 67:16 91:17 123:25 155:8 163:17 209:20 231:6

**enter** 215:16

**entire** 113:6 119:3 124:4

**Environment** 36:11

**Epic** 91:14

**epidemiologic** 241:22 242:1,4,8

**epidemiological** 230:24

**epidemiologist** 100:24

**epidemiologists** 100:17

**epidemiology** 232:24,25 240:4,7

**equipped** 54:25

**equivalent** 78:20 79:18 81:17

**err** 129:16

**erratic** 82:7 224:20

**essentially** 101:8

**Essure** 57:9

**established** 230:1

**establishing** 23:23

**estimate** 32:6,8,9 33:15 93:10 101:16 102:3

**estimation** 46:16 202:8 243:7

**estradiol** 78:18,24 226:11

**estrogen** 75:4 77:22 78:1 80:25 88:9 142:8,12 149:7,9,11,12 150:17 151:4,7 152:2,6,7,15,17 182:6 226:10,11

**estrogen-containing** 76:9 82:9 89:3 149:14 180:18 226:5

**estrogens** 123:3

**ethinyl** 78:18,24 226:11

**ethnic** 143:12

**ethnicity** 148:11 208:11

**etiology** 142:25 223:22

**Etminan's** 137:17

**evaluate** 144:12 147:5

**evaluated** 147:7

**evaluating** 52:23

**evaluation** 147:20 186:7,10

**even** 8:18 55:24 63:3 83:14 93:7 103:20,21 105:20,23 107:9 116:18 144:9 148:8 152:16 153:20 164:9 171:10 182:19 185:12 192:24 195:20 197:7 207:22 224:10,22 230:10,13

**evening** 12:1 20:4,10

**event** 10:16 51:23 124:12 126:16 127:3,6,8,16 129:6,21 130:2,6 131:1 158:11 223:11

**events** 127:3 130:16,22,23 187:25

**eventually** 94:6 168:22

**ever** 6:21 99:23 105:10 106:21 107:25 109:7,19 110:3,7,11,15,19 114:7 118:17 119:1,9 123:23 124:4,6,11,15 125:2 163:8,10 169:5 179:3 182:23 184:1,5,13,18 185:4,6 186:3,8 189:25 194:19 203:5,14

**every** 43:20 48:9,11 53:5 72:21 74:18 77:4 80:18,19 81:24 94:13 128:1 162:19 167:12 206:10

**everyone** 101:3

**everything** 7:14 37:17 44:5,23 50:3 191:16

**evidence** 73:13,22 127:22 140:8 147:8,12,18,21 156:5 158:22 220:4 228:16 229:11,18,25 231:5,6 240:25

**evidenced** 19:3

**Evra** 79:18 80:1 100:6,8

**exact** 21:13 100:21 101:1,9 219:2

**exactly** 13:12 100:23 101:11

**exam** 115:20 241:4,9

**EXAMINATION** 233:14

**examine** 230:15 242:18

**examining** 188:21

**example** 230:14

**except** 32:24 45:9 206:3

**exceptionally** 184:8,10 186:25

**excuse** 65:12 135:1 150:9 158:12

**exercise** 74:7

**exhibit** 6:17,20 7:20 8:25 9:3 26:1,14 28:18 35:11 36:6,9,21,24 102:23,25 103:3,5 125:9,10 132:22 133:3 134:10 136:2,3 159:4,7,9 168:13,16,17 170:10,13 172:11,14 174:23,24 175:1 179:16,18 205:17,20 206:7 210:6 222:11,14,15 234:1 235:7,9 236:6,11

**existed** 126:19 128:11

**expansive** 161:14

**expect** 71:14 157:24 158:3 215:4 216:10 218:14

**experience** 58:18 61:4 62:13 63:1 74:3,10 76:7 77:19 87:8,10 88:11 96:14 111:17 126:24 129:24 138:25 141:19 142:5 145:5 166:7 183:19 187:7 189:21 191:23 192:15 224:9

226:2

**experienced** 10:8

**experiences** 145:14 197:21 198:21

**experiencing** 74:19 97:7 149:15 183:24

**expert** 9:10,20, 23 10:25 11:9 12:13,21,23 13:5 14:19,25 17:19 18:9,13 19:19 20:20,23 22:16,17,22 23:12,14,18,19 24:2,7 26:17 32:20 33:5,7, 13 35:13 37:1 99:22 100:1 101:14,19,23 102:7 103:8 106:14 131:21 136:22 137:8, 15 158:16 204:8

**experts** 23:1 24:15,22,23

**expiration** 94:11 95:21 96:2,9

**expired** 67:1

**explain** 59:8 73:16 75:13,25 80:20 186:7

**explained** 183:11,14

**explains** 204:14

**exposed** 77:25 177:9,12

**exposure** 143:10,23 158:19,24 183:11 189:2 208:8,23 209:5

**exposures** 70:17 142:4 148:10

**expressed** 186:12,13 196:22

**expulse** 154:25

**expulsion** 60:2, 10 155:13,24 160:12 161:9 162:8 167:24 174:20 178:16

**extended** 76:5, 6

**extended-cycle** 79:2

**external** 191:13

**F**

**facility** 85:24, 25

**fact** 57:14 60:20 73:11 76:8 130:14 136:13 141:15 162:17 163:13 171:3 192:4 198:15 205:7 219:20 222:3 228:3 230:11 235:25 237:16

**factor** 146:8

180:13 225:21

**factors** 16:17 17:1 39:9 146:10 204:5, 18,22 208:10 209:8,13 223:21

**facts** 105:15

**faculty** 41:17 48:20 50:15 63:17,22 83:18,20 87:23

**failed** 89:6 181:4

**failure** 204:16

**faint** 127:24

**Fair** 54:6 65:16 66:13 67:16 123:25 155:8

**fairly** 208:13,14 214:9,14

**fall** 212:18

**fallopian** 56:20 57:12,15 179:11

**familial** 143:8

**familiar** 25:16 130:12,14 150:13 152:20 154:18 221:3 222:1

**familiarity** 225:17

**families** 51:22 52:21,25 83:15 86:14 217:22

**family** 15:17 25:5,7,22,24

69:6 76:23 89:8 90:24 91:5,11 165:16 168:6 190:19 191:5

**far** 31:21,22 32:23 37:8 67:16 173:7 174:11 231:3

**fast** 83:6

**favor** 104:21

**FDA** 99:17,24 100:2 110:19 111:3,10,11, 14,19 112:9,23 158:14,16 160:16 167:12 194:21 228:9

**February** 5:10 28:9 243:20

**feel** 18:12,13, 15,22 54:25 58:9 82:19 126:23 219:13, 18 241:18

**fellows** 43:11, 21

**Fellowship** 117:7,12

**felt** 97:6

**female** 56:19 82:13,17 122:1,18 123:5

**fertility** 52:3,8,9 70:24 71:8,12, 15,19

**few** 205:20

**field** 9:22 17:17 25:4,6

**Fifteen** 31:9

**figure** 114:25

**figured** 236:15

**filed** 124:20 125:5

**files** 10:5

**final** 242:13

**financially** 56:10

**find** 8:12,20 81:1 145:12 154:24,25 157:24 163:5 165:6,21 171:11 173:17 175:1 192:5 228:4 238:11

**finding** 216:24

**findings** 185:12 240:24 242:25 243:1

**fine** 34:24 86:7 232:15 239:25

**finish** 70:13 72:2,6 129:1 143:19 232:12

**finished** 72:8 114:16 148:5 232:9 242:9

**first** 5:24 9:8, 12,18 11:2 12:25 23:7,10 27:5 39:16 50:11 54:13 55:24 56:12,18 61:3,8 62:20 77:16 78:1,14 89:24 92:3,10 93:18,22 95:4

106:9 116:10 136:3,4 144:12 146:24 147:4, 20 148:18 152:12 166:2 167:5 169:1 175:10 187:8, 16,18 188:10 193:16 194:23 198:25 199:6, 16 206:11,16, 18,23 210:12 214:19 219:23 221:5 230:7 235:13,15,16 236:25 237:2,3

**five** 20:1 94:20 111:23,24 171:13,20 194:5 197:12 216:4

**five-month** 217:20

**five-year** 197:5

**flat** 32:13

**flexible** 75:22

**flip** 180:11

**floor** 69:12

**flow** 63:8 188:3,6 224:7

**fluid** 118:18 119:24

**focal** 181:18,24 184:1 187:2

**focus** 224:3

**folks** 8:8

**follicle** 143:22

**follicles** 143:9

**follow-up** 203:1

**following** 187:25 237:5

**follows** 5:25 98:25 128:10 145:21 206:14

**followup** 141:6

**food** 77:24 191:15

**forever** 73:3 122:7,18

**form** 60:17 125:22 129:17 138:6,7 155:14 180:2,12 194:14,15 226:11 237:15, 21 239:22,24 241:24

**formal** 44:21

**formation** 24:1 139:12 224:25

**forming** 132:19 133:18 134:2 137:3

**formularies** 195:13,14

**formulary** 64:2 195:20

**formulations** 152:1

**forward** 114:5

**found** 7:9 22:13,20 104:21 147:21 194:9 205:5 207:1 214:20 219:19 231:18

232:1

**founders** 25:21

**four** 20:1,5,11 48:22 49:2,5 64:8 80:15 94:20 103:8 104:24 107:2 179:6,12

**fourth** 50:13 179:10

**fragile** 88:25

**frame** 63:5

**framework** 64:17

**frank** 144:20

**Fraunfelder** 131:13

**Fraunfelder's** 132:1 137:19

**Frederick** 131:13

**free** 152:21,22, 25 153:5,7,8, 19,22 154:4

**frequency** 188:2

**frequently** 87:24

**Friday** 48:10 50:9,11,14 243:20

**Fridays** 45:10, 12 50:12,13

**friends** 62:12 207:1 215:15, 21,22 217:22

**front** 28:12

44:7 66:7 125:9 132:22 133:2 154:13 168:21 239:12

**frustrating** 83:15

**full** 45:21 49:20 51:5 151:6,11 235:15 236:25 237:2

**full-time** 111:5

**fully** 38:22

**Fun** 37:21

**function** 50:21

**functioning** 53:2

**further** 233:7 243:10

**G**

**gain** 73:14,17 74:5 149:9 156:2,4,8 183:12 204:5, 17,21 206:7,17 207:9,16,24 209:9 235:21, 24 236:2 239:10,16,21 240:2

**gamut** 51:5

**Gardasil** 19:9

**gastro** 117:7

**gave** 87:14 103:7 106:4,5 108:4

**gender** 207:9 208:11 217:11

218:7

**general** 10:1 42:5 48:20 55:1 108:4,8 240:11

**generally** 104:23 118:24 173:20,23 174:15

**generate** 43:17 108:22

**generating** 185:19,25

**generation** 221:5

**generic** 78:20, 22 79:18,23 81:16

**genetic** 143:22 201:19

**Georgetown** 41:5,16

**Geri** 5:5,23 6:7 7:2 37:1 243:14

**Gerstman** 205:13 206:3 234:24

**Gestodene** 221:7

**get all** 86:12

**gets** 127:6 177:9,11

**getting** 58:11 60:16 69:20 162:6 163:20 164:17,19 183:23,25

**GI** 117:7,11

**girl** 199:5

**girl's** 193:24

**girls** 38:5 40:11 50:23 51:13 121:19 127:23 180:22 193:21 194:4 197:8 201:17,18

**Giuseffi** 205:13 212:9 217:4 235:6,24

**give** 8:16 12:7 33:15 43:17 44:9 72:18 101:16 102:2 106:14 108:17, 21 115:10 125:17,18,19 127:18 163:22 192:13 233:4,9 236:15

**given** 7:13 8:20 12:14 13:9,12 31:14 82:8 119:1 131:15, 18 132:4 133:14 136:13 167:11 171:3 172:5 183:3 192:3 198:15 201:9 203:12 216:13 222:3 228:3 230:11 237:11,16

**giving** 7:19 44:11,18 105:18 129:8 151:3

**gland** 50:6

**glands** 143:3 226:18

**global** 201:16

**globally** 200:2 201:16

**globulin** 150:4, 7,14 154:1 226:15

**goal** 67:2,6

**goes** 33:8 158:15,18 187:24 194:14 224:19 226:13

**going** 11:8 17:4,21 19:20 30:13,14 34:5, 8 35:11 39:18, 20 44:4 55:11, 14,16,18,23 58:1,2,3 59:5,6 61:18 62:6,21, 22 81:11 91:22 106:22 107:4,8 109:16 115:10, 15 128:6 134:13 135:15, 21 147:16 154:2 161:17, 20 162:5 165:19 166:8 174:4 179:15 187:5 190:17, 25 191:1,2,6 203:21 205:19 207:12 217:17 232:6,17 236:5 239:12 241:5, 12 243:14

**gonadotoxic** 52:10

**gone** 35:23 110:21

**good** 6:3,4,12 15:8 81:3,11, 25 82:8 89:2 91:21

**gosh** 33:17 49:9 84:5

**got** 30:4,7 66:16 95:10 106:23 125:15 127:10

**Gotcha** 107:3

**government** 110:22

**grab** 132:22

**grade** 240:19

**graduated** 40:25

**grand** 43:18 44:9

**granola** 191:18

**gravity** 214:23 215:2

**great** 34:15 35:3 56:7 145:12 163:17

**greater** 154:6 177:10 202:12

**greatest** 155:15

**grid** 46:5

**Grimes** 77:14

**group** 116:2 146:25 173:17 202:13 208:18, 24,25 209:1,5, 12 215:8 216:15 217:16, 21 218:1,19,24 219:8 223:7 231:19 240:2

**groups** 73:13 156:6 197:24 208:21 218:5

**growth** 142:17 148:22

**guess** 12:16 20:10 23:24 24:4,12 49:4 85:20 87:4,5, 18 89:17,22 90:4,20 102:4, 18 104:25 130:5 140:18 151:10

**guessed** 89:23

**guessing** 11:13 87:5 89:20 102:4 117:22

**guidelines** 43:17

**Guttmacher** 68:24

**GYN** 47:13,22 48:7,8,10,19, 22 49:4 85:5

**gynecologic** 40:10 49:20 50:8 51:5 53:16,22

**gynecologist** 185:20 198:15

**gynecology** 17:20 39:21 42:6,11 50:21 51:10 52:19 54:11,21,23 68:16,18 117:25 221:19 240:14 241:6,9

**H**

**hadn't** 148:4

**hair** 142:17 143:9,22 148:22

**half** 45:21,24, 25 46:9 165:4

**half-day** 46:8, 11,13

**hallway** 44:17

**hamper** 35:7

**hand** 7:17 8:3 31:2 125:15 205:19

**hand's** 196:11

**handed** 168:15 170:12

**handful** 101:25 102:2

**handing** 6:19 9:2 26:16 36:8, 23 159:6 172:13 222:13

**Hang** 60:5

**happened** 8:14 19:8 44:5 177:25

**happening** 88:12 162:9

**happens** 163:15 190:10 192:12 198:24

**happy** 60:25 61:12 81:3

113:21,23 190:24 197:5

**hard** 8:22 77:3, 7 89:17 140:15 143:16 145:13 146:3,8,11 156:20 192:5, 21 202:25 230:13

**harder** 146:1

**hasn't** 38:12 67:20 181:9

**haven't** 31:22 35:21,23 37:18 38:21 40:2 67:20 88:16 121:8,23 122:6,18 133:11,15 195:3

**having** 20:23 43:9 52:9 58:12 61:2 96:18 113:17 123:19,23 131:16 132:5, 20 137:1,5,14 138:3 143:11 150:16,17 153:24 156:16 163:1,8 164:19 174:20 177:14 180:23 183:19 193:6 196:24 198:23 199:7 208:8 224:18 230:14 242:4

**he's** 25:6,8,22 33:25 42:23

**head** 11:16,19, 24 18:10 32:2, 17,19,22 65:6 66:8,12 68:13, 15,18 69:9,19 88:17 102:1 113:24 182:8 184:22 185:1, 13

**headache** 140:18,19 141:16 181:19 184:9 185:17, 22,23 186:10, 25

**headaches** 140:4,6,9,11, 21 141:4,5,7, 11,13 181:22 182:25 183:5 184:10,23 186:6,23 187:2

**heading** 134:15,19

**headings** 131:23

**health** 19:3,8 39:12 53:1 72:23,25

**healthcare** 12:2 21:24 38:14,20 68:5 72:22 240:22

**healthy** 76:16

**hear** 34:21 98:22

**hearing** 112:10

**heavier** 61:4,14 62:4 187:7,16 188:6 189:5,20

**heavy** 51:17 60:25 61:2,23 97:4 188:3,4,5, 24 189:8,13,22 224:9,20

**height** 238:3,8

**held** 5:9 7:21 67:23 93:9

**help** 51:22 52:5,9 58:21 90:22 149:10 152:9

**helped** 136:14

**helpful** 25:12 181:9 231:21

**helps** 150:5 224:7

**here** 7:11,19, 22,25 11:18 16:21,24 20:11 29:17 32:12,24 40:1,2,13 116:15 123:19 126:1 133:25 135:17,18 166:16 171:1 172:23 178:11, 12,16 187:18 206:11,15 212:23 213:9 218:18 219:17 238:7 239:14

**Here's** 166:5

**hereinafter** 5:24

**hewitt** 5:5,23 6:7,17 7:2,24 8:5,11,25 9:2, 5,9 26:14 36:6, 8,21,23 37:2 92:3 109:7 126:9 136:2 159:4 168:13 170:10 172:11 205:17 222:11 232:23 233:16 236:11 243:14

**Hewitt's** 7:23

**high** 5:9 25:9 90:16

**higher** 85:4 88:2 154:7 205:8

**highest** 187:24 188:10

**highlights** 159:10,12 170:15

**highly** 19:6 25:4 162:18,23 166:4 185:9

**Hill** 36:11,13 229:13,17 230:6,10,13, 17,19,22 231:7

**hindsight** 169:18

**Hine** 8:8

**hired** 102:6

**Hirstuism** 141:20

**hirsutism** 61:24 141:21,23 142:1,3,4,8,13, 16,17,22,25 143:1,10,17, 20,24 144:3,5, 7,8,12,13,14, 21,24 145:7, 10,15 146:17, 23 147:1,4,15, 23 148:13,16, 21 149:10,16 150:6 192:15

**historically** 25:5 42:22 220:14

**history** 41:13, 15 55:12 60:24 74:13 76:11,23 165:16 168:1, 6,7 211:1,6,12, 16,18,21 212:10,12,16 213:7,10

**HIV** 176:8,16

**HIV-POSITIVE** 176:22

**hold** 41:6 42:1 46:6 228:9

**home** 6:9 72:22,25

**homeostases** 150:12,15

**homeostasis** 150:19,23 151:2,8,15

**honest** 10:3 23:13

**Honestly** 33:4 148:18

**Hoover** 68:17, 20

**hoping** 66:22

**hormonal** 14:2 61:16,17,19,21 62:5 64:16 75:3,14 76:10, 15 77:13,15, 18,23 78:4,12 80:11,17,21 81:5 82:9,20

88:10,19 89:3, 6 96:25 116:15 123:7 142:10 149:14 150:2, 11,14,18,23,24 151:1,2,5,8,15, 18,21,23 152:7,10,12, 16,17 153:24 171:3 173:5 180:18 181:16 189:7,23 190:1,8,13,18 192:11,13,18 205:6 219:17, 19 220:4,11, 18,19,20 226:12 229:5

**hormonally** 148:23

**hormone** 147:8 150:3,6,13 153:9,23,25 154:2 192:20 196:24 226:14

**hormones** 122:22 123:2 149:6 150:7 151:3 152:23 153:6 173:6 191:17 192:4

**hospital** 42:12 43:3,5 45:18 46:5 47:12,14 48:15 50:12, 19,20,24 51:1, 8 52:13,15 53:13,14,18,19 54:24 57:1 68:22 83:13 84:15 85:2,18 86:9,10 88:1, 24 89:12 180:6 198:4 199:19 200:18 201:8

**hospital-based** 47:25 48:3,6

**hospitalized** 49:11 53:19

**hour** 32:12,13 33:1 34:6 36:2 135:15 232:7

**hours** 11:25 20:1,5,11 26:18 27:17 28:1,10,19,25 29:7,16 31:7,9 32:4 35:20 43:14 164:8

**how** 9:7 11:14, 19,23 18:12, 13,15,22 19:21 20:8 25:24 31:24 45:15 46:1,18,21 47:9 48:6,16 53:24 58:1 68:3 69:8 70:10,17 71:13,14,20 73:5 74:15 82:23,25 84:8 92:20 93:10, 16,21 94:3,14, 21 101:18 102:14 112:20 113:3,5,13,17 126:24 130:10 140:12,17 141:24 146:9 149:14 157:9, 16 158:14 171:9,15 173:25 177:19 183:15,21 192:6,21 197:15,17 198:10,21 212:9 214:15 215:2,3 216:1, 19 217:15 218:2,10,12 220:22 226:10 232:3 239:13 240:6

