# The Incidence of Pseudotumor Cerebri

## Population Studies in Iowa and Louisiana

F. Jane Durcan, MD; James J. Corbett, MD; Michael Wall, MD

**• We surveyed all neurologists, ophthalmologists, and neurosurgeons in Iowa, eastern Nebraska, and Louisiana over one year to determine the annual incidence of pseudotumor cerebri in residents of Iowa and Louisiana. The results were similar for both states. In Iowa, the annual incidence in the general population was 0.9 per 100 000 persons. When obesity was considered, this increased the incidence to 13/100 000 persons in Iowa and 14.85/100 000 persons in Louisiana for women 20 to 44 years of age who were 10% or more over ideal weight. Furthermore, the incidence became 19.3/100 000 for women in the same age range when they were 20% or more over ideal weight. The female-to-male ratio was 8:1, and the mean weight was 38% above ideal weight for height. Pseudotumor cerebri is a relatively common neurologic illness and may be an important preventable cause of blindness in obese young women.**

(*Arch Neurol* 1988;45:875-877)

Pseudotumor cerebri (PTC) is a syndrome of elevated intracranial pressure without evidence of hydrocephalus or space-occupying lesions. To make the diagnosis, the following four criteria must be satisfied: (1) documented elevation of intracranial pressure (>250 mm $H_2O$), (2) normal cerebrospinal fluid (CSF) composition, (3) normal results of neuroimaging studies (computed tomography or magnetic resonance imaging showing normal or small-sized ventricles), and (4) normal neurologic examination results except for papilledema and nerve VI paresis. The symptoms of PTC are related to the elevated intracranial pressure; headache and visual symptoms, transient visual obscurations (TVOs), and diplopia are the most common. Papilledema and palsy of the sixth nerve are signs of increased intracranial pressure. Any other focal neurologic signs should suggest another diagnosis. We studied the incidence of PTC to establish the importance of this condition as a cause of visual loss.

Accepted for publication April 4, 1988.

From the Department of Ophthalmology, University of Iowa (Dr Durcan), and the Departments of Neurology and Ophthalmology, University of Iowa Hospitals and Clinics (Dr Corbett), Iowa City; and the Departments of Neurology and Ophthalmology, Tulane University Medical Center, New Orleans (Dr Wall).

Reprint requests to Department of Neurology, University of Iowa Hospitals and Clinics, Iowa City, IA 52242 (Dr Corbett).

### METHODS

Postcards were sent to all neurologists, ophthalmologists, and neurosurgeons in Iowa and Omaha, once a month from August 1984 to July 1985. Physicians in Omaha and the Mayo Clinic, Rochester, Minn, provide a portion of tertiary medical care for persons from western and northeast Iowa, and we believed that those areas should be covered in the patient canvass. Only patients who were residents of Iowa were included in the results. Each month the physicians were asked to return the card, which indicated whether they had seen a new patient with PTC. The cards requested information on the patient's sex, the initials of the first and last names, his or her county of residence, the date of onset of symptoms, and the date of diagnosis. When an affirmative response was received, we sent a second letter requesting additional information, including the patient's sex, height, weight, age, CSF pressure, blood cell count, protein determination, and pregnancy status. A history of medication intake that specifically requested information on birth control pills, vitamins, vitamin A, 13-*cis*-retinoic acid, nalidixic acid, and steroids was obtained. The physician was asked to record the presenting symptom and whether there were visual symptoms (visual loss, blurring, TVO, or diplopia) or headache during the disease. Data from the epidemiologic study performed in the same way in Louisiana were collected during ten months of a one-year period. A letter was sent monthly that described the definition of PTC and solicited cases. All neurologists, neurosurgeons, and ophthalmologists in the state were canvassed. Unlike the Iowa study, no follow-up letter was sent after cases were reported.

The 1980 Iowa census[1] provided information on the Iowa population that included a breakdown by age and sex. The *Vital Health Statistics of the National Center for Health Statistics* 1979 report on overweight adults in the United States[2] provided data on ideal weight by height. This report also provided data on the percentage of men and women in the United States who were more than 10% and more than 20% over ideal weight for their height in various age groups. The *US Bureau of Census Statistical Abstracts of the United States 1981*[3] provided data on yearly livebirths, abortions, and oral contraceptive use in the US female population.

### RESULTS OF THE IOWA STUDY

Of 140 physicians sent postcards in Iowa and Nebraska, 126 (90%) responded at least once—65 physicians (52%) responded at least 75% of the time and 94 physicians (75%) responded at least 50% of the time. Several physicians responded only when they saw a patient with PTC. Twenty-one percent of the physicians polled saw at least one patient with PTC during the one-year study period. A random selection of physicians who did not return cards, all said they had seen no new cases in the past year.

Initially, reports of 37 patients were received. Five patients were excluded because the persons resided outside Iowa. Three patients were excluded when clinical information from the referring physicians, including subsequent CSF findings, proved the initial diagnosis was incorrect. Two other patients were excluded in the incidence calculations because clinical improvement occurred before lumbar puncture was performed. A total of 27 subjects qualified for the study.

In the study group, the female-to-male ratio was 8:1, with a mean age of 26.7 years (range, 14 to 60 years). The mean weight was 38% above ideal weight, with a range from 21% under ideal weight to 116% above ideal weight. Eighteen patients (17 females and one male) were 20% over ideal weight.[2] The women ranged in age from 15 to 44 years. Four females (17%) were pregnant when diagnosed, and four females (17%) used oral contraceptives.

The population of Iowa in 1980 was 2 913 808. There were 648 958 females between the ages of 15 and 44 years and 652 550 males in the same age group. We calculated the one-year incidence of PTC in the general population of Iowa as 0.9/100 000 persons. The incidence in females aged 15 to 44 years was 3.5/100 000, and the incidence in women 20 to 44 years old who were 10% or more over ideal weight was 13/100 000. For women aged 20 to 44 years and 20% or more over ideal weight, the incidence increased to 19.3/100 000. The same information was calculated for males between the ages of 15 and 44 years (incidence, 0.3/100 000), for men 20 to 44 years old and 10% or more over ideal weight



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 04/19/2016

(incidence, 0.7/100 000), and for men 20 to 44 years old and 20% or more over ideal weight (incidence, 1.5/100 000).

Fifteen patients (55.5%) had headaches as their only presenting symptom. Seven patients (25.9%) presented with visual symptoms only, six with TVOs, and one with visual loss. One patient presented with neck pain only. Three patients (11.1%) had a combination of headaches and visual symptoms, and one asymptomatic patient (3.7%) was identified as having PTC when papilledema was found during a routine eye examination. During the active phase of their condition, 22 patients (81.5%) complained of headaches, 22 (81.5%) suffered from visual symptoms, 17 (70%) had TVOs, six (22.2%) had visual loss, four (14.8%) had diplopia, and two (7.4%) had neck pain. The mean interval from date of onset of symptoms to date of diagnosis was 2½ months, with the range from less than one month to 11 months. The length of time before diagnosis did not correlate with the initial symptoms. Ten patients (41.6%) had onset of symptoms during the summer months, eight (33.3%) had onset in the winter, four (16.6%) had onset in the spring, and two (8.3%) had onset in the fall.

History of medication intake revealed that three patients took daily multivitamins. One patient took daily multivitamins, with a total of 24 000 U vitamin A supplementation. One patient took β-carotene. Two patients took tetracyclines, one patient took prednisone, and one patient had recently discontinued taking prednisone.

Information on concurrent systemic disease was available on four subjects. Two patients had undergone renal transplants four and 11 years previously. The first patient was receiving long-term prednisone therapy of 15 mg/d, and the second patient had been tapered off prednisone four months before diagnosis of PTC. One patient had familial hypoparathyroidism. A fourth patient had a history of ulcerative colitis and had previously taken steroids but not within the year before diagnosis. This patient experienced deep vein thrombosis three months after diagnosis of PTC.

## RESULTS OF THE LOUISIANA STUDY

There were 48 cases of PTC reported during the ten-month period. The population of Louisiana in 1980 was 4 480 681. The one-year incidence in the general population was 1.07/100 000 persons. Among "obese" women 20 to 44 years of age, the incidence increased to 14.85/100 000. The age range was similar to the Iowa group—11 to 46 years, with a mean of 28 years. The female-to-male ratio was 4.3:1. Sixty-nine percent of the patients were obese and 78.4% of the women 20 to 44 years were obese; however, obesity was not defined.

## COMMENT

Pseudotumor cerebri is not considered a common disease. Boddie et al[4] described 34 patients seen between 1960 and 1972 at Newcastle General Hospital in Newcastle upon Tyne, England. During a similar period, 120 adults were seen at the Neurological Institute of New York, New York City.[5] Seventeen cases came from Charity Hospital in New Orleans between 1949 and 1958.[6] Rush[7] described 63 patients seen at the Mayo Clinic between 1961 and 1978.[7] One hundred twenty-four patients were seen with PTC at Killean Hospital in Glasgow, Scotland, between 1942 and 1972.[8] Corbett et al[9] followed up 57 patients from Wills Eye Hospital, Philadelphia, and the University of Iowa, Iowa City, who had been treated for PTC between 1939 and 1975. Wall et al[10] reported 48 cases at Washington University, St Louis, from 1974 to 1980. The numbers in these reports suggest that PTC is uncommon; however, without knowing the population base and being able to compare this with the population at risk, the true incidence cannot be calculated.

With the Iowa data, we attempted to determine the incidence of PTC in a well-defined, stable population (population turnover, 2%) to determine the characteristics of the population at risk and to calculate the incidence of PTC. We found an annual incidence of 0.9/100 000 persons in the general population and 3.5/100 000 in females 15 to 44 years of age. In obese women aged 20 to 44 years who were 10% or more and 20% or more over ideal weight, the incidence escalated rapidly to 13/100 000 and 19/100 000, respectively. A similar incidence was found in the Louisiana data. Our results are comparable with the only published incidence data from Libya,[11] where an annual incidence of 1.7/100 000 persons in the general population and 3.5/100 000 in adult women[7] was reported.

The female preponderance found in many previous reports[4,5,7] was confirmed in our study. The female-to-male ratio was 8:1 in Iowa and 4.3:1 in Louisiana. Although this ratio has been reported as low as 1.8:1,[8] there are also reports in which all the patients were female.[6,11]

The patients in our study ranged in age from 14 to 60 years, with a mean age of 27 years. Twenty-two patients (81.5%) were between 20 and 44 years old, and there was a peak in the third decade of life, with 15 patients (59%) in that group. This age range is similar to that of other reports, although patients as young as one year old[8] and as old as age 67 years have been described.[7] The mean age ranges from 26[6] to 32 years.[4]

Obesity is a significant factor in this syndrome. Our Iowa patients ranged from 21% below ideal weight to 116% above ideal weight, with a mean weight 38% above ideal weight for height. We arbitrarily grouped patients into those 10% or more above ideal weight and those 20% or more above ideal weight. Nineteen patients (70%) weighed more than 10% above desirable weight and 18 (67%) weighed more than 20% above normal. Radhakrishnan et al,[11] who also defined obesity as a weight more than 20% over the ideal, found 74% of their Libyan patients to be obese. Weisberg[5] described 90% of his patients as obese but did not define obesity. In the report by Johnston and Paterson,[8] only 34% patients were considered obese, but again, no definition was given. The exact role of obesity in the pathophysiology of PTC remains unclear.

Pseudotumor cerebri occurs during pregnancy. Digre et al[12] found that pregnancy occurred in patients with PTC at the same rate that it occurs in the general population. Our results confirm that observation. We found that 17% of the females were pregnant; 11.9% of the female population between 15 and 44 years old will be pregnant during any one year.[3] The relationship between pregnancy and PTC is not statistically significant ($P > 23$). The total numbers are low and make it difficult to conclude with certainty if PTC and pregnancy were causally related.

Oral contraceptive use has also been associated with PTC. Soysa[13] described five women using a combination oral contraceptive with PTC whose symptoms cleared and whose optic discs returned to normal two to four weeks after changing to a progesterone-only pill. Seventeen percent of our female patients were using oral contraceptives; 15.6% of the female population between 16 and 44 years old use birth control pills.[3] There is no significant difference between our population of patients with PTC taking birth control pills and the general



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 04/19/2016

female population taking the pill ($P > 0.4$). Digre et al[12] also found no significant difference in oral contraceptive use between patients with PTC and their controls.

Numerous medications have been implicated in the pathogenesis of PTC. Three of our patients took a daily multiple vitamin. One patient added vitamin A supplements and another took $\beta$-carotene. The relationship between vitamin A and PTC has long been established. Vitamin A products, including dermatologic products such as 13-*cis*-retinoic acid as well as indomethacin, ketoprofen, lithium carbonate, tetracyclines, and nalidixic acid should be inventoried when obtaining a history of drug intake. The association with tetracyclines is well known; two of our patients were taking tetracyclines.

The role of corticosteroids in the pathogenesis of PTC has been recognized since the report of Dees and McKay[14] in 1959, who described the development of PTC in three young boys with long-standing asthma whose corticosteroid dosage had been recently decreased. In our study, PTC developed in two patients after a similar dosage taper of prednisone. A second patient experienced PTC while receiving a stable dose of oral corticosteroids. Cohn[15] described three patients in whom PTC developed while taking corticosteroids. Their symptoms resolved when the steroids were discontinued. Corticosteroids, however, have also been used in the treatment of PTC. While it seems that corticosteroid therapy generally relieves papilledema, the exact nature and mechanism of this effect remain unclear.

Two of our patients had undergone renal transplantation four and 11 years previously. In both cases, the transplantation was done for chronic renal failure secondary to congenital agenesis and hypogenesis of the kidney and nephrosclerosis. Both of these patients either took steroids on a long-term basis or had recently stopped taking steroids. One patient experienced PTC while undergoing dialysis for chronic renal failure. The role of renal disease in these patients with PTC is intriguing but not yet clear.[16]

Pseudotumor cerebri has an established association with both primary and secondary hypoparathyroidism. Palmer et al[17] reported two cases and reviewed 32 previous reports in 1959. Sambrook and Hill[18] noted marked reduction of CSF transport into plasma in a patient with primary hypoparathyroidism, papilledema, and epilepsy whose CSF transport into plasma and optic discs returned to normal with the correction of hypocalcemia. One of our patients had hypoparathyroidism.

Thrombosis or obstruction of the dural venous sinuses is an important potential cause of PTC[19-22] thought to be due to elevated CSF outflow resistance, direct transmission of increased intracranial venous pressure to CSF pathways, or both.[23] One of our patients experienced PTC after a skull fracture that occluded the transverse and straight sinus; this was confirmed with computed tomography and cerebral angiography. A second patient had ulcerative colitis and experienced deep vein thrombosis three months after the diagnosis of PTC. We postulated that this patient had an unrecognized dural sinus or cerebral vein thrombosis.

The incidence of PTC in the general population and in the population at risk was calculated from the symptomatic group. Occasional patients (perhaps as many as 10%) with PTC have no symptoms and are discovered fortuitously. There are probably other symptomatic patients who are never given the diagnosis. Also, the surveillance system may have been incomplete. Thus, our incidence rate is likely a low estimate. We confirmed earlier observations that this disease tends to occur in obese women of childbearing age. To put this disease in perspective, we found the incidence in the general population to be about half that of multiple sclerosis.[24] Blinding visual loss or severe visual impairment has been shown to occur in up to 25% of patients with PTC.[9,10] In light of these data, we believe that PTC should not be considered an uncommon condition. It represents an important risk to vision in obese young women.

This work was supported in part by grant RR59 from the General Clinic Research Center Branch of the National Institutes of Health, Bethesda, Md, and an unrestricted grant to the University of Iowa Department of Ophthalmology from Research to Prevent Blindness, Inc, New York.

We gratefully acknowledge the support of the late Maurice W. Van Allen, MD, and Delmar Caldwell, MD. Robert Wallace, MD, and William Talman, MD, also provided valuable suggestions. Shelley Cross, MD, reviewed all the cases seen at the Mayo Clinic originating in Iowa from August 1984 to July 1985.

### References

1. US Bureau of the Census: *1980 Census of Population: General Population Characteristics Iowa*, Washington, DC, 1983.

2. *Overweight Adults in the United States: Vital Health Statistics of the National Center for Health Statistics*, 1979, pp 1-9.

3. US Bureau of the Census: *Statistical Abstracts of the United States 1981*, Washington, DC, 1981.

4. Boddie HG, Banna M, Bradley WG: 'Benign' intracranial hypertension: A survey of the clinical and radiological features and long term prognosis. *Brain* 1974;97:313-326.

5. Weisberg LA: Benign intracranial hypertension. *Medicine* 1975;54:197-207.

6. Paterson R, DePasquale N, Mann S: Pseudotumor cerebri. *Medicine* 1961;40:85-99.

7. Rush JA: Pseudotumor cerebri: Clinical profile and visual outcome in 63 patients. *Mayo Clin Proc* 1980;55:541-546.

8. Johnston I, Paterson A: Benign intracranial hypertension: I. Diagnosis and treatment. *Brain* 1974;97:289-300.

9. Corbett JJ, Savino PJ, Thompson HS, et al: Visual loss in pseudotumor cerebri. *Arch Neurol* 1982;39:461-474.

10. Wall M, Hart WM, Burde RM: Visual field defects in idiopathic intracranial hypertension (pseudotumor cerebri). *Am J Ophthalmol* 1983;96:654-669.

11. Radhakrishnan K, Sridharan R, Ashok PP, et al: Pseudotumor cerebri: Incidence and pattern in north-eastern Libya. *Eur Neurol* 1986;25:117-124.

12. Digre KB, Varner MW, Corbett JJ: Pseudotumor cerebri and pregnancy. *Neurology* 1984;34:721-729.

13. Soysa ND: The oral contraceptive pill and benign intracranial hypertension. *NZ Med J* 1985;98:656.

14. Dees SC, McKay JW Jr: Occurrence of pseudotumor cerebri (benign intracranial hypertension) during treatment of children with asthma by adrenal steroids. *Pediatrics* 1959;23:1143-1151.

15. Cohn GA: Pseudotumor cerebri in children secondary to administration of adrenal steroids. *J Neurosurg* 1963;20:784-786.

