**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Drug Evaluation ODE III**

## FACSIMILE TRANSMITTAL SHEET

**DATE: 12/18/03**

| | |
|---|---|
| **To:** Jo-Ann Ruane, Manager, Drug Regulatory Affairs | **From:** Karen Anderson, NP |
| Berlex | Division of Reproductive and Urologic Drug Products |
| **Fax number:** (973) 487-2016 | **Fax number:** (301) 827-4267 |
| **Phone number:** (973) 487-2343 | **Phone number:** (301) 827-4260 |

**Subject:** NDA 21-225 Meeting Nov. 19, 2003

**Total no. of pages including cover:** + 7

**THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.**

If you are not the addressee, or a person authorized to deliver this document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please notify us immediately by telephone at (301) 827-4260. Thank you.

# Meeting Minutes

**Date:** November 19, 2003

**Time:** 10:30 AM – 12:00 noon

**Location:** PKLN; Conference Room 13b39

**NDA:** 21-225 **Indication:** Endometrial Hyperplasia

**Drug Name:** Mirena® (levonorgestrel – releasing intrauterine system)

**Sponsor:** Berlex Laboratories, Inc.

**Meeting Type:** Pre-NDA

**Meeting Chair:** Scott Monroe, M.D. - Medical Team Leader, Division of Reproductive and Urologic Drug Products (DRUDP; HFD-580)

**Meeting Recorder:** Karen Anderson, N.P. - Regulatory Project Manager, DRUDP (HFD-580)

**FDA Attendees:**
Daniel Shames, M.D. - Director, DRUDP (HFD-580)
Scott Monroe, M.D. - Medical Team Leader, DRUDP (HFD-580)
Lesley Furlong, M.D. - Medical Officer, DRUDP (HFD-580)
Gerald Willett, M.D. - Medical Officer, DRUDP (HFD-580)
Katherine Meaker, M.S. - Biostatistics Reviewer, Division of Biometrics II (DBII @ DRUDP (HFD 580)
Karen Anderson, N.P. - Regulatory Project Manager, DRUDP (HFD-580)

**External Attendees:**
Antonio Costales, M.D. - Director, Clinical Development, Berlex
Adel Karara, Ph.D., Director - Clinical Pharmacology, Berlex
Eeva Lukkari-Lax, M.D., Ph.D. - Clinical Development Manager, Project Management and Clinical Development, Schering Oy
Marja Nuortti, Lic. Sc., M.Sc. - Head of Biostatistics, Research and Development, Clinical Operations, Schering Oy
Daniel Gawarecki, Ph.D. - Senior Statistician, Berlex
Ann-Mari Bresky, M.Sc. - Project Manager, Berlex
Sharon Brown, Director - Drug Regulatory Affairs, Berlex
Jo-Ann Ruane, Manager - Drug Regulatory Affairs, Berlex
Pirjo Sallinen, M.Sc. - Director, Project Management R&D, Schering

**Background:** Mirena® is a levonorgestrel-containing intrauterine device approved on

December 6, 2000 for intrauterine contraception for up to five years. Berlex would like to submit a supplemental NDA for a second indication: prevention of endometrial hyperplasia in nonhysterectomized women who are receiving estrogen.

**Purpose of the Meeting:** To determine if the proposed NDA would be filable if submitted using the three studies presented in the meeting package as the primary studies to support the proposed indication.

**Sponsor's Questions and Discussion Points**

**Chemistry Manufacturing and Controls**

1. **Does the Division concur that cross reference to the CMC information in the approved application will be adequate for the NDA supplement and that, with the exception of providing a current list of manufacturers no additional CMC information will be required?**

ANSWER: Yes.

**Nonclinical Pharmacology and Toxicology**

2. **Does the Division concur that cross-reference to the nonclinical pharmacology and toxicology information in the approved application will be adequate for the NDA supplement and that no new nonclinical information will be required?**

ANSWER: Yes.

**Human Pharmacokinetics and Bioavailability**

3. **Does the Division concur that the pharmacokinetics information summarized herein, and cross-referenced to the human pharmacokinetics and bioavailability information in the approved application are adequate for filing the NDA supplement and that no additional new information will be required?**

ANSWER: Yes.

