UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------
IN RE:

MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)

17-MD-2767(PAE)
17-MC-2767(PAE)

***This Document Relates to All Actions***

---------------------------------------------------------------------

**DECLARATION IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE THE TESTIMONY OF THE PLAINTIFF EXPERTS**

Paul W. Schmidt declares the following under the penalties of perjury:

1. I am a Partner with the law firm of Covington & Burling LLP, counsel for defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy ("Bayer").

2. Annexed hereto are true and accurate copies of the following documents submitted in support of Bayer's Motions to Exclude the Testimony of Drs. Philip Darney, Frederick W. Fraunfelder, Conrad E. Johanson, Lemuel A. Moyé, Laura M. Plunkett, Vincenzo Salpietro, and James M. Wheeler:

**Plaintiff Expert Reports and Depositions**

Exhibit 1: Expert Report of Philip Darney, MD, MSc, December 27, 2017

Exhibit 2: Deposition Transcript of Philip Darney, MD, MSc, January 30, 2018

Exhibit 3: Expert Report of Frederick W. Fraunfelder, MD, MBA, December 23, 2017

Exhibit 4: Deposition Transcript of Frederick W. Fraunfelder, MD, MBA, January 23, 2018

Exhibit 5: Expert Report of Conrad E. Johanson, PhD, December 28, 2018

Exhibit 6: Deposition Transcript of Conrad E. Johanson, PhD, January 26, 2018

Exhibit 7: Expert Report of Lemuel A. Moyé, MD, PhD, December 28, 2017

Exhibit 8: Deposition Transcript of Lemuel Moyé, MD, PhD, February 2, 2018

Exhibit 9: Expert Report of Laura M. Plunkett, PhD, DABT, December 27, 2017

Exhibit 10: Deposition Transcript of Laura Plunkett, PhD, DABT, January 19, 2018

Exhibit 11: Expert Report of Vincenzo Salpietro, MD, December 27, 2017

Exhibit 12: Deposition Transcript of Vincenzo Salpietro, MD, January 26, 2018

Exhibit 13: Expert Report of James M. Wheeler, MD, MPH, JD, December 21, 2017

Exhibit 14: Deposition Transcript of James Wheeler, MD, January 30, 2018

**Scientific Literature**

Exhibit 15: Africander D, Verhoog N, Hapgood JP. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. *Steroids*. 2011;76:636-652.

Exhibit 16: Alder JB, Fraunfelder FT, Edwards R. Levonorgestrel implants and intracranial hypertension. *N Engl J Med*. 1995;332(25):1720-1721.

Exhibit 17: Ball AK, Clarke CE. Idiopathic intracranial hypertension. *Lancet Neurol*. 2006 May; 5(5):433-442.

Exhibit 18: Bhuva K, Kraschnewski JL, Lehman EB, Chuang CH. Does body mass index or weight perception affect contraceptive use? *Contraception*. 2017;95:59-64.

Exhibit 19: Boulet SL, D'Angelo DV, Morrow B, et al. Contraceptive use among nonpregnant and postpartum women at risk for unintended pregnancy, and female high school students, in the context of Zika preparedness - United States, 2011–2013 and 2015. *MMWR* 2016 Aug 5;65(30):780-787.

Exhibit 20: Cibula D. Women's contraceptive practices and sexual behavior in Europe. *Eur J Contracept Reprod Health Care*. 2008 Dec;13(4):362-375.

Exhibit 21: Dal'Ava N, Bahamondes L, Bahamondes MV, de Oliviera Santos A. Body weight and composition in users of levonorgestrel-releasing intrauterine system. *Contraception.* 2012;86(4):350-53.

Exhibit 22: Daniels AB, Lui GT, Volpe NJ, et al. Profiles of obesity, weight gain and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). *Am J Ophthalmol*. 2007 April;143(4):635-641.

Exhibit 23: Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. *Neurology*. 1984 Jun;34(6):721-729.

Exhibit 24: Drey EA, Darney PD. Recent developments in hormonal contraception. *Reviews in Endocrin Metab Disorders.* 2002;3:257-265.

Exhibit 25: Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. *Arch Neurol*. 1988 Aug; 45(8):875-877.

