# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **17-MD-2767 (PAE)** |
| **MIRENA IUS LEVONORGESTREL-RELATED** | : | **17-MC-2767 (PAE)** |
| **PRODUCTS LIABILITY LITIGATION (NO. II)** | : | |
| | : | |
| ***This Document Relates To All Actions*** | : | |

**GENERAL CAUSATION EXPERT REPORT OF**
**PHILIP DARNEY, MD, MSc**

**Expert Background**

I, Philip D. Darney, MD, MSc, am a Distinguished Professor Emeritus in the Department of Obstetrics, Gynecology and Reproductive Sciences at the University of California, San Francisco (UCSF), and the founding director of the Bixby Center for Global Reproductive Health, a clinical and epidemiological research organization at UCSF.

I received my undergraduate degree in experimental psychology at the University of California, Berkeley, my MD at UCSF, and my MSc at The London School of Hygiene and Tropical Medicine. I am board-certified in preventive medicine and obstetrics and gynecology. I trained in epidemiology at the Centers for Disease Control, Atlanta, and obstetrics and gynecology including reproductive endocrinology at Brigham and Women's Hospital, Boston. I have served on the medical faculties at Harvard University, the Oregon Health and Science University, and UCSF where I was for 12 years Chief of Obstetrics and Gynecology at San Francisco General Hospital.

I have served as scientific advisor and consultant to many governments as well as to all the major non-governmental family planning organizations. I have chaired the Medical Advisory Boards of both the Planned Parenthood Federation of America and the International Planned Parenthood Federation and have collaborated with all of the important contraceptive development organizations, including NIH, Population Council and several pharmaceutical companies about contraceptive research and development. I have served as an editor or reviewer for all of the major scholarly journals publishing studies about contraceptives including *Obstetrics and Gynecology*, *American Journal of Obstetrics and Gynecology*, *Contraception, Human Reproduction, Lancet, NEJM and JAMA.* The American Public Health Association has honored me with its "Young Professional Award for Outstanding Achievements in Maternal and Child Health" and "The Carl Schulz Award for Outstanding Achievements in Population and Family Planning; Planned Parenthood Federation of America with The Margaret Sanger Award and the Michael Burnhill Memorial Award; The Society of Family Planning with its "Lifetime Contributions to Contraceptive Research;" and UCSF with the Chancellor's awards for public service and for advancement of women. I was elected to The National Academy of Medicine in 2004.

I am the author of more than 300 scientific papers, scholarly reviews, abstracts, and book chapters on contraception and gynecology and four books on family planning. I have conducted clinical and acceptability trials of intrauterine, implantable, injectable, vaginal and oral contraceptives, contragestins and surgical devices, through research contracts and grants from The National Institutes of Health (NIH), Centers for Disease Control (CDC), foundations, and pharmaceutical companies.

In addition to conducting research relevant to all aspects of family planning, The Bixby Center provides, under my direction, post-doctoral training in family planning and reproductive infectious diseases to physicians and social scientists and serves as the national headquarters of the Ryan Residency Training Program and the Fellowship in Family Planning, which trains contraceptive researchers at the medical schools of the major American research universities, *e.g.*, Columbia, Emory, Harvard, Hopkins, Penn, Northwestern, Chicago, Washington in St. Louis, Stanford, UCSF, UCLA, UCSD, USC, OHSU, and UW. These universities comprise the principal sites for NIH and foundation-funded contraceptive research which in the USA is carried out mostly by Family Planning Fellowship graduates. For 40 years my own chief interests have been the development and evaluation of contraceptives and the training of contraceptive researchers.

My full Curriculum Vitae, attached hereto as **Appendix A**, provides additional detail.

I am currently leading the following clinical trials:

1. P0518478 (Darney) — 11/28/16- ongoing
   SPRL(ESTETRA)

   A Multicenter, Open-label, Single-Arm Study to Evaluate the Contraceptive Efficacy and Safety of a Combined Oral Contraceptive Containing 15 mg Estetrol and 3 mg Drospirenone

2. HHSN275201300006I (Darney)
   National Institute of Child Health and Human Development — 11/15/12-11/14/19
   *Contraceptive Clinical Trials Network* — $1,437,139

   NICHD project to develop protocols and conduct Phase I, II, III clinical trials for contraceptives. Additional trials will be funded as approaches are identified, and

protocols developed. This funding is for the first protocol, dose-finding, acceptability, and safety of ulipristal acetate as a daily oral contraceptive and for developing additional studies.

**3.** HHSN275201300006I (Darney) 7/16/13-1/15/16
$878,528

National Institute of Child Health and Human Development
*A Multi-Center, Randomized Study to Evaluate the Pharmacokinetic and Pharmacodynamic Profile, Contraceptive Efficacy and Safety of Daily Oral Low Dose Ulipristal Acetate"*

**4.** A116078 (Darney) 3/31/10-9/30/18
Medicines360 $687,810

A Phase 3, Randomized, Multi-Center, Open-Label Study of a Levonorgestrel-Releasing Intrauterine System (20 mcg/day) and Mirena® for Long-Term, Reversible Contraception up to Eight Years

**5.** B0178362 (Darney) 3/1//17-present
Bayer

Phase 3, randomized, Multi-Center, Open-Label Study of a Levonorgestrel-Releasing Intrauterine System – Mirena (20mcg/day) for contraception up to 8 years

In the past I have conducted more than one hundred clinical trials focused on family planning, including the following specifically related to long-acting reversible contraceptives (LARCs) and/or levonorgestrel (LNG):

1983-90 Comparative use effectiveness of two levonorgestrel contraceptive implant systems. (Population Council - $98,000/year)

1986-87 Acceptability of levonorgestrel implant contraception (Population Council - $7,395)

1986-89 Capronor levonorgestrel degradable contraceptive implant - a clinical evaluation (National Institute of Child Health and Human Development - $447,646)

1988-90 Evaluation of safety, efficacy and acceptability of a sustained release norethindrone contraceptive system (Family Health International - $121,000)

1989-94 Comparative trial of T380A and Flexiguard 330 IUDs (Gynopharma - $60,000/yr)

1990-95 Comparative efficacy, safety and acceptability of Norplant and Norplant-2 levonorgestrel contraceptive implants (Population Council - $135,000/yr)

| | |
|---|---|
| 1990-95 | Physiologic effects of levonorgestrel implants (Population Council - $35,000/yr) |
| 1991-96 | Release rates of levonorgestrel by two different contraceptive silastic implants (Population Council - $55,000/yr) |
| 1992-97 | Acceptability of Norplant levonorgestrel contraceptive implants by teenagers (Kaiser Foundation - $60,000/yr) |
| 1993-94 | Production of contraceptive implants continuing medical education videotape (Wyeth Ayerst Laboratories - $65,000) |
| 1994-95 | Norplant localization with radiologic techniques (Wyeth Laboratories, $34,000/yr) |
| 1994-96 | Trial of the safety and efficacy of a 3 keto desogestrel contraceptive implant (Organon, $60,000). |
| 1995-99 | Evaluation of reformulated Norplant 2 levonorgestrel implants' acceptability and safety (Wyeth Laboratories, $75,000/yr) |
| 1995-00 | Phase IV evaluation of levonorgestrel contraceptive implant safety and acceptability (Wyeth Laboratories, $675,000) |
| 2000-01 | Safety and acceptability of a levonorgestrel intrauterine contraceptive system (Berlex, Inc., $31,300) |
| 2003-05 | Phase 3 Multicenter open label study to evaluate the safety and efficacy of Levonorgestrel 90 ug and Ethinyl 20 ug in a continuous daily regimen for oral contraception (Wyeth Pharmaceuticals, Inc., $93,270) |
| 2005-07 | A Randomized, Open-Label, Comparative, multi-Center Trial to Evaluate Contraceptive Efficacy, Cycle Control, Safety and Acceptability of a Monophasic Combined Oral Contraceptive (COC) Containing 2.5 mg, nomegestrol acetate and 17 beta estradiol |
| 2005-07 | Immediate Versus Delayed Initiation of Transdermal Hormonal Contraception after Therapeutic Abortion (Anonymous Foundation, $33,655) |
| 2007-10 | Clinical trial of one year *nesterone and ethinyl estradiol* vaginal contraceptive ring, (Population Council, $368,812) |

A full listing of trials for which I have served as Principal Investigator is attached hereto as **Appendix B**. One past and one current of the studies listed were sponsored by Bayer and a company Bayer subsequently acquired (Berlex). In addition, I have in the past advised Berlex and Bayer about scientific matters and given lectures for which these companies paid me. Neither Berlex nor Bayer have consulted with me regarding any products' liability litigation. I do

not recall being given any information by either company about a potential causal association with pseudotumor cerebri (PTC) or intercranial hypertension (IH). To the best of my recollection, I have never provided scientific advice to Berlex or Bayer regarding the pharmacology of levonorgestrel, nor have I received materials on these matters in confidence. To the best of my recollection, Berlex and Bayer did not provide me any information that would be of use in coming to my conclusions and preparing this report. None of the opinions in this report uses or relies in any way on materials Bayer or others provided me in confidence.

In this report I will state opinions on the following topics:

1. Levonorgestrel (LNG) is a potent androgenic progestin (gestagen, progestogen).
2. Intrauterine delivery, compared to other routes, *e.g.*, oral, subdermal and transdermal, results in wide intra- and inter-individual serum concentrations of LNG.
3. Individual women vary greatly in their physiologic reactions to LNG, regardless of the route of administration.
4. In susceptible individuals, relatively high unbound LNG concentrations can cause, or be a substantial contributing factor in causing, intracranial hypertension/pseudotumor cerebri (IH/PTC).

In forming these opinions, I have drawn upon my knowledge, experience, skill, and training in clinical obstetrics and gynecology, clinical epidemiology, reproductive endocrinology, and pharmacokinetics. In reaching these opinions, I have used the same methods I would use as a researcher, such as the weight of the evidence, and as a treating physician, such as the differential diagnosis. All opinions are stated to a reasonable degree of medical and scientific certainty.

**Intrauterine Contraception Background**

The global application of intrauterine contraception, first with simple stainless steel and plastic devices and later with "active" ones, began in the 1950s. In the 1970s, in order to achieve greater efficacy, first copper wire and sheaths and then progestin (levonorgestrel)-containing plastic cylinders were affixed to plastic IUD frames, often, but not always, in a "T-shaped" configuration. The 1980s saw the decline of IUD use particularly in the United States as

manufacturers discontinued marketing in response to reports of side effects, particularly pelvic infections. Declining use due to unjustified apprehensions about pelvic infection and infertility among physicians and patients affected the economics of IUDs in the USA. The final blow to the IUD in the US came in 1985 with the publication of two reports indicating that the use of IUDs was associated with tubal infertility. Later, better controlled studies identified the all-plastic Dalkon Shield as a high-risk device and failed to demonstrate an association between PID and other IUDs, except during the period shortly after insertion. Research showing that the situation was different for the copper IUDs, and that, in fact, the risk of pelvic inflammatory disease was increased only in women with multiple sexual partners, failed to prevent the negative reaction to IUDs by the American public and the withdrawal of IUDs from the market. It was not until 1988 that the IUD was returned to the US market, first the Copper T 380A initially sold by Ortho, then levonorgestrel (LNG)-releasing Mirena from the US subsidiary of Germany's Schering, and, currently, Germany's Bayer.

The number of reproductive-aged women using the intrauterine device in the US decreased by two-thirds from 1982 to 1988 and further decreased in 1995, from 7.1% to 2% to 0.8%, respectively. Since 1995, the use of the IUD in the U.S. has steadily climbed to about 10% of contraceptors, reflecting the popularity of the levonorgestrel-releasing system in America. In the rest of the world, the IUD is the most widely used method of reversible contraception; currently, more than 180 million women use the IUD, 16.5% of reproductive age women in developing countries and 9.4% in the developed world. Most of these women use copper devices.

The LNG-IUS (levonorgestrel-releasing intrauterine system, Mirena) was developed by the Population Council and first manufactured by Schering-Oy in Finland (later acquired by Schering, and now owned by Bayer)designed to release initially at a rate of 20 µg *in vivo*, progressively declining (reaching half of the initial rate after 5 years).

Levonorgestrel (LNG) is a synthetic steroid hormone; its pharmacological, pharmacokinetic, and pharmacodynamic characteristics are described more fully below. The class of synthetic hormones to which LNG belongs has other names (gestagen, progestogen), but the term progestin is used throughout this Report. Mirena is approved in the USA for 5 years use, but has

been shown in Europe to provide highly effective contraception for 10 years. Trials to extend the period of use in the USA are currently underway and I am an investigator for one of them. A second brand of 20ug/day LNG-releasing IUD, Liletta, is also sold in the USA and is available in some developing countries. I am currently conducting a long-term-use trial of Liletta. Recently marketed in the USA are smaller T-shaped versions of Mirena delivering 12 (Skyla) and 16 (Kyleena) micrograms LNG daily. These new LNG devices have shorter durations of action, lower blood concentrations, and, as a result, fewer progestin-mediated side effects as demonstrated in clinical trials and post marketing experience.

**Pharmacology (PC), Pharmacokinetics (PK), Pharmacodynamics (PD) Background**

Pharmacokinetics, abbreviated as **PK**, is a branch of pharmacology dedicated to determining the fate of substances administered to a living organism, in this case a pharmaceutical drug, the 19 nortestosterone derivative, levonorgestrel. PK attempts to analyze molecular metabolism and to discover the fate of a substance from the moment that it is administered up to the point at which it is completely eliminated from the body. Pharmacokinetics is the study of how an organism affects a drug through absorption, dispersion, metabolism and excretion, whereas pharmacodynamics (PD) is the study of how the drug affects the organism. Both together influence dosing, benefit, and adverse effects, as seen in PK/PD models. Thus, pharmacokinetics and pharmacodynamics are integrally related disciplines, critical to both the safety and efficacy of a drug.

The PK characteristics such as half-life and route of delivery (oral, injection, transdermal, subdermal or intrauterine) of contraceptive steroids — estrogens and progestins such as LNG — are determined for each molecular configuration by the substitution of various carbon and hydroxyl radicals at, in particular, the 6, 11, and 17 positions on the steroid ring, as shown in the diagrams below.

**The Progestin Component of Contraceptives**

The discovery of ethinyl substitution and consequent oral potency led (at the end of the 1930s) to the preparation of ethisterone, an orally active derivative of the major androgen, testosterone. In 1951, it was demonstrated that removal of the 19-carbon from ethisterone to form norethindrone

did not destroy the oral activity, and most importantly, it changed the major hormonal effect from mostly androgenic to mostly progestogenic. Accordingly, the progestin derivatives of testosterone were designated as 19-nortestosterones (denoting the missing 19-carbon). The androgenic properties of these compounds, however, were not eliminated, and anabolic and androgenic potential remains within their structures, much more in some, *e.g.*, levonorgestrel, than in others, *e.g.*, norethindrone.




**Figure 1.** Derivation of ethisterone from testosterone, and removal of carbon-19 to form norethindrone. From Speroff and Darney, Clinical Guide to Contraception, Lippincott, 2012.

The norethindrone family contains the following 19-nortestosterone progestins: norethindrone, norethynodrel, norethindrone acetate, ethynodiol diacetate, lynestrenol, norgestrel and levonorgestrel, norgestimate, desogestrel, and gestodene. These, and others, have all been employed as contraceptives. Among them LNG is the most androgenic, followed by gestodene. As described below, the desire to mitigate potent androgenic capacity motivated the development of third and fourth generation progestins, including those derived from progesterone itself, the 19-norprogesterones. These newer progestins including norgestimate and desogestrel (gonane derivatives), and nesterone and nomegestrol acetate (19-norprogesterones), were designed to display greater selectivity for progesterone receptors and decreased or no androgenic actions.




**Figure 2.** The norethindrone family consisting of the 19-nortestosterone progestins. From Speroff and Darney.

Most of the progestins closely related to norethindrone are converted to the parent compound. Thus, the activity of norethynodrel, norethindrone acetate, ethynodiol diacetate, and lynestrenol is due to rapid conversion to norethindrone. Norgestrel is a racemic equal mixture of the dextrorotatory enantiomer and the levorotatory enantiomer. These enantiomers are mirror images of each other and rotate the plane of polarized light in opposite directions. The dextrorotatory form is known as d-norgestrel, and the levorotatory form is l-norgestrel (known as levonorgestrel). Levonorgestrel is the active isomer of norgestrel.

As they circulate in the body progestins are bound, to varying degrees depending on molecular structure and the concentrations of competing steroids, to sex hormone binding globulin (SHBG) and, to a much lesser extent, albumin. Progestins bound to SHBG cannot bind to cellular progesterone (or androgen) receptors and are, hence, biologically inactive, *i.e.*, cannot have contraceptive actions or cause side effects.

**Mechanism of Action**

Levonorgestrel (LNG)-releasing IUDs add additional mechanisms to the foreign body actions of simple plastic and copper IUDs. These additional hormonal mechanisms account for their increased efficacy compared to earlier IUDs. The endometrium becomes decidualized (thinned out) with atrophy of the glands which can lead to inhibition of implantation, but inhibition of sperm capacitation, penetration, and survival and inhibition of ovulation — a systemic effect — are more important mechanisms. The levonorgestrel IUS produces serum concentrations of the progestin that are, on average, less than those of LNG pills or implants, but high enough that ovarian follicular development and ovulation are partially inhibited. Accordingly, the Mirena label states: "Ovulation is inhibited in some women using Mirena. In a 1-year study, approximately 45% of menstrual cycles were ovulatory, and in another study after 4 years, 75% of cycles were ovulatory." In addition, the LNG released by the IUD thickens the cervical mucus, creating a barrier to sperm penetration.

Sufficient progestin reaches the systemic circulation from the levonorgestrel-containing IUD so that suppression of ovulation may occur, as described above, and androgenic side effects, such as acne and hirsutism, can — and commonly do — occur; sex hormone-binding globulin (SHBG) is the main binder of LNG, and high circulating SHBG levels may mitigate marked clinical effects. However, SHBG levels are highly variable both inter- and intra-individually because they are affected by a number of factors including body weight, endogenous estrogen production, hepatic metabolism and other factors. Therefore, some users experience facial, androgenic skin changes, effects on mood and other, less common, symptoms of hyperandrogenicity. According to the most recent label, approved on May 25, 2017, 16.3% of women in pivotal clinical trials with Mirena reported headache/migraine; 6.8% reported acne; 7.5% reported benign ovarian cysts and associated complications; and less than 5% of women reported alopecia, and hirsutism.

1. **Levonorgestrel (LNG) is a Potent Androgenic Progestin**.

All synthetic progestins are intended to exhibit the contraceptive actions of endogenous progesterone (P), which is produced by women at high levels after ovulation and during pregnancy, through their high affinity to progesterone receptors (PR). Thus, the combined class of both natural P and synthetic progestins are often referred to as progestins (or gestagens or

progestogens). Yet, each of the synthetic progestins has its own chemical structure, and may bind to other members of the steroid receptor family (*i.e.*, the receptors specific to the other endogenous steroid hormones estrogen (ER), androgens (AR), glucocorticoids (GR), and mineralocorticoids (MR)). The set of steroid receptors to which any progestin may bind, as well as its affinity and potency to each receptor, will determine its capacity for certain biological activities at target organs within the body. Further complicating prediction of androgenic effects of individual progestins are the characteristics of the receptors, *i.e.*, the degree to which they exhibit "antagonism" and "agonism" when exposed over time to a particular exogenous steroid. All of these factors make it extremely difficult for those developing contraceptives as well as for clinicians prescribing contraceptives to predict for an individual woman to what degree she is likely to experience side effects from her method.

Those progestins derived from testosterone, the so-called 19-nortestosterones, reflecting the removal of carbon 19 from testosterone in order to change the major hormonal effect from androgenic to progestogenic, as described and diagramed above, retain varying degrees of androgenic activity. LNG's relative affinity to the AR has been characterized as .220 that of dihydrotestosterone (DHT), the androgen standard.




**Figure 3.** Relative binding affinities (RBAs) of synthetic progesins to androgen receptors in rat prostate. *P = progesterone; 17-D-NGM = 17-deacetyl norgestimate; DHT = dihydrotestosterone; GSD = gestodene; 3-K-DSG = 3-keto-desogestrel; LNG = levonorgestrel; NGM – norgestimate*. From Upmalis D, Phillips A. Receptor binding and in vivo activities of the new progestins. JSOGC 1991; 13: 35.

LNG is the most potent and androgenic of the progestins used in contraceptives. Its potency makes it particularly adaptable for "sustained release" contraceptive systems like implants and

IUDs (sometimes called "long-acting reversible contraception" or "LARC") because these delivery systems must contain a high level of contraceptive action (progestin receptor binding) in a small volume of plastic.

The ideal progestin for contraceptive use should exert a progestational response at a low concentration, and only elicit androgenic response at a high concentration. The minimum threshold for LNG's contraceptive efficacy varies by route of administration, but is generally quite low. For example, it is lower for implant administration than for oral and still lower for intrauterine delivery. Yet, because of LNG's potency, the threshold for undesired biological activity is also quite low. LNG shows a marked lack of selectivity because, more than other progestins, it binds avidly to androgen receptors, meaning that adverse systemic side effects can also be expected even at relatively low dosages effective for contraception.

One measure of selectivity, represented as progestogenicity versus androgenicity, is the androgen-to-progestin (A/P) receptor binding ratio. This ratio is commonly applied to synthetic contraceptive progestins to judge their likelihood of causing androgen-related physiologic changes and side effects in users, for example undesirable hepatic effects like lowering HDL ("good cholesterol") and skin effects like acne. As seen in **Figure 4,** the A/P receptor binding ratio of LNG is several-fold closer to the testosterone standard DHT than to progesterone.




**Figure 4.** Androgen-to-progestin (A/P) receptor binding ratios. Abbreviations as in Figure 3. From Upmalis and Phillips.

The androgenicity of a particular sex steroid is determined by three processes together: 1) direct binding to receptors on target organs (discussed above); 2) the effects the steroids have on SHBG; and 3) the degree to which they are themselves bound to SHBG.

Regarding the second point, LNG is known to decrease SHBG over time. This effect has been documented for various routes of administration: oral administration of LNG alone results in approximately 50% decrease in SHBG; a mean decline of about 30% was seen up to 6 months after insertion of Mirena in 10 healthy young women. This decrease is both statistically and clinically significant. It is important clinically because a decrease in SHBG means that a higher proportion of circulating androgens are "free" and available for binding to androgen receptors resulting in androgenic side effects.

Finally, LNG binds with high specificity and high affinity to SHBG. Of the synthetic progestins, only gestodene binds with greater relative affinity to SHBG. Estrogens and androgens are the only steroids capable of binding to SHBG, and compete for binding thereto. Reports of LNG's affinity to SHBG range from 13% of the affinity of DHT to 50% in competition with endogenous DHT and other androgens. Accordingly, the 2017 Mirena label states under its distribution heading: "The apparent volume of distribution of LNG is reported to be approximately 1.8 L/kg. It is about 97.5 to 99% protein-bound, principally to sex hormone binding globulin (SHBG) and, to a lesser extent, serum albumin." The affinity of LNG for SHBG is also clinically important because, in binding to SHBG, LNG displaces endogenous androgens which are then "free" to activate androgen receptors and lead to additional side effects. Several studies with Norplant found resultant increase in circulating androgens.

As a result of the three factors described above, androgenic side effects of LNG can be expected even at low doses. In 2010, in a draft response to a request from the Belgian Health Authority regarding known androgenic effects of Mirena, Bayer acknowledged that: "In comparison to other progestins, LNG is known to have a high binding affinity to androgen receptors causing androgenic side effects. Thus, LNG among other progestins is known to display certain androgenic side effects. Apart from direct androgen receptor interaction, binding to sex hormone binding globulin (SHBG) and displacement of testosterone is supposed to lead to an increase in free, metabolically

active testosterone." Bayer concludes, "The androgenic side effects of levonorgestrel have been known for a long time."

In order to help patients avoid known androgenic side effects of LNG, I and other clinicians moved away from the use of LNG-containing oral contraceptives to less androgenic ones like norgestimate, desogestrel, and drosperinone (used in Bayer's oral contraceptives). LNG is the only hormone currently available for intrauterine delivery, and often seems an attractive option for women because of Bayer's "low" dose and "no estrogen" marketing.

Typically, reducing dosage should minimize the undesired biological effects, *i.e.*, adverse side effects, of any pharmaceutical compound. However, in lowering dose one must consider the impact on the desired effect, or in the case of LNG, contraceptive efficacy. Because LNG is so potent, as described above, contraception may be achieved at a relatively low dose; yet, androgenic side effects cannot be eliminated. This inherent limitation of progestins derived from testosterone (*i.e.*, high affinity and potency at the AR), spurred the development of two new generations of progestins derived from either levonorgestrel, or progesterone – the so-called 19-norprogesterones. Thus, an obvious intended advantage of newer generations of progestins is the mitigation of androgenic effects on lipoprotein and carbohydrate metabolism, and other androgen-mediated side effects. These newer progestins, for example norgestimate and desogestrel, were designed to display greater selectivity to progesterone receptors (PR) and decreased or no androgenic actions.

Bayer has taken two routes to avoid the androgenic effects of levonorgestrel in its products. For oral delivery, Bayer has worked to develop and employ synthetic progestins with much-decreased androgenic activity. Drospirenone used in Bayer products like Yasmin and Yaz provide examples of oral contraceptives that have competed very successfully with LNG-containing pills because of decreased androgenicity.

For intrauterine delivery, Bayer has patented Skyla and Kyleena to reduce both the expected release rate, and resultant circulating concentrations of LNG. Bayer has also worked to develop a new progestin for intrauterine delivery, though this project was discontinued for non-safety

related reasons (*i.e.*, a demonstrated lack of efficacy). According to a patent application, the developmental new progestin (NP) was demonstrated in comparative transactivation studies to have an androgenic effect at least ten times lower than LNG, and a marked local versus systemic dissociation, expected to result in no systemic androgenic effects even at systemic concentrations comparable to Mirena use.

**2. Intrauterine delivery, compared to other routes, *e.g.*, oral, vaginal, subdermal and transdermal, results in wide intra- and inter-individual serum concentrations of LNG**.

Serum concentrations of LNG vary widely both intra- and inter-individual, regardless of route of administration. First, serum levels vary with duration of use, in conjunction with the gradual decline in expected release rate over time. Weight and BMI also impact serum LNG concentrations, due to differences in the volume of distribution of the drug. As described above and below, body weight has a significant impact on baseline SHBG concentration, which is also partly responsible for differences in drug distribution and metabolism. A clinic factor (*i.e.*, the clinic where measures are taken) has also been documented to contribute to variability of LNG concentrations, perhaps attributable to population differences in levels or affinities of SHBG, or to other metabolic and non-metabolic factors. Finally, there is considerable inter- and intra-assay variability in LNG measurements, depending on the method employed, *e.g.*, radio-immuno assay vs. mass spectrometry. Some of this variation is eliminated by processing all of the samples from a particular study at the same time at the same laboratory, but storage and transport required for this approach may also alter results. As Bayer has explained in clinical trial reports, the high inter-individual variability of serum levels makes accurate calculation of important pharmacological parameters such as the half-life of LNG difficult or impossible.

