# Exhibit 3

Mason Eye
Institute/University Eye
Institute East
UNIVERSITY OF MISSOURI

School of Medicine
Department of Ophthalmology

**Frederick W. Fraunfelder, M.D., M.B.A.**
**Chairman and Roy E. Mason and Elizabeth Patee**
**Mason Distinguished Professor**
One Hospital Drive
Columbia, Missouri 65212
Telephone (573) 882-1029
Fax [573] 882-8474
Appointments (573) 882-1506

***In re Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)***

Upon examination of the scientific literature and other relevant documents provided, and based upon my experience and expertise as a medical doctor and as an expert in drug safety monitoring, I have formed certain opinions, summarized below:

1. Based on adverse event reporting available in the National Registry of Drug-Induced Ocular Side Effects and from the World Health Organization's Uppsala Monitoring Centre, there are a large number of reports of pseudotumor cerebri ("PTC") and/or papilledema associated with use of levonorgestrel ("LNG"), a progestin drug used in hormonal contraceptives, including the Mirena® intrauterine system.

2. The number of reports, along with a review of individual reports, supports a causal relationship between LNG-containing hormonal contraceptives, such as Mirena®, with PTC and/or papilledema.

3. Epidemiological evidence strengthens the conclusion that LNG-containing contraceptives, including Mirena®, are causally associated with the development of PTC and/or papilledema.

4. Evidence of a probable role for sex hormones in PTC pathophysiology, and a plausible underlying biological mechanism for steroid hormones including LNG, strengthen the causal association between LNG-containing hormonal contraceptives, such as Mirena®, with PTC and/or papilledema.

5. Case reports and review articles in the medical literature regarding Norplant®, and levonorgestrel generally, also strengthen the body of evidence regarding a causal association between LNG-containing hormonal contraceptives, such as Mirena®, with PTC and/or papilledema.

6. Based on a systematic analysis of the above sources of information, and my education, experience, and training in drug safety monitoring and drug-induced ocular side effects, it is more likely than not that Mirena® causes or substantially contributes to causing PTC and/or papilledema.

7. Based on my education, experience, and training as a clinical ophthalmologist, a label which provides a contraindication, warning, or precaution could cause ophthalmologists encountering a case of PTC and/or papilledema in a patient using Mirena to recommend removal of Mirena.

8. Based on my education, experience, and training as a clinician, a prescribing healthcare provider would have warned patients considering Mirena of serious risks such as PTC if that risk had been included in the product labeling.

The bases of my opinions are described in further detail throughout this Report.

## Education and Experience

In 1990, I received my Bachelor of Arts degree in Economics from Baylor University in Waco, Texas. That year, I matriculated to Oregon Health Sciences University in Portland, Oregon, from which I graduated and obtained my Medical Doctor degree in 1994. I entered residency at the Providence Medical Center in Portland Oregon from 1994 to 1995, and then served as Resident Medical Officer in Alice Springs, Australia at Alice Springs Hospital from 1995 to 1997. From 1997 to 2000, I worked as an ophthalmology resident at the University of Washington Medical Center in Seattle, Washington. I completed several fellowships from 2000 to 2002 with the following organizations: Casey Eye Institute, Portland, Oregon (Cornea/External Disease and Refractive Surgery); World Health Organization, Uppsala, Sweden; Food and Drug Administration, Baltimore, Maryland; Alcon Pharmaceuticals, Fort Worth, Texas. I obtained an MBA in Healthcare Management from Portland State University/OHSU from 2009 to 2012. I became certified by the American Board of Ophthalmology in July 2002, and I was recertified in January 2013.

My work experience includes clinical practice, surgery, research, and teaching. From 2001-2006 I was an Assistant Professor of Ophthalmology at the Casey Eye Institute in Portland, Oregon. From 2006 to June 2014, I was an Associate Professor at the Casey Eye Institute. My teaching focused primarily upon Cornea/External Disease, Ocular Oncology, and Refractive Surgery. From 2008 to June 2014, I was also the Director/Chief of Cornea/External Disease and Refractive Surgery at the Casey Eye Institute. I became a full professor at the Casey Eye Institute in July 2011. I was named the Peterson Endowed Professor in January 2012, and held that professorship until June 2014. During my time at the Casey Eye Institute, I was involved in several committees, residency and fellowship programs, and continuing medical education programs, which are outlined in further detail on my *curriculum vitae* ("C.V."). I served as the President of the International Society of Ocular Toxicology from 2008 to 2014.

In July 2014, I relocated to the University of Missouri in Columbia, Missouri. At that time, I was named the Chairman of the Mason Eye Institute. and was also named the Mason Distinguished Professor of Cornea/External Disease, Ocular Oncology and Refractive Surgery at the University of Missouri. I began clinical practice as the Medical Director in the Department of Ophthalmology in September 2014. I have continued my work as a professor and a clinician at the University of Missouri until the present. My work also includes directing the medical resident and fellowship programs at the University of Missouri since 2014.

My work has also included drug safety monitoring. Since 2000, I have acted as Director of the National Registry of Drug-Induced Ocular Side Effects. Based on the work of this Registry, I co-author a book entitled *Drug-Induced Ocular Side Effects*, which is currently in its 7th edition as of 2015. I have also co-authored *Current Ocular Therapy* (6th ed.) (2007), and *Clinical Ocular Toxicology* (6th ed.) (2008). In addition to my work with the Registry, I have served as a consultant to the World Health Organization since 2001. I have published numerous medical articles and abstracts over the course of my career, and I have given many lectures.

I am and have been a member of several professional societies and organizations, including, for example, the Association for Research in Vision and Ophthalmology ("ARVO") (1993-2007, 2014 to present), American Academy of Ophthalmology (2001-present), International Congress of Ophthalmology (2002-2006), International Society of Ocular Pharmacology and Therapeutics (2002 to present), and the American Ophthalmological Society (2008 to present). I serve as a reviewer for several medical journals, such as the *Journal of Neuro-Ophthalmology*, *Drugs of Today*, *Expert Opinion on Drug Safety*, and the *Journal of Cutaneous and Ocular Toxicology*. I am a member of the Editorial Boards of *Drugs of Today*, and *Drugs of the Future*.

A full listing of my education, training, and experience may be found in my C.V., which is attached to this report. My expertise qualifies me to opine on issues of drug safety, drug monitoring, ophthalmologic medical conditions, drug prescribing, and ophthalmologic medical practice.

## Abbreviations Used in This Report

| | |
|---|---|
| POP | Progestin-only Pill |
| PTC | Pseudotumor Cerebri |
| VP | Ventriculo-peritoneal |
| LP | Lumbo-peritoneal |
| CSF | Cerebrospinal Fluid |
| LNG | Levonorgestrel |
| ADR | Adverse Drug Reactions |
| Registry | National Registry of Drug-Induced Ocular Side Effects |
| FAERS | FDA Adverse Event Reporting System |
| BCPNN | Bayesian Confidence Propagation Neural Network |
| IC | Information Component |
| FDA | Food and Drug Administration |
| WHO | World Health Organization |
| IUD | Intra-uterine Device |
| WHO-UMC | WHO Uppsala Monitoring Centre |

## Pseudotumor Cerebri and Papilledema

Pseudotumor cerebri ("PTC") is a chronic condition which occurs when too much cerebro-spinal fluid ("CSF") is present, resulting in increased intracranial pressure. The hallmark symptom of PTC is papilledema. Papilledema is the swelling of the optic nerves due to intracranial pressure. Papilledema is detected with an ophthalmoscopic or funduscopic examination. During an ophthalmoscopic evaluation, ophthalmologists look at the back of the eye (fundus) with an ophthalmoscope. More specifically, ophthalmologists look at the optic disc, which is the area where the optic nerve meets the back of the eye (retina). A healthy optic disc has sharp margins, but a swollen optic disc has margins which may appear blurred or fuzzy. Fuzzy optic disc margins indicate that papilledema is occurring.

If the underlying cause of papilledema is left untreated, the swelling will cause the nerves of the retina to become ischemic, resulting in vision loss. Due to papilledema, progressive blindness may occur if PTC is not treated. Generally, optic nerve damage from papilledema presents as blurry vision, loss of peripheral vision, and transient visual obscurations, among other things. Permanent blindness due to papilledema is more likely to occur the longer PTC goes untreated. In addition, the more severe the intracranial pressure is, the more likely it is for permanent vision loss to occur. As a result of these consequences, patients presenting with papilledema must be treated quickly in order to preserve their vision.

PTC is a diagnosis of exclusion. A diagnosis of exclusion means that other potential conditions should be excluded before making a final diagnosis of the condition. Because papilledema may be a symptom of conditions other than PTC, these other conditions should be ruled out before PTC is diagnosed. Primarily, the conditions to exclude before making a PTC diagnosis are brain tumors and meningitis, which may also cause increased intracranial pressure resulting in papilledema. Thrombosis in the intracranial venous system may also cause increased intracranial pressure, as the resulting increase in venous blood pressure is thought to inhibit resorption of spinal fluid into the blood stream.

Thus, when papilledema is observed upon an ophthalmic examination, the patient should be evaluated for brain tumors, meningitis, and intracranial thrombosis. This is usually accomplished by obtaining images of the head (most usually via MRI) and a culture of the CSF. Once brain tumors, meningitis, and thrombosis have been ruled out, the patient is then likely to be diagnosed with PTC. Lumbar punctures also help to confirm the PTC diagnosis, because CSF pressure is directly measured. The diagnostic lumbar puncture should be performed prior to or close in time to initiating treatment in order to accurately assess the patient's intracranial pressure.

The symptoms of PTC are not limited to papilledema, although papilledema is the hallmark and most serious symptom. Other possible symptoms of PTC include severe headache, pulsatile tinnitus, nausea, vomiting, transient visual obscurations, blurred vision, diplopia, and 6th nerve palsy. Frequently, these symptoms may be debilitating, as they prevent PTC patients from working or enjoying a normal quality of life. These are among the reasons why, although the MedDRA preferred term for PTC is benign intracranial hypertension, it is usually not a benign condition.

Currently, the reason why some patients develop PTC remains unknown. However, certain conditions and medications are so strongly associated with the disease that the medical community considers them to cause the condition. These can be called "risk factors". The most commonly reported risk factor is that of females of child-bearing age, particularly those with obesity or recent weight gain.

**Table 2.** Epidemiologic studies on IIH and obesity

| Study location | IIH incidence in the general population | | IIH incidence in the overweight/obese population or percent of IIH patients who are overweight/obese | |
|---|---|---|---|---|
| Iowa, USA [27][2, 4] | 0.9/100,000<br>3.5/100,000 | <br>RA ♀ | 13/100,000<br>19.3/100,000 | Overweight ♀<br>Obese ♀ |
| Louisiana, USA [27][3, 4] | 1.07/100,000 | | 14.85/100,000 | Obese ♀ |
| Minnesota, USA [8][1, 4] | 0.9/100,000<br>1.6/100,000<br>3.3/100,000 | <br>♀<br>RA ♀ | 7.9/100,000 | Overweight |
| Detroit Medical Center, USA [67][3, 4] | – | | 90% | Obese |
| Northern Ireland [28][4] | 0.5/100,000<br>0.9/100,000 | <br>♀ | – | |
| Parma, Italy [29][1, 4] | 0.28/100,000<br>0.65/100,000 | <br>RA ♀ | 2.7/100,000 | Overweight RA ♀ |
| Western Turkey [68][3] | – | | 30% | Obese |
| Hokkaido, Japan (2 patients) [31][1] | 0.03/100,000<br>(2/5,780,000) | | – | |
| Korea (10 patients) [34][1, 4] | – | | 50%<br>7.1% | Overweight<br>Obese |
| China (12 patients) [35][1, 4] | – | | 33% | Obese |
| Libya [32][2, 4] | 2.2/100,000<br>4.3/100,000<br>12/100,000 | <br>♀<br>RA ♀ | 21.4/100,000 | Obese ♀ |
| Israel [30][1, 3] | 0.57–0.94/100,000<br>1.82/100,000<br>4.02/100,000 | <br>♀<br>RA ♀ | 97.2% | Obese ♀ |
| Sheffield, UK [33][1] | 1.56/100,000<br>2.86/100,000 | <br>♀ | 11.9/100,000 | Obese ♀ |

Various methods were used to define overweight and obese. Unless otherwise specified, data includes both men and women of the general population. RA = Reproductive age; ♀ = women.
[1] Overweight: BMI >25 or 26 (variable study parameters); obese: BMI >30.
[2] Patients >10% over the ideal body weight (overweight) or >20% over the ideal body weight (obese).
[3] Obesity based on examiner impression or not specifically defined.
[4] Study includes patients less than 18 years of age.

Andrews LE, Liu GT, Ko MW: Idiopathic Intracranial Hypertension and Obesity, Horm. Res. Paediatr. 81:217-225, 2014. According to this data, obese women have an incidence rate of between 11.9 to 21.4/100,000 for PTC, compared to about 1/100,000 in the general population, and from 3.3 to 3.5/100,000 in American women of reproductive age. Worldwide, incidence rates have been estimated at between 0.65 to 12/100,000 for reproductive age women. Even these broad statistics clearly implicate a role for sex hormones in PTC causation. As Bayer's Global Safety Leader explained: "since it has been established that the female gender and women of reproductive age are risk factors for developing IIH, it is a valid hypothesis to investigate further whether there is influence of sex hormones on the development of IIH[.]"[1]

[1] *See* November 29, 2017 Deposition of Dr. Juliane Schoendorf.

However, not all patients who present with PTC are obese, of reproductive age, or even female. Atypical cases present opportunities to understand underlying biological mechanisms. The greatly increased risk of this rare disease among obese women of child bearing age, suggests an underlying mechanism related to sex hormones. PTC has also been studied in men with testosterone deficiency[2] and reported in transgender individuals undergoing testosterone therapy.[3] Thus, even atypical cases are supportive of an underlying mechanism related to sex hormones.

High rates of PTC have also occurred in association with certain drugs, most notably vitamin A and its derivatives (retinoids). The mechanism by which retinoids cause PTC to develop is also unknown, although possible mechanisms have been suggested.[4] Yet the very strong association between these drugs and development of PTC has been deemed by many as sufficient to demonstrate that retinoids can cause PTC—even though not every person who uses retinoids will develop PTC.

Table 1: Classification of pseudotumor cerebri syndrome (Friedman et al. 2013).

| |
|---|
| Primary pseudotumor cerebri |
| Idiopathic intracranial hypertension |
| Secondary pseudotumor cerebri (most common causes) |
| Cerebral venous abnormalities |
| Sinus venous thrombosis |
| Medications |
| Tetracycline derivatives |
| Vitamin A and retinoids |
| Lithium |
| Hormones |
| Corticosteroids (withdrawal of chronic use) |
| Human growth hormone |
| Progestin |
| Medical Conditions |
| Addison disease |
| Hypoparathyroidism |
| Anemia (severe) |
| Renal failure |
| Down Syndrome |
| Turner Syndrome |

Claire A. Sheldon, Grace L. Paley, Shannon J. Beres, Shana E. McCormack and Grant T. Liu, Pediatric Pseudotumor Cerebri Syndrome: Diagnosis, Classification and Underlying Pathophysiology, Seminars in Pediatric Neurology, http://dx.doi.org/10.1016/j.spen.2017.04.002. Notably, nearly all the medications and medical conditions included above are steroid hormones, steroid hormone derivatives, or states of endocrine dysfunction.

[2] Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, Newman NJ, Biousse V. Risk factors for idiopathic intracranial hypertension in men: a case-control study. J Neurol Sci. 2010 March 15; 290(1-2): 86.

[3] Mowl AD, Grogg JA, Klein J. Secondary pseudotumour cerebri in a patient undergoing sexual reassignment therapy. *Clin Exp Optom* 2009; 92: 5: 449–453; Park S, Cheng CP, Lim LT, Gerber D. Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient. *Seminars in Ophthalmology*, 2014; 29(3): 156–158.

[4] Roytman M, Frumkin A, Bohn TG: Pseudotumor cerebri caused by isotretinoin, *Cutis* 42:399-4001 1988.

Steroid hormone activity in the region of the brain where CSF is produced (the Choroid Plexus) may be one important modulator of CSF production.[5] This role is strengthened by the therapeutic use of spironolactone (a powerful anti-mineralocortioid and anti-androgen) in pediatric cases of PTC with aldosteronism.[6] Cases such as those described by Khan, et al. provide important information for physicians, and have potential therapeutic significance. The lack of reports of PTC with the non-hormonal IUD Paragard[7] is also strongly indicative of a causal mechanism related to sex hormones. This lack of reports of PTC with Paragard is hardly surprising, as Bayer's Global Safety Leader explained, because Paragard contains no hormone and is therefore incapable of causing systemic hormonal effects.[8]

Because body weight and weight gain may be contributing factors to PTC, overweight patients are counseled to lose weight. Pain relief is also usually prescribed. Diuretics, primarily Diamox (also known by the generic name acetazolamide), are considered the first-line treatment and are used to inhibit CSF production. Several other treatments are surgical in nature. Therapeutic lumbar punctures may be used to drain excess CSF on an as-needed basis in some cases. Optic nerve sheath fenestration (cutting into the sheath, or covering, of the optic nerve) may be used to decrease pressure on the optic disc, thereby preserving vision. Finally, shunts may be placed in either the brain ventricles or in the lumbar spine, which drain excess CSF via a tube into the abdominal cavity. These are referred to as ventriculo-peritoneal ("VP") or lumbo-peritoneal ("LP") shunts, respectively. Shunts are generally used as a last resort due to their invasiveness and due to their propensity to fail or require revisions. All of these treatments, surgical or otherwise, have risks and benefits.

## Pseudotumor Cerebri Terminology

The term pseudotumor cerebri is more or less interchangeable with several other terms for the same condition, such as benign intracranial hypertension, idiopathic intracranial hypertension, and secondary intracranial hypertension, among others. Although the MedDRA preferred term (which is used by spontaneous adverse event reporting systems described below), is benign intracranial hypertension, many medical professionals disfavor this terminology in the clinical setting because the condition is certainly not benign.

Some clinical medical professionals may describe PTC using other terms, such as hydrocephalus, cerebral edema, or intracranial pressure increased. However, these other terms are either not actually the same condition as PTC according to standard medical terminology (hydrocephalus, e.g.), or may be inaccurate to the extent that they are not specific enough (increased intracranial pressure, e.g.). There is great variety in the number of terms used in day-to-day medical practice with respect to this condition, a problem that results in quite a bit of

---

[5] Damkier HH, Brown PD, Praetorius J. Cerebrospinal fluid secretion by the choroid plexus. Physiol Rev. 2013;93(4):1847-92.

[6] Muhn P, et al. Drospirenone: a novel progestogen with antimineralocorticoid and antiandrogenic activity. Ann NY Acad Sci 1995; 761:311-335; Khan MU, Khalid H, Salpietro V, Weber KT. Idiopathic Intracranial Hypertension Associated With Either Primary or Secondary Aldosteronism. *Am J Med Sci.* 2013;346(3):194-198.

[7] One case of papilledema was reported to the FDA in 2014. MedWatch Form, Case 10659616.

[8] *See* November 14, 2015 Deposition of Dr. Juliane Schoendorf (*i.e.*, "Therefore, it would be absurd to investigate any side effects that would be systemic effects, because there are no such systemic effects. And it's also very improbable that anybody would actually issue spontaneous reports on such effects.")

confusion. This has led to several efforts by neuro-ophthalmologists to standardize the nomenclature, the most recent iteration being pseudotumor cerebri syndrome ("PTCS").

Similarly, simply because PTC, in a particular patient, may be idiopathic does not mean there is no cause. Rather, the term idiopathic generally indicates that the diagnosing physician does not have sufficient information to diagnose the cause. Other drugs associated with PTC include corticosteroids (particularly corticosteroid withdrawal), tetracyclines (a class of antibiotics), and retinoids (a class of Vitamin A derivatives), and again, the underlying mechanisms by which these drugs cause PTC are unknown—yet a patient who develops PTC while using them may be said to have secondary intracranial hypertension. In such patients, the contributing medication (retinoids, corticosteroids, or tetracyclines) is addressed upon discovering signs or symptoms of the PTC. It is also important to note that regardless of whether a cause is identified, many clinicians will nevertheless refer to PTC as idiopathic intracranial hypertension. However, these individuals accurately may be said to have "secondary" intracranial hypertension, meaning that the disease is secondary to (caused by) an adverse drug reaction.

## Drug Safety Databases and Methods

Drug safety databases are important because most drugs are not studied in relatively large populations during the pre-marketing period.[9] Therefore, certain adverse drug reactions ("ADR") may not be observed until after the drug is available to the general population. This is particularly true with respect to rare conditions such as PTC. As a result, post-marking spontaneous reports and epidemiology are extremely important for monitoring the safety profile of drugs.

