# Exhibit 7

# EXPERT REPORT OF
# LEMUEL A. MOYÉ, M.D., Ph.D.

December 28, 2017

## Background

1. **Introduction:** My name is Lem Moyé. I am over twenty-one years of age, am of sound mind, am not a party to this action, have never been convicted of a felony, and am otherwise competent to make this affidavit.

2. **Degrees**: I have both an M.D. and a Ph.D. degree in Community Sciences - Biostatistics. My formal training has included many courses in mathematical statistics, epidemiology, and biostatistics. My CV is attached as Appendix A.

3. **Department**: I am a tenured, full professor of biostatistics at the University of Texas School of Public Health in Houston, Texas, where I hold a full-time faculty position in the Department of Biostatistics and Data Sciences.

4. **Experience Practicing Medicine**: I have been a licensed physician in Texas continuously since 1984, and am a diplomat of the National Board of Medical Examiners. I practiced general medicine until 1992, and have never been disciplined or reprimanded by the State Board of Medical Examiners, nor have I ever had my license to practice medicine suspended or revoked. Most recently I worked as physician first responder in Houston, Texas in reaction to Hurricane Katrina. I have practiced good public health both as a treating physician and as a researcher.

5. **Current Position**: I am a senior investigator of The Coordinating Center for Clinical Trials, a center within the University of Texas School of Public Health. This research center designs, executes and analyzes clinical trials in hypertension, pediatric eye disease, ischemic heart disease, heart failure, and cell therapy science.

6. **Research Experience**: I have carried out cardiovascular research for thirty years and continue to be involved in the design, execution and analysis of clinical trials. I have been Principal Investigator on a grant from Schering-Plough and have been Co-Principal Investigator on two grants from Bristol Myers-Squibb. In these studies, I was responsible for the design, execution, and analysis of these experiments. In one case, the experiment involved over 2000 patients who were followed for 3.5 years, and in the other case, 4159 patients were followed for five years. In each of these enterprises, an important component of my responsibility was the reporting of adverse events from physicians. In one of these trials, I supervised the collection of adverse events that were reported to both the Sponsor and to the Federal Food and Drug Administration (F.D.A.). Each of these clinical trials has resulted in several articles that were published in the *Journal of the Medical Association* and *The New England Journal of Medicine*, as well as other journals in the peer reviewed medical literature. I have also served as the Coordinating Center Principal Investigator and was in charge of the biostatistics group carrying out research with neurologists on the treatment of strokes, funded by the National Institute of Neurological Disorders and Strokes.

7. **Current Activities:** I am currently the Coordinating Center Principal Investigator for the NHBLI funded Cardiovascular Cell Therapy Research Network (CCTRN). This National Heart, Lung, and Blood Institute funded Network designs, executes, and analyses clinical trials to assess the role of cell therapy in heart failure, acute ischemia, and peripheral vascular disease. This particular research effort has generated over twenty manuscripts in the peer reviewed literature including three in the *Journal of the American Medical Association (JAMA)* in 2011-2012 and one most recently in *Circulation*, the journal of the American Heart Association. CCTRN is funded through 2019. I also teach every year, and advise M.P.H., M.S., and Ph.D. graduate students.

8. **Manuscripts:** I have published over two hundred manuscripts in the peer-reviewed literature that reflect my experience in the design, execution and analysis of clinical research. Included among these manuscripts are papers that provide the mathematical development of tools that improve both the design and the execution of both small and large-scale clinical trials. Specifically, I have been an Investigator on four grants from the National Institutes of Health, involving the design, execution, and analysis of clinical trials and epidemiologic studies. Each of these has led to publications in the peer-reviewed literature. I have presented at the International Joint Statistical Meetings.

9. **Books**: I am the sole author of the book *Statistical Reasoning in Medicine—The Intuitive P value Primer*, published by Springer-Verlag in 2000. The second edition of this book appeared in 2006. My second book, entitled *Difference Equations with Public Health Applications*, co-authored with a colleague, was published by Marcel Dekker in October 2000. A third book, of which I am sole author, entitled *Multiple Analysis in Clinical Trials: Fundamentals for Investigators*, was published by Springer-Verlag and appeared in 2003. My fourth book, *Finding Your Way in Science,* was published in August 2008. A fifth book entitled *Mathematical Statistics with Applications* appeared in the winter of 2005, and a book entitled, *Statistical Monitoring in Clinical Research* appeared in the summer of 2005. In addition, I authored a text entitled *Elementary Bayes Analyses: Fundamentals for Investigators*, which appeared in the summer of 2007. I also wrote *Caring for Katrina Survivors: A First Responder's Tribute* (Open Hand Press). This book has won five awards including the 2007 Ben Franklin Award for Best Multicultural Book of the Year. I have also published one novel.

10. **Presentations: Teaching**: I have consistently taught courses in biostatistics since my full-time appointment as a faculty member in 1987 at the University of Texas Health School of Public Health in Houston. In these courses, I have taught experimental design in clinical research studies, the statistical methodology that supports these design principles, the statistical analysis of clinical research programs, and the role of epidemiology in interpreting the conclusions from observational as well as clinical research programs.

11. For thirty years, I have been a supervisory faculty member for students training in epidemiology, biostatistics, and other areas of public health. I teach the assessment of risk-benefit to physicians in both my classes and in numerous guest lectures.

12. **Invited Lectures**: I have given over ninety invited guest lectures on research methodology and science ethics topics.

13. **Consultations:** I have served as a clinical trial consultant to Berlex, Proctor and Gamble, Marion Merrill Dow, Pfizer, Hoerst Roussel, Aventis, Key Pharmaceuticals, Coromed, DuPont, Bristol-Myers Squibb, Novartis, Medtronics, Astra-Zeneca, CryoCor, Power3 Medical, Vasogen, AB Sciences, and Caladrius.

14. **Grants:** I have reviewed grants and/or data on over fifty different occasions on behalf of government research programs. I presented at the 9th Annual FDA/AdvaMed Medical Devices and Diagnostics Statistical Issues Conference in 2016.

15. **Monitoring Boards:** I have served on three Data, Safety, and Monitoring Boards that oversee the conduct of clinical trials, and have served as chairman of a Data, Safety, and Monitoring Committee of a study sponsored by Bristol-Myers Squibb and Key Pharmaceuticals.

16. **FDA Experience:** I have appeared before the Food and Drug Administration (FDA) on behalf of sponsors on several occasions. In addition to serving as a consultant with the pharmaceutical industry for thirty years, I have also directly and overtly supported the FDA. I have served as a statistician/epidemiologist for four years on the Cardiovascular and Renal Drug Advisory Committee to the Food and Drug Administration. I served as a statistical consultant to the FDA and served a two-year term on the FDA Pharmacy Sciences Advisory Committee from 2000- 2002. My current research activity requires me to communicate with the FDA.

17. **Cardio-Renal Advisory Committee Experience**: I served as biostatistician and epidemiologist on the FDA Cardio-Renal Advisory Committee in 1996-2000. During the thrice-yearly meetings of this committee, I, along with the other committee members, have been asked to weigh the advantages and disadvantages of the medications presented to us for approval. This assessment was a collective appraisal by physicians and health care researchers of the relative clinical benefits and weaknesses of the intervention. In this capacity, I have reviewed the data provided by pharmaceutical companies and an analysis of that data by the FDA to render opinions about the safety and effectiveness of these medical interventions being considered for FDA approval. I have formally reviewed over twenty clinical trial programs of private sponsors and commented in public testimony that is part of the Federal Register in service to this committee. In some instances, a component of this review was direct evaluation, criticism and comment on the proposed product label by the Sponsor. My service on the FDA Advisory Committees, as well as my service to drug manufacturers, has given me specialized knowledge and experience concerning the FDA policies, procedures and regulations as well as the corresponding duties of a

reasonable and prudent drug manufacturer. In my service on behalf of sponsors to the FDA, and my service to the FDA at Advisory Committee meetings, I have developed expertise, knowledge, education, training and experience in FDA matters.

18. **Recent Publications:** I have published manuscripts as the sole author in each of the *Controlled Clinical Trials*, and *Statistics in Medicine*. This work has promulgated the mathematical basis for and methodology of clinical research interpretation. Specifically, these assessments must be disciplined, explicitly holding the highest regard for community protection from dangerous, false, and misleading results from clinical research. I have been featured in health care articles in both *Money* magazine (December 1998) and *US News and World Report* (January 11, 1999). In 2000, an article, on which I am the sole author, appeared in *Statistics in Medicine*, and it has generated important published commentary in the peer-reviewed literature. A manuscript entitled *Combining Censored and Uncensored Data in a U-Statistic: Design and Sample Size Implications for Cell Therapy Research* on which I am first author has appeared in the *International Journal of Biostatistics* [1]. I have three manuscripts that have appeared in the *Journal of the Medical Association* in 2011; 1 in 2011 [2] and two in 2012 [3, 4]. I have published a sole authored manuscript in *Contemporary Clinical Trials* in 2015 on the controversial topic of exploratory analyses, and in 2016 published a sole authored manuscript in *Circulation Research* serving as a guide to fellow researchers on the basic use of statistics in cardiovascular research.

19. **Risk Benefit Experience**: I have taken part in research studies that have been both observational and experimental. In each of these studies, functioning as an investigator, I have participated in discussions assessing the safety and effectiveness of the medications at issue. This assessment has not been based on complicated economic arguments, but instead places emphasis on balancing the health advantages the therapy offers against the disadvantages its use produces. I have published an article that computed the effectiveness and safety of various strategies in the treatment of essential hypertension [5].

20. **Education:** My education consists of the following:

| **Year** | **Degree** | **School** |
|---|---|---|
| 1987 | Ph.D. Community Sciences (Biometry) | University of Texas |
| 1981 | M.S. Statistics | Purdue University |
| 1978 | M.D. | Indiana University |
| 1974 | B.A. (Mathematical Sciences) | Johns Hopkins University |

21. I have gained scientific, technical, and specialized knowledge of biostatistics, epidemiology, and risk/benefit assessment. The basis for my opinions is derived from my education, training, research, experience, expertise, review of the peer-reviewed medical literature, review of internal corporate documents and other documents and studies, whether published or unpublished.

22. **Fees:** For my work on this matter, my fees are $400 per hour for review of literature, documents, depositions and $500 per hour for deposition and trial testimony.

23. During the previous four years, I have been deposed as an expert witness in the following cases:

- *Heineman v. American Home Products Corp. et al.*, Case No. 2:12-CV-20002-HB
- *Johnson v. Johnson & Johnson*, Case No. TC-018540
- *Maya v. Johnson & Johnson*, Case No. TC-018540
- *Whitlatch v. Takeda Pharmaceuticals America, Inc. et al.*, Case No. 2012 L 006087
- *Cloudy v. Takeda Pharmaceuticals North America, Inc. et al.*, Case No. 1222-CC09563
- *Lejeune v. Abbott Laboratories, Inc.*, Case No. 13-cv-326
- *Kaleta v. Abbott Laboratories, Inc.*, Case No. 14-cv-847-NJR-SCW
- *Leal v. Abbott Laboratories, Inc.*, Case No. 14-cv-847-NJR-SCW
- *Dotegowski v. Abbott Laboratories, Inc. et al.*, Case No. CGC-10-506794
- *Kinney v. Fleming et al.*, Case No. 2008-65396
- *Wilson v. Fleming et al.*, Case No. 2010-25097
- *ELI LILLY AND COMPANY and ICOS Corporation. ACTAVIS LABORATORIES UT, INC., et al.*, C.A. No. 1:16-cv-01119-AJT-MSN
- *Sylvester Hebron et al vs. Abbvie Inc. and Abbott Laboratories Case No. 142-CC09740-01.*
- *Plavix Product and Marketing Cases*

24. If called as an expert witness in this matter, I anticipate that my testimony may concern the matters addressed below. Additionally, I anticipate that I may comment on materials relating to these topics that may later become available, such as expert reports or deposition testimony. I reserve the right to supplement or amend this report. In connection with my testimony, I may present visual aids and demonstrative exhibits that illustrate the analysis discussed in this report. I have gained scientific, technical, and specialized knowledge of biostatistics, epidemiology, and risk/benefit assessment. The basis for my opinions is derived from my education, training, research, experience, expertise, review of the peer-reviewed medical literature, when available, review of internal corporate documents, and other documents and studies, whether published or unpublished.

## 25. Epidemiology and Statistical Primer

26. **The Safety Caveat***: Primum non nocere* – "First do no harm" – is the Hippocratic oath that physicians take upon entry into the medical profession, and has for centuries

served as the cornerstone of the ethical practice of medicine. However, every practicing physician prescribes or administers compounds and substances that can produce harm and advocates procedures that can injure (e.g. surgery). Physicians justify these choices by only selecting medications and/or procedures that have been demonstrated to be effective. Thus, although they believe the agents they are using can and perhaps are likely to produce unpleasant adverse effects, they believe that the treatment's benefit will outweigh the risk of damage. The incorporation of this experience transforms the sole concern of harm into the balance of risk and benefit.

27. This risk-benefit balance is assessed at the individual patient level by physicians who commonly attempt to assess the impact of the medications that they provide. However, they are often blind to the many different exposures and influences the patient will experience during the course of their treatment. In addition, the disease or condition for which they are treated itself changes over time, going through remissions and exacerbations. Therefore, in many cases, the physician cannot know the full potential impact of the treatment or therapy that they are providing. This impact can, however, be measured at the population level, i.e., through clinical research.

28. Typically, the physician community and patients should accept only the risk that is proportionate to the benefit. Therefore, the degree to which a risk is accepted is offset by the degree to which the drug is effective. For example, it is known that some anticancer drugs (e.g. the anthracyclines) can cause heart failure in an otherwise normal heart. Heart failure is a disease with a 50% five-year mortality, but this devastating side effect is accepted by physicians and patients because of the beneficial anticancer effects of this class of drugs. The heart failure-inducing risk of the therapy is believed to be acceptable because the drug is an effective agent in the treatment of cancer.

29. Another consideration is the availability of acceptable alternatives. Safer compounds or combinations of compounds that have equivalent benefit to the original are admissible candidates for first line therapy. Alternatives are commonly ranked as to their utility. First line drugs are the most efficacious, safe, and cost-effective choice of therapy. Other, second- and third line drugs are candidate drugs that are still effective (but perhaps less so) but not as safe, or more expensive. Should the first line drug fail in a patient for any reason, these second and third line drugs are available for consideration.

30. **Epidemiology**: Epidemiology is the study of the distribution and cause of disease in human populations. Its principal tools are careful observation and deductive reasoning.

31. **Process of Epidemiology:** There is a natural progression in epidemiological reasoning. The process begins with an observation suggesting the possible influence of a particular factor or exposure on the occurrence of disease. This suspicion may arise from clinical practice, examination of disease patterns, observations from

laboratory research, or even from theoretical speculation. Regardless of the source of the observation, the observation itself leads to the formulation of a scientific hypothesis. During this assessment, a general evaluation of the characteristics of the exposure-disease relationship is undertaken. Assessments of the relative timing of the exposure to the disease are made. An understanding of possible mechanisms by which the exposure could produce the disease is undertaken. This hypothesis is then put to the test by carrying out studies of individuals who have been both exposed and unexposed to the putative risk factor, measuring the occurrence of disease in both groups. This systematic collection and analysis of data engenders a determination of whether a clinically important and statistical association exists, that is, whether the disease more commonly occurs in the presence of the risk factor than in its absence (strength of association). The strength of association is expressed quantitatively, through such estimates as mean effect sizes, odds ratios, and relative risks. Attempts are made to reproduce the strength of association in different populations by different investigators. Other assessments of the validity of the strength of association are undertaken by evaluating the roles played by chance, bias, or confounding in producing the observed associations.

32. **Chance**: Although it is desirable to study an entire population, this is typically not feasible. Therefore, epidemiologic research is principally carried out in samples that are generated from a population. This approach makes the study executable; however, what is lost in moving from an analysis of the entire population to the sample is certainty. In fact, many different samples can be generated from the population, and each sample contains different data. The fact that different samples can yield different results is characterized as sample-to-sample variability or sampling error. Two sampling errors of particular interest are characterized as type I and type II error. The *p*-value is the type I error level produced by the research.

33. **Type I Error – the *p* value:** If the investigator identifies a strength of association in the population (i.e., a high odds ratio or relative risk), the relevant question is whether this effect reflects the findings in the population. Can we believe that there is strength of association in the population simply because it has been identified in a sample extracted from the population? While the investigator wants to believe that this generalization of sample results to population is appropriate, an alternative explanation is available. This alternative explanation is that in the population at large, there is no strength of association; the strength of association in the sample is just the property of an aberrant sample whose findings do not represent those in the population. In this case, the sample results do not reflect the population, and generalization would be an error.[*] This type of sampling error is the type I error, known as the *p*-value. The smaller the *p*-value, *ceteris paribus*, the less likely it is that the sample finding is due to the population's generation of an aberrant sample assuming the mathematical assumptions underlying the *p*-value's computation are correct.

---

[*] It is important to note that the sample results are not incorrect; they truly and accurately reflect the findings in the sample. The problem is that the sample does not reflect the population.

34. **Type II Error – Power:** Another sampling error would occur if the investigators found no strength of association in the sample. Does the absence of this finding in the sample suggest that there is no strength of association in the population? As with the type I error, the key question is whether the null finding in the sample can be extended to mean that there is a null finding in the population. It is quite possible that there is strength of association in the population but that an unrepresentative sample revealed no strength of association in the sample. This error is a type II error. Power is simply the probability that a null finding in the sample properly extrapolates to a null finding in the population.

35. **Confidence Intervals:** One way to assess the impact of a statistical decision (i.e., a decision that is made based on an estimate such as a mean) is through the use of a *p*-value. However, sampling error affects not just the likelihood that a decision is correct, but it also more subtly has an impact on the estimates of effect that are derived from the sample. Other samples that are produced from the population contain different data and the estimate of the effect will be different. In fact it will vary from sample to sample. This sampling influence is not so obvious when the estimate is provided in isolation. However, it *is* captured in a confidence interval. A confidence interval is sample dependent, meaning that each sample will generate a different confidence interval as well as a different estimate of the effect. A 95% confidence interval is the interval that will be expected to contain the population effect 95% of the time.[*] Confidence intervals provide information about the precision of the sample-based estimate of effect. The wider the confidence interval, the less precise the estimate of the effect is. An advantage of the confidence interval is that it conveys both an effect size and an estimate of variability.

36. **Sampling Errors and Research Design:** A research effort is designed absent *a priori* knowledge of whether the study sample will provide a null result or a non-null one. Therefore, researchers design a study so that – whatever the result – they will be able to make a reasonable claim to generalization. Thus, if the study finds a clinically important strength of association between the exposure and the disease, the researcher wants to be able to extend the result to the population. Similarly, should the result be null, the researcher still wishes to have a solid claim to generalizability. Thus, the study should be designed with low type I and type II errors. This translates to a sample-based research environment with a low *p*-value and high power typically achieved by having a large enough sample. In this way, the researcher's right to generalizability is relatively secure regardless of the findings of the study.

37. **Bias:** Another influence that can affect the sample results is bias. Unlike sampling error, which is random, bias is systematic. Specifically, bias is a disturbance that arises from the design or execution of the research effort that can make a measure of strength of association higher than it should be (known as bias to the alternative) or lower than it should be (bias to the null). Unlike sampling error which focuses on

[*] We don't know if the confidence interval from our one sample will contain the true population value. However, we do know that if we generated 100 samples and a confidence interval from each of them, then 95% of those confidence intervals will contain the true population value.

generalizability to the population at large, bias focuses on an influence that is in operation wholly within the sample. The presence of bias distorts the research finding in the sample, making the sample finding unrepresentative of the true state of nature in the population. Thus, bias is a disturbing influence on the internal validity of the sample findings. The description of several major biases follows:

a. **Selection Bias:** Selection bias is the systematic effect on the exposure-disease relationship that is produced by the characteristics of individuals selected for the study. An example would be the selection of women who had only been exposed to a hormone for a short period of time (for example for less than a single month). Since it is reasonable to presume that the harmful effects of a new exposure can take time to generate their impact on the cerebrospinal fluid, excluding individuals with a longer exposure reduces the number of patients who have been exposed to the preparation and also have the disease. Thus, the strength of the exposure–disease relationship is artificially decreased by the exclusion of subjects with longer exposures. This is a "bias to the null" that reduces the strength of association.[*]

b. **Recall Bias:** Another form of bias is recall bias. Individuals tend to remember events that have an impact on them. Individuals who have a history of a disease can be expected to be more mindful of what exposures they have experienced before the condition, such as hormonal therapy. Subjects who do not have the disease may not have so clear a memory concerning a prior exposure since they have no surrounding event to help anchor the memory for them. Since the number of individuals who have been exposed without the disease is artificially depressed, this influence decreases the control group exposure, artificially inflating the odds ratio; this is a bias to the alternative hypothesis. If the exposure requires a procedure, then the role of this bias may be reduced, but it still requires consideration. Using databases to determine prior exposures is an acceptable alternative to using subject memory to determine exposure; however, databases are not immune from their own sets of biases.

c. **Misclassification Bias:** Misclassification bias, sometimes known as observational bias, is the result of misclassifying cases or exposure. The use of databases that contain exposure information (e.g., insurance databases that track financial charges connected to exposures) is a useful procedure to avoid recall bias; however, these sources are particularly prone to misclassification biases. Therefore, the use of these database is only as good as the algorithm to determine either the exposure or the diseases. For example, if the database is searched for an inappropriate collection of codes that signify the target event, then some cases will be missed, and simultaneously, some cases will be inappropriately included. Similarly, mistakes can be made in databases that

[*]The null hypothesis is the assumption that there is no relationship between exposure and disease, and that any observed statistical difference in the exposed group is due to sampling or experimental error. The alternative hypothesis is that there is a statistically significant relationship between the two.

inappropriately identify exposed subjects as non-exposed, or making the reverse error (i.e., decreasing the number of exposed cases. Misclassification can be a bias to the null or to the alternative.

d. **Immortal Time Bias:** Immortal time bias occurs as a result of permitting exposure to take place during a time interval, but not counting cases that arise from that exposure during that same interval. An example would be requiring subjects to be in contact with an exposure for two years before cases of disease are counted. Individuals who are exposed for less than two years and develop the disease would not be admitted to the study, thereby removing from consideration these cases in which exposure occurred from the study. This is a bias to the null.

e. **Ecologic Fallacy**: Analyses determining relationships between an exposure and a condition are most clearly comprehended when subjects themselves are interrogated about both their exposure and the presence or absence of the disease. This is the circumstance when the subject is the unit of analysis. In other situations, the unit of analysis is not the subject, but a larger (ecologic) unit, e.g., a county, a state or a country. In this circumstance, the larger ecologic unit is where the association is discovered to exists, and the researcher wishes to presume that the relationship at the ecologic level can be extended to the level of the individual. For example, if one examines for each county in a state the number of cases of disease and the proportion of subjects who are obese and finds that in counties where there are more obese subjects there is also a greater prevalence of disease, it is tempting to deduce that this information is prima facie strength of association. However, if counties with greater obesity also had a greater prevalence of physicians, and those physicians, diagnosed the target event in greater numbers of patients, then the relationship is seen not to be one between obesity and disease, but rather a relationship between the ability to detect cases and the number of cases detected.

38. **Confounding**: The relationship between the exposure and the disease is not the only relationship relevant to causation. Confounding occurs when a condition of the organism is itself related to either the exposure or the disease, and therefore presents itself as a candidate cause of the disease in question. For example, patients in tertiary care facilities are more likely to die than patients in community hospitals. However, tertiary care hospitals admit sicker patients than do community hospitals (in fact community hospitals refer these sicker patients to tertiary care hospitals). Thus, it is not the tertiary care hospitals that are causing patients to die; it is the fact that they admit patients who are more likely to die regardless of the care the tertiary hospitals provide. While confounding can be managed by statistical modeling, the mechanism that links the confounder, the exposure, and the disease must be carefully considered in order to successfully differentiate the true cause from the confounder.

39. **Clinical Trial Methodology:** Clinical trials, when well-developed and well-executed, provide the most objective evidence of the study medication's safety and efficacy. Clinical trials have three characteristics: 1) they are experiments with a contemporary control group, 2) they utilize the property of randomization, and 3) to some degree, they are blinded.

40. **Experiments**: Not all healthcare research efforts are experiments. The hallmark of an experiment is that the researcher controls whether a subject receives the active agent. This is in contradistinction to an observational study, where rather than the investigators assigning the exposure, the participant chooses their own exposure. Cohort studies and case control studies are examples of observational studies in which subjects choose whether or not they will receive the intervention. Because the reason that a subject may choose an intervention can be related to the outcome measure of the study, observational studies often cannot separate the effect of the intervention from other influences related both to the intervention and the outcome.

41. However, the simple fact that an investigator chooses who receives the intervention does not itself imbue the study with an unambiguous interpretation. This is because investigators have their own biases (e.g., choosing to give the sickest patients the intervention). Therefore, modern experiments employ the randomization technique.

42. **Randomization**: In simple randomization, the drug selection process is not related to any patient characteristic. Its use clarifies the interpretation of the experiment, because it permits any effect seen in the study to be attributed to the agent being studied. This is because the only difference between those who received the therapy and those that did not is the therapy itself. Randomization is a hallmark of well-conducted clinical trials.

43. **Blinding:** The role of blinding is critical in clinical trials. Both patients and investigators have a sense of whether the subject has received active therapy or placebo therapy. This impression can influence the patient's sense of wellbeing, which in turn influences the subjects' outcome in the experiment. Blinding does not reduce this intuition. It merely ensures that the distribution of this intuition is the same across therapy group. Essentially, since neither subjects nor physicians know who is on active therapy, subjects in both groups are free to believe (or not believe) that they are on the therapy.

44. These three essential features – contemporary control group, randomization, and blinding are the hallmark of a classic clinical trial.

45. **Sample Size and Event Rates:** Even though clinical trials, with the traits of 1) contemporary control group, 2) randomization, and 3) blinding, place these research endeavors at the forefront of causality arguments, there are critical weaknesses in the applicability to determining causality. Chief among these limitations is their inability to determine strength of association when the event rate is small. This is because what ultimately determines the size of a clinical trial (setting aside the magnitude of

statistical error rates) are the event rates, i.e., the frequency of occurrence of clinical events that the exposured being studied by the trial is designed to change.

46. There are many formulas that can be used to assess the size of a clinical trial (i.e., the number of observations required to determine the effect of interest. One of the simplest standard formulas to determine if there is a difference in the population between the control group and placebo group event rate is

$$N = \frac{2\left[p_c(1-p_c)+p_t(1-p_t)\right]\left(Z_{1-\alpha/2}-Z_\beta\right)^2}{(p_c-p_t)^2}$$

where

$N =$ trial size (number of participants in the treatment group plus number in the control group
$Z_c = c^{th}$ percentile of the standard normal distribution
$\alpha =$ type I error rate (this is typically 0.05)
$\beta =$ type II error ($1-\beta$ is the power. Power is typically not designed to be less than 80%).
$p_c$ =IH event rate in the control group
$p_t =$ IH event rate in the treatment group

47. This formula permits an evaluation of the sample size for different event rates. For example, If one wants to compute the size of a two armed clinical trial to assess whether therapy can reliably differentiate between an event rate in the control group of 0.23 and a rate of 0.16 in the treatment group with 80% power, and a two sided type I error rate of 0.05, then compute

$$N = \frac{2\left[0.23(1-0.23)+0.16(1-0.16)\right](1.96-(-0.84))^2}{(0.23-0.16)^2} = 994.$$

48.

48. However, if we assume a rate equivalent to that of IH in women of 5 per 100,000, and a 20% increase in the event rate for patients exposed to Mirena®. With the same standard statistical errors, these assumptions produce a treatment group rate of $(0.000005)(1.20) = 0.000006$ and a sample size of

$$N = \frac{2\left[0.00005(1-0.00005)+0.00006(1-0.00006)\right](1.96-(-0.84))^2}{(0.00006-0.00005)^2} = 17{,}244{,}800.$$

49. Approximately 17.2 million participants would be required to be followed for year in order to discern a 20% increase in the annual incidence rate of IH. An examination of

the relationship between the effect size and the background event rate on the sample size follows (Table 1).

Table 1. Sample size as a function of background event rate and effect size
Type sided Type 1 error of 0.05. 80% Power.

Effect Size (fold increase)

| | | | 1.5 | 2 | 2.5 | 3 | 3.5 | 4 | 4.5 | 5 | 5.5 | 6 | 6.5 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0.00001 | 15,697,555 | 4,709,249 | 2,441,823 | 1,569,737 | 1,130,205 | 872,068 | 704,770 | 588,640 | 503,854 | 439,514 | 389,178 | 348,817 |
| | 2 | 0.00002 | 7,848,676 | 2,354,585 | 1,220,886 | 784,849 | 565,086 | 436,019 | 352,371 | 294,307 | 251,915 | 219,745 | 194,578 | 174,398 |
| Event Rate | 3 | 0.00003 | 5,232,382 | 1,569,697 | 813,907 | 523,219 | 376,713 | 290,670 | 234,905 | 196,196 | 167,935 | 146,489 | 129,711 | 116,258 |
| IH Cases | 4 | 0.00004 | 3,924,236 | 1,177,253 | 610,418 | 392,405 | 282,526 | 217,995 | 176,172 | 147,141 | 125,945 | 109,861 | 97,278 | 87,188 |
| per | 5 | 0.00005 | 3,139,348 | 941,787 | 488,324 | 313,916 | 226,014 | 174,390 | 140,932 | 117,708 | 100,752 | 87,884 | 77,818 | 69,746 |
| 100,000 | 6 | 0.00006 | 2,616,089 | 784,809 | 406,928 | 261,590 | 188,340 | 145,320 | 117,439 | 98,085 | 83,956 | 73,233 | 64,844 | 58,118 |
| | 7 | 0.00007 | 2,242,333 | 672,683 | 348,789 | 224,214 | 161,429 | 124,556 | 100,658 | 84,070 | 71,958 | 62,768 | 55,578 | 49,812 |
| | 8 | 0.00008 | 1,962,016 | 588,587 | 305,184 | 196,183 | 141,247 | 108,983 | 88,072 | 73,558 | 62,961 | 54,919 | 48,628 | 43,583 |
| | 9 | 0.00009 | 1,743,991 | 523,180 | 271,269 | 174,380 | 125,549 | 96,870 | 78,284 | 65,382 | 55,962 | 48,814 | 43,222 | 38,738 |
| | 10 | 0.00010 | 1,569,572 | 470,854 | 244,137 | 156,938 | 112,991 | 87,180 | 70,453 | 58,841 | 50,364 | 43,930 | 38,898 | 34,862 |
| | 11 | 0.00011 | 1,426,865 | 428,042 | 221,938 | 142,668 | 102,716 | 79,252 | 64,045 | 53,490 | 45,783 | 39,935 | 35,359 | 31,691 |
| | 12 | 0.00012 | 1,307,943 | 392,365 | 203,439 | 130,775 | 94,153 | 72,645 | 58,706 | 49,030 | 41,966 | 36,605 | 32,411 | 29,048 |
| | 13 | 0.00013 | 1,207,316 | 362,177 | 187,786 | 120,713 | 86,908 | 67,055 | 54,188 | 45,256 | 38,736 | 33,787 | 29,916 | 26,812 |
| | 14 | 0.00014 | 1,121,064 | 336,302 | 174,369 | 112,088 | 80,698 | 62,263 | 50,315 | 42,022 | 35,967 | 31,372 | 27,778 | 24,895 |
| | 15 | 0.00015 | 1,046,313 | 313,877 | 162,741 | 104,612 | 75,316 | 58,110 | 46,959 | 39,219 | 33,568 | 29,279 | 25,924 | 23,234 |

50. The table entries are the sample sizes for different event rates. For example, if the background rate of IH is 7 per 100,000, and one wished to detect a two fold increase in this rate that is attributable to Mirena®, than with a type sided type I error of 0.05 and 80% power, one would need 672,683 participants (divided between the two groups) to detect this difference.

51. Several observations are available from this table. The required sample sizes are extremely large. The numbers of patients required to detect effect sizes (e.g., sizes on the order of 6 to 7-fold times the baseline rate) are on the order of tens of thousands and would be prohibitively costly to conduct. And smaller effect sizes, although clinically relevant, would require substantially more patients to study.

52. Second, regardless of the effect size, as the number of IH cases per 100,000 decreases, the sample size increases. This is because sample size in the end is a function of the number of cases that are available. In order to detect a difference in the number of cases between two groups, there must be a sufficient number of cases. The smaller the event rate, the less likely it is that a participant will become a case, and the greater the number of participants required.

