# Exhibit 9

**EXPERT REPORT OF**
**Laura M. Plunkett, Ph.D., DABT**
**December 27, 2017**

## I. Training and Qualifications

1. I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist and principal of a consulting company known as Integrative Biostrategies, LLC. Integrative Biostrategies, based in Houston, Texas, is a consulting firm that works at the interface of biological science, regulatory affairs and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship. Before joining Integrative Biostrategies in 2001, I was head of the consulting firm known as Plunkett & Associates.

2. I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations and have authored or co-authored numerous scientific publications. I have over twenty years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research. I have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

3. I received a B.S. degree in 1980 from the University of Georgia and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy in 1984. My doctoral research was focused in the area of cardiovascular pharmacology and specifically dealt with delineating neurochemical mechanisms responsible for the cardiac toxicity of digitalis glycosides.

4. From June 1984 through August 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My research focused on the role of various brain neurochemical systems involved in the control of autonomic nervous system and cardiovascular function.

5. From September 1986 to June 1989, I was an Assistant Professor of Pharmacology and Toxicology in the medical school at the University of Arkansas for Medical Sciences, Little Rock, Arkansas, where I performed basic research in the areas of neuropharmacology and toxicology as well as cardiovascular pharmacology and toxicology. I taught courses for both medical students and graduate students in pharmacology and toxicology as well as the neurosciences. During this time, I studied drugs of all classes. As a pharmacologist, my work was directed towards understanding the biologic mechanisms of drug actions, both the therapeutic effect and the toxic effects of drugs.

6. From December 1989 to August 1997, I worked for ENVIRON Corporation, first in the Arlington, Virginia office and then in the Houston, Texas office. I worked specifically within the health sciences group and most of my projects dealt with issues surrounding products or processes regulated by the U.S. Food and Drug Administration (FDA). During my consulting career (ENVIRON, Plunkett & Associates, and Integrative Biostrategies), I have worked on a variety of projects dealing with the regulation of products by the FDA, including human drugs, veterinary drugs, biologics, medical devices, consumer products, dietary supplements and foods. I have advised my clients on regulatory issues and strategies for their products (relating to both Canadian and American regulations), designed preclinical and clinical studies for both efficacy and safety, advised clients on issues related to statements regarding efficacy and warnings for their products based on the current labeling regulations and generally acted as a regulatory affairs staff for small companies in their early stages of product development. A tool common to all my work as a consultant would be risk assessment, including many projects where risks and benefits of human therapeutics were at issue.

7. With respect to my experience that is directly relevant to the issues in this case, I have done a great deal of work on projects related to regulation of human drug products. This work has included examining the risks associated with exposure to hormones and the risks associated with altered hormonal status in women. I have lectured graduate students and medical students on the biochemical basis for the effects produced by drugs that affect hormonal function. I have expertise in pharmacokinetics, including the differences in pharmacokinetics of

drugs when they are administered by routes other than oral ingestion, *i.e.*, dermal, inhalation, subcutaneous, intraperitoneal, intra-vaginal, *etc*. I have lectured to graduate students, law students and pharmacy students on FDA regulations as they apply to human drug products, including lectures that have covered the human drug approval process, labeling of human drugs, and post-market reporting requirements for drug manufacturers. I have knowledge, experience and expertise related to changes in the FDA regulations over the years from the initial passage of the Federal Food Drug and Cosmetic Act (FFDCA) in 1938 up to the most current amendments to the FFDCA in 2007. This experience has included understanding the differences in regulatory standards over the decades and the standards used over time to assess the safety and efficacy of human drugs. This knowledge resulted from courses I have taken that were offered through the Food Drug and Law Institute (FDLI), as well as experience while working at ENVIRON under the direction of former FDA employees.

8. Throughout my career I have published dozens of articles which are listed in my curriculum vitae (attached as Appendix A). In litigation, I have provided expert testimony and been qualified in both state and federal courts in the areas of pharmacology, pharmacokinetics, toxicology, risk assessment and FDA regulations. Also attached to this report as Appendix B is a list of all documents I have reviewed in this case.

## II. Information Reviewed

9. During the course of my work on this case, I have reviewed the following materials:

a) scientific literature relating to the pharmacology, pharmacokinetics and toxicology of levonorgestrel, the active ingredient in Mirena® as well as other human prescription drug products;

b) labeling for Mirena and other levonorgestrel-containing drug products that are administered by routes other than the oral route (*e.g.*, Jadelle, Norplant, Skyla, Kyleena);

c) regulations of the FDA relating to the development, approval, labeling and marketing of human prescription drug products;

d) documents related to Mirena's approval by the FDA that are available on the FDA website;

e) expert reports and depositions of other individuals involved in the litigation; and

f) other confidential documents produced during the litigation.

It should be noted that all of the sources listed above are ones commonly used in my work as a pharmacologist, toxicologist, and risk assessor. At the end of this report is attached a list of the published articles cited throughout this report. All opinions expressed in this report are expressed based on my training and experience and to a reasonable degree of scientific certainty.

## III. Methodology

10. With respect to the methodology I employed while working on this case and in forming my opinions as outlined in this report, I have used standard methods that I apply in all of my work as a pharmacologist and toxicologist, both litigation and non-litigation projects. One tool I use is a method known as human health risk assessment. Pharmacologists and toxicologists routinely assess both benefits and risks related to exposure to drugs using the risk assessment process. In fact, general principles of pharmacology and toxicology is the scientific core of risk assessment. Risk assessment has been used for decades by a wide variety of governmental bodies. In 1983, the National Research Council (NRC) detailed the steps for risk assessment and described the methodology that is in use today as four basic steps: hazard identification, dose-response assessment, exposure analysis, and characterization of risks (NRC, 1983). As a result, risk assessment is a standard tool used by pharmacologists and toxicologists when they are trying to understand the benefits and risks associated with a drug.

11. Another tool I employed in this project is known as a “weight-of-the-evidence” assessment. A weight-of-the-evidence assessment involves evaluating individual studies and determining what the studies describe, when considered as a whole. Therefore, weight-of-the-evidence methods were critical to defining the literature that identified the pharmacokinetics, benefits and hazards of levonorgestrel. In the current case, I examined the Mirena product labeling, internal company documents related to the pharmacokinetics, pharmacology and toxicology of Mirena, the scientific literature related to the benefits and risks of levonorgestrel products, as well as the FDA regulations that govern the development and marketing of human prescription drug products.

12. I was trained in the use of all of these methods as part of my undergraduate, graduate and postdoctoral work in pharmacology and toxicology, as well as while working as a consultant in human health risk assessment. Weight-of-the-evidence methodology, in particular, is used as part of regulatory decision making by regulatory and scientific bodies such as the FDA[1], the U.S. Environmental Protection Agency (EPA)[2], and the U.S. Occupational Safety and Health Administration (OSHA)[3], and the World Health Organization (WHO) and the International Agency for Research on Cancer (IARC)[4].

## IV. Introduction

13. Based on my review of published scientific literature and other documents in this case, as well as my training and experience as a pharmacologist, toxicologist and FDA regulatory specialist, I have formed the following opinions. I reserve the right to supplement my opinions as new information becomes available. I also intend to provide opinions in a regulatory capacity in a later phase of this litigation.

14. The issue in this case is the risk of pseudotumor cerebri (PTC) with use of levonorgestrel drug products, specifically Mirena. Like most human drug products, many of Mirena's adverse or toxic effects are related to the pharmacodynamic effects of the drug, and are an extension of its pharmacology. Therefore, the pharmacokinetics of a drug such as Mirena are relevant to the issue of the risk of experiencing a toxic effect such as PTC. Also of relevance to a discussion of the cause and effect relationship between PTC and any drug, including Mirena, is the "biologic plausibility" of the relationship. Biologic plausibility, one of the Bradford Hill considerations, is often discussed in terms of a proposed mechanism of action (Hill, A.B. 1965). Therefore, the pharmacology and toxicology data for a drug product typically are discussed with respect to the types of mechanisms thought to be triggered in a disease process such as PTC.

[1] e.g., http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm079257.pdf; http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm074916.pdf; http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm079240.pdf

[2] e.g., https://www.epa.gov/sites/production/files/2015-06/documents/acephate-103301_2015-06-29_txr0057153.pdf; https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=23160&CFID=65932199&CFTOKEN=24176705; https://cfpub.epa.gov/ncea/risk/recordisplay.cfm?deid=71993&CFID=65932266&CFTOKEN=97071893

[3] https://www.osha.gov/weightofevidence/woe_guidance.pdf

[4] http://www.who.int/phe/news/events/international_conference/Session2_DrStraif.pdf

Another of the Bradford Hill considerations that is relevant in this case is "analogy", where analogy refers to comparing the effects produced by chemically similar compounds when examining the likelihood that a chemical can cause a certain type of health effect. As a result, I have formed opinions generally related to 1) the pharmacokinetics of Mirena; 2) aspects of the pharmacology and toxicology of Mirena that are relevant to identifying a biologically plausible mechanism for Mirena-induced PTC in humans; and 3) the relevance of scientific information on the relationship of PTC to exposure to levonorgestrel-containing drug products, other than Mirena, to a causation assessment for Mirena and PTC. As a pharmacologist and toxicologist, I perform cause-and-effect assessments in my work by first determining whether it make sense, based on known biology and general principles of pharmacology and toxicology, that an exposure can result in a particular toxic effect in humans. Therefore, in the context of this case, my assessment began with the question: Does it make sense biologically that exposure to Mirena, an intrauterine device that releases levonorgestrel, can cause PTC in humans? With this question as a guide to my evaluation, it is clear that the pharmacokinetics of intrauterine levonorgestrel drug delivery is important to identifying whether there is sufficient exposure in women. It is also clear that the basic pharmacology of levonorgestrel in humans is highly relevant to assessing cause-and-effect for PTC in this case as well. Therefore, my work has focused on these critical aspects of the causation assessment for PTC and Mirena, as well as the general cause and effect relationship between use of Mirena by women and PTC.

15. Based on my review of the available evidence, I summarize my opinions as follows:

- Mirena is a prescription human drug product containing as its sole active ingredient levonorgestrel (LNG). It is the activity of LNG that is responsible for the pharmacological or desired effects of Mirena as well as the toxic, or undesired, or adverse effects of Mirena.
- Mirena's pharmacokinetics are complex and the level of variability is biologically significant, both within the same individual (intra-individual variability) and among different patients (inter-individual variability). This pharmacokinetic variability results in variability in blood levels of LNG that are achieved with Mirena among patients.

- Blood contains LNG that is bound to plasma proteins as well as LNG that is "free", or not protein-bound. It is the free LNG that is responsible for producing the biological effects observed in humans, both the desired effects and the toxic effects. It is the free or unbound LNG levels that correlate best with the biological responses observed in humans, not the total level of LNG in blood.
- Binding of LNG by sex hormone binding globulin (SHBG) affects the amount of free LNG in blood. Increases or decreases in SHBG levels in blood can have significant effects on the pharmacology and toxicology of Mirena. Binding of LNG to plasma albumin occurs but is of minor importance for estimating the free fraction of LNG.
- LNG blood levels achieved after exposure to other LNG drug products, such as those that are implanted beneath the skin, are higher than the blood levels achieved after Mirena use, but within the range of variability observed in patients using Mirena. Due to the large amount of inter-individual variability in LNG pharmacokinetics, regardless of the drug product or route of administration, there is overlap in the blood levels observed in patients using Mirena with blood levels observed in patients using other LNG drug products, such as Norplant. Therefore, toxic effects observed in patients exposed to Norplant would be expected to occur in patients taking other LNG drug products, including Mirena.
- The androgenic activity of LNG is a key feature of its pharmacological profile. The scientific and medical literature has linked increased androgen activity with PTC. Therefore, the androgenic effects of LNG are a biologically plausible mechanism by which LNG drug products, including Mirena, can cause PTC in humans. Mirena's androgenic activity, therefore, is a critical consideration when assessing the cause and effect relationship between Mirena use and PTC.
- Considering all of the relevant data including, but not limited to, the known androgenic effects of LNG and Mirena, the relationship of LNG drug products other than Mirena with PTC, and the human studies and human experience with Mirena use by women, the weight-of-the-evidence shows that exposure to Mirena can be a substantial contributing factor to development of PTC in women, and that LNG exposure in women can cause PTC.

## V. Background on Mirena and Levonorgestrel

16. Mirena (NDA[5] 21-225) is a levonorgestrel-releasing intrauterine system that consists of a T-shaped polyethylene frame with a cylindrical silicone-based steroid reservoir mounted on the vertical stem. The steroid reservoir is composed of a mixture of 52 mg levonorgestrel (LNG) (50% by weight) and polydimethylsiloxane (PDMS). The reservoir is covered by a PDMS membrane that regulates the release of LNG. The system has an average release rate of 20 μg LNG/day for up to 5 years. Polyethylene removal threads are attached to the vertical stem of the T-shaped frame. It was approved for use in the United States December 6, 2000; the sponsor was Berlex Laboratories, Inc. Another company involved in the research and development of Mirena was Schering Oy, a company that is now part of Bayer Corporation. The current sponsor of the Mirena NDA is Bayer HealthCare Pharmaceuticals, Inc.

17. LNG is a progestin compound, meaning it has pharmacological effects that mimic progesterone, the naturally occurring hormone (Levin, E.R. and S.R. Hammes. 2011. Estrogens and progestins. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 12th edition*. Brunton *et al.* (eds.) New York, NY: McGraw-Hill, chapter 40). As its name denotes, the hormone is integral to gestation in humans. Progesterone is secreted primarily by the corpus luteum and the placenta, and exerts effects on the uterus, the mammary glands, and the brain. Progesterone is necessary for embryo implantation, pregnancy maintenance, and the development of mammary tissue for milk production. Synthetic progestins, including LNG, are used therapeutically as contraceptive drug products in pre-menopausal women, and to treat the symptoms of menopause in post-menopausal women; progestins can be administered alone, or in combination with estrogen.

18. Levonorgestrel [(-)-13-Ethyl-17-hydroxy-18,19-dinor-17α-pregn-4-en-20-yn-3-one] is the active ingredient in Mirena, has a molecular weight of 312.4 Daltons, and a molecular formula of $C_{21}H_{28}O_2$. LNG is a synthetic steroid that is structurally related to testosterone and belongs to the chemical class known as 13-ethylgonanes. LNG is sold in pill form as the emergency contraceptive known as "Plan B", and as a component in combination hormone formulations (LNG combined with an estrogen compound). When LNG is formulated into

[5] NDA = New Drug Application

devices such as Mirena, the drug is used for long-term pregnancy prevention. LNG has been used as an active ingredient in contraceptives since the 1980's. The structure of LNG is as follows:




19. Mirena is just one of a group of LNG-containing drug products. There are implanted formulations of LNG that have been sold under the names Norplant®[6] and Jadelle®[7]. There are several intrauterine LNG-releasing devices that include Mirena, Kyleena® and Skyla®[8]. There are numerous oral formulations of LNG available in the United States including the single dose hormone formulation known as Plan B®[9]. The pharmacology of LNG-containing drug products has been described in textbooks (*e.g.,* Levin, E.R. and S.R. Hammes. 2011. Estrogens and progestins. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 12th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 40). The exact molecular mechanism whereby LNG produces its therapeutic effects in drug products is not known. Progestin-only contraceptives, both pills, implants and intrauterine-releasing devices, may block ovulation in only 60 to 80% of women's cycles. Their primary effectiveness, instead,

---

[6] Norplant was marketed in the United States by Wyeth Pharmaceuticals, Inc.; Norplant was first approved by the FDA on December 10, 1990. Norplant marketing was discontinued in the United States in 2002 and globally in 2008.

[7] Jadelle was developed by the Population Council and marketed by Schering Oy. It was first approved by the FDA November 1, 1996. Jadelle is not currently marketed in the United States.

[8] Kyleena and Skyla are manufactured by Bayer Healthcare Pharmaceuticals, Inc. and, like Mirena, are intrauterine devices. Kyleena has an average *in vivo* release rate of 9 µg LNG/day for up to five years, while Skyla has an average release rate of 6 µg LNG/day for up to three years.

[9] Plan B is an oral drug product containing 1.5 mg LNG.

is thought to be due to thickening of the cervical mucus, which decreases sperm penetration, and to changes in the lining of the uterus, the endometrium, changes that impair implantation of fertilized eggs.

20. Mirena has been approved for certain indicated uses in the United States as well as dozens of countries around the world. FDA initially approved Mirena on December 6, 2000 for intrauterine contraception for up to five years. On October 1, 2009, FDA approved Mirena for a new indication, "*Treatment of heavy menstrual bleeding for women who choose to use intrauterine contraception as their method of contraception.*" Mirena was developed by Berlex Laboratories, the holder of the NDA in 2000. Bayer Healthcare Pharmaceuticals Inc. subsequently became the manufacturer of Mirena. Bayer Healthcare Pharmaceuticals Inc. developed two lower dose versions of Mirena that included Skyla, which was approved by the FDA on January 9, 2013, and Kyleena, which was approved by the FDA on September 16, 2016.

21. Like other progestins, LNG binds to receptors to produce its pharmacological and toxicological effects (as reviewed in textbooks; Levin, E.R. and S.R. Hammes. 2011. Estrogens and progestins. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 12th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 40). The progesterone-specific receptor (PR) occurs in two isoforms, PR-A and PR-B. The PR is one member of a family of receptors referred to as "nuclear hormone receptors." This family consists of 48 different receptors that bind a variety of ligands, including the circulating steroid hormones such as androgens (testosterone), estrogen, progesterone, glucocorticoids (cortisol), mineralocorticoids (aldosterone), and thyroid hormones. To produce their effects in cells, chemically synthesized hormonal drugs and naturally-occurring hormones bind to receptors in the cytoplasm of cells, and the receptor-ligand complex is translocated into the nucleus of a cell where the receptor-ligand interaction leads to transcriptional events. An important property of nuclear hormone receptors as a group is that they must form a complex in order to carry out their pharmacological function in cells. The complex is formed when the receptor binds a ligand, a hormone response element (HRE) that is specific to each receptor type, and a co-regulator (from a family of over 100 co-regulators (co-regulators as a group includes both co-activating proteins and co-repressing proteins) in order to regulate their target genes. Therefore, the activity of the

nuclear hormone receptors in any given cell depends not only on the ligand present, but the ratio of co-activators and co-repressors recruited to the complex. Co-activators recruit enzymes to the transcription complex that modify chromatin, such as histone acetylase, leading to unraveling of DNA for transcription. Co-repressors recruit proteins such as histone deacetylase, which keeps DNA tightly packed and inhibits transcription. Depending on the chemical nature of the ligand that binds a receptor, and the combination of co-activators and co-repressors recruited to the complex, nuclear hormone receptors may differentially regulate their target genes (Levin, E.R. and S.R. Hammes. 2011. Estrogens and progestins. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 12th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 40).

