# Exhibit 11

**In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)**

**Expert Report of Vincenzo Salpietro, MD**

It is biologically plausible that exposure to Levonorgestrel (LNG) causes or significantly contributes to causing PTCS through a brain mineralocorticoid receptor-based mechanism which is explained in detail throughout this Expert Report. Additionally, LNG is likely capable of exerting further effects on the sodium transport in the choroid plexus (CP) through a number of growth factors, hormone, proteins, and cytokines synthesized in, secreted by, and/or transported/distributed by the CP into the cerebrospinal fluid (CSF). There is thus more than one biologically plausible mechanism by which LNG is more likely than not capable of causing or contributing to PTCS.

The pharmacodynamics of LNG are affected by both body weight and sex hormone binding globulin (SHBG) concentrations. LNG itself reduces SHBG levels, particularly for the first one to two years of administration. Additionally, LNG binds highly to SHBG, which is reduced in overweight/obese women. Because the fraction of LNG in the systemic circulation that is not bound to SHBG is biologically active, a higher risk of adverse drug effects is to be expected in states of relatively high unbound drug, including in the first two years of use, and in overweight and obese individuals taking LNG. It is biologically plausible that overweight/obesity is a concurring factor which further increases PTCS risk in women using Mirena®, by SHBG-mediated mechanism and the increased availability at choroid plexus of the active -unbound- fraction of the drug.

Studies describing the effect on weight of progestins-based (including LNG-based) intrauterine devices (IUDs) showed that women who used progestins-based IUDs might be predisposed in some circumstances to gain weight, whereas women who used not-hormonal IUDs are not. This observation further suggests an involvement of a mineralocorticoid receptor-based mechanism in a proportion of these patients. In this context, the analysis of documents related to this litigation also supports that a proportion of women who use Mirena® experience significant degrees of weight gain after starting treatment. Weight gain and obesity are among the most known and well-established risk factors for PTCS. In addition, occurrence of oedema (which also reflects an underlying mineralocorticoid-receptor agonism) is also described as a common (>1/100, <1/10) undesirable effect in Mirena® users. In this way, it is biologically plausible that both weight gain and obesity *per se* are concurring factors which further increase PTCS risk in women using Mirena®, by a combined *central*

(mineralocorticoid receptor-mediated) and *peripheral* (SHBG-mediated) mechanism. Based on the evidence reviewed, it is more likely than not that the biologically active systemic levels of LNG in some users of the Mirena® IUD cause or substantially contribute to causing the development of PTCS.

**Background and Qualifications**

I am a Medical Doctor, a Paediatrician and a Paediatric Neurologist, working as a Clinical Research Associate in the Department of Molecular Neurosciences at the UCL Institute of Neurology in London, UK. Before my appointment at UCL started in July 2015, I completed my training as a Paediatrician and a Paediatric Neurologist between Italy (University of Messina, University of Pavia) and United Kingdom (Imperial College London). I am a Clinician Scientist in the field of Molecular Neurosciences and my clinical- and lab- based research work is mostly focused on investigating the molecular and metabolic alterations causing rare neurological disorders of yet poorly understood pathophysiology. I have recently identified (as Principal Investigator/First Author) a new gene causing congenital myasthenic syndrome (Salpietro et al., Ann Neurol 2017); a gene responsible for a new phenotype of infantile epilepsy with neurodegenerative brain involvement (Salpietro et al., *Brain*. 2017); a gene responsible for a new neurological entity with neuropathy and leukoencephalopathy (Salpietro et al., *Hum Mut*. 2017) and a new gene associated to a complex human movement disorder characterized by chorea and dystonia (Salpietro et al., *Mov Dis*. 2017, *In Press*). In a number of these newly discovered genes and phenotypes, I collaborated with different labs in establishing animal models mimicking the novel human genetic diseases, using either *knock-out* mice (Salpietro et al., *Ann Neurol.* 2017) or hypomorphic *Drosophila Melanogaster* (fruit-flies) models (Salpietro et al., *Hum Mut*. 2017). Currently, I am working in elucidating the genetic and metabolic molecular basis of a number of other rare neurological disorders, including idiopathic intracranial hypertension/pseudotumor cerebri syndrome and sporadic or familial hemiplegic migraine. As the result of my research, I published more than 60 manuscripts in international *peer-reviewed* journals in the last 5 years, especially in the field of Endocrinology (e.g., Clinical Endocrinology, European Journal of Endocrinology, International Journal of Endocrinology, Journal of Endocrinological Investigation, Neuroendocrinology Letters, Journal of Pediatric Endocrinology and Metabolism), or Neurology and related (genetic and paediatric) sub-specialties (e.g., Annals of Neurology, Brain, Neurology, Epilepsia, Movement Disorders, Headache, Ophthalmology, American Journal of Medical Sciences, Journal of Pediatrics, European Journal of Pediatrics, Orphanet Journal of Rare Diseases, American Journal of Human Genetics, American Journal of Medical Genetics, Neurogenetics, Human Mutation, Clinical Genetics).

My research on PTCS, a disorder of uncertain aetiology characterized by a physically unexplained increase of cerebrospinal fluid (CSF) pressure, led to the development of a pathophysiological model which implicates most of the known endocrine/metabolic risk factors (e.g., obesity, endocrine disturbances, assumption of drugs including manufactured hormones) that are recurrently associated to this rare neurological disorder. This neuroendocrine model for PTCS pathophysiology is considered in the field as a biologically plausible endocrine-metabolic aetiological model, linking the increase of cerebrospinal fluid pressure to aberrant brain mineralocorticoid receptor and sodium channels activities at the human choroid plexus. I am currently working on integrating the clinical *translational* insights from this mechanistic disease model with genetic, metabolomic and bioinformatic data generated by the analysis of biological samples collected from an international PTCS patients/families cohort. Over the next five years, I will be focusing my research on the functional characterization of these data by using either *in-vitro* approaches or animal model studies (similarly to my other previous and current research projects), with the ultimate goal to further establish genetic, metabolic and molecular pathways which contribute to PTCS and translate this research into possible *aetiologically-targeted* treatments for children and adults affected by this condition. I have authored a number of scientific manuscripts, reports, chapters and research abstracts related to PTCS, especially in regard to the endocrine-metabolic risk factors underlying the syndrome. In many of these scientific contributions I collaborated with well-known PTCS researchers from different specialties (Ophthalmology, Neurology, Pediatrics, Neurosurgery, Physiology, Genetics) across the globe, all actively involved in PTCS research. I served as *Principal Editor* for a Special Issue/Monographic volume on PTCS that was published in 2015 and distributed in collaboration with the *Intracranial Hypertension Research Foundation* (IHRF) in the USA to PTCS patients and their families (http://ihrfoundation.org/ hypertension/more info/journal-of-pediatric-neurology-pediatric-ihissue/). In addition, I have collaborated with a number of other (patients and research) groups involved in PTCS research across Europe and the US.

As a clinician and a scientist, I have been invited to revise papers for a number of journal from my fields. As a researcher, I participated in training and lecturing medical students and Masters Trainees both at Imperial College London Medical School (between 2013 and 2014) and at the UCL Institute of Neurology (since 2015).

I have been asked to provide my opinions regarding the use of Mirena® intrauterine device (IUD) and development of benign intracranial hypertension (BIH), also known as idiopathic intracranial hypertension (IIH) and/or

pseudotumor cerebri syndrome (PTCS). For purposes of this report, I will use the terms BIH, IIH, and PTCS interchangeably. In forming the opinions expressed herein, I have used the same analytical and decision-making processes that I customarily employ when rendering scientific opinions in my profession as a neuropediatrician and molecular neuroscientist. Molecular Neuroscience, in simple terms, is the science aimed to understand the biological mechanisms underlying neurological diseases. This area of research is multidisciplinary and can include neurology, psychiatry, paediatrics, genetics, bioinformatics, cell biology and biochemistry. My opinion is based on the science underlying molecular biology, neuroendocrinology, hormonal contraception and the effects on the brain of synthetic progestins (including levonorgestrel, the active ingredient released from the *Mirena*® IUD). I have consulted books, documents related to this litigation, drug labels and original scientific literature, all cited throughout this report.

This is the first time I have served as an expert witness in litigation. I asked the Plaintiffs lawyers for an example report and they provided a report authored by the late Dr. John Maggio that also discussed LNG and PTCS. Although in this report many of the citations are inevitably the same and many of the opinions likely overlap, in forming my opinions here I did not rely on Dr. Maggio's report, but rather my own education, training, experience, and review of the materials. Notably, Dr. Maggio's opinions regarding the "MR Mechanism" that I describe in this report were based in the research that I and others have published over the last decade.

**Introduction to Levonorgestrel and Mirena®**

Mirena® is a LNG-releasing intrauterine device (IUD) primarily indicated for contraception. It consists of a T-shaped polyethylene frame with a hormone reservoir around the vertical arm. The reservoir is cylinder-shaped and composed of a mixture of LNG (50%) and peroxide-catalyzed polydimethylsiloxane (50%). In total the reservoir contains 52 mg of LNG and releases 20 micrograms per 24 hours for 5 years. LNG is widely used in gynecology in various ways: as the progestin component in oral contraceptives, in hormonal replacement therapy or alone for contraception in minipills and subdermal or intrauterine implants. LNG is a totally synthetic steroid hormone (more specifically, a progestin), and its effects — contraceptive and otherwise — are mainly mediated by the binding and activation of steroid hormone receptors both in the female reproductive tract, and, through the systemic circulation, at organs throughout the body.

**Synthetic Progestins and Binding to Steroid Receptors**

The biological effects of progesterone and other steroids (and of synthetic progestins like LNG) are mediated through the binding of the endogenous (or manufactured) hormones to specific intracellular steroid receptors which are widely expressed in the human body.

Synthetic progestins, including LNG, interact not only at human progesterone receptors (PR; native hormone agonist = progesterone) to prevent pregnancy, they also interact with other steroid receptors, such as androgen receptors (AR; native hormone agonist = testosterone), glucocorticoid receptors (GR; native hormone agonist = cortisol) and mineralocorticoid receptors (MR; native hormone agonist = aldosterone) as explained in more detail below. Progestins are classified according to successive generations, and they differ in terms of their structures and selectivity to the various steroid hormone receptors (Africander D et al. *Steroids*. 76:636-52, 2011; Sitruk-Ware R. *Hum Reprod Update.* 12:169-78, 2006).

The effects of progesterone and other steroid hormones — and of synthetic progestins like LNG — are mediated through binding to intracellular steroid receptors, a subfamily of the nuclear receptor superfamily. The steroid receptor family comprises the PR-, GR-, AR-, MR- activated transcription factors which share a high level of similarity in regard to their structures (as well as their mechanisms of action). Steroid receptors consist of distinct domains namely the highly variable transcriptional activation function-1 domain (AF-1), the highly conserved zinc finger DNA-binding domain (DBD), and the moderately conserved C-terminal ligand-binding domain (LBD). The amino terminal (A/B) domain is much less conserved between the steroid receptors and differs in both length and amino acid sequence. The liphophilic steroids passively diffuse across the plasma membrane where they bind to the ligand-binding domain of the steroid receptor (Hammes SR & Levin ER. *Endocr Rev*. 28:726–41, 2007).

The binding affinity of a synthetic progestogenic to the steroid receptors does not provide a full portrait of the steroid hormone activity. After receptor binding, the manufactured hormones can freely diffuse into the intracellular space and cellular nucleus where they influence the transcription of specific genes (Africander D et al. *Steroids*. 76:636-52, 2011). Thereafter, a conformational change of the steroid receptor occurs, followed by nuclear translocation in some cases (Zhou J & Cidlowski JA. *Steroids.* 70:407–17, 2005). Steroid receptors are hyperphosphorylated upon ligand binding, which is generally associated with a transcriptionally active steroid receptor. In the nucleus, the ligand-bound steroid receptor binds as a dimer to specific DNA sequences known as steroid responsive elements (SREs), followed by chromatin remodeling, recruitment of co-factors and components of the DNA

transcriptional machinery, thereby positively regulating transcription (Lu NZ, et al. *Pharmacol Rev*. 58:782–97, 2006; Perissi V, et al. *Nat Rev Mol Cell Biol*. 6:542–54, 2005). This process is known as *transactivation*. For example, progesterone –and synthetic progestins- bind to SREs called progesterone-responsive elements (PREs). Receptor transactivation (and thus activation of the DNA machinery) produces then a wide array of effects (Sitruk-Ware R. *Hum Reprod Update*. 12:169-78, 2006).

To characterize the biological effects mediated by receptors, two parameters need to be evaluated by dose response analysis, namely *efficacy* and *potency*. The efficacy of a ligand refers to the maximal biological effect it can achieve under specific conditions. Efficacy is used to characterize ligands in regard to their activity, as either full or partial *agonists*. An agonist classically produces a response of similar efficacy to that of the endogenous ligand [PR: native hormone agonist = progesterone; AR: native hormone agonist = testosterone; GR: native hormone agonist = cortisol; MR: native hormone agonist = aldosterone] while a *partial agonist* is a ligand eliciting a response less than the maximal response of an agonist and the endogenous ligand. Conversely, an *antagonist* is a compound that binds to a receptor but that does not elicit a response itself, but inhibits agonist-mediated responses (Africander D et al. *Steroids*. 76:636–652, 2011).

**Levonorgestrel Metabolism and Mechanisms of Action**

After insertion of the LNG-IUD, the progestin accumulates in the endometrium and myometrium and causes a profound suppression of the endometrium. From there, LNG is absorbed by the blood vessels and circulated through the blood. In plasma, only about 2% of LNG is present as free steroid while the majority is bound to serum albumin and to Sex Hormone Binding Globulin. Binding of LNG to serum proteins is strongly dependent on concentration of SHBG. LNG competes with androgens in binding to the SHBG and thus LNG administration can reduce SHBG levels (Simmons & Edelman. Fertil Steril. 106:1282-1288, 2016), whereas a combination of LNG treatment with estrogens causes an increase in SHBG (Wiegratz et al., *Contraception.* **67**:25-32, 2003). This influences the pharmacokinetics of LNG in several ways. During the use of Mirena® SHBG concentration declines leading to an increase in the free LNG index (FLI), which has an active biological effect (Alvarez et al., *Contraception*. **58**:211-4, 1998).

Studies in animal models have aimed to dissect the pharmacokinetics of the synthetic progestin LNG. In terms of bioavailability, different studies have suggested a much higher bioavailability of LNG when administered to humans

compared to animals (Jung-Hoffman C & Kuhl H., *Am J Obstet Gynecol.* 163:2183-97, 1990; Goldzieher JW, ed. Pharmacology of the Contraceptive Steroids, Raven Press New York, Ltd., 41-51, 1994; Kuhnz W, et al. *Contraception*. 49:255-63, 1994). In general, the studies agree that a faster clearance of LNG in animals vs. humans represent the main cause for this species-peculiar pharmacokinetics.

LNG has significant binding affinity for PR, AR and MR; however, it has negligible affinity for the human estrogen receptor (ER), according to different studies (Pollow K. *Contraception* 40:325-41, 1989; Sitruk-Ware, *Hum. Reprod. Update* 12: 169-178, 2006; Stanczyk et al., Endocrine Rev. 34: 171-208, 2013). LNG affinity for MRs is higher than first generation progestins like MPA or NETA, but lower when compared to drospirenone (DRSP), a fourth-generation synthetic progestin with severe anti-androgenic/anti-mineralocorticoid properties and a MR affinity at least 5 times the affinity of aldosterone (natural MR ligand) itself (Africander D et al. *Steroids*. 76:636-52, 2011).

Tab. 11: Relative binding affinities of gestodene in comparison to other progestogens for binding to human uterine progestin and estrogen receptors, rat glucocorticoid receptor, rat kidney mineralocorticoid receptor, rat prostate androgen receptor as well as human corticoid binding globulin (CBG) and sex hormone binding globulin (SHBG)

| STEROID | Progesterone receptor | Glucocorticoid receptor | Mineralocorticoid receptor | Estradiol receptor | Androgen receptor | SHBG | CBG |
|---|---|---|---|---|---|---|---|
| Reference steroid: | $^{3}$H-R5020 | $^{3}$H-Dexamethasone | $^{3}$H-Aldosterone | $^{3}$H-Estradiol | $^{3}$H-R1881 | $^{3}$H-DHT | $^{3}$H-Cortisol |
| | | | RBA values in % | | | | |
| Progesterone | 40 | 10 | 100 | <0.1 | <0.1 | <0.01 | 53 |
| Gestodene | 85 | 27 | 350 | <0.1 | 100 | 40 | <0.01 |
| Medroxyprogesterone acetate | 115 | 29 | 160 | <0.1 | 5 | <0.1 | <0.1 |
| Cyproterone acetate | 90 | 6 | 8 | <0.1 | 6 | <0.1 | <0.1 |
| Org2058 | 350 | 3 | 27 | <0.1 | <0.1 | <0.1 | <0.1 |
| R5020 | 100 | 17 | 53 | <0.1 | 0.1 | <0.1 | <0.1 |
| Levonorgestrel | 120 | 0.6 | 70 | <0.1 | 45 | 50 | <0.1 |
| 3-Keto-Desogestrel | 130 | 14 | <0.1 | <0.1 | 20 | 5 | <0.1 |
| Desogestrel | 1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 | <0.1 |

*From Pollow K. (Contraception. 40:325-41, 1989)*

**Table II.** Binding of progestins with human steroid receptors *in vitro*

| | Relative binding affinity (%) | | | | | |
|---|---|---|---|---|---|---|
| Receptor | *TMG* | *MPA* | *NETA* | *GES* | *LNG* | *DRSP* |
| Progesterone | 588 | 298 | 134 | 864 | 323 | 19 |
| Androgen | 2.4 | 36 | 55 | 71 | 58 | 2 |
| Glucocorticoid | 13 | 58 | 1.4 | 38 | 7.5 | 3 |
| Mineralocorticoid | 42 | 3.1 | 2.7 | 97 | 17 | 500 |
| Estrogen | <0.02 | <0.02 | 0.15 | <0.02 | <0.02 | <0.5 |

DRSP, drospirenone; GES, gestodene; LNG, levonorgestrel; MPA, medroxyprogesterone acetate; NETA, norethindrone acetate; TMG, trimegestone.
From Sitruk-Ware (2004) *Drugs Aging* 21,865–883. Data adapted from Philibert *et al*. (1999) and Krattenmacher (2000).

