# Exhibit 16

case, there have been only a few reported cases in which it was successfully cultured from cerebrospinal fluid. We think that the use of PCR, a rapid and sensitive diagnostic approach, should become routine in laboratories throughout the world.

KOUICHI ASAI, M.D.
SHIGERU OHTA, M.D.
Matsue 690, Japan Matsue Red Cross Hospital

1. Case Records of the Massachusetts General Hospital (Case 42-1994). N Engl J Med 1994;331:1437-44.
2. Narita M, Matsuzono Y, Togashi T, Kajii N. DNA diagnosis of central nervous system infection by *Mycoplasma pneumoniae.* Pediatrics 1992;90:250-3.

*To the Editor:* With regard to Dr. Murray's Pathological Discussion, I would like to comment on the serologic diagnosis of *M. pneumoniae* infection. Serologic tests for mycoplasma infections should no longer be based on complement-fixation assays of samples obtained during the acute and convalescent phases of the illness in which lipid extracts of mycoplasma are used as the antigen substrate. For the past 12 years our laboratory has diagnosed acute mycoplasma infections with an indirect fluorescent-antibody method for class-specific antibodies to *M. pneumoniae* using whole organisms as the antigen substrate. Test kits are commercially available and have been favorably reviewed in the literature. This procedure is readily available and clinically useful in the acute-phase testing of a serum sample, particularly for patients who have been symptomatic for several days, as is often the case with atypical pneumonia and its complications. The test is relatively inexpensive and can be used by any immunoserologic laboratory skilled in the use of fluorescent microscopical techniques. . . .

JOHN B. CARTER, M.D.
West Columbia, SC 29169 Lexington Medical Center

Dr. Murray replies:

*To the Editor:* Dr. Carter and Drs. Asai and Ohta describe two other diagnostic tests for *M. pneumoniae,* both of which could result in earlier diagnosis than the complement-fixation assay and thus be more useful clinically. The evaluation of rapid diagnostic tests for *M. pneumoniae* has been complicated by the absence of a true gold standard with which to identify infection. A study of 3546 patients that compared culture with a serologic method involving complement fixation[1] found that culture had a sensitivity of 68 percent and a specificity of 97 percent and that the serologic method had a sensitivity of 90 percent and a specificity of 94 percent.

The final diagnosis in the case described in the clinicopathological conference was based on the results of Western blotting, which used a variety of polypeptides obtained from sonicated organisms. When five commercial tests, including complement-fixation assay and indirect fluorescent-antibody test, were compared with immunoblotting, the sensitivity of all five assays was found to be 100 percent.[2] The complement-fixation assay had a specificity of 91.3 percent, and the indirect fluorescent-antibody test one of 87.0 percent. (No confidence intervals were reported.) The complement-fixation assay was also noted to be the cheapest of the available tests.

Drs. Asai and Ohta recommend that a positive PCR of cerebrospinal fluid be required to make the diagnosis of transverse myelitis due to *M. pneumoniae*. In the case series to which they refer, PCR had a sensitivity of 66.7 percent (four of six cases) in diagnosing neurologic complications of *M. pneumoniae*, as compared with serologic methods involving microparticle agglutination.[3] The specificity of PCR is not known, although a single control specimen with confirmed *Haemophilus influenzae* meningitis was PCR-negative. Although this case series supports the argument that neurologic disease associated with *M. pneumoniae* is caused by direct invasion of the central nervous system by the organism, I do not believe it confirms this hypothesis. Indeed, the mechanisms of neurologic complications may be as diverse as the various syndromes that have been described.

MEGAN MURRAY, M.D.
Boston, MA 02114 Massachusetts General Hospital

1. Kenny GE, Kaiser GG, Cooney MK, Foy HM. Diagnosis of *Mycoplasma pneumoniae* pneumonia: sensitivities and specificities of serology with lipid antigen and isolation of the organism on soy peptone medium for identification of infections. J Clin Microbiol 1990;28:2087-93.
2. Aubert G, Pozzetto B, Gaudin OG, Hafid J, Mbida AD, Ros A. Evaluation of five commercial tests: complement fixation, microparticle agglutination, indirect immunofluorescence, enzyme-linked immunosorbent assay and latex agglutination, in comparison to immunoblotting for *Mycoplasma pneumoniae* serology. Ann Biol Clin 1992;50:593-7.
3. Narita M, Matsuzono Y, Togashi T, Kajii N. DNA diagnosis of central nervous system infection by *Mycoplasma pneumoniae.* Pediatrics 1992;90:250-3.

