# Exhibit 20

*The European Journal of Contraception and Reproductive Health Care December 2008;13(4):362–375*

# Women's contraceptive practices and sexual behaviour in Europe

David Cibula

Department of Obstetrics and Gynaecology, General Faculty Hospital, Charles University, Prague, Czech Republic

ABSTRACT **Objectives** To assess current and past contraceptive usage, awareness of and satisfaction with available methods, and sexual and reproductive behaviour of women in 14 European countries (Spain, Italy, UK, France, Germany, Sweden, Denmark, Norway, the Czech Republic, Austria, Estonia, Latvia, Lithuania, and the Russian Federation).

**Methods** A random sample of women aged 15–49 years underwent web-based or computer-aided face-to-face interviews in June 2006. All data were weighted to correct for differences between the samples surveyed in each country relative to their general population, and further weighted relative to the size of the overall female population across the participating countries.

**Results** A total of 11,490 women participated in the study. The mean age at first sexual intercourse ranged between 16.5 and 18.5 years. The use of contraception at first intercourse varied significantly across Europe – the rates were the highest in Germany (76%) and France (72%), and the lowest in Russia, the Czech Republic and the Baltic States (29–40%). There was considerable heterogeneity in the general pattern of current contraceptive usage between countries. Oral contraceptives were the most popular current method of contraception, with usage rates highest in France (49%) and the Czech Republic (44%) and lowest in Russia, the Baltic States and Spain (15–18%). The current absence of contraception was fairly consistent across countries, ranging from 21–30%. However, Russia (57%) and the Baltic States (50%) had the highest proportion of women using either no contraception or 'other methods' (mostly methods considered unreliable).

**Conclusions** Oral contraceptives remain a popular method of contraception in Europe; however, great differences exist in contraception acceptance and in the rates of use of the various methods. A sizeable proportion of women do not currently use contraception or use contraceptive methods considered to be unreliable.

KEYWORDS Contraception, Reproductive behaviour, Survey, Europe

## INTRODUCTION

Women in Europe have a large array of modern, reliable contraceptive methods from which to choose and thus can select one that closely meets their needs and lifestyle. The wide availability of and easy accessibility to contraception have led to considerable heterogeneity in the general pattern of contraceptive usage, both between countries and within the various age groups in each country[1–4]. For example, oral

Correspondence: Dr David Cibula, Department of Obstetrics and Gynaecology, General Faculty Hospital, Charles University, 152 00 Prague, Czech Republic. Tel: +42 (0)224967425. Fax: +42 (0)224967440. E-mail: david.cibula@iol.cz

© 2008 European Society of Contraception
DOI: 10.1080/13625180802511541

contraceptives (OCs) are not as widely used in Italy and Spain as in Northern European countries[3,5]. This and other differences likely reflect religious, social and cultural attitudes towards fertility and fertility control, sexuality, gender roles and, to some extent, male attitudes towards contraception. Moreover, personal decisions regarding procreation are influenced by economic and educational factors[5].

To date, only a few studies have directly compared contraceptive usage between Western and Central/Eastern Europe. Central and Eastern Europe have undergone many political, economic, social and cultural modifications in the last two decades. Attitudes and behaviours related to contraception and reproductive health have changed. Women's reproductive health overall has improved and the availability of modern contraceptives has increased, thereby reducing both the risk of unplanned pregnancy and the dependency on abortion for fertility control[6]. Indeed, the use of modern contraceptives has been associated with a decline in abortion rates in most countries of Central and Eastern Europe[6,7].

This study was designed to assess contraceptive usage, awareness of available methods, and sexual behaviour of women in 14 European countries including countries from the former Soviet Union. It offers valuable insights into differences in contraceptive usage and sexual behaviour across the whole of Europe.

## METHODS

This cross-national survey of randomly selected women aged 15–49 years was conducted in June 2006 in 14 European countries (Spain, Italy, UK, France, Germany, Sweden, Denmark, Norway, the Czech Republic, Austria, Estonia, Latvia, Lithuania, and the Russian Federation). Parental consent was obtained, as appropriate, before interviewing those younger than 18 years of age. Recruitment quotas per age group (15–29 years, 30–39 years, and 40–49 years) were set for each country to obtain a representative sample of participants that was consistent with the female demographic age structure within that country[8]. The proportions of women recruited by age group ranged between 34% and 45% for those aged 15–29 years, 25% and 34% for those aged 30–39 years, and 27% and 32% for those aged 40–49 years.

