# Exhibit 21

ELSEVIER

Contraception

Contraception 86 (2012) 350–353

Original research article

# Body weight and composition in users of levonorgestrel-releasing intrauterine system☆

Natália Dal'Ava[a,*], Luis Bahamondes[a], M. Valeria Bahamondes[a], Allan de Oliveira Santos[b], Ilza Monteiro[a]

[a]*Department of Obstetrics and Gynecology, Human Reproduction Unit, School of Medicine, University of Campinas (UNICAMP), 13083-887 Campinas, SP, Brazil*

[b]*Department of Radiology, School of Medicine, University of Campinas (UNICAMP), 13083-887 Campinas, SP, Brazil*

Received 8 November 2011; revised 30 January 2012; accepted 31 January 2012

**Abstract**

**Background:** There is little information about body weight and body composition (BC) among users of the levonorgestrel-releasing intrauterine system (LNG-IUS). The aim of this study was to evaluate body weight and BC in LNG-IUS users compared to users of the TCu380A intrauterine device (IUD).

**Study Design:** A prospective study was done with 76 new users of both contraceptive methods. Women were paired by age (±2 years) and body mass index (BMI, kg/m$^2$, ±2). Body weight and BC (% lean mass and % fat mass) were evaluated by a trained professional at baseline and at 1 year of contraceptive use. The BC measurements were obtained using Lunar DXA equipment. Weight and BC were evaluated in each woman at baseline and at 12 months and analyzed as the mean change within each woman. Then, the changes in weight and BC for each woman were calculated and then compared between LNG-IUS and TCu380A IUD users (paired data for each woman). The central-to-peripheral fat ratio was calculated by dividing trunk fat by the upper and lower limb fat.

**Results:** There were no significant differences at time of IUD insertion between LNG-IUS and TCu380A IUD users regarding age (mean±SD) (34.4±7.5 vs. 33.9±8.0 years), BMI (25.3±4.1 vs. 25.9±4.1) and number of pregnancies (1.9±0.2 vs. 1.7±0.2), respectively. Mean body weight gain of 2.9 kg was observed among LNG-IUS users at 12 months (p=.0012), whereas the body weight of TCu380A IUD users only increased by 1.4 kg (p=.067). There was no significant difference in body weight change between the two groups of users at 12 months. The variation in the central-to-peripheral fat ratio was the same between the two groups (−1.6% vs. −0.2%; p=.364). LNG-IUS users showed a 2.5% gain in fat mass (p=.0009) and a 1.4% loss of lean mass, whereas TCu380A IUD users showed a loss of 1.3% of fat mass (p=.159) and gain of 1.0% of lean mass (p=.120). TCu380A IUD users gained more lean mass than LNG-IUS users (p=.0270), although there was no significant difference between the two groups after 12 months of use.

**Conclusions:** Although an increase in mean fat mass among LNG-IUS users at 12 months of use was observed, it should be noted that an increase of body weight was also observed in both groups after 1 year of insertion of the device. However, a study with a larger number of women and long-term evaluation is necessary to evaluate these body changes.

© 2012 Elsevier Inc. All rights reserved.

*Keywords:* Body composition; Fat mass; Levonorgestrel-releasing intrauterine system

## 1. Introduction

The levonorgestrel-releasing intrauterine system (LNG-IUS) is used by more than 10 million women in more than 120 countries [1,2], is approved for 5-year use and is highly effective, with few side effects [2–4], albeit changes in body weight could influence early discontinuation [5,6]. LNG is derived from 19-nortestosterone and can have anabolic effects on lean mass [7]. Changes in body weight are one of the reasons for discontinuing contraceptive methods, including the LNG-IUS [8–10]. In a study of 94 women with adenomyosis who used the LNG-IUS for up to 3 years, 28.7% reported a weight gain of more than 2.0 kg [11]. Other authors have observed an average weight increase of 3.1 kg after 5 years of LNG-IUS use, whereas users of the

☆ Conflict of interest: no disclosures.

* Corresponding author. Caixa Postal 6181, 13084-971, Campinas, SP, Brazil. Tel.: +55 19 3289 2856; fax: +55 19 3289 2440

*E-mail address:* na_taliads@hotmail.com (N. Dal'Ava).

0010-7824/$ – see front matter © 2012 Elsevier Inc. All rights reserved.
doi:10.1016/j.contraception.2012.01.017

EXHIBIT
Johanson 28

TCu380A intrauterine device (IUD) showed an average increase of 4.9 kg [12].

Although estradiol levels of LNG-IUS users are similar to those observed in the follicular phase of the menstrual cycle [6], one of the concerns with the long-term use of progestin contraceptives is the possible effect on body mass density (BMD) [7] and body composition (BC). As far as we know, there is no prospective study that evaluated BC (lean mass and fat mass) among LNG-IUS users, and there is still insufficient information about changes in weight during use. The aim of this study was therefore to evaluate BC in LNG-IUS users and compare it with that of TCu380A IUD users at 1 year of use.

