# Exhibit 24

Reviews in Endocrine & Metabolic Disorders 2002;3:257–265
© 2002 Kluwer Academic Publishers. Manufactured in The Netherlands.

# Recent Developments in Hormonal Contraception

*Eleanor A. Drey* and Philip D. Darney*

*Department of Obstetrics, Gynecology and Reproductive Sciences, San Francisco General Hospital, University of California, San Francisco, CA 94110, USA*

*Key Words.* **contraceptives, oral contraceptives, hormonal, contraceptive devices, post-coital contraceptives**

## Introduction

Ever since Ludwig Haberlandt observed in the 1920s that ovarian extracts could prevent fertility in mice and Russell Marker discovered in the 1940s how to produce large quantities of inexpensive progesterone, efforts to control human fertility have involved the development of new sex steroid molecules and methods for their delivery to create contraceptives that are effective, safe, and acceptable to the hundreds of millions of women worldwide who want to use them [1].

The combination in the 1950s of synthetic progestins and orally-active estrogens created the birth control pill, the most widely-used and thoroughly-studied hormonal drug in history. Based on this long experience with orally-administered sex steroids, recent pharmacologic and endocrinologic advances have made possible the development of new compounds and delivery systems which offer clinicians and their patients more effective contraceptives with diminished effects on physiologic parameters, like coagulation function and lipoprotein metabolism. The purpose of this review is to describe these new hormonal methods of contraception, define the clinical situations in which they are most useful, and provide guidelines for counseling patients about them. Although many new approaches are in development, we will confine our presentation to those already available or likely to become available in the United States in the next few years and will discuss them in the probable order of their introduction to clinical use.

For the contraceptive methods most commonly used in the United States, the failure rates in the first year are summarized in Table 1. For any method which requires consistent use, the failure rate, or probability of pregnancy, is higher with typical than perfect use and often is highest in the first year. Using two methods at once can lower the risk of pregnancy still further. The commonly used Pearl index, a means of assessing contraceptive efficacy, is defined as the number of failures per 100 woman-years of exposure, usually based upon an exposure of one year. Thus the Pearl index fails to reflect the fact that, with most methods of contraception, failure rates decline with increasing duration of use.

## Oral Contraceptive Pills

The most effective oral contraceptive pills combine estrogen to control bleeding and a progestin to inhibit ovulation. In general, oral contraceptives are well tolerated, with low failure rates in compliant patients and numerous non-contraceptive benefits (Table 1). Most medical concerns about combined oral contraception (COC) focus on the estrogen component of the pill. Many of the original precautions were based on risks observed with pills containing 50–100 μg of ethinyl estradiol or mestranol. These risks are greatly reduced with lower dose formulations. Other new hormonal delivery methods with similar physiologic effects and medical considerations include the once-monthly combined injectable (Lunelle™), the contraceptive patch (Ortho Evra™), and the vaginal ring (Nuvaring®).

COCs provide numerous non-contraceptive health benefits that can be useful in patient management (Table 1). For example, continuous administration of COCs may be useful in women for whom menses may cause problems, such as with dysmenorrhea, hygiene, or menstrually-related seizures or migraines. This is reviewed in detail in the chapter on non-contraceptive benefits of oral contraceptives.

In a new development, COCs are marketed as Seasonale™, with packaging specifically designed to facilitate continuous pill-taking, providing for four pill-free intervals per year (or one withdrawal bleed per ‘‘season’’). By discarding their placebo pills, other pill packs can be used the same way to decrease

Address correspondence to: Philip D. Darney.
E-mail: darney@ob.ucsf.edu
*Supported in part by NICHD Grant #5T32HD4071-02.

***Table 1.*** *Failure rates, non-contraceptive benefits, adverse effects and side effects of the most frequently utilized contraceptive methods*

