# Exhibit 25

# The Incidence of Pseudotumor Cerebri

## Population Studies in Iowa and Louisiana

F. Jane Durcan, MD; James J. Corbett, MD; Michael Wall, MD

**• We surveyed all neurologists, ophthalmologists, and neurosurgeons in Iowa, eastern Nebraska, and Louisiana over one year to determine the annual incidence of pseudotumor cerebri in residents of Iowa and Louisiana. The results were similar for both states. In Iowa, the annual incidence in the general population was 0.9 per 100 000 persons. When obesity was considered, this increased the incidence to 13/100 000 persons in Iowa and 14.85/100 000 persons in Louisiana for women 20 to 44 years of age who were 10% or more over ideal weight. Furthermore, the incidence became 19.3/100 000 for women in the same age range when they were 20% or more over ideal weight. The female-to-male ratio was 8:1, and the mean weight was 38% above ideal weight for height. Pseudotumor cerebri is a relatively common neurologic illness and may be an important preventable cause of blindness in obese young women.**

**(*Arch Neurol* 1988;45:875-877)**

Pseudotumor cerebri (PTC) is a syndrome of elevated intracranial pressure without evidence of hydrocephalus or space-occupying lesions. To make the diagnosis, the following four criteria must be satisfied: (1) documented elevation of intracranial pressure (>250 mm $H_2O$), (2) normal cerebrospinal fluid (CSF) composition, (3) normal results of neuroimaging studies (computed tomography or magnetic resonance imaging showing normal or small-sized ventricles), and (4) normal neurologic examination results except for papilledema and nerve VI paresis. The symptoms of PTC are related to the elevated intracranial pressure; headache and visual symptoms, transient visual obscurations (TVOs), and diplopia are the most common. Papilledema and palsy of the sixth nerve are signs of increased intracranial pressure. Any other focal neurologic signs should suggest another diagnosis. We studied the incidence of PTC to establish the importance of this condition as a cause of visual loss.

Accepted for publication April 4, 1988.

From the Department of Ophthalmology, University of Iowa (Dr Durcan), and the Departments of Neurology and Ophthalmology, University of Iowa Hospitals and Clinics (Dr Corbett), Iowa City; and the Departments of Neurology and Ophthalmology, Tulane University Medical Center, New Orleans (Dr Wall).

Reprint requests to Department of Neurology, University of Iowa Hospitals and Clinics, Iowa City, IA 52242 (Dr Corbett).

### METHODS

Postcards were sent to all neurologists, ophthalmologists, and neurosurgeons in Iowa and Omaha, once a month from August 1984 to July 1985. Physicians in Omaha and the Mayo Clinic, Rochester, Minn, provide a portion of tertiary medical care for persons from western and northeast Iowa, and we believed that those areas should be covered in the patient canvass. Only patients who were residents of Iowa were included in the results. Each month the physicians were asked to return the card, which indicated whether they had seen a new patient with PTC. The cards requested information on the patient's sex, the initials of the first and last names, his or her county of residence, the date of onset of symptoms, and the date of diagnosis. When an affirmative response was received, we sent a second letter requesting additional information, including the patient's sex, height, weight, age, CSF pressure, blood cell count, protein determination, and pregnancy status. A history of medication intake that specifically requested information on birth control pills, vitamins, vitamin A, 13-*cis*-retinoic acid, nalidixic acid, and steroids was obtained. The physician was asked to record the presenting symptom and whether there were visual symptoms (visual loss, blurring, TVO, or diplopia) or headache during the disease. Data from the epidemiologic study performed in the same way in Louisiana were collected during ten months of a one-year period. A letter was sent monthly that described the definition of PTC and solicited cases. All neurologists, neurosurgeons, and ophthalmologists in the state were canvassed. Unlike the Iowa study, no follow-up letter was sent after cases were reported.

The 1980 Iowa census[1] provided information on the Iowa population that included a breakdown by age and sex. The *Vital Health Statistics of the National Center for Health Statistics* 1979 report on overweight adults in the United States[2] provided data on ideal weight by height. This report also provided data on the percentage of men and women in the United States who were more than 10% and more than 20% over ideal weight for their height in various age groups. The *US Bureau of Census Statistical Abstracts of the United States 1981*[3] provided data on yearly livebirths, abortions, and oral contraceptive use in the US female population.

