# Exhibit 26

UpToDate®
Official reprint from UpToDate®
www.uptodate.com ©2018 UpToDate, Inc. and/or its affiliates. All Rights Reserved.

Wolters Kluwer

**Contraception counseling for obese women**

Authors: Alison Edelman, MD, MPH, Bliss Kaneshiro, MD, MPH
Section Editor: Courtney A Schreiber, MD, MPH
Deputy Editor: Kristen Eckler, MD, FACOG

All topics are updated as new evidence becomes available and our peer review process is complete.
**Literature review current through:** Jan 2018. | **This topic last updated:** Jan 25, 2017.

**INTRODUCTION** — Use of safe and effective contraception is essential for preventing unintended pregnancy. Despite the need for contraception, a national survey in the United States noted that sexually active obese women of reproductive age were significantly less likely to use contraception than women of normal weight [1]. It was unclear whether the disparity was due to patient, provider, and/or systems issues.

When counseling obese women about contraception, it is important to consider how obesity may affect the safety and efficacy of various contraceptive methods. Because contraceptive clinical trials excluded overweight or obese women until recently, evidence regarding contraceptive effectiveness and safety for this population is limited [2,3]. This topic will address the effects of obesity on contraceptive efficacy, as well as the effects of contraceptives on weight gain. Fertility and pregnancy issues in obese women are reviewed separately. (See "Obesity in pregnancy: Complications and maternal management".)

**CHOOSING A CONTRACEPTIVE METHOD** — Many factors need to be considered in choosing a contraceptive method (see "Contraceptive counseling and selection"). For obese women who want to maximize safety and efficacy, we suggest a copper- or levonorgestrel-releasing intrauterine device (IUD). Intrauterine contraception has a very low rate of failure (compared with barrier methods), is not associated with weight gain (compared with depot medroxyprogesterone acetate [DMPA]), and does not expose the woman to potential risks associated with estrogen-containing contraceptives. Visualizing the cervix and determining the size and direction of the uterus can be challenging in severely obese women during insertion of the device. Optimizing equipment by selecting a large speculum or removing the tip of a condom and placing it over the blades of the speculum can help with exposure [2]. Ultrasound may be helpful to guide insertion. (See "Intrauterine contraception: Insertion and removal".)

For women who do not want to use intrauterine contraception, the potentially higher failure rates associated with oral contraceptives, the patch, and ring need to be balanced with the potentially high user failure rates associated with barrier methods. Contraception failure rates among obese oral contraceptive users are probably lower than in obese women using barrier methods, but women who

choose to use oral contraceptive pills, the patch, or ring should consider using condoms as well to decrease pregnancy risk and the risk of acquiring sexually transmitted infections, if applicable. In our opinion, the decision to use the pill, patch or ring should be based on the mode of hormonal delivery that the patient feels fits with her lifestyle. For all women who want to use a pill, we start with a pill containing 20 to 30 mcg of ethinyl estradiol. Although insufficient evidence exists to recommend a specific estrogen dose or use of a higher rather than a lower dose oral contraceptive pill, most pharmacokinetic studies in obese women used a pill containing 20 mcg ethinyl estradiol. We do not start any women on a pill with more than 35 mcg of ethinyl estradiol. If obese women are satisfied with a particular pill formulation, we do not switch them to a different pill unless they develop contraindications to estrogen use, in which case we discuss non-estrogen contraceptive options. Although it is tempting to simply double the dose of oral contraceptive used by obese women to achieve higher serum levels, alterations in the pharmacokinetics of steroid hormones based on weight and resulting end-organ suppression (prevention of ovulation) do not have linear relationships. Furthermore, doubling the dose could increase side effects and risks, so this is not recommended.

Because obese women, especially those with comorbidities, are at higher risk of pregnancy-related complications, avoidance of unintended pregnancy is especially important. In addition, obesity is a risk factor for endometrial hyperplasia and endometrial cancer. Both types of IUD [4] and hormonal contraceptives provide endometrial protection and have been associated with a decrease in this risk. (See "Endometrial carcinoma: Epidemiology and risk factors", section on 'Hormonal contraceptives'.)

The evidence for our approach is reviewed below.

**SAFETY** — Guidelines from the United States Centers for Disease Control (CDC) Medical Eligibility Criteria for Contraceptive Use are helpful for advising obese women about the safety of contraceptive methods [5].

