# Exhibit 28

*Therapeutic Advances in Drug Safety* *Letter to the Editor*

# Risk of intracranial hypertension with intrauterine levonorgestrel: reply

**Mahyar Etminan**

*Ther Adv Drug Saf*

1–2

DOI: 10.1177/2042098615621264

© The Author(s), 2015.
Reprints and permissions: http://www.sagepub.co.uk/journalsPermissions.nav

Correspondence to:
**Mahyar Etminan, PharmD, MSc (Epi)**
Therapeutic Evaluation Unit, Child & Family Research Institute of British Columbia, Faculty of Medicine, University of British Columbia, A4–198 WS 2, 709–650 West 28th Avenue, Vancouver, BC, Canada
**metminan@popi.ubc.ca**
**metminan@shaw.ca**

Dr Friedman raises some questions about our study (Etminan *et al*. 2015). She claims that the search term *cerebral edema* used in the disproportionality analysis should not have been used. Disproportionality analysis using the FDA's FAERS database is intended to demonstrate whether there is a strong signal for a specific adverse event secondary to a drug that warrants further investigation. This type of analysis is used routinely by the FDA to issue warnings on specific safety concerns with prescription drugs (FDA.gov). Although cerebral edema was used as a search term in our study, the majority of events were cases of benign intracranial hypertension (BIH). In fact, when restricting the analysis to only cases of 'benign intracranial hypertension' in women with Mirena™ in FAERS using OpenVigil (2.1) (Böhm *et al*. 2012), the disproportionality odds ratio (OR) was still 3.4 (95% CI: 2.59–4.45) (Böhm *et al*. 2012).

Dr Friedman questions the timing of Mirena™ used with respect to the pseudotumor cerebri (PTC) events in our cohort study. All events in our study were ascertained after the dispensation date for a Mirena™ prescription. We did not have the time of discontinuation but women had to be on a study drug for at least six months before experiencing an event. Given that levonorgestrel blood levels in women on intrauterine levonorgestrel can fluctuate at times equaling those of oral levonorgestrel formulations (Xiao *et al*. 1990), it is biologically plausible for a woman on Mirena™ to experience intracranial hypertension only after a few months of use. As we acknowledged in our paper, we did not have information on other covariates. Moreover, the objective of the study was not to compare the risk of PTC with nonusers of hormonal contraceptive, but only to compare the risk of intracranial hypertension or papilledema with two oral progestin-based contraceptives.

Dr Friedman claims that there are no epidemiologic studies linking hormonal contraceptives to intracranial hypertension. This statement is inaccurate. Most of the epidemiologic studies (Ireland *et al*. 1990; Radhakrishnan *et al*. 1993) that have attempted to answer this question lacked statistical power. The OR from the study by Ireland and colleagues that Dr Friedman cites was 2.5 (95% CI: 0.95–6.54) (Ireland *et al*. 1990), with an upper bound of the confidence interval that does not exclude a risk with hormonal contraceptives. In fact, one recent case-control study (Rai *et al*. 2015) of 473 women (18–55) with PTC found a statistically significant increase (OR = 7.7, 95% CI: 3.2–16.4) with intrauterine levonorgestrel use (IUL) compared to nonusers. This study does not seem to have adjusted for body mass index (BMI), a major confounder for this question. However, results of a sensitivity analysis with the extreme assumption of a 50% confounding among IUL users (50% having a high BMI) within IUL users compared to 10% in nonusers still yields an OR of 2.87 (Schneeweisse, 2006).

Finally, our study was an independent study prompted by our group's interest on drug safety and ocular outcomes and was not in any way influenced by involvement as an expert in any litigation.

## Author's note

At the time of this research the author was affiliated to Therapeutic Evaluation Unit, Child & Family Research Institute of British Columbia, Faculty of Medicine, University of British Columbia, Vancouver, BC, Canada. And now the author is associated with Faculty of Medicine,Pharmacology and Therapeutics, The University of British Columbia, The Eye Care Center, Vancouver BC.

## Declaration of Conflicting Interests

The author(s) declared the following potential conflicts of interest with respect to the research,

authorship, and/or publication of this article: The author is currently an expert on the Mirena/Intracranial hypertension litigation.

## Funding

The author(s) received no financial support for the research, authorship, and/or publication of this article.

## References

Böhm, R., Höcker, J., Cascorbi, I. and Herdegen, T. (2012) OpenVigil—free eyeballs on AERS pharmacovigilance data. *Nat Biotechnol* 30(2): 137–138.

http://www.fda.gov/scienceresearch/dataminingatfda/ucm446239.htm

Etminan, M., Luo, H. and Gustafson, P. (2015) Risk of intracranial hypertension with intrauterine levonorgestrel. *Ther Adv Drug Saf* 6: 110–113.

Ireland, B., Corbett, J. and Wallace, R. (1990) The search for causes of idiopathic intracranial hypertension: a preliminary case-control study. *Arch Neurol* 47: 315–320.

Radhakrishnan, K., Thacker, A., Bohlaga, N., Maloo, J. and Gerryo, S. (1993) Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. *J Neurol Sci* 116(1): 18–28.

Ruju, R., Kirk, B., Sanders, J., Valenzuela, R., Sundar, S., Warner, J. *et al.* (2015) The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. *Inv Ophth & Vis Sci* 56: 2228, 1–2.

Schneeweisse, S. (2006) Sensitivity analysis and external adjustment for unmeasured confounders in epidemiologic database studies of therapeutics. *Pharmacoepidemiol Drug Saf* 15: 291–303.

Xiao, B., Zhou, L., Zhang, X., Jia, M., Luukkainen, T. and Allonen, H. (1990) Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. *Contraception* 41(4): 353–362.

Visit SAGE journals online
http://taw.sagepub.com
SAGE journals