# Exhibit 33

# Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri):
## A case-control study

Vincent Giuseffi, MD; Michael Wall, MD; Paul Z. Siegel, MD; Patricio B. Rojas, PhD

**Article abstract**—To identify the symptoms and coexisting medical conditions associated with idiopathic intracranial hypertension (IIH), we administered an 83-item questionnaire at the time of diagnosis to 50 IIH patients and 100 age-matched controls. Ninety percent of the IIH patients were women; the mean age was 33. Obesity and recent weight gain were much more common among patients than controls. Symptoms most commonly reported by IIH patients were headache (94%), transient visual obscurations (TVO) (68%), and intracranial noises (ICN) (58%). Daily occurrence of these symptoms was much more common among patients than controls. Controls also reported these and other IIH symptoms, but at lower frequencies. Several conditions previously associated with IIH were no more common in patients than controls including iron deficiency anemia, thyroid disease, pregnancy, antibiotic intake, and use of oral contraceptives. We conclude that previous studies of IIH, mostly uncontrolled and retrospective, have underestimated the frequency of symptoms in IIH patients and reported chance and spurious associations with common medical conditions and medications. The profile of a young obese woman with headaches and either TVO or ICN should alert the clinician to the diagnosis of IIH, especially when the symptoms occur daily.

NEUROLOGY 1991;41:239-244

Idiopathic intracranial hypertension (IIH), also known as pseudotumor cerebri, is a condition of increased intracranial pressure of unknown cause. Its primary morbidity is visual loss, which occurs in over 80% of eyes thoroughly tested.[1] Blindness occurs in 10% of patients.[2,3] IIH occurs with a frequency of about 1 case per 100,000 population per year or 19.3 per 100,000 in obese women aged 20 to 44.[4] The symptoms of IIH are those of generalized increased intracranial pressure, with headache the most commonly reported.[5] Transient visual obscuration (TVO), an episode of visual clouding in 1 or both eyes lasting less than 1 minute, occurs with but is not specific for increased intracranial pressure.[6] Other common symptoms of IIH are pulsatile intracranial noises (ICN),[7] diplopia, and visual loss. Patients less frequently report shoulder and arm pain (presumably due to dilation of spinal nerve root sleeves from increased intracranial pressure)[8] and retro-ocular pain increased with eye movements.[9] The diagnosis of IIH can be made according to the modified Dandy criteria (table 1).[10]

Many case series and other uncontrolled studies have reported associations between IIH and a variety of medical conditions.[11,12] Obesity, for example, has long been associated with IIH. Ireland et al[13] reported a significant weight gain in IIH patients during the 6 months preceding diagnosis.

Steroid withdrawal and Addison's disease are associated with IIH,[14-16] as are other endocrine abnormalities—hypothyroidism,[17] hyperthyroidism,[18] and hypoparathyroidism.[19] However, there is no single consistent endocrine abnormality.[20] Investigators also report associations of anemia, particularly iron deficiency anemia, with IIH.[21]

Case reports link IIH to the use of various medications including antibiotics (tetracycline,[22] nalidixic acid,[23] nitrofurantoin[24]), indomethacin,[25] oral contraceptives,[9] vitamin A,[26] and isotretinoin.[27] Investigators have reported intracranial hypertension with corticosteroid use[28-30]; however, none of those cases fulfilled the modified Dandy criteria of IIH (table 1).[10]

Controlled studies refute other purported IIH associations. Both pregnancy and oral contraceptive use[5,9] are probably not important in the etiology of IIH. The rate of pregnancy or birth control use in IIH cases is not significantly different from the rate in the general population.[4,13,31] In addition, Digre et al[31] have shown that pregnant IIH patients are obese when compared with age- and parity-matched controls. Similarly, a study by

From the Departments of Neurology and Psychiatry (Drs. Giuseffi and Wall), Ophthalmology (Dr. Wall), and Epidemiology (Drs. Siegel and Rojas), Tulane University School of Medicine, New Orleans, LA.

Presented in part at the 41st annual meeting of the American Academy of Neurology, Chicago, IL, April 1989.

Received March 5, 1990. Accepted for publication in final form July 17, 1990.

Address correspondence and reprint requests to Dr. Wall, Tulane University School of Medicine, Department of Neurology and Psychiatry, 1430 Tulane Avenue, New Orleans, LA 70112.

