# Exhibit 34

# ORIGINAL ARTICLES

## Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia

**CHARLES J. GLUECK, DAWIT AREGAWI, NAILA GOLDENBERG, KARL C. GOLNIK, LUANN SIEVE, and PING WANG**

**CINCINNATI, OHIO**

**We studied thrombophilia, hypofibrinolysis, and polycystic-ovary syndrome (PCOS) in 65 women consecutively referred because of idiopathic intracranial hypertension (IIH) as a means of better understanding the origin of IIH, with the ultimate goal of developing novel medical therapies for IIH. Our hypothesis: IIH results in part from inadequate drainage of cerebrospinal fluid (CSF) resulting from thrombotic obstruction to CSF resorption-outflow, favored by thrombophilia-hypofibrinolysis. We conducted the polymerase chain reaction (PCR) and assessed serologic coagulation measures in 65 women (64 of them white) with IIH, PCR in 102 healthy white female controls (72 children, 30 age-matched adults), and serologic measures in the 30 adults. Of the 65 patients, 37 (57%) were found to have PCOS; 16 (43%) were obese (BMI ≥ 30 to < 40), and 19 (51%) were extremely obese (BMI ≥ 40). Of the 65 women with IIH, 25 (38%) were homozygous for the thrombophilic C677T MTHFR mutation, compared with 14% of controls (14/102) (*P* = .0002). Thrombophilic high concentrations of factor VIII (>150%) were present in 9 of 65 (14%) IIH cases, compared with 0 of 30 controls (0%) (Fisher's p ($p_f$) = .053). An increased concentration of lipoprotein A (≥ 35 mg/dL), associated with hypofibrinolysis, was present in 19 of 65 IIH cases (29%), compared with 3 of 30 controls (10%) ($p_f$ = .039). IIH occurred in 18 of 65 IIH patients taking estrogen-progestin contraceptives (28%), in 6 patients taking hormone-replacement therapy (9%), and in 5 pregnant subjects (8%). We speculate that PCOS, associated with obesity and extreme obesity, is a treatable promoter of IIH. We also speculate that if thrombophilia-hypofibrinolysis and subsequent thrombosis are associated with reduced CSF resorption in the arachnoid villi of the brain, thrombophilia and hypofibrinolysis—often exacerbated by thrombophilic exogenous estrogens, pregnancy, or the paradoxical hyperestrogenemia of PCOS—are treatable promoters of IIH. (J Lab Clin Med 2005;145:72–82)**

**Abbreviations:** ACLA = anticardiolipin antibody; APTT = activated partial thromboplastin time; BMI = body-mass index (kilograms per square meter); CSF = cerebrospinal fluid; DHEAS = dehydroepiandrosterone sulfate; DRVVT = dilute Russel's viper venom time; EDTA = ethylenediaminetetracetate; FV = factor V Leiden G 1691 A mutation; HRT = hormone-replacement therapy; IIH = idiopathic intracranial hypertension; LPA = lipoprotein A; MTHFR = methylenetetrahydrofolate reductase C 677 T mutation; OC = estrogen-containing oral

From the Cholesterol Center, Jewish Hospital; and the Ophthalmology Department, College of Medicine, University of Cincinnati, Cincinnati Ohio, USA.

Supported in part by a Jewish Hospital Medical Research Council Grant and by the Lipoprotein Research Fund of the Jewish Hospital.

Submitted for publication July 15, 2004; revision submitted September 8, 2004; accepted for publication September 10, 2004.

Reprint requests: C.J. Glueck, MD, Cholesterol Center, ABC Building, 3200 Burnet Ave, Cincinnati OH, 45229; e-mail: glueckch@healthall.com.

0022-2143/$ – see front matter

© 2005 Elsevier Inc. All rights reserved.

doi:10.1016/j.lab.2004.09.011

J Lab Clin Med
Volume 145, Number 2


contraceptive; PAI-Fx = plasminogen activator inhibitor activity; PAI-1 G = 4G5G mutation in the promoter region of the plasminogen activator gene; PCOS = polycystic-ovary syndrome; PCR = polymerase chain reaction; $p_f$ = Fisher's p; PL A1A2 = platelet glycoprotein PL A1/A2 mutation; PTG = G 20210A prothrombin gene mutation; RAPC = resistance to activated protein C

Idiopathic intracranial hypertension (IIH), also known as pseudotumor cerebri, occurs mainly in young obese women[1–7] and has no single uniform origin.[1–11] Although papilledema, visual-field deficits, increased spinal-fluid pressure, and headache may resolve with acetazolimide administration, weight loss, or both some cases, refractory to medical intervention, require surgery (fenestration of the optic-nerve sheath, lumboperitoneal or ventriculoperitoneal shunting).[1,7,8] However, in a recent review of interventions for IIH, Lueck and Mcilwaine[8] concluded, "Of the various medical and surgical treatments available, there is inadequate information regarding which are truly beneficial and which are potentially harmful. Properly designed and executed trials are needed." In the absence of optimal understanding of the major causes of IIH,[1–11] and with consequent incomplete data on treatment efficacy,[1,8] novel new medical therapies for IIH arising from a better understanding of IIH's origin would be valuable.

Diagnostic characteristics of IIH include papilledema, increased intracranial pressure with normal CSF composition, normal findings on imaging of the central nervous system, normal or small ventricles, and no intracranial mass.[1–7] It has been postulated that in IIH, CSF drainage is impeded by occlusive venous thrombosis.[9–16] In the absence of an intracranial mass lesion, without frank cerebral-vein thrombosis, we[15] and others[16] have speculated that in IIH, thrombotic obstruction of cranial-venous outflow with subsequent reduced resorption of cerebrospinal fluid in the arachnoid villi exists. To date, however, no imaging methodologies in IIH cases without cerebral-venous thrombosis[9,11,13,14] are capable of demonstrating thrombotic obstruction of CSF resorption in the brain.

IIH may be mimicked by cerebral-venous sinus thrombosis.[9,13,14] In cases with cerebral-venous thrombosis and IIH, high levels of PAI-Fx have been reported, as have the factor V Leiden and prothrombin gene mutations.[9] Previous studies have revealed an association of IIH with antiphospholipid antibodies[10,11,16]; the lupus anticoagulant[16]; protein S deficiency[16]; antithrombin III deficiency[11]; PTG[16]; FV, resistance to activated protein C, or both[16]; hyperhomocysteinemia[16]; and high levels of PAI-Fx,[15] LPA,[15] and factor VIII.[15]

Obesity and extreme obesity are common clinical findings in IIH.[1–6,15] It has been speculated that obesity increases venous pressure in the right side of the heart that subsequently reduces resorption of CSF.[17,18] In our previous report on 38 women with IIH, 15 (39%) were found to have PCOS, an endocrine disorder associated with obesity, extreme obesity, and hypofibrinolysis mediated by high concentrations of PAI-Fx.[15]

In 65 previously unreported[15] women, consecutively referred because of IIH, we studied thrombophilia, hypofibrinolysis, and PCOS to better understand the origin of IIH, with the ultimate goal of facilitating the development of novel new approaches to better treat this common, often debilitating[1,7,8] neuroophthalmologic disorder. We hypothesized that IIH results in part from inadequate CSF drainage caused by thrombotic obstruction of CSF resorption-outflow, favored by thrombophilia-hypofibrinolysis. We speculated that PCOS, associated with obesity and extreme obesity in adolescence and young adulthood[15,19–23] is a treatable promoter of IIH. We also speculate that if thrombophilia-hypofibrinolysis and subsequent thrombosis are associated with reduced CSF resorption in the arachnoid villi of the brain,[15,16] thrombophilia and hypofibrinolysis—often exacerbated by thrombophilic exogenous estrogens,[24–26] pregnancy,[27] or the paradoxical hyperestrogenemia of PCOS[28]—are treatable promoters of IIH.

## METHODS

**Cases.** The Jewish Hospital Institutional Review Board approved this consecutive-case study. Written informed consent was obtained from all subjects, and the study was carried out in accordance with the ethical standards for human experimentation established by the Declaration of Helsinki of 1975 and revised in 1983. Sixty-five women with well-defined IIH (Appendix I) were studied after they were found to have met the following 5 diagnostic criteria[1–6]: increased intracranial pressure, normal or small ventricles on neuroimaging, no evidence of an intracranial mass, normal CSF composition, and no evidence of IIH associated with Behĉet's disease,[11] hypervitaminosis A,[29] or systemic lupus erythematosus,[30] or therapy with minocycline,[31] or recombinant human growth hormone.[32] To reduce the heterogeneity of the IIH cohort, we excluded 10 men with IIH.[33] The 65 previously unreported[15] women with IIH were consecutively referred after 38 women on whom we recently reported.[15] Of the 65 women with IIH, 19 (29%) came from the practice of a single Cincinnati neuroophthalmologist; the other 46 (71%) cases, who had learned about the study on our Cholesterol Center Web site (health-alliance.com/glueck.html), were referred by ophthalmologists and neuroophthalmologists from all over the United States.

