# Exhibit 37

# The Search for Causes of Idiopathic Intracranial Hypertension

## A Preliminary Case-Control Study

Belinda Ireland, MD; James J. Corbett, MD; Robert B. Wallace, MD

**• Idiopathic intracranial hypertension (pseudotumor cerebri) is a condition that occurs predominantly in obese women. It consists of elevated spinal fluid pressure, normal spinal fluid contents, papilledema, and headaches with normal imaging studies. Long lists of putative causes and associations have arisen, many consisting of individual case reports. We did a retrospective case-control study on 40 patients and 39 age- and sex-matched control subjects to examine the incidence of these associated conditions. Our results are only suggestive due to the small sample size; however, obesity and recent weight gain occurred more commonly in patients with idiopathic intracranial hypertension than in control subjects. All forms of menstrual abnormalities, incidence of pregnancy, antibiotic use, and oral contraceptive use were equal in both groups. A larger multicenter study will be needed to more completely characterize the risk factors for this condition.**

**(*Arch Neurol.* 1990;47:315-320)**

Idiopathic intracranial hypertension (IIH) is a well-defined disorder characterized by increased intracranial pressure with papilledema, normal or small ventricles, and normal cerebrospinal fluid (CSF) composition. Symptoms of IIH are due to the increased intracranial pressure; headache and visual disturbances are most often reported.[1-6] The average annual incidence of IIH is 1 per 100 000 in the general population.[7] It occurs more often in women than in men, particularly in obese women of childbearing age,[3,5,7-9] and the incidence is 19 per 100 000 in this group of obese women of childbearing age.[7] Idiopathic intracranial hypertension continues to be referred to as "benign intracranial hypertension" because of its generally self-limiting course; however, studies have shown it to be both a chronic[4,10-12] and a recurring condition[1,3-5] in many patients. Additionally, the prefix "benign" belies the potential seriousness of the disorder, since it can cause permanent serious visual loss.[1-3,5,6,8,11-14]

Several diseases, conditions, and putative causes have been anecdotally reported in association with IIH, but its cause and pathogenesis remain obscure. Of the published accounts of IIH, many are reports of only a single case. Since there have been no systematic studies that examine potential risk factors for the development of IIH, we conducted a preliminary case-control study.

### SUBJECTS AND METHODS

#### Criteria

Cases were identified from clinical records in the neuro-ophthalmology unit. Criteria for inclusion as a case subject included the following: (1) women, (2) age 16 years or older at the time of diagnosis, (3) presence of papilledema, (4) increased CSF pressure (>250 mm $H_2O$), (5) absence of intracranial mass or hydrocephalus by computed tomographic scan, and (6) normal CSF content, except for low protein levels.

Because only two of the potential case subjects were black, we limited case selection to white women. While there were patients whose IIH began as early as 1939, we elected to study those whose diagnosis was made 10 years or less before the study date. Since IIH is not generally a fatal illness, we used "prevalent" as well as "incident" cases in this study. We identified 63 patients who met our criteria; 7 patients had become unavailable for follow-up, and 5 patients refused to participate. Of 51 questionnaires that were returned, 40 were complete and clear enough to use. It was these patients who formed the case group in this study. We telephoned patients to clarify or complete all inconsistent responses. If that failed, letters were sent to patients asking them to clarify or complete their responses.

#### Control Subject Selection

Control subjects were selected by asking each responding patient to provide the names and addresses of three friends within 3 years of their age who might be willing to participate in the study. This method was chosen since friends of subjects would be more willing to participate than other control groups, and "friend-controls" would provide approximate matching for education and socioeconomic status. Thirty-four of 40 patients with IIH to whom questionnaires were sent initially had friends who were willing to be control subjects. Of the 6 potential control subjects who did not respond, 5 were successfully replaced using other names provided by the subjects, for a total of 39 respondents.

#### Questionnaire Design

The questionnaire was designed to be self-administered for both cases and control subjects, and was pretested for length and clarity on patients at a prenatal clinic.

Accepted for publication April 4, 1989.

From the Departments of Preventive Medicine and Epidemiology (Dr Ireland), Medicine (Dr Wallace), Neurology (Dr Corbett), and Ophthalmology, Neuro-ophthalmology Unit, University of Iowa College of Medicine, Iowa City.

Reprint requests to Department of Neurology, University of Iowa Hospitals and Clinics, Iowa City, IA 52242 (Dr Corbett).

