# Exhibit 38




Taylor & Francis
Taylor & Francis Group

Seminars in Ophthalmology

ISSN: 0882-0538 (Print) 1744-5205 (Online) Journal homepage: http://www.tandfonline.com/loi/isio20

# Regarding Secondary Intracranial Hypertension from Testostereone Therapy in a Transgender Patient

Kapil G. Kapoor

**To cite this article:** Kapil G. Kapoor (2015) Regarding Secondary Intracranial Hypertension from Testostereone Therapy in a Transgender Patient, Seminars in Ophthalmology, 30:4, 241-242, DOI: 10.3109/08820538.2013.847111

**To link to this article:** https://doi.org/10.3109/08820538.2013.847111

Published online: 28 Oct 2013.

Submit your article to this journal

Article views: 87

View related articles

View Crossmark data

EXHIBIT
tabbies
Johanson 20

Full Terms & Conditions of access and use can be found at
http://www.tandfonline.com/action/journalInformation?journalCode=isio20

**Download by:** [Susan Smid] **Date:** 01 January 2018, At: 15:43

Seminars in Ophthalmology, 2015; 30(4): 241–242
© Informa Healthcare USA, Inc.
ISSN: 0882-0538 print / 1744-5205 online
DOI: 10.3109/08820538.2013.847111

informa
healthcare

LETTER TO THE EDITOR

# Regarding Secondary Intracranial Hypertension from Testostereone Therapy in a Transgender Patient

Kapil G. Kapoor

*Department of Ophthalmology, Mayo Clinic, Rochester, Minnesota, USA*

Dear Editor,

I read with great interest the authors' report on a potential association between intracranial hypertension (IH) and elevated testosterone levels.[1] The authors are congratulated on identifying a second case in the literature of IH following transgender surgery.[2,3] This case highlights that this may be an area of needed research, but there remains some skepticism if a direct association with the elevated testosterone levels is present.

The Naranjo algorithm is useful in assessing the likelihood of a drug causing a specific adverse drug reaction (ADR)[4]—in this case, testosterone potentially causing IH. This algorithm assigns points based on specific questions, with >9 points identifying a definite ADR, 5-8 points identifying a probable ADR, 1–4 points identifying a possible ADR, and 0 points identifying a doubtful ADR.

Applying this algorithm to this case may be helpful to enhance our understanding:

Question 1. Are there previous conclusive reports on this reaction? *No (0 points).*

Question 2. Did the adverse events appear after the suspected drug was given? *Yes (+2 points).*

Question 3. Did the adverse reaction improve when the drug was discontinued? *Yes (+1 points).*

Question 4. Did the adverse reaction appear when the drug was readministered? *Do not know (0 points).*

Question 5. Are there alternative causes that could have caused the reaction? *Yes (−1 points).*

Question 6. Did the reaction reappear when a placebo was given? *Do not know (0 points).*

Question 7. Was the drug detected in any body fluid in toxic concentrations? *Yes (+1 points).*

Question 8. Was the reaction more severe when the dose was increased, or less severe when the dose was decreased? *Do not know (0 points).*

Question 9. Did the patient have a similar reaction to the same or similar drugs in any previous exposure? *Do not know (0 points).*

Question 10. Was the adverse event confirmed by any objective evidence? *Yes (+1 points).*

Utilizing this algorithm, we have a point total of four points out of nine, indicating only a possible adverse drug reaction. The authors are congratulated on identifying a second case of IH following gender reassignment surgery. While testosterone levels may play a role in these cases, it seems there is insufficient evidence to draw these conclusions definitely, and we must be cautious in drawing these conclusions. The role of endocrinologic homeostasis in IH remains elusive,[5] and certainly the identification of this second case is suggestive that more awareness and research in this area is warranted.

## DECLARATION OF INTEREST

The author reports no conflicts of interest. The author alone is responsible for the content and writing of the paper.

## REFERENCES

1. Park S, Cheng CP, Lim LT, Gerber D. Secondary intracranial hypertension from testosterone therapy in a transgender patient. *Semin Ophthalmol* 2013 (in press).

Received 14 June 2013; accepted 17 September 2013; published online 21 October 2013

Correspondence: Kapil Kapoor, Department of Ophthalmology, Mayo Clinic, 200 First Street SW, Rochester, MN 55905, USA. E-mail: Kaps2003@gmail.com

2. Mowl AD, Grogg JA, Klein J. Secondary pseudotumor cerebri in a patient undergoing sexual reassignment therapy. *Clin Exp Optom* 2009;92(5):449–453.
3. Kapoor KG. Secondary pseudotumor cerebri in a patient undergoing sexual reassignment therapy. *Clin Exp Optom* 2009;92(6):519–520; author reply 520.
4. Naranjo CA, Busto U, Sellers EM, et al. A method for estimating the probability of adverse drug reactions. *Clin Pharmacol Ther* 1981;30(2):239–245.
5. Kapoor KG. More than meets the eye? Redefining idiopathic intracranial hypertension. *Int J Neurosci* 2010; 120(7):471–482.

Downloaded by [Susan Smid] at 15:43 01 January 2018