# Exhibit 39

AMERICAN ACADEMY™ OF OPHTHALMOLOGY

CrossMark

# Re-evaluating the Incidence of Idiopathic Intracranial Hypertension in an Era of Increasing Obesity

*Khin P. Kilgore, MD,[1,2] Michael S. Lee, MD,[3] Jacqueline A. Leavitt, MD,[2] Bahram Mokri, MD,[4] David O. Hodge, MS,[5] Ryan D. Frank, MS,[5] John J. Chen, MD, PhD[2]*

***Purpose:*** To re-evaluate the population-based incidence of idiopathic intracranial hypertension (IIH) and to determine if it mirrors the rise in obesity.

***Design:*** Retrospective, population-based cohort.

***Participants:*** All residents of Olmsted County, Minnesota, diagnosed with IIH between January 1, 1990, and December 31, 2014.

***Methods:*** All cases of IIH were identified using the Rochester Epidemiology Project, which is a record-linkage system of medical records for all patient−physician encounters among Olmsted County, Minnesota, residents. All medical records were reviewed to confirm a diagnosis of IIH. The incidence rates of IIH were compared against the incidence of obesity in Minnesota over the same period.

***Main Outcome Measures:*** Incidence of IIH, lumbar puncture opening pressures, and body mass index.

***Results:*** There were 63 new cases of IIH, yielding an overall age- and gender-adjusted annual incidence of 1.8 per 100 000 (95% confidence interval, 1.3−2.2) between 1990 and 2014. It increased from 1.0 per 100 000 (1990−2001) to 2.4 per 100 000 (2002−2014; $P = 0.007$). The incidence of IIH was 3.3 per 100 000 in women and 0.3 per 100 000 in men ($P \leq 0.001$). In obese women 15 to 44 years of age, the incidence was 22.0 per 100 000 compared with 6.8 per 100 000 among all women in the same age group. A strong correlation was observed between IIH incidence rates and obesity rates in Minnesota ($R^2 = 0.70$, $P = 0.008$).

***Conclusions:*** The incidence of IIH has increased since 1990, which is highly correlated with the rise in obesity during the same period. *Ophthalmology 2017;124:697-700 © 2017 by the American Academy of Ophthalmology*

Idiopathic intracranial hypertension (IIH) is a condition of increased intracranial pressure of unknown cause, often producing papilledema and visual loss.[1−3] Idiopathic intracranial hypertension typically occurs in obese women in the childbearing years. The incidence of obesity has been increasing rapidly since the 1970s.[4] Because obesity is a major risk factor for IIH, the incidence of IIH conceivably could rise in parallel with the current epidemic of obesity, but there have been no studies to evaluate this possibility. Much of the knowledge on the incidence of IIH came from a prior epidemiologic study from the Rochester Epidemiology Project, which demonstrated an incidence of 1.0 per 100 000 persons from 1976 through 1990.[5] The goal of this study was to re-evaluate the population-based incidence of IIH using the Rochester Epidemiology Project data and to determine if the incidence of IIH mirrors the large rise in obesity over the past 20 years.

## Methods

The medical records of all patients diagnosed in Olmsted County, Minnesota, with IIH, intracranial hypertension, pseudotumor cerebri, or papilledema from January 1, 1990, through December 31, 2014, were reviewed. Potential participants were identified using the Rochester Epidemiology Project, a multicenter medical records database designed to capture data on all patient−physician encounters in Olmsted County, Minnesota.[6,7] This study was approved by the Institutional Review Board of the Mayo Clinic and the Olmsted Medical Center, Minnesota. It conformed to the requirements of the United States Health Insurance Portability and Accountability Act and adhered to the tenets of the Declaration of Helsinki.

A total of 427 patients were diagnosed with at least 1 of the above conditions during the 24-year study period. Patients were classified as having IIH if they met the modified Dandy criteria, which included signs and symptoms of increased intracranial pressure, no localizing neurologic finding except cranial nerve VI palsies, normal neuroimaging results, lumbar puncture opening pressure of more than 250 $mmH_2O$ with normal cerebrospinal fluid constituents, and no other apparent cause. Patients with papilledema and borderline opening pressures (200−250 $mmH_2O$) also were included in the study.[3,8] Patients without papilledema were excluded from this study.

