# Exhibit 40

*Current Eye Research*, 2013; 38(9): 972–976
© Informa Healthcare USA, Inc.
ISSN: 0271-3683 print / 1460-2202 online
DOI: 10.3109/02713683.2013.799214

informa
healthcare

ORIGINAL ARTICLE

# Hyperandrogenism is Associated with Earlier Age of Onset of Idiopathic Intracranial Hypertension in Women

Ainat Klein[1], Naftali Stern[2], Etty Osher[2], Efrat Kliper[1] and Anat Kesler[1]

*[1]Neuro-ophthalmology unit, Department of Ophthalmology, Tel Aviv-Sourasky Medical Center and Sackler Faculty of Medicine, Tel Aviv University, Tel Aviv, Israel and [2]Institute of Endocrinology, Metabolism and Hypertension, Tel Aviv-Sourasky Medical Center and Sackler Faculty of Medicine, Tel Aviv University, Tel Aviv, Israel*

Downloaded by [Oregon Health & Science University Library] at 22:15 26 November 2017

## ABSTRACT

*Purpose*: Previous reports have connected between Idiopathic intracranial hypertension (IIH), obesity and different hormonal states. The aim of this study was to characterize the endocrine profile in women with IIH.

*Methods*: This is a data-based study of 51 IIH patients. We measured anthropometric parameters and assessed hormonal profile including cortisol, testosterone, bioavailable testosterone (BT), prolactin, dehydroepiandrosterone sulfate (DHEA-S), androstenedione, insulin, aldosterone, estradiol, follicle stimulating hormone (FSH) and luteinizing hormone (LH). Pearson or Spearman rank correlation for non-normally distributed variables were calculated to evaluate the relation among the anthropometric measurements: age, body mass index (BMI), waist and hip circumference and waist to hip ratio (WHR) with hormones levels.

*Results*: Seventy-eight percent of the cohort had WHR $<$ 0.85 and 21.6% had a WHR $>$ 0.85. Increased levels of testosterone, BT and androstenedione were all positively related to younger age of diagnosis in patient who are diagnosed after the age of 25 (R = −1.066, −0.845, −0.735, $p<0.001$, =0.024, 0.019, respectively). No correlation was found between any of the analyzed hormones and the duration of the disease, WHR or BMI, except insulin, which was positively related to BMI (R = 0.461, $p = 0.001$).

*Conclusions*: Increased levels of circulating androgens are associated with earlier age of onset of IIH in women.

**Keywords:** Age, hormone, hyperandrogenism, idiopathic intracranial hypertension, pseudotumor cerebri

## INTRODUCTION

Idiopathic intracranial hypertension (IIH), also known as Pseudotumor Cerebri (PTC), is a disorder of unknown etiology affecting predominantly obese women of childbearing age.[1] The incidence of IIH is around 1–2 per 100,000 in the general population, 3.5 per 100,000 in females aged 20–44, increasing further to 19 per 100,000 in woman who are 20% over ideal body weight.[2–4] The association between obesity and IIH is well established as more than 90% of women and 60% of men who suffer from this disorder are obese.[5,6]

The pathogenesis of IIH remains unclear and there are many proposed theories.[4] The association among IIH, female gender and lower body adiposity is potentially suggestive of an endocrine basis for this disorder. Reports of IIH occurring in corticosteroid deficient states such as Addison's disease and following the removal of an ACTH secreting pituitary adenoma[5] implicate dysfunction of adrenal pituitary axis or hypocortisolemia as potential culprits. Furthermore, glucocorticosteroids comprise an effective treatment for IIH and corticosteroid withdrawal was reported to be associated with IIH.[6] However, Soelberg et al.[7] found no consistent abnormality in

Received 29 January 2013; accepted 18 April 2013; published online 17 May 2013

Correspondence: Ainat Klein, Neuro-Ophthalmology Unit, Department of Ophthalmology, Tel Aviv-Sourasky Medical Center, 6 Weizman Street, Tel Aviv, 64239, Israel. Tel: 972-3-6973408. Fax: 972-3-6925693. E-mail: euriya@gmail.com



Copyright Informa Healthcare 2013
Not for Sale or Commercial Distribution
Unauthorized use prohibited. Authorized users can download, display, view and print a single copy for personal use.

