# Exhibit 42

This article is protected by copyright and is provided by Wisconsin TechSearch under license from Wolters Kluwer Health. All rights reserved.


AOGS
Acta Obstetricia et Gynecologica Scandinavica

AOGS ORIGINAL RESEARCH ARTICLE

# Contraceptive use in the Nordic countries

INGELA LINDH[1], FINN E. SKJELDESTAD[2], KRISTINA GEMZELL-DANIELSSON[3], OSKARI HEIKINHEIMO[4], HELENA HOGNERT[1], IAN MILSOM[1] & ØJVIND LIDEGAARD[5]

[1]*Department of Obstetrics and Gynecology, Sahlgrenska Academy at Gothenburg University, Sahlgrenska University Hospital, Gothenburg, Sweden,* [2]*Research Group Epidemiology of Chronic Diseases, Department of Community Medicine, Faculty of Health Sciences, UiT The Arctic University of Norway, Tromsø, Norway,* [3]*Department of Women's and Children's Health, Division of Obstetrics and Gynecology, Karolinska Insitute and Karolinska University Hospital, Stockholm, Sweden,* [4]*Department of Obstetrics and Gynecology, University of Helsinki and Helsinki University Hospital, Helsinki, Finland, and* [5]*Department of Obstetrics and Gynecology, Faculty of Health Sciences, Rigshospitalet University Hospital, University of Copenhagen, Copenhagen, Denmark*

**Key words**
Contraceptive use, oral contraceptives, hormonal contraception, long-acting reversible contraception, intrauterine devices

**Correspondence**
Ingela Lindh, Department of Obstetrics and Gynecology, Sahlgrenska University Hospital, 416 85 Gothenburg, Sweden.
E-mail: ingela.lindh@vgregion.se

**Conflict of interest**
We declare that within the last three years, I.L. has received compensation from Bayer AG and MSD for lectures and participation in an Actavis Advisory Board; K.G.D. has served ad hoc on advisory boards or as invited speaker for Bayer AG, Merck/MSD, Actavis, HRA-Pharma, and Gideon Richter; O.H. has served ad hoc on advisory boards or as invited speaker for Bayer AG, MSD, Actavis and Gideon Richter; F.E.S. and H.H. have nothing to disclose; I.M. has received compensation from Bayer AG, Gideon Richter and Actavis for lectures and participation in Advisory Boards; Ø.L. has received honoraria for presentation/lectures in pharmacoepidemiologic issues. None of the authors, their spouses, partners or children has any financial interests relevant to the submitted work.

Please cite this article as: Lindh I, Skjeldestad FE, Gemzell-Danielsson K, Heikinheimo O, Hognert H, Milsom I, et al. Contraceptive use in the Nordic countries. Acta Obstet Gynecol Scand 2017; 96:19–28.

Received: 11 April 2016
Accepted: 19 October 2016

DOI: 10.1111/aogs.13055

## Abstract

*Introduction.* The aim was to compare contraceptive use in the Nordic countries and to assess compliance with recommendations from the European Medicines Agency regarding the use of combined oral contraception containing low-dose estrogen and levonorgestrel, norethisterone or norgestimate. *Material and methods.* Data on hormonal contraceptive prescriptions and sales figures for copper intrauterine devices were obtained from national databases and manufacturers in Denmark, Finland, Iceland, Norway and Sweden in 2010–2013. *Results.* Contraceptive use was highest in Denmark (42%) and Sweden (41%), followed by Finland (40%). Combined oral contraception was the most used method in all countries, with the highest use in Denmark (26%). The second most used method was the levonorgestrel-releasing intrauterine system, with the highest use in Finland (15%) and ≈10% in the other countries. Copper intrauterine devices (7%) and the progestin-only pill (7%) were most often used in Sweden. Combined oral contraception use decreased with increasing age and levonorgestrel-releasing intrauterine system and progestin-only pills use increased. The use of long-acting reversible methods of contraception (=levonorgestrel-releasing intrauterine system, copper intrauterine devices, and implants) increased with time and was highest in Sweden (20%) and Finland (18%). The highest use of European Medicines Agency recommended combined oral contraception was in Denmark, increasing from 13 to 50% between 2010 and 2013. In Finland, recommended combined oral contraception remained below 1%. *Conclusions.* Contraceptive use was highest in Denmark and Sweden, levonorgestrel-releasing intrauterine system use was highest in Finland and all long-acting methods were most common in Sweden. The use of combined oral contraception recommended by the European Medicines Agency was highest in Denmark.

