# Exhibit 45

*The European Journal of Contraception and Reproductive Health Care, 2015; 20: 57–63*

# Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel-releasing intrauterine system and a copper intrauterine device for up to ten years of use

Waleska Modesto, Priscila de Nazaré Silva dos Santos, Vinicius Machado Correia, Luiza Borges and Luis Bahamondes

Human Reproduction Unit, Department of Obstetrics and Gynaecology, School of Medical Sciences and the National Institute of Hormones and Women's Health, University of Campinas (UNICAMP), Campinas, SP, Brazil

ABSTRACT

**Background and objective** Data on record regarding weight variation in depot-medroxyprogesterone acetate (DMPA) and levonorgestrel-releasing intrauterine system (LNG-IUS) users are controversial. To date, no studies have yet evaluated weight variation in DMPA and LNG-IUS users in up to ten years of use compared to non-hormonal contraceptive users.

**Materials and methods** A retrospective study analysed weight variations in 2138 women using uninterruptedly DMPA (150 mg intramuscularly, three-monthly; $n = 714$), the LNG-IUS ($n = 701$) or a copper-intrauterine device (Cu-IUD; $n = 723$).

**Results** At the end of the first year of use, there was a mean weight increase of 1.3 kg, 0.7 kg and 0.2 kg among the DMPA-, LNG-IUS- and Cu-IUD users, respectively, compared to weight at baseline ($p < 0.0001$). After ten years of use, the mean weight had risen by 6.6 kg, 4.0 and 4.9 kg among the DMPA-, LNG-IUS- and Cu-IUD users, respectively. DMPA-users had gained more weight than LNG-IUS- ($p = 0.0197$) and than Cu-IUD users ($p = 0.0294$), with the latter two groups not differing significantly from each other in this respect ($p = 0.5532$).

**Conclusion** Users of hormonal *and* non-hormonal contraceptive methods gained a significant amount of weight over the years. DMPA users gained more weight over the treatment period of up to ten years than women fitted with either a LNG-IUS or a Cu-IUD.

KEYWORDS Weight; Levonorgestrel-releasing intrauterine system; Depot-medroxyprogesterone acetate; Copper IUD

Correspondence: Luis Bahamondes, Caixa Postal 6181, 13084-971, Campinas, SP, Brazil. Tel: +55 19 3289 2856. Fax: +55 19 3289 2440. E-mail: bahamond@caism.unicamp.br

© 2014 The European Society of Contraception and Reproductive Health
DOI: 10.3109/13625187.2014.951433

## INTRODUCTION

Weight gain in women is usually considered a consequence of ageing, while the epidemic of obesity that prevails in many countries today may be attributed to high calorie intake and sedentariness[1,2]. Nevertheless, a common complaint and often a reason for discontinuation among users of hormonal contraceptives is that the contraceptive method in use induces weight gain, despite the fact that several studies have shown no cause-effect relationship between these factors[3]. Yet, weight gain or weight variations in users of the injectable contraceptive depot-medroxyprogesterone acetate (DMPA) remain a subject of debate[4]. One randomised clinical trial (RCT) led to a weight gain of 4 to 13 kg in DMPA users after the first year of treatment[5] whereas other short-term studies failed to objectively show any weight gain after one year of use[6,7].

A weight increase is also observed in users of non-hormonal contraceptive methods. Women wearing a copper-intrauterine device (Cu-IUD) reportedly gained 0.6 kg/year over seven years of use[8]. Mean increases ranging from 1.8 to 4.9 kg were recorded at three and five years of uninterrupted use among subjects relying on this non-hormonal contraceptive, suggesting that weight gain was related to ageing[9–11].

Weight gain has also been mentioned as one of the most common complaints in users of the levonorgestrel releasing-intrauterine system (LNG-IUS)[12,13], although this grievance is not a major reason for discontinuation[12,14]. Few studies have explored weight variations in LNG-IUS users; so far no differences have been reported when compared to Cu-IUD users[15]. One team of investigators observed a mean weight gain in LNG-IUS- and Cu-IUD users of 2.9 kg and 1.4 kg, respectively, up to one year after insertion[16], while other investigators[6] recorded a weight gain of 1.0 kg in both these groups, also after one year of use. Others reported a weight gain of 3.1 kg in LNG-IUS users at five years of follow-up[10].