**However** 173:16

**HPV** 109:12 127:7

**HRT** 19:10,11

**huge** 19:2

**huh** 37:21

**husband** 33:19

**husband's** 44:25

**husbands** 83:22

**hyperandrogenemia** 145:6 147:9,13

**hyperplasia** 224:16,21 225:1

**hypertension** 16:2,13,18,20, 25 76:25 81:4 90:11 170:2,7 172:4,7,9 223:20

**hypothetical** 227:5

**hysterectomies** 50:4,5

**hysteroscopies** 49:22

**hysteroscopy** 57:9

**I**

**I'D** 30:4,16 41:17 88:2 140:18 150:22 175:12 236:15

**I'LL** 7:17 8:10 19:24 55:22 56:19,21,24 57:13,19 68:6 71:4 73:18,19 74:3 75:20,25 76:8,13,14,16 79:11 80:14 81:7,8 121:17 185:5 201:5

**I'M** 5:6,11 6:19 7:19 8:7,17,19 9:2 11:24 14:22 17:5,19 18:19 21:25 22:4,5,11 24:20 25:15,16 26:1,16,23 27:2 28:5,7,11, 16,22 29:4,11, 21 30:2 31:1, 10,14 32:19 33:2 35:22 36:8,23 37:19 38:10 42:10 43:4,5,19,20 44:15 45:1,7, 11,12,13,16, 17,19,24 46:5 47:6,11,12,21 48:10 50:14,25 51:1 52:16,17 53:6,7,12,23 55:11,16 57:22 58:1 59:1 60:5 62:15,22 63:15 64:1 67:3 68:5, 14 79:5,19,23 83:15 86:10 87:5 89:13,19 90:23 91:13 93:19 94:18 99:9 102:9,17, 24 103:6,16, 18,19,20 106:25 108:22, 24 110:14 112:2 113:23 114:5,16,17,23 115:2 117:10 118:24 119:11 121:16,22,23 122:4 123:2,12 125:21 130:14 131:12 134:13 135:1 136:5,13 141:14 146:3, 17 150:13 152:22 154:18 158:16 159:6 161:5,6,9,10, 11,12,22 162:3 164:19 168:20 171:12 172:13 174:17 175:4 176:4 182:18 184:4,7,21 186:9 187:5,18 188:20,22,25 190:25 191:1, 2,3 193:5,12 195:12,14,18, 25 197:5,19,20 198:15,16 200:14 201:10 203:19 204:10, 12,14 205:19

206:11 207:4, 11,12,17,18 210:12,13 211:16 212:11, 23 213:3,11,13 216:21,22,23 217:1,2,3,12 221:3 222:1 227:15 229:21 231:3,11 233:5 235:15 236:5, 14 238:14,19 239:12 240:13, 17,22 241:1,8, 19 242:9,24

**I'VE** 7:13 8:20 11:19 19:18 22:21 23:4,8 24:18 25:3,9 30:4,7 31:22 35:15,18 37:12,17 54:15 67:11 71:16 88:22 89:16 93:14,19 94:16,19 96:6, 7 100:4 109:15,17,19 110:20 118:23 119:11 120:4 125:15 126:18 132:21 164:12 168:15 170:12 180:19,22 181:2,5 182:8 183:1,4,12,13 186:8,19 190:8,16,20 191:11 193:25 194:3,4 196:22 197:3,6 202:22 203:10 206:6

**idea** 30:4,7 202:19,22

**ideally** 94:13

**ideas** 24:10

**identical** 208:22

**identification** 214:20

**identified** 16:11,17 17:1, 2 34:14 35:3 40:11 181:6 207:1 211:7 212:19 242:22

**identifies** 34:23

**identify** 9:4 36:10,25 39:9 159:7 172:15 205:25 206:1 216:16 217:2

**idiopathic** 16:2, 3,4,7,12,16,18, 19,25 17:2 170:2,6 172:3, 6,9 223:20

**IH** 15:24 16:14, 22 17:5,9,12 119:17,21 186:1 208:2 210:2

**IHH** 227:18

**II** 115:19 116:1 170:23,24

**IIH** 9:16 11:9 13:17,20,23 14:9 15:3,6,12, 19,23 16:1 17:7,9,15 21:4 26:23 31:16 101:23 119:18, 21 184:17,18 186:13 193:10

204:5,18,22,24 205:2,6 216:10,14,16, 17 217:13,14, 25 218:5 219:17,20 220:5 223:13 226:25 227:12, 13,25 228:2,5, 7,10,17 229:5, 7 230:12,25 233:18 234:17 236:19

**illnesses** 176:10

**imagine** 145:8 146:3 192:6,21

**imaging** 185:13

**immediate** 165:7

**immediately** 193:21 197:7

**immense** 42:21

**immensely** 79:7

**immune** 176:20

**immunocompromise** 176:2,4, 11

**impact** 19:2 150:9 165:19 176:20 177:7, 13 208:9 224:4,8,14 225:10

**impacted** 74:12

**impacts** 150:2

**impairment** 201:17

**implant** 49:13 58:7,8 59:4 72:1,11 81:10 84:12,23 85:4, 13,15 151:22 169:20 170:20 171:4,13 202:21

**implantable** 111:15,16,18

**implantation** 182:2

**implanted** 92:4, 7 95:10,13 98:6 171:9,16

**implanting** 97:24 98:3

**implants** 58:24 80:10 85:1 120:24 121:1,9

**implicator** 153:20

**importance** 74:6

**important** 128:21 149:11, 15,22 150:18 153:5,8,19 208:17,21 209:14,17

**impossible** 213:25

**improve** 217:9

**improved** 63:19

**improves** 226:21

**in-hospital** 47:15

**inactivity** 76:24

**incidence** 216:13,15 218:5,17 219:4,6 223:2

**incident** 219:5

**inclined** 180:11

**include** 56:20 73:8 75:17 82:22 96:6 123:8 138:15, 19 155:22 159:12 196:6 211:14,22 212:13 227:7 241:21 242:1,7

**included** 24:2 212:18 227:6 228:18,23

**includes** 51:10 75:4 229:2

**including** 93:5 118:25 121:18 180:20 209:13 211:1,3,12,16 212:14 237:12 242:4

**inclusion** 129:17 210:20

**income** 33:12

**incorporate** 44:23

**incorrectly** 70:20

**increase** 57:16 67:2,3 77:2 139:25 230:25

**increased** 16:10 100:8

219:16 224:17 226:2

**indeed** 242:7

**independent** 13:14 235:22 236:1

**index** 163:2 230:8 239:17

**indicate** 188:7 234:13 235:23, 25 237:13 238:8,15 243:2

**indicated** 229:12

**indicating** 181:20

**indication** 94:12 96:23 97:17,19

**indications** 89:19 98:18 99:17 121:6 182:11

**indisputable** 230:23

**individual** 10:5, 6 14:10 26:20 30:20 94:5,9 108:7,18,20 128:17 129:14 199:4 215:23

**individually** 114:25

**individuals** 10:6

**infected** 176:8

**infection** 59:24 60:9 155:13, 14,16,23,25 160:4 161:9,21 162:8 163:12, 14,23 164:11, 18,20,22,23 167:20 174:20 175:23,24,25 176:12,14 177:5,7,11,15, 20

**infer** 211:8,23

**information** 15:13 22:23 114:1 122:6 127:8,15,20 128:19 136:17, 19 157:20 159:10,13 170:16 172:18 188:23 194:6 210:11 213:11 217:25 218:4, 9,17 228:11 229:1,3 238:2, 9,16,25 239:10,15,20 240:1

**ingredient** 76:6 169:8,10 170:21 171:21, 24 173:2,3,5 192:5 213:21

**ingredients** 150:18

**inherent** 166:11

**inhibiting** 75:8 150:25 151:19, 25

**inhibition** 152:19

**inhibits** 73:4 152:6

**initial** 12:21 25:21 187:19

**initially** 138:17 187:22

**initiate** 78:2

**initiated** 182:9

**injection** 72:20

**injury** 10:17 104:16 154:23 177:25 178:3

**inorganic** 191:14

**inpatient** 47:15 48:22,25 53:14 217:18,19

**input** 143:22

**ins** 241:17

**insert** 193:20, 24

**inserted** 58:12 66:22 67:1 92:10,17,21 93:19 95:17 96:4,5,19 98:12 99:3 146:15 148:2, 20 171:17,18 176:6 180:4,9 181:24 192:12 193:7,9 194:8 195:22

**inserting** 161:11 174:18 194:3 196:2 197:7,11

**insertion** 10:17 59:25 60:2,9, 10 92:25 93:8 97:11,13,14,20 98:7 138:21 146:19 155:7, 15,16,22,23,24 161:2,7,8,9,22 162:4,6,10 163:16,18,21, 25 164:3,5,15, 18 165:10 178:1 182:3,14 184:3,10 186:22 223:14

**inside** 42:5 52:12 57:1 75:12,23 77:9 109:16 125:23 127:16 178:3,6 224:5

**instance** 127:7 180:23 198:3

**instead** 190:18

**Institute** 68:24

**instructor** 43:6

**instructs** 160:16

**insurance** 93:1, 7

**integral** 22:6

**intend** 125:16, 18

**intended** 156:23

**interact** 48:1

**interested** 73:18

**interesting** 156:10 169:14

**internationally** 170:25

**interpret** 127:5, 12,14 139:12

**interrupt** 85:7

**interrupted** 119:7

**interrupting** 112:3

**interval** 57:3 59:15 71:11 81:24 239:8

**intervention** 225:8

**interventions** 86:18 140:7 188:23,25

**interviewed** 9:19

**intimate** 225:17

**into** 25:23 44:23 53:16 54:14 65:1,8 127:8 146:15 158:15,18 194:23 212:18

**intracerebral** 16:10

**intracranial** 16:2,12,18,20, 25 170:2,6 172:4,6,9 223:20

**intraoperative** 38:3,4 104:15 172:19

**intrauterine** 60:7 105:19

159:25 162:16 172:20,22,23, 24 174:12 175:10,15,18 176:9 197:2 242:15 243:9

**intravaginal** 151:24

**introduce** 5:13

**invalid** 235:18

**investigation** 234:12

**investigator** 109:19 110:9

**investment** 153:14,15,17

**invoice** 27:6, 15,25 28:10, 19,21,24 29:2, 3,6,9,14,18 31:4,22,25

**invoices** 7:23 8:2 31:18,23

**involve** 103:13 242:7

**involved** 19:11, 16,18 80:1 99:23,25 102:21 107:24, 25 109:11 110:7

**involvement** 9:12 24:16

**involves** 72:25

**Iowa** 218:8

**Ireland** 205:13 206:20,24 210:25 215:11, 12 217:5 238:21,22

**irregular** 58:15 73:8 78:1 138:16 160:6 167:22

**ischemia** 181:20

**isn't** 161:2

**isolated** 123:24 127:13 128:2, 17,21,24 129:4,14

**issue** 105:16

**issued** 7:19

**issues** 20:24 199:14

**it's** 16:3,10,15, 19,24 17:1 19:1,6 25:13 32:12 37:20 38:7,19 43:12, 24 44:11,20,22 54:17 58:10, 11,13,14 63:19 65:12 67:1,23 72:20 73:6,14, 23 74:17 75:19 76:3 77:3,4,9, 10 81:4,21 86:25 88:1 89:10,15,17,24 90:6,11,20 91:17 97:20 108:8,10 114:18 132:25 135:18 139:13 140:15 141:11 143:15 144:20 145:7 146:3,8, 11 152:17 153:5 157:1 158:10,22 161:13 162:18, 23,24 163:6,18 169:2,3,14 170:25 171:3, 13,17 172:22, 24,25 177:18 178:17 179:17 183:18 186:10 188:7 189:19 192:17,21 193:22 195:24 196:8 202:3, 10,11 203:10 217:2 229:22 231:6,21 235:9,10

**italicized** 234:13

**item** 103:12 104:5

**its** 73:4 74:20 223:11

**itself** 155:2 192:20

**IUD** 10:8,15 18:12,22 19:1 21:21,23,25 22:2 49:13 59:7,8,16,17, 20,22 60:22,23 61:1,4,9,11,13, 17,18 62:3,7, 10,11,15 63:1, 7,11,12,14,15, 17,19 64:1 65:7,8 66:3,4, 5,18,20,22,23 67:1,3 70:17, 20,23 71:5 81:11 85:14,15 86:23 87:11 92:3,10,12,15, 17 93:5,8,15, 17,19,25 94:6, 10,17 95:11,19 96:5,11,14,16 98:4,18 118:25 121:2 138:14, 21 139:4,13 140:3 141:13 142:3,10,15 144:4,7,10,25 145:2,9,13,23 146:2,4,5,11, 12 147:16,17 148:8,19 153:1 155:2,7,12,15, 16,17,21 156:5,14,19 159:14 161:11 162:3,24 163:1,4,8,15 164:7,9,10 165:18 166:10, 13,18 167:2,6 173:3,6,11,14, 17,20,22 174:18 175:21, 22,24 176:1, 13,22 177:3,4, 6,10,12,17,18 178:6,17,18,22 179:1 180:20, 23,25 181:2,4, 8,22,23,24 182:10 183:5, 13 187:7 188:9 190:20,21,22 191:1,8,18,19, 24 192:4,6,9, 11,16,19 193:6,9,15,19, 24 194:7,9 195:8 196:1 197:7 202:24 203:3 224:3 225:2,6,18 227:12,13 228:10,17 229:3,5,6,7,11 230:12

**IUDS** 59:18 60:4,14,21 62:17 63:18 64:19 65:1 70:4,10,25 72:12 84:24 86:5,15,23 92:8,14 93:11, 13 94:3,14,19 95:14 96:6,7 118:25 120:8, 23,25 121:9 123:16,21,24 124:2,5 140:8 154:21 156:11 162:22 173:9, 23 176:5,10,16 177:19 180:9, 17 182:21 183:2,4

**IUS** 5:6 223:5,7 234:10 242:19

**IV** 58:12

**J**

**Jadelle** 169:3 170:14,16,20, 23 171:9,22 172:3,7 179:17

**James** 9:6 23:5 26:2 44:25 45:1

**January** 27:25

**Jeff** 19:4

**job** 22:6,7 42:10 100:21

**Johanson's** 137:21

**jokingly** 236:5

**journal** 38:8,9, 18 39:20 40:8 221:20 222:4,6 240:14,17,19

**JPAG** 39:20

**JPS** 38:10,18 39:18 40:7,12

**July** 29:6 217:20

**jumping** 19:20

**juncture** 112:24

**June** 28:18 217:20

**just** 8:10,16,18, 20 11:5 13:15 15:8,21 18:6 22:2 24:13 33:4 37:16 38:16 46:24 47:1 55:22,25 72:2 95:4 106:1 113:25 115:9,14 116:25 122:11 123:19 129:11, 22 133:4 141:6 148:4 151:3 175:15 178:19 180:21 183:25 197:10 199:18 201:15,24,25 206:21 207:18 213:19 217:3 231:4,12 232:9 233:9 237:21

K

**Kathleen** 5:16 11:21 20:7

**keep** 7:13 8:12, 13,16,18,23 114:6 125:13, 14 164:7

**keeping** 51:23 130:10

**Ken** 9:19 27:3

**Kentucky** 102:7

**kidney** 176:18, 21

**kids** 52:13 72:23 86:11, 12,21,23,25 89:2,5,13 200:3

**Kim** 68:17,20

**kind** 18:17 56:10 62:23 75:18 78:14 175:15 178:11 182:19 191:18 221:5

**King** 44:25 45:1

**Kirk** 5:12

**know** 7:11,24 9:7,18,24 10:3, 4 11:18 14:6 17:5 19:4,23 23:8 24:4,6,10, 13,14,15,17, 22,24 25:13,16 26:22 29:24 30:1,4,7,12,16, 17,25 31:17,24 32:2,15,17,22, 23 33:2,5 35:7, 11 37:8,11,16, 18,24 43:13,16 45:24 47:24 49:22 50:7 55:12,24 57:11,21,23 61:22 62:21 63:9,13 64:13 65:6,12,14,19 66:1,10,22,25 68:3 69:2,9 70:7,10,18 71:8,12 73:21 74:20 76:22 77:3 79:11 81:10 82:15 83:14 84:20 85:5 89:17 90:8,12,15,23 92:14 93:6,18, 21,23 94:19 97:21 100:19 101:21 103:14 107:16 108:7, 9,10 109:14,15 111:1 113:13, 17,18,19,23 114:10,12,22 116:22 117:4, 20 118:8 120:4,7,9,12 121:9,10 124:18,21 126:11,13,18 127:10,11,15 128:15,17 129:10,11,12, 21 130:5,11 133:10 139:2,3 140:8,17 141:24 144:2 147:23 148:9, 21 149:3 150:1 158:8 163:6 168:2 171:10 175:13 179:11 182:22 183:1, 14,15,25 184:19,20,23 188:17 190:17 191:13,14,15 194:16 195:13, 16,17 196:5 202:9,24 203:2 209:24,25 210:4,15 212:5,20 213:13 216:25 218:12 220:14 221:19 222:4,5 223:18 227:9 228:1 241:12

**knowing** 146:8

**knowledge** 241:20

**known** 16:14, 16,22 25:8,20 76:23 126:18 158:24 176:9 204:18 218:4 223:21

**Kyleena** 64:3, 10 65:25 66:12 195:9,10,14

L

**label** 98:1,13, 18 99:5,13,17 100:3,5,6 110:17 111:8 156:23 157:1 158:15,19 159:22 160:17, 19 165:21 166:14,25 167:6,12 170:1,13,15 172:8 175:8, 11,12,17,22,25 176:1 178:13, 14,17,18 179:1,15,17 187:14,15,17 188:12 227:1, 6,11,21,22 228:3,10,14, 18,23

**labeled** 238:18

**labeling** 158:16

**labels** 66:17 99:25 136:18, 20 157:22 175:20

**labor** 44:5,10 214:25

**lack** 58:19 204:4,17,21

**lactating** 74:2

**lactation** 90:8

**Lamacchia** 5:20 103:2

**language** 175:16,18 201:1,3

**laparoscopic** 50:3

**laparoscopy** 49:23 57:8 104:15

**LARC** 84:22 85:6,20 169:15,24 171:2,5 172:25 196:6

**large** 21:22 50:5 73:13 86:2 87:13 139:25 156:6 168:21 235:19

**larger** 108:6,9

**last** 12:6 23:9 31:1,2,25 74:21 90:14 103:4 104:24 105:2 111:23 145:20 191:7 207:4 213:25

**lastly** 82:11 194:6 207:17

**lasts** 194:10 197:12

**late** 110:2

**later** 35:6 169:17

**laundry** 183:24

**law** 44:14 83:13

**lawsuit** 124:17, 20

**lawyers** 18:14, 15 134:21 135:8,13 136:14

**lay** 140:16

**leader** 25:6

**leadership** 42:12

**leads** 152:18

**learners** 43:10, 20

**least** 18:19 54:4 55:20 57:4 69:10 78:23 158:21 165:6 199:24 209:21

**leave** 163:19, 20

**leaving** 164:12

**lecture** 43:14 44:11 115:22, 25 116:3,14 117:25 118:2,9

**lectures** 7:12 8:11 115:21

**lecturing** 44:8

**lecturn** 44:8

**left** 200:14

**legal** 24:13 99:22 108:8

**legalized** 169:23

**Leiden** 180:13

**length** 71:7 183:3 196:25

**lenovorgestrel** 147:17

**Leslie** 5:20

**less** 33:18 49:6 59:23 73:24 80:20 81:8 82:2,6 84:11 87:20,24 90:12 101:17 143:8 150:5,7 173:12,15 177:14 200:19 226:19,20

**let** 14:14 20:18 35:4 62:6 70:13 72:2 73:21 79:11 80:23,25 98:5 129:1 137:16 140:20 141:6 143:19 146:13 149:17 152:20 164:6 185:4 192:17

**let's** 19:23 34:6 40:1 56:5,12 67:17 84:18 90:18 91:20 121:2 167:4,5 168:11 177:9 197:17 198:10 203:20 214:17 216:21 217:4 218:12 227:24 231:10

**letting** 61:25 62:2

**level** 66:6 240:25

**levels** 147:8

**levonorgestrel** 5:6 21:6 62:10, 11,17 63:1,7 65:8,18 86:14 87:11 120:8, 21,22,23,25 121:1,9,19 169:11 170:21 171:24 177:18 183:13 189:24 196:16,18 197:2 205:9 212:21,24 213:5 220:16 221:9 223:5 234:10 235:4 242:15,19 243:8