16. Guy JR, Day AL, Glaser JS: Pseudotumor cerebri in chronic renal failure; abstracted. *Neurology* 1987;37(suppl):289.

17. Palmer RF, Searles HH, Boldrey EB: Papilledema and hypoparathyroidism simulating brain tumor. *J Neurosurg* 1959;16:378-384.

18. Sambrook MA, Hill LF: Cerebrospinal fluid absorption in primary hypoparathyroidism. *J Neurol Neurosurg Psychiatry* 1977;40:1015-1017.

19. Powers JM, Schnur JA, Baldree ME: Pseudotumor cerebri due to partial obstruction of the sigmoid sinus by a cholesteatoma. *Arch Neurol* 1986;43:519-521.

20. Symonds CP: Hydrocephalic and focal cerebral symptoms in relation to thrombophlebitis of the dural sinuses and cerebral veins. *Brain* 1937;60:531-550.

21. Mitchell D, Fisher J, Irving D, et al: Lateral sinus thrombosis in intracranial hypertension in essential thrombocytopenia. *J Neurol Neurosurg Psychiatry* 1986;49:218-219.

22. Kaplan RE, Springate JE, Feld LG, et al: Pseudotumor cerebri associated with cerebral venous sinus thrombosis, internal jugular vein thrombosis and systemic lupus erythematosus. *J Pediatr* 1985;107:266-268.

23. Fishman RA: The pathophysiology of pseudotumor cerebri: An unsolved puzzle. *Arch Neurol* 1984;41:257-258.

24. Detels R: Epidemiology of multiple sclerosis, in Schoenberg BS (ed): *Advances in Neurology*. New York, Raven Press, 1978, vol 19, p 461.



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 04/19/2016

# The Search for Causes of Idiopathic Intracranial Hypertension

## A Preliminary Case-Control Study

Belinda Ireland, MD; James J. Corbett, MD; Robert B. Wallace, MD

• Idiopathic intracranial hypertension (pseudotumor cerebri) is a condition that occurs predominantly in obese women. It consists of elevated spinal fluid pressure, normal spinal fluid contents, papilledema, and headaches with normal imaging studies. Long lists of putative causes and associations have arisen, many consisting of individual case reports. We did a retrospective case-control study on 40 patients and 39 age- and sex-matched control subjects to examine the incidence of these associated conditions. Our results are only suggestive due to the small sample size; however, obesity and recent weight gain occurred more commonly in patients with idiopathic intracranial hypertension than in control subjects. All forms of menstrual abnormalities, incidence of pregnancy, antibiotic use, and oral contraceptive use were equal in both groups. A larger multicenter study will be needed to more completely characterize the risk factors for this condition.

(*Arch Neurol.* 1990;47:315-320)

Idiopathic intracranial hypertension (IIH) is a well-defined disorder characterized by increased intracranial pressure with papilledema, normal or small ventricles, and normal cerebrospinal fluid (CSF) composition. Symptoms of IIH are due to the increased intracranial pressure; headache and visual disturbances are most often reported.[1-6] The average annual incidence of IIH is 1 per 100 000 in the general population.[7] It occurs more often in women than in men, particularly in obese women of childbearing age,[1,3,7-9] and the incidence is 19 per 100 000 in this group of obese women of childbearing age.[7] Idiopathic intracranial hypertension continues to be referred to as "benign intracranial hypertension" because of its generally self-limiting course; however, studies have shown it to be both a chronic[4,10-12] and a recurring condition[1,3-5] in many patients. Additionally, the prefix "benign" belies the potential seriousness of the disorder, since it can cause permanent serious visual loss.[1-3,5,6,8,11-14]

Several diseases, conditions, and putative causes have been anecdotally reported in association with IIH, but its cause and pathogenesis remain obscure. Of the published accounts of IIH, many are reports of only a single case. Since there have been no systematic studies that examine potential risk factors for the development of IIH, we conducted a preliminary case-control study.

### SUBJECTS AND METHODS

#### Criteria

Cases were identified from clinical records in the neuro-ophthalmology unit. Criteria for inclusion as a case subject included the following: (1) women, (2) age 16 years or older at the time of diagnosis, (3) presence of papilledema, (4) increased CSF pressure (>250 mm $H_2O$), (5) absence of intracranial mass or hydrocephalus by computed tomographic scan, and (6) normal CSF content, except for low protein levels.

Because only two of the potential case subjects were black, we limited case selection to white women. While there were patients whose IIH began as early as 1939, we elected to study those whose diagnosis was made 10 years or less before the study date. Since IIH is not generally a fatal illness, we used "prevalent" as well as "incident" cases in this study. We identified 63 patients who met our criteria; 7 patients had become unavailable for follow-up, and 5 patients refused to participate. Of 51 questionnaires that were returned, 40 were complete and clear enough to use. It was these patients who formed the case group in this study. We telephoned patients to clarify or complete all inconsistent responses. If that failed, letters were sent to patients asking them to clarify or complete their responses.

#### Control Subject Selection

Control subjects were selected by asking each responding patient to provide the names and addresses of three friends within 3 years of their age who might be willing to participate in the study. This method was chosen since friends of subjects would be more willing to participate than other control groups, and "friend-controls" would provide approximate matching for education and socioeconomic status. Thirty-four of 40 patients with IIH to whom questionnaires were sent initially had friends who were willing to be control subjects. Of the 6 potential control subjects who did not respond, 5 were successfully replaced using other names provided by the subjects, for a total of 39 respondents.

#### Questionnaire Design

The questionnaire was designed to be self-administered for both cases and control subjects, and was pretested for length and clarity on patients at a prenatal clinic.

Accepted for publication April 4, 1989.

From the Departments of Preventive Medicine and Epidemiology (Dr Ireland), Medicine (Dr Wallace), Neurology (Dr Corbett), and Ophthalmology, Neuro-ophthalmology Unit, University of Iowa College of Medicine, Iowa City.

Reprint requests to Department of Neurology, University of Iowa Hospitals and Clinics, Iowa City, IA 52242 (Dr Corbett).



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/22/2015

items included occupational histories, exposure to insecticides and/or herbicides, detailed questions on symptoms surrounding the onset of IIH in patients, detailed menstrual history, reproductive history including contraceptive use, a general medical history, long-term medication use, family history, smoking and drinking habits, and a brief dietary history with particular emphasis on consumption of foods with high vitamin A content prior to development of IIH. The date that IIH was diagnosed was the temporal reference point *time x* for the control group in answering certain items covering historical exposures.

### Analysis

Analysis was conducted on 40 cases and 39 control subjects. To measure the strength of association, the odds ratio (OR) was used. The 95% confidence interval (CI) of the relative risk was computed by the test-based interval estimation procedure proposed by Miettinen.[15,16] Trends were analyzed using the test of trend in proportions described by Cochran and Snedecor.[17]

## RESULTS

When case and control subjects were compared for marital status, educational level, and occupational category, no significant differences were found. A history of insecticide exposure in the workplace also did not differ for the two groups. Though control subjects more often than patients reported living on a farm where herbicide and insecticide spraying occurred, the difference was not significant (31% vs 20%).

Items concerning menstrual and reproductive events and symptoms were obtained (Table 1). Age of onset of menses at or before age 13 years was more often reported among case subjects than control subjects (OR = 5.54; CI = 1.34, 22.97). Case subjects more frequently reported that they had experienced a change in menstrual pattern just before the diagnosis of IIH as compared with the reference time in control subjects (OR = 11.04; CI = 1.37, 89.06). There was no difference in case and control subjects reporting menstrual patterns by days between cycles, heaviness of and duration of flow, premenstrual symptoms, menstrual cramps, and menstrual irregularity. Information about use of medication for cramps (including specific medication used) was obtained for each respondent with no statistically significant difference noted between the two groups in any category. When menopausal histories were examined, only four case subjects and two control subjects had menopause before the diagnosis of IIH was made. Menopausal characteristics, gynecologic procedures, and infertility histories were all examined and no differences were found.

Table 1.—Menstrual History of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Start of menses at age ≤13 y | 36 | 26 | 5.54 (1.34, 22.97) |
| Change in menstrual pattern | 12 | 13 | . . . |
| Use medication for cramps | 15 | 12 | . . . |
| Menopause before reference time | 4 | 2 | . . . |
| Gynecological surgery before reference time | 5 | 4 | . . . |
| Change in menstrual pattern in year prior to reference time | 9 | 1 | 11.04 (1.37, 89.06) |
| Infertility workup prior to reference time | 4 | 1 | 4.22 (0.18, 96.80) |

*IIH indicates idiopathic intracranial hypertension.

Table 2.—Pregnancy History of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Ever pregnant | 29 | 26 | 1.75 (0.37, 8.29) |
| Age at first pregnancy ≤20 y | 20 | 14 | . . . |
| Three or more pregnancies prior to reference time | 11 | 12 | . . . |
| Miscarried first pregnancy | 6 | 3 | 2.00 (0.16, 23.56) |
| Age at second pregnancy ≤20 y | 7 | 5 | . . . |

*IIH indicates idiopathic intracranial hypertension.

Comparison of pregnancy histories was unremarkable (Table 2). The results are comparable with another, more complete study of pregnancy and IIH from this institution.[16] Respondents were asked to provide the following information for each pregnancy: age at end of each pregnancy, outcome of pregnancy, medication use to prevent miscarriage or to stop milk production, and whether or not the baby was breast-fed. No significant differences in any of these categories or in total numbers of pregnancies were found.

Query of characteristics of prior oral contraceptive use revealed no significant differences in the following categories: ever using oral contraceptives, age when use began, type of oral contraceptives used, length of time used, and usage immediately prior to IIH diagnosis or the corresponding reference time (Table 3). We could not contrast the oral contraceptive dosage or components, since half of both case and control subjects using oral contraceptives did not remember the brand used. In almost all instances, these agents were used for contraception; three cases of IIH and no control subjects used oral contraceptives for irregular menses. Weight gain was the oral contraceptive side effect most commonly reported by both subject groups. There were insufficient positive responses in other categories to permit analysis. While reasons for discontinuing oral contraceptive use varied (and again consisted of numbers too small for analysis), the largest single response was for medical and/or surgical contraindication; eight patients with IIH and no control subjects responded this way.

Patients with IIH reported systemic hypertension significantly more often than did control subjects (OR = 8.91; CI = 1.94, 40.84) (Table 4). This was the only medical condition queried that was seen significantly more often in case subjects than in control subjects. Ten of 11 hypertensive case subjects reported onset of high blood pressure before 25 years of age, while hypertension began later in both control subjects (ages 37 and 38 years). A history of conditions such as Cushing's disease, Addison's disease, systemic lupus erythematosus, hyperthyroidism, hypoparathyroidism, neuromuscular diseases, thrombophlebitis, and chronic skin ailments were rare. A history of other diseases or conditions (drug allergies, allergy history, anemia, diabetes, hypothyroidism, and kidney disease) did not differ significantly between case subjects with IIH and control subjects. When these diseases were characterized by age of on-



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/22/2015

Table 3.—Oral Contraceptive Use of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Ever used oral contraceptives | 29 | 26 | . . . |
| Began using oral contraceptives at age ≤20 y | 20 | 12 | 2.54 (0.71, 9.72) |
| Taking oral contraceptives just prior to reference time | 13 | 8 | 1.80 (0.42, 7.64) |
| Taking oral contraceptives for ≥12 mo prior to reference time | 6 | 0 | 2.50 (0.96, 6.54) |

*IIH indicates idiopathic intracranial hypertension.

Table 4.—Medical History of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Weight increase in the 6 mo before reference time | 15 | 6 | 3.30 (1.01, 10.78) |
| Drug allergies | 9 | 7 | . . . |
| Hypertension | 13 | 2 | 8.91 (1.94, 40.84) |
| Hypertension detected ≤ age 25 y | 10 | 0 | 3.00 (0.97, 9.30) |
| Allergies | 11 | 7 | 1.73 (0.41, 7.35) |
| Chronic skin conditions | 2 | 3 | . . . |
| Anemia | 6 | 8 | . . . |
| Diabetes | 2 | 0 | 2.02 (0.28, 14.46) |
| Kidney disease | 3 | 1 | 3.08 (0.03, 238.48) |
| Other chronic disease | 5 | 3 | 1.71 (0.07, 40.73) |
| Under treatment for chronic disease | 7 | 2 | 3.92 (0.56, 27.27) |
| Infectious disease | 17 | 14 | . . . |

*IIH indicates idiopathic intracranial hypertension.

set and type of treatment, the resulting numbers were again too small for meaningful analysis and no trends were apparent.

Histories of medication usage were comparable, except for the difference in use of pain relievers (Table 5). Case subjects used more pain medications than did control subjects (OR = 3.1; CI = 1.08, 8.87) before IIH began or the reference time. Aspirin and aspirin-containing preparations were the pain relievers most often used by both case and control subjects. In examining other drug use, no differences were found. Drug usage was defined by age first taken, brand of drug used, the reason for its use, and the reason for discontinuing its use. Responses in these categories, however, were too small to be meaningful. The only observable difference worth reporting was the age at which tetracycline therapy was begun; case subjects more often reported a later date (80% of case subjects reporting tetracycline use were 21 years of age or older, while 75% of control subjects reported age at usage to be younger than 21 years). Reasons for tetracycline use were infrequently given; however, more control subjects reported use for simple colds, while case subjects more often reported use for respiratory infection (not otherwise specified).

While disease histories were obtained separately for both mother and father of each subject and included the same conditions covered in personal disease histories, there were no significant differences between case responses and control responses (Table 6). Only when disease history was examined in terms of any other first-degree relatives combined did any differences emerge. For hypertension (OR = 3.20; CI = 1.11, 9.24), diabetes (OR = 6.6; CI = 1.89, 23.04), and obesity (OR = 5.29; CI = 1.89, 14.83), case subjects more often reported the condition in first-degree relatives other than parents (siblings, aunt and/or uncle, or grandparent) than did control subjects. The presence of eye disease in first-degree relatives was reported more often by case subjects than control subjects, but this was of marginal statistical significance. It was noted most often in grandparents of either sex by both groups, with specific diagnoses consisting of cataracts, glaucoma, and retinitis.

Case subjects were more likely to have considered themselves cigarette smokers than did control subjects, but this was not significant (Table 7). However, when smoking habits were categorized as continuous vs intermittent, the following significant difference emerged: patients with IIH were more likely to label themselves continuous smokers (OR = 4.65; CI = 1.13, 19.21). Other smoking factors (age began smoking, years smoked, number of cigarettes smoked per day, and smoking history prior to IIH diagnosis) did not differ in case and control subjects. Alcohol use (including comparisons of usual quantity and type of alcohol consumed) did not differ between case and control subjects nor did the use of coffee and/or tea.

Vitamin A intake was poorly characterized by all subjects, with only a few who were able to report the amount of vitamin A present in their multivitamin preparation. Only eight case subjects and five control subjects reported taking any vitamins regularly, and only one member of each group reported using a separate vitamin A preparation. No significant difference in reported consumption of vitamin A–rich food, especially liver, was found. Neither case nor control subjects consumed such foods frequently. While a few more control subjects than case subjects called themselves vegetarian or semivegetarian, the difference did not reach statistical significance. Data regarding smoking habits, alcohol use, and dietary habits are presented in Table 7.

Case subjects were asked additional questions about IIH development. Of all patients with IIH, 87.5% reported definite symptoms before the diagnosis was established. Of those who had any symptoms attributed to IIH, 64.7% (22/34) listed headache as the first symptom, while 32.35% listed visual change or visual loss. Thirty percent of subjects with IIH attributed their initial symptoms to tension or stress, and most subjects (27/36) did not think that the symptoms indicated a serious condition. Sixty percent of subjects were diagnosed within 6 months of onset of symptoms, and 72.5% of subjects had the diagnosis made within 1 year. Subjects were asked when in the menstrual cycle did the symptoms of IIH develop. Their responses indicated that symptoms occurred throughout the cycle, but many respondents (40%) were unable to re-



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/22/2015

member. Only 3 respondents reported symptoms worsening during their periods.

## COMMENT

Idiopathic intracranial hypertension has not, to our knowledge, been submitted previously to formal epidemiologic evaluation. Our study was an exploratory probe; we collected data on a substantial number of factors proposed by numerous case reports. The resulting questionnaire may have been ambitious for our small sample size but has provided some important first looks at risk factors and IIH development. (Except for limited case control data on men and pregnant women available from studies also done at the University of Iowa, Iowa City,[18,19] no similar data are available.)

Early reports of IIH described the syndrome following middle ear or mastoid infections. Although more recent IIH patient series have also included some "otitic cases," their numbers have decreased, probably due to antibiotic treatment of otitis media.[4] In a classification by Johnston and Paterson,[3] most factors associated with the development of IIH were "miscellaneous." It was these factors that we wished to examine.

Because IIH is most frequently diagnosed in young, obese women, endocrinologic associations have been postulated.[4,20,21] Reports of *IIH* in women with menstrual irregularities,[4,6,20-22] at menarche,[23] during pregnancy,[18,21,24-26] and with oral contraceptive use[2,21,26-28] have led some authors, such as Greer,[28] to suggest that changes in hormonal levels are a precipitating factor. More specifically, he cites falling levels of circulating corticosteroid and rising levels of estrogen. Idiopathic intracranial hypertension has developed following withdrawal of corticosteroid therapy, most often reported in children.[29-31] Idiopathic intracranial hypertension has also been reported in patients with chronic adrenal insufficiency.[32,33] Additionally, but less commonly, IIH has been observed in patients being treated with a corticosteroid (triamcinolone) without tapering or withdrawal.[34,35] Other endocrine disorders have occurred concurrently with IIH, including hypothyroidism,[36-38] hyperthyroidism,[39] and hypoparathyroidism.[40]

Idiopathic intracranial hypertension has been reported in patients with a multitude of preexisting or concurrent disease states. Iron deficiency anemia,[13,41] blood loss anemia,[42] pernicious anemia,[43] and aplastic anemia[44] have all been reported in persons with IIH. In the case report of aplastic anemia, heavy exposures to insecticides and herbicides preceded the bone marrow damage, and that exposure may also be associated with the development of IIH. Other reported concurrent disease states include Wiskott-Aldrich syndrome,[12] systemic lupus erythematosus,[45,46] Guillain-Barré syndrome,[47] and histiocytosis X with hypocomplementemic allergic vasculitis.[48] Allergy has been suggested as a common causative factor, specifically cerebral allergy or hypersensitivity. Lecks and Baker[49] reviewed that topic and did not find convincing evidence to support the concept of allergic phenomenon, even though 50% of the subjects reviewed were atopic.