**Microbiology**

4. **Does the Division concur that cross-reference to the microbiology information in the approved application will be adequate for the NDA supplement and that no new microbiology information will be required?**

ANSWER: Yes.

**Clinical**

5. **Does the Division concur that the completed clinical studies are acceptable and adequate to support the proposed new indication, prevention of endometrial hyperplasia in nonhysterectomized women who are receiving estrogen?**

- Whether the completed clinical studies will be adequate to support an endometrial protection claim is a review issue both for filing and possible approval. For

endometrial protection claims, the Division has generally reviewed more robust clinical trial data than you plan to submit.

- We do not agree with your combining results from two studies conducted in postmenopausal women with results from a single study conducted in perimenopausal women for the endometrial protection endpoint. Perimenopausal women may make their own progesterone and estrogen, and therefore they are different in this respect from postmenopausal women. The relevance of your findings in perimenopausal women to postmenopausal women receiving estrogen therapy is uncertain.

- Two of your three proposed pivotal trials used oral estradiol valerate as the estrogen. Oral estradiol valerate is not approved in the U.S. You will need to show that the estradiol exposure from 2 mg of oral estradiol valerate is as great as or greater than the estradiol exposure from a commonly used U.S.-approved estradiol product. In addition, based on further post meeting review of your proposal, we request that you provide clinical data concerning the expected incidence of endometrial hyperplasia in women treated with 2 mg estradiol valerate alone for 12 months.

- None of the three proposed primary studies included an estrogen-only treatment arm or a treatment arm with a low dose of progestin. Overall, there appears to be very few cases of endometrial hyperplasia, which raises the concern that hyperplasia may have been under-read. Our present Draft Guidance for endometrial hyperplasia protection studies recommends that Sponsors include a sufficient number of positive control slides in the blinded pathology review to reduce the likelihood of under reading or reader bias. This does not appear to have been done in your pathology review. In addition, reported discrepancies between the original reading of slides and the re-reading of the slides raise concern.

- We recommend that Sponsors provide progestin dose ranging data to support the selection of the proposed dose and to identify the lowest effective dose of progestin. Your proposed application does not include such information.

- Recent studies suggest that progestin exposure increases breast cancer risk in menopausal women. Therefore, there is need for a product that provides endometrial protection with little systemic effect. You have an opportunity to produce a product that provides endometrial protection with little systemic exposure to progestin. The systemic concentrations of levonorgestrel produced by Mirena, based on data you have provided, however, appear to offer little or no advantage over an oral progestin.

- You provided limited data in the Background Package that a lower dose formulation of Mirena is effective in preventing endometrial hyperplasia in women receiving estrogen. We therefore strongly recommend that you conduct an additional clinical trial(s) to obtain sufficient safety and efficacy data to support a NDA for this lower dose (or an even lower dose) of intrauterine levonorgestrel.

- The Sponsor was asked if there is menstrual diary data in the studies. The Sponsor replied that there is menstrual diary data in the studies.

6. **Does the Division concur that the proposed presentation and analysis of histological data and results, as specified in Section 8.2.5 of this package is appropriate and acceptable for submission?**

ANSWER: The format of the presentation is acceptable. The analysis of histological data and results will be addressed in the answers to your statistical questions.

7. **Does the Division concur that the dose and duration of treatment up to 5 years are appropriate and acceptable for the proposed new indication?**

ANSWER: No.

- You have limited data beyond one year of treatment. Only one of the proposed studies has data in postmenopausal women treated for greater than one year. You will need to provide adequate efficacy and safety data to support the duration of treatment that you will propose.

8. **Does the Division concur that the proposed components of Item 8, as described herein are adequate and acceptable for filing of the NDA supplement?**

ANSWER: The clinical data section should contain all components listed in 21CFR 314.50 under the subtitle, *Clinical data section.*

- You should provide full study reports for each principal and supportive study as well as:
  - case report forms for women who dropped out of the studies due to adverse events
  - electronic datasets in SAS transport format
  - protocols

- The report(s) containing endometrial biopsy readings should include information regarding the qualifications of the pathologists. An electronic dataset containing all biopsy readings (both initial and repeat reading by all pathologists with the pathologist identified for each reading) should be provided for all principal trials supporting efficacy and safety.