Exhibit 26: Edelman A, Kaneshiro B. Contraception counseling for obese women. *UpToDate* Wolters Kluwer. *Available at* http://www.uptodate.com. Published Jan 2018. Retrieved Feb 27, 2018.

Exhibit 27: Etminan M, Luo H, Gustafson P. Risk of intracranial hypertension with intrauterine levonorgestrel. *Ther Adv Drug Saf*. 2015 Jun;6(3):110-113.

Exhibit 28: Etminan M. Risk of intracranial hypertension with intrauterine levonorgestrel: reply. *Ther Adv Drug Saf*. 2016 Feb;7(1):25-26.

Exhibit 29: Etminan M. *Affidavit*, December 17, 2016.

Exhibit 30: Etminan M. Revised disproportionality analysis of Mirena and benign intracranial hypertension. *Ther Adv Drug Saf*. 2017 Sept;8(9):299-300.

Exhibit 31: Gerstman BB, Gross TP, Kennedy DL, Bennett RC, Tomita DK, Stadel BV. Trends in the content and use of oral contraceptives in the United States, 1964-88. *Am J Public Health.* 1991 Jan;81(1):90-98.

Exhibit 32: Gideon P et al. Assessment of CSF dynamics and venous flow in the superior sagittal sinus by MRI in idiopathic intracranial hypertension: a preliminary study. *Neuroradiology* 1994 36(5):350-54.

Exhibit 33: Giuseffi V, Wall M, Siegel PZ, Rojas PB. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. *Neurology*. 1991 Feb; 41(2):239-244.

Exhibit 34: Glueck CJ, Aregawi D, Goldenberg N, Golnik KC, Sieve L, Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. *J Lab Clin Med.* 2005;145(2):72-82.

Exhibit 35: Hill AB. The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine*. 1965;58(5):295-300.

Exhibit 36: Hornby C, Mollan SP, Mitchell J, et al. What do transgender patients teach us about idiopathic intracranial hypertension? *Neuro-Ophthalmology*. 2017;41(6):326-329.

Exhibit 37: Ireland B, Corbett JJ, Wallace RB. The search for causes of idiopathic intracranial hypertension: A preliminary case-control study. *Arch Neurol*. 1990 Mar;47(3):315-320.

Exhibit 38: Kapoor K. Regarding secondary intracranial hypertension from testosterone therapy in a transgender patient. *Semin Ophthalmol* 2015 30(4):241-242.

Exhibit 39: Kilgore KP, Lee MS, Leavitt JA, et al. Re-evaluating the incidence of idiopathic intracranial hypertension in an era of increasing obesity. *Ophthalmology*. 2017;124(5):697-700.

Exhibit 40: Klein A, Stern N, Osher E, Kliper E, Kesler A. Hyperandrogenism is associated with earlier age of onset of idiopathic intracranial hypertension in women. *Current Eye Research.* 2013;38(9):972-976.

Exhibit 41: Kuhl H. Pharmacology of estrogens and progestogens: influence of different routes of administration. *Climacteric*. 2005;8(Suppl):3-63.

Exhibit 42: Lindh I, Skjeldestad FE, Gemzell-Danielsson K, Heikinheimo O, Hognert H, Milsom I, Lidegaard O. Contraceptive use in the Nordic countries. *Acta Obstet Gynecol Scand*. 2017 Jan;96(1):19-28.

Exhibit 43: Marnach ML, Long ME, Casey PM. Current issues in contraception. *Mayo Clin Proc.* 2013 Mar;88(3):295-299.

Exhibit 44: McGeeney BE, Friedman DI. Pseudotumor cerebri pathophysiology. *Headache*. 2014 54(3):445-58.

Exhibit 45: Modesto W, de Nazare Silva dos Santos P, Correia VM, Borges L, Bahamondes L. Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel-releasing intrauterine system and a copper intrauterine device for up to ten years of use. *Eur J Contracept Reprod Health Care.* 2015;20(1):57-63.

Exhibit 46: Mollan SP, Ali F, Hassan-Smith G, Botfield H, Friedman DI, Sinclair, AJ. Evolving evidence in adult idiopathic intracranial hypertension: pathophysiology and management. *J Neurol Neurosurg Psychiatry*. 2016 Sep;87(9):982-92.