I and others have documented the profound effects of synthetic progestins, including LNG, on endometrial histology. These changes include: the appearance of prominent, dilated surface vessels, and cytoplasmic contraction, increased electron density, and plasmolemmal vesicles of the capillaries. Endometrial veins are also increased and dilated: The average density of endometrial blood vessels was reduced by 58% in a study of Norplant users compared to controls. Though the mechanisms by which sex steroids alter endometrial vascular function are still not fully understood, they likely involve mediation by vascular endothelial growth factor and

other angiogenic peptides. The extent of these effects varies with the formulation, dose, route of administration, duration of use, and, of course, the potency of the progestin in altering the secretion of physiologic sex hormones and production of SHBG.

While Mirena is expected to release less LNG daily on average than Norplant, the LNG released from Mirena is delivered directly into the uterus, where it is first distributed to the endometrium. There, LNG is absorbed through the blood vessels into the blood, and brought through the systemic circulation to the tissues and cells at target organs. As described above, the endometrial vasculature, because it is uniquely sensitive to progestin and estrogen hormones, provides a much less stable network for drug absorption than subdermal (for implant contraception) or intestinal (for oral contraception) vasculature networks that are not primarily modulated by sex hormones. Hence, systemic LNG concentrations from intrauterine delivery systems like Mirena are much less predictable and stable than those from subdermal or oral administration.

Not only is greater variability to be expected with intrauterine delivery of LNG because of these physiologic considerations, comparative studies (both with true head-to-head measures, and population-based PK analyses) have demonstrated a greater variability with the intrauterine route of administration. An example of each follows.

Prior to submission of the Mirena New Drug Application (NDA), a study was performed by Berlex to compare suppression of endometrial proliferation for subdermal versus intrauterine administration of LNG in menopausal women receiving oral estrogen. The subdermal application consisted of one rod of the Jadelle (Norplant-2) system releasing approximately 40 micrograms per day for the first month, and approximately 15 micrograms per day in long-term use. The intrauterine application (Levonova) released approximately 20 micrograms per day, consistent with the currently marketed Mirena device. Even with the highest intrauterine value excluded from the analysis and one subject withdrawal at month six, total serum levels show greater range and a greater standard deviation from the mean at month six and month twelve with intrauterine release. The only time that subdermal application showed greater range or variation was at month one, where average daily release rate was expected to be double that of intrauterine administration.

A recent draft manuscript prepared by Bayer's Director of Pharmacokinetics for women's healthcare products, describes summary statistics of average total and estimated unbound LNG serum concentrations for various routes of administration. The group responsible for this and another draft manuscript utilized a population PK (popPK) integrated analysis, calculating the geometric mean at various time points for the included studies, and the calculated coefficient of variation (CV) for both measured total serum LNG and estimated unbound LNG. For measures at every time point (day 25, 2 months, 3 months, 6 months, 1 year, 2 years, 3 years, 4 years, 5 years), the intrauterine systems Mirena (LNG-IUS 20), Kyleena (LNG-IUS 12), and Skyla (LNG-IUS 8) show greater CV for total serum LNG than the implant (Jadelle). Interestingly, CV is greater even for the lower dose IUDs, though fairly steady between the two.

There is also high intra-individual variability with intrauterine LNG administration. As seen in a study of Japanese women (A10982), the same individual may have average (relative to study values) serum LNG concentrations at one measure (*e.g.*, month one), and significantly higher serum LNG measured at the next visit (*e.g.*, month six) despite an expected decline of release rate. The Japanese study showed high variability both between individual users (range at one month: 89.9 to 1415.4 pg/mL), and at different timepoints for the same individual. Some examples include subject 657109 (297 at month one; 427.3 at month six); subject 656904 (493.5 at month one; 1055.2 at month six); subject 656902 (565.2 at month one; 859.2 at month six); subject 653402 (436.4 at month one; 657.3 at month six); and 653910 (388.9 at month one; 519.4 at month 6). This variability means clinically that users may develop androgenic symptoms in some cycles (month of use) but not in others.

Comparison of area under the curve (AUC) for Mirena, Kyleena and Skyla show high variability and extreme values. This PK parameter measures the area under the plasma drug concentration time curve, and represents the true exposure after administration of a single dose over time. For steroidal contraceptives, this measure is most indicative of hormonal homeostasis. As would be expected from its higher daily release rate and consequent higher serum concentrations, Mirena's AUC is greater and more variable than those of the lower dose systems, as seen in phase II comparative study A46796. AUC measures (subset 3) for 13 women receiving Mirena ranged from 104132.89 to 426106.40 NG*D/L; for 12 women receiving Kyleena ranged from 10518.53

to 305056.26 NG*D/L; and for 12 women receiving Skyla ranged from 45109 to 122495.89 NG*D/L. Consequently, symptoms related to excessive androgenicity are less frequent in women using these new lower-dose intrauterine LNG delivery systems.

**3. Individual women vary greatly in their physiologic reactions to LNG.**

Although acne and other androgenic symptoms more commonly develop when high doses of androgenic molecules such as LNG are utilized this observation typically refers to oral contraceptives that necessarily employ relatively high doses of LNG to obtain acceptable bleeding patterns when combined with lower doses of estrogen. With intrauterine administration, as from Mirena, relatively lower doses are sufficient for contraceptive efficacy because of delivery directly to the uterus, endometrium, and cervix. LNG, however, exhibits androgenic effects even at relatively low systemic doses, particularly in women who are highly sensitive to increased androgens.

It is important when discussing the potential biological activity of LNG (both contraceptive efficacy and androgenic side effects) to consider not only total serum concentrations, but estimated or measured free levels of LNG. While total LNG serum levels may be helpful for predicting biological effect when SHBG concentrations are not available, they do not give an accurate picture of biological capacity. It is well-established for many steroid hormones, and specifically for LNG, that only the free or unbound hormone is available for receptor binding and cellular expression. Because LNG is so highly bound to SHBG (and to a lesser extent, to albumin) as described above, one must take into account the circulating levels of SHBG when assessing potential adverse effects. As Fotherby and others have noted, for extensively bound drugs, such as LNG (and many other progestins), small changes in binding to these two proteins may have important implications. A decrease in the relative distribution of bound LNG from 98% to 96% would result in a doubling of the unbound fraction from 2% to 4% and, hence, greatly increase the probability of untoward hyperandrogenic effects.

While the effect of albumin binding on unbound levels of LNG is negligible, circulating SHBG levels greatly impact levels of unbound, or biologically active, LNG. Several factors affect the circulating levels of SHBG. As described above, the relatively high initial release rate of LNG

from Mirena results in an approximate 30% decrease in SHBG levels. Additionally, obesity has been demonstrated to decrease baseline SHBG levels as much as 50%.

My colleague Frank Alvarez demonstrated in 1998 that LNG has an inhibitory effect on sex hormone binding globulin (SHBG), and that this decrease in SHBG leads to an increase in the free levonorgestrel index (FLI), allowing a given dose of LNG to have a stronger biological effect, *i.e.*, increased contraceptive as well as androgenic side effects. These results demonstrate the need to take the serum concentration of SHBG into account to understand and predict the pharmacodynamic and biological effects of levonorgestrel administration including androgenic side effects. Alvarez found that the FLI was at its highest for the first 17 months to 2 years of use, which also corresponded to the highest suppression of ovulation.[1]

In 2016 my colleagues Alison Edelman and Jeffrey Jensen observed that, since LNG is highly bound to SHBG, an elevated free fraction of hormone could result in unpredictable effects on clearance and that it was unclear whether an SHBG-associated increase in free fraction would also alter free concentrations, the pharmacologically active form of the drug. They showed that levels of free LNG were approximately 1% of the total levels in a non-obese user. Although there was no significant difference in the free Cmax between obese and normal BMI women receiving two different doses of LNG (0.065 ng/mL vs 0.089, p = 0.37), the absolute proportion of free drug was higher in the obese group (1.2% versus 0.8). As discussed above, while this increase may appear minor, it represents a significant 50% increase in the absolute proportion of free drug, and thus, the probability of untoward hyperandrogenic effects.

Edelman and Jensen further observed that the fraction of LNG unbound, or free percentage, was inverse to SHBG levels. Serum SHBG levels were significantly lower in obese compared to normal BMI women (70.4 nmol/L±21.6; p=0.015). Yet, SHBG levels were similar in obese

[1] Similarly, Olsson and others showed that women who became pregnant while using Norplant-2 covered rods had similar plasma LNG levels as those who did not become pregnant, but a significantly lower FLI. Although Mirena's primary contraceptive mechanism is believed to be local, suppression of ovulation is significant for at least the first year, and is evidence of systemic, biologically active hormone. A study by Xiao and Luukkainen in affiliation with Leiras found that 55% of 29 cycles were anovulatory, though serum LNG concentrations were significantly lower than expected average levels. Again, this is strong evidence of LNG's potency, and a low threshold for biological activity, *i.e.*, clinically significant systemic hormonal endpoints even at low serum LNG concentrations.

BMI women between the two dosing regimens (ECx1 35.6 nmol/L±6.8; ECx2 33.2 nmol/L±11.2; p=0.42). Compared to normal BMI women, the increase in fraction unbound was approximately 35% in obese women at both doses.

Furthermore, the scientific literature demonstrates that individual sensitivity to sex hormones, including LNG, is also quite variable. For example, hirsutism has been attributed to either increased production of, or increased sensitivity of the hair follicles to normal levels of, circulating androgens. Varying sensitivity of women to negative mood changes induced by progestin has also been documented in the literature. Others have suggested that the sebaceous glands may be sensitive to even small amounts of DHT. Acne and hair loss provide good examples of the clinical impact of this sensitivity, because they are relatively common manifestations of hyperandrogenicity in hormonal contraceptors.

Additionally, in my experience with many hundreds of women participating in my clinical trials of a variety of LNG containing contraceptives (oral, implantable and intrauterine), susceptibility to acne or hair loss varied widely, even among women with about the same serum concentrations of LNG. The variability of reaction to LNG was greatest among those participating in trials of LNG by intrauterine administration. Many of Bayer's internal reviews of post marketing case reports of adverse events among Mirena users state that some women are "highly sensitive" to exogenous androgenic progestins so that, in Mirena users with low average concentrations of LNG, "extreme sensitivity to the hormone" (LNG) may result in hyperandrogenic symptoms like acne, hair loss, or PTC. I agree with Bayer's observations, which are consistent with my clinical experience.

Analysis of A46796PK study data (dose finding for Skyla and Kyleena vs Mirena) shows that adverse events related to androgenicity and progestogenicity occurred in conjunction with the highest levels of LNG. For example, in a Phase II study, ovarian cysts were reported in 25.2% of Mirena users (20 ug), 9.8% of Skyla users (then LCS16), and 8.8% of Kyleena users (then LCS12). Yet, a significant percentage of users of even these lower dose formulations experienced this clinical endpoint. Furthermore, in study A46796, the same expected androgenic reactions were reported in women of varying BMI, total serum LNG concentrations, total serum

SHBG concentrations, and estimated free LNG concentrations (calculated as FLI, described above). Representative subjects from this study for all three dosages are presented, along with their BMIs, reported adverse reactions, serum LNG and SHBG measures, and calculated FLI, in **Appendix C** attached hereto.

**4. In susceptible individuals, relatively high unbound LNG concentrations can cause, or be a substantial contributing factor in causing, pseudotumor cerebri.**

Pseudotumor cerebri (PTC), sometimes called intracranial hypertension (IH), causes changes in vision and hearing, headaches, and, in severe cases, vision loss. It is diagnosed by eye examination – papilledema, or swelling of the optic nerve, is the most common sign – and, most specifically, lumbar puncture showing high intracranial pressure associated with a normal brain scan, *i.e.*, absence of a brain tumor, hence the nomenclature "pseudotumor." PTC has long been thought to be associated in some way with variations in sex steroid levels, or heightened sensitivity to such variations, because, after puberty, it is much more common in women than men, disproportionately effects women who are having menstrual cycles, and is particularly common in obese women and in those who have abnormalities of steroid metabolism, such as Cushing's Syndrome, Graves' and Addison's diseases, and polycystic ovarian syndrome (PCOS), an abnormality of androgen metabolism causing symptoms of hyperandrogenism, such as acne, hair loss, and increased waist to hip ratio (WHR).

Although PTC was first identified approximately 120 years ago, its relationship to steroid hormones with androgenic effects has more recently become clearer. For example, Glueck et al. studied 65 (consecutive) women referred due to PTC. In this study, 37 of the 65 women had polycystic ovaries (PCOS). As is typical of PCOS patients, all of the 37 were obese: 16 had a BMI between 30 and 40, and 19 had a BMI >40. There were also some findings related to conventional predictors of hormone-related thrombotic risk. Thirty-eight percent of the women with PTC were homozygous for the thrombophilic C677T mutation in the methylene tetrahydrofolate reductase gene: a finding present in only 14% of 102 controls. Nine of the patients also had baseline Factor VIII levels greater than 150% percent, 29 had elevations of lipoproteins (a common androgenic effect), and roughly half had symptoms appear during a high-estrogen state (oral contraceptive use, estrogen replacement therapy, or pregnancy). This study provides a biologically plausible explanation of the association of PCOS with PTC through

thrombophilia and hypofibrinolysis. It is worth noting here that LNG administration can cause both anovulation and androgenic side effects like acne and hirsutism, which are also the most common findings in PCOS women.

A 2013 study found that circulating androgens including androstenedione (A4), testosterone (T), and the bioavailable — *i.e.*, unbound — fraction of testosterone were clearly linked to an early age of onset of IIH. While PCOS and simple obesity are also conditions associated with increased androgens in females, other investigators more recently noted that the androgen profile in women with PTC is distinct from that in women with either PCOS or simple obesity. This finding is consistent with a biologically plausible causative role for LNG, given the above discussion of the importance of SHBG levels and LNG's competition with endogenous androgens for binding, which leads to increased circulating androgens. Further biologic plausibility of the association of PTC and LNG comes from Westgate's observation that women with increased secretion of CSF also have high androgen levels, and case reports showing that genotypic women receiving androgens for gender reassignment are also at increased risk of developing PTC.

The association of LNG with PTC predated the widespread use of Mirena when cases of PTC among users of Norplant and Jadelle were reported. At least one report has implicated LNG-only emergency contraception. Review articles about PTC epidemiology and secondary, *i.e.*, medication-induced, intracranial hypertension, have for years included LNG among potential causative agents highly associated with PTC. Warnings, precautions, and contraindications for PTC have been added to the labeling for Norplant and Jadelle (the Jadelle label is FDA approved and recently updated, although never yet distributed in the United States). In a 2002 clinical monograph, my colleague Irving Sivin wrote that women using Jadelle should see their healthcare provider for changes in the frequency, pattern, or severity of headaches, or blurred vision – symptoms which may be indicative of PTC – and women experiencing papilledema should have Jadelle removed.

PTC is a rare condition even among those susceptible to it, as described above, so studies of typical participants in clinical trials are unlikely to reveal an association unless the sample sizes

are very large. For example, Sivin, in launching a post marketing epidemiologic study of LNG-containing Norplant compared to non-hormonal contraceptive methods (copper IUD or sterilization) found no differences in morbidity rates for a wide range of conditions, but the study was not sufficiently powered to detect differences in PTC rates among the three groups. To my knowledge, there has never been any clinical trial of any LNG product that was sufficiently powered to detect PTC.

On the other hand, neuro-ophthalmologist Valenzuela and gynecologist Sanders, beginning with cases of PTC, assessed the influence of LNG IUS use on PTC incidence among women in the University of Utah medical system and found a significantly greater risk among women who had used or were using Mirena, (relative risk of 7.69). Valenzuela and Sanders also investigated PTC incidence among women in the Rigshospitalet in Denmark and found a relative risk of 3.90 among users of LNG IUS, a nearly four-fold increase. In light of scientific and medical evidence supporting a biologically plausible causative role for androgenic steroids such as LNG, this data strongly supports the conclusion that Mirena and LNG can cause, or be a substantial contributing factor in causing, PTC.

Thus, I do not agree with the authors' recommendation not to remove Mirena from women who develop PTC. Certainly, PTC is an uncommon outcome, and Mirena has a positive risk-to-benefit profile for many individuals. Physicians, however, must make a risk-to-benefit assessment for each patient, and there are many safe, effective contraceptive options available. As with the deep vein thrombosis (DVT) risk associated with combined oral contraceptives, physicians and potential patients, particularly those at an already increased risk, should be warned of a serious — even if rare — adverse event such as PTC which, if not promptly recognized and treated can have serious consequences, including blindness. Since some women improve after Mirena removal, a label warning would help a physician make the otherwise unusual PTC diagnosis and institute treatment, including discontinuation of exposure to LNG.

These findings were further supported when, in July 2017, the German Federal Institute for Drugs and Medical Devices ("BfArM") requested Bayer provide an analysis of the risk of PTC

associated with use of the LNG IUS (Mirena). The response provided by Bayer in October 2017 included a literature search of papers discussing exogenous progestins and PTC and a review of Bayer's individual case safety reports, which included 315 Mirena cases and 4 Jaydess cases. The papers identified appeared to support an association and included Valenzuela and Sanders' work. Also cited were two published case histories of PTC in LNG IUS users (Martinez and Ros Forteza), and case reports of PTC in Norplant users (Wysowski and Alder), which Bayer says "have been cited as evidence for an association by some").

Bayer raises criticisms of these reports (by questioning the control exposures; suggesting Martinez was misdiagnosed with PTC; noting potential confounding of Ros Forteza due to minocycline (a confounder because it is also shown to increase PTC risk and is sometimes used to treat acne caused by exogenous androgens); and noting potential confounding in Wysowski's report due to obesity), but these criticisms, taken separately or together, are, in my view, not enough to render the accumulated scientific findings invalid. In fact, the literature identified by Bayer's search is consistent with the opinions I have expressed in this report.

Further, Bayer's review of case safety reports showed that the majority of PTC reports with time-to-onset information occurred in the first two years of use, when LNG levels are at the highest and most variable, and that the majority of cases in which the LNG IUS was removed experienced recovery or improvement. Bayer has comments about these cases but, again, those criticisms are not sufficient to render the entirety of the accumulated data invalid. The time-to-onset and removal data are consistent with the opinions I have expressed in this report, that is:

1. Levonorgestrel (LNG) is a potent androgenic progestin (gestagen, progestogen).
2. Intrauterine delivery, compared to other routes, *e.g.*, oral, subdermal and transdermal, results in wide intra- and inter-individual serum concentrations of LNG.
3. Individual women vary greatly in their physiologic reactions to LNG, regardless of the route of administration.
4. In susceptible individuals, relatively high unbound LNG concentrations can cause, or be a substantial contributing factor in causing, pseudotumor cerebri.

Philip D. Darney, MD, MSc
December 27, 2017

# SOURCES CONSULTED AND/OR RELIED UPON

## Scientific Literature

Africander et al., *Molecular mechanisms of steroid receptor- mediated actions by synthetic progestins used in HRT and contraception*, 76 Steroids 636, 636 (2011)

Affandi B, Cekan SZ, Boonasemsanti W, Samil RS, Diczfalusy E. The interaction of sex hormone binding globulin and levonorgestrel released from Norplant®, an implantable contraceptive. Contraception 1987;35:135-45.

Ainat Klein, Naftali Stern, Etty Osher, Efrat Kliper & Anat Kesler (2013) Hyperandrogenism is Associated with Earlier Age of Onset of Idiopathic Intracranial Hypertension in Women, Current Eye Research, 38:9, 972-976.

Alder, J. B., F. T. Fraunfelder, and R. Edwards. Levonorgestrel implants and intracranial hypertension. *N. Engl. J. Med.* (1995) 332(25):1720-1721.

Alvarez, F., Brache V, et al. Sex hormone binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants. Contraception 1998; 58(4):211-214.

Brache V, Alvarez-Sanchez F, et al. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. Adv Contraception. 1992;8:319-326.

Buchanan I, Hansen K, Bedolla J (2017) Idiopathic Intracranial Hypertension in a Transgender Male on Hormone Therapy. Arch Emerg Med Crit Care 2(1): 1019.

C. Hornby *et al.* What do Transgender Patients Teach Us About Idiopathic Intracranial Hypertension? *Neuro-Ophthalmology* (2017).

Cherala G, Edelman A, Dorflinger L, Stanczyk FZ, The elusive minimum threshold concentration of levonorgestrel for contraceptive efficacy. Contraception 94 (2016) 104-108.

Darney PD, The Androgenicity of Progestins. *Am J Med* 1995, 98 (Suppl 1A): 104S-110S.

Darney PD, Taylor RN, Klaisle C, Bottles K, Zaloudec C. Serum concentrations of estradiol, progesterone and levonorgestrel are not determinants of endometrial histology or abnormal bleeding in long-term Norplant implant users. Contraception 1996;53:97-00.

Dorflinger, Laneta J. "Variability in Steroid Pharmacokinetics: Needs for Future Reaearch." *Steroid Contraceptives and Women's Response: Regional Variability in Side-Effects and Pharmacokinetics*, ed. Rachel Snow and Peter Hall, 1st ed., Springer Science+Business Media LLC, 1994, pp. 239-245.

Edelman AB, et al. Impact of obesity on the pharmacokinetics of levonorgestrel-based emergency contraception: single and double dosing. Contraception 2016; 94(1):52.57.

Evans DJ, et al. Relationship of Androgenic Activity to Body Fat Topography, Fat Cell Morphology, and Metabolic Aberrations in Premenopausal Women. *J Clin Endocrin Metab* 1983; 57(2):304-310.

Faundes A, Alvarez-Sanchez F, Brache V, Jimenez E, Tejada AS. Hormonal changes associated with bleeding during low-dose progestogen contraception delivered by Norplant subdermal implants. Adv Contracep 1991;7:85-94.

Fotherby K. Potency and Pharmacokinetics of Gestagens. Contraception 1990; 41(5):533-550.

Fotherby K. Levonorgestrel. *Clin Pharmacokinet*. 28 (3): 203-15. 1995.

Friedman, D I and D. M. Jacobson. Diagnostic criteria for idiopathic intracranial hypertension. *Neurology* 2002; 59(10):1492-1495.

Friedman, DI Idiopathic intracranial hypertension. *Curr. Pain Headache Rep.* 2007;11(1):62-8.

Friedman DI, MD, *Medication-Induced Intracranial Hypertension in Dermatology*, Am. J. Clin. Dermatol. 2004; 6(1): 29-37.

French V.A., Darney P.D. (2016) Implantable Contraception. In: Shoupe D., Mishell, Jr. D. (eds) The Handbook of Contraception. Current Clinical Practice. Humana Press, Cham.

Glueck CJ, Iyengar S, Goldenberg N, Sieve-Smith L, and Wang P, Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med 2003;142(1):35–45.

Glueck C.J., Aregawi D., Goldenberg N., Golnik K.C., Sieve L., Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. J Lab Clin Med. 2005;145, 72.

Haimov-Kochman et al. Management of a perforated levonorgestrel-medicated intrauterine device-a pharmacokinetic study: Case report. Human Reproduction. 2003; 18:1231-1233.

Hammond GL. Plasma steroid-binding proteins: primary gatekeepers of steroid hormone action. *J. Endocrinol* (2016) **230**:1, R13-R25.

Hornby C, O'Reilly M, Botfield H*, et al* THE ANDRO-METABOLIC SIGNATURE OF IIH COMPARED WITH PCOS AND SIMPLE OBESITY. *J Neurol Neurosurg Psychiatry* 2016;**87:**e1.

Hourihan H, Sheppard B, Belsey E, Brosens I. Endometrial vascular features prior to and following exposure to levonorgestrel. Contraception 1991;43:375-85.

Hourihan H, Sheppard B, Bonnar J. A morphometric study of the effect of oral norethisterone or levonorgestrel on endometrial blood vessels. Contraception 1986;34:603-12.

Hunter MH & Carek PJ, Evaluation and Treatment of Women with Hirsutism. Am Fam Physician 2003;67(12):2565-72.

International Collaborative Post-marketing surveillance of Norplant((R)) contraceptive implants: II. Non-reproductive health (1). Contraception. 2001;63(4):187-209.

Ivancic & Pfadenhauer, *Pseudotumor Cerebri after Hormonal Emergency Contraception*, 52 Eur. Neurol. 120 (2004).

Jia MC, Zhou LY, Ren S, Dong L, and Xiao B. Serum SHBG levels during normal menstrual cycle and after insertion of levonorgestrel-releasing IUD. *Adv Contraception* 1992;8:33-40.

Johannisson E. Effects on the endometrium, endo- and exocervix following the use of local progestogen-releasing delivery systems. Contraception 1990;42:403- 21.

Kempegowda P, et al. 2016 Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity. Presented at 18th European Congress of Endocrinology 2016, Munich, Germany. *Endocrine Abstracts* 41 EP728.

Kuhnz W, AI-Yacoub G, Fuhrmeister A. Pharmacokinetics of levonorgestrel in 12 women who received a single oral dose of 0 .15 mg levonorgestrel and, after a washout phase the same dose during one treatment cycle. Contraception 1992; 46:443-454.

Kuhnz, W., G. al-Yacoub, and A. Fuhrmeister. 1992. Pharmacokinetics of levonorgestrel and ethinylestradiol in 9 women who received a low-dose oral contraceptive over a treatment period of 3 months and, after a wash-out phase, a single oral administration of the same contraceptive formulation. Contraception 1992; 46(5):455-469.

Lai J, et al. The Role of Androgen and Androgen Receptor in the Skin-Related Disorders. *Arch Dermatol Res.* 2012 September; 304(7): 499-510.

Lan P, Aedo A, Landgren B, Johannisson E, Diczfalusy E. Return of ovulation following a single injection of depo-medroxyprogesterone acetate: a pharmacokinetic and pharmacodynamic study. Contraception 1984;29:1-18.

Luukkainen T, Pakarinen P & Toivonen J. Progestin-Releasing Intrauterine Systems. *Semin Reprod Med*, Dec 2001;19(4):355-63.

Martinez et al., *Atypical Pseudotumour Cerebri*, 34 NEURO-OPHTHALMOLOGY 255 (abstract) (2010).

M.N.G. Dukes, Chapter 40.1 Hormonal contraceptives. M.N.G. Dukes and J.K. Aronson, editors. Section editor: B. Vrhovac. *Meyler's Side Effects of Drugs, 11th Edition*. 2000 Eleviser Science

B.V. (Reproduced at MIR_IIH_EU00885953).

Mowl AD, Grogg JA, Klein J. Secondary pseudotumor cerebri in a patient undergoing sexual reassignment therapy. *Clin Exp Optom* 2009: 5: 449-453.

Nilsson B, von Schoultz B. Binding of levonorgestrel, norethisterone and desogestrel to human sex hormone binding globulin and influence on free testosterone levels. Gynecol Obstet Invest 1989;27(3):151-4.

Olsson S-E, Odlind V. "Free Levonorgestrel Index" (FLI) is a better parameter than plasma level of levonorgestrel for predicting risk of pregnancy during use of subdermal contraceptive implants releasing levonorgestrel. Steroids 1988; 52/4: 407-408.

Olsson S-E, Odlind V, Johansson EDB, Nordstrom M-L. Plasma levels of levonorgestrel and free levonorgestrel index in women using Norplant® implants or two cov-ered rods (Norplant®-2). Contraception 1987;35:215-28.

Osman M I, Abdalla M I , Toppozada M H, Bay ad M A, Ibrahim I I, Hafez E S E: Subdermal levonorgestrel implants: Serum androgens. Contraceptive Delivery Syst 4: 127-131, 1983.