### Spontaneous Reporting Databases

The Food and Drug Administration ("FDA") and the World Health Organization ("WHO") both maintain spontaneous reporting systems, the FDA Adverse Event Reporting System ("FAERS") and the WHO Uppsala Monitoring Centre ("WHO-UMC"), which enable doctors and scientists to look for "signals". A "signal" is defined by WHO as "reported information on a possible causal relationship between an adverse event and drug, the relationship being unknown or incompletely documented previously. Usually more than a single report is required to generate a signal, depending on seriousness of event and quality of information."[10] Signals are used to generate hypotheses (in other words, they raise suspicions), which are investigated by generating additional evidence—primarily by using epidemiological tools.

---

[9] "In some cases, as few as 500 subjects, and rarely more than 5000, will have received the product prior to release." World Health Organization, Pharmacovigilance: ensuring the safe use of medicines, *WHO Policy Perspectives on Medicines*, October 2004, at 1.

[10] Stahl M, Edwards R, Bowring G, Kiuru A, Lindquist M: Assessing the impact of drug safety signals from the WHO
database presented in 'SIGNAL': results from a questionnaire of national pharmacovigilance centers, *Drug Saf* 26:721–727, 2003.

Notably, however, this is not always necessary because even a single report could theoretically establish a causal association.[11]

Signals are detected based on primarily "spontaneous reports". Spontaneous reports are reports of an ADR volunteered by doctors and patients. Thus, the WHO-UMC and FAERS systems will not reflect all instances of an ADR, but only those that are volunteered. This phenomenon is called "underreporting". According to a systematic review of underreporting studies, only about 6% of ADRs are ever reported.[12] In the US, it has been found to be at least as low as 2%.[13] Common reasons for not reporting include a lack of time, different care priorities, uncertainty about the drug causing the ADR, difficulty in accessing reporting forms, lack of awareness of the requirements for reporting, and lack of understanding of the purpose of spontaneous reporting systems.

Thus, the numerator of a reporting rate (i.e., the number of ADRs reported) is almost always much smaller than the numerator of an incidence rate (i.e., the actual or estimated number of people who experience the adverse event). Additionally, calculating denominators for reporting rates is notoriously difficult. In a reporting rate, this would be the number of patients exposed to the drug. Denominators usually are derived from sales information, but they still may not be ascertained accurately for many reasons, such as the fact that drugs may not be used by patients even if purchased. For these reasons, reporting rates tend to vastly underestimate the rate at which an ADR is actually occurring, and should not be compared to the incidence rate in the general population in order to determine a signal.[14]

WHO, and the Registry evaluate signals via the Bayesian Confidence Propagation Neural Network ("BCPNN"). This program calculates an Information Component ("IC"), a figure that measures the statistical dependency between a drug and an adverse drug event, calculated based on the frequency of reporting. The IC value allows WHO, and the Registry, to generate hypotheses about associations between drugs and ADRs.[15] Others may use statistical methods, such as disproportionality analyses using proportional reporting ratios ("PRR") or reporting odds ratios ("ROR"). IC, ROR and PRR are all broadly comparable.[16] These are all considered to be more reliable in detecting signals than looking simply at the reporting rate. It has been argued

[11] Goldman SA: Limitations and Strengths of Spontaneous Reports Data, *Clin Therapeutics* 20:C41-C44, 1998.
[12] Hazell L and Shakir AW: Under-Reporting of Adverse Drug Reactions: A Systematic Review, *Drug Safety* 29: 385-396, 2006.
[13] Classen D, Pestotnik S, Evans RS, et al.: Computerised surveillance of adverse drug reactions in hospital practice. *JAMA* 266: 2847-51, 1991.
[14] Alvarez-Requejo A, Carvajal A, Begaud B, Moride Y, Vega T, Martin Arias LH: Under-reporting of adverse drug reactions: Estimate based on a spontaneous reporting scheme and a sentinel system, Eur J Clin Pharmacol 54:483-488. Notably, this study found that only 1 of every 1144 ADRs were reported.
[15] Bate A, Lindquist M, Edwards IR, et al.: A Bayesian neural network method for adverse drug reaction signal generation, *Eur J Clin Pharmacol* 54:315-321, 1998.
[16] van Puijenbroek EP, Bate A, Leufkens HGM, Lindquist M, Orre R, Egberts ACG: A comparison of measures of disproportionality for signal detection in spontaneous reporting systems for adverse drug reactions *Pharmacoepidem & Drug Saf*, 11:3–10, 2002.

that even as few as three spontaneous reports may be sufficient to establish a signal for a rare event.[17]

Additionally, the National Registry of Drug-Induced Ocular Side Effects ("Registry"), of which I am the Director, is tailored specifically to the collection and analysis of drugs which may adversely impact the eye. The Registry is a clearinghouse that has existed for more than three decades, and collects reports from ophthalmologists, WHO, and the FDA. Reports from pharmaceutical companies are supposed to ultimately end up in the FDA Adverse Event Reporting System ("FAERS"), and therefore are included as well. Rarely, patients or healthcare professionals report adverse drug events directly to the Registry, so these reports represent a very small amount of the total reports that the Registry reports on.

The number of reports as well as the details provided for any given report can be important sources of information in assessing the association between a drug and an event. Both the gestalt of the data, and the details of individual reports can indicate strong likelihoods, and suggest causal mechanisms. For very rare events, these may be the only sources of information that physicians have.

## Rate Comparisons and "Real World" Considerations

Once data are collected, a variety of statistical comparisons may be performed to assist in considering how the information may be practically useful. Reporting rates are distinguishable from incidence rates, which attempt to estimate the actual rates of an ADR within a population. Incidence rates may also be calculated for the rates at which a condition occurs in the general population. Incidence rates are usually generated by epidemiological studies, the main types being cohort studies and case-control studies.[18] Epidemiological studies are required to determine a risk ratio between the incidence of an ADR versus the occurrence of the condition at issue within the general population. This type of evidence is valuable because it can assess the likelihood that the increased risk of an ADR over baseline risk with the studied drug exposure is causal, versus simply due to chance, within a set confidence interval (generally, 95%).

Especially when an ADR is relatively rare, it is common that epidemiological studies may not exist. Scholars require funding, usually obtained from grants or pharmaceutical companies, and it may therefore be difficult to pay for them. Additionally, interest is usually stronger for more common illnesses. Finally, pharmaceutical companies may not want an epidemiological study on the risk of an ADR with their drug, rendering funding even more scarce.

Due to these hurdles, spontaneous reports impact real-world clinical decision making, because frequently epidemiological studies are not available to "prove" a causal association to a scientific certainty. Despite the difficulties of designing and conducting a double-blind, randomized, placebo-control study to determine odds and risk ratios for a rare event,

---

[17] Begaud B, Moridei Y, Tubert-Bitter P, Chaslerie A, & Haramburu F: False-positives in spontaneous reporting: should we worry about them?, *Br J Clin Pharmac* 38: 401-404, 1994. Begaud et al. provided an example of toxic epidermal necrolysis, which occurs in approximately 1 in 100,000 people in the United States.

[18] Hennessy S: Postmarketing Drug Surveillance: An Epidemiologic Approach, *Clin Therapeutics* 20:C32-39, 1998.

epidemiological evidence indeed exists that supports an association between the use of LNG-IUS (including Mirena and Jaydess) and the occurrence of PTC.

## Rai-Valenzuela Analyses

In 2015, a group of prominent researchers presented a poster at the annual meetings of two well-known neuro-ophthalmology societies.[19] In the peer-reviewed ARVO poster, which was subsequently published as an abstract in a highly-regarded, peer-reviewed medical journal, the authors reported that they had obtained highly significant results in a cohort study comparing PTC patients to non-PTC patients. The authors counted only cases where PTC developed while the patient was using a LNG-IUS device, and the two groups were not different regarding the known confounders of BMI, age, or recent weight gain. In the poster presentations at the ARVO and NANOS annual meetings, and in the published abstract, Rai et al. reported that exposure to LNG-IUS was 7.7 times more likely among PTC patients than the non-PTC cohort. Although the amount of information typically conveyed in an abstract is limited by space and word constraints, these abstracts provided important data regarding the long-established relationship between LNG and PTC.

Recently, this work was published as a full-length article in the peer-reviewed journal *Neuro-Ophthalmology,*[20] where the authors had opportunity to provide greater detail regarding their retrospective study of PTC patients with LNG-IUS devices. The authors explained that they selected female subjects of child-bearing age from specific databases at the University of Utah and the Glostrup Hospital in Denmark (Rigshospitalet). They carefully selected only women with both confirmed PTC diagnoses and confirmed receipt of LNG-IUS within 90 days of onset of PTC-related symptoms, and compared these cohorts to women of the same age group who had received PTC diagnoses but who had not used LNG-IUS devices. Bivariate analyses (*t* test and Pearson's chi-square test) were used to compare the respective LNG-IUS cohort groups with the non-LNG-IUS groups.

The authors reported that of the 176 women in the age group 18-55 from the University of Utah PTC database who met study inclusion criteria, they were able to reach 59 to conduct telephonic interviews. Of these, 8 women were confirmed to have had an LNG-IUS in place at the time of onset of PTC symptoms. From the University of Utah Electronic Billing database, 220,904 women aged 18-55 were identified without PTC, with 4408 of these women having been billed for LNG-IUS insertion. Thus, the prevalence of PTC was approximately 0.18% in the LNG-IUS population (8/4408, 95% CI: 0.07%-0.35%) versus 0.02% in the non-LNG-IUS population (51/[220,904 + 59 – 4408]; 95% CI: 0.01%-0.03%). The relative risk for the LNG-

---

[19] Rai R, Kirk B, Sanders J, Valenzuela R, Sundar S, Warner J, Digre KB, Ambati B, Crum AV, Katz BJ: The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension, *Invest. Ophthalmol. Vis. Sci.* 56:22-28, 2015. Presented at the annual meeting of The Association for Research in Vision and Ophthalmology (ARVO). Earlier that year, the group also presented an exploratory study: Valenzuela et al., *Exploratory Study of the Relationship between the Levonorgestrel-Releasing Intrauterine System and Idiopathic Intracranial Hypertension*, 41 N. AM. NEURO-OPTHAL. SOCIETY ANN. MEETING P102 (abstract) (2015).

[20] Valenzuela RM, Rai R, Kirk BH, Sanders JN, Sundar S, Hamann S, Warner JEA, Digre KB, Crum AV, Jones KP, Katz BJ: An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device, *Neuro-Ophthalmology*, http://dx.doi.org/10.1080/01658107.2017.1304425, 2017.

IUS group was 7.69 (95% CI: 3.65-16.19[21]), and the unadjusted odds ratio indicated that exposure to LNG-IUS was associated with increased odds of PTC diagnosis of 7.70 (95% CI: 3.7-16.). The LNG-IUS group and the non-LNG-IUS group did not differ significantly with respect to age, mean BMI, or other clinical features.

In the Rigshospitalet group, the IIH database contained 64 patients in the age group 18-55 who met study inclusion criteria, and of these, 8 women had an LNG-IUS in place at the time of onset of PTC symptoms. There are approximately 1,340,000 Danish women in this age group, and it was estimated that 3.5% of Danish women have an LNG-IUS, with 5467 women aged 18-55 having undergone insertion during the defined date range studied. During this date range, 154,887 women in the age group 18-55 did not have PTC. The prevalence of PTC was approximately 0.15% in the LNG-IUS population (8/5467) versus 0.04% in the non-LNG-IUS population (56/[154,877 + 64 – 5467]). The relative risk for the LNG-IUS group was 3.90 (95% CI: 1.86-8.18), and the unadjusted odds ratio indicated that exposure to LNG-IUS was associated with increased odds of PTC diagnosis of 3.91 (95% CI: 1.89-8.06). As with the University of Utah groups, the LNG-IUS group and the non-LNG-IUS group did not differ significantly with respect to age, mean BMI, or other clinical features.

Valenzuela et al. suggest that women with an LNG-IUS have an increased risk of developing PTC, despite identifying possible limitations to their methods and analyses. Importantly, as the authors suggest, patients with an LNG-IUS device may not be aware that their device contains a drug, and are less likely to report the LNG-IUS device during their intakes with medical practitioners when presenting for symptoms such as headache and vision disturbances, even when specifically questioned about "current medications." The authors explain that there are two possible explanations for their results: 1) that LNG causes increased intracranial pressure, through an already-postulated or yet unknown mechanism; or 2) that PTC is more likely to occur in the same population of women who are more likely to have an LNG-IUS. Along with the case reports and spontaneous reports with both Mirena and Norplant, the medical literature described further below, and a plausible biological mechanism, even considering the possibility of confounding by other risk factors, a causative or contributory role for LNG cannot be excluded from a differential diagnosis, even accounting for the possibility of confounders.

## Etminan Analyses

In 2015, Etminan et al. attempted to quantify the risk of intracranial hypertension (ICH) with Mirena. This group evaluated adverse event reports from FDA's AERS database (FAERS),[22] demonstrating increased reporting of ICH events with Mirena with a reporting odds ratio (ROR) of 1.78 [95% CI:1.41-2.25] for intracranial hypertension, and 1.50 [95% CI:1.10-2.05] for papilledema. As the authors acknowledged, use of the FAERS database captures only reported adverse events, and only aggregate data were available for analyses. The group also

[21] A 95% confidence interval means that if this study was conducted 100 times, the results would yield a low end result of 3.65 and a high end result of 16.19 in 95 out of 100 instances.

[22] Etminan M, Luo H, Gustafson P: Risk of intracranial hypertension with intrauterine levonorgestrel, *Ther Adv Drug Saf* 6(3):110–113, 2015.

conducted a retrospective cohort study using data from a large database comprised of over one hundred U.S. healthcare plans. In the cohort study, the risk of ICH with Mirena was similar to that for a combination ethinyl estradiol-norgestimate product, but higher than that for a combination ethinyl estradiol-norethindrone product. The authors also attempted to estimate the effect of BMI on the relationship between Mirena and ICH, using a Bayesian sensitivity analysis to adjust the results of the cohort study. However, as explained in the publication, this methodology assumed a binominal distribution, and the relationship between BMI and Mirena may be more complex.

Shortly after Dr. Etminan's group published its findings, Dr. Deborah Friedman, a well-known neuro-ophthalmologist, submitted a letter to the journal's editors questioning the group's initial methodologies and identifying potential limitations thereof.[23] Dr. Friedman primarily criticized the selection of search terms used in the examination of events from both the FAERS and the health claims databases. For example, Dr. Friedman felt that some of the group's search terms such as "cerebral edema" and "obstructive hydrocephalus," were unrelated or distinct from PTC. Although Dr. Friedman's concerns about overinclusion are valid, under-diagnosis is also a legitimate, well-described problem with PTC,[24] and the group's case identification strategy seems both reasonable and reproducible. Dr. Friedman also criticized the lack of information regarding the timing of the medical events during the period studied, suggesting that contraceptive use may have been discontinued before ICH developed.[25]

Dr. Etminan replied in response to Dr. Friedman's concerns, reporting that the majority of events from the FAERS database were indeed cases of benign intracranial hypertension (BIH), and "when restricting the analysis to only cases of 'benign intracranial hypertension' in women with Mirena in FAERS using Open Vigil (2.1), the disproportionality odds ratio (OR) was still 3.4 [95% CI: 2.59-4.45].[26] Dr. Etminan also clarified that all events in the cohort study were ascertained after Mirena had been dispensed, and that the women must have been using Mirena or either of the two combination ethinyl estradiol (EE)-progestin products for at least six months prior to PTC diagnosis for inclusion.

Recently, Dr. Etminan submitted another "Letter to the Editor" of the same journal, again revising his prior Open Vigil results.[27] This time, Dr. Etminan offered that his prior results may have been subject to "effect modification" because "neither analyses controlled for reproductive age which has a strong correlation with BIH."[28] For this reason, Dr. Etminan restricted his

---

[23] Friedman D: Risk of intracranial hypertension with intrauterine levonorgestrel, letter to the editor, *Ther Adv Drug Saf* 7(1):23-24, 2016.

[24] *See* Gupta AK, Gupta K, Modi M, Gupta A. Pediatric Idiopathic Intracranial Hypertension: A not so Rare and Benign Condition. *Clin Rhinology An Int J* 2014;7(1):5-9. *See also* Romeo AC, et al., Headache and Diplopia after Rapid Maxillary Expansion: A Clue to Underdiagnosed Pseudotumor Cerebri Syndrome? *J Pediatr Neurol* 2015;13:31-34.

[25] Dr. Friedman notes in her response that she is an expert witness for Bayer. The company also provide its own analysis and criticisms of Dr. Etminan's study in a 2015 Signal Investigation (MIR_KCOPLEY_JSEU_000000 46-67). Those criticisms are not discussed here, in the context of the published academic literature.

[26] Etminan M: Risk of intracranial hypertension with intrauterine levonorgestrel: reply, *Ther Adv Drug Saf* 7(1):25-26, 2016.

[27] Etminan M: Revised disproportionality analysis of Mirena and benign intracranial hypertension, letter to the editor, *Ther Adv Drug Saf* 8(9):299-300, 2017.

[28] *Id.*

search to women with reported age from 15-40 years, apparently (although not directly mentioned) also removing all individuals with no reported age data. Simply by comparing the number of cases before and after adding this restriction, Dr. Etminan opines that it is possible that older women may use Mirena for conditions such as dysmenorrhea or endometriosis, and concludes that "the excess risk [in the age-unrestricted analysis] might represent the rate of BIH in women aged 15-40 years in the FAERS database."[29]

Dr. Etminan's revised analysis, using his chosen age restriction, found a proportional reporting ratio (PRR) of 0.90, compared to the prior-calculated ROR of 3.76 (PRR of 3.7). Interestingly, Dr. Etminan explains that "in general disproportionality analyses are not restricted by age for many drug safety questions", but still concludes that "restriction to the appropriate age range where age might be a strong confounder or effect modifier might produce a more unbiased estimate of the signal."[30]

Disproportionality analyses are an important tool that drug manufacturers and researchers may use to detect a potential signal. In simple terms, these analyses are used to estimate comparative risk of disease across different drug exposures. As with any of the other epidemiological methods detailed above, this technique is not without its limitations, and generally analyses that provide more information regarding methodology are of greater utility. Regrettably, Dr. Etminan's "Letter to the Editor", and ultimately his series of analyses, is of little utility in assessing the relationship between the LNG-IUS and PTC.

Dr. Etminan gives no explanation for the wholesale exclusion of cases without reported age data. Unfortunately, Dr. Etminan does not include the raw data, so it is unclear how many cases (if any) were eliminated because reported data met exclusion criteria, and how many were eliminated simply because they lacked age data entirely. Although it is possible that some of those cases involve women over 40, it is inappropriate to assume that all of those cases involve women over 40. In fact, Mirena is only approved in the United States, and many other countries, for "intrauterine contraception for up to 5 years" and "the treatment of heavy menstrual bleeding in women who choose to use intrauterine contraception as their method of contraception."[31] To explain his conclusion that 50 percent of women who reported any event while using Mirena may be over the age of 40, Dr. Etminan offers only a footnote citation to a 2007 article about off-label insertion of the device. Although it is always possible that Mirena is used off-label for other purposes, such as dysmenorrhea or endometriosis, Dr. Etminan does not provide any reason to believe that such off-label use by women beyond their reproductive years occurs frequently enough to significantly alter the rate of adverse event reporting.

It is unfortunate that many of the adverse event reports did not include age information. This is a potential limitation inherent in the collection and analysis of spontaneous event reports. Dr. Etminan, however, attempted to fill in that information with the most unreasonable assumption of all, without providing the underlying data to support it. Given the self-described limitations of Dr. Etminan's original analysis, as well as the potential limitations and errors identified by Dr. Friedman, and those described herein regarding his attempted

[29] *Id.*
[30] *Id.*
[31] Mirena [prescribing information]. Whippany, NJ: Bayer HealthCare Pharmaceuticals Inc; October 2015.

revision, Dr. Etminan's contributions to the epidemiological literature are of questionable value in assessing whether Mirena can cause PTC.

## Levonorgestrel and Pseudotumor Cerebri

The drug component of the Mirena intrauterine system is levonorgestrel ("LNG"), a progestin. In addition to the Mirena, other hormonal contraceptives use LNG, including: oral contraceptives, subcutaneous (under the skin) implants, and other intrauterine devices ("IUD") (Skyla, Liletta). Currently, the IUDs are the only LNG-containing hormonal contraceptives marketed in the United States that do not also contain an estrogen. The subcutaneous implant form of LNG (Norplant and Norplant II, also known as Jadelle) are also LNG-only forms of hormonal contraception. Norplant was marketed in the United States mainly in the 1990s, and Jadelle has never been marketed in the United States. Outside of the United States, Bayer OY (or its predecessors) manufactured and sold Norplant before it was removed from the market. Bayer OY manufactures and currently sells Jadelle, Mirena, and Skyla around the world. Norplant, Jadelle, Mirena, and Skyla all use a hormonal core to continually release various doses of LNG either subcutaneously or intrauterine.