53. However, it is also true that the greater the effect size, the smaller the sample size. In fact, the sample size decreases a function of the $(p_c - p_t)^2$. This is because, the greater the effect size, the greater the difference between the IH rates in the two groups, the easier it is to discern this difference in the two groups of patients, the fewer the number of patients one needs to discern the difference.

54. While Table 1 is helpful, if the trial size has already been selected, one would like to know the discerning ability of that trial to detect an effect size. In this case, the

sample size is fixed, and one must identify the power. Power may be computed using the formula:

$$Power = 1 - \beta = 1 - \Phi_Z \left[ Z_{1-\alpha/2} - \frac{(p_c - p_t)}{\sqrt{\frac{p_c(1-p_c) + p_t(1-p_t)}{N/2}}} \right]$$

where

$N =$ trial size (number of participants in the treatment group plus number in the control group

$Z_c = c^{th}$ percentile of the standard normal distribution

$\alpha =$ type I error rate (this is typically 0.05

$p_c$ =IH event rate in the control group

$p_t =$ IH event rate in the treatment group.

55. Thus, given the sample size, and the IH event rates observed, one can compute the power of the trial to detect this difference in the sample. A table analogous to Table 1 can be computed.

Table 2. Power as a function of background event rate and effect size
Type sided Type 1 error of 0.05. 80% Power.
Trial Size = 1000

Effect Size (fold increase)

| | | | 1.5 | 2 | 2.5 | 3 | 3.5 | 4 | 4.5 | 5 | 5.5 | 6 | 6.5 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0.00001 | **0.026** | **0.027** | **0.029** | **0.029** | **0.030** | **0.031** | **0.032** | **0.033** | **0.033** | **0.034** | **0.035** | **0.035** |
| | 2 | 0.00002 | **0.027** | **0.029** | **0.030** | **0.031** | **0.033** | **0.034** | **0.035** | **0.036** | **0.037** | **0.038** | **0.039** | **0.040** |
| Event Rate | 3 | 0.00003 | **0.027** | **0.029** | **0.031** | **0.033** | **0.035** | **0.036** | **0.038** | **0.039** | **0.041** | **0.042** | **0.043** | **0.045** |
| IH Cases | 4 | 0.00004 | **0.028** | **0.030** | **0.032** | **0.034** | **0.036** | **0.038** | **0.040** | **0.042** | **0.044** | **0.045** | **0.047** | **0.048** |
| per | 5 | 0.00005 | **0.028** | **0.031** | **0.033** | **0.036** | **0.038** | **0.040** | **0.042** | **0.044** | **0.046** | **0.048** | **0.050** | **0.052** |
| 100,000 | 6 | 0.00006 | **0.028** | **0.031** | **0.034** | **0.037** | **0.040** | **0.042** | **0.044** | **0.047** | **0.049** | **0.051** | **0.053** | **0.056** |
| | 7 | 0.00007 | **0.029** | **0.032** | **0.035** | **0.038** | **0.041** | **0.044** | **0.046** | **0.049** | **0.052** | **0.054** | **0.057** | **0.059** |
| | 8 | 0.00008 | **0.029** | **0.033** | **0.036** | **0.039** | **0.042** | **0.045** | **0.048** | **0.051** | **0.054** | **0.057** | **0.060** | **0.062** |
| | 9 | 0.00009 | **0.029** | **0.033** | **0.037** | **0.040** | **0.044** | **0.047** | **0.050** | **0.053** | **0.056** | **0.060** | **0.063** | **0.066** |
| | 10 | 0.00010 | **0.029** | **0.034** | **0.037** | **0.041** | **0.045** | **0.048** | **0.052** | **0.055** | **0.059** | **0.062** | **0.065** | **0.069** |
| | 11 | 0.00011 | **0.030** | **0.034** | **0.038** | **0.042** | **0.046** | **0.050** | **0.054** | **0.057** | **0.061** | **0.065** | **0.068** | **0.072** |
| | 12 | 0.00012 | **0.030** | **0.034** | **0.039** | **0.043** | **0.047** | **0.051** | **0.055** | **0.059** | **0.063** | **0.067** | **0.071** | **0.075** |
| | 13 | 0.00013 | **0.030** | **0.035** | **0.040** | **0.044** | **0.049** | **0.053** | **0.057** | **0.061** | **0.066** | **0.070** | **0.074** | **0.078** |
| | 14 | 0.00014 | **0.030** | **0.035** | **0.040** | **0.045** | **0.050** | **0.054** | **0.059** | **0.063** | **0.068** | **0.072** | **0.077** | **0.081** |
| | 15 | 0.00015 | **0.031** | **0.036** | **0.041** | **0.046** | **0.051** | **0.056** | **0.060** | **0.065** | **0.070** | **0.075** | **0.079** | **0.084** |

56. This table provides the power for a trial size of 1000. For example, if the IH case rate is 9 per 100,000, and Mirena® increased that by four-fold, then the power of a trial with 1000 participants to detect this difference is 0.047. Put another way, if in the population at large the true state of nature is that Mirena® produces a four-fold increase in the background IH case rate of 9 per 100,000, then 95% of the time, a trial of 1000 participants would not detect this effect.

57. This is a sobering reality of clinical trials. Their exquisite design does not protect them from completing missing the deleterious effect of Mirena® to produce IH, when

the background rate is so small. This is why clinical trials and cohort studies are not particularly useful in detecting effects when the background rate is low.

58. Another corollary of Table 2 is that since only impracticably large trials can detect Mirena®'s effect when the background rate of IH is so small, a practicably smaller trial that does not find an IH-Mirena® relationship is not informative. This is because the trial was so underpowered, that it would not have detected an IH-Mirena® relationship, had this effect actually existed in the population from which the trial participants were drawn. This is the basis of the FDA admonition "absence of evidence is not evidence of absence."

59. **Causation**: Causal relationships have embedded directionality. The relationship is causal if the presence of the exposure excites the production of the disease in an individual; if the disease has only one cause, then the disease would not have been present if the absence of exposure. This "but for" argument is handsomely applied when the disease has only one cause[*], but is not applicable when a disease has multiple causes. Alternatively, an exposure may be merely associated with the occurrence of a disease. This state occurs when there is a simply simultaneous or coincidental relationship between exposure and a disease. Causation is a determination about the true nature of the exposure-disease relationship.

60. The mere presence of an association does not imply causation. For example, boating accidents are more prevalent in the summer. However, it would be fallacious to conclude that elevated summer temperatures cause boating accidents. However, it is correct to conclude that alcohol ingestion while boating causes boating accidents. The difference in the conclusions drawn from these two relationships is the result of a thoughtful process concerning the conditions under which the accidents occurs and an understanding of coherent versus unsupported mechanistic arguments. There are issues of timing, of mechanism, of dose and gradient, and of reproducibility that lead one to the conclusion that elevated summer air temperatures do not cause boating accidents, but that alcohol ingestion by boaters does.

61. **Hill's Criteria**: The efforts to understand and articulate the arguments used to identify or discredit an exposure–disease relationship have evolved over many decades. Sir Austin Bradford Hill [6], who developed the modern clinical trial methodology, first described the nine criteria that are used to guide causality assessments in health care. These nine rules or tenets are remarkably and refreshingly devoid of complex mathematical arguments, relying instead on natural, honest intuition and common sense for the inquiry into the true nature of a risk factor–disease relationship (association versus causation). The nine precise Bradford Hill criteria are: 1) Strength of Association 2) Biologic Gradient 3) Temporality 4) Biologic Plausibility 5) Consistency 6) Coherence 7) Specificity 8) Experimental Evidence 9) Analogy. Definitions and examples of these nine characteristics of a relationship follow.

[*] Such an example would be thalidomide and phocomelia, or mercury ingestion and Mini Mata disease.

62. **Criterion 1 – Strength of Association**: If an exposure is a cause of a disease, then one would expect a greater proportion of cases among those exposed than among those unexposed. This is a criterion that lends itself to quantitation. Strength of association is commonly expressed as prevalence ratios, and odds ratios in backward directional studies, or relative risks in forward directional cohort studies.

63. **Relative Risk**: A relative risk is computed when the investigator can follow the development of disease following an exposure during the passage of time. For example, if one can follow $N_M$ individuals who did not have IH and were then exposed to Mirena® for a period of time $t_M$, and $n_M$ of these individual develop IH, then the incidence rate of IH among those exposed to Mirena® is $n_M / t_M N_M$. Similarly, if $N_U$ individuals who did not have IH and were unexposed to Mirena® are followed for a period of time $t_U$, during which time $n_U$ of these individual develop IH, then the incidence rate of IH among those unexposed to Mirena® is $n_U / t_U N_U$. Therefore, the relative risk is:

$$RR = \frac{n_M / t_M N_M}{n_U / t_U N_U}.$$

64. **Odds Ratio**: The odds of an event is simply the ratio of two specific probabilities.* In a collection of patients who have the Mirena® system implanted, let $p_m$ be the probability that they subsequently developed IH. Then the odds of IH, given exposure to Mirena®, is simply $p_M / 1 - p_M$. The same odds can be computed for those cases of IH given that subjects have not been exposed to Mirena®, i.e., $p_u / 1 - p_u$. The odds ratio is simply the ratio of these odds or:

$$OR = \frac{p_M / 1 - p_M}{p_u / 1 - p_u}.$$

65. Both the relative risk and the odds ratio must be nonnegative, but can range from 0 to infinity. A value of 1 for either the odds ratio or the relative risk signifies no strength of association, with greater values signifying greater strength. The odds ratio for lung cancer due to cigarette smoking, for example, is approximately 10.

* For example, if a fair coin is flipped, we say the odds of a head appearing are 1:1, since there is a 50% probability that the coin will produce a head vs. a tail. A coin where the odds of a head are twice that of a tail would be 2:1.

66. **Attributable Risk Exposed**: The attributable risk exposed, or ARE, is a useful tool that permits the calculation of the fraction of events that are attributable to one causative agent when several possible explanations may be available. Where ARE is the attributable risk exposed and OR is the odds ratio, ARE is computed as:

$$ARE = \frac{OR - 1}{OR}$$

or

$$ARE = \frac{RR - 1}{RR}$$

This quantity is the percent of events that are attributable to a cause. The larger the odds ratio or the relative risk, the greater the ARE. This is a useful way to quantitate the strength of association when there are multiple alternative causes that must be considered, and will be discussed later in this report.

67. **Criterion 2 – Temporal Relationship:** The directionality of causality requires that, if the exposure is to cause the disease, then it must precede the disease. Thus, the argument that Mirena® causes IH must be buttressed by examples or research designs where Mirena® is present before there are signs or symptoms of IH. This may seem self-evident, but is not always an obvious argument waiting to be made.[*] Protopathic bias is the process of drawing a conclusion about causation when the disease process precedes the risk factor in occurrence. In addition, the maxim *post hoc, ergo propter hoc* (it follows, therefore it is caused by) is an example of the bias that results from relying on this causality tenet alone.

68. **Criterion 3 – Biologic Gradient (Dose Response):** This is the observation that the more intense the exposure, the greater the risk of disease. This intensity can be measured by dose, or by duration of exposure. This criterion does not presume that there is a safe exposure or duration of the risk factor, but simply that the more exposure, the greater the damage.

69. **Criterion 4 – Biologic Plausibility:** There should be some supporting data that helps the observer understand how the risk factor produces the disease. The exposure may produce a mechanical injury anatomic injury, a chemical injury, or one that requires knowledge of biochemistry or molecular biology. The mechanism does not need to be delineated with definitive granularity (*e.g.*, knowledge of the exact nucleotide sequence of an mRNA strand providing ribosomal instructions to the cells as they react to a disease-producing exposure). That would be biologic certainty – a concept not required by the scientific method or the law. However, the mechanism should be elaborated sufficiently and buttressed with supporting data that permits one to understand how the disease could be produced by the exposure, and permits an assessment of coherence (described below).

---

[*] For example, studies identifying risk factors associated with cancer can be plagued because of the difficulty in determining exactly when cancer "starts."

70. **Criterion 5 – Biologic Coherence:** Related to plausibility, this criterion focuses on the absence of a contradiction. It is consistency with knowledge, requiring that a cause-effect interpretation for an association does not conflict with what is known of the natural history and biology of the disease. For example, the observation that aspirin use does in fact prevent heart attacks is accepted in part because scientists understand: 1) the role of inflammation and coagulation in heart attacks, and 2) that aspirin has both anti-inflammatory and antithrombotic effects. However, a finding that these aspirin effects are not found in subjects born under the astrological signs Libra or Gemini would be biologically incoherent [7].

71. **Criterion 6 – Consistency with Other Research Findings:** Research findings become more convincing when they are replicated in different populations and using different research methods and designs. Thus, different studies that examine the same exposure–disease relationship and find similar results add to the weight of the causal inference. Consistency requires that the findings of one study be replicated in other studies.

72. **Criterion 7 – Specificity:** The specificity of a disease is directly related to the number of known causes of the disease. The greater the number of causes of a disease (i.e. the more multifactorial the risk factors causing the disease), the more nonspecific the disease is, and the more difficult it is to demonstrate a new causal agent is involved in the production of the disease. The "but for" causality argument may fail when there are multiple true, concurrent causes.

73. **Control for the Occurrence of Rare and/or Multifactorial Diseases: Statistical Adjustment:** Although a lack of specificity may cast doubt upon the finding of a new causal agent, there are some reliable tools in epidemiology to permit causal arguments in the presence of non-specific diseases. For example, the identification of an exposure as a cause for a disease is facilitated when the additional causes are themselves rare (e.g., hypervitaminosis A) or can easily be excluded (e.g., obstructive sleep apnea). In addition, the impact of more prevalent factors associated with the disease (e.g., obesity) can be isolated, identified and removed statistically in order to view more clearly the relationship between new putative cause and the disease. These statistical procedures produce adjusted odds ratios and adjusted relative risks, i.e., they are adjusted for the relationship between the known causative agents and disease, permitting one to isolate and assess the strength of association between the exposure in question and the disease. Thus, with these abilities to remove the influences of known disease causes from consideration (in fact, or statistically through modeling), the presence of specificity is considered supportive but not necessary to make a causal claim, and epidemiologists can identify causal agents in diseases with multiple causes.

74. **Criterion 8 – Experimental Evidence:** This includes in vitro studies, laboratory experiments on animals, and human experiments. Experimental evidence also includes the results of the removal of a harmful exposure, and sometimes even reintroducing the exposure after removal or discontinuation. These are termed *challenge–dechallenge–rechallenge* experiments. Often, it is considered unethical to

intentionally reintroduce the harmful agent in animal or human experiments with a desired endpoint of serious disease, even in a controlled setting.

75. **Criterion 9 – Analogy:** This would include a similarity to some other known cause–effect association. For example, the relationship between levonorgestrel use and intracranial hypertension is more clearly understood if it can be reconciled with the relationship between other steroid hormones and intracranial hypertension.

76. **Thoughtful Application of the Criteria**: Two noteworthy observations may be made in understanding how to apply these criteria. The first is that the firm establishment of a causal relationship does not require that all nine tenets be satisfied. Hill himself stated: "None of my nine viewpoints can bring indisputable evidence for or against the cause–and–effect hypothesis, and none can be required as a *sine qua non*."[8]

77. Evidence is gathered from multiple sources to assess whether the risk factor-disease relationship is causal. Field observations, published case studies, case series, animal studies assessing mechanism (and prevention), larger case-control studies, and clinical trials may be conducted and assessed. It is rare that only one such source of information (e.g., small *p*-values) are dispositive. Neither case histories alone, nor animal studies alone, nor observational studies alone are enough to draw a causal conclusion. None is perfect, and each has weaknesses. However, just as solid homes can be constructed from imperfect bricks, intelligent and careful study of each of the sources of evidence can produce the clearest view of the cause-effect relationship, differentiating the associative from the truly causal.

78. **Avoid Artificial Rules**: It is therefore important that the evidence assessment be open-minded with fair consideration of all of the evidence and its potential contribution. Exposure-disease relationships are unique, and each requires specific attention. For example, there are circumstances in which a strong risk factor-disease relationship, first reported as suggestive of causation, was subsequently shown to be non-causative and merely coincidental.* On the other hand, there are clear examples of exposure-disease relationships identified by a single examination of a series of cases (with no quantitative measure such as an odds ratio) that are clearly causative. Two of the clearest examples of this are 1) the link between thalidomide and birth defects, convincingly detected by Lenz [9], and 2) the Seldane/Ketoconazole link with deadly irregular heartbeats, elucidated by Monahan [10]. In each of these cases, only one study was required to demonstrate causality. Furthermore, each was a case series. These case series demonstrate the importance of clear observation and careful deductive reasoning in consideration of the true nature of a risk factor-disease relationship.

79. **Case Reports and Case Series**: A case report is simply a summary of the findings of an exposure-disease combination in a single patient, and the communication of those findings to the medical community. A case series is a collection of case reports,

---

*A fine example of this is the study that suggested a causal relationship between coffee ingestion and pancreatic cancer. This association first appeared in the late 1970s and was subsequently debunked.

linked together by a common thread, e.g., all of the patients were seen by the same doctor, or all of the patients were exposed to the same agent, such as acetaminophen. Many times, these communications lack detail. In other circumstances, the data included can be voluminous and complex. This can consist of a complete medical history comprising all symptoms and signs the patient had experienced, in addition to information both about the patient's treatment and ultimate disposition.

80. While it is the rare case report that demonstrates causality in and of itself,[*] case reports are essential to the causation process. They demonstrate for the first time, what is possible. Larger analytic studies e.g. case-control studies, cohort studies and clinical trials are expensive and require a strong basis on which to commit research resources. That basis is the case report. For example, the demonstrations that fenfluramine causes valvular heart disease and primary pulmonary hypertension were not proven with case reports alone, but case reports were necessary to demonstrate the presence of a link between the exposure and the disease. Case reports are critical to the formation of research questions and hypotheses, followed by more intensive clinical research.

81. As will be demonstrated in this expert report, case reports can also help the investigator understand the mechanism of action by which the exposure produces the disease. This requires case reports that are sufficiently detailed to appear in the peer-reviewed literature, as opposed to mere anecdotes that are fact-sparse.

82. Case reports remain the first data-based view of either a new disease or a potential cure for an established disease. It is undeniable that case reports and case series are among the most time-tested and useful tools epidemiologists have at their disposal to alert clinicians and the public to a possible health problem.[†] Case reports in combination with careful observation and deductive reasoning continue to provide important insight into the cause of disease to this day. In many circumstances throughout history, case reports have successfully and accurately warned the medical community of an exposure that caused a debilitating disease or birth defect. Even though modern epidemiological models were available, these advanced tools were unnecessary for a clear view of these exposure-disease relationships.

[*] Monohan, and the Torsades de pointe (a specific subset of heart arrhythmia) linked to terfenadine/ketoconazole is a fine counter-example. This one case provided sufficient information to demonstrate that the medication combination causes Torsades de pointe.

[†] Even after the advent of case-control studies, new diseases appearing in unusual settings have been successfully identified, and their cause established, using the method of case reporting. Examples of the more contributory uses of case report methods to establish the cause of disease include:

1. An outbreak of a very rare form of bone cancer in young women watch-dial painters in the Chicago area in the 1930's. It was established that radium used to paint the watch dial was the cause.
2. From the 1930s to 1960s, a chemical company dumped tons of mercury into Mina Mata Bay in Japan. Thousands of people living around the bay developed methyl mercury poisoning through the consumption of contaminated fish. The victims suffered from severe neurological damage, that later became known as Mina Mata Disease. The establishment that toxic fish ingestion was the cause of mercury poisoning in the Japanese fishing village of Mina Mata was established through the scientific examination of case reports.
3. The finding by Lenz and McBride that thalidomide ingestion by pregnant women causes the birth defects phocomelia and achondroplasia was established through the examination of case reports.

83. There are several important examples of case report analyses that were useful in the prosecution of good public health. An example of the use of case reports in modern medicine is the demonstration that the acute, debilitating pneumonia inflicting a collection of veterans attending an American Legion convention in Philadelphia, PA in 1976 was due to a heretofore unknown bacterium, Legionella pneumophila. Case report methodology accomplished the identification of the cause and cure of this disease even though clinical trial methodology was well-accepted as a research tool at the time. There are over 16,000 cases per year of Lyme disease, but its cause went unrecognized until the 1990's when observations linked tick bites to their occurrence reported as case reports.

84. The utility of case reports and case series has taken on a new sense of urgency in the healthcare issues of today. Case reports are critical in quickly identifying the causes of disease. For example, the utilization of modern molecular techniques in concert with case reporting systems identified the link between the mosquito and the outbreak of West Nile disease in the northeastern United States. In addition, it was case reports, not clinical trials, which demonstrated the link between the Zika virus and microcephaly. Careful, patient work by epidemiologists has efficiently obviated a requirement for large epidemiological trials in these critical public health areas.

85. **The FDA and Case Reports**: The Federal Code of Regulations speaks specifically to case reports. Specifically, Title 21, part 314, Subpart D section discusses the clinical investigations that it finds acceptable. Section (e) is sometimes cited to suggest that the FDA does not consider case reports in their determinations of efficacy. The section reads:

> (e) Uncontrolled studies or partially controlled studies are not acceptable as the sole basis for the approval of claims of effectiveness. Such studies carefully conducted and documented, may provide corroborative support of well-controlled studies regarding efficacy and may yield valuable data regarding safety of the test drug. Such studies will be considered on their merits in the light of the principles listed here, with the exception of the requirement for the comparison of the treated subjects with controls. *Isolated case reports, random experience, and reports lacking the details which permit scientific evaluation will not be considered.* (emphasis added)

However, Section (e) specifically does not exclude from consideration case reports that are not isolated, and those that are replete in detail. The high-quality case report or case series can shed substantial light on the possibility of a relationship or on a causal mechanism, although the single case report in isolation does not demonstrate causality.

86. In addition, case reports are accepted and reviewed by the FDA as evidence of adverse drug reactions (ADRs). The FDA has an adverse event reporting system

(FAERS) designed specifically to collect case report information. The FDA, and this report, do not stand for the proposition that case reports are unhelpful. Rather, understanding case reports can provide important information about the link between the exposure and the disease.

87. **Analytic Studies:** Analytic studies provide the quantitative assessment of the exposure–disease relationship. This assessment requires a control group, the purpose of which is to provide the frequency of occurrence of the disease in the absence of the exposure. With this as background, the occurrence of the disease in the presence of the exposure (the exposed group) can be determined, and the two measures of occurrences can be compared. Statistical adjustments for confounders of disease or exposure are entirely appropriate in these nonrandomized studies.

88. The occurrence of events (both in the exposed and non-exposed groups) are measured as either prevalence or incidence. The prevalence of a disease is the proportion of individuals who have a disease in the population at large. The incidence of a disease is the number of new cases of the disease per a given time. In general, prevalence measures are greater than incidence measures. Incidence measures are more useful in research; since they measure the new occurrence of a disease, they can be assessed after the exposure has been determined and therefore provide the occurrence rate of new cases after the exposure. Working with prevalence leads to the assessment of new cases and old cases (that are likely prior to exposure) and thereby injects protopathic bias into the determination of the case rate.

89. **Case-Control Studies:** Case-control studies select participants based on whether they do (cases) or do not (controls) have the disease under study. Cases (diseased individuals) are identified and matched to a similar but non-diseased group. Then, previous exposure history is ascertained by chart review, personal interview, laboratory values, or family reports. Finally, the proportion of the case participants with exposure is compared to the proportion of control participants with exposure. One would anticipate that if the exposure does cause the disease, there will be a greater proportion of exposures among the case participants than among the control participants.

90. Because of this study design, case-control studies offer a number of advantages for evaluating the association between exposure and disease. The case-control study is relatively inexpensive and quick, compared to other types of analytic designs, and can examine the role of multiple risk factors for a single disease. This study design is especially useful in studying diseases with long latency periods including most chronic diseases. However, it is of note that the case-control study introduces complications in its interpretation. For example, in the classic case-control study, one works “backwards,” i.e., the researcher begins with the identification of cases, and then determines the likelihood of exposure given that a participant is a case. However, in a clinical circumstance, i.e. the healthcare provider considering a medication (exposure), the interest is in the likelihood that an exposure produces a case. This is a “forward” approach, when one begins with exposure and then proceeds

to identify the cases among the exposed. This latter circumstance is commonly not available, when the likelihood of a case is quite low (the incidence of IH typically reported as 0.9 per 100,000).* Thus, the case-control approach, which starts with obtaining known cases, is more feasible for a disease with a low prevalence rate.

91. A less well-publicized but compelling point in favor of the case-control study design is an ethical one, since one cannot ethically expose patients to Mirena® for the sole research purpose of generating IH cases.

92. **Drawing Conclusions from Analytic Studies:** Research interpretation requires careful reading and synthesis. Interpretable research should be conducted to answer a specific research question (e.g., is Mirena® associated with IH). Its methodology should permit an assessment of whether a causal or merely associative conclusion can be drawn. The presence of systematic influences (e.g., inclusion/exclusion criteria in a clinical trial, or the presence of biases in an observational study) must be assessed and its impact examined. Measures of strength of association should be reported along with standard errors, confidence intervals, and if desired *p*-values. Only then can one integrate the findings into the fund of knowledge concerning the exposure and the disease.

93. **Assignment:** I was asked for my opinion as to whether Mirena® is capable of causing or contributing to intracranial hypertension. Using my education, knowledge, training, and experience, and applying sound and well-established methods of science and epidemiology, I have concluded that, although intracranial hypertension is a disease with multiple causes, one of those causes is Mirena®. This conclusion is based on facts and reasoning that comprise the body of this report. I hold the opinions in this report to a reasonable degree of medical certainty.

94. **Materials Reviewed:** I have reviewed a wide variety of materials in this case, including those cited throughout this paper. Of particular note, I have reviewed Bayer's October 2017 submission to the German Federal Institute for Drugs and Medical Devices (BfArM), which included a literature review and a review of individual case safety reports, although it appears the appendices to that document were not provided to the plaintiff attorneys. The BfArM literature review was not comprehensive to this subject, but rather limited to publications "referring to external progestins/hormones in relation to intracranial hypertension." (MIR_IIH_EU00606963). I have performed my own searches for literature on the definition or diagnostic criteria for IH, the clinical presentation of IH, the differential diagnosis of IH, the etiology / pathophysiology of IH, the risk factors of IH, and the epidemiology of IH. I have at times made requests to the plaintiff attorneys for whether there is information on certain topics contained in the discovery of the case, and in those requests have asked for all materials relevant to that topic, regardless of whether the attorneys feel the materials are suggestive or not suggestive of a causal

* Even considering that the number of IH cases are underreported, the case rate is so small that a "forward" study is typically not possible.

association. I reserve the right to amend my opinions on the basis of new information provided.

## Intracranial Hypertension

95. **Intracranial Hypertension**: Intracranial Hypertension ("IH") is a neurologic disorder characterized by increased pressure around the brain. While it has several known causes (e.g., a space occupying mass that may be due to subdural, subarachnoid, or intracerebral bleeding, or a tumor of the central nervous system), it can occur in the absence of these physical findings. In the absence of these findings, the disease is historically known as Pseudotumor Cerebri ("PTC"). One of the first advocates of the lumbar puncture, Heinrick Quincke reported the first cases of intracranial hypertension of unknown origin, using the descriptor "Meningitis Serosa." [11] Ten years later, Nonne described a syndrome where patients with the signs of intracranial hypertension caused by a space occupying lesion (e.g., a tumor) resolved spontaneously. This complex of findings he called "pseudotumor cerebri," a descriptor appropriate for a disease that appeared to mimic a brain tumor. This terminology was later updated to Idiopathic Intracranial Hypertension by Foley in 1955 [12], in recognition of the fact that over 90% of these cases had no known cause. The term "benign intracranial hypertension" has also been used at times, including by Foley, as a means of contrasting the disease with space occupying lesions e.g., cancer, although it has always been a misnomer, because, although the condition does not involve a malignant tumor, the condition is certainly not "benign."

96. **Diagnostic Criteria for the Diagnosis of IH:** The characteristics of IH were described in 1937 by Dandy* and were organized into a set of diagnostic criteria in 1985 under the sobriquet Modified Dandy Criteria. [11] These criteria are:

a. Symptoms and signs of raised intracranial pressure ("ICP") (headache, nausea, vomiting, pulsatile tinnitus, transient visual obscurations, papilledema).
b. No localizing signs, except for sixth nerve palsy.
c. No cause for raised ICP identified on neuroimaging (brain MRI).
d. Cerebrospinal fluid (CSF) opening pressure of greater than 25 cmH2O, with normal CSF composition.
e. No alternate explanation for the raised ICP.

97. The diagnosis of IH requires elevation of intracranial pressure. The lumbar puncture reveals normal CSF without sign of infection. There can be no evidence of an intracranial mass occupying lesion, and no evidence of any cause of the increased intracranial pressure can be present.

98. **Nomenclature**: Descriptors and names given to this disease entity have changed over time and can be confusing. The term "pseudotumor cerebri," as described above, is a

* Dandy also recommended the use of subtemporal decompressive surgery in the treatment of IH.

term of historical interest but has little intrinsic value. Similarly, the historic expression "benign intracranial hypertension" has been largely, and appropriately, set aside, because the disease is certainly not harmless as the term benign implies. These terms have been replaced by many in the literature with "idiopathic intracranial hypertension." However, identifying a cause for a disease so described is oxymoronic. For example, in a patient that developed IH secondary to minocycline use, the disease would never be described as "idiopathic intracranial hypertension secondary to minocycline." Rather, the condition would be properly described as "secondary intracranial hypertension" or "drug-induced intracranial hypertension." In my expert opinion, the term "primary intracranial hypertension [13] [14]," is a better descriptor of cases where no secondary etiology has yet been identified. It is neutral (implying neither harm nor harmlessness), automatically excludes secondary causes, involves no semantic infiltration, and leaves the door open to identifying causes of intracranial hypertension (e.g., physical finding, drug, or other disease state) that are not yet recognized by some.* However, to avoid confusion when secondary causes are later discussed, the term Intracranial Hypertension ("IH") will be used throughout this report, and is synonymous with primary intracranial hypertension.

99. **Symptoms of Intracranial Hypertension:** The symptom complex of IH is well defined and can be nonspecific. Headache is the most common symptom [15]. These headaches can be progressive, and are often described as similar to migraine or tension headaches. In addition, IH can present with intracranial noises leading to a whooshing or roaring sensation in the patient (tinnitus) that can be in rhythm with the pulse (pulsatile tinnitus). Most portentous of the symptom complex of intracranial hypertension is papilledema, a swelling at the junction of the retina with the second cranial nerve (optic nerve). Papilledema, unlike many conventionally subjective "symptoms" of disease, is a "sign," or an objective finding of IH. Papilledema can be a bilateral or unilateral finding, and if untreated, can progress from blurred vision to blindness. In addition, IH can affect the function of the cranial nerves that affect movement of the eye, specifically the oculomotor (CN† III), trochlear (CN IV) and abducens (CN VI), producing diplopia (double vision).

100. **Epidemiology of Intracranial Hypertension**: The incidence of IH in the general population has been reported as 0.9 per 100,000 individuals. There is a gender difference, with 90% of cases occurring in women. In addition, the incidence rate of IH is 4 times higher in women from 15-44 years old [16]. Children have been known to suffer from this disorder [17], although there is no sexual preference for IH pre-puberty [18]. There is no racial propensity for IH, although some studies do demonstrate that IH is less common among Asian populations, and there is some data suggesting that men and African American subjects with IH tend to experience greater difficulty with vision problems [19].

---

*There are precedents for the use of this term. While there are many causes for pulmonary hypertension (poison ingestion, liver disease, left heart failure, etc.), the term primary pulmonary hypertension is reserved for a serious disorder with heretofore unknown causes. When a new cause is established (e.g., rapeseed oil), then rapeseed oil induced pulmonary hypertension becomes pulmonary hypertension secondary to rapeseed oil.

† Cranial nerve

101. **Known Causes of IH:** IH is a diagnosis of exclusion, and can only be diagnosed when other conditions have been ruled out to a reasonable degree of certainty. Chief among these are systemic lupus erythematous, chronic kidney disease, and hormonal therapy. Other states to consider are, but are not limited to, Vitamin A toxicity, growth hormone, recent steroid withdrawal (including minocycline, tetracycline, and sulfasalazine), Bechet's Disease, arteriovenous malformations, extracranial venous hypertension secondary to cardiac septal defect, systemic lupus erythematous, uremia, and iron deficiency anemia [20].