22. Another important consideration when considering the pharmacology of ligands that bind to the nuclear hormone receptors is that many ligands (hormones) can bind to multiple receptors in the family of nuclear hormone receptors. This is, at least in part, related to the fact that the ligand-binding domains of the different nuclear hormone receptors share sequence homology; the progesterone, glucocorticoid, androgen and mineralocorticoid receptor binding domains having about 50–57% sequence homology, while the estrogen receptor ligand binding domain has only 28% homology with the progesterone receptor domain (Africander *et al.* 2011). In the case of LNG, it binds as an agonist to both isoforms of the PR with high affinity, as well as having significant affinity for androgen receptor binding (androgen agonist; Phillips *et al.* 1990; Hammond *et al.* 2001; Kuhl *et al.* 2005; Africander *et al.* 2011; Moore *et al.* 2012; Stanczyk *et al.* 2013); the compound also exhibits mineralocorticoid receptor binding (Kuhl *et al.* 1990; Africander *et al.* 2011; Stanczyk *et al.* 2013) and some glucocorticoid receptor binding (Sitruk-Ware 2006). As discussed in the literature: *"Progestins as a class include a wide range of molecules with variable degrees of estrogenic, androgenic, anti-androgenic, glucocorticoid-like, and anti-mineralocorticoid activity. The choice of progestin can thus be determined based on the particular requirements for contraception, or HRT, as well as particular risk factors of the patient."* (Africander *et al.* 2011).

23. Like other progestins, LNG affects receptor-mediated events that are linked to activation and/or inhibition of receptors other than the PR. Just considering the PR binding of

LNG, in general, PR-A binding can result in transcriptional repression, while PR-B binding activates transcription (Hammond *et al.* 2001). PR-A binding by LNG and other progestins also represses the transcriptional activity of the estrogen receptor (ER), as well as the androgen receptor (AR) and glucocorticoid and mineralocorticoid receptors (Giangrande and McDonnell, 1999). Therefore, activation of PRs by progestins can lead to down-regulation of other nuclear hormone receptors, which consequently affects the activity of other hormones. For example, progestins are known to have anti-estrogenic effects due to activation of PRs, not due to binding to the ER directly. To further complicate the processes involved in binding of hormones to their receptors is the fact that steroid hormone receptors can alter cell signaling by non-genomic signaling, *i.e.,* through cross talk with other receptors and cytoplasmic signaling pathways, in the absence of direct effects on transcription by the steroid receptor (Africander *et al.* 2011). As these authors discuss: *"Thus many downstream signaling partners modulate the activity of steroid receptors in multistep processes, with the first step being the binding of the progestin to the receptor, as determined by its affinity for the receptor."* As a result, the mechanisms underlying the pharmacological and toxicological effects of specific progestins, such as LNG, are complex and can involve changes in signaling through multiple nuclear hormone receptors as well as signaling through events independent of direct receptor binding. Thus, the biological mechanisms of specific LNG-induced adverse events may involve effects through multiple receptor and signaling pathways, and involve effects of LNG on progesterone, androgen, estrogen and mineralocorticoid hormone system activity. The androgenic activity of LNG found in Mirena and other LNG drug products has been described as "potent" (Lemus *et al.* 1992).

24. In addition to binding to nuclear hormone receptors, LNG in blood is highly protein bound, up to and even greater than 98%; LNG binds to albumin and a specific carrier protein known as steroid hormone binding globulin (SHBG) (Kuhl *et al.* 2005). An early study estimated that about 1% of LNG circulates free in blood while more than 30% is bound to albumin, and more than 60% is bound to SHBG (Kuhnz *et al.* 1992). SHBG is a protein that binds naturally occurring sex hormones that circulate in blood, including testosterone, 5α-dihydrotestosterone and estradiol. Albumin binding of LNG in blood is high capacity but low affinity, whereas binding of LNG to SHBG is low capacity but high affinity; unlike other synthetic progestins, LNG affinity for SHBG is essentially the same as the affinity of the

naturally occurring sex hormones (Fotherby, 1995). Additionally, due to its significant androgenic properties, LNG administration results in reductions in the levels of SHBG circulating in blood, while, in contrast, estrogens are known to increase blood SHBG levels (Fotherby, 1995; Kuhl *et al.* 2005). Fluctuations in the levels of SHBG in blood can affect the pharmacokinetics of LNG, including the levels of unbound or "free" LNG circulating in blood (Fotherby, 1995; Hammond *et al.* 2001). Given that approximately 98% of blood LNG is bound to either albumin or SHBG at any time, even small changes in SHBG levels in blood could have significant impacts on the levels of free or unbound LNG. For example, increasing the level of free LNG from 1% to 2% due to decreased SHBG levels would double the level of unbound LNG in blood. If the blood level of free LNG was 40 pg/ml, then such a change in SHBG binding could increase the level to 80 pg/ml[10]. The importance of these changes in free LNG levels in blood are discussed further below.

25. It is important to note that the wide range of SHBG levels in healthy non-treated women has been identified as a contributing factor to the variability in the pharmacokinetic profile of LNG observed in women (Fotherby, 1995; testimony of Dr. Birte Hofmann dated November 21, 2017 at page 88, lines 15-19). In a recent review of pharmacokinetics of LNG and other progestins, it is reported that SHBG binds androgens and estrogens, provides for a hormonal reservoir, prevents the rapid degradation of unbound hormones, restricts hormone access to certain sites, and generally modulates the unbound, or "free," hormone concentrations in blood (Jameson, J.L. 2014. Mechanisms of hormone action. In: *Harrison's Principles of Internal Medicine, 19th edition*. Kasper, et al. (eds.) McGraw-Hill: New York, NY, chapter 400). Additionally, levels of SHBG in blood can increase or decrease in response to a variety of factors (Jameson, J.L. 2014. Mechanisms of hormone action. In: *Harrison's Principles of Internal Medicine, 19th edition*. Kasper, et al. (eds.) McGraw-Hill: New York, NY, chapter 400), and are important to consider when investigating the pharmacodynamics of LNG and attempting to correlate the biological effects of LNG with LNG levels in blood. Examples of such factors that affect levels of SHBG and, thus, can impact free levels of LNG in blood include obesity, Type 2 diabetes, hypothyroidism, hepatitis or other forms of liver disease, hyperthyroidism, polycystic

---

[10] A free LNG level in blood of 40 pg/ml was reported by Kuhnz *et al.* (1992) following oral administration of 0.15 mg LNG.

ovarian syndrome (PCOS), and the presence of drugs such as anticonvulsants (Wu, A.H.B., 2006; Svalheim *et al.* 2015).

26. Recognizing that it is the unbound LNG in blood that results in nuclear hormone receptor activation and pharmacological and biological effects, it is important to discuss "free" versus "total" LNG levels in blood. In clinical studies with LNG, the data collected typically is total LNG levels, a measure of the level of both bound and unbound drug in the blood. As mentioned above, the amount of LNG that is unbound or free is very small, typically less than 2% of the total blood level, as compared with the amount of LNG that is bound by proteins (approximately 98% is bound to albumin and SHBG combined). In order to estimate the amount of free LNG in blood, a parameter known as the "free levonorgestrel index" or FLI can be calculated. The FLI is the ratio between the measured serum levonorgestrel level (nmol/L) and the measured level of SHBG (nmol/L), multiplied by 100 (Alvarez *et al.* 1998). As these authors discussed:

> *"It is also known that the plasma concentration of total levonorgestrel is closely influenced by SHBG levels. A reduction in SHBG will induce a parallel drop in bound levonorgestrel, and the free fraction will be removed from circulation at a faster rate.* ***On the other hand, there is a better correlation between the effect of the progestin over target tissues with the free levonorgestrel index (FLI) than with total levonorgestrel serum concentrations."*** [emphasis added] (Alvarez *et al.* 1998).

Others have described the utility of the FLI as an indicator of exposure to a LNG drug product (Olsson *et al.* 1987; Brache *et al.* 1992; Subakir *et al.* 1996; Hofmann Exhibit 31; MIR_PIEU_00913665 through 666). Therefore, when comparing the pharmacological and toxicological profiles of different LNG drug products, it is useful to compare the free LNG data for the products. Products producing similar free LNG values would be expected to exhibit similar pharmacological or toxicological effects even if the products were administered by different routes and/or the doses of the products that were administered were different. Although LNG also binds to albumin in blood, Bayer itself has stated that *"albumin concentrations in*

*plasma were of minor importance for the calculated free fraction"* of LNG (see MIR_IIH_EU00159606 through 644).

27. With respect to the use of free LNG versus total LNG levels in blood as a tool to assess exposure and response for LNG, a detailed assessment of the impact of free levels of LNG on LNG pharmacodynamics was published by Brache and colleagues (1992). In this study of Norplant performance in women over five years, the authors studied the relationship between free[11], or unbound, levels of LNG and levels of SHBG in blood with a pharmacodynamic effect of LNG, specifically the number of luteal cycles in women. They reported that in the first two years of LNG exposure, free levels of LNG were significantly higher, while levels of SHBG were below normal during that same time period. The increased levels of free LNG correlated with the increased efficacy seen in the first two years, even though total LNG levels in blood were relatively stable during that time. As the authors discussed, measurement of total LNG may indicate there is little variation, while the free LNG level provided a more accurate estimation of the likelihood that the steroid was producing a biological effect (number of luteal cycles) within target tissues. These observations by Brache *et al.* (1992) are relevant to Mirena's adverse event profile because, consistent with Bayer's 2015 Signal investigation (MIR_KCOPLEY_JSEU_00000022), approximately 80% of the adverse events in Bayer's analysis were reported in the first two years. This is consistent with the finding of Brache and colleagues where the first two years of LNG exposure were associated with higher levels of free LNG, and that it is the free or unbound drug that is responsible for producing the adverse effects linked to Mirena (consistent with testimony of Dr. Hofmann). Moreover, the link of free or unbound drug blood levels with both efficacy and toxicity is a general principle of pharmacology and toxicology (Buxton, I.O. and L.Z. Benet. 2011. Pharmacokinetics: The Dynamics of Drug Absorption, Distribution, Metabolism, and Elimination. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 12e Eds.* Brunton, et al. (eds.). New York, NY: McGraw-Hill, chapter 2).

---

[11] The authors use the FLI as a measure of free LNG. Consistent with the testimony of Dr. Zurth of Bayer (see deposition dated – page 143, lines 7-13), the free LNG level can be calculated if you know three things, the total LNG concentration in blood, the level of SHBG, and the amount of albumin. Given that the albumin concentration is of minor importance for calculating the free fraction (see MIR_IIH_EU00159606 through 644), the FLI, which considers the SHBG and total LNG levels, is a valid method to estimate levels of free LNG in blood.

28. It is also important to note that even low levels of LNG in blood have been shown to produce biologically significant effects in women (Xiao *et al.* 1990). In this study in 10 women, intrauterine devices releasing 20 μg/day of LNG (Mirena dose) were inserted and the women were followed for one year. Bleeding and spotting patterns were recorded on a menstrual card over that year, and blood samples were collected for detection of luteinizing hormone (LH), estradiol (E), progesterone (P), LNG, and SHBG. The blood samples were taken three times a week during the first month of use, and twice a week during months six and 12 of treatment. Two of the 10 women experienced irregular cycles with prolonged inter-menstrual spotting, four of 10 had amenorrhea, while the other four women reported regular menstrual cycles. Based on the hormone levels of E and P detected in blood, four different types of reactions were identified in the women: A) anovulatory, B) anovulatory but with high follicular activity, C) ovulatory but with luteal insufficiency, and D) ovulatory. Among the 29 treatment cycles that were followed, there were 10 D-type, 3 C-type, 13 B-type and 3 A-type ovarian reactions. In total, 44.8% of the cycles were ovulatory (C+D) and 55.2% were anovulatory (A+B). Yet, blood levels achieved in the women who were experiencing biological changes due to the presence of LNG, *i.e.,* women with ovarian reactions of types A and B, were low, in the range of 143 pg/ml (460 pmol/L; see Table II of Xiao *et al*. 1990). The level of free LNG in these women would be expected to be less than 2% of the total blood LNG levels, demonstrating that free LNG blood levels in the low pg/ml range are associated with biologically significant systemic effects in women.

## IV. Pharmacokinetics of LNG Drug Products

29. During drug development, foundational studies for FDA approval typically are performed in three “phases”, referred to as Phase I, Phase II and Phase III clinical studies (https://www.fda.gov/ForPatients/Approvals/Drugs/ucm405622.htm). Phase I studies are the first in human studies and focus on the doses that will be safe to use in patients, as well as defining the pharmacokinetics of a drug in humans. Pharmacokinetics is a core component of drug safety, as it relates to understanding the way the human body changes a drug once delivered into blood or into cells and tissues, and understanding what delivered doses produce what types of adverse effects in humans. Therefore, pharmacokinetics and pharmacodynamics are inter-related concepts when assessing drug safety, and LNG pharmacokinetics in particular are a key concern in this case.

30. When comparing the various LNG drug products, it is important to consider the effect of route of administration, as defined by type of formulation, on the pharmacokinetics of LNG, and the relationship between LNG pharmacokinetics and the expected pharmacological and toxicological effects of LNG-containing drug products, such as Mirena. It is a general principle of pharmacology and toxicology that when a drug enters the body, the body immediately begins to work on the drug through the processes of pharmacokinetics (*i.e.,* absorption, distribution, metabolism, elimination). The drug also has actions on the cells and tissues of the body through mechanisms of pharmacodynamics. Therefore, the therapeutic actions of a drug on the body is understood in terms of both its pharmacokinetics and pharmacodynamics (Buxton, I.L.O. 2006. Pharmacokinetics and pharmacodynamics: the dynamics of drug absorption, distribution, action and elimination. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition*. Brunton *et al*. (eds.) McGraw-Hill: New York, chapter 1). In the case of LNG drug products, regardless of the route of administration, the drugs have the same type of therapeutic or pharmacodynamic effects. For all of the LNG drug products, including intrauterine products such as Mirena, biological effects produced in women are produced due to uptake of LNG in blood and systemic exposure of cells and tissues. The labeling for Mirena indicates that local progesterone-like effects of LNG contribute to its biological activity on the uterus, however, progesterone-like effects due to systemic exposure also occur. In the case of the unwanted androgenic effects of LNG drug products, it is the systemic exposure that produces biological effects (*e.g.,* Phillips *et al.* 1990b; Lemus *et al.* 1992; Jarvela *et al.* 1998). The pharmacokinetics of the different LNG drug products, however, can be very different depending on the route of LNG administration (*e.g.,* intrauterine, subdermal, oral). The various LNG drug products all have been designed to produce biologically effective levels of LNG in cells and tissues that result in therapeutic effects, *e.g.,* contraception. Since pharmacokinetics will dictate how much LNG is available for pharmacological activity in cells and tissues, a discussion of the pharmacokinetics of LNG associated with Mirena, as well as other LNG drug products, is relevant.

31. It is important to note that data collected in patients administered LNG by the oral route are more extensive than the data collected in patients after intrauterine administration, or

administration of LNG through devices implanted below the skin. In fact, as discussed below, the oral pharmacokinetic data was relied upon by FDA when making its approval decision regarding Mirena. Reviews of the pharmacokinetics of oral LNG are available (*e.g.,* Kuhl, 1990). LNG is rapidly absorbed after oral dosing, with peak blood levels achieved within one to two hours. A 150 µg LNG oral dose in humans results in peak blood levels of from 3 to 6 ng/ml (300 to 600 pg/ml; Kuhl 1990). LNG is stored in fat tissue and has an elimination half-life of up to 24 hours. LNG is extensively metabolized and is excreted in both urine and feces (Sisenwine *et al.* 1975). Mirena's FDA-approved labeling has continuously included information on LNG pharmacokinetics that are from studies conducted with LNG drug products other than Mirena, including studies conducted with oral LNG drug products (see, *e.g.*, Mirena labeling from 2008; deposition of Dr. Hofmann, page 100, lines 8-21). In fact, Bayer's expert in pharmacokinetics, Dr. Hofmann, has pointed out that the FDA labeling for Mirena relied on metabolism data for other routes of LNG administration because there were no metabolism data for the intrauterine drug product (deposition of Dr. Hofmann, page 100, lines 8-21).

32. There is a large amount of inter-individual, as well as intra-individual, variability in the level of LNG achieved in blood of patients receiving the same LNG drug product treatment regimens (Xiao *et al.* 1990; Kuhl, 1990; Luukkainen *et al*. 1990; Luukkainen *et al*. 1991; Fotherby, 1995; Goldzieher and Stanczyk, 2008; MIR_AC_00210615 through 632; Hofmann Exhibit 14; MIR_BSR-R_00138205 through 504). In some cases, the level of variability in LNG blood levels has been reported to be characterized by a coefficient of variation (CV)[12] of greater than 40% (Hofmann *et al.* 2017 at MIR_IIH_EU01205393), consistent with what pharmacokinetics scientists consider to be high variability. (see deposition of Birte Hofmann, page 47, lines 13-22[13]). As already discussed, given the fact that LNG blood levels are affected by the level of SHBG in blood, and SHBG levels are affected by levels of circulating estrogens and androgens as well (discussed above), it should not be surprising that there is significant intra-individual as well as inter-individual variability in LNG pharmacokinetics. The complexity of the interactions among LNG, naturally occurring

[12] Coefficient of variation is a statistical term that described the relative variability within a sample. It is calculated by dividing the standard deviation by the arithmetic mean and multiplying that result by 100%.
[13] Dr. Hofmann describes variability of from 30% to 40% as being "moderate", making values above 40% "high", consistent with standard practices.

hormones, and SHBG would be difficult to reproduce between patients and even in the same patient over time.