*From Sitruk-Ware R. (Hum Reprod Update. 12:169-78, 2006)*

All synthetic progestins have been shown to bind to the rat, rabbit or human PR in a number of studies, with most showing a higher relative binding affinity than Progesterone (Kontula K et al. *Acta Endocrinol*. 78: 574–92, 1975; Kloosterboer et al. *Contraception*. 38:325–32, 1988; Philibert et al. *Gynecol Endocrinol*. 13:316–26, 1999; Zhang et al. *Steroids*. 65:637–43, 2000). In this litigation, Bayer admits that "levonorgestrel has been shown to bind to progesterone receptors in *in vitro* studies of certain animal and/or human tissue models." (DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSIONS NOS. 1, 18, 19, 20, 21 & 23, Request no. 18).

In this litigation, Bayer also admits that "levonorgestrel has been shown to bind to glucocorticoid receptors in *in vitro* studies of certain animal and/or tissue models." (DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSIONS NOS. 1, 18, 19, 20, 21 & 23, Request no. 19). Some studies suggested that Progesterone binds the GR with low relative affinity and displays weak partial agonist activity for transactivation and transrepression via the GR (Koubovec et al. *Mol Cell Endocrinol*. 242:23–32, 2005). Experiments in rats are however controversial on Progesterone possible glucocorticoid activity (Africander D et al. *Steroids*. 76:636–652, 2011). However, a large number of studies have shown that for example the synthetic progestin MPA has a high relative binding affinity for the GR, although the binding affinity in different studies vary (Teulings et al. *Cancer Res*. 40:2557–61, 1980; Koubovec et al. *Mol Cell Endocrinol*. 242:23–32, 2005).

Additionally, in this litigation, Bayer admits that "levonorgestrel has been shown to bind to androgen receptors in *in vitro* studies of certain animal and/or tissue models." (DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSIONS NOS. 1, 18, 19, 20, 21 & 23, Request no. 21). The LNG-related androgenic effects are important given the involvement of androgens and androgen receptors in PTCS pathophysiology through a variety of mechanisms (for more information, see Johanson Report).

Finally, the mineralocorticoid receptor (MR) has been shown to be expressed in many tissues, including the kidney and colon where it has important effects on fluid excretion/absorption and electrolyte balance (Krozowski & Funder. *Proc Natl Acad Sci USA*. 80:6056–60, 1983), as well as other tissues/sites as the CNS, the heart, the vessels endothelia cells and the adipocytes (de Kloet et al. *Kidney Int*. 57:1329–36, 2000; Funder JW. *Mol Cell Endocrinol*. 217:263–9, 2004). Different MR isoforms (i.e., MR-A, MR-B) with differential activity have been characterized (Lu et al. Pharmacol Rev. 58:782–97, 2006). Aldosterone is the natural ligand for the MR and is mainly recognized for its action on sodium reabsorption and potassium excretion in the distal nephron of the kidney, thereby regulating blood osmolality and systemic pressure. However, Aldosterone is also known to be implicated in the renal inflammatory processes, and exerts important effects on the CNS, blood vessels and the heart. For example in the heart, chronic Aldosterone excess leads to hypertrophic and fibrotic effects (Weber KT. N Engl J Med. 345:1689-97, 2001). Progesterone is known to have MR binding affinity similar to Aldosterone (Quinkler & Diederich. *Endocr Res*. 28:465–70, 2002). Several authors found that progesterone binds the human MR with higher affinity than natural ligands such as aldosterone and cortisol (Souque A et al., *Endocrinology*. 136:5651-8, 1995; Quinkler M et al., *Endocr Res*. 28:465-70, 2002). Also, the synthetic progestin Gestodene, which is highly similar to LNG in terms of chemical structure (differing only in having an additional double bond between the C15 and C16 positions and for this reason is also known as $\delta^{15}$-norgestrel or as 15-dehydronorgestrel), has a very high affinity for the MR as documented by *in-vitro* studies (Pollow K et al., *Contraception.* 40:325-41, 1989).

It has been demonstrated by Souque et al. that progesterone has a low agonist mineralocorticoid (MC) activity with approximately 24% of the maximum aldosterone-induced response at a progesterone concentration of $10^{-6}$ mol/l (Souque A et al., *Endocrinology*. 136:5651-8, 1995).

In this litigation, Bayer admits that "levonorgestrel has been shown to bind to mineralocorticoid receptors in *in vitro* studies of certain animal and/or human tissue models." (DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSIONS NOS. 1, 18, 19, 20, 21 & 23,

Request no. 20). More likely than not, LNG exerts agonist effects at MRs. Current progestins vary widely in their reported anti-mineralocorticoid biological activities (as discussed above). The first generation progestins (MPA and NET-A) are both reported to bind to the MR, but the relative affinities from different studies vary widely, with MPA in most cases having a higher affinity for the MR than NET-A; however, neither have been shown to exhibit anti-mineralocorticoid activity in rat models (Sitruk-Ware et al. *Hum Reprod Update.* 12:169-78, 2006). In contrast, LNG and GES bind the MR with a relatively high affinity (Pollow K et al., *Contraception.* 40:325-41, 1989). Several authors agree that LNG is not an antagonist at MRs (Kuhl H. *Climateric*. 8:3–63, 2005; Mueck & Sitruk-Ware. *Steroids*. 76:531-9, 2011; Elger W. *Steroids*. 68:891-905, 2003). In addition, clinical reports of patients who experienced typical mineralocorticoid activation symptoms (e.g., increase in body weight or blood pressure) following a LNG-IUD implant have been reported in the medical literature (Rosenthal & Oparil. *Comprehensive hypertension*. 70: 865–882, 2007; Vos et al. *Neth J Med.* 70:431, 2012).[1]

Strong support for MR agonist activity also comes from Bayer's clinical studies and postmarketing reports, which demonstrate LNG causing MR agonism-related side effects.

Bayer non-clinical studies (MIR_AC_0035404) as experiments in different animals (monkeys, rats) showed that LNG administration alone resulted in increased body weight values (Hite et al. Pharmacometrics. 42:291-299, 1991; Usui et al. Pharmacometrics. 41:389-409, 1991; Hite et al. Pharmacometrics. 42:301-312, 1991). In rats and monkeys the gain in body weight was reversible after termination of LNG treatment.

Study report A46796 includes the following events under "Expected adverse drug reactions":

[1] As discussed in the next paragraph, clinical trials of LNG-IUD more likely than not underestimate the prevalence of hormonal side effects because of the much higher discontinuation rates for hormonal side effects in trial subjects using LNG-IUD as compared to Copper-IUD.

**Text table 4: Expected adverse drug reactions for Mirena**

| Organ system | Very common undesirable effects >1/10 | Common undesirable effects >1/100, <1/10 | Uncommon undesirable effects >1/1000, <1/100 | Rare undesirable effects >1/10000, <1/1000 |
|---|---|---|---|---|
| Infections | | | Genital infections | |
| Endocrine disorders | | Edema (peripheral or abdominal) | | |
| Metabolism and nutrition disorders | | Weight gain | | |
| Psychiatric disorders | | Depressive mood<br>Nervousness<br>Mood lability | | Reduced libido |
| Nervous systems disorders | | Headache | | Migraine |
| Gastrointestinal disorders | | Abdominal pain<br>Pelvic pain<br>Nausea | | Abdominal bloating |
| Skin and subcutaneous disorders | | Acne | Hirsutism<br>Hair loss<br>Pruritus | Rash<br>Urticaria<br>Eczema |
| Musculoskeletal, connective tissue and bone disorders | | Back pain | | |
| Reproductive system and breast disorders | Bleeding changes<br>Benign ovarian cysts | Dysmenorrhea<br>Vaginal discharge<br>Cervicitis<br>Breast tension<br>Mastalgia | | Uterine perforation |
| General disorders and administration site conditions | | Expulsion | | |

*From MIR_BSR-R_00138205.* [2]

The study report also identifies the following "Progestin-related side effects": breast tension, breast pain, headache, nausea, mood changes, bloating, edema, weight gain, and acne or greasy skin. Some of these side effects are evidence of androgenic activity, as discussed above. Others, such as edema, bloating, and weight gain are strong evidence of mineralocorticoid agonism. Several patients in this study did experience these symptoms, including subject 120307 (headache, bloating, acne, headache, ovarian cyst); subject 120315 (bloating, edema, weight gain, blurring of visual field); subject 120706 (ovarian cyst, bloating, edema, greasy skin, headache, acne); subject 120731 (bloating, weight gain, growing of breasts, oedema, headache); subject 121008 (ovarian cyst, bloating, edema), and subject 121115 (bloating, edema, ovarian cyst, headache). (MIR_BSR-R_00143036). In total, 72.4% of the 254 patients in the study using Mirena® experienced at least one "drug-related" adverse event during the study. (MIR_BSR-R_00138205).

In a trial that compared LNG-IUD with Copper-IUD, many more women with

[2] As the December 26, 2012 FDA Medical Reviewer of Skyla noted, "In Study A46796, specific side effects classified as progestin-related (acne, bloating, breast pain, breast tension, edema, headache, mood changes, nausea and weight gain) were assessed at every visit via specific questioning. In contrast, these events were recorded as reported voluntarily by the women in Study A52238. This difference in AE reporting may have led to a higher frequency of certain progestin-related side effects in Study A46796 than in Study A52238." Because the reports for Study A52238 may have understated the actual frequency of progestin-related side effects, I have focused on the reports from Study A46796.

an LNG-IUD discontinued the trial for hormonal reasons (including acne, weight change and breast tenderness) than did women with Copper-IUD. (Luukkainen et al., Seminars in Reproductive Medicine, Dec;19(4):355-63, 2001. At five years, 8.4% discontinuance rates for hormonal reasons in LNG-IUS users versus 1.1% in Copper-IUD users.) In one of Leiras Oy's clinical trials of LNG-IUD (1996), the clinical trial report noted "side-effects such as acne, weight change, headache, depression, change of libido and breast tenderness are associated with progestin treatment and thus were considered to be related to the treatment with LNG," and the combined 5-year cumulative gross termination rate for hormonal side effects was 9.94%, the highest termination rate for any medical reason. MIR_BSR_00317402, p. 26. These high discontinuation rates make it difficult to quantify, with precision, the frequency of hormonal side effects among LNG-IUD users, but it would be scientifically inappropriate to assume that 8%–10% of women in LNG-IUD trials have imagined hormonal side effects so severe that it prompted them to discontinue a clinical trial for which they volunteered. The more reasonable and likely conclusion is that hormonal side effects such as edema and weight gain are common (>1/100, <1/10) in LNG-IUD users. These side effects demonstrate that, more likely than not, LNG activates androgenic and mineralocorticoid receptors throughout the body.

It is well-accepted that progesterone is present within the cerebrospinal fluid (CSF) in concentrations which directly correlate with plasma levels (Datta et al. *Anesth Analg*. 65:950-4, 1986; Hirabayashi et al. *Br J Anaesth*. 75:683-7, 1995), thus, it is scientifically appropriate to infer that, more likely than not, unbound LNG is present in the CSF of women using Mirena® in a manner which is directly proportional to its available plasma concentration.

**Idiopathic Intracranial Hypertension/Pseudotumor Cerebri Syndrome**

Pseudotumor cerebri syndrome (PTCS) is a neurological condition characterized by the presence of elevated cerebrospinal fluid (CSF) pressure in the setting of apparently normal brain structure (e.g., excluding brain tumor or hydrocephalus) and normal CSF composition. Thus, PTCS by definition encompasses the constellation of symptoms caused by elevated intracranial pressure (ICP) of unclear cause. When there is no identifiable secondary cause or well-known risk factor for PTCS (e.g., prior exposure to tetracyclines or vitamin A intoxication), the condition is also defined by some authors as primary PTCS or idiopathic intracranial hypertension (IIH) (Sheldon et al. *Ophthalmology*. 123:2424-2431, 2016). IIH/PTCS can occur in both pediatric and adult populations but the overwhelming majority of patients are overweight women in their childbearing age, suggesting an important role for female sex hormones in this disorder (Spennato et al., *Childs Nerv Syst*. 27:215-35, 2011;

Batra & Sinclair. *J Neurol*. 261:451-60, 2014). Whereas PTCS symptoms and some risk factors (such as being an overweight woman of childbearing age) are well-described in the medical literature, its detailed molecular-level pathogenesis has not been established. Pediatric PTCS shares some, but not all, features of adult PTCS. Previous studies have linked heterogeneous endocrine disorders (or medications assumption) to pediatric PTCS and we and other researchers also recently suggested the important influence of age, gender, and pubertal status in the disease risk (Fraser et al., *J Neurol. Sci*. 290: 86-89, 2010; Sheldon et al. *Ophthalmology*. 123:2424-2431, 2016). Both female gender and obesity seem however to be associated more strongly with PTCS in post-pubertal patients (vs. pre-pubertal) (Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Sheldon et al. *Ophthalmology*. 123:2424-2431, 2016). PTCS resenting signs and symptoms are heterogeneous, but commonly include headache, visual disturbances (e.g., diplopia and/or vision loss), and papilledema at funduscopic examination. Recently revised diagnostic criteria of PTCS state that papilledema, a normal (excepting for cranial nerve abnormalities) neurologic examination, a normal CSF composition, an elevated lumbar puncture (LP) opening pressure (>28 cm H2O in children or > 25 cm H2O in adults or in unsedated/non-obese children), and the exclusion of secondary causes of raised ICP by brain imaging are required for the diagnosis (Friedman et al. *Neurology*. 81:1159–1165).

Papilledema is often but not invariably seen at the time of PTCS clinical presentation, as it is also sometimes revealed on routine funduscopic examination in asymptomatic or pre-symptomatic patients. IIH/PTCS has been observed also in the absence of papilledema (Wraige et al. *Arch Dis Child*. 87: 223–224, 2002) making the diagnosis more difficult. Differential diagnosis between headaches caused by PTCS and headaches characterized by other syndromes remains a clinical challenge. This is especially true in the case patients are not able to describe their symptoms with precision (like in young children). The absence of papilledema may be due to different mechanisms, for example, acquired or congenital optic nerve sheath abnormalities (Friedman et al. *Neurology*. 81:1159–1165, 2013).

PTCS symptoms typically remit with appropriate medical and/or surgical treatments, but a variable proportion of PTCS patients may have permanent visual impairment (Soiberman et al. *Childs Nerv Syst*. 27:1913–1918, 2011). Estimated annual incidence rates of PTCS are 0.9 per 100,000 in both the pediatric and general adult age groups but rises to 19 per 100,000 in overweight women of childbearing age (Radhakrishnan et al. *Arch Neurol*. 50:78–80, 1993). Additionally, with the increasing obesity epidemic in the United States (and other parts of the western world), the incidence and prevalence of PTCS are rising (Curry et al. *Neurosurgery*. 57:97–108, 2005). PTCS can impair the

quality of life as episodes of headaches and visual disturbances may be frequent, even in patients under treatment. The primary aims of medical treatment are relief of symptoms and the prevention of visual impairment (Spennato et al., *Childs Nerv Syst*. 27:215-35, 2011). A medical (conservative) management is usually the first therapeutic choice; additionally, in overweight patients the combination of weight loss and *low-salt* diet represent an important (conservative) therapeutic strategy (Thurtell and Wall. *Curr Treat Options Neurol*. 15:1-12, 2013; Wall et al. Neurology. 85:799-805, 2015). The medical treatment, by using different diuretics or other drugs, attempts to correct the abnormal CSF hydrodynamics by regulating CSF flow and pressure (Spennato et al., *Childs Nerv Syst*. 27:215-35, 2011). Acetazolamide, a carbonic-anhydrase-inhibitor that inhibits CSF secretion at choroid plexus, is generally accepted as a first-line medication for lowering the ICP in PTCS (Liu GT et al. *Drugs Today (Barc)* 34:563–574, 1998). In adult patients, high doses (generally 1 to 2 g/day) are routinely used; in children with PTCS, the standard dosage is 25 mg/kg/ day, divided in three to four doses, and increased by 25 mg/kg/ day according to symptoms and ICP (Liu GT et al. *Drugs Today (Barc)* 34:563–574, 1998; Thurtell and Wall. *Curr Treat Options Neurol*. 15:1-12, 2013).

Notably, according to some studies, more than half of PTCS patients experience at least one episode of recurrence of symptoms during the course of the disease; however, far less recurrences occurred while maintained on acetazolamide (Kesler et al. *Neurology.* 63:1737–1739, 2004). Alternative treatment options include topiramate, mannnitol, corticosterois, octreotide and spironolactone, with some of these drugs just used in limited patient series or case reports (Thurtell and Wall. *Curr Treat Options Neurol*. 15:1-12, 2013; Deftereos et al. *Cephalalgia.* 31:1679-80, 2011; Khan et al. *Am J Med Sci.* 346:194–198, 2013). Repeated evacuative lumbar punctures are performed in PTCS patients during relapses of increased ICP or in the presence of a rapidly developing visual impairment (Thurtell and Wall. *Curr Treat Options Neurol*. 15:1-12, 2013). The purpose of this approach is to lower the CSF pressure. Alternative non-conservative, surgical, treatments include CSF shunting procedures and optic nerve sheath fenestration (Spennato et al., *Childs Nerv Syst*. 27:215-35, 2011). Given that a proportion of patients may have irreversible visual loss a timely diagnosis and treatment represent an absolute priority in the clinical setting (Thurtell and Wall. *Curr Treat Options Neurol*. 15:1-12, 2013; Spennato et al., *Childs Nerv Syst*. 27:215-35, 2011; Wall et al. Neurology. 85:799-805, 2015).

**Pathophysiology of PTCS**

The pathophysiology of PTCS is incompletely understood; however, the main pathologic feature of PTCS is represented by elevated ICP. The skull being an

enclosed compartment, in the absence of any intracranial structural anomaly, an increase in ICP may occur due to either increased CSF production or pressure at the choroid plexus level and/or reduced CSF outflow in the arachnoid membrane and the cerebral venous system (McGeeney & Friedman DI. *Headache*. 54:445–458, 2014; Rangwala & Liu. *Surv Ophthalmol*. 52:597–617, 2007). Some studies have used brain magnetic resonance imaging (MRI) venography and other advanced imaging techniques to evaluate cerebral hemodynamics and CSF flux in PTCS. Some of these studies have demonstrated an increased resistance to CSF absorption within the cerebral venous system (Karahalios et al. *Neurology*. 46:198–202, 1996).