## LEVONORGESTREL IMPLANTS AND INTRACRANIAL HYPERTENSION

*To the Editor:* Levonorgestrel (Norplant, Wyeth–Ayerst Laboratories, Philadelphia) is a subdermally implanted synthetic progestin that has been available in the United States since 1991. Intracranial hypertension developed in two women seen at the Oregon Health Sciences University after the insertion of this implant. We reviewed data from the National Registry of Drug-Induced Ocular Side Effects (Casey Eye Institute, Portland, Oreg.), the Food and Drug Administration's Spontaneous Reporting System (Rockville, Md.), and the World Health Organization's Collaborating Center for International Drug Monitoring (Uppsala, Sweden) for a possible association between levonorgestrel use and intracranial hypertension. A total of 56 cases of intracranial hypertension or disk edema were found. Most cases were reported by physicians who believed the events may have been drug-related. The patients were female, with a mean age of 22 years (range, 16 to 34), and they had been treated with levonorgestrel for a mean of 206 days (range, 9 to 616) before the onset of the syndrome. We have no data about the weight of these women. Visual-field defects were reported in seven patients, and diplopia in six. Levonorgestrel has been associated with intracranial hypertension in two other patients.[1]

Our patients were a 16-year-old white girl and a 19-year-old Hispanic woman in whom disk edema occurred four to five months after the implantation of levonorgestrel. Neither was obese, had prior medical problems, or used other medications that have been associated with intracranial hypertension. Both had normal results on neuroimaging studies (magnetic resonance imaging or computed tomography), and both had lumbar-puncture opening pressures that exceeded 550 mm of water with normal chemical and cellular analysis. Presenting symptoms consisted of transient visual obscurations, severe headaches, or emesis. Ocular findings included visual acuity in the range of 20/20 to 20/25 and florid bilateral papilledema with enlarged blind spots. Intracranial hypertension resolved in the 19-year-old patient; she remains free of symptoms after 28 months of follow-up. The 16-year-old patient has had three recurrences over a period of 18 months, each of which was controlled with acetazolamide.

The cause of intracranial hypertension is not known. This

The New England Journal of Medicine
Downloaded from nejm.org on January 9, 2014. For personal use only. No other uses without permission.
Copyright © 1995 Massachusetts Medical Society. All rights reserved.

condition has been reported in association with the use of a wide range of medications.[2] The *Physicians' Desk Reference* lists a possible association under the heading "Precautions."[3] The manufacturer suggests that patients be screened for papilledema if the following occurs: "headache (associated with a change in the frequency, pattern, severity, or persistence; of particular importance are those headaches that are unremitting in nature) and visual disturbances."[3] If papilledema is present, referral to a neurologist is recommended.

In the general population of females between the ages of 15 and 44 years, idiopathic intracranial hypertension occurs at a rate of 3.3 per 100,000 per year.[4] Headaches are among the most commonly reported nongynecologic side effects of levonorgestrel implants.[5] Removal of the implants may help relieve this symptom. Such factors may confound this possible association, and it remains unclear whether the drug causes intracranial hypertension. One of our patients had recurrences requiring medication to control. Levonorgestrel may have contributed to the onset of intracranial hypertension, or it may have had nothing to do with it. Until more information is available, we concur with the manufacturer's recommendation to examine the ocular fundus in selected patients with visual symptoms or changes in the pattern of their headaches and to remove the implant in patients in whom intracranial pressure increases.