### Interview design

Data were collected through web-based interviews and computer-aided face-to-face interviews with a female researcher. For the web-based interview, women within the defined age range were randomly selected from a panel of more than three million women who had stated in a previous internet interview that they would be willing to participate in a study of this nature. For the computer-aided personal interviews, women were recruited via a random selection through the telephone directory or by researchers in the street.

The questions were translated from English into the local language and the survey presented to potential respondents as one relating to women's health issues. The respondents were asked to initially complete a screening questionnaire which included questions on age and household income, and whether they had been sterilised or had undergone a hysterectomy. Those who had undergone either procedure were automatically excluded from further questioning. Eligible participants went on to complete a standardised questionnaire (either at home or in a central location) which included questions on knowledge and usage (past and current) of contraceptives, sources of contraceptive information, satisfaction and/or reasons for choosing/discontinuing a particular contraceptive method, socio-demographic characteristics, and sexual behaviour. The questionnaire was structured and programmed to control the flow of the interview. The responses to questions were, in general, predefined but in some cases the respondent could choose an 'other, please specify' option and thus give a reply reflecting a very personal opinion. Only six questions had a completely open answer option. The interviews typically lasted about 30 minutes.

For the computer-aided face-to-face interviews, the interviewers were women with experience in pharmaceutical market research and who had been provided beforehand with general background information on contraception.

### Data analysis

All data were weighted to correct for differences between the samples surveyed in each country taking into account their general population, and further weighted in accordance with the size of the overall

female population across the 14 participating countries. This was done so that the results could be broadly representative of women aged 15–49 years in each individual country and across all the participating countries. The overall pan-European analyses were performed with and without Russia so as to highlight any potential disproportionate data distortion caused by the relatively high data weighting associated with the Russian sample because of its large female population relative to the female population in the other countries included. No formal hypotheses were tested in this study and only relative percentages were calculated for responses.

## RESULTS

A total of 11,490 women participated in the study. In Germany, France, UK, Italy, and Scandinavia all surveys were conducted via web-based interviews; in Spain, Austria, the Czech Republic and the Baltic States all surveys were conducted via computer-aided face-to-face interviews; in Russia, 51% of respondents were surveyed via web-based interviews and 49% were surveyed via computer-aided face-to-face interviews. The age distribution amongst study participants is presented in Figure 1. The socio-demographic characteristics of the respondents are presented in Table 1. Most respondents were married/co-habiting or had a steady relationship (66–81%). The proportion of nulliparae was highest in Italy (66%) and lowest in Austria, Russia, the Czech Republic and the Baltic States (33–45%). The Czech Republic and Russia had the highest proportion of respondents in full-time employment (67% and 61%, respectively), and Germany (30%) and the UK (41%) the lowest.

### Contraceptive usage

The average age for starting contraceptive use ranged between 16.7 and 19.8 years (Figure 2). Over half of German and Scandinavian respondents (53% in both regions) reported having started contraceptive use when they were aged 16 years or younger; both regions had the lowest average ages for starting contraceptive use at 16.7 and 16.8 years, respectively. In contrast, only 11–17% of respondents in Italy, Russia and the Baltic States reported initiation of contraceptive use at an age of 16 years or less; in those countries, the average ages for starting contraceptive use (19.5–19.8 years) were the highest. Condoms (43%) and OCs (34%) were the most often used first contraceptive methods. Between 85% and 92% of women in France, Germany, Spain, UK, Scandinavia and Austria used a condom or an OC as their first