## 2. Materials and methods

This prospective study was carried out at the Human Reproduction Unit, Department of Obstetrics and Gynecology, School of Medical Sciences, University of Campinas (UNICAMP), Campinas, SP, Brazil. The study was approved by the Institutional Review Board, and all of the participants signed an informed consent form before entering the study. Women between 18 and 45 years of age who had initiated contraceptive use with either the LNG-IUS (Mirena®, Bayer Oy, Turku, Finland) or a TCu380A IUD (Optima, Injeflex, São Paulo, Brazil) were recruited between October 2009 and May 2010. Women from both groups were paired by age (±2 years) and body mass index (BMI, kg/m$^2$, ±2) based on standardized height and body weight measurements at the beginning of the study.

Women were excluded if they were breastfeeding or had been breastfeeding during the 6 months before enrollment in the study, and if they used corticosteroids, thiazide diuretics or drugs for the treatment of thyroid disease. Women with eating disorders, such as bulimia and anorexia, and chronic diseases, including diabetes mellitus, chronic renal failure, hyper- or hypothyroidism, hyper- or hypoparathyroidism, hepatitis, cancer or pituitary diseases, were also excluded. For the study, 76 women were included ($n$=38 each for LNG-IUS and TCu380A IUD users). All subjects in both groups were evaluated at the beginning of the study and returned for a second evaluation after 12 months of IUD use.

### 2.1. Definition of variables

The independent variables were the contraceptive methods in use. The dependent variables were weight, percentage of body fat, percentage of lean mass and center-to-peripheral fat ratio. The control variables were sociodemographic variables; gynecological and obstetric data; physical activity; consumption of coffee, alcohol and milk; smoking habits and a family history of osteoporosis. Physical activity was assessed through an interview based on self-report of performance and frequency of activity (yes/no).

### 2.2. Body composition measurements

The BC measurements were done using DXA equipment (Lunar DPX, GE Lunar Corp., Madison, WI, USA) at the beginning of the study and after 12 months by trained professionals. The coefficients of variation for the lean mass and fat mass measurements were 0.7% and 0.97%, respectively. The central-to-peripheral fat ratio was calculated by dividing trunk fat by the upper and lower limb fat.

### 2.3. Statistical analysis

The sample size was estimated in a previous study of weight gain in LNG-IUS user [13], with an α of 5%. The minimum sample size was estimated to be 37 women in each group. Weight and BC were evaluated in each woman at baseline and at 12 months and analyzed as the mean change within each woman. Then, the change in weight and BC for each woman was calculated and then compared between LNG-IUS and TCu380A IUD users (paired data for each subject). Student's $t$ test and the Wilcoxon signed rank test were applied to compare the BC data when appropriate. Significance was established at $p<.05$.

## 3. Results

The mean (±SD) age at the beginning of the treatment was 34.4±7.5 and 33.9±8.0 years for LNG-IUS and TCu380A IUD users, BMI was 25.3±4.1 and 25.9±4.1, and number of pregnancies was 1.9±0.2 vs. 1.7±0.2, respectively, without significant differences between the two groups. Additionally, there were no significant differences in number of children (1.7 vs. 1.6) and physical activity (10% vs. 13%) between the two groups. Physical activities were reported by 30.2% of the women in both groups. White women accounted for 73.7% and 71.1% of the subjects among LNG-IUS and TCu380A IUD users, respectively (Table 1).

Regarding BC, there was a mean body weight gain of 2.9 kg among LNG-IUS users (p=.0012), whereas the body weight of TCu380A IUD users only increased by a mean of 1.4 kg (p=.067), without significant difference between the two groups of users after 12 months (p=.068). The variation in the central-to-peripheral fat ratio was the same between

Table 1
Anthropometric characteristics of the two groups at the beginning of the study

| Variables | LNG-IUS | | TCu380A IUD | | p Value |
|---|---|---|---|---|---|
| | $N$ | Mean±SD | $N$ | Mean±SD | |
| Age at enrollment (years) | 38 | 34.4±7.5 | 38 | 33.9±8.0 | .3020 |
| BMI (kg/m$^2$) | 38 | 25.3±4.1 | 38 | 25.9±4.1 | .0692 |
| Number of pregnancies | 38 | 1.9±1.0 | 38 | 1.8±1.2 | .3210[a] |
| Number of children | 38 | 1.7±0.1 | 37 | 1.6±0.2 | .4700 |
| White women (%) | 38 | 28 (73.7) | 38 | 27 (71.1) | .7980 |
| Physical activity (%) | 38 | 10 (26.3) | 38 | 13 (34.2) | .4530 |

[a] Wilcoxon signed rank test.