| Method | Lower expected (typical) failure rates during the first year of use | Non-contraceptive benefits | Adverse effects | Side effects |
|---|---|---|---|---|
| Combined pill (similar considerations in other delivery methods, such as the patch, ring and combined E2/MPA injectable, which have different failure rates) | 0.1 (7.6)% | Decreases menstrual blood loss, pain cycle irregularities and PMS. Protects against PID requiring hospitalization, some cancers (ovarian, endometrial, possibly colon), some benign tumors (leiomyomata, benign breast masses and fibrocystic disease) and possibly ovarian cysts. Decreases iron-deficiency anemia. Reduces acne and hirsutism. Protects against loss of bone mass. Decreases ectopic pregnancy incidence. | Cardiovascular complications (stroke, heart attack, blood clots, high blood pressure), depression, hepatic adenomas, possible increased risk of breast and cervical cancers. | Nausea, breast tenderness, headaches, dizziness, spotting, chloasma. |
| Progestin-only pill | 0.5 (somewhat higher than COCs) | Decreases menstrual blood loss, pain and PMS. Decreased breast tenderness. | May fail if taken even 3 hours late. | Breakthrough bleeding with no overall change in average menstrual blood loss, acne, functional ovarian follicular cysts. |
| Emergency contraception pills | < 2% per act of intercourse, or 75% decreased risk | None known. | None known for progestin-only regimen. | Nausea, vomiting, delayed menses. |
| IUD—levonorgestrel (Mirena®) | 0.1 (0.1) | Dramatically decreases menstrual blood loss (about 90%) and pain. | PID following insertion, uterine perforation. | Initial irregular bleeding or spotting, abdominal pain or cramping, back pain, breast tenderness, headache, mood changes, nausea. |
| IUD—copper T 380A | 0.6 (0.8) | None known. | PID following insertion, uterine perforation, anemia. | Menstrual cramping, spotting increased bleeding. |
| Implant | 0.05 (0.2) | May decrease menstrual cramps, pain and blood loss. | Infection at implant site, complicated removals depression. | Irregular menstrual bleeding, more frequent follicular cysts, infrequent weight gain, mood changes and headache, tenderness at site, hair loss, weight gain. |
| Combined injectable (Lunelle™) | 0.1 (0.2) | See combined pill benefits (supposition based on insufficient date) | See combined pill dangers (supposition based on insufficient data) | See combined pill side effects |
| Progestin-only injectable (Depo-Provera®, or DMPA) | 0.3 (3.1) | Decreased frequency of seizures in women with epilepsy, decreased frequency of sickle cell crises, decreased endometrial cancer, increased volume of breast milk in lactating women. | Allergic reactions, pathologic weight gain, decreased bone mineral density, possible depression. | Irregular menstural bleeding, including prolonged or frequent bleeding; weight gain; headaches; adverse effects on lipids. |
| Female sterilization | 0.05 (0.05) | Reduces risk of ovarian cancer and may protect against PID. | Infection; anesthetic complications; if pregnancy occurs afterwards, high risk it will be ectopic. | Pain at surgical site, psychological reactions, subsequent regret that the procedure was performed. |
| Male sterilization | 0.1 (0.15) | None known. | Infection; anesthetic complications. | Pain at surgical site, psychological reactions, regret. |
| Barriers: diaphragm, cap, sponge | Diaphragm + spermicides 6.0 (12.1).<br>Cervical cap 9.0–20 (20–40). | Provides modest protection against some sexually transmitted infections. | Vaginal and urinary tract infections, toxic shock syndrome. | Pelvic pressure, vaginal irritation, vaginal discharge is left in too long, allergy. |
| Male condom | 3.0 (13.9) | Protects against sexually transmitted infections, including HIV; delays premature ejaculation. | Anaphylactic reaction to latex. | Decreased sensation, allergy to latex, loss of spontaneity. |
| Female condom | 5.0 (21.0) | Protects against sexually transmitted infections. | None known. | Aesthetically unappealing and awkward to use for some. |
| Spermicides | 6.0 (25.7) | Provides modest protection against some sexually transmitted infections. | Vaginal and urinary tract infections. | Vaginal irritation, allergy. |
| Abstinence | — | Prevents infections, including HIV. | None known. | Psychological effects. |
| Lactational amenorrhea method (LAM) | 0.5–1.5 [perfect use for 6 months] | Provides excellent nutrition for infants under 6 months old. | Increased risk of HIV transmission to infant if mother is HIV +. | Mastitis from staphylococcal infection. |

Adapted from Nelson A, Hatcher RA, Zieman M, Watt A, Darney PD, Creinin MD. *A Pocket Guide to Managing Contraception*; Tiger, GA. *Bridging the Gap Foundation*, 2000:31; and Speroff L, Darney PD. *A Clinical Guide for Contraception*. Philadelphia: Lippincott Williams & Wilkins, 2001;5.

the frequency of withdrawal bleeding. The primary disadvantage of continuous pill-taking is intermenstrual bleeding.

Progestin-only contraceptive pills (POPs) prevent conception by combining several mechanisms, including suppressing ovulation in some cycles, thickening cervical mucus, and altering the endometrium and tubal ciliary function. POPs must be taken at the same time each day, because the hormone usually is eliminated within 24 hours, with their protection diminishing after 20 hours. As a result POPs have higher typical failure rates than COCs. Progestin-only contraceptives do not appear to be associated with an increased risk of venous thromboembolism (VTE) [2]. Anticipatory guidance about the frequent side effect of scant, irregular bleeding can decrease concern and dissatisfaction with the method.

The increased risk of VTE remains the greatest concern with COC; the World Health Organization found a 3- to 4-fold increased risk associated with even the lowest-dose of COCs [3,4]. Because of these concerns, women with a known increased risk of VTE are generally encouraged either to avoid COC use altogether or to use progestin-only methods, reserving COCs if the benefits of use are evaluated by the practitioner to outweigh the VTE risks.

As a result, women with thrombophlebitis, thromboembolic disorders, coronary artery disease, myocardial infarction, and cerebrovascular disease should avoid COCs [5]. COCs have been associated with an increased risk of myocardial infarction and stroke. However, much of the risk is confined to hypertensive users and those who smoke, with the risk modified by age. The risk increases with age as cardiovascular risk factors become more prevalent, including hypertension, diabetes, thromboembolic disease, and a sedentary lifestyle. Among 100,000 COC users younger than 45, the pill accounts for about 1.5 deaths per year [6]. When considering COCs in women with angina, for example, additive risk factors are important. Because progestin-only contraceptives have not been associated with serious cardiovascular effects, progestin implants, POPs, depot medroxyprogesterone acetate and progestin-containing intrauterine contraceptive devices (IUCDs or IUDs) are generally good choices.