### RESULTS OF THE IOWA STUDY

Of 140 physicians sent postcards in Iowa and Nebraska, 126 (90%) responded at least once—65 physicians (52%) responded at least 75% of the time and 94 physicians (75%) responded at least 50% of the time. Several physicians responded only when they saw a patient with PTC. Twenty-one percent of the physicians polled saw at least one patient with PTC during the one-year study period. A random selection of physicians who did not return cards, all said they had seen no new cases in the past year.

Initially, reports of 37 patients were received. Five patients were excluded because the persons resided outside Iowa. Three patients were excluded when clinical information from the referring physicians, including subsequent CSF findings, proved the initial diagnosis was incorrect. Two other patients were excluded in the incidence calculations because clinical improvement occurred before lumbar puncture was performed. A total of 27 subjects qualified for the study.

In the study group, the female-to-male ratio was 8:1, with a mean age of 26.7 years (range, 14 to 60 years). The mean weight was 38% above ideal weight, with a range from 21% under ideal weight to 116% above ideal weight. Eighteen patients (17 females and one male) were 20% over ideal weight.[2] The women ranged in age from 15 to 44 years. Four females (17%) were pregnant when diagnosed, and four females (17%) used oral contraceptives.

The population of Iowa in 1980 was 2 913 808. There were 648 958 females between the ages of 15 and 44 years and 652 550 males in the same age group. We calculated the one-year incidence of PTC in the general population of Iowa as 0.9/100 000 persons. The incidence in females aged 15 to 44 years was 3.5/100 000, and the incidence in women 20 to 44 years old who were 10% or more over ideal weight was 13/100 000. For women aged 20 to 44 years and 20% or more over ideal weight, the incidence increased to 19.3/100 000. The same information was calculated for males between the ages of 15 and 44 years (incidence, 0.3/100 000), for men 20 to 44 years old and 10% or more over ideal weight

(incidence, 0.7/100 000), and for men 20 to 44 years old and 20% or more over ideal weight (incidence, 1.5/100 000).

Fifteen patients (55.5%) had headaches as their only presenting symptom. Seven patients (25.9%) presented with visual symptoms only, six with TVOs, and one with visual loss. One patient presented with neck pain only. Three patients (11.1%) had a combination of headaches and visual symptoms, and one asymptomatic patient (3.7%) was identified as having PTC when papilledema was found during a routine eye examination. During the active phase of their condition, 22 patients (81.5%) complained of headaches, 22 (81.5%) suffered from visual symptoms, 17 (70%) had TVOs, six (22.2%) had visual loss, four (14.8%) had diplopia, and two (7.4%) had neck pain. The mean interval from date of onset of symptoms to date of diagnosis was 2½ months, with the range from less than one month to 11 months. The length of time before diagnosis did not correlate with the initial symptoms. Ten patients (41.6%) had onset of symptoms during the summer months, eight (33.3%) had onset in the winter, four (16.6%) had onset in the spring, and two (8.3%) had onset in the fall.

History of medication intake revealed that three patients took daily multivitamins. One patient took daily multivitamins, with a total of 24 000 U vitamin A supplementation. One patient took β-carotene. Two patients took tetracyclines, one patient took prednisone, and one patient had recently discontinued taking prednisone.

Information on concurrent systemic disease was available on four subjects. Two patients had undergone renal transplants four and 11 years previously. The first patient was receiving long-term prednisone therapy of 15 mg/d, and the second patient had been tapered off prednisone four months before diagnosis of PTC. One patient had familial hypoparathyroidism. A fourth patient had a history of ulcerative colitis and had previously taken steroids but not within the year before diagnosis. This patient experienced deep vein thrombosis three months after diagnosis of PTC.