For obese women ≥18 years of age without coexistent medical issues, the CDC Medical Eligibility Criteria for Contraceptive Use categorizes progestin-only contraceptives and intrauterine devices (IUD) as class 1, which means that there are no restrictions in the use of these methods for obese women [5]. Estrogen-containing contraception (pill, patch, ring) are categorized as class 2, which means that the advantages of using the method generally outweigh the theoretical or proven risks. The class 2 rating is based on data that obesity is an independent risk factor for venous thrombosis (VTE) and case-control studies suggest that this risk is additive in users of estrogen-containing contraceptives [6-8]. Of note, the Faculty of Family Planning and Reproductive Health Care in the United Kingdom assigned estrogen-containing contraceptives for women with body mass index (BMI) 35 to 39 and ≥40 kg/m$^2$ a class 3 and a class 4 rating, respectively [9]. Class 3 refers to a condition where the theoretical or proven risks usually outweigh the advantages of using the method and class 4 refers to a condition which represents an unacceptable health risk if the contraceptive method is used. However, there is no consensus that this distinction is needed [10], and no safety data are available for women with BMI ≥40 kg/m$^2$ [11].

The presence of risk factors for VTE should be taken into account when counseling obese women about the risks of estrogen-progestin contraceptives. We offer estrogen-progestin contraceptives to obese women older than 35 years of age as long as they do not have other medical contraindications to use of these drugs. In epidemiologic studies, increasing age is consistently associated with an increased risk of VTE; however, the prevalence of comorbidities associated with increased VTE risk is

also increased with increasing age. This makes the impact of age on VTE risk difficult to determine, particularly in reproductive aged women in whom the absolute incidence of VTE is low (see "Overview of the causes of venous thrombosis"). The 2016 CDC Medical Eligibility Criteria for Contraceptive Use category 2 rating (a condition for which the advantages of using the method generally outweigh the theoretical or proven risks) for estrogen-containing contraceptives applies to women ≥30 kg/m² regardless of age [5].

**EFFICACY** — There is no evidence that any method of contraception is ineffective in obese women, but concerns have been raised that the efficacy of oral contraceptives is suboptimal in this population. It is important to remember that the overall rate of contraceptive failure is related to several factors, including the inherent effectiveness of the method, adherence and compliance with the method, fecundity of the population, and sexual behavior (eg, rare versus frequent sexual intercourse). It has been hypothesized that the inherent effectiveness of oral contraceptives may be diminished in obese women because obesity increases metabolic rate, increases clearance of hepatically metabolized drugs, increases circulating blood volume, and increases absorption of contraceptive steroids by adipose tissue. As a result, serum drug levels in obese women may be insufficient to maintain contraceptive effects, but data are limited and inconsistent [2,12-19]. If contraceptive efficacy is reduced, the magnitude of effect is likely to be small as pharmacokinetic studies have estimated that body weight accounts for only 10 to 20 percent of the variability in hormone levels, which is consistent with normal variability in steroid levels among individuals.

Although obesity can affect fecundity, the vast majority of obese women ovulate regularly and are fertile. There is no evidence that obesity affects contraceptive adherence/compliance [11] or frequency of sexual intercourse [20].

**Most effective reversible methods**

**Intrauterine contraception** — Intrauterine contraception (IUD) appears to be the best contraceptive option for obese women who have no contraindications to use of this method. The IUD is highly effective regardless of weight. (See "Intrauterine contraception: Devices, candidates, and selection".)

There is no evidence of impaired contraceptive efficacy in obese IUD users, either with the copper intrauterine contraceptive device (IUD) or the levonorgestrel-releasing IUD. A prospective cohort study reported no statistically significant difference in the contraceptive failure rate during the first two to three years of use among IUD users (copper-releasing or levonorgestrel-releasing [LNg20, 20 mcg/day release, total levonorgestrel content 52 mg]) who were of normal body mass index (BMI) (n = 1584), overweight BMI (n = 1149), or obese BMI (n = 1467): the overall failure rate of less than 1 pregnancy per 100 woman years did not vary by BMI [21]. The initial efficacy trial of a subsequent lower dose levonorgestrel-releasing IUD (LNg14; 14 mcg/day release, total levonorgestrel content 13.5 mg) included women 38 to 155 kg (mean 68.7 kg) and BMI 16 to 55 kg/m² (mean 25.3kg/m²) and did not report lower efficacy for obese study participants.