**Table 1. Modified Dandy criteria for IIH[10]**

1. Signs and symptoms of increased intracranial pressure
2. Absence of localizing findings on neurologic examination
3. Absence of deformity, displacement, or obstruction of the ventricular system and otherwise normal neurodiagnostic studies, except for increased cerebrospinal fluid pressure
4. Awake and alert patient
5. No other cause of increased intracranial pressure present

Ireland et al[13] has cast doubt on the importance of the association of irregular menses with IIH. Since most studies of IIH have been uncontrolled or included only a small number of subjects, their results are often inconclusive. Thus, the factors that precipitate IIH and the symptoms that characterize it remain uncertain. To elucidate further the diseases and symptoms associated with IIH, we conducted a case-control study of 50 IIH patients and 100 age-matched controls.

**Methods.** *Patients.* Our case series consisted of 50 consecutive patients referred to the Tulane University School of Medicine Neuro-ophthalmology Clinic between 1982 and 1988. All met the modified Dandy criteria for IIH.[10] Twenty of the 50 were referred directly from a predominantly primary care facility (Charity Hospital of New Orleans). The remainder of the referrals were made through the Tulane University Hospital and Clinic.

*Controls.* We selected controls from waiting areas adjacent to the emergency rooms, the surgical inpatient areas, and the medical inpatient areas at Tulane University Hospital and Clinic and Charity Hospital of New Orleans during the period of March through July of 1988. This population consisted mostly of visitors, friends, or family of non-IIH patients. The proportions of control subjects chosen from each hospital approximated those of the cases. We chose 2 controls for each case to improve statistical power. We questioned all persons in a given area and time. We explained the purpose of the study and asked preliminary information to those eligible and willing to participate. Control subjects were matched to cases in an unpaired fashion for age within 3 years and sex. Ophthalmoscopic examination verified none had papilledema. We excluded controls if they had a history of glaucoma, permanent visual loss, or neurologic disease. All but 5 eligible candidates agreed to participate in the study.

*Data collection.* We administered an 83-item questionnaire to all study subjects—patients at the time of their initial office visit, and controls at time of enrollment into the study. M.W. interviewed patients and V.G., who was instructed to ask questions and record data in the same manner, controls. Information elicited through the questionnaire included the following: demographic data, vision-related symptoms, history of known causes of intracranial hypertension, and a detailed medication history. A positive report indicated that a symptom, condition, or medication was current, recent, or recently used at the time of enrollment into the study. We asked controls their height and weight. We defined obesity as weight $\geq$120% of the ideal weight for a medium-frame person according to the 1983 Metropolitan Life height-weight tables.

*Statistical analysis.* We used odds ratio analysis with 95% confidence intervals to determine the strength of association of symptoms and coexisting conditions with the presence of IIH. We used the method of logarithms to calculate confidence intervals[32] and substituted 1 if the value of a cell was 0 and added 1 to the corresponding non-zero cell. An odds ratio lower confidence limit of 1 or greater corresponds to a $p$ value of less than or equal to 0.05.[33] A stepwise logistic regression analysis was performed to reduce the chance of invalid associations that may have resulted from the large number of univariate tests performed on the data. For differences of weight and of recent weight gain between patients and controls we used a 2-tailed independent $t$ test.

**Results.** The mean age for patients was 33.3 years, with a range of 11 to 65 years. Controls had a mean age of 32.9 years, with a range of 10 to 66 years. The female to male ratio was 9:1 for both groups. IIH patients were substantially heavier than the controls—201.4 pounds compared with 152.7 ($p < 0.0001$). Patients also gained an average of 19.7 pounds during the 12 months before examination compared with an average loss of 1.2 pounds among controls ($p < 0.0001$). Table 2 and figure 1 compare the frequencies of suspected IIH-associated symptoms and conditions in IIH patients and controls. Results are based on 50 patients and 100 controls unless otherwise specified. The odds ratio and its 95% confidence bounds are also given.