**Table I.** Diagnostic characteristics of PCOS in 37 women referred for IIH

| | No. of menses in previous year | | | | | |
|---|---|---|---|---|---|---|
| | 0 (*n* = 9; 24%) | 1–3 (*n* = 3; 8%) | 4–6 (*n* = 10; 27%) | 7–10 (*n* = 8; 22%) | 11–12 (*n* = 7; 19%) | All (*n* = 37) |
| Ferriman-Gallwey[65] score ≥ 7 | 7 (78%) | 3 (100%) | 6 (60%) | 6 (75%) | 6 (86%) | 28 (76%) |
| Free testosterone > 6.8 pg/mL* | 0 (0%) | 1 (33%) | 1 (10%) | 2 (25%) | 4 (57%) | 8 (22%) |
| Androstenedione > 270 ng/dL* | 0 (0%) | 0 (0%) | 1 (10%) | 2 (25%) | 1 (14%) | 4 (11%) |
| DHEAS >337 μg/dL* | 0 (0%) | 1 (33%) | 0 (0%) | 0 (0%) | 3 (43%) | 4 (11%) |
| Biochemical hyperandrogenism (≥1 high androgen) | 0 (0%) | 1 (33%) | 2 (20%) | 3 (38%) | 4 (57%) | 10 (27%) |
| Clinical or biochemical hyperandrogenism or both | 7 (78%) | 3 (100%) | 8 (80%) | 8 (100%) | 7 (100%) | 33 (89%) |
| Polycystic ovaries confirmed on ultrasound, laparoscopy | 6 (67%) | 1 (33%) | 4 (40%) | 5 (63%) | 7 (100%) | 23 (62%)† |
| 2003 PCOS diagnostic criteria[34‡] | 9 (100%) | 3 (100%) | 10 (100%) | 8 (100%) | 7 (100%) | 37 (100%) |

*Upper normal 95th percentile.
†Pelvic ultrasound laparotomy not performed in the other 14 women.
‡Fulfilling 2 of the 3 following criteria: oligovulation/anovulation, clinical or biochemical hyperandiogenism or both; confirmed polycystic ovaries.

Patients were enrolled consecutively in their temporal order of referral without known selection bias for previously known coagulation disorders or PCOS. All patients underwent coagulation studies at our center 9 to 12 months after the initial diagnosis of IIH as a means of minimizing any likelihood of acute phase–reactant changes in the coagulation measures (Appendix II).

The diagnosis of PCOS was made in accordance with the 2003 consensus criteria of the European Society for Reproductive Endocrinology and the American Society for Reproductive Endocrinology.[34] PCOS was defined as the presence of at least 2 of the following 3 consensus diagnostic findings (Table I), plus the exclusion of other diseases that can cause PCOS, as follows: (1) anovulation or oligoovulation (≤10 menses in the preceding year) or both; (2) clinical (hirsutism, severe acne) or biochemical hyperandrogenism (high total testosterone, free testosterone, androstenedione, or DHEAS) or both; (3) polycystic ovaries (as detected on ultrasound or laparoscopy).

**Normal controls.** For comparison with cases' mutant or polymorphic genes that have been associated with thrombophilia or hypofibrinolysis (Table II, Appendix II),[35–38] we carried out PCR assays in 102 healthy white female controls (30 women, 72 girls[35]). Serologic assays[15,35–38] were performed in the 30 adult female controls who were age-matched to the cases; these subjects did not differ by race from the study patients but could not be matched on the basis of BMI because of the nearly uniform obesity and severe obesity of the IIH patients (Table II). Twenty-one of the 30 adult female controls were sampled before the IIH cases, 9 concurrently. The 72 girls were sampled before minor same-day outpatient surgery, as previously described,[35] before the 65 IIH cases. All PCR assays (cases and controls) were conducted in a single laboratory, as were the serologic measures, without changes in methodology.[15,35–38] The 30 adult female controls were not pregnant and were not taking estrogens or OCs; nor was any taking drugs that might have affected serologic coagulation measures.

**Blood sampling and plasma preparation.** Blood was drawn between 8:30 and 10 AM from seated fasting patients and controls. Blood was collected in 3.2% buffered sodium citrate. The samples were immediately centrifuged at 2600*g* for 15 minutes as a means of obtaining platelet-poor plasma. Blood for PCR analysis was drawn in EDTA, after which the DNA was extracted for analysis.[15,27,35–38] Vitamin A levels[29] were not measured, and none of the women with IIH had previously taken isotretinoin.

**Coagulation assays.** PCR Assays for 5 gene mutations—FV, PTG, MTHFR, PAI-1G, and PL A1A2, thymine-to-cytosine substitution at position 196—were carried out as previously described (Table II, Appendix II).[15,27,35–38]

The non-PCR coagulation tests in plasma and serum[15,35–38] (Table II, Appendix II) were carried out in accordance with published methods. The following tests were conducted in plasma: factor VIII, factor XI, PAI-Fx, protein C antigenic, protein S total (antigenic), protein S free (antigenic), antithrombin III (functional), RAPC, DRVVT, and APTT. The following tests were performed in serum: ACLAs, homocysteine, and LPA (Table II, Appendix I).

The presence of lupus anticoagulant was based on 4 criteria established by the International Society for Thrombosis and Haemostasis.[39]

**Statistical methods.** Most of the data were shown to be nonnormally distributed on the Shapiro-Wilk test (SAS version 8; SAS Inc, Cary, NC). We conducted comparisons between cases and controls using the $\chi^2$ and Fisher exact tests (SAS version 8) for categorical measures. Because we conducted 18 case-control coagulation comparisons (5 PCR, 13 serologic), Benjamini's method of controlling for false-discovery rate was used (SAS version 8; Table II).

BMI in IIH cases with and without PCOS was categorized[40] as follows: normal, less than 25; overweight, ≥ 25 to < 30; obese, ≥ 30 to < 40, extreme obesity, ≥ 40 or more.[41]

**Table II.** Age, BMI, and coagulation values in 65 IIH cases and 102 controls

| Parameter | IIH ($n$ = 65) | Controls for serologic assays ($n$ = 30 white adult females) | $P$ |
|---|---|---|---|
| Age (yr) | Median 34, interquartile range 28–39 | Median 36, interquartile range 30–41 | .14 |
| Race | 64 white, 1 black | 30 white | 1.0 |
| BMI (kg/m$^2$) | Median 37.1, interquartile range 32.6–43.0 | Median 35.2, interquartile range 26.7–34.3 | .01* |
| Serologic measures | | | |
| Homocysteine high | 5% | 0% | .55 |
| Protein C low | 6% | 0% | .30 |
| Protein S low | 2% | 10% | .09 |
| Free protein S low | 5% | 0% | .55 |
| Antithrombin III low | 5% | 0% | .55 |
| RAPC | 17% | 14% | .77 |
| IgG high | 2% | 3% | .53 |
| IgM high | 0% | 0% | |
| Lupus anticoagulant present | 9% | 10% | 1.0 |
| PAI-Fx high | 20% | 7% | .13 |
| LPA high | 29% | 10% | .039 (Benjamini cut–point .006) |
| Factor VIII high | 14% | 0% | .053 (Benjamini cut–point .009) |
| Factor XI high | 5% | 0% | .55 |
| PCR measures | | Controls for PCR assays ($n$ = 102, 30 white women, 72 white girls) | |
| FV (MN) | 5% | 2% | .38 |
| PTG (MN) | 3% | 7% | .48 |
| PAIG (4G4G) | 29% | 25% | .57 |
| MTHFR (MM) | 38% | 14% | .0002 (Benjamini cut–point .003) |
| PL A1A2, A2A2 | 31% | 31% | .12 |

$M$ = mutant allele; $N$ = normal wild-type allele.
*BMI classified into 4 categories.

With ordinal order, the Mantel-Haenszel[40] $\chi^2$ test was used to compare average scores.

## RESULTS

**Controls.** By selection, the 30 white adult women used as serologic controls did not differ from the IIH patients with regard to race or age (Table II). When compared with that of the 65 IIH cases, the distribution of BMI in the 30 adult white serologic controls was shifted away from the obese and extreme-obesity categories ($P$ = .01); Table II.[40]

**Cases.** All 65 IIH patients underwent magnetic-resonance imaging and magnetic resonance venograms at the time of study entry; only 1 patient (case 16, Appendix I) had neuroimaging evidence of cerebral-venous sinus thrombosis. Of the 65 cases, 3 previously had optic nerve sheath fenestration (1 bilateral), and 12 previously had lumbo-peritoneal shunts (Appendix I).