Items included occupational histories, exposure to insecticides and/or herbicides, detailed questions on symptoms surrounding the onset of IIH in patients, detailed menstrual history, reproductive history including contraceptive use, a general medical history, long-term medication use, family history, smoking and drinking habits, and a brief dietary history with particular emphasis on consumption of foods with high vitamin A content prior to development of IIH. The date that IIH was diagnosed was the temporal reference point *time x* for the control group in answering certain items covering historical exposures.

### Analysis

Analysis was conducted on 40 cases and 39 control subjects. To measure the strength of association, the odds ratio (OR) was used. The 95% confidence interval (CI) of the relative risk was computed by the test-based interval estimation procedure proposed by Miettinen.[15,16] Trends were analyzed using the test of trend in proportions described by Cochran and Snedecor.[17]

Table 1.—Menstrual History of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Start of menses at age ≤13 y | 36 | 26 | 5.54 (1.34, 22.97) |
| Change in menstrual pattern | 12 | 13 | ... |
| Use medication for cramps | 15 | 12 | ... |
| Menopause before reference time | 4 | 2 | ... |
| Gynecological surgery before reference time | 5 | 4 | ... |
| Change in menstrual pattern in year prior to reference time | 9 | 1 | 11.04 (1.37, 89.06) |
| Infertility workup prior to reference time | 4 | 1 | 4.22 (0.18, 98.80) |

*IIH indicates idiopathic intracranial hypertension.

Table 2.—Pregnancy History of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Ever pregnant | 29 | 26 | 1.75 (0.37, 8.29) |
| Age at first pregnancy ≤20 y | 20 | 14 | ... |
| Three or more pregnancies prior to reference time | 11 | 12 | ... |
| Miscarried first pregnancy | 6 | 3 | 2.00 (0.16, 23.56) |
| Age at second pregnancy ≤20 y | 7 | 5 | ... |

*IIH indicates idiopathic intracranial hypertension.

### RESULTS

When case and control subjects were compared for marital status, educational level, and occupational category, no significant differences were found. A history of insecticide exposure in the workplace also did not differ for the two groups. Though control subjects more often than patients reported living on a farm where herbicide and insecticide spraying occurred, the difference was not significant (31% vs 20%).

Items concerning menstrual and reproductive events and symptoms were obtained (Table 1). Age of onset of menses at or before age 13 years was more often reported among case subjects than control subjects (OR = 5.54; CI = 1.34, 22.97). Case subjects more frequently reported that they had experienced a change in menstrual pattern just before the diagnosis of IIH as compared with the reference time in control subjects (OR = 11.04; CI = 1.37, 89.06). There was no difference in case and control subjects reporting menstrual patterns by days between cycles, heaviness of and duration of flow, premenstrual symptoms, menstrual cramps, and menstrual irregularity. Information about use of medication for cramps (including specific medication used) was obtained for each respondent with no statistically significant difference noted between the two groups in any category. When menopausal histories were examined, only four case subjects and two control subjects had menopause before the diagnosis of IIH was made. Menopausal characteristics, gynecologic procedures, and infertility histories were all examined and no differences were found.

Comparison of pregnancy histories was unremarkable (Table 2). The results are comparable with another, more complete study of pregnancy and IIH from this institution.[16] Respondents were asked to provide the following information for each pregnancy: age at end of each pregnancy, outcome of pregnancy, medication use to prevent miscarriage or to stop milk production, and whether or not the baby was breast-fed. No significant differences in any of these categories or in total numbers of pregnancies were found.

Query of characteristics of prior oral contraceptive use revealed no significant differences in the following categories: ever using oral contraceptives, age when use began, type of oral contraceptives used, length of time used, and usage immediately prior to IIH diagnosis or the corresponding reference time (Table 3). We could not contrast the oral contraceptive dosage or components, since half of both case and control subjects using oral contraceptives did not remember the brand used. In almost all instances, these agents were used for contraception; three cases of IIH and no control subjects used oral contraceptives for irregular menses. Weight gain was the oral contraceptive side effect most commonly reported by both subject groups. There were insufficient positive responses in other categories to permit analysis. While reasons for discontinuing oral contraceptive use varied (and again consisted of numbers too small for analysis), the largest single response was for medical and/or surgical contraindication; eight patients with IIH and no control subjects responded this way.