Data on the patient gender, ethnicity, age at diagnosis, body mass index (BMI), ocular and medical histories, risk factors, presenting signs and symptoms, and treatments were obtained from the medical records. Obesity was defined as a BMI of 30 $kg/m^2$ or more. Continuous data were presented as a mean and

© 2017 by the American Academy of Ophthalmology
Published by Elsevier Inc.
http://dx.doi.org/10.1016/j.ophtha.2017.01.006
ISSN 0161-6420/17

Table 1. Historical and Clinical Characteristics of the 63 Patients with Idiopathic Intracranial Hypertension

| Characteristics | No. (%) |
|---|---|
| Female gender | 58 (92.1) |
| Ethnicity | |
| White | 56 (88.9) |
| Black | 1 (1.6) |
| Native American | 0 (0.0) |
| Asian | 0 (0.0) |
| Other | 4 (6.3) |
| Unknown | 2 (3.2) |
| Body mass index (kg/m$^2$) | |
| <30 | 8 (17.4*) |
| 30–40 | 18 (39.1*) |
| ≥40 | 20 (43.5*) |
| Unknown | 17 |

*Percentage of patients with a known body mass index.

standard deviation, and categorical data were presented as counts and percentages. Incidence rates and confidence intervals were calculated using population figures in Olmsted County. Age- and gender-adjusted rates were based on the total United States white population in 2000. Yearly gender- and age-specific incidence rates were determined by dividing the number of IIH cases within each group by the estimated total Olmsted County resident population. The exact number of obese individuals in Olmsted County was unknown; an estimate of 20% was used based on available statewide rates during the study period. Population figures for 1990, 2000, and 2010 came from the United States census data and population; figures for intercensus years were estimated using linear interpolation. Poisson regression models were used to test for trends over time, across age groups, and between genders. Correlation between age- and gender-adjusted IIH incidence and Minnesota obesity rates in 2-year categories were estimated using Pearson's correlation coefficient.

## Results

From 1990 through 2014, 63 patients were diagnosed in Olmsted County with IIH, 92.1% of whom were women (Table 1). Among patients with available BMI data, 36 of 48 (82.6%) were obese, more than half of whom were morbidly obese (52.6%). Body mass index was unknown for 17 patients.

The incidence rates of IIH in the Olmsted County population are summarized in Table 2. The overall age- and gender-adjusted incidence rate was 1.8 per 100 000 persons. The IIH incidence increased significantly over the study period from 1.0 per 100 000 persons between 1990 and 2001 to 2.4 per 100 000 persons between 2002 and 2014. The incidence of IIH was significantly higher in women than in men, with an overall age-adjusted incidence rate of 3.3 per 100 000 persons in women in contrast to 0.3 per 100 000 persons in men ($P < 0.001$). From 2002 through 2014, the incidence rate had risen to 4.2 per 100 000 persons in women and 0.5 per 100 000 persons in men.

Table 3 shows the age- and gender-specific incidence rates of IIH in Olmsted County over the study period. The incidence rate peaked at 11.7 per 100 000 persons for women between the ages of 25 and 34 years, whereas the rate peaked for men between the ages of 0 and 14 years at 0.8 per 100 000 persons. Based on Centers for Disease Control and Prevention data for obesity in Minnesota among 15- to 44-year-olds in 2000, the incidence among obese 15- to 44-year-olds was 11.1 per 100 000 persons compared with 3.5 per 100 000 persons among all patients in the same age group. The incidence rate among obese female patients in this age group was 22.0 per 100 000 persons compared with 6.8 per 100 000 persons among all the female study patients in the same age group. Comparing IIH incidence rates with obesity rates in Minnesota from 1990 through 2014 (Fig 1), there was a strong correlation observed between obesity and the age-, gender-, and year-adjusted IIH incidence rates ($R^2 = 0.70$, $P = 0.008$).