Case 1:17-mc-02767-PAE-JLC Document 98-40 Filed 03/02/18 Page 3 of 6



Downloaded by [Oregon Health & Science University Library] at 22:15 26 November 2017

pituitary, gonadal, thyroid or adrenal function in IIH patients. Other studies have documented association between IIH and polycystic ovaries.[8]

A recent report of our group[9] showed that IIH develops more commonly in women with lower than upper body adiposity. Although not all IIH female patients have "gynecoid" obesity, the fat distribution is clearly shifted to the lower body. Our results are consistent with the possibility that lower body fat is a contributor to the pathogenesis of IIH. The aim of this study was to examine the relation between the hormonal state, the obesity phenotype and the clinical phenotype of IIH in order to find potential inducers of this disease.

## MATERIALS AND METHODS

The study included 51 consecutive patients diagnosed with IIH at the Neuro-ophthalmology Unit, Tel Aviv-Sourasky Medical Center, Tel Aviv, Israel.

The study was approved by the Tel Aviv Sourasky Medical Center ethics committee. Written informed consent was obtained from all participants. Diagnosis of IIH was according to the modified Dandy criteria,[10] including: 1) age >18 and <65 years; 2) normal brain magnetic resonance imaging (MRI) or computed tomography (CT) scan; 3) intracranial pressure >250 mm$H_2O$ with normal cerebrospinal fluid (CSF) content; 4) bilateral papilledema; 5) non-focal neurological examination with the possible exception of isolated sixth nerve paresis. Opening CSF pressure was determined while the patient was lying in the decubitus position, with outstretched legs and as relaxed as possible. Patients with distinct concurrent illnesses such as sinus vein thrombosis were excluded. Detailed history and physical examination were carried out with special emphasis on former diagnosis of hypertension, diabetes, hypothyroidism or polycystic ovary syndrome. Anthropometric parameters were measured and blood samples collected from all participants after an overnight fast, at least 6 d after the onset of menstruation.

The endocrine parameters examined in this study included cortisol, testosterone, prolactin, dehydroepiandrosterone-sulfate (DHEA-S), androstenedione, insulin, aldosterone (RIA, Coat-a- Count, DPC, Los Angeles, CA). Estradiol 17β (estradiol), follicle stimulating hormone (FSH) and luteinizing hormone (LH) were measured by standard commercial assays. Bioavailable testosterone (BT) was measured as previously described by Yaron et al.[11]

Recoded anthropometric parameters were weight (kg), height (meters), hip and waist circumference (cm). Waist circumference was measured over the unclothed abdomen at the midpoint of the lower thoracic cage and iliac crest in the mid-axillary line using the method recommended by the World Health Organization. Hip circumference was measured at the level of the widest diameter around the buttocks. Waist-to-hip ratio (WHR) was then derived to allow descriptive characterization of fat distribution. The body mass index (BMI) was calculated by dividing weight (kg) by height (meters) squared.

### Statistical Analysis

Statistical analysis was performed using SAS for Windows, Version 9.1.3 (SAS Inc., Cary, NC). Pearson or Spearman rank correlation for non-normally distributed variables were calculated to evaluate the relation among the anthropometric measurements BMI, WHR, age, waist circumference and hip circumference with blood results.

## RESULTS

### Clinical Characteristics of the Cohort

All 51 subjects diagnosed with IIH were females with a mean age of 32 years (range 18–57). The mean age of onset of IIH symptoms was 27.8 (range 11–55 years, SD = 10.1). The mean follow-up interval from the time of diagnosis to participating in the study (to the blood sample collection) was 48.9 months (range 1–228, SD = 56.5). Only four participants (7.8%) had normal body weight. Recorded BMI in these four subjects was 22.5 kg/m$^2$, 22.7 kg/m$^2$, 23.7 kg/m$^2$ and 24.5 kg/m$^2$ with corresponding WHR values of 0.75, 0.74, 0.74 and 0.73, which are consistent with preferential deposition of fat in the lower body. Forty-seven subjects, comprising 92.2% of this cohort, were either overweight or obese. Overt obesity was present in approximately 4 of 5 of the entire study group, and class III (morbid) obesity was observed in more than one-quarter of the patients ($n = 14$; 27.4%). Forty of the 51 patients (78.4%) had WHR < 0.85 (lower fat distribution), and 11 (21.6%) had a WHR > 0.85 (central body adiposity). A summary of the demographic distribution of the patients is shown in Table 1.