**Abbreviations:** LARC, long-acting reversible methods of contraception; COC, combined oral contraception; Cu-IUD, copper intrauterine devices; LNG-IUS, levonorgestrel-releasing intrauterine system.

© 2016 Nordic Federation of Societies of Obstetrics and Gynecology, 

## Introduction

Numerous factors influence contraceptive use, such as accessibility to family planning facilities, social policy, religion, education, costs and age (1). Perception of possible physical and psychological effects may influence individual choices of contraceptive methods (2). The most commonly used methods in developed countries are oral contraceptives and condoms, whereas intrauterine contraception is the most commonly used reversible long-acting method globally according to the United Nations 2013 (3).

In England, user-dependent methods (oral contraceptives, patches and condoms) have been reported to account for approximately two-thirds of current contraceptive use (4). Combined oral contraception (COC) was reported to be the most common method in all age groups. However, the use of long-acting reversible methods of contraception (LARC), defined as the sum of levonorgestrel-releasing intrauterine system (LNG-IUS), copper intrauterine devices (Cu-IUD) and implants has gradually increased (4). Similar patterns have been reported from France (5). In the USA, approximately four of every five women who have been sexually active report ever having used COC and an increasing use of LARC (6).

Modern contraceptive methods are effective if used correctly (7,8). A study performed among women requesting pregnancy termination showed that one in three did not use any contraception at the time of conception because they believed they could not become pregnant (9). Another study reported that 21% of unintended pregnancies occurred while using contraceptive pills (10). Both demographic as well as behavioral factors impact on this risk, most evident in young women who may be less compliant with the use of COC and progestin-only pills as compared with LARC (8). LARC methods have been increasingly promoted as first line contraceptives, especially in highly fertile young women, due to their high efficacy and acceptability, and because daily or coital adherence are not required (11). There is thus a need to assess the current uptake of LARC methods, especially in younger women.

From 2009, new epidemiological studies demonstrated a differential risk of venous thrombosis according to type of progestin in COCs (12). The European Medicines Agency accordingly updated their recommendations on first line combined pills to be those containing levonorgestrel, norgestimate or norethisterone (13). Prescribers and other health care providers have an important role and impact on the choice of hormonal contraceptive methods. Therefore, it is of interest to assess prescription patterns in the light of the new evidence-based recommendations.

There is a general lack of comparisons of contraceptive use between countries, but it could be of importance to better understand differences in reproductive patterns. Comparisons between the Nordic countries are feasible due to the availability of national databases.

The primary aim of this study was to describe and compare contraceptive availability and use in the Nordic countries and compare usage by age in the three countries, Denmark, Norway and Sweden. A secondary aim was to assess prescribing patterns in relation to the recommendations from the European Medicines Agency (13). A third aim was to compare infrastructure parameters which may directly influence contraceptive use.

## Material and methods

The Nordic countries comprise Denmark, Finland, Iceland, Norway and Sweden. National prescription data on all different hormonal contraceptives and dosages available on the market from 2010 to 2013 were collected from the Danish Prescription Registry, the Finnish Medicines Agency, the Icelandic Medicines Agency, the Norwegian Prescription Database and the Swedish Board of Health and Welfare. Specific references for these data sources are given online as Supporting Information Appendix S1.

Only sales figures for LNG-IUS and implants in Finland were available from the manufacturers (Bayer Healthcare AG and Merck/MSD). An attempt was made to ascertain sales figures for Cu-IUD. In the Nordic countries the Nova-T® IUD dominates. Sale figures of the Nova-T® Cu-IUD were obtained for the five countries from the manufacturer (Bayer Healthcare AG). It was not possible to obtain data from other possible minor suppliers nor Cu-IUD use by age.