The use of long-acting reversible contraceptives (LARCs, including the Cu-IUD, the LNG-IUS, and contraceptive implants) and DMPA is increasing worldwide due to the high contraceptive efficacy of these methods[17]. Furthermore, women use contraceptives – whether hormonal or non-hormonal – for many years; therefore, it is important to assess weight changes affecting long-term users. We hypothesised that long-term users of DMPA, the LNG-IUS and Cu-IUD would present similar variations in weight over ten years of use. Consequently, we evaluated weight changes in three cohorts of women: users of (i) DMPA, (ii) the LNG-IUS and (iii) a Cu-IUD for up to ten years of uninterrupted use.

## MATERIALS AND METHODS

A retrospective analysis was carried out at the Human Reproduction Unit, Department of Obstetrics and Gynaecology, School of Medicine, University of Campinas (UNICAMP), Campinas, São Paulo, Brazil. The study was approved by the Ethical Committee; informed consent was not required, since the study consisted of reviewing medical charts and the data were retrieved from the charts without the women being identified.

Weight was assessed in 2138 women aged 18 to 40 years who started using one of the three contraceptives concerned in 1990 and continued relying on it uninterruptedly. Women wearing a Cu-IUD or a LNG-IUS were monitored annually at the clinic, while DMPA users attended the clinic every 90 (± 7) days to receive a new intramuscular injection of 150 mg of the progestin. The women were weighed on scales, wearing only light clothing and being bare feet. In the city of Campinas, Brazil, where the study was conducted, the weather remains fairly stable throughout the year; consequently the type of clothing worn does not tend to vary. A total of 714 women who elected to use DMPA (Depo-Provera®, Pfizer, São Paulo, Brazil), 701 who chose the LNG-IUS (Mirena®, Bayer Oy, Turku, Finland) and 723 who opted for the TCu-380A IUD (Optima®, Injeflex, São Paulo, Brazil) were evaluated. Subjects with chronic diseases including dyslipidaemia, diabetes mellitus, insulin-resistance, other metabolic syndromes, hyper- or hypothyroidism, and renal failure were excluded from the study, as well as those who had previously undergone bariatric surgery or organ transplantation. In addition, users of the LNG-IUS who elected to use the method for reasons other than contraception were also excluded.

Sample size was calculated based on the difference in weight between DMPA users and nonusers, by means of repeated measures ANOVA[11]. For an $\alpha$ error of 5% and a ß error of 20%, 700 subjects were required in each group. The final sample size power amounted to 90%. The values are presented as mean ± standard error of the

mean (SEM) for the analysis of both socio-demographic characteristics and weight. The absolute differences and percentage variations between each annual visit and baseline were compared. Repeated measures ANOVA test was not performed; for this analysis the subjects should indeed have returned for evaluation every year during the ten years of follow-up, which would have markedly reduced the sample size. Thus, for comparison between the three groups we resorted to the Kruskal-Wallis test, followed by the Mann-Whitney test. When the distribution of the data was not normal, the Kolmogorov-Smirnov test was used. Furthermore, generalised linear mixed model (GLMM) was applied for the analysis of weight variation adjusted for years of schooling and number of children. Significance was established at $p<0.05$. All analyses were performed using the SAS statistical software package, version 9.2.

## RESULTS

The medical records of 2138 women were evaluated. The main characteristics of the users of the three methods are shown in Table 1. Women being fitted with a Cu-IUD were significantly younger than those initiating use of either DMPA or a LNG-IUS, and DMPA users had less years of schooling, a lower BMI and more children when compared to users of the other two methods. Mean weight at baseline was 58.3 ± 0.5; 66.1 ± 0.5 and 62 ± 0.4 kg among DMPA-, LNG-IUS- and Cu-IUD users, respectively.

The users of all three contraceptives experienced an increase in weight over the ten years of observation. At the end of the first year of use, women treated with DMPA had gained on average 1.3 ± 0.2 kg, which was significantly greater than the increases experienced by the women fitted with a LNG-IUS or a Cu-IUD (0.7 ± 0.2 kg, $p=0.0209$, and 0.2 ± 0.2 kg, $p<0.0001$, respectively). After two years of use, the mean weight gain was 2.3 ± 0.3 kg among DMPA users, compared to 1.2 ± 0.3 kg and 0.3 ± 0.3 kg in LNG-IUS- ($p<0.0001$) and Cu-IUD users ($p<0.0001$), respectively. After ten years of use, the mean weight increase among DMPA users was 6.5 ± 0.6 kg, compared to 4.0 ± 1.0 kg and 4.9 ± 0.6 kg in women wearing a LNG-IUS ($p=0.0148$) or a Cu-IUD ($p=0.0350$), respectively (Table 2). A secondary analysis (Table 3) showed that – among subjects who relied on their chosen contraceptive method uninterruptedly for three years – only those treated with DMPA had experienced a significant weight gain when compared to those wearing a LNG-IUS ($p=0.0197$) or a Cu-IUD ($p=0.029$). The power of the sample at the end of ten years of evaluation was 90%.