**levonorgestrel-containing** 60:22 123:8 205:7

**liability** 5:8 108:1

**life** 130:19 144:17 200:4 224:8

**ligation** 56:25 162:25 163:2,4 190:12

**lighter** 138:18

**like** 8:16 18:14 21:4 23:9 30:13,20,21 32:9 33:18 36:17 37:14 38:7,15 43:12, 13 44:8,10,13, 14,15,21 45:21 46:15 47:12 48:8 49:10 50:2 51:10,15 54:25 57:2 59:19 61:8,11, 20,24 62:11,20 66:6,17,18 70:15,16 71:5 72:22 73:24 75:18 77:13,21 81:4,10 82:19 85:5,13 86:18 87:5 88:3 89:23 94:17 96:23 98:17 99:24 110:2, 23,25 111:5, 15,16 114:14 116:16 117:14 120:14 125:25 126:24,25 127:7,18 142:19,21 145:9,14 146:9 151:21,23 159:9 168:8 175:1,12 176:18 179:16 180:12,13,21 183:11 191:13 192:15 193:21 196:8 197:3,9 199:16 206:12, 13,24 207:5 208:2,12 210:2,17,19 212:17 215:24 217:8,24 218:6,13,15, 17,21 219:3 241:18

**likelihood** 40:6 57:12,16 83:2 140:1 156:15 163:8,9 165:20 177:14 208:8 218:4 219:16 230:15

**likely** 39:10 63:8 82:7 84:25 85:12,14 144:18 145:14 156:17 162:9 163:2,6,15 166:12 173:15, 16 185:15 199:13

**Liletta** 64:1,5, 10 65:25 66:12 195:13,21,22

**limitations** 204:15

**limited** 5:8 129:14 158:19 176:7

**line** 53:21

**lining** 224:5 225:10

**lip** 142:19

**list** 7:17 8:3 9:5 22:14 37:20 103:12,18 104:5 105:2 107:1 113:10 114:20 115:4, 15 120:13,14 131:24 132:25 133:11 136:8, 10 160:21 161:2 183:24 185:19 216:24 219:7

**listed** 7:11 24:8 26:1 39:22 91:17 95:4 109:19 110:9 126:5 132:19 134:3,18,23 135:14 136:18 138:8 159:18 160:7,18 166:18,21,24 167:12 175:13, 14,20,21,22, 24,25 178:24 179:1 184:24 187:13,19 188:1,7,14,15 218:18 222:19, 23

**listening** 34:15 35:3

**listing** 223:4 237:18

**lists** 166:16 170:2 172:9

**literally** 44:16

**literature** 13:14,19,22 14:15 15:2 20:13,16,20,24 21:2,15,17,20, 22 22:1,9,21 98:19 99:19 100:7 128:20 137:8 139:5 192:24 193:1, 13 222:2 228:4 240:10

**litigation** 9:13, 15,16,20,23 10:12,22 11:3 14:22,25 17:18 19:12,15,16,18 20:25 21:19,21 22:5 26:18,24 27:4,9,12,13, 21 28:4,8,13, 17,21,23 29:3, 5,9,12,18,24 30:3,9,21 31:13,15,16,19 80:2,5 101:22 106:15 107:24 108:16,20 125:17 129:8 131:17 132:6

**little** 46:14 49:5,6 60:12 74:18,24 88:2 93:4 173:22 176:9 199:24 207:18 233:16

**live** 118:12 231:12

**liver** 150:3

154:1 226:13, 14

**living** 191:9 199:5

**LNG** 64:11,21 120:19 121:2 152:21,22,25 173:5 196:13 210:8 211:3,8, 10,14,24 212:2,22 213:2,16,17,21 219:22 220:8, 23

**LNG-CONTAINING** 219:21

**LNG-IUS** 226:3, 4 231:19 234:13

**Lo-ovral** 79:4,6

**load** 8:18

**loaded** 64:25 65:8

**lodged** 178:6

**logistic** 235:17 237:5,12,17

**long** 11:23 19:21 20:8 52:25 71:13,14 77:8 93:16,20 112:17 113:5 121:16 128:7 138:23 148:21, 23 171:9,15 173:25 194:4 203:10

**long-acting** 169:12,14,16, 20

**long-determine** 73:25

**long-lasting** 71:15

**long-term** 39:11

**longer** 49:7 61:18 81:5 96:11 97:8 111:24 142:11 147:24 190:12 191:7

**longest** 75:14

**look** 19:24 29:22 30:4,16 85:5 100:7 111:8 115:4 120:9,13,15 122:16 136:2 147:10 148:12 187:15 206:9 207:12,14,18 208:25 210:10 216:15 222:9 227:21 228:3 238:4,5,13,21, 23 242:14

**looked** 15:3,13, 15 94:17 121:8,15 122:6,18 123:19,23 136:19 203:10 207:22 218:7 234:17 238:7

**looking** 22:12, 15 27:2 39:22 73:13 85:11 99:25 100:2 111:12 129:15 147:8 159:21 166:16 187:18

206:11 207:4, 11,17 208:19, 20 210:11,12 212:23 217:8 220:1 227:20 231:12 238:6 241:1,10

**looks** 116:16 117:14 159:9 179:16 206:12, 13,24 207:5 215:24 217:24 218:6,13,15,21 219:3

**loss** 74:1,4 181:19,25 184:2 187:3 189:17

**lost** 105:9 202:25

**lot** 25:22 49:6 51:7,21 60:23 73:14 74:20,22 83:19,23 86:13,16 88:24 89:2,5 98:17 122:21 123:19 127:5,14 128:17 141:3,8 146:11 180:5 183:1 190:23 201:17,18 212:5 224:2

**lots** 22:7 142:4 145:10 186:5 191:8 197:3 208:4 209:13

**Louis** 19:5

**love** 18:19,24 19:1 118:5

**Lovelace** 68:12

**low** 64:15,16 78:15,16 83:11 164:1 216:13

**low-dose** 64:11,13 78:19,23 79:8, 9,12

**lower** 46:14 64:20 65:3,7, 10,12,14,17, 19,21,24 66:11 86:1,3 89:10, 15 142:20 196:18,24

**lower-dose** 197:1

**lunch** 44:18 135:16

**M**

**M.D.** 5:5,23 212:12

**ma'am** 70:6 109:24 119:4 128:8 145:19 193:3 201:14 233:12

**made** 8:8 13:4, 6 14:6 20:19 36:17 117:21 154:1,14 167:23 171:6,8 178:3 203:13 220:11 229:18

**Maggio** 132:10

**main** 49:19 50:2

**maintenance** 241:7

**majority** 45:4,7 54:12 58:16 62:11 87:9 88:16,18 89:24 90:5 96:1 200:1

**make** 12:22 37:14 66:19 112:25 114:4 143:1,2,3,5,7 146:13 152:10 153:12 163:22 164:8,13 206:21 207:19 226:17 232:7

**makes** 117:21 150:7 156:20 226:19

**makeup** 100:19 101:11 151:1

**making** 8:19 44:6 52:22 165:17 209:11 218:3 241:1

**mal** 103:15,21 105:14 107:13

**male** 56:15 82:12,17

**malformation** 52:15

**malformations** 38:5 39:8,13 40:12 115:6

**malignancy** 225:1

**malpractice** 19:19 101:24 104:14 107:12

**manage** 58:21 86:15

**manageable** 61:10

**management** 61:23

**managing** 51:24 111:13 181:5

**manner** 81:7 185:5

**manufactured** 168:19

**many** 11:14,19 43:14 45:15 46:1 48:16 53:24 69:8,11 83:20 84:8 93:10 94:14,21 101:18 113:13, 17 130:10 144:21 193:20 215:2,3 216:1, 20 218:10,12 220:22

**March** 68:7 217:19

**Marie** 68:13,14, 15

**mark** 236:5

**marked** 6:17,20 7:20 8:25 9:3 26:14 36:6,9, 21,24 63:8 159:4,6 168:13,15 170:10,12 172:11,14 205:17 222:11, 13 236:11

**markedly** 77:1 163:9

**market** 66:19 79:17 92:15 93:21 110:1 111:12 130:15, 16,24 193:17 220:24

**marketed** 169:3,22 170:25

**marketing** 194:12,13,19 195:1

**married** 18:19 45:1

**marrow** 52:7

**Martin** 5:18

**Mason** 107:4

**mass** 16:11,12 124:23 239:17

**masses** 38:13 40:5 49:24 50:5 51:16

**match** 204:17 215:18,24

**matched** 207:7, 9,15 214:22 215:1 217:10, 11

**matching** 207:22,23,24 215:19

**materials** 7:5, 18,23 8:3 9:5 12:8,10,14,22 13:4,9,10,11 126:4 131:6,7 132:25 133:11 134:1,6,23 136:8,10

**math** 88:17 130:9 191:8

**matter** 5:6 115:13

**matters** 118:7 153:17

**may** 34:13,25 60:11 61:4 63:3 73:25 74:3,10 100:22 108:11 121:20 131:18 141:9 142:7,10 162:17 166:9 176:8 178:6 212:18 217:20 223:17 224:10 226:1 227:21 232:7,9 235:18

**maybe** 6:24 20:5 32:9 48:23 49:5 54:5 69:13 77:4 85:19,21 91:8 102:19 104:25 111:2 118:3,10 200:3 201:9 202:15, 18

**Mayo** 218:23

**MDL** 103:10,11 108:3

**MDS** 100:19

**mean** 9:15 18:24 20:15,17 22:11 23:24 24:3,4,6,11 33:17,18 34:20 35:2 37:11 39:5 44:9 49:4, 12 68:2 79:6

80:24 91:8 97:19 99:11 113:21 129:22 130:11 135:3, 7,8 140:19 149:11 157:20 181:15 183:9 193:5 200:23, 24 211:5 213:1,20 232:11 239:16 242:24

**meaning** 78:5 203:16 208:9

**meaningful** 129:25

**means** 16:4,7 24:14 57:4 126:14 129:10, 13 140:18 147:13 178:1 180:1 198:25 215:2 238:19

**measures** 209:13

**MEC** 15:15 229:4

**mechanism** 70:10 73:4,12

**mechanisms** 70:23

**med** 103:15,21 105:14 107:13 115:19 116:1

**mediated** 148:23

**medical** 10:6, 15 40:22,24 41:1,2,13,15 43:10,21 44:11,16 49:14 51:19 64:15, 17,18 72:23 76:11 88:5 89:19 95:14 97:7,22 98:19 99:12,18 101:24 106:1,6 108:23,24 110:4,12,16 112:25 114:7, 8,11,17,23 115:2,21,25 121:5 124:12 125:3 128:20 140:7,15 157:25 158:4 165:16 182:11 188:4,23 189:20,21 197:9 211:20 217:19 228:4 240:10 241:19, 21

**medically** 86:20 88:24 140:13 142:17

**medically-complex** 51:7

**medication** 75:7 78:7,18 80:16 141:10 142:4 153:9 157:3,7,15 169:19 183:11, 17,20,22 212:10,12,16, 20,21 213:7,10 230:16

**medication-free** 76:3

**medications** 52:8 58:21 76:1 123:8 140:7 141:12 143:6 148:9 167:3,5 176:19,20 212:13,14,18

**medicine** 43:8, 15,25 44:12,21 69:5,7 75:12 80:18 118:9 183:15 198:3

**meet** 11:14,23 19:21 208:6

**meeting** 11:17, 20 12:2,3,5,21 13:2 17:21,22, 25 19:21 20:1, 2,6,7,9 21:24 52:21 56:5 68:7 115:2

**meetings** 34:2 69:14

**Melinda** 5:11

**member** 41:18 112:15

**members** 55:1 69:17

**membership** 68:1

**men** 142:19

**menarcle** 197:8 198:25

**menopause** 118:13 191:4,9

**menorrhalgia** 189:10

**menses** 51:14 63:4 199:16

**menstrual** 51:17,25 52:5 58:18,20 60:23 61:4,14,20,23 63:8 88:7 97:4 138:15 147:15 152:9 187:8 188:2,3,5 189:5,8,13,17, 22 224:7,9

**menstrual-related** 199:9

**mentally** 56:9

**mention** 120:8 155:25 167:11 207:21 213:22 214:2 220:13, 20 227:12,24 228:13

**mentioned** 38:17 64:5 86:8 105:3 122:12 142:5 155:25 167:21, 25 168:9 171:23 183:12 212:3,24,25 213:6,16,17 214:2 219:17 220:19 229:13

**mentioning** 133:5

**mentor** 43:18

**menu** 55:10,15, 16,20 56:3 57:19 67:17 69:20 71:22 72:9 80:8 82:12 83:3 161:18,20

**Merck** 109:12, 18,23

**Meredeth** 68:12

**merit** 240:16, 20

**merits** 240:23 241:12

**met** 11:17,19 19:23,25 20:3, 12 24:19 25:3

**metabolism** 178:21

**method** 19:7 55:17 58:6,8, 14 59:7 61:16, 17,20 70:8,19 71:13,17 72:14,15,17 74:6,8 78:9,17 81:22 82:2,9, 21 84:9,12 85:20 88:7 90:2,14,16,18 91:7 93:5 149:7,9 150:24 156:8,15,18 166:4 176:17 190:15,18 192:11,14,18 194:24 228:8 230:21

**methodology** 230:17

**methods** 14:8 15:12 55:6,7,9 64:11,13 75:3, 4 76:5,15 78:10 81:9 83:23 84:22 88:20 97:1 119:12,15 122:20 123:13

152:8,17 180:19 182:5 196:6 209:14 216:22 226:12 238:5,6

**methotrexate** 105:19

**metrics** 189:11

**mic** 158:13

**Michigan** 40:19

**Micronor** 81:16, 23

**middle** 54:14

**might** 44:13 49:12,16 60:25 61:9,12 62:3 65:13 66:24 70:20 74:24 76:22 77:5 79:24 117:17, 22 121:11 122:12,14 125:22 132:4 139:23 146:7 148:10,13 149:18 153:12 154:24,25 167:11 168:5 173:22 183:5 188:22 191:7 192:8 215:16

**migraine** 140:4, 9,10,18 181:18,22,24, 25 182:6,12, 21,24 186:23 187:2

**migraines** 140:4,21 182:4,6,9,20 184:2

**migrainous** 141:4

**migrate** 154:22

**migrates** 155:2

**migration** 19:14 27:9,11 154:20

**milieu** 151:5

**milligrams** 74:16 196:16

**millimeters** 194:1

**million** 153:13, 17

**Mills** 34:17

**mind** 127:4 196:23 198:19, 23 212:13,15

**mineral** 73:20

**minimal** 19:19 101:15 149:5

**Minnesota** 218:23

**minor** 49:6

**minority** 54:10 90:5

**minutes** 46:23 83:4 115:11 135:16 174:2

**Mirena** 5:6 9:13,15,16,20 10:15 11:9 18:12,22,24 19:1,14,15 21:5,21,23,25 22:2 26:24 63:17,18 64:5, 21 65:4,24 66:11 87:7 92:20 93:11, 17,19,25 94:3, 6,10,13,14 95:10,19 96:20 98:15,17 99:6 101:21,22 103:11 107:23, 24 108:15,20 118:22,25 119:2,5 120:2, 8 138:13,14,19 139:22 140:3 141:7,13,17 142:3,13,15 143:25 144:4, 7,10,25 145:2, 13,23 146:2,4, 5,12,15,19 148:2,8,19 149:1 154:16, 19,21 155:1,10 156:3,5 159:13,14,22 160:17,19,21 161:2,7,11 162:12 163:8 164:15 165:10, 18 166:3,13, 15,18 167:2,5, 13,16 169:9, 11,24 171:15 173:8,13,14, 20,22 174:11 175:11,12,17, 22,25 176:25 177:12,17 178:13,14,18, 24 179:1,15 180:4,9,17,20, 23,25 181:2, 22,23 182:10, 15,23 183:4 184:3,5,11 186:22 190:3, 20 191:21,22, 24 193:6,24 194:7 195:18 196:7,14,19 197:7,11 202:20 205:9 219:22 221:12 223:11,13,14, 24 224:3 225:2,6,18 227:1,2,5,6 228:10,14,17, 18,23,25 229:3,6,19 230:1,2,12,25 233:18

**miscarriages** 49:25 50:1

**misreading** 217:3

**misspeak** 206:21

**misspeaking** 227:20

**misspoken** 65:13

**mistaken** 79:24

**misuse** 82:16

**modalities** 208:11

**model** 237:6, 12,17

**moment** 132:5 203:3 228:11, 16 229:6,11 233:9

**Monday** 52:17 53:5,7,10,25

**Mondays** 50:25 51:1 52:16 53:4,6,12,21 54:3

**money** 33:6 153:12

**monitored** 127:24 176:12

**monitoring** 130:23

**monogamous** 82:18

**monophasic** 78:19,24

**month** 23:9 48:10 50:10, 11,14 52:17 53:7 152:14 162:20

**monthly** 199:7

**months** 48:9,11 61:3,8 62:21 72:21 90:9 187:9,16 199:8

**mood** 74:11

**more** 9:16,17 12:5 20:2 44:22 46:15 49:5 51:15 65:15 66:24 74:10 78:8 82:6 85:12,14 86:1 87:5 88:3 107:2,17 112:2 113:21,23 128:3,20 129:15,25 142:18 143:4, 5,7,9 144:22 146:9 150:6 152:25 154:2 156:17 161:14

163:2,6 173:16,19,23 180:11 185:15, 21 186:10 193:17 198:20 199:24 202:16 215:18,19 218:15,16 221:3 223:14 232:12

**Moreover** 226:1

**morning** 6:3,4 19:25 44:3 46:10 48:18 51:3

**mornings** 46:3

**morphology** 147:19

**most** 13:11 14:8 21:22 39:25 54:3 55:17 58:2,5, 13,14 59:7 60:8,11 62:25 63:7 72:13 73:9,23 74:13 76:14 77:17,21 78:21 81:1,16 82:5,15 83:25 84:25 88:12 90:8 96:15 138:24 139:7 145:13 146:24 152:3 153:7 155:23 157:25 158:4 162:9 163:15,25 165:22 166:1, 2,6,12,17 174:19 190:9, 21 194:18 199:13 201:15 208:16,21 221:8 223:12 225:8 228:4 234:25 235:1

**mostly** 40:5 66:21 96:22 217:21

**mouth** 80:15

**move** 46:6 57:19 63:16 64:2 202:25

**moving** 51:14 142:21

**Moyé** 9:7 26:3

**Moyé's** 133:7, 10,17 137:23

**Mr** 5:18,19 6:2 7:16 8:1,6,9 26:8,12 27:17 28:1,10,19,24 29:7,14 31:4 34:5,16 35:10 91:19 92:2 98:23 128:8 129:1,3 131:10 135:17,19 136:1 145:19 173:25 174:3,9 203:20 204:1 205:24 206:1,4 231:13,15 232:8,14,22 233:7,10,12 236:7 237:15 239:22,24 241:24 242:2, 12 243:10,12

**Ms** 5:16,17,20 7:17,22 8:2,7 9:14 10:2,13 11:4 12:15,24 14:20 15:25 16:6,23 17:14, 24 18:5,16,23, 25 19:17 20:22 21:16 22:19 23:2 25:2,18 26:6,10,21 27:1,10,23 28:6,15 29:20 30:11,24 31:20 33:16,21,24 34:13,17,19,23 35:2,6,14 41:7 42:2,20 46:20 47:3 64:12,23 65:5,22 67:5 68:10 69:18 70:2,13 83:8 87:17 89:14 90:3 91:21 92:5,22 94:4, 23 95:2,12,24 98:2,8,14,16, 21 99:7,14 100:15,25 101:7,20 103:2 105:17 106:20 108:5,14 109:4,9 110:6 113:20 114:3 117:2 119:19 120:20 123:17 124:3,10,13,16 125:7,14 126:6,21 128:5,14,25 129:2,9,19 130:20 131:4, 8,14 132:3,13, 16 133:13 134:4,8,25 135:6,15,18,20 136:9 138:10 139:11,17 140:5 141:1,18 142:24 143:14, 19 144:1,16,19 145:3 146:21 148:4 149:2, 13,24 150:20 151:9,17 153:2 154:12 156:24 157:5,11,18 158:1,25 160:22 161:4 165:12,23 167:1,8 172:16 174:14 177:1 182:1,16 185:8 190:7 204:25 205:22,25 206:8 208:3,15 209:3,10,23 210:3,9 211:4 212:4 214:10, 18 215:6 216:12 218:11 219:1 220:9,25 221:14,24 222:21 225:14 228:21 229:20 230:3 231:1, 11,14,16,20 232:6,11,16 233:9,11,15 236:8,13 239:25 242:9, 20 243:11,16

**much** 31:24 44:11 46:21 86:1 89:10,18 92:20 102:14 128:20 138:17 144:22 146:9 154:6 161:13 173:9 177:14 180:21 181:15 185:15 191:23

**mucosa** 77:9

**mucus** 177:8, 14

**Mullerian** 38:4

**multidisciplinar y** 101:10

**multifactorial** 145:11

**multiple** 237:5, 12,17

**multiply** 153:21

**muscular** 178:7

**must** 83:6 193:17 195:6

**myometrial** 155:2

**myometrium** 178:4,5,7

**myself** 11:21 81:1

## N

**N-E-X-P-L-A-N-O-N** 59:2

**name** 5:11 6:5 9:8 10:9,20 44:25 78:21 79:17,22,25 81:16 109:4 112:4,6 194:24 205:14,15 207:5,17 213:25 214:1 236:15

**names** 66:3,20 69:6 120:11 216:5

**national** 84:21 87:9

**nationally** 87:10 88:12

**Nationwide** 42:11 43:3,4 47:19 50:18, 20,24,25 51:8

**natural** 90:24 91:5,11 151:2, 5 190:18

**nature** 103:21 107:10 112:13 129:21

**nausea** 77:22

**necessarily** 131:5 141:15 144:4,14 167:25 168:4 177:17 185:25 198:7 211:13 213:1,20

**necessary** 8:7 208:1,5 209:25 210:5

**need** 53:16 57:21 62:4 76:21 77:16 86:7,23 90:22 91:19 127:24 128:19 129:13 147:11 162:19 163:6 164:2 178:24,25 190:13 196:23 197:3 208:10 209:8,20 224:24 229:10 232:10,14 238:4