A hereditary basis for IIH has been suggested by reports of familial occurrence. In these accounts of four groups of sisters, five of nine females were reported as obese.[14,26,27,50] Two reports concerned successive generations; in one a mother and son developed IIH and in the other a mother and daughter. All four patients were markedly obese.[51,52]

In some cases of IIH, drugs taken prior to the development of symptoms were suggested as the causative factors. Vitamin A supplements,[53-58] vitamin A in the form of many different kinds of liver, and tetracyclines[59-61] are the most frequently implicated agents. Nalidixic acid, especially in children,[62,63] nitrofurantoin,[64] ketoprofen,[65] indomethacin,[66] sulfamethoxazole,[67] diphenylhydantoin, amiodarone,[68] and penicillin[69] use have also been reported in persons in whom IIH developed. In addition, the use of psychiatric medications prior to the onset of IIH has been presented in a case report,[70] and lithium treatment has preceded the diagnosis of IIH in at least four* cases.[71,72]

Exposure to noxious agents has also been offered as a causative factor in the development of IIH. Sanborn et al[73] described the syndrome following acute overexposure to kepone, a halogenated biphenyl insecticide. Additionally Jenkyn et al[44] reported a single case of IIH that occurred with aplastic anemia following herbicide exposure.

Our results, not surprisingly, do not support many of the causal factors presented in the numerous previous case reports. This may be so because the putative exposures were not causal. However, the small sample size and rarity of many of these exposures precluded rigorous testing for associations. Our results, however, do strengthen the most commonly made observation in studies of patients with IIH, namely, the association with obesity. Some of our other positive findings, such as personal history of hypertension, early onset of menses, and family histories of obesity, hypertension, and diabetes, are all commonly associated with obesity. However, it is not entirely clear from this study that obesity is always a long-standing precondition for patients with IIH. Although the mean body weight reported at age 18 years was higher for case subjects than for control subjects, the difference in means for the two groups just prior to the time of onset of IIH or the reference time was double that re-

Table 5.—Medication Use History of IIH Case Subjects vs Control Subjects*

| Medication | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Steroids | 8 | 3 | 2.12 (0.23, 19.16) |
| Estrogens | 2 | 0 | . . . |
| Tetracyclines | 5 | 4 | . . . |
| Pain relievers | 21 | 11 | 3.10 (1.08, 8.87) |
| Antidepressants | 6 | 6 | . . . |

*IIH indicates idiopathic intracranial hypertension.

Table 6.—Family History of IIH Case Subjects vs Control Subjects*

| Characteristics of Family History | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Hypertension | 22 | 11 | 3.20 (1.11, 9.24) |
| Diabetes | 18 | 4 | 6.60 (1.89, 23.04) |
| Obesity | 23 | 9 | 5.29 (1.89, 14.83) |
| Eye disease | 7 | 1 | 8.69 (0.95, 79.48) |

*IIH indicates idiopathic intracranial hypertension.



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/22/2015

Table 7.—Habits of IIH Case Subjects vs Control Subjects*

| Habit | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Ever smoke | 25 | 19 | 1.75 (0.59, 5.20) |
| Began smoking at age ≤18 y | 18 | 13 | ... |
| Continuous smoking vs intermittent smoking | 19 | 7 | 4.65 (1.13, 19.21) |
| Smoking history ≥10 y | 10 | 5 | 2.00 (0.31, 12.93) |
| Smoke ≥20 cigarettes daily | 8 | 3 | 2.51 (0.32, 19.55) |
| Smoked just prior to reference time | 21 | 14 | ... |
| Use alcohol | 24 | 25 | ... |
| Use coffee and/or tea | 25 | 22 | ... |
| Vegetarian | 2 | 5 | ... |

*IIH indicates idiopathic intracranial hypertension.

Table 8.—Mean Weights of Case and Control Subjects at Age 18 Years and at Reference Time

| Characteristic | Case Subject | Control Subject |
|---|---|---|
| Mean height, cm (in) | 161.3 (64.5) | 160.3 (64.1) |
| Mean weight at age 18 y, kg (lb) | 68.4 (152.0) | 58.7 (130.4) |
| Mean weight at reference time, kg (lb) | 85.4 (189.8) | 63.9 (141.9) |

ported for age 18 years, suggesting that weight gain may be the important factor. Indeed, significantly more case subjects reported a weight gain in the 6 months prior to the development of IIH ($z = -3.32$, $P = .0009$) (Table 8). Alternatively, weight gain may represent an early sign of IIH. Symptoms of IIH are rarely sudden in onset, and over 50% of our cases remained undiagnosed 4 months after developing a new headache or visual symptoms. Because the onset of IIH is commonly insidious, questions that refer to the 6-month period before the diagnosis of IIH actually may be focused on early symptoms in addition to risk factors for development of the disease. We were surprised that irregular menses were not reported more often in our case subjects. Irregular menstrual cycles are commonly reported by obese women and have been frequently reported in women with IIH. Our subjects frequently reported a change in menstrual pattern shortly before the diagnosis of IIH was made. Again, it is not clear if this change is causal and related to development of IIH or is, in effect, an early symptom of the disease.

Increased use of pain relievers by case subjects is of little surprise, since 64.7% of these women reported headache as the first symptom of IIH. Of the 24 case subjects who reported using pain-relievers, 18 gave headache as the reason for use. Overall, there were no differences in infectious disease history, but case subjects were more likely to report their disease as "lower respiratory," while control subjects described theirs as "upper respiratory." Examination of antibiotic use immediately before the reference time disclosed no differences: the only observable difference in drug histories was the age at which tetracyclines were first used, and this was not statistically significant. Further study is necessary to determine whether infectious disease and tetracycline use are associated with the development of IIH.

In evaluating the strength of data in any study, consideration must be given to the design of the study. Inherent in case-control studies are difficulties of selection bias, response bias, and recall bias. While the University of Iowa is the only tertiary care center in the state of Iowa, not all patients with IIH are referred there for evaluation. Our sample may be representative of IIH; it may also be skewed to more seriously affected patients. Our final response rate of 64% (40/63) was lower than we would have liked, but given the problems of tracing younger women who became unavailable for follow-up and the fact that most patients were feeling quite well made the low response understandable. Some patients who initially responded to our questionnaire refused to cooperate for clarification of incomplete or unclear responses on the questionnaire. Recall bias is a serious consideration in any retrospective study. However, the negative findings for factors that the lay public commonly may believe to be harmful to health (insecticide exposure, use of alcohol, and use of coffee and/or tea) suggests that this was not a problem in our study.

Clearly, further research is needed to more thoroughly examine some of the questions raised by this study. Obesity and medical histories including systemic hypertension, infectious disease, smoking habits, and various treatment modalities must be reexamined in larger studies. Because IIH is an infrequent diagnosis, a multicenter collaborative prospective study would be most useful in obtaining sufficient subjects to completely characterize risk factors.

This investigation has been supported in part by grant RR59 from the General Clinical Research Center Branch of the National Institutes of Health, Bethesda, Md, and an unrestricted grant to the Department of Ophthalmology, University of Iowa, Iowa City, from Research to Prevent Blindness Inc, New York, NY.

### References

1. Boddie HG, Banna M, Bradley WG. 'Benign' intracranial hypertension. *Brain.* 1974;97:313-326.
2. Bulens C, Devries WAEJ, VanCrevel H. Benign intracranial hypertension. *J Neurol Sci.* 1979;40:147-157.
3. Johnston I, Paterson A. Benign intracranial hypertension. *Brain.* 1974;97:289-300.
4. Paterson R, DePasquale N, Mann S. Pseudotumor cerebri. *Medicine.* 1961;140:85-99.
5. Rush JA. Pseudotumor cerebri (clinical profile and visual outcome in 63 patients). *Mayo Clin Proc.* 1980;55:541-546.
6. Weisberg LA. Benign intracranial hypertension. *Medicine.* 1975;54:197-207.
7. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. *Arch Neurol.* 1988;45:875-877.
8. Greer M. Benign intracranial hypertension, VI: obesity. *Neurology.* 1965;15:382-388.
9. Wilson DH, Gardner WJ. Benign intracranial hypertension with particular reference to its occurrence in fat young women. *Can Med Assoc J.* 1966;95:102-105.
10. Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri. *Arch Neurol.* 1982;39:461-471.
11. Foley KM. Is benign intracranial hypertension a chronic disease? *Neurology.* 1977;27:388. Abstract.
12. Repka MX, Miller NR, Savino PJ. Pseudotumor cerebri. *Am J Ophthalmol.* 1984;98:741-746.
13. Greer M. Benign intracranial hypertension (pseudotumor cerebri). *Pediatr Clin North Am.* 1967;14:819-830.
14. Howe JG, Saunders M, Clarke PRR. Familial benign intracranial hypertension. *Acta Neurochir.* 1973;29:173-175.
15. Mantel N, Haenszel W. Statistical aspects of the analysis of data from retrospective studies of disease. *JNCI.* 1959;22:719-748.
16. Miettinen O. Estimability and estimation in case-referent studies. *Am J Epidemiol.* 1976;103:226-235.
17. Cochran W, Snedecor GW. *Statistical Methods.* 7th ed. Ames, Iowa: Iowa State University Press; 1980.
18. Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. *Neurology.* 1984;34:721-729.
19. Digre K, Corbett JJ. Pseudotumor cerebri in men. *Arch Neurol.* 1988;45:866-874.



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/22/2015

20. Donaldson JO, Binstock ML. Pseudotumor cerebri in an obese woman with Turner syndrome. *Neurology*. 1981;31:758-760.
21. Greer M. Benign intracranial hypertension, III: pregnancy. *Neurology*. 1963;13:670-672.
22. Greer M. Benign intracranial hypertension, V: menstrual dysfunction. *Neurology*. 1964;14:668-673.
23. Greer M. Benign intracranial hypertension, IV: menarche. *Neurology*. 1964;14:569-573.
24. Keltner JL, Miller NR, Gittinger JW, Burde RM. Pseudotumor cerebri. *Surv Ophthalmol*. 1979;23:315-322.
25. Powell JL. Pseudotumor cerebri and pregnancy. *Obstet Gynecol* 1972;40:713-718.
26. Traviesa DC, Schwartzman RJ, Glaser JS, Savino P. Familial benign intracranial hypertension. *J Neurol Neurosurg Psychiatry*. 1976; 39: 420-423.
27. Buchheit WA, Burton C, Haag B, Shaw D. Papilledema and idiopathic intracranial hypertension. *N Engl J Med*. 1969;280:938-942.
28. Walsh FB, Clark DB, Thompson RS, Nicholson D. Oral contraceptives and neuro-ophthalmologic interest. *Arch Ophthalmol*. 1965;74:628-640.
29. Greer M. Benign intracranial hypertension, II: following corticosteroid therapy. *Neurology*. 1963;13:439-441.
30. Neville BG, Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. *Br Med J*. 1970;3:554-556.
31. Walker EA, Adamkiewicz JJ. Pseudotumor cerebri with prolonged corticosteroid therapy. *JAMA*. 1964;188:779-784.
32. Jefferson A. Clinical correlation between encephalopathy and papilloedema in Addison's disease. *J Neurol Neurosurg Psychiatry*. 1956; 19:21-27.
33. Walsh FB. Papilledema associated with increased intracranial pressure in Addison's disease. *Arch Ophthalmol*. 1952;47:86.
34. Laurance BM, Matthews WB, Shephard RH. Benign intracranial pressure associated with triamcinolone. *Lancet*. 1960;1:701.
35. Valentine GH. Triamcinolone and intracranial hypertension: a side effect. *Lancet*. 1959; 1:892.
36. Prendes JL, McLean WT. Pseudotumor cerebri during treatment of hypothyroidism. *South Med J*. 1977;71:977.
37. Press OW, Ladenson PW. Pseudotumor cerebri and hypothyroidism. *Arch Intern Med*. 1983;143:167-168.
38. Van Dop C, Conte FA, Koch TK, Clark SJ, Wilson-Davis SL, Grumbach MM. Pseudotumor cerebri associated with initiation of levothyroxine therapy for juvenile hypothyroidism. *N Engl J Med*. 1983;308:1076-1079.
39. Dickman MS, Somasundaram M, Brzozowski L. Pseudotumor cerebri and hyperthyroidism. *NY State J Med*. 1980;80:1118-1120.
40. Sugar O. Central neurological complication of hypoparathyroidism. *Arch Neurol Psychiatry*. 1953;70:86-107.
41. Ikkala E, Laitinen L. Papilloedema due to iron deficiency anaemia. *Acta Haematol*. 1963; 29:368-370.
42. Schwaber JR, Blumberg AG. Papilledema associated with blood loss anemia. *Ann Intern Med*. 1961;55:1004-1007.
43. Murphy TE, Constanzi JJ. Pseudotumor cerebri associated with pernicious anemia. *Ann Intern Med*. 1969;70:777-782.
44. Jenkyn LR, Budd RC, Fein SH, Cornell CJ. Insecticide/herbicide exposure, aplastic anaemia and pseudotumor cerebri. *Lancet*. 1979;2:368.
45. Bettman JW, Daroff RB, Sanders MD, Hoyt WF. Papilledema and asymptomatic intracranial hypertension in systemic lupus erythematosus. *Arch Ophthalmol*. 1968;80:189-193.
46. Carlow TJ, Glaser JS. Pseudotumor cerebri syndrome in systemic lupus erythematosus. *JAMA*. 1974;228:197-200.
47. Ford FR, Walsh FB. Guillain-Barré syndrome (acute infective polyneuritis) with increased intracranial pressure and papilledema. *Bull Johns Hopkins Hosp*. 1943;73:391-395.
48. Jackson AH, Griffith JF. Histiocytosis X with benign intracranial hypertension. *Dev Med Child Neurol*. 1975;17:783-787.
49. Lecks HI, Baker D. Pseudotumor cerebri: an allergic phenomenon. *Clin Pediatr*. 1965;4:32-37.
50. Coffey CE, Ross DR, Massey EW, Olanow CW. Familial benign intracranial hypertension and depression. *Can J Neurol Sci*. 1982;9:45-47.
51. Rothner AD, Brust JCM. Pseudotumor cerebri: report of familial occurrences. *Arch Neurol*. 1974;30:110-111.
52. Shapiro I, Shapiro S. Familial pseudotumor cerebri and the empty sella syndrome. *Ann Ophthalmol*. 1980;12:1045-1048.
53. Edmunds C, Behrens M, Lewis L, Lennon R. Pseudotumor cerebri and low vitamin A intake. *JAMA*. 1973;226:674.
54. Feldman MH, Schlezinger NS. Benign intracranial hypertension associated with hypervitaminosis A. *Arch Neurol*. 1970;22:1-7.
55. Lombaert A, Carton H. Benign intracranial hypertension due to A-hypervitaminosis in adults and adolescents. *Eur Neurol*. 1976;14:340-350.
56. Morrice G, Havener WH, Kapetansky F. Vitamin A intoxication as a cause of pseudotumor cerebri. *JAMA*. 1960;173:1802-1805.
57. Spector RH, Carlisle J. Pseudotumor cerebri caused by a synthetic vitamin A preparation. *Neurology*. 1984;34:1509-1511.
58. Vollbracht R, Gilroy J. Vitamin A induced benign intracranial hypertension. *Can J Neurol Sci*. 1976;3:59-61.
59. Giles CL, Sobie AR. Intracranial hypertension and tetracycline therapy. *Am J Ophthalmol*. 1971;72:981-982.
60. Koch-Weser J, Gilmore EB. Benign intracranial hypertension in an adult after tetracycline therapy. *JAMA*. 1967;200:345-347.
61. Walters BNJ, Gubbay SS. Tetracycline and benign intracranial hypertension: report of 5 cases. *Br Med J*. 1981;282:19-20.
62. Cohen DN. Intracranial hypertension and papilledema associated with nalidixic acid therapy. *Am J Ophthalmol*. 1976;76:680-682.
63. Deonna T, Guignard JP. Acute intracranial hypertension after nalidixic acid administration. *Arch Dis Child*. 1974;49:743.
64. Sharma DB, James A. Benign intracranial hypertension associated with nitrofurantoin therapy. *Br Med J*. 1974;4:771.
65. Larizza D, Columbo A, Lorini R, Severi F. Ketoprofen causing pseudotumor cerebri in Bartter's syndrome. *N Engl J Med*. 1979;300:796.
66. Konomi H, Imai M, Nihei K, Kamoshita S, Tada H. Indomethacin causing pseudotumor cerebri in Bartter's syndrome. *N Engl J Med*. 1978;298:855.
67. Ch'ien LT. Intracranial hypertension and sulfamethoxazole. *N Engl J Med*. 1970;283:47.
68. Nazarian SM, Jay WM. Bilateral optic neuropathy associated with amiodarone therapy. *J Clin Neuro Ophthalmol*. 1988;8:25-28.
69. Schmidt BD, Krivit W. Benign intracranial hypertension associated with delayed penicillin reaction. *Pediatrics*. 1969;43:50-53.
70. Blumberg AG, Klein DF. Severe papilledema associated with drug therapy. *Am J Psychiatry*. 1961;118:168-169.
71. Lobo A, Pilek E, Stokes PE. Papilledema following therapeutic dosages of lithium carbonate. *J Nerv Ment Dis*. 1978;166:526-529.
72. Saul RF, Hamburger HA, Selhorst JB. Pseudotumor cerebri secondary to lithium carbonate. *JAMA*. 1985;153:2869-2870.
73. Sanborn GE, Selhorst JB, Calabrese VP, Taylor JR. Pseudotumor cerebri and insecticide intoxication. *Neurology*. 1979;29:1222-1227.