- There should be a single, unique patient identification number for each subject, a single, unique study identifier for each study, and a single, unique site identifier for each study site in the datasets and the text of the NDA.

- You should also
  - do an analysis by racial subgroups
  - summarize commercial marketing experience
  - include resumes for the pathologists

  You may be planning to do this, but your overview (section 8.5, page 51 of meeting packet) does not mention these items.

**Statistics**

**9. Does the Division concur that the statistical methods utilized for the pivotal studies are acceptable?**

ANSWER: No.

- The proposed incidence calculation is not the preferred method. We request that you calculate the incidence rate with the number of evaluable women as the denominator. The confidence intervals also need to be recalculated using the correct method. Incidence rates and confidence intervals should be calculated for each year of treatment based on the subjects who complete the entire year of treatment and subjects who fail (i.e., develop endometrial hyperplasia) before completion of the respective year. The treatment intervals that you proposed in your Background Package (pg. 37 of 78) are not acceptable.

**10. Does the Division concur that the outline of the statistical analysis plans for the ISS and the ISE is acceptable?**

ANSWER: No.

- Based on the clinical comments, it is not appropriate to combine data from postmenopausal subjects with data from perimenopausal subjects. The small sample sizes of the studies will be a review issue.

**Financial Disclosure**

**11. Does the Division concur that submission of Financial Disclosure information for the proposed adequate and well-controlled studies is acceptable?**

ANSWER: You should provide financial disclosure information for all studies relied upon to show efficacy or any study in which a single investigator makes a significant contribution to the demonstration of safety. (See 21CFR Part 54.)

**Comments Based on Post-Meeting Discussion within the Division and Further Review of the Background Document**

- For endometrial protection claims, the Division has required that clinical trials be conducted with postmenopausal women and not perimenopausal women. Postmenopausal women have been defined as (1) women with amenorrhea of at least one year duration or amenorrhea of six months duration and a serum FSH of > 40 mIU/mL. Based on the limited information that you have provided, we do not believe that subjects enrolled in Study 92545 would meet these criteria. Women who do not meet these criteria would not be evaluable for supporting the efficacy of Mirena for the proposed indication. Elimination of these subjects from the efficacy analysis will likely reduce the sample size such that the adequacy of the sample size will be a review issue.

- For biopsies with insufficient tissue to accurately read, you will need to provide supportive evidence that insufficient tissue was not a result of sampling error. Such evidence can include ultrasound measurements of endometrial thickness. The Division has generally considered an endometrial thickness of ≤ 4 mm (not ≤ 6 mm) as supportive.

- We do not believe, based on information that you have provided, that your proposed pooling of data from Studies 95536, 93507, and 92545 was predefined. It appears that the decision to pool these studies and to declare these studies as "principal studies" was made after information from these studies was available to you.

- It appears that a significant number of subjects, particularly in Studies 95336 and 93507, required dilatation and/or analgesia for insertion of Mirena. In addition, intrauterine administration of a progestin by Mirena may pose other safety concerns not present with oral or transdermal delivery systems. In the absence of evidence of a clinical benefit for intrauterine administration of a progestin (e.g., reduced systemic exposure to the progestin), these concerns will impact on our assessment of the risk/benefit ratio for Mirena for the proposed indication.

- Two of the proposed principal studies were conducted at a single center and the third study was conducted at four centers. Since intrauterine insertion of Mirena in postmenopausal women is likely to be more difficult that insertion in reproductive-aged women, data from these three studies may not be adequate to provide a meaningful estimate of safety issues related to insertion of the device.

- We note that 5 of 109 women enrolled in Study 93507 developed breast cancer. This finding is of concern to the Division.

**Action Items:**

- Minutes to Sponsor within 30 days.

Minutes prepared: Karen Anderson, N.P. - Project Manager
Chair concurrence: Scott Monroe, M.D. - Medical Team Leader

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

---

Scott Monroe
12/18/03 04:13:57 PM