Exhibit 47: Mosher WD, Lantos H, Burke AE. Obesity and contraceptive use among women 20-44 years of age in the United States: results from the 2011-15 National Survey of Family Growth (NSFG). *Contraception*. 2017 Dec 5 pii: S0010-7824(17)30524-3.

Exhibit 48: Park S. Secondary intracranial hypertension from testosterone therapy in a transgender patient. *Semin Ophthalmol*. 2014 29(3):156-158.

Exhibit 49: Peipert JF, Zhao Q, Allsworth J, Petrosky E, Madden T, Eisenberg D, Secura G. Continuation and satisfaction of reversible contraception. *Obstet Gynecol*. 2011 May;117(5):1105-1113.

Exhibit 50: Quinkler M, Diederich S. Difference of in vivo and in vitro antimineralocorticoid potency of progesterone. *Endocrine Res.* 2002;28(4):465-470.

Exhibit 51: Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. *J Neurol Sci*. 1993 May; 116(1):18-28.

Exhibit 52: Ros Forteza FJ, Pereira Marques I. Minocycline-induced hypertension in a patient with a levonorgestrel intrauterine device. *Neurologica*. 2017 English translation: MIR_IIH_EU01083403 - MIR_IIH_EU01083405

Exhibit 53: Rosenthal T, Oparil S. Chapter 70: Oral contraceptives, hormone replacement therapy, and hypertension. In: *Comprehensive Hypertension Clinical Approaches: Secondary Hypertension.* 2007;70:865-882.

Exhibit 54: Saito-Tom LY, Soon RA, Harris SC, Salcedo J, Kaneshiro BE. Levonorgestrel intrauterine device use in overweight and obese women. *Hawaii J Med Public Health* 2015 Nov;74(11):369-374.

Exhibit 55: Salpietro V, Polizzi A, Berte LF, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. *Neuroendocrinol Lett.* 2012;33(6):569-573.

Exhibit 56: Salpietro V, Mankad K, Kinali M, et al. Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study. *J Pediatr Endocr Met.* 2014;27(1-2):107-115.

Exhibit 57: Salpietro V, Ruggieri M, Concolino D, Johanson CD, Weber KT. Recent insights on pediatric pseudotumor cerebri syndrome pathophysiology: From the "Unifying Neuroendocrine Perspective" to the "Integrated Bioenergetic-Hormonal Mechanism". *J Pediatric Neurol*. 2015;13(1):11-15.

Exhibit 58: Samanci B, Samanci Y, Tuzun E, et al. Evidence for potential involvement of pro-inflammatory adipokines in the pathogenesis of idiopathic intracranial hypertension. *Cephalgia*. 2017 May;37(6):425-31.

Exhibit 59: Sanders JN, Turo DK, Gawron LM, Law A, Wen L, Lynen R. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review. *Am J Obstet Gynecol*. 2017 Jun;216(6):590.e1-e8.

Exhibit 60: Scott-Ram R, Chor J, Bhogireddy V, Keith L, Patel A. Contraceptive choices of overweight and obese women in a publically funded hospital: possible clinical implications. *Contraception*. 2012;86:122-126.

Exhibit 61: Souque A, Fagart J, Couette B, Davioud E, Sobrio F, Marquet A, Rafestin-Oblin ME. The mineralcorticoid activity of progesterone derivatives depends on the nature of the C18 substituent. *Endocrinology* 1995 Dec;136(12):5651-5658.

Exhibit 62: Speroff L, Darney PD. A Clinical Guide for Contraception. 5th Ed. Philadelphia: Lippincott Williams & Wilkins, 2011. (Excerpts). (Darney Deposition Exhibit 7).

Exhibit 63: Sunku AJ, O'Duffy AE, Swanson JW. Benign intracranial hypertension associated with levonorgestrel implants [Poster presentation P218]. *Annals Neurol*. 1993;34:299.

Exhibit 64: Valenzuela RM, Rai R, Kirk BH, et al. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. *Neuro-Ophthalmology*. 2017;41(4):192-197.

Exhibit 65: Vos AG, van de Ree MA. Hypertension and use of an intrauterine levonorgestrel-releasing device. Letter to the editor. *Neth J of Med.* 2012;70(9):431.