Panay N & Studd J. Progestogen intolerance and compliance with hormone replacement therapy in menopausal women. Hum Reprod Update 1997;3(2):159-171.

Park S, Cheng CP, Lim LT, Gerber D. Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient *Seminars in Ophthalmology,* 2014; 29(3): 156-158.

Qin LH, Goldberg JM & Hao G. A 4-year follow-up study of women w Norplant-2 contraceptive implants. *Contraception* 2001;64: 301-303.

Ros Forteza FJ, Pereira Marques I, Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device, letter to the editor, *Neurología.* 2017 Feb 16.

Sachdeva S. Hirsutism: Evaluation and Treatment. Indian J Dermatol. 2010 Jan-Mar; 55(10: 3-7.

Shweiki D, Itin A, Neufeld G, Gitay-Goren H, Keshet E. Patterns of expression of vascular endothelial growth factor (VEGF) and VEGF receptors in mice suggest a role in hormonally regulated angiogenesis. J Clio loves 1993;91:2235-43.

Sisenwine, S. F. *et al.* 1975. Excretion and stereoselective biotransformations of dl-, d- and l-norgestrel in women. *Drug Metab. Dispos.* 3(3):180-188.

Sitruk-Ware, R. New progestogens for contraceptive use. Hum Reprod. 2006; 12(2):169-178.

Sivin I, Lähteenmäki P, Ranta S, Darney P, Klaisle C, Wan L, Mishell DR Jr, Lacarra M, Viegas OA, Bilhareus P, Koetsawang S, Piya-Anant M, Diaz S, Pavez M, Alvarez F, Brache V,

LaGuardia K, Nash H, Stern J. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. *Contraception* 1997;55:81-85.

Sivin I, Campodonico I, Kiriwat O, et al. The performance of LNG rod and Norplant contraceptive implants: a 5 year randomized study. Hum Reprod. 1998; 13(12):3371-3378.

Sivin, I, et al. *Jadelle Levonorgestrel Rod Implants: A Summary of Scientific Data and Lessons Learned from Programmatic Experience.* Population Council, 2002. http://www.respond-project.org/pages/files/4_result_areas/Result_1_Global_Learning/LA_PM_CoP/june2009-launch/Jadelle-Levonorgestrel-Rod-Implants.pdf

Stanczyk FZ, Hapgood JP, Winer S, Mishell DR. Progestins Used in Postmenopausal Hormone Therapy: Differences in Their Pharmacological Properties, Intracellular Actions, and Clinical Effects. *Endocr Rev*, April 2013, 34(2):171-208.

Subakir SB, Hadisaputra W, Handoyo AE, Affandi B. Endometrial angiogenic response in Norplant users. Hum Reprod. 1996; 11(S2):51-55.

Sunku, A. J., A. E. O'Duffy, and J. W. Swanson. Benign intracranial hypertension associated with levonorgestrel implants. *American Neurological Association*: 299 (1993).

Tang, R. A. *et al.* Pseudotumor cerebri associated with the Norplant contraceptive device. *Investigative Ophthalmology & Visual Science* 36:S677 (1995).

Upmalis D, Phillips A. Receptor binding and in vivo activities of the new progestins. JSOGC 1991; 13:35.

US Preventive Services Task Force. Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement. *JAMA.* 2017;318(22):2224–2233.

Valenzuela RM, Rai R, Kirk BH, Sanders JN, Sundar S, Hamann S, Warner JEA, Digre KB, Crum AV, Jones KP, Katz BJ: An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device, *Neuro-Ophthalmology* (2017).

Westgate C, Botfield H, O'Reilly M, Hodson D & Sinclair A. Evaluating the role of testosterone n cerebrospinal fluid secretion. *Endocrine Abstracts* (2017) **50** P325.

Wysowski & Green, *Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System*, 85 OBSTET. & GYNECOL. 538 (1995).

Xiao, B. L. *et al.* Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. *Contraception* 1990;41(4):353-362.

Zalanyi SJ, Aedo A, Johannisson E, Landgren B, Dicz-falusy E. Pituitary, ovarian and endometrial effects of graded doses of medroxyprogesterone acetate adminis-tered on cycle days 7 to 10. Contraception 1986;33:567- 78.

**Drug Labels**

Jadelle, Bayer OY. Turku, Finland: December 2016

Kyleena, Bayer HealthCare Pharmaceuticals Inc. Whippany, NJ: September 2016

Mirena, Bayer HealthCare Pharmaceuticals Inc. Whippany, NJ: May 2017

Norplant System, Wyeth. Philadelphia, PA: October 2001

Skyla, Bayer HealthCare Pharmaceuticals Inc. Whippany, NJ: March 2017

**Patents**

Patent Application US20150065472 (March 5, 2015): Intrauterine application of 18-methyl-15ss,16ss-methylene-19-nor-20-spirox-4-en-3-one systems, intrauterine systems containing 18-methyl-15ss,16ss-methylene-19-nor-20-spirox-4-en-3-one, as well as the use thereof in contraception and gynaecological therapy

Patent Publication EP2305267 A2: Pharmaceutical combination of ethinylestradiol and drospirenone for use as a contraceptive

**Bayer Documents**

MIR_AC_00254083

MIR_AC_00342056

MIR_AC_00363378

MIR_AC_00399139

MIR_BG_00342528

MIR_BSR_00010903

MIR_BSR_IIH_00002034

MIR_BSR-R_00138205

MIR_BSR-R_00140598

MIR_BSR-R_00143036

MIR_BSR-R_00172825

MIR_CH-R_00085086

MIR_ELEU_00138089

MIR_ELEU_00160451

MIR_ELEU_00260496

MIR_ELEU_00423662
MIR_ELEU_00741021

MIR_ELEU_00849680

MIR_ELEU_00087576

MIR_IIH_EU00001599

MIR_IIH_EU00606946

MIR_IIH_US00000146

MIR_IIH_US00002938

MIR_IIH_US00002940

MIR_INDNDA_0005002

MIR_INDNDA_00054781

MIR_INDNDA_00057246

MIR_INDNDA_00115027

MIR_IIH_EU00369901

MIR_IIH_EU01205373

MIR_JR_00284148

MIR_JR_00290799

MIR_JSEU_01362341

MIR_JSEU_00204154

MIR_JSEU_00204764

MIR_JSEU_00725583

MIR_JSEU_01362341

MIR_KCOPLEY_JSEU_00000022

MIR_PIEU_00251462

MIR_PIEU_00497630

MIR_PIEU_00695315

MIR_PKEU_00273084

MIR_PSEU_00166523

MIR_PSEU_00253471

MIR_PSEU_00308252

MIR_PSEU_00323928

MIR_PSEU_00512226

MIR_PSEU_00546368

**Deposition Transcripts**

Birte Hofmann (November 20, 2017)

Christian Zurth (November 29, 2017)

# APPENDIX A

**Name:** **PHILIP DEMPSEY DARNEY, M.D., M.Sc.**

Position: Distinguished Professor, Emeritus
Department of Obstetrics, Gynecology and Reproductive Sciences
School of Medicine, University of California, San Francisco

Address: 3333 California Street, Suite 335, Box 0744
University of California, San Francisco
San Francisco, California 94143

Voice: (415) 476-4911
Fax: (415) 502-8479
E-mail: philip.darney@ucsf.edu

## EDUCATION

| | |
|---|---|
| 1960 | Polytechnic High School, Long Beach, California |
| 1964 | University of California, Berkeley, B.A., Psychology |
| 1968 | University of California, San Francisco, M.D. |
| 1972 | London School of Hygiene and Tropical Medicine, M.Sc., Medical Demography |

| | |
|---|---|
| 1968-69 | U.S. Public Health Service Hospital, San Francisco, Intern, general surgery |
| 1972-74 | Centers for Disease Control, Atlanta, Resident, preventive medicine |
| 1974-77 | Brigham and Women's Hospital, Boston, Resident, obstetrics and gynecology |

## LICENSES, CERTIFICATIONS:

| | |
|---|---|
| 1969 | Medical licensure, California (A23577) |
| 1975 | Medical licensure, Massachusetts (38288) |
| 1978 | Medical licensure, Oregon (11439) |
| 1982 | Medical licensure, New York (152597) |
| 1976 | American Board of Preventive Medicine |
| 1980 | American Board of Obstetrics and Gynecology |

## PRINCIPAL POSITIONS HELD:

| | |
|---|---|
| 1969-71 | Epidemic Intelligence Service Officer, Centers for Disease Control, Atlanta |
| 1972-74 | Deputy Director, Family Planning Evaluation Division, Bureau of Epidemiology, Centers for Disease Control, Atlanta |
| 1977-78 | Assistant Professor, Obstetrics and Gynecology, Harvard Medical School (at the Brigham and Women's Hospital) Boston |

| | |
|---|---|
| 1978-80 | Associate Professor, Obstetrics and Gynecology, Oregon Health and Science University, Portland |
| 1981-88 | Associate Professor in Residence, Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco |
| 1988-99 | Professor in Residence, Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco |
| 1999-2010 | Professor and Chief of the San Francisco General Hospital Division, Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco |
| 2008-now | Distinguished Professor, Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco |

## OTHER POSITIONS HELD CONCURRENTLY

| | |
|---|---|
| 1969-70 | Medical Advisor, Nigerian Red Cross Southeast State War Relief Action, Aba, Nigeria |
| 1971-74 | Consultant in Family Planning Program Evaluation to Guatemala, Indonesia, Pakistan, Thailand, Mexico and El Salvador, Office of Population, U.S. Agency for International Development, (USAID), Washington, D.C. |
| 1974-80 | Consultant in Family Planning Program Evaluation to Egypt, Thailand, Singapore, Indonesia, Honduras, Tunisia, Mexico and Sudan; American Public Health Association, Washington, D.C. |
| 1974-75 | Consultant to Reproductive Science Review Project; Ford Foundation, New York, NY |
| 1976-78 | Consultant in Family Planning Program Evaluation to Egypt and Bangladesh; Pathfinder International, Boston, MA |
| 1977-80 | Visiting Lecturer on Maternal Health, Harvard School of Public Health, Boston, MA |
| 1978-80 | Director, Oregon Program for Reproductive Health and Co-Director, Div. of Perinatology, Oregon Health and Science University, Portland, OR |
| 1981-01 | Founding Medical Director, Women's Options Center, San Francisco General Hospital |
| 1981-88 | Associate Professor, Institute for Health Policy Studies, University of California, San Francisco, CA |
| 1989-now | Professor, Institute for Health Policy Studies, University of California, San Francisco, CA |
| 1989 | Consultant to Family Planning Programs, USAID, Zimbabwe |
| 1991 | Consultant in Sterilization, USAID, Egypt |
| 1992 | Consultant in Contraception, USAID, Indonesia |
| 1994 | Consultant in Family Planning Education, USAID, Uttar Pradesh, India and Nepal |
| 1997-01 | Founding Medical Director, New Generation Health Center, San Francisco |
| 1998-09 | Consultant in Reproductive Health, Government of Viet Nam |
| 1998-10 | Chief, Department of Obstetrics, Gynecology and Reproductive Sciences, San Francisco General Hospital |
| 1999-now | Founding Director, Bixby Center for Global Reproductive Health, Department of Obstetrics, Gynecology, and Reproductive Sciences, UCSF |

| | |
|---|---|
| 1999-10 | Vice Chair, Department of Obstetrics, Gynecology and Reproductive Sciences, UCSF |
| 2004-07 | Founding President, American Society of Family Planning |
| 2008 | President, San Francisco Gynecological Society |

## HONORS AND AWARDS

| | |
|---|---|
| 1983 | American Public Health Association's Young Professional Award for Outstanding Contributions in Maternal and Child Health |
| 1985 | UCSF Obstetrics and Gynecology Residents' Special Commendation for Excellence in Teaching |
| 1988 | UCSF Obstetrics and Gynecology Residents' Outstanding Attending Physician Award |
| 1992 | U.S. Representative, International Planned Parenthood Federation 40th Anniversary Assembly, New Delhi |
| 1993 | Class Speaker, 25th Reunion, University of California, San Francisco, Medical School Class of 1968 |
| 1996 | Luella Klein Lecturer, Emory University |
| 1999 | UCSF Chancellor's Award for Public Service |
| 2000 | The Alvin F. Goldfarb, M.D., Lectureship, North American Society for Pediatric and Adolescent Gynecology |
| 2001 | UCSF Chancellor's Award for Public Service |
| 2002 | The Alan Guttmacher Lecturer, Planned Parenthood Federation of America |
| 2002 | Chief, Pro Tempore, Department of Obstetrics and Gynecology, Brown University |
| 2002 | Distinguished Service Award, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco |
| 2003 | American College of Obstetricians and Gynecologists, Section Award for "an outstanding activity effectively furthering the objectives of the College" |
| 2004 | Carl S. Schultz Award "for major contributions to reproductive health," American Public Health Association |
| 2004 | Elected to the Institute of Medicine of the National Academies |
| 2005 | Outstanding Teaching Award from the Residents, Department of Obstetrics, Gynecology, and Reproductive Sciences, UCSF. |
| 2007 | Outstanding Teaching Award from the Residents, Department of Obstetrics, Gynecology, and Reproductive Sciences, UCSF. |
| 2008 | Excellence in UCSF Medical Student Teaching Award, Obstetrics & Gynecology |
| 2008 | UCSF Chancellor's Award for the Advancement of Women |
| 2009 | Kenneth J. Ryan Physician Leadership Award, American College of Obstetricians and Gynecologists |
| 2009 | Philip J. Di Saia Lecturer, University of California, Irvine |
| 2009 | Outstanding Resident Teaching Award, Department of Obstetrics, Gynecology and Reproductive Sciences, UCSF |
| 2010 | Christopher Tietze Humanitarian Award (with Dr. Uta Landy) National Abortion Federation |
| 2010 | UCSF Chancellor's Award for the Advancement of Women |
| 2011 | Lifetime Achievement in Contraceptive Research, Society of Family Planning |

| | |
|---|---|
| 2011 | Eliot Rapaport Award for Commitment to San Francisco General Hospital from the Physicians at SFGH |
| 2011 | Outstanding Faculty Award in Medical Student Teaching, UCSF |
| 2012 | Margaret Sanger Award for Outstanding Contributions to Family Planning (with Dr. Uta Landy). Planned Parenthood Federation of America. |
| 2013 | Allan Rosenfield Memorial Orator, Second International Congress on Women's Health and Unsafe Abortion, Bangkok |
| 2014 | Gold-Headed Cane Award, UCSF |

## AREAS OF INTEREST

Contraceptive development, family planning program evaluation, abortion technology and services, family planning training, global reproductive health

## CLINICAL AFFILIATION

Attending Gynecologist, San Francisco General Hospital Division of Obstetrics, Gynecology and Reproductive Sciences.

## PROFESSIONAL ORGANIZATIONS

Memberships:

| | |
|---|---|
| 1970 | American Public Health Association |
| 1970 | Population Association of America |
| 1974 | Association of Reproductive Health Professionals |
| 1976 | American College of Preventive Medicine (Fellow) |
| 1980 | American College of Obstetricians and Gynecologists (Fellow) |
| 1982 | San Francisco Gynecologic Society (Past President) |
| 1991 | American Society for Reproductive Medicine |
| 1998 | European Society for Contraception (Member) |
| 1999 | American Gynecological and Obstetrical Society (Elected Fellow) |
| 2004 | Society of Family Planning (Founding President) |
| 2004 | Institute of Medicine of the National Academies (Elected Member) |
| 2006 | Society for Gynecologic Investigation |
| 2008 | American Gynecological Club (Elected Member) |

Service to Professional Organizations:

| | |
|---|---|
| 1974-77 | American College of Obstetricians and Gynecologists, Junior Fellow Advisory Council - Member (1974-75), Vice Chair (1976), Chair (1977) |
| 1977-now | American College of Obstetricians and Gynecologists (ACOG) - Executive Board (1977-78), Learning Resources Commission (1977-79), Task Force on Regional Planning and Health Systems Agencies (1979), Task Force to Review the Scope and |

Functions of the Obstetrician/ Gynecologist (1979), Task Force on International Affairs (1983-1985), Contributor to "Precis: Update in Obstetrics and Gynecology," (1985, 2003), Author of "Technical Bulletin: Sterilization" (1987, 1994), Expert Reviewer, HHS Title X Guidelines for Family Planning Services (1993), Chair, Section I, District IX (2000-03), Annual Clinical Meeting Official Host (2000), Scientific Program Chair, District VI, VIII, and IX Annual Meeting (2001).

| | |
|---|---|
| 1980-83 | American Public Health Association - Member, Maternal and Child Health Section, Chair, Committee on Alternatives in Maternity Care of the Maternal and Child Health Section |
| 1980-86 | Joint Commission on Accreditation of Hospitals - ACOG Representative to Professional and Technical Advisory Committee |
| 1982-86 | Engender Health Clinical Consultant and Consultant to Egypt |
| 1985-88 | Planned Parenthood Federation of America - Chair, National Medical Committee |
| 1987 | International Projects Assistance - Consultant to Ministry of Health, Turkey |
| 1988 | Program for the Introduction and Adaptation of Contraceptive Technology - Consultant to Zimbabwe |
| 1989 | Family Planning International Assistance - Consultant to Zambia |
| 1989 | Population Council - Consultant to Zimbabwe National Family Planning Council and University of Zimbabwe, Department of Obstetrics and Gynecology |
| 1989-90 | Planned Parenthood Federation of America, Vice President |
| 1991 | The John Hopkins University Program for Instruction and Education in Gynecology and Obstetrics, Consultant to the University of Indonesia, Department of Obstetrics and Gynecology |
| 1992 | International Planned Parenthood Federation, Members' Assembly and Family Planning Conference, New Delhi, U.S. Delegate |
| 1994 | The Johns Hopkins University Program for Instruction and Education in Gynecology and Obstetrics, Consultant to the Government of Nepal, National Family Planning Program |
| 1995 | Engender Health, Consultant in Contraception, Ukraine |
| 2004-06 | International Planned Parenthood Federation, International Medical Advisory Panel Member |

| | |
|---|---|
| 2006-09 | Council of the American Gynecological and Obstetrical Society, Member At-Large on the Program Advisory Committee |
| 2006-10 | International Planned Parenthood Federation, International Medical Advisory Panel, Chair |
| 2008 | President, San Francisco Gynecological Society |
| 2007-09 | Pathfinder International-Vietnam and Ministry of Health, Government of Vietnam, Reproductive Health Advisor |

## SERVICE TO PROFESSIONAL PUBLICATIONS:

| | |
|---|---|
| 1978-87 | Public Health Reports, Peer Reviewer |
| 1979-now | Journal of the American Medical Association, peer reviewer |
| 1982-84 | Advances in Reproductive Medicine, Editorial Board |
| 1985-now | Obstetrics and Gynecology, Peer Reviewer |
| 1985-now | International Journal of Gynecology and Obstetrics, peer reviewer |
| 1985-88 | Planned Parenthood Federation of America Medical Digest; Editorial Board |
| 1989-now | American Journal of Obstetrics and Gynecology, Peer Reviewer |
| 1991-now | Perspectives in Sexual and Reproductive Health, Peer Reviewer |
| 1992-now | Journal of Adolescent Health, Peer Reviewer |
| 1992-now | Studies in Family Planning, Peer Reviewer |
| 1992-now | Contraception, Peer Reviewer |
| 1993 | Women's Health Issues, Guest Editor |
| 1993-now | New England Journal of Medicine, peer reviewer, Editorialist |
| 1994-96 | Women's Health Reports, Editorial Board |
| 1994-00 | Journal of Gynecologic Techniques, Editorial Board |
| 1994-08 | Dialogues in Contraception, Editorial Board |
| 1995-now | Journal of Family Practice, Peer Reviewer |
| 1996-now | Fertility and Sterility, Peer Reviewer |

1998-02 Obstetrics & Gynecology, Editorial Board

1998-now Contraception, Associate Editor

2000-now The Lancet, peer reviewer, Editorialist

2004-now Current Opinion in Obstetrics and Gynecology, Editorial Board

2006-now Up To Date, Contributing Editor, Obstetrics and Gynecology

## INVITED PRESENTATIONS

INTERNATIONAL (recent):

2001 International Conference on Vaginal Hormonal Contraception, Rome (invited speaker)

2002 International Conference on Progestins and Anti-progestins, Sienna (moderator)

2004 European Society of Contraception (invited speaker)

2005 6th congress of European Society of Gynecology, Helsinki (invited speaker)

2005 5th Croatian Congress on Gynecological Endocrinology, Brijuni, Croatia (invited speaker)

2006 XVIII FIGO World Congress of Gynecology and Obstetrics, Kuala Lumpur (invited speaker)

2006 Recent Contraceptive Research: Ho Chi Minh Society of Reproductive Medicine Annual Meeting, Reunification Palace, Ho Chi Minh City, Vietnam

2006 Fifth International Conference on Intrauterine Contraception, New York (invited speaker)

2008 National Medical School Curriculum Reform Conference, Dalat, Vietnam (invited speaker)

2009 XIX FIGO World Congress of Gynecology & Obstetrics, Cape Town (invited speaker)

2009 National Conference on Intrauterine Contraception, Beijing (invited speaker on "Non-contraceptive Uses of Intrauterine Levonorgestrel")

2010 First International Congress on Women's Health and Unsafe Abortion, Bangkok (moderator, invited speaker)

2013 Second International Congress on Women's Health and Unsafe Abortion, Bangkok (invited keynote speaker)

2013 Reproductive Health Program, World Health Organization, Geneva (invited speaker on "From Research to Policy")

2014 The 11th FIAPAC Conference, Ljubljana, Slovenia (invited speaker on "Moving Forward: giving women a choice in reproduction")

NATIONAL (recent)

7/15/2010 25 Years of Abortion Service Training and Research at UCSF, Grand Rounds, Santa Clara Valley Medical Center

10/11/2010 25 Years of Abortion Services Training and Research at UCSF, Grand Rounds, Cornell Medical College

10/13/2010 Developing the Research Agenda for Reproductive Choice, Grand Rounds, New York University

04/16/2011 The Ninth Annual Northern California Kaiser Permanente Obstetrics and Gynecology Resident Research Symposium, Moderator

09/13/2011 30 Years of Abortion Services, Training and Research at UCSF, Grand Rounds, Tufts University Hospital

09/14/2011 30 Years of Abortion Services, Training and Research at UCSF, Grand Rounds, Brigham and Women's Hospital

02/6-7/2012 Visiting Professor, Obstetrics and Gynecology, University of Colorado, Denver. "Long Acting Contraception," "Contraception in the high risk woman"

03/28/2012 30 Years of Abortion Services Training and Research at UCSF, Grand Rounds, Boston Medical Center

06/8/2012 30 Years of Abortion Services Training and Research at UCSF, Grand Rounds, University of California, Irvine Medical Center

07/25/2012 Abortion in Teaching Hospitals: Service, Training and Research, Grand Rounds, University of Washington

03/12/2013 Progress and Promise in Eliminating Unsafe Abortion Worldwide, Grand Rounds, University of California, San Francisco

03/28/2013 Abortion Services in Teaching Hospitals, Grand Rounds, MedStar Washington Hospital Center

06/20/2013 30 Years of Abortion Services Training and Research at UCSF, Grand Rounds, Yale University, Department of Obstetrics and Gynecology

07/23/2013 Abortion Services in Teaching Hospitals, Grand Rounds, Case Western Reserve University, Department of Obstetrics and Gynecology

12/02/2014 Preventing Maternal and Child Mortality through Family Planning, University of Hawaii

12/16/2014 Reproductive Choice and Global Health, Grand Rounds, Kaiser Permanente San Francisco

02/20/2015 Training the Next Generation of Physician Leaders in Family Planning, University of Utah Family Planning Symposium

REGIONAL AND OTHER INVITED PRESENTATIONS

North American Society for Pediatric and Adolescent Gynecology, 2000 (keynote speaker)

National Institute of Child Health and Human Development Conference on Hormonal Contraception Research and Development – 2001 (invited speaker)

National Association of Nurse Practitioners, 1997, 2004 (invited speaker)

American College of Nurse Midwives, 1998, 2004 (invited speaker)

American College of Obstetricians and Gynecologists Annual Clinical Meeting - 1999 (host organizer), 2002 (invited speaker), 2003 (invited speaker), 2004 (invited speaker), 2005 (invited speaker), 2006, 2007, 2008

American Congress of Obstetricians and Gynecologists Annual District Meeting (Districts VI, VIII, & IX) - 2014

American Public Health Association - 2003 (paper), 2004 (award recipient), 2008, 2012

American Gynecological and Obstetrical Society, 2003-2012

## CME COURSES ATTENDED

American College of Obstetricians and Gynecologists Annual Clinical Meeting - 1999 (host organizer), 2002 (invited speaker), 2003 (invited speaker), 2004 (invited speaker), 2005 (invited speaker), 2006, 2007 (invited speaker), 2008, 2009, 2010, 2011, 2012

American Society for Reproductive Medicine - 1991 (invited speaker), 1992, 1994, 1995 (invited speaker), 1998 (invited speaker), 2001 (paper), 2004 (paper), 2005(paper), 2007 (invited speaker)

Association of Reproductive Health Professionals - 1998 (invited speaker), 2001 (invited speaker), 2003 (invited speaker), 2004 (invited speaker), 2005, 2006, 2007 (invited speaker), 2008, 2009, 2011, 2012 (invited speaker)

American Gynecologic and Obstetrical Society, 1999-2012

Society of Family Planning, 2005-2012 (invited speaker 2005-08)

## GOVERNMENT and OTHER PROFESSIONAL SERVICE

| | |
|---|---|
| 1975 | National Institute of Child Health and Human Development - Ad hoc Expert Committee on the Demographic Evaluation of Family Planning Programs (member) |
| 1979 | National Institute of Child Health and Human Development - Ad hoc Intrauterine Device Research Committee (member) |
| 1980 | National Institute of Child Health and Human Development - Ad hoc Reviewer: Five-Year Research Plan in Contraceptive Evaluation (member) |
| 1981-83 | San Francisco Department of Public Health - Consultant in Family Planning |
| 1982-07 | Planned Parenthood Federation of America - National Medical Committee Member; Chair, Committee on Surgical Services; Consultant to the Board on Abortion Services; National Medical Committee Chair |
| 1984-85 | Epilepsy Society of America - ACOG Representative to Contraceptives and Epilepsy Task Force |
| 1984 | American Academy of Pediatrics - ACOG Consultant on Screening Recommendations Out-of-Hospital Newborns |
| 1984, 2003 | New York City Health and Hospitals Corporation - Consultant on Abortion Services |
| 1985-86 | Association of Reproductive Health Professionals - Chair, Postgraduate Education Committee |
| 1986-92 | Council on Resident Education in Obstetrics and Gynecology - Member, Committee on In-Training Examinations for Residents in Obstetrics and Gynecology |

| | |
|---|---|
| 1987 | U.S. Public Health Service - Consultant to the Deputy Assistant Secretary for Population Affairs on Title X Family Planning Guidelines for Project Grants |
| 2001 | Centers for Disease Control, International conference on Factor V Leiden Screening, (invited speaker) |
| 2002 | National Institute of Child Health and Human Development, Review of Contraceptive Research Centers |
| 2003 | National Institute of Child Health and Human Development, Study Section, Contraceptive Development |
| 2003 | Advisory Committee for Reproductive Health Drugs, Food and Drug Administration, Center for Drug Evaluation and Research (CDER) |
| 2005-09 | National Institute of Child Health and Human Development, Data and Safety Monitoring Board, Chair |
| 2006 | National Institute of Child Health and Human Development, Contraceptive Research Centers, Study Section Member |
| 2005-now | Institute of Medicine, Washington DC |
| 2009 | US Medical Eligibility Criteria for Contraceptive Use Planning Committee, CDC, Atlanta |
| 2010-now | US Selected Practice Recommendations for Contraceptive Use (SPR) Committee, CDC, Atlanta |
| 2011 | National Institute of Child Health and Human Development, Scientific Vision Workshop on Reproduction, Bethesda, Section Chair; Review of International Cooperative Agreements; Chair, Review of international centers network proposals. |
| 2012 | U.S. Food and Drug Administration, Advisory Committee for Reproductive Health Drugs, testimony on “subgroup analysis for drug evaluations.” |
| 2013-2018 | National Institute of Child Health and Human Development, Contraceptive Clinical Trial Network, Member, Protocol Development Committee |

## UNIVERSITY AND PUBLIC SERVICE

### UNIVERSITY SERVICE

CAMPUS-WIDE:

1982-now Ad hoc promotion review committees, UCSF; member (16), chair (3)

1983-1987 Representative Assembly (Obstetrics, Gynecology and Reproductive Sciences), San Francisco Division, Academic Senate

1994 Ad Hoc Committee to Study Policies and Procedures Governing In- Residence Faculty, member

1998 Search Committee for Chief, Department of Anesthesia, SFGH; for Director, Women's Imaging, SFGH

1999-2000 Representative Assembly (Obstetrics, Gynecology and Reproductive Sciences), San Francisco Division, Academic Senate

2002-2003 UCSF Chancellor's Award for Public Service Committee

2000-2004 UCSF Representative to the Legislative Assembly of the Academic Senate

2002-2003 UCSF Academic Senate Committee on Academic Freedom

2004-2005 Search Committee for Chief, Department of Anesthesia Service, SFGH

2006-2007 Chair, UCSF Chancellor's Award for Public Service Committee

2007-2008 Chair, Search Committee for Chief, Pediatric Service, SFGH

DEPARTMENTAL SERVICE:

1981-1993 Member Quality Assurance Committee, San Francisco General Hospital
Chair, Quality Assurance Committee, Department of Obstetrics and Gynecology

1983-1984 Member, Department Education Committee

1983-1985 Coordinator, Ob-Gyn Clinical Clerkship, San Francisco General Hospital

1985-1988 Chair, Abortion and Sterilization Committee, San Francisco General Hospital

1985-1990 Member, Medical Records Committee, San Francisco General Hospital

1987-1989 Chair, Faculty United Way Campaign

1987-2002 Member, Department House Staff Committee

1985-now Chair, ad hoc faculty recruitment search committees (12)

1992-1998 Member, Invasive Procedures Committee, San Francisco General Hospital

1994-2001 Member, Tissue Review Committee, San Francisco General Hospital

1995-1999 Member, Credentials Committee, San Francisco General Hospital

1996-2005 Member, Committee on Academic Advancements and Promotions

1996-2006 Member, Practice Improvement and Patient Safety Committee, San Francisco General Hospital

1998-1999 Acting Chief, Department of Obstetrics, Gynecology and Reproductive Sciences, San Francisco General Hospital.