### Experience with Norplant

The Norplant subcutaneous implant—which, according to the label, releases 85-30 µg LNG per day—preceded Mirena and the other hormonal IUDs. Marketed in the United states from 1991 to 2000, the Norplant was plagued by allegations of harmful side effects.[32] Similar to the Mirena, the Norplant and its successor Jadelle (which has never been marketed in the United States) contains a hormonal core which releases LNG. However, the Norplant and Jadelle release LNG from under the skin rather than from within the uterus. Both the Norplant, Jadelle, and Mirena (as well as the other hormonal IUDs: Skyla and Liletta) result in systemic exposure to LNG. Norplant and Jadelle were manufactured and sold by Leiras OY, a predecessor company to Bayer OY. The Jadelle is currently sold by Bayer overseas, and releases 100 to 25 µg LNG per day.

In 1993, Norplant's label was changed to include warnings about reports of benign intracranial hypertension (a synonym for PTC and the recognized regulatory term for the condition) in conjunction with Norplant. Later in 1993, Sunku et al. reported two cases of PTC which they had observed.[33] In 1995, Alder et al. examined the National Registry of Drug-Induced Ocular Side Effects ("Registry") and reported 56 cases of intracranial hypertension (presumably PTC) or optic disc edema (papilledema) found therein, and provided more detail about two cases which they had seen in their clinic.[34] PTC has been listed as a possible side effect of Norplant/LNG in my book, *Drug-Induced Ocular Side Effects*, for many years, based on the data within the Registry and based on the Sunku et al. and Alder et al. publications. Also in 1995, Wysowski & Green discussed these reports, agreeing with Alder and Sunku that

[32] Morrow DJ: Maker of Norplant Offers a Settlement in Suit Over Effects, *NYT*, Aug. 27, 1999.
[33] Sunku AJ, O'Duffy AE, Swanson, JW: Benign Intracranial Hypertension Associated with Levonorgestrel Implants, *Ann Neurol* 34:299 (abstract), 1993.
[34] Alder JB, Fraunfelder FT: Levonorgestrel Implants and Intracranial Hypertension, *NEJM* 332:1720-1721, 1995.

epidemiological research was needed in order to investigate the potential increased risk of PTC with use of the Norplant.[35]

As of September 2017, there were 115 reports of preferred term intracranial pressure increased, 49 cases of papilloedema, 1 report of brain oedema, and one report of idiopathic intracranial hypertension associated with Norplant in the WHO database. More broadly, as of September 2017, WHO contains 209 reports of idiopathic intracranial hypertension, 176 reports of intracranial pressure increased, 168 reports of papilloedema, 6 reports of brain oedema, and one report each of cerebral ventricle collapse and cerebrospinal fluid retention associated with all products containing LNG.

However, no large epidemiological study was ever undertaken by Bayer, its predecessor companies, or any other pharmaceutical company to compare the incidence rate of PTC while using Norplant with the incidence rate among non-users or users of other hormonal contraceptives. Rather, the company responded that the *reporting* rate was close to the *incidence* rate[36]—a strange comparison, because these are distinct measurements, as discussed above. Norplant® was withdrawn from the U.S. market in the early 2000s. The Jadelle label still contains a warning regarding the potential increased risk of developing PTC. Although Jadelle has still never been marketed in the United States, its FDA-approved label was updated in December 2016.[37] The updated label continues to warn of idiopathic intracranial hypertension, including the direction to remove Jadelle if diagnosed. This event is listed both in the warnings section and the postmarketing experience section (benign intracranial hypertension). Additionally, the new labeling package contains a patient information booklet, including the potential risk of "increased pressure around the brain (idiopathic intracranial hypertension)." This section instructs patients to tell their healthcare provider right away if the patient experiences vision problems or headaches that are frequent, severe, or persisting.

As a practicing physician, the totality of this information regarding Norplant and Jadelle affects clinical decision making, and therefore in my opinion, a prescribing doctor would more likely than not warn about PTC when prescribing Norplant or Jadelle, and certainly would do so if a patient were particularly at-risk. A treating physician would certainly also counsel the removal of Norplant or Jadelle upon a diagnosis of PTC.

Levonorgestrel is the only active ingredient of Norplant and Jadelle. Whereas the biological response to a drug may fluctuate with dose, the capacity for biological response is a property of the compound itself – regardless of dose. This is why in drug safety monitoring it is common to consider events reported with other products containing the same compound. Bayer's Global Safety Leader recently acknowledged this, explaining that the company considers "the known effects of other products in the class" in determining causality.[38]

---

[35] Wysowski DK, Green L: Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System, *Obstet & Gynecol* 85:538-542, 1995.
[36] Weber ME, Rofsky HE, Deitch MW: Levonorgestrel Implants and Intracranial Hypertension (Reply), *NEJM* 332: 1721, 1995.
[37] Jadelle [prescribing information]. Turku, Finland: Bayer OY; December 2016.
[38] *See* November 28, 2017 Deposition of Dr. Juliane Schoendorf.

## Mirena and Pseudotumor Cerebri

Similar to Norplant and Jadelle, Mirena releases approximately 20 µg LNG per day from a hormone cylinder. However, Mirena is an IUD, and therefore releases LNG into the uterine cavity instead of subcutaneously. Unlike Norplant and Jadelle, Mirena's label does not include a warning, in any form, about PTC.

Reports of PTC associated with Mirena use have increased in the nearly 17 years it has been marketed in the United States. According to the Registry, the first report of PTC associated with Mirena occurred in 1999. As of November 2015, Bayer had identified more than 120 reports of PTC and/or papilledema within their database from 2000 to the date of retrieval.[39] Three of these were detected during the course of Bayer's own clinical trials, which is highly significant due to the low incidence of PTC—approximately 1 out of 100,000 in the general population, and approximately 3.3 out of 100,000 women of reproductive age. Given the rarity of this condition, it would be surprising to find even a single report of PTC among Mirena users in premarketing or later phase clinical trials. The number of subjects necessary to demonstrate an increased risk of PTC in a prospective study would be even higher.

## Clinical Trial Cases

### Case 01/02518-USE, Subject No. 231004

The first clinical trial case, arising in 2001, is subject number 231004 in Study 303820, with final report number A00551 ("A Multicenter, Open-Label, Uncontrolled Trial with Levonorgestrel-Releasing Intrauterine System (LNG IUS) to evaluate the Insertion and Counseling Procedures.") A total of 509 subjects were included in the safety analysis.[40]

According to available data, the subject was a 23-year-old Hispanic female with a BMI of 19.65 (1.63 m and 52.2 kg, or 5'4" and 114.84 lbs). Based on this data, the patient was neither overweight nor obese. In January 2001, one day after insertion of Mirena, the first report was made of constant bilateral diplopia, chronic migraines, and occasional vomiting. Papilledema was noted on ophthalmological evaluation. CT and MRI were normal with some opacification of the visualized sphenoid sinus. Thyroid panel and other lab values were also normal. Follow-up MRI showed maxillary and ethmoid sinusitis, but was otherwise normal.[41] The event is reported as diplopia in the clinical study report, though there is noted concern for PTC.

An ophthalmology consultation in May 2001 noted continuing diplopia and chronic papilledema. Repeat MRI was recommended, as well as lumbar puncture. The subject had not yet recovered from diplopia as of June 2001, and Mirena was scheduled to be removed. No further details are available from the company or study investigators, but this course seems reasonable, given the clinical presentation.

---

[39] MIR_KCOPLEY_JSEU_00000022. A more recent signal investigation was performed in 2017, identifying at least 314 reported cases of PTC in Mirena® users. MIR_IIH_EU00020782. However, the details of these cases do not yet appear to have been provided by Bayer.

[40] MIR_BSR_00007374-78 (Clinical Study Report A00551 (Synopsis)).

[41] MIR_KCOPLEY_JSEU_00000022

### Case 200815971GPV, Subject No. 130105

Another case of benign intracranial hypertension was reported in Study 309988, with final report number A45612, entitled "Multicenter study to investigate the bleeding profile and the insertion easiness in women inserted with a second consecutive Mirena for contraception or menorrhagia." This study included 204 women in the safety analysis set.[42]

According to a clinical trial case report, on April 1, 2008, an investigator of this clinical trial reported that a 37-year-old Caucasian female had experienced benign intracranial hypertension and headache after lumbar puncture. This clinical study subject was also a non-smoker, obese (with a BMI of about 31), and was identified as patient 130105, EUDRACT no. 2006-000394-30. She had previously and concomitantly used the medications Ipren for dysmenorrhea and headache, Cefalexin for pneumonia, Alvedon for uterine pain after insertion, and Treo for headache. This patient had her first Mirena from March 2002 until March 5, 2007, and on March 5, 2007, she received her second Mirena. As part of the study protocol, she also received single, sublingual, 200 mcg dose of misoprostol (Cytotec) 3 hours prior to Mirena insertion on 05-Mar-2007.[43]

On January 8, 2008, approximately 10 months after starting use of her second Mirena, the patient developed a severe headache and was hospitalized. Computed tomography (CT), angiography, lumbar puncture, and neurological examination were all normal, and benign intracranial hypertension was diagnosed. On January 10, 2008, one day after discharge, she reportedly experienced headache after lumbar puncture, and was re-hospitalized, and then discharged on January 11, 2008. The company considered her presentations of both benign intracranial hypertension and post-lumbar puncture headache to be "serious" due to hospitalization. According to an email dated April 10, 2008, the event was originally listed as "headache" with a positive causal relationship to the second Mirena, and the causality assessment was apparently changed to unrelated. The author of the email mentions that "headache is a listed side effect of Mirena, but BIH is not."[44]

The case report was supplemented on April 14, 2008 with an investigator's comment: "The only information that is found in the journal, was that all of the examinations were normal (which was already written in the initial SAE report). The diagnosis seems to be very unsure and there are no really [*sic*] explanation more than that the examination findings were normal." Another supplement to the case report of April 23, 2008 provides a company comment: "The event considered serious due to hospitalization. Benign intracranial hypertension is not listed", and: "The investigator considered benign intracranial hypertension as not associated to second Mirena. No relationship to first Mirena and misoprostol (Cytotec) or study conduct. For headache after lumbar puncture no relationship to Mirena, misoprostol (Cytotec) or study

---

[42] MIR_BSR-R_00036785-89 (Clinical Study Report A45612 (Synopsis)).
[43] Study protocol called for randomized use of either misoprostol or placebo. Though of little relevance to the AE, this is mentioned because the investigator assesses the association to both "second Mirena" and "misoprostol (Cytotec)." According to the latest follow-up on October 30, 2008, the patient received placebo. MIR_KCOPLEY_JSEU_00000022.
[44] MIR_JSEU_01286609

conduct." A follow-up company comment describes the condition "IIH" and known risk factors, and concludes: "In the current case, the temporal relationship between IUS insertion and symptom onset is considered very weak (after in total 5 years and 10 months of Mirena use). Furthermore, results of the lumbar puncture were reportedly normal, which questions the diagnosis of IIH. In summary, the case details provided do not indicate a causal relationship between Mirena and the benign intracranial hypertension."[45]

On September 14, 2015, Bayer received additional details regarding this particular case from FAERS. This search was apparently performed in connection with the company's signal assessment. While it was noted that "this information is available in a tabular form without further clinical details," the following details were added as an addendum to the case report: "It was reported that besides benign intracranial hypertension and post lumbar puncture syndrome the patient presented diplopia, headache, intracranial pressure increased, visual acuity reduced and visual impairment (not entered as events due to company entry rules for clinical studies)." However, the company excluded this clinical trial case (and the others) from its 2015 WHO ICSR analysis because: "There was no change to the clinical trial cases presented in the previous signal investigation. Based on the case details, and because no causal relationship was suspected by the investigator in the cases, the clinical trial cases were excluded from further analysis."[46]

It appears that there was internal discussion regarding the classification of both diagnosis and causality for this event. Interestingly, the fact that BIH is not a listed side effect of Mirena seemed to play a large role. First, the original event headache was apparently assessed as related; yet, once the event is entered as BIH, the company then determined that temporal relationship between insertion and symptom onset was considered very weak. Regardless, the patient received a second Mirena at the beginning of the study, and the true temporal relationship with respect to insertion should be properly characterized as 10 months. Additionally, although the lumbar puncture results are described as "normal," this more likely than not refers to the contents of the cerebrospinal fluid, rather than the pressure. In practice, the opening pressure of a lumbar puncture is generally recorded as a number value (*e.g.*, 250mm) rather than a simple valuation as "normal" or, conversely, "abnormal." It is also highly unusual that an individual would be diagnosed in a hospital setting with "intracranial pressure increased" with a "normal" opening pressure. Despite the conflicting reports and missing information, this case provides interesting insight into new onset of this rare disease in a clinical trial setting.

### Case 2012-094244, Subject No. 440050008

Finally, case 2012-094244 is a report of PTC for subject 440050008 in study 14371 ("Multi-center, single-arm study to assess the safety, efficacy, discontinuation rate and pharmacokinetics of the low-dose levonorgestrel intrauterine contraceptive system (LCS12) in post-menarcheal female adolescents under 18 years of age for 1 year, and an optional 2-year extension phase.")[47]

---

[45] MIR_KCOPLEY_JSEU_00000022
[46] MIR_KCOPLEY_JSEU_00000046-67
[47] MIR_BSR_00319877

The subject was a 17-year-old female, with a reported normal BMI of 23.88 (65 kg and 165 cm). Based on this data, the patient was not overweight or obese.[48] The narrative provided in the company's 2015 Signal Assessment is quite distinct from the clinical study narrative, and so both are presented here. For example, the narrative accompanying Clinical Study Report PH-37272 identifies the subject as a 16-year-old, 156 cm, 65 kg. This would compute to a BMI of 26.7, or slightly overweight.[49]

According to the clinical study report narrative, the subject had a history of pseudotumor cerebri since September 3, 2009 "(treated with Bicanorm and Diamox from 2009 to 08 SEP 2012)." She reported prior oral hormonal contraceptive use, stopped on February 26, 2012, and the LCS ("low-dose levonorgestrel contraceptive intrauterine system", the study drug), was inserted on March 1, 2012. On September 10, 2012, an investigator reported that the subject was hospitalized for "a planned stent implantation due to pseudotumor cerebri." A right transverse-sigmoid sinus stenting was performed on September 13, 2012, and she was discharged from the hospital on September 18, 2012. The event is reported as resolved, and assessed by both the investigator and the company as not related to the study drug or to study conduct. The subject also experienced vomiting the day of the insertion, which was assessed as mild, non-serious, not related to the study drug or to study conduct, and resolved on the same day.[50]

Interestingly, according to the narrative included in the company's 2015 Signal Assessment, the report received on September 10, 2012 "refers to a female patient of unspecified age who was enrolled in a clinical study, Study Number: 14371 and experienced pseudotumor cerebri", with no information on the patient's drug history and concurrent conditions. The narrative continues: "On an unspecified date the patient had LEVONORGESTREL (LCS, 12µg/d, 28X30) (LEVONORGESTREL) at 12 mcg/24hr, CONT intra-uterine inserted for contraception. It was not reported whether LEVONORGESTREL (LCS, 12µg/d, 28X30) was used previously. Product's lot number and expiration date were not provided. On 10-SEP-2012 was hospitalized as part of routine of monitoring of underlying disease "pseudotumor cerebri." The outcome of pseudotumor cerebri was not recovered / not resolved." A follow-up report received on October 4, 2012 updated the event from "pseudotumor cerebri" to "worsening of pseudotumor cererbi", and noted that the subject's concomitant condition included pseudotumor cerebri since 2009.[51] Yet another follow-up on January 30, 2013 notes that the event was once again changed to "pseudotumor cerebri." This report states: "During the study no worsening of the pseudotumor occurred, the subject only agreed on a (already pre planned) stent implantation during the study. It was reported as concomitant drugs Diamox, Bicanorm, Yiris, Cyprostol, Diclobene and Mexalen. Felden Quick solve, Midazolam, Dipidolor, Heparin, Aspirin, Elo-Mel Isoton, Plavix, Thrombo ASS, Navoban, Lendorm and Lovenox were reported as treatment to PSEUDOTUMOR CEREBRI."

It is unclear whether this is truly a case of "worsening" PTC from the conflicting reports. It does, however, raise concerns that an individual with a pre-existing PTC diagnosis was not

[48] MIR_KCOPLEY_JSEU_00000022
[49] MIR_BSR_00334707-08 (CSR No. PH-37272 Appendix 15 Narratives of deaths, Serious Adverse Events and Other Significant Adverse Events).
[50] *Id.*
[51] MIR_KCOPLEY_JSEU_00000022

excluded by study protocol, given the strong association between the LNG-IUD and PTC. The LCS device used in this study does, however, appear to have a lower release rate than Mirena®.

## Dechallenge Data

Bayer claims in its several Signal Assessments that from a review of case reports, "the dechallenge information cannot conclusively be interpreted"[52], and that "no unambiguous case of positive dechallenge could be identified."[53] However, a comparison of the company's analysis to the underlying reports reveals numerous cases with some form of positive dechallenge data.[54] A conservative review of all cases considered by the company in 2015 identifies several categories of information regarding dechallenge, an important data point when evaluating the causal association between drug and disease.

First, a number of cases identify unambiguous dechallenge. In case 01/02016-CDS, the reporter identified the outcome as recovered, and selected positive dechallenge. Several reports go even further:

ESP-2002-000308: "Symptoms disappeared after Mirena removal."

2012-065106: "The Mirena was removed and both the headache and the hypertension resolved."

2013-080487: "The physicians thought that the hormone coil in combination with overweight was the reason for the illness. The measure was to remove the hormone coil MIRENA and lose weight. Consumer had not succeeded in loosing [*sic*] weight though. But since she had the hormone coil removed on 15APR2011. Consumer was free of the symptoms of the illness."

The company assessment for each of these cases is: "Yes (no information on treatment)." Considering the explicit narratives of dechallenge reported above, Bayer's exclusion of these cases simply because the reports did not explicitly deny symptomatic treatment is improper, as is the conclusion that there is "no unambiguous case of dechallenge."

Additionally, a number of reports identify either positive dechallenge or outcome resolved (or resolving), along with some information about treatment:

PT-2004-027697: Positive dechallenge; company assessment: "Recovering under treatment (lumbar puncture, acetazolamide starting 3 months after removal)."

US-2007-021895: "Patient recovering with Diamox treatment and weight loss"; company assessment: "Recovered with treatment."

200811709GPV: Recovered/resolved, dechallenge: unknown; company assessment: "Yes. Improvement of complaints with acupuncture."

200810316GPV: Recovered/resolved, dechallenge: no; company assessment: "Recovered with treatment (24 hours after removal of Mirena)."

---

[52] MIR_JSEU_00571180- MIR_JSEU_00571184

[53] MIR_PKEU_00699321-00699335

[54] All case narratives, Reporter dechallenge input, and Company dechallenge input were extracted from spreadsheet MIR_KCOPLEY_JSEU_00000022.

2012-110913: Recovering/resolving. She had it removed and the symptoms have decreased; company assessment: "Recovering (with treatment)."

2014-010018: Recovering/resolving; company assessment: "Recovering (with treatment)."

2014-021980: Recovering/resolving; company assessment: "Recovering under treatment (acetazolamide received during Mirena use and also after removal, continuous use for several years)."

2014-132841: "Recovered/resolved with sequelae"; company assessment: "Recovered with treatment."

For another set of cases, the reporters identify that the patient was recovering while receiving treatment:

200929138GPV: "Under symptomatic therapy the complaints subsided"; company assessment: "Recovering with treatment."

2014-075082: "After months of treatment, her symptoms continued and doctors increased her Diamox dosage in an effort to relieve increased intracranial pressure. On an unspecified date, her Mirena was removed by a healthcare practitioner"; company assessment: "Recovering (with treatment)."

2014-048905: "It was reported that she eventually had it removed and was receiving treatment and medication for her IIH/PTC"; company assessment: "Recovering under treatment (lumbar puncture, acetazolamide received during Mirena use and also after removal)."

Finally, the following cases include either conflicting data between the reporter and the company, or conflicting data within the report:

CA-2005-014187: "Outcome not reported. No dechallenge information was reported for Mirena. No rechallenge information was reported for Mirena"; company assessment: "Recovered."