102. **Obesity**: In this litigation, "Bayer states that although increased weight, obesity and recent weight gain are known risk factors for the development of PTC/IIH, Bayer admits that there is no generally accepted scientific biological mechanism by which obesity specifically causes PTC/IIH." It is not clear what Bayer means by "increased weight," but obesity and recent weight gain have both been identified as risk factors for IH. A recent study reviewing medical records from Olmsted County, Minnesota, found an incidence of 3.277 per 100,000 women (95% CI, 2.432-4.121), and 22.041 per 100,000 in obese women 15 to 44 years of age (no 95% CI reported) [24]. The study authors say the study includes several limitations, including "the retrospective design, the racial homogeneity of the study population, and incomplete data on obesity rates in the county and state." The latter limitation included the lack of any data on the obesity rates specific to Olmsted County. The author's substitution with the Minnesota obesity rates of 2000 is vitiated by their absence of Minnesota obesity rates for several years.

103. **Confounding by Obesity and Recent Weight Gain**: Many of Bayer's documents raise the possibility that the relationship between levonorgestrel and IH is not causal but is confounded or bound up with a relationship between obesity/recent weight gain and IH. An example is "[a] cumulative review of the ICSRs in Bayer's Pharmacovigilance database showed that a large proportion of cases include further risk factors for IIH (obesity and/or recent weight gain). The available case details do not support a causal association between levonorgestrel IUS use and IIH," MIR_IIH_EU00606965, and "LNG IUS is used in a population that is at highest risk of developing IIH. Preferential prescribing of progestin-only methods to obese women who should not use combined hormonal contraceptives due to increased risk for thrombosis is likely," MIR_IIH_EU00607032. It is not epidemiologically sound to wholly discount every case report that includes another factor that is related to IH because 1) obesity is not a cause of IH and 2) while other factors associated with IH may be present in some of these cases, they are not present in all of them. The common thread that links these cases together is levonorgestrel exposure. Just as strength of association on a population level is not adumbrated by an influence that is present but not causal, case control studies remain influential despite the presence of such nuisance confounders. In my analysis, I have considered the possibility of confounding due to obesity, but I am not aware of any actual data showing that Mirena® users are more frequently obese than women of reproductive age in general,

nor the extent to which those users are more frequently obese. This issue remains a consideration but not one that can be quantified nor helpfully used in an adjustment.

104. **Treatment of Intracranial Hypertension:** Treatment of IH includes a range of options from diuretic medication (e.g., acetazolamide, furosemide), to repeated lumbar punctures, to surgery on the cerebral sinuses (stent surgery). Shunt surgery was introduced in 1949, when ventriculo-peritoneal ("VP") shunts were used. In 1971, good results were reported with lumbo-peritoneal ("LP") shunting. This type of shunting fell into relative disuse during the 1980s due to the combination of negative reports concerning its use and the relative popularity of optic nerve sheath fenestration ("ONSF") at the time. However, since then, shunting is the principal surgical procedure used in the treatment of IH.

## Mirena®

105. **Mirena®:** Mirena® is a hormonal intrauterine device (IUD) that is inserted into the uterus for long-term birth control (contraception). A T-shaped plastic frame that releases levonorgestrel, a progestin (a synthetic progestogen[*]), Mirena® is believed to act by thickening the cervical mucus to prevent sperm from reaching or fertilizing an egg. The levonorgestrel released by Mirena® also thins the lining of the uterus, and partially suppresses ovulation. Levonorgestrel is an artificially synthesized progestogen, designed to mimic the naturally occurring hormone progesterone.

106. **Progesterone:** Progesterone plays a major in regulating changes in the uterus during the menstrual cycle. [21] Progesterone is secreted by the ovaries, and during pregnancy, the placenta. Secreted by the corpus luteum[†] after ovulation, progesterone transforms the endometrial tissue into a secretory condition that will support the ovum after fertilization. It also prevents the development of another egg. Finally, it has an anti-testosterone (anti androgenic) effect by blocking the formation of the strongest version of testosterone (dihydrotestosterone).

107. **Levonorgestrel**: Levonorgestrel is an earlier second generation synthetic progesterone (progestin) and is derived from testosterone. As a component of the Mirena® IUD, levonorgestrel is released at a rate of approximately 20 µg/day. According to the label, this rate decreases progressively to half that value after 5 years. Mirena® is indicated for intrauterine contraception for up to 5 years. Thereafter, if continued contraception is desired, the system should be replaced. Mirena® is contraindicated in women with a history of ectopic pregnancy, or pelvic inflammatory disease.

[*] Although the mechanism is unproven, the progestin is thought to decrease the likelihood of release of the egg, decrease the sensitivity of the ovum to sperm, and thin the uterine wall, decreasing the possibility of embryo implantation.

[†] The corpus luteum is the remains of the follicle that has released the egg or ovum during the menstrual cycle.

## Applying Bradford Hill Criteria to the Mirena®-IH Relationship

108. There is information in the peer-reviewed literature addressing the nature of the relationship between Mirena® and IH. This information is in the form of case reports, and analytic studies. In order to assess whether Mirena® truly causes IH, this information should be passed through the Bradford Hill criteria.*

109. **Bradford Hill Criterion: Strength of Association - Valenzuela**: Recall that strength of association specifically addresses whether there is a greater rate of IH among those exposed to IH then those not so exposed; the comparison of the rate is carried out through an odds ratio or relative risk. In 2017, Valenzuela et. al. [22] evaluated the use of the levonorgestrel-eluting intrauterine device (LNG-IUS) and its relationship with IH. This team conducted two case-control studies in different populations. These populations are known as cohorts. One cohort of patients was in Utah, and the other in the Netherlands. The purpose in each cohort was to compute the relative rate of IH when patients are exposed to LNG-IUS.

110. **The Utah Cohort**: The inclusion criteria for cases were: 1) females, 2) with an IH diagnosis between 2008 and 2013, and 3) who were between 18 and 55 years of age.

111. *Cases of IH:* The University of Utah IH database contains 473 patients. Of these, 176 patients met inclusion criteria and were sent introductory letters, 59 of which agreed to be telephoned about their IUS status. Among the 59 women who had met the inclusion/exclusion criteria for a case, 8 (14%) confirmed that they had an LNG-IUS in place at the time of the onset of IH symptoms, and 51 did not. All 8 women with an LNG-IUS developed symptoms of IH while the device was still *in situ*.

112. *Controls:* From the University of Utah Electronic Billing database, the authors identified 220,904 women without IH. In order to determine exposure to IUS, the authors identified all women in the database who had been billed for an LNG-IUS insertion between 2008 and 2013, excluding women who had a concurrent International Classification of Diseases Ninth Revision (ICD-9) code for IH. Of the

---

* In this fashion, knowledge for or against causality is accumulated by passing all of the evidence through a Bradford Hill filter. This can be expressed as $\int_{\Omega_s} d\left(bh_c\right)$. The integral sign is simply an announcement of our intent to accumulate over the universe of studies $\Omega_s$ the evidence that they provide – study by study– for or against causality using the $c^{th}$ Bradford Hill criterion $c = 1$ to 9. However, since there are multiple Bradford Hill criteria, we must assess each study against each of these nine Bradford Hill criterion. Thus, the total causal evidence is accumulated as $CE = \int_{\Omega_c}\int_{\Omega_s} d\left(bh_c\right)$ where *CE* is the accumulated causal evidence. In this second formulation, each study is assessed multiple times for its contribution because of the multiple criteria to be applied under Bradford Hill. Thus, the evidence is accumulated over the evidence region in order to obtain the strength of the causal argument. Thus, while the measure used to assess the contribution continues to be qualitative, this is essentially a mathematical process.

220,904 women without IH, 4408 of these women underwent LNG-IUS insertion between 2008 and 2013.

113. *Criticism of Controls*: Although the LNG-IUS data in Valenzuela was captured directly from the University of Utah electronic billing database, Bayer disregarded this published data in favor of their own unpublished calculation, which involved using figures from Boulet et. al. [23] and multiplying these by results from an additional study. [24] Specifically, use of LNG-IUS was determined from a CDC driven phone survey conducted for another purpose (a state-by-state study of Zika Preparedness that asked questions about contraceptive use). This was then multiplied by an assessment of the use of reversible contraception (LARC) by women in the University of Utah healthcare system. While this method produced a greater proportion on exposure in the LNG-IUS in the controls the approach is anomalous because 1) the CDC survey was not attempting to gather exposure data for use in assessing a causal relationship to a particular drug or device and relied on self-reporting, unlike the Valenzuela study. As the CDC authors themselves said, "information on contraceptive use was self-reported and might be subject to recall or social desirability bias." I do not find Bayer's adjustment to be methodologically sound or reliable and will use the Valenzuela controls instead.

114. *Analysis of the Utah Cohort:* Focusing on exposure, there are two sources of participants 1) the IH database, the source of cases and 2) the University of Utah Electronic Billing Database, the source of controls. It is an open question whether those subjects in the IH database do or do not have records in the billing database. However, it is appropriate to count the participants who are exposed from both sources and to pool them. Thus, when one computes the total number of participants exposed, one examines the number exposed to LNG-IUS from both the IH database and the billing system. This combination avoids having the IH database participation as a denominator for a prevalence computation separate and apart from the billing system, which would introduce a selection issue if the IH database and billing system track back to different populations. The data from the Utah cohort appear as follows:

Data from Utah Cohort:IH database and billing system

| | | Cases | Controls | Total |
|---|---|---|---|---|
| LNG-IUS | Exposed | 8 | 4,408 | 4,416 |
| | Unexposed | 51 | 216,496 | 216,547 |
| | Total | 59 | 220,904 | 220,963 |

115. The incidence of IH among women who underwent LNG-IUS was:

$$\frac{\textit{exposed cases}}{\textit{total exposure}} = 8/(8+4408) = 8/4416 = 0.001811.$$ [*]or approximately 0.18% in the LNG-IUS population (95% confidence interval ["CI"]: 0.07%–0.35%). Among those women without LNG-IUS, the incidence of IH was:

[*]The prevalence ratio for cases exposed to Mirena® should be the number of IH cases with Mirena® exposure divided by the total number of individuals with Mirena® exposure. Note that the authors made the mistake of not including in the denominator of patients with IUS the number of patients who had Mirena® exposure with their IH.

$\frac{\textit{unexposed cases}}{\textit{total unexposure}} = {}^{51}\!\big/_{(51+220,904-4408)} = {}^{51}\!\big/_{216547}$ * or 0.02% (95% CI: 0.01%–0.03%).

116. These rates are based on University of Utah records. They involve subjects with University of Utah interaction either through the IH database or through the University of Utah Medical Billing System, and serve as a fair reflection of the IH rate in individuals with and without LNG-IUS exposure.

117. **Effect Size:** In a crude analysis of the aggregate data, the excess risk (or attributable risk) observed in the LNG-IUS group was 0.15% (95% CI: 0.03%–0.20%), and the relative risk for the LNG-IUS group was 7.69 (95% CI: 3.65–16.19).

118. **Attributable Risk Exposed:** The ARE is the fraction of individuals with IH that is attributable to Mirena®. This is computed to be:

$$ARE = \frac{OR-1}{OR} = \frac{7.69-1}{7.69} = \frac{6.69}{7.69} = 86.9\% \approx 87\%.$$

119. Therefore, in a person who is exposed to Mirena®, and thereafter develops IH, there is a 87% chance that the IH was produced by the Mirena®.

120. **Role of selection bias in Utah cohort**. There is no perfect process by which one can ascertain exposure status. A process that relies on memory is open to selection memory recollection and is open to recall bias. Relying on electronic medical records does not have this vulnerability, but it susceptible to appropriate diagnostic search term inclusion as well as the exclusion of individuals from the database entirely. However, the inclusion of the requirement that cases have a three-month contraception history excludes patients who for example were exposed to LNG-IUS, developed IH shortly thereafter, but cannot recall their contraception history prior to LNG-IUS. The presence of this latter phenomenon would underestimate cases drawn from the IH database and lead to an underestimate of the odds ratio. One can argue the presence or absence of these influences but will not be able to conclusively include or repudiate.

121. The absence of adjustment for obesity and age is regrettable; however, one of the reasons the strength of association is considered is because, as the strength increases, the potential for a false positive due to confounding decreases. Here, the odds ratio of 7.70 (95% CI: 3.65–16.19), is a strong association. For example, the fact that, even at the lower end of the confidence interval, the relative risk remains above 3 strongly indicates the association exists regardless of potential confounders. In the absence of an egregious methodological error by the authors, it would be unreasonable to assume

---

*The prevalence ratio here should be the number of cases with no Mirena® exposure divided by the total number of individuals without Mirena® exposure. In the University database 51 patients with IH but not LNG-IUS is divided by the total number of patients in the University data base without LNG-IUS (51, and not 59 as the authors state) and the number of patients in the billing system without LNG-IUS.

that the large odds ratios observed in the Utah cohort would be completely adumbrated by adjustment for obesity and age. Incorporating these concerns and caveats, one can conclude that the researchers demonstrated a strength of association between LNG-IUS and IH in the Utah cohort that is not likely to be overshadowed by any adjustment for confounders.

122. **The Rigshospitalet Cohort:** Inclusion criteria were: 1) females, 2) with an IH diagnosis between 2008 and 2014, and 3) aged 18–55 years old. Recurrent cases were excluded.

123. *Cases:* The Rigshospitalet Department of Ophthalmology's Idiopathic Intracranial Hypertension (IIH) database included all patients with IH seen at the department from 2007 to 2014. The database contained 92 patients. Of these, 64 patients met inclusion criteria, and the files of all 64 patients were reviewed. Eight (13%) had an LNG-IUS in place at the time of onset of IH symptoms, and 56 patients did not. All 8 women with an LNG-IUS developed symptoms of IH while the device was still in situ.

124. *Controls:* The authors identified 154,877 women in the 18-55 age group who visited Glostrup Hospital at least once in 2008 to 2014 and did not have IH. The authors computed that 3.5% of these individuals used LNG-IUS. This percentage is based on 1) Denmark census data and 2) LNG-IUS sales data obtained from Bayer HealthCare Pharmaceuticals Inc., Thus, the authors calculated that (154,877)(0.035298) = 5467 women between 15 and 49 years[*] of and (154,877-5467) = 149,410 women in the cohort who had no LNG-IUS at entry in the cohort and did not have one inserted. The relevant data follow:

Data from Rigshospitalet IH and population computation

| | | Cases | Controls | Total |
|---|---|---|---|---|
| LNG-IUS | Exposed | 8 | 5,467 | 5,475 |
| | Unexposed | 56 | 149,490 | 149,546 |
| | Total | 64 | 154,957 | 155,021 |

125. *Criticism of the Controls*: Bayer argued in their BfArM response that the proportion of women to have undergone Mirena® implantation used by Valenzuela was an underestimate, claiming that 10% should have been used. In the Valenzuela paper, the authors obtained the proportion of the Denmark population exposure to LNG-IUS. This is the number of women who had their LNG-IUS paid for in 2014 (obtained from Bayer sales data), divided by the number of women in the Danish population who are in the age range (15-49) eligible by LNG-IUS. They then multiplied this fraction of women who were exposed to LNG-IUS in Denmark by the number of women seen at Glostrup Hospital, ages 18-55, who did not have IH. This method is similar to Bayer's own method for calculating global and national LNG-IUS exposure by way of sales data, with the addition of making it proportional to Glostrup Hospital instead of the whole of Denmark.

[*] This difference in age range is discussed in a subsequent paragraph.

126. There is a difference in age range in this. The population data used by the authors focused on the 15-49 age range. However, the individuals to whom that data was applied (Glostrup Hospital) are in the 18-55 age range. Fortunately, the impact of this difference is estimable. Using the 2016 Danish Census, the impact of adjusting the proportion of patients in Denmark using LNG-IUS from 15-49 to 18-55 is to add another 95,362 women to the size of the Danish population. This decreases the proportion of patients in Denmark using LNG-IUS from the reported proportion of 0.035 to 0.033. This correction would increase the reported odds ratio further by decreasing the number of patients exposed in the control group.

127. In response to BfArM, Bayer cited a study by Lindh et al. [25] claimed that "the prevalence of LNG IUS use in Denmark [was] approximately 10% (12% for 2014) of women in fertile age," which would nearly triple the size of the exposed control group for comparison. Two concerns with this manuscript's methodology are 1) the authors use redeemed prescription data which mixes new use data versus continued use data, and 2) does not included data from 2008 or 2009. Furthermore, it shows in 2010 and 2011 the prevalence of LNG IUS in Denmark was more in the range of 7-8%, rather than the 10-12% in 2012 and 2013.

128. However, Lindh does note that there was a substantial change in the distribution of types of contraceptive used in Denmark from 2010 to 2013 (potentially as the result of new guidelines in 2012), with an increase in the proportion of women using LNG-IUS. This is an observation worthy of consideration. It is reasonable to assume that, given the change in preferences in 2012 and after, the sales of IUS-IH in 2014 were at least as large as the average sales from 2008 to 2013. The Valenzuela authors applied this higher sales rate in the control group to the prior years of 2008 to 2013. This inflates the exposure in the control group thereby producing an underestimate of the odds ratio for the relationship between LNG and IH.

129. I do not have either prescription data (as used by the Lindh paper) after 2013 nor sales data (as used by Valenzuela) before 2014, and so it is impossible to determine the relationship between the two and reconcile the apparent contradiction between the two papers, which would together suggest there were nearly three times as many LNG-IUS prescriptions in 2013 as there were sales in 2014. Although the authors of the Lindh paper had financial ties to Bayer, they were apparently unable to obtain sales data for LNG-IUS from Bayer for Denmark, and so this contradiction would never have been apparent to them. Working with the available data, there are three primary reasons that I cannot rely on the Lindh figures suggesting 10% of women in Denmark use ING-LUS: first, the Lindh paper did not attempt to determine the unconditional probability leading to the absolute number of women using LNG-IUS but rather the conditional probability of LNG-IUS given that a women is on contraceptives. ; second, the Lindh paper did not provide specific figures that I could use for an alternative computation (instead summarizing them with approximations and figures); and, third, the Lindh paper states "the vast majority of women had repeat prescriptions, suggesting real use," but the basis of the computation in the Valenzuela computation is patients, not prescriptions; the substitution of prescriptions for patients inappropriately overestimates the number of patients using Mirena®.

130. *Analysis of the European Cohort:* The prevalence of IH among those exposed to LNG-IUS was $8/(8+5467) = 0.00146$.[*] The prevalence of IH in the unexposed group is $56/\left(56+(154957-5467)\right) = 56/149546 = 0.00038$.[†] In a crude analysis of the aggregate data, the relative risk for the LNG-IUS group was 3.90 (95% CI: 1.86–8.18). the excess risk (or attributable risk) observed in the LNG-IUS group was 0.11% (95% CI: 0.01%–0.21%).

The attributable risk exposed is $\frac{OR-1}{OR} = \frac{3.90-1}{3.90} = \frac{2.90}{3.90} = 0.743$. Applying the ARE from this cohort, in a person who is exposed to Mirena®, and subsequently develops IH, there is a 64.3% chance that the IH was produced by the Mirena®. This is consistent with a large excess of risk of IH being due to LNG-IUS. These findings demonstrate a large odds ratio in two separate populations. The computations are different, especially regarding the size of the control group in the two analyses. At the University of Utah, determination of the control group involved the interrogation of a database. In the Rigshospitalet cohort, the determination was a proportionate computation.

131. Nevertheless, each of these two cohorts demonstrated a positive strength of association; the odds ratios are substantial (7.69 for the Utah cohort; 3.9 for the Rigshospitalet cohort). Selection and misclassification biases would need to be overwhelming to reverse these findings. In conclusion, the consistency of the finding from two different populations is striking, even after taking into account that the results are provided by the same investigators.

132. **Bradford Hill Criterion: Temporality:** As described earlier in this report, temporality requires that exposure occur before the disease. Cases in the Bayer database demonstrate the occurrence of IH after the insertion of the Mirena® device. I note here that, in response to BfArM, Bayer declined to use the WHO-UMC causality assessment criteria, claiming it would not "provide additional value." MIR_IIH_EU00606986. There are multiple examples of cases that would satisfy the WHO criteria for a "probable/likely" causal relationship, in that 1) there is a reasonable time relationship between Mirena® exposure to IH, and 2) it is unlikely the IH would be attributed to other factors. Included below are some representative examples, with a diagnosis spanning from several weeks to 4 years after Mirena® insertion. It is noteworthy that the majority of cases occurred in the first 2 years of Mirena® use, which is further explored under the criterion of biologic gradient.

---

[*]This is the number of patients with both IH and LNG-IUS divided by the total number of patients with IUS (which includes the 8 patients with IH which the authors did not include) computed from the exposure discussion above.
[†]This is the number of patients with IH and no LNG-IUS, divided by the total number of patients without LNG-IUS. From the Rigshospitalet clinic, 56 patients were identified with both IH and no LNG-IUS. Regarding the denominator, 56 (not 64 as the authors state) patients had no LNG-IUS from the clinic. The national records recorded 154,877 women in the cohort without LNG-IUS, adjusted for the 5467 women who had an LNG-IUS installed (based on the 3.5% computation).

a. *Case Number 00/01605-CDS:* A woman (age unknown) had Mirena® inserted 9 months ago. After 7 months of use the patient presented with benign intracranial hypertension. No tumor was detected and the patient received no concomitant drugs. The reporter contacted to ask whether the symptom could be related to Mirena® and whether it should be removed.

b. *Case Number 02/00179-SHC:* A 34-year-old female had a Mirena® IUS fitted for contraception in April 2000. In January 2002 she was diagnosed with benign intracranial hypertension. Outcome: not yet recovered. Benign intracranial hypertension diagnosed 1 year 9 months after Mirena® insertion.

c. *Case Number PT-2004-027697:* In March 2004, the patient had Mirena® inserted. Indication was not reported. On June 25, 2004, the patient had complaints of headaches and papilledema. The patient was diagnosed with severe intracranial hypertension suggestive of pseudotumor cerebri (benign intracranial hypertension). The cerebrospinal fluid pressure was above 55 cmH2O.

d. *Case Number CA-2005-014187:* In May 2003 the patient received the first dose of levonorgestrel (Mirena®) at .02 mg, continuous via intra-uterine route of administration for contraception. On June 5, 2005 the patient began experiencing persistent severe headaches. The patient underwent the diagnostic procedure of lumbar puncture which revealed an opening pressure increased. Three ophthalmologists confirmed a papilledema. The event papilledema caused initial hospitalization (date of admission unknown). The patient was treated with acetazolamide (Diamox) and furosemide (Lasix). On July 12, 2005, after an unknown duration, the patient was discharged from the hospital.

e. *Case Number GB-2005-022149:* A health care professional reported on October 21, 2005 the occurrence of a benign intracranial hypertension in a female who was prescribed levonorgestrel (Mirena®, IUS). No past medical history, concurrent conditions or concomitant medications were reported. On an unspecified date the patient had an intrauterine insertion of levonorgestrel (Mirena®), indication not given. The patient has had Mirena® in situ for 5 years and over this time has experienced benign intracranial hypertension. In December 2000 the patient had Mirena® inserted via intra-uterine route of administration for menorrhagia. This patient's event was seen September 2004 by an optician and then referred to the neurologist. The event occurred approximately 4 years from time of administration. Treatment included regular lumbar punctures and treatment medications included venlafaxine, fluticasone propionate inhaler, acetazolamide, orlistat (Xenical), paracetamol, codeine phosphate, bendrofluazide, meloxicam, and salbutamol inhaler.

f. *Case US-2006-010674*: In 2003 the patient had Mirena® inserted for contraception. On an unspecified date the patient was diagnosed with pseudotumor cerebri. Treatment and outcome were not reported. In January 2006 the patient was diagnosed with pseudotumor cerebri. The symptoms included bad

migraines and vision problems. She lost most of her peripheral vision. A CT scan done in January 2006 was normal. An MRI done in March 2006 showed pseudotumor cerebri. The patient was treated with lumbar puncture and acetazolamide sodium (Diamox) 250 mg orally every day. She was also scheduled to have unspecified eye surgery. The patient was not hospitalized. The pseudotumor cerebri has not resolved.

g. *Case Number US-2007-021895:* On July 30, 2005, the levonorgestrel (Mirena®) was inserted via intra-uterine route of administration for contraception. The patient was lactating at the time of Mirena® insertion. It was not reported if Mirena® was used previously and tolerated, or if pregnancy testing and ultrasound were done at time of insertion. The patient's last menstrual period was on May 1, 2007. On an unspecified date in 2007, the patient developed Idiopathic Intracranial Hypertension (medically significant). In May 2007, the patient had an ophthalmological exam that revealed she had increased pressure in her eyes and she was referred to a neurologist. The patient underwent an MRI and spinal tap in May 2007 that revealed increased intracranial pressure. All other unspecified tests were negative. The patient was treated with acetazolamide sodium (Diamox) for increased intracranial pressure. The Mirena® was removed on May 16, 2007. During a follow-up call to the patient by the nurse midwife on June 22, 2007.

h. *Case Number 200815971GPV:* On January 8, 2008, approximately 10 months after starting treatment with second Mirena®, the patient developed severe headache and was hospitalized. Computed tomography (CT), angiography, spinal puncture (liquor) and neurological examination were all normal. Intracranial benign hypertension was diagnosed. Patient was discharged on January 9, 2008.

i. *Case Number 2011-048838:* This spontaneous case report was received on 06-Jun-2011 from a nurse practitioner in the United States via sales representative. The report refers to a 29-year-old female patient who was prescribed Mirena® (levonorgestrel IUS) and experienced intracranial hypertension. Patient's medical and drug history were not reported. On an unspecified date in September 2009, patient had the intrauterine Mirena® IUS inserted for an unspecified indication. Lot# was TU001BV, expiry date was January 2012. It was not reported whether Mirena® was used previously in this patient. On April 19, 2011, one and a half years after the insertion of the Mirena®, patient went to the office to have her Mirena® removed. The patient stated that she was having severe headaches and went to a neurologist and was told that she had intracranial hypertension caused by the Mirena®.

j. *Case Number 2011-056115:* This case is a spontaneous case report received from an unspecified age female. In September 2009, the consumer had Mirena® (LEVONORGESTREL) inserted the indication was not reported. It was not reported if whether Mirena® was used previously. In February 2010, the consumer experienced severe migraine. In August 2010, she had vision loss and idiopathic intracranial hypertension (pseudotumor cerebri) was diagnosed.

Consumer was requiring treatment for pseudo tumor cerebri to preserve her vision and hopefully to reverse the vision loss.

k. *Case Number 2011-056847:* The report refers to the reporting 47-year-old female consumer who was prescribed Mirena® (levonorgestrel IUS) and experienced idiopathic intracranial hypertension (IIH) / increased liquor pressure with symptoms vision loss in one eye, blurred vision (papilledema), diplopia, left leg failure. This report is not medically confirmed. Consumer's medical history included thyroid problem (Hashimoto's disease) treated with Thyrax (levothyroxine). On an unspecified date in 2008, four years before the time of report, consumer had the intrauterine Mirena® IUS 20 mcg a day continuing inserted. Lot # was not reported. It was not reported whether Mirena® was used previously in this consumer. On an unspecified date, two weeks before the time of report, four years after the insertion of the Mirena®, patient experienced vision loss in one eye (NOS), blurred vision (papilledema), diplopia, left leg failure. Patient was hospitalized and idiopathic intracranial hypertension (IIH).

l. *Case Number 2011-059368:* Pseudotumor cerebri onset was on 19 Jun 2011 and it was on-going at time of report. Patient developed headaches and on routine eye exam was noted to have papilledema. MRI brain was normal and lumbar puncture revealed elevated opening pressure. Patient was planning to have Mirena® removed. Reporting physician was unknown if events were related to Mirena®. Column1 Benign intracranial hypertension with papilledema diagnosed 10 months after insertion.

m. *Case Number 2011-092783*: A couple of weeks after insertion the patient notice visual disturbances in her eye. She went to an ophthalmologist and Neurologist. The Neurologist told her that she had a cerebri pseudotumor behind her eye. As a result of this tumor the patient has lost some vision. Mirena® remained inserted. The ophthalmologist considered cerebri pseudotumor behind eye related to Mirena® use.

133. **Bradford Hill Criterion: Biologic Gradient:** As described above, the biologic gradient involves the presence or absence of a relationship between the exposure to the potential hazard and the occurrence of the disease. “Exposure” and “duration” must be defined in the germane manner for the disease under investigation. There are some circumstances where exposure is the gradual accumulation of risk over time, e.g., the relationship between smoking and lung cancer. However, this is not the only model. A single ingestion of 5 grams of acetaminophen in a single day can cause liver failure. The production of acute liver failure following a single dose of halothane anesthesia, or the exfoliative skin disorder of Stevens Johnson syndrome can follow a short exposure to a therapeutic dose of phenobarbital; clearly even short therapeutic doses of some exposures can have debilitating consequences. Thus, the demonstration of a biologic gradient requires attention to the entire dose/duration experience.

134. An additional complication is that IH is a disease whose diagnosis can have different temporal relationship with its symptoms. For example, the diagnosis can take place

soon after the onset of symptoms; alternatively, diagnosis may only occur after the symptom burden has been months in duration; a symptom burden that is in hindsight, reflective of the disease. In this circumstance, the long duration of exposure may be more reflective of the delayed diagnosis of the disease. This complexity must also be factored in to the biologic gradient relationship.

135. Of the suspected associations with IH discussed in the literature, such as Vitamin A intoxication, corticosteroids, and aldosteronism, there does not appear to be evidence suggesting a *cumulative* exposure risk, which is a disease risk that requires a substantial exposure time. In addition, no literature has identified a link between the duration of obesity and the occurrence of IH. The only temporal property of obesity that is related to IH is the rapid increase in weight, increases that are explained by $Na^+$ ion and water retention secondary to changes hormonal status

136. In the case of Mirena®, there are two primary potential ways for assessing exposure: long term exposure to levonorgestrel (which would be measured in woman-years), or relatively short-term exposure to levonorgestrel (using serum levonorgestrel levels). Given the above-mentioned considerations about IH, the shorter exposure analysis is more consistent with the pathophysiology of IH than a cumulative exposure analysis.

137. The insertion of the Mirena® device initiates a new exposure to Mirena®. However, as provided in the Mirena® prescribing information, levonorgestrel exposure is both higher and more variable in the first two years of use than in the subsequent three years. Specifically:

> The initial release rate is approximately 20 mcg/day over the first 3 months tested (day 0 to day 90). A stable serum concentration, without peaks and troughs, of levonorgestrel of 150–200 pg/mL occurs after the first few weeks following insertion of Mirena®.It is reduced to approximately 18 mcg/day after 1 year and then decreases progressively to approximately 10 mcg/day after 5 years. Specifically, levonorgestrel concentrations after long-term use of 12, 24, and 60 months were 180±66 pg/mL, 192±140 pg/mL, and 159±59 pg/mL, respectively.

138. This time related differential release of levonorgestrel is an explanation of a Mirena® finding, namely the time dependent suppression of ovulation. The Mirena® prescribing information also identifies at least one hormonal side effect that is more common in the first year than it is in the fourth year: "Ovulation is inhibited in some women using Mirena®. In a 1-year study, approximately 45% of menstrual cycles were ovulatory, and in another study after 4 years, 75% of cycles were ovulatory." Bayer has also admitted in this litigation "Bayer admits that the levonorgestrel released from Mirena® may inhibit ovulation in some women, primarily during the first year of use."

139. In Bayer's own studies, ovarian cysts were reported by 25.2% of Mirena® subjects, 9.8% of Kyleena subjects, and 8.8% of Skyla subjects. MIR_IIH_EU00369901, (page 17). The percentage of patients with ovarian cysts corresponds to the reported

levonorgestrel levels of 20, 16, and 12 mcg/day. This also shows LNG-IUS producing a higher rate of systemic side effects as the dose goes up.

140. The occurrence of IH cases can also correspond with serum levonorgestrel levels. In the Valenzuela paper, “the mean duration of exposure to LNG-IUS prior to symptom onset in this group was 22 months (range: 1 month to 5 years).” Although the full data for time of symptom onset is not available, and the median time to onset was not provided, the mean exposure being less than two years suggests the majority of cases occurred within the first two years of Mirena® use.

141. Similarly, Bayer’s own analyses of case reports indicate that the majority of cases occur within the first two years. In the 2015 signal investigation, 77.8% of cases with time-to-onset information occurred in the first two years. In the 2017 BfArM response, 62.9% of cases with time-to-onset information occurred in the first two years.