33. Although the available pharmacokinetic data indicate that there is a high level of inter-variability in LNG pharmacokinetics after all routes of administration, the intrauterine delivery of LNG would be expected to exhibit even greater variability, both inter-individual and intra-individual, simply due to the delivery of the drug first into the endometrial tissue before it is taken up into the bloodstream. This is because the stage of endometrial tissue development affects blood supply to the tissue (Akerlund, 1994), which in turn can affect the rate and extent of absorption of a drug from the endometrium to the blood. As a result, intrauterine delivery of drugs, including LNG, would be expected to result in a good deal of both intra-individual variability due to these basic physiological changes in the endometrial environment. Therefore, intrauterine LNG pharmacokinetics is more complex, and as a result, the mechanism by which this variability is achieved has been not fully characterized when compared to oral LNG pharmacokinetics (discussed below). Yet, the high level of variability is demonstrated by the recent analyses performed by Bayer as part of a manuscript being submitted for publication (MIR_IIH_EU01205373 through 5406). In Table 2 of the manuscript, it is shown that the level of variability, as evidenced by the coefficient of variations presented for blood levels, was reported to be higher for various intrauterine products as compared to an implant product. Therefore, the fact that both local LNG tissue levels and systemic LNG blood levels contribute to the pharmacodynamic effects observed with Mirena's intrauterine LNG delivery is an important consideration when examining the toxicity potential of the drug.

34. The pharmacokinetics of LNG after insertion of Mirena into the uterus (intrauterine administration) have been studied as part of the drug approval process. The device is designed to release approximately 20 μg LNG per day for five years. A summary of the pharmacokinetic data collected on Mirena in humans is found in FDA's review of Mirena (https://www.accessdata.fda.gov/drugsatfda_docs/nda/2000/21-225_Mirena.cfm). In the Pharmacology Review, the pharmacokinetics of LNG in Mirena is summarized in humans as compared to animals. In the Clinical Pharmacology and Biopharmaceutics (CPB) Review, human pharmacokinetic data are discussed; 6 human studies related to pharmacokinetics of LNG

are reviewed. As the reviewer pointed out: *"The sponsor believes that the device achieves contraception in women primarily due to high local concentrations of levonorgestrel (in the uterus) rather than the serum concentration."* (see page 1 of the CPB review). Yet, toxic effects of LNG in women would be expected to be related to both local concentrations of LNG and the levels of the drug achieved in blood, particularly given that adverse or toxic effects of LNG occur at sites distant from the uterus (see Mirena labeling for a discussion of the adverse or toxic effects of Mirena). This opinion is consistent with the testimony of Bayer's expert pharmacokineticist, Dr. Hofmann (see deposition page 119 for example). Studies have shown that LNG blood levels achieved with intrauterine LNG administration were high enough to produce biological effects mediated by circulating levels of LNG, such as cessation of ovulation (*e.g.,* Xiao *et al*. 1990; Jarvela *et al.* 1998; see Mirena labeling). Undesired or adverse effects of LNG observed in Mirena clinical studies, which includes androgenic effects such as acne and hirsutism (unwanted hair growth), are due to systemic exposure to LNG. As a result, when discussing the pharmacokinetics and pharmacodynamics of Mirena, both local intrauterine concentrations and systemic blood levels of LNG are relevant.

35. Since LNG pharmacokinetics had been established before Mirena was submitted to FDA for approval, the pharmacokinetics of LNG released from Mirena were not defined further as part of the Mirena approval process (see page 12-13 of the FDA CPB review). The reviewer referred instead to the description of LNG pharmacokinetics in the textbook *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 9th edition* (Hardman et al. (eds.) McGraw-Hill: New York, page 1754, Table A-II-1). As summarized in the textbook, LNG is well-absorbed orally (94% or 100% when administered with estradiol), has a volume of distribution ($V_d$) of 1.7 L/kg, a half-life in blood of approximately 15 hours, and about 52% of the dose is excreted in urine. Unlike the oral LNG drug products, intrauterine drug products involve administration of lower doses of LNG each day (through controlled release). Therefore, as compared with data collected with oral LNG drug products, intrauterine administration of LNG results in lower total levels of the hormone in blood (pg/ml LNG levels versus ng/ml levels with oral dosing; Fotherby, 1995). Like other steroid hormones, and as discussed above, LNG binds to proteins in blood, meaning that LNG is found circulating in blood in both a free and bound form. The binding of LNG to proteins in blood is important to the pharmacodynamics of

LNG as it is free LNG that is available to produce both beneficial and toxic effects of the drug. In most studies, the Mirena clinical data has focused on measuring total LNG levels in blood, without reporting the level of free LNG in the blood of patients. Levels of total LNG achieved in blood of patients using Mirena in one clinical study was reported to be from 176 ± 41 pg/ml after 12 months to 76 ± 32 pg/ml after 78 months (see page 14 of the CPB review). In another clinical study examining the differences in total serum LNG concentrations in women using Mirena of two different developmental stages (Composition C versus Composition B), at 3 months, the median, mean and standard deviation for Composition C were 195 pg/ml, 204 pg/ml and 83 pg/ml, respectively, while the median, mean and standard deviation for Composition B were 144 pg/ml. 170 pg/ml and 92 pg/ml, respectively. At 60 months (5 years), the values for Composition C were 142 pg/ml. 159 pg/ml and 59 pg/ml, and the values for Composition B were 129 pg/ml, 137 pg/ml and 42 pg/ml (see page 15 of the CPB review). The FDA reviewer reported that total serum LNG levels up to 12 months after Mirena insertion were significantly higher than levels seen after 12 months, with the greatest level of inter-patient variability observed at 24 months. It should be noted that the coefficient of variation (%CV) in the values listed by the FDA reviewer that formed the basis of the Mirena approval was as high as 54%.[14] These values for %CV in Mirena patients are consistent with results observed when drug products exhibit significant inter-individual variability in pharmacokinetics. As discussed above, the recent pharmacokinetic analysis by Dr. Hofmann of Bayer has confirmed the high variability between individuals administered Mirena (discussed above in paragraph 33).

36. The data described in the FDA Mirena review, however, are not the only pharmacokinetic data available. In a later pharmacokinetic study conducted in Japanese patients (Clinical Study No. A10982), Bayer reported that blood LNG concentrations over time reached higher total levels than had been observed in the earlier studies (see summary of data MIR_BSR_00011297). For example, in a set of 350 patients, the average total LNG blood levels achieved at one month ranged from 195 pg/ml to as high as 725 pg/ml. Therefore, the blood levels of LNG achieved with Mirena use again were shown to be highly variable.

[14] The %CV for the data collected on Composition B at 3 months was 92/170 x 100 or 54%. The %CV values ranged from 23% to 54%.

37. Like Mirena, the subdermal LNG drug products (*i.e.*, Norplant and Jadelle) result in lower levels of LNG circulating in blood as compared to oral LNG drug products (see FDA-approved labeling for Jadelle), with maximum levels of LNG in serum reached in about 2 to 3 days, with the mean being 772 ± 414 pg/mL at 2 days; one month after implantation in women LNG serum levels were reported to be 435 ± 172 pg/ml, and 279 ± 123 pg/ml after 60 months. Table 1 below summarizes some of the available data on mean LNG blood levels after 6 months and 12 months of exposure to either Mirena or one of the implanted LG drug products (Norplant and Jadelle). These values would reflect steady state blood levels, where steady state is achieved when the intake of the drug is in dynamic equilibrium with elimination of the drug.

**TABLE 1**

**Data on Steady State Total Blood LNG Levels in Patients Exposed to LNG Drug Products**

| Data Source | Product Name | Mean Blood LNG (pg/ml) at 6 Months | Mean Blood LNG (pg/ml) at 12 Months |
|---|---|---|---|
| Mirena Study A10982[a] | Mirena IUD | 332 | 311 |
| Mirena Study A04411 | Mirena IUD | 208 | 199 |
| Lockhat *et al.* (2005) | Mirena IUD | 331 | NR |
| Xiao *et al.* (1990) | Mirena IUD | 100[b] | NR |
| Brache *et al.* (1992) | Norplant | NR | 319 |
| Olsson et al. (1987) | Norplant | 320[c] | 320[b] |
| Jadelle FDA label (2016) | Jadelle | 357 | 340 |

[a] Values found at MIR_BSR_00011297

[b] The values in this paper were reported in pmol/L and have been converted to pg/ml based on the molecular weight of LNG being approximately 312 g/mole.

[c] Values were interpolated from a graph in the paper. SEE BATES MIR – ELEU-00741021

Inspection of the data in Table 1 reveals that even though mean levels of LNG in blood were lower in patients administered Mirena, the blood levels overlap with levels reported with Norplant or Jadelle use. This likely is due to the level of inter-individual variability with Mirena use, as well as use of other LNG drug products, which can be more than 40%. For example, a mean value for LNG in blood of 300 pg/ml with a %CV of 40% would mean that LNG blood levels could exceed 420 pg/ml in some individuals. As a result, systemic exposure to LNG in patients using Mirena, as reflected by mean total LNG blood levels, is not that different from

systemic exposure that is achieved in patients using Norplant or Jadelle. Therefore, since the biological effects produced by these drug products are a function of dose and exposure, the pharmacodynamics data for Norplant and Jadelle are relevant when assessing the cause and effect relationship between LNG exposure and both the desired and the adverse effects associated with use of these LNG drug products.

38. Skyla, the lower dose version of Mirena also marketed by Bayer Healthcare Pharmaceuticals, Inc., has an average LNG *in vivo* release rate of approximately 6 µg/day over the period of three years (see Skyla FDA approved labeling). The labeling for Skyla states that in a small sample (7 patients), maximum observed serum LNG concentration of 192 ± 105 pg/mL, were reached after 2 days (median) of Skyla insertion. LNG serum concentration decreased after 12, 24, and 36 months of use in these same patients to 77 ± 21 pg/mL, 62 ± 38 pg/mL, and 72 ± 29 pg/mL, respectively. The labeling states that in a population pharmacokinetic evaluation based on a broader data base (>1000 patients), similar LNG concentration data of 168 ± 46 pg/mL were seen 7 days after placement, with LNG serum concentrations declining slowly to 61 ± 19 pg/mL after 3 years.

39. Kyleena, another Bayer Healthcare LNG intrauterine drug product that was approved for use in the United States in 2016, contains 19.5 mg of LNG. FDA-approved labeling for the product states that LNG is released *in vivo* at a rate of approximately 17.5 µg/day after 24 days, a rate that decreases progressively to 9.8 µg/day after 1 year, and to 7.4 µg/day after 5 years. The average *in vivo* release rate of LNG is approximately 9 µg/day over a period of 5 years (see 2016 Kyleena label). The labeling for Kyleena also states:

> *"In a subset of 6 subjects, the maximum observed serum LNG concentration (mean ±SD) was 302 ± 170 pg/mL, reached after 7.5 days (median) of Kyleena insertion. Thereafter, the LNG serum concentrations (mean ±SD) at Year 1, 2, 3, 4 and 5 were 199 ± 171 pg/mL (N=6), 120 ± 57 pg/mL (N=6), 122 ± 65 pg/mL (N=6), 79 ± 12 pg/mL (N=3) and 65 ± 15 pg/mL (N=3), respectively. A population pharmacokinetic evaluation based on a broader database (>1000 patients) showed a similar declining concentration profile,*

*with 175 ± 74 pg/mL at 7 days after placement, 125 ± 50 pg/mL at 1 year, 99 ± 41 pg/mL after 3 years, and 90 ± 35 pg/mL after 5 years."*

40. There are a variety of LNG drug products currently marketed, including products administered orally, subdermal implants, and intrauterine devices (Mirena, Skyla and Kyleena). Although the products involve different daily doses of LNG that produce different levels of LNG in blood, in all cases, there is significant systemic exposure to LNG. Additionally, the issue of intra-individual and inter-individual patient variability in LNG blood levels applies to all of the products. Consistent with the Bradford Hill consideration of "analogy", and the fact that exposure achieved with some of the products is similar, specifically Mirena, Norplant and Jadelle, it is scientifically defensible to consider data on Norplant and Jadelle when examining the cause and effect relationship between Mirena and a specific adverse health effect. Deposition testimony of Bayer employees (see deposition of Eva Lukkari-Lax dated November 28, 2017 at page 107, lines 22-24 and page 108, lines 1-4 and the deposition of Juliane Schoendorf dated November 28, 2017 at page 143, line 20 through 145, line 11) confirms that such data in fact *have* been used, providing further support for the scientific validity of using data collected with Norplant and Jadelle to inform about risks that are posed by exposure to such LNG drug products in humans.

## V. Mirena and Pseudotumor Cerebri: Assessing Cause and Effect

41. At issue in this case is a condition known as pseudotumor cerebri (PTC) which is also referred to as "idiopathic intracranial hypertension" and as "primary pseudotumor cerebri syndrome." Another term for the condition is "benign intracranial hypertension." FDA used the term "pseudotumor cerebri" in a review of the adverse event reports for Norplant (Wysowski and Green, 1995). All of the names refer to the same condition that I will refer to as PTC. PTC is a neuro-ophthalmological disorder characterized by headache, nausea, vomiting, transient vision loss, impaired visual fields, photopsias, diplopia, and eye pain (Griffin, J.P., 1992; Burns and Schulz, 1993; Ball and Clarke, 2006; Andrews *et al.* 2014). Permanent vision loss may affect up to 30% of patients (Andrews *et al.* 2014). Therefore, PTC is a serious health hazard.

42. It is important to realize that when the term "idiopathic" is used in the medical literature in conjunction with "intracranial hypertension", this does not equate to "idiosyncratic". Idiopathic as used to refer to the fact that the cause in that individual is unknown. Idiosyncratic reactions, in contrast, are immune system-mediated events that are based in an individual's own susceptibilities It should be noted that idiopathic intracranial hypertension has, in fact, been categorized in the literature as being drug-induced (*e.g.*, Burns and Schultz, 1993; Thon and Gittinger, 2017), meaning the event has been associated with a cause, drug exposure. The issue of drug-induced intracranial hypertension "masquerading" as idiopathic intracranial hypertension has also been discussed (Friedman and Jacobson, 2002), with LNG being identified as a drug that has produced the disease. Thus, use of the term "idiopathic" when describing drug-induced PTC is not an accurate description of the relationship.

43. In order to determine whether a drug, such as Mirena, is the cause of a particular effect in humans, it is standard practice to perform a cause and effect assessment. Such assessments are routinely performed by scientists by considering some basic characteristics that link cause and effect (*e.g.*, strength of association, consistency, specificity, temporality, biologic plausibility, dose-response, coherence, experiment, analogy). These characteristics are often referred to as the Hill considerations, so called because they were proposed by Austin Bradford Hill and set out in a publication in 1965 (Hill, A.B. 1965. *Proc. Royal Soc. Med.* 58:295-300). However, the Hill considerations are not a set of rules that must be followed, but are issues to consider when performing a cause and effect assessment (Rothman and Greenland, 1998). Therefore, the considerations are not a checklist of requirements but are, instead, a series of factors that guide a scientist when performing a cause and effect assessment. It is important to review what Dr. Hill said on the utilization of these nine issues: *"None of my nine viewpoints can bring indisputable evidence for or against the cause and effect hypothesis and none can be required as a sine qua non. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question - is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than came and effect?"*

44. Therefore, as part of my research for this case, I considered whether Mirena can cause PTC when women are exposed to LNG through the Mirena intrauterine device. Like other

cause and effect assessments I have performed, I used Hill's considerations as a guide in organizing the information available that are relevant to assessing the link between PTC and exposure to LNG from Mirena. I then applied a weight-of-the-evidence approach to the information. Considering all of the relevant information, with particular attention paid to the pharmacokinetic profile of LNG described above, it is my opinion, to a reasonable degree of scientific certainty, that exposure to Mirena can be a substantial contributing factor to development of PTC in women, and that LNG exposure in women can cause PTC. The basis for this finding is as follows:

**Strength of Association**: This is the first of the nine considerations described by Dr. Hill and is related to measuring, if possible, the magnitude of the increase in the incidence of a response, or the risk of developing a response, such as ovarian cancer, in the presence of the exposure. Such measures of strength are often found within epidemiological investigations, or in animal testing where statistical tests can be applied that allow a scientist to rule out chance as an explanation for the exposure-response relationship. It is important to point out what Dr. Hill stated with respect to strength as a consideration: *"In thus putting emphasis upon the strength of an association we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause and effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so. Relatively few persons harbouring the meningococcus fall sick of meningococcal meningitis. Relatively few persons occupationally exposed to rat's urine contract Weil's disease."* In other words, the strength of the association must be viewed in context with more than a single number or statistical result. In fact, at page 11 of the article, Dr. Hill addressed the issue of statistical testing and causation. There he pointed out: *"No formal tests of significance can answer those questions [i.e., is there a cause and effect relationship]. Such tests can, and should, remind us of the effects that the play of chance can create, and they will instruct in the likely magnitude of those effects. Beyond that they contribute nothing to the "proof" of our hypothesis. [explanation added based on preceding text]"*

With that said, a review of the relevant published scientific literature shows that exposure to LNG from LNG intrauterine drug products has been associated with an increased risk of intracranial hypertension, *i.e.,* PTC, in women, with the increased risk reported to range from 1.85 to 7.7 (Etminan *et al.* 2015; Rai *et al*. 2015; Valenzuela *et al.* 2017). In a later letter to the editor related to one of these studies (Etminan *et al.* 2017), the authors report that age-adjustment reduced the risk such that the results were no longer statistically significant. These human studies are an important piece of the weight-of-the-evidence for LNG exposure with Mirena and PTC, as they have shown a statistically significant increased risk of PTC when women are exposed to LNG drug products, including intrauterine devices such as Mirena. I used these human studies as part of my weight-of-the-evidence assessment.

**<u>Consistency:</u>** Consistency as discussed by Hill is a consideration of whether the association being investigated has been seen repeatedly by different people, in different circumstances, and/or at different times. In the case of LNG and the relationship with PTC, it has indeed been reported to occur repeatedly in women exposed to sub-dermally implanted LNG drug products, such as Norplant, or intrauterine devices like Mirena, with some of the first reports appearing in the 1990's (*e.g.,* Sunku *et al.* 1993; Wysowski and Green, 1995; Alder *et al.* 1995; Tang *et al.* 1995). These reports, considered in conjunction with the studies discussed above (*i.e.,* Etminan *et al.* 2015; Rai *et al.* 2015; Valenzuela *et al.* 2017), provide evidence that the relationship shows consistency as defined by Dr. Hill.