Several studies evidence a probable role for steroid hormones in PTCS. For example, **(i)** the low incidence of the disorder in (pre-pubertal) children compared to adults, **(ii)** the much higher incidence in women than men, and **(iii)** the notably higher incidence in young obese women, are all consistent with a role of sex hormones in this rare neurological disorder (Kiehna et al. *J Clin Endocrinol Metab*. 95:1528–32, 2010; Rangwala & Liu. *Surv Ophthalmol*. 52:597–617, 2007; Salpietro et al. *J Pediatr*. 162:1084, 2013; Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; McGeeney & Friedman DI. *Headache*. 54:445–458, 2014; Sheldon et al. *Ophthalmology*. 123:2424-2431, 2016). Interestingly, while the incidence of PTCS is much higher in women than in men, there is no gender preference before puberty (Balcer et al., Neurology 52: 870-872, 1999; Lessell, Surv. Ophthalmol. 37: 155-166, 1992; Fraser et al., *J Neurol. Sci*. 290: 86-89, 2010), nor is obesity a risk factor in pre-pubertal children (Cinciripini et al, *Am J Ophthalmol*. 127: 178-182, 1999). After adjustment for BMI, men with PTCS were much more likely to report testosterone deficiency (odds ratio 17.4, 95% CI = 5.6-54.5); this difference is highly (statistically) significant at $p<0.001$ (Fraser et al., *J Neurol Sci*. 290:86-9, 2010). All the above factors make it more likely than not that endocrine and/or metabolic derangements have a crucial pathophysiological — and generally accepted — role in the pathophysiology of PTCS (Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014).

Recent research within this field proposed that fluid and electrolyte balance in choroid plexus epithelia can represent a *key-factor* in deciphering the complex physiological changes which lead to changes in CSF pressure and PTCS (discussed in the paragraph below). Scientific evidence demonstrates that CSF fine homeostasis is in fact regulated by a number of complex interactions of metabolic and hormonal factors which finally influence CSF pressure and fluid dynamics in the brain (for more discussion, see Johanson Report).

Most of the previous literature on PTCS aetiology focuses on changes in CSF parameters and impaired cerebral hemodynamics, including cerebral edema,

increased cerebral blood volume, increased CSF production, and/or pressure along with decreased CSF reabsorption or venous flow. In many cases, animal studies and/or functional and basic research studies have provided evidences which have been translated into the clinical scenario of PTCS patients, with the aim of supporting or disproving the different proposed models. For example, earliest suggested mechanism of PTCS was cerebral edema but subsequent pathologic and magnetic resonance imaging studies have excluded cerebral edema in PTCS by using diffusion tensor imaging techniques (Owler et al. Br J Neurosurg. 20:79–81, 2006). Another model, originally proposed by Quincke (Quincke H. *Sammlung Klinischer Vorträge*. 67:655, 1893), linked PTCS to excessive CSF production; however, measurement of the production CSF rate of require invasive procedures (i.e., infusion or perfusion techniques) for the patients (Gjerris & Børgesen. *Adv Tech Stand Neurosurg*. 19:145–177, 1992) and no evidences from previous research gave conclusive support for this model, except (probably) two ventricular infusion studies which documented elevated CSF secretion in a number of PTCS patients (Donaldson JO. *Trans Am Neurol Assoc*. 104:196–198, 1979; Gideon et al. *Neuroradiology*. 36:350–354, 1994).

An additional, alternative, pathophysiological model links hampered CSF outflow into the arachnoid villi and the venous system to PTCS pathophysiology. The only possible evidence to support this theory came from a CSF infusion study which demonstrated reduced CSF drainage in PTCS (Malm et al. *Neurology*. 42:851–858, 1992). Studies evaluating the transit time of a radio-labeled tracer injected into the CSF (cisternography) have also found a delayed tracer uptake into the circulation in patients with PTCS, thereby suggesting possible impaired CSF drainage (Orefice et al. Acta Neurol. 14:39–50, 1992). The explanation in these cases could be then related to an obstacle of intracranial venous drainage. However, it is heavily debated whether obstructed venous drainage is the primary mechanism or secondary to another pathologic process; in addition, intracranial venous sinus abnormalities (such those observed in cerebral venous stenosis or thrombosis) can cause increase in ICP but represent a secondary cause of increased ICP, and need to be excluded before a diagnosis of PTCS is made (Friedman et al. *Neurology*. 81:1159–1165). Also, flow-related abnormalities can be difficult to differentiate from pathologic venous sinus stenosis as MRI venography can document flow-related artifacts that can be erroneously mistaken for venous sinus stenosis (Gasparian. *Acta Neurochir Suppl*. 81:31–33, 2002).

## The metabolic-endocrine factors underlying PTCS

In more recent years, with the advancements in the understanding of the

molecular processes regulating CSF production and dynamics, newer models of PTCS pathophysiology have been identified in the literature. Previous models mostly focused on brain/vessels anatomical abnormalities, but the largest part of current research focuses on sub-cellular (genetic, endocrine, metabolic) mechanisms underlying PTCS. In many cases, these models translated in the clinical scenario previous basic research studies and animal models experiments.

In this context, research evidences that many cases of PTCS are more likely than not related to the primary event of raised CSF pressure, thus considering all the possible changes in cerebral hemodynamics, resistance to CSF absorption, and perturbations in CSF flux as secondary (consequential) events (Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Salpietro et al. *J Pediatr Endocrinol Metab*. 27:107–115, 2014; Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014; Khan et al. *Am J Med Sci.* 346:194–198, 2013; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Sheldon et al. *Pediatr Res*. 77:282–289, 2015).

In particular, increased CSF pressure, due to derangements in transport of electrolytes like sodium ($Na^+$) or potassium ($K^+$), often in the context of an impaired metabolic-endocrine homeostasis, more likely than not represents a crucial factor in PTCS pathophysiology (Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014; Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Sheldon et al. *Pediatr Res*. 77:282–289, 2015). Activation of the choroid plexus MRs and their downstream pathways more likely than not stimulates the generation of $Na^+/K^+$-ATPase pumps, leading to greater movement of sodium ions at the choroid plexus epithelial cells (CPEC) apical membrane into the cerebral ventricles, thereby actively creating an osmotic gradient to drive secretion of CSF (Salpietro et al. *J Pediatr Endocrinol Metab*. 27:107–115, 2014). This model is similar to physiological — and more studied — mechanisms which regulate electrolytes transport through the MRs-$Na^+/K^+$-ATPase sodium channels in epithelial cells like in the kidney or the colon (for more discussion, see Johanson Report).

A model based in abnormal electrolyte and CSF pressure dynamics underlying PTCS was already proposed many decades ago, when some authors suggested that PTCS could represent the final consequence of an underlying endocrine abnormality, related to a disturbance of electrolytes. In 1955, Foley (Foley J. *Brain*. 78:1–41, 1955) suggested that: "…an underlying endocrine imbalance, with presumably a disturbance of electrolytes, is in some way connected with the alteration of ICP." The occurrence of a "…water-electrolyte imbalance, brought about by hormonal disturbance" was likewise discussed by Oldstone

(Oldstone MB. J Clin Endocrinol Metab. 26:1366–1369, 1966) in 1966. In this context, Weber et al (Weber et al. *Am J Med Sci.* 324:45–50, 2002) were the first to draw attention to the association between PTCS and primary aldosteronism (PAL) in two overweight, middle-aged women. Since then, additional cases of PTCS associated with PAL and also secondary aldosteronism (SAL) have been reported in the literature (Chitalia et al. *QJM*. 103:699–702, 2010; Godefroid et al. *Am J Kidney Dis*. 48:e73-9, 2006; Salpietro et al. *J Hypertens*. 30:629–630, 2012) resulting in a broadening of Weber's original observations (Weber KT. *J Lab Clin Med*. 142:71–82, 2003).

Five out of the 12 patients with PTCS and excess of aldosterone (either PAL or SAL) were treated with spironolactone (a classic MR antagonist) with good control of symptoms. In two of these five cases, an additional therapy was correction of hypokalemia and hypomagnesaemia. Aldosterone is a mineralocorticoid which promotes $Na^+$ resorption at the expense of a well-recognized $K^+$ excretion and a less-recognized mechanism of magnesium ($Mg2^+$) and calcium ($Ca2^+$) excretion in classic target tissues (e.g., kidneys, colon, and sweat and salivary glands) but also at the MRs in the epithelial cells of the inner ear and the choroid plexus (Lecain et al. *Acta Otolaryngol*. 123: 187–91, 2003; Amin et al. *Am J Physiol Regul Integr Comp Physiol.* 289:1787-97, 2005).

According to this model, the MR agonistic activity of aldosterone on the epithelial cells of the choroid plexus, more likely than not, act similarly to the classical mechanisms involved in the epithelial cells of the kidney, thus leading to an enhancement of the number and activity of the sodium channels $Na^+/K^+$ ATPase in the apical membranes (Weber KT. *J Lab Clin Med*. 142:71–82, 2003) with consequent increase of some CSF electrolytes (especially $Na^+$) and, by result, increased CSF (osmotic) pressure and fluid gradient (Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Sheldon et al. *Pediatr Res*. 77:282–289, 2015). CSF production by the choroid plexus is governed by the systemic volume control, which is tightly regulated by the action of aldosterone acting on its specific receptors. In this respect, an excess of aldosterone would alter the composition of CSF, which in turn contributes to the regulation of CSF pressure (Weber KT. *J Lab Clin Med*. 142:71–82, 2003).

It is generally accepted, and more likely than not, that aldosterone is present within the CSF in concentrations that correlate with plasma levels, and bind with high affinity to aldosterone and mineralocorticoid receptor-binding sites within the choroid plexus and other central nuclei (Weber Kt. *J Lab Clin Med*. 142:71–82, 2003). In a manner analogous to its actions at the level of kidney, there is strong evidence that aldosterone *post-transcriptionally* regulates at brain

choroid plexus the activities of epithelial sodium channels $Na^+/K^+$ ATPase transporters (Leened FH. *Biochim Biophys Acta*. 1802:1132–9, 2010; Wang et al. *Am J Physiol Regul Integr Comp Physiol*. 299: 222–233, 2010), to reduce CSF potassium concentrations while increasing CSF sodium concentrations. The increase of CSF sodium concentration will create an osmotic gradient encouraging CSF production and contributing to PTCS (Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014; Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Sheldon et al. *Pediatr Res*. 77:282–289, 2015).

This model translated into the clinical PTCS scenario previous animal studies which supported abundant MRs expression in rat choroid plexus epithelia at both nuclear and cytosolic level (Celso et al. *Endocrinology*. 147:1343–1348, 2006) and the crucial importance of MR in regulation CSF $Na^+$ concentration (through regulation of choroid plexus sodium channels), and thus CSF pressure, shown by a number of basic research studies (Amin et al. *Am J Physiol Regul Integr Comp Physiol.* 289:1787-97, 2005; Wang et al. *Am J Physiol Regul Integr Comp Physiol*. 299: 222–233, 2010).

In this context, Amin et al. showed abundant expression of MRs in the rat choroid plexus and parallel enriched co-expression of subunits of the epithelial sodium $Na^+/K^+$ ATPase channels (ENaC). In particular, as shown by the figure below, the β□ sodium channel subunit resulted significantly more expressed in choroid plexus (see red rectangle) compared to all the other brain regions examined (Amin et al. *Am J Physiol*. 289: R1787–R1797, 2005). These and other channels subunits have a crucial biological importance of this channels in regulating $Na^+$ secretion and thus CSF homeostasis at the choroid plexus sites (Johanson report)



From Amin et al. (*Am J Physiol Regul Integr Comp Physiol.* 289:1787-97, 2005) *mRNA expression of g subunit of the epithelial sodium channels in different brain regions [**hypo**=hypotalamus; **OVLT**=organum vasculosum of lamina terminalis; **SFO**=subfornical organ; **SON**=supraoptic nucleus; **PVN**=paraventricular nucleus; **MnPO**=median preoptic nucleus; **CP**=choroid plexus; **Hippo**= hippocampus]*

The authors observed: "prominent expression of all ENaC subunits and MR in the choroidal epithelia and ependyma is consistent with a role of ENaC in regulation of CSF $Na^+$ concentration. In most tissues, $Na^+$ transport by ENaC is dependent on the electrochemical gradient generated by $Na^+$-$K^+$ -ATPase. Our finding that ENaC is indeed expressed in the choroidal epithelia supports a functional role for ENaC in regulation of CSF $Na^+$ concentration."

Other studies found that also the $\alpha_1$ $Na^+$-$K^+$ -ATPase subunit expression was particularly enriched in rat choroid plexus compared to other brain regions (Zlocovic et al. *J Biol Chem.* 268:8019-25, 1993) and similar overlapping patterns of (high) choroid plexus expression of the $\alpha_1$ $Na^+$-$K^+$ -ATPase sodium channel subunit were documented in the *human* choroid plexus (Praetorius et al. *Am J Physiol Cell Physiol*. 291:C59-67, 2006).

Several studies found abundant MRs expression in animal choroid plexus, (Amin et al. *Am J Physiol Regul Integr Comp Physiol.* 289:1787-97, 2005; Wang et al. *Am J Physiol Regul Integr Comp Physiol*. 299: 222–233, 2010; Nakano et al., *Hypertens Res.* 36:277-84, 2013).

Although published MRs brain function and expression studies are mostly focused on rats, gene annotation studies in neurological diseases (other than PTCS) identified abundant MRs expression also in human choroid plexus (Bergen et al., *BMC Genomics*.16:16:956, 2015) and data from well-known international gene expression databases such as *Brain Atlas* (www.brain-map.org) show that there are more likely than not high MRs levels in human choroid plexus expression (Donor H0351.1009: z-score-0.213353, log2 intensity: 6.8578).

It is generally accepted, and more likely than not, that the epithelium of the choroid plexus is the major site for production of CSF, which is later absorbed by arachnoid granulations (Johanson Report). In the brain, regulation of CSF and brain interstitium ($Na^+$) cannot depend on parallel changes in water transport, and likely requires movements of $Na^+$ via choroid plexus sodium channels in either direction (Leenen FHH. Biochimica et *Biophysica Acta*. 1802:1132–1139, 2010). Net transport of $Na^+$ between plasma and CSF is a balance of $Na^+$ influx into and efflux out of the choroid plexus cells which is

accomplished by the selective distribution and activity of a variety of enzymes and transporters on the apical (CSF-side) or the basolateral surface of the epithelial cells (Leenen FHH. Biochimica et *Biophysica Acta*. 1802:1132–1139, 2010). $Na^+/K^+$-ATPase channels are located on the choroid plexus epithelial cells apical surface and provide the driving force for the directional transport of Na+ into the CSF against the electrochemical gradient (Johansson et al. *Neurosci Lett*. 442:77–80, 2008). Although $Na^+/K^+$-ATPase channels expression have been demonstrated most prominent in the choroid plexus apical surface (and cytoplasm), a consistent expression has been documented also at the apical microvilli and the baso-lateral membranes (Amin et al. *Am J Physiol*. 289: R1787–R1797, 2005; Gomez-Sanchez et al. *Endocrinology.* 147:1343–1348, 2006; Amin et al. *Hypertension*. 54:860–867, 2009).

Our studies and other clinical studies (Weber et al. *Am J Med Sci.* 324:45–50, 2002; Godefroid et al. *Am J Kidney Dis*. 48:e73-9, 2006; Chitalia et al. *QJM*. 103:699–702, 2010; Salpietro et al. *J Hypertens*. 30:629–630, 2012; Khan et al. *Am J Med Sci.* 346:194–198, 2013) demonstrated that children and adults with excess of aldosteronism can develop PTCS as a complication, thus supporting previous basic research studies which proposed a crucial implication of the CPEC MR-epithelial sodium channels pathway in the CSF pressure balance at physiological conditions. Furthermore, some of the PAL and SAL patients reported in our retrospective study (Weber et al. *Am J Med Sci.* 324:45–50, 2002; Khan et al. *Am J Med Sci.* 346:194–198, 2013) did not responded to conventional diuretics (i.e., acetazolamide) therapy and when treated with the aldosterone receptor antagonist *spironolactone* showed resolution of the neurological symptoms as well as improvement of the ophthalmologic manifestations (Khan et al. *Am J Med Sci.* 346:194–198, 2013). Although this is not yet a significant correlation (given the limited number of the PAL/SAL patients studied), according to this model, spironolactone should be regarded as an etiologically-targeted treatment for PTCS, at least when it is precipitated by aldosterone excess. Another supportive information for the the renin-aldosterone axis involvement in the CSF pressure regulation, it is the benefit of a *low-salt* diet in obese women suffering from PTCS. Low-salt diet coupled with diuretics and weight loss is in fact frequently part of the treatment in these patients (Thurtell and Wall. *Curr Treat Options Neurol*. 15:1-12, 2013) and it has also been used by the NORDIC Treatment trials (Wall et al. Neurology. 85:799-805, 2015). Interestingly, the *Dahl S rat* (which is an animal model for systemic hypertension) experience an increase in the choroid plexus ENaC sodium channels expression and an increase in CSF $Na^+$ concentration when put under high salt diet (Leenen FHH. *Biochimica et Biophysica Acta.* 1802:1132–1139, 2010), further suggesting a direct link between sodium metabolism/balance and changes in CSF pressure and CSF circulation dynamics.

Additional multiple lines of evidence support the model that the pathophysiology of PTCS frequently involves other steroid metabolism, besides aldosterone. In addition to aldosteronism (PAL and SAL), case reports have described PTCS as a complication following surgical resection of the pituitary tumors for Cushing's disease (Kiehna et al. *J Clin Endocrinol Metab*. 95:1528–32, 2010), as an initial presentation of Addison's disease (Condulis et al. *Clin Pediatr (Phila)*. 36:711–3, 1997), as a complication in the context of Cushing syndrome, or after withdrawal/tapering of chronic steroid medications (Liu et al. *Am J Ophthalmol*. 117:352–7, 1994). In a retrospective review of over 700 adults and 200 children who underwent surgical resection of adrenocorticotropic hormone-secreting pituitary tumors, no adult developed PTCS following resection while 3% of the pediatric group did (Kiehna et al. *J Clin Endocrinol Metab*. 95:1528–32, 2010). Thus, reductions in cortisol plasma/CSF levels may be a trigger factor for PTCS (especially in the pediatric population), a suggestion that is further supported by the fact that, in the acute management of PTCS, a short-course of high-dose methylprednisolone is often a treatment option (Liu et al. *Am J Ophthalmol*. 118:88–96, 1994).

The precise underlying mechanisms by which these steroid hormones as well as steroid hormone withdrawal may trigger or cause PTCS has not been definitively established; however, it has been observed that corticosteroid withdrawal (in dogs) is associated with a marked reduction in CSF absorption and an increase in resistance to CSF flow (Johnston et al., *J Neurosurg*. 42: 690-695. 1975). In addition, recent studies have suggested that this may involve the enzyme complex of 11-β-hydroxysteroid dehydrogenase type 1 (HSD1) and type 2 (HSD2) that, together, modulate the local, tissue availability of cortisol. HSD1 catalyzes the conversion of cortisone to cortisol, thus increasing local cortisol availability while HSD2 catalyzes the reverse reaction, inactivating cortisol to its inert counterpart, cortisone. The role of this system in the dynamics of CSF production and absorption is incompletely understood; however, it has been suggested that upregulation of HSD1 is a compensatory measure to limit existing cortisol deficiencies (Sheldon et al. *Pediatr Res*. 77:282–289, 2015). Through its actions at the CPEC MRs and possible down-stream effects on sodium-dependent transport mechanisms, cortisol is well-poised to regulate CSF volume and pressure (Papadopoulos et al. *Nat Rev Neurosci*.14:265–77, 2013). In support of this hypothesis, a study documented that in adult patients with PTCS, urinary HSD1 activity was elevated at the time of PTCS diagnosis and declined as ICP fell with weight loss (Sinclair et al. *J Clin Endocrinol Metab.* 95:5348–56, 2010). In the CSF, as weight fell, CSF cortisone rose, while cortisol remained constant, which could indirectly reflect decreased HSD1 activity (Sheldon et al. *Pediatr Res*. 77:282–289, 2015). On the whole, as explained in several places in this report, it is more likely than not

that steroid hormones are capable of causing or contributing to PTCS.