John B. Alder, M.D.
F.T. Fraunfelder, M.D.
Portland, OR 97201 Oregon Health Sciences University

Ralph Edwards, M.D.
S-75103 Uppsala, Sweden World Health Organization

1. Sunku AJ, O'Duffy AE, Swanson JW. Benign intracranial hypertension associated with levonorgestrel implants. Ann Neurol 1993;34:299. abstract.
2. Fraunfelder FT. Drug-induced ocular side effects and drug interactions. 3rd ed. Philadelphia: Lea & Febiger, 1989:595.
3. Physicians' Desk Reference. 49th ed. Montvale, N.J.: Medical Economics Data Production, 1995:2696-700.
4. Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumor cerebri): descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol 1993;50:78-80.
5. Shaaban MM, Salah M, Zarzour A, Abdullah SA. A prospective study of NORPLANT implants and the Tcu 380AgIUD in Assiut, Egypt. Stud Fam Plann 1983;14:163-9.

Spokespersons for Wyeth–Ayerst Laboratories reply:

*To the Editor:* The 70 reports of idiopathic intracranial hypertension received by Wyeth–Ayerst are recorded without regard to causality. Obesity, a known risk factor, was noted in 38 of 49 reports in which information about weight was available. For women 20 to 44 years of age who are 20 percent or more above their ideal body weight, the mean annual incidence of idiopathic intracranial hypertension is 19.3 per 100,000.[1]

Since its introduction in 1991, the Norplant system has been inserted in nearly one million women. Assuming a highly conservative annual discontinuation rate of 20 percent, we calculated an observed reporting rate for idiopathic intracranial hypertension of 4.1 per 100,000 patient-years in this population. This rate is similar to the expected annual incidence rate of 3.3 per 100,000 for all females 15 to 44 years of age, and lower than the rate expected for obese women.

In 24 of the 44 reports in which information on follow-up was available, idiopathic intracranial hypertension did not abate after the implant was removed. This further confounds the issue of a causal relation.

Margaret E. Weber, M.D.
Howard E. Rofsky, M.D.
Marc W. Deitch, M.D.
Philadelphia, PA 19101-8299 Wyeth–Ayerst Laboratories

1. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri: population studies in Iowa and Louisiana. Arch Neurol 1988;45:875-7.

## MASS FAINTING AT ROCK CONCERTS

*To the Editor:* Mass fainting by members of rock-concert audiences has been a well-recognized phenomenon since the time of Elvis Presley and the Beatles, but it has been neglected in the medical literature. To investigate its mechanisms, we joined the first-aid workers during a concert by the New Kids on the Block. We interviewed 40 of about 400 people who fainted, immediately after they were brought to the Red Cross infirmary.

Those who fainted were all girls between 11 and 17 years of age. Forty percent reported having lost consciousness, suggesting that they had experienced syncope, whereas the others had remained alert throughout. Their faints could be classified as hyperventilation or panic attacks, especially since many of the girls were still breathing rapidly when we interviewed them backstage. In most, anxiety had been provoked when they felt squeezed, choked, and trapped in the middle of the crowd, whereas others had started to hyperventilate when they were overcome by emotion.

Those who lost consciousness usually reported a combination of syncope-provoking factors: sleeplessness during the previous night; fasting from early in the morning, when they had first lined up; a long period of standing in the arena; hyperventilation, which leads to cerebral vasoconstriction; and Valsalva-like pressure, induced either by screaming or reflexively by external compression of the thorax by the pushing masses. The Valsalva maneuver impairs venous return to the heart and consequently reduces cardiac output.[1] Notably, most cases of syncope occurred in girls standing next to the stage, where squeezing is maximal, which emphasizes the effect of both orthostasis and the Valsalva maneuver.

The multifactorial pathophysiology of rock-concert syncope suggests guidelines for its prevention, which could be summarized as follows: sleep, eat, sit, keep cool, and stay out of the crowd. But what teenage fan will do that?

Thomas Lempert, M.D.
Universitätsklinikum
13353 Berlin, Germany Rudolf Virchow

Martin Bauer, M.D.
14095 Berlin, Germany Freie Universität Berlin

1. Duvoisin RC. The Valsalva maneuver in the study of syncope. Electroencephalogr Clin Neurophysiol 1961;13:622-6.

The New England Journal of Medicine
Downloaded from nejm.org on January 9, 2014. For personal use only. No other uses without permission.
Copyright © 1995 Massachusetts Medical Society. All rights reserved.