**Figure 1** Age distribution amongst participants.

**Table 1** Socio-demographic characteristics of respondents

| | *France* (*n* = *1,016*) | *Germany* (*n* = *1,003*) | *Italy* (*n* = *1,274*) | *Spain* (*n* = *2,142*) | *UK* (*n* = *1,017*) | *Russia* (*n* = *1,002*) | *Scandinavia* (*n* = *1,525*) | *Austria* (*n* = *507*) | *Czech Republic* (*n* = *500*) | *Baltic States* (*n* = *1,504*) | *Total* (*n* = *11,490*) | *Total – Russia* (*n* = *10,488*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Relationship status | | | | | | | | | | | | |
| Married/Living together | 59% | 51% | 48% | 46% | 61% | 52% | 52% | 52% | 63% | 50% | 52% | 52% |
| Steady relationship | 17% | 21% | 32% | 23% | 13% | 23% | 14% | 24% | 18% | 20% | 21% | 20% |
| Single | 22% | 23% | 18% | 28% | 23% | 20% | 29% | 21% | 10% | 20% | 23% | 23% |
| Other | 3% | 5% | 1% | 3% | 4% | 6% | 4% | 3% | 9% | 10% | 5% | 4% |
| Educational status | | | | | | | | | | | | |
| None/primary school | 1% | 29% | 8% | 10% | 1% | 4% | 14% | 62% | 19% | 6% | 10% | 13% |
| High school | 42% | 37% | 46% | 35% | 36% | 29% | 35% | 0% | 61% | 28% | 35% | 38% |
| Associate degree/some college* | 37% | 20% | 18% | 18% | 31% | 16% | 27% | 30% | 6% | 23% | 22% | 25% |
| Bachelor's degree or higher | 19% | 14% | 24% | 36% | 26% | 50% | 18% | 8% | 7% | 41% | 30% | 21% |
| Other | 1% | 0% | 3% | 1% | 5% | 1% | 6% | 0% | 7% | 3% | 3% | 4% |
| Employment status | | | | | | | | | | | | |
| Full-time | 47% | 30% | 54% | 52% | 41% | 61% | 46% | 49% | 67% | 56% | 50% | 49% |
| Part-time | 15% | 23% | 16% | 18% | 21% | 14% | 13% | 22% | 4% | 14% | 16% | 16% |
| Student | 15% | 16% | 15% | 15% | 12% | 13% | 21% | 10% | 10% | 18% | 15% | 16% |
| Unemployed | 23% | 31% | 15% | 14% | 27% | 12% | 20% | 19% | 19% | 12% | 18% | 19% |
| Parity | | | | | | | | | | | | |
| No children | 50% | 50% | 66% | 58% | 50% | 45% | 51% | 43% | 33% | 42% | 51% | 51% |
| 1–2 children | 38% | 40% | 31% | 36% | 39% | 52% | 38% | 47% | 58% | 51% | 41% | 40% |
| ≥3 children | 13% | 10% | 3% | 6% | 11% | 4% | 12% | 10% | 9% | 7% | 8% | 8% |

*Associate degree/some college: 1–3 years' study after high school without obtainment of a graduate degree.
Scandinavia includes Denmark, Norway and Sweden; Baltic States include Latvia, Lithuania and Estonia.




**Figure 2** Average starting age for contraceptive usage and proportion aged 16 years or younger when starting.

contraceptive method, compared with 56% and 55% in Russia and the Baltic States, respectively, where a large proportion (29% and 32%, respectively) used 'other methods', most of which are considered to be less reliable.

OCs were the most popular current method of contraception, but the frequency of their use varied greatly among the different countries/regions (Table 2). France (49%) and the Czech Republic (44%) had the highest current OC usage rates, and Russia, the Baltic States and Spain (15–18%) the lowest. Interestingly, the overall use of the male condom as only current method of contraception was 17%, but it was exceptionally frequent in Spain (39%) and very infrequent in France (6%).

Using 'no method of contraception' currently was fairly consistent across the countries, ranging between 21% and 30%. Not having a relationship or not being sexually active were, overall, the main reasons for not currently using contraception (Figure 3); they were reported by 53% of the respondents aged 15–29 years, 22% of those aged 30–39 years, and 25% of those aged 40–49 years. '*I don't believe I can become pregnant*' or '*no particular reason*' were reported by 33% of those aged 40–49 years as compared to 10% of those aged 15–29 years. Respondents aged 30–39 years more often (29%) expressed a desire to conceive or mentioned they were taking a chance about getting pregnant than those aged 15–29 years (13%) and 40–49 years (9%). Except for in Italy and the Baltic States (10% and 45% of interviewees, respectively), religious beliefs prevented very few women from using hormonal contraceptives.