Table 2
Variation in body composition of the two groups during the 12 months of the study

| Body composition | LNG-IUS[a] ($N$=38) | TCu380A IUD ($N$=38) | p Value |
|---|---|---|---|
| | Mean±SD | Mean±SD | |
| Baseline weight (kg) | 65.4±10.7 | 65.5±10.3 | .9317[c] |
| 12-month weight (kg) | 67.1±10.6 | 66.5±11.9 | .7064[c] |
| Change in weight (in kg) | 2.9±5.7 | 1.4±4.4 | .0680[b] |
| p Value[b] | .0012 | .0671 | |
| Baseline central–peripheral fat ratio | 0.9±0.2 | 0.9±0.2 | .7994[b] |
| 12-month central–peripheral fat ratio | 0.9±0.2 | 0.9±0.2 | .9352[b] |
| Change in central–peripheral fat ratio (in %) | −1.6 (18.7) | −0.2 (11.6) | .3640[b] |
| p Value[b] | .7799[a] | .2505[a] | |
| % Change in fat mass (% of total fat mass) | 2.5 (8.0) | −1.3 (6.9) | .0293[b] |
| p Value[b] | .0009[a] | .1590 | |
| % Change in lean mass (% of total fat mass) | −1.4 (4.7) | 1.0 (3.8) | .0270[b] |
| p Value[b] | .0714 | .1208 | |

[a] LNG-IUS: levonorgestrel-releasing intrauterine system.
[b] Wilcoxon paired test.
[c] Student's $t$ test.

the two groups (−1.6% vs. −0.2%; p=.364). LNG-IUS users showed a 2.5% gain in fat mass (p=.0009) and a 1.4% loss of lean mass, whereas TCu380A IUD users showed a loss of 1.3% of fat mass (p=.159) and gain of 1.0% of lean mass (p=.120) (Table 2). TCu380A IUD users gained more lean mass than LNG-IUS users (p=.0270), although there was no significant difference between the two groups after 12 months of use, albeit there were no discontinuations at 12 months of observation.

## 4. Discussion

Our study showed changes in mean weight and mean BC in both LNG-IUS and TCu380A IUD users after 1 year of use. There was also variation in the peripheral deposition of fat and lean mass in both groups, although a significant gain in fat mass was observed only among LNG-IUS users. Both groups were similar in age and the number of pregnancies, and none of the volunteers were overweight or obese at baseline, with 30.2% of the women participating in some physical activity.

The LNG-IUS users gained weight (2.9 kg), with a greater increase in fat mass (2.5%) than in lean mass (−1.4%). If LNG had any effect on BC, it would be expected that LNG-IUS use would increase lean body mass since LNG is a progestin with androgenic properties derived from 19-nortestosterone that increases lean mass and BMD [7,13]. However, our results showed an increase only in fat mass, with no significant change in lean mass.

The increase in lean mass was greater among TCu380A IUD users than among LNG-IUS users, whereas there was no significant change in fat mass among TCu380A IUD users after 12 months of use. Nevertheless, TCu380A IUD users showed a 1.4% increase in mean weight after 1 year. There was a significant difference in fat and lean mass in both groups when the baseline and 12-month values were compared.

Both groups of users showed a significant mean weight increase, with a greater gain among LNG-IUS users. Others have also reported a mean weight increase of ~0.5 kg per year in copper-IUD users [14] and an average weight gain of 3.9 kg after 7 years of use [15]. A study of 17,914 LNG-IUS users who returned a questionnaire showed that 45.8% of the women reported weight gain as an adverse effect [16], while another study that evaluated the side effects of LNG-IUS use over 3 years reported a weight gain in only 8.8% of users [17]. However, the findings of these two studies should be interpreted with caution since the data were based on the ability of the women to recall past events rather than on objective measurements.

It was described [11] that after 3 years of use, 28.7% of 94 users of an LNG-IUS who accepted the device to control pain-associated adenomyosis reported a weight gain of more than 2 kg. Additionally, Andersson et al. [14] observed a mean increase of 2.5 kg in 1821 women who had used LNG-IUS for 5 years. However, a similar increase was found in 937 TCu380A IUD users. Weight gain of 4.0 kg and 4.9 kg was also observed in Brazilian women users of the LNG-IUS and TCu380A IUD, respectively, after 5 years of placement of the device [12].