## Emergency Contraception

Any woman whose primary contraceptive method requires compliance should be educated about and have ready access to emergency contraception (EC), methods that can prevent conception *after* intercourse. The most commonly used method is hormonal (also called postcoital contraception or the ''morning after'' pill), which consists of either two doses of combined oral contraceptives (COC, most commonly, a combination of pills containing a total of 100 µg ethinyl estradiol/dose and 0.5 mg levonorgestrel/dose) or of levonorgestrel (LNG, 0.75 mg/dose). In either regimen the first dose is to be taken as soon as possible and ideally within 72 hours after unprotected intercourse, with the second dose taken 12 hours later. Some studies suggest continued effectiveness of ECPs up to 5 days and that one dose is nearly as effective as two [7]. Mifepristone (10 mg) also may be used as an ECP up to five days after intercourse. The copper-containing IUD may be used as an emergency contraceptive with even greater effectiveness than oral methods up to five days after unprotected intercourse.

Hormonal EC has no significant medical contraindications, with the WHO concluding that there are no contraindications to either COC or LNG-only ECP and ACOG advising that progestin-only methods are preferable in women with a history of idiopathic thrombosis [8,9]. The only absolute contraindication is pregnancy, because hormonal EC is ineffective if a woman is already pregnant. However, neither method has any proven teratogenicity, so if a woman is already pregnant, an ineffective dose is not of great concern.

Because of its greater efficacy and fewer side effects, the 0.75 mg LNG-only EC regimen (available in the United States as Plan B, Women's Capital Corporation) is preferable to those containing estrogen. Compared with the COC regimen, LNG-only pills were 60% more effective [10]. The only advantage of a combined regimen is that a woman may already have packs of pills at home that she can use. However, advance provision of either a prescription for Plan B, or better yet, the pills themselves obviates that advantage. Because of its safety, efficacy, and lack of teratogenicity, ECP ought to be available over-the-counter in the United States, as it is in Europe [11].

## Depot-Medroxyprogesterone Acetate

Depo-Provera® (depot-medroxyprogesterone acetate, or DMPA) is administered as 150 mg of microcrystals injected in the gluteal or deltoid muscle every three months. Because it is not a ''sustained-release'' system, its mechanism relies on high serum levels of progestins to suppress follicular development. In addition to thickening the cervical mucus and altering the endometrium like other progestins, the high concentration of DMPA also blocks the LH surge to suppress ovulation. Estrogen levels in most users are comparable to those in the early follicular phase of a normal menstrual cycle, but

a small minority experience symptoms of hypoestrogenism.

The most common side effect is the change in menstrual bleeding, which decreases with re-injection, progressing to amenorrhea after five years in 80% of users. However, up to 25% of patients discontinue Depo-Provera® in the first year because of irregular bleeding [12]. Other common problems are breast tenderness and weight gain in some patients. The significance of bone density loss seen in some DMPA studies is uncertain, because the evidence is mixed; however, it appears unlikely that permanent bone loss occurs sufficiently to increase osteoporosis later in life for most patients [13]. Evidence linking DMPA to depression is also mixed [14,15]. Depo-Provera® is a poor choice for women wanting to conceive promptly after discontinuing contraception, because the mean return to ovulation is about 200 days after the last injection.

Because serum concentrations are relatively high, efficacy is not influenced by weight or by the use of medications that stimulate hepatic enzymes, such as neuroleptics. In fact, Depo-Provera® has been strongly recommended for epileptic patients, in whom it may reduce seizures. Depo-Provera®'s high blood levels of progestin both ensures its efficacy and has been associated with decreased seizure frequency.

Depo-Provera®'s advantages include its ease of use, its safety and its high efficacy. It is also an excellent method for those for whom exogenous estrogen is contraindicated. DMPA also increases the quantity of milk in nursing mothers, with negligible concentration found in breast milk [16], which makes it a good postpartum contraceptive. DMPA's other non-contraceptive benefits include causing amenorrhea, decreasing the likelihood of seizure in epileptic patients and decreasing the frequency of sickle cell crises.

## Combined Injectables

Lunelle™, the most widely available, monthly injectable combination of estrogen and progestin, contains 25 mg medroxyprogesterone acetate (MPA) and 5 mg estradiol cypionate ($E_2C$). The intramuscular injection is highly effective, suppressing ovulation at the lowest effective concentration of MPA. Several multicenter studies show 12-month pregnancy rates that range from 0.0 to 0.2 pregnancies per 100 woman-years [17–19].

Although it is as effective as Depo-Provera® (150 mg, injected every 3 months), the inclusion of estrogen in MPA/$E_2C$ results in less menstrual irregularity or amenorrhea [20–24]. The peak estradiol concentrations mimic the natural pre-ovulatory surge to induce regular bleeding patterns. On average, during the first 90 days, users experience an average of four bleeding episodes, each averaging 4–5 days. With continued use, the pattern becomes more predictable, comparable to that experienced by ovulatory women or those using COCs, with monthly menses of 4–5 days occurring 10–20 days post-injection [24]. Compared to a low-dose oral contraceptive, MPA/$E_2C$ is associated with a significantly lower incidence of ovarian follicular development [25].

Fertility returns within a month after discontinuation of Lunelle™, considerably more quickly than with Depo-Provera®. In a multicenter study, half of 70 women who discontinued MPA/$E_2C$ conceived within 6 months [26], but after ceasing Depo-Provera® injections the median is 10 months.

Side effects include headaches, breast tenderness, weight change, dysmenorrhea, acne, emotional lability, and nausea. However, at the end of one year these side effects resulted in discontinuation in only 10% or fewer MPA/$E_2C$ users [18,19,26]. Self-administration of monthly injections could reduce the need for office visits.