### RESULTS OF THE LOUISIANA STUDY

There were 48 cases of PTC reported during the ten-month period. The population of Louisiana in 1980 was 4 480 681. The one-year incidence in the general population was 1.07/100 000 persons. Among "obese" women 20 to 44 years of age, the incidence increased to 14.85/100 000. The age range was similar to the Iowa group—11 to 46 years, with a mean of 28 years. The female-to-male ratio was 4.3:1. Sixty-nine percent of the patients were obese and 78.4% of the women 20 to 44 years were obese; however, obesity was not defined.

### COMMENT

Pseudotumor cerebri is not considered a common disease. Boddie et al[4] described 34 patients seen between 1960 and 1972 at Newcastle General Hospital in Newcastle upon Tyne, England. During a similar period, 120 adults were seen at the Neurological Institute of New York, New York City.[5] Seventeen cases came from Charity Hospital in New Orleans between 1949 and 1958.[6] Rush[7] described 63 patients seen at the Mayo Clinic between 1961 and 1978.[7] One hundred twenty-four patients were seen with PTC at Killean Hospital in Glasgow, Scotland, between 1942 and 1972.[8] Corbett et al[9] followed up 57 patients from Wills Eye Hospital, Philadelphia, and the University of Iowa, Iowa City, who had been treated for PTC between 1939 and 1975. Wall et al[10] reported 48 cases at Washington University, St Louis, from 1974 to 1980. The numbers in these reports suggest that PTC is uncommon; however, without knowing the population base and being able to compare this with the population at risk, the true incidence cannot be calculated.

With the Iowa data, we attempted to determine the incidence of PTC in a well-defined, stable population (population turnover, 2%) to determine the characteristics of the population at risk and to calculate the incidence of PTC. We found an annual incidence of 0.9/100 000 persons in the general population and 3.5/100 000 in females 15 to 44 years of age. In obese women aged 20 to 44 years who were 10% or more and 20% or more over ideal weight, the incidence escalated rapidly to 13/100 000 and 19/100 000, respectively. A similar incidence was found in the Louisiana data. Our results are comparable with the only published incidence data from Libya,[11] where an annual incidence of 1.7/100 000 persons in the general population and 3.5/100 000 in adult women[7] was reported.

The female preponderance found in many previous reports[4,5,7] was confirmed in our study. The female-to-male ratio was 8:1 in Iowa and 4.3:1 in Louisiana. Although this ratio has been reported as low as 1.8:1,[8] there are also reports in which all the patients were female.[6,11]

The patients in our study ranged in age from 14 to 60 years, with a mean age of 27 years. Twenty-two patients (81.5%) were between 20 and 44 years old, and there was a peak in the third decade of life, with 15 patients (59%) in that group. This age range is similar to that of other reports, although patients as young as one year old[8] and as old as age 67 years have been described.[7] The mean age ranges from 26[6] to 32 years.[4]

Obesity is a significant factor in this syndrome. Our Iowa patients ranged from 21% below ideal weight to 116% above ideal weight, with a mean weight 38% above ideal weight for height. We arbitrarily grouped patients into those 10% or more above ideal weight and those 20% or more above ideal weight. Nineteen patients (70%) weighed more than 10% above desirable weight and 18 (67%) weighed more than 20% above normal. Radhakrishnan et al,[11] who also defined obesity as a weight more than 20% over the ideal, found 74% of their Libyan patients to be obese. Weisberg[5] described 90% of his patients as obese but did not define obesity. In the report by Johnston and Paterson,[8] only 34% patients were considered obese, but again, no definition was given. The exact role of obesity in the pathophysiology of PTC remains unclear.

Pseudotumor cerebri occurs during pregnancy. Digre et al[12] found that pregnancy occurred in patients with PTC at the same rate that it occurs in the general population. Our results confirm that observation. We found that 17% of the females were pregnant; 11.9% of the female population between 15 and 44 years old will be pregnant during any one year.[3] The relationship between pregnancy and PTC is not statistically significant ($P > 23$). The total numbers are low and make it difficult to conclude with certainty if PTC and pregnancy were causally related.