**Contraceptive implant** — The levonorgestrel (LNg) and etonogestrel (ENg) contraceptive implants appear to be highly effective in overweight and obese women, although possibly less effective compared with women who weigh less. As an example, in a three-year trial of nearly 1000 women randomly assigned to receive the LNg implant, three pregnancies occurred, all in women weighing

≥70 kg at conception, for a cumulative pregnancy rate of 0.4 per 100 women-years for all LNg users [22]. For nearly 1000 women randomly assigned to the ENg implant, there were no pregnancies in women ≥70 kg compared with three pregnancies in women <70 kg at conception. Because of the small total number of pregnancies study and relatively small number of women ≥70 kg (fewer than 20 percent of subjects), it is unclear whether weight ≥70 kg affects contraceptive implant efficacy and whether there is a true difference in efficacy between LNg and ENg implants at weights ≥70 kg. Despite the small numbers, however, it is likely that there is no large difference in contraceptive implant efficacy between women ≥70 kg and those <70 kg.

Despite the limitations, the trial is consistent with pharmacologic studies in obese women reporting that plasma hormone concentrations for both ENg and LNg remain above the contraceptive threshold for the approved duration of the device, although these levels may be lower than for non-obese women [23-25].

Of note, only the ENg implant is available in the United States. (See "Etonogestrel contraceptive implant".)

**Depot medroxyprogesterone acetate** — A study of the contraceptive efficacy of depot medroxyprogesterone acetate-SC (DMPA-SC) that included substantial numbers of overweight and obese women reported no pregnancies in 16,023 woman-cycles of use [26]. In addition, a study of the pharmacokinetics of DMPA-SC in class I, II, and III obese women versus women with normal BMI observed that median medroxyprogesterone levels remained above the level needed to prevent ovulation, although estradiol levels fluctuated more in obese women than normal controls (normal BMI: 18.5 and 24.9 $kg/m^2$; class I obesity: BMI 30.0 to 34.9 $kg/m^2$; class II obesity: BMI 35.0 to 39.9 $kg/m^2$; class III obesity: BMI ≥40 $kg/m^2$) [27]. Of note, the persistence of ovulation suppression following discontinuation of DMPA is related to weight: women with lower body weights conceive sooner than women with higher body weights after discontinuing the drug. (See "Depot medroxyprogesterone acetate for contraception", section on 'Return to fertility after discontinuation'.)

**Less effective reversible methods** — Although the following contraceptives may be less effective in obese women, the use of suboptimal contraception will prevent more pregnancies than no contraception and is always less risky to obese women than is a pregnancy.

**Oral contraceptives** — The available literature suggests that oral contraceptives are generally effective at pregnancy prevention in obese women, but may be less forgiving of imperfect use because the pharmacokinetics of steroid hormones appear to be altered in obese oral contraceptive pill users compared with normal-weight users. However, ovulation is still suppressed in most obese oral contraceptive pill users [13,14,19]. While the data on the impact of obesity on combined oral contraceptive efficacy are mixed, the absolute increased risk of pregnancy appears to be small [28]. In a study including a cohort of more than 55,000 United States women, oral contraceptive pill failure was slightly higher for women with BMI ≥35 $kg/m^2$ compared with women with BMI <35 (adjusted HR 1.5 (95% CI 1.3-1.8)) [29]. Other epidemiologic studies show inconsistent results with several studies demonstrating a higher risk of pregnancy in obese oral contraceptive pill users [30-32] and others finding no significant association for either combined oral contraceptives or progestin-only pills [33-37].

The use of oral contraceptives in obese women with polycystic ovary syndrome (PCOS) is reviewed separately. (See "Treatment of polycystic ovary syndrome in adults", section on 'Oral contraceptives and risk assessment'.)

**Contraceptive patch** — There is some evidence that the efficacy of the contraceptive patch may be diminished in women ≥90 kg (198 pounds). A pooled analysis of three large studies examining the efficacy of the contraceptive patch reported contraceptive failure was low and uniformly distributed across the range of body weights <90 kg (198 pounds), but suggested the patch may be less effective in the subgroup of women ≥90 kg [38]. In this analysis, 5 of the 15 pregnancies in patch users occurred in the 83 women (3 percent of study subjects) who weighted ≥90 kg. The small number of pregnancies in this pooled analysis made it impossible to provide a good estimate of the excess risk of contraceptive failure in women weighing ≥90 kg.