The symptoms most commonly reported by IIH patients were headache (94%), TVOs (68%), pulsatile ICN (58%), photopsia (54%), and retrobulbar pain (44%) (table 2); all, except photopsia, were more common in patients than in controls. Diplopia (38%), visual loss (30%), and retrobulbar pain on eye movement (22%) were less common accompaniments of IIH and were not reported by any of the controls (table 2). Of these 8 symptoms, all except headache and photopsia occurred much more frequently in patients than controls ($p < 0.00001$). The complete odds ratio analysis is found in table 2 and selected variables are represented in figure 2. Multivariate analysis by stepwise logistic regression (results not shown) confirmed that the following symptoms and conditions were independently associated with the presence of IIH—obesity, recent weight gain, TVO, pulsatile ICN, diplopia, visual loss, and retrobulbar pain.

Headache, the most commonly reported symptom by IIH patients (94%), was also frequently reported by controls (79%). The 3 next most common symptoms—TVO, ICN, and photopsia—were also not rare among controls. Photopsia was more common in controls than in patients (table 2), but this difference was not statistically significant. Daily occurrence of these symptoms was much more common in patients than controls, resulting in high odds ratios for each: headache, 9.7 (CI = 4 to 21); TVO, 66.7 (CI = 60 to 550); ICN, 38.9 (CI = 34 to 268); and photopsia, 3.9 (CI = 3 to 8) (figure 3, A through D). Thus, frequent (daily) occurrence of symptoms was much more strongly associated with the presence of IIH than was occasional occurrence.

We also grouped symptoms to see if any symptom complexes were more strongly associated with IIH than were individual symptoms. None were, suggesting there is no frequently occurring clinical syndrome characteristic of IIH.

*Characteristics of symptoms associated with IIH.*

**Table 2. Frequency of conditions, diseases, and symptoms in patients and age- and sex-matched controls**

| | % Patients (n = 50) | % Controls (n = 100) | Odds ratio | 95% Confidence limits |
|---|---|---|---|---|
| Conditions/Drugs | | | | |
| Obesity | 90 | 34 | 17.5 | 6.6-50.2 |
| Antibiotics | 4 | 1 | 4.2 | 0.4-188.4 |
| Pregnancy | 6 | 3 | 2.1 | 0.4-10.6 |
| Hypertension | 34 | 20 | 2.1 | 1.0-4.4 |
| Obese hypertensives* | 34 | 13 | 0.9 | 0.4-2.5 |
| Diabetes | 4 | 3 | 1.3 | 0.2-8.3 |
| Liver intake | 4 | 3 | 1.3 | 0.2-8.3 |
| Multivitamins | 28 | 23 | 1.3 | 0.6-2.8 |
| Thyroid disorder | 2 | 2 | 1.0 | 0.1-11.3 |
| Iron deficiency | 16 | 16 | 1.0 | 0.4-2.5 |
| Oral contraceptives | 10 | 15 | 0.6 | 0.2-1.8 |
| Iron supplements | 6 | 12 | 0.5 | 0.1-1.7 |
| Corticosteroid use | 0 | 0 | — | — |
| Parathyroid disorder | 0 | 0 | — | — |
| Addison's disease | 0 | 0 | — | — |
| Cushing's disease | 0 | 0 | — | — |
| Isotretinoin use | 0 | 0 | — | — |
| Symptoms | | | | |
| Diplopia | 38 | 0 | 61.9† | 7.9-481.2 |
| Visual loss | 30 | 0 | 43.2† | 5.5-339.8 |
| Retrobulbar pain | 44 | 12 | 5.8 | 2.5-13.1 |
| on eye movement | 22 | 0 | 28.4† | 3.6-228.1 |
| Shoulder/arm pain | 18 | 2 | 22.1 | 2.7-180.6 |
| Dyscoordination | 14 | 0 | 16.4† | 2.0-137.8 |
| Intracranial noises | 58 | 9 | 14.0 | 5.8-33.9 |
| Decreased smell | 12 | 1 | 13.5 | 1.6-115.5 |
| Numbness | 24 | 3 | 10.2 | 2.7-38.2 |
| Visual obscurations | 68 | 21 | 8.0 | 3.7-17.1 |
| Motor weakness | 10 | 2 | 5.4 | 1.0-29.1 |
| Headache | 94 | 80 | 3.9 | 1.1-13.9 |
| Photopsia | 54 | 68 | 0.6 | 0.3-1.1 |

* Odds ratio of hypertension in 45 obese patients and 34 obese controls.