Of the 65 IIH cases, 64 were white, 1 (2%) non-white (Table II). At the time of diagnosis of IIH, 9 to 12 months before their first evaluation at our center, of the 65 cases, 18 (28%) were taking or had recently taken estrogen-progestin oral contraceptives, 6 (9%) exogenous estrogens,[24–26] and 5 (8%) were or recently had been pregnant[27] (Appendix I). When first evaluated at our center, 6 of the 65 cases (9%) were still receiving exogenous estrogens (hormone replacement therapy or oral contraceptives), and 3 (5%) had completed pregnancies (9 to 12 months) before our evaluation (Appendix I). The distribution of serologic coagulation measures in these 9 cases did not differ from the other 56 IIH cases, suggesting that exogenous estrogens or recent endogenous hyperestrogenemia did not account for case-control serologic differences in measures of thrombophilia or hypofibrinolysis.

**PCOS.** Of the 65 women, 37 (57%) were found to have PCOS, meeting the 2003 diagnostic criteria of the European Society for Reproductive Endocrinology and the American Society for Reproductive Endocrinology (Table I).[34] Of the 37 women with IIH and PCOS, 16 (43%) had BMIs of 30 or more but less than 40 (obese), and 19 (51%) had BMIs of 40 or more (extremely obese).[40] Of the 28 women with IIH but without PCOS, 16 (57%) had BMIs in the obese category, and 6 (21%) were classed as extremely obese.[41] BMI was higher in

the 36 IIH patients who also had PCOS (Mantel-Haenszel $\chi^2 = 7.0$, $P = .008$).

**Coagulation measures.** Because the diagnosis of IIH had been made 9 to 12 months before the first evaluation at our center, it is unlikely that abnormal coagulation values reflected changes in acute-phase reactants, particularly factor VIII, high in 9 probands. Of the 65 women, 25 (38%) were homozygous for MTHFR, compared with 14 of 102 white female controls (14%; $\chi^2 = 13.2$, $P = .0002$; Table II). When the false-discovery rate was controlled for, which would require a $P$ value of less than .003, the case-control difference in the MTHFR genotype remained significant (Table II). We detected no significant case-control differences with regard to the FV, PTG, PAI-1 G, and PL A1A2 gene mutations (Table II).

An increased LPA concentrations (≥35 mg/dL) was present in 19 of the 65 of the IIH cases (29%), compared with 3 of 30 controls (10%; $\chi^2 = 4.3$, $P = .039$). Controlling for the false-discovery rate would require a $P$ value of less than .006 (Table II).

The factor VIII concentration was high (>150%) in 9 of the 65 IIH cases (14%), compared with 0 of 30 controls (0%; $\chi^2 = 4.6$, $P = .032$, $p_f = .053$; Table II). Controlling for the false-discovery rate would require a $P$ value of .009 or less.

Because 14 of the 65 IIH patients (22%) had already undergone surgical treatment at the time of referral (Appendix I) and because most cases of IIH respond to weight loss, acetazolamide, or a combination[1–6] without the need for surgery,[1,7,8] it is possible that our patients had more serious cases of IIH than would usually be seen in clinical referral by neuroophthalmologists and neurologists and therefore might be expected to demonstrate a higher incidence of coagulation disorders,[15,16] PCOS,[15] or both. However, the 19 cases from the practice of a single Cincinnati neuroophthalmologist did not differ ($P > .05$) from the 46 other cases by percentage of patients with PCOS, by distribution of BMI, or by coagulation measures.

## DISCUSSION

In part because the known causes of IIH vary[10,11,15,16,29–33,41,42] and it is surmised that other unknown factors also cause the disorder,[1–8] information on which medical and surgical therapies are truly beneficial and which are potentially harmful is inadequate.[8] Better understanding of IIH's origins[15,16] should advance novel medical therapies for IIH. Congruent with our original report,[15] in the study reported here we have linked IIH with thrombophilia-hypofibrinolysis and with PCOS by studying hemostasis and endocrine status in women with IIH.

The discovery of well-documented PCOS[34] in 37 of 65 women (57%) referred solely for IIH is the first key finding of the current study, and it is congruent with our recent report[15] in which 15 of 38 women (39%) referred for evaluation of IIH were also found to have PCOS. The prevalence of well-documented PCOS[34] in women referred because of IIH, 39%[15] to 57% (our study), is 5 to 8 times greater than the 7% prevalence of PCOS in the general unselected population.[43] Obesity is a clinical characteristic of both PCOS[19–23] and IIH.[1–6] The increased prevalence of PCOS in women with IIH may reflect PCOS-driven morbid obesity,[15,19–23,44] which in turn facilitates the development of IIH.[1–7] Increased intraabdominal and cardiac filling pressures, associated with obesity, may result in a retrograde increase in CSF pressure.[17,18] Links have also been demonstrated among obesity, PCOS, hypofibrinolysis, and thrombophilia.[15,22,23,45–49] Obesity, often with concurrent hyperinsulinemia and PCOS, is associated with hypofibrinolysis through increased PAI-Fx.[15,22,23,45–48] Reduction of obesity with the use of metformin[23] in PCOS and by means of gastric banding[48] decreases PAI-Fx. Obesity is also prothrombotic by way of its associations with high factor VIII concentrations.[49] Moreover, paradoxically high levels of endogenous estrogens, common in PCOS[28] and in severe obesity,[50] are thrombophilic and may play a role in the development of IIH, particularly in patients with coagulation disorders, as demonstrated in this report and others.[10,11,15,16]

After the documentation of PCOS in a woman referred with IIH, the next step is metformin (1.5–2.55 g/d) coupled with a calorie-restricted high-protein, low-carbohydrate diet. These interventions lead to a sharp decrease in weight,[20–23,44] reduce insulin resistance, decrease an insulin-driven high PAI-Fx level,[22,23] and reduce the aromatization of testosterone,[28] diminishing the conversion of testosterone to estradiol[28] and reducing paradoxical hyperestrogenemia. Weight reduction is a major therapeutic goal in IIH because it relieves symptoms and reduces intracranial pressure.[1] Metformin, which decreases the concentrations of insulin and PAI-Fx, and reduces BMI,[22,23] also appears, in preliminary studies,[51] to reduce papilledema and headache in women with IIH and concurrent PCOS.

The second key finding of our study is the enrichment of the IIH cohort with MTHFR homozygosity. Familial MTHFR homozygosity, by which we differentiated cases from controls in this study (38% vs 14%, $P = .0002$), has been associated with both venous and arterial thrombosis.[52–55] Optimally, the next steps involve placebo-controlled clinical trials of folic acid, vitamin $B_6$, and vitamin $B_{12}$[56] to normalize the metabolism of homocysteine in MTHFR homozygotes with IIH, with resulting resolution of papilledema, normal-

ization of CSF pressure, and amelioration of headaches as end points.

A third key finding of this study is that LPA concentrations were high in 19 of the 65 IIH cases 29% compared with 3 of 30 controls (10%; $P = .039$). LPA, thought to contribute to hypofibrinolysis,[57] may contribute to IIH. In our previous report, high LPA concentrations were more common among 38 IIH patients (35%) than in controls (13%).[15]

The fourth key finding of this study is the enrichment of cases with high factor VIII concentrations (9 of 65 cases [14%] vs 0 of 30 controls [0%]; $p_f = .053$). This finding was congruent with our initial study of 38 women with IIH,[15] of whom 24% had high factor VIII concentrations, compared with 0 of 40 (0%) of controls ($P = .0009$). A high factor VIII concentration is a significant,[58–64] prevalent, independent, and dose-dependent[59] risk factor for venous thromboembolism, independent of acute-phase reactions. A high concordance for an increased plasma concentration of factor VIII exists among first-degree relatives of probands with high factor VIII.[62–64] In women with IIH and high factor VIII concentrations whose disease is unresponsive to conventional medical therapy,[1–6] the next step may be a 6-month placebo-controlled trial of coumadin with serial evaluations of papilledema, visual field, and clinical symptoms.