Patients with IIH reported systemic hypertension significantly more often than did control subjects (OR = 8.91; CI = 1.94, 40.84) (Table 4). This was the only medical condition queried that was seen significantly more often in case subjects than in control subjects. Ten of 11 hypertensive case subjects reported onset of high blood pressure before 25 years of age, while hypertension began later in both control subjects (ages 37 and 38 years). A history of conditions such as Cushing's disease, Addison's disease, systemic lupus erythematosus, hyperthyroidism, hypoparathyroidism, neuromuscular diseases, thrombophlebitis, and chronic skin ailments were rare. A history of other diseases or conditions (drug allergies, allergy history, anemia, diabetes, hypothyroidism, and kidney disease) did not differ significantly between case subjects with IIH and control subjects. When these diseases were characterized by age of on-

Table 3.—Oral Contraceptive Use of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Ever used oral contraceptives | 29 | 26 | . . . |
| Began using oral contraceptives at age ≤20 y | 20 | 12 | 2.54 (0.71, 9.72) |
| Taking oral contraceptives just prior to reference time | 13 | 8 | 1.80 (0.42, 7.64) |
| Taking oral contraceptives for ≥12 mo prior to reference time | 6 | 0 | 2.50 (0.95, 6.54) |

*IIH indicates idiopathic intracranial hypertension.

Table 4.—Medical History of IIH Case Subjects vs Control Subjects*

| Characteristic | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Weight increase in the 6 mo before reference time | 15 | 6 | 3.30 (1.01, 10.76) |
| Drug allergies | 9 | 7 | . . . |
| Hypertension | 13 | 2 | 8.91 (1.94, 40.84) |
| Hypertension detected ≤ age 25 y | 10 | 0 | 3.00 (0.97, 9.30) |
| Allergies | 11 | 7 | 1.73 (0.41, 7.35) |
| Chronic skin conditions | 2 | 3 | . . . |
| Anemia | 5 | 8 | . . . |
| Diabetes | 2 | 0 | 2.02 (0.28, 14.46) |
| Kidney disease | 3 | 1 | 3.08 (0.03, 238.48) |
| Other chronic disease | 5 | 3 | 1.71 (0.07, 40.73) |
| Under treatment for chronic disease | 7 | 2 | 3.92 (0.56, 27.27) |
| Infectious disease | 17 | 14 | . . . |

*IIH indicates idiopathic intracranial hypertension.

set and type of treatment, the resulting numbers were again too small for meaningful analysis and no trends were apparent.

Histories of medication usage were comparable, except for the difference in use of pain relievers (Table 5). Case subjects used more pain medications than did control subjects (OR = 3.1; CI = 1.08, 8.87) before IIH began or the reference time. Aspirin and aspirin-containing preparations were the pain relievers most often used by both case and control subjects. In examining other drug use, no differences were found. Drug usage was defined by age first taken, brand of drug used, the reason for its use, and the reason for discontinuing its use. Responses in these categories, however, were too small to be meaningful. The only observable difference worth reporting was the age at which tetracycline therapy was begun; case subjects more often reported a later date (80% of case subjects reporting tetracycline use were 21 years of age or older, while 75% of control subjects reported age at usage to be younger than 21 years). Reasons for tetracycline use were infrequently given; however, more control subjects reported use for simple colds, while case subjects more often reported use for respiratory infection (not otherwise specified).

While disease histories were obtained separately for both mother and father of each subject and included the same conditions covered in personal disease histories, there were no significant differences between case responses and control responses (Table 6). Only when disease history was examined in terms of any other first-degree relatives combined did any differences emerge. For hypertension (OR = 3.20; CI = 1.11, 9.24), diabetes (OR = 6.6; CI = 1.89, 23.04), and obesity (OR = 5.29; CI = 1.89, 14.83), case subjects more often reported the condition in first-degree relatives other than parents (siblings, aunt and/or uncle, or grandparent) than did control subjects. The presence of eye disease in first-degree relatives was reported more often by case subjects than control subjects, but this was of marginal statistical significance. It was noted most often in grandparents of either sex by both groups, with specific diagnoses consisting of cataracts, glaucoma, and retinitis.

Case subjects were more likely to have considered themselves cigarette smokers than did control subjects, but this was not significant (Table 7). However, when smoking habits were categorized as continuous vs intermittent, the following significant difference emerged: patients with IIH were more likely to label themselves continuous smokers (OR = 4.65; CI = 1.13, 19.21). Other smoking factors (age began smoking, years smoked, number of cigarettes smoked per day, and smoking history prior to IIH diagnosis) did not differ in case and control subjects. Alcohol use (including comparisons of usual quantity and type of alcohol consumed) did not differ between case and control subjects nor did the use of coffee and/or tea.