## Discussion

A prior study using the Rochester Epidemiology Project data to evaluate the epidemiologic features of IIH before 1990

Table 2. Idiopathic Intracranial Hypertension Incidence Rates and Body Mass Index by Year, Gender, and Age in Olmsted County, Minnesota, from 1990 through 2014

| Group | Total No. | Incidence Rate (95% Confidence Interval) per 100 000 Persons |
|---|---|---|
| Years (age- and gender-adjusted incidence rate) | | |
| 1990–2014 | 63 | 1.759 (1.324–2.194) |
| 1990–2001 | 17 | 1.046 (0.559–1.575) |
| 2002–2014 | 46 | 2.359 (1.676–3.042) |
| *P* value | | 0.007 |
| Gender 1990–2014 (age-adjusted incidence rate) | | |
| Men | 5 | 0.290 (0.035–0.544) |
| Women | 58 | 3.277 (2.432–4.121) |
| *P* value | | < 0.001 |
| Gender 1990–2001 (age-adjusted incidence rate) | | |
| Men | 0 | 0.000 (0.000–0.000) |
| Women | 17 | 2.129 (1.115–3.143) |
| *P* value | | < 0.001 |
| Gender 2002–2014 (age-adjusted incidence rate) | | |
| Men | 5 | 0.530 (0.064–0.997) |
| Women | 41 | 4.247 (2.945–5.549) |
| *P* value | | < 0.001 |

Adjusted to the total United States white population in 2000. The calculated *P* values compare the crude incidence rates. The age-, gender-, and year-adjusted rates are presented to generalize idiopathic intracranial hypertension incidence to the United States white population.

Table 3. Age- and Gender-Specific Average Annual Incidence Rates of Idiopathic Intracranial Hypertension in Olmsted County, Minnesota, from 1990 through 2014

| Group | Women | | Men | | Total | |
|---|---|---|---|---|---|---|
| | *No.* | *Incidence* | *No.* | *Incidence* | *No.* | *Incidence* |
| Age (yrs) | | | | | | |
| 0–14 | 4 | 1.151 | 3 | 0.823 | 7 | 0.983 |
| 15–24 | 19 | 9.372 | 0 | 0.000 | 19 | 4.718 |
| 25–34 | 30 | 11.673 | 1 | 0.396 | 31 | 6.084 |
| 35–44 | 4 | 1.643 | 0 | 0.000 | 4 | 0.823 |
| 45+ | 1 | 0.169 | 1 | 0.195 | 2 | 0.181 |
| All age groups | 58 | 3.534 | 5 | 0.318 | 63 | 1.961 |
| Age adjusted* | — | 3.325 | — | 0.287 | — | 1.816 |
| 95% confidence interval | 2.465–4.185 | | 0.033–0.542 | | 1.366–2.267 | |
| Crude annual incidence rate | | | | | | |
| Total | 58 | 3.534 | 5 | 0.318 | 63 | 1.961 |
| 15–44 years of age | 48 | 6.826 | 1 | 0.144 | 49 | 3.508 |
| Obese, 15–44 years of age† | 31 | 22.041 | 0 | 0.000 | 31 | 11.097 |

– = no data.
*Adjusted to the total United States white population in 2000.
†Accurate data are unavailable on the prevalence of obesity for Olmsted County. These figures assume an obesity rate of 20%, approximated based on Centers for Disease Control and Prevention data for obesity in Minnesota in 2000. Obesity was defined as body mass index of ≥30 kg/m$^2$.




**Figure 1.** The correlation between age-adjusted idiopathic intracranial hypertension (IIH) incidence and obesity rates in Minnesota.

found a crude annual incidence of 1.0 per 100 000 persons and 3.3 per 100 000 persons in women 15 to 44 years of age in Olmsted County, Minnesota.[5] This study has been used to quote the incidence of IIH since it was published in 1993.[9] Looking at the same patient population, the current study found that the crude annual incidence rate has doubled in Olmsted County, Minnesota, to 2.0 per 100 000 persons between 1990 and 2014 ($P = 0.038$). In addition, within the period of the current study, there was a significant rise in the incidence of IIH from the first half of the study at 1.0 per 100 000 persons to 2.4 per 100 000 persons in the second half of the study.