### The Relation Between Hormone Level, Weight and Fat Distribution

Table 2 represents the various hormones tested, the normal and abnormal limits as were referred in our study according to the lab scaling. Table 3 presents the Pearson correlations between the various hormones, age, BMI and WHR. The only hormone clearly related to BMI was Insulin (R = 0.461, $p = 0.001$). No correlation was found between any of the other hormones levels and WHR. Furthermore, using Pearson

© 2013 Informa Healthcare USA, Inc.

TABLE 1 Demographic parameters.

| Parameter | Minimum | Maximum | Mean | Standard deviation |
|---|---|---|---|---|
| Age (years) | 18 | 57 | 31.96 | 10.41 |
| Weight (kg) | 54.0 | 157.3 | 94.80 | 19.27 |
| Height (cm) | 145 | 182 | 163.56 | 6.72 |
| BMI | 22.48 | 55.73 | 35.50 | 7.24 |
| Hip (cm) | 88 | 158 | 120.76 | 14.41 |
| Waist (cm) | 66 | 135 | 95.49 | 13.16 |
| WHR | 0.68 | 0.93 | 0.79 | 0.58 |

BMI, body mass index; WHR, waist hip ratio.

TABLE 2 Hormones levels distribution, as were referred in our study according to the lab scaling.

| | Low | Normal | High |
|---|---|---|---|
| Cortisol (μg/dl) | <5 | 5–25 | >25 |
| | 5.8% | 92.2% | 1.9% |
| Testosterone (ng/ml) | <0.2 | 0.2–0.8 | >0.8 |
| | 29.4% | 60.7% | 9.8% |
| BT (ng/ml) | | ≤0.16 | >0.16 |
| | | 76.5% | 23.5% |
| Prolactin (ng/ml) | | ≤20 | >20 |
| | | 92.2% | 7.8% |
| DHEA-S (mg/dl) | <40 | 40–430 | >430 |
| | 5.9% | 94.1% | |
| Androstenedione (ng/ml) | <0.5 | 0.5–5.8 | >5.8 |
| | 2.0% | 88.2% | 9.8% |
| Insulin (mU/ml) | <5 | 5–25 | >25 |
| | | 58.8% | 41.2% |
| Aldosterone (pg/ml) | <25 | 25–125 | >125 |
| | | 51.0% | 49.0% |
| Estradiol (pg/ml) | | ≤75 | >75 |
| | | 50.0% | 50.0% |
| FSH (mIU/ml) | | ≤10 | >10 |
| | | 86.0% | 14.0% |
| LH (mIU/ml) | | ≤20 | >20 |
| | | 88.2% | 11.7% |

The normal and abnormal limits are according to the standard lab scaling.

TABLE 3 The correlation between various hormones, the age of the patient, BMI and WHR.

| | Age (years) | | BMI | | WHR | |
|---|---|---|---|---|---|---|
| Hormone | R | *p* | R | *p* | R | *p* |
| Cortisol | **−0.321** | **0.028** | −0.065 | 0.664 | −0.102 | 0.497 |
| Testosterone | **−0.424** | **0.003** | −0.009 | 0.952 | −0.005 | 0.972 |
| BT | **−0.349** | **0.016** | 0.099 | 0.509 | 0.108 | 0.471 |
| Androstenedione | **−0.554** | **<0.001** | 0.162 | 0.278 | 0.082 | 0.583 |
| Aldosterone | **−0.395** | **0.006** | −0.016 | 0.913 | −0.128 | 0.390 |
| DHEA-S | −0.285 | 0.053 | −0.098 | 0.511 | 0.050 | 0.741 |
| Estradiol | −0.017 | 0.912 | −0.031 | 0.840 | −0.232 | 0.120 |
| Prolactin | −0.074 | 0.620 | 0.148 | 0.320 | 0.251 | 0.088 |
| LH | −0.191 | 0.199 | 0.116 | 0.437 | −0.002 | 0.987 |
| FSH | 0.258 | 0.080 | −0.014 | 0.928 | 0.265 | 0.072 |
| Insulin | −0.259 | 0.079 | **0.461** | **0.001** | 0.213 | 0.150 |

The statistically significant results are in bold letters. BMI, body mass index; WHR, waist hip ratio.