It was only possible to assess the distribution of hormonal contraceptive methods by age in Denmark, Norway and Sweden. We provided information on sold packages of different types of contraceptives in defined daily doses. Contraceptive use of COC, progestin-only pills, patch, vaginal ring and medroxyprogesterone-acetate

### Key Message

Contraceptive use was highest in Denmark and Sweden. The highest use of combined oral contraceptives was seen in Denmark, LNG-IUS use was highest in Finland and all long-acting reversible methods were most common in Sweden. The highest use of combined oral contraceptives recommended by the European Medicines Agency was in Denmark.

depot was expressed as defined daily doses per 100 women in relevant age groups. Total rates were calculated as total use per 100 women aged 15–49 years.

We set the mean duration of use of Cu-IUD and the LNG-IUS to be four years. In the same manner we calculated the equivalent mean duration of implant use to be two years, since these duration periods have been reported previously (14).

Comparisons were made between the use of COC recommended as first line treatment by the European Medicines Agency, which are low-dose combined pills containing levonorgestrel, norethisterone or norgestimate, and other forms of combined hormonal contraceptive products which are those containing etonogestrel, norelgestromin, drospirenone, gestodene, desogestrel, chlormadinone, dienogest or nomegestrol (13).

Information regarding sold packages of emergency contraceptive pills containing 30 mg ulipristal acetate or 1.5 mg levonorgestrel for the years 2010–2013 was collected and expressed as the number of yearly sold packages per 100 women aged 15–49 years for each country. Condom sales in four of the Nordic countries were collected from the Swedish Association for Sexuality Education and in Iceland from the Icelandic Association for Sexual and Reproductive Health-IPPF. Use of less reliable contraceptive methods such as avoiding fertile days and coitus interruptus was not estimated.

Demographic data for the Nordic countries for the year 2013 was obtained from the site Facts about the Nordic countries and information about sex education, financial assistance, prescribers, etc., was collected from each Nordic country.

In these pure descriptive assessments, no confidence limits were calculated for the country-specific rates, due to both large sample sizes making even small differences highly significant, and to the complete national data from each country, making such calculations redundant.

Data were collected with permission from the respective national bodies for Denmark and Norway. In Finland, Iceland and Sweden no permission was needed, as this information is publicly available from the national bodies in those countries. Patients were not directly involved in the study since only aggregated data at group-level was used. No ethical permission and consent was therefore needed. This procedure is in accordance with the ethical standards of the Nordic countries regarding the use of national registers. For Norway, the board of the Norwegian Prescription Database reviewed the protocol and gave permission to use the data. Studies using anonymous data from nationwide registers are exempted by Norwegian legislation from institutional regulatory board approvals and written informed consent from the patients. Permission was obtained in Denmark from the Danish Data Protection Agency (Datatilsynet, j. no. 2010-41-4778).

## Results

### *Demographic data*

The fertility rate was highest in Iceland and Sweden and lowest in Denmark and Finland (Table 1). The average income was higher in Norway than in the other Nordic countries. The percentage of people born abroad was highest in Sweden (15%) and lowest in Finland (5%) (Table 1).

### *Contraceptive use*

The use of hormonal contraception was assessed in 5.8 million women of reproductive age in the five countries. There were only minor differences between the Nordic countries in the available types of hormonal contraceptives according to estrogen dose, progestogen type and route of administration (Table 2). In all countries there was a slight increase in hormonal contraceptive use from 2010 to 2013 (Figure 1). Finland and Denmark had the highest rate of overall hormonal contraceptive use, increasing from 38 to 40%; Iceland has the lowest use (30–31%) (Figure 1).

Combined oral contraception was the most commonly used method in all five countries during 2010–2013; COC use was highest in Denmark followed by Iceland, Finland, Norway and Sweden. The second most used method was LNG-IUS, where Finland was the country with the highest use in all four years (14–15%), followed by the other four countries with approximately 10% use. Progestin-only contraception and implants were most frequently used in Sweden (Figure 1).

Figure 2 shows the use and distribution of hormonal methods in Denmark, Norway and Sweden by age in 2013. The proportion of combined hormonal contraceptive users was highest among teenagers and young adults, and decreased successively with increasing age. For all age groups, Denmark had highest use of hormonal methods. The decrease in COC use by age was partly compensated by an increasing use of LNG-IUS, especially after the age of 30 years in all three countries (Figure 2). Sweden had a continuously higher use of progestin-only pills compared with the other countries.