## DISCUSSION

Our study shows that the weight of the women assessed augmented throughout the ten years of observation irrespective of whether they were using a

**Table 1** Some socio-demographic characteristics at baseline of the women in the three study groups.

| | Group | | |
|---|---|---|---|
| *Variables* | *DMPA n = 714* | *LNG-IUS n = 701* | *Copper-IUD n = 723* |
| Age at initiation of the current method, years* | 29.2 ± 0.2 | 29.9 ± 0.2 | 27.2 ± 0.2 |
| Years of schooling* | 5.61 ± 0.2 | 8.8 ± 0.1 | 6.2 ± 0.1 |
| BMI, kg/m$^2$* | 23.8 ± 0.2 | 25.9 ± 0.2 | 25.2 ± 0.1 |
| Number of children* | 2.4 ± 0.1 | 2.0 ± 0.04 | 2.0 ± 0.04 |
| Number of children, *n* (%) | | | |
| 0 | 220 (31) | 40 (6) | 4 (1) |
| 1–2 | 200 (28) | 577 (82) | 553 (76) |
| 3 or more | 294 (41) | 84 (12) | 166 (23) |

*Mean ± standard error on the mean. DMPA, depot-medroxyprogesterone acetate; LNG-IUS, levonorgestrel releasing-intrauterine system; IUD, intrauterine device; BMI, body mass index

**Table 2** Cumulative weight gain in users of DMPA, the LNG-IUS and the Cu-IUD after up to ten years of use.

| | *Weight variation, kg* | | | | | | *DMPA vs. LNG-IUS* | *DMPA vs. Cu-IUD* | *LNG-IUS vs. Cu-IUD* |
|---|---|---|---|---|---|---|---|---|---|
| *Years of use* | *DMPA users* | | *LNG-IUS users* | | *Cu-IUD users* | | | | |
| | *n* | *Mean ± SEM* | *N* | *Mean ± SEM* | *n* | *Mean ± SEM* | *p-value** | *p-value* | *p-value* |
| 1 | 675 | 1.3 ± 0.15 | 602 | 0.7 ± 0.18 | 602 | 0.2 ± 0.17 | 0.0209 | < 0.0001 | 0.1719 |
| 2 | 704 | 2.3 ± 0.16 | 666 | 1.2 ± 0.20 | 666 | 0.9 ± 0.19 | < 0.0001 | < 0.0001 | 0.6356 |
| 3 | 526 | 3.1 ± 0.21 | 537 | 2.4 ± 0.24 | 576 | 1.4 ± 0.23 | 0.0053 | < 0.0001 | 0.0418 |
| 4 | 540 | 3.5 ± 0.23 | 563 | 2.7 ± 0.27 | 625 | 1.9 ± 0.23 | 0.0017 | < 0.0001 | 0.2310 |
| 6 | 359 | 4.6 ± 0.32 | 213 | 2.5 ± 0.53 | 346 | 3.3 ± 0.36 | < 0.0001 | 0.0081 | 0.1083 |
| 8 | 184 | 4.9 ± 0.52 | 90 | 2.6 ± 0.76 | 198 | 4.2 ± 0.48 | 0.0123 | 0.2831 | 0.0735 |
| 10 | 125 | 6.6 ± 0.61 | 68 | 4.0 ± 0.97 | 154 | 4.9 ± 0.60 | 0.0148 | 0.0350 | 0.3475 |
| | *Weight variation, %* | | | | | | | | |
| 1 | 675 | 2.4 ± 0.26 | 602 | 1.2 ± 0.27 | 602 | 0.4 ± 0.27 | 0.0024 | < 0.0001 | 0.0952 |
| 2 | 704 | 4.2 ± 0.27 | 666 | 2.0 ± 0.29 | 666 | 1.5 ± 0.29 | < 0.0001 | < 0.0001 | 0.7012 |
| 3 | 526 | 5.8 ± 0.37 | 537 | 3.7 ± 0.38 | 576 | 2.3 ± 0.36 | < 0.0001 | < 0.0001 | 0.1128 |
| 4 | 540 | 6.7 ± 0.41 | 563 | 4.3 ± 0.41 | 625 | 3.2 ± 0.37 | < 0.0001 | < 0.0001 | 0.3941 |
| 6 | 359 | 8.7 ± 0.58 | 213 | 4.2 ± 0.78 | 346 | 5.6 ± 0.58 | < 0.0001 | < 0.0001 | 0.0899 |
| 8 | 184 | 9.3 ± 0.88 | 90 | 4.5 ± 1.12 | 198 | 7.1 ± 0.75 | 0.0011 | 0.0375 | 0.0699 |
| 10 | 125 | 12.1 ± 1.13 | 68 | 6.8 ± 1.37 | 154 | 7.9 ± 0.93 | 0.0027 | 0.0020 | 0.4612 |