**needed** 158:9 159:13 230:8

**needing** 241:20

**needs** 94:13 181:13 186:10 229:17,24

**Neff** 11:7 13:1 14:24

**negative** 72:18 147:6 233:24

**negatively** 74:12

**neoplasm** 40:7

**Neuro-ophthalmology** 222:17

**neurologic** 179:7

**neurologist** 13:18 14:4,7 185:17,23 186:4,8

**neurologists** 184:20 186:6

**never** 24:19 35:15,19 54:15 67:11 89:16 94:16 95:18 106:7 108:19 110:9 111:5 181:5 186:11 193:23 197:1, 6,10 202:22 227:25 228:6

**new** 6:9 8:19 20:13,15 52:4 66:18 130:15 144:7 146:23 149:4 186:19 195:7

**newer** 221:4

**Nexplanon** 58:25 59:2 85:8,23,25 86:2 196:7

**next** 27:25 28:18 29:6,13 59:4,7 71:22 72:9,13 75:1,5 77:9 80:13 104:1 136:21 175:19 181:18 184:8 191:2 207:11 213:8,9

**nine** 230:7

**noise** 127:6,14

**nomenclature** 64:18

**non** 191:17

**non-** 90:21

**non-contraceptive** 61:19,21 62:2 75:9 78:4 97:19,25 98:12 99:4 223:23 224:2,6,12,14 225:2,9,18

**non-hormonal** 190:1,9,15 192:14

**non-ihh** 217:22

**non-levonorgestrel** 223:6

**non-medical** 96:23 97:16,18

**non-use** 82:16

**none** 109:20 206:6

**nor** 118:14 184:18 186:12

**Norethindrone** 221:2,10 235:5

**norgestinate** 78:25 221:7

**Norgestrel** 221:2,10 235:5

**norm** 46:25

**normal** 122:21 189:6

**Norplant** 21:6 168:17,19,25 169:1,2,5,9,10, 12,15,18,22 170:5,18,21, 23,24 179:17 203:5,9,13,15 227:22,24 228:2,5,7,8

**note** 148:4 186:9 214:6

**noted** 16:4 22:22 166:15 212:11

**notes** 7:24 36:17

**nothing** 10:14 22:18,20 189:16

**notice** 7:1,4

**noticed** 131:11

**noticing** 74:22

**noting** 211:18 212:12

**November** 31:2,14,25 117:12

**now** 19:10 34:8,11 39:24 40:16 41:23 42:1 57:11,15 59:6 64:2,6 69:6 79:18 91:22,25 132:5 133:1,3 135:21,24 169:2 171:8 174:4,7 189:13 203:21,24 207:4 223:1 225:6 232:20 235:11 243:14

**nulligravida** 193:20,24 197:10

**number** 5:4 50:17 90:12 102:24,25 103:3 130:9 170:2 172:6 175:23 176:2 177:21 178:15, 16,17,19,20 189:17 216:2, 11,24,25 217:2,12 218:16,18,25 219:3,5,7 235:19 237:9 239:2,3

**numbers** 35:15, 18,19 54:15 87:14 89:16 228:6

**numerical** 218:9

**numerous** 56:13 183:16

**nurse** 72:25

**nursing** 72:23 80:23 81:2

**Nuvaring** 79:23,24 80:5

**O**

**OB-GYN** 9:24 41:8,10,18 42:4 44:15 98:9 100:10 111:19 112:12 194:20 222:2 240:18,19 241:4

**OB-GYN's** 102:14

**obese** 201:24 202:7,16,17,18 224:17 238:20

**obesity** 76:24 202:9 207:23 238:16,18 239:1,3

**Object** 239:22, 24 241:24

**objection** 9:14 10:2,13 11:4 12:15,24 14:20 15:25 16:6,23 17:14,24 18:5, 16,23 19:17 20:22 21:16 22:19 23:2 25:2,18 26:6, 21 27:1,10,23 28:6,15 29:20 30:11,24 31:20 33:16,21 35:14 41:7 42:2,20 46:20 47:3 64:12,23 65:5, 22 67:5 68:10 69:18 70:2 83:8 87:17 89:14 90:3 92:5,22 94:4, 23 95:2,12,24 98:2,8,14,16, 21 99:7,14 100:15,25 101:7,20 105:17 106:20 108:5,14 109:9 110:6 113:20 114:3 117:2 119:19 120:20 123:17 124:3, 10,13,16 125:7 126:6,21 128:5,14,25 129:9,19 130:20 131:4, 14 132:3,13,16 133:13 134:4, 8,25 135:6 136:9 138:10 139:11,17 140:5 141:1,18 142:24 143:14 144:1,16,19 145:3 146:21 149:2,13,24 150:20 151:9, 17 153:2 154:12 156:24 157:5,11,18 158:1,25 160:22 161:4 165:12,23 167:1,8 172:16 174:14 177:1 182:1,16 185:8 190:7 204:25 206:8 208:3,15 209:3,10,23 210:3,9 211:4 212:4 214:10, 18 215:6 216:12 218:11 219:1 220:9,25 221:14,24 222:21 225:14 228:21 229:20 230:3 231:1,20 237:15,21 242:2,20

**observed** 188:1

**obstetrical** 53:3

**obstetrics** 17:19 42:5,11 50:21 221:19

**obtain** 165:16 217:15 218:2

**obtained** 218:3

**obtaining** 161:6 167:18

**obviously** 232:12

**occur** 146:2

**occurred** 10:16 17:21 20:9

**occurrence** 240:10

**OCPS** 151:24

**October** 103:13

**odd** 230:5

**odds** 204:9 209:16 232:1, 2,5 239:5,7

**off** 7:21 11:16, 18,24 30:15 32:2,17,19,22 34:8 46:21 65:6 66:7,12 68:12 69:9,19 88:17 91:22 93:9 99:13 101:25 113:23 135:20,21 174:4 182:8 184:22 203:21 232:17 243:14

**offer** 55:8 188:24 226:7

**offering** 236:14

**offers** 177:4,6

**office** 13:17 45:20 47:4,7, 10 54:2 71:21 72:21 73:1 163:20 194:23 195:17,18,20, 25 196:2,4,6, 11

**office-based** 47:25 58:9 59:9

**official** 6:13

**often** 46:18 48:6 71:9 74:15 94:3 113:3 187:7,11

**oftentimes** 25:11,13 48:20 55:22 57:15 61:1 70:9,22 71:1 74:9 97:12,15,20 138:16,17 139:2 142:9 162:21 192:12 196:2 198:16, 19 224:23

**oh** 18:12 22:11 33:17 35:2 49:9 84:5 91:8 103:3 109:25 129:2 204:14 217:7

**Ohio** 5:10 6:10, 12,14 40:23 41:17,18,20 42:4 47:23 48:10 50:13, 14,16 103:13 104:2 107:4,8 197:21 199:20, 23 200:11,12, 17 201:23 202:14

**oily** 154:17,18, 19

**okay** 6:15 7:8, 16 8:6,14,21 9:2,9,18,22,25 10:5,22,25 11:7,10,14,20 12:3,12 13:3, 10,13,25 14:10 15:10,19 16:3, 14 17:4,21 18:3,11,18 20:13,18 21:1, 7,9,14 22:9,13, 25 23:6,11,17, 21 24:22 26:4, 12 27:2,5,8,13 28:9 29:25 30:8 31:4,17, 24 32:6,10,13 34:2,7,19 35:4, 16,20,25 36:13,19 37:3, 13 38:1,23

39:2,19,22 40:4,9,15 41:3, 11,20 42:18 43:1,6,22 45:15 47:5,9 48:3,15 49:8 50:9,17,20 53:5,10 54:6, 19 55:4 56:2 58:23 59:3 60:19 62:18 64:8 65:3,11, 16,21 66:9 67:2,22 68:8, 11 69:15,20,22 71:22 72:4,11 75:1 78:10 79:15,21 80:7 82:4 84:3,20 85:10,16,24 87:3,14,25 88:8 89:11,25 90:25 91:12,19 93:10,16 94:9, 14,21 95:7,15 97:10,24 99:11 100:5,22 101:5,13,16 102:11,20 103:3,7,10,17, 23 104:1,10, 12,17 105:1, 10,13,25 106:4,8 107:3, 11,13,18 108:11,17 109:2,22 110:11,24 111:4,6,9,21 112:8,13,16,20 113:10,13,15, 19,25 115:10, 16,18 117:13, 24 118:16 119:1,23 120:10,13,17 121:3,7,13 123:10 124:6, 22 125:12 126:15,19 128:4,23 130:1 131:9,22 132:9,12 133:3,10,17,25 134:6,12,14, 17,22 135:3 136:6,12,15, 16,21 137:2,16 138:22 139:21 140:4 141:6, 14,20,25 142:23 143:13, 24 145:1,16 146:13 148:24 152:20 153:4 154:8,20 155:4 156:2,9,22 157:16 158:6, 21 159:11,15, 17 160:7,15,20 161:15 162:1, 11 163:11 164:9,21 165:9 166:14,20 167:7,13 169:5,8,12 171:2,6,21,25 172:2,13,20,25 173:7,18,25 174:3,23 175:6,19 176:2,24 177:21 178:8, 19 179:14,16, 19,25 180:3,25 181:12,18 182:4,13,23 184:8,13 185:2,4 186:1, 14 188:13,17 189:5 190:3 191:20 192:1 194:25 195:5, 9,11,21 196:20 197:13 198:6, 12,18 199:1, 15,22 200:6,9, 15 201:5,12,15 202:6 204:19 205:3,10 206:5 207:3,10,25 209:19 210:6, 23 211:25 212:22 213:8, 16 214:8,19 215:11 216:7, 18 217:4,7,15, 23,24 218:10, 20,25 219:9 220:1,3,6,22 221:11 223:8 225:11 226:22 227:22,23 228:18 229:8 231:8,16,17 232:3,11,16 233:7,9 235:6, 8,10,16 236:24 238:1,12,14,22 239:15 243:3

**old** 73:24 189:10 191:3

**older** 54:17 199:23 200:17, 20

**omitting** 129:20

**once** 8:17 20:19 124:17 127:15 152:14

**one** 5:7 7:11, 20,25 8:4 10:7 11:17 18:19 19:7 20:2 25:20 27:25 31:2 39:16,20, 25 40:10 45:23 48:8,9,12,13 50:9,11,14 52:16 53:6 54:4 56:14,15 64:3,6 65:16 73:12 74:10 75:8,13,15,18 79:11 80:19 81:15,19 91:16 93:22 94:25 95:4 102:6 103:18 104:1 105:18,21 106:21,25 108:7 109:23 111:9 112:2 114:24 115:14 121:2 146:8 158:9 163:18 165:6 167:21 175:19 181:18 184:8,23 186:3,16 190:10,13,24 191:2 194:18 206:10,11 207:11 209:21 210:24 213:8, 9,25 214:22,24 224:5,11 228:23 230:14 235:10 236:8 237:18 238:18 242:13

**ones** 69:15 114:25 115:1, 5,9 135:4 138:25 241:12

**ongoing** 43:11 44:22 130:21, 22

**Online** 118:12

**only** 8:4 16:3 19:18 21:18 31:22 62:3 72:15 75:18 79:16,19 99:23 100:1,3 102:20 106:13,21 107:7 109:10 123:24 124:5 125:19 127:22 131:16 135:4 136:7 139:23, 24 145:8 160:20,21 191:14 192:3,8 194:10 203:16 215:18 224:20

**onset** 144:7 146:23

**onto** 37:12 146:11

**oophorectomy** 40:6

**operate** 45:11 49:3,18 50:12, 13

**operating** 45:11 52:17 53:7

**ophthalmologist** 233:6

**ophthalmology** 233:3,4,5

**opinion** 24:25 106:14 108:17, 21 125:23 132:19 145:1, 4,22 176:24 196:21,22

207:25 230:18, 22

**opinions** 10:12 12:7 18:1,2 22:17 23:22,23 24:1,5,8 42:18, 24 108:4 125:16,18,19, 23 129:8,18 130:3 131:3 133:18 134:2 137:3 138:7 219:10

**opioid** 102:16 111:13

**opioids** 102:8, 15

**opt** 83:9,12

**opted** 194:7

**option** 55:21, 25 56:14

**options** 15:18 51:20 55:13 56:14,19 57:7 69:21 71:25 72:10 75:16 121:5

**oral** 117:16 122:10,11 204:24 205:1,7 210:8 212:6,8, 24 213:1,5,20 214:2,3,4,5,7 215:5,9 219:21 220:20,22 226:2 234:17 236:19

**order** 138:6 188:2 209:7,19

**organ** 176:18, 23

**organic** 191:15

**Organon** 117:17,20

**original** 134:7 145:17

**Ortho** 79:17 80:1 100:6,8 194:20

**Ortho-cyclen** 78:21

**Ortho-mcneil** 116:16

**OSU** 47:20,23 54:22 87:3,4 88:21 89:21

**other** 15:7 19:15,18 21:20 22:25 24:22,23 26:4 30:14 32:24 40:9 41:8 45:12 57:19 60:5,13 61:21 63:18,21 64:3,6 69:15, 16 75:16 79:1, 11 81:9 83:23 85:24,25 92:14 93:13 94:12 96:3,5,18,21 100:12 101:21 105:21 106:18, 21 107:7 109:17,20 125:19 134:6 138:19 147:22 148:9,10,12,24 156:6 158:10 161:23 173:5 180:11 181:17, 19 190:24 203:1 212:17 216:5 220:22

**others** 21:7 39:2 40:15 41:11 59:3 63:21 81:18 107:18 121:13 137:16 138:22

**otherwise** 45:7, 13

**our** 43:11,25 44:12 48:20 51:4 54:10,14, 16,21 55:1,18 57:19 63:25 66:15 68:7,9, 12 69:3,14 85:25 91:13,14 98:5 109:16 143:2,3 195:12,13,17, 18,20,25 198:3 226:18 229:1 234:12

**out** 11:7 30:16 38:12,13 52:6 53:17 56:1 57:18 66:16,19 75:24 79:23 86:7 94:13 114:25 124:6 147:6,11 169:15 171:11 178:5 191:2,16 194:20 206:25 215:1 216:24 230:7

**outcome** 57:17 158:24 230:9, 16 237:6

**outcomes** 39:12 53:3

**outline** 184:25

**outs** 241:17

**outside** 7:25 21:20 154:24, 25

**outweighs** 76:18

**ovarian** 40:7 57:13 62:1 78:5 139:6,7,9, 12,15 160:12 164:24 165:3 168:1 228:13

**ovaries** 143:3 165:5,6 226:18

**ovary** 147:10, 19

**over** 7:10,14,17 8:17 13:11 19:8 21:11 44:4,17 55:10, 12,14 74:1 76:25 77:20 79:11 85:13,15 87:11 112:18, 22 158:9 161:17,20 162:5 178:12 186:16 187:24 200:4,13 202:9 219:14 231:9

**over-the-counter** 112:11,24 122:10

**overall** 85:20 154:5,6

**overnight** 44:5

**overrides** 150:25 152:5

**overriding** 151:4

**overweight** 201:22,24,25 202:2,15,17,18

**ovulation** 73:4 75:9 150:25 151:19,25 152:6,19

**ovulatory** 61:3

**own** 13:13 23:15 24:5 50:15 119:7 197:21

**P**

**p.m.** 243:20

**pack** 80:16

**pads** 189:17

**page** 27:5 28:18 29:13 31:1 103:4 115:23,25 116:1,3,5,6,8, 10,13,15 117:3,7 118:1, 2,4,6,9 131:6,7 134:13,14 136:3,15,21 137:7 171:12 187:5,6 204:2, 3,11,12,15 205:3,4 219:25 223:8,10 225:24,25 226:22 231:21 234:3 235:12 236:23 238:23

**pages** 135:4

**paid** 114:18

**pain** 38:25 86:21 96:22 116:13 121:15, 17,20 122:1,2, 8,14,17 123:5, 9 138:20 187:23

**Paley** 5:16 7:17,22 8:2,7 9:14 10:2,13 11:4 12:15,24 14:20 15:25 16:6,23 17:14, 24 18:5,16,23, 25 19:17 20:22 21:16 22:19 23:2 25:2,18 26:6,10,21 27:1,10,23 28:6,15 29:20 30:11,24 31:20 33:16,21,24 34:13,17,19,23 35:2,6,14 41:7 42:2,20 46:20 47:3 64:12,23 65:5,22 67:5 68:10 69:18 70:2,13 83:8 87:17 89:14 90:3 91:21 92:5,22 94:4, 23 95:2,12,24 98:2,8,14,16, 21 99:7,14 100:15,25 101:7,20 105:17 106:20 108:5,14 109:9 110:6 113:20 114:3 117:2 119:19 120:20 123:17 124:3, 10,13,16 125:7,14 126:6,21 128:5,14,25 129:2,9,19 130:20 131:4, 8,14 132:3,13, 16 133:13 134:4,8,25 135:6,15,18,20 136:9 138:10 139:11,17 140:5 141:1,18 142:24 143:14, 19 144:1,16,19 145:3 146:21 148:4 149:2, 13,24 150:20 151:9,17 153:2 154:12 156:24 157:5,11,18 158:1,25 160:22 161:4 165:12,23 167:1,8 172:16 174:14 177:1 182:1,16 185:8 190:7 204:25 205:22,25 206:8 208:3,15 209:3,10,23 210:3,9 211:4 212:4 214:10, 18 215:6 216:12 218:11 219:1 220:9,25 221:14,24 222:21 225:14 228:21 229:20 230:3 231:1, 11,14,16,20 232:6,11,16 233:9,11,15 236:8,13 239:25 242:9, 20 243:11,16

**palsy** 197:9

**paper** 28:11

**papers** 240:7

**Paragard** 63:12 92:13,18 93:15 94:1 172:19, 20,22 173:7,12 174:11 187:14, 15 188:19,22, 24 189:2 190:4 191:21 192:2, 11,25 193:8,9 196:7 227:13, 15,19,21

**paragraph** 234:6 235:13, 16 236:25 237:2

**parallel** 208:17

**paralyzed** 127:10

**parenting** 118:15 197:21

**parity** 214:23 215:2

**part** 7:4 22:2,6 26:10,25 30:14,21 108:6,9 109:14 118:24 119:14 120:14 123:21 165:1,7 178:6 203:9,13 210:20 211:17 212:15 215:17 219:23 225:5, 19 240:21

**partial** 177:25 178:9 235:16

**participants** 218:10,13

**participated** 109:21

**particular** 10:15 107:21 116:23 212:7 214:4,5

**particularly** 61:3 62:20 70:10 71:10 73:23 74:19 97:4 148:19 187:8 193:16 203:12 208:10 236:21

**partner** 56:16 232:10

**partners** 190:11,13

**parts** 30:15

**past** 103:8

**patch** 75:17 77:4 79:15,16, 19 86:19,22 111:7 151:24

**patient** 10:8 13:16,23,25 14:2,5,7,11,12 15:16 21:18 42:13 44:2 45:5,14 46:22 49:14,15 50:15 53:14,15,18 54:8,16 55:8, 25 56:6 57:13 62:24 66:21 71:4 76:20 79:9 85:22 86:20 87:1 88:23 93:2,7,8 94:5,9 95:10, 18 105:18,21 108:12,13,15, 18,20 129:24 144:4,6,11,14, 23 146:14,16 147:2,7,23 149:3,15 157:8,15,23 166:18 168:3, 4,6 179:5,11 181:22 182:8, 24 183:7 184:1,15,18 186:8,16 189:15,19,25 190:3 192:3,8 194:14 196:1 197:1,13 198:4,8,20,21, 24 199:4,10 200:7 206:16 208:18 212:19 215:14 229:6,9 238:7

**patient's** 215:24

**patients** 39:8 42:9 44:3 45:3, 8,13,14,15,20, 25 46:2,9,10, 12,18,25 47:7, 9,11,14,15,16, 17,24 48:2,16, 19,20,22,23 49:1,11 50:18, 24 51:2,3,4,7, 18 53:10,11,24 54:5,9,10,18, 19,24 55:2,11 56:4 57:2,25 60:6,13,15,20, 24 61:13,15 62:11 67:19 69:23 70:12,