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/22/2015

# Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri):
## A case-control study

Vincent Giuseffi, MD; Michael Wall, MD; Paul Z. Siegel, MD; Patricio B. Rojas, PhD

**Article abstract**—To identify the symptoms and coexisting medical conditions associated with idiopathic intracranial hypertension (IIH), we administered an 83-item questionnaire at the time of diagnosis to 50 IIH patients and 100 age-matched controls. Ninety percent of the IIH patients were women; the mean age was 33. Obesity and recent weight gain were much more common among patients than controls. Symptoms most commonly reported by IIH patients were headache (94%), transient visual obscurations (TVO) (68%), and intracranial noises (ICN) (58%). Daily occurrence of these symptoms was much more common among patients than controls. Controls also reported these and other IIH symptoms, but at lower frequencies. Several conditions previously associated with IIH were no more common in patients than controls including iron deficiency anemia, thyroid disease, pregnancy, antibiotic intake, and use of oral contraceptives. We conclude that previous studies of IIH, mostly uncontrolled and retrospective, have underestimated the frequency of symptoms in IIH patients and reported chance and spurious associations with common medical conditions and medications. The profile of a young obese woman with headaches and either TVO or ICN should alert the clinician to the diagnosis of IIH, especially when the symptoms occur daily.

NEUROLOGY 1991;41:239-244

Idiopathic intracranial hypertension (IIH), also known as pseudotumor cerebri, is a condition of increased intracranial pressure of unknown cause. Its primary morbidity is visual loss, which occurs in over 80% of eyes thoroughly tested.[1] Blindness occurs in 10% of patients.[2,3] IIH occurs with a frequency of about 1 case per 100,000 population per year or 19.3 per 100,000 in obese women aged 20 to 44.[4] The symptoms of IIH are those of generalized increased intracranial pressure, with headache the most commonly reported.[5] Transient visual obscuration (TVO), an episode of visual clouding in 1 or both eyes lasting less than 1 minute, occurs with but is not specific for increased intracranial pressure.[6] Other common symptoms of IIH are pulsatile intracranial noises (ICN),[7] diplopia, and visual loss. Patients less frequently report shoulder and arm pain (presumably due to dilation of spinal nerve root sleeves from increased intracranial pressure)[8] and retro-ocular pain increased with eye movements.[9] The diagnosis of IIH can be made according to the modified Dandy criteria (table 1).[10]

Many case series and other uncontrolled studies have reported associations between IIH and a variety of medical conditions.[11,12] Obesity, for example, has long been associated with IIH. Ireland et al[13] reported a significant weight gain in IIH patients during the 6 months preceding diagnosis.

Steroid withdrawal and Addison's disease are associated with IIH,[14-16] as are other endocrine abnormalities—hypothyroidism,[17] hyperthyroidism,[18] and hypoparathyroidism.[19] However, there is no single consistent endocrine abnormality.[20] Investigators also report associations of anemia, particularly iron deficiency anemia, with IIH.[21]

Case reports link IIH to the use of various medications including antibiotics (tetracycline,[22] nalidixic acid,[23] nitrofurantoin[24]), indomethacin,[25] oral contraceptives,[9] vitamin A,[26] and isotretinoin.[27] Investigators have reported intracranial hypertension with corticosteroid use[28-30]; however, none of those cases fulfilled the modified Dandy criteria of IIH (table 1).[10]

Controlled studies refute other purported IIH associations. Both pregnancy and oral contraceptive use[5,9] are probably not important in the etiology of IIH. The rate of pregnancy or birth control use in IIH cases is not significantly different from the rate in the general population.[4,13,31] In addition, Digre et al[31] have shown that pregnant IIH patients are obese when compared with age- and parity-matched controls. Similarly, a study by

From the Departments of Neurology and Psychiatry (Drs. Giuseffi and Wall), Ophthalmology (Dr. Wall), and Epidemiology (Drs. Siegel and Rojas), Tulane University School of Medicine, New Orleans, LA.

Presented in part at the 41st annual meeting of the American Academy of Neurology, Chicago, IL, April 1989.

Received March 5, 1990. Accepted for publication in final form July 17, 1990.

Address correspondence and reprint requests to Dr. Wall, Tulane University School of Medicine, Department of Neurology and Psychiatry, 1430 Tulane Avenue, New Orleans, LA 70112.

**Table 1. Modified Dandy criteria for IIH[10]**

1. Signs and symptoms of increased intracranial pressure
2. Absence of localizing findings on neurologic examination
3. Absence of deformity, displacement, or obstruction of the ventricular system and otherwise normal neurodiagnostic studies, except for increased cerebrospinal fluid pressure
4. Awake and alert patient
5. No other cause of increased intracranial pressure present

Ireland et al[13] has cast doubt on the importance of the association of irregular menses with IIH. Since most studies of IIH have been uncontrolled or included only a small number of subjects, their results are often inconclusive. Thus, the factors that precipitate IIH and the symptoms that characterize it remain uncertain. To elucidate further the diseases and symptoms associated with IIH, we conducted a case-control study of 50 IIH patients and 100 age-matched controls.

**Methods.** *Patients.* Our case series consisted of 50 consecutive patients referred to the Tulane University School of Medicine Neuro-ophthalmology Clinic between 1982 and 1988. All met the modified Dandy criteria for IIH.[10] Twenty of the 50 were referred directly from a predominantly primary care facility (Charity Hospital of New Orleans). The remainder of the referrals were made through the Tulane University Hospital and Clinic.

*Controls.* We selected controls from waiting areas adjacent to the emergency rooms, the surgical inpatient areas, and the medical inpatient areas at Tulane University Hospital and Clinic and Charity Hospital of New Orleans during the period of March through July of 1988. This population consisted mostly of visitors, friends, or family of non-IIH patients. The proportions of control subjects chosen from each hospital approximated those of the cases. We chose 2 controls for each case to improve statistical power. We questioned all persons in a given area and time. We explained the purpose of the study and asked preliminary information to those eligible and willing to participate. Control subjects were matched to cases in an unpaired fashion for age within 3 years and sex. Ophthalmoscopic examination verified none had papilledema. We excluded controls if they had a history of glaucoma, permanent visual loss, or neurologic disease. All but 5 eligible candidates agreed to participate in the study.

*Data collection.* We administered an 83-item questionnaire to all study subjects—patients at the time of their initial office visit, and controls at time of enrollment into the study. M.W. interviewed patients and V.G., who was instructed to ask questions and record data in the same manner, controls. Information elicited through the questionnaire included the following: demographic data, vision-related symptoms, history of known causes of intracranial hypertension, and a detailed medication history. A positive report indicated that a symptom, condition, or medication was current, recent, or recently used at the time of enrollment into the study. We asked controls their height and weight. We defined obesity as weight $\geq 120\%$ of the ideal weight for a medium-frame person according to the 1983 Metropolitan Life height-weight tables.

*Statistical analysis.* We used odds ratio analysis with 95% confidence intervals to determine the strength of association of symptoms and coexisting conditions with the presence of IIH. We used the method of logarithms to calculate confidence intervals[32] and substituted 1 if the value of a cell was 0 and added 1 to the corresponding non-zero cell. An odds ratio lower confidence limit of 1 or greater corresponds to a $p$ value of less than or equal to 0.05.[33] A stepwise logistic regression analysis was performed to reduce the chance of invalid associations that may have resulted from the large number of univariate tests performed on the data. For differences of weight and of recent weight gain between patients and controls we used a 2-tailed independent $t$ test.

**Results.** The mean age for patients was 33.3 years, with a range of 11 to 65 years. Controls had a mean age of 32.9 years, with a range of 10 to 66 years. The female to male ratio was 9:1 for both groups. IIH patients were substantially heavier than the controls—201.4 pounds compared with 152.7 ($p < 0.0001$). Patients also gained an average of 19.7 pounds during the 12 months before examination compared with an average loss of 1.2 pounds among controls ($p < 0.0001$). Table 2 and figure 1 compare the frequencies of suspected IIH-associated symptoms and conditions in IIH patients and controls. Results are based on 50 patients and 100 controls unless otherwise specified. The odds ratio and its 95% confidence bounds are also given.

The symptoms most commonly reported by IIH patients were headache (94%), TVOs (68%), pulsatile ICN (58%), photopsia (54%), and retrobulbar pain (44%) (table 2); all, except photopsia, were more common in patients than in controls. Diplopia (38%), visual loss (30%), and retrobulbar pain on eye movement (22%) were less common accompaniments of IIH and were not reported by any of the controls (table 2). Of these 8 symptoms, all except headache and photopsia occurred much more frequently in patients than controls ($p < 0.00001$). The complete odds ratio analysis is found in table 2 and selected variables are represented in figure 2. Multivariate analysis by stepwise logistic regression (results not shown) confirmed that the following symptoms and conditions were independently associated with the presence of IIH—obesity, recent weight gain, TVO, pulsatile ICN, diplopia, visual loss, and retrobulbar pain.

Headache, the most commonly reported symptom by IIH patients (94%), was also frequently reported by controls (79%). The 3 next most common symptoms—TVO, ICN, and photopsia—were also not rare among controls. Photopsia was more common in controls than in patients (table 2), but this difference was not statistically significant. Daily occurrence of these symptoms was much more common in patients than controls, resulting in high odds ratios for each: headache, 9.7 (CI = 4 to 21); TVO, 66.7 (CI = 60 to 550); ICN, 38.9 (CI = 34 to 268); and photopsia, 3.9 (CI = 3 to 8) (figure 3, A through D). Thus, frequent (daily) occurrence of symptoms was much more strongly associated with the presence of IIH than was occasional occurrence.

We also grouped symptoms to see if any symptom complexes were more strongly associated with IIH than were individual symptoms. None were, suggesting there is no frequently occurring clinical syndrome characteristic of IIH.

*Characteristics of symptoms associated with IIH.*

**Table 2. Frequency of conditions, diseases, and symptoms in patients and age- and sex-matched controls**

| | % Patients (n = 50) | % Controls (n = 100) | Odds ratio | 95% Confidence limits |
|---|---|---|---|---|
| Conditions/Drugs | | | | |
| Obesity | 90 | 34 | 17.5 | 6.6-50.2 |
| Antibiotics | 4 | 1 | 4.2 | 0.4-188.4 |
| Pregnancy | 6 | 3 | 2.1 | 0.4-10.6 |
| Hypertension | 34 | 20 | 2.1 | 1.0-4.4 |
| Obese hypertensives* | 34 | 13 | 0.9 | 0.4-2.5 |
| Diabetes | 4 | 3 | 1.3 | 0.2-8.3 |
| Liver intake | 4 | 3 | 1.3 | 0.2-8.3 |
| Multivitamins | 28 | 23 | 1.3 | 0.6-2.8 |
| Thyroid disorder | 2 | 2 | 1.0 | 0.1-11.3 |
| Iron deficiency | 16 | 16 | 1.0 | 0.4-2.6 |
| Oral contraceptives | 10 | 15 | 0.6 | 0.2-1.8 |
| Iron supplements | 6 | 12 | 0.5 | 0.1-1.7 |
| Corticosteroid use | 0 | 0 | — | — |
| Parathyroid disorder | 0 | 0 | — | — |
| Addison's disease | 0 | 0 | — | — |
| Cushing's disease | 0 | 0 | — | — |
| Isotretinoin use | 0 | 0 | — | — |
| Symptoms | | | | |
| Diplopia | 38 | 0 | 61.9† | 7.9-481.2 |
| Visual loss | 30 | 0 | 43.2† | 5.5-339.8 |
| Retrobulbar pain | 44 | 12 | 5.8 | 2.5-13.1 |
| on eye movement | 22 | 0 | 28.4† | 3.6-228.1 |
| Shoulder/arm pain | 18 | 2 | 22.1 | 2.7-180.6 |
| Dyscoordination | 14 | 0 | 16.4† | 2.0-137.8 |
| Intracranial noises | 58 | 9 | 14.0 | 5.8-33.9 |
| Decreased smell | 12 | 1 | 13.5 | 1.6-115.6 |
| Numbness | 24 | 3 | 10.2 | 2.7-38.2 |
| Visual obscurations | 68 | 21 | 8.0 | 3.7-17.1 |
| Motor weakness | 10 | 2 | 5.4 | 1.0-29.1 |
| Headache | 94 | 80 | 3.9 | 1.1-13.9 |
| Photopsia | 54 | 68 | 0.6 | 0.3-1.1 |

* Odds ratio of hypertension in 45 obese patients and 34 obese controls.

† The zero cell was replaced by 1, and 1 was added to the corresponding nonzero cell.




*Figure 1. Frequency, in percent, of symptoms in the IIH and control groups. TVO: transient visual obscurations; ICN: intracranial noises.*

Transient visual obscurations. The duration of TVOs ranged from seconds to minutes for patients and controls. Of those reporting TVOs, 79% of patients and 71% of controls reported TVOs of less than 30 seconds duration. Twenty-nine patients (50%) reported postural changes as a provoking factor.

Intracranial noises. Duration of pulsatile ICN ranged from seconds to days, with 3 patients reporting constant ICN. Of those reporting ICN, it was unilateral in 62% of patients and 55% of controls, with less than 2% of patients reporting bilateral ICN and 33% of controls.

Provoking factors reported by patients included headache (5), quietness (8), and bending (1). One control reported headache as a provoking factor. Descriptions of ICN by patients included "like a river rushing," "wind rushing," "heartbeat in ear," "buzzing," and "thumping." Control subjects' descriptions included "heartbeat in ear," "buzzing," "thumping," "flapping," and "hammering." In addition, 30 controls reported a nonpulsatile high frequency ringing, with 73% reporting it to be bilateral and 27% lateralizing.

Photopsia. We asked subjects whether they saw sparkles or flashes of light (photopsia). The duration of reported photopsia ranged from seconds to hours in both groups. Patients reported provoking factors to include headache (6), postural changes (4), and darkness, fatigue, and watching television (1 each). Two patients reported photopsia every time they closed their eyes. Provoking factors reported by controls included postural changes (5), headache (5), pregnancy (5), bright sunlight (1), and sneezing (1).

**Discussion.** This is the largest controlled study of IIH to date, and the 1st to examine symptoms associated with IIH. Strong associations between IIH and obesity ($p < 0.00001$) and weight gain during the 12 months before diagnosis ($p < 0.0001$) support the conclusions of Digre et al[31] and Ireland et al.[13]

We found no evidence to associate IIH with any other medical conditions, pregnancy, or use of any medications. Iron deficiency anemia was no more common in patients than controls. Thyroid disorder was the only endocrine abnormality reported by any of the IIH patients (2%) and was equally common among controls. We emphasize, though, that lack of statistical association does not prove no association exists. For example, hypervitaminosis A, a well-established cause of IIH, was not reported by any of the study subjects.

The number of exposures of patients and controls to various conditions or medications was sometimes low. In these cases there was usually insufficient statistical power (the likelihood a statistically significant difference is detected when a difference exists). Narrow confidence intervals imply great precision and high statistical power. Wide intervals may reflect inadequate sample size and low statistical power in spite of a statistically significant odds ratio. Many of our negative findings should be interpreted considering their low statistical power due to infrequent occurrences. Figure 2 shows the confidence intervals for selected exposures.

In this study we found no association between IIH and multivitamin, oral contraceptive, corticosteroid, or antibiotic use. Previous suggestions that such associa-

tions may exist have been based on uncontrolled studies (case series). A review of 3 large series (120 patients) showed that steroids and antibiotics were each used by less than 2% of IIH patients.[12] Since these are widely prescribed medications, their use by a few IIH patients is to be expected by chance alone.




*Figure 2. Odds ratio with 95% confidence limits of coexisting conditions with at least 1 patient or control reporting the condition (see also table 1). HBP: hypertension; ID: iron deficiency; BCP: birth control pills.*

Arterial hypertension was significantly associated with IIH (OR = 2.0, $p = 0.049$); however, when controlling for obesity, there was no significant association. In addition, the high rate of obesity in IIH subjects introduces the possibility of spuriously elevated blood pressure due to the use of standard size rather than wide sphygmomanometer cuffs. We agree with Corbett (personal communication) that arterial hypertension may have been overreported among IIH patients for this reason. It remains unclear whether systemic arterial hypertension plays a role in the etiology of IIH.

The percentage of IIH patients in this series who reported various symptoms was consistently higher than in most previous reports. The frequencies of commonly reported visual symptoms are compiled in table 3. We attribute our increased frequency of these and other symptoms to our prospective data collection compared with the retrospective nature of the other reports. While a surprisingly high percentage of control subjects reported symptoms consistent with IIH—headache, TVO, ICN, or photopsia—daily occurrence was much less common in this group. In contrast, IIH patients with any of these symptoms were likely to report daily occurrence. The apparently disproportionate number




*Figure 3. Frequency of selected symptoms; (A) headache n = 47 for cases, 79 for controls; (B) transient visual obscurations n = 34 for cases, 21 for controls; (C) intracranial noises n = 29 for cases, 9 for controls; (D) photopsia n = 27 for cases, 68 for controls. mo: month; wk: week.*

**Table 3. Summary of selected reports of frequently tabulated visual IIH symptoms from retrospective studies (1,020 cases reviewed)**

| Author | Blurred vision (%) | Diplopia (%) | TVO (%) |
|---|---|---|---|
| Round and Keane (1988)[34] | 53 | 26 | 21 |
| Sørensen et al (1988)[35] | 18 | 4 | 5 |
| Smith and Baker (1986)[36] | 8 | 3 | 4 |
| Orcutt et al (1984)[37] | 37 | 15 | 20 |
| Wall et al (1983)[3] | 6 | 1 | 4 |
| Corbett et al (1982)[2] | 41 | 19 | 17 |
| Rush (1980)[38] | 29 | 22 | 43 |
| Bulens et al (1979)[9] | 2 | 17 | 11 |
| Vassilouthis and Uttley (1979)[39] | ? | 9 | 17 |
| Weisberg (1975)[5] | 6 | 20 | 30 |
| Johnston and Paterson (1974)[40] | ? | 35 | 63 |
| Boddie et al (1974)[41] | 6 | 5 | 13 |
| Paterson et al (1961)[42] | ? | 4 | 17 |
| Foley (1955)[43] | ? | 23 | 23 |

? Frequency for this symptom not given.

of controls reporting photopsia is likely chance as the groups are not significantly different. However, daily report of photopsia occurred in 20% of patients and none of the controls.

In summary, we draw the following conclusions: (1) IIH is strongly associated with obesity and recent weight gain; symptoms characteristic of IIH include TVOs, ICN, retrobulbar eye pain increased by eye movements, visual loss, diplopia, and the *daily* occurrence of headache and the other common symptoms. (2) Previous studies of IIH, mostly retrospective and uncontrolled, have underestimated the occurrence of symptoms in IIH patients. (3) Many conditions associated with IIH in these uncontrolled studies are common disorders of women in childbearing years and are likely chance associations. (4) Conditions or diseases occurring with IIH should only be accepted as true associations if the Dandy criteria for IIH are fulfilled and either: (a) the underlying condition is proven to produce intracranial hypertension; (b) treating the associated disease with a medication or method not known to lower intracranial pressure (eg, oral iron for iron deficiency anemia) causes resolution of elevated intracranial pressure that exacerbates when the medication is withdrawn; or (c) a properly controlled study with a sufficient number of subjects shows a statistically significant association. Future investigations, when properly controlled, will improve our understanding of the etiology of idiopathic intracranial hypertension.