Exhibit 66: Westgate C, Botfield H, O'Reilly M, Hodson S, Sinclair A. Evaluating the role of testosterone in cerebrospinal fluid secretion [Abstract P325]. *Endocrine Abstracts.* 2017 Nov;50. Society for Endocrinology BES 2017. November 6-8, 2017, Harrogate, UK.

Exhibit 67: Wysowski DK & Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. *Obstet Gynecol.* 1995 Apr;85(4):538-542.

**Product Labels**

Exhibit 68: Mirena Prescribing Information and Patient Information (2017).

Exhibit 69: Norplant Prescribing Information and Patient Information (1997).

**Bayer Documents**

Exhibit 70: 2015 Periodic Benefit-Risk Evaluation Report, March 2, 2016 (Excerpts)
2015 Signal Assessment LNG-IUS and Idiopathic Intracranial Hypertension
MIR_INDNDA_00481006 - MIR_INDNDA_00481016
MIR_INDNDA_00481726 - MIR_INDNDA_00481749

Exhibit 71: BfArM Bayer Response Document, July 20, 2017
MIR_IIH_EU00606946 - MIR_IIH_EU00607040

Exhibit 72: Clinical Study Report A46796 (Excerpts)
MIR_BSR-R_00138205 at 247, 313

Exhibit 73: Clinical Trial Case Report 01/02518-USE
MIR_JSEU_01057383 - MIR_JSEU_01057385

Exhibit 74: Clinical Trial Case Report 200815971GPV
MIR_PIEU_00157045 - MIR_PIEU-00157048

Exhibit 75: Clinical Trial Case Report PH-37272
MIR_INDNDA_00473902 - MIR_INDNDA_00473903

Exhibit 76: Hofmann BM et al. Integrated pharmacokinetic analysis of levonorgestrel-containing contraceptives with various routes of administration. Manuscript. MIR_IIH_EU01205373
**(FILED UNDER SEAL)**

**Miscellaneous**

Exhibit 77: Centers for Disease Control and Prevention. US medical eligibility criteria for contraceptive use. 2016. *MMWR*. 2016 July 29;65(3):1-108.

Exhibit 78: Food and Drug Administration. Guidance for Industry. Good pharmacovigilance practices and phamacoepidemiologic assessment. March, 2005. *Available at* http://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126834.pdf.

Exhibit 79: Expert Report of Frederick W. Fraunfelder, MD, MBA, January 21, 2016.

Exhibit 80: Deposition Transcript of Frederick W. Fraunfelder, MD, MBA, April 12, 2016. (Excerpts).

Exhibit 81: Fraunfelder Deposition Exhibit 11 (Listing risk factors for IIH).

Exhibit 82: Expert Report of John E. Maggio, January 22, 2016.

Exhibit 83: Moyé Deposition, Exhibit 4 (handwritten).

Exhibit 84: Moyé Deposition, Exhibit 13 (handwritten).

Exhibit 85: Deposition Transcript of Rosa A. Tang, MD, MPH, MBA, May 10, 2016. (Excerpt).

Exhibit 86: Reference Manual on Scientific Evidence. 3rd Ed. Washington DC: The National Academies Press (2011). (Excerpts). *Available at* https://www.fjc.gov/sites/default/files/2015/SciMan3D01.pdf.

Exhibit 87: The use of the WHO-UMC system for standardised case causality assessment. *Available at* http://www.who.int/medicines/areas/quality_safety/safety_efficacy/WHOcausality_assessment.pdf.

DATED: March 2, 2018

Respectfully submitted,

*/s/ Paul W. Schmidt*

Paul W. Schmidt
Michael X. Imbroscio
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5272
Facsimile: (202) 778-5272
pschmidt@cov.com
mimbroscio@cov.com

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
scook@goldmanismail.com

James Shepherd
Shook Hardy & Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
eshepherd@shb.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer OY*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2018, a copy of the foregoing has been served on the interested parties in this action via ECF:

Martin D. Crump
Davis & Crump PC
2601 Fourteenth Street
Gulfport, Mississippi 39501
martincrump@daviscrump.com
*Co-Lead Counsel for Plaintiffs*

Lawrence L. Jones II
Jones Ward PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
larry@jonesward.com
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
PO Box 30049
Elkins Park, Pennsylvania 19027
msk@thlawyer.com
*Liaison Counsel for Plaintiffs*

*/s/ Paul W. Schmidt*
Paul W. Schmidt