1998-2010 Medical Executive Committee, San Francisco General Hospital

2002 Department Distinguished Service Award

2005-2010 Co-Chair, Committee on Academic Advancement and Promotion

**PUBLIC SERVICE:**

1975-1976 Cabot Day Care Center, Newton, MA (Board of Directors)

1977-1978 Planned Parenthood League of Massachusetts, (Board of Directors)

1978-1980 Planned Parenthood of Portland, Oregon (Board of Directors)

1979-1980 Health Services Planning Agency, Metropolitan Portland, Oregon (Board of Directors)

1979-1980 Fruit and Flower Day Care Center, Portland, Oregon, Member, Parents' Committee

1979-1980 Bluebirds/Campfire Girls, Portland, Oregon, Parent Leader

1981-1982 California Family Planning Advisory Board (Board of Directors; Chair, Legislative Committee)

1981-1984 Teens 'N Theater Parents' Night at San Francisco General Hospital (Host)

1982-1984 Nurses Association of the American College of Obstetricians and Gynecologists (Member, By-laws Committee)

1982-1985 Planned Parenthood of Alameda/San Francisco, Board of Directors; Chair, Medical Committee

1984 Women's Campaign Fund (Fund Raiser Host)

1985 Planned Parenthood of Alameda/San Francisco, Moderator, "Collision Course - Reproductive Ethics"

| | |
|---|---|
| 1985-1992 | Planned Parenthood Federation of America, Board of Directors |
| 1986 | Planned Parenthood Federation of America, Member, Bioethics Advisory Panel |
| 1987 | San Francisco Juvenile Court, Member, Parental Consent Advisory Committee |
| 1989-1992 | Planned Parenthood Federation of America, Vice Chair |
| 1991 | California Office of Family Planning, Member, Advisory Committee on Norplant |
| 1991-1994 | Engender Health, Board of Directors |
| 1992 | Named "Champion of Choice" by California Abortion Rights Action League |
| 1992-1995 | Alan Guttmacher Institute, Board of Directors |
| 1994-1996 | Park School, Mill Valley, CA, PTA, Parent Volunteer |
| 1995-1999 | Scott Valley Swim Team, Mill Valley, CA, Parent Volunteer, Stroke and Turn Judge |
| 1996-1997 | California Office of Family Planning, Member, Advisory Committee on Medi-Cal Transition |
| 2000-2003 | Marin Pirates Swim Team, Stroke and Turn Judge |
| 2000 | "One Fine Day" CARAL fund raiser, Co-Chair |
| 2001 | UCSF Chancellor's Award for Public Service |
| 2002-2003 | Adulthood Clinical Group Gynecologist Representative to the Blue Shield of California Foundation, Essential Health – Care Benefits Project |
| 2004-now | Fourth-grade Career Choice Speaker, Richmond, CA, Elementary School District |
| 2005 | Audubon Society Annual Bird Count, Oakland Aquatic Region, observation boat pilot. |
| 2005 | South Dakota Task Force to Study Abortion, Testimony to Legislature |
| 2008 | WHO-CDC Planning Committee on Medical Eligibility Criteria for Contraceptive Use |
| 2012 | Planned Parenthood of Alaska, testimony on parental consent and notification laws. |

## TEACHING AND MENTORING

| | |
|---|---|
| 1990-now | Fellowship in Family Planning (25 fellows) |

1994-2002 Medical Student Family Planning Research Elective (8 students/year)

1998-now Reproductive Health Elective, School of Medicine (30 students)

ORIGINAL EDUCATIONAL PROJECTS (Director and Founder)
Postdoctoral Family Planning Research Fellows directly supervised and mentored:

1990-1991 Dilys Walker, M.D., Fellow; Adjunct Professor, UCSF, UCB School of Public Health, Institute of Public Health, Cuernavaca, Mexico.

1992-1993 Mitchell Creinin, M.D., Fellow; Professor and Chair, Obstetrics and Gynecology, School of Medicine, University of California, Davis.

1994-1995 Miriam Zieman, M.D., Fellow; Associate Clinical Professor, Dept. Gynecology and Obstetrics, School of Medicine, Emory University.

1996-1997 Laura MacIsaac, M.D., Fellow; Associate Professor, Dept. of Obstetrics and Gynecology, Mt. Sinai College of Medicine.

1997-1998 Lisa Thomas, M.D., Fellow; Project Officer, WHO.

1998 Tina Raine, M.D., M.P.H., Fellow; Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, UCSF, NIH Minority Supplement Career Development Award and RO-1, Director of Women's Health Research, Kaiser-Permanente, Northern California

1998-1999 Alisa Goldberg, M.D., Fellow; UCSF, NIH Women's Reproductive Health Research Award recipient, Associate Professor, Brigham and Women's Hospital, Harvard Medical School, Director of Research, Planned Parenthood League of Massachusetts

1999-2000 Karen Meckstroth, MD, Fellow; Associate Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, UCSF, NIH Contraceptive Epidemiology Research Award recipient

2001-2002 Eleanor Drey, Deborah Cohan, Fellows; Associate Clinical Professors, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco, NIH K-23 Award recipient (Cohan)

2001-2003 Gillian Dean, Fellow; Associate Professor, Mt. Sinai College of Medicine of Yeshiva University, New York. Jody Steinauer, Fellow; Professor of Clinical Obstetrics and Gynecology, UCSF.

2002-2004 Genevieve Roy, Fellow; Assistant Professor, University of Montreal

2003-2006 Ram Parvataneni, Fellow; Clinical Professor, UCLA

2004-2006 Sarah Prager, Fellow; Assistant Professor, University of Washington

2005-2007 Diane Morof, Fellow; EIS Officer, CDC, Atlanta; Pratima Gupta, Fellow; Residency Program Director, Kaiser, Oakland; Sadia Haider, Fellow; Associate Professor, University of Illinois, Chicago, School of Medicine.

2006-2008 Christine Dehlendorf, Fellow; (NIH K Award) Assistant Professor, UCSF; Tabetha Harken, Fellow; Assistant Professor, UC Irvine; Sara Newmann, Fellow; (NIH K Award) Assistant Professor, UCSF.

2007-2009 Maria Rodriguez, Fellow; WHO Reproductive Research Associate; Grace Shih, Fellow; Assistant Professor, University of Washington; Carolyn Sufrin, Fellow; Assistant Professor, Johns Hopkins.

2008-2010 Jennifer Kerns, Fellow; (NIH K Award) Assistant Professor, UCSF; Nerys Benfield, Fellow; Assistant Professor, Albert Einstein College of Medicine; Sarah Kennedy, Fellow; Consultant, UNICEF; Robin Wallace, Fellow; Assistant Professor, Family Medicine, University of Texas, Southwestern.

2010-2012 Jessica Morse, Fellow; Assistant Clinical Professor, University of North Carolina.

2011-2013 Andrea Jackson, Fellow; Assistant Clinical Professor, UCSF

2012-2014 Meredith Warden, Fellow; Assistant Professor, Obstetrics and Gynecology, University of New Mexico

2013-2015 Valerie French, Assistant Professor, Univ Kansas, Kansas City

2014-2016 Dominika Seidman, Fellow, Assistant Professor, UCSF (NIH K Award) and Sarah Averbach, Assistant Professor, UCSD (NIH K Award)

**FACULTY MENTORING**

Deborah Cohan, Associate Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

Teresa DePiñeres, Assistant Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

Eleanor Drey, Associate Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco, Medical Director, Women's Options Center

Cynthia Harper, Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

Catherine Maternowska, Assistant Adjunct Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco, Associate Professor, Kenyatta University, Kenya

Karen Meckstroth, Associate Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

Tina Raine, Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco; Director, Women's Health Research, Kaiser Permanente, Oakland.

Naomi Stotland, Associate Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

Jody Steinauer, Professor of Clinical Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

Juan Vargas, Associate Professor of Clinical Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

Christine Dehlendorf, Assistant Professor, Family and Community Medicine (NIH K Award Recipient)

Grace Shih, Assistant Professor, Family and Community Medicine, University of Washington

Sarah Prager, Associate Professor, Obstetrics and Gynecology, University of Washington

Nerys Benfield, Assistant Professor, Obstetrics and Gynecology, Albert Einstein College of Medicine

Sara Newmann, Assistant Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco (NIH K Award Recipient)

Carolyn Sufrin, Assistant Professor, Department of Gynecology and Obstetrics, Department of Anthropology, Johns Hopkins University

Jennifer Kerns, Assistant Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco (NIH K Award Recipient)

Department Teaching Awards
Outstanding Resident Teaching: 1985, 1988, 1995, 2005, 2007, 2009
Outstanding Medical Student Teaching: 2008, 2009, 2010, 2011

Summary of Teaching Hours

2004-2005: 800 (two months on sabbatical)
2005-2006: 1,000

2006-2007: 800
2007-2008: 600
2008-2009: 600
2009-2010: 400
2010-2012: 400
2012-2016:300

## PEER REVIEWED PUBLICATIONS

1970 P.D. Darney, Attitudes of married college and medical students toward population growth and family planning. Public Health Reports, 85:412-418.

1971 P.D. Darney and N.D. Clenny. Tuberculosis outbreak in an Alabama high school. Journal of American Medical Association, 216:2117-2118.

1973 P.D. Darney and J.E. Greene. Tuberculosis outbreak in a circus company: report of a cooperative investigation. American Journal of Public Health, 62:43-45.

1975 P.D. Darney. Fertility decline and participation in Georgia's family planning program: temporal and areal associations. Studies in Family Planning, 6:156-165.

1975 S.H. Moore, R.H. Hutchinson, and P.D. Darney. An evaluation of the use of public health nurses to provide oral contraceptives in rural health departments. Advances in Planned Parenthood, 9:34-41.

1977 P.D. Darney and E.A. Wilson. Intravenous pyelography in the diagnosis and management of postpartum ovarian vein thrombophlebitis: a case report. American Journal of Obstetrics and Gynecology, 127:439-440.

1979 J.S. Berek and P.D. Darney. Massive exudative ascites produced from a tubal pseudocyst in chronic pelvic inflammatory disease. Obstetrics and Gynecology, 54:490-492.

1979 J.S. Berek, P.D. Darney, C. Lopkin, and D.P. Goldstein. Avoiding ureteral damage in pelvic surgery for ovarian remnant syndrome. American Journal of Obstetrics and Gynecology, 133:222-223.

1980 S.C. Schoenbaum, R.R. Munson, P.G. Stubblefield, P.D. Darney, and K.J. Ryan. Outcome of the delivery following an induced or spontaneous abortion. American Journal of Obstetrics and Gynecology, 136:19-24.

1981 W. Lee and P.D. Darney. Childbirth education: an assessment of its role in the education of residents in obstetrics and gynecology. Birth and the Family Journal, 8:2-18.

1983 P.D. Darney. Committee on alternatives in maternity care, P.D. Darney, Chair. Model regulations and guidelines for alternative birth centers. American Journal of Public Health, 73:331-334.

1985 P.D. Darney. Sonographically guided extraction of submucous myomata. Obstetrics and Gynecology, 60:731-732.

1985 P.D. Darney. Training residents in ambulatory gynecologic surgery at an urban teaching hospital in the U.S.A., Archives of Gynecology, 237:267 (supplement).

1986 P.D. Darney. Preparation of the cervix: hydrophilic and prostaglandin dilators. Clinics in Obstetrics and Gynecology, 13:43-51.

1986 R.H. Mattson, J.A. Cramer, P.D. Darney, and F. Naftolin. Use of oral contraceptives in women with epilepsy. Journal of the American Medical Association, 256:238-240, 1986.

1987 L. Van Le and P.D. Darney. Successful pregnancy outcome after cervical dilation with multiple laminaria tents in preparation for second-trimester abortion. American Journal of Obstetrics and Gynecology, 156:612-613.

1987 P.D. Darney, K. Dorward. Cervical dilation before first-trimester elective abortion: A controlled comparison of meteneprost, laminaria and hypan. Obstetrics and Gynecology, 70:397-400.

1987 P.D. Darney, U. Landy, S. MacPherson, and R.L. Sweet. Elective abortion training in U.S. obstetrics and gynecology residency programs. Family Planning Perspectives. 19:158-162.

1988 P.D. Darney. Maternal deaths in the less developed world: preventable tragedies. International Journal of Gynecology and Obstetrics, 26:177-179.

1989 P.D. Darney and R.L. Sweet. Routine intraoperative ultrasonography for second trimester abortion reduces incidence of uterine perforation. Journal of Ultrasound in Medicine 8:71-75.

1989 P.D. Darney, S.E. Monroe, C.M. Klaisle, and A. Alvarado. Clinical evaluation of the Capronor contraceptive implant: Preliminary report. American Journal of Obstetrics and Gynecology, 160:1292-1295.

1989 P.D. Darney, W. Myhra, E. Atkinson, and J. Meier. Serosurvey of human immunodeficiency virus infection in women at a family planning clinic: absence of infection in a population at risk. American Journal of Public Health, 79:883-5.

1990 P.D. Darney, C.M. Klaisle, S. Tanner and A.M. Alvarado, Sustained Release Contraceptives. Current Problems in Obstetrics, Gynecology and Fertility 13:95-125.

1990 P.D. Darney, E. Atkinson, and K. Hirabayashi. Uterine perforation during second trimester abortion by cervical dilation and instrumental extraction: a review of 15 cases. Obstetrics and Gynecology, 75:441-444.

1990 P.D. Darney, E. Atkinson, S. Tanner, et al. Acceptance and perceptions of Norplant among users in San Francisco, USA. Studies in Family Planning, 21:152-160.

1992 I. Sivin, P.D. Darney, et al. Rates and outcomes of planned pregnancy after use of Norplant capsules, Norplant II rods, or levonorgestrel-releasing or copper T Cu 380Ag intrauterine contraceptive devices. American Journal of Obstetrics and Gynecology, 166:1208-1213.

1992 P.D Darney, C.M. Klaisle, S.E. Monroe, C.E. Cook, N.R. Phillips, and A. Schindler. Evaluation of a one-year, levonogestrel-releasing contraceptive implant: side effects, release rates and biodegradability. Fertility and Sterility, 58:137-143.

1992 P.D. Darney, C.M. Klaisle, D.M. Walker, R. Ghadialy. The importance of proper insertion of Norplant Contraceptive Implants. Journal of Family Practice, 34:545-546.

1992 P.D. Darney, C.M. Klaisle, D.M. Walker. The "pop-out" method of Norplant removal. Advances in Contraception, 8:188-189.

1993 L. Speroff, A. DeCherney, P.D. Darney, et al. Evaluation of a new generation of oral contraceptives. Obstetrics and Gynecology, 81:1034-1047.

1993 L.D. Hankoff and P.D. Darney. Contraceptive choices for behaviorally disordered women. American Journal of Obstetrics and Gynecology, 168:1986-1989.

1993 M.D. Creinin and P.D. Darney. Methotrexate and misoprostol for early abortion. Contraception, 48:339-348.

1993 P.D. Darney. Safety and efficacy of a triphasic oral contraceptive containing desogestrel: results of three multicenter trials. Contraception, 48:323-337

1994 P.D. Darney. Hormonal implants: Contraception for a new century. American Journal of Obstetrics and Gynecology, 170:1536-42.

1995 P.D. Darney. The androgenicity of progestins, American Journal of Medicine, 98:104-10.

1996 P.D. Darney, R. N. Taylor, C. Klaisle, K. Bottles, C. Zaloudek. Serum concentrations of estradiol, progesterone, and levonorgestrel are not determinants of endometrial proliferation or abnormal bleeding in long-term Norplant users. Contraception, 53:97-100.

1996 P.D. Darney. Oral contraceptives and cardiovascular disease. Seminars in Reproductive Endocrinology, 14:51-62.

1996 M. Creinin, E. Vittinghoff, L. Keder, P.D. Darney, G. Tiller. Methotrexate and misoprostol for early abortion: a multicenter trial. I. Safety and efficacy. Contraception, 53:321-327.

1997 I. Sivin, P. Lahteenmaki, S. Ranta, P.D. Darney, et al. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. Contraception, 55:81-85.

1997 M. Zieman, S. Fong, N. Benowitz, D. Bankster, P.D. Darney. Absorption kinetics of misoprostol with oral or vaginal administration. Obstetrics and Gynecology, 90:88-92.

1997 J. Steinauer, T. Depineres, A. Robert, J. Westfall, P.D. Darney, Reproductive health training in family practice residency programs: a nationwide survey. Family Planning Perspectives, 29:222-227.

1997 H. Kuiper, S. Miller, E. Martinez, L. Loeb, P.D. Darney. The double paradox: urban adolescent females and the decline of contraceptive implants. Family Planning Perspectives; 29:167-172.

1997 M. Crenin, E. Vittinghoff, E. Schaff, C. Klaisle, C. Dean, P.D. Darney. Medical abortion with oral methotrexate and vaginal misoprostol. Obstetrics and Gynecology, 90:611-616.

1997 M. Zieman, C. Klaisle, D. Walker, E. Balistreri, P.D. Darney. Instruments versus fingers for removing contraceptive implants (Norplant®). J. Gynecologic Techniques, 3:4:213-217.

1998 I Sivin, D.R. Mishell, Jr, P.D. Darney, L. Wan, M. Christ. Levonorgestrel capsule implants in the United States: A 5-year study. Obstetrics and Gynecology, 92:3:337-344.

1998 I. Sivin, F. Alvarez, D. Mishell, P. Darney, L. Wan, V. Brache, M. Lacarra, C. Klaisle, J. Stern; Contraception with two levonorgestrel rod implants: a 5-year study in the United States and Dominican Republic. Contraception, 58:275-282.

1999 L. MacIsaac, D. Grossman, E. Balestreri, P.D. Darney, A randomized, controlled trial of laminaria, oral, and vaginal misoprostol before abortion. Obstetrics and Gynecology, 93:766-70.

1999 P.D. Darney, L. Callegari, A. Swift, E. Atkinson, A. Robert, Condom practices of urban teens using Norplant®, oral contraceptives and condoms for contraception. American Journal of Obstetrics and Gynecology, 180:929-937.

1999 V.A. Mancuso, S. Kishore, J. Poudyal, P.D. Darney, Post abortion care in Kathmandu: A comparison of manual vacuum aspiration and hospitalization. Journal of Gynecologic Techniques, 4:61-65.

1999 E. Weisberg, I. Fraser, D. Mishell Jr., M. Lacarra, P.D. Darney, T. Jackanicz, A comparative study of two contraceptive vaginal rings releasing norethindrone acetate and differing doses of ethinyl estradiol. Contraception, 59:305-310.

2000 U. Landy, P. Darney. Improving training for obstetrics and gynecology residents in abortion and family planning in the United States. *International Journal of Gynecology and Obstetrics*, 2000, 70:D58-D59.

2000 I. Sivin, D.R. Mishell, Jr., S. Diaz, A. Biswas, F. Alvarez, P.D. Darney, P. Holma, L. Wan, V. Brache, O. Kiriwat, K. Abdalla, I. Campodonico, S. Pasquale, M. Pavez, J. Schechter, Prolonged effectiveness of Norplant® capsule implants: A 7-year study. Contraception, 61:187-194.

2000 E.A. Drey, L.J. Thomas, N.L. Benowitz, N. Goldschlager, P.D. Darney, Safety of intra-amniotic digoxin before late second-trimester abortion by dilation and evacuation. American Journal of Obstetrics and Gynecology, 182:1063-1066.

2000 T. Raine, C. Harper, K. Leon, P.D. Darney, Emergency Contraception: A randomized controlled trial of education and advance provision in a young, high-risk, urban population. Obstetrics and Gynecology, 96:1-7. (Journal "paper of the year" award winner)

2000 D.I. Lebovic, J.L. Shifren, I.P. Ryan, M.D. Mueller, A.P. Korn, P.D. Darney, R.N. Taylor, Ovarian steroid and cytokine modulation of human endometrial angiogenesis. Human Reproduction, 15(supp.3):67-77

2000 R. Jackson, E. Schwarz, L. Freedman, P.D. Darney, Knowledge and willingness to use emergency contraception among low-income post-partum women. Contraception, 61:351-357.

2000 L. MacIsaac, P.D. Darney, Early surgical abortion: an alternative to and back-up for medical abortion. American Journal of Obstetrics and Gynecology, 183:2:S76-S83.

2001 A.B. Goldberg, M.B. Greenberg, P.D. Darney, Misoprostol and pregnancy. New England Journal of Medicine, 344:1:38-47.

2001 P.D. Darney, The role of levonorgestrel implants in hormonal contraception. Gynecological Endocrinology, 15(Supp 2):34-40.

2001 R. Jackson, V. Teplin, E. Drey, L.J. Thomas, P.D. Darney, Digoxin to facilitate late second-trimester abortion: a randomized, masked, placebo-controlled trial. Obstetrics and Gynecology, 97:3:471-476.

2001 C. Harper, L. Balestreri, J. Boggess, K. Leon, P.D. Darney, Provision of hormonal contraceptives without a mandatory pelvic examination: the First Stop Demonstration Project. Family Planning Perspectives, 33:13-18.

2001 G. Sawaya, C. Harper, J. Boggess, P.D. Darney, Cervical neoplasia risk in women provided hormonal contraception without a Pap smear. Contraception, 63:57-60.

2001 M.B. Tiras, V. Noyan, N. Fener, H. Guner, M. Yildirim, P.D. Darney, Effects of monthly injectable steroidal contraceptive, Mesigyna, on menstrual pattern, lipoproteins and coagulation parameters. Contraception, 63:151-4.

2001 I. Sivin, L. Wan, S. Ranta, F. Alvarez, V. Brache, D. Mishell, P.D. Darney, A. Biswas, S. Diaz, O. Kiriwat, M.P. Anant, C. Klaisle, M. Pavez, J. Schechter, Levonorgestrel concentrations during 7 years of continuous use of Jadelle contraceptive implants. Contraception, 64: 43-49

2001 P.D. Darney, Time to pardon the IUD? New England Journal of Medicine, 345:608-10.

2001 P.D. Darney, Misoprostol: a boon to safe motherhood…or not? Lancet, 358:682.

2001 K. Meckstroth, P.D. Darney, Implantable contraception. Seminars in Reproductive Medicine, 19(4):339-54

2002 T. Raine, C. Harper, M. Paukku, P.D. Darney, Race, adolescent contraceptive choice, and pregnancy at presentation to a family planning clinic. Obstetrics and Gynecology, 99:2:241-247.

2002 E. Drey, P.D. Darney, Recent developments in hormonal contraception. Reviews in Endocrine & Metabolic Disorders, 3:257-265.

2002 A.B. Goldberg, A.E. Hubbard, L.H. Cardenas, P.D. Darney. Post-abortion depot medroxyprogesterone acetate continuation rates: a randomized trial of cyclic estradiol. Contraception, 66: 215-220.

2002 D. Archer, T. Raine, P. Darney, N. J. Alexander. An open-label noncomparative study to evaluate the vagina and cervix of NuvaRing® users. Fertility and Sterility, 78:S25.

2003 M. Paukku, J. Quan, P. Darney, T. Raine, Adolescent's contraceptive use and pregnancy history: Is there a pattern? Obstetrics and Gynecology, 101:534-38.

2003 G. Dean, L. Cardenas, P. Darney, A. Goldberg, Acceptability of manual versus electric aspiration for first trimester abortion: a randomized trial. Contraception, 67: 201 – 206.

2003 J. Steinauer, U. Landy, R. Jackson, P. Darney. The effect of training on provision of elective abortion: a survey of five residency programs. American Journal of Obstetrics and Gynecology, 188:1161-1163.

2003 F. Stewart, P. Darney, Abortion: Teaching why as well as how. Perspectives in Sexual and Reproductive Health, 35:1, 37-39.

2003 K. Meckstroth, P.D. Darney, Prostaglandins for first trimester termination; Prostaglandins in Pregnancy. Best Practice and Research: Clinical Obstetrics and Gynecology, 17: 745-763

2004 R. Jackson, E. Bachrach-Schwarz, , L. Freedman, P. Darney, Advance supply of emergency contraception: Effect on use and usual contraception. A randomized trial. Obstetrics and Gynecology, 102:1:8-16. (Journal "paper of the year" award winner.)

2004 A. Goldberg, G. Dean, M. Kang, S. Youssef, P. Darney. Manual versus electric vacuum aspiration for early first-trimester abortion: A controlled study of complication rates. Obstetrics and Gynecology, 103:101 – 107.