2007-16899: "Patient recovered after 5 days. The AE is not resolved and the outcome is not yet recovered. Previously it was reported the patient recovered in 5 days"; company assessment: "Recovered with treatment, new event some time later."

2015-424584: "The consumer had not recovered. A positive dechallenge was reported"; company assessment: "Not reported."

2015-424532: "The outcome result in table field recovered was reported as NO, which was interpreted as an unspecified outcome. Dechallenge was reported as positive"; company assessment: "Not reported (conflicting information from FAERS database)."

2015-424579: "Positive dechallenge was reported. The outcome result in table field recovered was reported as NO, which was interpreted as an unspecified outcome"; company assessment: "Not reported."

Overall, this body of reports provides important information regarding dechallenge, and must be considered in assessing the causal relationship between Mirena and PTC. The complete rejection of this data as "ambiguous" is improper. Disregarding this entire category of data has a significant impact on the conclusions that are drawn regarding causality.

Additionally, a "Response Document" to the German Health Authority (BfArM) dated October 2017 "Risk of pseudotumor cerebri / idiopathic intracranial hypertension" was recently produced.[55] The document includes a review of individual case safety reports (ICSRs) received by the company, including 346 cases retrieved up to May 29, 2017, and 56 more registered between May 30 and August 11, 2017. Appendix 3[56] and Appendix 4[57] contain the CIOMS forms for cases of IIH with LNG-IUS registered up to August 11, 2017. Although certain cases in these appendices include removal information, and several note improvement or resolution of symptoms, no dechallenge assessment is provided in the CIOMS forms. The company causality comment for a single case in Appendix 3 (200716899NA) reports that "Dechallenge is negative, the patient did not recover within 3 years after Mirena removal." The report continues, however: "In absence of proven alternative explanations, a causal relationship to Mirena cannot presently be excluded (related)."[58] Notably, this case was included in the earlier (2015) analysis, and a recent follow-up report from medical records obtained by the company does not provide any new information regarding this woman's current medical status. Moreover, Bayer's analysis included in the response document informs that in the majority of cases where information *is* available about the patient's course after removal, the patient either recovered or improved (14 "recovered," 23 "improved," 31 "did not recover.")[59]

## Data from the Registry

Searching the Registry with a dataset date of September 25, 2017, using MedDRA 20.0 terminology for the drug levonorgestrel and including all "Increased intracranial pressure disorders" as the reaction, 422 ICSRs are found. The reports include women, with an age range of 14-49 years (average age of 27 years), and a dose range of 14-750 µg (average dose of 24 µg).[60] Excluding cases with a reported onset date prior to the reported drug start date, the average days to onset of increased intracranial pressure disorders is 308 days (ranging from 0-2934 days). Positive dechallenge (DWRA = drug withdrawn, reaction abated) was reported in 35 cases, and 17 cases noted no dechallenge (DWNE = drug withdrawn, no effect).[61]

In the most recent edition of my book, *Drug-Induced Ocular Side Effects*, published in early 2015, causality of the association indicated by the existing evidence was assessed as possible. As the Instructions to Users section of the text explains, the associations are categorized based on the WHO classification system. Causation of an event is assessed as *possible* where there is a temporal relationship, but the association could also be explained by concurrent disease or other drugs or chemicals, and information on drug withdrawal (dechallenge) may be lacking or unclear.[62] An event is listed as *probable/likely* where there is a temporal relationship unlikely to be attributed to concurrent disease or drugs, and the event follows a clinically reasonable response on withdrawal (positive dechallenge).

---

[55] MIR_IIH_EU00606946
[56] MIR_IIH_EU01156267
[57] MIR_IIH_EU01157532
[58] *Id.*
[59] MIR_IIH_EU00606946, at _EU00606994
[60] *See* **Appendix A** for search criteria and all WHO Case Reports (VigiLyze).
[61] *See* **Appendix B** for all cases with positive dechallenge information.
[62] Fraunfelder, Frederick T., Fraunfelder F. W., Chambers W.A., and Jensvold-Vetsch B. *Drug-induced Ocular Side Effects*. 7th ed. London: Elsevier Saunders, 2015.

In the "Response Document" to the German regulatory authority, discussed above, Bayer claims that their "analyses cover all relevant categories that form the framework of the causality assessment system proposed by [WHO-UMC]," but then states that "applying the formal by-case causality assessment according to the WHO-UMC causality assessment system was not considered to provide additional value for the available data."[63] Apparently, this conclusion (*i.e.*, that the WHO causality assessment system provided no additional value), was based on Bayer's determinations: 1) that while "a temporal association to LNG exposure is formally present in all cases but does not indicate 'reasonable time relationship' per se[;]" 2) that the response to withdrawal is "questionable" because IH "resolves in many patients soon after their initial lumbar puncture and/or with other measures[;]" and 3) that "the high incidence of the condition in overweight women of childbearing age could be considered plausible alternative explanation in the vast majority of cases resulting in an unlikely causality according to WHO-UMC."[64]

Yet, causality cannot be deemed "unlikely" merely because a disease or other drug provides a plausible alternative explanation. Rather, to be deemed "unlikely," there must also be a time to drug intake that makes a relationship improbable, and Bayer itself admits that "a temporal association to LNG exposure is formally present in all cases," as quoted above. As for Bayer's analysis of the available response to withdrawal information, although there are circumstances in which the presence of simultaneous treatment can confound the determination, it is not appropriate to disregard all cases in which there was both withdrawal and treatment – particularly when the reporter identifies positive dechallenge. Instead, an individualized review should be performed, and as I describe above in "Dechallenge Data," there are numerous cases with various forms of positive dechallenge data. These cases are "probable / likely" under the WHO-UMC causality assessment system described herein.

As with any potential drug-induced adverse event, the body of reports of PTC with both Norplant® and Mirena® are imperfect, and not every report includes dechallenge or demographic data. However, developments in the epidemiological and medical literature, the number of cases reported in the clinical trial setting, the reported cases of dechallenge with both Norplant® and Mirena®, and the likely role for sex hormones in PTC pathophysiology all support the conclusion that Mirena® and other LNG-containing hormonal contraceptives more likely than not cause or contribute to the development of PTC and/or papilledema.

## Medical Literature

### Case Reports

In 2010, a case report from physicians in Argentina described a 45-year-old non-obese woman who developed PTC while using a levonorgestrel intrauterine device.[65,66] The authors

---

[63] MIR_IIH_EU00606946, at _EU00606986
[64] MIR_IIH_EU00606946, at _EU00606986
[65] Martínez H, Arana M, Braccia Gancedo ML, De Virgiliis M, Maggiora PZ: Atypical Pseudotumour Cerebri, *Neuro-ophthalmology* 34:255-256, 2010.
[66] The LNG-IUS "Mirena" is marketed in Argentina. *See* Buhling KJ, Zite NB, Lotke P, Black D: Worldwide use of intrauterine contraception: a review, *Contraception* 83(3):162-173 (2014). Argentina was also a source of clinical

describe the patient's PTC presentation as "atypical," citing to the 2009 Digre, et al. study,[67] which discussed presentations of PTC in the absence of papilledema, a typical hallmark symptom of this syndrome. The patient had complained of progressively worsening vision over the course of four years, which eventually became debilitating. A lumbar puncture of CSF measured an opening pressure of 20 cm $H_2O$ OP, and with dynamic measurement, the opening pressure increased up to 70 cm $H_2O$. She was found to not have papilledema, and had minimal blurring in the left optic disk. This blurring could certainly represent early papilledema. Consecutive testing of the visual field confirmed progressive peripherical deterioration and altered ability to visualize color, both of which improved after treatment with acetazolamide (Diamox sequel). Removal of the levonorgestrel IUD was recommended. While this case report lacks certain details, even a single case report can be very important in assessing causality for a rare event such as PTC. This case report is particularly compelling when considering that, like this "atypical" patient, many women who use Mirena are non-obese and also may not present with the obvious sign of papilledema. Case reports like this one are important to physicians assessing potential risks in "atypical" patients presenting with signs and symptoms of PTC, and a physician aware of this case in the context of the body of medical literature described below would seriously consider removal of the LNG-IUD.

Recently, Ros Forteza and Pereira Marques wrote to the editor of the journal *Neurología,* to describe a case of "minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device."[68] The case involves a 27-year-old woman that presented to the hospital with two-week progressive onset occipital headaches radiating to the entire head, described as a 9/10 intensity, accompanied by intense fotophobia, mild phonophobia, dizziness, and pulsatile tinnitus. Twenty-four hours after admission, she felt a moving spot on her right eye. The authors note that the woman was obese (BMI 32.8), she had a levonorgestrel-IUD in place for two years, and for the last seven days prior to presentation to the clinic, she had received treatment with minocycline antibiotic (100 mg/2 times per day) for folliculitis, prescribed by her family physician. On neurological exam, the patient had no defects in her confrontational visual fields, no motor deficits, and no signs of cerebellar or meningeal defecits. Ophthalmological examination revealed scintillating scotoma in the right eye, and fundus exam showed severe (grade 4) papilledema in the right eye, and less severe papilledema in the left eye. Chest x-ray, cranial CT, and veno-CT were normal. Minocycline use was discontinued. A lumbar puncture measured opening pressure of 260 mm with normal CSF contents. The authors note that the patient met the Modified Dandy Criteria for IIH diagnosis. Twelve hours later, opening pressure was measured at 60mm, and the patient was without headache under treatment with metamizole (2g TID) and acetazolamide (250 mg BID). After twenty-four hours, scotoma resolved, and significant improvement was noted in papilledema. She also began a diet, at the recommendation of a nutritionist. One week later, cranial MRI did not identify signs suggestive

data regarding Mirena in 2006; *see* FDA Clinical review of NDA 21-225, Levonorgestrel-releasing intrauterine system (LNG-IUS), Trade Name Mirena, September 16, 2009 by Gerald Willett, M.D. at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/DevelopmentResources/UCM245685.pdf.

[67] Digre KB, Nakamoto BK, Warner JE, Langeberg WJ, Baggaley SK, Katz BJ. A comparison of idiopathic intracranial hypertension with and without papilledema. *Headache* 49(2):185-93, 2009.

[68] Ros Forteza FJ, Pereira Marques I, Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device, letter to the editor, *Neurología.* 2017 Feb 16. pii: S0213-4853(17)30006-3. doi: 10.1016/j.nrl.2016.11.012. Original in Spanish, translation received by Bayer on 23 Mar 2017. *See* MIR_IIH_EU00662174, MIR_IIH_EU0067175.

of intracranial hypertension. Ophthalmology follow-up two weeks after the onset of symptoms, there was noted improvement in papilledema, now grade 3 in the right eye, and grade 2 in the left eye, and Humphrey visual fields revealed a bilateral improvement in blind spot, predominantly on the left side.

The authors note that the LNG-IUD was removed three weeks after the onset of symptoms, as it may have contributed to the exacerbation or worsening of intracranial hypertension. They opine that because of the fulminant onset of symptoms, and the quick response to the discontinuation of minocycline (including marked lowering of opening pressure twelve hours after confirmation of elevated opening pressure), most likely the patient was made susceptible to IH by LNG-IUD use, and presentation was immediately minocycline-induced. Additionally, they opine that weight loss and medication contributed to the clinical resolution, together with the discontinuation of minocycline and LNG-IUD. The authors make note of academic literature and case reports describing the association between the LNG-IUD and PTC, including Dr. Etminan's 2015 publication, the 2010 Martinez case report, and the 1993 Alder et al. letter to the editor. The authors conclude that knowledge of the factors precipitating IH is crucial for rapid resolution of symptoms in IH patients, and advise periodic funduscopic examination of patients receiving minocycline, as well as informing women of the risks of some hormonal medications.

## Review Articles

Over the past several decades, the medical literature has frequently highlighted the relationship between LNG and PTC, reflecting a growing concern over the number of reports. As early as 1993, reports discuss the development of PTC in Norplant® users, and improvement of PTC symptoms in those subjects after Norplant® removal.[69] Just two years later, several new pieces in the medical literature investigated this relationship.[70,71] In fact, a review of Norplant® adverse event reports at the time found that the reporting rate of PTC in Norplant® users was close enough to the actual incidence rate to suggest that "Norplant users may be at an increased risk of developing these disorders", and noted the propriety of epidemiologic research to determine a causal relationship.[72] The American College of Gynecology's (ACOG) Technical Bulletin in 1995 also mentions idiopathic intracranial hypertension as a "Side Effect" of Norplant® use.[73]

Following this flood of reports and publications, as well as the addition of an Idiopathic Intracranial Hypertension warning to the Norplant® label, review articles have consistently

[69] Sunku AJ, O'Duffy AE, and Swanson JW, *P218. Benign Intracranial Hypertension Associated with Levonorgestrel Implants*, Program and Abstracts, American Neurological Association, page 299 (October 19, 1993).
[70] Alder JB, Fraunfelder FT, and Edwards R, Levonorgestrel Implants and Intracranial Hypertension, *The New England Journal of Medicine*, pp 1720-1721 (June 22, 1995).
[71] Tang RA, Pardo G, et al., Pseudotumor Cerebri associated with the Norplant contraceptive device, *Invest. Ophthalmol. Vis. Sci.* 36:S677-S677, 1995.
[72] Wysowski DK, Green L, Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System, *Obstetrics & Gynecology*, Vol. 85, No. 4, pp. 538-542, at 540.
[73] American College of Gynecology, ACOG Technical Bulletin Hormonal Contraception, *International Journal of Gynecology & Obstetrics*, 48, 115-126 (1995).

identified the association between LNG and PTC development, and referred to these cases as "secondary" or "medication-induced."[74,75,76] Specifically, the literature has focused on the well-established relationship of LNG to PTC, in contrast to largely disproven associations to oral contraceptives and pregnancy.[77,78] The body of reports and review articles noting this causal association is particularly impressive given the rarity of the condition in the general population. In practice, physicians often look to the medical literature when identifying potential causes of disease in patients, and the level of reporting on this association even prior to the publication of epidemiologic data is striking.

## Conclusion

Based on my review of the above evidence, as well as my background, training, experience, and expertise, to a reasonable degree of medical probability Mirena causes, or is a substantial factor contributing to, the development and/or worsening of PTC. This is due to experience with Norplant, which contains the same hormone, and also because of the body of medical literature, increased reporting of PTC associated with Mirena, scientific literature describing a likely biological mechanism, and strong epidemiological evidence identifying a 7.70 relative risk of PTC diagnosis with exposure to LNG-IUS.

Assuming he or she were aware of the risk, a prescribing doctor would more likely than not warn a patient considering Mirena of the risk of developing PTC, especially considering the severe injury that could result. Further, a prescribing doctor would warn patients who may be at increased risk already, such as obese women of child bearing age. Finally, a treating physician would also be inclined to ask a woman who has been diagnosed with PTC whether she is currently on Mirena, and if so, would advise her to discuss removal with her prescribing physician.

---

[74] Friedman DI, Gordon LK, Doxycycline and intracranial hypertension, *Neurology*, 2004, 62: 2297-2299, at 2297.

[75] Corbett JJ, "Medication Associated Intracranial Hypertension", NANOS Annual Meeting #32, North American Neuro-Ophthalmology Society, February 27, 2006, JW Marriott Starr Pass Resort, Tucson, AZ, Conference Presentation

[76] Sarkar S, Das K, Pseudotumor cerebri in a child treated with acitretin: A rare occurrence, *Indian Journal of Pharmacology*, 2013, 45(1) 89-90, 1-4, at 2.

[77] Friedman DI, Medication-Induced Intracranial Hypertension in Dermatology, *Am. J. Clin. Dermatol.*, 2005, 6: 30-37.

[78] Friedman DI, Idiopathic Intracranial Hypertension, 11 *Curr Pain Headache Rep* 62-68 (2007).

My current fee schedule is attached hereto. During the last four years, I have testified as an expert by deposition in the following matters:

*Katrina Dawn Copley v. Bayer Healthcare Pharmaceuticals, Inc., et al.*
Case No. 3:14-cv-00406 (M. D. Tenn)

Frederick W. Fraunfelder, M.D.
December 23, 2017

**Updated 06/15/17**

**Frederick (Rick) W. Fraunfelder, M.D., M.B.A.**
Professor and Chair
Mason Eye Institute
University of Missouri
#1 Hospital Drive
Columbia, MO 65212
573-882-1029
573-882-8474 FAX
fraunfelderf@health.missouri.edu

**Date of Birth:** September 29, 1967

**Place of Birth:** Baltimore, Maryland, U.S.A.

**Marital Status:** Married – 4 children

**Faculty Positions**

| | |
|---|---|
| 7/1/2014–present | Chairman and Roy E. Mason and Elizabeth Patee Mason Distinguished Professor, Cornea/External Disease, Ocular Oncology and Refractive Surgery, Mason Eye Institute, University of Missouri, Columbia, Missouri |
| 9/11/2014–present | Clinic Medical Director, Department of Ophthalmology, University of Missouri, Columbia, Missouri |
| 7/1/2011–6/30/2014 | Professor of Ophthalmology, Cornea/External Disease, Ocular Oncology, and Refractive Surgery, Casey Eye Institute, Oregon Health & Science University, Portland, Oregon |
| 1/1/2012–6/30/2014 | Martha and Eddie Peterson Endowed Professor |
| 2008–6/30/2014 | Director/Chief, Cornea/ External Disease/ Refractive Surgery Division Casey Eye Institute, Portland, Oregon |
| 2006–6/30/2011 | Associate Professor of Ophthalmology, Cornea/External Disease, Ocular Oncology, and Refractive Surgery, Casey Eye Institute, Oregon Health & Science University, Portland, Oregon |
| 2001–2006 | Assistant Professor of Ophthalmology, Cornea/External Disease, Ocular Oncology, and Refractive Surgery, Casey Eye Institute, Oregon Health & Science University, Portland, Oregon |

**Board Certification**

American Board of Ophthalmology, July 2002

Recertification January 2013

**Education**

| | |
|---|---|
| 2009–2012 | Master in Business Administration in Healthcare Management, Portland State University/Oregon Health & Science University, Portland, OR |
| 2001–2002 | Fellowships:<br>World Health Organization, Uppsala, Sweden<br>Food and Drug Administration, Baltimore, Maryland<br>Alcon Pharmaceuticals, Fort Worth, Texas |
| 2002–2002 | Fellow, Cornea/External Disease and Refractive Surgery, Casey Eye Institute, Oregon Health Sciences University, Portland, Oregon |
| 1997–2000 | Ophthalmology Resident, University of Washington Medical Center, Seattle, Washington |
| 1995–1997 | Resident Medical Officer, Alice Springs Hospital, Alice Springs, NT Australia |
| 1994–1995 | Medical Resident, Providence Medical Center, Portland, Oregon |
| 1990–1994 | M.D., Oregon Health Sciences University, Portland, Oregon |
| 1986–1990 | B.A., Economics, Baylor University, Waco, Texas |

**Offices**

| | |
|---|---|
| 2016 | President Elect of Boone County Medical Society |
| 2014–present | Director of the cornea resident rotation, University of Missouri |
| 2014–present | Director of the cornea fellowship, University of Missouri |
| 2013–2014 | Zoster Eye Disease Study (ZEDS) Steering Committee |
| 2010–2012 | Selection Committee for Claes Dohlman Award |
| 2008–present | Chair of Ocular Toxicology session for International Symposium on Ocular Pharmacology and Therapeutics (ISOPT) |

| | |
|---|---|
| 2009–2014<br>2009–2014 | Course Director of the resident lecture series, OHSU/CEI<br>OHSU Laser Committee |
| 2009–2014 | Laser credentialing, Casey Eye Institute |
| 2008–2014 | President, International Society of Ocular Toxicology |
| 2008–2014 | Director of the cornea resident rotation, Oregon Heath & Science University |
| 2008–2014 | Director of the cornea fellowship, Oregon Heath & Science University |
| 2006–2010 | Medical Advisory Committee, Lions Eye Bank of Oregon |
| 2006–2009 | Director of Continuing Medical Education, Casey Eye Institute |
| 2005–2014 | Associate Faculty Member for the Cornea Fellowship, Devers Eye Institute |
| 2003–2005 | Casey Eye Institute Residency Selection Committee |
| 2003–2007 | Executive Board, Oregon Academy of Ophthalmology |
| 2003–2007 | HIPAA Faculty Representative, Oregon Health & Science University |
| 2002–2004 | Institutional Review Board Member, Oregon Health & Science University |
| 2001–present | Consultant, World Health Organization's Uppsala Monitoring Center, Uppsala, Sweden |
| 2000–present | Director, National Registry of Drug-Induced Ocular Side Effects |