142. Bayer’s own Mirena® exposure analyses (using a cumulative model) assumes a 10% discontinuation rate each year. Even when accounting for that discontinuation rate, if IH was occurring randomly in Mirena® users (i.e., no association), the majority of cases would nonetheless occur after two years, not before it. This is because the duration of time after two years over which the patient is exposed to Mirena® (commonly total exposures is over five years) is greater than the duration of time up to two years; Instead, in most cases, the time-to-onset was less than two years, the same time when levonorgestrel levels are the highest and the most variable. This data indicates there is a biological gradient, in that IH occurs more frequently in Mirena® users during the points when levonorgestrel levels are the highest and the most variable.

143. **Bradford Hill Criterion: Biologic Plausibility – The Role of Mechanism:** A causal relationship is not passive; it has force and directionality. This force is empowered by an understanding of how the exposure induces the disease. By 1) exhibiting the structure of events (and the specific evidence to support this structure) by which the levonorgestrel released by Mirena® actually produces IH, and 2) the simultaneous demonstration that no well-understood or accepted tenet of science must be overthrown to accept the mechanistic argument, a plausible mechanism is established. Thus, not only must there be data that have been measured with scientific precision that supports the proposed mechanism, but the proposed mechanism must be conceivable and creditable, meaning that it must have a solid basis in physiology, pathophysiology, biochemistry, or molecular biology.

144. IH is a disease with multiple causes. Just as systemic hypertension can be caused by chronic fluid and $Na^+$ overload, but in addition by thyroid disorders, adrenal gland disorders, and kidney disorders, IH (i.e., elevated CSF in the absence of a mass lesion, and in the presence of normal MR) also has several causes including Vitamin A overdose, and arteriovenous malformations. Thus, a mechanism of action must not be confounded or bound up with the mechanism of actions of other causes. However, a unifying mechanism has been expounded that reconciles many of the strongest

causal associations to IH, including Vitamin A intoxication, corticosteroids, aldosteronism, and even mitochondrial metabolites.

145. **Summary of Causal Mechanism:** Mirena® causes, or is a substantial factor contributing to the cause of, IH through the release of the progestin levonorgestrel which mimics the action of the mineralocorticoid aldosterone, thereby increasing sodium ion and water flow into the central spinal fluid, and subsequently increasing CSF pressure. There is evidence in the peer review literature that supports this. Specifically:

a. The levonorgestrel from Mirena® enters into the bloodstream and is thereafter distributed throughout the body.
b. Because of the similarity of levonorgestrel to the androgen male sex hormones, levonorgestrel, is capable of activating androgen receptors and causing androgenic side effects, such as hirsutism and acne.
c. The choroid plexus, the region of the brain that produces CSF, has receptors for steroids and reproductive hormones. Among those, the choroid plexus also has aldosterone receptors (mineralocorticoid receptors, or "MR").
d. It has been demonstrated that the steroid hormone aldosterone is the principal physiologic mineralocorticoid. It provides essential control of $Na^+$ ion excretion in the kidney, and also binds to aldosterone receptors (mineralocorticoid receptors, or "MR") in various target organs throughout the body, producing biological responses such as edema, and water retention.
e. It has been demonstrated that the activation of the mineralocorticoid receptors controls the movement of sodium ion and water into the CSF and that elevations in aldosterone level can cause IH.
f. It has also been proven that other steroid hormones can mimic aldosterone's position in the MR that do not produce an anti-mineralocorticoid effect.
g. Specific scientific evidence reveals that levonorgestrel has a high affinity for mineralocorticoid receptors.
h. The similarity in structure between levonorgestrel and the sodium and water controlling steroid hormone aldosterone allows levonorgestrel to mimic aldosterone, and thereby activate the aldosterone receptor. This effect is not limited solely to aldosterone, and levonorgestrel is more likely than not capable of activating multiple types of receptors in the choroid plexus and the choroidal epithelium.
i. Levonorgestrel's androgenic effects, and its fit in the MR receptor, can activate a cascade of well-defined biochemical mechanisms where by CSF pressure is increased and the symptoms of IH follow.

146. There are ample biomedical sources that support this mechanism, which have formed the basis of my summary of causal mechanism above. This evidence is cited at references [26] through [66].

147. **Bradford Hill Criterion: Coherency:** The mechanism of 1) increased egress of $Na^+$ ion and water flow into the CSF from the choroid plexus producing CSF, and 2)

decreased flow (either by decreased activity of carbonic anhydrase, or reversal of the effect of steroid hormones that mimic aldosterone in the MR can reduce the symptoms of IH does not contradict known science. In fact, this mechanism relies on known science (e.g., the role of carbonic anhydrase and aldosterone in the kidney, their activity in the choroid plexus, how reversal of activity of carbonic anhydrase reduces symptoms of IH, and the mimicry of aldosterone at its receptor), and is therefore in concordance with modern molecular biology.

148. **Bradford Hill Criteria: Consistency:** Valenzuela is one author who has conducted two observational studies in one manuscript. The studies are performed in different populations, and utilized different protocol to identify control patients (health database in Utah, census data in Rigshospitalet). This satisfies the consistency metric.

149. **Bradford Hill Criteria: Specificity:** As acknowledged earlier in this report, IH has multiple causes. However, these additional causes (*e.g.*, hypervitaminosis, known testosterone overdoses, etc.) can either be excluded, statistically adjusted out of consideration, or accounted for in a multi-factorial causation model.

150. **Bradford Hill Criterion: Experimental Evidence – Challenge-Dechallenge-Rechallenge**: Several cases of challenge-dechallenge are found in the Bayer database. In fact, Bayer's own analysis for BfArM showed that in the majority of cases in which a patient developed IH while using Mirena® and the Mirena® was removed (and there was information about the patient's subsequent course), the patient either recovered or improved (14 "recovered," 23 "improved," 31 "did not recover.") MIR_IIH_EU00606994.Included below are some representative examples:

a) *Case Number 01/02016-CDS:* A 34-year-old female patient had Mirena® inserted in the indication contraception on December 21, 2000. On May 22, 2011, the patient presented with bilateral papilledema under intracranial hypertension. The patient underwent MRI examination which was negative. Mirena® was removed on June 8, 2001. The patient recovered 6 months after the reaction onset.

b) *Case Number ESP-2002-000308:* A 46-year-old female patient on intra-uterine Mirena® IUS for menorrhagia experienced benign "endocranial hypertension." Symptoms disappeared after Mirena® removal. No other existent diseases, no concomitant medication and no other medically relevant history. No similar reaction observed before. The reporting gynecologist diagnosed a headache that he considered non-serious as such, but afterwards the patient informed the reporting physician that benign endocranial hypertension had been diagnosed at a department of neurology.

c) *Case FR-2005-014178:* On January 15, 2003, the patient was fitted with levonorgestrel (Mirena®) at 20 µg/day, continuous via intra-uterine route of administration for an unspecified indication. Approximately 5 months later on 26 Jun 2003, the patient presented severe occipital cephalgia,

nausea, vomiting, tinnitus and horizontal diplopia. On July 8, 2003, investigations were performed and the results were as follows: CT Scan and angio MRI were normal. The patient's eye fundus revealed symmetrical and bilateral papillary edema with hemorrhagic and cottony nodules. Lumbar puncture was performed: The patient's cerebrospinal fluid pressure was 62 cm $H_2O$. A treatment with corticosteroids (for systemic use) 60mg daily was started. On September 19, 2003, the patient was hospitalized and the diagnostic of benign intracranial hypertension was made. In September 2003 (exact date not stated) a treatment with Diamox (daily dose, frequency of administration) was initiated. At follow-up on June 2, 2005, the patient's occipital cephalgia and visual discomfort remains present. Hospitalization was planned for a second complete check-up. Mirena® was removed in July 2005 (exact date not stated) The treatment with Diamox was withdrawn in March 2006. The treatment with corticosteroids has been decreased progressively. Outcome: The patient recovered without sequela from benign intracranial hypertension and there was no recurrence of this one. One pregnancy ended at normal term with delivery on 13.

d) *Case Number 200811709GPV:* The patient had Mirena® (levonorgestrel releasing IUD) inserted on May 31, 2007 in the indication contraception. The patient experienced papilledema with symptoms of lower abdominal pain, nausea, headache, dizziness, sleep disturbances and weight gain. An MRI imaging of the head and a neurological examination were still pending at the time of the report. Mirena® was withdrawn on January 4, 2008. Mirena® was removed 7 months after insertion. Patient recovered (3 months after Mirena® removal).

e) *Case Number 200929138GPV:* Benign intracranial hypertension with bilateral papilledema diagnosed 2 months after Mirena® insertion. Symptoms included blurred vision, dizziness, headache, and neck pain. No information on weight. Hospitalization, 2 lumbar punctures with post-puncture syndrome, acetazolamide. Mirena® was removed 2 months after insertion. Patient improved under treatment (reported 14 days after removal).

151. While there do not appear to be any cases of reported rechallenge, it should to be noted that deliberately re-challenging serious disease is widely considered unethical. It does not seem unreasonable that a patient developing IH in the spontaneous setting would not be fitted with another Mirena® IUS if the removal led to dechallenge.

152. **Bradford Hill Criterion: Analogy – Case Reports and Case-Control Studies of Mirena® and Norplant®**: There are several examples reviewed in **Appendix A** that demonstrate how Mirena® plausibly produces IH. The case reports analyzed also demonstrate the occurrence of elevated testosterone levels, a hormone with a similar

structure to levonorgestrel, associated with IH. In addition, the use of the subdermal levonorgestrel implant, Norplant, is also significantly associated with IH.

153. For example, in order to describe serious adverse events in Norplant® users from reports submitted to the Food and Drug Administration's (FDA) MedWatch Spontaneous Reporting System [67]. It is important to note that this was a study of reports from Norplant® users, and not Mirena®, which was not yet sold in the United States. The authors reported certain serious adverse events in Norplant® users in the United States from February 1991 to December 1993. Specifically, among other reports, they reported 39 women hospitalized for pseudotumor cerebri ("PTC"). The comparison of reported rates with expected rates, and the relationship of some of these disorders with oral contraceptives raised the suspicion of a causal association with Norplant®. The authors concluded that many of the reported events did not exceed the expected rates, but the reporting rates for stroke and PTC were close enough to the expected rates to suggest an increased risk with Norplant® use.

154. There have been criticisms of the Bradford Hill approach. However, it is a time-tested procedure permitting one to get to the true nature of the exposure-disease relationship, differentiating a causal relationship from the mere simultaneous occurrence of the two. The application of these principals, well established before the central question of this report was raised, demonstrates to a reasonable degree of scientific and medical probability that levonorgestrel is a cause, or substantial factor contributing to the cause, of IH.



Lem Moyé, M.D., Ph.D.

December 28, 2017

**References**


1. Moyé LA, Lai D, Jing K, Baraniuk MS, Kwak M, Penn MS, Wu CO. Combining censored and uncensored data in a U-statistic: design and sample size implications for cell therapy research. Int J Biostat. 2011;7. pii: Article 29. Epub 2011 Jul 22.
2. Traverse JH, Henry TD, Ellis SG, Pepine CJ, Willerson JT, Zhao DXM, Forder JR, Byrne BJ, Hatzopoulos AK, Penn MS, Perin EC, Baran KW, Chambers JW, Lambert C, Raveendran G, Simon DI, Vaughan DE, Simpson LM, Gee AP, Taylor DA, Cogle CR, Thomas JD, Silva GV, Jorgenson BC, Olson RE, Bowman S, Francescon J, Geither C, Handberg E, Smith DX, Baraniu S, Piller LB, Loghin C, Aguilar D, Richman SJ, Zierold C, Bettencourt J, Sayre SL, Vojvodic RW, Skarlatos SI, Gordon DJ, Ebert RF, Kwak M, Moyé LA, Simari RD for the Cardiovascular Cell Therapy Research Network (CCTRN). Effect of Intracoronary Delivery of Autolologous Bone Marrow Mononuclear Cells Two to Three Weeks Following Acute Myocardial Infarction on Left-Ventricular Function: The Late TIME Randomized Trial. Journal of the American Medical Association. 2011 Nov; 306(19):2110-2119.
3. Perin EC, Willerson JT, Pepine CJ, Henry TD, Ellis SG, Zhao DX, Silva GV, Lai D, Thomas JD, Kronenberg MW, Martin AD, Anderson RD, Traverse JH, Penn MS, Anwaruddin S, Hatzopoulos AK, Gee AP, Taylor DA, Cogle CR, Smith D, Westbrook L, Chen J, Handberg E, Olson RE, Geither C, Bowman S, Francescon J, Baraniuk S, Piller LB, Simpson LM, Loghin C, Aguilar D, Richman S, Zierold C, Bettencourt J, Sayre SL, Vojvodic RW, Skarlatos SI, Gordon DJ, Ebert RF, Kwak M, Moyé LA, Simari RD; Cardiovascular Cell Therapy Research Network (CCTRN). Effect of transendocardial delivery of autologous bone marrow mononuclear cells on functional capacity, left ventricular function, and perfusion in chronic heart failure: the FOCUS-CCTRN trial. JAMA. 2012 Apr 25; 307(16): 1717-26. Epub 2012 Mar 24.
4. Traverse JH, Henry TD, Pepine CJ, Willerson JT, Zhao DX, Ellis SG, Forder JR, Anderson RD, Hatzopoulos AK, Penn MS, Perin EC, Chambers J, Baran KW, Raveendran G, Lambert C, Lerman A, Simon DI, Vaughan DE, Lai D, Gee AP, Taylor DA, Cogle CR, Thomas JD, Olson RE, Bowman S, Francescon J, Geither C, Handberg E, Kappenman C, Westbrook L, Piller LB, Simpson LM, Baraniuk S, Loghin C, Aguilar D, Richman S, Zierold C, Spoon DB, Bettencourt J, Sayre SL, Vojvodic RW, Skarlatos SI, Gordon DJ, Ebert RF, Kwak M, Moyé LA, Simari RD; Cardiovascular Cell Therapy Research Network (CCTRN). Effect of the use and timing of bone marrow mononuclear cell delivery on left ventricular function after acute myocardial infarction: the TIME randomized trial. JAMA. 2012 Dec 12; 308(22): 2380-9. Erratum in: JAMA. 2013 Jan 23; 309(4):343.
5. Moyé, L.A., and Roberts, S.D. 1982. "Modeling the pharmacologic treatment of hypertension," Management Science; 28:781-797.
6. Hill B, Observation and Experiment. N Engl J Med 1953; 248(24): 995-1001
7. ISIS-2 (Second International Study of Infarct Survival) Collaborative Group. Randomised trial of intravenous streptokinase, oral aspirin, both, or neither among 17,187 cases of suspected acute myocardial infarction: ISIS-2 Lancet. 1988 Aug 13;2(8607):349-60.
8. Hill AB, "The Environment and Disease: Association or Causation?" Proceedings of the Royal Society of Medicine, 58 (1965), 295-300.

9. Lenz W. Thalidomide and congenital abnormalities. Lancet 1962;1:45.
10. Monahan BP, Ferguson CL, Killeavy ES, Lloyd BK, Troy J, Cantilena LR Jr. Torsades de pointes occurring in association with terfenadine use. JAMA 1990 Dec 5;264(21):2788-90.
11. Friedman DI, Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology. 2002; 59:1492–1495.
12. Pearce JM. From pseudotumor cerebri to idiopathic intracranial hypertension. Pract Neurol 2009;9:353–56
13. Thurtell MJ, Bruce BB, Newman NJ, Biousse V. An update on idiopathic intracranial hypertension. Rev Neurol Dis. 2010 Spring-Summer;7(2-3):e56-68
14. Shawn C. Aylward Intracranial hypertension: Is it primary, secondary, or idiopathic? J Neurosci Rural Pract. 2014 Oct-Dec; 5(4): 326–327. doi: 10.4103/0976-3147.139962 PMCID: PMC4173226
15. Ball AK, Clarke CE. Idiopathic intracranial hypertension. Lancet Neurol. 2006 May;5(5):433-42.
16. Chen J, Wall M. Epidemiology and risk factors for idiopathic intracranial hypertension. Int Ophthalmol Clin. 2014 Winter;54(1):1-11. doi: 10.1097/IIO.0b013e3182aabf11. PMID: 24296367
17. Bruce BB, Biousse V, Newman NJ. Update on idiopathic intracranial hypertension. Am J Ophthalmol. 2011 Aug;152(2):163-9. doi: 10.1016/j.ajo.2011.03.020. Epub 2011 Jun 21.
18. Aylward SC, Reem RE. Pediatric Intracranial Hypertension. Pediatric Neurology, Volume 66, 32 – 43.
19. Chen J, Wall M. Epidemiology and risk factors for idiopathic intracranial hypertension. Int Ophthalmol Clin. 2014 Winter;54(1):1-11. doi: 10.1097/IIO.0b013e3182aabf11.
20. Betül Baykan B, Eki zoğlu E, Altıokka Uzun G. An update on the pathophysiology of idiopathic intracranial hypertension alias pseudotumor cerebri. AĞRI 2015;27(2):63-72
21. Sitruk-Ware R. New progestogens: a review of their effects in perimenopausal and postmenopausal women. Drugs Aging. 2004;21(13):865-83.
22. Valenzuela RM, Rai R, Kirk BH, Sanders JN,Sundar S, Hamann S, Warner JEA, Digre KB, Crum AV,Jones KP Katz BJ (2017): An Estimation of the Risk of Pseudotumor Cerebri among Users of the Levonorgestrel Intrauterine Device, Neuro-Ophthalmology, DOI: 10.1080 /01658107.2017.1304425
23. Boulet SL, D'Angelo DV, Morrow B, Zapata L, Berry-Bibee E, Rivera M, Ellington S, Romero L, Lathrop E, Frey M, Williams T, Goldberg H, Warner L, Harrison L, Cox S, Pazol K, Barfield W, Jamieson DJ, Honein MA, Kroelinger CD.Contraceptive Use Among Nonpregnant and Postpartum Women at Risk for Unintended Pregnancy, and Female High School Students, in the Context of Zika Preparedness - United States, 2011-2013 and 2015. MMWR Morb Mortal Wkly Rep. 2016 Aug 5;65(30):780-7. doi: 10.15585/mmwr.mm6530e2.
24. Sanders JN, Turok DK, Gawron LM, Law A, Wen L, Lynen R. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review.Am J Obstet Gynecol. 2017 Jun;216(6):590.e1-590.e8. doi: 10.1016/j.ajog.2017.02.003. Epub 2017 Feb 8.

25. Lindh I, Skjeldestad FE, Gemzell-Danielsson K,Heikinheimo O, Hognert H, Milsom I, Lidegaard Ø.Contraceptive use in the Nordic countries. Acta Obstet Gynecol Scand. 2017 Jan;96(1):19-28. doi: 10.1111/aogs.13055.
26. Markey KA, Mollan SP, Jensen RH, Sinclair AJ. Understanding idiopathic intracranial hypertension: mechanisms, management, and future directions. Lancet Neurol. 2016 Jan;15(1):78-91. doi: 10.1016/S1474-4422(15)00298-7. Epub 2015 Dec 8.
27. McGeeney BE1, Friedman DI. Pseudotumor cerebri pathophysiology. Headache. 2014 Mar;54(3):445-58. doi: 10.1111/head.12291. Epub 2014 Jan 16.
28. NORDIC Idiopathic Intracranial Hypertension Study Group Writing Committee, Wall M, McDermott MP, Kieburtz KD, Corbett JJ, Feldon SE, Friedman DI, Katz DM, Keltner JL, Schron EB, Kupersmith MJ. Effect of acetazolamide on visual function in patients with idiopathic intracranial hypertension and mild visual loss: the idiopathic intracranial hypertension treatment trial. JAMA. 2014 Apr 23-30;311(16):1641-51. doi: 10.1001/jama.2014.3312.
29. Jaisser F, Farman N. Emerging Roles of the Mineralocorticoid Receptor in Pathology: Toward New Paradigms in Clinical Pharmacology. Pharmacol Rev. 2016 Jan;68(1):49-75. doi: 10.1124/pr.115.011106.
30. Klarr SA, Ulanski LJ, II, Stummer W, et al. The effects of hypo- and hyperkalemia on choroid plexus potassium transport. Brain Res 1997;758:39–44.
31. Wang HW, Amin MS, El-Shahat E, Huang BS, Tuana BS, Leenen FH. Effects of central sodium on epithelial sodium channels in rat brain. Am J Physiol Regul Integr Comp Physiol 299: R222–R233, 2010. First published April 28, 2010; doi:10.1152/ajpregu.00834.2009.
32. Salpietro V1, Polizzi A, Bertè LF, Chimenz R, Chirico V, Manti S, Ferraù V, Salpietro A, Arrigo T, Ruggieri M. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. Neuro Endocrinol Lett. 2012;33(6):569-73.
33. Krozowski Z, Funder JW. Mineralocorticoid receptors in rat anterior pituitary: toward a redefinition of "mineralocorticoid hormone." Endocrinology 1981;109:1221-4.
34. Birmingham MK, Sar M, Stumpf WE. Localization of aldosterone and corticosterone in the central nervous system, assessed by quantitative autoradiography. Neurochem Res 1984;9:333–50.
35. Sheldon CA, Kwon YJ, Liu GT, McCormack SE. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. Pediatr Res. 2015 Feb;77(2):282-9. doi: 10.1038/pr.2014.188. Epub 2014 Nov 24. Review.
36. Markey KA, Uldall M, Botfield H, Cato LD, Miah MA, Hassan-Smith G, Jensen RH, Gonzalez AM, Sinclair Idiopathic intracranial hypertension, hormones, and 11β-hydroxysteroid dehydrogenases. AJ. J Pain Res. 2016 Apr 19;9:223-32. doi: 10.2147/JPR.S80824. eCollection 2016. Review
37. Leenen FHH. The Central role of the brain aldosterone-ouabain" pathway in salt senstivie hypertension. Biochimica et Biophysica Acta 1802 (2010) 1132–1139
38. Krozowski Z, Funder JW. Mineralocorticoid receptors in rat anterior pituitary: toward a redefinition of "mineralocorticoid hormone". Endocrinology. 1981 Oct;109(4):1221-4.
39. Amin MS, Wang HW, Reza E, Whitman SC, Tuana BS, Leenen FH. Distribution of epithelial sodium channels and mineralocorticoid receptors in cardiovascular regulatory

centers in rat brain. Am J Physiol Regul Integr Comp Physiol. 2005 Dec;289(6):R1787-97. Epub 2005 Sep 1.

40. Weber KT, Singh KD, Hey JC. Idiopathic intracranial hypertension with primary aldosteronism: report of 2 cases. Am J Med Sci. 2002 Jul;324(1):45-50.
41. Ghayee HK, Auchus RJ. Basic concepts and recent developments in human steroid hormone biosynthesis Rev Endocr Metab Disord. 2007 Dec;8(4):289-300.
42. Moore NL1, Hickey TE, Butler LM, Tilley WD. Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells. Mol Cell Endocrinol. 2012 Jun 24;357(1-2):60-70. doi: 10.1016/j.mce.2011.09.019. Epub 2011 Sep 16..
43. Hapgood JP1, Koubovec D, Louw A, Africander D. Not all progestins are the same: implications for usage. Trends Pharmacol Sci. 2004 Nov;25(11):554-7.
44. Zada G, Tirosh A, Kaiser UB, et al. Cushing's disease and idiopathic intracranial hypertension: case report and review of underlying pathophysiological mechanisms. J Clin Endocrinol Metab 2010;95:4850-4.
45. Oldstone MB. The endocrinological aspects of benign intracranial hypertension. Arch Neurol. 1966 Oct;15(4):362-6.
46. Dipasquale V, Romeo AC, Morabito R, DeVivo D, David E. , Remission of Pseudotumor Cerebri Syndrome after Initiating Pregnancy and Menarche: The Puzzling Role of Female Sex Hormones. J Pediatr Neurol 2015;13:22–25.
47. Hornby C, Mollan SP, Mitchell J, Markey KA, Yangou A, Wright B, O'Reily M, Sinclari A. What do transgender patients teach us about idiopathic intracranial hypertension. Neuropthalmology. Research Gate. https://www.researchgate.net/publication/316847908
48. Buchanan I, Hansen K, Bedolla J. Idiopathic intracranial hypertension in a transgender male on hormone therapy. Arch Emerg Med Crit Care 2017;2:1019.
49. Park S, Cheng CP, Lim LT, Gerber D. Secondary intracranial hypertension from testosterone therapy in a transgender patient. Semin Ophthalmol. 2014 May;29(3):156-8. doi: 10.3109/08820538.2013.788678. Epub 2013 Jun 12.
50. Toscano V, Sancesario G, Bianchi P, Cicardi C, Casilli D, Giacomini P. Cerebrospinal fluid estrone in pseudotumor cerebri: a change in cerebral steroid hormone metabolism? J Endocrinol Invest. 1991 Feb;14(2):81-6.
51. Mowl AD, Grogg JA, Klein J. Secondary pseudotumor cerebri in a patient undergoing sexual reassignment therapy. Clin Exp Optom. 2009 Sep;92(5):449-53. doi: 10.1111/j.1444-0938.2009.00404.x. Epub 2009 Jun 23.
52. Park S, Cheng CP, Lim LT, Gerber D. Secondary intracranial hypertension from testosterone therapy in a transgender patient. Semin Ophthalmol. 2014 May;29(3):156-8. doi: 10.3109/08820538.2013.788678. Epub 2013 Jun 12.
53. Szydlarska D, Machaj M, Jakimiuk A. History of discovery of polycystic ovary syndrome. Adv Clin Exp Med. 2017;26(3):555–558
54. Bednarska S. Siejka, The pathogenesis and treatment of polycystic ovary syndrome: What's new? Adv Clin Exp Med. 2017;26(2):359–367
55. Avisar I1, Gaton DD, Dania H, Stiebel-Kalish H. The prevalence of polycystic ovary syndrome in women with idiopathic intracranial hypertension. Scientifica (Cairo). 2012;2012:708042. doi: 10.6064/2012/708042. Epub 2012 Jul 11.
56. Rupprecht R, Reul JM, van Steensel B, Spengler D, Söder M, Berning B, Holsboer F, Damm K (October 1993). "Pharmacological and functional characterization of human

mineralocorticoid and glucocorticoid receptor ligands". European Journal of Pharmacology. 247 (2): 145–54. PMID 8282004.doi:10.1016/0922-4106(93)90072-H.

57. Kuhl H. Pharmacology of estrogens and progestogens: influence of different routes of administration. Climacteric 2005;8(Suppl. 1):3–63.
58. Africander D, Verhoog N, Hapgood JP. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. Steroids. 2011 Jun;76(7):636-52. doi: 10.1016/j.steroids.2011.03.001. Epub 2011 Mar 15.
59. Winneker RC, Bitran D, Zhang Z.The preclinical biology of a new potent and selective progestin: trimegestone. Steroids. 2003 Nov;68(10-13):915-20. Review.
60. Mueck AO, Sitruk-Ware R. Nomegestrol acetate, a novel progestogen for oral contraception.Steroids. 2011 May;76(6):531-9. doi: 10.1016/j.steroids.2011.02.002. Epub 2011 Feb 16. Review.
61. Schindler AE, Campagnoli C, Druckmann R, Huber J, Pasqualini JR, Schweppe KW, et al. Classification and pharmacology of progestins. Maturitas 2003;46(Suppl. 1):S7–16
62. Krattenmacher R. Drospirenone: pharmacology and pharmacokinetics of a unique progestogen. Contraception. 2000 Jul;62(1):29-38.
63. Ainat Klein, Naftali Stern, Etty Osher, Efrat Kliper & Anat Kesler (2013) Hyperandrogenism is Associated with Earlier Age of Onset of Idiopathic Intracranial Hypertension in Women, Current Eye Research, 38:9, 972-976
64. Hornby C, O'Reilly M, Botfield H*, et al* THE ANDRO-METABOLIC SIGNATURE OF IIH COMPARED WITH PCOS AND SIMPLE OBESITY. *J Neurol Neurosurg Psychiatry* 2016;**87:**e1
65. Westgate C, Botfield H, O'Reilly M, Hodson D & Sinclair A. Evaluating the role of testosterone n cerebrospinal fluid secretion. *Endocrine Abstracts* (2017) **50** P325
66. Kempegowda P, et al. 2016 Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity. Presented at 18th European Congress of Endocrinology 2016, Munich, Germany. *Endocrine Abstracts* 41 EP728
67. Wysowski DK, Green L, Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet Gynecol 2995;85538-42.

# CURRICULUM VITAE

**Lem Moyé, M.D., Ph.D.**
**November 29, 2017**

**OFFICE ADDRESS**: The University of Texas
Health Science Center at Houston
School of Public Health
The Coordinating Center for Clinical Trials
1200 Herman Pressler Street, E-815
Houston, Texas 77030
(713) 500-9518

## Education

| | | | |
|---|---|---|---|
| 1987 | Ph.D. | Community Health Sciences-Biometry | The University of Texas School of Public Health Houston, Texas |
| 1980 | M.S. | Statistics | Purdue University West Lafayette, Indiana |
| 1978 | M.D. | Medicine | Indiana University School of Medicine Indianapolis, Indiana<br>Cornell University Medical College New York 9/74-6/76 |
| 1974 | B.A. | Mathematical Sciences(Honors) | The Johns Hopkins University |

## Professional Experience

**Director, Coordinating Center for Clinical Trials.** The University of Texas School of Public Health. Houston, Texas (2009-2010)
**Professor of Biostatistics with Tenure.** The University of Texas School of Public Health; Houston, Texas (2002- current)
**Secondary Appointment in Epidemiology.** The University of Texas School of Public Health; Houston, Texas (2004-)
**Associate Professor of Biometry with Tenure.** The University of Texas School of Public Health; Houston, Texas (1995-2002)
**Assistant Professor of Biometry**. The University of Texas School of Public Health; Houston, Texas (1989-1995).
**Research Assistant Professor of Biometry**. The University of Texas School of Public Health; Houston, Texas (1987-1989).
**Consulting Clinical Biostatistician**. Baylor College of Medicine; Houston, Texas (1985-Present).
**Owner : MediClinic Physicians' Association**: Houston, Texas 1986-87
**Physician**. MediClinic; 2473 South Braeswood; Houston, Texas 77030 (1984-1992).
**Acting Medical Director**. Methodist Health Care Centers; 1919 North Capitol; Indianapolis, Indiana (1984).

**Clinical Biostatistician**. Regenstrief Institute for Health Care; 1001 West Tenth Street; Indianapolis, Indiana 46202 (1979-1984).
**Acting Medical Director Methodist Health Care Center**; 1919 North Capitol; Indianapolis, Indiana (1982-1984).
**Physician**. Methodist Health Care Center; 1919 North Capitol; Indianapolis, Indiana (1982-1984).
**Physician**. Industrial Medicine/Employee Health; Methodist Hospital Graduate Medical Center; Indianapolis, Indiana (1979-1982).
**Physician**. United States Steelworks; Gary, Indiana (1982-1983).

## HONORS

**Winner of the 2007 Skipping Stones Honor Award for Multiculturalism**
Face to Face with Katrina Responders: A First Responder's Tribute
**Winner of the 2007 Eric Hoffer Award for Best New Writing on Culture**
Face to Face with Katrina Responders: A First Responder's Tribute
**Winner of the 2007 Ben Franklin Award for Best Multicultural Book of the Year**
Face to Face with Katrina Responders: A First Responder's Tribute
**Winner of the 2007 Foreword Magazine Gold Medal for Family & Relationships**
Face to Face with Katrina Responders: A First Responder's Tribute
**Best Presentation**
International Joint Statistical Meetings, Teaching Statistics to Health Science Professionals, Toronto, 2004
**Peer Recognition for Outstanding Scholarship, 2000**
University of Texas Health Science Center at Houston
**Peer Recognition for Outstanding Scholarship, 1999**
University of Texas Health Science Center at Houston
**Outstanding New Faculty Achievement Award, 1994.**
University of Texas Health Science Center at Houston
**Outstanding New Faculty Achievement Award, 1992.**
University of Texas Health Science Center at Houston
**Outstanding Scholarly Contribution Award, Systems Research Foundation**;
Baden-Baden, West Germany, August 1988.
**Rudin Scholar, 1974.**
Cornell University Medical College
**Departmental Honors, Mathematical Sciences, 1974.**
The Johns Hopkins University
**Alpha Epsilon Delta Premedical Honorary Society, 1972.**
The Johns Hopkins University

## Professional Certification and Licenses

Diplomate, National Board of Medical Examiners, 1979.
Physician, State of Indiana Licensing Board, 1979- 2000
Physician, State of Texas Board of Medical Examiners, 1984-present

## Journal Reviewer

Journal of Clinical Epidemiology
Journal of the American Statistical Association
Biometrics
Controlled Clinical Trials
Journal of Biopharmaceutical Statistics
Journal of Applied Research
PharmacoEconomics
American Journal of Epidemiology
Statistics in Medicine
New England Journal of Medicine
Circulation
American Family Physician
Lancet
Atherosclerosis

## Book Reviewer

Springer

## Current Funded Research

**UN1 HL087318-01 PI Moyé 3/1/ 2011 – 2/28/2019 50%**
**NHLBI $10,800,000**
**Cardiovascular Stem Cell Network**
A contract to coordinate the activities of at least seven clinical stem cell centers and satellites in the design, execution and analysis of state of the art stem cell research in cardiovascular disease.