**<u>Specificity:</u>** Specificity as discussed by Hill is consideration of whether the association is limited to specific types of conditions or injuries. As Dr. Hill discussed: *"If, as here [discussing nickel workers and cancer], the association is limited to specific workers and to particular sites and types of disease, and there is no association between the work and other modes of dying, then clearly that is a strong argument in favour of causation."* It is noted that Dr. Hill also discusses with respect to specificity the concept of other factors that should be considered in assessing the cause and effect relationship (*i.e.,* the fact that there is more than one cause of PTC described in the scientific literature). In the current

case, the available scientific studies address this issue, for example, when they are describing confounding factors in the epidemiological investigations, such as obesity, female gender, *etc*. Notably, the conditions associated with PTC in the scientific literature are conditions associated with endocrine dysregulation, while many of the drug products associated with the condition are steroid hormones. Therefore, considering specificity of the relationship has been part of my overall assessment, and has been considered by scientists investigating the cause and effect relationship in women of Mirena and PTC.

**<u>Temporality:</u>** Temporality is a characteristic that should be applied to individual scientific studies that are evaluated to support a cause and effect relationship. The question asked for each study is confirming that exposure preceded the measured response, or that the author considered the issue of exposure preceding response. In the studies that I reviewed and evaluated during this assessment, the consideration applies to the study design, while in consideration of any one individual case (specific causation), temporality must be considered as well. There were different types of human study designs in the literature, including case reports and retrospective studies. It was also noted that in the clinical trials for Mirena, which are prospective studies, there were at least three reports of PTC (two with Mirena and one with Jaydess), or adverse events consistent with signs and symptoms of PTC, such as papilledema (see MIR_KCOPLEY_JSEU_00000022; MIR_JSEU_00159812 through 814; MIR_ISEU_00269662). When evaluating each report, regardless of the study design, it is important to consider the issue of temporality. In my review of the studies, I gave weight to those that attempted to account for the issue of temporality. In the case of Rai *et al.* (2015) and Valenzuela *et al.* (2017), as well as the earlier case reports (*e.g.,* Alder *et al.* 1995), the authors addressed temporality and consideration of the factor in their analysis. The clinical studies with Mirena also accounted for temporality by their design.

**<u>Biologic Gradient:</u>** This consideration refers to whether there is evidence of a dose-response effect. In other words, does the risk of seeing the effect increase with increasing dose. As is discussed by Dr. Hill, *"Often the difficulty is to secure some satisfactory quantitative measure of the environment which will permit us to explore this dose-*

*response. But we should invariably seek it."* In the current case where the exposure is to a drug product, the concept of dose is limited by the characteristics of the available studies. Often, there will be animal or cellular studies available that explore dose-response of toxic events, *i.e.*, animal cancer bioassays or chronic toxicity studies in animals for injuries such as liver toxicity or kidney toxicity. In this case, however, where the endpoint is not one that is modeled in animals, *i.e.*, no animal model of PTC, the human data are the source of such information with respect to LNG and/or Mirena and PTC dose-response.

There are several data sources that provide information on Mirena dose-response that are relevant to the cause and effect assessment of Mirena and PTC. First, there are studies examining the issue of free LNG in blood and the relationship of free drug levels with both desired and toxic effects (see paragraph 27). Brache and colleagues (1992) reported that in the first two years of LNG exposure, free levels of LNG were significantly higher, while levels of SHBG were below normal during that same time period. The increased levels of free LNG correlated with the increased efficacy seen in the first two years, even though total LNG levels in blood were relatively stable during that time. As the authors discussed, measurement of total LNG may indicate there is little variation, while the free LNG level provided a more accurate estimation of the likelihood that the steroid was producing a biological effect (number of luteal cycles) within target tissues. As discussed above, these observations by Brache *et al.* (1992) are relevant to Mirena's adverse event profile because, consistent with Bayer's 2015 Signal investigation (MIR_KCOPLEY_JSEU_00000022). As Bayer found, approximately 75 to 80% of the adverse events in their analysis were reported in the first two years of Mirena use, a finding entirely consistent with the finding of Brache and colleagues where the first two years of LNG exposure were associated with higher levels of free LNG, and that it is the free or unbound drug that is responsible for producing the adverse effects linked to Mirena (consistent with testimony of Dr. Hofmann). These data provide dose-response information relevant to Mirena and other LNG drug products.

Another source of dose-response data relevant to the cause and effects assessment is the adverse event reporting data for Mirena versus lower dose versions of LNG intrauterine

devices also marketed by Bayer (*e.g.,* Jadelle; also known as Jaydess). In a signal investigation in 2017, the Bayer-calculated reporting frequency for idiopathic intracranial hypertension (PTC) was 0.22 cases per 100,000 for Mirena (319 reports included in analysis) and 0.22 cases per 100,000 for Jaydess (4 reports included in analysis) (MIR_IIH_EU00606990). Therefore, in an intrauterine product delivering lower daily doses of LNG, 12 µg/day versus 20 µg/day for Mirena, the adverse event reporting rate was similar based on Bayer's calculations. However, the reporting rate for each product is dependent upon the company's estimation of woman-years of exposure. Through May 2017, Bayer estimated "close to 142 million woman-years" for Mirena, and "more than 1.8 million woman-years" for Jaydess (Skyla). (MIR_IIH_EU00606990).

It is not surprising that a dose-response was not clearly identified given the high level of variability in LNG pharmacokinetics with both products, which would affect the levels of LNG in blood achieved from patient to patient, and confound any attempt to identify a dose-response for LNG exposure and PTC in humans. Also at issue with these type of data is something that is not always appreciated with respect to postmarket surveillance of human drug products, the high level of under-reporting of adverse events. It is well understood that significant under-reporting of drug adverse events occurs, as few as 1% to only 10% of actual cases (*e.g.,* Scott *et al*. 1987; Ahmad, 2003; Goldman, 1998; Hazell and Shakir. 2006; Murphy and Roberts. 2006; Rodriguez *et al.* 2001). In fact, it is estimated that only 1% to 10% of actual events experienced are reported (Ahmad, 2003; Goldman, 1998; Hazell and Shakir. 2006; Murphy and Roberts. 2006; Rodriguez *et al.* 2001). Thus, the number of case reports appearing in the medical literature, in a company postmarket surveillance database, or the FDA database is not an indicator of the likelihood of any particular adverse event occurring in medical practice. In fact, although FDA strengthened its postmarket surveillance programs over the years, the programs still fail to capture significant numbers of adverse events, with under-reporting still occurring at a high rate (IOM, 2007). Thus, the number of case reports appearing in the medical literature, or in a company's database, is not a complete indicator of the likelihood of any particular adverse event occurring in medical practice. The problem of under-reporting is even greater for drugs that have been on the market for many years (Goldman, 1996;

Goldman, 1998). Therefore, it would not be expected to be able to demonstrate a clear dose-response for any given drug product based on use of adverse event data.

Therefore, the available dose-response data provide support for the cause and effect assessment in terms of showing that increased levels of LNG in blood are more likely to be associated with adverse effects generally. Unfortunately, no dose or blood level threshold that is associated with an increased risk of PTC has been identified to date.

**Biologic Plausibility:** With respect to biologic plausibility, as stated by Sir Bradford Hill in discussing his considerations, *"It will be helpful if the causation we suspect is biologically plausible. But this is a feature I am convinced we cannot demand. What is biologically plausible depends upon the biological knowledge of the day."* (see page 10 of Hill, 1965). This means that understanding the exact mechanism that underlies the effect being linked to any cause may not be understood, but that such lack of information is not a reason to reject the cause and effect relationship. In the case of Mirena and LNG, there are some important data available for defining a plausible mechanistic basis for development of PTC in women, data that strengthen the weight-of-the-evidence for a cause and effect relationship between use of Mirena and PTC.

Although the exact pathophysiologic mechanism responsible for inducing PTC in humans is not known, there are several plausible mechanisms that have been discussed in the scientific literature. One of these mechanisms involves the actions of the endocrine system. The pathogenesis of PTC is complex and likely multi-factorial, although endocrine systems appear to play key roles (Mollan *et al*. 2016). In a recent paper, the role of androgens in PTC was described (Klein *et al.* 2013). The authors fond that increased levels of androgens but not estrogen, follicle-stimulating hormone, luteinizing hormone, or prolactin, was associated with an earlier age of onset of PTC in women. PTC has been linked to polycystic ovarian syndrome, PCOS (Glueck *et al.* 2005), a condition that is characterized by high levels of circulating androgens (Hall, J.E. 2014. Menstrual disorders and pelvic pain. In: *Harrison's Principles of Internal Medicine, 19th edition.* Kasper *et al.* (eds) McGraw-Hill: New York, NY, chapter 69), which is further support

for a role of androgens in the pathogenesis of PTC. In a recent abstract, an androgen signature was identified in patients with idiopathic intracranial hypertension, *i.e.*, pseudotumor cerebri (O'Reilly *et al.* 2017[15]). An androgen signature for PTC has been discussed by other scientists as well (Hornby *et al.* 2016; Kempegowda *et al.* 2016). In another abstract, authors suggested that testosterone may have a pathogenic role in PTC that is related to increased cerebrospinal fluid secretion (Westgate *et al.*, 2017[16]).

Additionally, and as already discussed above, LNG is an androgenic progestin. The adverse event profile of Mirena, like other LNG drug products, includes a prominent role for androgenic activity (*i.e.,* acne, hirsutism; see the Mirena labeling). Therefore, other adverse events that may involve androgen activity also would be expected to occur with Mirena use. Considering these pharmacodynamic properties of LNG, the active ingredient in Mirena, and the scientific literature describing a relationship between PTC and androgens, increased androgen activity in patients taking LNG drug products, including Mirena, is a likely underlying mechanism for PTC that is biologically plausible. General principles of pharmacology and toxicology include the concepts of drug-receptor interactions to produce biological effects (Blumenthal, D.K. and J.C. Garrison, 2011), as well as the relationship between potency and selectivity of receptor activity as predictive of a drug's adverse event profile (Blumenthal, D.K. and J.C. Garrison 2011). Moreover, the fact that women are administered Mirena for prolonged periods of time, years, is another basic principle governing pharmacology and toxicology (duration of exposure; Eaton, D.L. and S.G. Gilbert, 2013) that also would lead scientists to expect androgenic consequences with Mirena exposure.

Therefore, the scientific evidence in this area provides for a biologically plausible mechanism that could underlie the biological effects that lead to PTC in women. Importantly, this body of literature supports the weight-of-the-evidence for a cause and effect relationship between LNG and Mirena exposure and PTC in women.

[15] http://www.endocrine-abstracts.org/ea/0050/ea0050p320.htm
[16] http://www.endocrine-abstracts.org/ea/0050/ea0050P325.htm

**Coherence:** The issue of coherence relates to whether the reported effect fits with the known pattern of disease. Review of the human epidemiological data and the mechanistic data reveals that the data reported are consistent with what is known about the etiology of PTC. For example, PTC has been linked with androgenic activity (discussed above). Therefore, scientific evidence relevant to this consideration provides additional support for the cause and effect relationship between Mirena use and PTC in women.

**Experiment:** This consideration relates to the ability to collect data in order to analyze the cause and effect relationship. As discussed by Dr. Hill, *"Occasionally it is possible to appeal to experimental, or semi-experimental, evidence. For example, because of an observed association some preventive action is taken. Does it in fact prevent? The dust in the workshop is reduced, lubricating oils are changed, persons stop smoking cigarettes. Is the frequency of the associated events affected? Here the strongest support for the causation hypothesis may be revealed."* In most causation assessments, the type of data relevant to this consideration would be data collected in animals or cells that relate to the endpoint of concern and the exposure being considered. For example, in a case where cause and effect between a chemical exposure and cancer in humans is being evaluated, animal cancer studies and genotoxicity studies in cells would be the "experiment" data that a scientist would consider. Another example would be when evaluating the link between stroke and a drug exposure, the animal data on the ability of the drug to increase blood pressure or to affect clotting mechanisms would be assessed as such endpoints are routinely evaluated by "experiment" and are relevant to an increased risk of stroke in humans.

In the current case, however, there is no animal model of PTC that would allow for more routine experimentation to be performed in animals or cells with a putative causal agent. There are no validated animal models for endpoints related to PTC such as effects on cerebrospinal fluid dynamics. The other type of data referred to by Dr. Hill, prevention of a disease or condition (*i.e.,* PTC), could be addressed in this case by review of human case reports where removal of an LNG device led to improvement in symptoms of PTC

and resolution of the condition (*e.g.,* Sunku et al. 1993; Tang et al. 1995; Wysowski and Green, 1995). Additionally, the 2015 signal assessment data also provides some valuable examples of dechallenge (*i.e.,* resolution of the condition following removal of Mirena).

**Analogy:** As discussed by Dr. Hill: *"In some circumstances it would be fair to judge by analogy. With the effects of thalidomide and rubella before us we would surely be ready to accept slighter but similar evidence with another drug or another viral disease in pregnancy."* In this case, like other assessments involving drug products, consideration of experience with drugs within the same class, and structurally similar drugs, are often included in a causation analysis. In fact, an important consideration in the case of Mirena is the data available on chemically similar drug products, *i.e.,* LNG drug products other than Mirena.

In the 1990's, reports of PTC in association with use of LNG drug products, specifically the LNG implant products (*i.e.,* Norplant), appeared in the scientific literature (*i.e.,* Sunku *et al.* 1993; Alder *et al.* 1995; Wysowski and Green, 1995). In review articles discussing PTC etiology, LNG has been listed as a drug associated with the condition (*e.g.,* Friedman and Jacobson, 2002; Ball and Clarke, 2006; Friedman, 2006; Friedman, 2007). In a more recent review of the topic of drug-induced PTC (Thon and Gittinger, 2017), one of the classes of drugs linked to this condition was reproductive hormones, and included a discussion of the data on LNG contraceptive products (Norplant). As the authors concluded: *"Despite multiple hypotheses, the mechanism by which medications elevate intracranial pressure remains unclear. Many of these patients may have a predisposition for developing pseudotumor cerebri syndrome that is accelerated by the specific medication. Physicians prescribing these medications should beware of the symptoms of elevated intracranial pressure, screen their patients with appropriate questions, and routinely perform ophthalmoscopy looking for papilledema."*

The data discussed by Thon and Gittinger and others related to the occurrence of PTC in patients using an implanted LNG drug product, *i.e.,* Norplant. Yet, as discussed above, the pharmacological and toxicological effects of different LNG drug products are

dependent on the internal exposure to biologically available, or free, LNG (see paragraphs 26-28). Thus, total serum LNG levels are not the appropriate measure of LNG exposure when attempting to assess risks of experiencing an adverse event. Instead, the free LNG level in blood is a better measure of exposure to biologically available LNG. Also of importance is the high level of inter-individual and intra-individual variability that exists in LNG exposure. Therefore, the PTC data related to LNG drug products other than Mirena are directly relevant to assessing the cause and effect relationship between Mirena use and PTC in women. Moreover, these data provided important evidence in this weight-of-the-evidence assessment of cause and effect.

Therefore, considering all of the relevant data including, but not limited to, the known androgenic effects of LNG and Mirena, the relationship of LNG drug products other than Mirena with PTC, and the human studies and human experience with Mirena use by women, the weight-of-the-evidence shows that exposure to Mirena can be a substantial contributing factor to development of PTC in women, and that LNG exposure in women can cause PTC.

## VI. Conclusions

45. In conclusion, Mirena's pharmacokinetics are complex and the level of variability is biologically significant, both within the same individual (intra-individual variability) and among different patients (inter-individual variability). It is free LNG that is responsible for producing the biological effects observed in humans, both the desired effects and the toxic effects, and it is the free or unbound LNG levels that correlate best with the biological responses observed in humans. Therefore, binding of LNG by SHBG, which affects the amount of free LNG in blood, is expected to have significant effects on the pharmacology and toxicology of Mirena. LNG blood levels achieved after exposure to other LNG drug products, such as those that are implanted beneath the skin, are higher than the blood levels achieved after Mirena use but within the range of variability observed in patients using Mirena. Therefore, adverse events observed in patients exposed to Norplant, and other similar LNG drug products, are highly relevant to Mirena's adverse event profile, and importantly, can be expected to occur in some patients taking Mirena. Finally, the androgenic activity of LNG is a key feature of its pharmacological profile. The scientific and medical literature has linked increased androgen

activity with PTC. Therefore, the androgenic effects of LNG are a biologically plausible mechanism by which LNG drug products, including Mirena, can cause PTC in humans, and is a critical factor when assessing the cause-and-effect relationship between Mirena use and PTC. Finally, considering all of the relevant data including, but not limited to, the known androgenic effects of LNG and Mirena, the relationship of LNG drug products other than Mirena with PTC, and the human studies and human experience with Mirena use by women, the weight-of-the-evidence shows that exposure to Mirena can be a substantial contributing factor to development of PTC in women, and that LNG exposure in women can cause PTC.

## VII. Compensation

47. My compensation by plaintiff's attorneys in this matter is at the rate of $300.00 per hour.

Laura M. Plunkett, Ph.D., DABT

**List of Published References Cited in the Report**


Africander, D., N. Verhoog, and J.P. Hapgood. 2011. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. *Steroids* 76(7):636-652.

Ahmad, S. R. 2003. Adverse drug event monitoring at the Food and Drug Administration. *J Gen.Intern.Med.* 18(1):57-60.

Akerlund, M. 1994. Vascularization of human endometrium. Uterine blood flow in healthy condition and in primary dysmenorrhoea. *Ann. NY Acad. Sci.* 734:47-56.

Alder, J.B., F.T. Fraunfelder, and R. Edwards. 1995. Levonorgestrel implants and intracranial hypertension. *N. Engl. J. Med.* 332(25):1720-1721.

Alvarez, F. *et al*. 1998. Sex hormone binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants. *Contraception* 58(4):211-214.

Andrews, L E., G.T. Liu, and M.W. Ko. 2014. Idiopathic intracranial hypertension and obesity. *Horm. Res. Paediatr*. 81(4):217-225.

Ball, A.K. and C. E. Clarke. 2006. Idiopathic intracranial hypertension. *Lancet Neurol.* 5(5):433-442.