In a broader pathophysiological model, there is also scientific evidence that a wide array of different neuroendocrine disorders causing PTCS are included in the same mechanism possibly through the CPEC MRs-sodium $Na^+/K^+$ pathway linked to CSF pressure increase and disturbances of CSF dynamics (Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Khan et al. *Am J Med Sci.* 346:194–198, 2013; Salpietro et al. *J Pediatr*. 162:1084, 2013; Salpietro et al. *J Pediatr Endocrinol Metab.* 27:107–115, 2014; Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Sheldon et al. *Pediatr Res*. 77:282–289, 2015). Based on this perspective, the MR pathway at the CPEC level has been proposed as a possible *key-model* in pathophysiology of PTCS when related to endocrine- metabolic risk factors (discussed below), which represent the overwhelming majority of factors associated so far with the disease (Radhakrishnan et al. *Arch Neurol*. 50:78–80, 1993; Curry et al. *Neurosurgery*. 57:97–108, 2005; Rangwala & Liu. *Surv Ophthalmol*. 52:597–617, 2007; Spennato et al., *Childs Nerv Syst*. 27:215-35, 2011 Friedman et al. *Neurology*. 81:1159–1165, 2013; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Batra & Sinclair. *J Neurol*. 261:451-60, 2014).

The reason why different endocrine disorders with either excess (Cushing syndrome) or reduction (withdrawal/tapering of chronic steroid medications) of cortisol and either excess (PAL, SAL) or reduction (Addison's disease) of aldosterone can similarly lead to PTCS is incompletely understood. However, insights from animal studies show that either positive (agonistic) or negative (antagonistic) derangements in the MRs-epithelial sodium channels activity at the choroid plexus can impair CSF physiology by altering the fine balance between CSF production and absorption and leading to fluctuations in intracranial pressure typically associated to PTCS (Johanson report). Infusion of the ENaC blocker *benzamil* in *Wistar rats* significantly increases CSF $Na^+$ concentration, presumably reflecting inhibition of $Na^+$-transport from the CSF back into the choroid plexus cells (Wang et al. *Am J Physiol Regul Integr Comp Physiol*. 299: 222–233, 2010; Leenen FHH. Biochimica et *Biophysica Acta*. 1802:1132–1139, 2010). This suggests how opposite causes of excess or defect of particular endogenous (or manufactured) hormones can cause (or contribute to cause) the same abnormal clinical result (increased CSF pressure and PTCS symptoms). Regardless of the specific mechanism, it is more likely than not that these endocrine disorders cause or contribute to PTCS by way of disrupting the balance between CSF production and absorption, which leads to fluctuations in intracranial pressure.

Other more well-known endocrine-metabolic risk factors associated to PTCS include obesity/weight gain and the use of manufactured hormones including

recombinant growth hormone (r-GH), and progestins-only contraceptives. In each of these risk factors, degrees of perturbation of the renin-angiotensin-aldosterone system have been described, as explained below, linking PTCS pathophysiology to the MR-sodium channel model discussed above (Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Salpietro et al. *J Pediatr*. 162:1084, 2013; Salpietro et al. *J Pediatr Endocrinol Metab*. 27:107–115, 2014; Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014; Khan et al. *Am J Med Sci.* 346:194–198, 2013; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Sheldon et al. *Pediatr Res*. 77:282–289, 2015).

Of note, the causal relationship between obesity and PTCS appears to be multi-factorial and is incompletely understood. Several adipokines, cytokines, and growth factors predominantly secreted by adipocytes (the cells which constitute fat tissue) have been linked to obesity and its risk of predisposing to PTCS (Sinclair et al. *J Neuroimmunol*. 201-202:212–220, 2008). In this regard, some authors have demonstrated that serum and CSF leptin levels are elevated in patients with PTCS compared with age, gender, and body mass index–matched controls (Lampl et al. *J Neurol Neurosurg Psychiatry*. 72:642–643, 2002). These studies indicate that leptin and other adipokines may have a role in ICP regulation. In addition, human fat, an active endocrine tissue, also secretes *aldosterone-releasing* factors (Ehrhart-Bornstein et al. *Proc Natl Acad Sci U S A*. 100:14211–14216, 2003), providing another possible or addition cause for ICP elevation (through the MR mechanism delineated above), especially in those obese patients also affected by elevated blood pressure and insulin resistance, in the context (for example) of metabolic syndrome or polycystic ovary syndrome (Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014).

In summary, there is significant information (and translations from previous clinical and basic research studies) that, more likely than not, many (exogenous and endogenous) PTCS endocrine/metabolic risk factors act by increasing CSF pressure at choroid plexus epithelium through a MRs-sodium channels mechanism, thus altering the fine homeostasis of CSF fluid dynamics and ultimately leading (or contributing) to an increased PTCS risk, as outlined in the Figure below.




From Salpietro et al. (*Int J Endocrinol*. 2014:282489, 2014) *"Detailed figure of choroid plexus epithelium illustrating the proposed regulation of CSF secretion by several neuroendocrine interactions. Aldosterone can stimulate MR. In nucleus MR can activate mineralocorticoid responsive elements that stimulate synthesis from DNA of Na+/K+ ATPase pumps. Active sodium secretion by the Na/K ATPase at the apical choroid plexus membrane lead to movement of sodium ions into the cerebral ventricle and this creates an osmotic gradient to drive CSF secretion"*

The scientific support for this model comes from clinical studies and observations as well as from basic research studies which proved an important role for choroid plexus MRs-sodium channels in regulating CSF electrolytes and homeostasis (Amin et al. *Am J Physiol Regul Integr Comp Physiol*. 289:1787-97, 2005; Wang et al. *Am J Physiol Regul Integr Comp Physiol*. 299: 222–233, 2010; Leened FH. *Biochim Biophys Acta*. 1802:1132–9, 2010; see also Johanson Report).

It is biologically plausible that, in addition to the endocrine disorders discussed above, risk of developing PTCS following the use of manufactured hormones like r-GH or LNG (discussed in detail below) can be thus included in this pathophysiological model. The significant very low incidence of PTCS in the general population, as well as in those individuals exposed to known (endogenous or exogenous) risk factors, suggest that specific individual predispositions, within the context of a multi-factorial etiology, exist. In addition, it is reasonable that obesity (or weight gain) and female gender might also interplay with medications or endocrine-metabolic disorders in a proportion

of cases, leading to a further increased PTCS risk. Basic *in-vitro* and *in-vivo* research studies are necessary to fully assess the multi-factorial mechanisms regulating CSF volume and pressure at CPEC and to precisely determine the influence of metabolic and hormonal derangements through the MRs-sodium channels in both physiological and pathological processes.

**Pharmaceutics Associated to PTCS**

Drugs of the retinoid (Vitamin A) class show a strong association with PTCS, both when in excess (Vitamin A intoxication) or in the case of low vitamin A levels (Vollbracht R & Gilroy. Can J Neurol Sci.;3:59-61, 1976; Dotan et al. *J Child Neurol*. 28 :1370-1377, 2013). However, the association of hypervitaminosis A (intoxication) with PTCS is more well established (Gerber et al., *Am. J. Med*. 16: 729-745, 1954; Lambert & Carlon, *Eur J Neurol*. 14: 340-350, 1976; Libien & Blaner, J. Neuroophthalmol. 27: 253-257, 2007). In addition, other retinoids such as the drugs iso-tretinoin and *all-trans* retinoic acid have also been found to be associated with IIH (Fraunfelder et al. *Ophthalmology*. 111: 1248-1250, 2004; Colucciello, *Arch Opthalmol*. 121: 1064-1065, 2003). Drugs that have been associated with IIH also include: quinolones (Deona & Guignard. *Arch Dis Child*. 49: 743, 1974; Winrow & Supramaniam. *Arch Dis Child*. 65: 1165-66, 1990), lithium (Saul et al., *JAMA*. 253: 2869-2870, 1985; Levine & Puchalski. *J Clin Psychiatr*. 52: 239, 1990), tetracyclines (Gardner et al., *Neurology*. 45: 6-10, 1994; Chiu et al., *Am. J. Ophthalmol*. 126: 116-121, 1998; Monaco et al., *Eur Neurol*. 17: 48-49, 1978; Kesler et al. *Acta Neurol Scand*. 110: 408-411, 2004; Friedman et al. *Neurology*. 62: 2297-2299, 2004), sulfa drugs (Murgia et al., Pediatr. Med. Chir. 11: 541-542, 1989), amiodarone (Bornat & Regli, Am J Ophthalmol. 116: 776-777, 1993).

PTCS has also been frequently (and significantly) associated with a number of manufactured hormones, including recombinant growth hormone (r-GH) therapy and progestin-only contraceptives (like Mirena®) and compounds including tetracyclines. The first reports of -rGH (or IGF-1) therapy associated to PTCS were published in the early 1990s (Malozowski et al. *N Engl J Med*. 329:665–6, 1993). Since then, a number of studies have suggested a causal relationship between administration of rGH and PTCS (Reeves et al. *J Pediatr Endocrinol Metab*. 15:S2:723–30, 2002; Rogers et al. *Ophthalmology*. 106:1186–9, 1999). Specifically, these cases support a temporal relationship between GH treatment and features consistent with PTCS: signs and symptoms are seen after the start of treatment, are relieved after discontinuing the medication and, in many cases, return with its rechallenge (Malozowski et al. *N Engl J Med*. 329:665–6, 1993). Genetech and Pfizer have both compiled the frequency of PTCS in children being treated with rGH (Nutropin and

Genotropin, respectively) and have illustrated that the frequency of PTCS is increased by 23–100 times above that seen in the general pediatric population (Darendeliler et al. *Horm Res*. 68:S5:41–7, 2007). Patients with Turner syndrome and renal disease were at increased risk of developing PTCS with rGH treatment (Reeves et al. *J Pediatr Endocrinol Metab*. 15:S2:723–30, 2002). It has been proposed that increased CSF levels of insulin-like growth factor 1, which are observed during r-GH treatment, may act on the choroid plexus IGF-I receptors to increase CSF production increasing risk of PTCS (Johansson et al. *Neuroendocrinology*. 61:57–66, 1995; Rogers et al. *Ophthalmology.* 106:1186–1189, 1999). Alternative proposed mechanisms linked r-GH administration to abnormal activation of the renin-angiotensin-aldosteron axis and the pathophysiology of PTCS through the above discussed MR model (Salpietro et al. *Neuroendocrinol Lett*. 33:569–573).

In fact, evidence from basic and clinical research studies support that GH has important effects on the renin-angiotensin-aldosterone system. Acute treatment of GH-deficient adults with r-Gh can lead to sodium and water retention with increased plasma renin activity and aldosterone levels (Ho & Weissberger. *Metabolism*. 39: 133–7, 1990). The complications of these treatment protocols include hypertension, dependent edema and carpal tunnel syndrome. In GH-deficient children treated with r-Gh, hypertension-dependent edema and fluid retention are less frequent. However, a transient mild increase in blood pressure during the first phase of r-GH treatment has been observed in these patients (Barton et al. *Clin Endocrinol (Oxf)* 38: 245–51, 1993). Of interest, the activation of the renin axis with increase in aldosterone causing sodium and water retention has been recorded in children with idiopathic short stature (who still have endogenous GH) who underwent r-Gh therapy (Hanukoglu et al. *J Steroid Biochem Mol Biol*. 77: 49–57, 2001; Lampit et al. *Horm Res*. 50: 83–8, 1998). These findings suggest activation of the renin/aldosterone axis in children because an additive effect of the exogenous (r-GH) hormone administration to the endogenous (GH) hormone production. Recent studies have shown also that chronic GH excess is associated with increased aldosterone in humans and mice and underlying mechanisms are likely to be independent from renin action, IGF-I excess, or adrenal aldosterone synthase expression (Bielohuby et al. *Exp Biol Med (Maywood)*. 234: 1002–9, 2009).

**LNG-Associated PTCS**

Several published reports have examined the association between use of progestins, including intrauterine LNG-based implants, and PTCS. The progestin LNG is the only active ingredient released by the Mirena® IUD, and also the Norplant® and Jadelle® subcutaneous implants.

In a series of 59 women taking oral contraceptives (including norethynodrel or norethindrone, both first generation progestins) 4 of them were reported with PTCS symptoms (Walsh et al. *Arch. Ophthalmol*. 74: 628-640, 1965).

In 1968, a review described high proportion of neuro-ophthalmic consequences in a series of 129 women taking oral contraceptives (Salmon et al. *JAMA*. 206: 85-91, 1968). Bahemuka described a case of PTCS associated with the use of a progestin-only contraceptive, depot medroxyprogesterone (Bahemuka M. *East Afr Med J*. 58: 140-141, 1981). Sheehan reported PTCS with papilledema and documented raised ICP (>300 mm$H^2$O) in a post-menopausal obese woman taking mestranol and norethisterone (Menophase®) as oral hormone replacement therapy (Sheehan JP. *Brit Med J*. 284: 1675-1676, 1982). Discontinuation of hormone replacement therapy led to relieve of symptoms (headache, deteriorating visual acuity) and gradual resolution of papilledema. In his report, Sheehan noted than oral progestin-based contraceptives "have been reported in rare instances to cause intracranial hypertension" and cited the earlier reports of Salmon et al., JAMA 206: 85-91, 1968 and Walsh et al., Arch. Ophthalmol. 74:628-640, 1965.

Another report described two patients who developed PTCS after implantation of the levonorgestrel-based dispositive Norplant® (Sunku et al. *Ann Neurol*. 34: 299, 1993). The two patients, aged 20 and 24 years, developed symptoms 9 and 12 months after implantation, respectively. Neither patient was taking any other substance previously associated with PTCS. After the levonorgestrel implant treatment was removed and the diuretics treatment started, all neurological and visual symptoms resolved within weeks and PTCS did not recur with the discontinuation of diuretic treatment. The authors stated: "Physicians should be aware of the possible association of levonorgestrel implants and BIH" (Sunku et al. *Ann Neurol*. 34: 299, 1993). Another report in 1995 described two normal weighted patients aged 16 and 19 years who developed PTCS 4-5 months after placement of the levonorgestrel implant Norplant® (Alder et al. *N Engl J Med*. 332: 1720-1721, 1995). Both patients PTCS was well documented: they had bilateral papilledema and dramatically raised ICP (>550 mmH2O). The authors also reviewed data from different databases for a possible association between LNG use and intracranial hypertension. They found 56 cases, most of which were reported by physicians who thought the disorder may have been drug-related. The patients (all females, mean age 22 years) had been treated with LNG for a mean time of 206 days. No BMI data of the patients were available. In 1995, a study reviewed the adverse events submitted to FDA's MedWatch reporting system from users of the LNG-releasing implant Norplant®; in the period between February 1991 through December 1993 there were 39 PTCS cases submitted and the authors proposed a causal association between Norplant® and PTCS (Wysowski & Green. *Obstet Gynecol*. 85: 538-542,

1995). The 39 women ranged in age between 16 to 39 years and PTCS was documented by elevated ICP values in the majority of them. Less than half (16 out of 39) of the PTCS patients were reported overweight/obese. The mean time from implant insertion to onset of symptoms was 5.5 months (range 1-17 months). Treatment was CSF drainage and diuretics (acetazolamide). Sixteen patients had the implant removed, and symptoms resolved; six had the implant removed and symptoms continued. Four patients continued implant use with resolution of symptoms. A case of PTCS following the use of an emergency contraceptive pill (Tetragynon®, containing 1.0 mg LNG and 0.2 mg ethinylestradiol) was reported in a 21 years old girl in 2004 (Ivancic & Pfadenhauer. *Eur Neurol*. 52:120, 2004). The patient displayed bilateral papilledema and lumbar puncture showed raised ICP (with an opening pressure of 400 mmH$^2$O) and she was treated by CSF drainage which led to resolution of neurological and ophthalmological symptoms. The authors suggested causal (and time) relationship between the LNG-containing emergency contraceptives or LNG-containing implants and PTCS, also citing previous studies (Alder et al. *N Engl J Med*. 332: 1720-1721, 1995; Wysowski & Green. *Obstet Gynecol*. 85: 538-542, 1995).

In 2006, a 23-years-old woman was reported to develop PTCS 8 weeks after an intramuscular injection of DMPA (Depo Provera), she had raised ICP (520 mmH2O) and bilateral papilledema and her PTCS completely resolved within a few weeks after discontinuation of this progestin (Chan JW. *Eye*. 20: 1396-1397, 2006).

Martinez (Martinez et al. *Neuro-Ophthalmology*. 34: 255-6, 2010) reported a case of PTCS possibly related to the use of a LNG-releasing intrauterine device. The patient was a non-obese 45-years-old female who complained of progressive visual disturbances. After the LNG-releasing IUD was removed and treatment with the diuretic acetazolamide was begun, symptoms resolved.

In a recent retrospective study on PTCS patients from University of Utah and Rigshospitalet, PTCS prevalence was approximately 0.18% and 0.15% in the LNG-IUD population versus 0.02% and 0.04% in the non-LNG-IUD population (Utah and Rigshospitalet, respectively) and the authors suggested individuals with LNG-IUDs might have an increased risk of developing PTCS (Valenzuela et al., *Neuro-Ophtalmology*. 41: 192-197, 2017). In response to the German regulatory authority, Bayer criticized the control groups used in these studies. MIR_IIH_00606967-69. Yet, even when Bayer attempted to recalculate these studies with Bayer's preferred control exposure data (using, instead, for Utah a CDC Zika Preparedness telephone survey and for Denmark an estimate based on prescription data, neither of which recalculation has been subjected to peer review) Bayer still found an elevated odds ratio: 1.41 for Utah and 1.29 for

Rigshospitalet. MIR_IIH_00606969.

It is the job of epidemiologists to discuss the details of statistical significance and the like with regard to LNG-IUD patients and IH. For my purposes, it is clear that PTCS is disproportionately more common in LNG-IUD patients than other women of similar populations.