In general, 80% or more of the women felt (fairly or very) satisfied with their current contraceptive method; in Russia and the Baltic States only 70% and 69%, respectively, were satisfied. Satisfaction with the current method of contraception was highest with the progestin-releasing intrauterine system (79% of 404 were very satisfied), and lowest with the male condom (30% of 2,177 were very satisfied) and 'other methods' (mainly methods considered to be less

**Table 2** Current contraceptive methods used

| | *France (n = 1,016)* | *Germany (n = 1,003)* | *Italy (n = 1,274)* | *Spain (n = 2,142)* | *UK (n = 1,017)* | *Russia (n = 1,002)* | *Scandinavia (n = 1,525)* | *Austria (n = 507)* | *Czech Republic (n = 500)* | *Baltic States (n = 1,504)* | *Total (n = 11,490)* | *Total – Russia (n = 10,488)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pill[#] | 49% | 38% | 29% | 18% | 31% | 15% | 29% | 38% | 44% | 16% | 28% | 34% |
| Hormonal implant | 2% | 0.47% | 0.21% | | 2% | 0.25% | 1% | 1% | 1% | 0.24% | 1% | 1% |
| Contraceptive patch | 0.17% | 0.43% | 3% | 1% | 0.43% | 0.39% | 0.35% | 4% | 2% | 3% | 1% | 1% |
| Injectable | 0 | 3% | 0.06% | 0.19% | 2% | 0.25% | 3% | 5% | 2% | 0.31% | 1% | 1% |
| Vaginal ring | 0.23% | 1% | 1% | 2% | 0.07% | 0.48% | 1% | 1% | 0.20% | 1% | 1% | 1% |
| Intrauterine system | 6% | 5% | 0 | 1% | 6% | 0.23% | 9% | 8% | 3% | 2% | 3% | 4% |
| Copper intrauterine device | 7% | 3% | 2% | 4% | 2% | 8% | 6% | 3% | 5% | 8% | 5% | 4% |
| Male condom (as only method) | 6% | 13% | 19% | 39% | 15% | 18% | 11% | 11% | 9% | 19% | 17% | 16% |
| Other methods* | 6% | 10% | 22% | 14% | 15% | 32% | 10% | 8% | 13% | 22% | 18% | 13% |
| No method | 24% | 26% | 24% | 21% | 27% | 25% | 30% | 21% | 21% | 28% | 25% | 25% |

Scandinavia includes Denmark, Norway and Sweden; Baltic States include Latvia, or Lithuania and Estonia.
[#]Not for emergency contraception.
*Include emergency contraception, vasectomy and methods regarded as being less reliable such as cap, diaphragm, female condom, spermicides, natural methods (basal temperature, rhythm/calendar method, withdrawal), and Persona®.




Figure 3 Three major reasons for not currently using contraception among participants using 'no method of contraception'.

reliable) (27% of 1,608 were very satisfied). Overall, contraceptive reliability (75%), good tolerability (60%), and the absence of effects on weight or no weight gain (58%) were identified as the three indices of greatest importance when selecting a hormonal contraceptive. Positive effects on physical premenstrual symptoms, on bleeding problems, and on emotional premenstrual symptoms were considered extremely important by 45%, 43% and 40% of women, respectively.

The condom was the most commonly ever used contraceptive (72%). Ever use of hormonal contraception (69% overall or 80% excluding Russia) and ever use of the pill (67% overall or 78% excluding Russia) were highest in France, Germany, UK, Scandinavia, and Austria (≥84%) and lowest in Spain, Russia and the Baltic States (≤54%).

*Focus on oral contraceptives*

About 65% of respondents reported to have switched brands of OCs at some time or another; the frequency ranged between 58% and 70% across all countries, except for Spain (47%) and the Baltic states (48%). Current OC use was highest in the 20–29 year age group (37%) and lowest in the 40–49 year age group (18%). Non-contraceptive benefits of OCs were sought by the majority of OC users in all countries analysed.