As far as we know, the present study is the first to evaluate the effect of LNG-IUS on lean mass and fat mass after the first year of use. The main limitations of this study were that white women accounted for ~70% of the subjects in both groups and the number of women was limited. Other limitations were that physical activity and daily calorie intake were not monitored; these variables require further investigation. Indeed, modifiable factors such as nutrition and physical activity may have a greater influence on body weight and may be more important than the use of progestin-only contraceptive methods even with low serum hormone levels such as those associated with LNG-IUS use [18]. In conclusion, users of both hormonal and nonhormonal IUD gained weight during the first year of use; however, an increase in fat mass only occurred among LNG-IUS users. Due to the limitations of the present study, a new study with a larger number of women and long-term evaluation is necessary to evaluate these body changes.

## Acknowledgments

This study was partially financed by the Fundação de Amparo à Pesquisa do Estado de São Paulo (FAPESP, award #2009/15595-4) and by the Brazilian National Research Council (CNPq, award #573747/2008-3).

## References


[1] Bahamondes L, Espejo-Arce X, Hidalgo MM, Hidalgo-Regina C, Teatin-Juliato C, Petta CA. A cross-sectional study of the forearm bone density of long-term users of levonorgestrel-releasing intrauterine system. Hum Reprod 2006;21:1316–9.

[2] ESHRE Capri Workshop Group. Intrauterine devices and intrauterine systems. Hum Reprod Update 2008;14:197–208.

[3] Beatty MN, Blumenthal PD. The levonorgestrel-releasing intrauterine system: safety, efficacy, and patient acceptability. Ther Clin Risk Manag 2009;5:561–74.

[4] Bahamondes MV, Monteiro I, Castro S, Espejo-Arce, Bahamondes L. Prospective study of the forearm bone mineral density of long-term users of levonorgestrel-releasing intrauterine system. Hum Reprod 2010;25:1158–64.

[5] Luukkainen T, Lähteenmäki P, Toivonen J. Levonorgestrel-releasing intrauterine device. Ann Med 1990;22:85–90.

[6] Hidalgo MM, Hidalgo-Regina C, Bahamondes MV, Monteiro I, Petta CA, Bahamondes L. Serum levonorgestrel levels and endometrial thickness during extended use of the levonorgestrel-releasing intrauterine system. Contraception 2009;80:84–9.

[7] Balasch J. Sex steroids and bone: current perspectives. Hum Reprod 2003;9:207–22.

[8] Westhoff C, Jain JK, Milson I, Ray A. Changes in weight with depot medroxyprogesterone acetate subcutaneous injection 104 mg/0.65 ml. Contraception 2007;75:261–7.

[9] Bahamondes L, Del Castillo S, Tabares G, Arce XE, Perrotti M, Petta CA. Comparison of weight increase in users of depot medroxyprogesterone acetate and copper IUD up to 5 years. Contraception 2001; 64:223–5.

[10] Berenson AB, Rahman M. Changes in weight, total fat, percent body fat, and central-to-peripheral fat ratio associated with injectable and oral contraceptive use. Am J Obstet Gynecol 2009;200: 329.e1–8.

[11] Sheng J, Zang WY, Zang JP, Lu D. The LNG-IUS study on adenomyosis: a 3-year follow-up study on the efficacy and side effects of the use of levonorgestrel intrauterine system for the treatment of dysmenorrhea associated with adenomyosis. Contraception 2009;79: 189–93.

[12] Yela DA, Monteiro I, Bahamondes LG, Castillo SD, Bahamondes MV, Fernandes A. Variação de peso em usuárias de sistema intra-uterino liberador de levonorgestrel, DIU T-cobre e acetato de medroxiprogesterona no Brasil. Rev Assoc Med Bras 2006;52:32–6.

[13] Schindler AE, Campagnoli C, Druckmann R, et al. Reprint of classification and pharmacology of progestins. Maturitas 2008;61: 171–80.

[14] Andersson K, Odlind V, Rybo G. Levonorgestrel-releasing system and cooper- releasing (Nova T) IUDs during 5 years of use: a randomized comparative trial. Contraception 1994;49:56–72.

[15] Hassan DF, Petta CA, Aldrighi JM, Bahamondes L, Perrotti M. Weight variation in a cohort of women using copper IUD for contraception. Contraception 2003;68:27–30.

[16] Backman T, Huhtala S, Blom T, Riitta L, Rauramo I, Koskenvuo M. Length of use and symptoms associated with premature removal of the levonorgestrel intrauterine releasing system: a nation-wide study of 17,360 users. BJOG 2000;3:335–9.

[17] Lockhat FB, Emembolu JO, Konje JC. The efficacy, side-effects and continuation rates in women with symptomatic endometriosis undergoing treatment with an intra-uterine administered progestogen (levonorgestrel): a 3 year follow-up. Hum Reprod 2005;3: 789–93.

[18] Bahamondes L, Bahamondes MV, Monteiro I. Levonorgestrel-releasing intrauterine system: uses and controversies. Expert Rev Med Devices 2008;5:437–45.