Generally, combined injectables have the same medical considerations as COCs. Since the peak levels of estradiol are lower than the midcycle preovulatory surge cardiovascular side effects are unlikely. However, because of the estrogen, combined injectables are relatively contraindicated in women with a personal or close family history of idiopathic VTE.

Compared with Depo-Provera®, Lunelle™ combines the case and efficacy of long-acting hormonal contraception with the benefits of low-dose oral contraception, including better cycle control, quicker return to fertility and a similar side effect profile.

## Intrauterine Contraceptive Devices

Intrauterine delivery of contraceptive progestins provides some distinct advantages compared to traditional IUCDs or IUDs. Given their unparalleled ease of use, high efficacy and strong user satisfaction, IUDs are remarkably underutilized in the United States. IUDs are recommended for women in monogamous relationships, or who consistently use condoms for protection against sexually transmitted infections (STIs), including HIV. Because of the cost, most providers prefer IUD users to be interested in at least two years of contraception.

By producing a spermicidal intrauterine environment, the copper-containing IUD (CuT 380A) provides excellent contraception for at least 10 years. However, it is not recommended for women with menorrhagia, anemia or dysmenorrhea, because on average, users have more menstrual blood loss and cramps. The copper IUD has few other medical contraindications: principally concerns about a possible increased failure or pelvic

inflammatory disease (PID) rate in the immunosuppressed and the rare concern of Wilson's disease or a copper allergy.

By contrast the LNG-releasing intrauterine system relies on local hormonal effects to thin the endometrial lining and thicken the cervical mucus. It also inhibits ovulation in some cycles, induces a weak foreign body reaction and inhibits sperm motility and function. Combining the advantages of hormonal and intrauterine contraception, it is the most effective form of reversible contraception currently available, even more effective than female sterilization. The LNG IUD (marketed as Mirena®) consists of a polyethylene T frame with the vertical arm containing a LNG-releasing cylinder. The release rate, which is controlled by a Silastic® membrane, delivers 20 µg of LNG daily, achieving serum concentrations of LNG that are about half those of 6-rod LNG subdermal implants (Norplant®). Although the FDA-approved duration of use is 5 years, Mirena® offers at least 7 years of protection and has been used by Finnish women for up to 10 years.

Large studies have demonstrated the LNG IUD's efficacy, finding, for example, a Pearl index of 0 to 0.3 per 100 woman-years [27–30]. Five-year gross cumulative failure rates for the LNG IUD are 0.5%, less than the aggregated rates for female sterilization (1.3%) [28]. In contrast to progesterone-containing IUDs, ectopic pregnancies occur rarely among LNG IUD users, observed in 0.2 per 1,000 woman-years in one study [28], a tenth the incidence found in US women. Despite this, product labeling states that prior ectopic pregnancy is a contraindication for its use.

Altered menstrual bleeding patterns occur in most users. During the first year of use, women may or may not ovulate and can have regular or irregular bleeding patterns [31]. Women have an increased number of days of bleeding and spotting (although with a decreased average overall blood loss) during the first 3–6 months of use [27,32]. Within a year, although most cycles are ovulatory, the majority of women become amenorrheic or have only minimal bleeding 1–2 days each month, reflecting the endometrial involution caused by the local action of LNG. After discontinuing the LNG IUD, based upon life-table pregnancy rates, 89% of women less than 30 and 73% of those 30 or older demonstrated return of fertility within one year [29].

The LNG IUD has numerous non-contraceptive health benefits. Unlike the copper IUD, LNG IUD users have markedly less menstrual flow and cramps. The decreased blood loss, over 90% on average [33], can be a boon for women with anemia (such as anemia of chronic disease or sickle cell disease). The LNG IUD is an effective treatment for menorrhagia and dysmenorrhea [34,35]. A multi-center study found a significant reduction in the incidence of uterine fibroids in women who were randomized to LNG rather than copper IUDs [36].

Despite popular concerns, IUD users have extremely low rates of infectious complications, essentially the same as women not using contraception [37]. In monogamous women, evidence has shown that virtually all of the small risk of PID occurs in the 20 days after insertion [38]. Because one of the contraceptive actions of LNG is that it makes cervical mucus more viscous, the LNG IUD may actually decrease the risk of PID [28,39]. As a progestin-only method with local action and relatively limited systemic effects, the LNG IUD is appropriate for women in whom estrogen-containing methods are contraindicated or less effective, such as COCs for women treated for epilepsy or women with cardiovascular or thrombogenic risks.

Because the principal action of the LNG is local, with limited systemic absorption, the IUD causes few hormonal adverse events. Side effects can include headache, mastalgia, nausea, acne, hirsutism, depression, and mood changes [28,30]. Some users have developed functional ovarian cysts, most of which are asymptomatic [40]. The LNG IUD is a totally reversible, extremely effective contraceptive that offers significant non-contraceptive benefits, including reduced menstrual blood loss and decreased dysmenorrhea. Its reduction of menstrual effects makes it a better choice for nulliparous women than copper IUDs.

## *Vaginal Ring*

A vaginal ring to dispense combined hormonal contraception (NuvaRing®) is expected to be available in the United States in 2002. NuvaRing® is a soft, transparent, flexible ring, 54 mm in outer diameter, made of ethylene vinyl acetate copolymer. In 24 hours, it releases 120 µg of etonorgestrel (the active metabolite of desogestrel) and 15 µg of ethinyl estradiol [41]. The user places and removes the ring herself. Each ring is designed for one cycle of use, which is 3 weeks of continuous ring use followed by 1 week without the ring to provoke a scheduled withdrawal bleed. Each ring contains enough hormones to provide contraception for about 7 weeks.