Oral contraceptive use has also been associated with PTC. Soysa[13] described five women using a combination oral contraceptive with PTC whose symptoms cleared and whose optic discs returned to normal two to four weeks after changing to a progesterone-only pill. Seventeen percent of our female patients were using oral contraceptives; 15.6% of the female population between 16 and 44 years old use birth control pills.[3] There is no significant difference between our population of patients with PTC taking birth control pills and the general

female population taking the pill ($P > 0.4$). Digre et al[12] also found no significant difference in oral contraceptive use between patients with PTC and their controls.

Numerous medications have been implicated in the pathogenesis of PTC. Three of our patients took a daily multiple vitamin. One patient added vitamin A supplements and another took β-carotene. The relationship between vitamin A and PTC has long been established. Vitamin A products, including dermatologic products such as 13-*cis*-retinoic acid as well as indomethacin, ketoprofen, lithium carbonate, tetracyclines, and nalidixic acid should be inventoried when obtaining a history of drug intake. The association with tetracyclines is well known; two of our patients were taking tetracyclines.

The role of corticosteroids in the pathogenesis of PTC has been recognized since the report of Dees and McKay[14] in 1959, who described the development of PTC in three young boys with long-standing asthma whose corticosteroid dosage had been recently decreased. In our study, PTC developed in two patients after a similar dosage taper of prednisone. A second patient experienced PTC while receiving a stable dose of oral corticosteroids. Cohn[15] described three patients in whom PTC developed while taking corticosteroids. Their symptoms resolved when the steroids were discontinued. Corticosteroids, however, have also been used in the treatment of PTC. While it seems that corticosteroid therapy generally relieves papilledema, the exact nature and mechanism of this effect remain unclear.

Two of our patients had undergone renal transplantation four and 11 years previously. In both cases, the transplantation was done for chronic renal failure secondary to congenital agenesis and hypogenesis of the kidney and nephrosclerosis. Both of these patients either took steroids on a long-term basis or had recently stopped taking steroids. One patient experienced PTC while undergoing dialysis for chronic renal failure. The role of renal disease in these patients with PTC is intriguing but not yet clear.[16]

Pseudotumor cerebri has an established association with both primary and secondary hypoparathyroidism. Palmer et al[17] reported two cases and reviewed 32 previous reports in 1959. Sambrook and Hill[18] noted marked reduction of CSF transport into plasma in a patient with primary hypoparathyroidism, papilledema, and epilepsy whose CSF transport into plasma and optic discs returned to normal with the correction of hypocalcemia. One of our patients had hypoparathyroidism.

Thrombosis or obstruction of the dural venous sinuses is an important potential cause of PTC[19-22] thought to be due to elevated CSF outflow resistance, direct transmission of increased intracranial venous pressure to CSF pathways, or both.[23] One of our patients experienced PTC after a skull fracture that occluded the transverse and straight sinus; this was confirmed with computed tomography and cerebral angiography. A second patient had ulcerative colitis and experienced deep vein thrombosis three months after the diagnosis of PTC. We postulated that this patient had an unrecognized dural sinus or cerebral vein thrombosis.

The incidence of PTC in the general population and in the population at risk was calculated from the symptomatic group. Occasional patients (perhaps as many as 10%) with PTC have no symptoms and are discovered fortuitously. There are probably other symptomatic patients who are never given the diagnosis. Also, the surveillance system may have been incomplete. Thus, our incidence rate is likely a low estimate. We confirmed earlier observations that this disease tends to occur in obese women of childbearing age. To put this disease in perspective, we found the incidence in the general population to be about half that of multiple sclerosis.[24] Blinding visual loss or severe visual impairment has been shown to occur in up to 25% of patients with PTC.[9,10] In light of these data, we believe that PTC should not be considered an uncommon condition. It represents an important risk to vision in obese young women.

This work was supported in part by grant RR59 from the General Clinic Research Center Branch of the National Institutes of Health, Bethesda, Md, and an unrestricted grant to the University of Iowa Department of Ophthalmology from Research to Prevent Blindness, Inc, New York.

We gratefully acknowledge the support of the late Maurice W. Van Allen, MD, and Delmar Caldwell, MD. Robert Wallace, MD, and William Talman, MD, also provided valuable suggestions. Shelley Cross, MD, reviewed all the cases seen at the Mayo Clinic originating in Iowa from August 1984 to July 1985.