Efficacy studies of the contraceptive patch have included a higher proportion of overweight and obese women and a wider range of body weights than studies of other contraceptive methods. Most oral contraceptive studies excluded women more than 20 percent above their ideal body weight, whereas studies of the contraceptive patch included women as much as 35 percent above their ideal body weight.

**Contraceptive ring** — All large trials assessing the effectiveness of the estrogen-progestin vaginal ring have been conducted in nonobese women. A study of 128 pregnancies that resulted from a combined group of pill, patch, or ring users concluded three-year failure rates among women using these methods were not different across BMI categories [36]. However, the methodology used and the possible effect of noncompliance may have masked the actual effect of BMI on contraceptive failure [39].

A small pharmacokinetic study in ring users found that follicular development was minimal in both obese and normal BMI women [40]. Another small study reported hormone levels remained in the therapeutic range up to 35 days after ring insertion in both obese and normal BMI ring users [41]. Although reassuring, these studies were conducted over only one cycle in small groups of women and immediately following a cycle of oral contraceptive pill use; thus, efficacy could not be determined.

**Barrier methods** — No studies have evaluated the efficacy of barrier methods in obese users. Theoretically, obesity should not affect the safety or efficacy of barrier contraceptives, but diaphragms should be resized if the patient has a large change in weight. Condoms (male and female), the diaphragm, cervical cap, and contraceptive sponge are the most common forms of barrier contraception. These are event-based methods of contraception, which makes them more prone to user-related contraceptive failure. If a double barrier method is used (eg, condom and vaginal spermicide, diaphragm and condom), efficacy increases substantially. (See "Contraceptive counseling and selection", section on 'Contraceptive efficacy'.)

**Surgical sterilization** — Hysteroscopic tubal occlusion (Essure) is effective and may be the safest surgical sterilization procedure for obese women because it can be performed under local anesthesia and does not require entrance into the abdominal cavity, with its attendant morbidity. (See "Overview of hysteroscopy", section on 'Sterile preparation'.)

Tubal sterilization procedures are also effective, but are associated with longer operating times and more anesthetic and surgical complications in obese women compared with women who are not obese [42-45].

**WEIGHT GAIN** — Weight gain is a concern for many women, particularly women who are already overweight or obese. Fear of weight gain is often cited as a reason women do not initiate or continue hormonal contraception [46]. There is good evidence that use of combined hormonal contraceptives, progestin-only pills, intrauterine contraception, and contraceptive implants is not associated with substantial weight gain or discontinuation of a contraceptive due to weight gain [47-51]. Although randomize$ tri! ls have not reported significant weight gain in depot medroxyprogesterone acetate (DMPA) users [52,53], observational studies have reported overweight and obese adolescents gain more weight when using this method than when using oral contraceptives or no contraception [54-57]. A study in adult women found that normal and overweight women gained weight with DMPA use, whereas obese women did not [58]. (See "Depot medroxyprogesterone acetate for contraception".)

**CONTRACEPTION PRE- AND POST-BARIATRIC SURGERY** — Women using an estrogen-containing contraceptive who are planning to undergo a surgical procedure should discontinue the contraceptive at least one month before surgery to reduce the risk of postoperative thromboembolism. (See "Perioperative medication management", section on 'Oral contraceptives'.)

The weight loss that accompanies bariatric surgery can enhance fecundity in women who were subfertile because of anovulation [59-61]. Women who undergo restrictive bariatric procedures can safely and effectively begin oral contraceptives. However, procedures causing malabsorption, such as biliopancreatic diversion or jejunoileal bypass or Roux-en-Y bypass, theoretically may interfere with the absorption of oral contraceptives, thus reducing their effectiveness [62,63]. For this reason, the American College of Obstetricians and Gynecologists (ACOG) suggests that women undergoing bariatric surgery with a significant malabsorption component who want to use hormonal contraception should preferentially consider non-oral delivery of the contraceptive hormones [64]. Non-oral hormonal contraceptives have been studied in only small numbers of obese patients, but appear to be effective [65,66]. Nonhormonal methods are an acceptable alternative. (See "Fertility and pregnancy after bariatric surgery".)

**EMERGENCY CONTRACEPTION** — The copper intrauterine device (IUD) is the most reliable method of emergency contraception in obese women. Oral drugs may be less effective or ineffective as emergency contraception in overweight and obese women. (See "Emergency contraception", section on 'Overweight and obese women'.)