† The zero cell was replaced by 1, and 1 was added to the corresponding nonzero cell.




*Figure 1. Frequency, in percent, of symptoms in the IIH and control groups. TVO: transient visual obscurations; ICN: intracranial noises.*

Transient visual obscurations. The duration of TVOs ranged from seconds to minutes for patients and controls. Of those reporting TVOs, 79% of patients and 71% of controls reported TVOs of less than 30 seconds duration. Twenty-nine patients (50%) reported postural changes as a provoking factor.

Intracranial noises. Duration of pulsatile ICN ranged from seconds to days, with 3 patients reporting constant ICN. Of those reporting ICN, it was unilateral in 62% of patients and 55% of controls, with less than 2% of patients reporting bilateral ICN and 33% of controls.

Provoking factors reported by patients included headache (5), quietness (8), and bending (1). One control reported headache as a provoking factor. Descriptions of ICN by patients included "like a river rushing," "wind rushing," "heartbeat in ear," "buzzing," and "thumping." Control subjects' descriptions included "heartbeat in ear," "buzzing," "thumping," "flapping," and "hammering." In addition, 30 controls reported a nonpulsatile high frequency ringing, with 73% reporting it to be bilateral and 27% lateralizing.

Photopsia. We asked subjects whether they saw sparkles or flashes of light (photopsia). The duration of reported photopsia ranged from seconds to hours in both groups. Patients reported provoking factors to include headache (6), postural changes (4), and darkness, fatigue, and watching television (1 each). Two patients reported photopsia every time they closed their eyes. Provoking factors reported by controls included postural changes (5), headache (5), pregnancy (5), bright sunlight (1), and sneezing (1).

**Discussion.** This is the largest controlled study of IIH to date, and the 1st to examine symptoms associated with IIH. Strong associations between IIH and obesity ($p < 0.00001$) and weight gain during the 12 months before diagnosis ($p < 0.0001$) support the conclusions of Digre et al[31] and Ireland et al.[13]

We found no evidence to associate IIH with any other medical conditions, pregnancy, or use of any medications. Iron deficiency anemia was no more common in patients than controls. Thyroid disorder was the only endocrine abnormality reported by any of the IIH patients (2%) and was equally common among controls. We emphasize, though, that lack of statistical association does not prove no association exists. For example, hypervitaminosis A, a well-established cause of IIH, was not reported by any of the study subjects.

The number of exposures of patients and controls to various conditions or medications was sometimes low. In these cases there was usually insufficient statistical power (the likelihood a statistically significant difference is detected when a difference exists). Narrow confidence intervals imply great precision and high statistical power. Wide intervals may reflect inadequate sample size and low statistical power in spite of a statistically significant odds ratio. Many of our negative findings should be interpreted considering their low statistical power due to infrequent occurrences. Figure 2 shows the confidence intervals for selected exposures.

In this study we found no association between IIH and multivitamin, oral contraceptive, corticosteroid, or antibiotic use. Previous suggestions that such associa-

tions may exist have been based on uncontrolled studies (case series). A review of 3 large series (120 patients) showed that steroids and antibiotics were each used by less than 2% of IIH patients.[12] Since these are widely prescribed medications, their use by a few IIH patients is to be expected by chance alone.




*Figure 2. Odds ratio with 95% confidence limits of coexisting conditions with at least 1 patient or control reporting the condition (see also table 1). HBP: hypertension; ID: iron deficiency; BCP: birth control pills.*

Arterial hypertension was significantly associated with IIH (OR = 2.0, $p$ = 0.049); however, when controlling for obesity, there was no significant association. In addition, the high rate of obesity in IIH subjects introduces the possibility of spuriously elevated blood pressure due to the use of standard size rather than wide sphygmomanometer cuffs. We agree with Corbett (personal communication) that arterial hypertension may have been overreported among IIH patients for this reason. It remains unclear whether systemic arterial hypertension plays a role in the etiology of IIH.