In this study, the estrogen stimulus for thrombophilia[24–26] came from OCs, HRT, and the physiologic hyperestrogenemia of pregnancy,[27] which were present in 29 of the 65 women (45%) at the time of IIH diagnosis. The additive or synergistic interaction of exogenous estrogens with heritable prothrombotic conditions has been described in acute cerebral ischemia,[12] in cerebral sinus thrombosis,[24] and in nonarteritic ischemic optic neuropathy.[36]

It is not known whether subjects with thrombophilia are at a higher risk of IIH if they take medications associated with the development of IIH (eg, minocycline,[30] synthetic vitamin A,[29] implanted levonorgestrel.[41,42]). A detailed evaluation of coagulation should provide an answer to this question.[29,30,41,42]

The major limitation of this study is the fact that current imaging techniques do not permit localization or documentation of reduced reabsorption of CSF. However, it is known that cerebral sinus thrombosis, which can be imaged, can cause IIH,[9,11,13,14] presumably through reduced reabsorption of CSF. We[15] and Dunkley and Johnson[16] have speculated that in IIH, without frank cerebral venous thrombosis,[9,11,13,14] thrombotic obstruction of cranial venous outflow with subsequent reduced resorption of cerebrospinal fluid exists. The next steps are to develop methods to allow the localization and, ultimately, the quantitation of CSF reabsorption.

Our study had additional limitations: Although the number of cases of IIH was relatively large ($n = 65$), overall this is a relatively small case-control study of a predominantly white population. Because the IIH cohort was so obese, a characteristic of both IIH and PCOS,[15] it was not possible for us to match cases with equally obese but otherwise normal controls, and this may have affected case-control differences with regard to factor VIII concentrations.[49] Future studies involving the matching of healthy controls to IIH cases on the basis of BMI would help determine whether the enrichment of high factor VIII concentrations in women with IIH is independent of obesity.[49]

On the basis of our findings in this study, we make the following speculations: PCOS, characterized by obesity, extreme obesity, and hypofibrinolysis, is associated with and may facilitate development of IIH. Familial and acquired thrombophilia-hypofibrinolysis, often exacerbated by exogenous estrogens, pregnancy, and PCOS, may reduce CSF reabsorption in the brain by promoting microthrombi of the arachnoid villi, leading to increased the intracranial pressure and papilledema of IIH. Giving metformin for PCOS, giving folic acid–vitamin $B_6$–vitamin $B_{12}$ for MTHFR homozygosity, anticoagulant therapy for a high factor VIII concentration, and the removal of external estrogen-mediated acquired thrombophilia may stabilize or reverse IIH. Understanding the contributions of PCOS and thrombophilia-hypofibrinolysis to the development of IIH should facilitate the development of novel approaches to treating this common, often disabling[1–8] neuroophthalmologic disorder.

## REFERENCES

1. Binder DK, Horton JC, Lawton MT, McDermott MW. Idiopathic intracranial hypertension. Neurosurgery 2004;54:538–52.
2. Brazis PW, Lee AG. Elevated intracranial pressure and pseudotumor cerebri. Curr Opin Ophthalmol 1998;9:27–32.
3. Kesler A, Goldhammer Y, Gadoth N. Do men with pseudomotor cerebri share the same characteristics as women? A retrospective review of 141 cases. J Neuroophthalmol 2001;21:15–7.
4. Bandyopadhyay S. Pseudotumor cerebri. Arch Neurol. 2001;58: 1699–701.
5. Kesler A, Gadoth N. Epidemiology of idiopathic intracranial hypertension in Israel. J Neuroophthalmol 2001;21:12–4.
6. Duncan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. Arch Neurol 1988;45:875–7.
7. Maher CO, Garrity JA, Meyer FB. Refractory idiopathic intracranial hypertension treated with stereotactically planned ventriculoperitoneal shunt placement. Neurosurg Focus 2001;10:1–4.
8. Lueck C, McIlwaine G. Interventions for idiopathic intracranial hypertension. Cochrane Database Syst Rev 2002;3:CD 003434.
9. Quattrone A, Gambardella A, Carbone AM, Oliveri RL, Lavano A, De Marco EV, et al. A hypofibrinolytic state in overweight

patients with cerebral venous thrombosis and isolated intracranial hypertension. J Neurol 1999;246:1086–9.
10. Sussman J, Leach M, Greaves M, Malia R, Davies-Jones GA. Potentially prothrombotic abnormalities of coagulation in benign intracranial hypertension. J Neurol Neurosurg Psychiatry 1997; 62:229–33.
11. Daif A, Awada A, al-Rajeh S, Abduljabbar M, al Tahan AR, Obeid T, et al. Cerebral venous thrombosis in adults. A study of 40 cases from Saudi Arabia. Stroke 1995;26:1193–5.
12. Munts AG, Vangenderen PJ, Dippel DW, Van Kooten F, Koudstaal PJ. Coagulation disorders in young adults with acute cerebral ischaemia. J Neurol 1998;245:21–5.
13. Biousse V, Ameri A, Bousser MG. Isolated intracranial hypertension as the only sign of cerebral venous thrombosis. Neurology 1999;53:1537–42.
14. Sylaja PN, Moosa A, Radhakrishnan K, Sankara SP, Pradeep KS. Differential diagnosis of patients with intracranial sinus venous thrombosis related isolated intracranial hypertension from those with idiopathic intracranial hypertension. J Neurol Sci 2003;215: 9–12.
15. Glueck CJ, Iyengar S, Goldenberg N, Sieve-Smith L, Wang P. Idiopathic intracranial hypertension. Associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med 2003;142:35–45.
16. Dunkley S, Johnston I. Thrombophilia as a common predisposing factor in pseudotumor cerebri. Blood 2004;103:1972–3.
17. Sugerman HJ, DeMaria EJ, Felton WL III, Nakatsuka M, Sismanis A. Increased intra- abdominal pressure and cardiac filling pressures in obesity-associated pseudotumor cerebri. Neurology 1997;49:507–11.
18. Krahalios DG, Rekate HL, Khayata MH, Apostolides PJ. Elevated intracranial venous pressure as a universal mechanism in pseudotumor cerebri of varying etiologies. Neurology 1996;46: 198–202.
19. Glueck CJ, Wang P, Sieve-Smith L, Fontaine R, Tracy T. Metformin-induced resumption of normal menses in 39 of 43 (91%) previously amenorrheic women with polycystic ovary syndrome. Metabolism 1999;48:511–9.
20. Glueck CJ, Wang P, Fontaine R, Tracy T, Sieve-Smith L. Metformin to restore normal menstrual cycles in oligo-amenorrheic teenage girls with polycystic ovary syndrome (PCOS). J Adolesc Health 2001;29:160–9.
21. Glueck CJ, Streicher P, Wang P. Treatment of polycystic ovary syndrome with insulin lowering agents. Exp Opin Pharmacother 2002;3:1177–89.
22. Velazquez EM, Mendoza S, Hamer T, Sosa F, Glueck CJ. Metformin therapy in polycystic ovary syndrome reduces hyperinsulinemia, insulin resistance, hyperandrogenemia, and systolic blood pressure, while facilitating normal menses and pregnancy. Metabolism 1994;43:647–54.
23. Velazquez EM, Mendoza SG, Wang P, Glueck CJ. Metformin therapy is associated with a decrease in plasma plasminogen activator inhibitor-1, lipoprotein (a), and immunoreactive insulin levels in patients with the polycystic ovary syndrome. Metabolism 1997;46:454–57.
24. de Bruijn SF, Stam J, Koopman MM, Vandenbroucke JP. Case-control study of risk of cerebral sinus thrombosis in oral contraceptive users and in carriers of hereditary prothrombotic conditions. The Cerebral Venous Sinus Thrombosis Study Group. BMJ 1998;316:589–92.
25. Hoibraaten E, Mowinckel MC, de Ronde H, Bertina RM, Sandset PM. Hormone replacement therapy and acquired resistance to activated protein C: results of a randomized, double-blind, placebo-controlled trial. Br J Haematol 2001;115:415–20.
26. Hoibraaten E, Qvigstad E, Anderson TO, Mowinckel MC, Sandset PM. The effects of hormone replacement therapy (HRT) on hemostatic variables in women with previous venous thromboembolism—results from a randomized, double-blind, clinical trial. Thromb Haemost 2001;85:775–81.
27. Glueck CJ, Kupferminc MJ, Fontaine RN, Wang P, Weksler BB, Eldor A. Genetic hypofibrinolysis in complicated pregnancies. Obstet Gynecol 2001;97:44–8.
28. la Marca A, Morgante G, Palumbo M, Cianci A, Petraglia F, De Leo V. Insulin-lowering treatment reduces aromatase activity in response to follicle-stimulating hormone in women with polycystic ovary syndrome. Fertil Steril 2002;78:1234–9.
29. Meyer-Heim A, Landau K, Boltshauser E. Treatment of acne with consequences—pseudotumor cerebri due to hypervitaminosis A. Schweiz Rundsch Med Prax 2002;91:23–6.
30. Green L, Vinker S, Amital H, Amir T, Bar-Dayan Y, Levi Y, et al. Pseudotumor cerebri in systemic lupus erythematosus. Semin Arthritis Rheum 1995;25:103–8.
31. Somech R, Arav-Boger R, Assia A, Spirer Z, Jurgenson U. Complications of minocycline therapy for acne vulgaris: case reports and review of the literature. Pediatr Dermatol 1999;16: 469–72.
32. Rogers AH, Rogers GL, Bremer DL, McGregor ML. Pseudotumor cerebri in children receiving recombinant human growth hormone. Ophthalmology 1999;106:1186–9.
33. Glueck CJ, Goldenberg N, Golnik K, Sieve L, Wang P. Idiopathic intracranial hypertension: associations with thrombophilia and hypofibrinolysis in men. Clin Appl Thromb Hemost 2005; in press.
34. Rotterdam ESHRE/ASRM-sponsored PCOS consensus workshop group. Revised 2003 consensus on diagnostic criteria and long-term health risks related to polycystic ovary syndrome (PCOS). Hum Rep 2003;19:41–7.
35. Balasa VV, Gruppo R, Glueck CJ, Stroop D, Becker A, Pillow A, et al. The relationship of mutations in the methylenetetrahydrofolate reductase, prothrombin, and plasminogen activator inhibitor-1 genes to plasma levels of homocysteine, prothrombin, and plasminogen activator inhibitor-1 levels in children and adults. Thromb Haemost 1999;81:739–44.
36. Glueck CJ, Fontaine RN, Wang P. Interaction of heritable and estrogen-induced thrombophilia: possible pathoetiologies for ischemic optic neuropathy and ischemic stroke. Thromb Haemost 2001;85:256–9.
37. Glueck CJ, Freiberg RA, Fontaine RN, Tracy T, Wang P. Hypofibrinolysis, thrombophilia, osteonecrosis. Clin Orthop 2002; 386:19–33.
38. Glueck CJ, Bell H, Vadlamani L, Gupta A, Fontaine RN, Wang P, et al. Heritable thrombophilia and hypofibrinolysis. Arch Ophthalmol 1999;117:43–9.
39. Brandt JT, Triplett DA, Alving B, Scharrer I. Criteria for the diagnosis of lupus anticoagulants: an update. Thromb Haemost 1995;74:1185–90.
40. Flegal KM, Carroll MD, Ogden CL, Johnson CL. Prevalence and trends in obesity among US adults, 1999–2000. JAMA 2002; 288:1723–7.
41. Singh K, Chye GC. Adverse effects associated with contraceptive implants: incidence, prevention and management. Adv Contracept 1998;14:1–13.
42. Wysowski DK, Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet Gynecol 1995;85:538–42.
43. Knochenhauer ES, Key TJ, Kashar-Miller M, Waggoner W, Boots LR, Azziz R. Prevalence of the polycystic ovary syndrome in unselected black and white women of the southeastern United