Vitamin A intake was poorly characterized by all subjects, with only a few who were able to report the amount of vitamin A present in their multivitamin preparation. Only eight case subjects and five control subjects reported taking any vitamins regularly, and only one member of each group reported using a separate vitamin A preparation. No significant difference in reported consumption of vitamin A-rich food, especially liver, was found. Neither case nor control subjects consumed such foods frequently. While a few more control subjects than case subjects called themselves vegetarian or semivegetarian, the difference did not reach statistical significance. Data regarding smoking habits, alcohol use, and dietary habits are presented in Table 7.

Case subjects were asked additional questions about IIH development. Of all patients with IIH, 87.5% reported definite symptoms before the diagnosis was established. Of those who had any symptoms attributed to IIH, 64.7% (22/34) listed headache as the first symptom, while 32.35% listed visual change or visual loss. Thirty percent of subjects with IIH attributed their initial symptoms to tension or stress, and most subjects (27/36) did not think that the symptoms indicated a serious condition. Sixty percent of subjects were diagnosed within 6 months of onset of symptoms, and 72.5% of subjects had the diagnosis made within 1 year. Subjects were asked when in the menstrual cycle did the symptoms of IIH develop. Their responses indicated that symptoms occurred throughout the cycle, but many respondents (40%) were unable to re-

member. Only 3 respondents reported symptoms worsening during their periods.

Table 5.—Medication Use History of IIH Case Subjects vs Control Subjects*

| Medication | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Steroids | 6 | 3 | 2.12 (0.23, 19.16) |
| Estrogens | 2 | 0 | . . . |
| Tetracyclines | 5 | 4 | . . . |
| Pain relievers | 21 | 11 | 3.10 (1.08, 8.87) |
| Antidepressants | 6 | 6 | . . . |

*IIH indicates idiopathic intracranial hypertension.

Table 6.—Family History of IIH Case Subjects vs Control Subjects*

| Characteristics of Family History | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Hypertension | 22 | 11 | 3.20 (1.11, 9.24) |
| Diabetes | 16 | 4 | 6.60 (1.89, 23.04) |
| Obesity | 23 | 9 | 5.29 (1.89, 14.83) |
| Eye disease | 7 | 1 | 8.69 (0.95, 79.48) |

*IIH indicates idiopathic intracranial hypertension.

## COMMENT

Idiopathic intracranial hypertension has not, to our knowledge, been submitted previously to formal epidemiologic evaluation. Our study was an exploratory probe; we collected data on a substantial number of factors proposed by numerous case reports. The resulting questionnaire may have been ambitious for our small sample size but has provided some important first looks at risk factors and IIH development. (Except for limited case control data on men and pregnant women available from studies also done at the University of Iowa, Iowa City,[18,19] no similar data are available.)

Early reports of IIH described the syndrome following middle ear or mastoid infections. Although more recent IIH patient series have also included some "otitic cases," their numbers have decreased, probably due to antibiotic treatment of otitis media.[4] In a classification by Johnston and Paterson,[3] most factors associated with the development of IIH were "miscellaneous." It was these factors that we wished to examine.

Because IIH is most frequently diagnosed in young, obese women, endocrinologic associations have been postulated.[4,20,21] Reports of *IIH* in women with menstrual irregularities,[4,6,20-22] at menarche,[23] during pregnancy,[18,21,24-26] and with oral contraceptive use[2,21,26-28] have led some authors, such as Greer,[29] to suggest that changes in hormonal levels are a precipitating factor. More specifically, he cites falling levels of circulating corticosteroid and rising levels of estrogen. Idiopathic intracranial hypertension has developed following withdrawal of corticosteroid therapy, most often reported in children.[29-31] Idiopathic intracranial hypertension has also been reported in patients with chronic adrenal insufficiency.[32,33] Additionally, but less commonly, IIH has been observed in patients being treated with a corticosteroid (triamcinolone) without tapering or withdrawal.[34,35] Other endocrine disorders have occurred concurrently with IIH, including hypothyroidism,[36-38] hyperthyroidism,[39] and hypoparathyroidism.[40]

Idiopathic intracranial hypertension has been reported in patients with a multitude of preexisting or concurrent disease states. Iron deficiency anemia,[13,41] blood loss anemia,[42] pernicious anemia,[43] and aplastic anemia[44] have all been reported in persons with IIH. In the case report of aplastic anemia, heavy exposures to insecticides and herbicides preceded the bone marrow damage, and that exposure may also be associated with the development of IIH. Other reported concurrent disease states include Wiskott-Aldrich syndrome,[12] systemic lupus erythematosus,[45,46] Guillain-Barré syndrome,[47] and histiocytosis X with hypocomplementemic allergic vasculitis.[48] Allergy has been suggested as a common causative factor, specifically cerebral allergy or hypersensitivity. Lecks and Baker[49] reviewed that topic and did not find convincing evidence to support the concept of allergic phenomenon, even though 50% of the subjects reviewed were atopic.