In the United States, the incidence of obesity has been rising since the 1970s until 2014. The prevalence of adulthood obesity, as defined by a BMI of 30 kg/m$^2$ or more, was 12.7% from 1976 until 1980, 20.5% from 1988 until 1994, 32.2% from 2003 until 2004, and 34.9% from 2011 until 2012.[4] Among children, 16.9% were obese as defined by a BMI at or more than the 95th percentile.[4] The obesity rate in Minnesota in 1990 was less than 10%, which increased from 15% to 19% in 2000, 20% to 24% in 2010, and 27.6% in 2014 (Centers for Disease Control and Prevention data).[10] Olmsted County mirrors this trend and now has an adulthood obesity of 27% (Centers for Disease Control and Prevention data).[11] Overall, a strong correlation was found between obesity rates in Minnesota over the study period and the corresponding IIH incidence rates (Fig 1; $R^2 = 0.70$, $P = 0.008$).

Obesity is known to be a major risk factor for IIH. Durcan et al[9] found that, in Iowa and Louisiana, the incidence of IIH was 19 per 100 000 persons among obese women 20 to 44 years of age who were 20% or more over ideal weight. Numerous studies have confirmed that the vast majority of patients with IIH are obese women of childbearing age.[5,12,13] In addition, a recent multicenter case-control study demonstrated a dose-response effect in which higher BMI was associated with a progressively greater risk of IIH.[14] Some studies suggest that environmental factors, such as obesity rates, are responsible for different incidences of IIH in their populations. In Japan, where obesity is less common, the incidence of IIH was found to be only 0.03 per 100 000 persons,[15] whereas the incidence was reported to be 2.2 per 100 000 persons in Libya.[16] Our study confirmed the association between obesity and IIH incidence, where the rate was 22.0 per 100 000 persons in obese women 15 to 44 years of age compared with 6.8 per 100 000 persons among all female patients in the same age group.

The limitations of the study include the retrospective design, the racial homogeneity of the study population, and incomplete data on obesity rates in the county and state. Given the retrospective nature of this investigation, some patients unavoidably had poor follow-up or incomplete medical records. Furthermore, with 90% of the study population identifying themselves as white, it may be difficult to extrapolate these results to other nonwhite populations. Finally, the exact data on obesity rates in Minnesota could not be found for some of the years within the study period. Olmsted County–specific obesity rates were unavailable during the study years; thus, Minnesota obesity rates were used under the assumption that the obesity rates in Olmsted County were very similar. Despite these limitations, this study yields invaluable results, because it provides a population-based incidence, which directly compares with a prior incidence study also using the Rochester Epidemiology Project data.[5] This comparison clearly demonstrates an increase in the incidence of IIH that mirrors the rise in obesity.

In conclusion, this study shows that the incidence rates of IIH and obesity have risen in parallel since 1990. With no sign of obesity rates declining in the United States, recognizing and treating patients with IIH promptly are of increasing importance. Although these patients may have only headaches initially, they can experience severe visual

impairment.[17,18] Additionally, determining the current incidence of IIH is important, because the annual cost of IIH in the United States alone has been estimated to exceed $444 million.[19]