TABLE 4 The correlation between hormone levels and age at the initial diagnosis or the duration of the disease.

| | Age of diagnosis (years) | | | | Duration of disease (months) | |
|---|---|---|---|---|---|---|
| Hormone | R | *p* | R-L | *p*-L | R | *p* |
| Cortisol | −0.183 | 0.219 | | | −0.216 | 0.150 |
| Testosterone | **−0.418** | **0.003** | **−0.441** | **0.002** | 0.087 | 0.567 |
| BT | **−0.394** | **0.006** | **−0.372** | **0.010** | 0.110 | 0.468 |
| Androstenedione | **−0.469** | **<0.001** | **−0.516** | **<0.001** | −0.184 | 0.222 |
| Aldosterone | **−0.299** | **0.033** | **−0.387** | **0.007** | −0.023 | 0.875 |
| DHEA-S | **−0.367** | **0.011** | **−0.362** | **0.012** | 0.036 | 0.812 |
| Estradiol | 0.033 | 0.828 | 0.024 | 0.875 | −0.111 | 0.467 |
| Prolactin | 0.147 | 0.325 | 0.145 | 0.331 | −0.140 | 0.352 |
| LH | −0.190 | 0.200 | −0.152 | 0.307 | −0.091 | 0.546 |
| FSH | 0.256 | 0.083 | 0.175 | 0.238 | −0.030 | 0.842 |
| Insulin | **−0.302** | **0.039** | −0.272 | 0.064 | 0.105 | 0.488 |

The statistically significant results are in bold letters. R, correlation coefficient; *p*, statistical significance. R-L and *p*-L represent the R and *p* values after log transformation.

Chi-Square Continuity test, no relation existed between the various hormones and pattern of fat distribution (WHR < 0.85 or >0.85).

## The Relation Between Hormone Level and Disease Phenotype

Using Pearson correlation test, there was no relation between hormones level and the duration of the disease (time from initial diagnosis to research carried out) in our cohort. Increased level of circulating androgens including testosterone, BT, DHEA-S and androstenedione was linked to younger age and to younger age of presentation of IIH (Table 4). Plasma aldosterone, but not serum cortisol, was also negatively related to the age of the patient. Following proper exclusion of women with FSH levels suggestive of post-menopausal status, there was no correlation between anthropometric parameters and FSH. No correlation was found between the age of the first disease presentation and the level of cortisol, aldosterone, prolactin, estradiol and LH. Finally, no correlation was found between any of the various hormones and the duration of the disease.

To further assess the correlation between circulating androgens and the age at the onset of IIH, we subdivided the cohort into two groups. Group A ($n = 25$), included women diagnosed with IIH at an age younger than 25 years. Group B ($n = 26$), included women diagnosed after the age of 25. Table 5 presents the mean hormone levels in the two groups. As shown, women with younger age of onset of disease (group A) had higher levels of testosterone, BT, androstenedione and DHEA-S. To minimize the effect of extreme hormone values, the data was analyzed following logarithmic transformation.



Downloaded by [Oregon Health & Science University Library] at 22:15 26 November 2017

Downloaded by [Oregon Health & Science University Library] at 22:15 26 November 2017

TABLE 5 Mean hormone level in the two subgroups according to age of diagnosis.

| Hormone | Mean hormone level: Group A ($n = 25$) | Mean hormone level: Group B ($n = 26$) | $p$ |
|---|---|---|---|
| Cortisol (ug/dl) | 14.32 ± 6.2 | 11.11 ± 4.48 | 0.100 |
| Testosterone (ng/ml) | 0.54 ± 0.38 | 0.30 ± 0.23 | **0.008** |
| BT (ng/ml) | 0.16 ± 0.16 | 0.08 ± 0.08 | **0.023** |
| Androstenedione (ng/ml) | 3.83 ± 1.54 | 2.48 ± 1.54 | **0.001** |
| Aldosterone (pg/ml) | 184.28 ± 119.0 | 111.62 ± 66.42 | **0.018** |
| DHEA-S (mg/dl) | 179.56 ± 87.05 | 127.88 ± 84.17 | **0.014** |
| Estradiol (pg/ml) | 79.81 ± 55.52 | 104.68 ± 74.04 | 0.193 |
| Prolactin (ng/ml) | 13.643 ± 11.08 | 12.108 ± 8.36 | 0.530 |
| LH (mIU/ml) | 10.84 ± 12.49 | 11.14 ± 10.65 | 0.663 |
| FSH (mIU/ml) | 5.64 ± 2.42 | 10.10 ± 9.79 | 0.052 |
| Insulin (mU/ml) | 25.12 ± 11.47 | 20.50 ± 8.30 | 0.170 |

Group A: woman diagnosed with IIH before the age of 25 (including). Group B: woman diagnosed after the age 25. SD, standard deviation. Statistically significant results are presented in bold letters. The $p$ values were calculated after log transformation.