The mean annual sales of condoms for these years was estimated to be 10 million for Denmark, 11 million for Finland, 0.5 million for Iceland, 13 million for Norway and 20 million for Sweden.

**Table 1.** Demographic data for the Nordic countries 2013.

| | Denmark 🇩🇰 | Finland 🇫🇮 | Iceland 🇮🇸 | Norway 🇳🇴 | Sweden 🇸🇪 |
|---|---|---|---|---|---|
| Female population 15–49 years | 1 263 405 | 1 162 401 | 76 938 | 1 173 586 | 2 137 607 |
| Female population (%) | | | | | |
| 15–19 years | 13.8 | 13.5 | 14.4 | 13.5 | 12.8 |
| 20–24 years | 14.0 | 14.3 | 15.3 | 14.1 | 15.2 |
| 25–29 years | 12.6 | 14.3 | 14.4 | 13.9 | 13.9 |
| 30–34 years | 12.9 | 14.4 | 14.6 | 13.9 | 13.5 |
| 35–39 years | 14.7 | 13.8 | 13.6 | 14.3 | 14.2 |
| 40–44 years | 15.3 | 13.8 | 13.2 | 15.6 | 14.8 |
| 45–49 years | 16.7 | 15.9 | 14.4 | 14.8 | 15.6 |
| Fertility rate[a] | 1.7 | 1.7 | 1.9 | 1.8 | 1.9 |
| Educational level[b] | | | | | |
| Primary (%) | 29 | 27 | 36 | 25 | 20 |
| Secondary (%) | 40 | 42 | 35 | 40 | 51 |
| Post-secondary (%) | 26 | 30 | 28 | 31 | 28 |
| Average income[c] | 19 108 | 19 116 | 19 434 | 27 037 | 19 601 |
| Persons born abroad (%) | 10.9 | 5.3 | 11.0 | 13.1 | 15.4 |

[a]Fertility rate is the number of births per woman over her lifetime if the experienced current age-specific birth rates were kept unchanged.
[b]Educational level among persons aged 15–74, both male and female.
[c]Average income expressed as equalized median income in PPS (purchasing power standards)/Euro in the total population (Swedish figures from 2012).

**Table 2.** Hormonal contraception available in the Nordic countries grouped according to estrogen dose, progestogen type and route.

| Gestagen | Norethisterone | Levonorgestrel | Norgestimate | Desogestrel / Etonogestrel | Gestodene | Drospirenone | Cyproterone acetate | MPA | Lynestrenol | Dienogest / Nomegestrol |
|---|---|---|---|---|---|---|---|---|---|---|
| **COMBINED METHODS** | | | | | | | | | | |
| Oral EE 30-40 µg | 🇩🇰 🇮🇸 🇳🇴 🇸🇪 | 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | 🇩🇰 🇫🇮 🇸🇪 | 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | 🇩🇰 🇫🇮 🇮🇸 | 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | 🇩🇰 🇫🇮 | | | |
| Oral EE 15-20 µg | | 🇩🇰 🇮🇸 | | 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | 🇩🇰 🇫🇮 🇮🇸 | 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | | | | |
| Non-oral EE | | | Patch 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | Ring 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | | | | | | |
| Oral E2 | | | | | | | | | | 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 |
| **PROGESTIN-ONLY METHODS** | | | | | | | | | | |
| Oral | 🇫🇮 🇳🇴 🇸🇪 | 🇫🇮 | | 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | | | | | 🇸🇪 | |
| Non-oral | | Implant 🇫🇮 IUS 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | | Implant 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | | | | Inj. 🇩🇰 🇫🇮 🇮🇸 🇳🇴 🇸🇪 | | |

🇩🇰 = Denmark; 🇫🇮 = Finland; 🇮🇸 = Iceland; 🇳🇴 = Norway; 🇸🇪 = Sweden.
MPA = medroxyprogesterone acetate; EE = ethinyl estradiol; E2 = estradiol; Ijn = depot provera; IUS = intrauterine system.