DMPA, depot-medroxyprogesterone acetate; LNG-IUS, levonorgestrel releasing-intrauterine system; Cu-IUD, copper-intrauterine device
The groups were compared using the Kruskal-Wallis test after which the two groups were compared using the Mann-Whitney test.
*The *p*-value was adjusted by generalised linear mixed model for years of schooling and number of children.

hormonal or non-hormonal contraceptive. Cu-IUD users were included as control group and compared with women relying on hormonal contraceptives with regard to weight changes. This strategy was used by several teams of investigators who have reported an annual weight increase of 0.6 to 1.4 kg in Cu-IUD users, further rising to 1.8 kg annually after three years of use[8,9,11,16]. Those findings are similar to ours: we

**Table 3** Baseline and final weight and weight gain in users of DMPA, LNG-IUS and Cu-IUD after up to ten years of use.

| *Years of use* | *DMPA users* | | *LNG-IUS users* | | *Cu-IUD users* | | *DMPA vs. LNG-IUS* | *DMPA vs. Cu-IUD* | *LNG-IUS vs. Cu-IUD* |
|---|---|---|---|---|---|---|---|---|---|
| | *n* | *Mean ± SEM* | *n* | *Mean ± SEM* | *n* | *Mean ± SEM* | *p-value* | *p-value* | *p-value* |
| *Weight, kg* | | | | | | | | | |
| Baseline | 714 | 58.3 ± 0.5 | 701 | 66.1 ± 0.5 | 723 | 62.0 ± 0.4 | < 0.0001 | < 0.0001 | < 0.0001 |
| 10 | 125 | 66.1 ± 1.1 | 68 | 68.3 ± 1.8 | 154 | 68.4 ± 1.1 | 0.2130 | 0.0743 | 0.6731 |
| *Weight gain, kg* | | | | | | | | | |
| 10 | 125 | 6.6 ± 0.6 | 68 | 4.0 ± 0.9 | 154 | 4.9 ± 0.6 | 0.0148 | 0.0350 | 0.3475 |
| *Weight gain, %* | | | | | | | | | |
| 10 | 125 | 12.1 ± 1.1 | 68 | 6.8 ± 1.4 | 154 | 7.9 ± 0.9 | 0.0027 | 0.0020 | 0.4612 |

DMPA, depot-medroxyprogesterone acetate; LNG-IUS, levonorgestrel releasing-intrauterine system; Cu-IUD, copper-intrauterine device; SEM, standard error of the mean

observed a weight gain of 0.23 kg after one year of use and 1.36 kg three years following insertion of the Cu-IUD. There is no plausible reason why the presence of a Cu-IUD *in utero* would influence weight. Consequently, one may assume that the aforementioned weight gain is related to ageing and life circumstances, mainly sedentary life and excessive food intake. In fact, weight changes are a rarely reported reason for discontinuation of Cu-IUD use.

Reported weight changes in women wearing a LNG-IUS vary greatly. Although some complain about a weight increase during use of this method, it is not a common reason for early discontinuation. Additionally, there is no evidence that weight increase observed in women fitted with a LNG-IUS differs from that associated with the use of non-hormonal contraceptive methods[12–15]. The weight gain of 0.7 and 1.2 kg we noted at the end of the first and second years of use of the IUS, respectively, was lower than that (1.0 to 2.9 kg) described previously after one year of use[6,16]. Furthermore, the weight gain we recorded in women using the LNG-IUS was significantly lower than that experienced by DMPA-users and was not significantly different from the increase observed in Cu-IUD users over the period of evaluation. These findings are in agreement with a previous report by our group[10].