15,22 71:12 72:22 73:11 74:3,10,13,18, 22 77:7,10,12, 14,16,17,18,23 78:22 79:10 80:22 81:2 82:13,18 83:9, 11,21 84:7 86:4,6 88:4,15, 18 89:24 90:1 91:1,9 93:3 96:8,10,13,22 97:5,10,12,16, 24 98:11 99:1, 9 102:15 109:17 125:5 127:2,8,9 128:22 129:21 138:16,20,25 139:2,3 141:8 142:6,7,9 145:4 149:5 150:1 155:20, 21 157:20,21 160:21,24 161:1,21 162:3,11,14, 16,21 163:13, 24 165:2,3,14, 18 166:2,24 167:10 170:6 174:16 176:15, 17 178:21 180:3,5,10,17, 20 181:3,23 182:5,12,13 183:16,17,23 184:9 185:23 186:3,5,14,19, 21 187:7 190:8,16,20, 22,23 191:11, 20,23 192:12 193:16,18 194:22 195:7 197:14 199:17 200:2,3,21 201:10,22 202:4,7,20,23, 25 203:3 206:12,14 207:2,20 208:19,20,22 210:13 213:14 214:6 216:22, 23 217:13,22 220:11 223:13 224:7,9,17,23 226:1 227:7, 14,25 228:7, 15,19,24 235:21 236:3 238:16,19,20 242:22

**patients'** 238:3, 9

**pattern** 58:18, 20 102:16 139:1

**pay** 76:21

**PCOS** 139:15, 18,19 146:9 147:1,5,7,11, 21 224:23

**PCT** 15:3

**PCTC** 53:21

**pediatric** 38:9, 10,18 39:21 40:8 51:9 52:18,19 54:11 68:15,18 117:25 197:14, 16,23,25 198:6,13,20 199:13,17 202:10 240:14 241:6,9

**pediatrician** 89:8

**pediatricians** 198:7

**peer-reviewed** 221:12,19,21 222:5,15,18

**pelvic** 38:25 50:5 52:12,19 53:8 116:13 121:15,17,20 122:8,14,17 123:5,9 160:4 163:12,23 164:22 175:23, 24,25 177:11, 15

**pending** 35:21 37:22,24 38:23

**people** 25:8,23, 24 43:18 61:1 66:19 69:2,3,5, 8,11,13 77:4 84:8,25 85:17 101:2 111:8 114:5 143:8 148:7 153:16 180:12 181:7, 12 188:9 197:3 216:1,2,11 241:13

**per** 32:25 44:9 45:24 53:10 183:7 207:23

**perceive** 48:1 141:9 183:19 192:8

**perceived** 79:10 138:19 139:23 183:2,8 191:24

**percent** 33:18 58:17,18 59:24 84:11 85:21,22 86:3 87:1,6,15, 20,24 88:3 89:20,23 90:13 91:9,12 101:17 153:13,14,16 199:24 200:3, 12,13,14,15, 16,17,19,20 201:9 202:4 223:5,6

**percentage** 33:12 43:7,22 45:2 83:9,11 84:3,13 85:16 86:6 87:7,15, 21 88:14 89:11 90:1 95:20 99:21 101:13 197:14 199:16 200:7,21 201:22 202:6, 20

**percentile** 202:11,12

**percentiles** 202:11

**perception** 96:16 127:1 192:16

**perfectly** 229:17,25 232:15

**perforation** 9:20,23 10:8, 16 27:4,12,13, 20 28:7,17,23 29:4,12,22,23 30:3,9 59:23 60:9 96:7,10 101:22 103:11 108:3 154:23 155:4,6,7,12, 22 160:11 161:8,22 162:7 166:7,17 167:24 174:19 177:25 178:10, 12

**perform** 30:8 47:18 95:22,25

**performed** 32:24 104:14 235:17,20

**performing** 32:14 48:8

**perhaps** 131:15

**perineoplasty** 40:11

**period** 35:12 54:13 60:25 61:7 74:23 76:6 113:19 152:14 189:7 191:7 198:25 199:6 217:20 235:1,3

**periods** 58:19 61:10 63:2,9 71:11 73:10 82:6 138:17 162:17 189:20

**peripheral** 147:18

**persistent** 185:22 186:10

**person** 10:18 24:19 53:17 68:25 69:1,7

111:5 211:20

**personal** 18:17 33:22 76:23 87:10

**personally** 25:3 33:7,8 55:5 85:18 193:14

**perspective** 226:25

**pertain** 107:20

**Pfeiffer's** 19:4

**Ph.ds** 100:20

**pharmaceutical** 99:12 109:8,11 110:12,15 114:8 116:18, 20 124:7,11 130:14

**pharmaceuticals** 130:13

**pharmacologist** 101:6

**pharmacology** 233:1,2

**Phelps** 69:3

**phenomenal** 19:2

**Phil** 9:6 23:5 25:19 26:2

**Phillip** 34:17 35:1

**phone** 13:1,7 19:24 34:15

**phrase** 151:10 169:21 189:8,9

**phrased** 143:15

**physical** 55:12 185:12

**physically** 44:7 56:9 195:16, 19,25 196:4,10

**physician** 43:19 102:8, 10,11 104:14, 21 107:10 127:23 128:1 140:16 150:21, 22 156:25 157:23 158:8, 18 167:9 212:1,11 240:9

**physicians** 57:24 99:16,19 127:2 140:12 157:2,13,21 203:2 241:16

**physiologic** 117:11 198:23

**physiologically** 183:21 192:21

**physiology** 143:21

**pick** 85:13

**piece** 7:25

**pill** 75:15,16 77:3 78:14,20, 24 79:9,11,12 80:16,18,19 81:3,6,13,14 86:22 88:20 148:8 153:25 214:4,6

**pills** 14:3 64:16 77:23 78:11,13 79:1,3,8 80:14, 15,17,21,22, 24,25 81:6,9 86:19 89:25 90:10,11 122:10 147:24 150:5 151:22 205:1 210:14, 18,21 213:11, 14,15,19,23 214:2,3,7 215:9 220:16, 19 237:8

**place** 58:8 59:10,12,13,19 77:8 96:17 147:17 155:17 163:1 164:7,9, 11 177:10,12, 19 202:24 203:3

**placebo** 76:3 80:17 183:25

**placebos** 183:16,23

**placed** 71:21 93:11 139:13 193:15

**placement** 59:11,15

**placenta** 59:14

**placing** 49:12, 13 178:2

**plaintiff** 23:14 101:24 105:11 106:14 204:8

**plaintiff's** 106:7,8

**plaintiffs** 5:18, 19,21 103:23

**plaintiffs'** 24:15 33:19 34:3 137:8

**Plan** 82:24 121:25

**planned** 37:21

**planning** 25:5, 7,22,24 90:24 91:6,11 190:19

**plans** 44:6

**plastic** 75:22

**play** 158:13

**please** 5:13 6:6 70:13 98:24 132:23 137:12 143:19 145:19 158:12 160:25 234:1 235:6,12 236:23,25 238:5,13,21,23

**plugged** 15:14 237:18,19

**Plunkett's** 137:25

**plural** 111:6

**plus** 75:5 151:4 152:2 238:18

**point** 15:8 57:7 92:11 93:24 109:12 161:15

**points** 230:7

**polycystic** 139:15

**polyps** 49:17

**population** 83:24 84:15,16 86:2,20 87:2 88:23 89:9 197:13,24 198:4,8 200:7 202:10 208:6, 7,14,18,24,25 209:1 214:9, 11,12,15 217:25 218:8, 15,17 219:6 223:6,7

**population-based** 218:22

**portion** 42:10

**position** 41:25 42:7 43:2

**positive** 164:6

**possession** 7:15

**possibility** 146:7 149:18

**possible** 142:14 144:15, 17 148:24 208:22 209:12 223:13

**post** 197:8

**post-menarcle** 193:21 200:2

**post-placental** 59:11

**post-pubertal** 197:8

**postmenopausal** 49:16

**potential** 73:7 155:15 216:3

**potentially** 116:17,19 117:15 148:25

**poured** 127:8, 20

**power** 217:10 237:4

**practical** 226:24

**practice** 45:17, 19,25 46:2,25 47:1 50:15 55:5,8 83:18, 19 84:16 87:23 89:9,16 93:6 102:14,16 124:22,24 166:23 179:3 193:14 198:10 200:12

**practiced** 5:7

**practicing** 127:1,4,12,23 158:8,18 241:16

**pre-cancer** 224:22

**pre-menarcle** 54:12 200:5,14

**pre-procedural** 165:7

**precaution** 157:10,12 178:24

**precautions** 158:10 159:16 160:19 166:20, 22 167:17 172:6,9 179:22

**Precocious** 118:2

**predict** 39:10

**predictable** 78:8 82:6

**predictive** 237:4

**predominantly** 90:6

**preeclampsia** 105:23

**prefer** 79:10

**pregnancies** 49:24 82:15

**pregnancy** 19:5 51:24 56:8 59:16 72:18 74:2 82:3 83:2 94:11 95:1,4,5, 8 96:9 105:19 116:7,11 117:11 156:9, 11,13,16,17, 19,20 159:18, 25 162:15,16, 19,22 163:2,7 164:16,17 167:18,19 173:8,10,13, 17,19 175:11, 15,18,19,21 176:13 210:18 215:10

**pregnant** 58:10 59:21 71:16 73:6 95:6,10, 19 96:6 156:21 162:18,25 163:1,3,5,10 173:12,15,16 206:13 210:13, 20,22 214:24 215:3,7,8

**preoperative** 38:3

**preoperatively** 39:9 52:23

**preparation** 126:5

**prepare** 17:22 18:3 20:14 136:14

**prepared** 136:8,10,12

**preparing** 18:8 21:19 26:5 126:20 128:13 129:7 219:10

**prescribed** 89:7 213:24

**prescribing** 48:4 102:8 151:13 157:8 159:10 168:3 170:16 172:18

**presence** 226:25

**present** 11:20 20:6 55:15 56:3 111:14

**presentation** 114:4 115:6 118:12 119:1,3

**presentations** 43:18 44:18 112:25 113:7, 11 114:2,20,21

**presented** 39:16 114:1,7 118:13,17 119:9 144:11 146:23 147:3 206:6

**presenting** 57:22

**preservation** 52:1,8

**preserve** 52:9

**pressure** 16:11 237:9

**pretty** 64:1 173:9,21

**prevalence** 216:13,16 218:5 222:19, 22 223:1,2,3,4

**prevent** 224:25

**preventing** 51:24 173:8, 10,19

**prevents** 156:20

**previous** 99:16

**previously** 14:10

**primarily** 18:9 34:1 88:20 146:4 224:3

**primary** 52:24 53:22 86:16 89:8 90:16,18 96:24 97:3,11, 12,20 196:24

**print** 38:12 39:4 194:14

**prior** 13:15 14:18,21,23 21:9,11 23:11, 14 24:16 104:9 112:17 131:2 164:2,14 165:10 210:18

**private** 77:6

**probably** 19:7,9 40:1 46:14,15 54:13,15 77:20 81:22 85:4,19 86:9,25 87:5 88:2,4 110:2 111:24 139:7 144:20 149:8 166:6 190:9,21 193:19 194:18 200:19 202:16 208:5 235:10

**problem** 97:22 199:9

**problems** 88:5 146:12 197:9

**procedure** 57:3,5,9,10 58:9 59:9 166:5,10,11

**procedures** 46:13 49:5,6,8, 9,21 52:8 57:15

**proceed** 5:15

**process** 11:15 16:8,9 38:22 225:19 241:7,8

**processes** 148:22

**produce** 150:6 226:14

**product** 19:2 66:17 94:11 95:21 96:2,4,9 107:25 112:4 116:23 124:8 136:17,19 150:16,18 151:13,14 153:1 157:21

158:5,6,18 159:11 161:13 162:12 165:11, 22,24 166:15, 25 168:23,25 169:4,16 170:14,15,17, 18,24 171:7, 11,14,22,24 181:12 182:2, 23 188:12 195:19 209:2

**production** 5:8 118:18 119:24 150:3,14

**products** 5:8 88:9 98:12 99:3,12,13 110:8 151:23 182:7 194:16

**professional** 32:19 33:5 200:4

**professor** 42:3 43:12

**profile** 63:19 75:10,11 76:13 81:12 87:12 122:13 152:9 174:12 194:6, 10 196:25 197:6,12

**profiles** 174:21

**profound** 73:24 83:16

**profuse** 180:24

**progesterone** 122:23

**progesterones** 122:24 123:4

**progestin** 59:17 64:19 66:3 75:5 81:7 88:9 121:24,25 122:3,5,13,19, 23 123:7 140:8 150:17 151:4,7 152:3,4,18 155:17 177:6, 7,13 214:5 220:16,18,22, 23 224:4,14 225:10 235:4

**progestin-based** 63:14,15

**progestin-only** 58:7 72:15 78:9 80:14,24, 25 81:9,10 89:25 90:11 119:11,15 120:5 121:4, 12,18 122:15 123:13 149:7, 20 151:14,20, 22 152:2 153:1 180:19 182:5 192:14 203:8 226:6

**progestins** 21:4 64:25 119:9,12 213:23 220:13, 15 221:4,6,9 234:15,21 235:1

**program** 52:3 53:9 126:16 129:5 130:1,25

**Project** 19:4

**proliferative** 224:18

**prolonged** 188:3,5

**pronounce** 9:7

**pronunciation** 141:22

**proper** 219:5

**prophylactic** 60:1 163:17

**proportion** 84:23 85:4 91:1 153:3,19, 21 188:10 201:8 202:1,3, 23 203:2

**proportionately** 154:4

**Proposed** 172:18

**prosecution** 105:5,7

**prospective** 236:22

**protection** 177:4,6 224:25

**protective** 173:12

**protein** 150:3 152:24 154:1 226:15

**prove** 233:21, 23,24

**proved** 233:17

**proven** 230:11 231:3

**provide** 42:8,13 49:20 50:7 51:5,13 52:1 67:6 97:23 134:22 192:6, 22 205:8 219:21 238:25 239:5

**provided** 12:8, 10,22 13:3 23:10 26:16 36:16 134:21 135:4,7,9,13 216:5

**providers** 25:25

**provides** 171:13

**providing** 45:5, 14 85:3 99:22

**provision** 49:10

**pseudotumor** 15:6,10,23 21:4 119:22 184:16 185:18 186:9,12,17,20 243:8

**PTC** 11:3 14:22,25 15:5, 6,20 17:5,12 19:15 26:18,25 31:18 118:20 119:17 184:14 185:6,10,11 186:4,15 192:25 221:13 222:19,22 223:4,18,19 227:7 228:19, 24 229:19 230:2 234:10, 13 242:14,18

**pubertal** 199:12

**puberty** 51:14 118:2 122:21 199:13

**pubic** 142:21

**publication** 38:16 39:17 203:17

**publications** 37:23,25 39:22 120:25

**published** 37:17 38:11,17 39:23 40:2,14 67:21 110:11 119:17,21,23 120:1,3,4,16, 18 121:10,14 123:18 192:23 193:1,12 203:5,14 205:4 213:12 220:12 221:11,17,21 222:2,15 231:14

**publishing** 221:18

**Pubmed** 21:3

**pull-down** 91:14

**pulled** 37:17 215:1

**pumping** 151:6, 11

**pure** 94:24

**purposes** 9:25 17:8,9 97:25 98:5 146:15

**pursued** 124:25

**pushing** 57:24

**put** 25:22 37:18 38:22 75:23 93:22

130:3 146:11 155:18 160:17 191:2 196:3 228:2,9 230:7 238:10

**puts** 106:17

**putting** 131:2

**Q**

**QI** 40:5

**qualifications** 101:2

**qualifying** 241:4,9

**quality** 224:8

**quantify** 189:16

**quantifying** 189:3

**question** 6:12 12:12 14:7,13 18:17 20:17 26:25 33:22 53:22 60:12 67:10 72:2,6 92:24 95:16 98:22,23 99:16 112:2 128:4,6, 9,11 129:1 136:8 139:19 143:15 145:16, 18,20,22 156:10 158:3 160:25 177:3 181:21 186:1 209:2 229:22 230:5 233:19 239:13 240:4 242:13,16

**questioning** 34:14 35:7

**questions** 12:17 13:18 18:1 51:12 99:1 140:16 232:12 233:8 234:18 241:3, 13,16 243:10

**quick** 72:17 203:20 207:13 232:8

**quickly** 93:22

**quite** 79:4 240:9

**quote** 59:23 73:19 127:13 193:22

**R**

**R-A-D** 207:18

**race** 208:11

**Radhakrishnan** 236:15

**Radio** 118:12

**Rai** 221:21 222:19 231:8, 13,17 242:13, 18 243:6

**raising** 153:25

**randomized** 188:18,21 189:1 242:6

**range** 54:14 55:9 78:12 87:6 242:3

**rare** 208:1 210:2

**rarely** 8:20

**rarity** 216:14

**rate** 19:6 32:10,17,19,21 33:1 36:3 61:10 65:10, 12,14,19 173:18 187:22 222:19,22

**rates** 65:2,3 66:10 187:21 207:23 219:4

**rather** 88:7 149:19 188:16 221:5

**ratio** 204:9 209:16 232:1, 2,5 239:5,7

**rattle** 184:21

**raw** 129:24

**reach** 196:11

**reached** 124:6

**reaching** 11:7

**reaction** 157:17 187:20 188:8

**Reactions** 188:14,16

**read** 24:3,4,11 98:23,25 106:6 113:22 115:11 121:23 128:10 132:1,6,20 133:15,21,23, 24 136:17,23 137:1,14,17 138:3,6 145:21 154:8 160:8 171:11 205:4 212:1,15 219:23 223:15 226:8 227:3, 17,19 231:4 233:17 235:13 236:25 241:13

**readily** 180:12 215:18,19

**reading** 28:11 108:23 131:19 132:7,9 137:6, 18,20,22,24 138:1 157:21 171:12 176:4 211:20 212:11 213:4 216:21, 23 217:1 241:17,19

**reads** 37:1

**ready** 56:9 162:6 163:20

**real** 183:2,8 207:12

**reality** 192:17

**really** 10:3 23:15 30:12, 15,17 33:4 48:17 61:9 63:9 64:17 76:21 77:13 81:3 84:14 86:10 90:12 109:1 110:2 112:17 117:1, 23 121:16 128:20 177:2 190:25 203:2

**reason** 16:15 17:1 30:5 63:16 97:11, 13,20 126:23 128:16 146:25 156:14 184:6 190:10 194:9 228:9

**reasonable** 55:25 231:7

**reasons** 95:3 96:3,5 98:12 99:4 190:16,21

**Rebate** 5:7

**recall** 9:21 10:7,9 11:11, 16,17,21 13:10 14:15 15:3,15 19:24 20:2 21:3,8 23:4,7, 9,13 26:7 30:20 31:21 69:15,16 96:18 100:6,20 101:10,11,25 102:13,22 103:9,14,20,21 105:15,18,21 106:8,16,21 107:18 108:19 109:2 111:22, 24 114:10 116:25 117:23 119:6 122:13 123:23 124:4 131:16,19 132:4,5,7,9,20 133:5,6,7 134:5,9 137:1, 14,18,20 138:22 161:24 168:20 175:13 182:7 183:6 184:12 221:2

**receive** 74:15, 16,17 75:7

**received** 7:18 26:10 77:10

**recent** 12:5 39:25 235:21 236:2 239:10, 16,21 240:2

**recently** 11:18 21:22 40:13 146:15 148:2, 20 195:13 241:14

**recess** 34:10 91:24 135:23 174:6 203:23 232:19

**recognize** 25:3 126:13

**recognized** 22:23

**recollection** 104:7 137:5, 22,24 138:1,3

**recommend** 229:2

**recommendation** 112:23 127:22 163:25

**recommendations** 240:25

**recommended** 74:17

**reconstruction** 52:12,20,24 53:8

**reconstructive** 50:7

**record** 5:14 6:5 7:21 34:8,11 37:15 91:22,25 93:9 98:25 113:8 114:1 128:10 135:20, 21,24 145:21 174:1,5,7 203:22,24 205:25 232:17, 20 243:15

**records** 7:12 10:6 106:1,6 107:20 108:24 215:1

**RECROSS-EXAMINATION** 242:11

**recurrences** 237:10

**Recurrent** 122:17

**redirect** 54:24 233:14

**redo** 40:11

**reduce** 196:13 226:10 235:18

**reduces** 226:5, 13

**refer** 15:19 17:4,12 25:11 54:23 185:22

**reference** 15:20 207:19 219:24 220:12

**referenced** 212:22 234:21

**references** 212:5,7

**referred** 14:7, 12 16:19 86:12,17 89:6 109:17 180:6 185:4 186:3,5 236:5,18

**referring** 64:14 152:23 170:17 185:17 204:10

**refers** 92:8

**reflect** 26:18

**reflected** 125:18 178:12

**reflective** 86:1 188:12

**reflects** 88:11

**reformulated** 170:22

**regard** 9:15 25:9

**regarding** 11:9 104:4 124:7 161:1 167:16 186:22 188:24

**regardless** 151:5

**regression** 235:17 237:6, 12,17

**regular** 44:14 61:2 78:8 152:8 162:17 199:7 240:6

**reject** 176:21

**related** 27:8,20 39:12 40:5 56:20 78:15 96:22 110:10 115:3 116:22 117:15,18 118:1,3,4,7,8, 10,11,13,14 120:3,5 121:10 124:1,5,22,24 131:16 132:6 142:2 146:18 176:3 183:22 211:21