## References


1. Wall M, George D. Idiopathic intracranial hypertension: a prospective study of 50 patients. Brain (in press).
2. Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri: follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss. Arch Neurol 1982;39:461-474.
3. Wall M, Hart WM Jr, Burde RM. Visual field defects in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 1983;96:654-669.
4. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri: population studies in Iowa and Louisiana. Arch Neurol 1988;45:875-877.
5. Weisberg LA. Benign intracranial hypertension. Medicine 1975;54:197-207.
6. Sadun A, Currie J, Lessell S. Transient visual obscurations with elevated optic discs. Ann Neurol 1984;16:489-494.
7. Sismanis A. Otologic manifestations of benign intracranial hypertension syndrome: diagnosis and management. Laryngoscope 1987;97:1-17.
8. Bortoluzzi M, DiLauro L, Marini G. Benign intracranial hypertension with spinal and radicular pain. J Neurosurg 1982;57:833-836.
9. Bulens C, De Vries WA, van Crevel H. Benign intracranial hypertension: a retrospective and follow-up study. J Neurol Sci 1979;40:147-157.
10. Smith JL. Whence pseudotumor cerebri? J Clin Neuro Ophthalmol 1985;5:55-56.
11. Buchheit W, Burton C, Haag B, Shaw D. Papilledema and idiopathic intracranial hypertension: report of familial occurrence. N Engl J Med 1969;280:938-942.
12. Ahlskog JE, O'Neill BP. Pseudotumor cerebri. Ann Intern Med 1982;97:249-256.
13. Ireland B, Corbett JJ, Wallace RB. The search for causes of pseudotumor cerebri: a preliminary case-control study. Arch Neurol 1990;47:315-320.
14. Neville BG, Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. Br Med J 1970;3:554-556.
15. Greer M. Benign intracranial hypertension. II. Following corticosteroid therapy. Neurology 1963;13:439-441.
16. Walsh FB. Papilledema associated with increased intracranial pressure in Addison's disease. Arch Ophthalmol 1952;47:86.
17. Press OW, Ladenson PW. Pseudotumor cerebri and hypothyroidism. Arch Intern Med 1983;143:167-168.
18. Dickman MS, Somasundaram M, Brzozowski L. Pseudotumor cerebri and hyperthyroidism. N Y State J Med 1980;80:1118-1120.
19. Sheldon RS, Becker WJ, Hanley DA, Culver RL. Hypoparathyroidism and pseudotumor cerebri: an infrequent clinical association. Can J Neurol Sci 1987;14:622-625.
20. Reid AC, Thomson JA. Absence of significant endocrine deficiencies in benign intracranial hypertension. J Neurol Neurosurg Psychiatry 1981;44:731-734.
21. Stoebner R, Kiser R, Alperin JB. Iron deficiency anemia and papilledema. Dig Dis 1970;15:919-922.
22. Giles CL, Soble AR. Intracranial hypertension and tetracycline therapy. Am J Ophthalmol 1971;72:981-982.
23. Deonna T, Guignard JP. Acute intracranial hypertension after nalidixic acid administration. Arch Dis Child 1974;49:743.
24. Mushet GR. Pseudotumor and nitrofurantoin therapy [Letter]. Arch Neurol 1977;34:257.
25. Konomi H, Imai M, Nihei K, Kamoshita S, Tada H. Indomethacin causing pseudotumor cerebri in Bartter's syndrome [Letter]. N Engl J Med 1978;298:855.
26. Feldman MH, Schlezinger NS. Benign intracranial hypertension associated with hypervitaminosis A. Arch Neurol 1970;22:1-7.
27. Spector RH, Carlisle J. Pseudotumor cerebri caused by a synthetic vitamin A preparation. Neurology 1984;34:1509-1511.
28. Ivey KJ, Denssesten L. Pseudotumor cerebri associated with corticosteroid therapy in an adult. JAMA 1969;208:1698-1700.
29. Britton C, Boxbill C, Brust JCM, Healton EB, Braun CW, Killian P. Pseudotumor cerebri, empty sella syndrome, and adrenal adenoma. Neurology 1980;30:292-296.
30. Newman PK, Snow M, Hudgson P. Benign intracranial hypertension and Cushing's disease. Br Med J 1980;281:113.
31. Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology 1984;34:721-729.
32. Woolson RF. Statistical methods for the analysis of biomedical data. New York: John Wiley & Sons, 1987:250-252.
33. Sandercock P. The odds ratio: a useful tool in neurosciences. J Neurol Neurosurg Psychiatry 1989;52:817-820.
34. Round R, Keane JR. The minor symptoms of increased intracranial pressure: 101 patients with benign intracranial hypertension. Neurology 1988;38:1461-1464.

Original Contribution

# Idiopathic Intracranial Hypertension (Pseudotumor Cerebri)

## Descriptive Epidemiology in Rochester, Minn, 1976 to 1990

*Kurupath Radhakrishnan, MD; J. Eric Ahlskog, PhD, MD; Shelley A. Cross, MD; Leonard T. Kurland, MD, DrPH; W. Michael O'Fallon, PhD*

**• The medical records-linkage system of the Mayo Clinic was used to identify cases of idiopathic intracranial hypertension in the 15-year period, 1976 through 1990, among the population of Rochester, Minn. Nine patients (eight women and one man) were identified, corresponding to an average annual age-adjusted incidence rate per 100 000 of 0.9 for the total and 1.6 for the female population. In females aged 15 to 44 years, idiopathic intracranial hypertension occurred at a rate of 3.3 per 100 000 per year; for those defined as obese (body mass index >26), the rate rose to 7.9. Median follow-up was 2.7 years (range, 5 months to 15 years). Three of 18 eyes developed visual impairment; this was mild in all cases.**

**(*Arch Neurol.* 1993;50:78-80)**

Pseudotumor cerebri is defined as a syndrome characterized by increased intracranial pressure without clinical, laboratory, or radiologic evidence for a space occupying lesion or hydrocephalus.[1,2] The majority of patients with pseudotumor cerebri manifest no apparent cause for the papilledema; hence, the term *idiopathic intracranial hypertension* (IIH) has become more popular recently.[3,4] Today, the confirmed diagnosis of IIH requires (1) a documented elevation of intracranial pressure; (2) a normal neurologic examination except for papilledema and an occasional abducens nerve paresis; (3) the absence of a space-occupying lesion, or ventricular enlargement on computed tomography or magnetic resonance imaging; and (4) a normal cerebrospinal fluid composition.[2-5]

Several recently published large hospital-based series have described the clinical features, risk factors, course, and long-term follow-up in patients with IIH.[4,6-9] The typical patient with IIH is a young obese female. Severe deficits in visual acuity have been reported in up to 25% of patients with IIH.[9,10] Many studies have emphasized the association of IIH with menstrual irregularities, pregnancy, oral contraceptive use, a heterogeneous group of endocrine diseases, hypervitaminosis A, and therapy with tetracycline, nitrofurantoin, nalidixic acid, and corticosteroids.[11,12] These notions are mainly based on a number of retrospective uncontrolled studies. Moreover, hospital-based data are usually biased in favor of an advanced or complicated disease process.

Accepted for publication July 1, 1992.

From the Departments of Health Sciences Research, Sections of Clinical Epidemiology and Biostatistics (Drs Radhakrishnan, Kurland, and O'Fallon) and Neurology (Drs Ahlskog and Cross), Mayo Clinic and Mayo Foundation, Rochester, Minn.

Reprint requests to the Department of Health Sciences Research, Section of Clinical Epidemiology, Mayo Clinic, Rochester, MN 55905 (Dr Kurland).

The hospital incidence reported in several large series suggests that IIH is a rare disorder.[1,6-9] To our knowledge, there are only two studies that evaluated the incidence of IIH in a population.[13,14] They reported an annual incidence per 100 000 of 1.0 to 2.0 for the total population, and 3.5 to 10.0 for women in the reproductive age groups. However, the results were based on short periods of observation. Furthermore, the rates were not adjusted to the age distribution of the population. A longitudinal study in a well-defined population is likely to be of considerable interest in establishing the true incidence rates and prognosis of IIH.

The aims of this study were to determine the population-based incidence rates and to provide the demographic and clinical features of incident cases of IIH diagnosed in the population of Rochester, Minn, over a 15-year period (1976 to 1990).

### PATIENTS AND METHODS

The population of Rochester (approximately 70 000 in 1990) provides an excellent resource for this epidemiologic study, since medical care of the residents of Rochester is provided almost entirely by the Mayo Clinic, its two affiliated hospitals, and the Olmsted Medical Group, with its affiliated hospital. Diagnoses from these health care facilities (outpatient, inpatient, emergency department, and even house calls) have been indexed for computer retrieval, which allows access to the original medical records for review. The case ascertainment and follow-up afforded by this comprehensive medical records-linkage system offers unique opportunities for studying diseases in a circumscribed population over a long period. The potential of this data resource has been described elsewhere.[15]

For this study, the indexes were searched for all Rochester residents for whom the following diagnoses were made during 1976 through 1990: pseudotumor cerebri, papilledema, intracranial hypertension, brain tumor, or otitic hydrocephalus. Inclusion in the study was based on the modified Dandy's diagnostic criteria for IIH as illustrated in Table 1.[5] To be considered a case, onset of symptoms had to have occurred during the time period of the study, 1976 through 1990, and residency had to be established in Rochester at least 1 year prior to the date of onset.

Medical records of 403 patients were reviewed; after the above diagnostic and residency criteria were applied, nine cases were accepted as IIH patients. Of the patients excluded from the study, the majority did not meet the required diagnostic criteria, and six did not meet the residency requirement.

Age- and sex-specific incidence rates were calculated by dividing the number of incident cases by the proper denominator, estimated from decennial census data as described elsewhere.[16] Incidence rates were adjusted to the total 1980 US population using the direct method, and 95% confidence limits for the adjusted rates were estimated.

All the patients with IIH were examined by members of the Department of Ophthalmology, Mayo Clinic, at the time of the diagnosis of IIH and at various intervals thereafter. Visual field testing, with the use of an Octopus or Goldmann perimeter and



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/30/2015

a tangent screen, was performed on all patients at initial and subsequent ocular examination. Follow-up data regarding possible recurrences and current visual status were available for all patients.

Obesity was defined as having a body-mass index (the weight in kilograms divided by the square of the height in meters) of 26 or more.[17] According to this criterion, approximately 36% of women and 39% of men in the United States have an excessive body mass for their stature.[17] In the absence of the prevalence rate of obesity in the Rochester population, these figures were used to arbitrarily determine the proportion of obesity in the local population.

**Table 1.—Modified Dandy's Criteria for the Diagnosis of Idiopathic Intracranial Hypertension**

| |
|---|
| Signs and symptoms of increased intracranial pressure |
| Awake and alert patient |
| No localizing neurologic signs other than abducens nerve paresis |
| Normal neuroimaging studies except for small ventricles or empty sella |
| Documented increased pressure (>200 mm of water in nonobese and >250 mm of water in the obese patient), but a normal composition of the cerebrospinal fluid |
| No other cause of intracranial hypertension present |

**Table 2.—Age- and Sex-Specific Average Annual Incidence Rates of Idiopathic Intracranial Hypertension per 100 000 Population in Rochester, Minn, 1976 to 1990**

| | Females | | Males | | Total | |
|---|---|---|---|---|---|---|
| Age Group, y | No. | Rate | No. | Rate | No. | Rate |
| 0-14 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 15-24 | 4 | 4.52 | 0 | 0.00 | 4 | 2.56 |
| 25-34 | 1 | 1.05 | 1 | 1.14 | 2 | 1.09 |
| 35-44 | 3 | 4.87 | 0 | 0.00 | 3 | 2.51 |
| 45+ | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| All age groups | 8 | 1.62 | 1 | 0.24 | 9 | 0.98 |
| Age adjusted* | ... | 1.55 | ... | 0.19 | ... | 0.93 |
| 95% confidence interval | 0.47-2.63 | | 0.00-0.55 | | 0.32-1.54 | |

*Adjusted to the total 1980 US population.

## RESULTS

### Incidence Rates

For 1976 through 1990, nine cases (eight women and one man) with IIH were identified among residents of Rochester with a mean age at diagnosis of 27.8 years (median, 29 years; range, 15 to 40 years). Average annual incidence rates per 100 000 persons for IIH by age and sex are shown in Table 2. The annual age-adjusted rates per 100 000 were 0.9 for the total and 1.6 for females. The female-to-male ratio of the adjusted rates was 8.4:1.0. For women 15 to 44 years of age, the annual incidence rates per 100 000 were 3.3 for the whole and 7.9 for those with obesity (body mass index >26) (Table 3).

### Clinical Features

Duration of symptoms prior to diagnosis varied from 1 to 90 days, with a median of 30 days. Headache was present in all but one patient and papilledema was evident in all patients when they were first examined. Transient visual obscurations at onset occurred in eight cases. Diplopia due to abducens nerve paresis was an initial, but not isolated, symptom in one patient. Visual loss was an initial symptom in none of the cases.

Seven of the eight females were obese; the male patient was not obese. Two women had been taking oral contraceptives for over 3 months prior to onset of symptoms. One patient was being treated with tetracycline for acne for over 2 months before she developed headache. Five patients had menstrual irregularity. None had systemic hypertension or endocrine diseases.

Seven patients had a normal visual field and acuity. Three of 18 eyes suffered mild visual impairment as manifested by visual acuity of 20/30 in one, constriction of peripheral field in one, and nerve fiber-related defect in the other eye. In none of them did the visual deficit interfere with their day-to-day routine.

Three patients received oral corticosteroids; the rest were treated with repeated lumbar punctures, diuretics, and weight reduction. Follow-up ranged from 5 months to 15 years; median, 2.7 years. One patient had a recurrence during follow-up. In none did the visual loss progress. The

**Table 3.—Comparison of Data From Population-Based Studies of Idiopathic Intracranial Hypertension**

| Place/Reference | Rochester, Minn | State of Iowa[14] | State of Louisiana[14] | Benghazi, Libya[13] |
|---|---|---|---|---|
| Duration of study, y | 15 | 1 | 1 | 2 |
| Population base | 70 000 | 2 914 000 | 4 481 000 | 519 000 |
| No. of patients | 9 | 27 | 48 | 18 |
| Female:male ratio | 8:1 | 8:1 | 4.3:1 | 1:0 |
| Obesity, % | 70 | 67 | 69 | 74 |
| Visual deficit, % | 16.7 | 22.2 | ... | 30.0 |
| Crude annual incidence rate per 100 000 persons | | | | |
| Total population | 1.0 | 0.9 | 1.1 | 1.7 |
| Female population | 1.6 | ... | ... | 3.6 |
| Females, aged 15 to 44 y | 3.3 | 3.5 | ... | 10.3 |
| Obese* females, aged 15 to 44 y | 7.9† | ... | ... | 20.2‡ |
| Obese* females, aged 20 to 44 y | ... | 19.3‡ | 14.9§ | ... |

*Accurate data are unavailable on the prevalence of obesity for any of the populations studied; hence, these figures are arbitrary.
†Body mass index of more than 26.
‡Overweight by more than 20%.
§Obesity, not defined.



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/30/2015

data from the present series are compared with other epidemiologic studies on IIH in Table 3.

## COMMENT

The average age-adjusted incidence rates of IIH in Rochester per 100 000 persons are 0.9 for the total and 1.6 for females of all ages. This tends to be a disease of early female adulthood with annual rates per 100 000 of 3.3 in women between the ages of 15 and 44 years, and 7.9 in women of the same age group with a body mass index of more than 26. Although the results of this study are based on a small group of patients, it is our impression that it achieved the requirements of an ideal epidemiologic study, namely, precise diagnosis, well-defined population denominator, long period of observation, and a virtually complete ascertainment of symptomatic patients.

Idiopathic intracranial hypertension is considered to be a rare disorder based on hospital experience. Boddie et al[6] diagnosed IIH in 34 patients in a regional neurologic center in Newcastle-upon-Tyne, England, over a 12-year period. During one decade, 120 adult patients with IIH were seen at the Neurological Institute of New York, NY.[1] Rush[8] described 63 patients seen at the Mayo Clinic between 1961 and 1978. In an analysis of 110 patients seen over 30 years in Glasgow, Scotland, not more than 17 cases were seen in a 5-year period.[7] Seventeen cases came from Charity Hospital in New Orleans, La, between 1949 and 1958.[18] Finally, 65 patients were seen in 28 years at an ophthalmology hospital in Iowa[9] and six cases were noted from Kenya in 4 years.[19] On the other hand, a recent article, based on hospital experience, suggested a higher frequency of IIH in the Saudi Arabian population.[20]

The only population-based study on IIH from the United States is by Durcan et al[14] who surveyed all neurologists, ophthalmologists, and neurosurgeons in Iowa, eastern Nebraska, and Louisiana over a 1-year period and determined an incidence rate per 100 000 population of 0.9 in the general population, 3.5 in females 15 to 44 years of age, and 19 in obese women aged 20 to 44 years. The only other epidemiologic study on this disorder came from Benghazi, Libya, where the reported annual incidence rates per 100 000 persons were 1.7 for the total, 3.5 for females of all ages,[13] 10.3 for females 15 to 44 years of age, and 20.2 in obese women aged 15 to 44 years (KR, unpublished data). In neither study were the rates standardized for the age distribution of the population.[13,14] Furthermore, in the US study,[14] information on the population census and prevalence of obesity were based on data 5 years earlier than the period of the study.

The incidence of IIH in countries such as Libya[13] and Saudi Arabia[20] is likely to be higher than in the West because of the high prevalence of obesity among females of the reproductive age group. To delineate the geographic variation in the incidence of IIH, more epidemiologic studies are warranted.