2004 C. Harper, L. Callegari, T. Raine, M. Blum, P. Darney, Adolescent clinic visits for contraception: Support from mothers, male partners and friends. Perspectives in Sexual and Reproductive Health, 36:1, 20-26.

2004 L.P. Shulman, A.L. Nelson, P.D. Darney. Recent developments in hormone delivery systems. American Journal of Obstetrics and Gynecology, 190:4, S39-S48.

2004 D.G. Foster, J. Bley, J. Mikanda, M. Induni, A. Arons, N. Baumrind, P.D. Darney, F. Stewart. Contraceptive use and risk of unintended pregnancy in California. Contraception, 70, 31-39

2004 C. Harper, C. Rocca, P.D. Darney, H. von Hertzen, T. Raine. Tolerability of levonorgestrel emergency contraception in adolescents. American Journal of Obstetrics and Gynecology 191: 1158 – 2004

2005 T. Raine, C. Harper, C. Rocca, R. Fisher, N. Padian, J. Klausner, P.D. Darney. Direct access to emergency contraception through pharmacies and effect on unintended pregnancy and STIs: A randomized controlled trial. Journal of the American Medical Association, 193:54-62

2005 C. Harper, J. Henderson, P.D. Darney. Abortion in the United States. Annual Review of Public Health 26:3.1-3.12.

2005 E.A. Pritts, I.P. Ryan, M.D. Mueller, J.L. Shifren, D.I. Lebovic, C.J. Zaloudek, A.P. Korn, P.D. Darney and R.N. Taylor. Angiogenic and proliferative effects of Norplant contraception on endometrial histology and bleeding. Journal of Clinical Endocrinology & Metabolism. Apr; 90(4):2142-7.

2005 E.A. Drey, M. Kang, W. McFarland and P.D. Darney, Improving the accuracy of fetal foot length to confirm gestational duration. Obstetrics and Gynecology 2005;105:773-778.

2005 C. Harper, C. Roca, M. Cheong, P.D. Darney, and T. Raine. The Impact of Increased Access to Emergency Contraception Among Young Adolescents. Obstetrics and Gynecology 2005; 106:1-9

2005 A.B. Goldberg, E.A. Drey, A.K. Whitaker, M.S. Kang, K.R. Meckstroth, P.D. Darney. Misoprostol compared with laminaria before early second-trimester surgical abortion: a randomized trial. Obstet Gynecol. 2005 Aug;106(2):234-41.

2005 E.A Drey, P.D. Darney, B. Louie, T.A. Kellogg, M.S. Kang, R. Prabhu, A.K. Whitaker, J. Chin, A. Molina, W. McFarland. HIV Sentinel Surveillance Among Women Seeking Elective Pregnancy Termination, San Francisco. Sex Transm Dis. 2005 Sep;32(9):590-592.

2005 P.D. Darney, Editorial: Deaths associated with medical abortion. Contraception. 2005 Oct; 72(4):319.

2006 Drey EA, Foster DG, Jackson RA, Lee SJ, Cardenas LH, Darney PD Risk Factors Associated With Presenting for Abortion in the Second Trimester. Obstet Gynecol. 2006 Jan; 107(1):128-135.

2006 H.M Truong, T.A. Kellogg, W. McFarland, M.S. Kang, P.D. Darney, E.A. Drey. Contraception intentions among adolescents after abortion. J Adolesc Health. 2006 Aug;39(2):283-6.

2006 Meckstroth K, Whitaker A, Bertisch S, Goldberg A, Darney P. Misoprostol Administered by Epithelial Routes: Drug Absorption and Uterine Response. Obstet Gynecol. 2006 Sep;108(3 Pt 1):582-90.

2006 Darney PD, Shields WC. The society of family planning. Contraception. 2006 Jun; 73(6):557-8.

2006 Roy G, Parvateneni R, Friedman B, Eastwood K, Darney PD, Steinauer J. Abortion training in Canadian obstetrics and gynecology residency programs. Obstet Gynecol. 2006 Aug; 108(2):309-14.

2006 Truong HM, Kellogg T, McFarland W, Kang MS, Darney P, Drey EA. Contraceptive intentions among adolescents after abortion. J Adolesc Health. 2006 Aug; 39(2):283-6.

2006 Foster DG, Parvateneni R, de Bocanegra HT, Lewis C, Bradsberry M, Darney P. Number of oral contraceptive pill packages dispensed, method continuation, and costs. Obstet Gynecol. 2006 Nov; 108(5):1107-14.

2006 Sambol NC, Harper CC, Kim L, Liu CY, Darney P, Raine TR. Pharmacokinetics of single-dose levonorgestrel in adolescents. Contraception. 2006 July; 74:104-109.

2006 Roy G, Parvateneni R, Friedman B, Eastwood K, Darney PD, Steinauer J. Abortion Training in Canadian Obstetrics and Gynecology Residency Programs. Obstet Gynecol. 2006 August; 108 (2): 309-314.

2007 Prager S, Darney PD. The levonorgestrel intrauterine system in nulliparous women. Contraception. Volume 75, Issue 6, Pages S12-S15.

2007 Rocca CH, Schwartz EB, Stewart FH, Darney PD, Raine TR and Harper CC. Beyond Access: Acceptability, use, and nonuse of emergency contraception among young women. Am. J. Obstet.Gyn, 2007 January; 196(1):29-31.

2007 Harper CC, Blanchard K, Grossman D, Henderson JT, Darney PD. Reducing maternal mortality due to elective abortion: Potential impact of misoprostol in low-resource settings. Int J Gynaecol Obstet. 2007 Apr 25; [Epub ahead of print]

2007 Prager SW, Steinauer JE, Foster DG, Darney PD, Drey EA. Risk Factors for Repeat Elective Abortion. Am J Obstet Gynecol 2007;197(6):575.

2007 Steinauer J, Landy U, Filippone H, Laube D, Darney P, and Jackson R. Predictors of Abortion Provision Among Practicing Obstetrician-gynecologists: A National Survey. Am J of Obstet Gynecol 2007;197:1.e1-1.e6.

2007 El-Ibiary S, Raine T, McIntosh J, Darney P D, Harper C. Pharmacy Access to Emergency Contraception: Perspectives of Pharmacists at a Chain Pharmacy In San Francisco. J Am Pharm Assoc. 2007; 47: 702-710.

2007 Steinauer J, Diedrich J, Wilson M, Darney PD, Vargas J, Drey E. Uterine Artery Embolization in Postabortion Hemorrhage. ObstetGynecol. 2007 April; 111(4): 881-889.

2007 Harper CC, Blanchard K, Grossman D, Henderson JT, Darney PD. Reducing maternal mortality due to elective abortion: Potential impact of misoprostol in low-resource settings. *Int J Gynaecol Obstet*. 2007 Apr 25; [Epub ahead of print]

2008 Darney P D, Patel A, Rosen K, Shapiro L, and Kaunitz A. Safety and efficacy of a single-rod etonogestrel implant (Implanon): results from 11 international clinical trials. *Fertil Steril.* 2008 April 17;

2008 Foster DG, Jackson RA, Cosby K, Weitz TA, Darney PD, Drey EA. Predictors of delay in each step leading to an abortion. *Contraception.* 2008 Apr;77(4):289-293.

2008 Harper C, Blum M, Theil de Bocanegra H, Darney P, Speidel JJ, Policar M and Drey E. Challenges in Translating Evidence to Practice: The Provision of Intrauterine Contraception. *ObstetGynecol*. 2008 June; 111(6):1359-1369.

2009 Foster DG, Rostovtseva DP, Brindis CD, Biggs MA, Hulett D, and Darney PD. Cost Savings From the Provision of Specific Methods of Contraception in a Publicly Funded Program. AJPH 2009 March; 99(3):446-451.

2009 Foster DG, Biggs MA, Malvin J, Bradsherry M, Darney PD, Brindis CD. Cost-Savings from the Provision of Specific Contraceptive Methods in 2009. *Women's Health Issues* 2013 Jul-Aug;23(4):e265-71.

2009 Drey EA, Reeves MF, Ogawa DD, Sokoloff A, Darney PD, Steinauer JE. Insertion of intrauterine contraceptives immediately following first-and second-trimester abortions. *Contraception* 2009 May;79(5):397-402.

2009 Kaunitz AM, Darney PD, Ross D, Wolter KD, Speroff L. Subcutaneous DMPA vs. intramuscular DMPA: a 2-year randomized study of contraceptive efficacy and bone mineral density. *Contraception* 2009 Jul;80(1):7-17

2009 Rodriguez M, Warden M, Darney P. Intrauterine progestins and progesterone antagonists and receptor modulators: a review of gynecologic applications. *Amer. J of Obstet and Gynecol* 2009 Dec 21.

2010 Rodriguez M, Jensen JT, Darney PD, Little SE, Caughey AB. The financial effects of expanding postpartum contraception for new immigrants. *Obstet Gynecol* 2010 Mar; 115(3):552-8.

2010 Rodriguez M, Caughey AB, Edelman A, Darney P, Foster DG. Cost-benefit analysis of state and hospital funded postpartum intrauterine contraception for new immigrants at a university hospital. *Contraception* 2010 Apr; 81(4):304-308.

2010 Darney P, Rodriguez MI. Non-contraceptive applications of the levonorgestrel intrauterine system. *Int J Women Health* 2010 Aug; 2:63–68.

2010 Foster DG, Raine TR, Brindis C, Rostovtseva DP, Darney PD. Should providers give women advance provision of emergency contraceptive pills? A cost-effectiveness analysis. *Women's Health Issues* 2010 Aug; 20(4):242-7.

2010 Freedman L, Landy U, Darney P, Steinauer J. Obstacles to the Integration of Abortion into Obstetrics and Gynecology Practice. *Perspectives on Sexual and Reproductive Health* 2010 Sep; 42(3):146–151.

2011 Darney P. A Hormonal Contraception Update 2010: A Decade of Innovation & Transformation. *Am J Obstet Gynecol*. 2011 Jan.

2011 Kerns J, Darney P. Vaginal ring contraception. *Contraception* 2011 Feb; 83(2):107-115.

2011 Mansour D, Bahamondes L, Critchley H, Darney P, Fraser I. The management of unacceptable bleeding patterns in etonogestrel-releasing contraceptive implant users. *Contraception* 2011 Mar; 83(3):202-210.

2011 Foster DG, Hulett D, Bradsberry M, Darney P, Policar M. Number of oral contraceptive pill packages dispensed and subsequent unintended pregnancies. *Obstetrics and Gynecology* 2011 Mar; 117(3):566-572

2011 Rodriguez MI, Angus L, Elman E, Darney PD, Caughey AB. Financial effect of instituting Deficit Reduction Act documentation requirement in family planning clinics in Oregon. *Contraception* 2011 Jun; 83(6):537-41.

2011 Lamichhane P, Harken T, Puri M, Darney PD, Blum M, Harper CC, Henderson JT. Sex-selective abortion in Nepal: a qualitative study of health workers' perspectives. *Women's Health Issues* 2011 May-Jun; 21(3 Suppl):S37-41.

2011 Chabot MJ, Lewis C, Thiel de Bocanegra H, Darney P. Correlates of receiving reproductive health care services among U.S. men aged 15 to 44 years. *Am J Mens Health.* 2011 Jul; 5(4):358-66.

2011 Darney PD. Family planning and the future. *Am J Obstet Gynecol*. 2011 Oct; 205(4 Suppl):S26-8.

2011 Dehlendorf C, Foster DG, de Bocanegra HT, Brindis C, Bradsberry M, Darney P. Race, Ethnicity and Differences in Contraception Among Low-Income Women: Methods Received By Family PACT Clients, California, 2001-2007. *Perspect Sex Reprod Health.* 2011 Sep; 43(3):181-7.

2011 Foster DG, Biggs A, Rostovtseva D, Thiel de Bocanegra H, Darney P, Brindis C. Estimating the Fertility Effect of Expansions of Publicly Funded Family Planning Services in California. *Women's Health Issues.* 2011 Nov-Dec;21(6):418-24.

2012 Harper C, Speidel J, Drey E, Trussel J, Blum M, Darney P. Copper Intrauterine Device for Emergency Contraception: Clinical Practice Among Contraceptive Providers. *Obstet Gynecol.* 2012 Feb; 119(2):220-226.

2012 Foster DG, Karasek D, Grossman D, Darney P, Schwarz E. Interest in using intrauterine contraception when the option of self-removal is provided. *Contraception.* 2012 Mar;85(3):257-62.

2012 Watts L, de Bocanegra HT, Darney P, Hulett D, Howell M, Mikanda J, Zerne R, Policar M. In A California Program, Quality And Utilization Reports On Reproductive Health Services Spurred Providers To Change. *Health Affairs.* 2012 April; 31(4): 852-62.

2012 Puri M, Lamichhane P, Harken T, Blum M, Harper CC, Darney PD, Henderson JT. “Sometimes they used to whisper in our ears”: health care workers’ perception of the effects of abortion legalization in Nepal. *BMC Public Health.* 2012 Apr 20;12(1):297.

2012 Morof D, Barrett G, Darney P, Haider S, Liu S, Steinauer J. Evaluation of the London Measure of Unplanned Pregnancy in a United States population of women. *PLoS ONE.* 2012 April 7(4): e35381.

2012 Westhoff C, Kaunitz AM, Korver T, Sommer W, Bahamondes L, Darney P, Verhoeven C. Efficacy, safety, and tolerability of a monophasic oral contraceptive containing nomegestrol acetate and 17β-estradiol: a randomized controlled trial. *Obstet Gynecol.* 2012 May;119(5):989-99.

2012 Chow J, Thiel de Bocanegra H, Hulett D, Park HY, Darney P. Comparison of Adherence to Chlamydia Screening Guidelines among Title X Providers and Non-Title X Providers in the California Family Planning, Access, Care, and Treatment (Family PACT) Program. *Journal of Women’s Health.* 2012 Aug;21(8):837-42.

2012 Foster DG, Grossman D, Ma S, Lessard L, Darney P. Contraceptive Features Preferred by Women at High Risk of Unintended Pregnancy. *Perspectives on Sexual and Reproductive Health.* 2012 Sept; 44(3):194-200.

2012 Steinauer J, Dehlendorf C, Grumbach K, Landy U, Darney P. Multi-specialty family planning training: collaborating to meet the needs of women. *Contraception* 2012 Sep;86(3):188-90.

2012 Harper CC, Henderson JT, Raine TR, Goodman S, Darney PD, Thompson KM, Dehlendorf C, Speidel JJ. Evidence-based IUD Practice: Family Physicians and Obstetrician-Gynecologists. *Fam Med.* 2012 Oct;44(9):637-45.

2012 Park HY, Rodriguez MI, Hulett D, Darney PD, Thiel de Bocanegra H. Long-acting reversible contraception method use among Title X providers and non-Title X providers in California. *Contraception*. 2012 Nov; 86(5):557-61.

2013 Steinauer JE, Hawkins M, Turk JK, Darney P, Preskill F, Landy U. Opting out of abortion training: benefits of partial participation in a dedicated family planning rotation for ob-gyn residents. *Contraception*. 2013 Jan;87(1):88-92.

2013 Thompson KMJ, Raine TR, Foster Greene D, Speidel JJ, Darney PD, Brindis CD, Harper CC. Access to Levonorgestrel Emergency Contraception: Science v. Federal Politics. *Women’s Health* (in press), 2013.

2013 Landy U, Blodgett M, Darney P. Medical education and family planning: Developing future leaders and improving global health. *Int J Gynaecol Obstet.* 2013 May;121 Suppl 1:S25-8.

2013 Henderson JT, Puri M, Blum M, Harper CC, Rana A, Darney PD, et al. (2013) Effects of Abortion Legalization in Nepal, 2001–2010. *PLoS ONE.* 2013 May 8(5): e64775.

2013 Lewis C, Darney P, Thiel de Bacanegra H. Intrauterine contraception: impact of provider training on participant knowledge and provision. *Contraception*. 2013 Aug;88(2):226-31.

2013 Thiel de Bocanegra H, Chang R, Menz M, Howell M, Darney P. Postpartum contraception in publicly-funded programs and interpregnancy intervals. *Obstet Gynecol.* 2013;122:1-9.

2013 Foster DG, Biggs MA, Malvin J, Bradsberry M, Darney P, Brindis CD. Cost-savings from the provision of specific contraceptive methods in 2009. *Womens Health Issues.* Jul-Aug 2013;23(4):e265-271.

2013 Darney P, et al. A statement on abortion by 100 professors of obstetrics: 40 years later. *Am J Obstet Gynecol*. 2013 Sep;209(3):193-9.

2013 Chabot MJ, Navarro S, Swann D, Darney P, Thiel de Bocanegra H. Association of Access to Publicly Funded Family Planning Services With Adolescent Birthrates in California Counties. *Am J Public Health.* 2014 Feb;104 Suppl 1:e1-6. Epub 2013 Dec 19.

2013 Thiel de Bocanegra H, Chang R, Howell M, Darney P. Interpregnancy Intervals: Impact of Postpartum Contraceptive Effectiveness and Coverage. *Am J Obstet Gynecol*. 2013 Dec 13. [Epub ahead of print]

2013 Thiel de Bocanegra G, Riedel J, Menz M, Darney P, Brindis C. Onsite Provision of Specialized Contraceptive Services: Does Title X Funding Enhance Access? *J Womens Health*, 2014 Jan 9. [Epub ahead of print]

2014 Laliberté F, Lefebvre P, Law A, Duh MS, Pocoski J, Lynen R, Darney P. Medicaid spending on contraceptive coverage and pregnancy-related care. *Reprod Health.* 2014 Mar 3;11(1):20.

2014 Harper CC, Rocca C, Darney PD, Thompson KM, Westhoff C, Speidel JJ. Long-acting reversible contraceptive training intervention: results from a cluster randomized trial on pregnancy outcomes. *Obstet Gynecol*. 2014 May;123 Suppl 1:106S-7S.

2015 Thiel de Bocanegra H, Maguire F, Darney P. Family planning provision during primary care visits: a chart review of managed care plans in California. *Contraception*. 2015 Oct 11; 92(4): 408.

2016 Thompson KMJ, Rocca CH, Kohn JE, Goodman S, Stern S, Blum M, Speidel JJ, Darney PD, Harper CC. Public funding for contraception, provider training, and use of

highly effective contraceptives: A cluster randomized trial. *American Journal of Public Health*. 2016; 106(3):541-546.

2016 Gibbs S, Rocca C, Bednarek P, Thompson K, Darney P, Harper CC. Long acting reversible contraception counseling and use for older adolescents and nulliparous women. *Journal of Adolescent Health*. 2016;

2016 Creinin MD, Kaunitz AM, Darney PD, Schwartz L, Hampton T, Gordon K, Rekers H. The US etonogestrel implant mandatory clinical training and active monitoring programs: 6-year experience. *Contraception.* 2016 Aug; 94(4):

2016 Thiel de Bocanegra H, Bradsberry M, Hulett D, McKean A, Darney PD. Preventive and contraceptive counseling in Medicaid – managed care visits: why not both? *Contraception*. 2016 Oct; 94(4) DOI: 10.1016/j.contraception.2016.07.109

## NON-PEER REVIEWED PUBLICATIONS AND OTHER CREATIVE ACTIVITES

### BOOKS AND CHAPTERS

1975 P.D. Darney. A statewide family planning program's effect on fertility (Chapter 10). In: Demographic Evaluation of Domestic Family Planning Programs. Ed. J.R. Udry and E.E. Hock, Cambridge, Ballinger, 85-89.

1976 P.D. Darney. Possible long-term consequences of induced abortion: a brief review. In: New Developments in Fertility Regulation. Ed.: H.R. Holltop, et al, Pathfinder Fund, Boston, 150-154.

1976 P.D. Darney. World wide review of early abortion services. In: New Developments in Fertility Regulation. Ed: H.R. Hilltop, et al, Pathfinder Fund, Boston, 225-232.

1977 P.D. Darney, et al (Chapter 40). In: Frontiers in Reproduction and Fertility Control. Ed.: R.O. Grip and M.A. Koblinsky, M.I.T., Cambridge, 479-564.

1980 R.J. Haggerty and P.D. Darney. Maternal and child health services (Chapter 17). In: Preventive Medicine and Public Health. 11th Edition, Ed.: J. Last, Appleton Century Crofts, New York.

1982 P.D. Darney. Contraception (Chapter 13). In: Office Practice of Medicine. Ed.: W. Branch, W.B. Saunders, Philadelphia.

1983 P.D. Darney. Sexual and reproductive health (Chapter 15). In: Prevention in Primary Care. Ed: Wm. Barker, Springer, New York.

1984 C.J. Levinson, P.D. Darney, H. Peterson. Sterilization: overview, complications and reversal. (Chapter 26). In: Advances in Clinical Obstetrics and Gynecology, Vol. 2, Ed: H. Osofsky, Williams and Wilkins, Baltimore.

1986 P.D. Darney. Fertility: Abortion (Chapter 1). In: Precis III: An update in Obstetrics and Gynecology, American College of Obstetricians and Gynecologists, Washington, D.C.

1986 P.D. Darney. Training Physicians in elective abortion technique in the USA. In: Prevention and Treatment of Contraceptive Failure, pp 133-140, Eds: U. Landy and S.S. Ratnam, Plenum, New York.

1986 R.J. Haggerty, P.D. Darney. Maternal and child health services (Chapter 58). In: Preventive Medicine and Public Health, 12th edition, Ed.: J. Last, Appleton, Century, Crofts, New York.

1987 P.D. Darney. Contraception (Chapter 39) In: Office Practice of Medicine, 2nd edition, Ed: W. Branch, W.B. Saunders, Philadelphia.

1987 P.D. Darney. Editor, Office and Ambulatory Gynecologic Surgery, Blackwell Scientific Publications, ISBN 0-87489-393-3 Cambridge, MA, 226 pp.

1992 L. Speroff, and , P.D. Darney, A Clinical Guide for Contraception, Williams and Wilkins, ISBN 0-683-07889-5 Baltimore, MD, 342 pp.

1993 P.D. Darney, Birth Control, pp 47-48, Yearbook of Science and Technology, S.B. Parker, editor, McGraw-Hill, New York.

1993 P.D. Darney. Elective abortion by cervical dilation and uterine evacuation, Chap 124, Ultrasound in Obstetrics and Gynecology, F. Chervenak,G. Issacson, S. Campbell, eds. Little Brown, Boston.

1994 D.M. Walker, and P.D. Darney. Long-acting implantable steroid delivery systems, In Gynecology and Obstetrics, J.J. Sciarra, editor, Lippincott.

1994 M. Creinin and P.D. Darney. Contraception. In: Practical Gynecology: Jacobs AJ, Gast MJ, eds. Appleton-Lange, Inc., Norwalk, CT, pp 29-42.

1994 M. Creinin, and P.D. Darney. Contraception (Chapter 39) In: Office Practice of Medicine, 3rd edition, Editor: W. Branch, W.B. Saunders, Philadelphia, pp 475-491.

1996 P.D. Darney, N. Horbach, A.P. Korn, Protocols for Office Gynecologic Surgery, ISBN 0-86542-374-1, Blackwell Science, Cambridge, 491 pp.

1996 L. Speroff and P.D. Darney, A Clinical Guide for Contraception, 2nd edition, ISBN 0-683-18035-5 Williams and Wilkins, Baltimore, 394 pp.

1999 R Hatcher, M. Zieman, A. Watt, A Nelson, P. Darney, E. Pluker; A Pocket Guide to Managing Contraception. 4th Ed. Bridging the Gap Foundation, Tiger, Georgia, 1999.

1999 D. Walker, P.D. Darney. Progestin implants. Chap. 38, Gynecology and Obstetrics. J.J. Sciarra, editor, Lippincott-Raven.

1999 P.D. Darney, An overview of side effects, Chap, 59 (pp. 751-782), In: Estrogens and Progestogens in Clinical Practice. I.S. Fraser, R. Jansen, R.A. Lobo, M. Whitehead, eds, Churchill Livingstone.

1999 L. MacIsaac, P.D. Darney, Progestin-only contraception, Chap. 7 (pp 75-91) In Contraception and Office Gynecology: choices in reproductive healthcare, A. Kubba, J. Sanfilippo, N. Hampton, eds, W.B. Saunders, London, 1999

1999 J. Edwards, P.D. Darney, M. Paul, Surgical abortion in the first trimester, Chap. 9 (pp 123-138) in A Clinician's Guide to Medical and Surgical Abortion. M. Paul, S. Lichtenberg, L. Borgatta, D. Grimes and P. Stubblefield, eds, Churchill Livingstone, New York.

2000 R.A. Hatcher, E. Pluhar, M. Zieman, A. Nelson, P.D. Darney, A.P. Watts, A Personal Guide to Managing Contraception for Women and Men. ISBN 0-9671939-2-3, Bridging the Gap Communications, Inc., Decatur, Georgia, 2000

2000 C. Klaisle, P.D. Darney, From launch to litigation: Norplant in America (pp.587-596), In: Infertility and Reproductive Medicine Clinics of North America: Contraception. D. Shoupe, ed, W.B. Saunders, Philadelphia 2000.

2000 K.R. Meckstroth, P.D. Darney, Implantable Contraception (pp. 781-815), In: Obstetrics and Gynecology Clinics of North America: Update in Contraception. R.T. Burkman, ed, W.B. Saunders, Philadelphia 2000.

2000 A. Nelson, R.A. Hatcher, M. Zieman, A. Watt, P.D. Darney, M. Creinin, A Pocket Guide to Managing Contraception, 5th edition, ISBN 0-9671939-3-1, Bridging the Gap, 167, pp.

2001 L. Speroff and P.D. Darney, A Clinical Guide for Contraception, 3rd edition, ISBN No. 0-7817-2984-X, Lippincott Williams and Wilkins, Philadelphia, 448 pp.

2001 A.B. Goldberg, P.D. Darney, Female Contraception, Chap. 104 (pp. 1022-1033), In: Principles and Practice of Endocrinology and Metabolism, Third Edition. K.L. Becker, ed, Williams and Wilkins, Philadelphia, 2001.

2001 A. Goldberg , P.D. Darney, Complication and side effects of steroidal contraception, Chap. 105 (pp. 1033-1039) in Principles and Practice of Endocrinology and Metabolism, Third Edition. K.L. Becker, ed, Lippincott Williams and Wilkins, Philadelphia, 2001.

2001 Darney, Contraception, Current Surgical Diagnosis & Treatment, Eleventh Edition, Lawrence W. Way and Gerard M. Doherty editors, Lange Medical Books/McGraw Hill, pp. 1090-1092.

2002 R. Hatcher, A. Nelson, M. Zieman, P.D. Darney, M. Creinin, A Pocket Guide to Managing Contraception, 6th edition, ISBN 0-9671939-3-1.

2003 K.R. Meckstroth, P.D. Darney, Progestin Implants, Gynecology and Obstetrics, J.J. Sciarra, editor, Lippincott, Williams and Wilkins.

2003 Corfman, P. Darney, M. Edelson, P. Stubblefield, L. Wolf, Birth Control, A Woman's Choice, American College of Obstetricians and Gynecologists, Washington, DC, 2003.

2004 E. Drey, P. Darney, Contraceptive choices for women with disabilities, Chapter 10, (pp. 109-130), Wellner's Guide to the Care of Women with Disabilities, Sandra L. Welner, MD and Florence Haseltine, PhD, MD editors, Lippincott, Williams and Wilkins.