**Editorial Board Member**

| | |
|---|---|
| 2016-present | *Journal of Eye and Cataract Surgery* |
| 2015–present | *New Frontiers in Ophthalmology (NFO)* |
| 2015-2016 | *BMC Ophthalmology* |
| 2003–present | *Drugs of the Future*<br>*Drugs of Today* |

| | |
|---|---|
| 2003–2010 | *Eye Net Magazine*<br>*Physicians Desk Reference* |

**Reviewer**

| | |
|---|---|
| 2009–present | *Journal of Neuro-Ophthalmology* |
| 2001–present | *American Journal of Ophthalmology*<br>*Archives of Ophthalmology*<br>*British Journal of Ophthalmology*<br>*Comprehensive Ophthalmology Update*<br>*Cornea*<br>*Cutaneous and Ocular Toxicology*<br>*Drugs of Today*<br>*Expert Opinion on Drug Safety*<br>*Journal of Glaucoma*<br>*Journal of Refractive Surgery*<br>*Ophthalmic and Physiological Optics*<br>*Ophthalmology* |

**Societies and Organizations**

| | |
|---|---|
| 2014–present | Missouri Society of Eye Physicians and Surgeons |
| 2014–present | Association for Research in Vision and Ophthalmology |
| 2014–present | Boone County Medical Society, 2015 Secretary/Treasurer, Chair Public Relations/Legislation Committee, CME Committee |
| 2008–present | American Ophthalmological Society |
| 2003–present | Oregon Academy of Ophthalmology |
| 2002–present | Cornea Society, Member with Thesis |
| 2002–present | International Society of Ocular Pharmacology and Therapeutics |
| 2002–present | International Society of Ocular Therapeutics |
| 2002–2007 | American Society of Cataract and Refractive Surgery |
| 2002–2006 | International Congress of Ophthalmology |

| | |
|---|---|
| 2002–2005 | Oregon Medical Association |
| 2001–present | American Academy of Ophthalmology |
| 1993–2007 | Association for Research in Vision and Ophthalmology |

**Research/Awards/Scholarship**

| | |
|---|---|
| 2017 | MU Top Faculty Achiever |
| 2016 | Saving Sight's Excellence in Eye Donation Award |
| 2012–2013 | Portland Top Doctors |
| 2011–present | Marquis Who's Who in Medicine and Healthcare |
| 2009–2012 | PSU/OHSU School of Medicine MBA in Healthcare Management scholarship |
| 2008 | Poster award at the American Academy of Ophthalmology meeting: Fraunfelder, FW, Richards AB. Diplopia, Blepharitis, and Ophthalmoplegia Associated with the use of HMG-CoA Reductase Inhibitors. Atlanta, Georgia. November 2008. |
| 2007 | American Academy of Ophthalmology Outstanding Achievement Award |
| 2002 | Collins Medical Trust: Decreased Tumor Recurrence After Excision and Cryotherapy for Surface Eye Tumors |
| 2000–present | American Academy of Ophthalmology annual instruction course, ranked in the top 10 percent within subject area |
| 2000 | Heed Ophthalmic Foundation Fellowship Award |
| 1993 | Ophthalmology Research Assistant: Keith Green, Ph.D., Medical College of Georgia, Augusta, Georgia. Research project: Effects of Calcium Channel Blockers on Rabbit Corneal Endothelial Function. |
| 1991 | Sigma Xi Grants-in-Aid of Research. John C. Morrison, M.D., and Frederick W. Fraunfelder, B.A. "Corrosion Casting & Scanning Electron Microscopy of Aqueous Outflow Pathways of the Adult Rat Eye." |
| 1990–1994 | Research to Prevent Blindness Medical Student Fellowship |
| 1990-1993 | Research Assistant for John C. Morrison, M.D., Casey Eye Institute and Oregon Regional Primate Center, Portland, Oregon |

1990 Outstanding Senior Man, Baylor University, Waco, Texas

**Committee Responsibilities, University of Missouri Department of Ophthalmology**

Medical Director

Fellowship Director

Residency Selection Committee

Compliance Committee

Medical Student Mentor

Primary Research Mentor, Career Development Award (KL2) for Murugesan Raju, Ph.D.

**Committee Responsibilities, University of Missouri Health Care**

2016-present Master Facilities Space Planning Committee

2016-present University Physicians Executive Committee

2014–present Clinic Medical Director’s Committee

2014–present Executive Clinical Chairs

2014–present Council of Chairs

2014–present UP Management Committee

2014–present UP Professional Liability/Compliance Committee

2014–present Operating Room Operations Committee

2014–present Operating Room Operations Committee Policy Advisory with Leadership

2014–present Hospital Operations Clinical Chair

2014–present Executive Board of Missouri Society for Outpatient Surgery (MCOS)

**Leadership Short Courses**

1. Executive Development Seminar for Associate Deans and Chairs. Association of American Medical College (AAMC). Tempe, AZ, September 25 – 29, 2015.

**Publications**

**Books**

1. Fraunfelder FT, **Fraunfelder FW**, Chambers WA. *Drug-Induced Ocular Side Effects*. 7th edition. Philadelphia: Elsevier Saunders, 2014.

2. Roy FH, **Fraunfelder FW**, Fraunfelder FT. *Roy and Fraunfelder's Current Ocular Therapy*. 6th edition. London: Elsevier, 2008.

3. Fraunfelder FT, **Fraunfelder FW**, Chambers WA. *Clinical Ocular Toxicology*. 6th edition. Philadelphia: WB Saunders, 2008.

4. Fraunfelder FT, **Fraunfelder FW**. *Drug-Induced Ocular Side Effects*. 5th edition. Woburn, Mass.: Butterworth-Heinemann, 2001.

**Peer-Reviewed Journal Articles - Published**

1. **Fraunfelder FW**, Alloju S, Patel M. Liquid nitrogen cryotherapy treatment of herpes simplex epithelial keratitis. *Missouri Medicine* 2017 Mar/Apr;114(2):129-132.

2. Murugesan R, Chisholm M, Mosa ASM, Shyu C-R, **Fraunfelder FW**. Investigating risk factors for cataract using Cerner Health Facts® database. J Eye Cataract Surg 2017 Feb;3(1):19.

3. **Fraunfelder FW**. Fundraising in ophthalmology. J Eye Cataract Surg 2016 Dec;3(1):15.

4. **Fraunfelder FW**, Yang HK. Association between bortezomib therapy and eyelid chalazia. *JAMA Ophthalmology* 2016 Jan; 134(1):88-90.

5. Benage M, **Fraunfelder FW**. Vaccine-associated uveitis. *Missouri Medicine* 2016 Jan/Feb; 113(1):48-52.

6. **Fraunfelder FW**. MU ophthalmology charts a future of growth [editorial]. *Missouri Medicine* 2016 Jan/Feb; 113(1):39.

7. **Fraunfelder FW**, Fraunfelder FT. Conjunctival and corneal ulceration associated with nicorandil. *Cutaneous and Ocular Toxicology* 2014 Jun; 33(2):120-121.

8. Azuma M, Yabuta C, **Fraunfelder FW**, Shearer TR. Dry eye in LASIK patients. *BMC Research Notes* 2014 Jul; 7:420.

9. Holt HD, Hinkle DM, Falk NS. Fraunfelder FT, **Fraunfelder FW**. Human papilloma virus vaccine associated uveitis. *Current Drug Safety* 2014 Mar; 9(1):65-68.

10. Ng JK, **Fraunfelder FW**, Winthrop KL. Review and update on the epidemiology, clinical presentation, diagnosis, and treatment of fungal keratitis. *Current Fungal Infection Reports* 2013 Dec; 7(4):293-300.

11. **Fraunfelder FW**. Liquid nitrogen cryotherapy of pterygia. *Ophthalmology* 2013 Oct; 120(10):e70.

12. Tehrani S, **Fraunfelder FW**. Cryotherapy in ophthalmology. *Open Journal of Ophthalmology* 2013 Nov; 3(4):103-117.

13. **Fraunfelder FW**, Fraunfelder FT. Restricting topical ocular chloramphenicol eye drop use in the United States. Did we overreact? *American Journal of Ophthalmolog*y 2013 Sep; 156(3): 420-2.

14. Patel M, **Fraunfelder FW**. Toxicity of topical ophthalmic anesthetics. *Expert Opinion on Drug Metabolism and Toxicology* 2013 Aug; 9(8):983-988.

15. **Fraunfelder FW**. Common ocular adverse drug reactions from systemic medications: a review. *Ophthalmology International* 2013; 8(1):30-33.

16. Winthrop KL, Chen L, **Fraunfelder FW**, et al. Initiation of anti-TNF therapy and the risk of optic neuritis: from the safety assessment of biologic ThERapy (SABER) Study. *American Journal of Ophthalmology* 2013 Jan; 155(1):183-189.

17. Hinkle DM, Dacey MS, Mandelcorn E, Kalyani P, Mauro J, Bates JH, Soukasian SH, Holland GN, Foster CS, Fraunfelder FT, Davis JL, **Fraunfelder FW**. Bilateral uveitis associated with fluoroquinolone therapy. *Cutaneous and Ocular Toxicology* 2012 Jun; 31(2):111-116.

18. Schwab P, Harmon D, Bruno R, **Fraunfelder FW**, Kim DH. A 55-year-old woman with orbital inflammation. *Arthritis Care and Research* 2012 Nov; 64(11):1776-1782.

19. Fraunfelder FT, **Fraunfelder FW**. Trichomegaly and 0ther external eye side effects associated with epidermal growth factor. *Cutaneous and Ocular Toxicology* 2012 Sep; 31(3):195-197.

20. Rush SW, **Fraunfelder FW**, Mathers MD, Chamberlain WD. Femtosecond laser-assisted keratoplasty in failed penetrating keratoplasty and globe trauma. *Cornea* 2011 Dec; 30(12):1358-1362.

21. Wilkinson JT, **Fraunfelder FW**. Use of herbal medicines and nutritional supplements in ocular disorders: an evidence-based review. *Drugs* 2011 Dec 24; 71(18):2421-2434.

22. Fraunfelder FT, Steinkamp P, **Fraunfelder FW**. Casey Eye Institute camera system for recording cortical lens opacities. *Experimental Eye Research.* 2011 Nov; 93(5):790-794.

23. Chamberlain WD, Rush SW, Mathers WD, Cabezas M, **Fraunfelder FW**. Comparison of femtosecond laser-assisted keratoplasty versus conventional penetrating keratoplasty. *Ophthalmology* 2011 Mar; 118(3):486-491.

24. **Fraunfelder FW**, Cabezas M. Treatment of recurrent corneal erosion by extended-wear bandage contact lens. *Cornea* 2011 Feb; 30(2):164-166.

25. **Fraunfelder FW**, Fraunfelder FT. Interferon alfa associated anterior ischemic optic neuropathy. *Ophthalmology* 2011 Feb; 118(2):408-11.

26. **Fraunfelder FW**, Dhoot DS. Successful treatment of conjunctival sarcoidosis with local cryotherapy. *Ophthalmic Surgery Lasers & Imaging* 2010 Apr; 1-4.

27. **Fraunfelder FW**, Suhler EB, Fraunfelder FT. Hepatitis B vaccine and uveitis: an emerging hypothesis suggested from 32 case reports. *Cutaneous and Ocular Toxicology* 2010 Mar; 29(1):26-29.

28. **Fraunfelder FW**. Liquid nitrogen cryotherapy for conjunctival lymphangiectasia: a case series. *Archives of Ophthalmology* 2009 Dec; 127(12):1686-1687.

29. **Fraunfelder FW**. Liquid nitrogen cryotherapy for conjunctival lymphangiectasia. *Transactions of the American Ophthalmological Society* 2009 Dec; 107:229-232.

30. Page MA, **Fraunfelder FW**. Safety, efficacy, and patient acceptability of lidocaine hydrochloride ophthalmic gel as a topical ocular anesthetic for use in ophthalmic procedures. *Clinical Ophthalmology* 2009 Nov; 3:601-609.

31. **Fraunfelder FW**, Fraunfelder FT. Diplopia and fluoroquinolones. *Ophthalmology* 2009 Sep; 116(9):1814-1817.

32. **Fraunfelder FW**. Liquid nitrogen cryotherapy of lymphangiectasia. *Cornea* 2009 Jun; 28(5):594-596.

33. **Fraunfelder FW**. Liquid nitrogen cryotherapy of conjunctival amyloidosis. *Archives of Ophthalmology* 2009 May; 127:645-648.

34. **Fraunfelder FW**, Winthrop K, Suhler E, Choi D, Fraunfelder FT. Postmarketing surveillance rates of uveitis and scleritis with bisphosphonates among a national veteran cohort. *Retina* 2009 Feb; 29(2):285-286; author reply 286-7, 2009 Feb.

35. **Fraunfelder FW**. Liquid nitrogen cryotherapy of superior limbic keratoconjunctivitis. *American Journal of Ophthalmology.* 2009 Feb; 147(2):234-238.

36. **Fraunfelder FW**. Cryotherapy for pterygia [Letter]. *Ophthalmology* 2008 Dec; 115(12):2314-2314.

37. **Fraunfelder FW**. Liquid nitrogen cryotherapy for surface eye disease (an AOS thesis). *Transactions of the American Ophthalmological Society* 2008 Dec; 106:301-324.

38. **Fraunfelder FW**, Richards AB. Diplopia, blepharoptosis, and ophthalmoplegia and 3-hydroxy-3-methyl-glutaryl-CoA reductase inhibitor use. *Ophthalmology* 2008 Dec; 115(12):2282-2285.

39. Lim LL, **Fraunfelder FW**, Rosenbaum JT. Uveitis following the use of tumor necrosis factor α inhibitors: comment on the article by Lim et al. [reply to letter]. *Arthritis and Rheumatology* 2008 May; 58(5):1556-1557.

40. **Fraunfelder FW**, Fraunfelder FT. Central serous chorioretinopathy associated with sildenafil. *Retina* 2008 Apr; 28(4):606-609.

.

41. Myers TD, **Fraunfelder FW**. Bilateral anterior uveitis associated with clomiphene citrate. *Ocular Immunology and Inflammation* 2008 Jan; 16(1-2):23-24.

42. McGee HT, **Fraunfelder FW**. Toxicities of topical ophthalmic anesthetics [review article]. *Expert Opinion on Drug Safety* 2007 Nov; 6(6):637-640.

43. Lloyd MJ, **Fraunfelder FW**. Drug-induced optic neuropathies. *Drugs of Today* (Barc). 2007 Nov; 43(11):827-836.

44. **Fraunfelder FW**, Harrison D. Peripheral ulcerative keratitis-like findings associated with filgrastim. *Cornea* 2007 Apr; 26(3):368-369.

45. Lim LL, **Fraunfelder FW**, Rosenbaum JT. Do tumor necrosis factor inhibitors cause uveitis? A registry-based study. *Arthritis and Rheumatology* 2007 Sep 28; 56(10):3248-3252.

46. **Fraunfelder FW**. Drug-induced ocular inflammatory diseases. *Drugs of Today* (Barc) 2007 Feb; 43(2):117-123.

47. Santaella RM, **Fraunfelder FW**. Ocular adverse effects associated with systemic medications. *Drugs* 2007 Jan; 67(1):75-93.

48. **Fraunfelder FW**, Sadun AA, Wood T. Update on ethambutol optic neuropathy. *Expert Opinion on Drug Safety* 2006 Sep; 5(5):615-618.

49. **Fraunfelder FW**, Fraunfelder FT. Scientific challenges in postmarketing surveillance of ocular adverse drug reactions. *American Journal of Ophthalmology* 2007 Jan; 143(1):145-149.

50. Mathers WD, **Fraunfelder FW**, Rich LF. Risk of Lasik surgery vs contact lenses. *Archives of Ophthalmology* 2006 Oct; 124(10):1510-1511.

51. **Fraunfelder FW**. Corneal toxicity from topical ocular and systemic medications. *Cornea* 2006

Dec; 25(10):1133-1138.

52. **Fraunfelder FW,** Shults T. Nonarteritic anterior ischemic optic neuropathy, erectile dysfunction drugs, and amiodarone: is there a relationship? *Journal of Neuro-Ophthalmology* 2006 Mar; 26(1):1-3.

53. **Fraunfelder FW**, Pomeranz H, Egan RA. Nonarteritic ischemic optic neuropathy and sildenafil. *Archives of Ophthalmology* 2006 May; 124(5):733-734.

54. **Fraunfelder FW**. Clomifene and optic neuritis. *WHO Signal* March 2006.

55. **Fraunfelder FW,** Solomon J, Mehelas TJ. Ocular adverse effects associated with cyclooxygenase-2 inhibitors. *Archives of Ophthalmology* 2006 Feb; 124(2):277-279.

56. **Fraunfelder FW.** Liquid nitrogen cryotherapy of advancing wavelike epitheliopathy. *Cornea* 2006 Feb; 25(2):196-198.

57. **Fraunfelder FW**. Pegaptanib for wet macular degeneration. *Drugs of Today* (Barc) 2005 Nov; 41:703-709.

58. **Fraunfelder FW**. Ocular side effects associated with dietary supplements and herbal medicines. *Drugs of Today* (Barc) 2005 Aug; 41(8):537-545.

59. **Fraunfelder FW**. Visual side effects associated with erectile dysfunction agents. *American Journal of Ophthalmology* 2005 Oct; 140(4):723-724.

60. **Fraunfelder FW**. The science and marketing of dietary supplements. *American Journal of Ophthalmology* 2005 Aug; 140(2):302-304.

61. **Fraunfelder FW**. Twice-yearly exams unnecessary for patients taking quetiapine. *American Journal of Ophthalmology* 2004 Nov; 140(2):348-349.

62. Falkenhagen KM, Braziel RM, **Fraunfelder FW**, Smith JR. B-Cells in ocular adnexal lymphoproliferative lesions express B-cell attracting chemokine 1 (CXCL13). *Archives of Ophthalmology* 2005 Aug; 140(2):335-337.

63. Egan RA, **Fraunfelder FW**. Viagra and anterior ischemic optic neuropathy. *Archives of Ophthalmology* 2005 May; 123(5):709-710.

64. **Fraunfelder FW**, Fraunfelder FT. Liquid nitrogen cryotherapy of a conjunctival vascular tumor. *Cornea* 2005 Jan; 24(1):116-117.

65. **Fraunfelder FW**. Twice-yearly exams unnecessary for patients taking quetiapine. *American Journal of Ophthalmology* 2004 Nov; 138(5):870-871.

66. **Fraunfelder FW**. Epinastine hydrochloride for atopic disease. *Drugs of Today* (Barc) 2004

Aug; 40(8):677-683.

67. **Fraunfelder FW**. Ocular side effects associated with herbal medicines and nutritional supplements. *American Journal of Ophthalmology* 2004 Oct; 138(4):639-647.

68. **Fraunfelder FW**, Fraunfelder FT. Evidence for a probable causal relationship between tretinoin, acitretin, and etretinate and intracranial hypertension. *Journal of Neuro-Ophthalmology* 2004 Sep; 24(3):214-216.

69. **Fraunfelder FW**. Adverse ocular effects from lice shampoo [Letter]. *Archives of Ophthalmology* 2004 Oct; 122(10):1575.

70. **Fraunfelder FW**, Fraunfelder FT. Ocular side effects recently identified by the National Registry of Drug-Induced Ocular Side Effects. *Ophthalmology* 2004 Jul; 111(7):1275-1279.

71. **Fraunfelder FW**. Ocular adverse drug reactions and the National Registry of Drug-Induced Ocular Side Effects. *Insight* 2004; XXIX(2):7-11.

72. **Fraunfelder FW**, Fraunfelder FT, Corbett JJ. Isotretinoin-associated intracranial hypertension. *Ophthalmology* 2004 Jun; 111(6):1248-1250.

73. **Fraunfelder FW**, Rich LF. Laser in situ keratomileusis using the Nidek EC-5000 or the Alcon LADARVision 4000 systems. *Journal of Refractive Surgery* 2004 Mar-Apr; 20(2):127-131.

74. Wheeler D, **Fraunfelder FW**. Ocular motility dysfunction associated with chemotherapeutic agents. *Journal of American Association for Pediatric Ophthalmology and Strabismus* 2004 Feb; 8(1):15-17.

75. **Fraunfelder FW**. Ocular side effects associated with isotretinoin. *Drugs of Today* (Barc) 2004 Jan; 40(1):23-27.

76. **Fraunfelder FW**. Ocular hemorrhage possibly the result of HMG-CoA reductase inhibitors. *Journal of Ocular Pharmacology and Therapeutics* 2004 Apr; 20(2):179-182.

77. **Fraunfelder FW**, Fraunfelder FT. Oculogyric crisis in patients taking cetirizine. *American Journal of Ophthalmology* 2004 Feb; 137(2):355-357.