## Other (Previous Support)

**U01 HL087318-01 PI Moyé 1/1/ 2007 – 12/31/2012 50%**
**NIH $17,000,000**
**Cardiovascular Stem Cell Network**
A contract to coordinate the activities of five clinical cell therapy research centers in the design, execution and analysis of experiments designed to assess the impact of cell therapy on the treatment of cardiovascular disease.

**3P50NS04427-03S2 PI: Moyé 7/1/2002-6/30/2007 15%**
**NIH $16,212.00**
**University of Texas Program in Acute Stroke**
Develop effective new stroke therapies; application of more efficient stroke treatment;development of clinical, statistical, and training cores to facililate the aims of this project.

**5P20MD000170-03 PI McCormick 3/3/2003-2/29/2008 8%**
**NIH $988,798.00**
EXPORT – Creation of a Hispanic Health Research Center in the Lower Rio Grande (LRGV)
Develop research capacity in a nucleus of individuals in partner minority serving academic institutions in the LRGV; transfer of scientific technology and expertise to the LRGV; create capacity for collecting, managing, and disseminating information on Hispanic Health locally, regionally, and eventually globally; develop community participatory research and intervention strategies specific for Hispanic (Mexican American) cultures; develop the HHRC into a collaborative center for Hispanic Health research with other institutions.

**U54 RR023417-01 PI Arnet 10/1/ 2006 - 9/30/2011 15%**
**UTHSC - Houston $30,000,000**
**Clinical and Translational Science Award**
A grant to the health science center to revamp the clinical and translational science training at the health science center level, including education, research design, biostatistics, ethics, regulatory, translational innovations, and bioinformatics.

## Publications

1. Moody MR, Morris MJ, Young VM, **Moyé LA**, Schimpff SC, Wiernik PM. Effect of two cancer chemotherapeutic agents on the antibacterial activity of three antimicrobial agents. *Antimicrobial Agents and Chemotherapy* 1978; 14:737-742.
2. Schreiner RL, Eitzen H, Gfell MA, Kress A, Gresham EL, French M, **Moyé L.** Environmental contamination of continuous drip feedings. *Pediatrics* 1979; 63:232-237.

3. Meyer CL, Eitzen HE, Schreiner RL, Gfell MA, **Moyé L**, Kleiman MB. Should linen in newborn intensive care units be autoclaved? *Pediatrics* 1981; 67:362-364.
4. Lemons JA, **Moyé LA**, Hall D, Simmons M. Differences in the composition of preterm and term human milk during early lactation. *Pediatric Research* 1982; 16:113-117.
5. Green D, Moye L, Schreiner RL, Lemons JA.The relative efficacy of four methods of human milk expression. Early Hum Dev. 1982 Apr;6(2):153-9.
6. Meyer CL, Gresham EL, **Moyé LA**, Jansen RD, Lemons JA, Schreiner RL. Evaluation of a system for continuous neonatal blood pressure monitoring. *Critical Care Medicine* 1982; 10:689-691.
7. Rickard KA, Ernst JA, Brady MD, **Moyé LA**, Schreiner RI, Gresham EL, Lemons JA. Nutritional outcome of 207 very low-birth-weight infants in an intensive care unit. *Journal of the American Dietetic Association* 1982; 81:674-682.
8. **Moyé LA**, and Roberts SD. Modeling the pharmacologic treatment of hypertension. *Management Science* 1982; 28:781-797.
9. Green D, **Moyé L**, Schreiner RL, Lemons JA. The relative efficacy of four methods of human milk expression. *Early Human Development* 1982; 6:153-159.
10. Lemons JA, Reyman D, **Moyé L**. Amino acid composition of preterm and term breast milk during lactation. *Early Human Development* 1983; 8:323-329.
11. Ernst JA, Bull MJ, **Moyé LA**, Brady BS, Rickard KA, Schreiner RL, Gresham EL, Lemons JA. Growth outcome of the very low birth weight (VLBW) infants at one year. *Journal of the American Dietetic Association* 1983; 82:44-49.
12. Scott PH, Eigen H, **Moyé LA**, Georgitis J, Laughlin JJ. Predictability and consequences of spontaneous extubation in a pediatric ICU. *Critical Care Medicine* 1985; 13:228-232.
13. The SHEP Cooperative Research Group. Rationale and design of a randomized clinical trial on prevention of stroke in isolated systolic hypertension. *J Clin Epidem*. Vol 41, No 12 pp 1197-1208(1988).
14. **Moyé L**, Kapadia A, Cech I, Hardy R. The theory of runs with application for drought predictions. *J Hydrol*. 103(1988)127-137.
15. **Moyé LA**, Kapadia A, Cech I, Hardy R. A prediction model for outpatient visits and cash flow: Development in prospective run theory. *Statistics*. Vol. 39(1990) No 4. pp. 399-414.
16. Pratt CM, **Moyé, LA** 'The Cardiac Arrhythmia Suppression Trial: Background, Interim Results and Implications. *Am J Card 65(4) B::20-B 29, Jan 16, 1990*
17. Pratt CM, **Moyé LA**. The cardiac arrhythmia suppression trial - implications for antiarrhythmic drug development. *J Clin Phar* 30(11):967-974, Nov 1990.
18. The SHEP Cooperative Research Group. Monograph of the Baseline Findings in SHEP. *Hypertension*, Vol 17, No 3, March 1991.
19. The SHEP Cooperative Research Group. Prevention of Stroke by Antihypertensive Drug Therapy in Older Persons with Isolated Systolic Hypertension: Final Results of the Systolic Hypertension in the Elderly Program (SHEP). *Journal of the American Medical Association.* June 26, 1991: Vol 265, No. 24.
20. Mahmarian JJ, **Moyé LA** et al. Development of Algorithms for Accurate Interpretation on Changes in Left Ventricular Ejection Fraction and Cardiac Volumes as Assessed by Rest and Exercise Radionuclide Angiography. *Journal of the American College of Cardiology*, Vol 18, No. 1, July 1991: 112-9.
21. Steingart RM, Packer M, Hamm P, Coglianese ME, Gersh B, Geltman E, Sallano J, Katz S, **Moyé L**, et al. "Sex Bias in the Management of Coronary Artery Disease". *New England Journal of Medicine*. July 25, 1991: Vol 325, 226-230.
22. Pfeffer MA, **Moyé LA**, et al. Selection Bias in the Use of Thrombolytic Therapy in Acute Myocardial Infarction. *J Am Med A* 266(4):528-532, Jul 24, 1991.

23. **Moyé** LA for the SAVE Cooperative Group. Rationale and Design of a Trial to Assess Patient Survival and Ventricular Enlargement after Myocardial Infarction. *Am J Cardiol* 1991;68:70D-79D.
24. Sacks FM, Pfeffer MA, **Moyé, LA**, et. al. The Cholesterol and Recurrent Events Trial (*Cholesterol and Recurrent Events Clinical Trial*): Rationale, Design and Baseline Characteristics of Secondary Prevention Trial of Lowering Serum Cholesterol and Myocardial Infarction. *Am J Card* 68(15):1436-1446, Dec 1, 1991.
25. **Moyé LA.** Central Laboratory Sampling Plans and Quality Control in Clinical Trials. *Controlled Clinical Trials* 12:761-767 (1991).
26. Rouleau JL, Moyé LA, de Champlain J, Klein M, Bichet D, Packer M, Dagenais G, Sussex B, Arnold JM, Sestier F, et al. Activation of neurohumoral systems following acute myocardial infarction.*Am J Cardiol*. (1991) Nov 18;68(14):80D-86D. Review
27. Goff DC, Shekelle RB, **Moyé, LA**, Katan MB, Gotto AN, Stamler J. Does body fatness modify the effect of dietary cholesterol on serum cholesterol: Results for the Chicago Western Electric Study. *Am J of Epidemiol;1993;137:171-7.*
28. Pfeffer MA, Braunwald, E, Moyé LA, Basta L, Brown EJ, Cuddy TE, Davir BR, Geltman EM, Goldman S, Flaker GC, Klein M, Lamas GA, Packer M, Rouleau J, Rouleau JL, Rutherford J, Wertheimer JH, Hawkins CM on behalf of the SAVE Investigators (1992) Effect of Captopril on mortality and morbidity in patients with left ventricular dysfunction after myocardial infarction - results of the Survival and Ventricular Enlargement Trial. *N Eng J Med* 327(10):669-677, Sep 3, 1992.
29. Rouleau JL, **Moyé, LA**, et al. A Comparison of management patterns after acute myocardial infarction in Canada and the United States. US vs. Canada. *N Eng J Med;328:779-784.*
30. **Moyé LA,** Davis BR, Hawkins CM. Analysis of a Clinical Trial Involving a Combined Mortality and Adherence Dependent Interval Censored Endpoint. S*tatistics in Medicine*. Vol. 11, 1705-1717 (1992).
31. Davis BR, Wittes J, Pressel S, Berge KG, Hawkins CM, Lakatos E, **Moyé LA,** Probstfield JL. Statistical Considerations in the Monitoring of Systolic Hypertension in the Elderly Program (SHEP). *Controlled Clinical Trials*. Vo 14. No 5. Oct 1993 350-361.
32. Rouleau JL, de Champlain J, Klein M, Bichet D, **Moyé L**, Packer M, Dagenais GR, Sussex B, Arnold JM, Sestier F, et al.Activation of neurohumoral systems in postinfarction left ventricular dysfunction. *J Am Coll Cardiol*. 1993 Aug;22(2):390-8.
33. The Systolic Hypertension in the Elderly Program Cooperative Research Group. Implications of the Systolic Hypertension in the Elderly Program. *Hypertension*. 1993;21:335-343.
34. **Moyé** LA, Davis BR, Hawkins CM. Conclusions and Implications of the Systolic Hypertension in the Elderly Program. *Clinical and Experimental Hypertension.* 15(6),911-924(1993).
35. Mahmarian JJ, Smart FW, **Moyé L**,Kingry CL, Young JB, Francis MJ, et al. Exploring the minimal dose of amiodarone with antiarrhythmic and hemodynamic activity. *Am. J. Cardiol* 1994;74:681-686. Oct, 1994.
36. Hall CH, Rouleau JL, **Moyé LA,** et al. N-Terminal Proatrial Natriuretic Factor - An Independent Predictor of Long Term Prognosis After Myocardial Infarction. *Circulation* 1994;89:1934-1942.
37. Sutton, St JS, Pfeffer, MA, Plappert T, Rouleau JL, **Moyé LA.** Quantititative two dimensional echocardiographic measurements are major predictors of adverse cardiovascular events following acute myocardial infarction. *Circulation*;1994;89:68-75.
38. Pratt CM, Ruberg S, Morganroth J, McNutt B, Woodward J, Harris S, Ruskin J, **Moyé L.** The dose-response relationship between terfenadine (SELDANE) and the QTc interval on the scalar electrocardiogram: distinguishing a drug effect from spontaneous variability. Am Heart J. 1996 Mar;131(3):472-80.
39. Pratt CM, Hertz RP, Ellis BE, Crowell SP, Louv W, **Moyé LA**. Risk of developing life threatening ventricular arrhythmia associated with terfenadine (SELDANE) in comparison with over the counter antihistamines, Ibuprofen, and Clemastin". *Am J. Cardiol;1994;73:346-352*.

40. **Moyé LA**, Pfeffer MA, Wun CC, Davis BR, et al. Uniformity of Captopril Benefit in the Post Infarction Population: Subgroup Analysis in SAVE. *European Heart Journal(1994)* 15; Supplement B;2-8.
41. Rutherford JD, Pfeffer MA, **Moyé LA**, Davis BR, et. al. Effects of Captopril on Ischemic Events After Myocardial Infarction. *Circulation*.1994;90:1731-1738.
42. Applegate WB, Presel S, Wittes J. Luhr J, Shekelle RB, Camel GH, Greenlick MR, Hadley E, **Moyé L**, et al. Impact of the Treatment of Isolated Systolic Hypertension on Behavioral Variables: Results from the Systolic Hypertension in the Elderly (SHEP) Study. *Archives of Internal Medicine*. 154(19):2154-60, 1994 Oct 10.
43. Rouleau, JL, Packer M., **Moyé LA**., et al. "Prognostic value of neurohumoral activation in patients with an acute myocardial infarction: effect of captopril". *J. Am Coll Cardiol* 1994;24:583-91.
44. Pfeffer MA, Sacks FM, **Moyé LA** et. al. for the Cholesterol and Recurrent Events Clinical Trial Investigators. Cholesterol and Recurrent Events (Cholesterol and Recurrent Events Clinical Trial) trial: A secondary prevention trial for normolipidemic patients. *Am J. Cardiol*. 1995;76:98C-106C.
45. **Moyé, LA**, Richardson MA, Post-White J, Justice B. Research Methodology in Psychoneuroimmunology: Rationale and Design of the IMAGES-P (Imagery and Group Emotional Support Study-Pilot) Clinical Trial. *Alternative Therapy in Medicine*, May, 1995.
46. **Moyé, LA,** Kapadia AS. Predictions of drought length extreme order statistics using run theory. *Journal of Hydrology*, 169(1995) 95-110.
47. Lamas GA, Flaker GC, Mitchell G, Smith SC, Gersh, BJ, Wun CC, **Moyé LA**, et al. The Effect of Infarct Artery Patency on Prognosis Following Acute Myocardial Infarction. *Circulation*. 1995;92:1101-1109.
48. Hartley LH. Flaker G. Basta L. Menapace F. Goldman S. Davis B. Hamm P. Lamas G. **Moyé L**. Wun CC. et al. Physical working capacity after acute myocardial infarction in patients with low ejection fraction and effect of captopril. *American Journal of Cardiology.* 76(12):857-60, 1995 Nov 1.
49. Simes RJ on behalf of the PPP and CTT Investigators. Cholestorol and recurrent events: A secondary prevention trial for normolipidemic patients. *American Journal of Cardiology* 76:98C-106C, 1995.
50. The PPP Project Investigators. Design, rationale, and baseline characteristics of the Prospective Pravastatin Pooiling (PPP ) Project. A combined analysis of three large scale randomized trials LIPID, CARE, and WOSCOPS. *American Journal of Cardiology* 76:899-905,1995.
51. Mahmarian JJ, **Moyé LA**, et.al. High reproducibility of myocardial perfusion defects in patients undergoing serial exercise thallium-201 Tomagraphy. *Am Jour. Cardiol* 1995;75:1116-1119.
52. **Moyé LA**, Davis BR, Sacks F, Cole T, Brown L, Crawford B, Hawkins CM. "Decision Rules for Predicting Future Lipid Values in a Cholesterol Reduction Clinical Trial" *Controlled Clinical Trials*(1996)17;536-546.
53. Sacks FM, Pfeffer MA, **Moye LA**, Rouleau JL, Rutherford JD, Cole TG, Brown L, Warnica JW, Arnold JM, Wun CC, Davis BR, Braunwald E. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med* 1996;335:1001-9.
54. **Moyé LA**. Sizing Clinical Trials with Variable Endpoint Event Rates. *Statist in Med*.,16,2267-2282(1997).
55. Mahmarian JJ, **Moyé LA**, Nasser GA, et al. A strategy of smoking cessation combined with nicotine patch therapy reduces the extent of exercise-induced myocardial ischemia. *J Am Coll Cardiol* 1997;30:125-30.
56. Loh E, Sutton MST, Wun CC, Rouleau JL, Flaker GC, Gottlieb SS, Lamas GA, **Moyé**, LA, Goldhaber SZ, Pfeffer MA. "Ventricular Dysfunction and the risk of stroke after myocardial infarction. *N Engl J Med* 1997;356;251-7.

57. Mitchell GF, **Moyé LA**, Braunwald E, Rouleau JL, Berstein V, Geltman EM, Flaker GC, Pfeffer MA. Sphygmomanometrically determined pulse pressure is a powerful independent predictor of recurrent events after myocardial infarction in patients with impaired left ventricular function. SAVE investigators. Survival and Ventricular Enlargement. *Circulation*. 1997 Dec 16;96(12):4254-60.
58. Vantrimpont P, Rouleau JL, Wun CC, Ciampi A, Klein M, Sussex B, Arnold JM, **Moyé L**, Pfeffer M. Additive beneficial effects of beta-blockers to angiotensin-converting enzyme inhibitors in the Survival and Ventricular Enlargement (SAVE) Study. SAVE Investigators. *J Am Coll Cardiol* 1997;29:229-236.
59. Sutton MSJ, Pfeffer MA, **Moyé, LA**. Et.al. Cardiovascular death and left ventricular remodeling two years after myocardial infarction; baseline predictors and impact of long term use of captopril;information from the survival and ventricular enlargement (SAVE) *Circulation*. 1997;96:3294-3299.
60. Richardson MA, Post-White J, Grimm E, **Moyé LA**, Singletary E, Justice B. Coping, Life attitudes, and immune responses to imagery and group support after breast cancer treatment. *Alternative Therapies in Health and Medicine. 1997*;3(5);62-70.
61. Lamas GA, Mitchell FG, Glaker GC, Smith SC, Gersh BJ, Basta L, **Moyé, L**, Braunwald E, Pfeffer, MA. "Clinical significance of mitral regurgitation after acute myocardial infarction". *Circulation.*1997;96:827-833.
62. Mahmarian JJ, **Moyé, LA** Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Jain A, Chaitman BR, Weng CSW, Morales-Ballejo H, Pratt CM. Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction: results of a multicenter prospective randomized double-blind placebo controlled trial. *Circulation.* 1998;97:2017-2024.
63. Hager WD, Davis BR, Riba A, **Moyé LA**, Wun CC, Rouleau JR. Lamas GA. Pfeffer MA, for the SAVE Investigators. Absence of a deleterious effect of calcium channel blockers in patients with left ventricular dysfunction following myocardial infarction: The SAVE study experience. *Am Heart J* 1998;135:406-413.
64. **Moyé, LA**. P-Value Interpretation and Alpha Allocation in Clinical Trials. *Ann Epidemiol* 1998;8:351-357.
65. Pratt CM, MD, Mahmarian JJ, Morales-Ballejo H,Casareto R and **Moyé, LA** for the Transdermal Nitroglycerin Investigators Group. The long-term effects of Intermittent transdermal nitroglycerin on left ventircular remodeling after acute myocardial infaction: Design of a randomized, placebo controlled mulitcenter trial. *American Journal of Cardiology*;1998:81-719-724.
66. Wittes J, Lakatos E, Black D Geraci B, Davis B, **Moyé L**, Probstfield J. Selecting Screening Criteria for Clinical Trials: An Example for the Systolic Hypertension in the Elderly Program (SHEP). *Control Clin Trials*. 1999 Apr;20(2):121-32.
67. Sacks FM, **Moyé LA**, Davis BR, Cole TB, Rouleau JL, Nash D, Pfeffer M, Braunwald E. Relationship between plama LDL concentrations during treatment with pravastatin and recurrent coronary events in the Cholesterol and Recurrent Events trial. *Circulation*, 1998;97:1446-1452.
68. Vantrimpont P, Rouleau J, Ciampi A, Harel F, de Champlain J, Bicher D, **Moyé L**, Pfeffer M for the SAVE Investigators. Two-year Time Course and Significance of Neurohumoral Activation in the survival and Ventricular Enlargement (SAVE) Study. *Eur Heart J* 1998;19:1552-1563.
69. Lewis SJ, **Moye' LA**, Sacks FM, Johnstone DE, Timmis G, Mitchell J, Limacher M, Kell S, Glasser SP, Grant J, Davis BR, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in older patients with myocardial infarction and cholesterol levels in the average range. Results of the Cholesterol and Recurrent Events (CARE) trial. *Ann Intern Med* 1998;129:681-689.
70. Lewis SJ, Sacks FM, Mitchell JS, East C, Glasser S, Kell S, Letterer R, Limacher M, **Moyé LA**, Rouleau JL, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in women

after myocardial infarction: the cholesterol and recurrent events (CARE) trial. *J Am Coll Cardiol* 1998;32:140-6.

71. Ridker PM, Ritai, N, Pfeffer MA, Sacks FM, **Moyé LA**, Goldman S, Flaker GC, Braunwald E for the Cholesterol and recurrent events (CARE) ivestigators. 'Inflammation, pravastatin, and the risk of coronary events after myocardial infarction in patients with average cholesterol levels. *Circulation* 1998;98:839-44.
72. Mahmarian JJ, **Moyé LA**, Chinoy DA, Sequeira RF, Habib GB, Henry WJ, Avanindra J, Chaitman BR, Weng CSW, Morales-Ballejo Hugo, Pratt CM. "Transdermal nitroglycerin patch therapy improves left ventricular function and prevents remodeling after acute myocardial infarction" *Circulation*. 1998;97:2017-2024.
73. Wittes J, Lakatoes I, Black E, Black D, Garaci B, Davis B, **Moyé L**, Probstfield J. . "Selecting blood pressure entry criteria for the Systolic Hypertension in the Elderly Program (SHEP). *Controlled Clinical Trials;1999;20:121-132.*
74. Plehn JF, Davis BR, Rouleau, JL, Pfeffer MA, Bernstein V, Cuddy TE, **Moyé L**, Piller L, Rutherford J, Simpson L, Braunwald E, Sacks F for the CARE Investigators. Reduction of stroke incidence following myocardial infarction with the pravastatin: The Cholesterol and recurrent events (CARE) study. *Circulation* 1999;99:216-223.
75. Fisher LD, **Moyé LA.** Carvedilol and the Food and Drug Administration Approval Process: An Introduction. *Controlled Clin Trials* 1999,20:1-15.
76. **Moyé LA** P-Value Interpretation in Clinical Trials. The Case for Discipline. *Controlled Clin Trials* 1999;20:40-49.
77. Pfeffer MA,, Sacks FM, **Moyé LA**, East C, Goldman S, Nash DT, Rouleau JR, Rouleau LJ, Sussex BA, Theroux P, Vanden Belt RJ, Braunwald E. Influence of baseline lipids on effectiveness of pravastatin in the CARE trial. *J Am Coll Cardiol* 1999;33:125-130.
78. Goldberg RB, Mellies M, Sacks F, **Moyé LA**, Howard B, Howard WJ, Davis B. Cole TG, Pfeffer MA, Braunwald E for the CARE Investigators. Cardiovascular Events and their reduction with pravastatin in diabetic and glucose intolerant myocardial infarction survivors with average cholesterol levels:observations in the CARE trial. *Circulation* 1998;98:2513-2519.
79. **Moyé LA.** Alpha Calculus in Clinical Trials: Considerations and Commentary for the New Millenium. *Statist. Med.*2000;19:767-779.
80. Richardson MA, Ramirez T, Russell N, **Moyé, LA**. Coley toxins immunotherapy: A retrospective review. Altern Ther Health Med. 1999;5(3):42-47.
81. Kapadia AS, Chan W, Sachdeva R, **Moyé LA**, Jefferson LS. Predicting Duration of Stay in a Pediatric Intensive CARE Unit: A Markovian Approach. *European Journal of Operations Research* 124 (2000) 353-359.
82. **Moyé LA.** Alpha Calculus in Clinical Trials: Considerations and Commentary for the New Millenium. Rejoinder *Statist. Med.*2000;19:795-99.
83. Mikhail OI, Brinker MR Swint JM, **Moyé LA**, Sabino M.Technology Evolution: The technology spectrum and its appliation to orthopaedic technologies. *Int J Technol Assess Health Care*. 1999 Winter;15(1):254-63.
84. Flaker GC, Warnica J W, **Moyé LA,** Sacks FM for the Cholesterol and recrurent events CARE investigators. 'Pravastatin prevents clinical events in PTCA patients with normal cholesterol levels". *J Am Coll Cardiol* 1999;34:106-112.
85. Gorlick et. al. **Moyé L** et. al. Therapeutic benefit. Aspirin revisited in light of the introduction of clopidogrel. *Stroke*. 1999 Aug;30(8):1716-21.
86. Morgenstern L, Wein T, Smith M, **Moyé L**, Pandey D, Labarthe D. Comparison of stroke hospitalization rates among Mexican Americans and non Hispanic whites. *Neurology* 2000;54:2000-2002.
87. Flather MO, Yusuf S, Kaber L, Pfeffer M, Hall A, Murray G, Torp-Pedersen C, Ball S, Pogue J, **Moyé L**, Braunwald E, for the ACE inhibitor Mycardial Infarction Collaborative Group. Long-

term ACE-inhibitor therapy in patients with heart failure or left-ventricular dysfunction: a systematic overview of data from individual patients. *Lancet* 2000;355:1575-81.

88. Sacks FM, Alaupovic P, **Moye LA**, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. Very Low Density Lipoproteins, Apolipoproteins B, CIII, and E and Risk of Recurrent Coronary Events in the Cholesterol and Recurrent Events (CARE) Trial. *Circulation* 2000;102:1886-1892.
89. Lai D. **Moyé LA**, Davis BM. Brownian Motion and Long-Term Clinical Trial Recruitment.". *Journal of Statistical Planning and Inference*. 93(2001)239-246.
90. Morgenstern LB, Steffen-Batey L, Smith MA, Moyé LA. Barriers to stroke prevention and acute stroke treatment in Mexican Americans. *Stroke* 2001;32:1360-1364.
91. **Moyé LA**. Random Research. *Circulation*.2001;103:3150-3.
92. Campos, H,. **Moyé LA**, Glasser S. Stampfer M, Sacks FM. Low Density Lipoprotein Particle Size, Cholesterol and Apolipoprotein B concentration and Coronary Events. The Cholesterol and Recurrent Events (CARE) Trial. J. Am. Med. Ass. 286(12):1468-74.
93. Bray P, Cannon CP, Goldschmidt-Clermont, **Moyé LA**, Pfeffer MA, Sacks FM, Braunwald E. The platelet $Pl^{A2}$ and angiotensin-converting enzyme (ACE) D allele Polymorphisms and the risk of recurrent events after acute myocardial infarction. *Am J Cardiol* 2000;88:347-352**.**
94. **Moyé LA.** The perils of nonprospectively planned research. Part1: Drawing conlcusions from sample-baseed research. *American Clinical Laboratory*. April 2001. pp34-36.
95. **Moyé LA.** The perils of nonprospectively planned research. Part 2: Guidelines for reviewing the results of sample-based research. *American Clinical Laboratories*.May 2001. pp20-22.
96. **Moyé LA**, Power JH. Evaluation of Ethnic Minorities and Gender Effects in Clinical Trials:Opportunities Lost and Rediscovered.. *J Natl Med Assoc.2001;93(suppl):1-6.*.
97. **Moyé LA,** Deswal, A. Trials within trials: confirmatory subgroup analyses in controlled clinical experiments. *Controlled Clinical Trials* 2001;22:605-619.
98. Piriyawat P, Smajsova M, Smith MA, Pallegar S, Al-Wabil A, Garcia N, Risser JM, **Moyé LA**, Morgenstern LB. Comparison of active and passive surveillance for cerebrovascular disease: The Brain Attack Surveillance in Corpus Christi (BASIC) Project.. *Am J Epidemiol* 2002;156:1062-1069.
99. Lai D, King T, **Moyé LA**, Wei Q. Sample size for biomarker studies. More subjects or more measurements per subject. Accepted. 2002.. *Annals of Epidemiology*.
100. Zornoff LA, Sutton MSJ, Rouleau ML, Lamas GA, Plattert T, Rouleau J, **Moyé LA,** Lewis, S. Right ventricular dysfunction and risk of heart failure and mortality folliwng myocardial infaction. Accepted. *Journal of the American College of Cardiology.* February, 2002.
101. **Moyé LA,** Tita, A. Defending the Rationale for the Two-Tailed Test in Clinical Research. *Circulation,* 2002;105:3062-3065. June, 2002.
102. **Moyé LA**.Clinical trial minority recruitment: still an unmet need.J Natl Med Assoc. 2002 Apr;94(4):272-4. PMID: 11991341
103. **Moyé LA,** Deswal A. The Fragility of Clinical Trial Results. *J Card Failure:* 2002; 8: 247-253.
104. Solomon S, Rouleau J, Sutten, MStJ. **Moyé LA**. Ventricular remodeling does not accompany the development of heart failure in diabetic patients. Accepted. *Circulation*. June 2002.
105. Tonelli M, **Moyé LA.** Sacks FM, Kiberg B, Curham G for the Cholesterol and Clinical Event (CARE) Trial Investigators. Pravastatin for Secondary Prevention of Cardiovascular Events in Mild Chronic Renal Insufficiency. Analysis of CARE Randomized Trial. *Ann Intern Med*, 2003; 138:98-104.
106. Lee SJ, **Moyé LA**, Campos H, Williams GH, Sacks FM. Hypertriglyceridemia but not diabetes status is associated with VLDL containing apolipoprotein CIII in patients with coronary heart disease.Atherosclerosis. 2003 Apr;167(2):293-302.PMID: 12818412
107. Piriyawat P, Smajsova M, Smith M, Pellagar S, Al-Wabil A, Garcia NM, Risser JM, **Moyé LA**, Morgenstern LB. Comparison of Active and Passive Surveillance for Cerebrovascular Disease. The BASIC Project. Am J. Epidemiol 2002:156:1062-1069.