Blumenthal, D.K. and J.C. Garrison. 2011. Pharmacodynamics: Molecular mechanisms of drug action. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics (On-line)*, *12th edition*. Brunton L.L., Chabner B. A. Knollmann B. C., McGraw-Hill: New York, chapter 3.

Brache, V. *et al.* 1992. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. *Adv. Contracept.* 8(4):319-326.

Burns, R.J. and D.W. Schultz. 1993. Drug-induced neurological disorders. *Med. J. Aust.* 159(9):624-626.

Buxton, I.L.O. 2006. Pharmacokinetics and pharmacodynamics: The dynamics of drug absorption, distribution, action, and elimination. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, *11th edition*. Laurence L.Brunton, John S.Lazo, and Keith L.Parker, McGraw-Hill Medical Publishing Division: New York, NY, chapter 1.

Buxton, I.L.O. and L.Z. Benet. 2011. Pharmacokinetics: The dynamics of drug absorption, distribution, metabolism, and elimination. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics (On-line)*, *12th edition*. Brunton L.L., Chabner B. A. Knollmann B. C., McGraw-Hill: New York, chapter 2.

Eaton, D.L. and S.G. Gilbert. 2013. Principles of toxicology. In: *Casarett and Doull's Toxicology, The Basic Science of Poisons, 8th edition*. C.D. Klaassen *et al*. (eds.). McGraw-Hill: New York, NY, chapter 2.

Etminan, M., H. Luo, and P. Gustafson. 2015. Risk of intracranial hypertension with intrauterine levonorgestrel. *Ther. Adv. Drug Saf.* 6(3):110-113.

Etminan, M. 2017. Revised disproportionality analysis of Mirena and benign intracranial hypertension. *Ther. Adv. Drug Saf.* 8(9):299-300.

Fotherby, K. 1995. Levonorgestrel. Clinical pharmacokinetics. *Clin. Pharmacokinet.* 28(3):203-215.

Friedman, D. I. and D. M. Jacobson. 2002. Diagnostic criteria for idiopathic intracranial hypertension. *Neurology* 59(10):1492-1495.

Friedman, D. I. 2007. Idiopathic intracranial hypertension. *Curr. Pain Headache Rep.* 11(1):62-68.

Friedman, D. I. 2006. Papilledema. In: *Clinical Neuro-Opthalmology*, chapter 5.

Giangrande, P.H. and D.P. McDonnell. 1999. The A and B isoforms of the human progesterone receptor: two functionally different transcription factors encoded by a single gene. *Recent Prog. Horm. Res.* 54:291-313.

Glueck, C.J. *et al.* 2005. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. *J. Lab Clin. Med.* 145(2):72-82.

Goldman, S. A. 1996. *MedWatch: The clinical impact of adverse event reporting.*

Goldman, S. A. 1998. Limitations and strengths of spontaneous reports data. *Clin.Ther.* 20 Suppl C:C40-C44.

Goldzieher, J.W. and F.Z. Stanczyk. 2008. Oral contraceptives and individual variability of circulating levels of ethinyl estradiol and progestins. *Contraception* 78(1):4-9.

Griffin, J.P. 1992. A review of the literature on benign intracranial hypertension associated with medication. *Adverse Drug React. Toxicol. Rev.* 11(1):41-57.

Hall, J.E. 2014. Menstrual disorders and pelvic pain. In: *Harrison's Principles of Internal Medicine (On-line), 19th edition*. Longo *et al*. (eds.). McGraw-Hill: New York, NY, chapter 69.

Hammond, G.L., T. Rabe, and J.D. Wagner. 2001. Preclinical profiles of progestins used in formulations of oral contraceptives and hormone replacement therapy. *Am. J. Obstet. Gynecol.* 185(2 Suppl):S24-S31.

Hazell, L. and S. A. Shakir. 2006. Under-reporting of adverse drug reactions: a systematic review. *Drug Saf.* 29(5):385-396.

Hornby, C. *et al*. 2016. The andro-metabolic signature of IIH compared with PCOS and simple obesity. *Journal Neurology, Neurosurgery &Psychiatry* 87(12). http://jnnp.bmj.com/content/87/12/e1.46

Hill, A.B. 1965. The environment and disease: Association or causation? *Proc. R. Soc. Med.* 58:295-300.

Institute of Medicine of the National Academies. 2007. *The future of drug safety. Promoting and protecting the health of the public.* Alina Baciu, Kathleen Stratton, and Sheila P.Burke, National Academy of Sciences: Washington, D.C.

Jameson, J.L. 2014. Mechanisms of hormone action. In: *Harrison's Principles of Internal Medicine (On-line), 19th edition*. Longo *et al*. (eds.). McGraw-Hill: New York, NY, chapter 400e.

Jarvela, I., A. Tekay, and P. Jouppila. 1998. The effect of a levonorgestrel-releasing intrauterine system on uterine artery blood flow, hormone concentrations and ovarian cyst formation in fertile women. *Hum. Reprod.* 13(12):3379-3383.

Kempegowda, P. et al. 2016. Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovary syndrome and simple obesity. *Institute of Metabolism and Systems Research* ECE2016:EP728

Klein, A. *et al.* 2013. Hyperandrogenism is associated with earlier age of onset of idiopathic intracranial hypertension in women. *Curr. Eye Res.* 38(9):972-976.

Kuhl, H. 1990. Pharmacokinetics of oestrogens and progestogens. *Maturitas* 12(3):171-197.

Kuhl, H. 2005. Pharmacology of estrogens and progestogens: influence of different routes of administration. *Climacteric* 8 Suppl 1:3-63.

Kuhnz, W., G. al-Yacoub, and A. Fuhrmeister. 1992. Pharmacokinetics of levonorgestrel and ethinylestradiol in 9 women who received a low-dose oral contraceptive over a treatment period of 3 months and, after a wash-out phase, a single oral administration of the same contraceptive formulation. *Contraception* 46(5):455-469.

Lemus, A.E. *et al.* 1992. Mechanism of action of levonorgestrel: in vitro metabolism and specific interactions with steroid receptors in target organs. *J. Steroid Biochem. Mol. Biol.* 41(3-8):881-890.

Levin, E.R. and S.R. Hammes. 2011. Estrogens and progestins. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics (On-line), 12th edition*. Bruntonet al. (eds.). McGraw-Hill: New York, chapter 40.

Luukkainen, T., P. Lahteenmaki, and J. Toivonen. 1990. Levonorgestrel-releasing intrauterine device. *Ann. Med.* 22(2):85-90.

Luukkainen, T. 1991. Levonorgestrel-releasing intrauterine device. *Ann. NY Acad. Sci.* 626:43-49.

Mollan, S.P. *et al.* 2016. Evolving evidence in adult idiopathic intracranial hypertension: pathophysiology and management. *J. Neurol. Neurosurg. Psychiatry* 87(9):982-992.

Moore, N.L. *et al.* 2012. Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells. *Mol. Cell Endocrinol.* 357(1-2):60-70.

Murphy, S. and R. Roberts. 2006. "Black box" 101: How the Food and Drug Administration evaluates, communicates, and manages drug benefit/risk. *J Allergy Clin.Immunol.* 117(1):34-39.

National Research Council (NRC). 1983. *Risk assessment in the Federal Government: Managing the process.* National Academy Press: Washington, DC.

O'Reilly, M. *et al.* 2017. Androgen excess is highly prevalent in women with idiopathic intracranial hypertension and is biochemically distinct from polycystic ovary syndromes. *Society for Endocrinology BES 2017* 50:320

Olsson, S.E. *et al.* 1987. Plasma levels of levonorgestrel and free levonorgestrel index in women using NORPLANT implants or two covered rods (NORPLANT-2). *Contraception* 35(3):215-228.

Phillips, A. *et al.* 1990a. Progestational and androgenic receptor binding affinities and in vivo activities of norgestimate and other progestins. *Contraception* 41(4):399-410.

Phillips, A., D.W. Hahn, and J.L. McGuire. 1990b. Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin. *Steroids* 55(8):373-375.

Rai, R. et al. 2015. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. *ARVO*: Program Number: 2228; Poster Board Number: B0081

Rodriguez, E. M., J. A. Staffa, and D. J. Graham. 2001. The role of databases in drug postmarketing surveillance. *Pharmacoepidemiol.Drug Saf* 10(5):407-410.

Rothman, K. J. and Greenland, S. *Modern Epidemiology.* 1998. 2nd Edition edition, Lippincott WIlliams & Wilkins: Philadelphia.

Scott, H. D. et al. 1987. Rhode Island physicians' recognition and reporting of adverse drug reactions. *R.I.Med.J.* 70(7):311-316.

Sisenwine, S.F. *et al.* 1975. Excretion and stereoselective biotransformations of dl-, d- and l-norgestrel in women. *Drug Metab. Dispos.* 3(3):180-188.

Stanczyk, F.Z. *et al*. 2013. Progestogens used in postmenopausal hormone therapy: differences in their pharmacological properties, intracellular actions, and clinical effects. *Endocr. Rev*. 34(2):171-208.

Subakir, S.B. *et al.* 1996. Endometrial angiogenic response in Norplant users. *Hum. Reprod.* 11 Suppl 2:51-55.

Sunku, A. J., A. E. O'Duffy, and J. W. Swanson. 1993. Benign intracranial hypertension associated with levonorgestrel implants. *American Neurological Association* 299

Svalheim, S. *et al.* 2015. Interactions between antiepileptic drugs and hormones. *Seizure* 28:12-17.

Tang, R. A. et al. 1995. Pseudotumor cerebri associated with the Norplant contraceptive device. *Investigative Ophthalmology & Visual Science* 36:S677

Thon, O.R. and J.W. Gittinger. 2017. Medication-Related Pseudotumor Cerebri Syndrome. *Semin.Ophthalmol.* 32(1):134-143.

Valenzuela, R. M. et al. 2017. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. *Neuro-Ophthalmology* :1-6.

Westgate, C. *et al.* 2017. Evaluating the role of testosterone in cerebrospinal fluid secretion. *Society for Endocrinology BES 2017* 50:325

Wu, A H.B. 2006. *Tietz Clinical Guide to Laboratory Tests.* 4th Edition, Saunders/Elsevier: St. Louis, MO.

Wysowski, D.K. and L. Green. 1995. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. *Obstet. Gynecol.* 85(4):538-542.

Xiao, B.L. *et al*. 1990. Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. *Contraception* 41(4):353-362.

# APPENDIX A

# CURRICULUM VITAE

## Laura M. Plunkett, Ph.D., D.A.B.T

**ADDRESS** 1127 Eldridge Pkwy, Suite 300-335
Houston, TX 77077

**EDUCATION**

| | | | |
|---|---|---|---|
| 1984 | Ph.D. | Pharmacology | University of Georgia |
| 1980 | B.S. | Zoology | University of Georgia |

**PROFESSIONAL EXPERIENCE**

**President**. Integrative Biostrategies (IB) LLC, 2001- present
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provides litigation support services as both consulting expert and testifying expert.

**Owner.** Plunkett & Associates, Houston, Texas, 1997 – 2001
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provided litigation support services as both consulting expert and testifying expert.

**Manager.** ENVIRON Corporation, Houston, Texas, 1992 – 1997
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug Administration. Provided litigation support services as both consulting expert and testifying expert.

**Manager.** ENVIRON Corporation, Arlington, Virginia, 1989 – 1992
Consultant to a variety of clients in areas of pharmacology, toxicology, risk assessment and regulatory strategy. Focus on products regulated by the U.S. Food and Drug administration.

**Assistant Professor**. University of Arkansas for Medical Sciences, Department of Pharmacology and Toxicology, 1986 – 1989

Taught medical and graduate student courses in pharmacology (lecture and laboratory), neurosciences, cardiovascular pharmacology, and neuropharmacology. Performed basic research in area of autonomic control of cardiovascular function and neurochemical systems involved in autonomic function. Recipient of extramural funding from the Arkansas Heart Association (principal investigator).

**Postdoctoral fellow.** National Institute of General Medical Sciences, Pharmacology Research Associate Training Program, 1984 – 1986

Performed basic research in area of neurochemical control of cardiovascular function and neurochemical systems involved in autonomic function.

**Research Assistant.** University of Georgia, College of Pharmacy, Department of Pharmacology and Toxicology 1980 – 1984

Taught laboratory courses in pharmacology to pharmacy students as part of graduate student assistantship responsibilities.

## HONORS AND AWARDS

**Chosen for PRAT program at National Institutes of Health.** Pharmacology Research Associate Training Program, 1984-1986.

**Rho Chi.** The University of Georgia, College of Pharmacy, Initiated, 1984.

**Recipient of Excellence in Graduate Research Award.** The University of Georgia, College of Pharmacy, 1983.

**Alpha Lambda Delta.** The University of Georgia Chapter, 1978.

## PROFESSIONAL CERTIFICATION

Diplomate, American Board of Toxicology, 1993 to present.

Registered patent agent, 1999.

## ACADEMIC AFFILIATION

**Adjunct Professor.** Baylor University, Department of Environmental Science, 2017-present

## PROFESSIONAL MEMBERSHIPS

**Member**, Society of Toxicology 1992 – present

**Member**, Lone Star Chapter Society of Toxicology 2007 – present

**Councilor**, Lone Star Chapter Society of Toxicology 2010 - 2013

**Secretary**, Lone Star Chapter Society of Toxicology 2013 – 2015

**Vice President**, Lone Star Chapter Society of Toxicology 2015-2016

**President,** Lone Star Chapter, Society of Toxicology 2016-2017

**Member,** American College of Toxicology, 1997 - present

**Member,** Society for Risk Analysis, 2007- present

**President,** Lone Star Chapter of the Society for Risk Analysis, 1998

**Councilor**, Lone Star Chapter of the Society for Risk Analysis, 1999-2000

**Member,** Society for Neuroscience 1985 - present

**Member,** American Association for Pharmaceutical Sciences 1992 - present

**Member,** Society for Environmental Geochemistry and Health 1992 - present

**Member,** ASTM Committee E06, 1990 - present

## PUBLICATIONS

1. Rajendran, N, Seagrave, JC, **Plunkett, LM**, MacGregor, JA. A comparative assessment of the acute inhalation toxicity of vanadium compounds. *Inhal. Toxicol.* 2016. 28:618-628.

2. Cox, LA, Popken, DA, Kaplan, AM, **Plunkett, LM**, Becker, RA. How well can in vitro data predict in vivo effects of chemicals? Rodent carcinogenicity as a case study. *Regul. Toxicol. Pharmacol.* 2016. 77:54-64.

3. **Plunkett, LM**, Kaplan, AM, Becker, RA. Challenges in using the ToxRefDB as a resource for toxicity modeling. *Regul. Toxicol Pharmacol*. 2015. 72:610-614.

4. **Plunkett, LM**, Becker, RA, Kaplan, M. An enhanced tiered toxicity testing framework with triggers for assessing hazards and risks of commodity chemicals. *Regul. Toxicol. Pharmacol*. 2010. 58:382-394.

5. Chambers, A, Krewski, D, Birkett, N, **Plunkett, L,** Hertzberg, R, Danzeisen, R, Aggett, PJ, Starr, TB , Baker, S, Dourson, M, Jones, P, Keen, CL , Meek, B, Schoeny, R, and Slob, W *J.* An exposure-response curve for copper excess and deficiency. *Toxicol. Environ. Health.* 2010. 13:546- 578.

6. Krewski, D, Chambers, A, Stern, BA, Aggett, PA, **Plunkett, L,** Rudenko, L. Development of a copper database for exposure-response analysis. *J. Toxicol. Environ. Health.* 2010. 73:208-216.

7. **Plunkett, LM**, Becker, RA. Does the standard toxicological testing paradigm for industrial chemicals apply to screening for children's health risks? *The Open Toxicol. J.* 2008, 2:42-60.

8. Becker, RA, **Plunkett, LM**, Borzelleca, JF, Kaplan, AM. Tiered toxicity testing: Evaluation of toxicity-based decision triggers for human health hazard characterization. *Food Chem. Toxicol*. 2007, 45:2454-2469.

9. MacGregor, JA, **Plunkett, LM**, Youngren, SH, Manley, A, Plunkett, JB, Starr, TB. Humans Appear No More Sensitive than Laboratory Animals to the Inhibition of Red Blood Cell Cholinesterase by Dichlorvos (DDVP). *Regul. Toxicol. Pharmacol*., 2005, 43:150-167.

10. **Plunkett, LM.** Do current FIFRA guideline tests protect infants and children? Lead as a case study. *J Regul Toxicol Pharmacol* 1999;29:80-87.

11. **Plunkett, LM,** Seifen E, Kennedy RH. Effect of morphine pretreatment on cocaine cardiotoxicity in anesthetized guinea pigs. *Arch Int Pharmacodyn* 1989;297:60-67.

12. Zorbas M., Owens SM, **Plunkett LM,** Bui H. The pharmacokinetics of [3H]-[1-(2-thienyl)cyclohexyl]piperidine (TCP) in Sprague Dawley rats. *J Drug Metab Disposit* 1989;17:641-645.

13. Seifen E, **Plunkett LM,** Kennedy RH. Cardiovascular and lethal effects of cocaine in anesthetized dogs and guinea pigs. *Arch Int Pharmacodyn* 1989;300:241-253.

14. McCarty R, **Plunkett LM.** Regulation of binding sites for atrial natriuretic factor (ANF) in rat brain. *Peptides* 1988;9(S1):3-8.

15. Stewart RE, Swithers SE, **Plunkett LM,** McCarty R. ANF receptors: distribution and regulation in central and peripheral tissues. *Neurosci Biobehav Rev* 1988;12:151-168.

16. **Plunkett LM,** Tackett RL. Central dopamine receptors and their role in digoxin-induced cardiotoxicity in the dog. *J Pharm Pharmacol* 1987;39:29-34.

17. **Plunkett LM,** Tackett RL. Increases in CSF norepinephrine associated with the onset of cardiac glycoside toxicity. *Eur J Pharmacol* 1987;136:119-122.

18. McCarty R, **Plunkett LM.** Quantitative autoradiographic analysis of somatostatin binding sites in discrete areas of rat brain. *Brain Res Bull* 1987;18:289-94.

19. **Plunkett LM,** Shigematsu K, Kurihara M, Saavedra JM. Localization of angiotensin II receptors along the anteroventral-third ventricle area of the rat brain. *Brain Res* 1987;405:205-212.