Further supporting a causal association, in Bayer's own review of individual case reports for German authorities, the majority of PTCS cases with information about timing occurred within the first two years after Mirena implantation, which is the time period with the highest LNG levels and the largest changes in LNG levels. In that same review, the majority of cases with LNG-IUD removal showed recovery or improvement after LNG-IUD removal, and the majority of cases where LNG-IUD was not removed did not recover or improve. MIR_IIH_00606992-95.

The above referenced reports, case series and studies support a temporal relationship between LNG administration and features consistent with PTCS: clinical signs and symptoms, as well as ophthalmological (i.e., papilledema) and neurological (increased ICP) signs are first seen weeks/months after the start of treatment and are relieved after discontinuing the medication in many cases.

**LNG-Mediated Biological Mechanism of PTCS**

Moreover, it is biologically plausible, and also more likely than not, that the LNG released by the Mirena® IUD causes or substantially contributes to causing PTCS through this MR-$Na^+/K^+$ channels mechanism. As described above, LNG binds substantially to the MR, and there is strong evidence of MR agonist effects in Mirena® users.

Despite the limited number of published studies in this field, *in-vivo* and *in-vitro* experiments on rats brain show that Progesterone activity on MRs leads to progesterone-mediated increases of MRs mRNA levels in cultured neurons through induction of MRs promoter activity (Castren et al. *Endocrinology*. 136:3800-6, 1995). In another study, also on rats, effect of Progesterone on MRs was associated to post-translational transactivation of the receptors (Marissal-Arvy et al. *J Biol Chem*. 279: 39232-9, 2004).

Animal model experiments also found important changes in CSF dynamics mediated by the action of Progesterone at choroid plexus. In a study on rabbits a combined estrogen-progesteron administration caused a significant alterations of CSF dynamics at the choroid plexus (Lindvall-Axelsson & Owman. *Neurol Res*. 12:181-6, 1990).

The authors of this study observed that: "the observed corresponding effect of progesterone in combination with oestrogen may thus be related to those fluctuations in intracranial pressure proposed to occur during the menstrual cycle, pregnancy, during the use of oral contraceptives, or for unknown - presumably hormonal - reasons in obese young women," Also, in their conclusions the authors proposed the mechanisms of changes in CSF pressure in rabbits could be related to a MR-based mechanism and stated: "There may be several kinds of cellular mechanisms involved in the action of progesterone on the choroid plexus function. One mechanism could be an interaction with aldosterone in terms of competition between progesterone and aldosterone at cellular receptors." Finally, they concluded: "Glucocorticoids and sex steroids can indeed influence the transport capacity in the choroid plexus, and this action represents one important component in their postulated effects on intracranial pressure."

It is also biologically plausible, and more likely than not, that LNG causes or substantially contributes to causing the development of PTCS through an androgen-mediated mechanism (as described in Johanson Report). As described above, LNG is highly androgenic, and has a well-documented androgenic side effect profile. A well-known example of possible androgen-mediated PTCS risk is represented by Polycystic ovary syndrome (PCOS), a condition variably characterized by increased body mass index, hyperglycemia due to hyperinsulinemia, hyperandrogenism, and (often) hyperaldosteronism. PCOS patients are also prone to thromboembolic events, due to several factors (e.g., excess of peripheral release of estrogens, increased activity of plasminogen activation) and also frequently develop PTCS (Johanson Report). Importantly, PCOS metabolic profile is typically characterized by high levels of androgens. In addition to androgens and their possible role in causing or triggering PTCS, also peripheral enzymatic conversion of androgens to estrogens (through aromatase enzymes) may represent a risk factor for PTCS in addition to PCOS-associated obesity according to some researchers (Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014). Particularly, aromatase enzymes are more present in the buttock regions rather than in abdominal (i.e., visceral) fat, and it has been previously proposed that a gynecoid (pear-shaped) fat distribution (i.e., in the buttock regions) is more likely to be associated with the development of PTCS (Kesler et al. *Ophthalmology*. 117:169–174, 2010).

**Female-, Age- and Weight- Related Risk Factors for PTCS in Mirena® Users**

As thoroughly discussed in this report, PTCS-related causal mechanisms are in a very large proportion related to underlying imbalances of steroid hormones,

especially female sex hormones like estrogens or progesterone. This is corroborated by *not-controversial* observations such as: **(a)** the very low incidence of PTCS in pre-pubertal children vs. adults; **(b)** the much higher incidence of PTCS in post-pubertal women vs. men; **(c)** the absence of a gender preference (women vs. men) before puberty; **(d)** the notably higher PTCS incidence in young obese women vs. normal weighted women; **(e)** the tendency to relative testosterone deficiency in those (rare) men affected with PTCS in their post-pubertal age (Kiehna et al. *J Clin Endocrinol Metab*. 95:1528–32, 2010; Fraser et al., *J Neurol Sci*. 290:86-9, 2010; Rangwala & Liu. *Surv Ophthalmol*. 52:597–617, 2007; Salpietro et al. *J Pediatr*. 162:1084, 2013; Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; McGeeney & Friedman DI. *Headache*. 54:445–458, 2014; Sheldon et al. *Ophthalmology*. 123:2424-2431, 2016).

The predilection of PTCS for the female gender would suggest that female hormones may play a role in pathogenesis; however, previous studies into the role of oestrogens were inconclusive and have not been replicated (Donaldson & Horak. *J Neurol Neurosurg Psychiatry* 45:734–736, 1982; Soelberg Sorensen et al. *Arch Neurol*. 43:902–906, 1986). Conversely, a large amount of clinical and basic research studies as well as animal models studies indicate a crucial involvement of Progesterone (and synthetic progestins like LNG) in the pathophysiology of the disease, by disturbing the female sex hormone delicate balance. In this context, LNG androgenicity more likely than not disturbs the optimal ratio of androgen/estrogen, and the critically-important estrogen/progesterone relationship (Johanson report).

In humans, high MRs expression is found in different brain areas (Martinerie et al. *Biochimie*. 95:148-57, 2013), and animal studies as well as human studies suggest significant MRs (and $Na^{+}/K^{+}$-ATPase sodium channels) expression at the brain choroid plexus. Interestingly, MRs expression is also known to rise at puberty and is higher in women than in men (Watzka et al. *Steroids*. 65:895–901, 2000; Elger et al. *Steroids*. 68: 891–905, 2003). The age- and sexual-dimorphism of MRs expression after puberty can explain the reason why PTCS features change so dramatically after puberty [**(i)** higher incidence than pre-pubertal children, **(ii)** much higher incidence in women vs. men, **(iii)** acquisition of gender preference (which was absent in pre-pubertal age) after puberty]. In addition, weight gain or obesity might play a role on MRs expression as documented by experiments on mice put under high-fat diet which led to increased MRs expression (Liu et al. *Exp Ther Med*. 14:439-446, 2017).

Studies on animal models (rats, rabbits) discussed above suggested that progesterone can increase transcription of MRs in the brain (Castren et al. *Endocrinology*. 136:3800-6, 1995) and also that progesterone administration

can alter CSF dynamics as well as choroid plexus $Na^+/K^+$-ATPase expression.

Thus, by gathering all the above discussed clinical and basic research evidences, it is more likely than not that LNG-IUDs (including Mirena ®) cause (or significantly contribute to) PTCS through a MR-based mechanism and, within a multi-factorial context, both female gender and overweight (when present) could be regarded as addition contributing factors, making a proportion of the women using Mirena® even more prone to the medication-related endocrine side effects (including PTCS).

**Mirena®, Obesity, and Sex Hormone Binding Globulin (SHBG)**

Differences in pharmacokinetics of LNG greatly rely on body mass index and specific (inter-individual) metabolism differences. In the blood, approximately 48% of LNG is bound to sex hormone binding globulin (SHBG) and 50% to albumin (Kuhl H. *Climateric*. 8:3–63, 2005). It is known that LNG is a highly bound drug, mainly to sex hormone binding globulin (SHBG), with only a small fraction unbound (2–3%) (Edelman et al. *Contraception*. 82:314–232, 2010; Stanczyk F. *Steroids*. 68:879–890, 2003).

Studies have shown that desogestrel, levonorgestrel, and lynestrenol (all synthetic progestins) all decrease SHBG concentration (Ruoken A. *Europ. J. Obstet Gynec. reprod. Biol.* 20:13-18, 1985). In this regard, it is known that LNG itself can cause a reduction in SHBG (Simmons & Edelman. *Fertil Steril*. 106:1282-1288, 2016). A study of women taking a single oral dose of 0.15 mg LNG, and during one treatment cycle, found a 50% decrease in SHBG (Kuhnz W. *Contraception* 46:443-454, 1992), and a similar study of women with a Mirena® inserted during normal menstrual cycle found a 30% decline of SHBG (Jia MC. *Adv. Contraception*. 8:33-40, 1992).

Compared to normal women with normal body mass index, levels of SHBG are also known to be much lower in obese women (Lindstedt et al. *Diabetes*. 40:123-8, 1991; Hautanen et al., *Int J Obes Relat Metab Disord*. 24(Suppl 2):S64–70, 2000; Stanczyk et al. *Contraception*. 78:201–3, 2008; Edelman et al. *Contraception*. 94:52-7, 2016).

A previous study showed a direct correlation between higher body mass index profiles and lower LNG plasma levels in obese women using LNG-IUD (Seeber et al., Contraception. 86:345-9, 2012). The authors explained that low LNG plasma levels correlated to obesity because of the peculiar LNG pharmacokinetics in the presence of abundant fat tissue and stated: "Like other steroidal hormones, LNG is a lipophilic molecule and partitions into fat tissue... A large volume of adipose tissue increases the volume of distribution for

lipophilic substances like LNG and, as a consequence, decreases levels in plasma."

Hormone bound to SHBG is not biologically active, so levels of SHBG affect the relative amounts of free and progestins, as well as endogenous androgens, that are available to hormonally sensitive tissues (Alvarez et al., *Contraception*. **58**:211-4, 1998; Edelman et al. *Contraception.* 94:52-7, 2016).

Since LNG is so highly bound to SHBG, the unbound fraction of active hormone is, more likely than not, particularly elevated in obese women (Edelman et al. *Contraception.* 94:52-7, 2016). In this context, more likely than not, a relatively higher (compared to expected unbound levels for similar total serum levels) proportion[3] of free LNG (as the result of reduced circulating SHBG levels in obese women) can be directed also to additional target sites (other than fat tissue) such as the brain and the choroid plexus, resulting in a greater degree of undesirable hormonal neurological effects, such as PTCS.




**Figure 1.**
Fraction of LNG unbound (free-fraction) and SHBG levels. [* denotes significantly (p<0.05) different from Obese ECx1]. Each bar represents mean±S.D of n=5 women.

*From Edelman et al. Contraception. 94:52-7, 2016.* This figure shows the greater free fraction of LNG in obese vs. non-obese individuals and also the inverse correlation between weight and SHBG levels.

**Mirena®, Weight Gain, and PTCS**

Notably, in addition to obesity *per se*, a number of studies observed a causal relationship also between PTCS and weight gain (Ireland et al. *Arch Neurol*. 47: 315–320, 1990; Giuseffi et al. Neurology. 41: 239–244, 1991; Rowe et al., *Int J*

[3] This is the *fraction* of unbound LNG, not the serum *concentration*. LNG-IUDs are sold with a standard dose, regardless of weight or BMI. Obese women will generally have lower *concentrations* of LNG as a result of the LNG being distributed throughout the body. These lower *concentrations*, however, are unlikely to produce a protective effect given the multi-factorial etiology of PTCS in obese women.

*Obes Relat Metab Disord*. 23: 54–59, 1999; Daniels et al. *Am J Ophthalmol*. 143: 635-41, 2007; Salpietro et al. *J Pediatr*. 162: 1084, 2013).

These studies showed that the severity of PTCS symptoms can be related to the highest percentages of weight gained during the year before the onset of symptoms and PTCS patients who were not (previously) overweight might move to the "at risk" group for developing PTCS when they gain weight (Daniels et al. *Am J Ophthalmol*. 143: 635-41, 2007; Salpietro et al. *J Pediatr*. 162: 1084, 2013). Support to this conclusion come from a study on a very large series of 354 adults with PTCS in which the authors found that the body mass index had a small but clinically insignificant influence on CSF opening pressure values (Whiteley et al. *Neurology*. 67: 1690-1, 2006). These results indicate that the weight gain itself versus a long history of obesity represents a key-factor in determining the possible (endocrine-metabolic) pathophysiological changes discussed above (e.g., increase in adipokines, leptin, insulin resistance, aldosteronism, metabolic syndrome, excess of aromatase enzyme activity) which in turn cause (or contribute to) PTCS.

Thus, on the basis of these (and other) observations the role of weight gain itself represent as a risk factor *per se* in PTCS onset and/or recurrence and this notion is generally accepted in the medical literature (Ireland et al. *Arch Neurol*. 47: 315–320, 1990; Giuseffi et al. Neurology. 41: 239–244, 1991; Rowe et al., *Int J Obes Relat Metab Disord*. 23: 54–59, 1999; Daniels et al. *Am J Ophthalmol*. 143: 635-41, 2007; Ko et al. *Neurology*. 76: 1564–1567, 2011; Salpietro et al. *J Pediatr*. 162: 1084, 2013; Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014; Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014; Sheldon et al. *Ophthalmology*. 123:2424-2431, 2016).

Interestingly, results from a recent large systematic review from the Cochrane Database (Lopez et al. *Cochrane Database Syst Rev*. 8:CD008815, 2016) examined the association between progestin-only contraceptives (including LNG-releasing IUD) and changes in body weight by reviewing the available medical information from 11,450 women described in a total of 22 studies. For example, in one of these studies they found a significantly greater ($p<0.0001$) mean weight increases with the use of MPA-based contraceptives versus the non-hormonal Cupper-IUD, for weight (kg) at years 1 (1.3 vs 0.2), 4 (3.5 vs 1.9), and 10 (6.6 vs 4.9) (Modesto et al. Eur J Contracept Reprod Health Care. 20:57-63, 2015).

Two out of these 22 examined studies were on women using LNG-IUD. In one of these studies Dal'Ava (Dal'Ava et al. *Contraception*. 86:350-3, 2012) compared body composition changes in women using LNG-IUD vs. women using the non-hormonal Cu-IUD. The two groups were paired by age (± 2

years) and body mass index (± 2 kg/m2). At 12 months, the LNG-IUD group differed in percent change in body fat mass compared with non-hormonal Cu-IUD group (reported means 2.5% versus -1.3 %; P=0.029. The LNG-IUD group also differed from the Cu-IUD users in percent change in lean body mass (reported means 1.4% versus 1.0%; P =0.027).

The second study examined was by Napolitano et al. (Napolitano et al. *Eur J Contracept Reprod Health Care.* 21:168-75, 2016) who compared body composition changes at 12 months for peri-menopausal women using LNG-IUD vs. a control group receiving no hormonal treatment. In unadjusted analysis, change in mean weight or body mass index did not differ significantly between the LNG-IUD group and the control group at 12 months. However, compared with the control group, the LNG-IUD group had a greater mean increase in percent fat mass (mean difference 1.60, 95%; confidence interval 0.45 to 2.75) and therefore a greater decrease in fat free mass (mean difference -1.60, 95%; confidence interval -2.75 to -0.45). These results agree with previous studies and case series.

Of interest, from a survey of Latin American women across four countries, more women who used a LNG-IUD based contraception method believed this led to weight gain, mood swings, and infertility compared with a copper-based IUD (Silva-Filho et al. *Eur J Contracept Reprod Health Care.* 21:213-9, 2016).

In a US study, some women also reported weight gain as a side effect for the LNG-IUD (Dickerson et al. *Fam Med.* 45:701-7, 2013). However, some other studies have shown no significant correlation between LNG-IUD and weight gain (Vickery et al. *Contraception.* 88:503-8, 2013; Modesto et al. Eur J Contracept Reprod Health Care. 20:57-63, 2015). As described earlier in this report, under "Levonorgestrel Metabolism and Mechanisms of Action," I conclude it is more likely than not that LNG-IUD causes or is capable of causing weight gain in women who use it.

In this litigation, Bayer admits that edema and weight gain are "common undesirable effects" >1/100, <1/10" of Mirena[4] (as also described in the earlier section "Levonorgestrel Metabolism and Mechanisms of Action") and these undesiderable side effects represent strong evidences of mineralocorticoid agonism. Weight gain is one of the most well-established risk factor of PTCS as Bayer also states in the response document Risk of Pseudotumor Cerebri/Idiopathic Intracranial hypertension (BfArM request dated 20th July 2017).

[4] See study report from A46796, discussed earlier.

In conclusion, from the analysis of published literature and confidential documents related to this litigation three PTCS patient groups emerge: **(1)** women not overweight nor experiencing weight gain using Mirena® developed PTCS more likely than not through a MR-based mechanism of LNG; **(2)** women taking Mirena® gaining weight during the treatment and developed PTCS through a *multi-factorial* weight gain and MR-based mechanism to which LNG more likely than not contributed; **(3)** women who were already obese before starting Mirena® were already predisposed to PTCS and LNG, more likely than not, triggered abnormal CSF fluctuations through a MRs-based mechanism. In regard to the third (n. 3) group, it is well-accepted (and thoroughly discussed above) that overweight/obese women have less SHBG, and therefore more unbound hormone. Increased levels of unbound free and active drug more likely than not means a higher risk of adverse effects of the drug, including PTCS.

These greater effects include those at the systemic and at the choroid plexus and CSF level. It is thus biologically plausible that, together with weight gain during LNG-based contraception, also a pre-existent overweight/obesity status represent a concurring factor which lead to a further increased PTCS risk in women taking Mirena ®, through a *peripheral* SHBG-based and *central* MR-based mechanism.

All together, as described through this report, it is more likely than not that Mirena, through the LNG, is capable of causing, or substantially contributing to causing, PTCS.