Weight gain (32%) and dislike of daily intake (28%) were the main reasons for stopping OC use. Among women who had never taken OCs, medical reasons (51%), the lack of protection against sexually transmitted infections (STIs, 45%) and daily intake (42%) were the three major reasons for never having used them.

The reasons for not taking OCs were relatively independent of age (data not shown). The lack of protection against STIs as a reason for never having used OCs decreased with increasing age from 43% in respondents aged ≤19 years to 33%, 22%, and 15% in those aged 20–29 years, 30–39 years, and 40–49 years, respectively.

## Sexual and reproductive behaviour

Most respondents (73%) had sexual intercourse for the first time when they were aged between 16 and 20

years (mean age 17.7 years) (Figure 4). Sixteen percent of respondents reported having had sexual intercourse for the first time when they were aged between 11 and 15 years, with the highest rates (28–38%) of sexual initiation at that early age in Germany, Scandinavia and Austria, and the lowest (5%) in the Baltic States. The mean age at first sexual intercourse was lowest in Austria, Germany and Scandinavia (16.5–16.7 years) and highest in Italy, Spain, Russia and the Baltic states (18.3–18.5 years) (Figure 4). About half of the respondents (54%) reported having used contraception during their first coitus, although this figure was heavily distorted by the large weight of Russian data (65% when excluding Russia). The highest rates of contraceptive usage at first coitus were in Germany (76%) and France (72%), and the lowest in Russia (29%), the Czech Republic (40%) and the Baltic States (39%). The frequency of sexual activity was highest in France, Italy, Spain, Russia and the Czech Republic, with 54–59% of respondents in these countries reporting having sexual intercourse at least once a week, as compared to 41% and 38% of respondents in Scandinavia and Austria, respectively (Figure 5).

The majority of respondents (83%) considered 20 to 29 years as the best age to have children, but attitudes differed between countries. The proportion of women considering an age ≥30 years to be the optimal time to have a child was highest in Italy (33%) and Spain (39%) and lowest in Russia (4.3%), the Czech Republic (9%) and the Baltic States (7.3%). The age considered best for having a first child was lowest in Russia, the Baltic States and the Czech Republic (23.4–24.8 years) and highest in Italy (27.4 years) and Spain (27.6 years).

### Awareness of contraceptive methods and method-seeking behaviour

Nearly all respondents were aware of some form of hormonal contraception, which corresponded mainly to awareness of the OC (Table 3). While the latter was distributed quite uniformly across Europe, awareness of other methods, including implants, patch or ring differed substantially. In general, Austrian and German respondents were aware of most of the hormonal methods available (≥56% response for any of the hormonal methods). The Italian and Russian respondents were the least aware of a number of hormonal




**Figure 4** Age at first intercourse.

Case 1:17-mc-02767-PAE-JLC Document 98-20 Filed 03/02/18 Page 10 of 15






Figure 5 Frequency of sexual intercourse. For UK, Germany and France the question ''How often do you have sexual intercourse?'' had been asked in a previous survey and participants in these regions were not asked this question again in this survey. The data presented here for UK, Germany and France are from the previous survey (data on file). The percentages reflect a total population comprising 15,636 participants.

methods – in particular, of hormonal implants (16% and 21%, respectively), the progestin-releasing intrauterine system (IUS, 19% and 16%), injectables (22% and 25%), and the contraceptive patch (Russia, 19%). Overall, 31% of respondents stated that they were well informed about scientific developments in the contraceptive field, the proportion being highest in Germany (59%) and Austria (58%), and lowest in Russia (9%) and the Baltic States (10%). Except for OC users (37%), a greater proportion of users of other hormonal contraceptives (50–62%) considered themselves to be well informed about developments in the field of contraception. The lowest proportion of respondents (19–30%) who felt well informed was found among those using 'other methods' of contraception (mainly methods considered to be less reliable).

Gynaecologists (63%) and close friends (54%) were the main sources of information about contraception in most countries (Figure 6), and they were also considered the most important and trustworthy source of information. The proportion of respondents who stated that close friends or mothers were the main source of information about contraception decreased with increasing age. Conversely, the proportion of respondents who stated that gynaecologists or general practitioners/primary care physicians (GPs/PCPs) were the main source of information about contraception increased with increasing age.