The ring inhibits ovulation completely and provides good cycle control [41]. An open-label, multicenter, non-comparative study of 1145 women and 12,109 cycles of ring use resulted in only six pregnancies (Pearl index 0.65, 95% CI 0.24–1.41). The same study showed irregular bleeding occurred in $< 7\%$ and withdrawal bleeding in $> 97\%$ of evaluable cycles [42]. In addition, study participants used the ring successfully, with over 90% using the ring as indicated (continuously for 21

Case 1:17-mc-02767-PAE-JLC Document 98-24 Filed 03/02/18 Page 7 of 10



days ± 48 hours, then removing it for 7 days ± 24 hours). Among the 4% who discontinued the study prematurely, the most frequent reasons were vaginal discomfort, foreign-body sensation, coital problems and device expulsion. The most frequent adverse events associated with the ring were headache (6.6%), leukorrhea (5.3%), and vaginitis (5.0%) [42]. Benefits of the ring include a convenient, monthly dosing schedule and a low estrogen dosage.

## *Transdermal Contraceptive System*

The transdermal contraceptive system (TCS) is a new delivery system for combined hormonal contraception, which should be available in 2002 in the United States, where it will be marketed as Ortho Evra™. Designed to be applied weekly, Ortho Evra™ is a 4.5 cm square (20 $cm^2$) patch that provides continuous circulatory levels of norelgestromin (the active metabolite of norgestimate) and ethinyl estradiol, with respectively 150 and 20 μg absorbed daily. The patch is applied weekly for three consecutive weeks followed by one week without its use to allow for a scheduled withdrawal bleed. Like COCs, the patch works by suppressing ovulation, thickening cervical mucus and altering the endometrial lining. A study comparing the patch to a comparable COC in 150 women showed excellent suppression of ovulation and cycle control, and significantly more successful use ($P < 0.001$) [43].

In comparative trials women used the weekly patch more successfully than the daily oral contraceptives. For example, a large, multicenter, randomized, open-label trial showed that in 812 women randomized to the patch vs. the 605 to OCs, the Pearl Index of the patch was 1.24 (lower than the OC, 2.18). Patch users had significantly higher perfect compliance (88.2% vs. 77.7%, $P < 0.001$) and only 1.8% of patches completely detached. Only application site reactions, breast discomfort and dysmenorrhea were significantly more common in the patch group, mainly in the initial cycles [44]. Contraindications to use of the patch are similar to those for COCs.

In a variety of trials, when applied as directed, hormone levels remained stable and therapeutic and patches maintained adhesiveness for a week regardless of heat, moisture, activity levels or site of application. Additionally, the continuous transdermal delivery avoids peaks and troughs associated with oral administration and the TCS may remain effective up to a total of nine days if patch replacement is delayed.

## *Implanon® and Subdermal Implants*

Subdermal implants provide long-acting, reversible and extremely effective contraception with sustained release of low-doses of progestins. They include Norplant®, Jadelle®, and Implanon® (Table 2). Implants prevent conception by suppressing ovulation and thickening cervical mucus, while FSH and $E_2$ levels remain normal.

Implanon®, the most widely studied single-rod implant, consists of a 40 mm by 2 mm ethylene vinyl acetate (EVA) membrane containing 68 mg of etonorgestrel in an EVA copolymer core. It provides contraception for a maximum of three years by releasing etonorgestrel at a daily initial rate of 67 μg, which

***Table 2.*** *Comparison of subdermal progestin implants currently in use or trials*

| Implant | Progestin and carrier | Years of effectiveness | Failure rate | Notes |
|---|---|---|---|---|
| Norplant | Levonorgestrel<br>6 silastic capsules | 5 to 10 | ≤ 0.1% year 1<br>≤ 0.5% year 2<br>≤ 0.6% year 3–7<br>≤ 1.3% year 8–10 | First implant, used in over 6 million women |
| Norplant II and Jadelle | Levonorgestrel<br>two covered silastic rods | 3 to 5 | ≤ 0.5% year 1–3 | Same serum levels, efficacy, adverse effects as Norplant. Available in some European and Asian countries. |
| Implanon | etonogestrel<br>single ethylene vinyl acetate rod | 3-approved<br>4 + | One to date/<br>> 70,000 cycles | Approved duration of use based on prevention of ovulation. Etonogestrel has low androgenic activity. Available in some European and Asian countries. |
| Elcometrine (in Brazil) Nestorone | Nestorone (ST-1435)<br>Single silastic rod or two rods | 6 months single rod for two years in development | One in low dose group/4,000 cycles | Nestorone is not active orally and has no androgenic activity. Final system still in development. |
| Uniplant | Nomegestrol<br>single silastic capsule | 1 | 0.94% | High failure rate and shorter duration of use compared to other implants. |

Adapted from Meckstroth K, Darney P. Implantable contraception. *Obstet Gyn Clin N Am* 2000;27:781–815. Compiled from multiple sources.

decreases gradually over time [45]. The single-rod implant is supplied in a disposable plastic trochar, which eliminates the need for a separate incision and which is designed to minimize incorrect insertion. Implanon® is expected to be available in the United States by 2003.