**References**

1. US Bureau of the Census: *1980 Census of Population: General Population Characteristics Iowa*, Washington, DC, 1983.

2. *Overweight Adults in the United States: Vital Health Statistics of the National Center for Health Statistics*, 1979, pp 1-9.

3. US Bureau of the Census: *Statistical Abstracts of the United States 1981*, Washington, DC, 1981.

4. Boddie HG, Banna M, Bradley WG: 'Benign' intracranial hypertension: A survey of the clinical and radiological features and long term prognosis. *Brain* 1974;97:313-326.

5. Weisberg LA: Benign intracranial hypertension. *Medicine* 1975;54:197-207.

6. Paterson R, DePasquale N, Mann S: Pseudotumor cerebri. *Medicine* 1961;40:85-99.

7. Rush JA: Pseudotumor cerebri: Clinical profile and visual outcome in 63 patients. *Mayo Clin Proc* 1980;55:541-546.

8. Johnston I, Paterson A: Benign intracranial hypertension: I. Diagnosis and treatment. *Brain* 1974;97:289-300.

9. Corbett JJ, Savino PJ, Thompson HS, et al: Visual loss in pseudotumor cerebri. *Arch Neurol* 1982;39:461-474.

10. Wall M, Hart WM, Burde RM: Visual field defects in idiopathic intracranial hypertension (pseudotumor cerebri). *Am J Ophthalmol* 1983; 96:654-669.

11. Radhakrishnan K, Sridharan R, Ashok PP, et al: Pseudotumor cerebri: Incidence and pattern in north-eastern Libya. *Eur Neurol* 1986;25:117-124.

12. Digre KB, Varner MW, Corbett JJ: Pseudotumor cerebri and pregnancy. *Neurology* 1984; 34:721-729.

13. Soysa ND: The oral contraceptive pill and benign intracranial hypertension. *NZ Med J* 1985;98:656.

14. Dees SC, McKay JW Jr: Occurrence of pseudotumor cerebri (benign intracranial hypertension) during treatment of children with asthma by adrenal steroids. *Pediatrics* 1959;23:1143-1151.

15. Cohn GA: Pseudotumor cerebri in children secondary to administration of adrenal steroids. *J Neurosurg* 1963;20:784-786.

16. Guy JR, Day AL, Glaser JS: Pseudotumor cerebri in chronic renal failure; abstracted. *Neurology* 1987;37(suppl):289.

17. Palmer RF, Searles HH, Boldrey EB: Papilledema and hypoparathyroidism simulating brain tumor. *J Neurosurg* 1959;16:378-384.

18. Sambrook MA, Hill LF: Cerebrospinal fluid absorption in primary hypoparathyroidism. *J Neurol Neurosurg Psychiatry* 1977;40:1015-1017.

19. Powers JM, Schnur JA, Baldree ME: Pseudotumor cerebri due to partial obstruction of the sigmoid sinus by a cholesteatoma. *Arch Neurol* 1986;43:519-521.

20. Symonds CP: Hydrocephalic and focal cerebral symptoms in relation to thrombophlebitis of the dural sinuses and cerebral veins. *Brain* 1937;60:531-550.

21. Mitchell D, Fisher J, Irving D, et al: Lateral sinus thrombosis in intracranial hypertension in essential thrombocytopenia. *J Neurol Neurosurg Psychiatry* 1986;49:218-219.

22. Kaplan RE, Springate JE, Feld LG, et al: Pseudotumor cerebri associated with cerebral venous sinus thrombosis, internal jugular vein thrombosis and systemic lupus erythematosus. *J Pediatr* 1985;107:266-268.

23. Fishman RA: The pathophysiology of pseudotumor cerebri: An unsolved puzzle. *Arch Neurol* 1984;41:257-258.

24. Detels R: Epidemiology of multiple sclerosis, in Schoenberg BS (ed): *Advances in Neurology*. New York, Raven Press, 1978, vol 19, p 461.