**SOCIETY GUIDELINE LINKS** — Links to society and government-sponsored guidelines from selected countries and regions around the world are provided separately. (See "Society guideline links: Contraception".)

**SUMMARY AND RECOMMENDATIONS**

- Because of the increased health risks of unintended pregnancy in obese women, we recommend using one of the most effective methods, an intrauterine device (IUD) (copper or levonorgestrel-releasing) or an implant (etonogestrel), over other methods (Grade 2C). These methods have a very low rate of failure (compared with barrier methods), are not associated with weight gain (compared with depot medroxyprogesterone acetate [DMPA]), and do not expose the woman to

potential risks associated with estrogen-containing contraceptives. (See 'Choosing a contraceptive method' above.)

- We agree with the Centers for Disease Control (CDC) guidelines that the advantages of using an estrogen-containing contraceptive method (pill, patch, ring) generally outweigh the theoretical or proven risks in obese women (see 'Safety' above). Although insufficient evidence exists to recommend a specific estrogen dose, we generally start with a pill containing 20 to 30 mcg of ethinyl estradiol. (See 'Choosing a contraceptive method' above.)

- We offer estrogen-progestin contraceptives to obese women older than 35 years of age as long as they do not have other medical contraindications to use of these drugs. (See 'Safety' above.)

- We do not recommend one method of estrogen-progestin contraception over another. The decision to use the pill, patch, or ring should be based on the mode of hormonal delivery that the patient feels fits with her lifestyle. For all women who choose to oral contraception, we start with a pill containing 20 to 30 mcg of ethinyl estradiol. (See 'Choosing a contraceptive method' above.)

- There is no strong evidence that any method of contraception is ineffective in obese women, but concerns have been raised about the effectiveness of oral contraceptives, as well as the patch and ring. The available literature suggests that oral contraceptives are generally effective at pregnancy prevention in obese women, but may be less forgiving of imperfect use because the pharmacokinetics of steroid hormones appear to be altered in obese oral contraceptive pill users compared with normal-weight users. However, ovulation is still suppressed in most obese oral contraceptive pill users. If contraceptive efficacy is reduced, the magnitude of effect is likely to be small. (See 'Efficacy' above.)

- There is good evidence that use of combined hormonal contraceptives, progestin-only pills, intrauterine contraception, and contraceptive implants is not associated with substantial weight gain or discontinuation of contraception due to weight gain. Use of DMPA may be associated with weight gain. (See 'Weight gain' above.)

- For obese women who desire a permanent method of contraception, we suggest hysteroscopic transcervical tubal occlusion over tubal ligation (**Grade 2C**). Abdominal surgical procedures in obese women are associated with greater anesthesia risk and longer operating times. (See 'Surgical sterilization' above.)

- Bariatric surgery procedures causing malabsorption, such as biliopancreatic diversion or jejunoileal bypass, may interfere with the absorption of oral contraceptives, thus reducing their effectiveness. If hormonal contraception is used, we suggest non-oral hormonal contraceptives over oral hormonal contraceptives (**Grade 2C**). (See 'Contraception pre- and post-bariatric surgery' above.)

Use of UpToDate is subject to the Subscription and License Agreement.