The percentage of IIH patients in this series who reported various symptoms was consistently higher than in most previous reports. The frequencies of commonly reported visual symptoms are compiled in table 3. We attribute our increased frequency of these and other symptoms to our prospective data collection compared with the retrospective nature of the other reports. While a surprisingly high percentage of control subjects reported symptoms consistent with IIH—headache, TVO, ICN, or photopsia—daily occurrence was much less common in this group. In contrast, IIH patients with any of these symptoms were likely to report daily occurrence. The apparently disproportionate number




*Figure 3. Frequency of selected symptoms; (A) headache n = 47 for cases, 79 for controls; (B) transient visual obscurations n = 34 for cases, 21 for controls; (C) intracranial noises n = 29 for cases, 9 for controls; (D) photopsia n = 27 for cases, 68 for controls. mo: month; wk: week.*

**Table 3. Summary of selected reports of frequently tabulated visual IIH symptoms from retrospective studies (1,020 cases reviewed)**

| Author | Blurred vision (%) | Diplopia (%) | TVO (%) |
|---|---|---|---|
| Round and Keane (1988)[34] | 53 | 26 | 21 |
| Sørensen et al (1988)[35] | 18 | 4 | 5 |
| Smith and Baker (1986)[36] | 8 | 3 | 4 |
| Orcutt et al (1984)[37] | 37 | 15 | 20 |
| Wall et al (1983)[3] | 6 | 1 | 4 |
| Corbett et al (1982)[2] | 41 | 19 | 17 |
| Rush (1980)[38] | 29 | 22 | 43 |
| Bulens et al (1979)[9] | 2 | 17 | 11 |
| Vassilouthis and Uttley (1979)[39] | ? | 9 | 17 |
| Weisberg (1975)[5] | 6 | 20 | 30 |
| Johnston and Paterson (1974)[40] | ? | 35 | 63 |
| Boddie et al (1974)[41] | 6 | 5 | 13 |
| Paterson et al (1961)[42] | ? | 4 | 17 |
| Foley (1955)[43] | ? | 23 | 23 |

? Frequency for this symptom not given.

of controls reporting photopsia is likely chance as the groups are not significantly different. However, daily report of photopsia occurred in 20% of patients and none of the controls.

In summary, we draw the following conclusions: (1) IIH is strongly associated with obesity and recent weight gain; symptoms characteristic of IIH include TVOs, ICN, retrobulbar eye pain increased by eye movements, visual loss, diplopia, and the *daily* occurrence of headache and the other common symptoms. (2) Previous studies of IIH, mostly retrospective and uncontrolled, have underestimated the occurrence of symptoms in IIH patients. (3) Many conditions associated with IIH in these uncontrolled studies are common disorders of women in childbearing years and are likely chance associations. (4) Conditions or diseases occurring with IIH should only be accepted as true associations if the Dandy criteria for IIH are fulfilled and either: (a) the underlying condition is proven to produce intracranial hypertension; (b) treating the associated disease with a medication or method not known to lower intracranial pressure (eg, oral iron for iron deficiency anemia) causes resolution of elevated intracranial pressure that exacerbates when the medication is withdrawn; or (c) a properly controlled study with a sufficient number of subjects shows a statistically significant association. Future investigations, when properly controlled, will improve our understanding of the etiology of idiopathic intracranial hypertension.