States: a prospective study. J Clin Endocrinol Metab 1998;83:3078–82.
44. Glueck CJ, Wang P, Goldenberg N, Sieve-Smith L. Pregnancy outcomes among women with polycystic ovary syndrome treated with metformin. Hum Reprod 2002;17:2858–64.
45. Juhan-Vague I, Alessi MC, Morange PE. Hypofibrinolysis and increased PAI-1 are linked to atherothrombosis via insulin resistance and obesity. Ann Med 2000;32(suppl 1):78–84.
46. Hoekstra T, Geleijnse JM, Schouten EG, Kluft C. Plasminogen activator inhibitor-type I: its plasma determinants and relation with cardiovascular risk. Thromb Haemost 2004;91:861–72.
47. Bowles LK, Cooper JA, Howarth DJ, Miller GJ, MacCallum PK. Associations of haemostatic variables with body mass index: a community-based study. Blood Coagul Fibrinol 2003;14: 569–73.
48. Uzun H, Zengin K, Taskin M, Aydin S, Simsek G, Darieyerli N. Changes in leptin, plasminogen activator factor and oxidative stress in morbidly obese patients following open and laparoscopic Swedish adjustable gastric binding. Obes Surg 2004;14:659–65.
49. Abdollahi M, Cushman M, Rosendaal FR. Obesity: risk of venous thrombosis and the interaction with coagulation factor levels and oral contraceptive use. Thromb Haemost 2003;89: 493–8.
50. Key T, Appleby PN, Reeves GK, Roddam A, Dorgan JF, Longcope C, et al: Body mass index, serum sex hormones, and breast cancer risk in postmenopausal women. J Nat Cancer Inst 2003;95:1218–26.
51. Glueck CJ, Goldenberg N, Golnick C, Sieve L, Wang P. Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic ovary syndrome [abstract]. J Invest Med 2004;52(suppl 2):382.
52. Harrington DJ, Malefora A, Schmeleva V, Kapustin S, Papayan L, Blino M, et al. Genetic variations observed in arterial and venous thromboembolism—relevance for therapy, risk prevention and prognosis. Clin Chem Lab Med 2003;43:496–500.
53. Zheng YZ, Tong J, Do XP, Pu XQ, Zhou BT. Prevalence of methylenetetrahydrofolate reductase C677T and its association with arterial and venous thrombosis in the Chinese population. Br J Haematol 2000;109:870–4.
54. Courturaud F, Oger E, Abalain JH, Chenu E, Guias B, Floch HH, et al. Methylenetetrahydrofolate reductase C677T genotype and venous thromboembolic disease. Respiration 2000;67:657–61.
55. Loewenstein A, Goldstein M, Winder A, Lazar M, Eldor A. Retinal vein occlusion associated with methylenetetrahydrofolate reductase mutation. Ophthalmology 1999;106:1817–20.
56. Glueck CJ, Shaw P, Lang JE, Tracy T, Sieve-Smith L, Wang Y. Evidence that homocysteine is an independent risk factor for atherosclerosis in hyperlipidemic patients. Am J Cardiol 1995; 75:132–6.
57. Marucci R, Liotta AA, Cellai AP, Rogolino A, Gori AM,Giusti B, et al. Increased plasma levels of lipoprotein (a) and the risk of idiopathic and recurrent venous thromboembolism. Am J Med 2003;115:601–5.
58. O'Donnell J, Mumford AD, Manning RA, Laffan M. Elevation of FVIII:C in venous thromboembolism is persistent and independent of the acute phase response. Thromb Haemost 2002;83: 10–3.
59. Kraaijenhagen RA, in't Anker PS, Koopman MM, Reitsma PH, Prins MH, van den Ende A, et al. High plasma concentration of factor VIIIc is a major risk factor for venous thromboembolism. Thromb Haemost 2000;83:5–9.
60. O'Donnell J, Laffan M. Elevated plasma factor VIII levels—a novel risk factor for venous thromboembolism. Clin Lab 2001; 47:1–6.
61. O'Donnell J, Tuddenham EG, Manning R, Kemball-Cook G, Johnson D, Laffan M. High prevalence of elevated factor VIII levels in patients referred for thrombophilia screening: rose of increased synthesis and relationship to acute phase reaction. Thromb Haemost 1997;77:825–8.
62. Kamphuisen PW, Houwing-Duistermaat JJ, van Houwelingen HC, Eikenboom JC, Bertina EM, Rosendaal FR. Familial clustering of factor VIII and von Willebrand factor levels. Thromb Haemost 1998;79:323–7.
63. Kamphuisen PW, Lensen R, Houwing-Duistermaat JJ, Eikenboom JC, Harvey M, Bertina RM, et al. Heritability of elevated factor VIII antigen levels in factor V Leiden families with thrombophilia. Br J Haematol 2000;109:519–22.
64. Schambeck CM, Hinney K, Haubitz I, Mansouri Taleghani B, Wahler D, Keller F. Familial clustering of high factor VIII levels in patients with venous thromboembolism. Arterioscler Thromb Vasc Biol 2001;21:289–92.
65. Ferriman D, Gallwey J. Clinical assessment of body hair growth in women. J Clin Endocrinol Metab 1961;21:1440–7.