A hereditary basis for IIH has been suggested by reports of familial occurrence. In these accounts of four groups of sisters, five of nine females were reported as obese.[14,26,27,50] Two reports concerned successive generations; in one a mother and son developed IIH and in the other a mother and daughter. All four patients were markedly obese.[51,52]

In some cases of IIH, drugs taken prior to the development of symptoms were suggested as the causative factors. Vitamin A supplements,[53-58] vitamin A in the form of many different kinds of liver, and tetracyclines[59-61] are the most frequently implicated agents. Nalidixic acid, especially in children,[62,63] nitrofurantoin,[64] ketoprofen,[65] indomethacin,[66] sulfamethoxazole,[67] diphenylhydantoin, amiodarone,[68] and penicillin[69] use have also been reported in persons in whom IIH developed. In addition, the use of psychiatric medications prior to the onset of IIH has been presented in a case report,[70] and lithium treatment has preceded the diagnosis of IIH in at least four cases.[71,72]

Exposure to noxious agents has also been offered as a causative factor in the development of IIH. Sanborn et al[73] described the syndrome following acute overexposure to kepone, a halogenated biphenyl insecticide. Additionally Jenkyn et al[44] reported a single case of IIH that occurred with aplastic anemia following herbicide exposure.

Our results, not surprisingly, do not support many of the causal factors presented in the numerous previous case reports. This may be so because the putative exposures were not causal. However, the small sample size and rarity of many of these exposures precluded rigorous testing for associations. Our results, however, do strengthen the most commonly made observation in studies of patients with IIH, namely, the association with obesity. Some of our other positive findings, such as personal history of hypertension, early onset of menses, and family histories of obesity, hypertension, and diabetes, are all commonly associated with obesity. However, it is not entirely clear from this study that obesity is always a long-standing precondition for patients with IIH. Although the mean body weight reported at age 18 years was higher for case subjects than for control subjects, the difference in means for the two groups just prior to the time of onset of IIH or the reference time was double that re-

Table 7.—Habits of IIH Case Subjects vs Control Subjects*

| Habit | No. of Case Subjects With Positive Response | No. of Control Subjects With Positive Response | Odds Ratio (95% Confidence Interval) |
|---|---|---|---|
| Ever smoke | 25 | 19 | 1.75 (0.59, 5.20) |
| Began smoking at age ≤18 y | 18 | 13 | ... |
| Continuous smoking vs intermittent smoking | 19 | 7 | 4.65 (1.13, 19.21) |
| Smoking history ≥10 y | 10 | 5 | 2.00 (0.31, 12.93) |
| Smoke ≥20 cigarettes daily | 8 | 3 | 2.51 (0.32, 19.55) |
| Smoked just prior to reference time | 21 | 14 | ... |
| Use alcohol | 24 | 25 | ... |
| Use coffee and/or tea | 25 | 22 | ... |
| Vegetarian | 2 | 5 | ... |

*IIH indicates idiopathic intracranial hypertension.

Table 8.—Mean Weights of Case and Control Subjects at Age 18 Years and at Reference Time

| Characteristic | Case Subject | Control Subject |
|---|---|---|
| Mean height, cm (in) | 161.3 (64.5) | 160.3 (64.1) |
| Mean weight at age 18 y, kg (lb) | 68.4 (152.0) | 58.7 (130.4) |
| Mean weight at reference time, kg (lb) | 85.4 (189.8) | 63.9 (141.9) |

ported for age 18 years, suggesting that weight gain may be the important factor. Indeed, significantly more case subjects reported a weight gain in the 6 months prior to the development of IIH ($z = -3.32$, $P = .0009$) (Table 8). Alternatively, weight gain may represent an early sign of IIH. Symptoms of IIH are rarely sudden in onset, and over 50% of our cases remained undiagnosed 4 months after developing a new headache or visual symptoms. Because the onset of IIH is commonly insidious, questions that refer to the 6-month period before the diagnosis of IIH actually may be focused on early symptoms in addition to risk factors for development of the disease. We were surprised that irregular menses were not reported more often in our case subjects. Irregular menstrual cycles are commonly reported by obese women and have been frequently reported in women with IIH. Our subjects frequently reported a change in menstrual pattern shortly before the diagnosis of IIH was made. Again, it is not clear if this change is causal and related to development of IIH or is, in effect, an early symptom of the disease.