## References


1. Chen J, Wall M. Epidemiology and risk factors for idiopathic intracranial hypertension. *Int Ophthalmol Clin*. 2014;54:1-11.
2. Friedman DI. Idiopathic intracranial hypertension. *Curr Pain Headache Rep*. 2007;11:62-68.
3. Wall M. Idiopathic intracranial hypertension. *Neurol Clin*. 2010;28:593-617.
4. Ogden CL, Carroll MD, Kit BK, Flegal KM. Prevalence of childhood and adult obesity in the United States, 2011−2012. *JAMA*. 2014;311:806-814.
5. Radhakrishnan K, Ahlskog JE, Cross SA, et al. Idiopathic intracranial hypertension (pseudotumor cerebri). Descriptive epidemiology in Rochester, Minn, 1976 to 1990. *Arch Neurol*. 1993;50:78-80.
6. Kurland LT, Molgaard CA. The patient record in epidemiology. *Sci Am*. 1981;245:54-63.
7. Melton 3rd LJ. History of the Rochester Epidemiology Project. *Mayo Clin Proc*. 1996;71:266-274.
8. Dandy WE. Intracranial pressure without brain tumor: diagnosis and treatment. *Ann Surg*. 1937;106:492-513.
9. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. *Arch Neurol*. 1988;45:875-877.
10. Centers for Disease Control and Prevention. Obesity trends among U.S. adults between 1985 and 2010. https://www.cdc.gov/obesity/downloads/obesity_trends_2010.pdf; 2010 Accessed August 11, 2016.
11. Centers for Disease Control and Prevention. Obesity prevention—community profile: Olmsted County, Minnesota. http://www.cdc.gov/nccdphp/dch/programs/communitiesputtingpreventiontowork/communities/profiles/obesity-mn_olmsted-county.htm; 2016 Accessed August, 11, 2016.
12. Kesler A, Gadoth N. Epidemiology of idiopathic intracranial hypertension in Israel. *J Neuroophthalmol*. 2001;21:12-14.
13. Raoof N, Sharrack B, Pepper IM, Hickman SJ. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. *Eur J Neurol*. 2011;18:1266-1268.
14. Daniels AB, Liu GT, Volpe NJ, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). *Am J Ophthalmol*. 2007;143:635-641.
15. Yabe I, Moriwaka F, Notoya A, et al. Incidence of idiopathic intracranial hypertension in Hokkaido, the northernmost island of Japan. *J Neurol*. 2000;247:474-475.
16. Radhakrishnan K, Thacker AK, Bohlaga NH, et al. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. *J Neurol Sci*. 1993;116:18-28.
17. Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri. Follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss. *Arch Neurol*. 1982;39:461-474.
18. Wall M, George D. Idiopathic intracranial hypertension. A prospective study of 50 patients. *Brain*. 1991;114(Pt 1A):155-180.
19. Friesner D, Rosenman R, Lobb BM, Tanne E. Idiopathic intracranial hypertension in the USA: the role of obesity in establishing prevalence and healthcare costs. *Obes Rev*. 2011;12:e372-e380.


## Footnotes and Financial Disclosures

Originally received: August 15, 2016.
Final revision: December 20, 2016.
Accepted: January 3, 2017.
Available online: February 7, 2017. Manuscript no. 2016-67.

[1] College of Medicine, Mayo Clinic, Jacksonville, Florida.

[2] Department of Ophthalmology, Mayo Clinic, Jacksonville, Florida.

[3] Department of Neuro-Ophthalmology, University of Minnesota, Minneapolis, Minnesota.

[4] Department of Neurology, Mayo Clinic, Jacksonville, Florida.

[5] Department of Health Sciences Research/Biomedical Statistics and Informatics, Mayo Clinic, Jacksonville, Florida.

Presented at: American Academy of Ophthalmology annual meeting, October 2016, Chicago, Illinois.

Financial Disclosure(s):
The author(s) have no proprietary or commercial interest in any materials discussed in this article.

Supported in part by Research to Prevent Blindness, Inc, New York, New York (an unrestricted grant to the Department of Ophthalmology). This study was made possible using the resources of the Rochester Epidemiology Project, which is supported by the National Institute on Aging, National Institutes of Health, Bethesda, Maryland (grant no.: R01AG034676). The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health.

Author Contributions:

Conception and design: Kilgore, Lee, Leavitt, Chen

Analysis and interpretation: Kilgore, Lee, Leavitt, Mokri, Hodge, Frank, Chen

Data collection: Kilgore, Chen

Obtained funding: none

Overall responsibility: Kilgore, Lee, Leavitt, Mokri, Hodge, Frank, Chen

Abbreviations and Acronyms:
**BMI** = body mass index; **CI** = confidence interval; **IIH** = idiopathic intracranial hypertension.

Correspondence:
John J. Chen, MD, PhD, Department of Ophthalmology, Mayo Clinic, 200 First Street SW, Rochester, MN 55905. E-mail: chen.john@mayo.edu.