TABLE 6 The correlation between hormones level and the age of diagnosis in the two subgroups.

| Hormone | Age of diagnosis (years): Group A R | Group A $p$ | Group B R | Group B $p$ |
|---|---|---|---|---|
| Aldosterone | 0.134 | 0.599 | 0.145 | 0.734 |
| Testosterone | 0.092 | 0.711 | **−1.066** | **<0.001** |
| BT | −0.158 | 0.536 | **−0.845** | **0.024** |
| Androstenedione | 0.153 | 0.501 | **−0.735** | **0.019** |
| DHEAS | 0.002 | 0.993 | −0.579 | 0.121 |

Group A: woman diagnosed with IIH before the age of 25 (including). Group B: woman diagnosed after the age 25. Correlations were derived following logarithmic transformation of individual hormone levels. R, coefficient of correlation; $p$, statistical significance.

Increased level of circulating androgens was linked to younger age of diagnosis only in group B (Table 6), but not in group A.

### The Relation Between Hormone Level and Disease Activity

To study the relation between hormonal state and IIH activity, we subdivided the cohort into two groups. Group 1 included patients who were on remission during the blood sampling (i.e. asymptomatic patients receiving no treatment). Group 2 included patients who, at the time of blood collection and anthropometric measurements, had active disease, either during its initial presentation or the relapse of symptoms. By this classification, about one-third (34%) of participants were on remission and two-thirds (66%) had active disease requiring treatment. Treated patients received oral treatment with acetazolamide (27 patients), topiramate (7 patients) or both agents (2 patients). We did not find any difference in hormonal levels between the two groups.

## DISCUSSION

This study was undertaken in continuation to our recent observation that IIH is associated with lower body adiposity. We wondered whether or not the presentation of IIH per se and/or fat distribution in IIH might be linked to any unique hormonal profile. The key finding in this study is that circulating androgens including androstenedione, testosterone and its bioactive fraction ''bioavailable testosterone'' (BT), androgens originating in either the ovaries or the adrenal cortex, were clearly linked to an early age of onset of IIH. One might speculate then that in women susceptible to the evolution of IIH, increased circulating androgens might function as a precipitating factor allowing earlier expression of the disease. This finding is of particular interest since the most common well-defined form of overt hyperandrogenism in obese women, polycystic ovaries syndrome (PCOS), is linked to *upper body obesity*. Whereas, as previously reported by us, IIH is linked to *lower body adiposity*. Passed published evidence already suggests that IIH is associated with PCOS,[10,12] thus raising the possibility of casual involvements of hormones such as androgens in the pathogenesis of IIH.

The linkage of IIH to androgens may also be expressed in, or even underlie the better-recognized association of IIH with drugs used in the treatment of female hyperandrogenism, including tetracycline and roaccutane prescribed for acne[13]. Based on published reports, tetracycline and roaccutane may have a direct role in precipitating IIH. However, they could also be linked to IIH through the hyperandrogenism which provokes the symptoms leading to the prescription of these agents in hyperandrogenic patients subsequently developing IIH. Taken together, then, we face an intriguing situation in which the appearance of a disease afflicting more commonly obese women with lower body adiposity may be accelerated by increased circulating androgens.

In 2002 Weber et al.[14] reported the occurrence of IIH in two women with primary aldosteronism (PAL). This first report in the English medical literature of an association between IIH and PAL led to the suggestion that when IIH is diagnosed in a woman with concomitant arterial hypertension, the possibility of autonomous production of aldosterone should be considered. Further insight into the potential role

© 2013 Informa Healthcare USA, Inc.

Downloaded by [Oregon Health & Science University Library] at 22:15 26 November 2017

of aldosterone in IIH was offered by Chen et al.[15] who studied the rennin-aldosterone axis in six women with IIH. Plasma renin activity and aldosterone levels were measured at baseline, following plasma volume contraction by furosemide and after dexamethasone therapy. In each instance, the values recorded fell within the normal range, leading to the conclusion that the renin-aldosterone axis was normal in their IIH cohort. In our cohort, plasma aldosterone, but not cortisol, was negatively related to the age of the patient but not to the age of onset of IIH. Whether or not this still contributed to the clustering of IIH at the younger age range is impossible to determine based on the available data. Because of the use of acetazolamide, effect of volume contraction on plasma aldosterone cannot be excluded, although levels were not appreciably different in patients with active (acetazolamide-treated) and inactive (untreated) IIH patients.