COC, combined oral contraceptive; POP, progestogen-only pill; Injection, Depot medroxyprogesterone acetate; LNG-IUS, levonorgestrel intrauterine system; Cu-IUD, Copper intrauterine device.

**Figure 1.** Contraceptive use among women aged 15–49 years in the Nordic countries 2010–2013 (above) and distribution among users (below).

### *Long-acting reversible contraception*

The use of LARC increased successively over time in all countries except Norway. The highest use of LARC in 2013 was in Sweden (20%) and the lowest use (10%) in Iceland (Figure 1). The percentage use of LNG-IUS and Cu-IUS varied respectively from 15 and 1% in Finland, to 11 and 7% in Sweden (Figure 1).

### *Use of combined products grouped according to current recommendations*

A substantial change in the use of combined products recommended by the European Medicines Agency was observed in Denmark between 2010 (13%) and 2013 (50%). In Finland, non-recommended products were used almost exclusively throughout the study period. The share of the recommended products increased in Iceland and in Norway, contrasting with a slight decrease in Sweden (Figure 3).

### *Emergency contraceptive pill*

The country with the highest use of emergency pills was Norway, with 13.5 sold packages/100 women aged 15–49 years in 2010, which decreased to 12.6 sold packages/100 women in 2013. In Sweden, 11.1 sold packages/100 women were reported for 2013. The lowest use was




COC, Combined Oral Contraceptives; POP, Progestogen-only Pill; Injection, Depot medroxyprogesteronacetate; LNG-IUS, levonorgestrel intrauterine system

**Figure 2.** Hormonal contraceptive use among women in Denmark, Norway and Sweden 2013 (above) and distribution among users (below) both grouped according to age.

in Denmark, with 8.2 sold packages/100 women. All countries had a slight decrease in the use of emergency pills during the period 2010–2013.

### *Possible factors influencing contraceptive use*

Sex education and education in contraceptive methods are provided in all five countries but are only obligary in school according to law in Denmark, Finland and Iceland (Table 3). In two of the Nordic countries, midwives, in addition to doctors, are certified to prescribe contraceptives and in Sweden 80% of all contraceptive prescriptions are provided by midwives. In Norway, midwives/public health nurses were allowed to prescribe some contraceptives to teenagers during the study period (Table 3). Some degree of financial assistance with the cost of contraception is provided in Finland, Norway and Sweden. Denmark and Iceland have no subvention at all with regard to contraception. There were also some differences between countries regarding the availability of clinical guidelines (Table 3).

## Discussion

In the Nordic countries, the use of contraception in women 15–49 years was highest in Denmark and Sweden followed by Finland. Denmark had the highest use of COC and LNG-IUS was most commonly used in Finland.




**Figure 3.** Use of combined hormonal contraception in the Nordic countries 2010–2013 grouped according to European Medicines Agency (EMA) recommendations (above) and distribution among users (below).

In Denmark, Norway and Sweden, COC was the most used method among teenagers and young adults. Denmark tripled the use of recommended combined products during the study period, whereas Finland had a continued very low level of products recommended by the European Medicines Agency.

The main strength of this study was the use of National register data including all redeemed prescriptions of hormonal contraception from the five Nordic countries. The vast majority of women had repeat prescriptions, suggesting real use. Furthermore, there is no evidence to suggest that this potential bias differs between the countries. Female and male sterilization has decreased in recent years in Norway (15). Data on sterilizsations were not available in all Nordic countries and were therefore not included. It was not possible in this study to obtain information about the use of less compliant methods such as condoms and natural methods.

The use of contraception was remarkably stable for each country over the four years. As in the Nordic countries, a relatively high user rate of COC has been reported in England, France, and the USA (10,16–19). Oral contraceptives were also the primary method for 47% of women in England (4).