Variations in the weight of DMPA users have been extensively studied over recent years, but findings have been conflicting. Some short-term studies showed no evidence of any weight increase after 12 months of use[6,7] whereas others, following the same time interval, brought to light a mean weight gain of 1.5 kg (95% confidence interval, 1.3 to 1.7 kg)[5]. With long-term follow-up investigators recorded mean weight increases of 5.1 to 6.1 kg after three years of treatment with the progestin-only injectable[18,19], and of 4.3 to 6.3kg after five years[9,11].

Not all DMPA users experience a substantial weight gain and identifying individuals at risk of gaining excess weight may enable prevention. In this study we were unable to identify which women were at risk of extra weight gain during use. But our group recently reported that DMPA users had a mean increase of 2 kg in total fat mass and an increase of 2.2% in body fat at the end of the first year of use when compared to Cu-IUD users. It appeared that only 37% of those women gave due consideration to the counselling on healthy lifestyle habits which they had been provided with[20]. Another aspect of the present study that could be important pertains to the fact that DMPA users had a lower weight at baseline than the women from the other two groups. It is possible to argue that healthcare personnel refused to provide DMPA to women with a greater body weight; however, this is not a common practice in our clinic in which women have the right to choose the contraceptive they desire unless medically contraindicated. The finding that, over ten years of follow-up, there were no significant differences in weight gain between the LNG-IUS- and the Cu-IUD users is important: it proves the common belief that long-term use of a hormonal contraceptive *per se* is an indicator of future obesity (BMI $>$ 30 kg/m$^2$) to be wrong.

### Strengths and limitations of the study

The major strengths of the study reside in the fact that (i) the three cohorts of women were followed up for as long as ten years after initiation of their chosen method of contraception; and that (ii) the DMPA- and the LNG-IUS users were compared with those of a non-hormonal contraceptive.

This study has some limitations, the main one being its retrospective nature, which does not permit evaluation of users' nutritional or lifestyle habits, factors that may certainly influence weight over the years. According to the Brazilian Ministry of Health[21], 45% of Brazilian women are overweight or obese and this figure tends to increase in women with fewer years of schooling and with ageing. In the United States of America, 36% of adult women are obese, while in the United Kingdom obesity affects 25% of women[22,23]. The persons concerned consume excessive quantities of saturated fat and devote less time to exercise. However, the few studies that evaluated food intake in users of different hormonal contraceptives have shown no variations in food intake and no association with weight gain[4,24].

The other limitation of the present study was that many women stopped using the contraceptive method; consequently, the number of users in each group, ten years after initiation of the method, was markedly smaller than at baseline. It could be argued that the discontinuers were the women whose weight increased or those who had their menopause, thus introducing a bias in the study's results. Additionally, women treated with DMPA had fewer years of schooling than

Cu-IUD users and this could bias the final result because the lifestyles could differ and we cannot affirm that the weight increase is only method-related.

### Implications for healthcare personnel

This study may provide valuable information to healthcare professionals, allowing them to counsel users and potential new users with respect to weight changes and contraceptive use.

### Unanswered questions and future research

Prospective studies of long-term users of different contraceptive methods are needed to assess weight variations and to identify factors involved.

## CONCLUSION

The users of DMPA, the LNG-IUS and the TCu-380A IUD experienced an increase in weight over the ten years of observation. DMPA users gained more weight over ten years than women fitted with either intrauterine contraceptive.

***Declaration of interest:*** The authors report no conflicts of interest. The authors alone are responsible for the content and the writing of the paper.

The study was partially funded [grant 573747/2008-3] by the Brazilian National Research Council (CNPq). W.M. and V.M.C. each received a grant from the *Fundação de Amparo à Pesquisa do Estado de São Paulo* (FAPESP) [grants # 2011/01554-4 and 2013/03590-3, respectively].