**relates** 78:16

**relating** 20:25 110:8 120:19 176:15

**relation** 230:6

**relationship** 56:10 82:19 158:23 193:2 233:18

**relative** 11:3 28:13 36:17 46:24 60:6 69:24,25 108:13,17 119:23 126:1 160:21 166:15 167:13 182:24 209:15 231:19

**relatively** 37:19 47:7 73:6

**relay** 157:20

**release** 64:20 73:5

**released** 65:1, 9,13,15,19,23

**Releases** 65:21

**reliability** 209:15

**reliable** 208:1 209:7,20 210:7 219:14 230:17, 21

**reliance** 22:14, 23 131:6,7,24

**relied** 134:2 219:9

**religion** 70:16

**religious** 190:16

**rely** 23:21,25 24:6,14 132:18,21 133:17 137:2 138:5

**relying** 24:11 128:20

**remember** 10:19 11:7,24 13:12 21:13 23:16 30:12, 13,23 66:20 100:16,18,22 101:1,9 103:25 104:11 107:4, 7,9,17 108:6, 23 109:1 112:4,6 116:18,24 123:11 233:19 234:18 240:4

**remind** 62:22

**reminded** 168:20

**removal** 50:6 66:24 94:17 95:1,3 96:3,19 148:22 160:14 179:21,24

**removals** 95:20,21,25

**remove** 49:16 71:2 94:3,15, 19,22 96:5 166:10 180:25

181:5 183:6 228:24 229:7

**removed** 71:6, 7,21 94:7,10, 12,20 96:6,7, 14 179:11 181:2 182:23 183:1 184:5 203:1

**removing** 57:11,15 181:10 229:11

**Renew** 99:7

**repaired** 39:13

**repeat** 128:6 160:24 229:21 242:16

**rephrase** 143:18

**replaced** 189:9 216:4

**replacement** 39:8,11

**replacing** 226:4

**report** 7:25 10:25 18:9 21:10,13,15 22:10,17,22 23:4,5,12 24:2, 8 26:11 37:1 58:17 102:23, 25 103:3 108:21,23 109:1 125:11, 12,17,19,21,24 126:2,5,17,20 127:3,21 128:13 129:8, 21,24 130:3 131:3 132:19, 21 133:19 134:3,7 137:4, 13,17,18,19, 20,21,22,23, 24,25 138:1,2, 4,8 141:9 154:8 183:16, 23 187:6 189:6 201:1,4 204:2, 9 216:25 219:10,25 223:9,13 225:11,25 226:23 229:14 234:25 236:19 239:7,9,20

**reported** 130:17 139:4, 24 140:6 157:22 232:2,4 239:17 240:1

**reporter** 5:12, 14 59:1 68:19 97:2 204:20 241:25

**reporting** 126:25 127:3, 6,9,16,19 129:6,22 130:2,6 131:1 223:13

**reports** 7:18 22:25 23:8,14, 18,19 24:3 26:20 127:13 128:17,18,21, 24 129:5 137:8,15 138:6 223:11 228:5 242:5

**represent** 208:14

**representation** 208:17

**representative** 12:25 68:23,25 69:2,4

**represented** 101:3 113:12, 15 214:9,15

**representing** 134:21 135:9, 13

**reproductive** 39:12 52:1 53:1 115:19 122:25 142:2 144:22 147:2 211:1,12

**reproductive-aged** 146:22 165:4

**reputation** 24:18 25:16, 17,19

**request** 7:6 36:16

**requested** 7:10, 15,23 213:11

**requesting** 96:13

**requests** 7:3

**require** 166:9

**requirement** 229:16

**requires** 75:15

**reread** 128:8 145:19

**research** 25:24 42:8,14 109:7, 14,16 110:3 215:17 221:4

**residency** 41:4, 5,16 92:16

**resident** 48:19 92:11 115:16, 22 116:3,5,7,8, 13 117:25 118:1

**residents** 43:11,21

**resolved** 138:18

**respect** 42:16, 18,21

**respected** 25:4

**respond** 18:1 24:9 86:22 143:9 177:19 183:16 216:4 237:21

**responded** 24:12

**respondents** 216:6

**response** 36:16

**responsibilities** 22:7 50:22

**responsive** 7:6 143:4

**responsiveness** 143:22

**resubmission** 38:6

**result** 67:25 104:20 105:8 109:11 127:18

**resulted** 235:19

**results** 147:14 216:22

**retained** 9:25 14:19 101:18 103:23 105:10 106:14,18 107:15

**retention** 107:21

**return** 70:24 71:8,12,15,19 153:13,14

**reveal** 11:5 18:6

**reversible** 74:1, 4 169:13,14, 16,20

**review** 10:5 12:9,11,14 13:14,22 14:15 15:2 21:2,15, 20,22 23:6,11 37:17 38:2,19 116:7,9 117:3, 6 120:6 121:3 126:9 136:17 154:14 206:21 234:20 240:7, 15,18

**reviewed** 18:9 22:25 23:4,8, 17 106:1 131:11,16 133:12 134:2 136:11 137:12 194:6 210:16 220:8

**reviewer** 240:17

**reviewing** 10:7 37:13 76:10 133:5,7 240:9, 23

**reviews** 21:17 22:1,9,21

**revising** 38:6

**revolve** 50:22

**ridding** 191:13

**right** 6:19 7:3 9:2 11:2 15:22 16:4,5 17:6 21:15 28:11 35:8 36:14 40:16 63:23 65:14 69:6 77:8 80:9 82:10 86:5 95:4 99:11,13 123:15 125:16 131:25 132:5 146:20 154:8, 15 159:18,19 160:21 163:6 169:13 172:21 175:10,11 185:2 187:11 189:20 192:23 193:12 196:9 206:19 212:9 234:11

**right-hand** 234:6 235:13

**ring** 75:21,22 77:5 79:21,22 86:19,22 109:5 151:25

**risk** 16:17 17:1 22:1 39:9 59:23,24,25 60:2,5 61:25 75:10 76:13, 16,18,20 77:2 78:5 81:20 82:1,3,19 100:8 155:7, 15,19 157:14 158:24 161:9, 24 162:2,3,7,8 163:17 164:1, 4,25 165:11, 15,22 166:2,5, 6,7,8,11,12,15, 17,24 167:18 174:17,19,20 176:13,14 177:10 204:5, 18,22 208:7,10 209:8,13 217:25 223:21 224:18 225:5,8 230:25 231:19 242:14,18,23 243:2,7

**risks** 56:24 59:22 60:13, 15,18 76:14 82:1 155:11, 12,22 157:7 162:4,6 163:24 164:14 165:8 167:10 174:19 209:15,17 229:10 236:19

**road** 185:14

**Rochester** 218:23

**role** 42:13 44:12 121:18 152:15 219:16 240:8 241:1

**room** 44:4 47:16 49:1 53:7,16,20 69:10,11,12 207:7 217:17

**rooms** 217:18

**Ross** 132:12

**roughly** 46:25 48:16 84:3 106:17 200:16

**round** 43:18 48:18 53:18

**rounding** 48:18,19,21

**rounds** 44:3,9 47:15

**routine** 51:9 99:19 165:1

**routinely** 162:5 163:19 165:14 180:16,22 227:13 228:15

**rudimentary** 158:17

**rule** 119:7

**run** 54:15 89:16 115:13

**run-of-the-mill** 51:9

**running** 194:22

**S**

**Saboxone** 111:16

**safe** 19:7 51:23 53:3 58:14 67:7,8,14 81:5, 21 166:3

**safely** 159:13

**safety** 15:17 58:3,4 122:12 130:23 174:11, 16,21

**said** 8:11 13:8 23:21 24:5 26:25 35:20 63:21 70:4 89:22 93:14 95:1,5 99:15 102:19 106:4 111:6 113:17, 25 114:22 127:21 149:17 153:24 193:2 194:5 195:6 200:13 202:15 204:7 211:11 214:21 215:13 216:8 217:9,21 230:14

**sake** 55:23

**Salpietro's** 138:2

**same** 15:22 17:6,13 20:3 24:10 104:4 123:9 137:5 153:11 162:24 169:8 170:24 175:14,17 176:24 178:17 186:1,2 209:2, 20 214:21,25 223:19 228:8, 12 242:2

**sat** 35:19,23 66:16

**Saturday** 19:25

**save** 168:11

**saw** 23:8,14 194:19 199:6

**saying** 117:22 124:25 135:8 146:1 152:22 171:13 176:5 186:9 210:17 227:15

**says** 5:25 9:5 36:11 77:15 117:16 121:4 159:9 160:11, 12,13 168:17 172:6,18 179:23 187:11 213:10 216:3 222:17 223:1 236:22

**scale** 61:7,11

**scans** 73:21

**scenario** 148:15

**scenarios** 76:19

**schedule** 45:21,22 46:19

**scheduled** 45:9

**school** 40:22, 24 41:1,2,13, 15 44:14

**science** 233:22

**screen** 34:23 164:2,4,6

**screened** 164:12

**se** 44:9 183:7 207:23

**search** 13:14, 20 14:16 15:2

20:21,24

**searched** 94:17

**searches** 20:13,16

**Seasonale** 79:3

**Seasonique** 79:3

**Seattle** 68:16

**second** 8:10 39:19,20 50:12 55:5 85:7 103:12,18 104:4 106:11 160:15 206:20, 23 216:19 234:6 235:12, 15

**secondary** 141:9

**section** 49:25 56:22,23 59:12 136:18 137:7 156:22 157:10, 12,17,24 158:3,9,22 159:16,17,21 165:21 166:14, 24 170:1 172:1 175:7,9 179:15,23 187:13 188:13 234:4 238:5,6 241:6

**sections** 158:8

**secure** 56:10

**sedated** 86:23

**see** 13:17 19:23 29:17 33:10 40:1 44:13 45:15 46:2,9 47:1,9, 11,14,15,16, 17,24 48:2,16 49:1 51:4,7 52:5 53:14,18, 24 54:1,3,9,10, 16,20,21,22 55:2 63:3,7 77:5 83:12,24 84:1,7,8 86:10, 16 91:9 117:10 126:20 127:5 128:12,17,23 129:4,14,20 147:14 152:14, 20 158:4 162:17 164:7 166:21 170:15 171:12 175:15 178:10,12 187:16,19,20, 25 188:15 191:4 196:23 197:23 198:8, 11 200:3,4,11 201:17,18 204:10 206:15 207:8,21,23 210:17 212:5, 6,10,23,24 213:3,4,5,6 216:10,21 218:12,15,16, 18 219:2,7 229:11 231:10 234:21 235:16 239:15,16

**seeing** 45:3,14, 20,24 47:6 51:2 88:4 201:10

**seek** 190:22

**seeking** 197:1

**seeming** 108:22

**seems** 230:5

**seen** 6:21 13:24 23:19 44:2,3 67:11 129:7 130:3 131:2 142:1 144:4 179:3 180:3 186:16 194:25 195:3 209:21

**seizure** 105:22

**selection** 208:6

**self-pay** 93:7

**send** 34:21 35:4

**sends** 68:23,24 69:2

**sense** 232:7

**sent** 13:18 27:3 127:6 128:16 186:8,18

**sentence** 235:14 237:1

**separate** 39:14 44:12 104:8

**separately** 178:11

**separating** 22:4 140:24 141:4

**separation** 114:15

**sepsis** 155:9, 13,20 156:1 160:2 163:12 164:22

**September** 28:24 29:13 30:6

**sequelae** 179:8

**sequential** 76:1 79:8

**series** 118:4,9 228:5 242:5

**serious** 157:25 158:4 165:22 166:2 176:10

**serosa** 178:5

**serum** 66:6 147:8 154:5

**serve** 12:20,23 13:4,6 20:19 24:7,9 28:21 111:18

**served** 35:12 96:19 99:24 100:1,14 101:23 111:10, 11 112:1

**service** 9:10 33:6 44:15 47:13,23 48:7, 8,23 49:4 101:14

**services** 26:17 32:24 49:11 51:6 99:22

**serving** 22:16 100:9

**session** 46:11, 13 115:20 241:14

**sessions** 46:9

**set** 45:22 233:23

**setting** 48:15 53:11 54:2 118:17

**settings** 47:17

**settle** 106:2

**several** 48:24 235:1

**severe** 140:11, 19,20 141:4,7, 13,16 184:8, 10,23 186:25

**severity** 188:2

**sex** 150:3,6,13 153:25 207:7 226:14 238:8

**sex-specific** 219:4

**sexual** 53:2

**sexually** 97:14

**SGE** 110:23 111:2

**she'd** 177:14

**she's** 74:2 179:5,6,8

**shelf** 195:20 196:5

**shelves** 195:17,18

**shifted** 64:17

**shorter** 81:24

**shot** 72:16 73:2 74:15,16 86:22 87:22 236:16

**shots** 72:24

**should** 5:7 34:20 82:25 102:6 118:6 122:9 157:2,6, 14,23 176:5, 11,13,16 178:22 179:18 203:4 205:23 206:2

**shoulder** 106:22 107:5

**show** 187:22 211:9,11 212:2 219:15

**showing** 187:20 230:20, 24

**shown** 139:25

**shows** 231:5

**sic** 15:4 141:20 217:16

**side** 58:4,15,22 60:17,19 62:9 73:7 74:10 75:11 77:11, 12,15,17,19,21 79:10 82:4,5 89:16 96:10, 12,14,18,21 101:24 129:16 138:12,14,19, 20,23 139:8, 10,14,16,18, 20,21,24 140:2,6 141:7, 9,12,16,17 142:13,14,23 143:25 144:2, 5,6,13 145:2,5, 24 146:5,6 149:1 154:16, 19 155:5,6,9, 18 156:3,4,12, 13 180:11 183:2,10,16,24 191:21,25 192:7,9,22 208:19,20

**sideburn** 142:20

**sign** 111:1 162:7 238:18

**signal** 130:12

**signals** 126:17 127:14 129:6 130:2,7,8 131:1

**signature** 243:18

**significance** 182:20

**significant** 56:15 59:25 74:13 91:1 140:2 144:24 166:6,12,17 174:19 194:2 202:1,3 219:21 224:6,12,13 225:5,8 230:25

**significantly** 57:17 86:3 101:17 205:8

**signs** 199:12

**similar** 74:1 75:7,9,10,11 87:8 170:24 174:13,15,17 208:10 209:1, 12 227:10,11

**similarly** 151:20

**simple** 49:22 58:11 130:9

**simplistic** 242:5

**simply** 149:19 189:19

**since** 7:18 20:23 22:10 25:13 37:12 41:18,23 121:25 134:6 177:18 203:10

**Sindiong** 5:11

**single** 167:12

**sit** 69:9,11 126:1 133:25

**site** 45:17,19, 25 46:2 63:22, 25 83:13 84:17 86:9,10 87:23 88:1

**sites** 63:17 93:6 187:19

**sits** 69:1

**sitting** 32:23 44:17

**six** 48:9,11 57:4 61:3,8 106:17 135:15 187:8,16 199:8 216:3

**size** 194:1

**skew** 54:13

**skewed** 54:17 86:10,20 87:1 88:4,23 89:10

**Skills** 115:19

**skin** 75:19 154:17,18,19 226:20

**Skyla** 64:1,5,10 65:7,17,24 66:11 193:14, 15,19,22 194:8 195:1,18 196:7,13,17 197:3,4

**slot** 45:23

**slots** 45:23

**slow** 181:8

**small** 33:14,18 75:22 84:22 90:12,20 116:2 146:8 201:7 228:6

**smaller** 84:22 154:4 193:23 195:8 196:13

**smoking** 76:24, 25

**socioeconomic** 215:20,25

**sociology** 43:13

**solely** 144:24

**solid** 176:18,23

**some** 30:20 42:23 57:2 58:15 62:5,13, 19 72:22 73:8, 22,25 74:4 77:22,25 78:1 82:1,7 94:12 99:9 109:12,13 120:25 122:5 123:3 138:14, 16 142:2 143:4,5,6,8 173:21 179:7 180:1 183:10 188:22 191:11 193:6 195:7 203:11,12 205:10 217:25 218:8 222:5 228:9

**somebody** 124:17 148:1

**somehow** 111:2

**someone** 16:8 100:24 101:5 111:20 127:17 150:21 153:12 154:1 185:21 191:5

**someplace** 33:3

**something** 30:13 71:18 110:22 120:6 121:11,20,24 122:9,15,19,23 125:21 163:21 183:18 191:1 228:10,14

**sometimes** 22:4 47:11 49:10 70:15,19 72:24 74:18,21 77:7 80:22 83:14 96:8,10 97:13 98:17 139:3 140:15 145:4 148:7 181:7 183:15, 17 191:6 202:24

**somewhere** 32:9 89:23

**sooner** 71:2,3,7 74:19

**sorry** 5:7 14:22 19:20 26:1 31:1,10 47:21 59:1 60:5 62:15 67:3 68:14 79:5 102:9,17,24 106:25 112:2,3 114:16 117:10 119:7 129:2 131:12 134:10 136:5 146:17 161:22 175:4 204:14 227:15 229:21 239:24

**sort** 20:3 25:21 83:19 100:4 127:13 140:16 143:10 152:18 169:1 170:22 178:6 182:19 191:11,12 237:18 239:5 240:19 241:18

**sorts** 127:11

**sought** 206:24

**sound** 109:4 113:16

**sounding** 178:2

**Sounds** 91:21

**source** 177:20

**sources** 191:14

**South** 5:9

**Southern** 107:8

**speak** 214:3

**speaking** 8:17 114:5,11,17,23 115:2 150:21

**special** 110:21, 22 126:16 129:5 130:25

**specialists** 198:3

**specialties** 41:6

**specific** 10:1,6, 7 16:18 64:15 183:6 194:24 212:6 223:22

**specifically** 22:5 70:3,18 79:13 118:22 119:2 120:1,8, 19 123:15,24 124:1,2 133:8 141:13,17 155:25 161:8 162:15 163:13 164:16 165:2 167:3,11 182:9 198:8 203:14 210:11 212:24 213:4,5,10,17, 22 220:13,18 221:17 226:17 234:21 238:7

**spectrum** 201:18

**speculate** 90:5

**speculation** 94:16,24 96:1

**Speculum** 115:20

**spell** 141:24

**spend** 45:3,4 47:13 48:7 141:3 240:9

**spent** 43:23 99:21 101:13

**Speroff** 25:15

**spiritual** 70:16

**spite** 219:13

**spoken** 118:23 119:11

**Sponsored** 117:17

**spontaneously** 154:22

**spring** 68:7

**Sprintec** 78:23

**St** 19:5

**stable** 176:6

**staff** 69:1 83:20

**stages** 225:4,7

**standard** 64:18

**standardly** 162:5

**start** 55:17 58:2 71:24 72:11,17 74:22 78:14,15,19,20 214:17

**started** 72:7 93:24 124:17

**starting** 198:5

**starts** 34:14

**state** 6:5,12 40:23 41:17, 18,20 42:4 47:23 48:10 50:13,14,16 151:3 187:6 199:20,23 200:11,12,17 205:3 223:10 224:22

**statement** 188:11 220:3 221:18 231:4

**states** 67:8,15 171:1,20 191:10 199:5 237:11

**statistical** 217:10

**statistically** 230:24

**status** 215:20, 25

**STD** 163:24 164:1,4,6,10

**STDS** 82:20 164:2,4,12

**step** 59:5 75:6

**stepwise** 235:14,17

**sterilization** 55:24 56:13, 14,20 57:3,5,8, 14,18 80:9 83:10,12,21,25 84:6,9 190:14

**sterilize** 56:23 83:14,17

**sterilized** 91:3 190:11,14

**steroid** 154:4,7

**steroids** 237:8

**stick** 90:18 182:19

**sticking** 175:4

**still** 42:23 57:1 81:6 88:12 92:18 227:16 230:5 231:8

**stimulates** 226:14

**stimulation** 143:11 226:20

**stop** 91:19 147:24

**stopped** 91:20

**straight** 54:11 202:10

**Street** 5:10

**stretch** 144:9

**strictly** 144:24

**string** 206:2

**strings** 66:5,21

**strong** 228:16

**stronger** 152:18

**strongest** 152:3

**structures** 38:4

**Student** 115:21,25

**students** 43:10, 21 44:11,16

**studied** 221:16

**studies** 139:25 188:18,21 205:5,10,21,23 206:6 210:6 214:8,16 215:22 219:10, 13,15 220:6,8,

12 233:21,23 234:16,20 235:2,3 241:2 242:6

**study** 204:4,9 206:14,16,18, 20,23 207:2,5, 15,17 208:1 209:6,7,19 210:1,20 211:10 212:2, 17,22 214:20 215:4,12,13,17 216:1,3,19,21 217:24 220:14 222:8 230:24 231:25 233:17 234:11 235:6, 11,24 236:4, 14,18,22 237:11,14,22, 23,25 238:1,2, 11,12,21,22 239:2,9,12,15