Several previous hospital-based or referral center studies have emphasized vision loss as a frequent sequela of IIH. For example, severe visual deficits have been reported in up to 25% of hospital-based patients with IIH.[9,10] Moderate to severe vision loss occurred in 30% of the Libyan population-based series[13] in which a majority of the patients presented late with advanced visual impairment. Twenty-two percent of the patients reported in the epidemiologic study from Iowa[14] had visual loss, although the authors did not report the severity and the course of the visual deficit in detail. In our series, only two patients had mild visual deficits, and these did not impair their normal functioning. Because of the close proximity to the Mayo Clinic, persons in Rochester are likely to receive early diagnosis and therapeutic intervention. Perhaps this was a factor in the benign visual outcome of our patients. Median duration of symptoms prior to diagnosis in the Rochester series was 30 days (range, 1 to 90 days); these data are not available for the other two population-based studies.[13,14] As has previously been suggested,[2,3] early diagnosis and therapy to reduce intracranial hypertension plus close follow-up for the early detection of visual impairment may prevent or reverse the visual loss in IIH.

The female preponderance and high frequency of obesity found in many previous articles were confirmed in our study. Two recent case-control studies found no association between IIH and menstrual irregularity, pregnancy, endocrinopathies, or the use of oral contraceptives, corticosteroids, antibiotics, vitamins, or other medications.[21,22] Because of the small number of cases in our study, it is not possible to evaluate risk factors reported to be associated with IIH.[2,11]

This research was supported in part by research grants NS17750 and AR30582 from the National Institutes of Health, Public Health Service, Bethesda, Md.

We thank Laura Long for her secretarial and editorial assistance.

### References

1. Weisberg LA. Benign intracranial hypertension. *Medicine*. 1975;54:197-207.
2. Ahlskog JE, O'Neill BP. Pseudotumor cerebri. *Ann Intern Med*. 1982;97:249-256.
3. Corbett JJ, Thompson S. The rational management of idiopathic intracranial hypertension. *Arch Neurol*. 1989;46:1049-1051.
4. Wall M, George D. Idiopathic intracranial hypertension: a prospective study of 50 patients. *Brain*. 1991;114:155-180.
5. Smith JL. Whence pseudotumor cerebri? *J Clin Neuro-Ophthalmol*. 1985;5:55-56.
6. Boddie HG, Banna M, Bradley WG. 'Benign' intracranial hypertension: a survey of the clinical and radiological features and long-term prognosis. *Brain*. 1974;97:313-326.
7. Johnston I, Paterson A. Benign intracranial hypertension, I: diagnosis and prognosis. *Brain*. 1974;97:289-300.
8. Rush JA. Pseudotumor cerebri: clinical profile and visual outcome in 63 patients. *Mayo Clin Proc*. 1980;55:541-546.
9. Corbett JJ, Savino PJ, Thompson S, et al. Visual loss in pseudotumor cerebri: follow-up of 57 patients from 5 to 41 years and a profile of 14 patients with permanent severe visual loss. *Arch Neurol*. 1982;39:461-474.
10. Wall M, Hart WM, Burde RM. Visual field defects in idiopathic intracranial hypertension (pseudotumor cerebri). *Am J Ophthalmol*. 1983;96:654-669.
11. Fishman RA. The pathophysiology of pseudotumor cerebri: an unsolved puzzle. *Arch Neurol*. 1984;41:257-258.
12. Donaldson JO. Pathogenesis of pseudotumor cerebri syndromes. *Neurology*. 1981;31:877-880.
13. Radhakrishnan K, Sridharan R, Ashok PP, Mousa ME. Pseudotumor cerebri: incidence and pattern in North-Eastern Libya. *Eur Neurol*. 1986;25:117-124.
14. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri: population studies in Iowa and Louisiana. *Arch Neurol*. 1988;45:875-877.
15. Kurland LT, Molgaard CA. The patient record in epidemiology. *Sci Am*. 1981;245:54-63.
16. Bergstralh EJ, Offord KP, Chu CP, Beard CM, O'Fallon WM, Melton LJ III. *Calculating Incidence, Prevalence and Mortality Rates for Olmsted County, Minnesota: An Update*. Rochester, Minn: Mayo Clinic; 1992. Technical Report Series No. 49.
17. National Research Council. Obesity and eating disorders. In: *Diet and Health: Implications for Reducing Chronic Disease Risk*. Washington, DC: National Academy Press; 1989:563-592.
18. Peterson R, DePasquale N, Mann S. Pseudotumor cerebri. *Medicine*. 1961;40:85-99.
19. Mehta S, Patel KC, Jindani A, Harries JR. Benign intracranial hypertension. *E Afr Med J*. 1970;47:333-338.
20. Phadke JG, AlDeeb S. Pseudotumor cerebri (benign intracranial hypertension) in Saudi Arabia. *Saudi Med J*. 1987;8:391-395.
21. Ireland B, Corbett JJ, Wallace RB. The search for causes of idiopathic intracranial hypertension: a preliminary case-control study. *Arch Neurol*. 1990;47:315-320.
22. Giuseppi V, Wall M, Siegel PZ, Rojas PB. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. *Neurology*. 1991;41:239-244.



Downloaded From: http://archneur.jamanetwork.com/ by a University of Louisville User on 10/30/2015

# Idiopathic intracranial hypertension

*Alex K Ball, Carl E Clarke*

**Idiopathic intracranial hypertension is common in obese women and can lead to significant visual impairment. First described more than 100 years ago, the cause of the disorder remains unknown. Despite a multitude of proposed links, the aetiology has never been established. Impairment of cerebrospinal-fluid reabsorption is the most likely underlying pathophysiological cause of the raised pressure, but this notion has yet to be proven. Cerebral venous sinus abnormalities associated with the disorder need further exploration. Although the major symptoms of headache and visual disturbance are well documented, most data for disease outcome have been from small retrospective case series. No randomised controlled trials of treatment have been done and the management is controversial. The importance of weight loss needs clarification, the role of diuretics is uncertain, and which surgical intervention is the most effective and safe is unknown. Prospective trials to examine these issues are urgently needed.**

*Lancet Neurol* 2006; 5: 433–42

University of Birmingham, Department of Neurology, City Hospital, Birmingham B18 7QH, UK (A K Ball MRCP, C E Clarke FRCP)

Correspondence to: Dr Carl E Clarke c.e.clarke@bham.ac.uk

## Introduction

Idiopathic intracranial hypertension occurs most commonly in overweight women and is encountered by most neurology and ophthalmology departments on a regular basis. Far from being benign, the condition causes blindness in 10% of cases; indeed, most affected patients show a degree of visual loss.[1–3] The association with obesity suggests that the incidence will increase as the population in the developed world gains weight. Despite this theory, very little is known about the disorder. The cause is undetermined and treatments lack any convincing evidence base. This review will summarise current knowledge of the cause, differential diagnosis, and pathophysiology of idiopathic intracranial hypertension, drawing attention to dilemmas in treatment and the need for well-designed prospective trials.

## Definitions

Idiopathic intracranial hypertension is the clinical syndrome of raised intracranial pressure, in the absence of space-occupying lesions or vascular lesions, without enlargement of the cerebral ventricles, for which no causative factor can be identified. Serous meningitis and pseudotumour cerebri were the terms previously used for idiopathic intracranial hypertension. In 1937, diagnostic criteria for intracranial pressure without brain tumour were first published by Dandy,[4] and in 1955 Foley[5] coined the term benign intracranial hypertension. More recently, the term benign has been dropped after reports of severe visual loss.

With the advent of sophisticated neuroimaging techniques, intracranial lesions and vascular pathologies have been identified in patients who might previously have been labelled as having idiopathic intracranial hypertension. Diagnostic criteria have undergone several modifications as a result. A strict definition now exists to ensure that idiopathic intracranial hypertension is only used when other causes of intracranial hypertension have been excluded (panel 1).[6] Further confusion arises through the alleged association with various medical conditions and treatments, most of which have only been described in case reports or small series. When intracranial hypertension can be assumed to be due to an underlying disease or a historically associated drug, it is incorrect to apply the term idiopathic. Where there is convincing evidence that the drug or disease is causally or temporally related, the term secondary intracranial hypertension is more appropriate.

## Epidemiology

In the USA, Durcan[7] reported the annual incidence of idiopathic intracranial hypertension in the general population of Iowa to be 0·9 per 100 000 and in Louisiana to be 1·07 per 100 000. A prospective longitudinal study in Benghazi, Libya, reported an annual incidence of 2·2 per 100 000.[8] In Hokkaido, Japan, only two cases were identifed from the study in 1993, of a population of around 5·8 million, giving an incidence for that year of 0·03 per 100 000.[9] The incidence of idiopathic intracranial hypertension is similar to that of Guillain Barré syndrome, pituitary tumours, and cluster headache. Confining studies to women aged 20–44 years, who are 20% or more above their ideal bodyweight, yields an incidence of 15–19 cases per 100 000 in the USA,[7] approaching that of more common diseases such as motor neuron disease and multiple sclerosis.

Idiopathic intracranial hypertension is most common in women and obese individuals. Reported female to male ratios range from 4:1 to 15:1.[7,8,10–12] Published frequencies of obesity in patients with the disorder are 71%,[8] 88%,[12] 91%,[13] and 94%.[14] In a North American prospective study of 50 patients by Wall and George,[1] 47 were obese and there was an average weight gain of 7·7 kg in the 12 months preceding the onset of symptoms. The mean age at onset of the disorder has been reported

*Panel 1:* **Diagnostic criteria for idiopathic intracranial hypertension[6]**

If symptoms or signs are present, they may only indicate those of generalised intracranial hypertension or papilloedema

Intracranial pressure, as measured in the lateral decubitus position, is raised

The composition of the cerebrospinal fluid is normal

There is no evidence of hydrocephalus, mass, structural, or vascular lesion

No other cause of intracranial hypertension has been identified

Case 1:17-mc-02767-PAE-JLC Document 96-6 Filed 03/02/18 Page 19 of 27



as 28 years,[6] 31 years,[3] and 35 years.[12,14] Idiopathic intracranial hypertension does occur in childhood, although no large epidemiological studies in this age-group have been undertaken. The disorder is rare in prepubertal children and has different characteristics to the adult form, including no apparent predilection for obese girls.[15,16] In older teenage children, however, the rates of obesity seem to mirror those of the adult population with the disorder.[17,18] Ethnic background has not been shown to affect the incidence, although few studies have addressed this question or involved sufficient numbers of patients. Familial cases are encountered, but there is little evidence to lend support to a genetic predisposition.

## Associated conditions

Apart from female sex and obesity there are no proven associations in idiopathic intracranial hypertension. Whether the raised intracranial pressure is a result of, or occurs by chance in association with, the factor in question is important to establish.

### Vitamin A deficiency

The fat-soluble vitamin retinol (vitamin A) affects the structure of the arachnoid villi. Studies of retinol-deficient animals have shown increased cerebrospinal fluid (CSF) pressure,[19] although the exact relation between the structural changes and the mechanism of raised pressure is uncertain. Cases have been reported of intracranial hypertension occurring in infants deficient in vitamin A, which resolved with replacement therapy.[20] Excessive dietary intake of vitamin A has also been associated with the disorder. Raised serum retinol concentrations have been reported in some human cases of idiopathic intracranial hypertension, although not to the levels seen in true hypervitaminosis A. This finding has caused speculation that a non-specific alteration in retinol metabolism contributes to idiopathic intracranial hypertension in predisposed individuals.[21] More recently, significantly heightened concentrations of retinol have been reported in the CSF but not serum of patients with idiopathic intracranial hypertension compared with controls.[22,23]

**Panel 2: Medication reportedly associated with intracranial hypertension**

**Endocrine**
- Corticosteroid withdrawal
- Levonorgestrel
- Danazol
- Tamoxifen
- Growth hormone
- Anabolic steroids

**Antibiotics**
- Tetracycline and derivatives
- Nalidixic acid
- Nitrofurantoin

**NSAIDs**
- Indometacin
- Rofecoxib

**Vitamin A**
- Retinol
- Retinoids

**Lithium**

**Cimetidine**

### Medication

Case reports have implicated several drugs in intracranial hypertension (panel 2). There have been reports of idiopathic intracranial hypertension in a few patients taking tetracycline antibiotics, particularly minocycline[24,25] and doxycycline,[26] but prospective case-controlled studies have not firmly established a causative relation.[7,27] Similarly, oral retinoids used in dermatological conditions have earned a reputation for causing pseudotumour cerebri despite a lack of convincing evidence.[28] Abrupt withdrawal of corticosteroids has been reported to cause a syndrome indistinguishable from idiopathic intracranial hypertension, with clinical improvement after reintroduction of the drug.[29,30] However, idiopathic intracranial hypertension, defined according to strict diagnostic criteria, has not been conclusively associated with corticosteroids in large controlled studies.[7] The oral contraceptive pill has been historically connected with the disorder, but more recent research has shown no significant increase in the proportion of women taking the pill in those with idiopathic intracranial hypertension compared with the general population.[7,31] Early studies may have included undiagnosed cases of cerebral venous sinus thrombosis among women taking hormonal medication; the high prevalence of oral contraceptive users in idiopathic intracranial hypertension cohorts in the past could reflect the higher risk of cerebral venous sinus thrombosis in women taking oral contraceptives.

### Diseases

Systemic arterial hypertension has been reported as occurring in 14–32% of patients,[3,12,13,31] and in one study blood pressure was significantly higher in people with idiopathic intracranial hypertension than in controls.[11] Whether this finding is a true disease association or simply reflects the high incidence of raised blood pressure in a population with increased bodyweight is unclear. Polycystic ovary syndrome seems to occur with increased frequency in idiopathic intracranial hypertension.[11] Other comorbid conditions reported include diabetes mellitus, thyroid disease, hypoparathyroidism, stroke, chronic migraine, iron deficiency anaemia, ulcerative colitis, systemic lupus erythematosus, sickle-cell disease, cystinosis, and renal

transplant,[17,21,30] although undiagnosed cerebral venous sinus thrombosis or simply chance co-occurrence cannot be excluded in most cases.

### Pregnancy

Pregnancy has been traditionally regarded as carrying an increased risk of idiopathic intracranial hypertension. In recent years, this association has been subjected to more rigorous investigation and has not been shown to be significant.[7,31] As with oral contraceptive use, a high number of pregnancies are to be expected in a condition that favours women of reproductive age.

### Menstrual dysfunction

A history of menstrual irregularities is more common in idiopathic intracranial hypertension than in unaffected women. In one questionnaire study of 40 patients with idiopathic intracranial hypertension, a change in menstrual pattern was more frequently reported just before diagnosis than in the reference period in 39 controls.[32] Onset of menses at or before age 13 years was also significantly more likely in women with the disorder.

Menarche,[33] oligomenorrhoea, or amenorrhoea[34] have preceded the onset of idiopathic intracranial hypertension in case reports, and larger studies have listed menstrual dysfunction among reported symptoms.[5,7,34,35] However, there has been no published evidence of specific hormone dysfunction to explain this finding, and obesity itself is known to be associated with menstrual irregularities.

## Pathogenesis

### Mechanisms of raised intracranial pressure

The pathophysiology underlying the raised intracranial pressure is unclear. Hypotheses have developed around the main determinants of CSF pressure.

*Excess CSF production*

CSF is produced in human beings at a rate of about 500 mL in 24 h,[36] the whole CSF volume being renewed every 6–8 h.[37] The early suggestion that idiopathic intracranial hypertension resulted from CSF hypersecretion has been refuted by studies showing no significant differences in the production rate between patients and controls[38] or rates even lower than previously quoted normal values.[39] The only condition in which excessive secretion of CSF is known to occur (choroid plexus papilloma of childhood) does not give rise to a similar clinical picture to idiopathic intracranial hypertension.[40]

*Brain water content*

Evidence of diffuse brain oedema in idiopathic intracranial hypertension is slight. Early histological studies suggestive of intracellular and interstitial oedema have been re-examined and repeated without confirmation of the initial claims.[41] Some MRI studies, which used high-field strength[42] and diffusion-weighted imaging,[43,44] have suggested increased brain water in idiopathic intracranial hypertension, whereas other investigators have found no differences between patients and controls.[45] Patient numbers in these studies have been too small for robust conclusions to be drawn.

*Reduced CSF absorption*

A more popular hypothesis is that idiopathic intracranial hypertension is a syndrome of reduced CSF absorption. An early study used the intrathecal saline infusion test to show resistance to drainage of CSF in four of five patients with pseudotumour cerebri.[46] Johnston and Paterson[39] published similar work using isotope cisternography showing a substantial delay in CSF circulation, with hold up of technetium isotope in the subarachnoid space. Altered patterns of CSF clearance have been reported with this and other techniques,[47–49] such that resistance to CSF outflow seems to be implicated in the pathogenesis. However, little is known about the exact site or mechanism, such as how CSF egress is regulated at the level of the arachnoid villi.

*Increased cerebral venous pressure*

Whether the raised CSF pressure is the primary problem or the consequence of high pressure in the cerebral venous sinuses, due either to anatomical narrowing or generalised venous hypertension, is widely debated. In patients with proven venous sinus thrombosis, the high intracranial pressure is relieved by drainage or diversion of CSF, although it is uncertain how this happens.[50] Venography shows narrowing of the cerebral venous sinuses leading to functional outflow obstruction in many cases of idiopathic intracranial hypertension in the absence of occlusion by thrombus.[51] In one prospective blinded study that used magnetic resonance venography, substantial bilateral sinovenous stenoses were seen in 27 of 29 cases leading the authors to conclude that dural venous sinuses are anatomically different in idiopathic intracranial hypertension.[52] Raised pressure in the absence of thrombosis within superior sagittal and transverse sinuses has also been shown.[53] Whether such findings result from or cause the high CSF pressure is not known, but there is evidence to lend support to both explanations.