2004 R. A. Hatcher, A. Nelson, M. Zieman, P.D. Darney, M. Creinin, A Pocket Guide to Managing Contraception, 7th edition, ISBN 0-9671939-3-1, Bridging the Gap, 167 pp.

2004 G. Dean, P.D. Darney, Hormonal Contraception, Precis, American College of Obstetricians and Gynecologists, in press.

2004 G. Dean, P.D. Darney, Fertility Control, Precis, American College of Obstetricians and Gynecologists, Primary and Preventive Care, 3rd edition.
Pages 89-98.

2005 L. Speroff and P.D. Darney, A Clinical Guide for Contraception, 4th edition, ISBN 0-7817-6488-2. Lippincott, Williams and Wilkins. 400 pp.

2005 R. Hatcher, M. Zieman, C. Cwiak, P Darney, M Creinin, H. Stosur. Managing Contraception. Bridging the Gap, Eighth Edition, IBSN 0-9638875-7-2, 205 pp

2006 P.D. Darney. Contraceptive Implants, Current Clinical Practice: The Handbook of Contraception: A guide for Practical Management, Humana Press, Totowo, NJ, pp 117-128.

2007 M. Zieman, R. Hatcher, C. Cwiak, P. Darney, M. Creinin, H. Stosur. Managing Contraception. Bridging the Gap, Ninth Edition, IBSN 0-9638875-7-2, 205 pp

2007 S. Haider and PD Darney. Injectable Contraception. Clinical Obstetrics and Gynecology 50(4), 898-906.

2008 P.D. Darney. Hormonal Contraception, Chapter 17 (pp 615-644), Williams Textbook of Endocrinology, 11th Edition, ed. Kronenberg, Melmed, Polonsky, and Larsen. Saunders Elsevier, Philadelphia, PA.

2009 Gupta P and Darney P. Family Planning. Precis: An Update in Obstetrics and Gynecology. Primary and Preventative Care. 4Th edition. ACOG 2009: 87-97.

2010 M. Zieman, R. Hatcher, C. Cwiak, P. Darney, M. Creinin, H. Stosur. Managing Contraception. Bridging the Gap, Tenth Edition, IBSN 0-9638875-7-2, 205 pp

2011 L. Speroff and P.D. Darney, A Clinical Guide for Contraception, 5th edition, ISBN 0-7817-6488-2. Wolters Kluwer: Lippincott, Williams and Wilkins. 452 pp.

2011 Benfield, N. & Darney P.D. (2011). Contraceptive Implants. In D. Shoupe & A. Arici (Eds.), *Gynecology in Practice*: *Contraception* (pp.57-66). Los Angeles, CA: Blackwell Publishing Ltd.

**SOLICITED REVIEWS AND OTHER PUBLICATIONS**

1970 P.D. Darney and R.L. Overton. A survey to assess public participation in a rubella immunization program. "Proceedings of the Seventh National Immunization Conference," HEW, Public Health Service, Atlanta, GA, 28-29.

1976 M.F. Fathalla, P.D. Darney, H. Hammam, A.A. Shaarawy, A.S. Sabry and N.N. Shinnawi. Maternal Health services in an urban area of upper Egypt: a survey to examine relationships between modern and traditional midwives and their clients. Assiut University Press Monographs, 23 pp.

1978 P.D. Darney. Fever associated with menses: questions and answers. Journal of the American Medical Association, 239:1909.

1982 P.D. Darney. Changes in OC progestins may make a difference in safety. Advances in Reproductive Medicine, 1:12, 4.

1982 P.D. Darney. Do patients who discontinue using OCs carry a residual risk of MI? Advances in Reproductive Medicine, 1:5.

1982 P.D. Darney. Evaluating the pill's long term effects. Contemporary Ob/Gyn, 20:57-64.

1982 P.D. Darney. New look at reproductive mortality focuses on need for safer contraceptive use. Advances in Reproductive Medicine, 1:5, 4.

1982 P.D. Darney. Perspectives on laminaria use. Planned Parenthood Federation of America, Medical Digest, Spring:2-5.

1982 P.D. Darney. What's new in contraceptives. Contemporary Ob/Gyn, 19:81-89.

1983 P.D. Darney. A safe, simple, reversible method of tubal ligation? Advances in Reproductive Medicine, 2:12, 3.

1983 P.D. Darney. Depo provera should be approved for contraceptive use. Advances in Reproductive Medicine, 2:4, 2.

1983 P.D. Darney. Does or doesn't the pill cause (breast) cancer? Advances in Reproductive Medicine, 2:22.

1983 P.D. Darney. Implants will offer safe, effective long term contraception. Advances in Reproductive Medicine, 2:20.

1983 P.D. Darney. Progestin content cannot be ignored in OC selection. Advances in Reproductive Medicine, 2:15, 2.

1983 P.D. Darney. Status of laminaria and other cervical dilators. Contemporary Ob/Gyn, 21:209-216.

1983 P.D. Darney. There is not a post tubal occlusion syndrome. Advances in Reproductive Medicine, 2:16, 2.

1984 P.D. Darney. Alternatives in maternity care: A new consensus, Association for Healthcare Quality Review, 5:26.

1984 P.D. Darney. Population planning: What's new in contraception? Contemporary Ob/Gyn, 23:117-138.

1985 P.D. Darney, D.N. Moore, M.H. Hanson. Conference call; Intrauterine devices: how unsafe are they? Modern Medicine, Aug:143-150.

1985 P.D. Darney. Contraception: are implants the answer? Contemporary Ob/Gyn, 28:29-37.

1985 P.D. Darney. New developments in barrier contraception. Sexual Medicine Today, Mar:5-9.

1985 P.D. Darney. New techniques for cervical dilation. Contemporary Ob/Gyn, 26:41-54.

1985 P.W. Budoff, P.D. Darney, L. Speroff, H.B. Kaiser. Prescribing oral contraceptives. Patient Care, 19:16-5pp5.

1988 P.D. Darney. Long-acting hormonal contraception. Contemporary Ob/Gyn, 32:90-100.

1988 P.D. Darney. Technical Bulletin: Sterilization, American College of Obstetricians and Gynecologists, No. 113, 8 pp.

1991 P.D. Darney. Subdermal progestin implant contraception. Current Opinion in Obstetrics and Gynecology, 3:470-476.

1993 A.T. Lovall, V.E. Cullins, P.D. Darney, A.L. Nelson. Contraception in the 1990's: new methods more approaches. Patient Care, July 15, 8 Supplement.

1993 P.D. Darney. Who will do the abortions? Women's Health Issues. 3:158-161.

1995 P.D. Darney, C.M. Klaisle: How to remove contraceptive implants. Contemp Ob/Gyn; 40:52-65.

1995 P.D. Darney. Contraceptive implants: Proper technique for rapid, problem-free removal. Women's Health Reports; 1:9-16.

1996 P.D. Darney, Use of implant contraception in the post-partum period. Fertility Control Reviews, 4:8-11.

1996 P.D. Darney. Cardiovascular benefits of oral contraceptives. Women's Health Digest, 2(1):22-27.

1996 P.D. Darney, Pill Scare in profile- global perspectives: USA. Gynecology Forum, 1: 25-26.

1996 D.R. Mishell Jr, P.D. Darney, et al., Practice Guidelines for OC Selection, Dialogues in Contraception, 1996, Spring;4(7): 1-20.

1997 C. Klaisle, P.D. Darney. Three techniques for removing contraceptive implants. Contemporary Ob/Gyn, 41:17-25.

1997 P.D. Darney, OC Practice Guidelines: Minimizing Side Effects, Int'l J Fertility Women's Med, 1997: 42(Suppl): 158-169.

1998 P.D. Darney, C.M Klaisle, Contraceptive-Associated Menstrual Problems: Etiology and Management, Dialogues in Contraception, 5:1-12.

2000 P.D. Darney, Implantable Contraception, The European Journal of Contraception and Reproductive Health Care 2000;5(Suppl 2):2-11.

2001 P.D. Darney, A contraceptive revolution is under way, San Francisco Medicine, 74: 24-25

2001 P.D. Darney, Breast benefits of the pill, (Letter) Consultant, 42:593

2002 P.D. Darney and Leon Speroff, New Methods, Dialogues in Contraception 2001, Winter; 7(3):1-4.

2002 R.T. Burkman, P.D. Darney, et al, Practice Guidelines for OC Selection: Update 2002, Dialogues in Contraception, 2002, Fall;7(Special Issue):1-10.

2003 P.D. Darney, New options in emergency contraception: A WHO study, OBG Management, 2003; vol. 15(7), p. 14

2003 P.D. Darney, Current trends in contraception – Extended cycle options, The Female Patient, December supplement, 2003, p. 18-23

2005 Steinauer J and P Darney , Should all ob-gyn residents be trained to do abortions? Contemporary Obstetrics and Gynecology, 2005 May;50(5):56-63.

2005 Darney P.D. and D.R. Mishell Jr. Implantable Contraceptives. Dialogues in Contraception, 2005 Winter: 8(8):5-8.

2005 Burkman, R.T., and P.D. Darney, Contraception for Women with Risk Factor s for Venous and Arterial Thrombosis, Dialogues in Contraception, 2005 Winter: 9(4):4-8.

2005 Darney P.D. and L.P. Shulman, Contraceptive Methods and Sexually Transmitted Infections, Dialogues in Contraception, 2005 Summer; 9(2):1-4.

2006 P.D. Darney, A New Contraceptive Implant, The Female Patient, October supplement, 2006, p. 19-25

2006 Prager S, Darney P. Can the levonorgestrel-releasing intrauterine system (Mierna®) be used in nulliparous women? Gynecological Forum. No. 2 2006; 11(2):7-9.

2006 Darney P. Insert omission. AHRQ WebM&M [serial online]. April 2006. Available at: http://www.webmm.ahrq.gov/case.aspx?caseID=124. Accessed April 18, 2006.

2006 Darney, P.D. and Arias R. D., Advances in the Use of Intrauterine Contraception, Dialogues In Contraception. 2006, Summer; 10(2):1-4.

2007 Darney, PD. Perimenopausal Contraception. The Female Patient (Supplement). 2007 November: 21-23.

2007 Newmann S, Darney PD. Contraception Update. OBG Management. 2007 Aug; 18(8):51-55.

2007 Harken TR, Darney P. Safety & Efficacy of Single-Rod Implantable Contraception. US Obstetrics And Gynecology: Touch Briefings, 2007 April; 1: 48-50

2007 Darney, PD. Perimenopausal Contraception. The Female Patient (Supplement). 2007 November: 21-23.

2008 Darney PD, Clark B. A New Long-Acting Contraceptive: The Single-Rod Implant. The Female Patient. 2008 April; 23: 1-4.

2009 Andolsek KM, Darney PD. Contraception in Women with Metabolic Disorders, Hypertension, or Lipid Abnormalities. Dialogues in Contraception. 2009 April: Special Edition: 11-12.

2009 Darney P, Lucco K. Clinical Pediatric and Adolescent Gynecology. Ed. Joseph S. Sanfilippo, Eduardo Lara-Torre, D. Keith Edmonds, and Claire Templeman. NEJM: 2009 August: 361(8): 832-33.

2009 Rodriguez MI, Darney PD. The future of Abortion in the United States. US Obstetrics and Gynecology, 2009 February.

2012 Darney P. Etonogestrel contraceptive implant. UpToDate Inc. 2012 December.

2013 Bitzer J, Amy J-J, Beerthuizen R, Birkhauser M, Bombas T, Creinin M, Darney P, Westhoff C. Statement on combined hormonal contraceptives containing third or fourth-generation progestogens or cyproterone acetate, and the associated risk of thromboembolism. J Fam Plann Reprod Health Care. Published Online First. 2013.

**SELECTED ABSTRACTS:**

1988 P.D. Darney and S. Kilpatrick. Cervical dilation prior to termination of pregnancy: A Comparison of laminaria, hypan and prostaglandin E2. Abstracts, World Congress of Gynecology and Obstetrics, p 491.

1989 B.J. Dattel, P.D. Darney, L.B. Hauer, et al, Acceptance of acquired immune deficiency syndrome (HIV) risk assessment by an inner-city women's clinic population, Scientific Abstracts, Annual Meeting, American College of Obstetricians and Gynecologists.

1996 M.D. Creinin, E. Vittinghoff, P.D. Darney. Methotrexate and misoprostol for early abortion: A multi-center trial, European Journal of Contraception and Reproductive Health Care, 1:169 (abs)

1996 P.D. Darney. C. Klaisle, M. Zieman, Patient and provider experience with removal of two levonorgestrel rods (Norplant II) compared to 6 capsules (Norplant®), European Journal of Contraception and Reproductive Health Care, 1:153 (abs)

2000 R.T. Burkman, L. Borgatta, F.M. Fisk, P.D. Darney, et al, A contraceptive patch and oral contraceptives produce similiar effects on cervical mucus and endometrium, Scientific Abstracts, Annual Meeting, American Society for Reproductive Medicine, Fertility and Sterility 2000;74 pp. S69-70.

2002 D. Archer, T. Raine, P. Darney, J. Alexander, et al, An open-label noncomparative study to evaluate the vagina and cervix of NuvaRing® users. Scientific Abstracts, Annual Meeting, American Society for Reproductive Medicine, Fertility and Sterility 2002; 76 p. S25.

2002 E. Pritts, I. Ryan, M. Mueller, D. Mueller, C. Zaloudek, P. Darney, R. Taylor, et al, Angiogenic and proliferative effects of Norplant on endometrial histology. Scientific Abstracts, Annual Meeting, American Society for Reproductive Medicine, Fertility and Sterility 2002; 76 p. S26.

2003 Harper CC, McIntosh J, Rocca CH, Darney P, Raine TR. Pharmacy access to emergency contraception in California: the pharmacist perspective." Annual Meetings of the Association of Reproductive Health Professionals, La Jolla, CA, Sep 2003.

2003 Harper CC, Raine TR, Rocca CH, Klausner J, Darney P, Padian N. Sexual risk-taking and emergency contraception. Annual Meetings of the American Public Health Association, San Francisco, CA, Nov 2003.

2003 Harper CC, Sambol N, Rocca CH, Kim L, Darney P, Raine TR. Safety and pharmacokintetics of emergency contraception in young adolescents. Annual Meetings of the American Public Health Association, San Francisco, CA, Nov 2003.

2003 Raine TR, Harper CC, Rocca CH, Stewart F, Fischer R, Darney P. Does improving access to emergency contraception through pharmacies make a difference in unintended pregnancy rates? Annual Meetings of the American Public Health Association, San Francisco, CA, Nov 2003.

2003 Rocca CH, Raine TR, Harper CC, Darney P, Stewart F. Non-prescription access to emergency contraception: women's perceptions and attitudes. Annual Meetings of the American Public Health Association, San Francisco, CA, Nov 2003.

2004 P.D. Darney, J. Jain, A.J. Jakimiuk, Zero pregnancies with new low dose depot medroxyprogesterone acetate subcutaneous injection for contraception. Fertility and Sterility, 82 (Sup. 2): S105.

2005 P.D. Darney, Bleeding patterns shift to amenorrhea with continued use of subcutaneous or intramuscular depot medroxyprogesterone acetate, Obstetrics and Gynecology, supplement, 2005, 105:54S.

2005 Harper CC, Rocca CH, Cheong M, Darney P, Raine TR. Young adolescents and emergency contraception in the US. Annual Meetings of the American Public Health Association, New Orleans, LA, Nov 2005.

2006 Chabot M. Lewis C, Thiel de Bocanegra H, Darney P. *Correlates of Men's Utilization of Reproductive Health Services and Contraception*. 2006 Research Conference on the National Survey of Family Growth, National Center for Health Statistics (presentation).

2006 Moss N, Harper CC, Ahrens K, Kent C, Scott K, Kao S, Liska S, Rocca CH, Fischer R, Padian N, Raine TR, Darney P, Klausner J. Predictors and pregnancy in incident Herpes simplex type II infections in young women using community clinics. CDC National STD Prevention Conference, Jacksonville, FL, May 2006.

2006 Moss N, Harper CC, Ahrens K, Kent C, Scott K, Kao S, Liska S, Rocca CH, Fischer R, Padian N, Raine TR, Darney P, Klausner J. Predictors of incident genial infection with Chlamydia trachomatis in young women using community clinics in San Francisco. CDC National STD Prevention Conference, Jacksonville, FL, May 2006.

2006 Dehlendorf C, Foster DG , Newmann S, Thiel de Bocanegra H, Darney P. *Contraceptive Methods by Race/Ethnicity in the California Family PACT Program*.

Health Disparities Conference of the National Institutes of Health, Bethesda Maryland. October 23-24 (poster)

2006 Raine T, Foster DG, Thiel de Bocanegra H, Darney P, *Contraceptive Method Use in California's Family Planning Access Care and Treatment (PACT) Program to Increase Access to Contraception to low-income Women.* ACOG Region IX meeting, Hawaii, November 2006

2006 Thiel de Bocanegra H, Biggs MA, Darney P, Brindis CD, Lewis C. *Evaluation of a State Family Planning Program: The Experience of Family Planning, Access, Care, Treatment (PACT) in California*. American Evaluation Association: Annual Conference Portland, Oregon, November 3, 2006 (presentation).

2006 Chabot M, Navarro S, Lewis C, Thiel de Bocanegra H, Darney P. *Assessing access to reproductive health services in California: A met need study.* American Public Health Association Annual Meeting; November 2006; Boston, MA

2006 Foster-Greene D., Parvataneni R., Thiel de Bocanegra H., Policar M., Bradsberry M., Lewis C, Darney P, Brindis C. "*Dispensing 13 cycles of oral contraceptive per visit: Method continuation, pill wastage, and service utilization*". American Public Health Annual Meeting, Boston, November 2006 (Poster).

2007 Haider S, Kang M, McFarl and W, Kellogg M, Darney PD, Drey E. Characteristics of Women Seeking Elective Pregnancy Termination in the Second Trimester. Obstetrics and Gynecology 2007 Jun: 109(4 Suppl): 101S.

2007 Ogawa D, Sokoloff A, Reeves MF, Steinauer J, Darney PD, Drey E. Postabortion Insertion of Intrauterine Contraception in the First and Second Trimesters. Obstetrics and Gynecology 2007 Jun: 109(4 Suppl): 61S.

2007 Harper C, Blum M, Thiel de Bocanegra H, Policar M, Darney P and Drey E. *Translating evidence to Clinical Practice: The Provision of Intrauterine Contraception in California;* November 2007, Washington DC.

2008 Navarro S, Rostovtseva D, Bradsberry M, Chabot M, Thiel de Bocanegra H, and Darney P. *Using GIS as a Tool to Evaluate and Support California's Family Planning Program: Thinking Spatially about Contraception?* American Public Health Association Annual Meeting; October 2008; San Diego, CA.

2008 Watts L, Policar M, Thiel de Bocanegra H, Howell M, Mikanda J, and Darney P. *Quality Improvement and Utilization Management Performance Indicators: Does Individualized Feedback Affect Provider Behavior.* American Public Health Association Annual Meeting; October 2008; San Diego, CA.

2008 Chabot M, Swann D, Lewis C, Thiel de Bocanegra H, and Darney P. *Prevalence and Determinants of Contraceptive Use/non-use among Foreign- and US-born Women in*

*California.* American Public Health Association Annual Meeting; October 2008; San Diego, CA

2008 Rostovtseva D, Thiel de Bocanegra H, Lewis C, Menz M, and Darney P. *Bringing Men Back: Does Provider Specialty Matter?* American Public Health Association Annual Meeting; October 2008; San Diego, CA.

2008 Foster DG, Hulett D, Thiel de Bocanegra H, Policar M, and Darney P. *Oral Contraceptive Pill Dispensing Policy and Unintended Pregnancy.* American Public Health Association Annual Meeting; October 2008; San Diego, CA.

2008 Harken T, Rana A, Malla, K, Puri M, Darney P, Henderson J. Post-Abortion Care in Nepal: Disclosure Between Patients and Providers after Legalization. American Public Health Association Annual Meeting; October 2008; San Diego, CA.

2009 Rocca CH, Chen M, Brown B, Darney P, Raine-Bennett TR. Racial differences in attitudes toward pregnancy and motherhood in teen and young women. Annual Meetings of the Association of Reproductive Health Professionals, Los Angeles, CA, Sep 2009.

2009 Thiel de Bocanegra H, Rostovtseva D, Lewis C, Darney P. *Quality of Reproductive Health Services to Limited English Proficient Patients*. American Public Health Association Annual Meeting; November 2009; Philadelphia, PA.

2009 Thiel de Bocanegra H, Policar M, Lewis C, Darney P. *Low IUC Insertion Rates: Role of Providers' Candidate Selection*. American Public Health Association Annual Meeting; November 2009; Philadelphia, PA.

2009 Hulett D, Karl J, Howell M, Thiel de Bocanegra H, Darney P. *Linking Medicaid and State Birth Records: Unbiased Estimates of Probabilistic Linking Error.* American Evaluation Association Annual Meeting; November 2009; Orlando, FL.

2012 Chabot M, Thiel De Bocanegra H, Darney P. *Association of Access to Publicly Funded Family Planning Services and Teen Birth Rates Across California Counties.* Population Association of America; May 2012; San Francisco, CA.

2012 Henderson J, Sharma S, Rana A, Puri M, Harper C, Blum M, Lamichhane P, Thogra D, Darney P. *Effects of Abortion Legalization in Nepal: Complication Treated at Three Tertiary Care Centers.* Population Association of America; May 2012; San Francisco, CA.

2012 Chabot MJ, Bradsberry M, Navarro S, Swann D, Thiel de Bocanegra H. Birth Rates by County among Adolescents and Low-Income Adult Women in California, 2007-09, Supplemental Report to Access to Publicly Funded Family Planning Services in California, Fiscal Year 2006-07. Sacramento, California: Bixby Center for Global Reproductive Health, University of California, San Francisco, 2012.

2012 Harper CC, Thompson KMJ, Rocca CH, Darney P, Trussell J, Speidel JJ. Copper IUD for EC: have young women at risk of unintended pregnancy heard of the most effective form of emergency contraception? Annual Meetings of the American Public Health Association, San Francisco, CA, Oct 2012.

2012 Menz M, Maguire F, Bradsberry M, Darney P, Thiel de Bocanegra H. Reliability of a visit date selection algorithm: Correctly characterizing follow-up visits and missed opportunities to re-test. Annual Meetings of the American Public Health Association, San Francisco, CA, Oct 2012.

2012 Watts L, Menz M, Rao S, Howell M, Darney P, Thiel de Bocanegra H. Use of technology to improve inter-rater reliability in medical record review: The added-value of mobile devices. Annual Meetings of the American Public Health Association, San Francisco, CA, Oct 2012.

2012 Chabot M, Thiel De Bocanegra H, Swann D, Darney P. *Shared Responsibility in Contraceptive Decision-Making and Choice: Does it Matter and How?* American Public Health Association; November 2012; San Francisco, CA.

2013 Merkatz R, Roberts K, Hoskin E, Sussman H, Apter D, Bahamondes L, Banks E, Bartfai G, Brache V, Croxatto H, Darney P, et.al. *Efficacy, safety, and acceptability of a new contraceptive vaginal ring delivering 150 µg Nestorone and 15 µg Ethinyl Estradiol daily: Results from a multi-center open label Phase 3 clinical trial.* First Global Conference on Contraception, Reproductive and Sexual Health; May 2013; Copenhagen, Denmark.

2013 Hoskin E, Roberts K, Cooney M, Sitruk-Ware R, Apter D, Bahamondes L, Banks E, Bartfai G, Brache V, Croxatto H, Darney P, et.al. *Cycle control and bleeding patterns for a new contraceptive vaginal ring delivering 150 µg Nestorone and 15 µg Ethinyl Estradiol: Results from a multi-centre, multi-national open label Phase 3 clinical trial.* First Global Conference on Contraception, Reproductive and Sexual Health; May 2013; Copenhagen, Denmark.

2013 Laliberte F, Lefebvre P, Law A, Sheng Duh M, Lynen R, Darney P. *Medicaid spending for users of contraceptives and pregnancy-related care.* First Global Conference on Contraception, Reproductive and Sexual Health; May 2013; Copenhagen, Denmark.

2014 Harper CC, Rocca CH, Darney P, Thompson KMJ, Westhoff C, Speidel JJ. Long-acting reversible contraception training intervention: results from a cluster randomized trial on pregnancy outcomes. Annual Clinical Meeting of the American College of Obstetricians and Gynecologists, Chicago, IL, Apr 2014.

2014 Thompson KM, Rocca CH, Kohn JE, Darney P, Speidel JJ, Harper CC. State Medicaid family planning expansion programs and use of highly effective contraception: results from a cluster randomized trial. AcademyHealth, San Diego, CA, Jun 2014.

2014 Harper CC, Rocca CH, Thompson KM, Patel A, Gibbs S, Speidel JS, Darney PD. STI history and IUD provision: results from a cluster randomized trial. North American Forum on Family Planning, Miami, FL, Oct 2014.

2014 Gibbs S, Rocca CH, Thompson KM, Darney PD, Speidel JJ, Harper CC. Access to longacting reversible contraception for nulliparous women: Results from a cluster randomized trial. Annual Meetings of the American Public Health Association, New Orleans, LA, Nov 2014.

2015 Thiel de Bocanegra H, Maguire F, Darney P. Family planning provision during primary care visits: a chart review of managed care plans in California. Contraception, 92: 408.

# APPENDIX B

## RESEARCH AWARDS and GRANTS - PRINCIPAL INVESTIGATOR

CURRENT

1. P0518478 (Darney) 11/28/16-
   $257,000
   Estetra SPRL(ESTETRA)
   A Multicenter, Open-label, Single-Arm Study to Evaluate the Contraceptive Efficacy and Safety of a Combined Oral Contraceptive Containing 15 mg Estetrol and 3 mg Drospirenone

2. HHSN275201300006I (Darney)
   National Institute of Child Health and Human Development 11/15/12-11/14/19
   *Contraceptive Clinical Trials Network*
   $1,437,139
   NICHD project to develop protocols and conduct Phase I, II, III clinical trials for contraceptives. Additional trials will be funded as approaches are identified and protocols developed. This funding is for the first protocol, dose-finding, acceptability, and safety of ulipristal acetate as a daily oral contraceptive and for developing additional studies.

3. HHSN275201300006I (Darney). 7/16/13-1/15/16
   $878,528
   National Institute of Child Health and Human Development
   *A Multi-Center, Randomized Study to Evaluate the Pharmacokinetic and Pharmacodynamic Profile, Contraceptive Efficacy and Safety of Daily Oral Low Dose Ulipristal Acetate"*

4. A116078 (Darney) 3/31/10-9/30/15
   $387, 810
   Medicines360
   A Phase 3, Randomized, Multi-Center, Open-Label Study of a Levonorgestrel-Releasing Intrauterine System (20 mcg/day) and Mirena® for Long-Term, Reversible Contraception up to Five Years

PAST:

1. 1981-82 Randomized comparison of oral contraceptive preparation on cardiovascular risk 10-95221 (Darney)
   7/1/10-7/01/15
   $2,860,923/year
   Office of Family Planning
   *Family PACT: Program Support and Evaluation*
   The Bixby Center provides program support and evaluation of the California Family PACT program, a $400+ million/year public-private partnership for family planning.

2. 402.08 (Darney) 7/1/07-6/30/14
   $3,664,622

   Anonymous Foundation
   *Family Planning Training Fellowship*
   General Support for research, training, and education in family and contraception.