78. Esmaeli B, Diba R, Ahmadi A, Saadati HG, Faustina MM, Shepler TR, Talpaz M, **Fraunfelder FW**, Rios MB, Kantarjian H. Periorbital edema and epiphora as ocular side effects of imatinib mesylate (Gleevec). *Eye* 2004 Jul; 18(7):760-762.

79. **Fraunfelder FW**, Fraunfelder FT, Keates EU. Topiramate-associated acute, bilateral, secondary angle-closure glaucoma. *Ophthalmology* 2004 Jan; 111(1):109-111.

80. **Fraunfelder FW**. HMG-CoA reductase inhibitors and ocular haemorrhage. *WHO Pharmaceuticals Newsletter* 2003; 5:7.

81. **Fraunfelder FW**. Ocular side effects associated with bisphosphonates. *Drugs of Today* (Barc) 2003 Nov; 39(11):829-835.

82. **Fraunfelder FW**, Fraunfelder FT. Adverse ocular effects from over-the-counter lice shampoo. *Archives of Ophthalmology* 2003 Dec; 121(12):1790-1791.

83. **Fraunfelder FW**. Ocular adverse drug reactions. *Expert Opinion on Drug Safety* 2003; 2(4):411-420.

84. **Fraunfelder FW**, Solomon J, Druker BJ, Esmaeli B, Kuyl J. Ocular side effects associated with imatinib mesylate (Gleevec®). *Journal of Ocular Pharmacology and Therapeutics* 2003 Aug; 19(4):371-375.

85. **Fraunfelder FW**, Fraunfelder FT. Bisphosphonates and ocular inflammation. *New England Journal of Medicine* 2003 Mar 20; 348(12):1187-1188.

86. **Fraunfelder FW**, Fraunfelder FT, Jensvold B. Scleritis and other ocular side effects associated with pamidronate disodium. *American Journal of Ophthalmology* 2003 Feb; 135(2):219-222.

87. **Fraunfelder FW**, Rich LF. Possible adverse effects of drugs used in refractive surgery. *Journal of Cataract and Refractive Surgery* 2003 Jan; 29(1):170-175.

88. **Fraunfelder FW,** Fraunfelder FT, Jensvold B. Adverse systemic effects from pledgets of topical ocular phenylephrine 10%. *American Journal of Ophthalmology* 2002 Oct; 134(4):624-625.

89. **Fraunfelder FW**, Rich LF. Laser-assisted in situ keratomileusis complications in diabetes mellitus. *Cornea* 2002 Apr; 21(3):246-248.

90. Fraunfelder FT, **Fraunfelder FW**, Edwards R. Ocular side effects possibly associated with isotretinoin usage. *American Journal of Ophthalmology* 2001 Sep; 132(3):299-305.

91. **Fraunfelder FW**, Wilson SE. Laser in situ keratomileusis versus photorefractive keratectomy in the correction of myopic astigmatism. *Cornea* 2001 May; 20(4):385-387.

92. **Fraunfelder FW**, Rosenbaum JT. Drug-induced uveitis. *Drug Safety* 1997 Sep; 17(3):197-207.

93. Morrison JC, **Fraunfelder FW**, Milne ST, Moore CG. Limbal microvasculature of the rat eye. *Investigative Ophthalmology and Visual Science* 1995 Mar; 36(3):751-756.

94. **Fraunfelder FW,** Fraunfelder FT, Illingworth DR. Adverse ocular effects associated with niacin therapy. *British Journal of Ophthalmology* 1995; 79(1):54-56.

95. Fraunfelder FT, Samples JR, **Fraunfelder FW**. Possible optic nerve side effects associated

with nonsteroidal anti-inflammatory drugs. *Cutaneous and Ocular Toxicology* 1994; 13(4):311-316.

96. Fraunfelder FT, **Fraunfelder FW,** Jefferson JW. The effects of lithium on the visual system. *Cutaneous and Ocular Toxicology* 1992; 11(2):97-169.

97. Fraunfelder FT, **Fraunfelder FW**. Short-term use of carbonic anhydrase inhibitors and hematologic side effects. *Archives of Ophthalmology* 1992 Apr; 110(4):446-447.

98. Fraunfelder **FW**, Fraunfelder FT, Edwards R. Diplopia and HMG-CoA reductase inhibitors. *Cutaneous and Ocular Toxicology* 1991; 18(4):287-289.

99. Fraunfelder FT, Coster DJ, Drew R, **Fraunfelder FW**. Ocular injury induced by methyl ethyl ketone peroxide. *American Journal of Ophthalmology* 1990 Dec; 110:635-640.

**Peer-Reviewed Journal Articles – In Progress**

1. **Fraunfelder FW**, Raju M, Strohbehn A. Cornea transplant failure associated with smoking. *JAMA Ophthalmology* June 2017 [submitted].

2. Grillo AP, **Fraunfelder FW**. Keratitis in association with herpes zoster and varicella vaccines. *Ocular Immunology and Inflammation* October 2016 [submitted].

**Thesis**

**Fraunfelder FW**. Liquid nitrogen cryotherapy for external eye disease. *Transactions of the American Ophthalmological Society* 2008; 106:301-24.

**Chapters in Books**

1. Grillo AP, **Fraunfelder FW**. Pharmacovigilance and the eye. In: Casey DC, ed. *Evidence-Based Pharmacovigilance: Clinical and Quantitative Aspects*. New York, NY: Springer Protocols [in press].

2. **Fraunfelder FW**. McDaniel LM. Ocular and systemic side effects of drugs. In: Riordan-Eva P, Cunningham ET, Augsburger JJ, eds. *Vaughan & Asbury's General Ophthalmology*. 19th edition. St. Louis: McGraw-Hill [in press].

3. **Fraunfelder FW**. Conjunctival and corneal intraepithelial neoplasia. In: Roy FH, ed. *Master Techniques: Ophthalmic Surgery*. New Delhi: JP Medical Publishers, 2015.

4. **Fraunfelder FW**. Ocular side effects of prescription medications. In: Andrews EB, Moore N, eds. *Mann's Pharmacovigilance*. 3rd edition. Hoboken, N.J.: Wiley & Sons 2012: pp 557-565

(published online 4 Apr 2014, Wiley Online Library).

5. **Fraunfelder FW**. Ocular toxicology. In: Tasman W, Jaeger EA, eds. *Duane's Clinical Ophthalmology*. 2012 edition. Philadelphia: Lippincott Williams & Wilkins, 2012.

6. Fraunfelder FT, **Fraunfelder FW**. Toxic optic neuropathies. In: Levin LA, Albert DM, eds. *Ocular Disease: Mechanisms and Management*. Amsterdam: Elsevier, 2010.

7. **Fraunfelder FW**. Ocular and systemic side effects of drugs. In: Riordan-Eva P, Cunningham E, eds. *Vaughan & Asbury's General Ophthalmology*. 18th edition. New York: McGraw-Hill, 2011.

8. **Fraunfelder FW**, Page MA. 49 Clinical Questions. Question 23 In: Price FW, Price MO, Letko E, eds. *Curbside Consultation in Cornea and External Disease*. Thorofare, N.J.: Slack Inc, 2010.

9. **Fraunfelder FW**. Toxic retinopathies. In: Tasman W, Jaeger EA, eds. *Duane's Clinical Ophthalmology*. Philadelphia: Lippincott Williams & Wilkins, 2009.

10. **Fraunfelder F W**. Toxic retinopathies. In: Tasman W, Jaeger EA, eds. *Duane's Clinical Ophthalmology* 2007 edition, Philadelphia: Lippincott Williams & Wilkins, 2007.

11. **Fraunfelder FW**. Ocular toxicology. In: Rhee DJ, Rapuano CJ, Papaliodis GN, Fraunfelder FW, editorial consultants and contributors. *PDR for Ophthalmic Medicines*. Montvale, N.J.-Medical Economics, 2007.

12. Fraunfelder FT, **Fraunfelder FW.** Toxic optic neuropathies. In: Levin LA, Albert DM. *Ocular Disease: Mechanisms and Management*. Amsterdam: Elsevier, 2008.

13. **Fraunfelder FW**. Ocular toxicology. In: Tasman W, Jaeger EA, eds. *Duane's Clinical Ophthalmology*. Philadelphia: Lippincott Williams & Wilkins, 2007.

14. McGee H, **Fraunfelder FW**. Clinical systemic manifestations of ocular therapy. In: Yorio T, Clark A, Wax MB, eds. *Ocular Therapeutics: Eye on New Discoveries*. Amsterdam: Elsevier, 2006.

15. **Fraunfelder FW**. Ocular and systemic side effects of drugs. In: Riordan-Eva P, Whitcher J, eds. *Vaughan & Asbury's General Ophthalmology*. 17th edition. New York: McGraw-Hill, 2006.

16. **Fraunfelder FW**. Ocular side effects of prescription medications. In: Mann RD, Andres E, eds. *Mann's Pharmacovigilance*. 2nd edition. Hoboken, N.J.: Wiley & Sons, 2005.

17. **Fraunfelder FW**. Ophthalmic principles. In: Goldfrank LR, Flomenbaum NE, Lewin NA, Weisman RS, Howland RS, Hoffman RS, eds. *Goldfrank's Toxicologic Emergencies*. 8th

edition. Stamford, Conn.: Appleton & Lange, 2006.

18. **Fraunfelder FW**. Ocular toxicology. *PDR for Ophthalmic Medicines*. Montvale, N.J.: Medical Economics, 2005.

19. **Fraunfelder FW**. Ocular toxicology. *PDR for Ophthalmic Medicines*. Montvale, N.J.: Medical Economics, 2003.

20. **Fraunfelder FW**. Ocular and systemic side effects of drugs. In: Riordan-Eva P, Whitcher J, eds. *Vaughan & Asbury's General Ophthalmology*. 16th edition. New York: McGraw-Hill, 2002.

21. **Fraunfelder FW**. Ocular adverse drug reactions. In: Mann RD, Andres E, eds. *Mann's Pharmacovigilance*. 2002 edition. Hoboken, N.J.: Wiley & Sons, 2002: pp. 475-482.

22. Smilkstein M, **Fraunfelder FW**. Ophthalmic principles. In: Goldfrank LR, Flomenbaum NE, Lewin NA, Weisman RS, Howland MA, Offman RS, eds. *Goldfrank's Toxicologic Emergencies*. 7th edition. Stamford, Conn.: Appleton & Lange, 2002: pp 411-419.

23. **Fraunfelder FW**, Fraunfelder FT. Ocular toxicology. In: Tasman W, Jaeger EA, eds. *Duane's Clinical Ophthalmology*. 2002 edition. Philadelphia: Lippincott Williams & Wilkins, 2002.

24. **Fraunfelder F W**, Fraunfelder FT, Wood T. Toxic retinopathies. In: Tasman W, Jaeger EA, eds. *Duane's Clinical Ophthalmology*, 2002 edition. Philadelphia: Lippincott Williams & Wilkins, 2002.

25. **Fraunfelder FW**, Rich LF. Epithelial adhesion disorders. In: Holland EJ, Mannis MJ, eds. *Ocular Surface Disease: Diagnosis and Management*. New York: Springer Verlag, 2001: pp 58-64.

26. **Fraunfelder FW**, Fraunfelder FT. Schistosomiasis. In: Fraunfelder FT, Roy H, eds. *Current Ocular Therapy*. 5th edition. Philadelphia: WB Saunders, 1998: pp 134-135.

27. Fraunfelder FT, **Fraunfelder FW**. Ocular toxicology. In: Easty DL, Sparrow JM, eds. *Oxford Textbook of Ophthalmology*, Volume 2 Sections 2.11-3.24. New York: Oxford University Press, 1999: pp767-774.

28. Fraunfelder FT, **Fraunfelder FW**. Side effects of topical ocular medication. In: Easty DL, Sparrow JM, eds. *Oxford Textbook of Ophthalmology*, volume 1 Sections 1-2.10. New York: Oxford University Press, 1999: pp 80-85.

29. Fraunfelder FT, **Fraunfelder FW**. Erythema multiforme major. In: Fraunfelder FT, Roy H, eds. *Current Ocular Therapy*. 5th Edition. Philadelphia: W. B. Saunders, 1998: pp 204-206.

30. **Fraunfelder FW**, Fraunfelder FT. Hypothermal injury. In: Fraunfelder FT, Roy H, eds. *Current Ocular Therapy*. 5th edition. Philadelphia: WB Saunders, 1998: pp. 366-368.

31. **Fraunfelder FW**. Fraunfelder FT. Schistosomiasis. In: Fraunfelder FT, Roy H, eds. *Current Ocular Therapy*. 4th edition. Philadelphia: WB Saunders, 1995: pp 134-135.

32. Fraunfelder FT, **Fraunfelder FW**. Erythema multiforme major. In: Fraunfelder FT, Roy H, eds. *Current Ocular Therapy.* 4th edition. Philadelphia: WB Saunders,1995: pp 204-205.

33. **Fraunfelder FW,** Fraunfelder FT. Hypothermal injury. In: Fraunfelder FT, Roy H, eds. *Current Ocular Therapy*. 4th edition. Philadelphia: WB Saunders, 1995: pp 366-388.

**Recent Abstracts/ Posters**

1. Strohbehn A, Murgesan R, Grillo A, Shanmugam K, **Fraunfelder FW**. The Impact of Smoking on Cornea Graft Failure. Association for Research in Vision and Ophthalmology (ARVO). Baltimore, MD. May 7-11, 2017.

2. **Fraunfelder FW**. What To Do When Your One Subspecialist Leaves. Association of University Professors of Ophthalmology (AUPO). San Diego, CA. January 26-28, 2017.

3. **Fraunfelder FW**, Raju M, Strohbehn A. The Impact of Smoking on Corneal Graft Failure. Association of University Professors of Ophthalmology (AUPO). San Diego, CA. January 26-28, 2017.

4. Mohan RR, Raikawar S, Gupta S, Giuliano EA, Fink M, Anumanthan G, Rieger FG, Sinha PR, **Fraunfelder FW**. A Novel Gene Transfer Approach to Treat Fuchs' Endothelial Corneal Dystrophy. Harry S. Truman Veterans' Medical Hospital National Research Week Symposium. Columbia, MO. May 19-20, 2016.

5. Grillo, AP, **Fraunfelder FW**. Varicella Zoster Vaccine Associated Keratitis. American Academy of Ophthalmology. Las Vegas, Nevada. November 14, 2015.

6. Shashi A, Patel M, **Fraunfelder FW.** Liquid Nitrogen Cryotherapy Treatment of Herpes Simplex Epithelial Keratitis. American Ophthalmological Society. Newport, Rhode Island. May 15–18, 2015.

7. **Fraunfelder FW**. Chalazia Associated with Intravenous Bortezomib for Treatment of Multiple Myeloma. American Ophthalmological Society. Newport, Rhode Island. May 14-17, 2015.

8. Benage M, **Fraunfelder FW**. Vaccine Associated Uveitis. Association for Research in Vision and Ophthalmology (ARVO). May 7, 2015.

9. **Fraunfelder FW**. Drug-Induced Ocular Side Effects of Clinical Importance to Ophthalmologists. 3th Congress of the International Society of Ocular Toxicity (ISOT).

Ishikawa, Japan. October 10, 2014.

10. **Fraunfelder FW**. Vaccine Associated Uveitis. Fraunfelder FW. Drug-Induced Ocular Side Effects of Clinical Importance to Ophthalmologists. 13th Congress of the International Society of Ocular Toxicity (ISOT). Ishikawa, Japan. October 10, 2014.

11. **Fraunfelder FW.** Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology (AAO). Chicago, Illinois. October 19, 2014.

12. **Fraunfelder FW**. Manufacturing Process Tools Applied to Ophthalmology: Quality, Profits, and Pitfalls. American Ophthalmological Society. Charleston, South Carolina. May 17-20, 2012.

13. Page MA, **Fraunfelder FW**. Liquid Nitrogen Cryotherapy is a Safe and Effective Adjunctive Treatment for Primary Pterygium. American Ophthalmological Society (AOS), Dana Point, California. May 2011.

14. Chamberlain WD, **Fraunfelder FW**, Rush S, Mathers WD. Comparison of Femtosecond Laser-Assisted Keratoplasty with Conventional Penetrating Keratoplasty. American Academy of Ophthalmology. Chicago, Illinois. October 2010.

15. **Fraunfelder FW**. Diplopia Associated with Fluoroquinolones. American Academy of Ophthalmology. San Francisco, California. October 2009.

16. **Fraunfelder FW**, Richards AB. Diplopia, Blepharitis, and Ophthalmoplegia Associated with the use of HMG-CoA Reductase Inhibitors. American Academy of Ophthalmology. Atlanta, Georgia. November 2008.

17. Fraunfelder FW, Richards AB. Diplopia, Blepharitis, and Ophthalmoplegia Associated with the Use of HMG-CoA Reductase Inhibitors. International Society of Ocular Toxicology (ISOT). Philadelphia, Pennsylvania. September 2008.

18. Giegengack M, Rich LF, Mathers WD, **Fraunfelder FW**. DSAEK Experience Including Eyes with Altered Anterior Chamber Architecture. Association for Research in Vision and Ophthalmology (ARVO). Fort Lauderdale, Florida. May 2007.

19. Lim LL, **Fraunfelder FW**, Fraunfelder FT, Rosenbaum JT. TNF Inhibitors and Uveitis – Is There a Causal Relationship? American Academy of Ophthalmology. Las Vegas, Nevada, November 2006.

20. Lim LL, **Fraunfelder FW**, Fraunfelder FT, Rosenbaum JT. TNF Inhibitors and Uveitis – Is There a Causal Relationship? Association for Research in Vision and Ophthalmology (ARVO). Fort Lauderdale, Florida. May 2006.

21. **Fraunfelder FW**. B Cells in Ocular Adnexal Lymphoproliferative Lesions Express B Cell

Attracting Chemokine 1. Association for Research in Vision and Ophthalmology (ARVO). Fort Lauderdale, Florida. May 2005.

22. Steele EA, **Fraunfelder FW**. Thick Versus Thin Laser In Situ Keratomileusis Flaps in the Correction of Myopic Astigmatism. Association for Research in Vision and Ophthalmology (ARVO). Fort Lauderdale, Florida. May 2005.

23. Kiuru AK, **Fraunfelder FW**, Edwards IR. Bisphosphonates and Ocular Side Effects. 8th World Congress on Clinical Pharmacology & Therapeutics. Brisbane, Australia (Brisbane Convention & Exhibition Centre). August 2004.

24. **Fraunfelder FW**, Fraunfelder FT. Scleritis and Other Ocular Side Effects Associated with Pamidronate Disodium. International Symposium of Ocular Pharmacology and Therapeutics (ISOPT). Monte Carlo, Monaco, March 2004.

25. Fraunfelder FT, **Fraunfelder FW**. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. Anaheim, California. November 2003.

26. Watkins A, Macaluso DC, **Fraunfelder FW**, Rich LF, Mathers WD. Late Traumatic Flap Dislocation Two Years Following LASIK. American Society of Cataract and Refractive Surgery. San Francisco, California. April 2003.

27. **Fraunfelder FW**, Rich LF. LASIK Complications in Diabetes Mellitus. International Congress of Ophthalmology, Sydney, Australia. June 2002.

28. **Fraunfelder FW**, Mathers WD. Enhanced Culture Detection of Acanthamoeba Organisms. International Congress of Ophthalmology. Sydney, Australia. June 2002.

29. **Fraunfelder FW**. Fraunfelder FT. Ocular Side Effects Associated with Isotretinoin. International Congress of Ophthalmology. Sydney, Australia. June 2002.

30. **Fraunfelder FW**, Fraunfelder FT. Systemic Side Effects Associated with Topical Ocular Phenylephrine 10% in Pledget Form. International Society of Ocular Pharmacology and Pharmaceutics. Seville, Spain. February 2002.

31. **Fraunfelder FW**, Harrison DA. Survey of Treatment of Bacterial and Viral Conjunctivitis. Association of Research in Vision and Ophthalmology (ARVO) Conference. Fort Lauderdale, Florida. 1999.

32. **Fraunfelder FW**, Milne ST, Morrison JC. Anterior Segment Microvasculature of the Rat Eye. Association of Research in Vision and Ophthalmology (ARVO) Conference. Sarasota, Florida. 1992.

**Panelist**

1. Advancing 21st Century Translational Medicine: Opportunities and Challenges. 2nd Annual

National Veterans' Health Administration Research Symposium. May 18, 2016.

**Invited Lectures and Courses**

1. **Frederick W. Fraunfelder**. Combined University of Missouri Ophthalmology Symposium: 50 Years of Excellence. OCT of Surface Eye Tumors. Kansas City, MO. April 22, 2017.