108. Al-Wabil A, Smith MA, **Moyé LA**, Burgin WS. Morgenstern LB. Improving efficiency of stroke research. The Brain Attack Surveillance in Corpus Christi (BASIC) Study. *Journal of Clinical Epidemiology*. 56 (2003) 351-357.
109. **Moyé LA**, Deswal A. Perils of the random experiment. *Am J Ther*. 2003 Mar-Apr;10(2):112-21.
110. Lai D, King TM, **Moyé LA**, Wei Q. Sample size for biomarker studies: more subjects or more measurements per subject?Ann Epidemiol. 2003 Mar;13(3):204-8.PMID: 12604165
111. Lewis EF, **Moyé LA**, Rouleau JL, Sacks FM, Arnold MO, Warnica JW, Flaker GC, Braunwald E, Pfeffer MA. Predictors of Late Development of Heart Failure in Stable Survivors of Myocardial Infarction. The CARE Study. *J Am Coll Cardiol* 2003;42:1446-53.
112. Al-Wabil A, Cox MA, **Moyé LA**, Burgin WS, Morgenstern LB. Improving efficiency of stroke research: The Brain Attack Surveillance In Corpus Christi (BASIC) Study. *J Clin Epid* 2003;56:351-357.
113. Smith MA, Risser JMH, Lisabeth LD, **Moyé LA**, Morgenstern LB. Access to care, acculturation and risk factors for stroke in Mexican Americans: The Brain Attack Surveillance in Corpus Christi Project. *Stroke* 2003;34:2671-2675.
114. Aguilar D, Skali H, **Moyé LA**, Lewis EF, Gaziano JM, Rutherford JD, Hartley LH, Randall OS, Geltman EM, Lamas GA, Rouleau JL, Pfeffer MA, Solomon SD. Alcohol consumption and prognosis in patients with left ventricular systolic dysfunction after a myocardial infarction.J Am Coll Cardiol. 2004 Jun 2;43(11):2015-21.PMID: 15172406
115. Tokmakova MP, Skali H, Kenchaiah S, Braunwald E, Rouleau JL, Packer M, Chertow GM, Moyé LA, Pfeffer MA, Solomon SD.Chronic kidney disease, cardiovascular risk, and response to angiotensin-converting enzyme inhibition after myocardial infarction: the Survival And Ventricular Enlargement (SAVE) study.Circulation. 2004 Dec 14;110(24):3667-73. Epub 2004 Nov 29.PMID: 15569840
116. Morgenstern LB, Smith MA, Lisabeth LD, Risser JMH, Uchino K, Garcia N, Longwell PJ, McFarling DA, Akuwumi O, Al-Wabil A, Al-Senani F, Brown DL, **Moyé LA**. Excess stroke in Mexican Americans compared with non-Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) Project. *American Journal of Epidemiology* 2004 **160**(4):376-383.
117. Uchino K, Risser JMH, Smith MA, **Moyé LA**, Morgenstern LB. Ischemic Stroke sub-types among Mexican Americans and non Hispanic whites: The Brain Attack Surveillance in Corpus Christi (BASIC) project. *Neurology* 2004;63:574-576
118. Alexandrov AV, Molina CA, Grotta JC, Garami Z, Ford SR, Alvarez-Sabin J, Montaner J, Saqqur M, Demchuk A.M., **Moyé LA**. Hill M.D., Wogner A.W. for the CLOTBUST Investigators. Ultrasound-enhanced systemc thrombolysis for acute ischemic stroke. *New England Journal of Medicine*;251:2170-2178.
119. Tokmakova M.P., Skali H, Kenchaiah, Braunwald E, Rouleau J.L, Packer M, Chertow G.M. **Moyé L.A**., Pfeffer M.A., Solomon S.D. Chronic kidney disease, cardiovascular risk, and response to angiotensin-converting enzyme inhibition after myocardial infarction. *Circulation*:**110**;3667-3673.
120. Skali H, Zornoff LA, Pfeffer MA, Arnold MO, Lamas GA, **Moyé LA**, Plappert T, Rouleau JL, Sussex BA, St John Sutton M, Braunwald E, Solomon SD; Survival and Ventricular Enlargement (SAVE) Investigators. Prognostic use of echocardiography 1 year after a myocardial infarction.Am Heart J. 2005 Oct;150(4):743-9.PMID: 16209977
121. Kass-Hout TA. **Moyé LA**, Smith MA. Morgenstern LB. (2005) Simple Scoring Scheme for Ascertainment of Acute Stroke; the Risk Index Score. Methods of Information in Medicine **45**: 27-36
122. Sugg RM, Pary JK, Shaltoni HM, Baraniuk MS, Gonzales NR, Garami Z, Shaw SG, Matherne DE, Moyé LA, Alexandrov AV, Grotta JC. TPA argatroban stroke study (TARTS): study design and results in the first treated cohort. Accepted. *Archives of Neurology.*
123. Lisabeth LD, Smith MA, Brown DL, **Moyé LA**, Risser JM, Morgenstern LB. Ethnic differences in stroke recurrence.Ann Neurol. 2006 Oct;60(4):469-75.PMID: 16927332

124. Lisabeth LD, Risser JMH, Brown D, Al-Senami F, Uchino K, Smith M, Garcia N, Longwell PG, McFarling DA, Al-Wabil A, Akuwumi O, **Moyé LA**, Morgenstern L. (2006) Stroke Burden in Mexican-Americans: The Impact of Mortality Following Stroke. *Annals of Epidemiology* **16**;33-40.
125. Jose P, Skali H, Anavekar N, Tomson C, Krumholz HM, Rouleau JL, **Moye L**, Pfeffer MA, Solomon SD. Increase in creatinine and cardiovascular risk in patients with systolic dysfunction after myocardial infarction.J Am Soc Nephrol. 2006 Oct;17(10):2886-91. Epub 2006 Aug 23.PMID: 16928807
126. Choi JY, Pary JK, Alexandrov AV, Molina CA, Garami Z, Malkoff MD, Rubiera M, Shaltoni HM, **Moye LA**, Grotta JC. Does clinical-CT 'mismatch' predict early response to treatment with recombinant tissue plasminogen activator?Cerebrovasc Dis. 2006;22(5-6):384-8. Epub 2006 Aug 4.PMID: 16888380
127. Boake C, Noser, EA, Ro T, Baraniuk S, Gager M, Johnson R, Salmeron ET, Tran TM, Lai JM, Taub E, **Moyé LA**, Grotta JC, Levin HS. (2006). Constraint-induced movement therapy in early stroke rehabilitation. *Neurorehabilitation and Neural Repair*. 21:14-24.
128. **Moyé, LA**. Baraniuk S. (2007)Dependence, Hyperdependence, and Hypothesis Testing in Clinical Trials. *Contemporary Clinical Trials*:1:68-78.
129. Mahmarian JJ, Shaw LJ, Filipchuk NG, Dakik HA, Iskander SS, Ruddy TD, Henzlova MJ, Keng F, Allam A, **Moyé LA**, Pratt CM. A multinational study to establish the value of early adenosine technetium-99m sestamibi myocardial perfusion imaging in identifying a low-risk group for early hospital discharge following acute myocardial infarction. *Journal of the American Cardiology Society*. **48**:2448-57.
130. Mahmarian JJ, Shaw LJ, Filipchuk NG, Dakik HA, Iskander SS, Ruddy TD, Henzlova MJ, Keng F, Allam A, **Moyé LA**, Pratt CM. An initial stategy of intensive medical therapy is comparable to that of coronary revascularization for suppression of scintigraphic ischemia in high-risk but stable survivors of acute myocardial infarction. *Journal of the American Cardiology Society*. **48**:2458-67.
131. Lisabeth LD, Smith MA, Brown DL, **Moyé LA**, Risser JMH, Morgenstern LB. Ethnic differences in stroke recurrence. Annals of Neurology (2006);60:
132. Nicole R Gonzales NR, Brown DL, Maddox KE, Conley KM, Espinosa N, Pary JK, **Moyé LA**, Grotta JC, Morgenstern LB. Kids Identifying and Defeating Stroke (KIDS): Design of a School Based Intervention to Improve Stroke Awareness, Accepted *Ethnicity and Disease*. July 2006.
133. **Moyé L**. (2007) Disciplined Analysis in Clinical Trials: The Dark Heart of the Matter. *Statistical Methods in Medical Research*. 17:253-264.
134. Rohatgi N, Du XL, Coker AL, Moye LA, Wang M, Fang S. Chemotherapy and survival for patients with multiple myeloma: findings from a large nationwide and population-based cohort. Am J Clin Oncol. 2007 Oct;30(5):540-8.PMID: 17921717
135. **Moyé LA**. Bayesians in Clinical Trials: Asleep at the Switch. *Statistics in Medicine*. 2008: Feb 20;27(4):469-82.
136. MEND-CABG II Investigators, Alexander JH, Emery RW Jr, Carrier M, Ellis SJ, Mehta RH, Hasselblad V, Menasche P, Khalil A, Cote R, Bennett-Guerrero E, Mack MJ, Schuler G, Harrington RA, Tardif JC. Efficacy and safety of pyridoxal 5'-phosphate (MC-1) in high-risk patients undergoing coronary artery bypass graft surgery: the MEND-CABG II randomized clinical trial.JAMA. 2008 Apr 16;299(15):1777-87. doi: 10.1001/jama.299.15.joc80027. Epub 2008 Apr 1.PMID: 18381567
137. Hyman DJ, Pavlik VN, Taylor WC, Goodrich GK, **Moyé LA** (2007). Simultaneous vs. Sequential Counseling for Multiple Behavior Change. *Archives of Internal Medicine*.167:1152-1158.
138. Morgenstern LB, Gonzales NR, Maddox KE, Brown DL, Karim AP, Espinosa N, **Moyé LA**, Pary JK, Grotta JC, Lisabeth LD, Conley KM.A randomized, controlled trial to teach middle school

children to recognize stroke and call 911: the kids identifying and defeating stroke project.Stroke. 2007 Nov;38(11):2972-8. Epub 2007 Sep 20.PMID: 17885255

139. Mielniczuk LM, Lamas GA, Flaker GC, Mitchell G, Smith SC, Gersh BJ, Solomon SD, **Moyé LA**, Rouleau JL, Rutherford JD, Pfeffer MA. Left ventricular end-diastolic pressure and risk of subsequent heart failure in patients following an acute myocardial infarction.Congest Heart Fail. 2007 Jul-Aug;13(4):209-14.PMID: 17673873

140. Torre-Amione G, Bourge RC, Colucci WS, Greenberg B, Pratt C, Rouleau JL, Sestier F, Moyé LA, Geddes JA, Nemet AJ, Young JB; ACCLAIM Investigators. A study to assess the effects of a broad-spectrum immune modulatory therapy on mortality and morbidity in patients with chronic heart failure: the ACCLAIM trial rationale and design.Can J Cardiol. 2007 Apr;23(5):369-76.PMID: 17440642

141. Gonzales NR, Brown DL, Maddox KE, Conley KM, Espinosa N, Pary JK, Karim AP, **Moyé LA**, Grotta JC, Morgenstern LB. Kids Identifying and Defeating Stroke (KIDS): design of a school-based intervention to improve stroke awareness.Ethn Dis. 2007 Spring;17(2):320-6.PMID: 17682365

142. **Moyé LA**. (2008). Bayesians in Clinical Trials: New Adversaries. Rejoinder. *Statistics in Medicine*. 2008; 27: 488-489.

143. Tonelli M, Sacks F, Arnold M, **Moyé L**, Davis B, Pfeffer M; for the Cholesterol and Recurrent Events (CARE) Trial Investigators. Relation Between Red Blood Cell Distribution Width and Cardiovascular Event Rate in People With Coronary Disease.Circulation. 2008 Jan 15;117(2):163-168. Epub 2008 Jan 2. PMID:18172029.

144. Torre-Amione G, Anker SD, Bourge RC, Colucci WS, Greenberg BH, Hildebrandt P, Keren A, Motro M, Moyé LA, Otterstad JE, Pratt CM, Ponikowski P, Rouleau JL, Sestier F, Winkelmann BR, Young JB; Advanced Chronic Heart Failure CLinical Assessment of Immune Modulation Therapy Investigators. Results of a non-specific immunomodulation therapy in chronic heart failure (ACCLAIM trial): a placebo-controlled randomised trial.Lancet. 2008 Jan 19;371(9608):228-36. doi: 10.1016/S0140-6736(08)60134-8.PMID: 18207018

145. Cholesterol Treatment Trialists (CTT) Collaborators. Efficacy of chosterol lowering therapy in 18,686 people with diabetes in 14 randomised trials of statins: a meta-analysis. *Lancet* 2008:371:117-25.

146. de Moor JS, **Moyé L**, Low MD, Rivera E, Singletary SE, Fouladi RT, Cohen L. Expressive writing as a presurgical stress management intervention for breast cancer patients.J Soc Integr Oncol. 2008 Spring;6(2):59-66.PMID: 18544285

147. Askew RL, Xing Y, Palmer JL, Cella D, **Moyé LA**, Cormier JN. Evaluating Minimal Important Differences for the FACT-Melanoma Quality of Life Questionnaire. Value Health. 2009 Jun 25. [Epub ahead of print] PMID: 19558579.

148. Traverse JH, Henry TD, Vaughan D, Ellis SG, Pepine CJ, Willerson JT, Zhao DXM, Piller LB, Penn MS, Byrne BJ, Perin EC, Gee AP, Hatzopoulous AK, McKenna DH, Forder JR, Taylor DA, Cogle CR, Olson RE, Jorgenson BC, Sayre SL, Vojvodic RW, Gordon DJ, Skarlatos SI, **Moyé LA**, Simari RD for the Cardiovascular Cell Therapy Research Network. Rationale and Design for TIME: A Phase-II, Randomized, Double-Blind, Placebo-Controlled Pilot Trial Evaluating the Safety and Effect of Timing of Administration of Bone Marrow Mononuclear Cells Following Acute Myocardial Infarction. *American Heart Journal.* 2009 Sept 158:356-63. *PCM2784639*

149. Keteyian SJ, Isaac D, Thadani U, Roy BA, Bensimhon DR, McKelvie R, Russell SD, Hellkamp AS, Kraus WE; HF-ACTION Investigators. Safety of symptom-limited cardiopulmonary exercise testing in patients with chronic heart failure due to severe left ventricular systolic dysfunction. Am Heart J. 2009 Oct;158(4 Suppl):S72-7. doi: 10.1016/j.ahj.2009.07.014. PMID 19782792

150. Flynn KE, Lin L, Ellis SJ, Russell SD, Spertus JA, Whellan DJ, Piña IL, Fine LJ, Schulman KA, Weinfurt KP; HF-ACTION Investigators.Outcomes, health policy, and managed care: relationships between patient-reported outcome measures and clinical measures in outpatients

with heart failure. Am Heart J. 2009 Oct;158(4 Suppl):S64-71. doi: 10.1016/j.ahj.2009.07.010. PMID 17982791.

151. Forman DE, Clare R, Kitzman DW, Ellis SJ, Fleg JL, Chiara T, Fletcher G, Kraus WE; HF-ACTION Investigators. Relationship of age and exercise performance in patients with heart failure: the HF-ACTION study.Am Heart J. 2009 Oct;158(4 Suppl):S6-S15. doi: 10.1016/j.ahj.2009.07.018.PMID: 19782790

152. Atchley AE, Kitzman DW, Whellan DJ, Iskandrian AE, Ellis SJ, Pagnanelli RA, Kao A, Abdul-Nour K, O'Connor CM, Ewald G, Kraus WE, Borges-Neto S; HF-ACTION Investigators. Myocardial perfusion, function, and dyssynchrony in patients with heart failure: baseline results from the single-photon emission computed tomography imaging ancillary study of the Heart Failure and A Controlled Trial Investigating Outcomes of Exercise TraiNing (HF-ACTION) Trial.Am Heart J. 2009 Oct;158(4 Suppl):S53-63. doi: 10.1016/j.ahj.2009.07.009.PMID: 19782789

153. Gardin JM, Leifer ES, Fleg JL, Whellan D, Kokkinos P, Leblanc MH, Wolfel E, Kitzman DW; HF-ACTION Investigators. Relationship of Doppler-Echocardiographic left ventricular diastolic function to exercise performance in systolic heart failure: the HF-ACTION study.Am Heart J. 2009 Oct;158(4 Suppl):S45-52. doi: 10.1016/j.ahj.2009.07.015.PMID: 19782788

154. Felker GM, Whellan D, Kraus WE, Clare R, Zannad F, Donahue M, Adams K, McKelvie R, Piña IL, O'Connor CM; HF-ACTION Investigators. N-terminal pro-brain natriuretic peptide and exercise capacity in chronic heart failure: data from the Heart Failure and a Controlled Trial Investigating Outcomes of Exercise Training (HF-ACTION) study.Am Heart J. 2009 Oct;158(4 Suppl):S37-44. doi: 10.1016/j.ahj.2009.07.011.PMID: 19782787

155. Horwich TB, Leifer ES, Brawner CA, Fitz-Gerald MB, Fonarow GC; HF-ACTION Investigators. The relationship between body mass index and cardiopulmonary exercise testing in chronic systolic heart failure.Am Heart J. 2009 Oct;158(4 Suppl):S31-6. doi: 10.1016/j.ahj.2009.07.016.PMID: 19782786

156. Russell SD, Saval MA, Robbins JL, Ellestad MH, Gottlieb SS, Handberg EM, Zhou Y, Chandler B; HF-ACTION Investigators. New York Heart Association functional class predicts exercise parameters in the current era.Am Heart J. 2009 Oct;158(4 Suppl):S24-30. doi: 10.1016/j.ahj.2009.07.017.PMID: 19782785

157. Piña IL, Kokkinos P, Kao A, Bittner V, Saval M, Clare B, Goldberg L, Johnson M, Swank A, Ventura H, Moe G, Fitz-Gerald M, Ellis SJ, Vest M, Cooper L, Whellan D; HF-ACTION Investigators. Baseline differences in the HF-ACTION trial by sex.Am Heart J. 2009 Oct;158(4 Suppl):S16-23. doi: 10.1016/j.ahj.2009.07.012.PMID: 19782784

158. O'Connor CM, Whellan DJ; HF-ACTION Investigators. Understanding heart failure through the HF-ACTION baseline characteristics.Am Heart J. 2009 Oct;158(4 Suppl):S1-5. doi: 10.1016/j.ahj.2009.07.013. No abstract available. PMID: 19782783

159. Mahmarian JJ, Cerqueira MD, Iskandrian AE, Bateman TM, Thomas GS, Hendel RC, Moye LA, Olmsted AW. Regadenoson induces comparable left ventricular perfusion defects as adenosine: a quantitative analysis from the ADVANCE MPI 2 trial.JACC Cardiovasc Imaging. 2009 Aug;2(8):959-68. doi: 10.1016/j.jcmg.2009.04.011.PMID: 19679284

160. O'Connor CM, Whellan DJ, Lee KL, Keteyian SJ, Cooper LS, Ellis SJ, Leifer ES, Kraus WE, Kitzman DW, Blumenthal JA, Rendall DS, Miller NH, Fleg JL, Schulman KA, McKelvie RS, Zannad F, Piña IL; HF-ACTION Investigators. Efficacy and safety of exercise training in patients with chronic heart failure: HF-ACTION randomized controlled trial.JAMA. 2009 Apr 8;301(14):1439-50. doi: 10.1001/jama.2009.454.PMID: 19351941

161. Flynn KE, Piña IL, Whellan DJ, Lin L, Blumenthal JA, Ellis SJ, Fine LJ, Howlett JG, Keteyian SJ, Kitzman DW, Kraus WE, Miller NH, Schulman KA, Spertus JA, O'Connor CM, Weinfurt KP; HF-ACTION Investigators.Effects of exercise training on health status in patients with chronic heart failure: HF-ACTION randomized controlled trial.JAMA. 2009 Apr 8;301(14):1451-9. doi: 10.1001/jama.2009.457. Erratum in: JAMA. 2009 Dec 2;302(21):2322. PMID: 19351942

162. Simari RD, **Moyé LA**, Skarlatos SI, Ellis SG, Zhao DXM, Willerson JT, Henry TD, Pepine CJ. (2009) Development of a network to test strategies in cardiovascular cell delivery: the NHLBI sponsored-Cardiovascular Cell Therapy Research Network (CCTRN). *J. of Cardiovasc. Trans. Res*. (2010) 3:30–36. *PMCID:2863076*
163. Shah AM, Pfeffer MA, Hartley LH, **Moyé LA**, Gersh BJ, Rutherford JD, Lamas GA, Rouleau JL, Braunwald E, Solomon SD.Risk of all-cause mortality, recurrent myocardial infarction, and heart failure hospitalization associated with smoking status following myocardial infarction with left ventricular dysfunction.Am J Cardiol. 2010 Oct 1;106(7):911-6. doi: 10.1016/j.amjcard. 2010.05.021. Epub 2010 Aug 11.PMID: 20854949
164. Mullen Conley K, Juhl Majersik J, Gonzales NR, Maddox KE, Pary JK, Brown DL, Moyé LA, Espinosa N, Grotta JC, Morgenstern LB. Kids Identifying and Defeating Stroke (KIDS): development and implementation of a multiethnic health education intervention to increase stroke awareness among middle school students and their parents.Health Promot Pract. 2010 Jan;11(1):95-103. doi: 10.1177/1524839907309867. Epub 2008 Mar 10.PMID: 18332150
165. Willerson JT, Perin EC, Ellis SG, Pepine CJ, Henry TD, Zhao DXM, Lai D, Penn MS, Byrne BJ, Silva G, Gee A, Traverse J, Hatzopoulos AK, Forder JR, Martin D, Kronenberg M, Taylor DA, Cogle CR, Baraniuk S, Westbrook L, Sayre SL, Vojvodic RW, Gordon DJ, Skarlatos SI, **Moyé LA**, and Simari RD for the Cardiovascular Cell Therapy Research Network (CCTRN). Rationale and Design for the Intramyocardial Injection of Autologous Bone Marrow Mononuclear Cells for Patients with Chronic Ischemic Heart Disease and Left Ventricular Dysfunction Trial (FOCUS). *American Heart Journal*. 2010 Aug; 160(2):215-233. *PMCID:2921924*
166. Gee AP, Richman S, Durett A, McKenna D, Traverse J, Henry T, Fisk D, Pepine CJ, Bloom J, Willerson J, Prater K, Zhao D, Reese Koç J, Ellis S, Taylor D, Cogle C, **Moyé L**, Simari R and Skarlatos S. Multicenter Cell Processing for Cardiovascular Regenerative Medicine Applications - The Cardiovascular Cell Therapy Research Network (CCTRN) Experience. *Cytotherapy*. 2010 Sep;12(5):684-91. *PMCID:20524773*
167. Traverse JH, Henry TD, Vaughan D, Ellis SG, Pepine CJ, Willerson JT, Zhao DXM, Simpson L, Penn MS, Byrne BJ, Perin EC, Gee AP, Hatzopoulous AK, McKenna DH, Forder JR, Taylor DA, Cogle CR, Baraniuk S, Olson RE, Jorgenson BC, Sayre SL, Vojvodic RW, Gordon DJ, Skarlatos SI, **Moyé LA**, Simari RD for the Cardiovascular Cell Therapy Research Network A Phase - II, Randomized, Placebo-Controlled, Double-Blind Pilot Trial Evaluating the Safety and Effect of Administration of Bone Marrow Mononuclear Cells Two to Three Weeks Following Acute Myocardial Infarction: Rationale and Design for *LateTIME. Texas Heart Institute Journal.* 2010 Aug; 37(4):412-420. *PMCID:2929864*
168. Petersen JW, Forder J, Thomas J, **Moyé L**, Lawson M, Loghin C, Traverse J, Baraniuk S, Silva G, Pepine CJ for the Cardiovascular Cell Therapy Research Network (CCTRN). Quantification of Myocardial Segmental Function in Acute and Chronic Ischemic Heart Disease and Implications for Cardiovascular Cell Therapy Trials: A Review from the NHLBI-Cardiovascular Cell Therapy Research Network. *Journal of the American College of Cardiology Cardiovascular Imaging*. 2011 June; 4:671-679. *PMCID:3157843*
169. **Moyé LA**, Lai D, Jing K, Baraniuk MS, Kwak M, Penn MS, Wu CO. Combining censored and uncensored data in a U-statistic: design and sample size implications for cell therapy research. Int J Biostat. 2011;7(1). pii: Article 29. doi: 10.2202/1557-4679.1286. Epub 2011 Jul 22.
170. **Moyé LA**, Sayre SL, Westbrook L, Jorgenson BC, Handberg E, Anwaruddin S, Wagner KA. Skarlatos SI for the Cardiovascular Cell Therapy Research Network (CCTRN). Oversight and Management of a Cell Therapy Clinical Trial Network: Experience and Lessons Learned. *Contemporary Clinical Trials* (2011), DOI:10.1016/j.cct.2011.05.003.
171. **Moyé LA**, Sayre SL, Westbrook L, Jorgenson BC, Handberg E, Anwaruddin S, Wagner KA, Skarlatos SI. Oversight and management of a cell therapy clinical trial network: experience and lessons learned. Contemp Clin Trials. 2011 Sep;32(5):614-9. doi: 10.1016/j.cct.2011.05.003. Epub 2011 May 17. *PMCID:3157886*

172. Zierold C, Carlson MA, Obodo UC, Meeks MW, Vojvodic RW, Baraniuk S, Henry TD, Gee AP, Ellis SG, **Moyé LA**, Pepine CJ, Cogle CR,Taylor DA for the Cardiovascular Cell Therapy Research Network (CCTRN). Developing Mechanistic Insights into Cardiovascular Cell Therapy - The Cardiovascular Cell Therapy Research Network (CCTRN) Biorepository Core Laboratory Rationale. American Heart Journal 2011 Dec; 162(6):973-980. *PMCID: 22137069.*

173. **Moyé LA**, Henry TD, Baran K, Bettencourt J, Bruhn-Ding B, Caldwell E, Chambers J, Flood K, Kappenman C, Kar B, Lambert CE, LaRock J, Lerman A, Mazzurco S, Prashad R, Raveendran G, Simon D, Westbrook L for the Cardiovascular Cell Therapy Research Network (CCTRN). Cell Therapy and Satellite Centers: The Cardiovascular Cell Therapy Research Network Experience. *Contemporary Clinical Trials.* 2011 Nov; 32(6):841-847. *PMCID: 3202446*

174. Traverse JH, Henry TD, Ellis SG, Pepine CJ, Willerson JT, Zhao DXM, Forder JR ,Byrne BJ, Hatzopoulos AK, Penn MS, Perin EC, Baran KW, Chambers JW, Lambert C, Raveendran G, Simon DI, Vaughan DE, Simpson LM, Gee AP, Taylor DA, Cogle CR, Thomas JD, Silva GV, Jorgenson BC, Olson RE, Bowman S, Francescon J, Geither C, Handberg E, Smith DX, Baraniu S, Piller LB, Loghin C, Aguilar D, Richman SJ, Zierold C, Bettencourt J, Sayre SL, Vojvodic RW, Skarlatos SI, Gordon DJ, Ebert RF, Kwak M, **Moyé LA**, Simari RD for the Cardiovascular Cell Therapy Research Network (CCTRN). Effect of Intracoronary Delivery of Autolologous Bone Marrow Mononuclear Cells Two to Three Weeks Following Acute Myocardial Infarction on Left-Ventricular Function: The LateTIME Randomized Trial**.** *Journal of the American Medical Association 2011;306(19):2110-2119. .*

175. Richman SJ, Gee AP, McKenna D, Traverse JT, Henry TD, Fisk D, Pepine CJ, Bloom J, Willerson JT, Prater K, Zhao DXM, Reese Koc J, Anwaruddin S, Taylor DA, Cogle CR, **Moyé LA**, Simari RD, Skarlatos SI for the Cardiovascular Cell Therapy Research Network (CCTRN). Factors affecting the Turnaround Time for Manufacturing, Testing and Release of Cellular Therapy Products prepared at Multiple Sites in support of Multicenter Cardiovascular Regenerative Medicine Protocols – a Cardiovascular Cell Therapy Research Network (CCTRN) Study. *Transfusion* (2011). *PMCID: 3355200*

176. Lai D, Chang KC, Rahbar MH, **Moyé LA**. Optimal Allocation of Sample Sizes to Multicenter Clinical Trial. Journal of Biopharamceutical Statistics. In press.

177. **Moyé L**. Rudiments of Subgroup Analysis. *Progress in Cardiovascular Disease* 54(2012) 338-342.

178. Cholesterol Treatment Trialists' (CTT) Collaboration, Emberson JR, Kearney PM, Blackwell L, Newman C, Reith C, Bhala N, Holland L, Peto R, Keech A, Collins R, Simes J, Baigent C. Lack of effect of lowering LDL cholesterol on cancer: meta-analysis of individual data from 175,000 people in 27 randomised trials of statin therapy. PLoS One. 2012;7(1):e29849. doi: 10.1371/journal.pone.0029849. Epub 2012 Jan 19.PMID: 22276132

179. Rodriguez-Porcel M, Kronenberg MW, Henry TD, Traverse JH, Pepine CJ, Ellis SG, Willerson JT, **Moyé LA**, Simari RD.Cell tracking and the development of cell-based therapies: a view from the Cardiovascular Cell Therapy Research Network. JACC Cardiovasc Imaging. 2012 May;5(5):559-65. doi: 10.1016/j.jcmg.2011.12.018.

180. Cholesterol Treatment Trialists' (CTT) Collaborators, Mihaylova B, Emberson J, Blackwell L, Keech A, Simes J, Barnes EH, Voysey M, Gray A, Collins R, Baigent C The effects of lowering LDL cholesterol with statin therapy in people at low risk of vascular disease: meta-analysis of individual data from 27 randomised trials.Lancet. 2012 Aug 11;380(9841):581-90. doi: 10.1016/S0140-6736(12)60367-5.

181. Perin EC, Willerson JT, Pepine CJ, Henry TD, Ellis SG, Zhao DX, Silva GV, Lai D, Thomas JD, Kronenberg MW, Martin AD, Anderson RD, Traverse JH, Penn MS, Anwaruddin S, Hatzopoulos AK, Gee AP, Taylor DA, Cogle CR, Smith D, Westbrook L, Chen J, Handberg E, Olson RE, Geither C, Bowman S, Francescon J, Baraniuk S, Piller LB, Simpson LM, Loghin C, Aguilar D, Richman S, Zierold C, Bettencourt J, Sayre SL, Vojvodic RW, Skarlatos SI, Gordon DJ, Ebert RF, Kwak M, **Moyé LA**, Simari RD for the Cardiovascular Cell Therapy Research Network

(CCTRN). Effect of Transendocardial Delivery of Autologous Bone Marrow Mononuclear Cells on Functional Capacity, Left Ventricular Function, and Perfusion in Chronic Ischemic Heart Failure: The FOCUS-CCTRN Trial. JAMA. 2012 April; 307(16):1717-26. PMCID: PMC 22447880.

182. Traverse JH, Henry TD, **Moye' LA**. Is the measurement of left ventricular ejection fraction the proper end point for cell therapy trials? An analysis of the effect of bone marrow mononuclear stem cell administration on left ventricular ejection fraction after ST-segment elevation myocardial infarction when evaluated by cardiac magnetic resonance imaging. Am Heart J. 2011 Oct;162(4):671-7. doi: 10.1016/j.ahj.2011.06.019.

183. Lai D, **Moyé LA**, Chang K-C, Hardy RJ. (2012) Sample Size Re-estimation based on two-stage analysis of variance. Interim analysis of clinical trials. *Communications in Statistics—Theory and Methods*, 41: 4124–4131.

184. Traverse JH, Henry TD, Pepine CJ, Willerson JT, Zhao DX, Ellis SG, Forder JR, Anderson RD, Hatzopoulos AK, Penn MS, Perin EC, Chambers J, Baran KW, Raveendran G, Lambert C, Lerman A, Simon DI, Vaughan DE, Lai D, Gee AP, Taylor DA, Cogle CR, Thomas JD, Olson RE, Bowman S, Francescon J, Geither C, Handberg E, Kappenman C, Westbrook L, Piller LB, Simpson LM, Baraniuk S, Loghin C, Aguilar D, Richman S, Zierold C, Spoon DB, Bettencourt J, Sayre SL, Vojvodic RW, Skarlatos SI, Gordon DJ, Ebert RF, Kwak M, **Moyé LA**, Simari RD; Cardiovascular Cell Therapy Research Network (CCTRN). Effect of the use and timing of bone marrow mononuclear cell delivery on left ventricular function after acute myocardial infarction: the TIME randomized trial. *JAMA*. 2012 Dec 12;308(22):2380-9.

185. Hare JM, Bolli R, Cooke JP, Gordon DJ, Henry TD, Perin EC, March KL, Michael P. Murphy MP, Pepine CJ, Simari RD, Skarlatos SI, Szady A, Taylor DA, Traverse J, Willerson JT,Vojvodic RW, Yang PC, **Moyé L** for the Cardiovascular Cell Therapy Research Network (CCTRN). Phase II Clinical Research Design in CardiologyLearning the Right Lessons Too Well: Observations and Recommendations from the Cardiovascular Cell Therapy Research Network (CCTRN). *Circulation* 2013;127:1630-35.

186. Lai D, Chang KC, Rahbar MH, **Moyé LA**.Optimal allocation of sample sizes to multicenter clinical trials.J Biopharm Stat. 2013;23(4):818-28. doi: 10.1080/10543406.2013.789884.PMID: 23786227

187. Szady AD, Pepine CJ, Sharma SV, Cogle CR, Perin EC, Ellis SG, **Moyé LA**; Cardiovascular Cell Therapy Research Network (CCTRN). A critical analysis of clinical outcomes reported in stem cell trials for acute myocardial infarction: some thoughts for design of future trials. Curr Atheroscler Rep. 2013;15(8):341.

188. Mathew SR, Lucas K, Sayre SL, Bettencourt J, Collins B, Leach D, Olson RE, Taylor DA, **LA Moyé**.Clinical Monitoring in a National Heart, Lung, and Blood Institute (NHLBI)-Sponsored Network: Evolution and Opportunities in the Cardiovascular Cell Therapy Research Network. Accepted. The Monitor.

189. **Moyé L.** Clinical trials in cardiology:pinnacle or inflection point. *Circulation Research*. 2014;114:28-31. 10.1161/CIRCRESAHA.113.302851.PMID: 24385506

190. Park KE, **Moyé LA**, Henry TD, Perin EC, Sayre SL, Bettencourt J, Vojvodic RW, Olson RE, Pepine CJ; CCTRN. Implementation of cardovascular cell therapy network trials: challenges, innovation and lessons learned from experience in the CCTRN. Expert Rev Cardiovasc Ther. 2013 Nov;11(11):1495-502. doi: 10.1586/14779072.2013.839943. Epub 2013 Oct 23.