20. Israel A, **Plunkett LM,** Saavedra JM. Increased number of angiotensin II binding sites determined by autoradiography in anterior pituitary of water deprived and Brattleboro rats. *Neuroendocrinol* 1986;42:57-63.

21. Saavedra JM, Correa FMA, **Plunkett LM,** Israel A, Kurihara M, Shigematsu K. Angiotensin and atrial natriuretic peptide binding in brain of hypertensive rats. *Nature* 1986;320:758-760.

22. McCarty RM, **Plunkett LM.** Forebrain atriopeptin binding sites: Alterations in spontaneously hypertensive rats. *Neurochem Int* 1986;9:177-183.

23. Shigematsu K, Saavedra JM, **Plunkett LM,** Kurihara M, Correa FMA. Angiotensin II binding sites in the anteroventral-third-ventricle (AV3V) area and related structures of the rat brain. *Neurosci Lett* 1986 67:37-41.

24. Correa FMA, **Plunkett LM,** Saavedra JM. Quantitative distribution of angiotensin-converting enzyme (kininase II) in discrete areas of the rat brain by autoradiography with computerized microdensitometry. *Brain Res* 1986;275:259-266.

25. Saavedra JM, Israel A, **Plunkett LM,** Kurihara M, Shigematsu K, Correa FMA. Quantitative distribution of angiotensin II binding sites in rat brain by autoradiography. Peptides 1986;7:679-687.

26. McCarty R, **Plunkett LM**. Binding sites for atrial natriuretic factor (ANF) in brain: alterations in Brattleboro rats. *Brain Res Bull* 1986;17:767-772.

27. **Plunkett LM,** Gokhale RD, Vallner JJ, Tackett RL. Prazosin alters free and total plasma digoxin in dogs. *Am Heart J* 1985;109:847-851.

28. **Plunkett LM,** Tackett RL. The effects of central beta-receptor antagonism on digoxin cardiotoxicity. *Res Comm Chem Path Pharmacol* 1985;48:209-220.

29. Israel A, Saavedra JM, **Plunkett L.** Water deprivation upregulates angiotensin II receptors in rat anterior pituitary. *Am J Physiol* 1985;248 (Endocrino. Metabl. II):E264-E267.

30. Niwa M, Shigematsu K**, Plunkett L,** Saavedra JM. High affinity substance P binding sites in rat sympathetic ganglia. *Am J Physiol* 1985;249 (Heart Circ. Physiol 18):H694-H697.

31. Correa FMA, **Plunkett LM,** Saavedra JM, Hichens M. Quantitative autoradiographic determination of angiotensin-converting enzyme (kininase II) kinetics in individual rat brain nuclei with 125I-351A, a specific enzyme inhibitor. *Brain Res* 1985;347:192-195.

32. Israel A, Niwa M, **Plunkett LM,** Saavedra JM. High affinity angiotensin receptors in rat adrenal medulla. *Regul Pept* 1985;11:237-243.

33. Israel A, **Plunkett LM,** Saavedra JM. Quantitative autoradiographic characterization of receptors for angiotensin II and other neuropeptides in individual brain nuclei and peripheral tissues from single rats. *Cell Mol Neurobiol* 1985;5:211-222.

34. **Plunkett LM,** Correa FMA, Saavedra JM. Quantitative autoradiographic determination of angiotensin-converting enzyme kinetics in rat pituitary and adrenal glands with 125I-135A, a specific inhibitor. Regul Pept 1985;12:1-10.

35. **Plunkett LM,** Saavedra JM. Increased angiotensin II binding affinity in the nucleus tractus solitarius of spontaneously hypertensive rats. *Proc Natl Acad Sci* 1985;82:7721-7724.

36. **Plunkett LM,** Tackett RL. Central alpha receptors and their role in digoxin cardiotoxicity. *J Pharmacol Exp Ther* 1983;227:683-686.

**ABSTRACTS**

1. Cox, LA, Popken, DA, Kaplan, AM, **Plunkett, LM**, Becker, RA. How well do High Throughput Screening (HTS) assay data predict in vivo rodent carcinogenicity of pesticides? Presenting at Society for Risk Analysis annual meeting, December 11-15, 2016, San Diego, California.

2. **Plunkett, LM**. THC and legal issues related to the state of the science. Symposium presenter at the Society of Toxicology, New Orleans, LA, March 2016.

3. Goyak, K, Alyea, R, Becker, RA, **Plunkett, LM**, Plunkett, JB. Evaluating the ability of high-throughput screening (HTS) assays to capture the biological activity of industrial chemicals. Poster presentation at the Society of Toxicology, New Orleans, LA, March 2016.

4. MacGregor, JA, Plunkett, JB, **Plunkett, LM.** The occurrence of chemically induced lung tumors in rodents as an outcome in NTP chronic bioassays and the impact on cancer classifications. Presented at the Society of Toxicology, San Diego, CA, March 2015.

5. Urban, JD, Thompson, CM, **Plunkett, LM**, Perry, C, Haws, LC. A state of the science of copper reference dose for soil remediation. Presented at the Society of Toxicology, San Diego, CA, March 2015.

6. **Plunkett, LM**, Kaplan, AM, Becker, RA. Evaluation of a tiered toxicity testing decision trigger for assessing reproductive hazards of commodity chemicals. Submitted for presentation at the Society of Toxicology, Phoenix, AZ, March 2014.

7. **Plunkett, L.M.** Overview of key public and worker health concerns in Texas food production. Presented at the Society of Toxicology, San Antonio, TX, March 2012.

8. **Plunkett, L.M.**, Starr, T.B., MacGregor, J.A., Manley, A. Corn oil as a causative factor for proliferative lesions of the forestaomach in B6C3F1 mice exposed by gavage. Presented at Society of Toxicology, Washington, D.C., March 9, 2011. [Award received for "Best Presentation"]

9. **Plunkett, LM**, MacGregor, JA, Starr, TB, Manley, A. Daily gavage with corn oil is a causative factor for proliferative lesions of the forestaomach in B6C3F1 mice. Toxicology Lett. 189S:S142. Presented at EUROTOX, Dresden, Germany, September 14, 2009.

10. **Plunkett, LM**, MacGregor, JA, Starr, TB, Youngren, SH, Manley, A. Determination of a dichlorvos-specific acute interspecies uncertainty factor. Society of Toxicology, Seattle, WA, March 19, 2008.

11. **Plunkett, LM**, Starr, TB, Youngren, SH, MacGregor, JA, Manley, A. Determination of the magnitude of intraspecies differences in red blood cell cholinesterase inhibition in response to dichlorvos exposure. Society of Toxicology, San Diego, CA, March 6, 2006.

12. **Plunkett, LM**, Licata, JM. What every technology manager needs to know about FDA law. Association of University Technology Managers (AUTM), Orlando, FL, March 4, 2006.

13. **Plunkett, LM,** Licata JM. What every technology manager needs to know about FDA law. Association of University Technology Managers (AUTM), Phoenix, AZ February 2005.

14. **Plunkett, LM**. Qualitative Interpretation of Complex and Disparate Data Sets for Dose-Response Assessment of Essential Trace Elements: Copper as a Case Study. Society for Toxicology, Baltimore, MD March 2004 .

15. **Plunkett, LM.** Evaluating qualitative and quantitative dose-response data in complete data sets for comparative dose-response assessment. Soc. Risk Analysis, Baltimore, MD, December 10, 2003.

16. **Plunkett, LM**, Rieth S, Starr T. Issues in assessing risks for cholinesterase-inhibiting pesticides: A decision tree approach. Soc. Risk Analysis, New Orleans, LA, December 9-12, 1996

17. **Plunkett, LM**, Brown S. Assessment of the potential neuropathic risk to banana workers from dermal exposure to chlorpyrifos. Soc. Risk Analysis, Honolulu, HI, December 3-7, 1995

18. **Plunkett, LM**, Russell K. Cooperation versus Confrontation: Reconciling Lead regulations, exposure studies, and public perception. SEGH Conference, July, Salt Lake City, UT, 1994

19. **Plunkett LM**, Wixtrom RN, Cabrera CR. Evaluation of the long-term safety of inflatable penile prostheses: a critical analysis of potential carcinogenic, reproductive, teratogenic, or adverse immunological effects of silicone. Western Section of American Urological Association Meeting, Seattle, WA, August 21-25, 1994

20. Wixtrom RN, **Plunkett LM**, Clarkin CM. Complications of inflatable penile prostheses: A comprehensive review of infection, mechanical complications, erosion/migration/extrusion, and fibrous capsule formation. 1994.

21. Wixtrom RN, Clarkin CM, Purkait B, **Plunkett LM**. A review of clinical experience with the Mentor Alpha I and Mark II inflatable penile prostheses. 1994.

22. **Plunkett LM**, Rosolowsky LJ, Lerner DM, Washburn ST. A biokinetic model for predicting blood lead levels in adults living near a former battery recycling facility. SEGH Conference, New Orleans, LA, July, 1993.

23. Rosolowsky LJ, Edelmann KG, **Plunkett LM**. A biokinetic model for predicting blood lead levels in adults that accounts for intermittent exposures. Society for Risk Analysis, December, 1993

24. **Plunkett LM**, Owens SM , Gunnell M, Owens RB. The effect of chronic phencyclidine (PCP) and phenylcyclohexene (PC) dosing on [3H]TCP and [3H] haloperidol binding in rat brain. *FASEB J* 1990;4:A329.

25. Owens RB, Owens SM, Gunnell M, **Plunkett LM**. 1990. The effect of chronic phencyclidine (PCP) and phenylcyclohexene (PC) on lymphocyte in subsets in rats. *FASEB J* 1990;4:A337.

26. Zorbas M, Owens SM, **Plunkett LM**, Bui H. [3H]TCP protein binding and pharmacokinetics in Sprague-Dawley rat. *FASEB J* 1989;3:A1036.

27. **Plunkett LM**, Kennedy RH, Seifen E. Effects of chronic stress on myocardial beta-adrenergic receptor binding. *The Pharmacologist* 1988;A1300.

28. Evans, R.E., **Plunkett LM**, Kennedy RH, Seifen E. [3H]Ouabain binding to regions of rat heart as determined by autoradiography. *The Pharmacologist* 1988;A41.

29. Massey BW, **Plunkett LM**, Kennedy RH, Seifen E. Alterations in brain angiotensin II binding in the aged rat. Soc. Neuroscience 1987 Abstracts, p. 722.

30. **Plunkett LM**, Alexander N, Saavedra JM. Altered angiotensin II binding in adrenal gland, pituitary gland and brain of sinoaortic denervated rats. Am. Soc. Hypertension. New York, NY, May 1986.

31. Saavedra JM, **Plunkett LM**, Correa FMA. Increased number of angiotensin II binding sites in the subfornical organ of spontaneously hypertensive rates. Am. Soc. Hypertension, New York, NY, May 1986.

32. **Plunkett LM**, Niwa M, Shigematsu K, Saavedra JM. Increased angiotensin II (ANG) binding in superior cervical ganglia of spontaneously hypertensive rats (SHR). *Fed. Proc* 1985;3: 498.

33. **Plunkett LM**, Saavedra JM. Discrete localization of angiotensin II (ANG) binding sites in rat brainstem by quantitative autoradiography. Neural and Endocrine Peptides and Receptors, Symposium, Washington, D.C., May, 1985.

34. **Plunkett LM**, Israel A, Niwa M, Shigematsu K, Saavedra JM. Alterations in angiotensin II binding in pituitary gland, adrenal gland and superior cervical ganglia of spontaneously hypertensive rats (SHR) as determined by quantitative autoradiography. Neural and Endocrine Peptides and Receptors, Symposium, Washington, DC, May 1985.

35. Shigematsu K, Niwa M, **Plunkett LM**, Saavedra JM. High affinity substance P binding sites in rat sympathetic ganglia. Neural and Endocrine Peptide and Receptors, Symposium '85, Washington, DC, May 1985.

36. McCarty R, **Plunkett LM**, Israel A, Saavedra JM. Quantitation of somatostatin binding sites in rat brain. Neural and Endocrine Peptides and Receptors, Symposium '85, Washington, DC, May, 1985.

37. **Plunkett LM**, Saavedra JM. Increased angiotensin II (ANG) binding in brainstem nuclei of adult spontaneously hypertensive rats (SHR) by quantitative autoradiography. Interamerican Society of Hypertension, Cleveland, OH, May 1985.

38. Saavedra JM, **Plunkett LM**, Niwa M, Israel A, Shigematsu K, R. McCarty, Correa FMA. Autoradiographic-microdensitometric methods for the kinetic analysis of neuropeptide receptors and peptidases in individual brain nuclei. IVth World Congress of Biological Psychiatry, Philadelphia, PA, September, 1985.

39. **Plunkett LM** Saavedra JM. 1985. Altered angiotensin II binding in ganglia and brainstem nuclei of spontaneously hypertensive rats (SHR). Council for High Blood Pressure Research, Cleveland, OH, September 1985.

40. **Plunkett LM**, Correa FMA, Saavedra JM. Quantification of angiotensin-1-converting enzyme kinetics in individual rat pituitary and adrenal glands with 125I-MK351A, a specific enzyme inhibitor. Society for Neuroscience, Dallas, Texas, October 1985.

41. McCarty R**, Plunkett LM**, Shigematsu K, Saavedra JM. Quantitative autoradiographic analysis of somatostatin binding sites in discrete areas of rat brain. Society for Neuroscience, Dallas, Texas, October, 1985.

42. Correa FMA, **Plunkett LM,** Saavedra JM. Quantitative autoradiographic determination of angiotensin-converting enzyme distribution in rat brain with 125I-MK351A, a specific inhibitor. Society for Neuroscience, Dallas, Texas, October 1985.

43. **Plunkett LM,** Saavedra JM. Altered angiotensin II binding kinetics in brainstem, pituitary gland, and adrenal gland in adult SHR. 5th International Symposium on SHR and Related Studies, Tokyo, Japan, October, 1985.

44. **Plunkett LM,** Tackett RL. CSF catecholamine activity decreases during cardiac glycoside-induced arrhythmogenesis. *The Pharmacologist* 1985; 25:745.

45. Tackett RL**, Plunkett LM**. Naloxone inhibits the central hypotensive actions of propranolol. *The Pharmacologist* 1983;25:101.

46. **Plunkett LM,** Vallner JJ, Tackett RL. Prazosin lowers plasma digoxin levels. American Heart Assoc, pp 15, Savannah, GA, 1983.

47. Tackett RL**, Plunkett LM**. 1983. BHT 933 lowers blood pressure and increases cerebrospinal fluid norepinephrine levels. American Heart Assoc, pp 16, Savannah GA, 1983.

48. Bayoumi SM, Gokhale R, **Plunkett L,** Vallner JJ. Pharmacokinetics of clortrimazole in dogs. *Acad. Pharmaceut. Sci* 1983;13(2):204, (Miami meeting).

49. **Plunkett LM,** Tackett RL. Central alpha receptors and their role in digitalis cardiotoxicity. *The Pharmacologist* 1982; 24:489A.

50. **Plunkett LM,** Tackett RL. Central alpha antagonism decreases blood pressure in the dog. Proc. Soc. Exp. Biol. Med. S.E. Sec. 7:12A 1982.

**PRESENTATIONS**

1. **Plunkett, LM.** Non-obviousness and §103. Lecturer at Rutgers School of Law, Camden Campus. November 6, 2012.

2. **Plunkett, LM.** Regulatory primer for pharmacy students: focus on human therapeutics. Invited speaker for the AAPS Visiting Scientist Program, Texas A&M University, College of Pharmacy, Kingsville, TX, May 1, 2009.

3. **Plunkett, LM.** Strategies for reducing adverse drug reactions: Science versus regulatory considerations. Invited speaker for the AAPS Visiting Scientist Program, Texas A&M University, College of Pharmacy, Kingsville, TX, May 1, 2009.

4. **Plunkett, LM.** Novelty requirement of §102. Lecturer at Drexel University School of Law. September 22 and 24, 2008.

5. **Plunkett, LM.** Novelty requirement of §102. Lecturer at Rutgers School of Law, Camden Campus. September 22 and 24, 2008.

6. **Plunkett, LM.** Discussion of the Adequacy of Current Regulatory Risk Assessment Approaches for Protection of Children's Health and the Health of Other "Sensitive" Human Subpopulations. Testimony before the U.S. Senate Enviornment and Public Works Committee. April, 29, 2008.

7. **Plunkett, LM.** Strategies for reducing adverse drug reactions: Science versus regulatory considerations. Invited speaker for the AAPS Visiting Scientist Program, Florida A&M University, Tallahassee, FL, October 26, 2006.

8. **Plunkett, LM**. The guidance as currently implemented: experience with Minnesota's draft risk levels. Presented at the ISRTP workshop entitled: EPA's New (Proposed) Guidance for Assessing Cancer Risks from Early Life Exposures. Genotoxic Mode of Action and Implications for Human Health-Based Standards. Baltimore, MD February 10, 2005.

9. **Plunkett, LM.** An overview of the regulation of products of biotechnology: Who's in charge? Lecturer at University of Houston at Clearlake, November 17, 2004.

10. **Plunkett, LM**. Moderator of the symposium entitled "Regulation of genetically modified cells, foods, organisms and animals for consumer and therapeutic use. Meeting of the American Association of Pharmaceutical Sciences (AAPS), Baltimore, MD, November 11, 2004.

11. **Plunkett, LM**. A Road map to the US Food And Drug Administration Regulations. Invited Speaker and Session Co-chair, Federation of European Biochemical Societies (FEBS), Istanbul, Turkey, October 20-24, 2002.

12. **Plunkett, LM.** An overview of the regulation of products of biotechnology: Who's in charge? Lecturer at University of Houston at Clearlake, November 2001.

13. **Plunkett, LM** . Differences and Similarities Between Children and Adults in their Exposure and Response to Environmental Chemicals: An Update Since 1992. Invited Speaker at ToxForum, Aspen CO, July 2001.

14. **Plunkett, LM**. Do current FIFRA guideline tests protect infants and children? Lead as a case study. Invited speaker at the Sixteenth International Neurotoxicology Conference, Pesticides and Susceptible Populations: Who is at Risk and When? Little Rock, Arkansas, September 13-16 1998

15. **Plunkett, LM**. An overview of biotechnology regulations: the USFDA and the USEPA. Lecturer at University of Houston at Clearlake, October 16 1998.