Vincenzo Salpietro, MD
December 28, 2017

Curriculum Vitae (European Format)

**Surname/name**: Dr. Salpietro Damiano/Vincenzo
**Position**: Clinical Research Associate of Molecular Neuroscience, Institute of Neurology, University College London (UCL)
**Qualifications**: MD, MPhil, PEDsci, Clinician Scientist
**Address**: Vauxhall Bridge Road 75, London SW1V 2SP
**General Medical Council (UK) No.**: 7452445
**Phone**: +44(0)7884538954
**Country**: United Kingdom

**Brief summary of Professional experiences and qualifications**

I am a Medical Doctor and a Paediatrician, qualified as a Clinician Research Scientist in Molecular Neurosciences. I completed my Medical studies in Italy (University of Messina) in 2009 and my training as a Paediatrician and a Paediatric Neurologist between Italy (University of Messina, University of Pavia) and United Kingdom (Imperial College London). Between 2013 and 2014 I attended the Molecular Biomedicine Lab at the Department of Medicine, Imperial College London as part of my Clinical Research Fellowship in Pediatric Neurology and Neurosciences; since July 2015 I was appointed as Clinical Research Associate of Molecular Neuroscience in the Institute of Neurology, University College London (UCL). I am a Clinician Scientist in the field of Neurosciences and Molecular medicine and my research work is mostly focused on investigating the genetic, metabolic and endocrine alterations causing rare neurological disorders of yet poorly understood pathophysiology. I have recently identified (as Principal Investigator/First Author) a new gene causing a congenital form of myasthenic syndrome in collaboration with the Laboratory of Prof James E. Rothman (Professorial Research Associate, Nobel Laureate in Physiology and Medicine in 2013) at UCL, two new genes responsible for myasthenia and epilepsy (see in the publications section: Salpietro et al., Ann Neurol 2017, Zollo et al., Brain 2017 and Salpietro et al., Brain 2017), one new gene responsible for neuropathy and epilepsy (Salpietro et al., Hum Mut 2017), one new gene responsible for chorea and dystonia (Salpietro et al., Mov Dis 2017). I am actually working in elucidating the genetic and metabolic molecular basis of a number of rare neurological disorders, including idiopathic intracranial hypertension and familial hemiplegic migraine. As the result of my research I produced more nearly 100 scientific papers or communications and several abstracts and book chapters. I published over than 60 manuscripts in international peer reviewed journals, especially in the field of Endocrinology (e.g., Clinical Endocrinology, European Journal of Endocrinology, International Journal of Endocrinology, Journal of Endocrinological Investigation, Neuroendocrinology Letters, JPEM), or Neurology and related (genetic and paediatric) sub-specialties (e.g., Annals of Neurology, Brain, Neurology, Movement Disorders, Epilepsia, Headache, Ophthalmology, American Journal of Medical Sciences, Journal of Pediatrics, European Journal of Pediatrics, American Journal of Human Genetics, American Journal of Medical Genetics, Neurogenetics, Clinical Genetics). My research on

idiopathic intracranial hypertension (IIH) and Pseudotumor Cerebri syndrome (PTCS), a disorder of unknown aetiology characterized by increased cerebrospinal fluid pressure, led to the development of a pathophysiological model that implicate most of the known endocrine and metabolic risk factors (e.g., obesity, endocrine disturbances, assumption of drugs including manufactured hormones and octreotide) in contributing to the aetiology of this rare neurological disorder. The neuroendocrine perspective in IIH/PTCS pathophysiology has been largely cited during the last 5-year period, and is actually considered by different researchers from the field a plausible endocrine-metabolic aetiological model related to the increase of cerebrospinal fluid pressure and the developing of the disease. I am currently working in integrating the mechanistic model of disease aetiology with genetic, metabolomic and bioinformatic data, generated by the collection and analysis of biological samples from an international IIH patients/families cohort. It is likely that I will spend the next 5 years of my research on the functional characterization of these results through both *in-vitro* research and animal model studies, with the ultimate goal to uncover metabolic and molecular pathways underlying the disorder and then translate this research into disease modifying treatment for IIH. I wrote a number of scientific manuscripts, reports, books, chapters and research abstracts related to the IIH field, especially in regard to the endocrine-metabolic risk factors associated to the syndrome. In many of these scientific contributions I collaborated with eminent researchers from different countries (e.g., USA, United Kingdom, Israel, Italy) and specialties (Ophthalmology, Neurology, Paediatrics, Neurosurgery, Physiology, Genetics), all actively involved in IIH research (see the publications section). In collaboration with the Intracranial Hypertension Research Foundation (IHRF) in the USA, I cured as Principal Editor a Special Issue/Book on Pseudotumor Cerebri syndrome that was published by Thieme in 2015 and freely distributed among IHRF patients and families (http://ihrfoundation.org/hypertension/more_info/journal-of-pediatric-neurology-pediatric-ihissue/). In addition, I currently and actively collaborate with a number of other (patients and research) Societies involved in IIH in Europe, and have been invited in different Conferences and meetings as expert IIH researcher or clinical (neurologist/paediatric neurologist) consulent. As a clinician and scientist, I have sat on numerous scientific review committees and have been invited to revise papers for a number of journal from my fields. As a researcher I participated in training and lecturing medical students and Masters trainees both at Imperial College London Medical School (between 2013 and 2014) and at the UCL Institute of Neurology (since 2015)

**Dr. Vincenzo Salpietro**

Vincenzo Salpietro, MD, MPhil,
Clinician Scientist Research Associate of Molecular Neuroscience
Institute of Neurology, University College of London
London WC1N 3BG, United Kingdom

**Publications**

1) **Salpietro V**, Perez-Dueñas B, Nakashima K, San Antonio MV, Manole A, Efthymiou S, Bettencourt C, Mencacci NE, Klein C, Kelly MP, Davies CH, Kimura H, Macaya A, Houlden H. A homozygous loss-of-function mutation in PDE2A associated to infantile-onset hereditary chorea. Mov Dis 2017. *In Press* [IF 7.02]

2) Bettencourt C*, **Salpietro V***, Efthymiou S, Chelban V, Hughes D, Pittman AM, Federoff M,Bourinaris T, Spilioti M, Deretzi G, Kalantzakou T, Houlden H, Singleton AB, Xiromerisiou G. Genotype-Phenotype correlations and expansion of the molecular spectrum of *AP4M1*-related Hereditary Spastic Paraplegia. Orphanet J Rare Dis 2017. *In Press* [IF 3.507] *Shared first authors

3) **Salpietro V**, Zollo M, Vandrovcova J, Ryten M, Botia JA, Ferrucci V, Efthymiou S, Al Mutairi F, Bertini E, Tartaglia M, SYNAPS Study Group, Houlden H. The phenotypic and molecular spectrum of PEHO syndrome and PEHO-like disorders.
*Brain*. 2017; Aug 1;140(8):e49. [IF 10.292]

4) Anazi S*, Maddirevula S*, **Salpietro V****, Asi Y**, Alsahli V**, Alhashem A, Shamseldin HE, AlZahrani F, Patel N, Ibrahim N, Abdulawahab F, Hashem M, Alhashmi N, Al Murshedi F, Kindy AA, Alshaer A, Rumayyan A, Al Tala S, Kurdi W, Alsaman A, Alasmari A, Banu S, Sultan T, Saleh M, Alkuraya H, Salih M, Aldhalaan H, Ben-Omran T, Al Musafri F, Ali R, Suleiman J, Tabarki B, El-Hattab A, Bupp C, Alfadhel M, Al-Tassan N, Monies D, Arold S, Abouelhoda M, Lashley T, Houlden H, Faqeih E, Alkuraya FS
*Hum Genet*. 2017, *In Press* [IF 4.637]
**Shared second authors

5) **Salpietro V***, Efthymiou S*, Manole A, Maurya B, Wiethoff S, Ashokkumar B, Cutrupi MC, Dipasquale V, Manti S, Botia JA, Vandrovcova J, Bettencourt C, Mankad K, Mukherjee A, Mutsuddi M, Houlden H. A loss-of-function homozygous mutation in DDX59 implicates a conserved RNA helicase in nervous system development and function
*Hum Mut*. 2017. *In Press* [IF 4.601]
*Shared first authors

6) Manole A, Jaunmuktane Z, Hargreaves I, Ludtmann MHR, **Salpietro V**, Bello O, Pope S, Pandraud, A, Horga A, Scalco RS, Li A, Ashokkumar B, Lourenço CM, Heales S, Horvath R, Chinnery PF, Toro C, Singleton AB, Jacques TS, Abramov AY, Muntoni F, Hanna MG, Reilly MM, Revesz T, Kullmann DM, Jepson JEC, Houlden H. Clinical, pathological and functional characterisation of riboflavin responsive neuropathy.
*Brain* 2017. 2017 Nov 1;140(11):2820-2837. [IF 10.292]

7) **Salpietro V**, Lin W, Vedove AD, Storbeck M, Liu Y, Efthymiou S, Manole A, Wiethoff S, Ye Q, Saggar A, McElreavey K, Krishnakumar SS, SYNAPS Study Group, Pitt M, Bello OD, Rothman JE, Basel-Vanagaite L, Hubshman MW, Aharoni S, Manzur AY, Wirth B, Houlden H. Homozygous mutations in VAMP1 cause a presynaptic congenital myasthenic syndrome.
*Ann Neurol*. 2017;81(4):597-603 [IF 9.89]

8) Zollo M*, Ahmed M*, Ferrucci V*, **Salpietro V***, Asadzadeh F, Carotenuto M, Maroofian R, Al-Amri A, Singh R, Scognamiglio I, Mojarrad M, Musella L, Duilio A, Di Somma A, Karaca E, Rajab A, Al-Khayat A, Mohapatra TM, Eslahi A, Ashrafzedh F, Rawlins LE, Prasad R, Gupta R, Kumari P, Srivastava M, Cozzolino F, Kumar Rai S, Monti M, Harlalka GV, Simpson MA, Rich P, Al-Salmi F, Patton MA, Chioza BA, Efthymiou S, Granata F, Di

Rosa G, Wiethoff S, Borgione E, Scuderi C, Mankad K, Hanna MG, Pucci P, Houlden H, Lupsi JR, Crosby AH, Bapple EL. Prune is crucial for normal brain development and mutated in microcephaly with neurodevelopmental impairment
*Brain*. 2017;140(4):940-952. [IF 10.292]
*Shared first author

9) Savasta S, Carlone G, Castagnoli R, Chiappe F, Bassanese F, Piras R, **Salpietro V**, Brazzelli V, Verrotti A, Marseglia GL. X-Linked Hypohidrotic Ectodermal Dysplasia: New Features and a Novel EDA Gene Mutation.
*Cytogenet Genome Res* 2017. doi: 10.1159/000478922 [IF 1.354]

10) Sheldon CA, Paley GL, Xiao R, Kesler A, Eyal O, Ko MW, Boisvert CJ, Avery RA, **Salpietro V**, Philips PH, Heidary G, McCormack SE, Liu GT. Pediatric Idiopathic Intracranial Hypertension: Age, Sex, Sexual Maturation and Anthropometrics at Diagnosis in a Large, Retrospective, Multi-site Cohort
*Ophthalmology*. 2016;123(11):2424-2431 [IF 8.20]

11) Mencacci NE, Kamsteeg EJ, R'Bibo L, Lynch DS, Balint B, Willemsen MA, Adams ME, Wiethoff S, Ng J, Meyer E, Veneziano L, Giunti P, Hughes D, Raymond FL, Carecchio M, Zorzi G, Nardocci N, Barzagli C, Garavaglia B, **Salpietro V**, Hardy J, Pittman A, Houlden H, Kurian MA, Vissers LE, Wood NW, Bhatia KP. De Novo Mutations in PDE10A cause childhood-onset chorea with bilateral striatal lesions
*Am J Hum Genet*. 2016;98(4):763-71 [IF 9.025]

12) **Salpietro V**, Manole A, Efthymiou S, Houlden H. A review of copy number variants in inherited neuropathies.
*Curr Genomics*. 2017, *In Press* [IF 1.835]

13) Balint B, Erro R, **Salpietro V**, Houlden H, Bhatia KP. PKD or Not PKD: That is the question.
*Ann Neurol*. 2016; 80(1):167-8 [IF 9.89]

14) Granata F, Morabito R, Mormina EM, Alafaci C, Marino S, Lagana' A, Vinci SL, Briguglio M, Calamuneri A, Gaeta M, **Salpietro V**, Longo M. 3T Double Inversion Recovery Magnetic Resonance Imaging: diagnostic advantages in the evaluation of cortical developmental anomalies
*Eur J Radiol*. 2016;85(5):906-14 [IF 2.369]

15) Matricardi S, Spalice A, **Salpietro V**, Di Rosa G, Balistreri MC, Grosso S, Parisi P, Elia M, Striano P, Accorsi P, Cusmai R, Specchio N, Coppola G, Savasta S, Carotenuto M, Tozzi E, Ferrara P, Ruggieri M, Verrotti A. Epilepsy in the setting of full trisomy 18: A multicenter study on 18 affected children with and without structural brain abnormalities.
*Am J Med Genet C Semin Med Genet*. 2016; 172 (3):288- 95 [IF 5.6]

16) Lougaris V, **Salpietro V**, Cutrupi MC, Baronio M, Moratto D, Pizzino MR, Mankad K, Briuglia S, Salpietro C, Plebani A. Proteus Syndrome: evaluation of the immunological profile.
*Orphanet J Rare Dis*. 2016 13;11:3 [IF 3.507]

17) Papandreou A, Schneider RB, Augustine EF, Ng J, Mankad K, Meyer E, McTague A, Ngoh A, Hemingway C, Robinson R, Varadkar SM, Kinali M, **Salpietro V**, Basheer N, Webster R, Mohammad SS, Trump N, Jenkins L, Elmslie F, Pula S, Hurst JA, Perez-Duenas B, Paciorkowski AR, Kurian MA. Delineation of the Movement Disorder Spectrum in FOXG1-Related Disease.
*Neurology*. 2016;86(19):1794-800. [IF 8.320]

18) Ceravolo F, Sestito S, Falvo F, **Salpietro V**, Polizzi A, Ruggieri M, Bruno MF, Concolino D. Neurological Involvement in Inherited Metabolic Diseases: An Overview. *J Pediatr Biochem*. 2016; 6(1): 3-10

19) Nicoletti A, Sestito S, Falvo F, Mascaro I, Moricca MT, **Salpietro V**, Polizzi A, Ruggieri M, Bruno MF, Concolino D. Neurological Findings in Anderson-Fabry Disease. *J Pediatr Biochem*. 2016; 6(1): 53-59

20) Procopio D, Mascaro I, Ferraro S, Ceravolo F, Moricca MT, **Salpietro V**, Polizzi A, Ruggieri M, Bonapace G, Concolino D. Hyperphenylalaninemia: From Diagnosis to Therapy. *J Pediatr Biochem*. 2016; 6(1): 11-18

21) Ceravolo F, Grisolia M, Nicolettti A, Sestito S, **Salpietro V**, Polizzi A, Ruggieri M, Bonapace G, Pascale E, Concolino D. Pathobiological Insights into the Newly Targeted Therapies of Lysosomal Storage Disorders. *J Pediatr Biochem*. 2016; 6(1): 30-38

22) Mascaro I, Ceravolo F, Ferraro S, Procopio D, Falvo F, Grisolia M, Leone G, **Salpietro V**, Polizzi A, Ruggieri M, Concolino D. Neurological Involvement in Tetrahydrobiopterin Deficiency. *J Pediatr Biochem.* 2016; 6(1): 19-24

23) Sestito S, Falvo F, Grisolia M, Nicoletti A, Pascale E, Moricca MT, Esposito S, **Salpietro V**, Polizzi A, Ruggieri M, Concolino D. Neuronopathic Gaucher Disease. *J Pediatr Biochem.* 2016; 6(1): 39-45

24) Ruggieri M, Polizzi A, Schepis C, Morano M, Strano S, Belfiore G, Palmucci S, Foti PV, Pirrone C, Roggini M, David E, **Salpietro V**, Milone P. Cutis tricolor: a literature review and report of five new cases. *Quant Imaging Med Surg*. 2016;6(5):525-534.

25) Ruggieri M, Polizzi A, Strano S, Schepis C, Morano M, Belfiore G, Palmucci S, Foti PV, Pirrone C, Sofia V, David E, **Salpietro V**, Mankad K, Milone P.Mixed vascular nevus syndrome: a report of four new cases and a literature review. *Quant Imaging Med Surg*. 2016;6(5):515-524.

26) Pavlidou E*, **Salpietro V***, Phadke R, Hargreaveas IP, Batten L, McElreavy K, Pitt M, Mankad K, Cutrupi MC, Saggar A, Kinali M. Secondary mitochondrial myopathy and optic nerve atrophy further expand the spectrum associated with selenoprotein biosynthesis deficiency
*Eur J Paediatr Neurol*. 2016;20(3):483-8. [IF 2.013]
*Shared first authors

27) **Salpietro V**, Ruggieri M, Mankad K, Polizzi A, Di Rosa G, Granata F, Loddo I, Moschella E, Calabrò MP, Capalbo A, Bernardini L, Novelli A, Seidler DG, Arrigo T, Briuglia S. A de novo 0.63 Mb 6q25.1 deletion associated with growth failure, congenital heart defect, underdeveloped cerebellar vermis, abnormal cutaneous elasticity and joint laxity
*Am J Med Genet A.* 2015; 167(9):2042-51 [IF 2.259]

28) Cuppari C, Manti S, Chirico V, Caruso R, **Salpietro V**, Giacchi V, Lagana' F, Arrigo T, Salpietro C, Leonardi S. Sputum high mobility group box-1 in asthmatic children: a noninvasive sensitive biomarker reflecting disease status
*Ann Allergy Asthma Immunol.* 2015; 115(2):103-7 [I.F. 3.728]

29) Marseglia L, Manti S, D'Angelo G, Cuppari C, **Salpietro V**, Filippelli M, Trovato A, Gitto E, Salpietro C, Arrigo T. Obesity and breastfeeding: The strength of association.
*Women Birth.* 2015, 28(2):81-6 [I.F. 2.138]

30) Savasta S, **Salpietro V**, Spartà MV, Foiadelli T, Laino D, Lobefalo L, Marseglia GL, Verrotti A. Stickler Syndrome and Epilepsy: report of three cases.
*Eur J Pediatr.* 2015,174(5):697-701 [I.F. 1.921]

31) Christodoulou L, Krishnaiah A, Spyridou C, **Salpietro V**, Hannan S, Saggar A, Mankad K, Deep A, Kinali M. Kenny Caffey Syndrome with severe respiratory and gastrointestinal involvement: expanding the clinical phenotype.
*Quant Imaging Med Surg*. 2015;5(3):476-9

32) Mormina EM, Briguglio M, Morabito R, Arrigo A, Marino S, Di Rosa G, Micalizzi A, Valente EM, **Salpietro V**, Vinci S, Longo M, Granata F. A rare case of profound cerebellar hypoplasia: probabilistic Constrained Spherical Deconvolution tractography, clinical and genetic findings.
*Brain Imaging Behav*. 2016;10(1):158-67 [I.F. 3.985]

33) Marseglia L, Manti S, D'Angelo G, Cuppari C, Salpietro V, Filippelli M, Chirico V, Gitto E, Salpietro C, Arrigo T. The Role of Visfatin in Pregnancy, Complications and Procreation
*J Pediatr Biochem.* 2015; 5(1):2-7

34) Marseglia L, D'Angelo G, Manti S, **Salpietro V**, Arrigo T, Cavallari V, Gitto E. Sudden cardiac arrest in a child with nemaline myopathy.
*Ital J Pediatr.* 2015; 41:20 67 [I.F. 1.668]