Gynaecologists and GPs were the main contacts before obtaining the first contraceptive prescription in most countries (66% and 19%, respectively). Contact with a gynaecologist before first prescription was most frequent in the Czech Republic, Austria and Germany (> 90%), and least frequent in the UK (8%) where most first prescriptions were written by GPs (70%), this being consistent with 'usual' practice in these countries. Interestingly, in Scandinavia, a midwife was the main contact for a first prescription for 26% of respondents. A similar pattern was observed with regard to follow-up prescriptions.

**Table 3** Awareness of hormonal contraceptives

| | *France* (*n* = 1,016) | *Germany* (*n* = 1,003) | *Italy* (*n* = 1,274) | *Spain* (*n* = 2,142) | *UK* (*n* = 1,017) | *Russia* (*n* = 1,002) | *Scandinavia* (*n* = 1,525) | *Austria* (*n* = 507) | *Czech Republic* (*n* = 500) | *Baltic States* (*n* = 1,504) | *Total* (*n* = 11,490) | *Total – Russia* (*n* = 10,488) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aware of hormonal contraception | 97% | 100% | 97% | 97% | 99% | 90% | 99% | 100% | 98% | 96% | 96% | 98% |
| Aware of contraceptive pill# | 97% | 99% | 96% | 96% | 99% | 88% | 97% | 100% | 95% | 92% | 94% | 97% |
| Aware of hormonal implant | 56% | 72% | 16% | 28% | 63% | 21% | 67% | 61% | 30% | 31% | 41% | 50% |
| Aware of contraceptive patch | 67% | 56% | 77% | 57% | 60% | 19% | 66% | 81% | 54% | 64% | 49% | 63% |
| Aware of contraceptive injection | 18% | 90% | 22% | 37% | 88% | 25% | 80% | 83% | 56% | 37% | 46% | 56% |
| Aware of vaginal ring | 58% | 72% | 70% | 58% | 32% | 51% | 46% | 59% | 23% | 54% | 55% | 57% |
| Aware of progestin-releasing intrauterine system | 67% | 66% | 19% | 41% | 61% | 16% | 63% | 84% | 39% | 52% | 42% | 54% |

Scandinavia includes Denmark, Norway and Sweden; Baltic States include Latvia, Lithuania and Estonia.
#Not for emergency contraception.




**Figure 6** Five major sources of information regarding contraception (GP, general practitioner; PCP, primary care provider).

Overall, 63% and 68% of respondents, respectively, had visited their gynaecologist (average number of visits 2.4) or GP (average number of visits 3.6) in the preceding 12 months. Of those who had visited a gynaecologist, 73% stated that they had talked about contraception, while 26% did so when they visited a GP.

## DISCUSSION

This study expands on previous multinational surveys of contraceptive use and sexual attitudes/behaviour concerning Western European women[1,3,4,9], by including countries in Central and Eastern Europe for direct comparison. The use of OCs in Western European countries in this study is broadly consistent with that reported in the previous studies. In this study, OCs were currently used by about 30% of women, although this figure varied between countries, being the lowest in Spain, Russia, and the Baltic States (15–18%). Overall, experience of 'ever using an oral contraceptive' was 67%, but this increased to 78% when Russia was excluded, again consistent with other studies in Western European women[1,3].

The differences in OC usage across Europe, particularly between Western Europe and Russia/Baltic States, may reflect socio-historical developments and women's access to contraception. Previous health policy in some Eastern European countries may have inadvertently favoured termination rather than prevention of unintended pregnancies, especially because of the lack of modern contraceptives[10]. Additionally, the lack of or limited domestic production of OCs and a limited number of imported contraceptive products may also be a factor. In contrast, the Czech Republic, which was part of the former communistic block, has one of the highest rates of OC use across Europe, second to only France in this study. One may only speculate that the high OC usage in the Czech Republic is linked to factors such as the liberal society,

a better quality of sexual education, and extensive postgraduate educational activities developed for gynaecologists. Indeed, contraceptive use and proportions of various methods differ greatly between countries in Western Europe, despite shared socio-historical developments. Also the awareness of various contraceptive methods differs between Western European countries; awareness of hormonal implants, contraceptive injections and the progestin-releasing IUS was lowest in Italy.