Implanon® is highly effective, because it both suppresses ovulation and makes cervical mucus less penetrable to sperm, while LNG implants permit ovulation in about half of cycles. In one study, no pregnancy occurred in over 70,000 cycles [46], while another demonstrated no pregnancies during 1200 woman-years of exposure (Pearl index 0; 95% CI, 0.0–0.2) [47]. A study comparing Implanon® to the six-rod Norplant® found the single-rod implant caused less frequent bleeding and more amenorrhea [45], that is, more acceptable patterns than experienced with Norplant®. It was inserted and removed in 1 and 3 min, respectively, compared to 5 and 11 min for Norplant®.

Implant contraceptives have few absolute contra-indications—only active thrombophlebitis or thrombo-embolic disease and acute liver disease. A controlled, non-randomized cohort study including 78,323 women-years of observation showed no significant excess risk of serious morbidity in Norplant® users with two exceptions which may have resulted from prescribers' avoidance of COCs: increased incidence of gallbladder disease (rate ratio, or RR 1.52, 95% confidence interval, or CI 1.02, 2.27) and hypertension and borderline hypertension (RR 1.81, 95% CI 1.12, 2.92) [48]. Side effects include mild acne in a quarter of users [49], probably because sex hormone binding globulin levels are slightly decreased, breast tenderness, and irregular bleeding.

## *Conclusion*

When considering hormonal contraceptives, which include all of the most effective reversible methods, prospective users and the media ignore the benefits and focus on the small risks of low-dose sex steroids, rather than the greater risks of an unintended pregnancy. Careful assessment of a woman's contraceptive preferences must be weighed against a clinician's concerns about balancing her risks with each method's efficacy and non-contraceptive benefits. Fear of prescribing a reliable form of contraception that may add a negligible risk of harm can instead subject a woman to the increased probability of pregnancy, with its associated risks.

Many hormonal contraceptives have non-contraceptive benefits that can be useful in medical management of female patients. Unfortunately, these benefits, along with the critical importance of determining an appropriate and effective contraceptive method, are all too often overlooked during routine health care provision. Some of the benefits include lighter menses or amenorrhea (with resultant decreased anemia and hygiene difficulties), decreased dysmenorrhea and menstrual irregularities, protection against pelvic infection, decreased endometrial and ovarian cancer risk, decreased acne and hirsutism, decreased seizure risk and decreased benign breast masses and uterine fibroids (Table 1). This is reviewed in detail in the chapter on non-contraceptive benefits of oral contraceptives.

Clinicians can place patients at risk if they delay starting effective hormonal contraception to perform a physical examination first. Contraception is a separate issue from screening pelvic and breast exams. The consensus of major international professional organizations is that a careful medical history and blood pressure measurement are necessary before starting hormonal contraception, but the screening examination can be deferred [50,51]. Although Pap smears are important, delaying the start of a contraceptive method places a woman at unnecessary risk of unintended pregnancy. Women should be prescribed hormonal contraception while arrangements are made for later examination.

After many years without any significant contraceptive advance to offer women in the United States, within the last year three new hormonal methods have joined the market, with more on the way. These new contraceptives deliver hormones via a variety of routes: oral, injection, transdermal patch, vaginal ring, intrauterine and single-rod subdermal implant. By moving away from daily administration, virtually all of the new methods also offer the advantages of hormonal methods without the potential lack of compliance and thus increased failure rate of oral contraceptives. The methods offer a wide range of dosing schedules, low daily estrogen dose, and in most cases, additional non-contraceptive hormonal benefits. These advances provide practitioners an exciting opportunity to expand the reliable contraceptive options to offer their patients.

## *Useful Web Sites for Information on Contraception*

ACOG—http://www.acog.org
AGI—http://www.agi-usa.org/index.html
ARHP—http//www.arhp.org
Cochrane Library—http://hiru.mcmaster.ca/cochrane/cochrane/cdsr.htm
CONRAD—http://www.conrad.org
FHI—http://www.fhi.org

Healthy People 2010—http://www.health.gov/healthypeople/
JAMA—Contraception Information Center http://www.ama-assn.org/special/contra.html
MEDLINE/PubMed—http://www.ncbi.nlm.nih.gov/PubMed/
ReproLine—http:///www.reproline.jhu.edu/
WHO Medical Eligibility Criteria—http://www.who.int/reproductive-health/publications/RHR 00 2 medical eligibility criteria second edition http://www.who.int/reproductive-health/publications/RHR 00 2 medical eligibility criteria second edition
Emergency Contraception Information—http://www.not-2-late.org
Managing Contraception—www.managingcontraception.com