**REFERENCES**

1. Chuang CH, Chase GA, Bensyl DM, Weisman CS. Contraceptive use by diabetic and obese women. Womens Health Issues 2005; 15:167.
2. Grimes DA, Shields WC. Family planning for obese women: challenges and opportunities. Contraception 2005; 72:1.
3. Lopez LM, Bernholc A, Chen M, et al. Hormonal contraceptives for contraception in overweight or obese women. Cochrane Database Syst Rev 2016; :CD008452.
4. Curtis KM, Marchbanks PA, Peterson HB. Neoplasia with use of intrauterine devices. Contraception 2007; 75:S60.
5. Curtis KM, Tepper NK, Jatlaoui TC, et al. U.S. Medical Eligibility Criteria for Contraceptive Use, 2016. MMWR Recomm Rep 2016; 65:1.
6. Abdollahi M, Cushman M, Rosendaal FR. Obesity: risk of venous thrombosis and the interaction with coagulation factor levels and oral contraceptive use. Thromb Haemost 2003; 89:493.
7. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet 1995; 346:1582.
8. Lidegaard Ø, Edström B, Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case-control study. Contraception 2002; 65:187.
9. Medical Eligibility Criteria for Contraceptive Use (UK MEC 2005/2006), Faculty of Family Plannin g and Reproductive Health Care, London (2006).
10. Trussell J, Guthrie KA, Schwarz EB. Much ado about little: obesity, combined hormonal contraceptive use and venous thrombosis. Contraception 2008; 77:143.
11. Society of Family Planning, Higginbotham S. Contraceptive considerations in obese women: release date 1 September 2009, SFP Guideline 20091. Contraception 2009; 80:583.
12. Edelman AB, Carlson NE, Cherala G, et al. Impact of obesity on oral contraceptive pharmacokinetics and hypothalamic-pituitary-ovarian activity. Contraception 2009; 80:119.
13. Westhoff CL, Torgal AH, Mayeda ER, et al. Pharmacokinetics of a combined oral contraceptive in obese and normal-weight women. Contraception 2010; 81:474.
14. Edelman AB, Cherala G, Munar MY, et al. Prolonged monitoring of ethinyl estradiol and levonorgestrel levels confirms an altered pharmacokinetic profile in obese oral contraceptives users. Contraception 2013; 87:220.
15. Speerhas R. Drug metabolism in malnutrition and obesity: clinical concerns. Cleve Clin J Med 1995; 62:73.
16. Ravussin E, Burnand B, Schutz Y, Jéquier E. Twenty-four-hour energy expenditure and resting metabolic rate in obese, moderately obese, and control subjects. Am J Clin Nutr 1982; 35:566.
17. Stadel BV, Sternthal PM, Schlesselman JJ, et al. Variation of ethinylestradiol blood levels among healthy women using oral contraceptives. Fertil Steril 1980; 33:257.
18. Fishman J, Boyar RM, Hellman L. Influence of body weight on estradiol metabolism in young women. J Clin Endocrinol Metab 1975; 41:989.

19. Westhoff CL, Torgal AH, Mayeda ER, et al. Ovarian suppression in normal-weight and obese women during oral contraceptive use: a randomized controlled trial. Obstet Gynecol 2010; 116:275.

20. Kaneshiro B, Jensen JT, Carlson NE, et al. Body mass index and sexual behavior. Obstet Gynecol 2008; 112:586.

21. Xu H, Wade JA, Peipert JF, et al. Contraceptive failure rates of etonogestrel subdermal implants in overweight and obese women. Obstet Gynecol 2012; 120:21.

22. Bahamondes L, Brache V, Meirik O, et al. A 3-year multicentre randomized controlled trial of etonogestrel- and levonorgestrel-releasing contraceptive implants, with non-randomized matched copper-intrauterine device controls. Hum Reprod 2015; 30:2527.

23. Mornar S, Chan LN, Mistretta S, et al. Pharmacokinetics of the etonogestrel contraceptive implant in obese women. Am J Obstet Gynecol 2012; 207:110.e1.

24. Sivin I, Wan L, Ranta S, et al. Levonorgestrel concentrations during 7 years of continuous use of Jadelle contraceptive implants. Contraception 2001; 64:43.

25. Morrell KM, Cremers S, Westhoff CL, Davis AR. Relationship between etonogestrel level and BMI in women using the contraceptive implant for more than 1 year. Contraception 2016; 93:263.

26. Jain J, Jakimiuk AJ, Bode FR, et al. Contraceptive efficacy and safety of DMPA-SC. Contraception 2004; 70:269.

27. Segall-Gutierrez P, Taylor D, Liu X, et al. Follicular development and ovulation in extremely obese women receiving depo-medroxyprogesterone acetate subcutaneously. Contraception 2010; 81:487.

28. Dragoman MV, Simmons KB, Paulen ME, Curtis KM. Combined hormonal contraceptive (CHC) use among obese women and contraceptive effectiveness: a systematic review. Contraception 2017; 95:117.

29. Dinger J, Minh TD, Buttmann N, Bardenheuer K. Effectiveness of oral contraceptive pills in a large U.S. cohort comparing progestogen and regimen. Obstet Gynecol 2011; 117:33.

30. Holt VL, Cushing-Haugen KL, Daling JR. Body weight and risk of oral contraceptive failure. Obstet Gynecol 2002; 99:820.