## References


1. Wall M, George D. Idiopathic intracranial hypertension: a prospective study of 50 patients. Brain (in press).
2. Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri: follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss. Arch Neurol 1982;39:461-474.
3. Wall M, Hart WM Jr, Burde RM. Visual field defects in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 1983;96:654-669.
4. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri: population studies in Iowa and Louisiana. Arch Neurol 1988;45:875-877.
5. Weisberg LA. Benign intracranial hypertension. Medicine 1975;54:197-207.
6. Sadun A, Currie J, Lessell S. Transient visual obscurations with elevated optic discs. Ann Neurol 1984;16:489-494.
7. Sismanis A. Otologic manifestations of benign intracranial hypertension syndrome: diagnosis and management. Laryngoscope 1987;97:1-17.
8. Bortoluzzi M, DiLauro L, Marini G. Benign intracranial hypertension with spinal and radicular pain. J Neurosurg 1982;57:833-836.
9. Bulens C, De Vries WA, van Crevel H. Benign intracranial hypertension: a retrospective and follow-up study. J Neurol Sci 1979;40:147-157.
10. Smith JL. Whence pseudotumor cerebri? J Clin Neuro Ophthalmol 1985;5:55-56.
11. Buchheit W, Burton C, Haag B, Shaw D. Papilledema and idiopathic intracranial hypertension: report of familial occurrence. N Engl J Med 1969;280:938-942.
12. Ahlskog JE, O'Neill BP. Pseudotumor cerebri. Ann Intern Med 1982;97:249-256.
13. Ireland B, Corbett JJ, Wallace RB. The search for causes of pseudotumor cerebri: a preliminary case-control study. Arch Neurol 1990;47:315-320.
14. Neville BG, Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. Br Med J 1970;3:554-556.
15. Greer M. Benign intracranial hypertension. II. Following corticosteroid therapy. Neurology 1963;13:439-441.
16. Walsh FB. Papilledema associated with increased intracranial pressure in Addison's disease. Arch Ophthalmol 1952;47:86.
17. Press OW, Ladenson PW. Pseudotumor cerebri and hypothyroidism. Arch Intern Med 1983;143:167-168.
18. Dickman MS, Somasundaram M, Brzozowski L. Pseudotumor cerebri and hyperthyroidism. N Y State J Med 1980;80:1118-1120.
19. Sheldon RS, Becker WJ, Hanley DA, Culver RL. Hypoparathyroidism and pseudotumor cerebri: an infrequent clinical association. Can J Neurol Sci 1987;14:622-625.
20. Reid AC, Thomson JA. Absence of significant endocrine deficiencies in benign intracranial hypertension. J Neurol Neurosurg Psychiatry 1981;44:731-734.
21. Stoebner R, Kiser R, Alperin JB. Iron deficiency anemia and papilledema. Dig Dis 1970;15:919-922.
22. Giles CL, Soble AR. Intracranial hypertension and tetracycline therapy. Am J Ophthalmol 1971;72:981-982.
23. Deonna T, Guignard JP. Acute intracranial hypertension after nalidixic acid administration. Arch Dis Child 1974;49:743.
24. Mushet GR. Pseudotumor and nitrofurantoin therapy [Letter]. Arch Neurol 1977;34:257.
25. Konomi H, Imai M, Nihei K, Kamoshita S, Tada H. Indomethacin causing pseudotumor cerebri in Bartter's syndrome [Letter]. N Engl J Med 1978;298:855.
26. Feldman MH, Schlezinger NS. Benign intracranial hypertension associated with hypervitaminosis A. Arch Neurol 1970;22:1-7.
27. Spector RH, Carlisle J. Pseudotumor cerebri caused by a synthetic vitamin A preparation. Neurology 1984;34:1509-1511.
28. Ivey KJ, Denssesten L. Pseudotumor cerebri associated with corticosteroid therapy in an adult. JAMA 1969;208:1698-1700.
29. Britton C, Boxhill C, Brust JCM, Healton EB, Braun CW, Killian P. Pseudotumor cerebri, empty sella syndrome, and adrenal adenoma. Neurology 1980;30:292-296.
30. Newman PK, Snow M, Hudgson P. Benign intracranial hypertension and Cushing's disease. Br Med J 1980;281:113.
31. Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology 1984;34:721-729.
32. Woolson RF. Statistical methods for the analysis of biomedical data. New York: John Wiley & Sons, 1987:250-252.
33. Sandercock P. The odds ratio: a useful tool in neurosciences. J Neurol Neurosurg Psychiatry 1989;52:817-820.
34. Round R, Keane JR. The minor symptoms of increased intracranial pressure: 101 patients with benign intracranial hypertension. Neurology 1988;38:1461-1464.

35. Sørensen PS, Krogsaa B, Gjerris F. Clinical course and prognosis of pseudotumor cerebri: a prospective study of 24 patients. Acta Neurol Scand 1988;77:164-172.
36. Smith TJ, Baker RS. Perimetric findings in pseudotumor cerebri using automated techniques. Ophthalmology 1986;93:887-894.
37. Orcutt JC, Page NG, Sanders MD. Factors affecting visual loss in benign intracranial hypertension. Ophthalmology 1984;91:1303-1312.
38. Rush JA. Pseudotumor cerebri: clinical profile and visual outcome in 63 patients. Mayo Clin Proc 1980;55:541-546.
39. Vassilouthis J, Uttley D. Benign intracranial hypertension: clinical features and diagnosis using computed tomography and treatment. Surg Neurol 1979;12:389-392.
40. Johnston I, Paterson A. Benign intracranial hypertension. I. Diagnosis and prognosis. Brain 1974;97:289-300.
41. Boddie HG, Banna M, Bradley WG. "Benign" intracranial hypertension: a survey of the clinical and radiological features, and long-term prognosis. Brain 1974;97:313-326.
42. Paterson R, DePasquale N, Mann S. Pseudotumor cerebri. Medicine 1961;40:85-99.
43. Foley J. Benign forms of intracranial hypertension: "toxic" and "otitic" hydrocephalus. Brain 1955;78:1-41.