**Appendix I.** Clinical characteristics of 65 women with IIH

| ID | Race | Age (yr) | Height (cm) | Weight (kg) | BMI (kg/m²) | BMI category[40] | Before IIH diagnosis: HRT/OC | Before IIH diagnosis: Pregnancy | PCOS[34] | Diamox (mg/d) | Optic nerve-sheath fenestration | Lumbo peritoneal shunt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W | 40 | 163 | 86.8 | 32.6 | Obese | — | N | − | 750 | N | N |
| 2 | W | 26 | 178 | 120.5 | 38.1 | Obese | OC | N | + | 1000 | N | N |
| 3 | W | 43 | 157 | 85.0 | 34.3 | Obese | — | N | − | 2000 | N | N |
| 4 | W | 28 | 170 | 134.5 | 46.5 | Extremely obese | — | N | − | 1500 | N | N |
| 5 | W | 16 | 165 | 62.7 | 23.0 | Normal | — | N | − | 500 | N | N |
| 6 | W | 38 | 160 | 109.1 | 42.6 | Extremely obese | OC | N | + | 1000 | N | N |
| 7 | W | 53 | 155 | 84.5 | 35.2 | Obese | — | N | − | 0 | N | Y |
| 8 | W | 42 | 170 | 149.1 | 51.5 | Extremely obese | — | N | + | 2000 | N | N |
| 9 | W | 25 | 169 | 95.0 | 33.3 | Obese | OC | N | + | 0 | N | N |
| 10 | W | 36 | 166 | 117.3 | 42.4 | Extremely obese | — | N | + | 0 | N | N |

Appendix I. *(continued)*

**Appendix I.** *(continued)*

| | | | | | | | Before IIH diagnosis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Race | Age (yr) | Height (cm) | Weight (kg) | BMI (kg/m²) | BMI category[40] | HRT/OC | Pregnancy | PCOS[34] | Diamox (mg/d) | Optic nerve-sheath fenestration | Lumbo peritoneal shunt |
| 11 | W | 27 | 166 | 120.5 | 43.5 | Extremely obese | — | N | + | 0 | N | N |
| 12 | W | 24 | 178 | 99.1 | 31.3 | Obese | OC | N | + | 1500 | N | N |
| 13 | W | 17 | 163 | 89.5 | 33.9 | Obese | — | N | + | 500 | N | N |
| 14 | W | 38 | 160 | 94.5 | 36.9 | Obese | — | N | + | 1000 | N | N |
| 15 | W | 41 | 157 | 80.0 | 32.3 | Obese | — | N | − | 0 | N | N |
| 16 | W | 33 | 163 | 133.6 | 50.6 | Extremely obese | Clomid* | N | + | 1000 | N | N |
| 17 | W | 37 | 160 | 120.0 | 46.9 | Extremely obese | — | N | − | 1000 | N | N |
| 18 | W | 28 | 155 | 107.7 | 44.9 | Extremely obese | — | N | − | 0 | N | N |
| 19 | W | 34 | 160 | 85.0 | 33.2 | Obese | OC | N | + | 0 | N | Y |
| 20 | W | 23 | 160 | 95.0 | 37.1 | Obese | — | N | − | 0 | Bilateral | N |
| 21 | W | 29 | 160 | 112.7 | 44.0 | Extremely obese | — | N | + | 1500 | N | Y (4) |
| 22 | W | 42 | 165 | 111.8 | 41.0 | Extremely obese | — | N | + | 0 | N | N |
| 23 | W | 39 | 156 | 75.9 | 31.1 | Obese | — | Y | − | 0 | N | N |
| 24 | W | 25 | 163 | 108.6 | 41.1 | Extremely obese | — | N | + | 0 | N | N |
| 25 | W | 30 | 160 | 84.5 | 33.0 | Obese | HRT* | N | − | 400 | N | N |
| 26 | W | 42 | 152 | 92.7 | 39.9 | Obese | — | N | − | 1000 | N | N |
| 27 | W | 37 | 168 | 121.4 | 43.2 | Extremely obese | OC | N | + | 1000 | N | N |
| 28 | W | 39 | 160 | 79.5 | 31.1 | Obese | OC | N | − | 2000 | N | Y |
| 29 | W | 36 | 163 | 113.6 | 43.0 | Extremely obese | — | N | + | 0 | Y | N |
| 30 | W | 39 | 152 | 64.1 | 27.6 | Overweight | HRT | N | + | 0 | N | N |
| 31 | W | 17 | 175 | 64.5 | 21.0 | Normal | — | N | + | 0 | N | Y |
| 32 | W | 34 | 165 | 122.7 | 45.0 | Extremely obese | OC | N | + | 1000 | N | N |
| 33 | W | 35 | 166 | 108.2 | 39.1 | Obese | HRT* | N | − | 1500 | N | N |
| 34 | W | 37 | 163 | 83.6 | 31.6 | Obese | OC | N | + | 1000 | N | N |
| 35 | W | 35 | 178 | 138.6 | 43.9 | Extremely obese | — | N | + | 1500 | N | N |
| 36 | W | 44 | 177 | 155.5 | 49.9 | Extremely obese | OC | N | − | 500 | N | N |
| 37 | W | 35 | 175 | 114.1 | 37.1 | Obese | — | | + | 0 | N | N |
| 38 | W | 18 | 170 | 96.4 | 33.3 | Obese | — | N | + | 500 | N | N |
| 39 | W | 35 | 157 | 90.5 | 36.5 | Obese | HRT | N | + | 0 | N | Y |
| 40 | W | 33 | 173 | 93.6 | 31.4 | Obese | — | N | − | 1000 | N | N |
| 41 | W | 38 | 168 | 139.5 | 49.7 | Extremely obese | — | N | + | 750 | N | N |
| 42 | W | 24 | 173 | 99.5 | 33.4 | Obese | — | N | + | 1000 | N | N |
| 43 | W | 34 | 165 | 80.0 | 29.3 | Overweight | — | N | − | 1000 | N | N |
| 44 | W | 18 | 171 | 136.4 | 46.4 | Extremely obese | — | N | + | 0 | N | N |
| 45 | W | 40 | 168 | 138.6 | 49.3 | Extremely obese | — | ‡Y | − | 1500 | N | N |
| 46 | W | 36 | 178 | 124.1 | 39.3 | Obese | — | N | − | 500 | N | N |
| 47 | W | 27 | 168 | 145.9 | 51.9 | Extremely obese | OC | Y | − | 0 | N | N |
| 48 | W | 30 | 165 | 54.5 | 20.0 | Normal | OC | N | − | D | Y | Y |
| 49 | W | 52 | 156 | 74.5 | 30.8 | Obese | — | ‡Y | − | 1000 | N | N |
| 50 | W | 34 | 160 | 85.0 | 33.2 | Obese | — | N | + | 1000 | N | N |
| 51 | W | 28 | 165 | 89.1 | 32.7 | Obese | — | N | − | 500 | N | N |

Appendix I. *(continued)*

**Appendix I.** *(continued)*

| ID | Race | Age (yr) | Height (cm) | Weight (kg) | BMI (kg/m²) | BMI category[40] | Before IIH diagnosis: HRT/OC | Before IIH diagnosis: Pregnancy | PCOS[34] | Diamox (mg/d) | Optic nerve-sheath fenestration | Lumbo peritoneal shunt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | W | 35 | 159 | 102.3 | 40.6 | Extremely obese | | ‡ Y | + | 0 | N | Y |
| 53 | B | 39 | 170 | 107.7 | 37.2 | Obese | HRT | N | – | 500 | N | N |
| 54 | W | 31 | 163 | 103.6 | 39.2 | Obese | — | N | – | 1000 | N | Y |
| 55 | W | 16 | 166 | 113.6 | 41.1 | Extremely obese | — | N | + | 1000 | N | N |
| 56 | W | 34 | 170 | 83.6 | 28.9 | Overweight | — | N | – | 2500 | N | N |
| 57 | W | 37 | 170 | 74.5 | 25.7 | Overweight | OC | N | – | 0 | N | Y |
| 58 | W | 31 | 157 | 102.7 | 41.4 | Extreme obese | OC | N | + | 0 | N | Y |
| 59 | W | 26 | 160 | 94.5 | 36.9 | Obese | OC* | N | + | 500 | N | N |
| 60 | W | 40 | 163 | 91.8 | 34.7 | Obese | — | N | + | 3000 | N | Y |
| 61 | W | 31 | 168 | 109.5 | 39.0 | Obese | OC* | N | + | 500 | N | N |
| 62 | W | 46 | 163 | 132.7 | 50.2 | Extremely obese | OC/ HRT | N | + | 2000 | N | N |
| 63 | W | 24 | 165 | 117.3 | 43.0 | Extremely obese | — | N | + | 0 | N | N |
| 64 | W | 45 | 154 | 70.0 | 29.4 | Overweight | — | N | – | 1000 | N | N |
| 65 | W | 31 | 170 | 94.5 | 32.6 | Obese | OC | N | + | 500 | N | N |

*Receiving exogenous estrogen or clomid or postpartum on first visit.