Increased use of pain relievers by case subjects is of little surprise, since 64.7% of these women reported headache as the first symptom of IIH. Of the 24 case subjects who reported using pain-relievers, 18 gave headache as the reason for use. Overall, there were no differences in infectious disease history, but case subjects were more likely to report their disease as "lower respiratory," while control subjects described theirs as "upper respiratory." Examination of antibiotic use immediately before the reference time disclosed no differences: the only observable difference in drug histories was the age at which tetracyclines were first used, and this was not statistically significant. Further study is necessary to determine whether infectious disease and tetracycline use are associated with the development of IIH.

In evaluating the strength of data in any study, consideration must be given to the design of the study. Inherent in case-control studies are difficulties of selection bias, response bias, and recall bias. While the University of Iowa is the only tertiary care center in the state of Iowa, not all patients with IIH are referred there for evaluation. Our sample may be representative of IIH; it may also be skewed to more seriously affected patients. Our final response rate of 64% (40/63) was lower than we would have liked, but given the problems of tracing younger women who became unavailable for follow-up and the fact that most patients were feeling quite well made the low response understandable. Some patients who initially responded to our questionnaire refused to cooperate for clarification of incomplete or unclear responses on the questionnaire. Recall bias is a serious consideration in any retrospective study. However, the negative findings for factors that the lay public commonly may believe to be harmful to health (insecticide exposure, use of alcohol, and use of coffee and/or tea) suggests that this was not a problem in our study.

Clearly, further research is needed to more thoroughly examine some of the questions raised by this study. Obesity and medical histories including systemic hypertension, infectious disease, smoking habits, and various treatment modalities must be reexamined in larger studies. Because IIH is an infrequent diagnosis, a multicenter collaborative prospective study would be most useful in obtaining sufficient subjects to completely characterize risk factors.

This investigation has been supported in part by grant RR59 from the General Clinical Research Center Branch of the National Institutes of Health, Bethesda, Md, and an unrestricted grant to the Department of Ophthalmology, University of Iowa, Iowa City, from Research to Prevent Blindness Inc, New York, NY.

### References


1. Boddie HG, Banna M, Bradley WG. 'Benign' intracranial hypertension. *Brain*. 1974;97:313-326.
2. Bulens C, Devries WAEJ, VanCrevel H. Benign intracranial hypertension. *J Neurol Sci*. 1979;40:147-157.
3. Johnston I, Paterson A. Benign intracranial hypertension. *Brain*. 1974;97:289-300.
4. Paterson R, DePasquale N, Mann S. Pseudotumor cerebri. *Medicine*. 1961;140:85-99.
5. Rush JA. Pseudotumor cerebri (clinical profile and visual outcome in 63 patients). *Mayo Clin Proc*. 1980;55:541-546.
6. Weisberg LA. Benign intracranial hypertension. *Medicine*. 1975;54:197-207.
7. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. *Arch Neurol*. 1988;45:875-877.
8. Greer M. Benign intracranial hypertension, VI: obesity. *Neurology*. 1965;15:382-388.
9. Wilson DH, Gardner WJ. Benign intracranial hypertension with particular reference to its occurrence in fat young women. *Can Med Assoc J*. 1966;95:102-105.
10. Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri. *Arch Neurol*. 1982;39:461-471.
11. Foley KM. Is benign intracranial hypertension a chronic disease? *Neurology*. 1977;27:388. Abstract.
12. Repka MX, Miller NR, Savino PJ. Pseudotumor cerebri. *Am J Ophthalmol*. 1984;98:741-746.
13. Greer M. Benign intracranial hypertension (pseudotumor cerebri). *Pediatr Clin North Am*. 1967;14:819-830.
14. Howe JG, Saunders M, Clarke PRR. Familial benign intracranial hypertension. *Acta Neurochir*. 1973;29:173-175.
15. Mantel N, Haenszel W. Statistical aspects of the analysis of data from retrospective studies of disease. *JNCI*. 1959;22:719-748.
16. Miettinen O. Estimability and estimation in case-referent studies. *Am J Epidemiol*. 1976;103:226-235.
17. Cochran W, Snedecor GW. *Statistical Methods*. 7th ed. Ames, Iowa: Iowa State University Press; 1980.
18. Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. *Neurology*. 1984;34:721-729.
19. Digre K, Corbett JJ. Pseudotumor cerebri in men. *Arch Neurol*. 1988;45:866-874.