There are few limitations to our study. First, the blood samples in this study were not necessarily collected at the onset of the disease. Second, samples were collected randomly, whenever possible, thus ignoring the potential effects of menstrual cycle and its various phases. The samples, however, were not taken during menstruation, thus eliminating the early follicular phase. Third, we lumped together samples collected from women during active IIH and in remission. Lastly, we did not have a control group, thus rendering the detection of subtle hormonal abnormalities somewhat difficult. Still, it is practically impossible to generate an adequate control of this cohort, keeping in mind the presence of an active disease in 2/3 of the cohort and the concomitant use of medications in these patients. Although we are not aware that the use of carbonic anhydrase influences sex hormone profile, proper control for this interaction is truly impossible.

In conclusion, the key finding of this study is that increased levels of circulating androgens including testosterone, BT and androstenedione are linked to younger age of presentation of IIH. Short of conclusive evidence for a role of androgens in the expression of IIH, these findings nevertheless comprise sufficient circumstantial justification for future reassessment of the role of the androgens in IIH in female patients.

## ACKNOWLEDGEMENTS

Statistical analysis – Ilana Gelernetr MA, Statistical Laboratory School of Mathematics, Tel Aviv University, Tel Aviv, Israel.

## DECLARATION OF INTEREST

The authors have no financial/conflicting interests to disclose nor had any financial support conducting the study.

## REFERENCES

1. Kesler A, Goldhammer Y, Gadoth N. Do men with pseudomotor cerebri share the same characteristics as women? A retrospective review of 141 cases. J Neuroophthalmol 2001;1:15–17.
2. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. Arch Neurol 1988;45:875–877.
3. Kesler A, Gadoth N. Epidemiology of idiopathic intracranial hypertension in Israel. J Neuroophthalmol 2001;21:12–14.
4. Thurtell MJ, Bruce BB, Newman NJ, Biousse V. An update on ifopathic intracranial hypertension. Rev Neurol Dis 2010;7:e56–e68.
5. Ross DA, Wilson CB. Results of transsphenoidal microsurgery for growth hormone secreting pituitary adenoma in a series of 214 patients. J Neurosurg 1988;68:854–867.
6. Yaşargil MG, Curcic M, Kis M, Siegenthaler G, Teddy PJ, Roth P. Total removal of craniopharyngiomas. Approaches and long-term results in 144 patients. J Neurosurg 1990;73:3–11.
7. Soelberg SP, Gjerris F, Svenstrup, B. Endocrine studies in patients with pseudotumor cerebri. Estrogen levels in blood and cerebrospinal fluid. Arch Neurology 1986;43:902–906.
8. Glueck CJ, Iyengar S, Goldenberg N, Smith LS, Wang P. Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med 2003;142:35–45.
9. Kesler A, Kliper E, Shenkerman G, Stern N. Idiopathic intracranial hypertension is associated with lower body adiposity. Ophthalmology 2010;117:169–174.
10. Friedman DI, Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology 2002;59:1492–1495.
11. Yaron M, Greenman Y, Rosenfeld JB, Izkhakov E, Limor R, Osher E, et al. Effect of testosterone replacement therapy on arterial stiffness in older hypogonadal men. Eur J Endocrinol 2009;160:839–846.
12. Cosar E, Cosar M, Köken G, Saylan F, Fidan F, Yilmazer M, Unlu M. Polycystic ovary syndrome is related to idiopathic intracranial hypertension according to magnetic resonance imaging and magnetic resonance venography. Fertil Steril 2008;89:1245–1246.
13. Chiu AM, Chuenkongkaew WL, Cornblath WT, Trobe JD, Digre KB, Dotan SA, et al. Minocycline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol 1998;126:116–121.
14. Weber KT, Singh KD, Hey JC. Idiopathic intracranial hypertension with primary aldosteronism: report of 2 cases. Am J Med Sci 2002;324:45–50.
15. Chen KF, Kurtzman N, Frenkel M. Plasma renin activity and aldosterone determination in patients with pseudotumor cerebri. Ann Ophthalmol 1979;11:563–565.