The use of the LNG-IUS and Cu-IUD was lower in England (4%/5%) and in the USA (6%/6%) compared with the Nordic countries (19,20). Finland was the first country to introduce the LNG-IUS in 1990, and this type

**Table 3.** Possible factors influencing the use of contraception in the Nordic countries 2010–2013.

| | Denmark | Finland | Iceland | Norway | Sweden |
|---|---|---|---|---|---|
| Education about sex and contraception | | | | | |
| Provided in schools | Yes | Yes | Yes | Yes | Yes |
| Is it compulsory according to law | Yes | Yes | Yes | No | No |
| Subvention of contraceptives | | | | | |
| Oral contraceptives/POP | No | Differs | No | 16–19 years | <20 years |
| If yes, | – | Often free first 3 months | – | €11.5/3 months | €11/year |
| Intrauterine device with copper | No | Differs | No | No | Free |
| Intrauterine device with levonorgestrel | No | Differs | No | No | <20 years |
| If yes, | – | In some communities | – | – | €11/year |
| Who prescribes contraception | | | | | |
| General practitioners | Yes 90% | Yes | Yes | Yes | Yes 5% |
| Gynecologists | Yes 10% | Yes | Yes | Yes | Yes 15% |
| Midwives | No | First 3 months[a] | No | 16–19 years[b] | Yes 80% |
| Nurses | No | First 3 months[a] | No | 16–19 years[b] | No |
| Recent revisions of laws | No | No | No | 2006 | 1975 |
| Official guidelines/recommendation | Yes 2012 | No | No | Yes 2006 | Yes 2005 |

POP, progestogen-only pill.
[a]Midwives/nurses are allowed to provide a starting package of 3 months oral contraception.
[b]Midwives/nurses are allowed to prescribe to women between 16 and 19 years.

of IUD has steadily increased its share, now accounting for more than 80% of all inserted IUDs in Finland.

Improved uptake of LARC may decrease the number of unintended pregnancies and induced abortions (8,11). In the USA, the proportion of LARC increased from 2.4% in 2002 to 8.5% in 2009 (21). The European use of LARC has been estimated to be approximately 10% (22). According to this Nordic study, the highest use of LARC was recorded in Sweden (20%) and Finland (18%), where the highest and lowest pregnancy termination rates have also been reported by the National Institute for Health and Welfare 2013.

A contributing explanation for the differences in pregnancy termination rates between the countries could be differences in user-dependent methods or less compliant methods such as condoms and natural methods, not assessed in this study. The greater use of progestin-only pills in Sweden compared with the other countries could have been influenced by media, which in Sweden frequently has reported on the potential risk of venous thrombosis with combined products, influencing women as well as the prescribing midwives to limit the use of these products (23). It has been suggested that progestin-only pills may imply poorer bleeding control and lower continuation rates as compared with combined products, which may increase unplanned pregnancies (23). In the Nordic countries, the majority of contraceptives are prescribed by general practitioners and gynecologists, except in Sweden, where midwives are responsible for the majority of prescriptions and often have little or no support for their decisions from doctors.

In Finland, the first LARC is provided free of charge in a few communities. In Sweden, LNG-IUS and implants are subsidized up to the age of 25 years, and Cu-IUD is (with a few exceptions) free of charge.

The 3rd National Survey of Sexual Attitudes and Lifestyles (Natsal-3) performed in the UK suggests the reported lower proportion of unplanned pregnancies may have been due to improved contraceptive services, subsidization of contraception, and that abortion has become more readily available (24). The effect of free contraception has been seen in other studies (25,26). Surprisingly, Denmark, with no financial subvention of contraception at all, had the highest use of contraception among the Nordic countries. Similarly, no change was observed in the frequency of pregnancy termination in Scotland after making emergency contraception free of charge in 2008 (27).

Easier access to emergency contraception is expected to decrease the risk of unintended pregnancies but according to a Norwegian study in 2007, when emergency contraception sales were increased in Norway no change in the rates of pregnancy termination was observed (28). The use of emergency contraception may also reflect non-use of reliable contraceptive methods or non-compliance with oral contraceptives. In all the Nordic countries, the use of emergency contraception was largely unchanged through the study period. The highest use was reported from Norway, which in turn had the lowest overall use of regular contraception.