## REFERENCES

1. Caballero B. The global epidemic of obesity: An overview. *Epidemiol Rev* 2007;29:1–5.
2. May AM, Romaguera D, Travier N, *et al.* Combined impact of lifestyle factors on prospective change in body weight and waist circumference in participants of the EPIC-PANACEA study. *PLoS One* 2012;7:e50712.
3. Lopez LM, Edelman A, Chen M, *et al.* Progestin-only contraceptives: Effects on weight. *Cochrane Database Syst Rev* 2013;2:7.
4. Le YC, Rahman M, Berenson AB. Early weight gain predicting later weight gain among depot medroxyprogesterone acetate users. *Obstet Gynecol* 2009;114: 279–84.
5. Said S, Omar K, Koetsawang S, *et al.* A multicentred phase III comparative trial of depo-medroxyprogesterone acetate given three-monthly at doses of 100 mg or 150 mg. 1. Contraceptive efficacy and side effects. World Health Organization Task Force on Long-Acting Systemic Agents for Fertility Regulation. Special Programme of Research, Development and Research Training in Human Reproduction. *Contraception* 1986; 34:223–35.
6. Vickery Z, Madden T, Zhao Q, *et al.* Weight change at 12 months in users of three progestin-only contraceptive methods. *Contraception* 2013; 88:503–8.
7. Nault AM, Peipert JF, Zhao Q, *et al.* Validity of perceived weight gain in women using long-acting reversible contraception and depot medroxyprogesterone acetate. *Am J Obstet Gynecol* 2013;208:1–8.
8. Hassan DF, Petta CA, Aldrighi JM, *et al.* Weight variation in a cohort of women using copper IUD for contraception. *Contraception* 2003;68:27–30.
9. Bahamondes L, Castillo S Del, Tabares G, *et al.* Comparison of weight increase in users of depot medroxyprogesterone acetate and copper IUD up to 5 years. *Contraception* 2001;64:223–25.
10. Yela DA, Monteiro IM, Bahamondes LG, *et al.* Weight variation in users of the levonorgestrel-releasing intrauterine system, of the copper IUD and of medroxyprogesterone acetate in Brazil. *Rev Assoc Med Bras* 2006;521:32–36.
11. Pantoja M, Medeiros T, Baccarin MC, *et al.* Variations in body mass index of users of depot-medroxyprogesterone acetate as a contraceptive. *Contraception* 2010;81: 107–11.
12. Baldaszti E, Wimmer-Puchinger B, Löschke K. Acceptability of the long-term contraceptive levonorgestrel-releasing intrauterine system (Mirena): a 3-year follow-up study. *Contraception* 2003;67:87–91.
13. Sheng J, Zhang WY, Zhang JP, *et al.* The LNG-IUS study on adenomyosis: a 3-year follow-up study on the efficacy and side effects of the use of levonorgestrel intrauterine system for the treatment of dysmenorrhea associated with adenomyosis. *Contraception* 2009;79: 189–193.
14. Peipert JF, Zhao Q, Allsworth JE, *et al.* Continuation and satisfaction of reversible contraception. *Obstet Gynecol* 2011;117:1105–13.

Case 1:17-mc-02767-PAE-JLC Document 98-45 Filed 03/02/18 Page 8 of 9



15. Suhonen S, Haukkamaa M, Jakobsson T, *et al*. Clinical performance of a levonorgestrel-releasing intrauterine system and oral contraceptives in young nulliparous women: A comparative study. *Contraception* 2004;69:407–12.
16. Dal' Ava N, Bahamondes L, Bahamondes MV, *et al*. Body weight and composition in users of levonorgestrel-releasing intrauterine system. *Contraception* 2012; 86:350–3.
17. Winner B, Peipert JF, Zhao Q, *et al*. Effectiveness of long-acting reversible contraception. *N Engl J Med* 2012;366:1998–2007.
18. Clark MK, Dillon JS, Sowers M, *et al*. Weight, fat mass, and central distribution of fat increase when women use depot-medroxyprogesterone acetate for contraception. *Int J Obes (Lond)* 2005;29:1252–8.
19. Berenson AB, Rahman M. Changes in weight, total fat, percent body fat, and central-to-peripheral fat ratio associated with injectable and oral contraceptive use. *Am J Obstet Gynecol* 2009;200:329. e1–8.
20. Modesto W, Bahamondes MV, Silva Dos Santos P, *et al*. Exploratory study of the effect of lifestyle counselling on bone mineral density and body composition in users of the contraceptive depot-medroxyprogesterone acetate. *Eur J Contracept Reprod Health Care* 2014;19:244–9.
21. Ministério da Saúde, Secretaria de Vigilância em Saúde: Vigitel Brasil 2011: Vigilância de Fatores de Risco e Proteção para Doenças Crônicas por Inquérito Telefônico. (Série G. Estatística e Informação em Saúde). Brasília, 2012.
22. Rennie KL, Jebb SA. Prevalence of obesity in Great Britain. *Obes Rev* 2005;6:11–2.
23. NCHS 2012. Prevalence of obesity in the United States, 2009–2010. National Health and Nutrition Examination Survey (NCHS) Data Brief. No 82, NCHS, 2012.
24. Pelkman C. Hormones and weight change. *J Reprod Med* 2002; 47:791–4.

Copyright of European Journal of Contraception & Reproductive Health Care is the property of Taylor & Francis Ltd and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.