**studying** 221:18

**stuff** 8:17,19, 20 22:12 30:20 38:11 56:11 111:1 114:6 127:11

**subject** 109:20

**subjective** 189:21

**subjects** 206:25 214:22 216:3,5 239:4

**submission** 21:9,12 22:10 23:12 134:7

**submit** 10:25 31:25 32:5

**submitted** 7:14 21:13 31:18, 22,23 37:9,12 38:5 39:4,24

**submitting** 21:15 22:22 23:15

**subsequent** 13:8 21:12 31:23 97:14 166:9,11

**subsequently** 13:3

**subsidized** 114:13

**substance** 10:11 102:12

**successful** 194:18

**successfully** 216:4

**such** 18:11 138:20 145:7, 14 209:8

**sued** 124:15,19

**sufferers** 182:21

**sugar** 80:18

**suggest** 194:17 242:25

**suggested** 17:10

**suggesting** 192:24 193:13

**suggestions** 173:22

**suggests** 176:7 193:2 194:15

**supplement** 126:1

**supplemental** 7:18 8:3 9:5 132:25 133:11

**supplementatio ns** 37:14

**support** 219:18

**supported** 98:19 99:18

**supposed** 111:15 189:14, 22

**suppression** 51:25 52:6 61:20 88:7

**suppressive** 226:7

**sure** 8:7 12:19 22:11 29:24 34:16 41:15 46:17 64:1 94:18 103:19, 20 115:6,13 118:24 119:11 120:14 123:2 146:13 163:22 164:8,13 182:18 188:25 195:12,14,15 197:25 206:21, 22 219:24 229:24 231:3 233:10 242:17, 24

**surgeons** 52:18

**surgeries** 49:18

**surgery** 38:9, 10,18 40:8 47:18 48:10 49:19,21 50:7, 15 225:5

**surgical** 47:17 115:7 166:10, 11 217:18 225:8

**surprise** 35:16 122:22 183:3 202:4

**surprised** 203:9,11

**surrounding** 107:24

**suspicion** 186:4,12,13 230:8

**suspicious** 186:9

**swear** 5:14

**switch** 189:25 190:3,8,20 191:20 198:24 226:2

**switching** 61:16 70:8,9 90:10 142:9 149:18 191:24

**sworn** 5:24

**symptom** 97:7 185:16 189:15

**symptomatically** 224:7

**symptoms** 181:19 185:12 186:7,11 199:12 223:14

**syndromal** 201:19

**syndrome** 139:15

**syndromes** 201:19

**synthetic** 122:24

**system** 127:9, 17,19 168:18 169:6,9 170:5, 19 176:20 197:2

**systemic** 61:17 149:5 150:24 151:20

**systems** 126:25 127:3,7 129:22 130:6

**T**

**T380** 172:19

**table** 66:2,18 69:13 187:20 188:8 238:13, 14,15,17,23,25 239:17

**take** 34:6 41:14 43:1 46:7 48:2 51:21 52:13 55:12 56:2 75:15,23 76:2, 6 77:3 80:15, 19 81:23 83:19 84:18 88:24 89:1 91:2,20 110:20 113:22 121:2 127:7 147:10 148:23 150:4 167:4

168:1 174:3 176:19 183:17 203:20 206:9 207:12 232:8, 14 235:6

**taken** 5:6 7:24 10:23 34:10 91:24 125:2 135:23 174:6 191:2 203:23 232:19

**takers** 81:3

**takes** 61:9,12 80:18 148:21

**taking** 50:22 77:24 142:8 143:6 147:25 148:9 152:14 207:18 210:14, 18,21 211:8, 15,17 213:14, 15 214:7 218:3

**talk** 8:16 17:25 44:1 55:4,23 56:7,12,24 57:13 58:3 59:4,6 60:17, 20 64:13 70:7, 9,24,25 71:4,9, 20 72:12 73:7, 11,18,19 74:6 75:2 76:8 77:12 78:3 80:13 82:11,17 102:13 106:7 115:16 117:14 119:14 120:7 121:17 123:12 148:13,16 149:3,8 152:23 153:5 155:20, 21 161:7 162:2,5,11,14, 15,16 163:13, 23 164:16,18, 20,24 165:2, 14,15 167:5, 19,21,23 189:5 197:25 198:10 199:8 224:24 227:24 231:22

**talked** 13:6 42:15 69:16 80:9,10,11 103:10 113:7 118:24 128:7 136:21 155:11, 12 161:12 167:20 170:18 196:15 223:19, 23 227:10 241:14

**talking** 10:19 15:21 17:5,6, 13 20:16 47:19 54:1 66:14 72:7 78:17 83:6 84:15,16 85:8 94:5 95:3 98:4 103:18 108:24 119:15 121:17 140:12 142:6 148:1 153:3,7 158:2 161:5,16,17 167:2,3 168:5 170:14 174:11 193:25 195:25 199:13,18 201:6 209:6 211:9 214:11, 12,14 221:4 222:25 243:5

**talks** 8:19 77:14 118:24

**Tang** 132:15

**tape** 91:20 174:2

**task** 32:14

**taught** 70:19

**teach** 42:8,14 43:7,18 66:23 67:12

**teaching** 43:12, 21 44:16,22

**teachings** 70:16

**Technique** 115:7

**technology** 25:14

**teenage** 127:23 194:4 199:4

**teenager** 85:12

**teenagers** 85:2, 3,6,11 86:16

**teens** 50:23 73:23 85:1 112:12

**Teleconference** 116:16

**tell** 7:8 9:12 10:11 11:2 24:25 32:10 41:25 48:16 50:17 55:11 56:21 58:7 59:19 60:24 62:6,16,19,25 63:6 72:14 73:3 74:3,9 75:5,16,21 76:11,13,14,16 77:3,16 80:14 81:8,21 82:5, 13,23 87:21 104:22 106:19 115:5,9,14 138:12 149:5 162:23 163:7 164:11 165:9, 17 166:1,3,4,5 174:18 220:6 221:6 222:7,14 224:1 228:19 231:12,18 234:9,24

**telling** 11:8 237:20

**temperature** 91:5 163:22 164:13

**temporal** 182:20 192:24 193:2,3,4,5

**ten** 28:10 29:16 46:15 48:23 51:3 190:23 191:3

**tenderness** 77:25

**term** 52:25 64:15 108:8 152:21 169:15 188:4 189:10, 20,21

**termination** 19:6

**terms** 15:1 21:1 51:23,24 53:1 91:2 130:23 163:12,23 167:16 173:10, 24 196:6

209:13 224:8, 15 225:15

**test** 72:18 162:19 164:17 167:19 235:22 236:1 241:3,13

**testified** 104:17 105:7 108:12

**testify** 105:5 108:15 112:14

**testifying** 17:17,19

**testimony** 16:21,24 32:16,18,25 35:25 102:12 103:8,15 104:2,9 105:1 106:5,22 107:5,8 131:21 136:22,23,25

**testing** 109:12

**testosterone** 226:17

**tests** 235:19

**Texas** 68:21

**text** 34:21 35:5

**textbook** 25:11, 12,15

**than** 20:2 32:18 33:18 41:8 59:23 64:21 65:3,24 69:15 71:2 73:24 74:19 78:8 80:21 81:9 84:11,23 85:5 86:3 87:20,24 88:2 89:15

90:12 101:17, 21 107:2 109:18 111:24 113:21,23 128:21 149:19 156:6,18 161:14 163:3 173:13 177:11 196:13,18 200:19 202:12, 17 205:9 219:22 223:14

**Thank** 46:17 99:11 118:16 179:14 234:14 237:24 238:10 242:9 243:11, 12

**that's** 6:12 15:8 16:4,15 17:11 18:17 19:8 22:22,23 24:10 28:11,16,22 29:4,17 32:16 33:22 34:24 35:22 36:13 38:5,11,14 45:12,24 46:14,25 47:4 53:3,4,5,11 58:7,8 62:6 64:6,9,14 66:15 68:22 69:10 71:9,18 72:13 73:5 74:12 75:13, 17,22 78:15, 17,23 79:19 81:19 82:12 83:3,15 86:7 87:12 88:3,12 89:18,19 99:11,19,25 100:3 103:1 104:7 109:14 111:2 114:19 123:2,14 124:19 129:22 130:10 139:4 141:14 142:14, 22 143:20,21 146:1 150:4,24 152:6,15 153:9 163:7 164:11 165:19 177:2, 25 183:22 185:2,3,11,13 188:4 191:6 194:2 195:6,12 196:10,17 198:23 199:24 200:13 204:7 206:18 210:4, 24 211:15,19 213:3 224:11 225:1 228:14 231:21 232:15 239:25 241:1

**their** 23:22 24:3,10 51:19, 22 52:6,7,9,23 53:1,2 54:13 55:12 57:7 58:17,20 60:16,23 62:11 63:2,7,9 67:1, 12 69:6 72:16, 18,24,25 73:2 75:12,23 76:10 78:7 82:20 83:22 84:9 86:15 89:7,8 91:7 97:22 100:20 101:12 119:10,13 124:7 127:2 128:22 138:17 142:6,11 143:9 147:13,18,19 148:7,11 151:4 163:24 164:6, 19 165:5,6,16, 20 168:1 172:8 176:16,20 181:5,13 188:9 191:5,12,13, 15,16 192:10, 13,16,17 198:4,8,21,25 199:6 202:12 206:25 207:20 210:18 212:15 214:12 215:10, 13,16 217:10 218:1,18,23 219:7 225:5 226:21 228:10 240:15,24 241:11 242:24 243:1

**themselves** 91:10 154:24, 25 163:5

**theoretical** 176:14

**therapy** 97:9 176:7

**there's** 16:3,7, 16,17 22:7,18, 20 38:11,13, 19,21 39:11 44:21 47:12 53:15 58:17 59:17 63:21 64:4 68:20 69:4,6 74:11 75:6,11,21 79:23 80:15,17 84:18 113:15 114:14 118:10 121:23,24 122:5,22 123:2,19 130:21 138:23 145:10 146:7 154:23 156:5 180:1 189:16 192:20 193:6 196:23 198:1 208:4 219:15 240:1

**thereafter** 127:25

**therefore** 176:11 191:3 204:8

**Thereupon** 243:20

**these** 8:10 26:23 27:2,3 35:19 60:6,14 66:18 75:25 76:5 78:10 113:7 123:23 127:3,6,9 131:20,23 132:5 133:4 134:20 135:14 136:19 145:9 159:12 160:18 164:14 166:16 176:11 188:1 205:22 206:12, 14 210:13 214:8,16 219:9,13 225:12 235:2 238:16 239:19 241:17,21 242:1,3

**they'll** 62:1 70:17,24 71:1, 8

**they're** 43:10 44:18 51:13 52:9 56:17 58:10 59:21 60:21 61:15,18 62:6 70:8 71:10 73:18 74:7,19 75:7 76:11 77:25 78:6 81:8,11 82:6 83:25 84:1 85:14 90:7 97:15,21 99:18 114:11, 13,14,23 139:4 141:10 142:8, 11 148:8,9 151:23 152:1,2 154:2 157:2, 14,21 163:20 164:1,8,12 165:3 174:15 180:23 181:10, 14,15 183:19, 24,25 190:17 191:8,14 202:25 207:20 211:9 212:12 223:4 228:6 237:16,17

**they've** 25:14 57:4 62:12 81:3 93:20 146:1 148:10 182:9 190:11, 17,25 198:25

**thick** 178:7

**thin** 75:22

**thing** 7:11 15:22 17:6,13 24:10 45:22 58:11 59:5 71:9 77:16

80:13 94:18 99:19 105:2 107:7 109:10 117:18 123:9 128:2 139:2 147:4 148:18 149:4 153:8 162:24 167:12 169:17 177:2,3 190:24 193:6 201:15 223:19 228:8

**things** 7:13 18:10,14 19:8 27:3 33:25 36:17 37:20 38:21 39:3 51:10,15 56:20 60:8 61:24 64:2 72:24 77:1,21 92:24 120:22 122:15 123:3,6 125:20 127:9 129:14 131:19 144:21 145:9,11 146:9 147:12 157:1, 13,22 160:16, 18 161:20 163:18 166:16 167:21 180:13 184:24 187:19 192:15 196:5 203:7 208:4,11 209:18 227:10 237:18,19

**think** 6:13 15:6, 7 16:1,15,16, 19 17:12,25 18:17 19:1,25 21:11 24:9 25:5,13,15 30:2 31:21 33:25 37:16 38:10 39:25 40:1,13,16 43:25 46:15 54:12,13 63:13 64:5,6 67:6,11, 12 69:4,5,7 73:23 74:4,12 76:17 78:14 83:18 85:3,25 86:8 87:4,8 88:1,11,22 89:5,9,10,22 90:15,20,21 91:8 92:23,24 93:14 94:22 96:21 98:9 99:15 103:10, 19 104:6 105:2 106:4,17 108:6,22 109:10,18 110:2,25 111:1 114:19,22 115:11 117:5 119:13 120:6, 21,22,23,24 122:11 123:14 124:17,19 125:19 126:11, 22,23 128:19 129:11 135:16 137:11 140:16 141:10 142:5, 25 143:4,10 144:17,20,23 145:4,7 146:7, 8,24 147:22 148:18 150:22 153:11,18 154:21,22 155:1,11 156:19 157:19 158:2,7,9,16 161:12 162:17 163:14,15,16 165:4 166:1,2, 3,17 167:14, 17,19,20,23,24 168:21,24,25 169:2,3 171:23 174:15,21 177:8,16,24 178:9,11,25 183:10,14,18, 22 186:8 192:3,8,19 193:17 194:1 195:6,24 196:12,15,22 197:15,19 198:1,2 199:9 201:1,3 202:3, 24 203:6 205:1 208:4,16,20 211:5 213:17 216:14 218:6 219:2,15 220:10 223:17 225:19 227:11 228:8,12,13,16 230:19 231:6 232:9 242:22 243:1

**thinking** 26:23 90:23 188:22 197:20 198:16

**third** 50:11 179:9

**Thompson** 8:8 109:4

**thorough** 178:19

**those** 7:13,14, 16 8:22 12:16, 17 23:6,8 39:14 46:18 47:13,17 48:1, 25 49:24 51:14 52:21 54:24 57:20 58:23 60:11,15,18,21 62:2 63:24 64:10 65:3 85:23 86:6,14 87:15 91:15,16 97:10,12,16 98:11 99:1,9 104:6 106:2,5, 13,19 107:21 109:19,20 110:21 113:10 114:1,20 120:7 123:22 125:13, 14 127:13 128:18 130:18 131:19 132:18 133:25 136:23 137:1 138:6,24 139:7 140:13 143:7 146:3,5, 12,18 148:14, 23,25 150:17 151:25 158:7 160:16 174:12 175:20 180:13 181:1,12 182:13,14 194:22 200:11 203:9,11,12,13 205:20 208:21 209:18 224:1 226:19 230:7 234:18 238:19 239:6,18 241:10 242:4

**though** 83:14 97:6 133:22 207:22

**thought** 18:10 24:4,11 25:6, 11 161:19 183:4 215:17 225:19 227:16, 19

**thread** 66:23

**three** 20:5,11 48:22 49:4 58:13 62:21 64:4 72:21 75:6,23 76:2 147:12 158:7 160:21 161:2, 20 162:4 194:5,10 215:15,21,22, 23 217:11 232:12

**thrombophilias** 76:24 180:7, 14,22

**through** 30:17 32:3 33:9 35:23 38:22 41:14 46:7 51:6,14 55:19 56:2 62:24 65:23 70:23 113:22 114:24 115:11,15 123:19 127:17, 20 155:2 160:8 162:12 168:8 178:5 187:18 198:9 203:6 212:23 213:4 216:22 217:1, 17 228:3

**Thursday** 46:3, 12

**Thursdays** 46:8

**tied** 179:9

**time** 8:19 10:17

12:20 13:13, 20,23 20:3 22:12 23:8,10 31:17,24 34:9, 12 35:12 37:9 39:24 40:11 43:7,9,22 45:2, 4,6,7,9,12 46:21 56:21,23 57:6,7 58:9 59:10,12,20,24 60:1,9,10 62:24 63:2,5 71:7 76:7 77:7, 20 81:24 83:25 84:2 85:14 89:24 91:23 92:1,11 93:18, 24 94:10 99:13,21,23 100:1,3 101:13 102:6 109:12 112:1,9,17 113:22 115:13 117:21 121:2, 16 134:6 135:22,25 141:4 145:13 148:21,23 153:21 154:23 155:16,22,23 161:8 162:9 163:16,18,24 164:2,4,17 169:22 174:5,8 178:1 183:3 187:24 189:14 191:7 194:4,23 199:25 200:16, 18,19 201:9 203:10,22,25 214:21 220:15, 17,24 221:8 224:19 230:13 232:18,21 235:2,3 240:9 243:12,15

**times** 11:14,19 22:7 44:7 99:18 101:18, 25 102:18 106:13 107:23 113:4 128:18 183:4 191:8 215:2

**timing** 23:13 193:6

**title** 42:3 118:5 236:21 243:3

**titles** 100:21

**today** 5:10 16:21,24 18:4, 8 32:1,4,7,24 37:15 126:1 134:1,7

**together** 52:19 66:16 125:13, 14 173:24 178:11 179:13 199:23

**told** 13:7 35:16 46:24 62:23 69:24 127:9 161:3,5,19 165:2 193:25 194:3 197:3 211:22

**tolerated** 152:10

**tones** 75:20

**too** 64:7 67:16 128:7 180:8, 14,21 181:15

**took** 26:4 174:10 199:22 211:1,5,11 213:6

**top** 11:16,18, 24 32:2,17,19, 22 58:2 65:6 66:7,12 68:13 69:9,12,19 88:17 101:25 113:24 159:9 182:8 184:22 187:6 204:3, 10,14

**topic** 21:18 203:16

**topics** 44:19

**torsions** 49:24

**total** 27:6 31:7, 8,11,17 35:12 46:7 47:1 53:24 64:8 69:8 153:20 216:5

**touched** 196:12

**tough** 177:2

**toward** 54:17

**towards** 40:3 74:23 142:21

**track** 130:10

**trade** 79:17 194:24

**traditionally** 75:25

**trained** 25:9

**training** 25:23, 24,25 41:4,19

**transcript** 131:12 132:2, 10

**transdermal** 151:24

**transferable** 177:17

**transgender** 21:5

**transient** 181:20

**transplant** 176:18,19,23

**treat** 50:18 97:6,22 148:15,17 149:10 150:5 164:7,10 225:6

**treated** 142:11 225:6

**treating** 198:21

**treatment** 61:22,24 96:23,24 97:4 194:21 208:11 209:14 225:5 237:8

**tremendous** 129:23

**Tri-cyclen** 194:20

**trial** 32:16,21, 25 35:25 103:15 104:1, 9,17 105:1 106:22 107:5,8 109:14 189:1

**trials** 109:16,20 110:8,10

**tried** 181:8 215:24 218:6,8 242:23

**Trimester** 116:10

**trip** 73:1

**true** 149:21 208:8 228:9

**try** 58:1 62:24 63:10 83:1 97:8 120:11 218:1

**trying** 38:10 60:21 67:12 100:7 112:10 225:19

**tubal** 56:25 57:8,11 162:25 163:1,4 190:12

**tubes** 56:21 57:12,15 179:9,11

**Tuesday** 46:10

**Tuesdays** 46:3

**Tulane** 217:19

**turn** 7:10,14 8:17 103:4 131:8 153:16 159:15 175:7 204:2 234:3 235:12 236:23 238:23

**turned** 13:11 128:21 147:6

**TV** 194:15,22

**twice** 69:10 104:7

**two** 7:19 8:2,3 12:16,17 39:14 46:8 48:8,12, 13 49:2 54:5

60:3,21 63:21 92:24 94:25 104:25 106:13 107:23 111:1 133:6,25 140:24 147:11 150:17 174:12 199:2 204:15 208:21 217:9 221:3

**two-tailed** 235:22 236:1

**type** 9:10 15:14 104:10 105:13 181:17 201:13 211:19,22,23 212:7,8 213:14

**types** 49:8 59:17 60:3 79:7 96:12 100:12 201:12 241:15

**typical** 47:8 49:2,3 86:18 87:12 102:14, 16 115:2 142:19

**typically** 16:1 45:11,20,24 46:23 48:7,9, 24 50:15 55:9, 11,14 59:9,14 62:10,13 71:18 72:25 78:19 81:15,19 83:3, 24 93:4 113:4 114:4,10,17,22 119:13 120:11 121:16 123:6 139:18 142:18 165:1 177:24 233:21,23