The notion of apparent venous stenosis as a secondary effect requires that the vessel walls are externally compressed or the lumen is partly obstructed by enlarged arachnoid granulations. Both types of filling defect have been reported in idiopathic intracranial hypertension.[52] There have been reports of stenotic lesions in the lateral sinuses resolving after CSF diversion procedures,[54] and of transverse sinus pressures dropping when CSF is directly removed by cervical puncture.[55] However, a more recent study has shown persistence of transverse sinus stenoses in idiopathic intracranial hypertension after normalisation of CSF pressure.[56] The findings of other studies lend support to the opposite claim that venous stenoses are the primary lesion in idiopathic intracranial

hypertension. Dilatation and stenting of the lateral venous sinuses has produced clinical improvement in some patients with idiopathic intracranial hypertension who have high venous sinus pressures at manometry.[57] Karahalios and colleagues[58] reported high pressure with normal anatomy in the venous sinuses of five patients with idiopathic intracranial hypertension, and showed that the right atrial pressures were increased, leading them to suggest a universal mechanism of raised venous pressure. Others have focused attention on a venous hypertension model in which raised intracranial pressure is a direct result of intra-abdominal pressure, via elevation of the diaphragm, raised pleural pressure, impeded cerebral venous return, and consequently sustained elevation of the venous pressure.[59] This theory requires the presence of central obesity to increase the intra-abdominal pressure and does not account for the preponderance of women with the disorder, since women are less likely than men to have a central androgenic distribution of body fat. Idiopathic intracranial hypertension would also be expected to occur more commonly in pregnancy, which it does not. Furthermore, clinical evidence of right-heart failure is usually lacking in patients with the disorder. Nevertheless, the possibility of some shared pathophysiological mechanism in idiopathic intracranial hypertension and venous sinus disease remains enticing. Unrecognised non-occlusive thrombus lining dural vessels has been suggested as a possible mechanism for impairment of CSF absorption,[60] which could fundamentally change the current definition of idiopathic intracranial hypertension. Thrombophilic haematological abnormalities have been reported in the disorder,[14,61–63] and more recently in consecutive case studies of 65 female[14] and ten male patients.[64] However, a prospective study did not find epidemiological evidence to link idiopathic intracranial hypertension with a prothrombotic state,[65] and there is little evidence of a specific abnormality.

**Panel 3: Symptoms of idiopathic intracranial hypertension**

**Headache**

**Visual disturbance**
Visual loss and blurring of vision
Transient obscurations
Diplopia
Photopsia

**Tinnitus**

**Pain**
Neck
Shoulder
Radicular pain

**Nausea with or without vomiting**

**Photophobia**

### Endocrine dysfunction

Studies of endocrine function in idiopathic intracranial hypertension have involved only small numbers of patients. Conventional tests of pituitary function and peripheral target glands in one study of 15 patients were normal, apart from a slight reduction in growth hormone response to hypoglycaemia.[48] Subnormal growth hormone response was also reported by Reid and colleagues[66] in three of five patients with chronic idiopathic intracranial hypertension, but was also seen in one of the obese control patients, as can occur.[48] Raised concentrations of vasopressin in CSF have been noted in patients with idiopathic intracranial hypertension compared with controls, despite similar plasma concentrations and osmolality;[48,67,68] but the importance of this finding to the pathogenic processes in the disorder is not clear.

The predilection of the disorder for obese women of childbearing age suggests that sex hormones might be involved, but this notion is unproven. Adipose tissue has been identified as an actively secreting endocrine organ, and attention has been given to one of its products, leptin, as having a possible role in the disorder.[69] The metabolism of sex steroids is affected by adipose tissue and the metabolic effects of obesity vary according to sex and menopausal status. More work is needed in this area.

## Clinical features

Patients with idiopathic intracranial hypertension can be asymptomatic, but more commonly they complain of the symptoms listed in panel 3. Headache is consistently the most common symptom, occurring in 68–98% of patients[7,8,11] and featuring as the presenting complaint in many.[7] Headache seems to be less common in children than in adults with the disorder.[70] Headache can fluctuate and be progressive or permanent. The pain may have similarities to migraine and tension-type headache[71] or show features of raised intracranial pressure—ie, exacerbation by coughing, straining, or the Valsalva manoeuvre.[1]

Disturbance of vision is the second most prevalent symptom. Transient obscurations, variously described as shadows, dark patches, or black spots affecting one or both eyes and resolving after a few seconds or minutes, are reported in 57–72% of patients.[3,8,11] Other less common visual abnormalities are diplopia and sparkles (photopsia) or the sensation of flashes of light. Even less frequently, patients present with visual loss and central vision is usually spared until late in the course of the illness.[2]

Intracranial noises are frequent, usually described as "whooshing" or "roaring" in the ear. The sounds are often pulsatile. In prospective analyses they affect as many as 60% of patients.[3] Rare symptoms in adults include neck, back, shoulder, or radicular pain. Signs of meningeal irritation sometimes occur, including nausea, vomiting, and photophobia.[6]



Figure 1: Asymmetric papilloedema in a 42-year-old woman with headaches and tinnitus and transient visual obscurations on the left side only
CSF opening pressure was 30 cm water. A: Left fundus shows swelling of the optic disc. B: Right fundus shows no papilloedema.

Papilloedema is almost universal in idiopathic intracranial hypertension and its absence should cause the diagnosis to be questioned. There have been a few reports of the disorder without papilloedema in patients with headache and increased CSF opening pressure.[72-74] The symptom may occasionally be unilateral, as in four of 57 patients in one series[1] (figure 1). Slight oedema of the disc may be difficult to detect using the direct ophthalmoscope, so slit-lamp examination is needed. In equivocal cases, fluoroscein angiography might be needed to show the leakage of dye from retinal vessels that is typical of papilloedema. Congenital anomalous variations in the architecture of the optic nerve head (eg, drusen) can mimic papilloedema.[6]

Testing of visual fields by confrontation in patients with idiopathic intracranial hypertension elicits few



Figure 2: Visual field (Goldmann perimetry) from the right eye of a 54-year-old woman with idiopathic intracranial hypertension showing marked constriction
Snellen visual acuity was 6/9 and there was pallor of the optic disc at fundoscopy.



*Figure 3:* **Visual fields (Humphrey 24-2 automated static perimetry) from the right eye of a 28-year-old woman with idiopathic intracranial hypertension, normal visual acuity, and a right afferent pupil defect**
Generalised reduction in sensitivity with enlargement of the blind spot and a relative inferonasal defect are shown. Visual thresholds as shown by greyscale diagram and numerical results (A). Numeric and symbolic representations of the calculated total and pattern response deviations from normal (B).

abnormalities. Formal perimetry is mandatory as it reveals visual-field defects and enlargement of the blind spot in nearly all patients. In Wall's study,[3] at the initial visit Goldmann perimetry was abnormal in 87% of eyes and Humphrey automated perimetry in 92%. Abnormalities of other visual function tests occurred far less frequently. Peripheral rim constriction most often occurs with nasal steps and arcuate inferior field loss[2,32] (figures 2 and 3). The grade of visual field defect has not been shown to correlate with the severity of papilloedema.[3]

Reductions in visual acuity, although less likely than field defects, can also occur. Contrast sensitivity and assessment of colour vision reveal more abnormalities than standard Snellen acuity. It is a requirement of the modern diagnostic criteria for idiopathic intracranial hypertension that neurological examination is normal except for the presence of signs of generalised intracranial hypertension and papilloedema.[6] Unilateral or bilateral sixth cranial nerve palsies and afferent pupillary defects are sometimes seen.

## Investigations

Idiopathic intracranial hypertension is a diagnosis of exclusion. Although there are no pathognomonic radiological signs in the disorder, empty sella turcica and variable diminution in ventricular size have been reported, although the latter is debated.[75] CT became the investigation of choice until it was superseded by MRI. Posterior scleral flattening (relative to the normal curvature of the globe), prelaminar enhancement of optic nerves, vertical tortuosity of the orbital optic nerves, and distension of the perioptic subarachnoid space, as well as empty sella, have been shown, in a restrospective MRI series, to be sensitive and specific markers of raised intracranial pressure in patients with idiopathic intracranial hypertension.[76]

To comply with recent diagnostic criteria, cerebral venous sinus thrombosis must be excluded.[6] Thrombosis of the cerebral venous circulation can present with an identical clinical picture to idiopathic intracranial hypertension[50] and may even fulfil the old modified Dandy criteria for idiopathic intracranial hypertension.[77] It is possible to overlook sinus thrombosis on CT or MRI unless formal study of the cerebral vasculature is undertaken by computed tomographic venography or magnetic resonance venography.[78]

Examination of CSF pressure in patients with suspected idiopathic intracranial hypertension is mandatory and lumbar puncture is a safe procedure in the fully conscious patient with no focal neurological deficit and normal brain imaging, even in the presence of papilloedema. The diagnostic criteria require CSF constituents to be normal. Pressure is measured in the lateral decubitus position with a value of over 20 cm of water deemed abnormal. Historically, this threshold has been increased to 25 cm in obese patients, but the theory that obesity is a cause of mildly raised CSF pressure is now contested.[79] An opening pressure of 25 cm has been shown to be abnormal irrespective of weight.[80]

Continuous recording of CSF pressure shows that intracranial pressure changes over time[19] and may occasionally drop to normal values in idiopathic intracranial hypertension.[81] Overnight monitoring of patients shows that baseline pressure is usually increased and that plateau or A waves (sustained above 50 mm Hg for 5–20 min) and B waves (rhythmic, 5–50 mm Hg, 0·5–2 cycles per min) are often present.[82,83] Hence, in theory, a single lumbar puncture might lead to normal pressure recordings in idiopathic intracranial hypertension.

## Management

There have been no sufficiently large studies of any treatment modality in idiopathic intracranial hypertension so the evidence base for management decisions is poor. A Cochrane systematic review in 2005 did not find any randomised controlled trials of treatments for the disorder.[84] The aim of treatment is to halt or prevent visual loss. Current practice includes a combination of medical therapy, advice for weight reduction where appropriate, and surgical intervention for severe cases. Repeated lumbar punctures to directly reduce the intracranial pressure formed the mainstay of treatment for many years. In one study, removal of 15–25 mL of CSF reduced the pressure to below 10 cm of water, but it took an average of only 82 min for the pressure to return to predrainage levels.[79] Although repeated lumbar puncture can result in holes in the dura, maintaining lowered pressure via small amounts of chronic CSF leakage, the risks of low-pressure headache, and the unpopularity of the procedure with patients led to regular lumbar punctures being phased out. However, the procedure could still have a role in the immediate treatment of acute visual loss in idiopathic intracranial hypertension while further treatment is organised, and also in the management of pregnant patients.[78]

### Medical management

The carbonic anhydrase inhibitor acetazolamide is the drug most commonly used to treat idiopathic intracranial hypertension. It reduces aqueous humour production in the eye and intraocular pressure and produces a weak diuresis when absorbed systemically. The drug may be associated with blood disorders, rashes, and electrolyte disturbances. Teratogenic effects have been reported in animals, but there are no adequate human studies of its use in pregnancy and a review did not find any reliable reports of adverse pregnancy outcomes in women treated with the drug.[85] Patients taking acetazolamide commonly complain of nausea, fatigue, altered taste, and sensations of pins and needles.[78] Other diuretics, such as furosemide, are sometimes used if acetazolamide is poorly tolerated.

Corticosteroids have been associated with improvement in the symptoms and signs of raised intracranial pressure, but only in small case reports.[86–88] The study by Wall and George[1] of 50 patients included nine treated with corticosteroids; five improved and four worsened at follow up, but numbers were too small to be conclusive. In another small prospective study, steroids had no effect in three patients who did not respond to a combination of acetazolamide and diuretics.[89] Concerns over side-effects, especially weight gain, greatly limit their use.

Additional medication may be needed to treat the headache in idiopathic intracranial hypertension, such as analgesics or even antimigraine drugs.

### Weight reduction

It is widely believed that weight reduction improves the course of idiopathic intracranial hypertension in overweight individuals. Resolution of papilloedema alongside weight loss through dietary modification has been reported by several authors.[90–92] Surgically induced weight loss has also led to improvements in idiopathic intracranial hypertension.[93–95] Evidence is limited and further research is needed to quantify the optimum amount, timing, and methods of weight loss in management of idiopathic intracranial hypertension.

### Surgical management

Some patients require surgical intervention to control symptoms or prevent visual deterioration. In the past, subtemporal decompression was undertaken, but this procedure has been replaced with less hazardous interventions. The two main operations in idiopathic intracranial hypertension are CSF diversion procedures and fenestration of the optic-nerve sheath. No prospective trial has compared the two and the choice is often based on the local availability of expertise. Surgical treatment needs to be considered from the outset for patients presenting with visual loss and at any time when there is deterioration in visual function.[78] Some authors argue that the decision to operate rests entirely on the quantitative visual-field status.[96] Surgery might also be appropriate where close monitoring and effective medical treatment of the patient is not feasible or if there is intractable headache.

#### *CSF diversion procedures*

The insertion of ventriculoperitoneal or lumboperitoneal shunts to treat idiopathic intracranial hypertension has become standard clinical practice. However, shunts have a significant failure rate requiring revisional surgery and a high frequency of complications (ie, low pressure headaches, infections, obstruction, general operative complications).[97] Less commonly, subdural haemorrhage, radiculopathy, tonsillar herniation, and syringomyelia have been reported.[78] Nevertheless, undertaken by an experienced neurosurgeon, such operations can be sight-saving and effective for all manifestations of idiopathic intracranial hypertension.[98]

#### *Optic-nerve-sheath fenestration*

The optic nerve is decompressed by making a fenestration or slit in the dural sheath, which follows the nerve along its course from skull to orbit. The exact mechanism of action is uncertain and could be due to egress of CSF forming a chronic fistula or scarring of the meninges preventing transmission of the high CSF pressure to the optic-nerve head.[99] For an experienced ophthalmic surgeon, it is a minor procedure and, unlike shunts, involves no foreign body.[78] Complications are usually transient and benign, but severe ocular problems can occur and the procedure is not always successful.[100] Visual function may deteriorate many years later and, even after initially successful operations, it can be necessary to proceed to CSF diversion to treat intractable headaches or halt progressive visual loss.[100,101]

| | Study type | Number of patients | Number with visual loss | Comment |
|---|---|---|---|---|
| Boddie et al, 1974[9] | Retrospective | 34 | 4 (8%) | Three patients had visual loss at presentation |
| Corbett et al, 1982[1] | Retrospective | 57 | 14 (25%) | 24 eyes in 14 patients were blind or profoundly visually impaired |
| Orcutt et al, 1984[104] | Retrospective | 68 | 21 (31%) | Five eyes in four patients had severe visual loss |
| Sorensen et al, 1988[8] | Prospective | 24 | 1 (4%) | Chronic papilloedema in 42% |
| Wall et al, 1999[3] | Prospective | 50 | 5 (10%) | Two patients were blind in both eyes, three were blind in one eye |
| Radhakrishnan et al, 1993[7] | Prospective | 81 | 16 (20%) | Moderate to severe loss; mild loss in a further 21% |
| Rowe et al, 1998[2] | Prospective | 35 | 6 (17%) | Three patients had visual loss and optic atrophy at presentation |

Table: Published reports of visual loss as an outcome of idiopathic intracranial hypertension

## Monitoring

There is no consensus about how to monitor patients with idiopathic intracranial hypertension or which clinical assessments most reliably identify those most at risk of visual loss. Regular measurement of CSF opening pressure is rarely used because the procedure is unpleasant and CSF pressure can vary widely. Current practice should now include assessment of symptoms, examination of optic discs, measurement of visual acuity, and formal documentation of visual fields. Formal perimetry seems the most precise method of identifying visual loss and has been shown to exhibit statistically greater sensitivity by comparison with acuity and contrast sensitivity.[2,102] False positives do occur and visual fields can show substantial variation, so it is essential to verify abnormalities by auditing technique and repeating tests.[103]

## Outcome

For most patients, idiopathic intracranial hypertension lives up to its old name as a benign condition, without impairment of vision in the long term. However, a small but significant number of patients with idiopathic intracranial hypertension follow a more aggressive course. Blindness has been shown to occur in at least one eye in 8–10% of patients[1,73] and some sustained loss of vision has been reported in almost half of patients in some studies[1,2,8,104] (table). No consistent correlations have been found between visual outcome and age at diagnosis, sex, bodyweight, oral contraceptive use, steroid treatment, CSF opening pressure, duration or type of symptoms, and chronicity of papilloedema.[8,104] A significant association was found between visual loss and the occurrence of systemic hypertension in one study.[1]

Idiopathic intracranial hypertension can recur months to years after the original attack has resolved.[1,73] No predictors of recurrence have been identified. Loss of sight might occur gradually, in a stepwise fashion, rapidly, or slowly over months or years.[1] Sometimes visual loss is most severe at presentation. For many patients, symptoms are so minimal that the visual loss goes undetected until it is severe. This finding draws attention to the need for watchful monitoring of patients with idiopathic intracranial hypertension, many of whom may be asymptomatic until visual disaster occurs.

### Search strategy and selection criteria

References for this review were identified by searches of MEDLINE and PubMed from 1955 to February 2006, with the terms "idiopathic intracranial hypertension", "benign intracranial hypertension", "pseudomotor cerebri", and "otitic hydrocephalus". Additionally, we identified early references by hand-searches of journals. Only papers published in English were reviewed. The final reference list was generated on the basis of originality and relevance to the topics covered in the review.

## Future developments

Many questions remain unanswered about idiopathic intracranial hypertension. Its association with female sex and obesity is striking and its co-occurrence with symptoms of hormonal dysfunction intriguing. Although only a few overweight people develop idiopathic intracranial hypertension, the well-recognised increasing trend towards obesity in today's society suggests that the incidence is likely to increase. Despite the large numbers of people affected, especially obese women of childbearing age, effective management lacks an evidence base. Further research should be directed towards improving our understanding of the disease process since the identification of underlying pathology could identify opportunities for therapeutic advances. There is an even more urgent need for well-designed randomised controlled trials in idiopathic intracranial hypertension to determine the most effective way both to monitor and to treat this sight-threatening condition.

**Contributors**

AKB and CEC co-wrote the review. AKB provided the figures.

**Conflicts of interest**

We have no conflicts of interest.

**References**

1. Corbett J, Savino P, Thompson H, et al. Visual loss in pseudotumour cerebri. *Arch Neurol* 1982; 39: 461–74.
2. Rowe F, Sarkies N. Assessment of visual function in idiopathic intracranial hypertension: a prospective study. *Eye* 1998; 12: 111–18.
3. Wall M, George D. Idiopathic intracranial hypertension: a prospective study of 50 patients. *Brain* 1991; 114: 155–80.
4. Dandy WE. Intracranial pressure without brain tumour: diagnosis and treatment. *Ann Surg* 1937; 106: 492–513.