3. 12-10019 (Darney) 9/01/12-08/31/14
   $18,468,620

   CHHS, CDPH, STD Control Branch
   *STD Training Fund*

4. WGHI Gift (Darney) 5/01/01-12/31/99
   $42,464

   Various
   Gift to support Dr. Padian's research efforts

5. CRHRP Gift Account 10/01/99-12/31/99
   $42,893

   Various
   General unrestricted support for The Center for Reproductive Health Research & Policy.

1981-82 Randomized comparison of oral contraceptive preparation on cardiovascular risk factors and blood lipid components. (Syntex Laboratories - $11,875)

1981-83 "Teens 'N Theater" adolescent family life education project. (California State Office of Family Planning - $140,000)

1981-83 Cervical cap and diaphragm contraceptives - a comparative clinical trial (NICHD through Los Angeles Area Regional Family Planning Council - $285,211)

1981-97 Voluntary Sterilization Project at San Francisco General Hospital. (California State Office of Family Planning - $287,500/year)

1981-97 University of California Family Planning Project at San Francisco General Hospital. (California State Office of Family Planning - $374,146/year)

1983-84 Safety, efficacy and acceptability of menfegol as a vaginal spermicide. (Ortho Pharmaceutical Corp. - $15,000)

1983-90 Comparative use effectiveness of two levonorgestrel contraceptive implant systems. (Population Council - $98,000/year)

1984 "Teens 'N Theater" adolescent family life education project. (Levi Strauss Foundation - $40,000)

1984-85 Meteneprost for first and early second trimester abortion (Upjohn Co. - $65,000)

| | |
|---|---|
| 1984-94 | Community -based cohort study to prevent HIV transmission in women and infants (Centers for Disease Control - $309,743) |
| 1985-86 | Production of voluntary sterilization educational film for women (California State Office of Family Planning - $84,156) |
| 1985-92 | Safety and long term effects of silastic bands for tubal sterilization (Centers for Disease Control - $163,973) |
| 1986-87 | Production of a voluntary sterilization educational film for men (California State Office of Family planning $102,479) |
| 1986-87 | Comparative trial of hypan polymer and laminaria tents as cervical dilators (Health Products Research - $5,500) |
| 1986-87 | Acceptability of implant contraception. (Population Council - $7,395) |
| 1986-89 | Capronor contraceptive system - a clinical evaluation (National Institute of Child Health and Human Development - $447,646) |
| 1987-88 | Production of an educational module for multi ethnic heterosexual women about risk factors, transmission and prevention of AIDS. (California State Office of AIDS - $66,000) |
| 1988-90 | Evaluation of safety, efficacy and acceptability of a sustained release norethindrone contraceptive system (Family Health International - $121,000) |
| 1989-90 | Comparative trial of desogestrel and norethindrone phased oral contraceptives (Clinical Research International $99,200) |
| 1989-94 | Comparative trial of T380A and Flexiguard 330 IUDs (Gynopharma - $60,000/yr) |
| 1990-91 | Trial of a gestodene phased oral contraceptive (Wyeth Pharmaceuticals - $53,000) |
| 1990-91 | Improving family planning services to adolescents in San Francisco. (Cowell Foundation - $60,000) |
| 1990-95 | Comparative efficacy, safety and acceptability of Norplant and Norplant-2 (Population Council - $135,000/yr) |
| 1990-95 | Lipoprotein effects of Norplant II (Population Council - $35,000/yr) |
| 1991-96 | Release rates of levonorgestrel by two different contraceptive silastic implants (Population Council - $55,000/yr) |
| 1991-95 | Postdoctoral fellowship in Family Planning (Anonymous Foundation - $50,000 /yr) |

1992-97 Acceptability of Norplant by teenagers (Kaiser Foundation - $60,000/yr)

1992-97 Augmented family planning services to teens. (California State Office of Family Planning - $75,000)

1993-94 Production of contraceptive implants continuing medical education videotape (Wyeth Ayerst Laboratories - $65,000)

1993-95 Methotrexate and misoprostol for termination of early pregnancy (Anonymous Foundation - $79,000/yr)

1993-96 Fellowships in international family planning (Mellon Foundation - $30,000)

1993-97 Factors influencing adolescent contraception (Stuart Foundation - $55,000/yr)

1994-95 Medical student stipends for family planning research (Anonymous Foundation - $15,000/year)

1994-95 Trial of safety, efficacy, acceptability, and hormone levels comparing vaginal ring 1/15 to vaginal ring 1/20 (Population Council $92,000/yr)

1994-95 Norplant localization with radiologic techniques (Wyeth Laboratories, $34,000/yr)

1994-96 Trial of the safety and efficacy of a 3 keto desogestrel contraceptive implant (Organon $60,000).

1995-98 Male involvement in teen family planning (Gellert Foundation - $75,000)

1995-97 Mentorship and peer counseling in teen contraception (Goldman Foundation - $78,521)

1995 Pharmacodynamics of vaginal vs. oral misoprostol (Anonymous Foundation, $28,000)

1995-99 Evaluation of reformulated Norplant II acceptability and safety (Wyeth Laboratories, $75,000/yr)

1995-00 Endometrial VEGF: Endocrine regulation of angiogenesis - (National Institute of Child Health and Human Development - $1,419,650, co-investigator)

1995-00 Phase IV evaluation of contraceptive implant safety and acceptability (Wyeth Laboratories, $675,000)

1996-97 "Teensmart" (California Office of Family Planning - $88,000)

1996-97 Evaluation of oral methotrexate and vaginal misoprostol for early abortion (Anonymous Foundation, $170,000)

1997-98 Teen mentor program (Goldman Foundation - $180,000)

1997-98 Teen pregnancy prevention outreach (Gold Foundation - $50,000)

1997-98 International conference on prevention of septic abortion (Packard Foundation - $50,000)

1997-99 Safety and efficacy of a once monthly injectable contraceptive containing DMPA and estradiol ciprionate, (Pharmacia, $68,700)

1997-99 Trial of the safety, efficacy, cycle control, compliance with, and local effects of an all EVA vaginal contraceptive ring (Organon, Inc. $77,385)

1997-99 Promotion of health services to at-risk teens at the "New Generation Health Center". (Goldman Foundation, $60,000/yr)

1997-99 "Community Challenge" grant for expanded teen services (CaliforniaOffice of Family Planning - $178,000/year)

1997-00 Fellowships in international family planning (Packard Foundation - $36,000/uear)

1997-00 Postdoctoral fellowship in contraceptive research (Wyeth Laboratories, $50,000/year)

1997-00 Evaluation of "First Stop" and "Family PACT" programs (California Department of Health Services, $4,857,510)

1997-03 Postdoctoral training in contraceptive research (Hewlett Foundation, $200,000)

1997-06 Support for UCSF Center for Reproductive Health Research and Policy (Anonymous Foundation $200,000 year)

1998-99 Trial of pre-emptive distribution of emergency contraceptive pills to teens and post-partum women (Packard and Compton Foundations, $51,000)

1998-00 Safety of a contraceptive skin patch containing norgestimate and ethinyl estradiol (R.W. Johnson Research Foundation, $50,000)

1999-00 The effect of cyclic topical estrogen on DMPA continuation rates (Anonymous Foundation, $39,000)

2000-01 Pharmacodynamics of buccal, vaginal and oral misoprostol in pregnant women (Anonymous Foundation, $127,000)

2000-01 Randomized comparison of misoprostol and mifepristone vs. misoprostol alone for abortion at less than 56 days (Anonymous Foundation, $37,000)

2000-01 Safety and acceptability of a levonorgestrel intrauterine contraceptive system (Berlex, Inc., $31,300)

2000-03 International training in family planning (Packard Foundation, $65,000)

2000-03 Family planning leadership development (Public Health Institute, $270,000) (co-investigator)

2000-05 Evaluation and monitoring of California's publicly-funded family planning programs (California Department of Health Services, $11,581,641)

2000-now Post doctoral fellowships in family planning research (Anonymous Foundation, $596,895 2005-06)

2001-02 Randomized comparison of routine, advance and pharmacy distribution of emergency contraception (Gerbode, Compton and Hewlett Foundations, $210,000)

2001-04 Contraceptive Research Career Development (NICHD, T-32 $280,000)

2003-05 Phase 3 Multicenter open label study to evaluate the safety and efficacy of Levonorgestrel 90 ug and Ethinyl 20 ug in a continuous daily regimen for oral contraception (Wyeth Pharmaceuticals, Inc., $93,270)

2003-06 Sexually Transmitted Diseases Training and Education, Department of Health Services, State of California ($10,764,993)

2004-07 Core support for the Center for Reproductive Health Research and Policy (Hewlett Foundation - $400,000/year)

2004-09 STD Prevention Training Center, STD Control Branch (California Department of Health, Current Annual $3,326,233.00)

2005 Research endowment to Center for Reproductive Health research and Policy (Fred H. Bixby Foundation, $5,000,000)

2005-06 National STD/HIV Training (Johns Hopkins University, $91,199)

2005-06 Strengthening Teaching on Reproductive Health (RH) in Hue Medical Faculty, Hue, Vietnam (Pathfinder International $14,000)

2005-07 Immediate Versus Delayed Initiation of Oral Contraceptive Pills after Therapeutic Abortion (Anonymous Foundation, $33,655)

2005-07 A Randomized, Open-Label, Comparative, multi-Center Trial to Evaluate Contraceptive Efficacy, Cycle Control, Safety and Acceptability of a Monophasic Combined Oral Contraceptive (COC) Containing 2.5 mg, nomegestrol acetate and 17 beta estradiol

2005-07 Immediate Versus Delayed Initiation of Transdermal Hormonal Contraception after Therapeutic Abortion (Anonymous Foundation, $33,655)

2005-08 Documenting the Effects of Abortion Legalization in Nepal: Abortion Complication Treated at Sentinel Hospitals in the Katmandu Valley (Anonymous Foundation, $110,000)

2005-10 Evaluation and Monitoring of Family PACT, California's public-private partnership in family planning (California Department of Health Services, $15,204,819)

2005-09 Social Science Fellowship in Abortion and Reproductive Health (Anonymous Foundation, $229,372)

2006-07 An Assessment of Burundian Refugees' Attitudes on family planning in Kibondo, Tanzania (Anonymous Foundation, $15,033)

2006-11 Society of Family Planning Research Grant Program (Anonymous Foundation, $1,030,237)

2007-10 Clinical trial of one year *nesterone and ethinyl estradiol* vaginal contraceptive ring, (Population Council, $368,812)

2009-12 STD Prevention Training Center (DHHS STD Control Branch, CDHS, $5,709,085)
2005-10 Evaluation and Monitoring of Family PACT, California's public-private partnership in family planning (California Department of Health Services, $15,204,819)

2009-12 Innovative evaluation of Title X and 1115 waiver family planning programs; for evaluation of Title X and 1115 Waiver Family Planning Programs. (Office of Population Affairs, $476,176)

2010-16 Evaluation and Monitoring of Family PACT, California's public-private partnership in family planning (California Department of Health Services, $17,587,446)

# APPENDIX C

## Appendix C. BMI, AE Listings, total serum LNG concentration, total serum SHBG concentration, and FLI for CSR A46796

**All demographic data (BMI) from MIR_BSR-R_00140598**
**All AE Listings and onset data from MIR_BSR-R_00143036**
**All included AEs listed as "Expected adverse drug reactions for Mirena" or "Progestin related side effects" from MIR_BSR-R_00138205**
**All PK data (dosage, LNG serum and SHBG serum concentrations) from MIR_BSR-R_00172825**

**FLI = [(LNg (nmol/l))/(SHBG (nmol/l))] x 100 (From Subakir et al., Hum Reprod (1996))**
**Molecular weight of LNg = 3.12**
**ng/L = pg/ mL**
**pg/mL x 3.12 = pmol/l**
**pmol/l / 1000 = nmol/l**
**So: nmol/l = [(ng/L x 3.12)/1000]**

### Subjects receiving 20 MCG Single Dose (Mirena)

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120101 | 31.2 | Headache (4) | Possible | | |
| 120101 | 31.2 | Headache (31) | Possible | | |
| 120101 | 31.2 | Headache (45) | Possible | | |
| 120101 | 31.2 | Headache (87) | Possible | | |
| 120101 | 31.2 | Headache (129) | Possible | | |
| 120101 | 31.2 | Headache (321) | Possible | | |
| 120101 | 31.2 | Bloating (34) | Unlikely | | |
| 120101 | 31.2 | Weight Gain (34) | No | | |
| 120101 | 31.2 | Greasy Skin (34) | Possible | | |
| 120101 | 31.2 | Headache (773) | Unlikely | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 5/11/2005 | 2/27/2006 | 292 | 139 | 19.6 | 2.2 |
| 5/11/2005 | 3/6/2006 | 299 | 108.7 | 16 | 2.12 |
| 5/11/2005 | 3/13/2006 | 306 | 133.5 | 23.5 | 1.77 |
| 5/11/2005 | 3/20/2006 | 313 | 160.1 | 27.9 | 1.79 |
| 5/11/2005 | 3/27/2006 | 320 | 141.3 | 24.4 | 1.8 |
| 5/11/2005 | 4/3/2006 | 327 | 114.9 | 22.2 | 1.61 |
| 5/11/2005 | 3/12/2007 | 670 | 85.4 | 25.1 | 1.061 |
| 5/11/2005 | 4/19/2007 | 708 | 88.5 | 28.8 | 0.96 |
| 5/11/2005 | 1/8/2008 | 972 | 93.4 | 28.5 | 1.02 |
| 5/11/2005 | 2/11/2008 | 1006 | 94.4 | 28.7 | 1.03 |
| 5/11/2005 | 5/13/2008 | 1098 | 103 | 25.7 | 1.25 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120606 | 33.7 | Headache (Mild) (30) | Unlikely/Possible | | |
| 120606 | 33.7 | Greasy Skin (Mild) (195) | Possible/Possible | | |
| 120606 | 33.7 | Headache (Moderate) (1048) | Unlikely/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/28/2005 | 9/2/2008 | 1070 | 103 | 37.2 | 0.86 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120731 | 29.3 | Bloating (Moderate) (7) | Probable/Possible | | |
| 120731 | 29.3 | Weight Gain (Mild) (357) | Possible/Possible | | |
| 120731 | 29.3 | Growing of Breasts (Mild) (105) | Probable/Possible | | |
| 120731 | 29.3 | Bloating (Moderate) (477) | Probable/Possible | | |
| 120731 | 29.3 | Oedema (Moderate) (477) | Probable/Possible | | |
| 120731 | 29.3 | Headache (Mild) (570) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/25/2005 | 9/4/2008 | 1106 | 114 | 20.5 | 1.74 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120816 | 34.1 | Headache (Mild) (22) | Possible/Possible | | |
| 120816 | 34.1 | Acne (Mild) (22) | Possible/Possible | | |
| 120816 | 34.1 | Corpus Luteum Cyst in Right Ovary (Mild) (546) | Possible/Possible | | |
| 120816 | 34.1 | Cyst in Left Ovary (Mild) (730) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/23/2005 | 8/23/2005 | 0 | 30 | 35.6 | |
| 8/23/2005 | 8/24/2005 | 1 | 116 | 37.4 | 0.97 |
| 8/23/2005 | 8/26/2005 | 3 | 199 | 48.4 | 1.28 |
| 8/23/2005 | 8/30/2005 | 7 | 240 | 40.6 | 1.84 |
| 8/23/2005 | 9/6/2005 | 14 | 265 | 47.8 | 1.73 |
| 8/23/2005 | 9/19/2005 | 27 | 240 | 32.9 | 2.27 |
| 8/23/2005 | 2/22/2006 | 183 | 155 | 27 | 1.79 |
| 8/23/2005 | 8/31/2006 | 373 | 144 | 26.4 | 1.7 |
| 8/23/2005 | 2/20/2007 | 546 | 96 | 30.7 | 0.97 |
| 8/23/2005 | 8/23/2007 | 730 | 144 | 38.2 | 1.17 |
| 8/23/2005 | 2/18/2008 | 909 | 145 | 35.1 | 1.28 |
| 8/23/2005 | 8/14/2008 | 1087 | 138 | 31.5 | 1.36 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120827 | 31.6 | Headache (Mild) (7) | Possible/Possible | | |
| 120827 | 31.6 | Bloating (Moderate) (7) | Possible/Possible | | |
| 120827 | 31.6 | Edema (Mild) (7) | Possible/Possible | | |
| 120827 | 31.6 | Acne (Mild) (7) | Possible/Possible | | |
| 120827 | 31.6 | Weight Gain (Moderate) (270) | No/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/15/2005 | 9/15/2005 | 0 | 30 | 46.1 | |
| 9/15/2005 | 9/16/2005 | 1 | 82 | 46.3 | 0.55 |
| 9/15/2005 | 9/19/2005 | 4 | 183 | 48.6 | 1.17 |
| 9/15/2005 | 9/21/2005 | 6 | 175 | 47.4 | 1.15 |
| 9/15/2005 | 9/29/2005 | 14 | 158 | 40.6 | 1.21 |
| 9/15/2005 | 10/13/2005 | 28 | 166 | 41.3 | 1.25 |
| 9/15/2005 | 3/14/2006 | 180 | 167 | 49.9 | 1.04 |
| 9/15/2005 | 9/18/2006 | 368 | 129 | 38 | 1.06 |
| 9/15/2005 | 3/20/2007 | 551 | 134 | 53.3 | 0.78 |
| 9/15/2005 | 9/19/2007 | 734 | 113 | 49.9 | 0.71 |
| 9/15/2005 | 3/19/2008 | 916 | 120 | 45.9 | 0.82 |
| 9/15/2005 | 9/2/2008 | 1083 | 137 | 66.2 | 0.65 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120909 | 21.4 | Headache (Mild) (22) | No/Possible | | |
| 120909 | 21.4 | Acne (Mild) (25) | Unlikely/Possible | | |
| 120909 | 21.4 | Headache (Moderate) (33) | Unlikely/Possible | | |
| 120909 | 21.4 | Headache (Moderate) (211) | No/Possible | | |
| 120909 | 21.4 | Greasy Skin (Mild) (645) | No/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/18/2005 | 8/19/2005 | 1 | 252 | 94.9 | 0.83 |
| 8/18/2005 | 8/22/2005 | 4 | 695 | 90 | 2.41 |
| 8/18/2005 | 8/26/2005 | 8 | 625 | 83.7 | 2.33 |
| 8/18/2005 | 9/2/2005 | 15 | 516 | 64.3 | 2.5 |
| 8/18/2005 | 9/20/2005 | 33 | 449 | 56.1 | 2.5 |
| 8/18/2005 | 2/2/2006 | 168 | 495 | 73.1 | 2.11 |
| 8/18/2005 | 8/17/2006 | 364 | 483 | 94 | 1.6 |
| 8/18/2005 | 2/7/2007 | 538 | 407 | 73.8 | 1.72 |

| | | | | | |
|---|---|---|---|---|---|
| 8/18/2005 | 8/14/2007 | 726 | 270 | 52.2 | 1.61 |
| 8/18/2005 | 3/12/2008 | 937 | 302 | 64.1 | 1.47 |
| 8/18/2005 | 9/4/2008 | 1113 | 260 | 59.6 | 1.36 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121008 | 23.4 | Ovarian Cyst (Mild) (180) | Possible/Possible | | |
| 121008 | 23.4 | Bloating (Mild) (19) | Possible/Possible | | |
| 121008 | 23.4 | Edema (Mild) (19) | Possible/Possible | | |
| 121008 | 23.4 | Right Ovarian Cyst (Mild) (1104) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 5/26/2005 | 5/29/2008 | 1099 | 247 | 78.3 | 0.98 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121107 | 37.6 | Bloating (Mild) (5) | Probable/Possible | | |
| 121107 | 37.6 | Acne (Moderate) (0) | Probable/Possible | | |
| 121107 | 37.6 | Weight Gain (Severe) (42) | Possible/Possible | | |
| 121107 | 37.6 | Headache (Mild) (29) | Possible/Possible | | |
| 121107 | 37.6 | Headache (Mild) (653) | Possible/Possible | | |
| 121107 | 37.6 | Headache (Mild) (747) | Unlikely/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 6/20/2005 | 6/9/2008 | 1085 | 161 | 74 | 0.68 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121115 | 21.3 | Bloating (Moderate) (6) | Probable/Possible | | |
| 121115 | 21.3 | Edema (Moderate) (19) | Probable/Possible | | |
| 121115 | 21.3 | Ovarian Cysts (Mild) (29) | Possible/Possible | | |
| 121115 | 21.3 | Headache (Moderate) (119) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/14/2005 | 1/16/2006 | 124 | 154 | 36.3 | 1.32 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121301 | 30.8 | Ovarian Cyst (Moderate) (285) | Possible/Possible | | |
| 121301 | 30.8 | Ovarian Cyst (Mild) (573) | Probable/Possible | | |
| 121301 | 30.8 | Ovarian Cyst (Moderate) (924) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 6/23/2005 | 5/12/2008 | 1054 | 92.3 | 37.2 | 0.77 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121411 | 25.1 | Headache (Moderate) (3) | Unlikely/Possible | | |
| 121411 | 25.1 | Bloating (Mild) (21) | Unlikely/Possible | | |
| 121411 | 25.1 | Ovarian Cyst (Mild) (186) | Possible/Possible | | |
| 121411 | 25.1 | Weight Gain (Mild) (174) | Unlikely/Possible | | |
| 121411 | 25.1 | Ovarian Cyst (Mild) (1096) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/25/2005 | 8/26/2008 | 1097 | 407 | 133 | 0.95 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121414 | 24 | Greasy Skin (Mild) (24) | Possible/Possible | | |
| 121414 | 24 | Ovarian Cyst (Mild) (180) | Possible/Possible | | |
| 121414 | 24 | Headache (Moderate) (359) | No/Possible | | |
| 121414 | 24 | Headache (Moderate) (815) | No/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/21/2005 | 9/15/2008 | 1090 | 312 | 106 | 0.92 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121510 | 21.1 | Headache (Mild) (14) | Possible/Possible | | |
| 121510 | 21.1 | Edema (Mild) (14) | Possible/Possible | | |
| 121510 | 21.1 | Acne (Mild) (14) | Possible/Possible | | |
| 121510 | 21.1 | Ovarian Cyst (Mild) (1092) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/1/2005 | 8/28/2008 | 1092 | 220 | 90.1 | 0.76 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121517 | 27.5 | Headache (Mild) (85) | No/Possible | | |
| 121517 | 27.5 | Cyst of Right Ovary (Mild) (178) | Possible/Possible | | |
| 121517 | 27.5 | Cyst of Left Ovary (Mild) (560) | Possible/Possible | | |
| 121517 | 27.5 | Edema (Mild) (14) | Possible/Possible | | |
| 121517 | 27.5 | Headache (Mild) (14) | Unlikely/Possible | | |
| 121517 | 27.5 | Headache (Mild) (684) | No/Possible | | |
| 121517 | 27.5 | Acne (Mild) (241) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 10/3/2005 | 11/10/2008 | 1134 | 236 | 75 | 0.98 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 130203 | 20.4 | Headache (Mild) (12) | Possible/Possible | | |
| 130203 | 20.4 | Bloating (Mild) (161) | Possible/Possible | | |
| 130203 | 20.4 | Acne (Mild) (161) | Possible/Possible | | |
| 130203 | 20.4 | Weight Gain (Mild) (161) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 7/7/2005 | 7/1/2008 | 1090 | 225 | 52 | 1.35 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 130240 | 33.5 | Acne (29) | Possible/Possible | | |
| 130240 | 33.5 | Bloating (Mild) (151) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/18/2005 | 7/22/2008 | 1069 | 100 | 25.7 | 1.21 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 140113 | 36.3 | Weight Gain (Mild) (8) | Possible/Possible | | |
| 140113 | 36.3 | Acne (Mild) (8) | Possible/Possible | | |
| 140113 | 36.3 | Ovarian Cyst (Mild) (29) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/13/2005 | 10/14/2008 | 1127 | 75.2 | 43.3 | 0.54 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 150613 | 21.2 | Headache (Mild) (14) | Unlikely/Possible | | |
| 150613 | 21.2 | Bloating (Mild) (14) | Possible/Possible | | |
| 150613 | 21.2 | Weight Gain (Mild) (14) | Possible/Possible | | |
| 150613 | 21.2 | Acne (Mild) (14) | Possible/Possible | | |
| 150613 | 21.2 | Migraine (Moderate) (317) | Unlikely/Possible | | |
| 150613 | 21.2 | Headache (Moderate) (317) | Unlikely/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 10/3/2005 | 9/29/2008 | 1092 | 277 | 101 | 0.86 |