2. **Frederick W. Fraunfelder**. Problem Unique to Small Departments: What To Do When Your One (Iinsert Subspecialist) Leaves. Association of University Professors of Ophthalmology (AUPO). San Diego, CA. January 26-28, 2017.

3. **Frederick W. Fraunfelder**. 26th Annual Caring for the Frail Elderly Conference. Eye Problems in the Elderly. Columbia, MO. August 19-20, 2016.

4. **Frederick W. Fraunfelder**. Global Freezing Alternative Treatments to Surface Eye Disease. Annual Update in Ophthalmology. University of Missouri-Kansas City. June 25, 2016.

5. **Frederick W. Fraunfelder**. OCT of Surface Eye Tumors, Toxicity of Cancer Drugs, and Manufacturing Process Tools Applied to Ophthalmology: Quality, Profits, and Pitfalls. 2016 33rd Annual Wake Forest Eye Center Meeting Guest Lecturer. Wake Forest University. Charlotte, NC. April 8, 2016.

6. **Frederick W. Fraunfelder**. Vaccine-Associated Uveitis. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT). Berlin, Germany. July 2015.

7. **Frederick W. Fraunfelder**. OCT for Surface Eye Tumors. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT). Berlin, Germany. July 2015.

8. **Frederick W. Fraunfelder**. Herpes Zoster Vaccine Associated Keratitis. University of Missouri 22st Annual Resident and Alumni Day. Columbia, Missouri. May 30, 2015.

9. **Frederick W. Fraunfelder**. Eye Problems in the Elderly. Invited speaker. Geriatrics Fellowship Faculty and Fellow. University of Missouri. April 22, 2015.

10. **Frederick W. Fraunfelder**. Ocular Toxicology. Visiting Professor. St. Louis University Eye Institute. February 19, 2015.

11. **Frederick W. Fraunfelder**. Sports Eye Injury. Invited speaker- Missouri Orthopedic Institute. University of Missouri. October 24, 2014.

12. **Frederick W. Fraunfelder**. Intracameral Antibiotics for the Prevention of Post-Cataract Surgery Endophthalmitis. 57th Annual Physicians Alumni Weekend. October 24, 2014.

13. **Frederick W. Fraunfelder**. Global Freezing – Diagnosis and Treatment of Surface Ocular Tumors. 57th Annual Physicians Alumni Weekend. October 24, 2014.

14. **Frederick W. Fraunfelder**. Course: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology (AAO). Chicago, Illinois. October 19, 2014.

15. **Frederick W. Fraunfelder**. Drug-Related Immunotoxicity in Ophthalmology. 13th Congress of the International Society of Ocular Toxicity (ISOT). Ishikawa, Japan. October 10, 2014.

16. **Frederick W. Fraunfelder**. Ocular Oncology. Table Rock Regional Round-Up. Branson, Missouri. September 19, 2014.

17. **Frederick W. Fraunfelder**. Ophthalmology and Health Reform. Yale School of Medicine. New Haven, Connecticut. August 29, 2014.

18. **Frederick W. Fraunfelder**. Drug-Induced Ocular Side Effects of Clinical Importance to Ophthalmologists. University of Missouri 21st Annual Resident and Alumni Day. Columbia, Missouri. May 30, 2014.

19. **Frederick W. Fraunfelder**. Global Freezing: Diagnosis and Treatment of Surface Ocular Tumors. University of Missouri 21st Annual Resident and Alumni Day, Columbia, Missouri. May 30, 2014.

20. **Frederick W Fraunfelder**. Business Practices in Ophthalmology with Health Care Reform and Ocular Surface Tumors. Yale University, Department of Ophthalmology. New Haven, Connecticut. August 30, 2013.

21. **Frederick W Fraunfelder**. Surface Ocular Oncology: Treatment and Imaging Techniques. Resident lecture, Yale University, Department of Ophthalmology. August 29, 2013

22. **Frederick W Fraunfelder**. Business Practices in Ophthalmology with Health Care Reform. Ophthalmology. Mount Sinai Medical Center. New York, New York. August 28, 2013.

23. **Frederick W. Fraunfelder**. Cryotherapy of Surface Eye Disease. 97th Pacific Coast Oto-Ophthalmological Society Meeting. June 21-24 2013.

24. **Frederick W. Fraunfelder**. Novel Treatment for Herpes Simplex Viral Keratitis. Oregon Ophthalmological Alumni Association (OOAA). Portland, Oregon. June 14, 2013.

25. **Frederick W. Fraunfelder**. Diagnosis and Treatment of Surface Eye Tumors. Oregon Ophthalmological Alumni Association Technician meeting, Portland, Oregon. June 14, 2013.

26. **Frederick W. Fraunfelder**. Adverse Ocular Drug Reactions Recently Identified by the National Registry of Drug-Induced Ocular Side Effects. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT). Paris, France. March 2013.

27. **Frederick W. Fraunfelder**. OCT of Surface Eye Tumors. International Symposium on Ocular

Pharmacology and Therapeutics (ISOPT). Paris, France. March 2013.

28. **Frederick W Fraunfelder**. Cryotherapy for Surface Eye Disease: Indications and Surgical Techniques. Yale University Department of Ophthalmology. New Haven, Connecticut. August 31, 2012.

29. **Frederick W Fraunfelder**. Surface Eye Tumors and Ocular Oncology [Resident lecture]. Yale University Department of Ophthalmology. New Haven, Connecticut. August 30, 2012.

30. **Frederick W Fraunfelder**. Manufacturing Production Techniques Applied to Ophthalmology. Mount Sinai Medical Center. New York, New York. August 29, 2012.

31. **Frederick W. Fraunfelder**. Ophthalmology Management and Health Care Reform. University of Florida Department of Ophthalmology, Grand Rounds. Jacksonville, Florida. June 2012.

32. **Frederick W. Fraunfelder**. Toxicology and the Eye. University of Florida Department of Ophthalmology. Jacksonville, Florida. Resident Banquet. June 2012.

33. **Frederick W Fraunfelder**. Cryotherapy for Surface Eye Disease: Indications and Surgical Techniques. Texas Ophthalmological Association. May 18, 2012.

34. **Frederick W Fraunfelder**. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. Texas Ophthalmological Association. May 18, 2012.

35. **Frederick W Fraunfelder**. Cryotherapy for Surface Eye Disease: Indications and Surgical Techniques. American Academy of Ophthalmology, Orlando, Florida. October 2011.

36. **Frederick W Fraunfelder**, Frederick T. Fraunfelder. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology. Orlando, Florida. October 2011.

37. **Frederick W. Fraunfelder**. Ocular Surface Tumors. Columbia University Medical Center, Edward S. Harkness Eye Institute. New York, New York. September 2011.

38. **Frederick W. Fraunfelder**. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology. Chicago, Illinois. October 2010.

39. **Frederick W. Fraunfelder**. Drug-Induced Ocular Side Effects of Clinical Importance in Primary Care. 2010 Family Medicine & Primary Care Group. Portland, Oregon. February 2010.

40. **Frederick W. Fraunfelder**. Pharmacovigilance in Ophthalmology. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT). Rome, Italy. December 2009.

41. **Frederick Fraunfelder**. World Health Organization (WHO) classification system. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT). Rome, Italy.

December 2009.

42. **Frederick W. Fraunfelder**. Side Effects of Drugs on the Macula and the Eye. Macular Degeneration Center Advisory Board Meeting, Casey Eye Institute. Portland, Oregon. December 2009.

43. **Frederick W. Fraunfelder**. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist, American Academy of Ophthalmology. San Francisco, CA. October 2009.

44. **Frederick W. Fraunfelder**. Liquid Nitrogen Cryotherapy of Conjunctival Lymphangiectasia: A Case Series American Ophthalmological Society. Half Moon Bay, California. May 2009.

45. **Frederick W. Fraunfelder**. Ocular Toxicology. Wake Forest University Eye Center, Winston-Salem, North Carolina. January 2009.

46. **Frederick W. Fraunfelder**. Cryotherapy for Surface Eye Disease. Wake Forest University Eye Center, Winston-Salem, North Carolina. January 2009.

47. **Frederick W. Fraunfelder** and Frederick T. Fraunfelder. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology, Atlanta, Georgia. November 2008.

48. **Frederick W. Fraunfelder** and A.B. Richards. Diplopia, Blepharitis, and Ophthalmoplegia Associated with the Use of HMG-CoA Reductase Inhibitors. American Academy of Ophthalmology. Atlanta, Georgia. November 2008.

49. **Frederick W. Fraunfelder**. Resident Lecture Series: Basic and Clinical Science Course, Clinical Optics. Casey Eye Institute, Portland, Oregon. October 2008.

50. **Frederick W. Fraunfelder**. Resident Lecture: Ocular Emergencies and Surface Eye Disorders. Casey Eye Institute. Portland, Oregon. July 2008.

51. **Frederick W. Fraunfelder** and Frederick T. Fraunfelder. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology, New Orleans, Louisiana. November 2007.

52. **Frederick W. Fraunfelder**. Drug-Induced Ocular Side Effects of Clinical Importance. 6th International Symposium on Ocular Pharmacology and Therapeutics. Budapest, Hungary. March 2007.

53. **Frederick W. Fraunfelder** and Frederick T. Fraunfelder. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology. Las Vegas, Nevada. November 13, 2006.

54. **Frederick W. Fraunfelder**. Preservative in Glaucoma Medications. Alcon African American Glaucoma Advisory Meeting. Vancouver, British Columbia. July 8, 2006.

55. **Frederick W. Fraunfelder**. Definitely DSAEK (Descemet Stripping Automated Endothelial Keratoplasty). 31st University of Washington Department of Ophthalmology Annual Resident/Alumni Day. Seattle, Washington. June 17, 2006.

56. **Frederick W. Fraunfelder**. Drug-Induced Ocular Side Effects of Clinical Importance. 6th International Symposium on Ocular Pharmacology and Therapeutics. Berlin, Germany. March 31, 2006.

57. **Frederick W. Fraunfelder**. Common Eye Problems. 37th Annual Family Medicine Review. Portland, Oregon. February 15, 2006.

58. **Frederick W. Fraunfelder** and Frederick T. Fraunfelder. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology. Chicago, Illinois. October 16, 2005.

59. **Frederick W. Fraunfelder**. Drug-Related Adverse Effects. Joint Commission on Allied Health Personnel in Ophthalmology (JCAHPO) Annual Continuing Education (ACE) Program for Ophthalmic Medical Personnel. Chicago, Illinois. October 15, 2005.

60. **Frederick W. Fraunfelder**. Liquid Nitrogen Cryotherapy for Surface Eye Disease. Corneal and External Disease Update. Portland, Oregon. April 9, 2005.

61. **Frederick W. Fraunfelder**. The Red Eye. 36th Annual Family Medicine Review. Portland, Oregon. February 15, 2005.

62. **Frederick W. Fraunfelder**. Drug-Induced Ocular Side Effects of Clinical Importance. Ophthalmology Grand Rounds. Portland, Oregon. February 4, 2005.

63. Frederick T. Fraunfelder and **Frederick W. Fraunfelder**. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology. New Orleans, Louisiana. October 24, 2004.

64. **Frederick W. Fraunfelder**. The Aging Eye. Oregon Academy of Ophthalmology. Portland, Oregon. October 21, 2004.

65. **Frederick W. Fraunfelder**. Ocular Tumors. Current Issues in Ophthalmology for Ophthalmic Personnel. Portland, Oregon. September 17, 2004.

66. **Frederick W. Fraunfelder**. Liquid Nitrogen Cryotherapy for Surface Eye Disease. 59th

Annual Oregon Ophthalmological Alumni Association Meeting. Portland, Oregon. September 14, 2004.

67. D.S. Rajguru and **Frederick W. Fraunfelder**. Cataracts Associated with Quetiapine (Seroquel). 4th International Symposium on Ocular Pharmacology and Therapeutics. Monte Carlo, Monaco. March 13, 2004.

68. **Frederick W. Fraunfelder** and Frederick T. Fraunfelder. Scleritis and Other Ocular Side Effects Associated with Pamidronate Disodium. 5th International Symposium on Ocular Pharmacology and Therapeutics (ISOPT). Monte Carlo, Monaco. March 12, 2004.

69. **Frederick W. Fraunfelder**. Chairperson, Free Paper Session. ISOPT. Monte Carlo, Monaco. March 12, 2004.

70. **Frederick W. Fraunfelder**. The Red Eye: When to Treat and When to Refer. 35th Annual Family Practice Review. Portland, Oregon. February 2, 2004.

71. **Frederick W. Fraunfelder**. Opening Comments and Updates. Refractive Surgery Clinical Case Conference. Portland, Oregon. January 23, 2004.

72. **Frederick W. Fraunfelder** and Frederick T. Fraunfelder. Adverse Ocular Drug Reactions Recently Identified by the National Registry of Drug-Induced Ocular Side Effects. American Academy of Ophthalmology. Anaheim, California. November 16, 2003.

73. **Frederick W. Fraunfelder**. Ocular Toxicity – Common and Uncommon Causes. Ophthalmology Grand Rounds. Portland, Oregon. May 2, 2003.

74. **Frederick W. Fraunfelder**. Opening Comments and Updates. Refractive Surgery Clinical Case Conference. Portland, Oregon. March 28, 2003.

75. **Frederick W. Fraunfelder**. LASIK Complications. Oregon Academy of Ophthalmology – OAO Technicians/Assistants Programs. Portland, Oregon. February 28, 2003.

76. **Frederick W. Fraunfelder**. The Red Eye: When to Treat and When to Refer. 34th Annual Family Medicine Review. Portland, Oregon. February 13, 2003.

77. **Frederick W. Fraunfelder**. Diagnosis and Treatment of Surface Eye Tumors. Ophthalmology Grand Rounds. Portland, Oregon. February 7, 2003.

78. **Frederick W. Fraunfelder**. Macular Function Testing; Glare Testing; Contrast Sensitivity Function. Ophthalmology Grand Rounds. Portland, Oregon, October 25, 2002.

79. Frederick T. Fraunfelder and **Frederick W. Fraunfelder**. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology - AAO/PAAO Joint Meeting. Orlando, Florida. October 23, 2002.

80. **Frederick W. Fraunfelder**. Dry Eye: A Feedback Model. Ophthalmology Grand Rounds. Portland, Oregon. October 4, 2002.

81. **Frederick W. Fraunfelder**. The Human Eye as an Optical System. Ophthalmology Grand Rounds. Portland, Oregon. September 20, 2002.

82. **Frederick W. Fraunfelder**. Surface Eye Tumors. 57th Annual Oregon Ophthalmological Alumni Association Meeting. Portland, Oregon. September 13, 2002.

83. **Frederick W. Fraunfelder**. Current Issues in Drug-Induced Ocular Side Effects/Issues in Ophthalmology in Other Countries. 57th Annual Oregon Ophthalmological Alumni Association Meeting. Portland, Oregon. September 13, 2002.

84. **Frederick W. Fraunfelder**. Assessment and Treatment of Common Eye Conditions in Primary Care. Washington State University, Class – Advanced Assessment of Differential Diagnosis. Vancouver, Washington. May 10, 2002.

85. **Frederick W. Fraunfelder**. Adverse Effects of Topical Ocular 10% Phenylephrine in Pledget Form. 4th International Symposium on Ocular Pharmacology and Pharmaceutics (ISOPP). Seville, Spain. March 2, 2002.

86. **Frederick W. Fraunfelder**. Opening Comments and Updates. LASIK Complications and Diabetes & Adverse Effects of Pledgets of 10% Phenylephrine. Refractive Surgery Clinical Case Conference. Portland, Oregon. February 24, 2002.

87. **Frederick W. Fraunfelder**. Refractive Surgery. 33rd Annual Family Medicine Review. Portland, Oregon. February 11, 2002.

88. **Frederick W. Fraunfelder**. Refractive Surgery and Who Makes a Good Candidate. Central Coast Medical Update. Newport, Oregon. September 29, 2001.

**Clinical Trials/Grants**

1. Mentor/Co-Investigator, Risk factors for corneal graft failure and rejection. (IRB 2006448, 11/08/16 – 11/08/17)

2. Co-Investigator, Riboflavin and Sunlight Exposure For Post-LASIK Corneal Ectasia and Keratoconus (2016, IRB pending)

3. Co-Investigator, LALAK for Opacities (2014, completed)

4. Principal Investigator, Long term cryopreservation of corneal transplant tissues. (2016, Coulter Grant 125,000)

5. Co-Investigator, Multi-center clinical trial of OCT-based IOL power formula (2014,

completed)

6. Co-Investigator, Observational study of corneal power, astigmatism & aberration changes after LASIK. (IRB 00006612, 2015, completed)

7. Co-Investigator, Clinical trial of OCT-guided transepithelial PTK (2013, completed)

8. Co-Investigator, Observational study of KCN and post-keratoplasty eye (2013, completed)

9. Co-Investigator, Randomized clinical trial of OCT guided lamellar keratoplasty in adults (2013, completed)

10. Co-Investigator, Randomized clinical trial comparing the measurement of uveitis response comparing OCT grading to slit lamp grading (2012, completed)

11. Principal Investigator, Ophtec artificial iris lens (unfunded, 2011, completed)

12. Principal Investigator for IRB and Co-investigator for NIH. Guiding the treatment of anterior eye diseases with optical coherence tomography (IRB 00006612, NIH/NEI R01 EY018184 $751,926, 9/1/2011-8/31/2016)

13. Principal Investigator, Recovery times for corneal sensitivity and visual acuity after LASIK/PRK. (Sponsored by Senju pharmaceutical Co., Ltd., 2012, completed)

14. Co-Principal Investigator, INTACS (unfunded, 2010, completed)

15. Principal Investigator, Corneal crosslinking with Avedro Laser (Phase III trial, 2014, completed)

**Past Clinical Trials**

1. Principal Investigator, Endothelial survival with femtosecond laser creation of deep lamellar endothelial keratoplasty (DLEK) corneal buttons. Sponsored by Medical Research Foundation of Oregon. (IRB 00001050, 2014)

2. Principal Investigator, Outcomes following excision and cryotherapy for conjunctival primary acquired melanosis. Sponsored by Research to Prevent Blindness. (IRB 00002808, 2014)

3. Principal Investigator, Liquid nitrogen cryotherapy of surface eye disease (unfunded). (IRB 00004678, 2015)

**State Society Meetings, Alumni Days and Keynote Addresses**

1. Missouri Society of Eye Physicians and Surgeons (MOSEPS). Ocular Oncology. September

2014.

2. Oregon Ophthalmology Alumni Association. Surface Eye Tumors. June 2012.

3. Utah Ophthalmology Society Annual Meeting. February 2011.

4. Texas Ophthalmological Association. Keynote lectures on Ocular Toxicology and Surface Eye Tumors. May 18, 2012.

5. Orphans Oversees Keynote Lecture. Portland Oregon. February 2010.

6. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. Orange County Ophthalmology Society. February 2008.

7. Global Freezing: Alternative Treatments of External Eye Disease with Liquid Nitrogen Cryotherapy. Oregon Ophthalmology Alumni Association. May 2008.

8. DSAEK and the History of Corneal Transplantation. Oregon Ophthalmology Alumni Association. May 2007.

9. DSAEK (Descemet Stripping Automated Endothelial Keratoplasty). 31st University of Washington Department of Ophthalmology Annual Resident/Alumni Day. Seattle, Washington. June 17, 2006.

**Non-Peer Reviewed Articles**

1. Ten pearls for success in ophthalmology fund raising. *Ophthalmology Times*, By **Frederick W. Fraunfelder**, 2016.

2. New research findings prompted updated recommendations: Revised recommendations guide screening for chloroquine, hydroxychloroquine retinopathy. *EyeWorld*, By Vanessa Caceres, Contributing Writer, Interview of **Frederick W. Fraunfelder**, 2016.

3. Confessions of a New Chairman on Recruiting. *Review of Ophthalmology*, By **Frederick W. Fraunfelder**, 2016.

4. Systemic drugs that can affect the retina: a common treatment for rheumatological disease leads the way. *Ophthalmology Management*, By Vanessa Caceres, Contributing Editor, Interview of **Frederick W. Fraunfelder**, 2015.

5. Clinical Update: Medication-Related Visual Hallucinations: What You Need to Know. *Eye Net Magazine*, By Mary Wade, Contributing Writer, Interview of **Frederick W. Fraunfelder**, Jerry Jacobson and Bokkwan Jun, 2015.

6. **Fraunfelder FW**. Varicella zoster vaccine keratitis. *WHO Signal* April 2015.

7. Ocular adverse drug reactions from systemic medications: a review. *Ophthalmology International*. By **Frederick W. Fraunfelder**, 2013.

8. Clinical Update: Watch for Ocular Effects of Breast Cancer Drugs. *Eye Net Magazine*, By Barbara Boughton, Contributing Writer, Interview of K.V. Chalam, Alvin Eisner, and **Frederick W. Fraunfelder**, 2013.