191. Ascheim DD, Gelijns AC, Goldstein D, **Moye LA**, Smedira N, Lee S, Klodell CT, Szady A, Parides MK, Jeffries N, Skerrett D, Taylor DA, Rame JE, Milano C, Rogers JG, Lynch J, Dewey T, Eichhorn E, Sun B, Feldman D, Simari R, O'Gara PT, Taddei-Peters W, Miller MA, Naka Y, Bagiella E, Rose EA, Woo YJ. Mesenchymal Precursor Cells as Adjunctive Therapy in Recipients of Contemporary LVADs.Circulation. 2014 Mar 28. [Epub ahead of print]PMID: 24682346

192. Simari RD, Pepine CJ, Traverse JH, Henry TD, Bolli R, Spoon DB, Yeh E, Hare JM, Schulman IH, Anderson RD, Lambert C, Sayre SL, Taylor DA, Ebert RF, **Moyé LA**.Bone marrow

mononuclear cell therapy for acute myocardial infarction: a perspective from the cardiovascular cell therapy research network. Circ Res. 2014 May 9;114(10):1564-8. doi: 10.1161/CIRCRESAHA.114.303720.

193. **Moyé L**. DAMASCENE and Meta-Ecological Research: A Bridge Too Far.Circ Res. 2014 Aug 15;115(5):484-7. doi: 10.1161/CIRCRESAHA.114.304767. Epub 2014 Jul 8.

194. Cogle CR, Wise E Meacham AM Zierold C Traverse JH Henry TD Perin EC Willerson JT Ellis SG Carlson M Zhao DX Bolli R Cooke JP Anwaruddin S Bhatnagar A da Graca Cabreira-Hansen M Grant MB Lai D **Moyé L**, Ebert RF Olson RE Sayre SL Schulman IH Bosse RC Scott EW Simari RD Pepine CJ Taylor DA; Cardiovascular Cell Therapy Research Network (CCTRN).Detailed Analysis of Bone Marrow From Patients With Ischemic Heart Disease and Left Ventricular Dysfunction: BM CD34, CD11b, and Clonogenic Capacity as Biomarkers for Clinical Outcomes. Circ Res. 2014 Oct 24;115(10):867-74. doi: 10.1161/CIRCRESAHA. 115.304353. Epub 2014 Aug 18.

195. Schutt RC, Trachtenberg B, Cooke JP, Traverse JH, Henry TD, Pepine CJ, Willerson JT, Perin EC, Ellis SG, Zhao D, Bhatnagar A, Johnstone BH, Lai D, Resende M, Ebert RF, Wu JC, Sayre SL, Orozco A, Zierold C, Simari RD, **Moyé L**, Cogle CR, Taylor D. Bone Marrow Characteristics Associated with Changes in Infarct Size after STEMI: A Biorepository Evaluation from the CCTRN TIME Trial. Circ Res. 2014 Nov 18. pii: CIRCRESAHA.114.304710. [Epub ahead of print]

196. Perin EC, Murphy M, Cooke JP, **Moyé L**, Henry TD, Bettencourt J, Gahremanpour A, Leeper N, Anderson RD, Hiatt WR, Lima JA, Venkatesh B, Sayre SL, Vojvodic RW, Taylor DA, Ebert RF, Hirsch AT; Cardiovascular Cell Therapy Research Network. Rationale and Design for PACE: Patients with Intermittent Claudication Injected with ALDH Bright Cells. Am Heart J. 2014 Nov;168(5):667-673.e2. doi: 10.1016/j.ahj.2014.07.021. Epub 2014 Jul 30.

197. Deplanque G, Demarchi M, Hebbar M, Flynn P, Melichar B, Atkins J, Nowara E, **Moyé L**, Piquemal D, Ritter D, Dubreuil P, Mansfield CD, Acin Y, Moussy A, Hermine O, Hammel P. A randomized, placebo-controlled phase III trial of masitinib plus gemcitabine in the treatment of advanced pancreatic cancer.Ann Oncol. 2015 Jun;26(6):1194-200. doi: 10.1093/annonc/mdv133. Epub 2015 Apr 9.PMID: 25858497

198. Mathew SR, Lucas KD, Sayre SL, Bettencourt J, Collins T, Leach D, Olson RE, Taylor DA, **Moyé L**. Clinical Monitoring in a Federally Funded Environment: Evolution and Opportunities in the Cardiovascular Cell Therapy Research Network.Monitor (Assoc Clin Pharmacol). 2014 Feb;28(1):31-36. PMID: 25648469 Free PMC Article

199. Dickerson AS, Rahbar MH, Han I, Bakain AV, Bilder DA, Harrington AR, Pettygrove S, Durkin M, Kirby RS, Wingate MS, Tian, LH, Zahorody WM, Pearson DA, **Moyé LA** , Baio J. Autism spectrum disorder prevalence and proximity to industrial facilities releasing arsenic, lead or mercury, Science of The Total Environment Volume 536, 1 December 2014, Pages 245–251.

200. Deplanque G, Demarchi M, Hebbar M, Flynn P, Melichar B, Atkins J, Nowara E, **Moyé L**, Piquemal D, Ritter D, Dubreuil P, Mansfield CD, Acin Y, Moussy A, Hermine O, Hammel P. A randomized, placebo-controlled phase III trial of masitinib plus gemcitabine in the treatment of advanced pancreatic cancer.Ann Oncol. 2015 Jun;26(6):1194-200. doi: 10.1093/annonc/mdv133. Epub 2015 Apr 9.PMID: 25858497

201. Gyongyosi M, Wojakowski W, Lemarchand P, Lunde K, Tendera M, Bartunek J, Marbán E, Assmus B, Henry TD, Traverse JH, **Moyé L**, Suerder D, Corti R, Huikuri HV, Miettinen JA, Woehrle J, Obradovic S, Roncalli J, Malliaras K, Pokushalov E, Romanov A, Kastrup J, Bergmann MW, Atsma D, Diederichsen AC, Édes I, Benedek I, Benedek T, Pejkov H24, Nyolczas N, Pavo N, Bergler-Klein J, Pavo IJ, Sylven C, Berti S, Navarese EP, Maurer GM. Meta-Analysis of Cell-based CaRdiac stUdiEs (ACCRUE) in Patients with Acute Myocardial Infarction Based on Individual Patient Data.Circ Res. 2015 Feb 19. pii: CIRCRESAHA.114.304346. [Epub ahead of print]

202. Cholesterol Treatment Trialists' (CTT) Collaboration, Fulcher J, O'Connell R, Voysey M, Emberson J, Blackwell L, Mihaylova B, Simes J, Collins R, Kirby A, Colhoun H, Braunwald E, La Rosa J, Pedersen TR, Tonkin A, Davis B, Sleight P, Franzosi MG, Baigent C, Keech A.Efficacy and safety of LDL-lowering therapy among men and women: meta-analysis of individual data from 174,000 participants in 27 randomised trials.Lancet. 2015 Apr 11;385(9976):1397-405. doi: 10.1016/S0140-6736(14)61368-4. Epub 2015 Jan 9.PMID: 25579834

203. **Moyé L.** What Can We Do About Exploratory Analyses in Clinical Trials?Contemp Clin Trials. 2015 Sep 18. pii: S1551-7144(15)30088-4. doi: 10.1016/j.cct.2015.09.012. [Epub ahead of print] PMID: 26390962

204. Golpanian S, Schulman IH, Ebert RF, Heldman AW, DiFede DL, Yang PC, Wu JC, Bolli R, Perin EC, **Moyé L**, Simari RD, Wolf A, Hare JM; Cardiovascular Cell Therapy Research Network.Concise Review: Review and Perspective of Cell Dosage and Routes of Administration From Preclinical and Clinical Studies of Stem Cell Therapy for Heart Disease. Stem Cells Transl Med. 2015 Dec 18. pii: sctm.2015-0101. [Epub ahead of print]

205. Taylor DA, Perin EC, Willerson JT, Zierold C, Resende M, Carlson M, Nestor B, Wise E, Orozco A, Pepine CJ, Henry TD, Ellis SG, Zhao DX, Traverse JH, Cooke JP, Schutt RC, Bhatnagar A, Grant MB, Lai D, Johnstone BH, Sayre SL, **Moyé L,** Ebert RF, Bolli R, Simari RD, Cogle CR.Identification of Bone Marrow Cell Subpopulations Associated with Improved Functional Outcomes in Patients with Chronic Left Ventricular Dysfunction: An Embedded Cohort Evaluation of the FOCUS-CCTRN Trial.Cell Transplant. 2015 Nov 19. [Epub ahead of print] PMID: 26590374

206. **Moyé L.** Statistical Methods for Cardiovascular Researchers.Circ Res. 2016 Feb 5;118(3):439-53. doi: 10.1161/CIRCRESAHA.115.306305. Review.PMID: 26846639

207. Henry TD, **Moyé L**, Traverse JH.Consistently Inconsistent-Bone Marrow Mononuclear Stem Cell Therapy Following Acute Myocardial Infarction: A Decade Later.Circ Res. 2016 Jul 22;119(3):404-6. doi: 10.1161/CIRCRESAHA.116.309231

208. Gyöngyösi M, Wojakowski W, Navarese EP, **Moyé LA**; ACCRUE Investigators*. Meta-Analyses of Human Cell-Based Cardiac Regeneration Therapies: Controversies in Meta-Analyses Results on Cardiac Cell-Based Regenerative Studies. Circ Res. 2016 Apr 15;118(8):1254-63. doi: 10.1161/CIRCRESAHA.115.307347. PMID: 27081108

209. Dickerson AS, Rahbar MH, Bakian AV, Bilder DA, Harrington RA, Pettygrove S, Kirby RS, Durkin MS, Han I, Moyé LA 3rd, Pearson DA, Wingate MS, Zahorodny WM. Autism spectrum disorder prevalence and associations with air concentrations of lead, mercury, and arsenic.Environ Monit Assess. 2016 Jul;188(7):407. doi: 10.1007/s10661-016-5405-1. Epub 2016 Jun 14.PMID: 27301968.

210. Park K, Lai D, Handberg EM, **Moyé L**, Perin EC, Pepine CJ, Anderson RD. Association between High Endocardial Unipolar Voltage and Improved Left Ventricular Function in Patients with Ischemic Cardiomyopathy. Tex Heart Inst J. 2016 Aug 1;43(4):291-6. doi: 10.14503/THIJ-15-5341. eCollection 2016 Aug. PMID: 27547135.

211. Bhatnagar A, Bolli R, Johnstone BH, Traverse JH, Henry TD, Pepine CJ, Willerson JT, Perin EC, Ellis SG, Zhao DX, Yang PC, Cooke JP, Schutt RC, Trachtenberg BH, Orozco A, Resende M, Ebert RF, Sayre SL, Simari RD, **Moyé L**, Cogle CR, Taylor DA; Cardiovascular Cell Therapy Research Network (CCTRN). Bone marrow cell characteristics associated with patient profile and cardiac performance outcomes in the LateTIME-Cardiovascular Cell Therapy Research Network (CCTRN) trial. Am Heart J. 2016 Sep;179:142-50. doi: 10.1016/j.ahj.2016.06.018. Epub 2016 Jul 6.

212. Henry TD, **Moyé L**, Traverse JH. Consistently Inconsistent-Bone Marrow Mononuclear Stem Cell Therapy Following Acute Myocardial Infarction: A Decade Later. Circ Res. 2016 Jul 22;119(3):404-6. doi: 10.1161/CIRCRESAHA.116.309231.

213. Dickerson AS, Rahbar MH, Pearson DA, Kirby RS, Bakian AV, Bilder DA, Harrington RA, Pettygrove S, Zahorodny WM, **Moyé LA**, Durkin M, Slay Wingate M. Autism spectrum disorder reporting in lower socioeconomic neighborhoods. Autism. 2016 Sep 14. pii: 1362361316650091. [Epub ahead of print].PMID: 27627912

214. Park K, Lai D, Handberg EM, **Moyé L**, Perin EC, Pepine CJ, Anderson RD. Association between High Endocardial Unipolar Voltage and Improved Left Ventricular Function in Patients with Ischemic Cardiomyopathy.Tex Heart Inst J. 2016 Aug 1;43(4):291-6. doi: 10.14503/THIJ-15-5341.PMID: 27547135

215. Venkatesh BA, Nauffal V, Noda C, Fujii T, Yang PC, Bettencourt J, Ricketts EP, Murphy M, Leeper NJ, **Moyé L**, Ebert RF, Muthupillai R, Bluemke DA, Perin EC, Hirsch AT, Lima JA; Cardiovascular Cell Therapy Research Network (CCTRN).Baseline assessment and comparison of arterial anatomy, hyperemic flow, and skeletal muscle perfusion in peripheral artery disease: The Cardiovascular Cell Therapy Research Network "Patients with Intermittent Claudication Injected with ALDH Bright Cells" (CCTRN PACE) study. Am Heart J. 2017 Jan;183:24-34. doi: 10.1016/j.ahj.2016.09.013. PMID: 27979038

216. Contreras A, Orozco AF, Resende M, Schutt RC, Traverse JH, Henry TD, Lai D, Cooke JP, Bolli R, Cohen ML, **Moyé L**, Pepine CJ, Yang PC, Perin EC, Willerson JT, Taylor DA; Cardiovascular Cell Therapy Research Network (CCTRN).Identification of cardiovascular risk factors associated with bone marrow cell subsets in patients with STEMI: a biorepository evaluation from the CCTRN TIME and LateTIME clinical trials.Basic Res Cardiol. 2017 Jan;112(1):3.PMID: 27882430

217. Perin EC, Murphy MP, March KL, Bolli R, Loughran J, Yang PC, Leeper NJ, Dalman RL, Alexander JQ, Henry TD, Traverse JH, Pepine CJ, Anderson RD, Berceli S, Willerson JT, Muthupillai R, Gahremanpour AA, Raveendran G, Velazquez OC, Hare JM, Schulman IH, Kasi VS, Hiatt WR, Ambale-Venkatesh B, Lima JA, Taylor DA, Resende MM, Gee AP, Durett AG, Bloom J, Richman S, G'Sell P, Williams S, Khan F, Ross EG, Santoso MR, Goldman J, Leach D, Handberg E, Cheong BY, Piece NA, DiFede D, Bruhn-Ding B, Caldwell E, Bettencourt J, Lai D, Piller LB, Simpson LM, Cohen M, Sayre SL, Vojvodic RW, **Moyé L**, Ebert RF, Simari RD, Hirsch AT; Cardiovascular Cell Therapy Research Network (CCTRN).Evaluation of Cell Therapy on Exercise Performance and Limb Perfusion in Peripheral Artery Disease: The CCTRN Patients with Intermittent Claudication Injected with ALDH Bright Cells (PACE) Trial.Circulation. 2017 Feb 16. pii: CIRCULATIONAHA.116.025707. doi: 10.1161/CIRCULATIONAHA.116.025707. [Epub ahead of print]PMID: 28209728

218. Jokerst JV, Cauwenberghs N, Kuznetsova T, Haddad F, Sweeney T, Hou J, Rosenberg-Hasson Y, Zhao E, Schutt R, Bolli R, Traverse JH, Pepine CJ, Henry TD, Schulman IH, **Moyé L**, Taylor DA, Yang PC. Circulating Biomarkers to Identify Responders in Cardiac Cell therapy.Sci Rep. 2017 Jun 30;7(1):4419. doi: 10.1038/s41598-017-04801-7.PMID: 28667255

219. Traverse JH, Henry TD, Pepine CJ, Willerson JT, Chugh A, Yang PC,Zhao DXM, Ellis SG,Forder JR, Perin EC, Penn MS, Hatzopoulos AK, Chambers AK, Baran KW, Gee AP, Taylor DA, Moyé L, Ebert RF, Simari RD for The Cardiovascular Cell Therapy Research Network (2017). The TIME Trial - Effect of Timing of Stem Cell Delivery Following ST-Elevation Myocardial Infarction on the Recovery of Global and Regional Left Ventricular Function: Final 2-Year Analysis. Accepted. Circ Research.

## Editorials

Pratt CM, **Moyé LA**. The Cardiac Arrhythmia Suppression Trial. Casting Ventricular Arrhythmia Suppression in a New Light. *Circulation*. Vol 91, No 1, January 1, 1995.

## Published Correspondence


1. **Moyé L**, The theory of runs with application for drought predictions - reply. *J Hydrol*. 110(3-4):391, Oct 1989.
2. Pfeffer MA, **Moyé, LA**, et al. Reply to Correspondence. *N Engl J Med* 1993;329:
3. **Moyé LA**, Abernethy D. Carvedilol in Patients with Chronic Heart Failure. *N Engl J. Med*. Vol, 335 October 24, 1996 pp 1318-1319.
4. **Moyé LA**, Annegers JA. Anorexigen and Valvulopathy. *N Engl J. Med*. February 11, 1999.
5. **Moyé LA**, Annegers JA. Underestimation of Valvulopathy Effect of Fenfluramines. *J Am Col Car;*36:1434-1435.
6. **Moyé LA**, Tita ATN, Hypothesis Testing Complexity in the Name of Ethics. *American Journal of Clinical Epidemiology*. July 2001.
7. **Moyé LA**, Simari RD, Skarlatos SI; Cardiovascular Cell Therapy Research Network (CCTRN).Bone marrow-derived cell therapy after myocardial infarction.JAMA. 2013 Apr 10;309(14):1459.
8. **Moyé L**.Reductions in funding for medical research. JAMA. 2013 Aug 28;310(8):854. doi: 10.1001/jama.2013.170792.
9. **Moyé LA** Response to Discrepancies in autologous bone marrow stem cell trials and enhancement of ejection fraction (DAMASCENE):weighted regression and meta-analysis


## Books


1. **Moyé LA**.(2000) *Statistical Reasoning in Medicine – The P value Primer*. New York. Springer.
2. **Moyé LA**, Kapadia AS.(2000). *Difference Equations with Public Health Applications*. New York. Marcel Dekker.
3. **Moyé LA** (2003) *Multiple Analyses in Clinical Trials: Fundamentals for Investigators* New York. Springer. .
4. **Moyé LA.** (2004) *Finding Your Way in Science: How to Combine Character, Compassion, and Productivity in Your Research Career*. Vancouver, Canada. Trafford.
5. Kapadia AS. Chen W. **Moyé LA**. (2005) *Mathematical Statistics with Applications:*. New York. Taylor Francis.
6. **Moyé LA.** (2005) *Statistical Monitoring of Clinical Research: Fundamentals for Investigators.* New York. Spinger.
7. **Moyé LA**.(2006) *Statistical Reasoning in Medicine – The P value Primer*. 2nd Edition New York. Springer.
8. **Moyé LA** (2006) *Face to Face with Katrina Survivors: A First Responder's Tribute* Open Hand Publishing.
9. **Moyé LA** (2007) *Elementary Bayesian Biostatistics*. Francis and Taylor. Bocca Raton.Chapman Hall.
10. **Moyé LA** Saving Grace – A novel


## Book Chapters


1. Lewis RA and **Moyé, LA** Basic and Clinical Science Course- Section 1. Fundamentals and Principles of Ophthalmology. 1986-87. American Academy of Ophthalmology. San Francisco, California.
2. Sacks F, Pfeffer MA, **Moyé LA** . Clinical Trials in Atherosclerotic Disease. Marcel Dekker. May 2000.
3. **Moyé LA**, and Pfeffer MA. Attenuation of Ventricular Enlargement: The SAVE Study. Invited Chapter for Clinical Trials in Hypertension. Henry Black, editor. Marcel Dekker 2000.
4. **Moyé LA.** (2003)Adjustment The SAGE Encyclopedia of Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao.
5. **Moyé LA.** (2003)Aggregation (see Ecological Fallacy)The SAGE Encyclopedia of Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao.

6. **Moyé LA.** (2003)Alpha Significance Level of a Test. The SAGE Encyclopedia of Social Science Research Methods. Edited by Michael Lewis-Black, Alan E. Bryman, Tim Futing Liao
7. **Moyé LA.** Modern Issues in Multiple Analyses. Invited Chapter. Handbook of Epidemiology and Medical Statistics. Edited by C.R.Rao, J. Philip Miller, and D.C. Rao. To appear in 2007.
8. **Moyé LA.** The CAST Clinical Trial. Encyclopedia of Clinical Trials. Ralph D'Agostino.Wiley Publications. 2007.

## Teaching Experience

| | | | |
|---|---|---|---|
| 1. | Spring 1987 | PH1910 | Statistical Theory of Biometry -50% responsibility |
| 2. | Fall 1988 | PH1910 | Statistical Theory of Biometry -10% responsibility |
| 3. | Fall 1988 | PH1998 | Theoretical Statistics with Applications -80% responsibility |
| 4. | Spring 1988 | PH1911 | Statistical Theory of Biometry-20% responsibility |
| 5. | Fall 1989 | PH1970 | Multivariate Analysis - 100% responsibility |
| 6. | Spring 1989 | PH1911 | Statistical Theory of Biometry- 20% responsibility |
| 7. | Spring 1990 | PH1971 | Multivariate Analysis - 100% responsibility |
| 8. | Spring 1990 | PH1998 | Bayesian Analysis - 15% responsibility |
| 9. | Fall 1990 | PH1998 | Theoretical Statistics with Applications -80% responsibility |
| 10. | Fall 1990 | PH1725 | Intermediate Biometry - 100% responsibility |
| 11. | Fall 1991 | PH1970 | Multivariate Analysis - 100% responsibility |
| 12. | Spring 1992 | PH1971 | Multivariate Analysis - 100% responsibility |
| 13. | Fall 1992 | PH1725 | Intermediate Biometry - 100% responsibility |
| 14. | Spring 1993 | PH1726 | Intermediate Biometry - 100% responsibility |
| 15. | Fall 1993 | PH1725 | Intermediate Biometry - 100% responsibility |
| 16. | Spring 1994 | PH1726 | Intermediate Biometry - 100% responsibility |
| 17. | Fall 1994 | PH1725 | Intermediate Biometry - 100% responsibility |
| 18. | Spring 1995 | PH1821 | Statistical Analysis - 100% responsibility |
| 19. | Fall 1995 | PH1820 | Statistical Analysis - 100% responsibility |
| 20. | Spring 1996 | PH1821 | Statistical Analysis - 100% responsibility |
| 21. | Fall 1996 | PH1820 | Statistical Analysis - 100% responsibility |
| 22. | Spring 1997 | PH1821 | Statistical Analysis - 100% responsibility |
| 23. | Fall 1997 | PH1820 | Statistical Analysis - 100% responsibility |
| 24. | Spring 1998 | PH1821 | Statistical Analysis - 100% responsibility |
| 25. | Fall 1998 | PH1820 | Statistical Analysis - 100% responsibility |
| 26. | Spring 1999 | PH1821 | Statistical Analysis - 100% responsibility |
| 27. | Fall 1999 | PH1820 | Statistical Analysis - 100% responsibility |
| 28. | Spring 2000 | PH1821 | Statistical Analysis - 100% responsibility |
| 29. | Fall 2000 | PH1820 | Statistical Analysis - 100% responsibility |
| 30. | Fall 2000 | PH1998 | Difference Equations in Public Health – 50% resp. |
| 31. | Spring 2001 | PH1998 | Overview of Clinical Trials -100% responsibility |
| 32. | Fall 2001 | PH1820 | Statistical Analysis – 100 % responsibility |
| 33. | Fall 2001 | PH2712 | Experimental Methods in Epidemiology 25% |
| 34. | Spring 2002 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 35. | Fall 2002 | PH1820 | Statistical Analysis – 100% responsibility |
| 36. | Fall 2002 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 37. | Spring 2003 | PH1998 | Statistical Methodology in Clinical Trials – 100% |
| 38. | Fall 2003 | PH1820 | Statistical Analysis – 100% responsibility |
| 39. | Fall 2003 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 40. | Spring 2004 | PH1821 | Statistical Methods in Clinical Trials – 100% |
| 41. | Fall 2004 | PH1725 | Intermediate Biostatistics – 100% |
| 42. | Spring 2005 | PH1726 | Intermediate Biostatistics – 100% |

| | | | |
|---|---|---|---|
| 43. | Fall 2005 | PH1820 | Statistical Analysis – 100% |
| 44. | Fall 2005 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 45. | Spring 2006 | PH1821 | Statistical Methods in Clinical Trials – 100% |
| 46. | Fall 2006 | PH1820 | Statistical Analysis I – 100% |
| 47. | Fall 2006 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 48. | Spring, 2007 | PH1821 | Statistical Analysis II – 100% |
| 49. | Fall 2007 | PH1820 | Statistical Analysis I – 100% |
| 50. | Fall 2007 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 51. | Spring 2008 | PH1821 | Statistical Analysis II – 100% |
| 52. | Fall 2008 | PH1820 | Statistical Analysis I – 100% |
| 53. | Fall 2008 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 54. | Spring 2009 | PH1821 | Statistical Analysis II – 100% |
| 55. | Fall 2009 | PH1820 | Statistical Analysis I – 100% |
| 56. | Fall 2009 | PH2712 | Experimental Methods in Epidemiology – 25% |
| 57. | Fall 2010 | PH1820 | Statistical Analysis I – 100% |
| 58. | Fall 2010 | PH2712 | Experimental Methods in Epidemiology – 15% |
| 59. | Spring 2011 | PH1821 | Statistical Analysis II – 100% |
| 60. | Fall 2011 | PH1820 | Statistical Analysis I – 100% |
| 61. | Spring 2012 | PH1821 | Statistical Analysis II – 100% |
| 62. | Fall 2012 | PH1835 | Statistical Methods in Clinical Trials – 100% |
| 63. | Fall 2013 | PH1835 | Statistical Methods in Clinical Trials – 100% |
| 64. | Fall 2014 | PH1835 | Statistical Methods in Clinical Trials – 100% |
| 65. | Fall 2015 | PH1835 | Statistical Methods in Clinical Trials – 100% |
| 66. | Fall 2016 | PH1835 | Statistical Methods in Clinical Trials – 100% |
| 67. | Fall 2017 | PH1835 | Statistical Methods in Clinical Trials – 100% |

## Student supervision

- **Thesis and Dissertation Committee**
- Susana Halabi-Boussard. "Optimal Time Point Selection in Cox Proportional Hazard Analysis. June, 1994.
- Ken Hess, Ph.D. Use of Cubic Splines in Cox Regression Analysis. August, 1992.
- Jean Hoepfel, Ph.D.(Epidemiology) Behavioral Risk Profile of Marathon Runners. November, 1994.
- Renuka Trividi. Prospective Run Theory for Multinomial Outcomes. May, 1994.
- Dillip Pandey, Ph,.D. in Epidemiology 1995
- Barbara Kimmel MS in Biometry, 1996.
- Cristina Sanders M.S. "Alternative Approach to Time-Dependent Covariates in Survival Analysis" May 2000
- Anita Deswal M.P.H. "Impact of Race on Health Care Utilization and Outcomes in Veterans with Congestive Heart Failure" December 2002.
- Yumei Cao M.S. "Application of Run Theory Analysis to Visit Adherence in Clinical Trials" May 2003.
- Alubumi Akiwumi M.S. Epidemiology"Comparison Between Mexican-Americans and Non-Hispanic Whites of Destimationa and Disability at Hospital Discharge Among First Ischemic Stroke Survivors. The Brain Attack Surveillance in Corpus Christi (BASIC). May 2004
- Tracie Gardner Ph.D. (Epidemiology). Evaulation of Mycobacterium Avium Complex Lung Disease in Women. May 2004
- Janet Sterner PhD (Epidemiology). Expressive Writing as a Presurgical Stress Management Intervention in Breast Cancer. May 2004.

- Jennifer Jean Wood PhD (Epidemiology). Are Functional and Genetic Components of Platelets Linked to Coronary Artery Disease: A Case-Control Study. May 2004.
- Benjamin-Garner, PhD (Epidemiology). Effect of Maternal Weight Status on the Relationship Between Prenatal Smoking and Infant Birth Weight. May 2005.
- Kymberlie Sterling. PhD (Community Health Sciences-Epidemiology) Predicting Adolescent Intention to Continue Smoking. May 2005.
- Lara Simpson, Ph.D. (Community Health Sciences – Epidemiology): Effect of Aspirin on Fatal and Nonfatal Myocardial Infarction: The CARE Clinical Trial. May 2007.
- Heather Harnett Ph.D. Epidemiology 2007. Pregrancy Weight Gain and Different Modes of Contraception.
- Wednesday Foster, Ph.D. (Community Health Sciences – Epidemiology), May 2008.
- Greg Ball PhD Biostatistics - 2008. Continuous Safety Screen for Randomized Controlled Clinical Trials with Blinded Treatment Information.
- Heather Tooker Blue 2007- The Epidemiology of M Tuberculosis in Harris County, January 1996- December 2000.
- Julie Griffith – 2009. Behavioral Journals Newsletter to Increase Employee Participation in a Free Worshop Wellness Center.
- Kaiyan Jing (Biostatistics), MS Biostatistics – Expansion of the *U*-Statistic Analysis in Clinical Trials for Three Continuous Endpoint Measures – 2010.

## Guest Lectures

1. **"Contrasting Community Trials - A Comparison of MRFIT and HDFP"**: Baylor Cardiology Research Program (1 lecture in May, 1988)
2. **"Multicenter Clinical Trials - Topics in Epidemiology Course"** (Dr. Labarthe) (2 lectures in March, 1988)
3. **"Brownian Motion and Clinical Trials"**:Brownbag lecture: January 20, 1989
4. **"General Linear Model and Hypothesis Testing"**: Baylor Cardiology Research Program (1 lecture in May, 1988)
5. **"Bayesian Analysis of the Reproductive Cycle"** University of Texas School of Medicine (1 lecture, February 28, 1989)
6. **"Multicenter Clinical Trials"** Topics in Epidemiology Course (Dr. Labarthe) (1 lectures in May, 1989)
7. **"Significance Testing - Statistics in Medicine Course"** (Dr. Glasner) (1 lecture in October, 1989)
8. **"Cardiovascular Disease"** The Natural History of Disease Course (1 lecture in October, 1989)
9. **"Repeated Measure Designs with Missing Observations"** Biometry Seminar (1 lecture, October, 1989).
10. **"Biostatistics: Uses and Abuses in Clinical Trials"**: Cardiology Department, Baylor College of Medicine (5 lectures, October 1990 - December 1990)
11. **"Physician Quality Control"**: Behavioral Sciences Lecture (July 1991)
12. **"Run Theory and the Prediction of Droughts"**: Environmental Sciences Lecture (September 1991)
13. **Host for Joint Clinical Coordinating Center Meeting**: UTSPH -November 18-20, 1991
14. **"Design Aspects of the NitroDur Trial"** Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, December, 1993).
15. **"Statistical Theory, Bayesian Analysis and Public Health"** UTSPH (June, 1993)
16. **"Design Aspects of the SAVE Trial"** Cardiology Fellow Research Forum Baylor College of Medicine (2 lectures, April, 1994)
17. **"The Trouble with Terfenedine - Seldane, Safeguarding the Population, and the Policy Maker's Dilemma"** Opportunities in Biostatistics Workshop 1994.
18. **“Advances in Stochastic Run Theory”** Rice University, February, 1995

19. "**The Carvedilol Controversy**"Baylor University School of Medicine, June, 1996
20. "**Clinical Trial Fundamentals**" National Institute of Aging Summer Instituite for Research July 21, 1996.
21. "**Results of the CARE Trial**"Invited Lecture International Meeting of Internists Bogota, Columbia October 14, 1996.
22. "**Results of the CARE Trial**"Invited Lecture Cardiology Spanish Society Annual Congress Tenerife, Spain October 30, 1996.
23. "**Advances in Stochastic Run Theory**" UTSPH December, 1996.
24. "**Clinical Trial Methodology**. UTSPH, February, 1997.
25. **IMDUR II- Congestive Heart Failure** New York City, New York Schering-Plough Pharmaceuticals March 24-25, 1997.
26. **Clinical Trial Design Innovations –ALIVE** Invited Discussant Baylor College of Medicine March 31, 1997.
27. **IMDUR II- Angina Pectoris** New York City, New York Schering-Plough harmaceuticals May 22-23, 1997. Calcium Channel Blockers – The State of the Science Invited Discussant San Francisco. May 28, 1997.
28. **Sample Size Guidelines Invited Lectures**. Texas Southern University. November 14, 21, 1997
29. **F.D.A. and Research Issues** Nobel Laureate Lectureship. McMurray University September 10, 1998
30. **Keynote Address. Evidence Based Medicine** Conference Texas A & M Medical School March 23, 1999.
31. **Anorexigens and Health Outcomes**. Baylor Noon Research Conference. April 7 - April 14 1999. The Legal System and Medicine – Panel Discussion UT School of Public Health April 14 1999.
32. **Keynote Address Biostatistics and Evidence Based Medicine**. Alpha One Foundation June 20, 1999.
33. **Lecture – Statistical Reasoning in Medicine**. University of Texas Medical School February 23, 2000.
34. **Keynote Address –Midwest Biopharmaceutical Statistics Workshop**. Muncie Indiana May, 2000
35. **Lecture – Clinical Trial Methodology** Baylor Medical School August, 2000**.**
36. **Type I Error Allocations**. Drug Information Agency. March 14, 2001. Savannah, Ga.
37. **Allocating Alpha for Dependent Hypothesis Testing**. Joint Statistical Meeting.August 8, 2001. Atlanta, Ga.
38. **Introduction to Probability**. University of Texas at Brownsville. January 2002
39. **Multiple Selection Process in Regression Analysis** – University of Texas at El Paso. February 2002.
40. **The Drug Approval Process. Perspective of an F.D.A. Advisory Committee Member.** HCASA. Rice University. Houston. March 2002.
41. **Guidelines for Clinical Trial Design and Execution**. The Society of Gynecologic Oncologists. Miami. March 2002.
42. **Multiple Analyses Issues in Clinical Trials.** COTS. Houston, Texas, April 2002.
43. **Clinical Trial Methodology and Interpretation**: Research Fellow Graduate Program. Houston. August 2002.
44. **Cardiology Grand Rounds**. Brigham and Womens Hospital, Harvard University, October 2002.
45. **MD Anderson Cardiology Grand Rounds**. MD Anderson Cancer Center. February 2003.
46. **Introduction to Clinical Trials.** UTSPH Houston. July 2002.
47. **Heart Teaching Day Lecture**. "Simple Interpretation of Complex Clinical Trials. Plattsburgh, New York, March, 2003.
48. **Clinical Trial Methodology and Interpretation**: Research Fellow Graduate Program. Houston. July 2003.