16. Rodricks, JV, Santamaria, AB, **Plunkett, LM**. Risk Assessment as a Tool in Litigation: A Discussion of the Uses and Their Limits [Presented by **Plunkett LM**]. Society for Risk Analysis, , New Orleans, LA. December 10 1996.

17. **Plunkett, LM**. Current Issues in Lead Exposure and Risk Assessment. Symposia at the annual meeting of The American College of Toxicology, Valley Forge, PA. November 9 1996.

18. **Plunkett, LM** . An Overview of Biotechnology Regulations: Environmental Regulations. Lecturer at the South Texas School of Law, October 1995.

19. **Plunkett, LM**. An Overview of Biotechnology Regulations: FDA Regulations. Lecturer at the South Texas School of Law, October 1995.

20. **Plunkett, LM** . A Discussion of Toxicokinetics. Featured speaker at a symposium at the Int. Congress of Toxicol., July 5 1995.

21. **Plunkett, LM**. Chutes and Ladders: The Hazardous Journey for R&D to Market. Featured speaker at the Futurist's Conference, Irvine, CA, June 28, 1995.

**BOOK CHAPTERS**

1. **Plunkett, LM**, O'Donnell, JT. 2016. Ketorolac abuse and injury in college athletics. In: *O'Donnell's Drug Injury, Fourth Edition*. O'donnell and O'Donnell (eds.), Lawyers & Judges Publishing Company, Inc: Tucson, AZ, pp. 591-602.

2. **Plunkett, LM,** Timmerman, LE. 2011. Pharmacovigilance and Postmarket Surveillance in the United States: The Role of the U.S. Food and Drug Administration. In: Elements of Pharmacovigilance: Be Vigilant, Be Safe. R. Sehgal *et al.* (Eds.), Kongposh Publications: New Dehli.

3. Rodricks, JV, Frankos, VH, **Plunkett, LM**. 1995. Food Additives. In: Regulatory Toxicology. C.P. Chengelis, J.F. Holson and S.C. Gad (eds.) Raven Press, New York, New York, 51-82.

4. **Plunkett, LM**, Turnbull, D, Rodricks, JV. 1992. Differences between adults and children affecting exposure assessment. In: Similarities and Differences Between

Children and Adults: Implications for Risk Assessment. P.S. Guzelian, C.J. Henry and S.S. Olin (eds.) ILSI Press, Washington D.C., 79-96.

5. Saavedra JM, **Plunkett LM**, Correa FMA, Israel A, Kurihara M, Shigematsu K. 1986. Quantitative autoradiography of angiotensin and atrial natriuretic factor binding sites in brain nuclei of spontaneously hypertensive rats. In Brain Peptides and Catecholamines in Cardiovascular Regulation in Normal and Disease States.

**MISCELLANEOUS**

1. **Plunkett LM.** 2008. U.S. Senate Committee on Environment & Public Works. Oral testimony. Full Committee hearing entitled "Oversight on EPA Toxic Chemical Policies". Tuesday, April 29, 2008.

2. **Plunkett LM**, Brett SM. 1991. A new look at lead: sources, exposures, and uptake in populations at risk. ENVIRON Report. 5:6-9.

3. **Plunkett LM**, Frankos VH. 1991. FDA re-examines the safety of silicone gel-filled breast implants. ENVIRON Report. 5:10-13.

# APPENDIX B

# List of Materials Reviewed

## Scientific Literature


Anon. 1998. Drug-induced benign intracranial hypertension. *Prescrire. Int.* 7(34):55-56.

Anon. 2008. Hormonal contraception: recent advances and controversies. *Fertil. Steril.* 90(5 Suppl):S103-S113.

Africander, D., N. Verhoog, and J.P. Hapgood. 2011. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. *Steroids* 76(7):636-652.

Ahmad, S. R. 2003. Adverse drug event monitoring at the Food and Drug Administration. *J Gen. Intern. Med.* 18(1):57-60.

Akerlund, M. 1994. Vascularization of human endometrium. Uterine blood flow in healthy condition and in primary dysmenorrhoea. *Ann. NY Acad. Sci.* 734:47-56.

Alder, J. B., F. T. Fraunfelder, and R. Edwards. 1995. Levonorgestrel implants and intracranial hypertension. *N. Engl. J. Med.* 332(25):1720-1721.

Alvarez, F. et al. 1998. Sex hormone binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants. *Contraception* 58(4):211-214.

Andrews, L. E., G. T. Liu, and M. W. Ko. 2014. Idiopathic intracranial hypertension and obesity. *Horm. Res. Paediatr.* 81(4):217-225.

Apter, D. *et al*. 2014. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. *Fertil. Steril.* 101(6):1656-1662.

Backman, T. *et al.* 2000. Length of use and symptoms associated with premature removal of the levonorgestrel intrauterine system: a nation-wide study of 17,360 users. *Br. J. Obstet. Gynaecol.* 107(3): 335-339

Ball, A. K. and C. E. Clarke. 2006. Idiopathic intracranial hypertension. *Lancet Neurol.* 5(5):433-442.

Barbosa, I. *et al.* 1990. Ovarian function during use of a levonorgestrel-releasing IUD. *Contraception* 42(1):51-66.

Brache, V. *et al.* 1992. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. *Adv. Contracept.* 8(4):319-326.

Burns, R. J. and D. W. Schultz. 1993. Drug-induced neurological disorders. *Med. J. Aust.* 159(9):624-626.

Byrne, K. B. *et al.* 1988. Effect of levonorgestrel and ethinyloestradiol on vasoconstriction in rat isolated vasculature. *J. Pharm. Pharmacol.* 40(8):562-566.

Chen, J. and M. Wall. 2014. Epidemiology and risk factors for idiopathic intracranial hypertension. *Int. Ophthalmol. Clin.* 54(1):1-11.

Collins, D. C. 1994. Sex hormone receptor binding, progestin selectivity, and the new oral contraceptives. *Am. J. Obstet. Gynecol.* 170(5 Pt 2):1508-1513.

Condulis, N. *et al.* 1997. Pseudotumor cerebri: a presenting manifestation of Addison's disease. *Clin. Pediatr. (Phila)* 36(12):711-713.

Darney, P.D. 1995. The Androgenicity of Progestins. *Am. J. Med.* 98 (1A):104S-110S.

Devoto, L. *et al.* 2005. Pharmacokinetics and endometrial tissue levels of levonorgestrel after administration of a single 1.5-mg dose by the oral and vaginal route. *Fertil. Steril.* 84(1):46-51.

Etminan, M., H. Luo, and P. Gustafson. 2015. Risk of intracranial hypertension with intrauterine levonorgestrel. *Ther. Adv. Drug Saf.* 6(3):110-113.

Etminan, M. 2017. Revised disproportionality analysis of Mirena and benign intracranial hypertension. *Ther. Adv. Drug Saf.* 8(9):299-300.

Ewies, A.A. 2009. Levonorgestrel-releasing Intrauterine System – The Discontinuing Story. *Gynecol. Endocrinol.* 25(10): 668-673.

Fotherby, K. 1995. Levonorgestrel. Clinical pharmacokinetics. *Clin. Pharmacokinet.* 28(3):203-215.

Friedman, D. I. and D. M. Jacobson. 2002. Diagnostic criteria for idiopathic intracranial hypertension. *Neurology* 59(10):1492-1495.

Friedman, D. I. 2007. Idiopathic intracranial hypertension. *Curr. Pain Headache Rep.* 11(1):62-68.

Friedmen, D. I. 2006. Papilledema. In: *Clinical Neuro-Opthalmology*, chapter 5.

Gallet, J. P. 1978. [Drug-induced benign intracranial hypertension]. *Rev. Prat.* 28(23):1781-1788.

Geraghty, D. P. *et al.* 1990. Renal and myocardial adrenoceptors in steroid contraceptive-induced hypertension in rats. *Clin. Exp. Pharmacol. Physiol* 17(8):567-578.

Giangrande, P. H. and D. P. McDonnell. 1999. The A and B isoforms of the human progesterone receptor: two functionally different transcription factors encoded by a single gene. *Recent Prog. Horm. Res.* 54:291-313.

Glueck, C. J. *et al.* 2005. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. *J. Lab. Clin. Med.* 145(2):72-82.

Goldman, S. A. 1996. *MedWatch: The clinical impact of adverse event reporting.*

Goldman, S. A. 1998. Limitations and strengths of spontaneous reports data. *Clin. Ther.* 20 Suppl C:C40-C44.

Goldzieher, J. W. and F. Z. Stanczyk. 2008. Oral contraceptives and individual variability of circulating levels of ethinyl estradiol and progestins. *Contraception* 78(1):4-9.

Griffin, J. P. 1992. A review of the literature on benign intracranial hypertension associated with medication. *Adverse Drug React.Toxicol.Rev.* 11(1):41-57.

Hammes, A. *et al.* 2005. Role of endocytosis in cellular uptake of sex steroids. *Cell* 122(5):751-762.

Hammond, G. L., T. Rabe, and J. D. Wagner. 2001. Preclinical profiles of progestins used in formulations of oral contraceptives and hormone replacement therapy. *Am. J. Obstet. Gynecol.* 185(2 Suppl):S24-S31.

Hammond, G. L. et al. 2003. Serum distribution of the major metabolites of norgestimate in relation to its pharmacological properties. *Contraception* 67(2):93-99.

Hanley, M. J., D. R. Abernethy, and D. J. Greenblatt. 2010. Effect of obesity on the pharmacokinetics of drugs in humans. *Clin. Pharmacokinet.* 49(2):71-87.

Hazell, L. and S. A. Shakir. 2006. Under-reporting of adverse drug reactions: a systematic review. *Drug Saf.* 29(5):385-396.

Hidalgo, M. M. et al. 2009. Serum levonorgestrel levels and endometrial thickness during extended use of the levonorgestrel-releasing intrauterine system. *Contraception* 80(1):84-89.

Hillman, J. B., R. J. Miller, and T. H. Inge. 2011. Menstrual concerns and intrauterine contraception among adolescent bariatric surgery patients. *J. Womens Health (Larchmt.)* 20(4):533-538.

Hornby, C. *et al.* 2016. The andro-metabolic signature of IIH compared with PCOS and simple obesity. *Journal Neurol. Neurosurg. Psychiatry* 87(12):http://jnnp.bmj.com/content/87/12/e1.46

Hornby, C. *et al.* 2017. What Do Transgender Patients Teach Us About Idiopathic Intracranial Hypertension? *Neuroophthalmology* 41(6):326-329.

Institute of Medicine of the National Academies. *The future of drug safety. Promoting and protecting the health of the public.* 2007. Alina Baciu, Kathleen Stratton, and Sheila P. Burke, National Academy of Sciences: Washington, D.C.

Jarvela, I., A. Tekay, and P. Jouppila. 1998. The effect of a levonorgestrel-releasing intrauterine system on uterine artery blood flow, hormone concentrations and ovarian cyst formation in fertile women. *Hum. Reprod.* 13(12):3379-3383.

Kempegowda, P. et al. 2016. Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovary syndrome and simple obesity. *Institute of Metabolism and Systems Research* ECE2016:EP728

Khan, M. U. *et al*. 2013. Idiopathic intracranial hypertension associated with either primary or secondary aldosteronism. *Am. J. Med. Sci.* 346(3):194-198.

Klein, A. *et al*. 2013. Hyperandrogenism is associated with earlier age of onset of idiopathic intracranial hypertension in women. *Curr. Eye Res.* 38(9):972-976.

Koubovec, D. *et al.* 2005. Synthetic progestins used in HRT have different glucocorticoid agonist properties. *Mol. Cell. Endocrinol.* 242(1-2):23-32.

Kuhl, H. 1990. Pharmacokinetics of oestrogens and progestogens. *Maturitas* 12(3):171-197.

Kuhl, H. 1996. Comparative pharmacology of newer progestogens. *Drugs* 51(2):188-215.

Kuhl, H. 2005. Pharmacology of estrogens and progestogens: influence of different routes of administration. *Climacteric* 8 Suppl 1:3-63.

Kuhnz, W., G. al-Yacoub, and A. Fuhrmeister. 1992. Pharmacokinetics of levonorgestrel and ethinylestradiol in 9 women who received a low-dose oral contraceptive over a treatment period of 3 months and, after a wash-out phase, a single oral administration of the same contraceptive formulation. *Contraception* 46(5):455-469.

Lemus, A. E. *et al.* 1992. Mechanism of action of levonorgestrel: in vitro metabolism and specific interactions with steroid receptors in target organs. *J. Steroid Biochem. Mol. Biol.* 41(3-8):881-890.

Lockhat, F. B., J. E. Emembolu, and J. C. Konje. 2005. Serum and peritoneal fluid levels of levonorgestrel in women with endometriosis who were treated with an intrauterine contraceptive device containing levonorgestrel. *Fertil. Steril.* 83(2):398-404.

Lu, N.Z. *et al.,* International Union of Pharmacology. LXV. The Pharmacology and Classification of the Nuclear Receptor Superfamily: Glucocorticoid, Mineralocorticoid, Progesterone, and Androgen Receptors, *PHARMACOLOGICAL REVIEWS* 58(4):782-797 (2006).

Luukkainen, T., P. Lahteenmaki, and J. Toivonen. 1990. Levonorgestrel-releasing intrauterine device. *Ann. Med.* 22(2):85-90.

Luukkainen, T. 1991. Levonorgestrel-releasing intrauterine device. *Ann. NY Acad. Sci.* 626:43-49.

Mathew, N. T. 1990. Drug-induced headache. *Neurol. Clin.* 8(4):903-912.

Mendel, C. M. 1989. The Free Hormone Hypothesis: A Physiologically Based Mathematical Model. *Endocrine Rev*. 10(3):232-274

Mollan, S. P. *et al*. 2016. Evolving evidence in adult idiopathic intracranial hypertension: pathophysiology and management. *J. Neurol. Neurosurg. Psychiatry* 87(9):982-992.

Moore, N. L. *et al.* 2012. Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells. *Mol. Cell Endocrinol.* 357(1-2):60-70.

Murphy, S. and R. Roberts. 2006. "Black box" 101: How the Food and Drug Administration evaluates, communicates, and manages drug benefit/risk. *J. Allergy Clin. Immunol.* 117(1):34-39.

National Research Council (NRC). 1983. *Risk assessment in the Federal Government: Managing the process.* National Academy Press: Washington, DC.

Nilsson, C. G. *et al.* 1980. Plasma concentrations of levonorgestrel as a function of the release rate of levonorgestrel from medicated intrauterine devices. *Acta Endocrinol. (Copenh)* 93(3):380-384.

Nilsson, C. G. *et al.* 1982. Tissue concentrations of levonorgestrel in women using a levonorgestrel-releasing IUD. *Clin. Endocrinol. (Oxf)* 17(6):529-536.

Nilsson, C. G., P. L. Lahteenmaki, and T. Luukkainen. 1984. Ovarian function in amenorrheic and menstruating users of a levonorgestrel-releasing intrauterine device. *Fertil. Steril.* 41(1):52-55.

O'Reilly, M. *et al.* 2017. Androgen excess is highly prevalent in women with idiopathic intracranial hypertension and is biochemically distinct from polycystic ovary syndromes. *Society for Endocrinolgy BES 2017* 50:320

Olsson, S. E. *et al.* 1987. Plasma levels of levonorgestrel and free levonorgestrel index in women using NORPLANT implants or two covered rods (NORPLANT-2). *Contraception* 35(3):215-228.

Ortiz, M. E. and H. B. Croxatto. 2007. Copper-T intrauterine device and levonorgestrel intrauterine system: biological bases of their mechanism of action. *Contraception* 75(6 Suppl):S16-S30.

Pakarinen, P., P. Lahteenmaki, and E. M. Rutanen. 1999. The effect of intrauterine and oral levonorgestrel administration on serum concentrations of sex hormone-binding globulin, insulin and insulin-like growth factor binding protein-1. *Acta Obstet. Gynecol. Scand.* 78(5):423-428.

Park, S. *et al.* 2014. Secondary intracranial hypertension from testosterone therapy in a transgender patient. *Semin. Ophthalmol.* 29(3):156-158.

Phillips, A. *et al.* 1987. A comparison of the potencies and activities of progestogens used in contraceptives. *Contraception* 36(2):181-192.

Phillips, A. 1990. The selectivity of a new progestin. *Acta Obstet. Gynecol. Scand. Suppl* 152:21-24.

Phillips, A. *et al.* 1990. Progestational and androgenic receptor binding affinities and in vivo activities of norgestimate and other progestins. *Contraception* 41(4):399-410.

Phillips, A., D. W. Hahn, and J. L. McGuire. 1990. Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin. *Steroids* 55(8):373-375.

Pollow, K. *et al.* 1989. Gestodene: a novel synthetic progestin--characterization of binding to receptor and serum proteins. *Contraception* 40(3):325-341.

Rai, R. et al. 2015. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. *ARVO*: Program Number: 2228; Poster Board Number: B0081

Rodriguez, E. M., J. A. Staffa, and D. J. Graham. 2001. The role of databases in drug postmarketing surveillance. *Pharmacoepidemiol. Drug Saf.* 10(5):407-410.

Rosner, W. 2006. Sex Steroids and the free hormone hypothesis, *Cell* 124(3):455-456.

Rosner, W. *et al.* 1999. Sex hormone-binding globulin mediates steroid hormone signal transduction at the plasma membrane. *J. Steroid Biochem. Mol. Biol.* 69(1-6):481-485.

Rosner, W. *et al*. 2010. Interactions of sex hormone-binding globulin with target cells. *Mol. Cell Endocrinol.* 316(1):79-85.

Rothman, K. J. and Greenland, S. 1998. *Modern Epidemiology*. 2nd Edition, Lippincott Williams & Wilkins: Philadelphia.

Salpietro, V. *et al*. 2012. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. *Neuro. Endocrinol. Lett.* 33(6):569-573.

Scott, H. D. *et al.* 1987. Rhode Island physicians' recognition and reporting of adverse drug reactions. *R.I. Med. J.* 70(7):311-316.

Seeber, B. *et al*. 2012. Quantitative levonorgestrel plasma level measurements in patients with regular and prolonged use of the levonorgestrel-releasing intrauterine system. *Contraception* 86(4):345-349.