35) **Salpietro V**, Ruggieri M, Johanson CE, Weber KT. Pediatric Pseudotumor Cerebri Pathophysiology: from the "Unifying neuroendocrine perspective" to the "Integrated bioenergetic-hormonal mechanism".
*J Pediatr Neurol.* 2015; 13(01):011-015

36) Johanson CE, **Salpietro V.** Molecular modeling of CSF dynamics in Pediatric Pseudotumor Cerebri: Altered sodium transport in choroid plexus by lithium treatment
*J Pediatr Neurol.* 2015;13(01):026-030

37) Ruggieri M, **Salpietro V**, Johanson CE. History of Pseudotumor Cerebri Syndrome: among "courses" and "recourses"
*J Pediatr Neurol.* 2015; 13(01):003-007

38) Marseglia L, Nicotera A, **Salpietro V**, Giaimo E, Cardile G, Bonsignore M, Alibrandi A, Caccamo D, Manti S, D'Angelo G, Mamì C, Di Rosa G. Hyperhomocysteinemia and MTHFR polymorphisms as antenatal risk factors of white matter abnormalities in two cohorts of late preterm and full term newborns
*Oxid Med Cell Longev*. 2015:5:543134 [I.F. 4.593]

39) Chimenz R, Manti S, Fede C, Stroscio G, Nicotera A, Di Rosa G, Romeo AC, **Salpietro V**, Cuppari C. Primary Nocturnal enuresis in children with allergic rhinitis and severe adenotonsillar hypertrophy: a single center pilot study.
*J Biol Regul Homeost Agents*. 2015;29(2 Suppl 1):73-9 [I.F. 1.469]

40) **Salpietro V**, Polizzi A, Romeo AC, Dipasquale V, Morabito P, Chirico V, Di Rosa G, Arrigo T and Ruggieri M. Adrenal Disorders and the Pediatric Brain: Pathophysiological Considerations and Clinical Implications.
*Int J Endocrinol.* 2014;2014:282489 [I.F. 2.510]

41) Morabito R, Colonna MR, Mormina E, Stagno d'Alcontres F, **Salpietro V**, Blandino A, Longo M, Granata F. Accessory oral cavity associated with duplication of the tongue and the mandible in a newborn: a rare case of Diprosopus. Multi-row detector computed tomography diagnostic role
*J Craniomaxillofac Surg*. 2014;42(8):1924-8 [I.F. 1.583]

42) **Salpietro V**, Phadke R, Saggar A, Hargreaves IP, Yates R, Fokoloros C, Mankad K, Hertecant J, Ruggieri M, McCormick D, Kinali M. Zellweger syndrome and secondary mitochondrial myopathy.
*Eur J Pediatr*. 2015; 174(4):557-63 [I.F. 1.921]

43) Chirico V , Lacquaniti A , **Salpietro V**, Buemi M, Salpietro C, Arrigo T. Central precocious puberty: from physiopathological mechanisms to treatment.
*J Biol Regul Homeost Agents*. 2014;28(3):367-75 [I.F. 1.469]

44) **Salpietro V**, Ruggieri M. Pseudotumor Cerebri Pathophysiology: the likely role of Aldosterone
*Headache*. 2014;54(7):1229 [I.F. 2.816]

45) **Salpietro V**, Mankad K, Adams A, Valenzise M, Polizzi A, Chirico V, Nicita F, David E, Romeo AC, Savasta S, Marseglia GL, Arrigo T, Tortorella G, Ruggieri M. Pediatric idiopathic intracranial hypertension and the underlying endocrinemetabolic dysfunction: A pilot study.
*J Pediatr Endocrinol Metab*. 2014;27(1-2):107-15 [I.F. 1.233]

46) Thomas M, **Salpietro V**, Canham N, Ruggieri M, Phadke R, Kinali M. Mitochondria DNA Depletion Syndrome in a infant with multiple congenital malformations, severe myopathy and prolonged post-operative paralysis
*J Child Neurol*. 2014; 30(5):654-8 [I.F. 1.378]

47) Nicita F, Spalice A, **Salpietro V**, Caltabiano R, D'Orazi V, Pavone P, Pirrone C, Polizzi A, Ruggieri M. The natural history of Spinal Neurofibromatosis: A critical review of clinical and genetic features.
*Clin Genet*. 2015;87(5):401-10 [I.F. 3.326]

48) Alterio T, Gallizzi R, **Salpietro V**, Cardile S, Centorrino R, Manti S, Chirico V, Ciprandi G, Salpietro C. Subangular Mandibular Abscess as Presentation of Kawasaki Disease.
*Indian J Pediatr*. 2014;81(4):418-9. [I.F. 0.945]

49) Chirico V, Ferraù V, Loddo I, Briuglia S, Amorini M, **Salpietro V**, Lacquaniti A, Salpietro C, Arrigo T. LMNA gene mutation as a model of cardiometabolic dysfunction: From genetic analysis to treatment response.
*Diabetes Metab*. 2014; 40(3):224-8. [I.F. 4.101]

50) Pavone P, Briuglia S, Falsaperla R, Warm A, Pavone V, Bernardini L, Novelli A, Praticò AD, **Salpietro V**, Ruggieri M. A Wide Spectrum of Anomalies Including Choanal Atresia and Malformed Extremities in a Girl with a De Novo Deletion in the 13q12.11 - 13q12.13 Region
*Am J Med Genet.* A 2014; 164A(7):1734-43 [I.F. 2.259]

51) Valeria C, Lacquaniti A, **Salpietro V**, Nicoletta L, Ferraù V, Piraino B, Rigoli L, Salpietro C, Arrigo T. Thyroid dysfunction in thalassaemic patients: ferritin as a prognostic marker and combined iron chelators as an ideal therapy.
*Eur J Endocrinol*. 2013;169(6):785-93 [I.F. 4.101]

52) **Salpietro V**, Mankad K, Polizzi A, Sugawara Y, Granata F, David E, Ferraù V, Gallizzi R, Tortorella G, Ruggieri M. Pediatric Hashimoto's encephalopathy with peripheral nervous system involvement
*Pediatrics International*. 2014;56(3):413-6 [I.F. 0.822]

53) Nicita F, Di Biasi C, Sollaku S, Cecchini S, **Salpietro V**, Pittalis A, Papetti L, Ursitti F, Ulgiati F, Zicari AM, Gualdi GF, Properzi E, Duse M, Ruggieri M, Spalice A. Evaluation of the basal ganglia in neurofibromatosis type 1
*Childs Nerv Syst.* 2014;30(2):319-25 [I.F. 1.081]

54) Ruggieri M, Polizzi A, **Salpietro V**, Incorpora G, Nicita F, Pavone P, Falsaperla R, Nucifora C, Granata F, Distefano A, Padua L, Caltabiano R, Lanzafame S, Gabriele AL, Ortensi A, D'Orazi V, Panunzi A, Milone P, Mankad K, Platania N, Albanese V, Pavone V. Spinal Neurofibromatosis with Central Nervous System Involvement in a Set of Twin Girls and a Boy: Further Expansion of the Phenotype.
*Neuropediatrics.* 2013;44(5):239-44 [I.F. 1.571]

55) **Salpietro V**, Ruggieri M, Alterio T, Mallamace R, Chirico V, Arrigo T, Romano C. Is there a risk of pubertal worsening in primary intestinal lymphangiectasia?
*J Endocrinol Invest.* 2013;36(11):1128 [I.F. 2.633]

56) Chirico V, Cannavò S, Lacquaniti A, **Salpietro V**, Mandolfino M, Romeo PD, Cotta O, Munafò C, Giorgianni G, Salpietro C, Arrigo T. Prolactin in obese children: a bridge between inflammation and metabolic-endocrine dysfunction.
*Clin Endocrinol (Oxf).* 2013;79(4):537-44 [I.F. 3.327]

57) **Salpietro V**, Chimenz R, Arrigo T, Ruggieri M. Pediatric idiopathic intracranial hypertension and extreme childhood obesity: a role for weight gain.
*J Pediatr.* 2013;162(5):1084 [I.F. 3.874]

58) Arrigo T, Chirico V, **Salpietro V**, Munafò C, Ferraù V, Gitto E, Lacquaniti A, Salpietro C. High-mobility group protein B1: a new biomarker of metabolic syndrome in obese children.
*Eur J Endocrinol.* 2013;168(4):631-8 [I.F. 4.101]

59) Ruggieri M, Gabriele AL, Polizzi A, **Salpietro V**, Nicita F, Pavone P, Platania N, Milone P, Distefano A, Privitera G, Belfiore G, Granata F, Caltabiano R, Albanese V, Pavone L, Quattrone A. Natural history of neurofibromatosis type 2 with onset before the age of 1 year.
*Neurogenetics.* 2013;14(2):89-98 [I.F. 3.269]

60) Pedullà M, Miraglia Del Giudice M, Fierro V, Arrigo T, Gitto E, Salpietro A, Lionetti E, **Salpietro V**, Leonardi S, Santaniello F, Perrone L. Atopy as a risk factor for thyroid autoimmunity in children.
*J Biol Regul Homeost Agents.* 2012;26(1 Suppl):S9-14 [I.F. 1.469]

61) Lionetti E, Francavilla R, Castellazzi AM, Arrigo T, Labò E, Leonardi S, Ciprandi G, Miraglia Del Giudice M, **Salpietro V**, Salpietro C, La Rosa M. Probiotics and Helicobacter pylori infection in children.
*J Biol Regul Homeost Agents.* 2012;26(1 Suppl):S69-76 [I.F. 1.469]

62) Miraglia Del Giudice M, Maiello N, Decimo F, Fusco N, D' Agostino B, Sullo N, Capasso M, **Salpietro V**, Gitto E, Ciprandi G, Marseglia GL, Perrone L. Airways allergic inflammation and L. reuterii treatment in asthmatic children.

*J Biol Regul Homeost Agents*. 2012;26(1 Suppl):S35-40 [I.F. 1.469]

63) Khan MU, Khalid H, **Salpietro V**, Weber KT. Idiopathic Intracranial Hypertension Associated with Either Primary Or Secondary Aldosteronism.
*Am J Med Sci*. 2013; 346(3):194-8 [I.F. 1.847]

64) **Salpietro V**, Polizzi A, Bertè LF, Chimenz R, Chirico V, Manti S, Ferraù V, Salpietro A, Arrigo T, Ruggieri M. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis.
*Neuro Endocrinol Lett*. 2012;33(6):569-73 [IF 0.918]

65) Ruggieri M, Milone P, Pavone P, Falsaperla R, Polizzi A, Caltabiano R, Fichera M, Gabriele AL, Distefano A, De Pasquale R, **Salpietro V**, Micali G, Pavone L. Nevus vascularis mixtus (cutaneous vascular twin nevi) associated with intracranial vascular malformation of the Dyke-Davidoff-Masson type in two patients.
*Am J Med Genet A*. 2012;158A(11):2870-80 [IF 2.259]

66) Nicita F, Ruggieri M, Polizzi A, Mauceri L, **Salpietro V**, Briuglia S, Papetti L, Ursitti F, Grosso S, Tarani L, Segni M, Savasta S, Parisi P, Verrotti A, Spalice A. Seizures and epilepsy in Sotos syndrome: analysis of 19 Caucasian patients with long-term follow-up.
*Epilepsia*. 2012;53(6):e102-5 [IF 5.295]

67) **Salpietro V**, Polizzi A, Granata F, Briuglia S, Mankad K, Ruggieri M. Upper respiratory tract infection and torticollis in children: differential diagnosis of Grisel's syndrome.
*Clin Neuroradiol*. 2012;22(4):351-3. [IF 2.618]

68) **Salpietro V**, Ruggieri M, Sancetta F, Colavita L, D'Angelo G, Chimenz R, Fede C. New insights on the relationship between pseudotumor cerebri and secondary hyperaldosteronism in children.
*J Hypertens*. 2012;30(3):629-30 [IF 4.085]

**Publications in international indexed journals (Scopus/ISI):** 68
**First** (or shared first) Author: 19
**Second author**: 6
**Total Impact Factor**: **202,319** (2016 Journals Citation Index)
**Total citations**: 490 (SCOPUS)
**H-index**: 15 (SCOPUS)

**Special Volumes**

"Pediatric Pseudotumor Cerebri Syndrome"
Editori: **Salpietro V**, Ruggieri M, Johanson CE
Pubblicato da Thieme in 2015

**Book chapters (in Italian)**

• 3 capitoli in "Neurologia e Psichiatria dello sviluppo"(Developmental Neurology and Psychiatry). Elsevier, 2012

-Esame obiettivo neurologico nel bambino (Neurological Examination in child)
**Salpietro V**, Savasta S, Verrotti A, Ruggieri M
Neurologia e Psichiatria dello sviluppo, Sezione II, Capitolo V. Elsevier 2012

-Disordini del Movimento (Movement Disorders)
**Salpietro V**, Bianchini R, Ruggieri M.
Neurologia e Psichiatria dello sviluppo, Sezione III, Capitolo XIV. Elsevier 2012

-Malattie immuno-mediate del sistema nervoso (Central Nervous System Immuno-mediated Disorders)
**Salpietro V**, Sesta M, Polizzi A
Neurologia e Psichiatria dello sviluppo, Sezione III, Capitolo XXI. Elsevier 2012

## Additional informations

### Member of scientific societies

-Italian Society of Pediatrics
-Italian Society of Pediatric Neurology
-International Child Neurology Association
-British Society of Neurology and Neuroscience
-Idiopathic intracranial research foundation
-Founder and President of "European Association for Research in Idiopathic Intracranial Hypertension (IARIIH)"

### Invited Lectures from Advanced Courses (selected)

"Il bambino Atassico" (Child with ataxia)
Percorsi Pediatrici dello Stretto, Università degli Studi di Messina

"La sindrome nefrosica congenita" (Congenital Nephrotic Syndrome)
Congresso Nazionale dell' ONSP, Università degli studi di Messina

"Encefaliti immuno-mediate in eta' pediatrica" (Immunomediated Encephalitis in paediatric age)
Seminario di Neuroradiologia Pediatrica, Università degli Studi di Catania

"L'encefalopatia posteriore reversibile (PRES): Aspetti clinici e modelli etiopatogenetici" (Posterior Reversible Encephalopathy in pediatric age: clinical aspects and etiological peculiarities)
Master Universitario di II Livello in "Immunopatologia dell'età evolutiva", Università degli Studi di Pavia, Aprile 2012

"*CACNA1A* Channelopathies and familial hemiplegic migraine in children"
National UK Neurogenetics Meeting, University College of London, Institute of Child Health, London, UK, Jenuary 2013

"Pseudotumor Cerebri Syndrome in children and adults: a neuroendocrine disease"
Neuroscience and Neuroradiology Conference Round, University College London (ICH), London, UK, September 2015

"Genetic Analysis of Paroxysmal Disorders"
National UK Synaptopathies Symposium, UCL Insitute of Neurology London, UK, October 2016

"Genetic synaptopathies from childhood to adulthood"
Department seminar, Children's Hospital of Rabat, Rabat, Morocco, October 2016

"Next-generation Sequencing in neurogenetic disorders"
Child Neurology Association conference, Institute of Child Health, Dhaka Medical

University, Dhaka, Bangladesh, February 2017

**International Scientific Collaborations of Dr. Vincenzo Salpietro**

SYNAPS Study Group Collaborators (>100 Collaborators from >40 different countries)
University of Tennessee Healthcare, USA
University College of London, UK
Pittsburgh University, USA
Tokyo Medical and Dental University, Japan
Harvard University, USA
University of Munster, Germany
Imperial College, London, United Kingdom
University of Buenos Aires, Argentina

**Awards**

-Prize for best scientific communication in the National Conference of Italian Paediatric Neurology Society (Padova, 2014)
Title of Communication: "Hashimoto Encephalopathy with peripheral nervous system involvement in paediatric age"
-Prize as best doctor from the Italian Medical Council (Messina, 2015), for the research on Idiopathic Intracranial Hypertension (IIH)
-Cover of the April 2017 Issue of *Annals of Neurology* (Official Neurology journal from Harvard University; top ranked journal in the field of Neurosciences)

**Activities as Mentor**

-Mentoring medical students from Imperial College London during the 6th year rotation at Chelsea and Westminster Hospital
(2013-2014)
-Mentoring medical students or Master students from University College London during their attendance in the Department of Molecular Neuroscience or in the Neurogenetics Clinic (UCLH) since 2015

**Activities as reviewer in international journals indexed in Medline (Pubmed)**

Journal of Paediatric Rehabilitation , Annals of Indian Academy of Neurology, Minerva Pediatrica, Hormone Research, Frontiers in Neurology, Frontiers in Pediatrics
European Journal of Medical Genetics, Minerva Pediatrica, The Clinical Neuropsychologist
BMC Endocrinology, Frontiers in Physiology, Human Genetics, Movement Disorders

**Activities as Editor**

-Frontiers in Neurology (Indexed in Pubmed/Medline)
Position: Review Editor. Neuropediatrics Specialty Section
(web link: http://www.frontiersin.org/Neuropediatrics/editorialboard?field=Neurology)
-Frontiers in Pediatrics (Indexed in Pubmed/Medline)
Position: Review Editor. Neuropediatrics Specialty Section
(web link: http://www.frontiersin.org/Neuropediatrics/editorialboard?field=Neurology)
-Journal of Pediatric Neurology (Indexed in Scopus/Embase)

Position: Associate Editor

**Materials Reviewed and Relied Upon**


Africander D et al. *Steroids*. 76:636-52, 2011

Africander D et al, *Biochem. Biophys. Res. Commun*, 433 305–310, 2013

Alder et al. *N Engl J Med*. 332: 1720-1721, 1995

Alvarez et al., *Contraception*. 58:211-4, 1998

Amin et al. *Hypertension*. 54:860–867, 2009

Amin et al. *Am J Physiol Regul Integr Comp Physiol*. 289:1787-97, 2005

Andrews et al. *Horm Res Paediatr*. 81:217–225, 2014

Bahemuka M. *East Afr Med J*. 58: 140-141, 1981

Baird, A. et al., *Methods Mol Biol*. 686: 483-498, 2011

Baker et al., *J. Steroid Biochem. Molec. Biol.*, 137:57-70, 2013

Balcer et al., *Neurology* 52: 870-872, 1999

Ball A.K. & Clarke C.E. *Lancet Neurol*. 5: 433-42, 2006

Barton et al. *Clin Endocrinol (Oxf)* 38: 245–51, 1993

Batra & Sinclair. *J Neurol*. 261:451-60, 2014

Baykan B. et al., *Agri* 27: 63-72, 2015

Beato and Klug, *Human Reproductive Update 2000*, Vol. 6 No. 3 pp. 225-236

Bergen et al., *BMC Genomics*.16:16:956, 2015

BfArM response by Bayer (October 2017) to BfArM request dated 20th July 2017

Bielohuby et al. *Exp Biol Med (Maywood)*. 234: 1002–9, 2009

Bornat & Regli, *Am J Ophthalmol*. 116: 776-777, 1993

Botella et al. *J. Steroid Biochem. Molec. Biol.*, 55(1), 77-84, 1995

*Brain Atlas* (www.brain-map.org), (Donor H0351.1009: z-score-0.213353, log2 intensity: 6.8578)