Most women were satisfied with their current method of contraception. This applied to all methods, except for the male condom. Interestingly, least satisfied were those women who used 'other methods' (including mainly methods considered to be less reliable). The three main reasons for selecting a hormonal contraceptive were reliability, good tolerability, and no effect on weight/no weight gain. Despite the fact that weight gain due to OC use has never been substantiated by randomised controlled studies, it was the major reason (32%) for stopping use of OCs in this study. In comparison, increased weight (36%) and headache (34%) were the most frequently alleged reasons for discontinuing OC use in a survey of women in Germany, France and the UK[1]. Medical reasons (51%), the lack of protection against STIs (45%) and daily intake (42%) were the top reasons for not ever having used OCs, which is consistent with another survey[3].

Interestingly, except for OC users, hormonal contraceptive users generally felt well informed about developments in the field of contraception – the apparent discrepancy may reflect the fact that family planning providers may spend less time counselling about the use of 'the pill'. Awareness and use of the progestin-releasing IUS is higher in Central and Northern Europe (specifically France, Germany, UK, Scandinavia and Austria), indicating a strong correlation between countries with high economic, educational and healthcare levels, and a high frequency of awareness and use of more sophisticated methods of contraception such as the IUS. Moreover, for the progestin-releasing IUS, it has been shown that the amount of information received about possible treatment effects at the insertion visit was strongly associated with increased user satisfaction with the method[11]. Similarly, satisfaction with OCs tended to be low among women who reported low counselling scores for their providers in another study[12].

The mean age at first intercourse varied throughout the European countries assessed, ranging between 16.5 and 18.5 years. These differences between countries are likely to be linked to cultural, educational, religious and philosophical beliefs. Specifically, religious beliefs probably play a part in delaying first coitus in Italy and the Baltic States, where most women are Catholic.

Of particular importance is the proportion of respondents who reported contraceptive coverage at first coitus (54% of respondents, increasing to 65% when excluding Russia). Significant differences were found across Europe, which in part reflect the differing quality and impact of sexual education in the countries assessed. Russia, the Czech Republic and the Baltic States had the lowest contraceptive usage at first intercourse (29–40%), and Germany (76%) and France (72%) the highest. This may be explained, at least in part, by the limited access to modern contraceptives in Russia and the Baltic States.

Although the relationship between the use of contraceptives and the rate of abortions is complex, a high prevalence of contraceptive use, particularly OCs and intrauterine devices, is associated with a low abortion rate[10]. Conversely, high abortion rates are associated with a high prevalence of natural contraceptive practices[7]. In this study, Russia and the Baltic States had the highest proportion of women using either no contraception or using 'other methods' mainly those known to be less reliable (cap/diaphragm, spermicides, natural methods and condoms). Indeed, data published in 1999 suggest that Russia and the Baltic States have some of the highest abortion rates in Europe (109, 70, 56, and 30 per 1,000 women aged 14–44 per year for Russia, Latvia, Estonia and Lithuania, respectively)[5].

This survey has a number of limitations that need to be considered when making generalisations relative to Europe. Although it was intended to be a general population study, the women selected for the web-based interview belonged to a pool of those who had previously stated that they would agree to participate in a survey of this kind, and the proportion that did not wish to participate in both web-based and face-to-face interviews was not recorded. In addition, women were not necessarily chosen in accordance with the proportions of people living in cities and rural regions, in the countries

studied. A selection bias can thus not be ruled out and participants may not be fully representative of the entire population. In addition, some of the questions asked required past recall and the accuracy of those responses may be limited, particularly when a long time had elapsed since the event in question. Furthermore, most questions allowed women to choose answers only from a number of pre-defined options which could mean that the true answer, not provided as an option, may not have been given by the participant. Moreover, questionnaires are always open to interpretation; for example terms such as 'long-term' lack precision and could mean one year to one person and five years to another. A further issue with surveys of this type is that the data may not necessarily reflect the true *behaviour* of women in terms of their contraceptive choices; rather, it may provide an insight into their primary *intent*. A previous study indicated that there were disparities between motivational factors for initiating contraception and actual method selection[13]. Nonetheless, the results of this survey provide a valuable insight into contraceptive practices and sexual behaviours across both Western and Central/Eastern Europe regions with contrasting economic and socio-historical developments.