## References


1. Asbell B. *The Pill: A Biography of the Drug That Changed the World*. New York: Random House, 1995.
2. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. *Contraception* 1998;57:315–324.
3. Effect of different progestagens in low oestrogen oral contraceptives on venos thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. *Lancet* 1995;346:1582–1588.
4. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. *Lancet* 1995;346:1575–1582.
5. Sullivan JM, Lobo RA. Considerations for contraception in women with cardiovascular disorders. *Am J Obstet Gynecol* 1993;168:2006–2011.
6. Harlap S, Kost K, Forrest JD. *Preventing Pregnancy, Protecting Health: A New Look at Birth Control Choices in the United States*. New York: The Alan Guttmacher Institute, 1991.
7. Rodrigues I, Grou F, Joly J. Effectiveness of emergency contraceptive pills between 72 and 120 hours after unprotected sexual intercourse. *Am J Obstet Gynecol* 2001;184:531–537.
8. ACOG Practice Bulletin 25, 2001.
9. WHO Family Planning and Population. *Emergency Contraception: A Guide for Service Delivery*. Geneva, 1998.
10. Randomised controlled trial of levonorgestrel versus the Yuzpe regimen of combined oral contraceptives for emergency contraception. Task Force on Postovulatory Methods of Fertility Regulation. *Lancet* 1998;352:428–433.
11. Grimes D, Raymond E, Scott Jones B. Emergency contraception over-the-counter: the medical and legal imperatives. *Obstet Gynecol* 2001;98:151–155.
12. Cromer BA, Smith RD, Blair JM, Dwyer J, Brown RT. A prospective study of adolescents who choose among levonorgestrel implant (Norplant), medroxyprogesterone acetate (Depo-Provera), or the combined oral contraceptive pill as contraception. *Pediatrics* 1994;94:687–694.
13. Speroff L, Darney P. *A Clinical Guide for Contraception*. Philadelphia: Lippincott Williams & Wilkins, 2001.
14. Westhoff C, Truman C, Kalmuss D, Cushman L, Davidson A, Rulin M, Heartwell S. Depressive symptoms and Depo-Provera. *Contraception* 1998;57:237–240.
15. Sangi-Haghpeykar P, Poindexter A, Bateman L, Ditmore J. Experiences of injectable contraceptive users in an urban setting. *Obstet Gynecol* 1996;88:227–233.
16. Jimenez J, Ochoa M, Soler MP, Portales P. Long-term follow-up of children breast-fed by mothers receiving depot-medroxyprogesterone acetate. *Contraception* 1984;30:523–533.
17. Sang GW, Shao QX, Ge RS, Chen J, Chen X, Li M, Wu S, Sun G, Zhou H, Zhang S, Zhu L, Ye B, Zhang J, Ma F, Jiang B, Zhou Z, Dong Q, Shenm H, Liu Y, Shao J, Wang S, Ming H, Zhy Z, Cheng H, Chen S, Yu H, Zhang Z, Qing Y, Wang X, Hall P, d'Arcangues C, Snow R. A multicentred phase III comparative clinical trial of Mesigyna, Cyclofem and Injectable No. 1 given by intramuscular injection to Chinese women. II. The comparison of bleeding patterns. *Contraception* 1995;51:185–192.
18. Facts about once-a-month injectable contraceptives: memorandum from a WHO meeting. *Bull World Health Organ* 1993;71:677–689.
19. A multicentred phase III comparative study of two hormonal contraceptive preparations given once-a-month by intramuscular injection: I. Contraceptive efficacy and side effects. World Health Organization. Task Force on Long-Acting Systemic Agents for Fertility Regulation. *Contraception* 1988;37:1–20.
20. Kaunitz AM, Garceau RJ, Cromie MA, the Lunelle Study Group. Comparative safety, efficacy, and cycle control of Lunelle™ monthly contraceptive injection (medroxyprogesterone acetate and estradiol cypionate injectable suspension): assessment of return of ovulation after three monthly injections in surgically sterile women. *Contraception* 1999;60:179.
21. Hall P, Bahamondes L, Diaz J, Petta C. Introductory study of the once-a-month, injectable contraceptive Cyclofem in Brazil, Chile, Columbia, and Peru. *Contraception* 1997;56:353–359.
22. Garza-Flores J, Morales del Olmo A, Fuziwara J, Figueroa J, Alonso A, Monroy J, Perez M, Urbina-Fuentes M, Guevara S, Cedeno E, Barrios R, Ferman J, Medina L, Velezques E, Perez-Palacios G. Introduction of Cyclofem once-a-month injectable contraceptive in Mexico. *Contraception* 1998;58:7–12.
23. Cuong D, Huong M. Comparative phase III clinical trial of two injectable contraceptive preparations, depot-medroxyprogesterone acetate and Cyclofem in Vietnamese women. *Contraception* 1996;54:169–179.
24. A multicentered phase III comparative study of two hormonal contraceptive preparations given once-a-month by intramuscular injection. II. The comparison of bleeding patterns. World Health Organization Task Force on Long-Acting Systemic Agents for Fertility Regulation. *Contraception* 1989;40:531–551.
25. Jain JK, Ota F, Mishell DR. Comparison of ovarian follicular activity during treatment with a monthly injectable contraceptive and a low-dose oral contraceptive. *Contraception* 2000;61:195–198.
26. Bahamondes L, Lavin P, Ojeda G, Petra C, Diaz J, Maradiegue E, Monteiro I. Return of fertility after discontinuation of the once-a-month injectable contraceptive Cyclofem. *Contraception* 1997;55:307–310.
27. Sivin I, Stern J. Health during prolonged use of levonorgestrel 20 micrograms/d and the copper TCu 380Ag intrauterine contraceptive devices: a multicenter study. International Committee for Contraception Research (ICCR). *Fertil Steril* 1994;61:70–77.
28. Andersson K, Odlind V, Rybo G. Levonorgestrel-releasing and copper-releasing (Nova T) IUDs during five years of use: a randomized comparative trial. *Contraception* 1994;49:56–72.