31. Holt VL, Scholes D, Wicklund KG, et al. Body mass index, weight, and oral contraceptive failure risk. Obstet Gynecol 2005; 105:46.

32. Brunner Huber LR, Hogue CJ. The association between body weight, unintended pregnancy resulting in a livebirth, and contraception at the time of conception. Matern Child Health J 2005; 9:413.

33. Vessey M. Oral contraceptive failures and body weight: findings in a large cohort study. J Fam Plann Reprod Health Care 2001; 27:90.

34. Brunner Huber LR, Toth JL. Obesity and oral contraceptive failure: findings from the 2002 National Survey of Family Growth. Am J Epidemiol 2007; 166:1306.

35. Burkman RT, Fisher AC, Wan GJ, et al. Association between efficacy and body weight or body mass index for two low-dose oral contraceptives. Contraception 2009; 79:424.

36. McNicholas C, Zhao Q, Secura G, et al. Contraceptive failures in overweight and obese combined hormonal contraceptive users. Obstet Gynecol 2013; 121:585.
37. Kaneshiro B, Edelman A, Carlson N, et al. The relationship between body mass index and unintended pregnancy: results from the 2002 National Survey of Family Growth. Contraception 2008; 77:234.
38. Zieman M, Guillebaud J, Weisberg E, et al. Contraceptive efficacy and cycle control with the Ortho Evra/Evra transdermal system: the analysis of pooled data. Fertil Steril 2002; 77:S13.
39. Edelman A, Cherala G, Lim JY, Jensen JT. Contraceptive failures in overweight and obese combined hormonal contraceptive users. Obstet Gynecol 2013; 122:158.
40. Westhoff CL, Torgal AH, Mayeda ER, et al. Pharmacokinetics and ovarian suppression during use of a contraceptive vaginal ring in normal-weight and obese women. Am J Obstet Gynecol 2012; 207:39.e1.
41. Dragoman M, Petrie K, Torgal A, et al. Contraceptive vaginal ring effectiveness is maintained during 6 weeks of use: a prospective study of normal BMI and obese women. Contraception 2013; 87:432.
42. Chi IC, Wilkens L. Interval tubal sterilization in obese women--an assessment of risks. Am J Obstet Gynecol 1985; 152:292.
43. Chi IC, Wilkens LR, Reid SE. Prolonged hospital stay after laparoscopic sterilization. IPPF Med Bull 1984; 18:3.
44. Chi I, Mumford SD, Laufe LE. Technical failures in tubal ring sterilization: Incidence, perceived reasons, outcome, and risk factors. Am J Obstet Gynecol 1980; 138:307.
45. Jamieson DJ, Hillis SD, Duerr A, et al. Complications of interval laparoscopic tubal sterilization: findings from the United States Collaborative Review of Sterilization. Obstet Gynecol 2000; 96:997.
46. Rosenberg MJ, Waugh MS, Meehan TE. Use and misuse of oral contraceptives: risk indicators for poor pill taking and discontinuation. Contraception 1995; 51:283.
47. Funk S, Miller MM, Mishell DR Jr, et al. Safety and efficacy of Implanon, a single-rod implantable contraceptive containing etonogestrel. Contraception 2005; 71:319.
48. Goldzieher JW, Moses LE, Averkin E, et al. A placebo-controlled double-blind crossover investigation of the side effects attributed to oral contraceptives. Fertil Steril 1971; 22:609.
49. Gallo MF, Lopez LM, Grimes DA, et al. Combination contraceptives: effects on weight. Cochrane Database Syst Rev 2014; :CD003987.
50. Coney P, Washenik K, Langley RG, et al. Weight change and adverse event incidence with a low-dose oral contraceptive: two randomized, placebo-controlled trials. Contraception 2001; 63:297.
51. Edelman A, Jensen JT, Bulechowsky M, Cameron J. Combined oral contraceptives and body weight: do oral contraceptives cause weight gain? A primate model. Hum Reprod 2011; 26:330.
52. Kaunitz AM. Injectable depot medroxyprogesterone acetate contraception: an update for U.S. clinicians. Int J Fertil Womens Med 1998; 43:73.