# Lateral medullary infarction:
## Prognosis in an unselected series

Bo Norrving, MD, and Sten Cronqvist, MD

**Article abstract**—We describe the acute and long-term prognosis in 43 patients with lateral medullary infarction (LMI) collected from a population-based stroke registry from 1982 to July 1988. Mean age was 63.9 years and median time of follow-up was 33 months. In the acute phase, 5 patients (11.6%) died from respiratory and cardiovascular complications and 2 new strokes occurred, both in the posterior circulation. During follow-up, recurrent vertebrobasilar territory strokes occurred in only 2 patients (a rate of 1.9% per year). The mechanisms of stroke were vertebral artery (VA) branch occlusion, causing a medial medullary syndrome, and basilar artery thrombosis propagating from a contralateral, distal VA stenosis. In the acute phase of LMI, respiratory and cardiovascular events, presumably caused by autonomic dysfunction related to the lateral medullary lesion, are the major hazards. Recurrent posterior circulation strokes were uncommon during follow-up.

NEUROLOGY 1991;41:244-248

Lateral medullary infarction (LMI) is one of the most well known and best characterized vascular syndromes of the posterior circulation. Although credit for the 1st description is often given to Adolph Wallenberg,[1] as evidenced by the eponym "Wallenberg's syndrome," the Swiss physician Gaspard Vieusseux provided an earlier account in 1810, reporting in detail his own stroke to the Medical and Surgical Society of London (transactions published in 1817).[2,3] Vieusseux' report was also the 1st description of a dissociated sensory loss. Many reports have described the clinical details in LMI,[4-7] the topography of the infarcts, and the pattern of vascular occlusion.[8-13] However, there is a paucity of reports on the prognosis in LMI, and there are no established guidelines for management and therapy in this type of stroke.[7]

We describe the acute and long-term prognosis in 43 patients with LMI, collected from a population-based stroke registry from 1982 to July 1988.

**Methods.** Patients with a clinical diagnosis of LMI were collected from the prospective, population-based stroke registry at the Department of Neurology. Details on case ascertainment in this registry have been published previously.[14] In brief, according to local hospital policy all patients living in the local up-take area of the hospital (population 200,000) admitted with acute stroke are initially treated at the Department of Neurology. Exceptions are patients with subarachnoid hemorrhage and intracerebral hematomas subject to neurosurgical treatment, and some in-hospital strokes at other departments (in total accounting for 10.4% of all stroke admissions to the hospital).

Clinical details were taken from hospital records. Angiographies and CT/magnetic resonance imaging (MRI) examinations were reviewed by the 2nd author for the purpose of the study. For follow-up data, all later hospital records (including autopsy protocols) were reviewed, and patients known to be alive at the time of follow-up in July and August of 1988 were interviewed by telephone. No patient was lost to follow-up. Maximum and median times of follow-up were 80 and 33 months, respectively.

*Patients.* During the interval of the study, 43 patients with LMI were recognized, comprising 1.9% of all admissions for acute stroke. There were 33 men and 10 women, with a mean age of 63.9 years (range, 35 to 81 years) at the time of the LMI. Risk factors and associated medical conditions are given in

From the Departments of Neurology and Neuroradiology, University Hospital, Lund, Sweden.

Supported by a grant from the 1987 Foundation for Stroke Research.

Presented in part at the 14th International Joint Conference on Stroke and Cerebral Circulation, San Antonio, TX, February 1989.

Received February 1, 1990. Accepted for publication in final form August 3, 1990.

Address correspondence and reprint requests to Dr. Bo Norrving, Department of Neurology, University Hospital, S-221 85 Lund, Sweden.