**Appendix II.** Coagulation measures in 65 women with IIH

| ID | FV | MTHFR | PTG | PAI G | PL A1A2 | Homocysteine | Pro C | Pro S | Free S | RAPC* | ATIII | ACLA IgG | ACLA IgM | PAI-Fx | LPA | Factor VIII | Factor XI | DRVVT | APTT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Normal range | NN | NN/ MN | NN | 5G5G/ 4G5G | A1A1 | ≤13.5 µmol/L | ≥73% | ≥63% | ≥66% | | ≥80% | <22 GPL | <10 MPL | ≤21.1 U/ml | <35 mg/dL | ≤150% | ≤150% | Sec† | Sec‡ |
| 1 | NN | NN | NN | **4G4G** | A1A1 | 7.3 | 91 | 117 | 109 | **2.00** | 110 | 1 | 3 | 0.0 | **95** | 128 | 88 | 29.6 | 31.1 |
| 2 | NN | **MM** | NN | 4G5G | A1A1 | 6.7 | 135 | 156 | 136 | 2.70 | 109 | 2 | 1 | **55.4** | 5 | 87 | 73 | 38.0 | 31.7 |
| 3 | NN | NN | **MN** | **4G4G** | **A1A2** | 6.9 | 123 | 86 | 92 | **2.00** | **78** | 12 | 2 | 11.1 | **64** | 102 | 117 | 35.6 | 26.1 |
| 4 | NN | **MM** | NN | 4G5G | A1A1 | 9.4 | **72** | 118 | 104 | 2.20 | 120 | 3 | 3 | 17.7 | 11 | **188** | **174** | 37.0 | 24.9 |
| 5 | NN | NN | NN | 5G5G | **A1A2** | 6.4 | 125 | 131 | 87 | 2.20 | 110 | 5 | 4 | 5.3 | **71** | 117 | 74 | **(48.4)** | 32.1 |
| 6 | NN | **MM** | NN | **4G4G** | A1A1 | 6.8 | 111 | 123 | 96 | 3.40 | 107 | 3 | 2 | 12.3 | 20 | 139 | 98 | 34.0 | 24.0 |
| 7 | NN | **MM** | NN | 4G5G | A1A1 | 5.7 | 114 | 69 | 68 | 2.30 | 101 | 4 | 8 | 7.1 | 10 | 78 | 106 | 42.7 | 28.0 |
| 8 | NN | NN | NN | **4G4G** | A1A1 | 10.5 | 161 | 167 | 138 | **1.90** | 109 | 9 | 3 | 11.6 | **124** | 99 | 74 | **(52.7)** | 33.2 |
| 9 | NN | NN | NN | 5G5G | **A1A2** | 7.0 | 109 | 96 | 79 | 5.60 | 93 | 2 | 1 | **48.2** | 10 | 93 | 81 | 36.8 | 27.9 |
| 10 | NN | NN | NN | 4G5G | A1A1 | 7.7 | 132 | 88 | 88 | **2.00** | 95 | 2 | 2 | 15.7 | 5 | 64 | 94 | 36.7 | **36.0** |
| 11 | NN | **MM** | NN | 5G5G | A1A1 | 8.9 | 108 | 93 | 98 | 2.50 | 112 | 4 | 1 | 12.0 | 8 | 83 | 110 | 36.2 | 32.0 |
| 12 | NN | **MM** | NN | **4G4G** | **A1A2** | 11.2 | 132 | 115 | 87 | 4.10 | 106 | 4 | 1 | 20.3 | 5 | 140 | 94 | 33.5 | 26.7 |
| 13 | NN | NN | NN | **4G4G** | A1A1 | 6.1 | 91 | 84 | 98 | 2.30 | 100 | 3 | 2 | 0.5 | 16 | 142 | 123 | 40.5 | 26.8 |
| 14 | NN | MN | NN | 4G5G | A1A1 | 7.2 | 107 | 150 | 153 | 2.20 | 100 | 3 | 2 | 3.2 | **129** | **157** | 85 | 35.0 | 27.6 |
| 15 | NN | MN | NN | 4G5G | A1A1 | 10.6 | 161 | 130 | 135 | **2.00** | 144 | 2 | 2 | **25.8** | **97** | 140 | 74 | 44.1 | 29.6 |
| 16 | **MN** | **MM** | NN | 5G5G | A1A1 | 8.2 | **49** | 72 | **42** | **1.00** | 99 | 14 | 1 | 20.0 | **54** | **172** | 95 | **(69.3)** | 31.5 |
| 17 | NN | MN | NN | 5G5G | A1A1 | 8.4 | 105 | 99 | 111 | 2.30 | 93 | 4 | 1 | 5.9 | 4 | 85 | 100 | 38.1 | 29.3 |
| 18 | NN | NN | NN | 4G5G | A1A1 | 7.1 | 112 | 107 | 106 | 2.30 | 85 | 11 | 2 | 19.6 | 5 | 76 | 63 | 40.7 | **33.0** |
| 19 | NN | NN | NN | 4G5G | A1A1 | 6.9 | 136 | 170 | 129 | 5.90 | 115 | 1 | 1 | 15.3 | 12 | 111 | 63 | **44.1** | 29.2 |
| 20 | NN | NN | NN | 4G5G | A1A1 | 9.1 | **70** | 89 | 70 | 6.20 | 98 | 15 | 3 | 9.1 | 10 | 103 | 94 | 34.7 | 27.8 |
| 21 | NN | **MM** | NN | 5G5G | A1A1 | 7.2 | 129 | 152 | 132 | 2.24 | **78** | **24** | 2 | **24.7** | **36** | **253** | 111 | **(52.5)** | **40.1** |
| 22 | NN | NN | NN | **4G4G** | A1A1 | 6.5 | 120 | 115 | 100 | 2.20 | 108 | 10 | 2 | 10.7 | **57** | 77 | 119 | 39.0 | 27.1 |
| 23 | NN | NN | NN | 4G5G | A1A1 | 7.4 | 95 | 91 | 71 | 4.80 | 104 | 17 | 2 | 5.9 | 16 | 110 | 72 | **43.8** | 32.1 |
| 24 | NN | NN | NN | 4G5G | A1A1 | 11.4 | 138 | 140 | 92 | 2.20 | 115 | 4 | 1 | **27.5** | 32 | 77 | 95 | 37.4 | 30.5 |
| 25 | NN | NN | NN | 4G5G | A1A1 | 6.4 | 123 | 127 | 106 | 2.20 | 99 | 6 | 1 | 14.6 | 5 | 128 | 101 | 37.3 | 27.6 |
| 26 | NN | NN | NN | 4G5G | A1A1 | 5.9 | 115 | 100 | 84 | 4.80 | 92 | 5 | 2 | 19.7 | 25 | 73 | 81 | 37.6 | 29.9 |
| 27 | NN | **MM** | NN | 5G5G | **A1A2** | 5.8 | 190 | 126 | 87 | **2.10** | 92 | 6 | 2 | 14.9 | **43** | 97 | 109 | 39.4 | 30.3 |
| 28 | NN | MN | NN | **4G4G** | A1A1 | 9.3 | **64** | **62** | **59** | 3.90 | 89 | 13 | 2 | 5.6 | **54** | 93 | 76 | 32.4 | 29.4 |
| 29 | NN | **MM** | NN | 5G5G | A1A1 | 5.9 | 100 | 100 | 90 | 4.90 | 89 | 6 | 1 | **26.9** | **54** | 73 | 114 | 35.3 | 30.8 |
| 30 | NN | **MM** | NN | 4G5G | A1A1 | **44.3** | 134 | 127 | 120 | 5.50 | 149 | 4 | 4 | 10.0 | 11 | 78 | 74 | 36.7 | 29.5 |