20. Donaldson JO, Binstock ML. Pseudotumor cerebri in an obese woman with Turner syndrome. *Neurology*. 1981;31:758-760.
21. Greer M. Benign intracranial hypertension, III: pregnancy. *Neurology*. 1963;13:670-672.
22. Greer M. Benign intracranial hypertension, V: menstrual dysfunction. *Neurology*. 1964;14:668-673.
23. Greer M. Benign intracranial hypertension, IV: menarche. *Neurology*. 1964;14:569-573.
24. Keltner JL, Miller NR, Gittinger JW, Burde RM. Pseudotumor cerebri. *Surv Ophthalmol*. 1979;23:315-322.
25. Powell JL. Pseudotumor cerebri and pregnancy. *Obstet Gynecol* 1972;40:713-718.
26. Traviesa DC, Schwartzman RJ, Glaser JS, Savino P. Familial benign intracranial hypertension. *J Neurol Neurosurg Psychiatry*. 1976; 39: 420-423.
27. Buchheit WA, Burton C, Haag B, Shaw D. Papilledema and idiopathic intracranial hypertension. *N Engl J Med*. 1969;280:938-942.
28. Walsh FB, Clark DB, Thompson RS, Nicholson D. Oral contraceptives and neuro-ophthalmologic interest. *Arch Ophthalmol*. 1965;74:628-640.
29. Greer M. Benign intracranial hypertension, II: following corticosteroid therapy. *Neurology*. 1963;13:439-441.
30. Neville BG, Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. *Br Med J*. 1970;3:554-556.
31. Walker EA, Adamkiewicz JJ. Pseudotumor cerebri with prolonged corticosteroid therapy. *JAMA*. 1964;188:779-784.
32. Jefferson A. Clinical correlation between encephalopathy and papilloedema in Addison's disease. *J Neurol Neurosurg Psychiatry*. 1956; 19:21-27.
33. Walsh FB. Papilledema associated with increased intracranial pressure in Addison's disease. *Arch Ophthalmol*. 1952;47:86.
34. Laurance BM, Matthews WB, Shephard RH. Benign intracranial pressure associated with triamcinolone. *Lancet*. 1960;1:701.
35. Valentine GH. Triamcinolone and intracranial hypertension: a side effect. *Lancet*. 1959; 1:892.
36. Prendes JL, McLean WT. Pseudotumor cerebri during treatment of hypothyroidism. *South Med J*. 1977;71:977.
37. Press OW, Ladenson PW. Pseudotumor cerebri and hypothyroidism. *Arch Intern Med*. 1983;143:167-168.
38. Van Dop C, Conte FA, Koch TK, Clark SJ, Wilson-Davis SL, Grumbach MM. Pseudotumor cerebri associated with initiation of levothyroxine therapy for juvenile hypothyroidism. *N Engl J Med*. 1983;308:1076-1079.
39. Dickman MS, Somasundaram M, Brzozowski L. Pseudotumor cerebri and hyperthyroidism. *NY State J Med*. 1980;80:1118-1120.
40. Sugar O. Central neurological complication of hypoparathyroidism. *Arch Neurol Psychiatry*. 1953;70:86-107.
41. Ikkala E, Laitinen L. Papilloedema due to iron deficiency anaemia. *Acta Haematol*. 1963; 29:368-370.
42. Schwaber JR, Blumberg AG. Papilledema associated with blood loss anemia. *Ann Intern Med*. 1961;55:1004-1007.
43. Murphy TE, Constanzi JJ. Pseudotumor cerebri associated with pernicious anemia. *Ann Intern Med*. 1969;70:777-782.
44. Jenkyn LR, Budd RC, Fein SH, Cornell CJ. Insecticide/herbicide exposure, aplastic anaemia and pseudotumor cerebri. *Lancet*. 1979;2:368.
45. Bettman JW, Daroff RB, Sanders MD, Hoyt WF. Papilledema and asymptomatic intracranial hypertension in systemic lupus erythematosus. *Arch Ophthalmol*. 1968;80:189-193.
46. Carlow TJ, Glaser JS. Pseudotumor cerebri syndrome in systemic lupus erythematosus. *JAMA*. 1974;228:197-200.