One of the aims of this study was to assess prescribing patterns according to the recommendations from the European Medicines Agency. Since 2009, several

 © 2016 Nordic Federation of Societies of Obstetrics and Gynecology, 

studies have demonstrated a risk of venous thrombosis which is about twice as high in users of low-dose COC containing desogestrel, gestodene or drospirenone as in users of low-dose COC containing levonorgestrel (29,30). Based on the increasing scientific evidence regarding a differential risk of thromboembolism with combined products with different progestins, updated recommendations for starters of combined products were published by the Medical Products Agency in Sweden, Norway and Denmark, followed by letters sent out by the health authorities to all doctors and midwives recommending the low-risk products as first choice. In contrast, Finland and Iceland still have no national guidelines on contraceptive use. In 2012, a Nordic survey recommended low-dose combined products containing levonorgestrel or norgestimate as first choice (12). The European Medicines Agency came out with updated recommendations in 2013 (13). These recommendations have been challenged by some experts. These different messages from experts have probably had an influence on the interpretation of the new scientific evidence and thereby on the clinical practice in the different countries.

This study describes and compares the pattern of contraceptive use in the Nordic countries from 2010 to 2013, and reveals differences in contraceptive practice between these countries. Contraceptive use was relatively stable during the study period, but there was an increase in the use of LARC, especially in Sweden. The use of combined hormonal contraceptive products was more common in Denmark, whereas Finland had a greater use of LNG-IUS and Sweden a higher use of progestin-only pills and Cu-IUD. There were differences in adherence to European Medicines Agency recommendations regarding the use of combined products between the countries. Further studies regarding factors influencing prescribers and women's choice are necessary to improve contraceptive use and to prevent unplanned pregnancies.


## Acknowledgments

We thank Anastasios Pantelis (Sweden) and Mimir Arnorsson (Iceland) for their expertise in statistical programming and Professor Sóley S. Bender, Reykjavik, Iceland, and Charlotte Wessel Skovlund, Copenhagen, Denmark for data.

## Funding

The study was supported by a National LUA/ALF grant GBG3050 and grants from the Gothenburg Medical Society, Hjalmar Svensson's Fund, and the University of Gothenburg.


## References


1. Wellings K. Trends in sexual behaviour. In: Glasier A, Wellings K, Critchley H (eds). Contraception and contraceptive use. London: RCOG Press, 2005. pp. 12–8.
2. ESHRE Capri Workshop Group. Non-contraceptive health benefits of combined oral contraception. Hum Reprod Update. 2005;11:513–25.
3. United Nations. World Contraceptive Pattern 2013. Available online at: http://www.un.org/en/development/desa/population/publications/pdf/family/worldContraceptivePatternsWallChart2013.pdf (accessed October 2013).
4. NHS Contraceptive Services England, 2013–14. Available online at: http://www.hscic.gov.uk/catalogue/PUB15746/nhs-cont-serv-comm-cont-clin-eng-13-14-rep.pdf (accessed October 30, 2014).
5. Population and Societies September 2012. Available online at: https://www.ined.fr/fichier/s_rubrique/19160/pesa492.en.pdf (accessed September 2012).
6. Guttmacher Institute. Contraceptive use in the United States. 2016. Available online at: http://www.guttmacher.org/pubs/fb_contr_use.html (accessed September 2016).
7. Moreau C, Trussell J, Rodrigues G, Bajos N, Bouyer J. Contraceptive failure rate in France. Results from a population based survey. Hum Reprod. 2007;22:2422–7.
8. Trussell J. Contraceptive failure in the United States. Contraception. 2011;83:397–404.
9. Larsson M, Aneblom G, Odlind V, Tydén T. Reasons for pregnancy termination, contraceptive habits and contraceptive failure among Swedish women requesting an early pregnancy termination. Acta Obstet Gynecol Scand. 2002;81:64–71.
10. Kopp Kallner H, Thunell L, Brynhildsen J, Lindeberg M, Gemzell Danielsson K. Use of contraception and attitudes towards contraceptive use in Swedish women – a nationwide survey. PLoS ONE. 2015;10:e0125990.
11. Blumenthal PD, Voedisch A, Gemzell-Danielsson K. Strategies to prevent unintended pregnancy: increasing use of long-acting reversible contraception. Hum Reprod Update. 2011;17:121–37.
12. Lidegaard Ø, Milsom I, Geirsson RT, Skjeldestad FE. Hormonal contraception and venous thrombosis. Acta Obstet Gynecol Scand. 2012;91:769–78.
13. European Medicines Agency. Benefits of combined hormonal contraceptives (CHC) continue to outweigh risks – CHMP endorses PRAC recommendation. EMA/709120/2013. 2013. Available online at: http://www.ema.europa.eu/ema/index.jsp?curl=pages/news_and_events/news/2013/11/news_detail_001969.jsp&mid=WC0b01ac058004d5c1 (accessed November 22, 2013).
14. Cea Soriano L, Wallander MA, Andersson S, Filonenko A, Garcia Rodriguez LA. The continuation rates of long-acting reversible contraceptives in UK general practice using data from The Health Improvement Network. Pharmacoepidemiol Drug Saf. 2015;24:52–8.