**U**

**U.S.** 86:1 92:15 93:21 169:2,3, 23

**UAB** 68:18

**ultrasound** 147:10 165:5

**Um-hmm** 36:18 39:6,7 48:14 87:19 103:19 107:14 137:10 148:3 181:21 225:16

**unable** 7:12 193:23

**unadjusted** 232:1,5

**unbound** 152:24 154:7

**uncomfortable** 71:20

**uncommon** 167:9 226:1

**under** 38:2,19 54:22 82:25 126:12 134:18, 23 154:10 160:18 166:20, 21 172:5,8 179:22 187:19, 21 188:14,15, 16 200:13

**undergo** 57:5

**undergoing** 52:2 84:1

**undergone** 176:18,23

**undergraduate** 40:18

**underlying** 97:22

**understand** 12:16 17:11,16 20:15,17 23:24 42:23 56:6 60:11 62:4 79:18 100:22 141:12 146:14 151:10,11 177:19 183:21 209:17 230:6 236:17

**understanding** 16:9,12 79:16 126:24 130:21 157:1 158:14, 17 168:24 170:23 171:7 185:11 231:2

**Understood** 17:11 67:25 151:6 171:15

**undertake** 166:13

**unfamiliar** 24:21

**uninsured** 93:8

**unintended** 19:5 82:3,15 83:2

**unique** 83:19

**United** 67:7,15 171:1,19 191:10 199:5

**univariate** 235:19

**university** 6:13 33:10 40:19 41:16,23 42:1, 4 43:2,5,7 54:19 55:1 83:20

**unless** 83:25 176:6 217:3

**unlike** 80:16

**unlikely** 144:20,23 162:18,23 185:9 216:14

**unpredictable** 82:7

**unquote** 73:20 127:14 193:22

**unrelated** 59:15 125:21

**unresponsible** 86:17

**unresponsive** 86:18 96:25

**until** 16:3 31:25 41:23 55:19 63:10 71:14 115:14 134:7 230:23

**up** 8:18 20:18 32:4 35:15,18, 19,24 37:19 45:22 46:7 58:13,16 61:9, 12 71:6 74:21, 24,25 94:17 102:4,19 106:17 127:21 142:21 165:4 167:25 168:4 171:13,20

181:9 192:13 197:12 232:13 233:23

**up-to-date** 26:8, 11 37:6

**Update** 117:16 121:22 122:4

**updated** 25:14 37:10

**upon** 161:22

**upper** 142:19

**uptake** 67:14

**urine** 162:19 167:18

**urologists** 52:18

**us** 34:21 43:10 44:18 58:6 64:2,6 106:17 163:22 164:13 237:20

**usage** 86:1

**use** 13:19,21 14:13 21:25 53:3 58:12,21, 25 60:22 61:4 62:3,21 63:6, 12 67:3,4,8 71:1,6,13,19 73:25 76:1,5, 12,21 77:4,6, 10 78:12,14,16 79:2,3,6,11,12, 13,22 80:22, 23,25 81:5,6,7, 18 82:14,20 84:22 85:6,12 86:14 89:17,18 90:15 92:7 95:13 96:11

97:8,21 98:3, 17 99:12,16 102:15,16 119:10,13 121:4,18 123:20 124:7 129:12 130:5, 12 140:1 142:15 145:9 150:1 155:12 158:6 159:13 160:14 161:13 166:13 171:11, 14 175:16,17 176:8,9,13,16, 22 178:22 179:20,23 181:6,16,17 182:5,9,10,21 184:20 185:9 187:16,21 188:4,11 189:8,13,22 190:17,18 193:14 194:16 195:9 197:6 199:15 202:10, 11 211:2,3,6, 12,13,16,18,21 217:1 218:1 220:20 227:1 237:7 241:5

**used** 21:4 62:12 63:18 71:16 76:1 79:1 87:7,24 132:21 161:24 162:2 169:21 170:25 171:19 180:16,19,22 181:21 183:4 189:14,18 195:10,21 201:1,3 209:2 210:7 211:19 213:23 217:25 219:3,6 220:14,15,17 230:19 234:16, 22,25 235:22 237:11

**users** 236:20 242:14,19 243:8

**using** 14:2 61:8,13,19,21 62:5,8,25 63:16 73:9,22 74:8 77:12 81:1 83:1 88:6 90:7 91:4,6,10 95:19 96:23 97:15,16 139:4 141:10 142:2 144:4,6,25 146:2,10 148:8 149:4 155:21 156:6,18 157:2,15 161:24 162:3, 24 163:4,7,14 165:18 166:18 173:11,14 180:18 181:3 183:13 185:16 187:7 193:22 211:7 220:11 224:3 228:7 237:17

**usually** 60:23, 24 61:6 63:6 78:8,15,20 123:21 149:4 196:8

**Utah** 223:7 231:22,24,25

**uterine** 62:1,14, 20 78:6 224:5

**uterus** 178:2,3, 7 193:25

**utilization** 67:13 85:4 86:3,23 98:4

**utilize** 15:1 21:1 55:7 58:24 63:11,14 67:18 78:11 81:14,15 88:15 92:18 93:13,14 169:5 181:13 241:20

**utilized** 92:9 93:25 126:4 156:15 170:5 171:1 185:6 189:11 214:17

**utilizing** 14:1 86:6 93:16,20, 25 129:17 151:13 237:5

**V**

**vaccine** 19:10 109:13 110:1 126:25 127:7, 8,10,19,24

**vaccines** 130:15,24

**vagina** 75:23 77:9

**vaginal** 39:7,10 50:4 51:11 59:13 63:2 77:9 180:24

**vaginally** 57:1

**vaginitis** 51:10

**Valenzuela** 204:4,16 221:21 222:20 229:2 231:9, 11,13,17 234:1,9 239:9, 14,20 242:14, 18 243:6

**value** 129:23 240:24

**variables** 237:5

**variation** 145:12

**varies** 113:4

**variety** 234:16

**various** 15:14, 18 65:1 209:14

**VARS** 126:24

**vary** 32:14 199:3

**varying** 64:25 66:11

**vascular** 16:11

**vasectomies** 83:22

**vasectomy** 56:16,17 190:12

**vast** 45:4,7 62:11 87:9 200:1

**verb** 130:8,11

**verbally** 60:16

**verdict** 106:24 107:6,16

**version** 231:14

**versus** 11:13 87:7 122:13 153:6,7,19 180:14 194:5 209:4 223:6

**very** 11:22 19:7,19 25:12, 20 33:14,18 43:8,24 44:20 57:25 58:11,14 60:25 61:2 64:14 70:20 71:9 75:7,10 77:5,18 81:21 82:14 83:6,11, 15,19 84:22 86:19,20 87:1, 8,12,24 88:23 89:9 90:15 93:4 101:15 103:4 107:9 109:25 122:2 131:8 137:7 141:11 145:10 149:5 151:19 153:5,18,19 156:10,20 158:17,19 165:3 166:3 170:22,23 174:15,22 179:7,11 182:4 183:22 190:24 197:5 203:11 208:25 209:17 224:5,12,13 225:6 227:9,11 228:6 230:5 233:11

**Video** 7:1

**videographer** 5:4,11 34:8,11,

18,20,25 35:4, 8 91:22,25 135:21,24 158:12 174:1, 4,7 203:21,24 232:17,20 243:13,17

**videotaped** 5:5

**view** 23:21

**Vincent** 207:4

**vision** 181:25 184:2 187:3 237:6

**visit** 73:1 196:2

**visitors** 217:21

**visits** 47:4,10

**visual** 181:19 237:9

**voices** 189:15

**vote** 112:20

**voted** 112:21

**VTE** 76:15,19, 23 77:2 100:8

**vulvar** 50:6,7

**W**

**wait** 115:14 168:9

**waiting** 72:6 207:6 217:18

**waived** 243:18

**walk** 70:22

**walk-in** 73:1

**walking** 44:16

**wall** 155:3

178:4,7

**Wang** 5:17

**want** 7:19 35:7 55:4 56:7,8 60:22 67:16 70:9,18,22,24 71:1,8,12 79:12 80:22 81:6 96:11 97:21 113:22 127:15,17 128:1,2,23 129:4,16 135:16 143:18 148:9,15 153:13,14,16 175:15 191:1, 3,6,16,18 194:4,5 196:1, 9 201:23 206:21 208:13, 16,25 217:5 219:24 220:1 227:5,21 231:22 232:8

**wanted** 12:23 97:8 102:13 111:19 126:19 128:12 129:7 130:2 131:2 149:8 168:9 200:9

**wanting** 215:16

**wants** 94:12 153:12 191:19

**warn** 161:21 166:23 170:6 186:21

**warning** 156:22 157:1 158:10, 22 159:21 160:17,18

161:25 167:16 171:25 172:3,8 175:7,9 177:16 179:22 226:25 227:7 228:19, 23

**warnings** 159:15 166:20, 21,24 170:1 172:5,8 187:13 188:13,16

**warrant** 60:1 163:17

**Washington** 11:17

**wasn't** 14:10 203:9,13 221:6,7 225:21

**watch** 163:21

**way** 17:11 19:10,11 43:15 45:20,21 55:15,18 56:1 57:18,22 61:6 77:14 80:4,5 104:6 118:5 126:22,23 140:20 143:15 147:11 152:13 153:11 157:13, 20 174:16 178:4 180:2 192:8 206:24 218:9 228:12 230:14

**ways** 48:1 75:6,11 148:17 198:2

**we'd** 199:13

**we'll** 15:21 17:5,13 36:19

56:23 74:23 80:23,25 112:2 154:15 160:15 165:6 232:12

**we're** 15:21 34:8,11 38:6 43:9 44:1,4,7, 16,17 48:18, 19,21,24 49:6, 15,18,22,23 52:21,22,23,24 54:25 55:14, 18,23 57:14, 24,25 58:2,3 59:5,6,14 62:21 64:14 66:17,22 67:23 76:14 88:4 91:20,22,25 95:3 97:16 98:4 114:11,12 119:14 128:19 135:21,24 148:1 157:6 159:21 161:17 162:6 164:17 174:7 175:4 189:21 193:25 194:3 196:2 198:21,22 201:6 221:4 240:22 241:1, 5,10,12

**we've** 34:5 44:2,3 59:14 80:9,10,11 135:15 179:12 181:8,9 194:7 220:10 227:10

**Wednesday** 45:6,10 46:3, 10

**week** 6:24

43:14 46:1 47:8,14,20 48:8,11,17 75:24 76:3 80:18 94:15, 21,25

**weekend** 37:20, 21

**weekly** 75:20

**weeks** 12:6 47:12,13 48:9 57:4 74:18,21, 25 75:23 76:2 80:15 94:18,19

**weigh** 225:12

**weighed** 176:13

**weighing** 157:7,14 241:11

**weight** 73:14, 15,16 146:11 156:2,4,8 183:11 204:4, 5,17,21 206:7, 17 207:1,8,15, 16,19,24 209:8,9 218:6, 7 235:20,21,24 236:2 237:7, 13,14,19,20, 22,23 238:3,8, 9 239:10,16,21 240:2

**weightbearing** 74:7

**well** 10:21 16:1 18:24 20:11 21:18,19 23:7 27:11 28:1 42:13 45:16

47:4 48:17 49:19 51:24 53:23 54:1 55:12 61:7 64:2 68:9 77:10,18 78:12 84:14,18 86:8, 9 87:10 88:25 90:15,21 97:22 98:19 99:18 110:20 123:3 129:10 130:22 131:21 135:7 138:23 139:1 141:14 143:11, 15 149:17 150:9 158:19 161:19 167:4 168:11 169:4 176:22 179:7, 11 180:23 181:14 185:4 197:17,19,23 198:7,10,15 199:15 201:23 202:16 204:18 206:2,9 208:4 211:5,11 214:15 216:13 218:12 224:2 229:3

**well-known** 204:5,22

**Wellness** 118:3

**went** 40:25 41:16 127:20 170:22 203:6 214:25 215:14 219:14 228:1

**West** 6:13

**what's** 31:1 54:7 71:22 72:9 75:1 88:11 121:10 140:14 148:11 153:20 207:25 243:3

**whatever** 89:23 91:5 92:15 217:12

**wheelchairs** 89:2

**Wheeler** 9:6 23:5,22 24:20 26:3 131:17 132:8

**Wheeler's** 133:8,21,23 137:13,15

**where** 7:24 38:17 39:16 40:17,22 41:3, 17 42:12 48:7 51:4 52:13 63:3 97:24 121:4 134:18 180:7,8 198:16 211:9,11 212:2 213:6 216:24 223:12

**whether** 12:22 23:14 39:9,10 43:10 45:16,17 76:11 84:14 100:8 118:8 139:13 141:15 149:8 151:20 152:1,2 158:10 162:22 168:2 176:15 188:20 189:23 195:12, 19 197:19,20 210:7,17 211:8,23 212:20 220:7 222:15 233:17 235:23 237:13 238:15 240:3

**which** 13:11 16:19 28:4,13, 21 29:2,9,18 51:10 54:4 57:4 59:23 60:21 61:22 62:15 65:16 66:22 73:7 90:8 98:11 99:2 109:2 114:25 115:1,5 123:7 125:22 147:15 152:25 157:24 158:3 164:17 166:17 169:1 173:18 175:11 180:4 181:23 183:12, 13 198:5,25 200:17 205:20 206:12,23 210:6 213:22 214:4,8 215:2 220:18 224:7, 21 226:5,6,12, 15 229:1 234:21 236:18 241:12 243:5

**whichever** 79:12

**while** 25:13 57:1 58:16 71:6 74:2,7,9 91:20 95:10 141:8 142:7 155:24 162:24 163:14 168:1 210:21 223:21 233:16

**who** 11:20 13:16 14:6 20:6 24:22 34:23 52:4 68:2,8,21 86:4 95:10 100:13, 18,20,23,24 101:5,11 102:9 106:8 136:8,12 146:14 148:1 150:22 168:19 176:10 179:5 182:13 199:11 215:16 216:4

**who's** 35:3 68:17

**whoever** 8:17 34:14

**whole** 16:15 17:1 43:9 44:22 47:13 48:8 191:12 202:20

**why** 16:8,19 62:6 133:10 148:12 149:11, 12,22 150:4 157:4 164:17 195:6,11,23 204:14

**wide** 55:8 78:12 242:3

**will** 5:13,14 32:2 38:6,19 39:18 43:1 53:14 55:11 56:2,12 57:21, 23 59:5,8,16, 19 60:23,24 61:25 63:1,7 70:18,22 71:12,14 72:24 73:6,15,21 75:13,16 77:20 98:10,23 128:8 138:16 139:3 142:3 145:19 154:3 162:21, 23 164:4 190:24 191:17 194:16

**Wilson's** 178:20,22,23, 25 179:4,6,12

**wipes** 52:6

**wire** 158:13

**withdraw** 76:7 100:12 185:5

**withdrawal** 76:4 90:24 91:6,11, 17

**within** 24:2 42:7 47:1 81:24 104:24 111:23 133:19 151:15 164:8 187:8 196:10 215:23 217:11

**without** 139:13 151:7 163:3 189:2

**witness** 5:15 9:10 11:5 18:6, 13 20:20,23 32:20 33:5,7, 13 34:7 35:13 59:2 70:13 101:14,19,23 131:9 136:23, 25 141:24 143:19 148:4

**witnesses** 131:20

**woman** 13:16 68:21 142:18 146:22 152:13 163:3 177:8 183:4

**woman's** 151:15

**women** 39:12 50:23 51:21 52:2,4 58:16, 18 62:25 66:25 67:7,14 72:23 73:9,13,14,22 74:1 76:17 83:14 84:21 87:10,13 90:6, 8,9,22 118:3 141:11 142:1,2 143:1,4,5,6 144:22 145:12 146:2,25 148:22 150:4 152:8 156:6 163:14 165:5 173:13,14 176:5,8,10,11, 22,23 177:19 189:2 191:9 193:20 197:10 199:5 214:20, 25 215:1,4 216:15 225:3,7 226:17

**women's** 19:3, 8

**won** 105:9

**won't** 63:9

**wonderful** 135:19

**word** 15:3 24:13,14 64:15,16 65:15 78:16 92:7 95:13 98:3,6 126:13 129:12 130:6 141:25 146:1 161:24, 25 162:2 188:4 189:13 218:20, 21

**words** 21:4

**work** 6:11,13 19:4,19 20:12 21:20 22:3,4,5 30:8 41:13,15 42:5,22,23 43:16 47:25 48:3,6 52:2,11, 19 55:18 62:24 70:10,17 75:8 85:1 100:2,4 110:21 151:19, 25 180:6 201:8 240:6,11,21 241:19

**workday** 43:11

**worked** 110:15

**working** 43:9 45:16,17 67:23,24 104:13 106:23 111:2

**workroom** 44:10

**works** 38:7,20 39:3 43:15 68:21 82:24 126:24 150:25 180:2

**workweek** 46:16

**world** 25:21 43:25 44:20 52:14 183:14

**worried** 185:15

**worse** 194:10

**Worthington** 6:10

**would** 9:24 11:13 13:7,8 14:18,21,23 20:10 21:14 25:11,15,19 27:8,20 28:4, 13,21 29:2,3,9, 18,21,22 30:5 32:7,9,25 34:15 35:3,16, 18 36:2 37:8, 14 38:17 41:1 46:8,10,11,14, 15 47:6,7,9,14, 15,16,17,20, 22,23 48:3,23, 25 49:1,2,4,24 50:3 51:2 53:17 54:3,4,9, 13,17 55:4 56:3,6,13 65:15,17 66:1, 6 69:10,12 78:9,13 81:12 82:6 84:3,13 85:17,18,19, 20,21,22 86:2 87:4,18,23 88:14,18 89:11,16,22 90:4,12,20 92:10,12,16 94:16,18,24 95:23 96:13, 15,21 97:10 98:22 99:10 101:17 102:4, 15 104:25 107:20 108:9 109:22,25 113:12,21 114:24 115:1, 3,8,16,20,21, 23,25 116:2,4, 5,7,9,11,14,16, 19,20 117:8, 17,22 118:1,2, 4,6,9,11,12,14, 15 119:14,15 120:9,14 122:2,8,19,22 123:6,12 125:19,20,21, 25 126:19 128:1,2,11,16, 23 129:4,6,14, 23,24 130:2 131:1,5 133:15 134:20 135:3, 19 138:5 139:19 140:2, 16 142:19 143:24 144:3, 4,9,12,23 145:13 146:18, 24 147:1,4,7,9, 20,21,23 148:9,12,13, 15,16,18,19,25 149:3,7,22 151:11 152:14, 25 153:16 154:5,6,13 155:4,13,14,18 156:2,4,13,25 157:9,12,19,24 158:3,9,21 159:14,17 160:24 165:21 166:7,11,12 167:9 168:3,8 169:18 171:4, 9,10 172:7 175:1 176:24 177:10,16 178:23,24,25 181:12 182:19 183:3 185:9, 15,16,18,19, 21,22,24,25 186:18 187:15 188:7,11 189:23 192:1, 3,5,20 193:18 196:20 197:18, 23 198:6 199:1,3,9,16, 18,22 200:2,10 201:7 202:1,7, 14,25 203:9,11 204:7,8 206:5, 9 208:9,13,16, 17,21,25 209:5,7,14,15, 16,17,20,21 210:10,19 211:17,18,20, 21 212:13,17, 20 215:4,8,18 216:10,14,16 218:14 221:3, 23 222:1,3,4,7, 9,17 227:1,7,9, 11 228:8,12, 15,19,24 229:7,9 230:6 231:3 235:25 238:8,13 243:1

**wouldn't** 8:21 129:16 202:3

**wound** 50:5

**write** 43:16 81:19 122:3 123:1 241:3

**writing** 21:24 88:16 121:16

122:2 124:4 132:21

**written** 7:24 33:3 108:25 121:3 122:25

**wrong** 137:11

**wrote** 8:5 102:17 122:21 123:11,23

**Wyeth** 168:21

**Y**

**yeah** 33:25 37:24 86:8 88:22 91:21 135:17,18,20 141:22 206:1 210:4 231:13, 15 232:8

**year** 11:12 33:17 37:18 113:4 187:21 188:11 223:14

**years** 58:13 73:24 103:8 104:24,25 107:2 109:13 111:23,25 112:18,19 121:8,23 171:13,20 190:23 191:3 194:5,11 197:12 215:16, 23 217:11

**yet** 31:23 35:24 37:19 38:12,22 39:4 40:2 67:20,21 103:16 160:20 193:15 194:8 195:10,13 205:4 220:1

**you'd** 61:10 145:17

**you'll** 17:5 229:21

**you're** 10:19 16:21 43:24 44:10,23 54:1 57:1 69:16 70:4 82:1 84:14,16 97:24 111:2 115:10, 15 124:25 128:6 135:8 145:25 147:16 149:4 151:3,4, 12,13 152:23 153:7 156:16, 17,18 166:8 173:11,16 178:2 186:21 208:18,19 209:4,6 211:15 222:22 229:22

**you've** 34:3 41:22 56:25 69:24 93:11 107:23 113:11 123:18 148:1 174:1 204:3 233:17

**young** 13:16 50:23 51:21 52:2,4 68:21 72:23 76:16 83:14 193:21, 24 198:9 199:5

**younger** 73:22 85:1,11

**yours** 14:11

**yourself** 195:3

**yourselves** 5:13

**Z**

**Zahn** 69:1

**Zuspan** 123:12