5 Foley J. Benign forms of intracranial hypertension—toxic and otitic hydrocephalus. *Brain* 1955; 78: 1–41.
6 Friedman DI, Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. *Neurology* 2002; 59: 1492–95.
7 Durcan F, Corbett J, Wall M. The incidence of pseudotumour cerebri: population studies in Iowa and Louisiana. *Arch Neurol* 1988; 45: 875–77.
8 Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. *J Neurol Sci* 1993; 116: 18–28.
9 Yabe I, Moriwaka F, Notoya A, Ohtaki M, Tashiro K. Incidence of idiopathic intracranial hypertension in Hokkaido, the northernmost island of Japan. *J Neurol* 2000; 247: 474–75.
10 Kesler A, Gadoth N. Epidemiology of idiopathic intracranial hypertension in Israel. *J Neuroophthalmol* 2001; 21: 12–14.
11 Mezaal M, Saadah M. Idiopathic intracranial hypertension in Dubai: nature and prognosis. *Acta Neurol Scand* 2005; 112: 298–302.
12 Galvin J, Van Stavern G. Clinical Characterisation of idiopathic intracranial hypertension at the Detroit medical centre. *J Neurol Sci* 2004; 223: 157–60.
13 Kesler A, Hadayer A, Goldhammer Y, Almog Y, Korczyn AD. Idiopathic intracranial hypertension: risk of recurrences. *Neurology* 2004; 63: 1737–39.
14 Glueck CJ, Aregawi D, Goldenberg N, Golnik KC, Sieve L, Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. *J Lab Clin Med* 2005; 145: 72–82.
15 Cinciripini GS, Donahue S, Borchert MS. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment, and outcome. *Am J Ophthalmol* 1999; 127: 178–82.
16 Rose A, Matson DD. Benign intracranial hypertension in children. *Pediatrics* 1967; 39: 227–37.
17 Rowe F, Noonan C. The prevalence of overweight and obesity in a childhood population of idiopathic intracranial hypertension. *Neuroophthalmology* 2002; 28: 87–93.
18 Balcer LJ, Liu GT, Forman S, et al. Idiopathic intracranial hypertension: relation of age and obesity in children. *Neurology* 1999; 52: 870–72.
19 Hayes KC, McCombs HL, Faherty TP. The fine structure of vitamin A deficiency II: arachnoid granulations and CSF pressure. *Brain* 1971; 94: 213–24.
20 Kasarkis EJ, Bass NH. Benign intracranial hypertension induced by deficiency of vitamin A during infancy. *Neurology* 1982; 32: 1292–95.
21 Jacobson DM, Berg R, Wall M, Digre KB, Corbett JJ, Ellefson RD. Serum vitamin A concentration is elevated in idiopathic intracranial hypertension. *Neurology* 1999; 53: 1114–18.
22 Tabassi A, Salmasi AH, Jalali M. Serum and CSF vitamin A concentrations in idiopathic intracranial hypertension. *Neurology* 2005; 64: 1893–96.
23 Warner JEA, Bernstein PS, Yemelyanov A, Alder SC, Farnsworth ST, Digre KB. Vitamin A in the cerbrospinal fluid of patients with and without idiopathic intracranial hypertension. *Ann Neurol* 2002; 52: 647–50.
24 Chiu AM, Chuenkongkaew WL, Cornblath WT, et al. Minocycline treatment and pseudotumor cerebri syndrome. *Am J Ophthalmol* 1998; 126: 116–21.
25 Kesler A, Goldhammer Y, Hadayer A, Pianka P. The outcome of pseudotumor cerebri induced by tetracycline therapy. *Acta Neurol Scand* 2004; 110: 408–11.
26 Lochhead J, Elston JS. Doxycycline induced intracranial hypertension. *BMJ* 2003; 326: 641–42.
27 Giuseffi V, Wall M, Siegel P, Rojas P. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumour cerebri): a case-control study. *Neurology* 1991; 41: 329–44.
28 Starling JI. Evidence based or theoretical concern? Pseudotumour cerebri and depression as acitretin side effects. *J Drugs Dermatol* 2005; 4: 690–96.
29 Neville BG, Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. *BMJ* 1970; 3: 554–56.
30 Greer M. Benign intracranial hypertension II: following corticosteroid therapy. *Neurology* 1963; 13: 439–41.
31 Ireland B, Corbett J, Wallace R. The search for causes of idiopathic intracranial hypertension: a preliminary case-control study. *Arch Neurol* 1990; 47: 315–20.
32 Dogulu CF, Tsilou E, Rubin B, et al. Idiopathic intracranial hypertension in cystinosis. *J Pediatrics* 2004; 145: 673–78.
33 Greer M. Benign intracranial hypertension IV: menarche. *Neurology* 1964; 14: 569–73.
34 Greer M. Benign intracranial hypertension V: menstrual dysfunction. *Neurology* 1964; 14: 668–73.
35 Kleinschmidt JJ, Digre KB, Hanover R. Idiopathic intracranial hypertension: relationship to depression, anxiety, and quality of life. *Neurology* 2000; 54: 319–24.
36 Rubin RC, Henderson ES, Ommaya AK, Walker MD, Rall DP. The production of cerebrospinal fluid in man and its modification by acetazolamide. *J Neurosurg* 1966; 25: 430–36.
37 Wall M, Silberstein SD, Aiken R. Headache associated with abnormalities in intracranial structure or function: high cerebrospinal fluid pressure headache and brain tumour. In: Silberstein SD, Lipton RB, Dalessio DJ, eds. Wolff's headache and other head pain, 7th edn. Oxford, UK: Oxford University Press, 2001.
38 Malm J, Kristensen B, Markgren P, Ekstedt J. CSF hydrodynamics in idiopathic intracranial hypertension: a long-term study. *Neurology* 1992; 42: 851–58.
39 Johnston I, Paterson A. Benign intracranial hypertension II: CSF pressure and circulation. *Brain* 1974; 97: 301–12.
40 Walker RW. Idiopathic intracranial hypertension: any light on the mechanism of the raised pressure? *J Neurol Neurosurg Psychiatry* 2001; 71: 1–5.
41 Wall M, Dollar JD, Sadun AA, Kardon R. Idiopathic intracranial hypertension: lack of histological evidence for cerebral oedema. *Arch Neurol* 1995; 52: 141–45.
42 Moser FG, Hilal SK, Abrams G, Bello JA, Schipper H, Silver AJ. MR imaging of pseudotumor cerebri. *Am J Roentgenol* 1988; 150: 903–09.
43 Sorensen PS, Thomsen C, Gjerris F, Schmidt J, Kjaer L, Henriksen O. Increased brain water content in pseudotumour cerebri measured by magnetic resonance imaging of brain water self diffusion. *Neurol Res* 1989; 11: 160–64.
44 Gideon P, Sorensen PS, Thomsen C, Stahlberg F, Gjerris F, Henriksen O. Increased brain water self-diffusion in patients with idiopathic intracranial hypertension. *Am J Neuroradiol* 1995; 16: 381–87.
45 Bastin ME, Sinha S, Farrall AJ, Wardlaw JM, Whittle IR. Diffuse brain oedema in idiopathic intracranial hypertension: a quantitative magnetic resonance imaging study. *J Neurol Neurosurg Psychiatry* 2003; 74: 1693–96.
46 Martins A. Resistance to drainage of cerebrospinal fluid: clinical measurement and significance. *J Neurol Neurosurg Psychiatry* 1973; 36: 313–18.
47 Orefice G, Celentano L, Scaglione M, Davoli M, Striano S. Radioisotopic cisternography in benign intracranial hypertension of young obese women: a seven-case study and pathogenetic suggestions. *Acta Neurologica* 1992; 14: 39–50.
48 Sorensen PS, Gjerris F, Svenstrup B. Endocrine studies in patients with pseudotumour cerebri. *Arch Neurol* 1986; 43: 902–06.
49 Gjerris F, Soelberg Sorensen P, Vorstrup S, Paulson OB. Intracranial pressure, conductance to cerebrospinal fluid outflow, and cerebral blood flow in patients with benign intracranial hypertension (pseudotumor cerebri). *Ann Neurol* 1985; 17: 158–62.
50 Biousse V, Ameri A, Bousser MG. Isolated intracranial hypertension as the only sign of cerebral venous thrombosis. *Neurology* 1999; 53: 1537–42.
51 Fera F, Bono F, Messina D, et al. Comparison of different MR venography techniques for detecting transverse sinus stenosis in idiopathic intracranial hypertension. *J Neurol* 2005; 252: 1021–25.
52 Farb RI, Vanek I, Scott JN, et al. Idiopathic intracranial hypertension: the prevalence and morphology of sinovenous stenosis. *Neurology* 2003; 60: 1418–24.
53 King JO, Mitchell PJ, Thomson KR, Tress BM. Cerebral venography and manometry in idiopathic intracranial hypertension. *Neurology* 1995; 45: 2224–28.
54 Higgins J, Pickard J. Lateral sinus stenoses in idiopathic intracranial hypertension resolving after CSF diversion. *Neurology* 2004; 62: 1907–08.
55 King JO, Mitchell PJ, Thomson KR, Tress BM. Manometry combined with cervical puncture in idiopathic intracranial hypertension. *Neurology* 2002; 58: 26–30.

56 Bono F, Giliberto C, Mastrandrea C, et al. Transverse sinus stenoses persist after normalization of the CSF pressure in IIH. *Neurology* 2005; 65: 1090–93.

57 Higgins JN, Cousins C, Owler BK, Sarkies N, Pickard JD. Idiopathic intracranial hypertension: 12 cases treated by venous sinus stenting. *J Neurol Neurosurg Psychiatry* 2003; 74: 1662–66.

58 Karahalios DG, Rekate HL, Khayata MH, Apostolides PJ. Elevated intracranial venous pressure as a universal mechanism in pseudotumor cerebri of varying etiologies. *Neurology* 1996; 46: 198–202.

59 Sugerman H, DeMaria E, Felton W, Nakatsuka M, Sismanis A. Increased intra-abdominal pressure and cardiac filling pressures in obesity-associated pseudotumour cerebri. *Neurology* 1997; 49: 507–11.

60 Sussman J, Leach M, Greaves M, Malia R, Davies-Jones G. Potentially prothrombotic abnormalities of coagulation in benign intracranial hypertension. *J Neurol Neurosurg Psychiatry* 1997; 62: 229–33.

61 Backhouse O, Metcalfe T, Goulding P, McEvoy M, Menage M. Factor V Leiden mutation in association with idiopathic intracranial hypertension. *Br J Ophthalmol* 1998; 82: 844.

62 Esack A, Thompson G, Burmester H. Benign intracranial hypertension and essential thrombocythaemia. *J Neurol Neurosurg Psychiatry* 1989; 52: 914–22.

63 Orefice G, De Joanna G, Coppola M, Brancaccio V, Ames PRJ. Benign intracranial hypertension: a non-thrombotic complication of the primary antiphospholipid syndrome? *Lupus* 1995; 4: 324–26.

64 Glueck CJ, Goldenberg N, Golnik K, Sieve L, Wang P. Idiopathic intracranial hypertension: associations with thrombophilia and hypofibrinolysis in men. *Clin Appl Thromb Hemost* 2005; 11: 441–48.

65 Backhouse OC, Johnson M, Jamieson DR, et al. Familial thrombophilia and idiopathic intracranial hypertension. *Neuroophthalmology* 2001; 25: 135–41.

66 Reid AC, Thomson JA. Absence of significant endocrine deficiencies in benign intracranial hypertension. *J Neurol Neurosurg Psychiatry* 1981; 44: 731–34.

67 Sorensen PS, Hammer M, Gjerris F. Cerebrospinal fluid vasopressin in benign intracranial hypertension. *Neurology* 1982; 32: 1255–59.

68 Seckl J, Lightman S. Cerebrospinal fluid neurohypophysial peptides in benign intracranial hypertension. *J Neurol Neurosurg Psychiatry* 1988; 51: 1538–41.

69 Lampl Y, Eshel Y, Kessler A, et al. Serum leptin level in women with idiopathic intracranial hypertension. *J Neurol Neurosurg Psychiatry* 2002; 72: 642–43.

70 Lim K, Kurian M, Penn A, Calver D, Lin JP. Visual failure without headache in idiopathic intracranial hypertension. *Arch Dis Child* 2004; 90: 206–10.

71 Mathew N, Ravishankar K, Sanin L. Co-existence of migraine and idiopathic intracranial hypertension without papilledema. *Neurology* 1996; 46: 1226–30.

72 Lipton HL, Michelson PE. Pseudotumor cerebri syndrome without papilledema. *JAMA* 1972; 220: 1591–92.

73 Marcelis J, Silberstein SD. Idiopathic intracranial hypertension without papilledema. *Arch Neurol* 1991; 48: 392–99.

74 Wang SJ, Silberstein SD, Patterson S, Young WB. Idiopathic intracranial hypertension without papilledema: a case-control study in a headache center. *Neurology* 1998; 51: 245–49.

75 Boddie HG, Banna M, Bradley WG. Benign intracranial hypertension: a survey of the clinical and radiological features, and long-term prognosis. *Brain* 1974; 97: 313–26.

76 Brodsky MC, Vaphiades M. Magnetic resonance imaging in pseudotumor cerebri. *Ophthalmology* 1998; 105: 1686–93.

77 Sylaja PN, Ahsan Moosa NV, Radhakrishnan K, Sankara Sarma P, Pradeep Kumar S. Differential diagnosis of patients with intracranial sinus venous thrombosis related isolated intracranial hypertension from those with idiopathic intracranial hypertension. *J Neurol Sci* 2003; 215: 9–12.

78 Lueck CJ, McIlwaine GG. Idiopathic intracranial hypertension. *Pract Neurol* 2002; 2: 262–71.

79 Bono F, Lupo MR, Serra P, et al. Obesity does not induce abnormal CSF pressure in subjects with normal cerebral MR venography. *Neurology* 2002; 59: 1641–43.

80 Corbett J, Mehta MP. Cerebrospinal fluid pressure in normal obese subjects and patients with pseudotumour cerebri. *Neurology (Cleveland)* 1983; 33: 1386–88.

81 Gucer G, Viernstein L. Long-term intracranial pressure recording in the management of pseudotumour cerebri. *J Neurosurg* 1978; 49: 256–63.

82 Czosnyka M, Pickard J. Monitoring and interpretation of intracranial pressure. *J Neurol Neurosurg Psychiatry* 2004; 75: 813–21.

83 Torbey MT, Geocadin RG, Razumovsky AY, Rigamonti D, Williams MA. Utility of CSF pressure monitoring to identify idiopathic intracranial hypertension without papilledema in patients with chronic daily headache. *Cephalalgia* 2004; 24: 495–502.

84 Lueck C, McIlwaine G. Interventions for idiopathic intracranial hypertension. *Cochrane Database Syst Rev* 2005; 3: CD003434

85 Lee AG, Pless M, Falardeau J, Capozzoli T, Wall M, Kardon RH. The use of acetazolamide in idiopathic intracranial hypertension during pregnancy. *Am J Ophthalmol* 2005; 139: 855–59.

86 Liu GT, Glaser JS, Schatz NJ. High-dose methylprednisolone and acetazolamide for visual loss in pseudotumor cerebri. *Am J Ophthalmol* 1994; 118: 88–96.

87 Paterson R, DePasquale N, Mann S. Pseudotumour cerebri. *Medicine* 1961; 40: 85–99.

88 Soler D, Cox T, Bullock P, Calver DM, Robinson RO. Diagnosis and management of benign intracranial hypertension. *Arch Dis Child* 1998; 78: 89–94.

89 Sorensen PS, Krogsaa B, Gjerris F. Clinical course and prognosis of pseudotumor cerebri: a prospective study of 24 patients. *Acta Neurol Scand* 1988; 77: 164–72.

90 Newborg B. Pseudotumor cerebri treated by rice reduction diet. *Arch Intern Med* 1974; 133: 802–07.

91 Kupersmith M, Gamell L, Turbin R, Peck V, Spiegel P, Wall M. Effects of weight loss on the course of idiopathic intracranial hypertension in women. *Neurology* 1998; 50: 1094–98.

92 Johnson LN, Krohel GB, Madsen RW, March GA Jr. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). *Ophthalmology* 1998; 105: 2313–17.

93 Amaral J, Tsiaris W, Morgan T, Thompson W. Reversal of benign intracranial hypertension by surgically induced weight loss. *Arch Surg* 1987; 122: 946–49.

94 Sugerman HJ, Felton WL 3rd, Sismanis A, Kellum JM, DeMaria EJ, Sugerman EL. Gastric surgery for pseudotumor cerebri associated with severe obesity. *Ann Surg* 1999; 229: 634–40.

95 Nadkarni T, Rekate HL, Wallace D. Resolution of pseudotumour cerebri after bariatric surgery for related obesity. *J Neurosurg* 2004; 101: 878–80.

96 Corbett JJ, Thompson HS. The rational management of idiopathic intracranial hypertension. *Arch Neurol* 1989; 46: 1049–51.

97 Rosenberg MM, Corbett JJ, Smith C, et al. Cerebrospinal fluid diversion procedures in pseudotumour cerebri. *Neurology* 1993; 43: 1071–72.

98 Bynke G, Zemack G, Bynke H, Romner B. Ventriculoperitoneal shunting for idiopathic intracranial hypertension. *Neurology* 2004; 63: 1314–16.

99 Kelman JL. Optic nerve sheath decompression. How does it work? Has its time come? *Arch Ophthalmol* 1988; 106: 1365–69.

100 Banta JT, Farris BK. Pseudotumor cerebri and optic nerve sheath decompression. *Ophthalmology* 2000; 107: 1907–12.

101 Spoor TC, McHenry JG, Shin DH. Optic nerve sheath decompression with adjunctive mitomycin and Molteno device implantation [letter]. *Arch Ophthalmol* 1994; 112: 25–26.

102 Wall M. Sensory visual testing in idiopathic intracranial hypertension: measures sensitive to change. *Neurology* 1990; 40: 1859–64.

103 Keltner JL, Johnson CA, Quigg JM, Cello KE, Kass MA, Gordon MO. Confirmation of visual field abnormalities in the Ocular Hypertension Treatment Study. *Arch Ophthalmol* 2000; 118: 1187–94.

104 Orcutt JC, Page NG, Sanders MD. Factors affecting visual loss in benign intracranial hypertension. *Ophthalmology* 1984; 91: 1303–12.