**Subjects receiving 16 MCG Single Dose (Kyleena)**

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120204 | 21.7 | Migraine (135) | unlikely/possible | | |
| 120204 | 21.7 | Edema (120) | possible/possible | | |
| 120204 | 21.7 | Weight Gain (120) | possible/possible | | |
| 120204 | 21.7 | Migraine (931) | no/possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/22/2005 | 4/4/2006 | 194 | 130.1 | 49.4 | 0.82 |
| 9/22/2005 | 4/11/2006 | 201 | 146.6 | 67.3 | 0.68 |
| 9/22/2005 | 4/18/2006 | 208 | 121.1 | 61.3 | 0.62 |
| 9/22/2005 | 4/26/2006 | 216 | 159.8 | 74.5 | 0.67 |
| 9/22/2005 | 5/3/2006 | 223 | 136.6 | 65.1 | 0.65 |
| 9/22/2005 | 5/10/2006 | 230 | 152 | 60 | 0.79 |
| 9/22/2005 | 4/30/2007 | 585 | 161 | 92.8 | 0.54 |
| 9/22/2005 | 6/8/2007 | 624 | 129 | 77.8 | 0.52 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120302 | 25.2 | Headache (158) | possible/possible | | |
| 120302 | 25.2 | Headache (177) | possible/possible | | |
| 120302 | 25.2 | Headache (329) | unlikely/possible | | |
| 120302 | 25.2 | Greasy Skin (420) | possible/possible | | |
| 120302 | 25.2 | Headache (909) | no/possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 6/7/2005 | 1/9/2006 | 216 | 47.3 | 21.6 | 0.68 |
| 6/7/2005 | 1/16/2006 | 223 | 49.9 | 21.8 | 0.71 |
| 6/7/2005 | 1/23/2006 | 230 | 43.2 | 21.9 | 0.62 |
| 6/7/2005 | 1/30/2006 | 237 | 48.2 | 20.7 | 0.73 |
| 6/7/2005 | 2/6/2006 | 244 | 49.2 | 21.2 | 0.72 |
| 6/7/2005 | 2/13/2006 | 251 | 40.3 | 20.8 | 0.6 |
| 6/7/2005 | 1/8/2007 | 580 | 49.7 | 32.7 | 0.47 |
| 6/7/2005 | 2/15/2007 | 618 | 61.7 | 36.2 | 0.53 |
| 6/7/2005 | 1/23/2008 | 960 | 64.1 | 35.1 | 0.57 |
| 6/7/2005 | 2/28/2008 | 996 | 65.3 | 41 | 0.5 |
| 6/7/2005 | 6/11/2008 | 1100 | 57.5 | 40.6 | 0.44 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) |
|---|---|---|---|
| 120305 | 27.4 | Headache (1) | possible/possible |
| 120305 | 27.4 | Bloating (0) | probable/possible |
| 120305 | 27.4 | Greasy Skin (5) | probable/possible |
| 120305 | 27.4 | Bloating (146) | possible/possible |
| 120305 | 27.4 | Edema (144) | possible/possible |
| 120305 | 27.4 | Headache (157) | no/possible |
| 120305 | 27.4 | Headache (353) | possible/possible |
| 120305 | 27.4 | Aggravated Headache (Intermittent) (473) | possible/possible |
| 120305 | 27.4 | Migraine (898) | no/possible |

| Insertion Date | Serum Date | Days Since Insertion | Serum Level (ng/L) | SHBG Concentration (nmol/L) | FLI |
|---|---|---|---|---|---|
| 8/15/2005 | 2/20/2006 | 189 | 69.7 | 34.6 | 0.63 |
| 8/15/2005 | 2/27/2006 | 196 | 62.8 | 33.7 | 0.58 |
| 8/15/2005 | 3/8/2006 | 205 | 61.2 | 18 | 1.06 |
| 8/15/2005 | 3/15/2006 | 212 | 49.8 | 27.3 | 0.57 |
| 8/15/2005 | 3/20/2006 | 217 | 57 | 33.8 | 0.53 |
| 8/15/2005 | 3/27/2006 | 224 | 51 | 31.8 | 0.5 |
| 8/15/2005 | 4/23/2007 | 616 | 49.1 | 39.2 | 0.39 |
| 8/15/2005 | 6/1/2007 | 655 | 51.9 | 44.9 | 0.36 |
| 8/15/2005 | 4/15/2008 | 974 | 50.1 | 36.2 | 0.43 |
| 8/15/2005 | 5/23/2008 | 1012 | 38.5 | 34.8 | 0.35 |
| 8/15/2005 | 8/22/2008 | 1103 | 63.2 | 49.3 | 0.4 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120416 | 20.1 | Bloating (170) | unlikely/possible | | |
| 120416 | 20.1 | Edema (Face) (153) | possible/possible | | |
| 120416 | 20.1 | Acne (139) | possible/possible | | |
| 120416 | 20.1 | Ovarian Cyst (721) | probable/possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/15/2005 | 8/29/2008 | 1110 | 266 | 84.1 | 0.99 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120716 | 24.8 | Bloating (Mild) (10) | probable/possible | | |
| 120716 | 24.8 | Headache (Mild) (10) | unlikely/possible | | |
| 120716 | 24.8 | Ovary Cyst Diameter 32 mm (Mild) (177) | possible/possible | | |
| 120716 | 24.8 | Bloating in the Lower Abdomen (Mild) (375) | possible/possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 5/30/2005 | 5/27/2008 | 1093 | 198 | 115 | |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120718 | 22.3 | Bloating (Mild) (38) | unlikely/possible | | |
| 120718 | 22.3 | Headache (Mild) (101) | probable/possible | | |
| 120718 | 22.3 | Headache (Mild) (380) | unlikely/possible | | |
| 120718 | 22.3 | Bloating (Mild) (570) | unlikely/possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 6/22/2005 | 6/17/2008 | 1091 | 113 | 50.4 | 0.7 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120820 | 22.7 | Weight Gain (Moderate) (7) | probable/possible | | |
| 120820 | 22.7 | Migraine (Moderate) (361) | no/possible | | |
| 120820 | 22.7 | Migraine (Moderate) (640) | no/possible | | |
| 120820 | 22.7 | Migraine (Mild) (704) | no/possible | | |
| 120820 | 22.7 | Migraine (Mild) (892) | possible/possible | | |
| 120820 | 22.7 | Weight Gain (Moderate) (730) | unlikely/possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/15/2005 | 9/15/2005 | 0 | 30 | 63.9 | |
| 9/15/2005 | 9/16/2005 | 1 | 136 | 62.4 | 0.68 |
| 9/15/2005 | 9/19/2005 | 4 | 242 | 71.6 | 1.05 |
| 9/15/2005 | 9/21/2005 | 6 | 172 | 50.3 | 1.07 |
| 9/15/2005 | 9/30/2005 | 15 | 307 | 73.5 | 1.3 |
| 9/15/2005 | 10/13/2005 | 28 | 166 | 44.8 | 1.16 |
| 9/15/2005 | 3/14/2006 | 180 | 264 | 100.7 | 0.82 |
| 9/15/2005 | 9/21/2006 | 371 | 106 | 36 | 0.92 |
| 9/15/2005 | 3/15/2007 | 546 | 160 | 58 | 0.86 |

| | | | | | |
|---|---|---|---|---|---|
| 9/15/2005 | 9/19/2007 | 734 | 211 | 90.8 | 0.73 |
| 9/15/2005 | 3/19/2008 | 916 | 106 | 44 | 0.75 |
| 9/15/2005 | 9/4/2008 | 1085 | 112 | 37.2 | 0.94 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) |
|---|---|---|---|
| 120836 | 26 | Headache (Moderate) (17) | no/possible |
| 120836 | 26 | Bloating (Mild) (19) | unlikely/possible |
| 120836 | 26 | Headache (Moderate) (81) | no/possible |
| 120836 | 26 | Headache (Moderate) (167) | no/possible |
| 120836 | 26 | Greasy Skin (Mild) (79) | probable/possible |
| 120836 | 26 | Headache (Moderate) (365) | no/possible |
| 120836 | 26 | Cyst in Left Ovary (Mild) (1095) | possible/possible |

| Insertion Date | Serum Date | Days Since Insertion | Serum Level (ng/L) | SHBG Concentration (nmol/L) | FLI |
|---|---|---|---|---|---|
| 9/26/2005 | 9/25/2008 | 1095 | 126 | 94.9 | 0.41 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) |
|---|---|---|---|
| 120918 | 35.2 | Bloating (Moderate) (33) | probable/possible |
| 120918 | 35.2 | Edema (Moderate) (33) | probable/possible |
| 120918 | 35.2 | Weight Gain (Mild) (33) | probable/possible |
| 120918 | 35.2 | Acne (Mild) (9) | probable/possible |

| Insertion Date | Serum Date | Days Since Insertion | Serum Level (ng/L) | SHBG Concentration (nmol/L) | FLI |
|---|---|---|---|---|---|
| 9/12/2005 | 9/12/2005 | 0 | 30 | 88.7 | |
| 9/12/2005 | 9/13/2005 | 1 | 110 | 107.1 | 0.32 |
| 9/12/2005 | 9/15/2005 | 3 | 163 | 106 | 0.48 |
| 9/12/2005 | 9/19/2005 | 7 | 227 | 116.5 | 0.61 |
| 9/12/2005 | 9/26/2005 | 14 | 208 | 83.8 | 0.77 |
| 9/12/2005 | 10/17/2005 | 35 | 232 | 114.6 | 0.63 |
| 9/12/2005 | 10/31/2005 | 49 | 235 | 125.3 | 8.59 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) |
|---|---|---|---|
| 121110 | 20.9 | Acne (Mild) (7) | Probable/Possible |
| 121110 | 20.9 | Headache (Mild) (12) | Possible/Possible |
| 121110 | 20.9 | Headache (Mild) (178) | Possible/Possible |
| 121110 | 20.9 | Ovarian Cyst (Mild) (178) | Possible/Possible |
| 121110 | 20.9 | Headache (Mild) (197) | Possible/Possible |
| 121110 | 20.9 | Headache (Mild) (335) | Possible/Possible |
| 121110 | 20.9 | Headache (Moderate) (392) | Possible/Possible |
| 121110 | 20.9 | Left Ovarian Cyst (Mild) (539) | Possible/Possible |

| Insertion Date | Serum Date | Days Since Insertion | Serum Level (ng/L) | SHBG Concentration (nmol/L) | FLI |
|---|---|---|---|---|---|
| 6/20/2005 | 6/9/2008 | 1085 | 106 | 61.1 | 0.54 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) |
|---|---|---|---|
| 121119 | 19.7 | Bloating (Moderate) (133) | Probable/Possible |
| 121119 | 19.7 | Headache (Mild) (216) | Possible/Possible |
| 121119 | 19.7 | Acne (Mild) (249) | Possible/Possible |
| 121119 | 19.7 | Headache (Mild) (1009) | Unlikely/Possible |

| Insertion Date | Serum Date | Days Since Insertion | Serum Level (ng/L) | SHBG Concentration (nmol/L) | FLI |
|---|---|---|---|---|---|
| 9/26/2005 | 9/15/2008 | 1085 | 147 | 67.6 | 0.68 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 140105 | 22.2 | Headache (Moderate) (7) | Possible/Possible | | |
| 140105 | 22.2 | Bloating (Mild) (7) | Possible/Possible | | |
| 140105 | 22.2 | Acne (Mild) (7) | Probable/Possible | | |
| 140105 | 22.2 | Headache (Mild) (152) | Unlikely/Possible | | |
| 140105 | 22.2 | Bloated (Mild) (152) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/17/2005 | 8/25/2008 | 1104 | 55.3 | 26.9 | |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 140110 | 80 | 25.5 | Headache (Mild) (3) | Unlikely/Possible | |
| 140110 | 80 | 25.5 | Bloating (Mild) (3) | Possible/Possible | |
| 140110 | 80 | 25.5 | Weight Gain (Mild) (3) | Possible/Possible | |
| 140110 | 80 | 25.5 | Bloating (Mild) (27) | Possible/Possible | |
| 140110 | 80 | 25.5 | Dysmenorrhea (Mild) (1) | Unlikely/Possible | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 10/25/2005 | 10/27/2008 | 1098 | 37.6 | 31.7 | |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 140123 | 19.5 | Bloating (Mild) (5) | Possible/Possible | | |
| 140123 | 19.5 | Weight Gain (Mild) (5) | Possible/Possible | | |
| 140123 | 19.5 | Acne (Mild) (5) | Possible/Possible | | |
| 140123 | 19.5 | Metroraghia Post Coital (Mild) (465) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/23/2005 | 10/6/2008 | 1109 | 148 | 83.2 | 1.52 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 130251 | 31.2 | Acne (Mild) (8) | Possible/Possible | | |
| 130251 | 31.2 | Weight Gain (Mild) (1011) | No/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/15/2005 | 7/17/2008 | 1067 | 48.1 | 30.4 | 0.49 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 140710 | 34.3 | Acne (Mild) (3) | Possible/Possible | | |
| 140710 | 34.3 | Dysmenorrhea (Moderate) (24) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/23/2005 | 9/1/2008 | 1105 | 47.8 | 29.5 | 0.51 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 140809 | 30.1 | Acne (Mild) (8) | Probable/Possible | | |
| 140809 | 30.1 | Headache (Moderate) (5) | Unlikely/Possible | | |
| 140809 | 30.1 | Headache (Moderate) (15) | Unlikely/Possible | | |
| 140809 | 30.1 | Greasy Skin (Mild) (8) | Probable/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/14/2005 | 9/22/2008 | 1104 | 97.1 | 55.7 | 0.54 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) |
|---|---|---|---|
| 121409 | 32 | Greasy Skin (Mild) (64) | Possible/Possible |

| | | | | | |
|---|---|---|---|---|---|
| 121409 | 32 | Weight Gain (Mild) (337) | No/Possible | | |
| 121409 | 32 | Severe Dysmenorrhoea (Severe) (641) | Unlikely/Possible | | |
| 121409 | 32 | Ovarian Cyst on Right (Mild) (889) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/12/2005 | 9/8/2008 | 1092 | 70.4 | 25.7 | 0.85 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120730 | 35.2 | Weight Gain (Moderate) (132) | | | |
| 120730 | 35.2 | Headache (Moderate) (540) | | | |
| 120730 | 35.2 | Bloating (Mild) (683) | | | |
| 120730 | 35.2 | Oedema (Mild) (683) | | | |
| 120730 | 35.2 | Headache (Mild) (831) | | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/1/2005 | 7/29/2008 | 1093 | 83.1 | 55 | 0.47 |

**Subjects receiving 12 MCG Single Dose (Skyla)**

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120107 | 22.6 | Headache (4) | Possible | | |
| 120107 | 22.6 | Greasy Skin (18) | Possible | | |
| 120107 | 22.6 | Headache (38) | Possible | | |
| 120107 | 22.6 | Dysmenorrhea (90) | Possible | | |
| 120107 | 22.6 | Migraine (498) | Possible | | |
| 120107 | 22.6 | Headache (541) | Possible | | |
| 120107 | 22.6 | Headache (551) | Possible | | |
| 120107 | 22.6 | Headache (671) | Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/1/2005 | 5/8/2006 | 280 | 50.9 | 39.8 | 0.4 |
| 8/1/2005 | 5/15/2006 | 287 | 62.8 | 40.1 | 0.49 |
| 8/1/2005 | 5/23/2006 | 295 | 58.8 | 45.2 | 0.41 |
| 8/1/2005 | 5/29/2006 | 301 | 60.9 | 39.1 | 0.49 |
| 8/1/2005 | 6/5/2006 | 308 | 70.9 | 43.8 | 0.51 |
| 8/1/2005 | 6/12/2006 | 315 | 68.1 | 41 | 0.52 |
| 8/1/2005 | 4/25/2007 | 632 | 30 | 39.5 | 0.24 |
| 8/1/2005 | 5/31/2007 | 668 | 30 | 43.9 | 0.21 |
| 8/1/2005 | 4/23/2008 | 996 | 39.2 | 52.1 | 0.23 |
| 8/1/2005 | 5/30/2008 | 1033 | 30 | 39.8 | 0.24 |
| 8/1/2005 | 8/11/2008 | 1106 | 47.5 | 51.7 | 0.29 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120108 | 22.5 | Headache (3) | Possible | | |
| 120108 | 22.5 | Headache (28) | Possible | | |
| 120108 | 22.5 | Headache (37) | Possible | | |
| 120108 | 22.5 | Headache (150) | Possible | | |
| 120108 | 22.5 | Acne (210) | Possible | | |
| 120108 | 22.5 | Cysts In Right Ovarian > 3 CM (182) | Possible | | |
| 120108 | 22.5 | Headache (325) | Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/4/2005 | 2/27/2006 | 207 | 91 | 30.6 | 0.93 |
| 8/4/2005 | 3/7/2006 | 215 | 85.5 | 34.2 | 0.78 |
| 8/4/2005 | 3/14/2006 | 222 | 87.9 | 31.9 | 0.86 |
| 8/4/2005 | 3/21/2006 | 229 | 85.1 | 30.7 | 0.86 |
| 8/4/2005 | 3/28/2006 | 236 | 88.9 | 32.5 | 0.85 |
| 8/4/2005 | 4/3/2006 | 242 | 98 | 33.9 | 0.9 |
| 8/4/2005 | 12/7/2006 | 490 | 47.6 | 28.1 | 0.53 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120116 | 17 | Headache (0) | Possible | | |
| 120116 | 17 | Headache (10) | Possible | | |
| 120116 | 17 | Bloating (0) | Possible | | |
| 120116 | 17 | Headache (83) | Possible | | |
| 120116 | 17 | Headache (146) | Possible | | |
| 120116 | 17 | Headache (356) | Possible | | |
| 120116 | 17 | Migraine (638) | Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 10/10/2005 | 7/31/2006 | 294 | 109.8 | 66.4 | 0.52 |
| 10/10/2005 | 8/7/2006 | 301 | 121 | 71.7 | 0.53 |
| 10/10/2005 | 8/14/2006 | 308 | 140.6 | 84.7 | 0.52 |
| 10/10/2005 | 8/21/2006 | 315 | 146.6 | 87.8 | 0.52 |
| 10/10/2005 | 8/28/2006 | 322 | 121.2 | 74.3 | 0.51 |
| 10/10/2005 | 9/5/2006 | 330 | 126 | 83.9 | 0.47 |
| 10/10/2005 | 5/8/2007 | 575 | 107 | 71.5 | 0.47 |
| 10/10/2005 | 6/15/2007 | 613 | 107 | 80.6 | 0.41 |
| 10/10/2005 | 8/12/2008 | 1037 | 105 | 87.9 | 0.37 |
| 10/10/2005 | 9/18/2008 | 1074 | 89.2 | 75.5 | 0.37 |
| 10/10/2005 | 9/29/2008 | 1085 | 89.9 | 65.8 | 0.43 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120804 | 20.5 | Headache (Mild) (5) | Possible/Possible | | |
| 120804 | 20.5 | Edema (Mild) (120) | Unlikely/Possible | | |
| 120804 | 20.5 | Ovarian Cyst (Moderate) (535) | Probable/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 6/13/2005 | 6/13/2005 | 0 | 30 | 54.4 | |
| 6/13/2005 | 6/14/2005 | 1 | 150 | 60 | 0.78 |
| 6/13/2005 | 6/16/2005 | 3 | 163 | 50.2 | 1.01 |
| 6/13/2005 | 6/20/2005 | 7 | 147 | 45 | 1.02 |
| 6/13/2005 | 6/27/2005 | 14 | 144 | 44 | 1.02 |
| 6/13/2005 | 7/6/2005 | 23 | 123 | 42.7 | 0.9 |
| 6/13/2005 | 11/23/2005 | 163 | 169 | 66.2 | 0.8 |
| 6/13/2005 | 5/31/2006 | 352 | 111 | 69.1 | 0.5 |
| 6/13/2005 | 11/30/2006 | 535 | 136 | 68.8 | 0.62 |
| 6/13/2005 | 6/13/2007 | 730 | 69.1 | 67.2 | 0.32 |
| 6/13/2005 | 12/3/2007 | 903 | 64.5 | 48.7 | 0.41 |
| 6/13/2005 | 6/5/2008 | 1088 | 127 | 90 | 0.44 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120809 | 27 | Bloating (Mild) (15) | Unlikely/Possible | | |
| 120809 | 27 | Acne (Mild) (15) | Possible/Possible | | |
| 120809 | 27 | Corpus Luteum Cyst in Right Ovary (Mild) (182) | Unlikely/Possible | | |
| 120809 | 27 | Weight Gain (Mild) (370) | Unlikely/Possible | | |
| 120809 | 27 | Weight Loss (Moderate) (870) | No/Unlikely | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/25/2005 | 8/25/2005 | 0 | 30 | 43 | |
| 8/25/2005 | 8/26/2005 | 1 | 62 | 43.4 | 0.45 |
| 8/25/2005 | 8/29/2005 | 4 | 97 | 43.7 | 0.69 |
| 8/25/2005 | 9/1/2005 | 7 | 88 | 34.4 | 0.8 |
| 8/25/2005 | 9/8/2005 | 14 | 93 | 43.8 | 0.66 |
| 8/25/2005 | 9/26/2005 | 32 | 82 | 37.7 | 0.68 |
| 8/25/2005 | 2/23/2006 | 182 | 57 | 34.2 | 0.52 |
| 8/25/2005 | 9/4/2006 | 375 | 60 | 42 | 0.45 |
| 8/25/2005 | 3/7/2007 | 559 | 48.1 | 48.7 | 0.31 |
| 8/25/2005 | 9/12/2007 | 748 | 44.6 | 41.5 | 0.34 |

| | | | | | |
|---|---|---|---|---|---|
| 8/25/2005 | 2/18/2008 | 907 | 49.1 | 56.4 | 0.27 |
| 8/25/2005 | 8/12/2008 | 1083 | 42.2 | 39.8 | 0.33 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120904 | 29.4 | Headache (Mild) (72) | Unlikely/Possible | | |
| 120904 | 29.4 | Bloating (Mild) (22) | Unlikely/Possible | | |
| 120904 | 29.4 | Edema (Mild) (22) | No/Possible | | |
| 120904 | 29.4 | Greasy Skin (Mild) (72) | Possible/Possible | | |
| 120904 | 29.4 | Vision Blurring (Mild) (750) | No/Unlikely | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 6/20/2005 | 6/21/2005 | 1 | 114 | 73.8 | 0.48 |
| 6/20/2005 | 6/25/2005 | 5 | 153 | 65.4 | 0.73 |
| 6/20/2005 | 6/29/2005 | 9 | 173 | 66.1 | 0.82 |
| 6/20/2005 | 8/4/2005 | 45 | 171 | 67.3 | 0.79 |
| 6/20/2005 | 8/22/2005 | 63 | 159 | 62.1 | 0.8 |
| 6/20/2005 | 2/1/2006 | 226 | 121 | 55.6 | 0.68 |
| 6/20/2005 | 8/9/2006 | 415 | 121 | 55 | 0.69 |
| 6/20/2005 | 2/1/2007 | 591 | 117 | 90.4 | 0.4 |
| 6/20/2005 | 8/16/2007 | 787 | 92 | 65.8 | 0.44 |
| 6/20/2005 | 1/17/2008 | 941 | 79.7 | 72.9 | 0.34 |
| 6/20/2005 | 8/13/2008 | 1150 | 84.7 | 70.8 | 0.37 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120919 | 22 | Weight Gain (Mild) (15) | Possible/Possible | | |
| 120919 | 22 | Acne (Mild) (15) | Possible/Possible | | |
| 120919 | 22 | Headache (Moderate) (110) | Unlikely/Possible | | |
| 120919 | 22 | Bloating (Mild) (503) | No/Possible | | |
| 120919 | 22 | Ovarian Cyst (Mild) (554) | No/Possible | | |
| 120919 | 22 | Greasy Skin (Mild) (15) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/30/2005 | 8/30/2005 | 0 | 30 | 52 | |
| 8/30/2005 | 8/31/2005 | 1 | 101 | 49.7 | 0.63 |
| 8/30/2005 | 9/2/2005 | 3 | 111 | 42.2 | 0.82 |
| 8/30/2005 | 9/6/2005 | 7 | 119 | 44 | 0.84 |
| 8/30/2005 | 9/13/2005 | 14 | 129 | 54.9 | 0.73 |
| 8/30/2005 | 9/30/2005 | 31 | 97 | 42.5 | 0.71 |
| 8/30/2005 | 2/27/2006 | 181 | 106 | 58.9 | 0.56 |
| 8/30/2005 | 8/2/2006 | 337 | 81 | 47.4 | 0.53 |
| 8/30/2005 | 2/6/2007 | 525 | 84.7 | 57.9 | 0.46 |
| 8/30/2005 | 3/7/2007 | 554 | 90.6 | 60.6 | 0.47 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121309 | 24.9 | Bloating (Mild) (12) | Unlikely/Possible | | |
| 121309 | 24.9 | Greasy Skin (Moderate) (12) | Probable/Possible | | |
| 121309 | 24.9 | Ovarian Cyst (Mild) (203) | Possible/Possible | | |
| 121309 | 24.9 | Acne (Moderate) (344) | Probable/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/5/2005 | 9/19/2006 | 379 | 30.3 | 51.1 | 0.19 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121617 | 25.6 | Headache (Moderate) (15) | Possible/Possible | | |
| 121617 | 25.6 | Bloating (Mild) (3) | Possible/Possible | | |
| 121617 | 25.6 | Greasy Skin (Mild) (32) | Probable/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |

| | | | | | |
|---|---|---|---|---|---|
| 8/12/2005 | 9/28/2005 | 47 | 73.9 | 36 | 0.64 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 140807 | 28.7 | Acne (Moderate) (47) | Possible/Possible | | |
| 140807 | 28.7 | Bloating (Mild) (16) | Possible/Possible | | |
| 140807 | 28.7 | Acne In Face (Moderate) ( | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 6/30/2005 | 7/5/2007 | 735 | 141 | 109 | 0.4 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 150115 | 35.5 | Bloating (Mild) (17) | Possible/Possible | | |
| 150115 | 35.5 | Acne (Mild) (17) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/28/2005 | 10/9/2008 | 1107 | 30 | 15.2 | 0.62 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 121507 | 40.9 | Headache (Mild) (16) | Possible/Possible | | |
| 121507 | 40.9 | Bloating (Mild) (16) | Possible/Possible | | |
| 121507 | 40.9 | Weight Gain (Mild) (16) | Unlikely/Possible | | |
| 121507 | 40.9 | Acne (Mild) (16) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/30/2005 | 9/11/2008 | 1108 | 61.6 | 61.1 | 0.31 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120907 | 30.5 | Acne in Breast and Genitals (Mild) (14) | Possible/Possible | | |
| 120907 | 30.5 | Weight Gain (Moderate) (173) | No/Possible | | |
| 120907 | 30.5 | Headache (Moderate) (116) | Unlikely/Possible | | |
| 120907 | 30.5 | Edema (Mild) (502) | No/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 8/22/2005 | 8/23/2005 | 1 | 71 | 50.9 | 0.44 |
| 8/22/2005 | 8/25/2005 | 3 | 103 | 51.2 | 0.63 |
| 8/22/2005 | 9/5/2005 | 14 | 200 | 70 | 0.89 |
| 8/22/2005 | 9/20/2005 | 29 | 130 | 52.5 | 0.77 |
| 8/22/2005 | 9/29/2005 | 38 | 166 | 55.2 | 0.94 |
| 8/22/2005 | 2/16/2006 | 178 | 162 | 74.4 | 0.68 |
| 8/22/2005 | 9/13/2006 | 387 | 102 | 45.8 | 0.69 |
| 8/22/2005 | 3/6/2007 | 561 | 67.7 | 55.8 | 0.38 |
| 8/22/2005 | 9/13/2007 | 752 | 83.6 | 68 | 0.38 |
| 8/22/2005 | 2/18/2008 | 910 | 71.8 | 59.1 | 0.38 |
| 8/22/2005 | 8/11/2008 | 1085 | 66.2 | 70.7 | 0.29 |

| Subject No. | BMI (kg/m2) | AE Listings (day/mo visit) | Drug Related (Investigator/Sponsor) | | |
|---|---|---|---|---|---|
| 120568 | 30 | Headache (Moderate) (3) | Unlikely/Possible | | |
| 120568 | 30 | Weight Gain (Mild) (11) | Possible/Possible | | |
| 120568 | 30 | Acne (Mild) (11) | Possible/Possible | | |
| 120568 | 30 | Dysmenorrhea (Moderate) (347) | Possible/Possible | | |
| **Insertion Date** | **Serum Date** | **Days Since Insertion** | **Serum Level (ng/L)** | **SHBG Concentration (nmol/L)** | **FLI** |
| 9/4/2005 | 4/3/2006 | 211 | 69.6 | 57 | 0.38 |

# APPENDIX D

**I am being compensated in this matter at a rate of $400 per hour. In the past seven years, I have provided testimony in the below-listed matters.**

---

**PRIOR TESTIMONY (2010 to PRESENT)**

---

*Keshisyan v. County of Los Angeles*, deposition October 25, 2016

*Planned Parenthood v. State of Montana*, deposition July 26, 2016

*Carr v. Ferrell Duncan*, deposition February 26, 2015

*Warner Chilcott Co. LLC v. Lupin Ltd. et al.*, No. 11-cv-5048 (D.N.J.)

*Warner Chilcott Co. LLC v. Amneal Pharms., LLC et al.*, No. 12-cv-2928 (D.N.J.)

*Ortho-McNeil-Janssen Pharms., Inc. et al. v. Sandoz Inc. et al.*, No. 08-cv-5103 (D.N.J.)

*Ortho-McNeil-Janssen Pharms., Inc. et al. v. Barr Labs., Inc.*, No. 03-cv-4678 (D.N.J.)

*Davis v. Wyeth et al.*, Nos. 94-11684, 94-12699, 95-3139 (La. Dist. Ct. Orleans Parish)

*Planned Parenthood of the Great Northwest et al. v. Alaska*, No. 3AN-10-12279 (Alaska Super.)