9. Some Supplements Can Damage Eyes**.** *International News Network*, Interview of **Frederick W. Fraunfelder**, 2013.

10. Liquid nitrogen cryotherapy for primary pterygia may prevent recurrence. *Ocular Surgery News U.S. Edition*, Thomas John, MD, OSN Surgical Maneuvers Editor, By **Frederick W. Fraunfelder**, 2012.

11. Superior limbic keratoconjunctivitis can be treated with liquid nitrogen cryotherapy. *Ocular Surgery News U.S. Edition*, Thomas John, MD, OSN Surgical Maneuvers Editor, By **Frederick W. Fraunfelder**, 2012.

12. Game Plan for a Winning Practice: Ten strategies to improve efficiency, simplify workflow, cut costs and eliminate waste - without compromising care. *Ophthalmology Management*, By **Frederick W. Fraunfelder**, 2012.

13. Make Yours a "LEAN" Practice: Yes, you can apply manufacturing efficiencies to medicine without compromising quality. Here's how. *Ophthalmology Management*, By **Frederick W. Fraunfelder**, 2011.

14. Systemic Drugs with Ocular Side Effects: Elderly patients are often taking medications for osteoporosis, erectile dysfunction and prostate conditions that are known to have ocular side effects. *Review of Ophthalmology*, By Michelle Stephenson, Contributing Editor, Interview of **Frederick W. Fraunfelder**, 2011.

15. Surgical Maneuvers: Liquid nitrogen cryotherapy an effective surgical alternative for treating conjunctivochalasis: In this technique, redundant conjunctiva is tacked down to the underlying globe via a cryogenic burn. *Ocular Surgery News U.S. Edition*, Thomas John, MD, OSN Surgical Maneuvers Editor, By **Frederick W. Fraunfelder**, 2011.

16. Keep Alert for These Drug-Related Adverse Effects: Here's a guide to the most common ones affecting ophthalmology patients. *Ophthalmology Management*, By **Frederick W. Fraunfelder**, 2011.

17. Clinical Update: External Disease: Liquid Nitrogen for Ocular Surface Disease. *Eye Net Magazine*, By Marianne Doran, Contributing Writer, Interview of **Frederick W. Fraunfelder** and Matthew Giegengack, 2011.

18. Comprehensive: Do Ask, Do Tell: Herbs and Your Patients. *Eye Net Magazine*, By Jean Shaw, Senior Editor, Interview of **Frederick W. Fraunfelder**, 2011.

19. Rx Side Effects: New Plaquenil Guidelines and More. *Eye Net Magazine.* By Miriam Karmel, Contributing Writer, Interview of **Frederick W. Fraunfelder**, 2011.

20. Ocular Anesthesia: Using Lidocaine Gel. *EyeWorld*. By Maxine Lipner, Senior EyeWorld Contributing Editor, Interview of **Frederick W. Fraunfelder**, 2010.

21. Watch Out: Refractive Surgery and Drug Side Effects. *Eye Net Magazine.* By Lori Baker Schena, Contributing Writer, Interview of **Frederick W. Fraunfelder**, 2010.

22. News in Review: A Look at Today's Ideas and Trends: Statins Linked to Diplopia, Ptosis, Ophthalmoplegia. *Eye Net Magazine*, By Lori Baker Schena, Interview of **Frederick W. Fraunfelder**, 2009.

23. News in Review: A Look at Today's Ideas and Trends: CSC May Be Associated with Viagra. *Eye Net Magazine*, By Leslie Burling-Phillips, Interview of **Frederick W. Fraunfelder**, 2008.

24. Ophthalmic Pearls: Diagnosing and Treating Neurotrophic Keratopathy. *Eye Net Magazine.* By Jill R. Wells, MD, and Marc A. Michelson, MD, Edited by Ingrid U. Scott, MD, MPH, Sharon Fekrat, MD, and **Frederick W. Fraunfelder**, 2008.

25. Morning Rounds: Sudden, Painful Vision Loss in a Young, Healthy Woman. *Eye Net Magazine.* By Kenneth C. Mathys, MD, Edited by Thomas A. Oetting, MD, Interview of **Frederick W. Fraunfelder**, 2007.

26. Clinical Update: Comprehensive: When Non-ophthalmic Drugs Cause Ocular Toxicity. *Eye Net Magazine.* By Jean Shaw, Contributing writer, Interview of **Frederick W. Fraunfelder**, MD, 2006.

27. Going Beyond an Approved Use: When Off-Label is on Target. *Eye Net Magazine*. By Miriam Karmel, Contributing writer, Interview of **Frederick W. Fraunfelder**, 2006.

28. News in Review: Patient Care: One Thing Leads to Another. *Eye Net Magazine*. News compiled by Linda Roach, Interview of **Frederick W. Fraunfelder**, 2004.

**Medical Student and Resident Lectures**

1. "Ophthalmology Eye Trauma," Mizzou Pre-Med Society, October 23, 2016.

2. "Vision and Optic Reflexes," Problem-Based Learning (PBL), 1st Year Medical Students, February 2, 2016.

3. "Laterality of Pterygia, Melanoma and CIN," Resident Research Day, May 4, 2012.

4. "OCT of Ocular Squamous Neoplasia," Resident Research Day, May 4, 2012.

5. "Cornea," Resident Lecture, Ocular Oncology, November 11, 2011.

6. "Cornea," Resident Lecture, Ocular Oncology, October 16, 2009.

7. "Optics," Resident Lecture, October 24, 2008.

8. "Cornea," Resident Orientation, July 3, 2008.

9. "Optics," Resident Lecture, August 11, 2006.

10. "Congenital Anomalies of the Cornea," Resident Lecture, September 23, 2005.

11. "Cornea Conference," Resident Orientation, July 26, 2005.

12. "Cornea," Resident Orientation, July 12, 2005.

13. "Corneal Diseases, Especially Dry Eye," Continuity Curriculum Clinics, June 1, 2005.

14. "The human eye as an optical system, schematic eye, visual acuity," "Entopic phenomenon," "Automated refraction, macular testing, glare testing," "Aberrations, irregular astigmatism, wavefront analysis," Resident Course: "Optics and Refraction and Contact Lenses," August 13, 2004.

15. "OKAP Review/Cornea and Optics," Resident Lecture, April 14, 2004.

16. "Introduction to Surgery of the Ocular Surface," Resident Lecture, October 31, 2003.

17. "Corneal Dystrophies and Metabolic Disorders Involving the Conjunctiva, Cornea and Sclera," Resident Lecture, October 24, 2003.

18. "Current Ocular Therapy," Resident Lecture, August 29, 2003.

19. "Refractive Surgery," Resident Lecture, May 23, 2003.

20. "LASIK," Ophthalmology Medical Student Lectures, November 10, 2002.

21. "External, Anterior and Slit-lamp Exam," Resident Orientation, July 8, 2002.

22. Quarterly Resident Lectures, Cornea Case Conference, year round.

**Radio, Video, Press Releases, Newspaper and Other Periodicals Interviews**

1. 5 Must-ask Questions Before You Get LASIK, University of Missouri Health Care press

release, February 2017.
http://healthsystem.missouri.edu/magazine/2017/02/22/5-must-ask-questions-get-lasik/

2. Don't Make It a Sight for Sore Eyes: MU Physician Offers Tips to Safely View Solar Eclipse, University of Missouri Health care press release, 2017 [in process].

3. MU researchers extend donated cornea use with new storage system, *Columbia Missourian*, November 2016.
http://www.columbiamissourian.com/news/higher_education/mu-researchers-extend-donated-cornea-use-with-new-storage-system/article_29ce19b8-9d33-11e6-9ff5-aff79ecfc8c8.html

4. Attorney general files suit against Columbia costume store, KMIZ-17, October 2016.
http://www.abc17news.com/news/attorney-general-files-suit-against-columbia-costume-store/133111373

5. Driving in Older Adults, University of Missouri Trauma Center, October 2016.

6. An Eye for Comfort, *Inside Columbia Magazine*, June 2016.
http://www.insidecolumbia.net/2016/06/23/cutting-edge/

7. Watch for Keratitis When Administering Varicella Vaccine, Interview by Pharmacy Times staff, *Pharmacy Times*, Posted March 2, 2016.
http://www.pharmacytimes.com/news/watch-for-keratitis-when-administering-varicella-vaccine

8. New Treatment Could Offer Longer-Lasting Relief for Dry Eyes, Interview by Caroline Dohack, *Columbia Daily Tribune*, March 6, 2016.
http://www.columbiatribune.com/arts_life/pulse/new-treatment-could-offer-longer-lasting-relief-for-dry-eyes/article_3446d4b4-c461-5c41-9d5b-99f9abfbe762.html

9. Personalized Drops Offer a New Solution for Dry Eyes, University of Missouri Health Care press release, Posted February 23, 2016.
http://www.muhealth.org/news/releases/personalized-drops-offer-a-new-solution-for-dry-eyes/

10. Ocular Herpes Can Rarely Occur After Varicella Vaccine (Q&A interview), MedicalResearch.com, Posted January 30, 2016.
http://medicalresearch.com/ophthalmology/ocular-herpes-can-rarely-occur-after-varicella-vaccine/21149/

11. Chickenpox, Shingles Vaccine May Cause Corneal Inflammation in Some Patients, University of Missouri Health Care press release, Posted January 20, 2016 (subsequently featured in more than 68 national and internal media).
http://medicine.missouri.edu/news/20160120-vaccine-may-cause-corneal-inflammation.php

12. New Era for Eye Care at Mizzou, University of Missouri Health Care press release, March 2015.
http://healthsystem.missouri.edu/magazine/2015/03/16/new-era-for-eye-care-at-mizzou/

13. Putting In Eye Drops, ICare Village, 2009-present.
http://www.icarevillage.com/health-vision-video-fraunfelder-eyedrops.aspx

14. The Aging Eye, FM News KXL 101, April 2012.
http://www.youtube.com/watch?v=ZQkw5gT7ZeQ

15. Descemet Stripping Endothelial Keratoplasty, Web MD, 2006-present.
http://www.webmd.com/eye-health/video/dsaek-corneal-transplant-surgery

16. LASIK, AAO Channel, 2006-present.
http://www.youtube.com/watch?v=txZN1mIwURU

17. Acne drug (isotretinoin) tied to a doubled risk of eye problems, Fox News, April 2012.
http://www.foxnews.com/health/2012/04/19/acne-drug-tied-to-doubled-risk-eye-problems/

# Documents Considered by Expert

## Articles or Other Literature

Alder JB, Fraunfelder FT: Levonorgestrel Implants and lntracranial Hypertension, *NEJM* 332: 1720-1721, 1995.

Alvarez-Requejo A, Carvajal A, Begaud B, Moride Y, Vega T, Martin Arias LH: Under-reporting of adverse drug reactions: Estimate based on a spontaneous reporting scheme and a sentinel system, *Eur J Clin Pharmacol* 54:483-488.

American College of Gynecology, ACOG Technical Bulletin Hormonal Contraception, *International Journal of Gynecology & Obstetrics*, 48, 115-126 (1995).

Andrews LE, Liu GT, Ko MW: Idiopathic Intracranial Hypertension and Obesity, *Honn. Res. Paediatr.* 81 :217-225, 2014.

Bate A, Lindquist M, Edwards IR, et al.: A Bayesian neural network method for adverse drug reaction signal generation, *Eur J Clin Pharmacol* 54:315-321, 1998.

Begaud B, Moridei Y, Tubert-Bitter P, Chaslerie A, & Haramburu F: False-positives in spontaneous reporting: should we worry about them?, *Br J Clin Pharmac* 38: 401-404, 1994.

Buhling KJ, Zite NB, Lotke P, Black D: Worldwide use of intrauterine contraception: a review, *Contraception* 83(3):162-173 (2014).

Classen D, Pestotnik S, Evans RS, et al.: Computerized surveillance of adverse drug reactions in hospital practice. *JAMA* 266: 2847-51, 1991.

Corbett JJ, "Medication Associated Intracranial Hypertension", NANOS Annual Meeting #32, North American Neuro-Ophthalmology Society, February 27, 2006, JW Marriott Starr Pass Resort, Tucson, AZ, Conference Presentation.

Damkier HH, Brown PD, Praetorius J. Cerebrospinal fluid secretion by the choroid plexus. Physiol Rev. 2013;93(4):1847-92.

Digre KB, Nakamoto BK, Warner JE, Langeberg WJ, Baggaley SK, Katz BJ. A comparison of idiopathic intracranial hypertension with and without papilledema. *Headache* 49(2):185-93, 2009.

Durcan FJ, Corbett JJ, Wall M: The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana, *Arch Neurol* 45:875-7, 1988.

Etminan M, Luo H, Gustafson P: Risk of intracranial hypertension with intrauterine levonorgestrel, *Ther Adv Drug Saf* 6:110-113, 2015.

Etminan M: Revised disproportionality analysis of Mirena and benign intracranial hypertension, letter to the editor, *Ther Adv Drug Saf* 8(9):299-300, 2017.

Etminan M: Risk of intracranial hypertension with intrauterine levonorgestrel: reply, *Ther Adv Drug Saf* 7(1):25-26, 2016.

Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, Newman NJ, Biousse V. Risk factors for idiopathic intracranial hypertension in men: a case-control study. J Neurol Sci. 2010 March 15; 290(1-2): 86.

Fraunfelder, Frederick T., Fraunfelder F. W., Chambers W.A., and Jensvold-Vetsch B. *Drug-induced Ocular Side Effects*. 7th ed. London: Elsevier Saunders, 2015.

Friedman D: Risk of intracranial hypertension with intrauterine levonorgestrel, letter to the editor, *Ther Adv Drug Saf* 7(1):23-24, 2016.

Friedman DI, Gordon LK, Doxycycline and intracranial hypertension, *Neurology*, 2004, 62: 2297-2299.

Friedman DI, Idiopathic Intracranial Hypertension, 11 *Curr Pain Headache Rep* 62-68 (2007).

Friedman DI, Medication-Induced Intracranial Hypertension in Dermatology, *Am. J. Clin. Dermatol.*, 2005, 6: 30-37.

Goldman SA: Limitations and Strengths of Spontaneous Reports Data, *Clin Therapeutics* 20:C4 l-C44, 1998.

Hanley JA, Lippman-Hand A: If nothing foes wrong, is everything all right? Interpreting zero numerators, *JAMA* 249: 1743-1745, 1983.

Hazell L and Shakir AW: Under-Reporting of Adverse Drug Reactions: A Systematic Review, *Drug Safety* 29:385-396, 2006.

Hennessy S: Postmarketing Drug Surveillance: An Epidemiological Approach, *Clin Therapeutics* 20:C32-39, 1998.

Martinez H, Arana M, Braccia Gancedo ML, De Virgiliis M, Maggiora PZ: Atypical Pseudotumour Cerebri, *Neuro-ophthalmology* 34:255-256, 2010.

Morrow DJ: Maker of Norplant Offers a Settlement In Suit Over Effects, NYT, Aug. 27, 1999.
Mowl AD, Grogg JA, Klein J. Secondary pseudotumour cerebri in a patient undergoing sexual reassignment therapy. *Clin Exp Optom* 2009; 92: 5: 449–453.

Park S, Cheng CP, Lim LT, Gerber D. Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient. *Seminars in Ophthalmology*, 2014; 29(3): 156–158.

Muhn P, et al. Drospirenone: a novel progestogen with antimineralocorticoid and antiandrogenic activity. Ann NY Acad Sci 1995; 761:311-335.

Khan MU, Khalid H, Salpietro V, Weber KT. Idiopathic Intracranial Hypertension Associated With Either Primary or Secondary Aldosteronism. *Am J Med Sci.* 2013;346(3):194-198.

Rai R, Kirk B, Sanders J, Valenzuela R, Sundar S, Warner J, Digre KB, Ambati B, Crum AV, Katz BJ: The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension, *Invest. Ophthalmol. Vis. Sci.* 56:2228, 2015.

Ros Forteza FJ, Pereira Marques I, Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device, letter to the editor, *Neurología.* 2017 Feb 16. pii: S0213-4853(17)30006-3. doi: 10.1016/j.nrl.2016.11.012.

Roytman M, Frumkin A, Bohn TG: Pseudotumor cerebri caused by isotretinoin, *Cutis* 42:399-400 I 1988.

Sarkar S, Das K, Pseudotumor cerebri in a child treated with acitretin: A rare occurrence, *Indian Journal of Pharmacology*, 2013, 45(1) 89-90.

Gupta AK, Gupta K, Modi M, Gupta A. Pediatric Idiopathic Intracranial Hypertension: A not so Rare and Benign Condition. *Clin Rhinology An Int J* 2014;7(1):5-9.

Romeo AC, et al., Headache and Diplopia after Rapid Maxillary Expansion: A Clue to Underdiagnosed Pseudotumor Cerebri Syndrome? *J Pediatr Neurol* 2015;13:31-34.

Stahl M, Edwards R, Bowring G, Kiuru A, Lindquist M: Assessing the impact of drug safety signals from the WHO database presented in 'SIGNAL': results from a questionnaire of national pharmacovigilance centers, *Drug Saf* 26:721-727, 2003.

Sunku AJ, O'Duffy AE, Swanson, JW: Benign lntracranial Hypertension Associated with Levonorgestrel Implants, *Ann Neurol* 34:299 (abstract), 1993.

Tang RA, Pardo G, et al., Pseudotumor Cerebri associated with the Norplant contraceptive device, *Invest. Ophthalmol. Vis. Sci.* 36:S677-S677, 1995.

Valenzuela RM, Rai R, Kirk BH, Sanders JN, Sundar S, Hamann S, Warner JEA, Digre KB, Crum AV, Jones KP, Katz BJ: An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device, *Neuro-Ophthalmology*, http://dx.doi.org/10.1080/01658107.2017.1304425, 2017.

van Puijenbroek EP, Bate A, Leufkens HGM, Lindquist M, Orre R, Egberts ACG: A comparison of measures of disproportionality for signal detection in spontaneous reporting systems for adverse drug reactions *Pharmacoepidem & Drug Saf,* 11:3-10, 2002.

Weber ME, Rofsky HE, Deitch MW: Levonorgestrel Implants and Intracranial Hypertension (Reply), *NEJM* 332:1721, 1995.

World Health Organization, Pharmacovigilance: ensuring the safe use of medicines, *WHO Policy Perspectives on Medicines*, October 2004.

Wysowski DK, Green L: Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System, *Obstet & Gynecol* 85:538-542, 1995.

## Other Documents or Items

1. 1993 Norplant Label
2. Deposition of Dr. Juliane Schoendorf, November 13-14, 2015
3. Deposition of Dr. Juliane Schoendorf, November 28, 2017
4. Deposition of Dr. Juliane Schoendorf, November 29, 2017
5. FDA Clinical review of NDA 21-225, Levonorgestrel-releasing intrauterine system (LNG-IUS), Trade Name Mirena, September 16, 2009 by Gerald Willett, M.D. at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/DevelopmentResources/UCM245685.pdf
6. Jadelle Prescribing Information
7. MedWatch Form for Case 10659616
8. MIR_BSR_00007374-78
9. MIR_BSR_00319877
10. MIR_BSR_00334707-08
11. MIR_BSR-R_00036785-89
12. MIR_IIH_EU00606946
13. MIR_JSEU_00571180-MIR_JSEU_00571184
14. MIR_JSEU_01286609
15. MIR_KCOPLEY_JSEU_00000022
16. MIR_KCOPLEY_JSEU_00000046
17. MIR_PKEU_00699321-00699335
18. Mirena Labeling (Drugs@FDA)
19. Mirena Prescribing Information
20. WHO-UMC (VigiBase)/National Registry of Drug Induced Ocular Side Effects

# Rick Fraunfelder, MD
# Fees for medicolegal services*
# Mason Eye Institute
# 1 Hospital Drive
# Columbia, MO 65212

## Trials and Testimony

| | |
|---|---|
| Time out of office to attend trial | $5,000/day |
| Travel time to and from trial | $3000/day |
| Travel expenses (additional, including first class flight) | per case |
| Consultation interview with attorney | $700/hour |
| Depositions, hearings, testimony | $1,000/hour |

## Other Legal Consultation

***Please Note: A $3,000 retainer is required in advance before reviewing records**

| | |
|---|---|
| Chart Review | $700/hour |
| Dictated reports, summaries | $75 per page |
| Photocopies of charts ($20 minimum) | $1.00/page |
| Color copies | $5.00/page |
| Photographic reprints | $40/each |
| Videotape preparation | $700/hour |

**Please note: If scheduled trial attendance is changed with less than 14 days notice, a $1,500 charge will apply per change.**