49. **Introduction to Clinical Trials**. UTSPH Houston. July 2003
50. **Alpha Allocation in the Analysis of Combined Endpoints in Clinical Trials.** Joint Statistical Meetings. San Francisco. August 7, 2003.
51. **Lecture in Research Principles.** UTSPH. July 2004.
52. **Professionalism for the Junior Statistician,** JSM. Toronto August 11, 2004.
53. **Ximelogatran. Introduction**. Baylor College of Medicine, September 23, 2004
54. **Ximelogatran. Efficacy**. Baylor College of Medicine, September 29, 2004
55. **Ximelogatran. Adverse Events**. Baylor College of Medicine, October 7 2004
56. **Dependence in Subgroup Analyses**. Pfizer Corporation, November 11, 2004.
57. **Hyperdependence in Clinical Trial Analyses**: Pfizer Corporation, November 11, 2004
58. **Professionalism in Science**: Pfizer Corporation, November 12, 2004
59. **Professionalism in Science**: Texas A&M Rural School of Public Health, November 19, 2004.
60. **Professionalism in Science**: Lousiana State University , New Orleans, Louisiana, January 2005.
61. **Professionalism in Science**:MD Anderson Cancer Center, Houston, Texas, February 2005.
62. **Statistical Reasoning in Medicine**. UTSPH. Houston, Texas, March 31, 2005.
63. **Multiple Analyses in Clinical Trials**: The IMPAACT Meetings. May 31, 2005
64. **Statistical Reasoning in Medicine** Baylor College of Medicine: Cardiology Division June, 2005.
65. **Dependence Hypothesis Testing in Clinical Trials: Joint Statistical Meeting –** Minnesota – August 2005
66. **Finding Your Way in Science**:MD Anderson Cancer Center, Houston, Texas, February 2005.
67. **An Honor to Treat:** Biostatistics Seminar**.** September 13, 2005.
68. **Public Health versus Mathematical Modeling:** Dangerous Asynchrony. University of Southern Florida. October 4, 2005.
69. **Public Health –** Mathematical Modeling Asynchrony: University of Houston. November 2, 2005.
70. **Sample Size Considerations in Phase II Clinical Studies:** Methodist Hospital.January 13, 2006
71. **FDA – A House Divided**: Biostatistics Seminar: UTSPH – January 17, 2006
72. **Simple Interpretation of Complex Clinical Trials:** University of Texas Nursing Education Program: June 2006
73. **Statistics 101:** The PERI Group: June 4-6, 2006.
74. **Prior Distributions for Dependency Parameter:** Joint Statistical Meeting – August 10, 2006.
75. **Professionalism versus Productivity in Science:** MD Anderson – December, 2006
76. **Advances in Multiple Analyses:** National Cancer Institute – February, 2007
77. **CTSS:** Application and the First Year: February, 2007. Texas A and M University.
78. **Introduction to Clinical Trials:** The Univeristy of Texas – El Paso. Feburary, 2007
79. **Public Health in the Eye of the Storm: Morehouse School of Medicine**: Atlanta Georgia, April 2007.
80. **Compassion Makes Sense**: Texas Southern University. Houston, Texas, May 2007
81. **Bayesian Prediction of Ovulatory Cycles**: Joint Statistical Meeting, Salt Lake City. August, 2007.
82. **Cardiovascular Cell Therapy Research**. Cardiology Grand Rounds. MD Anderson Cancer Center. February 13, 2008.
83. **Introduction to Public Health and Research**. Baylor College of Medicine. February 25, 2008.
84. **Leadership in Academics**: Graduate School of Biological Sciences Leadership Development Academy, September 6, 2008.
85. **Introduction to Public Health and Research**. Baylor College of Medicine. January 27, 2009.
86. **Cell Therapy and Cardiovascular Disease**. University of Texas Medical School Cardiology Grand Rounds. August 2010.
87. **Cell Therapy and Cardiovascular Disease**. Veterans Administration Cardiology Grand Rounds, September 2010.

88. **Changing the Phase II Clinical Trial Paradigm**. Methodist Hospital. March 2015
89. **Presenter**: 9th Annual FDA/AdvaMed Medical Devices and Diagnostics Statistical Issues Conference, Washington DC May 2016.
90. **Basic Biostatistics:** NIH Presentation:: K to R01 Meeting. Bethesda Aug 2016
91. **Modern Biostatistics**: Methodist Hospital: Aug 16 2016
92. **Hypermodern Biostatistics:** Methodist Hospital: Aug 23, 2016
93. **Introduction to Public Health and Biostatistics.** Texas Southern University. Nov 2, 2016.
94. **Trials within Trials:** Clinical Trial Methodology: Methoditst Hospital September 8, 2017
95. **Machine Learning:** Clinical Trial Methodology: Methodist Hospital September 27, 2017
96. **What is Public Health:** UT Development Group. October 2, 2017

## Community Service -Government

1. **National Heart, Lung, and Blood Institute SCOR Site Visit Renin-Angiotensin System in Hypertension:** New York City, New York October 25-27, 1989.
2. **National Heart, Lung, and Blood Institute SCOR Site Visit Myocardial Remodeling in Ventricular Enlargement** Chicago Illinois January 25-28, 1989.
3. **National Heart, Lung, and Blood Institute SCOR Site Visit Review of Coordinating Center Proposals in the Cooperative Sickle Cell Trial** Bethesda, Maryland September 29-30, 1988.
4. **National Heart, Lung, and Blood Institute SCOR Site Visit** Coronary and Vascular Disease Baltimore Maryland December 21-23, 1988.
5. **National Heart, Lung, and Blood Institute SCOR Pulmonary Disease Site Review** Chicago: January 1988.
6. **National Heart, Lung, and Blood Institute Grant Review** PEPI Program Bethesda, Maryland July, 1987.
7. **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** Boston, Massachusetts:May, 1987.
8. **National Heart, Lung, and Blood Institute Application Review.** Ischemia Prevention Trial: Bethesda, Maryland June, 1990 .
9. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for The Johns Hopkins University Bethesda, Maryland June, 1991.
10. Na**tional Heart, Lung, and Blood Institute SCOR Parent Review Committee** Sickle Cell SCOR Program Bethesda, Maryland November, 1991.
11. **National Institutes of Health Superfund Grant Review** Research Triangle Raleigh, North Carolina October, 1991
12. **National Heart, Lung, and Blood Institute SCOR Parent Review Committee Atherosclerotic SCOR Program** Bethesda, Maryland August, 1991
13. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit Atherosclerotic SCOR Program for University of Washington** Portland, Oregon July, 1991.
14. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit - Atherosclerotic SCOR Program for University of San Francisco** Portland, Oregon July, 1991.
15. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for Washington University Bethesda, Maryland June, 1991.
16. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit** Atherosclerotic SCOR Program for Columbia University Bethesda, Maryland June, 1991.
17. **National Heart, Lung, and Blood Institute SCOR Reverse Site Visit**
18. Atherosclerotic SCOR Program for University of Chicago Bethesda, Maryland June, 1991.
19. **National Heart, Lung, and Blood Institute Application Review** Psychophysiology of Ischemia The Asymptomatic Ischemia Prevention Trial:Bethesda, Maryland May, 1991.
20. **National Heart, Lung, and Blood Institute SCOR Parent Committee** Atherosclerosis SCOR Program Bethesda Maryland April, 1991

21. **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** National Institutes of Health - Emory University, Atlanta May 1992.
22. **National Heart, Lung, and Blood Institute SCOR Site Visit Sickle Cell Center Site Review** National Institutes of Health Columbia University, New York CityMarch 1992.
23. **National Institutes of Health for Emory University**Emory University, Bethesda; October, 1993.National Institute of Aging Study Section- Reverse Site Visit of the ACTIVE ProtocolBethesda MarylandJune 1-2, 1993.
24. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandNovember, 1994
25. **National Institutes of Health Superfund Grant Review**Research TriangleRaleigh, North CarolinaOctober, 1994.
26. **National Institutes of Health Research Center in Minority Institutions Site Visit** Charles R. Drew Medical Center  Los Angeles, California August 21-24, 1994
27. **National Institute of Aging Study Section** Bethesda, Maryland June 6-7, 1994
28. **National Heart, Lung, and Blood Institute Coordinating Center Review** Bethesda, Maryland March 9-10, 1994.
29. **National Institute of Aging Study Section**Bethesda, MarylandMarch 6-7, 1994.**Member, Data, Safety and Monitoring Board**Toxicity of Lead in Children Trial 1993-1995 - National Institute of Environmental Health Sciences
30. **National Heart, Lung, and Blood Institute SCOR Contract Review - Pediatric Component of the Cooperative Sickle Cell Disease Center Program Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandOctober, 1995.
31. **National Institute of Aging Study Section**Bethesda, Maryland October, 1995.
32. **CardioRenal Advisory Board Member 1995-present.Ibutilide for Treatment of Atrial Fibrilation Labeling Criteria for Antihypertensive Agents** Bethesda, MarylandOctober, 1995.
33. **CardioRenal Advisory Board Member 1995-present.Nitric Oxide Therapy and PPHN Syndrome.** Bethesda, MarylandAugust, 1995
34. **National Institute of Aging Study Section** Bethesda, MarylandJune, 1995.
35. **Member, Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences**Research Triangle, North CarolinaMay, 1995
36. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, Maryland, May, 1995.
37. **National Institute of Aging Study Section**Bethesda, MarylandMarch, 1995.
38. **Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences**Newark, New JerseyFebruary, 1995
39. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, MarylandNovember, 1995
40. **FDA CardioRenal Advisory Board Member** Calcium Channel Blocking AgentsBethesda, Maryland, Januray, 1996
41. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, Maryland, April, 1996.
42. **National Institute of Aging Study Section**Bethesda, MarylandMarch, 1996
43. **National Institute of Aging Site Visit - Temple University**Philadelphia, Pa.April, 1996
44. **FDA CardioRenal Advisory Board Meeting** Carvedilol - Digoxin LabellingBethesda, MarylandMay, 1996
45. **National Institute of Aging Study Section** Bethesda, MarylandJune, 1996
46. **FDA CardioRenal Advisory Board Meeting** Training Sessions Bethesda, MarylandAugust, 1996
47. **National Institute of Health Grant Review** Lung Volume Reduction Clinial Trial for EmphysemaBethesda, Maryland September, 1996

48. **National Institute of Aging Study Section** Bethesda, Maryland October, 1996
49. **FDA CardioRenal Advisory Board Meeting** Rockville, Maryland Recommendations for FDA decisions based on drug safety and efficacy October, 1996
50. **National Institute of Aging Study Section** Bethesda, Maryland October, 1996.
51. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, Maryland November, 1996
52. **Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Science s**Cincinnati, Ohio December, 1996
53. **TLC Data Safety and Monitoring Board Meeting with Director** National Institutes of Enviromental Health ServicesResearch Triangle, North CarolinaFebruary, 1997
54. **FDA CardioRenal Advisory Board Meeting** Extending the Professional Indications for Aspirin UseBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1997
55. **FDA Statisticians Meeting** Bethesda, MarylandFebruary, 1997
56. **FDA CardioRenal Advisory Board Meeting** Professional Approval Considerations for Bidil, Carvedilol, Mebipridil, and Integrelin Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyFebruary 27-28, 1997
57. **National Institute of Aging Study Section** Bethesda, Maryland March 4, 1997
58. **Data, Safety and Monitoring Board MeetingToxicity of Lead in Children Trial - National Institute of Environmental Health Sciences** Research Triangle, North Carolina March, 24, 1997
59. **NIH Protocol Review Committee – DASH 2**Bethesda, MarylandApril 16, 1997.
60. **NHLBI Sickle Cell SCORE Parent Committee**Bethesda, MarylandMay 14-16, 1997
61. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, Maryland May, 1997
62. **National Instiute of Aging Study Section** Meeting Bethesda, MarylandJune, 1997
63. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJune 26-27, 1997
64. **Stroke Prevention Trial in Sickle Cell Anemia Data and Safety Monitoring Committee** Bethesda, Maryland August, 1997
65. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacy October 22-23, 1997
66. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary, 1998
67. **CardioRenal Advisory Panel Meeting** – Food and Drug Administration Bethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyApril 1998
68. **Guess Member - Blood Products Advisory Panel Meeting** – Food and Drug AdminstrationBethesda, Maryland
69. **Recommendations for FDA decisions** based on drug safety and efficacyJune, 1998
70. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJuly 1998.
71. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland – Recommendations for FDA decisions based on drug safety and efficacyOctober 1998
72. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland Recommendations for FDA decisions based on drug safety and efficacyJanuary 1999
73. **CardioRenal Advisory Panel Meeting** – Food and Drug AdministrationBethesda, Maryland – Recommendations for FDA decisions based on drug safety and efficacyApril 1999
74. **DSMB Member** ACTION Clinical Trial.
75. **Duke Clinical Research Center Research in Acute Coronary Syndrome** College Park,MarylandAugust, 1999
76. **TLC Data Safety and Monitoring Board Meeting** Boston, MassachusettsJanuary, 2000

77. **TLC Data Safety and Monitoring Board Meeting** with Director National Institutes of Enviromental Health ServicesResearch Triangle, North Carolina May, 2000
78. **NHLBI Grant Review**Bethesda, MarylandNovember, 2000
79. **NIA Grant Review.**Washington DCAugust, 2001
80. **Statistical Consultant to Advisory Committee FDA** Bethesda, Maryland – Scheduled September 11, 2001.
81. **Nomination:** F.D.A. Advisory Committee on Pharmaceutical Science
82. **Statistical Consultant to Oncology Advisory Committee FDA** Silver Springs Maryland. December 6, 2001.
83. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. November 28-29, 2001.
84. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. May, 2002.
85. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. October 22-23, 2002.
86. **NHLBI DSMB –**ACTION Clinical Trials; February 2003
87. **FDA Advisory Committee Meeting.** Pharmaceutical Sciences. March, 2003.
88. **FDA Advisory Committee** – Pharmaceutical Sciences. April 2003.
89. **FDA Statisticians Meeting** – Bethesda, May 2003.
90. **National Youth Leadership Forum** – Houston, July 2003
91. **Clinical Scientist Training Program Lecture** – Houston, July 2003
92. **FDA Advisory Committee ─** Pharmaceutical Sciences. October 2003
93. **NHLBI DSMB Meeting –** Sickle Cell Consortium. Bethesda. November 2003.
94. **NHLBI ATION DSMB Meeting –** Rockville MD, December, 2003
95. **Presentation-** 60th Deming Conference – December 2005..
96. **Caffeinol DSMB Meeting –** Houston, Tx February 2004
97. **Argatroban DSMB Meeting –** Houston, Tx February 2004
98. **National Youth Leadership Forum** – Houston, July 2004
99. **Clinical Scientist Training Program Lecture** – Houston, July 2004
100. **ACTION DSMB Meeting** – Bethesda Maryland – December 2004.
101. **Data Safety and Monitoring Meeting** – Berlex Pharmaceuticals – December 2004.
102. **Cooperative Program for Sickle Cell Disease DMC Meeting** ; Bethesday, June 2005.
103. **ACTION DSMB Meeting** – Bethesda Maryland – June 2005.
104. **ODDIS Clinical Trial DMC**: 2005
105. **NINDS Grant Review**: San Diego. April 3, 2006.
106. **ACTION DSMB Meeting** – June 2006
107. **KAI Clinical Trial DMC**:October 2006
108. **ELDER DSMB Meeting** : October, 2006
109. **ACTION DSMB Meeting** – Bethesda Maryland, January 2007
110. **KAI Clinical Trial DMC ─** March, 2007
111. **NHLBI Coordinating Center Review** – July 2016

## Community Service - Nongovernment

1. **Publications Studies Committee** Cholesterol and Recurrent Events Clinical Trial 1989-present.
2. **Ancillary Studies Committee** Cholesterol and Recurrent Events Clinical Trial 1989-present.
3. **Publications Committee** Survival And Ventricular Enlargement Clinical Trial 1987-present.
4. **Behavioral Assessment Subcommittee Member:**Systolic Hypertension in the Elderly Program National Heart, Lung, and Blood Institute sponsored clinical trial: June 1987-1993.
5. **Statistical Analysis of Reproductive Cycle**:Texas Foundation for Research in Reproductive Medicine, Nov 1988.
6. **Yag Laser and Retinal Detachments** Department of Ophthalmology, Baylor College of Medicine Spring, 1989.

7. **Incidence Rate of Lesch Nodules in Neurofibromatosis** Department of Ophthalmology, Baylor College of Medicine Fall, 1989.
8. **CHAIR: Quality Control Session of Society of Clinical Trials meeting**: Minneapolis, Minn. May 16-May 18, 1989.
9. **Development of Sampling Frame for Ophthalmologist Survey** Department of Ophthalmology, Baylor College of Medicine Fall, 1989.
10. **Design of the PREFER Trial**: Cornell University Medical College,New York City, NY September 1990.
11. **Design of the HEART Trial:** Upjohn Pharmaceutical Boston, MA October,1991.
12. **Design of the PREFER Trial**Bristol Meyer Squibb Princeton, New Jersey October, 1991.
13. **Protocol Design Committee** The NitroDur Study 1991.
14. **Protocol Design Committee**HEART Clinical Trial 1991.
15. **Publications Committee** *Cholesterol and Recurrent Events Clinical Trial* Clinical Trial 1991-present.
16. **Executive Committee -Cholesterol and Recurrent Events Clinical Trial Clinical Trial** 1990-1996.
17. **Ancillary Studies Committee** Cholesterol and Recurrent Events Clinical Trial Clinical Trial 1990-1996.
18. **Publications Committee** Cholesterol and Recurrent Events Clinical Trial Clinical Trial 1990-1996.
19. **Seldane and Arrhythmias:**Marion Merrell DowAugust 1992-March, 1994.
20. **Consultant** Schering Plough Pharmaceutical - NitroDur Study January 1993 – 1996.
21. **Consultant Biostatistician Research Centers in Minority Institutions** (RCMI). Texas Southern University.
22. **Chairman NRAC RCMI Committee.** Texas Southern University.
23. **Consultant Proctor and Gamble** Review of SupraVentricular Arrhythmia Studies.
24. **Consultant Pfizer Review of Zaprasidone** –QTc IssuesMemberHuman Safety Board for the Kansas Claude D. Pepper Oder AmericansIndependence Center,
25. **Consultant - Osuta Pharmaceutical:-** Efficacy and Safety of Vesnarinone March, 1994.
26. **Consultant - Marrion Merrel Dow**The NICODERM StudySeptember, 1995 - February 1996.
27. **Advisory Board Member**. UTHSC Center for Research and Evaluation of Alternative Medicine (1995-present).
28. **Consultant - 3M Pharmaceuticals** Causality in Clinical Research May, 1995 – present.
29. **Consultant -Searle Pharmaceuticals** Clinical Trial Design for Calcium Channel Blockers May, 1995.
30. **Consultation: Endpoint Ascertainment in Raynaud's Phenomena Study**Berlix Pharmaceutical New Jersey April, 1996.
31. **Consultation: Clinical Trial Event Rates and Stochastic Curtailment** Schering A.G.Berlin, Germany April 1996.
32. **Consultation: Clinical Trial Event Rates and Stochastic Curtailmen t**Schering A.G.Budapest, Hungary May 1996.
33. **Chairman - Data and Safety Monitoring Board Committee 92045 European Study**Berlix Pharmaceuticals.
34. **Consultation: Independence of Clinical Trials with Overlapping Investigator Sets** Cytogen Pharameuticals Summer, 1996.
35. **Consultant-Schering-Plough Pharmaceuticals IMDUR II in Heart Failure** New York City, New York March, 1997.
36. **Consultant-Schering-Plough Pharmaceuticals IMDUR II in Ischemic Heart Disease** New York City, New York May, 1997.
37. **Consultant-AVCO Corporation Consensus Statement on Calcium Channel Blockers** San Francisco, California May, 1997 CARE presentation:

38. **Results of CARE** Cadiz, Spain, December, 1997.
39. **Consultant - Zaprasidone and QTc prolongation** Pfizer January, 1998.
40. **Consultant - Antiarrhythmic Agents and Study Design** Proctor and Gamble February, 1998.
41. **Consultant - Interpretation of the *CAPRIE* Trial** The Weinberg GroupMarch, 1998.
42. **Consultant – Interpretation of QTC Data for Antibiotic**Hoerst – Marion –Rousel December 1998.
43. **Consultant – QTC Data and Ziprasidone** Pfizer 1998
44. **Consultant – Interpretation of QTC Data for Antibiotic**.Hoerst – Marion –Rousel December 1998
45. **Consultant – Interpretation of QTC Data for Antibiotic** Hoerst – Marion –RouselJune 1999
46. **Consultant – QTC Data and Ziprasidone**Pfizer - ChicagoJune 1999
47. **Consultant – Orion-Abbott Levosimedrin** – New York City June 1999
48. **Consultant – Orion-Abbott Levosimedrin** – London September 1999
49. **Consultant – Pfizer** Zeldox – New York City March 2000
50. **Chairman – Data and Safety Monitoring Board** –INSPIRE 2000
51. **Consultant – FDA Advisory Committee Preparation** AdvantisJune 2000
52. **Consultant – Coronary Ischemia** Berlex Industries August 2000
53. **Consultant – FDA Advisory Committee Preparation** Adventis New York City, September, 2000
54. **Consultant – FDA Advisory Committee Preparation** Aventis New York City October, 2000
55. **INSPIRE Data and Safety Monitoring Committee Meeting** New Orleans November, 2000
56. **Consultant – Approvability and Labeling Issues**Astra Zeneca Philadelphia November, 2000
57. **INSPIRE Data and Safety Monitoring Committee Meeting** New Orleans March, 2001.
58. **Angina Data Safety and Monitoring Board** MeetingBerlex Pharmaceuticals New Jersey May, 2001.
59. **Consultant** – Angioedema in Clinical Trials Aventis New Jersey April, 2001.
60. **Consultant** – Advisory Committee – Diovan, New Jersey, September, 2001
61. **Medtronics- Steering Committee Membership** Define AF Trial June – Aug 2001.
62. **Chair** DSMB Meeeting – INSPIRE Clinical Trial. Houston, December 11, 2001
63. **Chair** DSMB Meeeting – INSPIRE Clinical Trial. Houston, June, 2002.
64. **University of Alabama Site Visit –** October 25, 2002
65. **Berlex Consultancy –** Chicago, IL November 19, 2002.
66. **ACRI Coordinating Center Site Visit for INSPIRE –** November 26, 2002
67. **Data Safety and Monitoring Board Committee Meeting** –INSPIRE February 20, 2003
68. **Berlex Data and Safety Monitoring Board Meedint** – New Jersey – May 12, 2003.
69. **Multi-Cultural Ethics Pane**l – Moderation. April 25, 2003.
70. **National Youth Leadership Speaker** : July 2003.
71. **Consultant _ IMPACT Survey**: National Medical Association: November 2003.
72. **Consultant** –Defibrillator Registry: November 2003.
73. **Consultant** – Sankyo ACAT Study: Boston: November 2003.
74. **DSMB Meeting** – Berlex Pharmaceuticals. New Jersey, November 2003.
75. **DSMB Meeting** – Berlex Pharamceurticals. New Jersey, Janauary 2004.
76. **Study Planning Meeting**– Berlex Pharamceurticals. New Jersey, January 2004.
77. **Principles of Clinical Research**: MD Anderson Houston, April 2004.
78. **National Youth Leadership Speaker** : July 2004..
79. **Consultant** – Astra Zenica. Mock Advisory Committee Meeting – August 2004.
80. **Neurodiagnostic Proteomics** – Consultant Power 3 Medical, September 2004-2005
81. **CHAIR**: National RCMI Advisory Committee Meeting May 19, 2005
82. **Consultant** – Fujisawa. 2005.
83. **CSCC DSMB Sickle Cell Disease**: Washington DC. July 13, 2005
84. **Clinical Scientist Training Program Lecture** – Houston, July 2005

85. **National Youth Leadership Forum** – Houston, July 2005.
86. **Treating Physician**: Houston AstroDome-Reliant Arena. Hurricane Katrina Evacuees. September 2005.
87. **CHAIR**: National RCMI Advisory Committee Meeting – November 1, 2005
88. **HF Action DSMB Meeting** – June 2006
89. **NIAMS** Dermatomyositis DSMB Meeting – September 2006
90. **ELDER DSMB Meeting:** November 2006
91. **MEND CABG2 DSMB Meeting**: December 2006
92. **Program Review**: Medical College of Georgia Biostatistics Program – December 2006
93. **MEND CABG2 DSMB Meeting**, May, 2007
94. **National Biostatistics and Epidemiology Research Design CTSA Meeting** – May, 2007
95. **FDA Presentation ACCLAIM Clinical Trial**: May 31, 2007
96. **NIAMS** Dermatomyositis DSMB Meeting – September 2007
97. **NIAMS** Dermatomyositis DSMB Meeting – June 2008
98. **NIH** Nanotechnology Coordinating Center Review – July 2010
99. **Review of MRSA Antibiotic Therapy -** August 2010
100. **Subgroup Interpretation** - AB Science – London, UK, December 2013- 2014
101. **Consultant:** AB Sciences. June 2017

## Programming Technologies

ACCESS Database Development, Word VB, Excel VB
.NET database development using ASP.Net, VB.NET, ADO.NET and Microsoft SQL 2000 Server

## School Activities

### Internal Service to School of Public Health

SPH Financial Aid Committee - Chairman 1992-1995.
SPH Admissions Committee- 1990-present.
SPH Minority Action Committee (1987-1991).
SPH Biometry Student Financial Aid (1987-1991).
SPH Biometry Department Student Recruiting (1987-1988).
SPH Strategic Planning Committee (1988).
SPH Biometry Convener 2001-2003.
SPH Faculty Affairs Committee 2001-2003.
SPH Faculty Search Committee - Quantitative Behavioralist – 1994.
SPH Faculty Search Committee - Epidemiologist – 1994.
UT Dental Branch Dean Search – 1995.
SPH Faculty Search Committee - Biometrist – 1996.
SPH Faculty Search Committee – Dallas MPH Program – 1998-2000.
SPH Faculty Search Committee – Cardiovascular Epidemiology 2001.
SPH Regional Campus Search Committee – Biometry.
SPH Information Technology Manger Search Committee – 2002.
SPH Biometry Convener 2002-2004.
SPH Faculty Self Study Reaccreditation Team – 2002-2004.
SPH Faculty Chair-Elect 2003-2004.
SPH Faculty Council 2004-2006.
SPH Faculty Search Committee Biostatistics 2004-2005.
SPH Faculty Chair 2005
SPH Faculty Search Committee Epidemiology 2005
SPH Faculty Peer Review Redesign Committee 2005
SPH Six Year Review Committee 2005
SPH Tenure and Promotion Coordinator 2005.

SPH Immediate Past Faculty Chair 2005
HSC InterFaculty Council 2005-2006
SPH Faculty Peer Review Committee 2006
SPH Search Committee Chair – Austin Biostatistician – 2009
SPH Search Committee –Biostatistics – 2011-2012
SPH Search Committee – Coordinating Center for Clinical Trials – 2010-current
SPH Search Committee – Innovation 2011-2013
SPH Search Committee –IT Director UTHealth SPH 2015
SPH Search Committee – Austin Campus 2016

## Other

**Medical Quality Control Review**. *MediClinic* Incorporated 1990-1991
**Physician**. *MediClinic* Incorporated 1984-1992.
Expert Witness Activity 1999-current.

11-29-2017
Date

Lem Moyé, M.D., Ph.D.

**Additional Published Literature Reviewed**

Daniels AB, Liu GT, Volpe NJ, Galetta SL, Moster ML, Newman NJ, Biousse V, Lee AG, Wall M, Kardon R, Acierno MD, Corbett JJ, Maguire MG, Balcer LJ. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol. 2007 Apr;143(4):635-41.

Durcan FJ, Corbett JJ, Wall M: The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana, *Arch Neurol* 45:875-7, 1988.

Etminan M, Luo H, Gustafson P: Risk of intracranial hypertension with intrauterine levonorgestrel, *Ther Adv Drug Saf* 6:110-113, 2015.

Etminan M: Revised disproportionality analysis of Mirena and benign intracranial hypertension, letter to the editor, *Ther Adv Drug Saf* 8(9):299-300, 2017.

Etminan M: Risk of intracranial hypertension with intrauterine levonorgestrel: reply, *Ther Adv Drug Saf* 7(1):25-26, 2016.

Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, Newman NJ, Biousse V. Risk factors for idiopathic intracranial hypertension in men: a case-control study. J Neurol Sci. 2010 March 15; 290(1-2): 86.

Friedman D: Risk of intracranial hypertension with intrauterine levonorgestrel, letter to the editor, *Ther Adv Drug Saf* 7(1):23-24, 2016.

Fu Y & Vallon V. Mineralocorticoid-induced sodium appetite and renal salt retention: Evidence for common signaling and effector mechanisms, *Nephron Physiol.* 2014; 128(0): 8-16.

Nakano, M., et al. Mineralocorticoid receptors/epithelial $NA^+$ channels in the choroid plexus are involved in hypertensive mechanisms in stroke-prone spontaneously hypertensive rats, **Hypertension Research (2013) 36,** 277-284.

Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Descriptive Epidemiology in Rochester, Minn. 1976 to 1990, *Arch Neurol*. 1993 Jan;50(1):78-80.

Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: A prospective and case-control study. *J Neurol Sci*. 1993 May;116(1):18-28.

Rai, R., et al. The relationship between the LNG-releasing IUS and idiopathic IH, *Association for Research in Vision and Ophthalmology, Poster B0081,* 2015.

Salpietro, V. *et al*. 2012. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. *Neuro. Endocrinol. Lett.* 33(6):569-573.

Valenzuela, R.M., et al. Exploratory Study of the Relationship Between the Levonorgestrel-Releasing Intrauterine System and Idiopathic Intracranial Hypertension. *Poster 102, North American Neuro-Ophthalmology Society, 41st Annual Meeting,* February 21-26, 2015.

**Additional Bayer Documents Reviewed**

MIR_BSR_IIH_00001477

MIR_BSR_IIH_00001494

MIR_BSR_IIH_00002034

MIR_BSR_IIH_00010900

MIR_BSR-R_00143036

MIR_INDNDA_00087716

MIR_INDNDA_00087779

MIR_JSEU_00571185

MIR_JSEU_01451207

MIR_KCOPLEY_00000264

MIR_KCOPLEY_00002016

MIR_KCOPLEY_00004663

MIR_KCOPLEY_JSEU_00000001

MIR_KCOPLEY_JSEU_00000002

MIR_KCOPLEY_JSEU_00000003

MIR_KCOPLEY_JSEU_00000004

MIR_KCOPLEY_JSEU_00000005

MIR_KCOPLEY_JSEU_00000006

MIR_KCOPLEY_JSEU_00000007

MIR_KCOPLEY_JSEU_00000008

MIR_KCOPLEY_JSEU_00000009

MIR_KCOPLEY_JSEU_00000022

MIR_KCOPLEY_JSEU_00000023

MIR_KJEU_00000923

MIR_PKEU_00584627

MIR_PKEU_00699321