Shenfield, G. M. and J. M. Griffin. 1991. Clinical pharmacokinetics of contraceptive steroids. An update. *Clin. Pharmacokinet.* 20(1):15-37.

Sisenwine, S. F. *et al.* 1975. Excretion and stereoselective biotransformations of dl-, d- and l-norgestrel in women. *Drug Metab. Dispos.* 3(3):180-188.

Sitruk-Ware, R., New progestagens for contraceptive use. *Hum. Reprod.* Update 12: 169-178, 2006

Sivin, I. 1995. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. *Obstet. Gynecol.* 86(2):318-320.

Sivin, I. *et al.* 1997. First week drug concentrations in women with levonorgestrel rod or Norplant capsule implants. *Contraception* 56(5):317-321.

Sivin, I. *et al.* 1997. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. *Contraception* 55(2):81-85.

Sivin, I. *et al.* 2001. Levonorgestrel concentrations during 7 years of continuous use of Jadelle contraceptive implants. *Contraception* 64(1):43-49.

Stanczyk, F. Z. *et al.* 2013. Progestogens used in postmenopausal hormone therapy: differences in their pharmacological properties, intracellular actions, and clinical effects. *Endocr.Rev.* 34(2):171-208.

Stiebel-Kalish, H., S. Eyal, and I. Steiner. 2013. The role of aquaporin-1 in idiopathic and drug-induced intracranial hypertension. *Med.Hypotheses* 81(6):1059-1062.

Subakir, S. B. *et al.* 1996. Endometrial angiogenic response in Norplant users. *Hum. Reprod.* 11 Suppl 2:51-55.

Sunku, A. J., A. E. O'Duffy, and J. W. Swanson. 1993. Benign intracranial hypertension associated with levonorgestrel implants. *American Neurological Association*: 299

Svalheim, S. et al. 2015. Interactions between antiepileptic drugs and hormones. *Seizure.* 28:12-17.

Tang, R. A. *et al.* 1995. Pseudotumor cerebri associated with the Norplant contraceptive device. *Investigative Ophthalmology & Visual Science* 36:S677

Thon, O. R. and J. W. Gittinger, Jr. 2017. Medication-Related Pseudotumor Cerebri Syndrome. *Semin. Ophthalmol.* 32(1):134-143.

Turcato, E. *et al.* 1997. Interrelationships between weight loss, body fat distribution and sex hormones in pre- and postmenopausal obese women. *J. Intern. Med.* 241(5):363-372.

Uddin, A. B. 2003. Drug-induced pseudotumor cerebri. *Clin. Neuropharmacol.* 26(5):236-238.

Valenzuela, R. M. *et al.* 2017. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. *Neuro-Ophthalmology* 1-6.

Walsh, J. and C. Smith. 2000. The clinical enquiry service; benign intracranial hypertension. *Br. J. Fam. Plann.* 26(3):169

Westgate, C. *et al.* 2017. Evaluating the role of testosterone in cerebrospinal fluid secretion. *Society for Endocrinology BES 2017* 50:325

Westhoff, C. L. *et al*. 2010. Pharmacokinetics of a combined oral contraceptive in obese and normal-weight women. *Contraception* 81(6):474-480.

Willnow, T. E. and A. Nykjaer. 2010. Cellular uptake of steroid carrier proteins--mechanisms and implications. *Mol.Cell Endocrinol.* 316(1):93-102.

Wysowski, D. K. and L. Green. 1995. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. *Obstet.Gynecol.* 85(4):538-542.

Xiao, B. L. *et al.* 1990. Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. *Contraception* 41(4):353-362.

Yaksh, T. L. *et al.* 2002. Inflammatory masses associated with intrathecal drug infusion: a review of preclinical evidence and human data. *Pain Med.* 3(4):300-312.

**Documents From the FDA Website**

Labeling for Mirena

Labeling for Kyleena

Labeling for Skyla

Labeling for Norplant

Labeling for Jadelle

FDA review documents for each of the products from «Drugs@FDA»

**Miscellaneous Documents**

2017 Hofmann - Integrative PK analysis of LNG containing contraceptives with various routes of administration (reproduced as MIR_IIH_EU01205373)

**NDA 21-225 Sections**

03.05 01.068-074 Nonclinical Pharmacology and Toxicology Summary

03.06 01.075 Microbiology Summary

03.07 01.076-132 Human Pharmacokinetics Summary

05.00 01.001-014 Nonclinical Pharmacology and Toxicology – Table of Contents

05.01 01.015-016 Introduction

05.02 01.017-040 Nonclinical Pharmacology and Toxicology Overview Summary

05.07 01.122-138 Literature Summaries

05.08 02.001-144 Study Reports

06.00 01.001-008 Human Pharmacokinetics – Table of Contents

06.01-24 01.009-074 Item 6 - Human Pharmacokinetics

08.03 006.360-392 Misc. Clinical Pharmacol Studies

08.03 006.393-417 Assorted Experimental Studies

**Deposition Transcripts**

Birte Hofmann, November 20, 2017, and exhibits 1-43

Christian Zurth, November 30, 2017

Juliane Schoendorf, November 28-29, 2017

Eeva Lukkari-Lax, November 27-28, 2017

**Bayer Documents**

MIR_AC_00021735

MIR_AC_00021745

MIR_AC_00021778

MIR_AC_00022967

MIR_AC_00022996

MIR_AC_00149576

MIR_AC_00254083

MIR_AC_00266846

MIR_AC_00291596

MIR_AC_00291679

MIR_AC_00297462
MIR_AC_00319033
MIR_AC_00333748
MIR_AC_00342056
MIR_AC_00354106
MIR_AC_00359980
MIR_AC_00363378
MIR_AC_00365998
MIR_AC_00373164
MIR_AC_00399138
MIR_AC-R_00209349
MIR_BB_00088420
MIR_BG_00342528
MIR_BSR_00010903
MIR_BSR_IIH_00002034
MIR_BSR-R_00138205
MIR_CH-R_00085086
MIR_ELEU_00087576
MIR_ELEU_00116038
MIR_ELEU_00138089
MIR_ELEU_00139103
MIR_ELEU_00160451
MIR_ELEU_00160451
MIR_ELEU_00260496
MIR_ELEU_00260545
MIR_ELEU_00423662
MIR_ELEU_00425094
MIR_ELEU_00741021
MIR_ELEU_00849680
MIR_ELEU_00849680
MIR_IIH_US00174243

MIR_INDNDA_00054781
MIR_INDNDA_00057246
MIR_INDNDA_00115027
MIR_JR_00284148
MIR_JR_00290799
MIR_JSEU_00204154
MIR_JSEU_00204764
MIR_JSEU_00725583
MIR_JSEU_01362341
MIR_PSEU_00512226
MIR_JSEU_01393689
MIR_KCOPLEY_00004663
MIR_KCOPLEY_JSEU_00000022
MIR_KCOPLEY_JSEU_00000046
MIR_PIEU_00011127
MIR_PIEU_00011127
MIR_PIEU_00251462
MIR_PIEU_00487567
MIR_PIEU_00492951
MIR_PIEU_00497630
MIR_PIEU_00695315
MIR_PIEU_00695315
MIR_PIEU-R_00377654
MIR_PKEU_00273084
MIR_PSEU_00166523
MIR_PSEU_00285735
MIR_PSEU_00308252
MIR_PSEU_00308252
MIR_PSEU_00323928
MIR_PSEU_00546368
MIR_RL_ 00027933

# APPENDIX C

*List of Testimony for Dr. Laura M. Plunkett, Ph.D, DABT*

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2013 | *Strum v. DePuy*<br>*Deposition – 23 Jan 2013* | Heard Robins<br>(Houston, TX) |
| 2013 | *Dujardain v. Rodan & Fields*<br>*Deposition – 31 Jan 2013* | Foley Mansfield<br>(Los Angeles, CA) |
| 2013 | *Accutane – Esterbrook case*<br>*Deposition – 19 Feb 2013* | Connelly Law<br>(Tacoma, WA) |
| 2013 | *Gadolinium MDL*<br>*Trial Testimony – 07 Mar 2013* | Ashcraft & Gerel, P.C.<br>(Washington, DC) |
| 2013 | *Strum v. DePuy*<br>*Trial Testimony – 20 Mar & 21 Mar 2013* | Heard Robins<br>(Houston, TX) |
| 2013 | *Kidd et al. v. Motorola et al.*<br>*Deposition – 10 Apr 2013* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2013 | *Cathy General v. Durawood, et al*<br>*Deposition – 16 May 2013* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2013 | *State of Montana & State of Utah v. Janssen (Risperdal)*<br>*Deposition – 01 August 2013* | Nix, Patterson & Roach, LLP<br>(Daingerfield, TX) |
| 2013 | *FourLoko*<br>*Deposition – 24 September 2013* | Simon Greenstone Panatier Bartlett<br>(Dallas, TX) |
| 2013 | *Gravitt case*<br>*Deposition – 25 September 2013* | Midani, Hinkle & Cole<br>(Houston, TX) |
| 2013 | *Rice v. Sloan Valve Company*<br>*Trial Testimony – 05 November 2013* | Fleming & Associates<br>(Houston, TX) |
| 2013 | *Vasquez case*<br>*Court Hearing – 14 November 2013* | Doyle Raizner<br>(Houston, TX) |
| 2013 | *Cell Phone Litigation*<br>*Court Hearing – 13 December 2013* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2013 | *Accutane MDL*<br>*Deposition – 16 December 2013* | Matthews & Associates<br>(Houston, TX) |
| 2014 | *Ferguson case*<br>*Trial Testimony/Attendance*<br>*26 February – 03 March 2014* | The Law Office of David Mitcham<br>(Houston, TX) |
| 2014 | *Shirley case*<br>*Deposition – 09 April 2014* | Ware Jackson<br>(Houston, TX) |
| 2014 | *Crum et al v. Burney*<br>*Deposition – 12 May 2014* | The Krueger Law Firm<br>(Mexico, MO) |
| 2014 | *Lyles v. MacNeil, Johnson & Johnson, Inc.*<br>*Deposition – 27 May 2014* | Ashcraft & Gerel<br>(Alexandria, VA) |
| 2014 | *Mercaptan Litigation (CV-2013-235)*<br>*Deposition – 16 Jun 2014* | J. Patrick Courtney III Law Firm,<br>(Mobile, AL) |
| 2014 | *Mercaptan Litigation (CV-2013-235)*<br>*Deposition – 16 Jul 2014* | J. Patrick Courtney III Law Firm,<br>(Mobile, AL) |
| 2014 | *Avandia*<br>*Deposition – 19 Aug 2014* | The Rosemond Law Group,<br>(Houston, TX) |
| 2014 | *Crum et al v. Burney*<br>*Trial Testimony – 23 October 2014* | The Krueger Law Firm<br>(Mexico, MO) |
| 2014 | *Liu case*<br>*Deposition – 11 November 2014* | Farisse Law Firm<br>(Los Angeles, CA) |
| 2015 | *Liu case*<br>*Deposition 06 January 2015* | Farisse Law Firm<br>(Los Angeles, CA) |
| 2015 | *Armstead v. USC, et al.*<br>*Deposition – 06 February 2015* | Dreyer Babich<br>(Los Angeles, CA) |
| 2015 | *Broussard v. Multi-Chem Group LLC, et al*<br>*Deposition – 12 March 2015* | Wynne & Wynne<br>(Houston, TX) |
| 2015 | *Simoneaux case*<br>*Deposition – 19 March 2015* | Frischhertz, Poulliard, Frischhertz LLC<br>(New Orleans, LA) |
| 2015 | *State of Texas v. Calloway*<br>*Trial Testimony – 17 April 2015* | The Silverman Law Group<br>(Austin, TX) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2015 | *Wayland Ezeb v. Sandoz Pharmaceuticals, et al*<br>*Deposition – 21 April 2015* | The Javier Law Firm<br>(New Orleans, LA) |
| 2015 | *Tylenol – Hayes case*<br>*Deposition – 24 April 2015* | Ashcraft Gerel, LLP<br>(Alexandria, VA) |
| 2015 | *Good v. Pfizer, et al.*<br>*Deposition – 10 July 2015* | Law Offices of Todd A. Moore<br>(San Diego, CA) |
| 2015 | *Jensen v. Univ. of Washington, et al.*<br>*Deposition – 20 July 2015* | Swanson & Gardner, PLLC<br>(Seattle, WA) |
| 2015 | *Good v. Pfiezer, et al*<br>*Deposition – 10 Aug 2015* | Law Offices of Todd A. Moore<br>(San Diego, CA) |
| 2015 | *Broussard, et al v. Multi-Chem Group LLC, et al*<br>*Trial Testimony – 14 Sep 2015* | Wynne & Wynne<br>(Houston, TX) |
| 2015 | *Paxil*<br>*Deposition – 23 Sep 2015* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2015 | *Liu case*<br>*Trial Testimony – 25, 28 Sep 2015* | Farisse Law Firm<br>(Los Angeles, CA) |
| 2015 | *Tylenol – Hayes case*<br>*Trial Testimony – 30 Sep 2015* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2015 | *Tobin Horn v. Edward Liscombe, et al*<br>*Deposition – 10 Nov 2015* | Patrick K. Rocchio<br>(New Buffalo, MI) |
| 2015 | *Jacoby Moore & Shaquil Byrd v. Janssen, et al.*<br>*Deposition – 01 Dec 2015* | Matthews & Associates<br>(Houston, TX) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2016 | *VICTORIA KLEIN and ASHLEY SWADLEY, Plaintiffs, VS FEDERAL INSURANCE CO., a/k/a CHUBB GROUP OF INSURANCE COMPANIES; INTERNATIONAL INSURANCE CO., a/k/a WESTCHESTER FIRE INSURANCE CO., n/k/a ACE, USA, Ltd,; Defendants, VS. CVS CAREMARK, as a Successor to CVS REVCO D.S., INC., as a Successor to REVCO D,S.,INC., Third-Party Plaintiff Deposition – 13 Jan 2016* | Seeley Savidge Ebert & Gourash (Cleveland OH) |
| 2016 | *Brownstein, et al v. Merck, et al Deposition – 28 Jan 2016* | Aaron Levine Law Firm (Washington, DC) |
| 2016 | *Rader v. GSK (Paxil) Deposition – 02 Mar 2016* | Bailey Peavy Bailey (Houston, TX) |
| 2016 | *Rader v. GSK (Paxil) Expert Testimony – 22 Mar – 23 Mar 2016* | Bailey Peavy Bailey (Houston, TX) |
| 2016 | *Tylenol Litigation (Taylor Case) Deposition - 19 Apr 2016* | Ashcraft & Gerel, LLP (Alexandria, VA) |
| 2016 | *Osteen v. Bayer (Aspirin) Deposition -13 May 2016* | Balaban & Spielberger, LLP (Los Angeles, CA) |
| 2016 | *Nguyen v. BCBG et al. Deposition - 27 May 2016* | Fibich, Leebron, Copeland, Briggs & Josephson (Houston, TX) |
| 2016 | *Wayland Ezeb v. Sandoz Pharmaceuticals, et al. Trial Testimony – 14Jun -15 Jun 2016* | Javier Law Firm (New Orleans, LA) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2016 | *Orrick v. GSK (Paxil)*<br>*Deposition - 21 July 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Freeman v. Roche (Accutane)*<br>*Deposition – 10 Aug 2016* | Krupnick Campbell Malone<br>(Fort Lauderdale, FL) |
| 2016 | *Ehrenfelt v. Janssen (Risperdal)*<br>*Deposition – 30 Aug 2016* | Beasley Allen, P.C.<br>(Montgomery, AL) |
| 2016 | *Edwards v. Kuy Creek et al*<br>*Deposition – 08 Sep 2016* | Johanson & Fairless, LLP<br>(Sugar Land, TX) |
| 2016 | *Tobin Horn v. Edward Liscombe, et al*<br>*Trial Testimony – 09 Nov 2016* | Patrick K. Rocchio<br>(New Buffalo, MI) |
| 2016 | *Harper & West v. Janssen (Risperdal)*<br>*Deposition – 11 Nov 2016* | Beasley Allen, P.C.<br>(Montgomery, AL) |
| 2016 | *Xarelto MDL*<br>*Deposition – 06 Dec – 07 Dec 2016* | Levin Papatino<br>(Pensacola, FL) |
| 2017 | *Talc Litigation*<br>*Deposition – 11 Jan – 13 Jan 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Estate of Shirley Reaves v. Dr. Evans*<br>*Deposition – 03 Mar 2017* | Wukela Law Firm<br>(Florence, SC) |
| 2017 | *Talc Litigation*<br>*Trial Testimony – 20 Apr – 21 Apr 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Stiner v. Amazon, et al.*<br>*Deposition – 09 May 2017* | Brian K. Balser Co., LPA<br>(Elyria, OH ) |
| 2017 | *Testosterone Gel*<br>*Deposition – 22 May 2017* | Fleming & Associates<br>(Houston, TX) |
| 2017 | *Blaes, et al. v. Johnson & Johnson, et al.*<br>*Trial Testimony - 12 Jun – 16 Jun 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Echeverria v. Johnson & Johnson*<br>*Sargon Hearing*<br>*26 Jun – 27 Jun 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2017 | *Echeverria v. Johnson & Johnson*<br>*Trial Testimony*<br>*27 July, 28 July 2017, 31 July 2017, 1 Aug 2017, 2 Aug 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Xarelto Litigation*<br>*Trial testimony*<br>*9 August 2017* | Levin, Papantonio Thomas Mitchell Rafferty & Proctor<br>(Pensacola, FL) |
| 2017 | *Couch v. AbbVie*<br>*Trial Testimony*<br>*14 August, 15 August 2017* | Fleming, Nolan & Jez<br>(Houston, TX) |
| 2017 | *Tsao v. Ferring*<br>*Deposition*<br>*15 September 2017* | Fleming, Nolan & Jez<br>(Houston, TX) |
| 2017 | *Shaquil Byrd v. Janssen*<br>*Trial Testimony*<br>*19 September 2017* | DeGraff, Foy & Kunz, LLP<br>(Albany, NY) |
| 2017 | *Edward McDevitt v Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim International GMBH*<br>*Deposition*<br>*05 October 2017* | The Nemeroff Law Firm<br>(Dallas, TX) |