Bruce B.B. et al., *Am J Ophthalmol.* 152: 163-69, 2011

Castren et al. *Endocrinology*. 136:3800-6, 1995

Celso et al. *Endocrinology*. 147:1343–1348, 2006

Chan JW. *Eye.* 20: 1396-1397, 2006

Chen J. & Wall M. *Int Ophthalmol Clin.* 54(1), 2015

Chitalia et al. *QJM*. 103:699–702, 2010

Chiu et al., *Am. J. Ophthalmol*. 126: 116-121, 1998

Chodobski J. et al., *J Cereb Blood Flow Metab.* 15: 143-51, 1995

Cinciripini et al, *Am J Ophthalmol*. 127: 178-182, 1999

Colucciello, *Arch Opthalmol*. 121: 1064-1065, 2003

Condulis et al. *Clin Pediatr (Phila)*. 36:711–3, 1997

Curry et al. *Neurosurgery*. 57:97–108, 2005

Dal'Ava et al. *Contraception.* 86:350-3, 2012

Damkier H.H., et al., *Physiol Rev.* 93: 1847-92, 2013

Daniels et al. *Am J Ophthalmol.* 143: 635-41, 2007

Darendeliler et al. *Horm Res*. 68:S5:41–7, 2007

Darney, *Am. Jour. Med.*, Vol 98 (suppl 1A), 1A-104S, 1995

Datta et al. *Anesth Analg*. 65:950-4, 1986

de Kloet et al. *Kidney Int*. 57:1329–36, 2000

Deftereos et al. *Cephalalgia.* 31:1679-80, 2011

Deona & Guignard. *Arch Dis Child*. 49: 743, 1974

Dickerson et al. *Fam Med.* 45:701-7, 2013

Dipasquale V. et al., *J Pediatr Neurol.* 13:22-25, 2015

van Diepen, et al., *Contraception*. 2011 Aug;84(2):199-204

Donaldson & Horak. *J Neurol Neurosurg Psychiatry* 45:734–736, 1982

Donaldson JO. *Trans Am Neurol Assoc*. 104:196–198, 1979

Dotan et al. *J Child Neurol*. 28 :1370-1377, 2013

Eaton H.D. *Am. J. Clin. Nutr.* 22: 1070-80, 1969

Echator C.N. et al., *Trends Applied Sci. Res.* 9: 269-74, 2014

Edelman et al. *Contraception.* 94:52-7, 2016

Edelman et al. *Contraception.* 82:314–232, 2010

Ehrhart-Bornstein et al. *Proc Natl Acad Sci U S A*. 100:14211–14216, 2003

Elger W. *Steroids*. 68:891-905, 2003

Foley J. *Brain*. 78:1–41, 1955

Fraser et al., *J Neurol. Sci*. 290: 86-89, 2010

Fraser et al. NANOS 2009: Poster Presentations "Why Do Men Have Idiopathic Intracranial Hypertension (IIH)? A Case-Control Study," 2009

Fraunfelder et al. *Ophthalmology*. 111: 1248-1250, 2004

Friedman et al. *Neurology*. 81:1159–1165, 2013

Friedman et al. *Neurology.* 62: 2297-2299, 2004

Fu and Vallon, *Nephron Physiol.* 128(0): 8–16, 2014

Funder JW. *Mol Cell Endocrinol*. 217:263–9, 2004

Gardner et al., *Neurology.* 45: 6-10, 1994

Garcia-Becerra, *J Steroid Biochem Mol Biol*., 91:21-27, 2004.

Gasparian. *Acta Neurochir Suppl*. 81:31–33, 2002

Gerber et al., *Am. J. Med*. 16: 729-745, 1954

Gideon et al. *Neuroradiology*. 36:350–354, 1994

Giuseffi et al. *Neurology*. 41: 239–244, 1991

Gjerris & Børgesen. *Adv Tech Stand Neurosurg*. 19:145–177, 1992

Godefroid et al. *Am J Kidney Dis*. 48:e73-9, 2006

Goldzieher JW, ed. Pharmacology of the Contraceptive Steroids, Raven Press New York, Ltd., 41-51, 1994

Gomez-Sanchez et al. *Endocrinology.* 147:1343–1348, 2006

Guerra et al, *J Exp Clin Med* 5(2):51e55, 2013

Hammes SR & Levin ER. *Endocr Rev*. 28:726–41, 2007

Hanukoglu et al. *J Steroid Biochem Mol Biol*. 77: 49–57, 2001

Hapgood et al., *Trends Pharmacol Sci*, 25:11, pp. 554-557, November 2004

Hautanen et al., *Int J Obes Relat Metab Disord.* 24(Suppl 2):S64–70, 2000

Hirabayashi et al. *Br J Anaesth*. 75:683-7, 1995

Hite et al. Pharmacometrics. 42:291-299, 1991

Hite et al. Pharmacometrics. 42:301-312, 1991

Ho & Weissberger. *Metabolism*. 39: 133–7, 1990

Holst et al., *Clin Lab Med*., 24(1):105-118, 2004.

Iliff J. et al., *Sci Transl Med.* 4: 147ra1111, 2012

Ireland et al. *Arch Neurol*. 47: 315–320, 1990

Ivancic & Pfadenhauer. *Eur Neurol*. 52:120, 2004

Jarvela I. et al., *Hum Reprod.* 13: 3379-83, 1998

Jia MC. *Adv. Contraception.* 8:33-40, 1992

Johanson C.E. *Conn's Translational Neuroscience*, 233-61, 2017

Johanson C.E. *Blood-Brain Barrier in Health* 1:140-171, 2015

Johanson C.E. et al., *Cerebrospinal Fluid Res.* 5:10, 2008

Johanson C.E. et al. *Pharm. Res.* 22: 1011-37, 2005

Johansson et al. *Neurosci Lett*. 442:77–80, 2008

Johansson et al. *Neuroendocrinology*. 61:57–66, 1995

Johnston et al., *J Neurosurg*. 42: 690-695. 1975

Juchem, at al., *Am. J. Obstet Gynecol.*, 163: 6, 2171-2183, 1990

Jung-Hoffman C & Kuhl H., *Am J Obstet Gynecol.* 163:2183-97, 1990

Karahalios et al. *Neurology*. 46:198–202, 1996

Kempegowda et al., "Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovary syndrome," 18th European Congress of Endocrinology (ECE 2016), EP728

Kesler et al. *Ophthalmology.* 117:169–174, 2010

Kesler et al. *Neurology.* 63:1737–1739, 2004

Kesler et al. *Acta Neurol Scand*. 110: 408-411, 2004

Khan et al. *Am J Med Sci.* 346:194–198, 2013

Kiehna et al. *J Clin Endocrinol Metab*. 95:1528–32, 2010

Klein A. et al., *Current Eye Research*. 38: 972-976, 2013

Kloosterboer et al. *Contraception*. 38:325–32, 1988

Ko et al. *Neurology*. 76: 1564–1567, 2011

Kombogiorgas D, ed. The Cerebrospinal Fluid Shunts, Nova Science Publishers, Inc., 2016

Kontula K et al. *Acta Endocrinol*. 78: 574–92, 1975

Koubovec et al. *Mol Cell Endocrinol*. 242:23–32, 2005

Krozowski & Funder. *Proc Natl Acad Sci USA*. 80:6056–60, 1983

Kuhl H. *Climateric*. 8:3–63, 2005

Kuhl H. *Maturitas*. 12: 171-197, 1990.

Kuhnz W, et al. *Contraception*. 49:255-63, 1994

Kuhnz W. *Contraception* 46:443-454, 1992

Kuhnz, *J Steroid Biochem Mol Biol*. 48(5-6):573-80, 1994

Kumar et al., *Steroids* 65: 629-636, 2000

Lambert & Carlon, *Eur J Neurol*. 14: 340-350, 1976

Lampit et al. *Horm Res*. 50: 83–8, 1998

Lampl et al. *J Neurol Neurosurg Psychiatry*. 72:642–643, 2002

Lecain et al. *Acta Otolaryngol*. 123: 187–91, 2003

Leenen FHH. Biochimica et *Biophysica Acta*. 1802:1132–1139, 2010

Lemus et al, *J. Steroid Biochem. Molec. Biol.* 41(3-8), 881-890,1992

Lessell, *Surv. Ophthalmol*. 37: 155-166, 1992

Levine & Puchalski. *J Clin Psychiatr*. 52: 239, 1990

Libien & Blaner, *J. Neuroophthalmol*. 27: 253-257, 2007

Lindstedt et al. *Diabetes*. 40:123-8, 1991

Lindvall-Axelsson & Owman. *Neurol Res.* 12:181-6, 1990

Linn, *Clinical Therapeutics*, Vol. 12, No. 5, 1990

Liu et al. *Exp Ther Med.* 14:439-446, 2017

Liu GT et al. *Drugs Today (Barc)* 34:563–574, 1998

Liu et al. *Am J Ophthalmol*. 117:352–7, 1994

Liu et al. *Am J Ophthalmol*. 118:88–96, 1994

Lopez et al. *Cochrane Database Syst Rev*. 8:CD008815, 2016

Lu NZ, et al. *Pharmacol Rev*. 58:782–97, 2006

Luukkainen et al., *Semin Reprod Med*, Dec;19(4):355-63, 2001

Malm et al. *Neurology*. 42:851–858, 1992

Malozowski et al. *N Engl J Med*. 329:665–6, 1993

Marissal-Arvy et al. *J Biol Chem*. 279: 39232-9, 2004

Markey et al., *J Pain Res*. 9: 223-232, 2016

Markey et al., *Lancet Neurol*. 15: 78-91, 2016

Martinerie et al. *Biochimie*. 95:148-57, 2013

Martinez et al. *Neuro-Ophthalmology*. 34: 255-6, 2010

McCann and Potter, *Contraception*, 1994:50 (Suppl 1), December

McGeeney & Friedman DI. *Headache*. 54:445–458, 2014

MIR_AC_00035404

MIR_AC_00056063

MIR_AC_00103505

MIR_AC_00291679

MIR_AC_00363378-83

MIR_BSR-R_00138205

MIR_BSR-R_00143036

MIR_BSR_00014573

MIR_BSR_00015139

MIR_BSR_00025361

MIR_BSR_00246035

MIR_BSR_00317402

MIR_IIH_00606967-69

MIR_IIH_00606992-95

MIR_INDNDA_00053384

MIR_JSEU_Unredacted_01475669

MIR_PIEU_00251404-05

MIR_PIEU_00695315

MIR_PIEU-R_00377654

MIR_PSEU_00253471

MIR_PSEU_00308252

Modesto et al. *Eur J Contracept Reprod Health Care*. 20:57-63, 2015

Monaco et al., *Eur Neurol*. 17: 48-49, 1978

Moore et al., *Mol Cell Endocrinol*., 357:60-70, 2012.

Mueck & Sitruk-Ware. *Steroids*. 76:531-9, 2011

Muhn et al., *Ann N Y Acad Sci*., 761:311-35, 1995 Jun 12.

Murgia et al., *Pediatr. Med. Chir*. 11: 541-542, 1989

Nakano et al., *Hypertens Res.* 36:277-84, 2013

Napolitano et al. *Eur J Contracept Reprod Health Care.* 21:168-75, 2016

Oelkers W. et al., *J Clin Endocrinol Metab.* 80: 1816-21, 1995

Oitzl M.S. et al. *Psychoneuroendocriniology.* 20: 655-75, 1995

Oldstone MB. *J Clin Endocrinol Metab*. 26:1366–1369, 1966

Orefice et al. *Acta Neurol*. 14:39–50, 1992

Oreskovic & Klarica. *Fluids and Barriers of the CNS.* 11: 16, 2014

Owler et al. Br *J Neurosurg*. 20:79–81, 2006

Papadopoulos et al. *Nat Rev Neurosci*.14:265–77, 2013

Park S. et al., *Seminars in Ophthalmology*. 29: 156-58, 2014

Perissi V, et al. *Nat Rev Mol Cell Biol*. 6:542–54, 2005

Philibert et al. *Gynecol Endocrinol*. 13:316–26, 1999

Pollow K. *Contraception* 40:325-41, 1989

Pollow K et al. *Contraception* 46: 561-574, 1992

Praetorius et al. *Am J Physiol Cell Physiol*. 291:C59-67, 2006

Quincke H. *Sammlung Klinischer Vorträge*. 67:655, 1893

Quinkler & Diederich. *Endocr Res*. 28:465–70, 2002

Quinkler et al., *Eur J. Endocrinol*, 146:789-800, 2002.

Radhakrishnan et al. *Arch Neurol*. 50:78–80, 1993

Rangwala & Liu. *Surv Ophthalmol*. 52:597–617, 2007

Ratka A. et al., *Neuroendocrinol.* 50: 117-23, 1989

Reeves et al. *J Pediatr Endocrinol Metab*. 15:S2:723–30, 2002

Rogers et al. *Ophthalmology*. 106:1186–9, 1999

Rosenthal & Oparil. *Comprehensive hypertension*. 70: 865–882, 2007

Rowe et al., *Int J Obes Relat Metab Disord*. 23: 54–59, 1999

Rowlands S. *J Fam Plann Reprod Health Care* 29: 13-16, 2003

Ruoken A. *Europ. J. Obstet Gynec. reprod. Biol.* 20:13-18, 1985

Salmon et al. *JAMA*. 206: 85-91, 1968

Salpietro et al. *J Pediatr*. 162:1084, 2013

Salpietro et al. *Neuroendocrinol Lett*. 33:569–573, 2012

Salpietro et al. *Int J Endocrinol*. 2014:282489, 2014

Salpietro et al. *J Pediatr Endocrinol Metab*. 27:107–115, 2014

Salpietro et al. *J Hypertens*. 30:629–630, 2012

Saul et al., *JAMA*. 253: 2869-2870, 1985

Schindler et al., *Maturitas*, 46S1, S7-S16, 2003.

Seeber et al., *Contraception*. 86:345-9, 2012

Sheehan JP. *Brit Med J*. 284: 1675-1676, 1982

Sheldon et al. *Ophthalmology*. 123:2424-2431, 2016

Sheldon et al. *Pediatr Res*. 77:282–289, 2015

Silva-Filho et al. *Eur J Contracept Reprod Health Care*. 21:213-9, 2016

Simmons & Edelman. *Fertil Steril*. 106:1282-1288, 2016

Sinclair et al. *J Clin Endocrinol Metab*. 95:5348–56, 2010

Sinclair et al. *J Neuroimmunol*. 201-202:212–220, 2008

Sitruk-Ware, *Drugs Aging*, 21(13):865-883, 2004.

Sitruk-Ware R. *Hum Reprod Update*. 12:169-78, 2006

Skipor J. & Thiery J.C. *Acta Neurbiol Exp*. 68: 414-28, 2008

Smith D. et al., *Adv. Drug Del. Rev*. 56: 1765-91, 2004

Soelberg Sorensen et al. *Arch Neurol*. 43:902–906, 1986

Soiberman et al. *Childs Nerv Syst*. 27:1913–1918, 2011

Souque A et al., *Endocrinology*. 136:5651-8, 1995

Spector & Conrad, *Sci Am.* Nov.: 68-74, 1989

Spector R. et al., *Exp. Neurol.* doi: 10.1016/j.expneurol.2015.07.027, 2015

Spennato et al., *Childs Nerv Syst*. 27:215-35, 2011

Stanczyk et al., *Endocrine Rev*. 34: 171-208, 2013

Stanczyk et al. *Contraception.* 78:201–3, 2008

Stanczyk and Archer, *Contraception*. 89:242-252, 2014

Stanczyk F. *Steroids.* 68:879–890, 2003

Study A46796

Sunku et al. *Ann Neurol*. 34: 299, 1993

Teulings et al. *Cancer Res*. 40:2557–61, 1980

Toscano et al., *J. Endocrinol. Invest*. 14: 81-86, 1991

Thurtell and Wall. *Curr Treat Options Neurol*. 15:1-12, 2013

Thurtell et al. *Rev Neurol Dis*. 7:e56-e58, 2010

Usui et al. *Pharmacometrics*. 41:389-409, 1991

Valenzuela et al., *Neuro-Ophtalmology*. 41: 192-197, 2017

Vickery et al. *Contraception.* 88:503-8, 2013

Vollbracht R & Gilroy. *Can J Neurol Sci*. 3:59-61, 1976

Vos et al. *Neth J Med.* 70:431, 2012

Wall et al. *Neurology*. 85:799-805, 2015

Walsh et al. *Arch. Ophthalmol*. 74: 628-640, 1965

Wang et al. *Am J Physiol Regul Integr Comp Physiol*. 299: 222–233, 2010

Warner E.A. et al., *J Neuro-Ophthalmol.* 27: 258-262, 2007

Watzka et al. *Steroids.* 65:895–901, 2000

Weber KT. *J Lab Clin Med*. 142:71–82, 2003

Weber et al. *Am J Med Sci.* 324:45–50, 2002

Weber KT. N Engl J Med. 345:1689-97, 2001

Whiteley et al. *Neurology*. 67: 1690-1, 2006

Wibroe E.A. et al., *PLOS ONE*. 11(1) Jan 2016

Wiegratz et al., *Contraception.* 67**:**25-32, 2003

Wiegratz et al., *Trends Endocrinol Metab*, 15:6, 277-285, 2004

Winrow & Supramaniam. *Arch Dis Child*. 65: 1165-66, 1990

Wraige et al. *Arch Dis Child*. 87: 223–224, 2002

Wysowski & Green. *Obstet Gynecol*. 85: 538-542, 1995

Zhang et al. *Steroids*. 65:637–43, 2000

Zhou J & Cidlowski JA. *Steroids.* 70:407–17, 2005

Zlocovic et al. *J Biol Chem.* 268:8019-25, 1993

## Compensation

My billable rate for my involvement in this case is $600.00 per hour. However, despite spending approximately three hundred hours researching, reviewing materials, conferring with individuals, and writing the Report (since May 2017), I capped my billing at $75,000.00 for all work performed to date related to this Report. Therefore, my effective billable rate for my work thus far is closer to approximately $250.00 per hour.

## Expert Witness Testimonial History

I have never served as an expert witness or otherwise testified as an expert witness at trial or by deposition.

## Qualifications and Ten Year Publication History

My qualifications and ten year publication history are contained in my attached *curriculum vitae*.