## CONCLUSION

OCs are a popular method of contraception in Europe today, particularly among the younger age groups. However, there are substantial differences across Europe with regard to contraceptive use at first intercourse, contraceptive use in general and rates of use of the various methods. Many women, most of whom are sexually active, currently do not use contraception or use contraceptive methods considered to be unreliable.

## ACKNOWLEDGEMENTS

Funding for this study was provided by Bayer Schering Pharma AG, Berlin, Germany. The author would like to thank Alexandra Ott and Thomas Beyer for the conduct and analysis of the study. Editorial assistance for the development of this manuscript was provided by Richard Glover, with the financial support of Bayer Schering Pharma AG.

***Declaration of interest***: The author reports no conflicts of interest. The author alone is responsible for the content and writing of the paper.

## REFERENCES

1. Fuchs N, Prinz H, Koch U. Attitudes to current oral contraceptive use and future developments: The women's perspective. *Eur J Contracept Reprod Health Care* 1996;1:275–84.
2. Oddens BJ. Women's satisfaction with birth control: A population survey of physical and psychological effects of oral contraceptives, intrauterine devices, condoms, natural family planning, and sterilization among 1466 women. *Contraception* 1999;59:277–86.
3. Skouby SO. Contraceptive use and behavior in the 21st century: A comprehensive study across five European countries. *Eur J Contracept Reprod Health Care* 2004;9:57–68.
4. Spinelli A, Talamanca IF, Lauria L. Patterns of contraceptive use in 5 European countries. European Study Group on Infertility and Subfecundity. *Am J Public Health* 2000;90:1403–8.
5. Lauglo M, Mogedal S. *Reproductive choice*. Council of Europe, Strasbourg, France, 1999. Accessed 14 May 2007 from: http://www.coe.int/T/E/Human_Rights/Equality/PDF_EG(1999)4_E.pdf.
6. Serbanescu F, Goldberg H, Morris L. Reproductive health in the transition countries of Europe (Chapter 10). United Nations Economic Commission for Europe, Geneva, Switzerland, 12–14 January 2004. Accessed 23 May 2007 from: http://www.unece.org/pau/epf/ndr.htm.
7. Anonymous. *Reproductive health trends in Eastern Europe and Eurasia (Policy Brief)*. Washington, DC, USA: Population Reference Bureau, 2003. Accessed 3 July 2007 from: http://www.prb.org/pdf/ReproductiveHealthTrendsEE.pdf.
8. HNPStats. *World Bank's Health, Nutrition and Population data platform*. Demographic Projections Database. Accessed 2 January 2006 from: http://devdata.worldbank.org/hnpstats/.
9. Riphagen FE, Lehert P. A survey of contraception in five west European countries. *J Biosoc Sci* 1989;21:23–46.
10. Bajos N, Guillaume A, Kontula O. *Reproductive behaviour of young Europeans*. Population Studies, No 4. Strasbourg:

Council of Europe Publishing 2003. Accessed 14 May 2007 from: http://www.coe.int/t/e/social_cohesion/population/1D%E9mographie%20n%B042%2016x24%20En.pdf.

11. Backman T, Huhtala S, Luoto R, *et al*. Advance information improves user satisfaction with the levonorgestrel intrauterine system. *Obstet Gynecol* 2002; 99:608–13.

12. Rosenberg MJ, Waugh MS, Burnhill MS. Compliance, counseling and satisfaction with oral contraceptives: A prospective evaluation. *Fam Plann Perspect* 1998;30:89–92, 104.

13. Lamvu G, Steiner MJ, Condon S, Hartmann K. Consistency between most important reasons for using contraception and current method used: The influence of health care providers. *Contraception* 2006;73:399–403.