29. Sivin I, Stern J, Diaz S, Pavez M, Alvarez F, Brache V, Mishell D, Lacarra M, McCarathey T, Holma P, Darney P, Klaisle C, Olsson S-E, Odlind V. Rates and outcomes of planned pregnancy after use of Norplant capsules, Norplant II rods, or levonorgestrel-releasing or copper TCu 380Ag intrauterine contraceptive devices. *Am J Obstet Gynecol* 1992;166:1208–1213.
30. Luukkainen T, Lahteenmaki P, Toivonen J. Levonorgestrel-releasing intrauterine device. *Ann Med* 1990;22:85–90.
31. Xiao BL, Zhou LY, Zhang XL, Jia MC, Luukkainen T, Allonen H. Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. *Contraception* 1990;41:353–362.
32. Sivin I, Stern J, Coutinho E, Mattos C, El Mahgoub S, Diaz S, Pavez M, Alvarez F, Brache V, Thevinin F, Dias J, Faudes A, Dias MM, McCarathey T, Mishell D, Shoupe D. Prolonged intrautcrinc contraception: a seven-year randomized study of the levonorgestrel 20 mcg/day (LNg 20) and the Copper T380 AgIUDs. *Contraception* 1991;44:473–480.
33. Luukkainen T. The levonorgestrel intrauterine system: therapeutic aspects. *Steroids* 2000;65:699–702.
34. Crosignani P, Vercellini P, Mosconi P, Oldani S, Cortesi I, De Giorgi O. Levonorgestrel-releasing intrauterine device versus hysteroscopic endometrial resection in the treatment of dysfunctional uterine bleeding. *Obstet Gynecol* 1997;90:257–263.
35. Andersson JK, Rybo G. Levonorgestrel-releasing intrauterine device in the treatment of menorrhagia. *Br J Obstet Gynecol* 1990;97:690–694.
36. Sivin I, Stern J. Health during prolonged use of levonorgestrel 20 micrograms/d and the copper TCu 380Ag intrauterine contraceptive devices: a multicenter study. International Committee for Contraception Research (ICCR). *Fertil Steril* 1994;61:70–77.
37. Hubacher D, Lara-Ricalde R, Taylor D, Guerra-Infantc F, Guzman-Rodriguez R. Use of copper intrauterine devices and the risk of tubal infertility among nulligravid women. *N Engl J Med* 2001;345:561–567.
38. Farley M, Rosenberg M, Rowe PJ, Chen J-H, Meirik O. Intrauterine devices and pelvic inflammatory disease: an international perspective. *Lancet* 1992;339:785–788.
39. Toivonen J, Luukkainen T, Allonen H. Protective effect of intrauterine release of levonorgestrel on pelvic infection: three years' comparative experience of levonorgestrel- and copper-releasing intrauterine devices. *Obstet Gynecol* 1991;77:261–264.
40. Pakarinen PI, Suvisaari J, Luukkainen T, Lahteenmaki P. Intracervical and fundal administration of levonorgestrel for contraception: endometrial thickness, patterns of bleeding, and persisting ovarian follicles. *Fertil Steril* 1997;68:59–64.
41. Mulders TM, Dieben TO. Use of the novel combined contraceptive vaginal ring NuvaRing for ovulation inhibition. *Fertil Steril* 2001;75:865–870.
42. Roumen FJ, Apter D, Mulders TM, Dieben TO. Efficacy, tolerability and acceptability of a novel contraceptive vaginal ring releasing etonogestrel and cthinyl oestradiol. *Hum Reprod* 2001;16:469–475.
43. Dittrich R, Parker L, Rosen JB, Shangold G, Creasy G, Fisher A. For the Ortho Evra/Evra 001 Study Group. Transdermal contraception: evaluation of three trandermal norelgestromin/ethinyl estradiol doses in a randomized multicenter, dose-response study. *Am J Obstet Gynecol* 2001;186:15–20.
44. Audet MC, Moreau M, Koltun WD, Waldbaum A, Shangold G, Fisher A, Creasy G. Evaluation of contraceptive efficacy and cycle control of a transdermal contraceptive patch vs an oral contraceptive: a randomized controlled tnal. *JAMA* 2001;285:2347–2354.
45. Zheng SR, Zheng HM, Qian SZ, Sang GW, Kaper RF. A randomized multicenter study comparing the efficacy and bleeding pattern of a single-rod (Implanon) and a six-capsule (Norplant) hormonal contraceptive implant. *Contraception* 1999;60:1–8.
46. Herjan JT, Bennink HC. Introduction: presentation of clinical data on Implanon. *Contraception* 1998;58:85S.
47. Croxatto HB. Clinical profile of Implanon: a single-rod etonogestrel contraceptive implant. *Eur J Contracept Reprod Health Care* 2000;5(Suppl. 2):21–28.
48. Meirik O, Farley T, Sivin I. Safety and efficacy of levonorgestrel implant, intrauterine device and sterilization. *Obstet Gynecol* 2001;97:539–547.
49. Urbancsek J. An integrated analysis of nonmenstrual adverse events with Implanon. *Contraception* 1998;58:109S–115S.
50. Stewart F, Harper C, Ellertson C, Grimes D, Sawaya G, Trussell J. Clinical breast and pelvic examination requirements for hormonal contraception: current practice vs evidence. *JAMA* 2001;285:2232–2239.
51. Sawaya G, Harper C, Balistreri E, Boggess J, Darney P. Cervical neoplasia risk in women provided hormonal contraception without a Pap smear. *Contraception* 2001;63:57–60.