53. Pelkman CL, Chow M, Heinbach RA, Rolls BJ. Short-term effects of a progestational contraceptive drug on food intake, resting energy expenditure, and body weight in young women. Am J Clin Nutr 2001; 73:19.
54. Bonny AE, Ziegler J, Harvey R, et al. Weight gain in obese and nonobese adolescent girls initiating depot medroxyprogesterone, oral contraceptive pills, or no hormonal contraceptive method. Arch Pediatr Adolesc Med 2006; 160:40.
55. Clark MK, Dillon JS, Sowers M, Nichols S. Weight, fat mass, and central distribution of fat increase when women use depot-medroxyprogesterone acetate for contraception. Int J Obes (Lond) 2005; 29:1252.
56. Bonny AE, Britto MT, Huang B, et al. Weight gain, adiposity, and eating behaviors among adolescent females on depot medroxyprogesterone acetate (DMPA). J Pediatr Adolesc Gynecol 2004; 17:109.
57. Mangan SA, Larsen PG, Hudson S. Overweight teens at increased risk for weight gain while using depot medroxyprogesterone acetate. J Pediatr Adolesc Gynecol 2002; 15:79.
58. Pantoja M, Medeiros T, Baccarin MC, et al. Variations in body mass index of users of depot-medroxyprogesterone acetate as a contraceptive. Contraception 2010; 81:107.
59. Merhi ZO. Impact of bariatric surgery on female reproduction. Fertil Steril 2009; 92:1501.
60. Gosman, GG. Reproductive health of women electing bariatric surgery. Fertil Steril 2009; :. [Epub ahead of print].
61. Teitelman M, Grotegut CA, Williams NN, Lewis JD. The impact of bariatric surgery on menstrual patterns. Obes Surg 2006; 16:1457.
62. Gerrits EG, Ceulemans R, van Hee R, et al. Contraceptive treatment after biliopancreatic diversion needs consensus. Obes Surg 2003; 13:378.
63. Victor A, Odlind V, Kral JG. Oral contraceptive absorption and sex hormone binding globulins in obese women: effects of jejunoileal bypass. Gastroenterol Clin North Am 1987; 16:483.
64. American College of Obstetricians and Gynecologists. ACOG practice bulletin no. 105: bariatric surgery and pregnancy. Obstet Gynecol 2009; 113:1405. Reaffirmed 2017.
65. Ciangura C, Corigliano N, Basdevant A, et al. Etonorgestrel concentrations in morbidly obese women following Roux-en-Y gastric bypass surgery: three case reports. Contraception 2011; 84:649.
66. Hillman JB, Miller RJ, Inge TH. Menstrual concerns and intrauterine contraception among adolescent bariatric surgery patients. J Womens Health (Larchmt) 2011; 20:533.

Topic 5470 Version 40.0

## Contributor Disclosures

**Alison Edelman, MD, MPH** Grant/Research/Clinical Trial Support: NIH grant funding [Contraceptive clinical trials network site]; Gates funding [Development of noninvasive method of permanent contraceptive]; Merck [Treatment of breakthrough bleeding in implant users]; NIH grant funding [Emergency contraception and obesity]. Consultant/Advisory Boards: HRA Pharma [Ob/Gyn]; Data

and Safety Monitoring Board [Ob/Gyn (FHI 360)]; Merck [Ob/Gyn (Nexplanon)]; CDC [Selective practice guideline expert working group]; ACOG [Ob/Gyn]; Contemporary Forums [Reproductive health topics]; WHO [Medical eligibility criteria for contraceptive use]; Agile Pharmaceutical [Scientific advisory board for a contraceptive patch in development]. **Bliss Kaneshiro, MD, MPH** Grant/Research/Clinical Trial Support: Gynuity Health Projects [Ob/Gyn]; National Institutes of Health [Ob/Gyn]; Merck [Contraception (Etonogestrel implant, oral contraceptive pills)]; Contramed [Contraception (Levonorgestrel IUD)], Mithra Pharmaceuticals [Contraception (Oral contraceptive pills)]. **Courtney A Schreiber, MD, MPH** Grant/Research/Clinical Trial Support: Bayer [Contraception (IUD)]; Medicines360 [Contraception (IUD)]; VeraCept [Contraception (IUD)]. Consultant/Advisory Boards: Merck [Contraception]. **Kristen Eckler, MD, FACOG** Nothing to disclose

Contributor disclosures are reviewed for conflicts of interest by the editorial group. When found, these are addressed by vetting through a multi-level review process, and through requirements for references to be provided to support the content. Appropriately referenced content is required of all authors and must conform to UpToDate standards of evidence.

Conflict of interest policy