Appendix II. *(continued)*

**Appendix II.** *(continued)*

| ID | FV | MTHFR | PTG | PAI G | PL A1A2 | Homocysteine | Pro C | Pro S | Free S | RAPC* | ATIII | ACLA IgG | ACLA IgM | PAI-Fx | LPA | Factor VIII | Factor XI | DRVVT | APTT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Normal range | NN | NN/MN | NN | 5G5G/4G5G | A1A1 | ≤13.5 μmol/L | ≥73% | ≥63% | ≥66% | | ≥80% | <22 GPL | <10 MPL | ≤21.1 U/ml | <35 mg/dL | ≤150% | ≤150% | Sec† | Sec‡ |
| 31 | NN | MN | NN | 4G5G | A1A1 | 6.0 | 84 | 90 | 76 | 5.70 | 111 | 19 | 1 | 11.2 | 23 | 89 | 84 | 39.1 | 30.4 |
| 32 | NN | MN | NN | 5G5G | A1A1 | 8.8 | 100 | 94 | 69 | 2.30 | 99 | 5 | 1 | **21.5** | **68** | 69 | 50 | 39.5 | 32.1 |
| 33 | NN | NN | NN | 4G5G | A1A1 | 6.2 | 99 | 93 | 84 | 2.20 | 92 | 4 | 2 | 7.9 | 5 | 107 | 69 | 36.1 | 29.3 |
| 34 | NN | MN | NN | 5G5G | **A1A2** | 10.9 | 101 | 102 | 105 | 2.50 | 112 | 9 | 2 | 2.4 | 5 | 92 | 107 | 39.9 | 28.6 |
| 35 | NN | **MM** | NN | **4G4G** | **A1A2** | 9.1 | 124 | 105 | 96 | 5.10 | 110 | 4 | 1 | **53.3** | 5 | 133 | 85 | 37.5 | 27.1 |
| 36 | NN | MN | NN | 5G5G | A1A1 | 6.9 | 81 | 102 | 109 | 2.40 | 88 | 3 | 1 | 0.0 | 7 | **151** | 54 | 39.8 | 29.1 |
| 37 | NN | **MM** | NN | **4G4G** | **A1A2** | 8.5 | 116 | 139 | 101 | 2.30 | 122 | 4 | 2 | 14.3 | **56** | 121 | 125 | 36.4 | 26.6 |
| 38 | NN | **MM** | NN | **4G4G** | **A1A2** | 8.2 | 118 | 135 | 104 | 4.50 | 110 | 4 | 2 | **36.6** | 5 | 126 | 93 | 35.0 | 27.5 |
| 39 | NN | **MM** | NN | 4G5G | A1A1 | 5.9 | 145 | 138 | 121 | 4.90 | 114 | 2 | 2 | **69.3** | 5 | 108 | 146 | **46.7** | 29.7 |
| 40 | NN | MN | NN | **4G4G** | A1A1 | 11.1 | 101 | 103 | 96 | 5.10 | 101 | 4 | 2 | 13.3 | 9 | 106 | 53 | 40.9 | 31.0 |
| 41 | NN | MN | NN | **4G4G** | A1A1 | 7.7 | 89 | 88 | 82 | 2.20 | 91 | 10 | 3 | **77.6** | 8 | 123 | 102 | 35.0 | 28.0 |
| 42 | NN | **MM** | NN | 4G5G | A1A1 | 9.3 | 113 | 75 | 76 | 5.60 | 91 | 4 | 2 | 19.3 | **40** | 118 | 94 | 35.6 | 27.2 |
| 43 | NN | MN | NN | **4G4G** | **A1A2** | 6.4 | 122 | 94 | 73 | 2.20 | 96 | 6 | 2 | 8.3 | 19 | 127 | 62 | 35.0 | **32.9** |
| 44 | NN | NN | NN | 5G5G | A1A1 | 7.0 | 122 | 99 | 74 | 2.80 | 93 | 4 | 3 | 19.2 | 5 | 40 | 64 | **45.1** | **38.0** |
| 45 | NN | **MM** | NN | 4G5G | A1A1 | 6.6 | 122 | 79 | 85 | 5.50 | 100 | 3 | 1 | 16.3 | 11 | 46 | 27 | 35.7 | **34.9** |
| 46 | NN | NN | NN | 5G5G | **A1A2** | 11.5 | 122 | 109 | 130 | 2.40 | 103 | 7 | 4 | **61.4** | 5 | 96 | 65 | 36.4 | 29.5 |
| 47 | NN | **MM** | NN | **4G4G** | **A1A2** | 6.0 | 91 | 142 | 126 | 4.00 | 105 | 4 | 1 | 0.0 | 5 | 135 | 85 | **42.3** | 27.8 |
| 48 | NN | NN | NN | **4G4G** | **A1A2** | 8.7 | 107 | 93 | 98 | 2.20 | 104 | 6 | 2 | 5.5 | 29 | 82 | 94 | 35.7 | 29.7 |
| 49 | NN | MN | NN | 4G5G | A1A1 | **24.1** | 165 | 123 | 119 | **2.10** | 121 | 8 | 1 | 10.6 | 13 | 103 | 94 | 37.3 | 24.6 |
| 50 | NN | MN | NN | 4G5G | A1A1 | 6.9 | 90 | 96 | 90 | — | 96 | 5 | 3 | 17.6 | 18 | 85 | 93 | 39.8 | 29.8 |
| 51 | NN | MN | NN | 4G5G | A1A1 | 6.4 | 84 | 79 | 74 | 4.00 | 95 | 5 | 3 | 11.4 | 30 | 107 | 57 | 30.7 | **32.6** |
| 52 | NN | MN | NN | 4G5G | **A1A2** | 7.4 | 142 | 119 | 118 | 7.40 | 107 | 6 | 2 | 9.7 | 12 | 94 | 97 | 41.4 | 29.3 |
| 53 | NN | NN | NN | 5G5G | **A1A2** | 10.5 | 125 | 135 | 154 | 3.30 | 106 | 7 | 2 | — | **66** | 136 | 66 | **45.8** | **34.1** |
| 54 | NN | **MM** | NN | 4G5G | A1A1 | 6.8 | 85 | 80 | 92 | 2.20 | **79** | 3 | 2 | 18.1 | 5 | 144 | 46 | 39.0 | 30.9 |
| 55 | NN | MN | NN | 4G5G | **A1A2** | 9.3 | 131 | 98 | 100 | 2.20 | 121 | 1 | 2 | 5.4 | **37** | 57 | 64 | 34.7 | 32.0 |
| 56 | NN | **MM** | NN | **4G4G** | A1A1 | 7.2 | 79 | 106 | 79 | 2.20 | 105 | 6 | 2 | 1.1 | **77** | 136 | 90 | 33.4 | 26.7 |
| 57 | **MN** | **MM** | NN | **4G4G** | A1A1 | 5.3 | 92 | 119 | 72 | **1.00** | 105 | 3 | 2 | 11.1 | 5 | **199** | 99 | 41.3 | 28.7 |
| 58 | NN | **MM** | NN | 4G5G | A1A1 | 8.3 | 92 | 128 | 138 | 2.30 | 120 | 5 | 3 | 9.1 | 23 | 104 | 89 | **(46.6)** | 31.4 |
| 59 | NN | MN | NN | 4G5G | **A1A2** | 8.9 | 111 | 98 | **58** | **1.90** | 107 | 3 | 2 | 10.3 | 5 | 108 | 116 | 38.3 | 29.0 |
| 60 | NN | NN | NN | 4G5G | A1A1 | 4.8 | 91 | 107 | 100 | 2.37 | 113 | 6 | 1 | 7.1 | 12 | **162** | **153** | 39.5 | 27.5 |
| 61 | NN | NN | NN | 4G5G | **A1A2** | 6.0 | 99 | 90 | 82 | 2.15 | 98 | 15 | 2 | 1.1 | 3 | **180** | 106 | 42.0 | 26.8 |
| 62 | **MN** | **MM** | NN | **4G4G** | **A1A2** | **16.0** | 106 | 78 | 77 | **1.67** | 83 | 6 | 1 | **25.8** | 26 | **259** | 131 | **(79.8)** | **52.7** |
| 63 | NN | **MM** | NN | 4G5G | A1A1 | 5.1 | 137 | 116 | 111 | 2.18 | 106 | 5 | 3 | 7.1 | 3 | 85 | 115 | 39.5 | 34.4 |
| 64 | NN | NN | NN | 4G5G | A1A1 | 9.8 | 136 | 116 | 102 | 2.19 | 135 | 4 | 2 | 13.7 | 8 | 88 | **169** | 38.2 | 28.5 |
| 65 | NN | **MM** | **MN** | 4G5G | **A1A2** | 8.4 | 102 | 97 | 96 | 2.20 | 109 | 10 | 5 | 8.2 | **37** | 37 | 51 | 36.0 | 31.9 |

*M* = mutant allele; *N* = wild-type normal allele.
Boldface indicates abnormal mutations, levels.
*Normal range for RAPC changed over time: ≥ to 2.0 before Jan 1, 1999, > 1.94 Jan 1, 1999–Jan 23, 2001, ≥ 2.2 Jan 23, 2001–Mar 25, 2004, then ≥ 2.1.
†Normal range for DRVVT changed over time: ≤ 41.6 pre Sept 22, 2003, ≤ 44.1 for Sept 22, 2003–April 1, 2004, then ≤ 42.7.
‡Normal range for APTT changed over time: ≤ 32.4 before Nov 12, 2003, ≤ 35.2 after.
DRVVT values in parentheses indicate the presence of lupus anticoagulant.