47. Ford FR, Walsh FB. Guillain-Barré syndrome (acute infective polyneuritis) with increased intracranial pressure and papilledema. *Bull Johns Hopkins Hosp*. 1943;73:391-395.
48. Jackson AH, Griffith JF. Histiocytosis X with benign intracranial hypertension. *Dev Med Child Neurol*. 1975;17:783-787.
49. Lecks HI, Baker D. Pseudotumor cerebri: an allergic phenomenon. *Clin Pediatr*. 1965;4:32-37.
50. Coffey CE, Ross DR, Massey EW, Olanow CW. Familial benign intracranial hypertension and depression. *Can J Neurol Sci*. 1982;9:45-47.
51. Rothner AD, Brust JCM. Pseudotumor cerebri: report of familial occurrences. *Arch Neurol*. 1974;30:110-111.
52. Shapiro I, Shapiro S. Familial pseudotumor cerebri and the empty sella syndrome. *Ann Ophthalmol*. 1980;12:1045-1048.
53. Edmunds C, Behrens M, Lewis L, Lennon R. Pseudotumor cerebri and low vitamin A intake. *JAMA*. 1973;226:674.
54. Feldman MH, Schlezinger NS. Benign intracranial hypertension associated with hypervitaminosis A. *Arch Neurol*. 1970;22:1-7.
55. Lombaert A, Carton H. Benign intracranial hypertension due to A-hypervitaminosis in adults and adolescents. *Eur Neurol*. 1976;14:340-350.
56. Morrice G, Havener WH, Kapetansky F. Vitamin A intoxication as a cause of pseudotumor cerebri. *JAMA*. 1960;173:1802-1805.
57. Spector RH, Carlisle J. Pseudotumor cerebri caused by a synthetic vitamin A preparation. *Neurology*. 1984;34:1509-1511.
58. Vollbracht R, Gilroy J. Vitamin A induced benign intracranial hypertension. *Can J Neurol Sci*. 1976;3:59-61.
59. Giles CL, Sobie AR. Intracranial hypertension and tetracycline therapy. *Am J Ophthalmol*. 1971;72:981-982.
60. Koch-Weser J, Gilmore EB. Benign intracranial hypertension in an adult after tetracycline therapy. *JAMA*. 1967;200:345-347.
61. Walters BNJ, Gubbay SS. Tetracycline and benign intracranial hypertension: report of 5 cases. *Br Med J*. 1981;282:19-20.
62. Cohen DN. Intracranial hypertension and papilledema associated with nalidixic acid therapy. *Am J Ophthalmol*. 1976;76:680-682.
63. Deonna T, Guignard JP. Acute intracranial hypertension after nalidixic acid administration. *Arch Dis Child*. 1974;49:743.
64. Sharma DB, James A. Benign intracranial hypertension associated with nitrofurantoin therapy. *Br Med J*. 1974;4:771.
65. Larizza D, Columbo A, Lorini R, Severi F. Ketoprofen causing pseudotumor cerebri in Bartter's syndrome. *N Engl J Med*. 1979;300:796.
66. Konomi H, Imai M, Nihei K, Kamoshita S, Tada H. Indomethacin causing pseudotumor cerebri in Bartter's syndrome. *N Engl J Med*. 1978;298:855.
67. Ch'ien LT. Intracranial hypertension and sulfamethoxazole. *N Engl J Med*. 1970;283:47.
68. Nazarian SM, Jay WM. Bilateral optic neuropathy associated with amiodarone therapy. *J Clin Neuro Ophthalmol*. 1988;8:25-28.
69. Schmidt BD, Krivit W. Benign intracranial hypertension associated with delayed penicillin reaction. *Pediatrics*. 1969;43:50-53.
70. Blumberg AG, Klein DF. Severe papilledema associated with drug therapy. *Am J Psychiatry*. 1961;118:168-169.
71. Lobo A, Pilek E, Stokes PE. Papilledema following therapeutic dosages of lithium carbonate. *J Nerv Ment Dis*. 1978;166:526-529.
72. Saul RF, Hamburger HA, Selhorst JB. Pseudotumor cerebri secondary to lithium carbonate. *JAMA*. 1985;153:2869-2870.
73. Sanborn GE, Selhorst JB, Calabrese VP, Taylor JR. Pseudotumor cerebri and insecticide intoxication. *Neurology*. 1979;29:1222-1227.