15. Bakken IJ, Skjeldestad FE, Schøyen U, Husby MG. Strong decline in female sterilization rates in Norway after the introduction of a new copayment system: a registry based study. BMC Womens Health. 2007;7:12.
16. Lindh I, Ellstrom AA, Blohm F, Milsom I. A longitudinal study of contraception and pregnancies in the same women followed for a quarter of a century. Hum Reprod. 2010;25:1415–22.
17. Jones J, Mosher WD, Daniels K. Current contraceptive use in the United States, 2006–2010, and changes in patterns of use since 1995. Natl Health Stat Report. 2012;60:1–25.
18. Wilson NM, Laursen M, Lidegaard Ö. Oral contraception in Denmark 1998–2010. Acta Obstet Gynecol Scand. 2012;91:810–5.
19. Cea Soriano L, Garcia Rodriguez LA, Machlitt A, Wallander MA. Use of prescription contraceptive methods in the UK general population: a primary care study. BJOG. 2014;121:53–60; discussion 60–1.
20. Daniels K, Daugherty J, Jones J. Current contraceptive status among women aged 15–44: United States, 2011–2013. NCHS Data Brief. 2014;173:1–8.
21. Finer LF, Jerman J, Kavanaugh ML. Changes in use of long-acting contraceptive methods in the United States, 2007–2009. Fertil Steril. 2012;98:893–7.
22. Haimovich S. Profile of long-acting reversible contraception users in Europe. Eur J Contracept Reprod Health Care. 2009;14:187–95.
23. Josefsson A, Wiréhn A, Lindberg M, Foldemo A, Brynhilden J. Continuation rates of hormonal contraceptives in a cohort of first-time users: a population-based registry study, Sweden 2005–2010. BMJ Open. 2013;3:e003401.
24. Wellings K, Jones KG, Mercer CH, Tanton C, Clifton S, Datta J, et al. The prevalence of unplanned pregnancy and associated factors in Britain: findings from the third National Survey of Sexual Attitudes and Lifestyles (Natsal-3). Lancet. 2013;382:1807–16.
25. Peipert JF, Madden T, Allsworth JE, Secure GM. Preventing unintended pregnancies by providing no-cost contraception. Obstet Gynecol. 2012;120:1291–7.
26. Roehr B. Free birth control cuts rates of unwanted pregnancies and abortions in the US. BMJ. 2012;345:e6763.
27. Cameron ST, Gordon R, Glasier A. The effect on use of making emergency contraception available free of charge. Contraception. 2012;86:366–9.
28. Pedersen W. Emergency contraception: why the absent effect on abortion rates? Acta Obstet Gynecol Scand. 2008;87:132–3.
29. Van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, Doggen CJ, Rosendaal FR. The venous thrombotic risk of oral contraceptives, effects of estrogen dose and progestagen type: results of the MEGA case-control study. BMJ. 2009;339:b2921.
30. Lidegaard Ø, Nielsen LH, Skovlund CW, Skjeldestad FE, Løkkegaard E. Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and estrogen doses: Danish cohort study 2001–9. BMJ. 2011;343:d6423.

## Supporting information

Additional Supporting Information may be found in the online version of this article:

**Appendix S1.** Reference list for data sources.

 © 2016 Nordic Federation of Societies of Obstetrics and Gynecology,