# Exhibit 47

ARTICLE IN PRESS

ELSEVIER

Contraception xx (2017) xxx – xxx

Contraception

Original research article

# Obesity and contraceptive use among women 20–44 years of age in the United States: results from the 2011–15 National Survey of Family Growth (NSFG)☆

William D. Mosher[a], Hannah Lantos[a,b], Anne E. Burke[a,c,*]

[a]Department of Population, Family, & Reproductive Health, Johns Hopkins Bloomberg School of Public Health, 615 N. Wolfe Street, Johns Hopkins University, Baltimore, MD. 21205

[b]Child Trends, 7315 Wisconsin Ave Suite 1200W, Bethesda, MD 20814

[c]Department of Gynecology and Obstetrics, Johns Hopkins University School of Medicine

Received 25 July 2017; revised 2 November 2017; accepted 24 November 2017

**Abstract**

**Objective:** Obesity has increased dramatically in the United States in recent decades. Our objective was to explore associations of contraceptive choices of US women, aged 20–44 years, with body mass index (BMI) and relevant covariates.

**Study design:** Data are based on interviews with a national sample of 11,300 women in the 2011–2015 National Survey of Family Growth. We analyzed women ages 20–44 at risk of unintended pregnancy. The primary dependent variable was BMI category. Covariates analyzed included age, parity, race/ethnicity, marital status, self-reported health and education. Data were analyzed via cross-tabulation and logistic regression. We determined unadjusted and adjusted odds ratios for three categories of contraceptive method: female sterilization, intrauterine device (IUD) and hormonal contraception.

**Results:** Obese women have higher odds of female sterilization (BMI 30.0–34.9 kg/m$^2$: adjusted odds ratio (aOR) = 1.96, 95% confidence interval (CI) 1.45–2.66; BMI 35.0 kg/m$^2$ and higher: aOR=1.56, 95% CI 1.13–2.14) compared to women with normal BMI. Odds of IUD use are significantly higher among women with BMI >35 kg/m$^2$ (aOR=1.64, 95% CI 1.20–2.25). Odds of hormonal contraceptive use are correspondingly reduced (aOR=0.78, 95% CI 0.62–0.98) for women in the highest BMI category.

**Conclusions:** Contraceptive use varies by BMI category even after adjusting for usual correlates of use. Differences in contraceptive use by BMI category have implications for contraceptive counseling and provision.

**Implications:** Findings that obese women are more likely to rely on female sterilization raise questions about how weight concerns and obesity affect contraceptive decision making. Future research could explore associations between obesity and contraceptive use in adolescent women.
© 2017 Published by Elsevier Inc.

*Keywords:* Contraception; Obesity; Female sterilization; IUD; National Survey of Family Growth

## 1. Introduction

Obesity and unintended pregnancy have been described as “overlapping epidemics” [1]. Just under half of reproductive-age women seeking contraception are overweight or obese [2,3], with higher obesity prevalence among black and Hispanic women [2,4]. Obese women [those with body mass index (BMI) 30 kg/m$^2$ or higher] may have higher odds of unintended pregnancy [5,6]. Concern about potential health effects or decreased efficacy may impact contraceptive choices for women who are overweight or obese [7,8].

Previous studies differ in their conclusions about associations between BMI and contraceptive use, with some finding no association and others reporting differences in use by BMI category, including more sterilization among obese women [1,9,10]. Use of long-acting reversible contraceptive (LARC) methods — which are safe and effective regardless of BMI — has steadily increased since

☆ Funding acknowledgment: Dr. Mosher is grateful for general support from the Johns Hopkins Population Center (NICHD R24HD042854). In addition, Dr. Mosher and Dr. Lantos received support from the Johns Hopkins Department of Population, Family and Reproductive Health in the summer of 2015 for the first part of this work. Dr. Burke received no financial support for this work. She receives support from Bayer for an unrelated project.

* Corresponding author.
*E-mail address:* aburke@jhmi.edu (A.E. Burke).

https://doi.org/10.1016/j.contraception.2017.11.007
0010-7824/© 2017 Published by Elsevier Inc.

ARTICLE IN PRESS



2000 among all women [11–13]. One recent study of a privately insured, primarily white population found higher LARC use among overweight and obese women [14].

We used the National Survey of Family Growth (NSFG) to investigate whether patterns of contraceptive use among US women varied by BMI category. Although most previous studies excluded sterilized women [15], we included them because sterilization is commonly reported among black women, Hispanic women and women over age 30 [13,16].

## 2. Methods

### 2.1. Study design and sample

We conducted a descriptive, cross-sectional analysis of data from the 2011–2015 NSFG conducted by the Centers for Disease Control (CDC)'s National Center for Health Statistics (NCHS). It is the preeminent data source for national estimates of pregnancy rates and contraceptive use [16,17].

The NSFG is a multistage, stratified national probability sample of men and women aged 15–44 years in the household population of the United States. We used the female sample in this analysis, which had a response rate of 73%. This sample is based on in-person interviews with 11,300 women conducted by trained female interviewers. Interviews were voluntary, and written consent was obtained [17,18]. Sensitive questions (e.g., weight, sexual behavior) were collected using Audio Computer-Assisted Self-Interviewing (ACASI), in which the respondent enters answers into a computer after reading questions on the screen and hearing them through headphones. The NSFG data collection was originally approved by NCHS/CDC and University of Michigan Institutional Review Boards; because this is a secondary data analysis, no further ethical review was necessary.

Our primary objective was to explore whether contraceptive method use differs between obese and nonobese women. Secondary objectives were to explore these relationships controlling for selected covariates.

### 2.2. Measures and analytic procedures

Analysis for this study included cross-tabulations and multivariable logistic regression. Data were analyzed using Stata version 13.1 (College Station, TX, USA). Results were weighted to adjust for the complex NSFG design using the .svy commands.

Our principal predictor variable was BMI (kg/m$^2$), based on height and weight as reported in the self-administered ACASI portion of the NSFG. Of 11,300 cases, we excluded 2479 who were younger than 20 or currently pregnant, and 146 with missing BMI data, leaving 8675. Data were analyzed by BMI category: normal weight (BMI <25.0 kg/m$^2$), overweight (25.0–29.9 kg/m$^2$), and obese (≥30.0 kg/m$^2$). Where sample size permitted, we analyzed data by obesity class: class I (BMI 30.0–34.9 kg/m$^2$) was distinguished from classes II (35.0–39.9 kg/m$^2$) and III (40.0 kg/m$^2$ or greater). The NSFG does not calculate BMI for young women ages 15–19, explaining that growth curves for children published by CDC should be used instead. These measures are not provided in the NSFG public use file, causing us to exclude women under 20 years of age [19].

### 2.3. Measurement of contraceptive use

The principal dependent variable was current contraceptive use, measured by the CONSTAT1 recoded variable. This shows contraceptive use in the month of interview. When multiple methods are reported, CONSTAT1 codes the most effective method. Like all NSFG recodes, CONSTAT1 has been extensively edited. Of 11,300 cases, 112 (just under 1%) were imputed by the NSFG staff and contractor because of missing or inconsistent data [18,20]. We further limited our sample to women at risk for unintended pregnancy, therefore excluding women who reported that they were sterile for reasons other than tubal ligation, trying to get pregnant or completely abstinent for the last 3 months. This resulted in a sample of 6562 women (Table 1).

We categorized contraceptive use based on extensive preliminary analysis as female sterilization, male sterilization, hormonal contraception, intrauterine device (IUD), condom, other and none. Female sterilization has been one of the two most common methods in the United States since at least 1982 [13,16]. We grouped pill and other systemic hormonal methods together since the number of users of methods other than the pill is relatively small. Thus, systemic hormonal methods include combined (pill, patch and ring) and progestin-only (pill, injectable and implant) contraceptives. While the levonorgestrel IUD does rely on hormonal effect, we included it in the IUD group for this analysis. Reasons for use are often different from those of systemic hormonal methods, and the contraceptive effect is primarily local/intrauterine. Male condom is shown separately because it is the third most popular method; male sterilization is shown separately because it is male controlled, is very effective, and has a distinct user profile. All "other" methods include withdrawal, calendar rhythm, temperature rhythm, periodic abstinence, diaphragm, foam, suppository or insert, jelly or cream, and anything else.

Variables of interest included demographic predictors of our outcomes, such as age, parity, marital/cohabiting status and race/ethnicity. We included self-reported health status, as reported in the ACASI self-administered part of the survey, as a predictor based on its known correlations with objective health status [21]. We conducted preliminary bivariate analyses of obesity with each of these predictors in order to explore strength of any bivariate associations and inform multivariable regression.

## 3. Results

### 3.1. Demographics and sample characteristics

Demographic and other characteristics of the 6562 women in our sample are presented in Table 1. About 40%

ARTICLE IN PRESS



Table 1
Demographic characteristics for women in the study sample

| Characteristic | All women at risk of an unintended pregnancy | |
|---|---|---|
| | N | Weighted percentage |
| BMI | | |
| <25.0 kg/m$^2$ | 2522 | 42.1 |
| 25.0–29.9 kg/m$^2$ | 1754 | 27.3 |
| 30.0–34.9 kg/m$^2$ | 1118 | 14.8 |
| 35.0 kg/m$^2$ or higher | 1168 | 15.7 |
| Self-reported General Health Status | | |
| Excellent or Very Good | 4274 | 68.3 |
| Good | 1691 | 24.2 |
| Fair or Poor | 597 | 7.5 |
| Highest education level attained | | |
| High school diploma or less | 2557 | 34.4 |
| Some college | 2257 | 33.5 |
| Bachelors' degree or more | 1748 | 32.1 |
| Marital status | | |
| Married | 2613 | 48.7 |
| Other* | 3949 | 51.3 |
| Race and ethnicity+ | | |
| Non-Hispanic White | 3244 | 60.4 |
| Non-Hispanic Black | 1387 | 13.8 |
| Hispanic (born in US) | 844 | 10.2 |
| Hispanic (born abroad) | 700 | 9.1 |
| Other | 387 | 6.6 |
| Parity | | |
| 0 | 1835 | 30.1 |
| 1 | 1337 | 17.8 |
| 2 or more | 3390 | 52.1 |
| Age | | |
| 20–24 years | 1277 | 18.7 |
| 25–34 years | 2923 | 40.6 |
| 35–44 years | 2362 | 40.7 |
| Total | **6562** | 100.0 |

were of normal or underweight BMI, 27% were overweight, and 30.5% were obese. About two thirds described their health as excellent or very good (Table 1).

### 3.2. Contraceptive use and nonuse among women at risk of unintended pregnancy

Preliminary cross-tabular and multivariate analysis indicated that parity was the best single predictor of method use, along with BMI. We therefore present data including parity and BMI in Table 2, which shows contraceptive use by four BMI categories and categories of parity.

### 3.3. Female sterilization

Female sterilization is a leading method across BMI categories. The proportion of women relying on female sterilization rose for all groups as BMI increased (reference category: BMI <25 kg/m$^2$, normal and underweight). Additionally, the proportion using female sterilization increased with parity in each BMI category, reaching more than 50% in the two highest BMI categories at parity 2 or more (p<.001).

### 3.4. Use of IUD

Approximately 10% of women reported IUD use, similar across BMI categories (p=.44). The relationship between IUD use and parity is less consistent within BMI categories than seen with sterilization. While nulliparous women were less likely to report IUD use, the highest percentages of women using IUDs were in the two highest BMI categories with parity of 1 (24% and 19%, respectively, p<.001). Overweight and obese women with two or more births were less likely to report IUD use than those with parity of 1 (p<.001).

### 3.5. Use of systemic hormonal contraception

Systemic hormonal contraceptive use was more common among women with BMI <25 kg/m$^2$, a percentage which decreased as BMI increased (Table 2). One third of women in the lowest BMI category used a hormonal method compared to 19% in the highest category (p<.001). The proportion using hormonal methods dropped sharply as parity increased in all four BMI categories (p<.001).

### 3.6. Other methods

The proportion using male sterilization, other methods and no method differed very little across categories of BMI. For example, across BMI categories, around 10% of women reported no method use (Table 2).

### 3.7. Bivariate and multivariate analysis

Table 3 shows unadjusted (ORs) and adjusted (aORs) odds ratios for covariates of interest; aORs for a given variable were adjusted for all other variables. We first predict use of female sterilization, a method to end childbearing. Then we predict use of an IUD, a method that effectively spaces or limits childbearing, and less utilized than other hormonal methods or sterilization by American women [13,15]. Finally, we predict odds of use of systemic hormonal contraceptive methods, which are typically used to delay births.

### 3.8. Female sterilization

Class I obesity (BMI 30.0–34.9 kg/m$^2$) triples unadjusted odds of sterilization (OR=3.08) and doubles the adjusted odds (aOR=1.96, p<.001) compared to the reference category of BMI <25 kg/m$^2$. Class II–III obesity (BMI 35 kg/m$^2$ or more) triples unadjusted odds of sterilization and increases adjusted odds (aOR=1.56, p<.01) (Table 3). Self-reported poorer health also increases odds of sterilization (aOR=1.48, p<.001). Odds of sterilization increase with increasing parity and age, and markedly decrease with increasing education. Odds of sterilization are also higher for black women (aOR=1.39, p<.01) (Table 3).

ARTICLE IN PRESS



Table 2
Current contraceptive use among women ages 20–44 years, at risk of unintended pregnancy, according to BMI and parity

| Parity | Sample total *N* | Total % (row) | Female sterilization | IUD | Systemic Hormonal methods | Male Condom | Male sterilization | Other methods | No method |
|---|---|---|---|---|---|---|---|---|---|
| | | | Weighted percentage (%); totals across each horizontal row add up to 100% | | | | | | |
| BMI under 25 kg/m² (underweight and normal-weight women) | | | | | | | | | |
| 0 | 936 | 100 | 1.1 | 4.7 | 55 | 19.6 | 2 | 6.9 | 10.6 |
| 1 | 508 | 100 | 4.7 | 13.1 | 31.4 | 18.6 | 3.9 | 15.7 | 12.7 |
| 2 or more | 1078 | 100 | 32.1 | 13.3 | 13.6 | 12.8 | 13 | 7.3 | 8 |
| Subtotal | **2522** | **100** | **14.9** | **9.8** | **33.3** | **16.6** | **7** | **8.6** | **9.9** |
| BMI 25.0–29.9 kg/m² (overweight women) | | | | | | | | | |
| 0 | 434 | 100 | 2.1 | 8.8 | 47.6 | 17.7 | 3.1 | 10.3 | 10.3 |
| 1 | 366 | 100 | 5.6 | 14.5 | 30.6 | 12.8 | 6.1 | 10.2 | 20.2 |
| 2 or more | 954 | 100 | 37.7 | 11.1 | 15.6 | 7.8 | 12.2 | 8.6 | 6.9 |
| Subtotal | **1754** | **100** | **22.7** | **11.1** | **26.7** | **11.3** | **8.7** | **9.4** | **10.2** |
| BMI 30.0–34.9 kg/m² obese women, class I) | | | | | | | | | |
| 0 | 222 | 100 | 2.4 | 4.3 | 43.8 | 22.3 | 2.4 | 7.3 | 17.5 |
| 1 | 221 | 100 | 12.4 | 24.4 | 30.9 | 11.8 | 1.7 | 8.4 | 10.5 |
| 2 or more | 676 | 100 | 52.2 | 9.3 | 13.9 | 6.1 | 8 | 4.3 | 6.3 |
| Subtotal | **1119** | **100** | **35** | **11.3** | **22.9** | **10.3** | **5.7** | **5.7** | **9.3** |
| BMI 35 kg/m² and higher (obese women, class II–III) | | | | | | | | | |
| 0 | 243 | 100 | 2.3 | 3.3 | 46.5 | 19 | 2.7 | 7.1 | 19.2 |
| 1 | 242 | 100 | 12.4 | 19.2 | 23 | 14.7 | 8.9 | 6.2 | 15.5 |
| 2 or more | 683 | 100 | 50.6 | 13.8 | 8.9 | 5.5 | 8.3 | 7.1 | 5.7 |
| Subtotal | **1168** | **100** | **34.1** | **12.7** | **19** | **9.8** | **7.3** | **6.9** | **10.2** |

Systemic hormonal methods include combined pill, patch and ring; progestin-only pill; injectable contraception and contraceptive implant.
"Other" methods include emergency contraceptive pills, diaphragm, foam, suppository or insert, jelly or cream, periodic abstinence, withdrawal, natural family planning and other methods.
(Following the standard NSFG definition of "at risk of unintended pregnancy," women who reported that they did not have intercourse in the last 3 months before the interview were classified as "not at risk for pregnancy" and were not included in analyses.)

### *3.9. Sensitivity analysis*

A sterilization procedure many years before the interview could be followed by an age-related weight increase, causing a spurious relationship between sterilization and BMI. We repeated the analysis for sterilizations in the 5 years before the interview. This eliminated about 1000 sterilizations, reducing statistical power, but results are similar. Adjusted odds ratio of sterilization for BMI 30.0–34.9 kg/m² (Table 3) was 1.96; when limited to the last 5 years, the odds ratio was 1.90 (95%CI 1.24–2.91). Adjusted odds of sterilization for class II–III obesity (35.0 kg/m² or more) were 1.56 (Table 3) and 1.58 (95% CI 1.04–2.40) in the last 5 years. Limiting analysis to recent sterilizations does not change findings.

### *3.10. IUD*

Odds of IUD use were significantly greater among women with BMI 35.0 kg/m² or more (aOR=1.65) and decreased among those with self-reported poorer health (aOR=0.66). IUD use was also significantly less likely for black women (aOR=0.58) and more likely for foreign-born Hispanic women (aOR=1.57) (Table 3). We conducted a separate regression that included implants with IUDs. Results did not change substantially (data not shown), except for a change in direction of the odds ratio for women in the youngest age category, likely reflecting that implants tend to be preferentially offered to younger women.

### *3.11. Hormonal use*

Class II–III obesity was associated with reduced odds of hormonal method use (aOR=0.78, p=.05) compared to the reference category of BMI <25 kg/m² (Table 3). Poorer health also reduced odds of using hormonal methods. Other factors found to significantly reduce odds of hormonal method use were married status, parity and age. Higher levels of education and nulliparity were associated with increased odds of hormonal contraceptive use (Table 3).

## 4. Discussion and conclusions

Obese women were less likely to report current use of hormonal methods; more likely to use sterilization; and, when parous, more likely to use IUDs than nonobese women. This demonstrates that contraceptive use varies by BMI status even within expected correlates of use. Obesity may modify effects of some variables [10].

Differences in contraceptive use between obese and nonobese women may reflect disparities in care. Age, ace, parity and obesity may all be associated with socioeconomic

Table 3
Adjusted and unadjusted odds of method choice for BMI and other predictors of three categories of contraceptive use

| | Contraception category: Female sterilization Unadjusted OR (95% CI) | Female sterilization aOR (95% CI) | IUD Unadjusted OR (95% CI) | IUD aOR (95% CI) | Systemic hormonal contraception Unadjusted OR (95% CI) | Systemic hormonal contraception aOR (95% CI) |
|---|---|---|---|---|---|---|
| **BMI (reference category: <25.0 kg/m$^2$)** | | | | | | |
| 25.0–29.9 kg/m$^2$ | **1.68** (1.34–2.11) | 1.1 (0.83–1.46) | 1.15 (0.83–1.58) | 1.16 (0.82–1.65) | **0.73** (0.60–0.88) | 0.99 (0.80–1.23) |
| Class I: 30.0–34.9 kg/m$^2$ | **3.08** (2.42–3.92) | **1.96** (1.45–2.66) | 1.17 (0.79–1.75) | 1.17 (0.78–1.77) | **0.59** (0.46–0.76) | 0.93 (0.71–1.22) |
| Class II or III: 35.0 kg/m$^2$ and up | **2.97** (2.28–3.86) | **1.56** (1.13–2.14) | 1.34 (0.99–1.79) | **1.64** (1.20–2.25) | **0.47** (0.38–0.57) | **0.78** (0.62–0.98) |
| **Self-reported general health status (reference category: excellent or very good)** | | | | | | |
| Good, fair or poor | **2.03** (1.71–2.41) | **1.48** (1.21–1.81) | **0.71** (0.56–0.89) | **0.66** (0.51–0.85) | **0.65** (0.55–0.75) | **0.78** (0.65–0.93) |
| **Education level (reference category: high school diploma or less)** | | | | | | |
| Some college or more | **0.38** (0.32–0.44) | **0.51** (0.43–0.62) | 1.17 (0.91–1.50) | **1.72** (1.32–2.26) | **1.92** (1.64–2.26) | **1.40** (1.13–1.75) |
| **Marital status (reference: not married)** | | | | | | |
| Married | **1.34** (1.15–1.56) | **0.66** (0.54–0.80) | 1.14 (0.88–1.47) | 0.9 (0.69–1.17) | **0.45** (0.38–0.54) | 0.81 (0.65–1.00) |
| **Race (reference category: non-Hispanic white)** | | | | | | |
| Black | 1.56 (1.25–1.95) | **1.39** (1.09–1.77) | **0.70** (0.51–0.95) | **0.58** (0.41–0.82) | 0.88 (0.71–1.08) | 0.87 (0.68–1.11) |
| Hispanic, born in US | 1.11 (0.82–1.51) | 0.92 (0.63–1.34) | 1.11 (0.78–1.58) | 0.98 (0.70–1.38) | 0.86 (0.65–1.13) | 0.83 (0.62–1.11) |
| Hispanic, born outside US | **1.69** (1.27–2.26) | 0.82 (0.59–1.16) | 1.42 (0.94–2.14) | **1.57** (1.03–2.41) | **0.56** (0.43–0.72) | 0.88 (0.64–1.20) |
| Other | 0.69 (0.44–1.08) | 0.82 (0.48–1.39) | 0.94 (0.62–1.42) | 0.96 (0.62–1.49) | 0.74 (0.47–1.16) | 0.68 (0.43–1.09) |
| **Parity (reference category: 1)** | | | | | | |
| 0 | **0.22** (0.14–0.33) | **0.34** (0.22–0.53) | **0.30** (0.22–0.41) | **0.22** (0.15–0.33) | **2.50** (2.02–3.09) | **1.84** (1.49–2.28) |
| 2 or more | **8.47** (6.46–11.09) | **7.19** (5.29–9.79) | **0.70** (0.54–0.90) | 0.9 (0.70–1.17) | **0.37** (0.30–0.46) | **0.49** (0.38–0.63) |
| **Age (reference category: 25–34 years)** | | | | | | |
| 20–24 years | **0.08** (0.05–0.12) | **0.15** (0.10–0.23) | **0.74** (0.56–1.00) | 1.2 (0.86–1.68) | **2.40** (2.01–2.87) | **1.50** (1.23–1.83) |
| 35–44 years | **2.73** (2.25–3.31) | **2.18** (1.73–2.74) | **0.56** (0.43–0.73) | **0.44** (0.33–0.57) | **0.38** (0.30–0.48) | **0.53** (0.42–0.68) |

Statistically significant ORs are shown in bold.
See Table 2 for definition of systemic hormonal contraception.
aORs were adjusted for all other covariates in the table.

factors that affect access to contraceptive services [22,23]. In addition to the relationships noted with obesity, there remains a need to examine reasons nonwhite women are more likely to report reliance on female sterilization, along with higher contraceptive failure rates [24–26]. Many factors, including race/ethnicity and individual preferences regarding side effects, can influence contraceptive decision making [27]. Our data suggest that BMI may partly explain greater use of sterilization among women with lower levels of education. Additionally, unstable income and insurance coverage may affect women's ability to consistently use short-acting contraceptives, and influence decisions to opt for sterilization which offers more certain contraceptive protection.

Compared with normal-weight women, those in the highest BMI category had decreased odds of IUD use. Other predictors associated with decreased odds of IUD use included being in worse (vs. better) health; nulliparity; and, somewhat surprisingly, older age. IUDs have few contraindications and show no change in efficacy with BMI. They may be appropriate for most women who wish to use them, including women with chronic medical conditions that may contraindicate the use of some systemic contraceptives.

Obese women had lower odds of systemic hormonal contraceptive use than nonobese women. This association is consistent with previously published findings [3]. Characteristics such as obesity, age, parity and ethnic background

are interrelated, but our analysis suggests an independent association of hormonal contraceptive use with BMI. A recent study suggested that concerns about weight and weight gain, whether patient or provider driven, may explain some of the decreased likelihood of systemic hormonal contraceptive use among obese women [14].

Available data do not show that obesity significantly impairs contraceptive efficacy [28,29]. Nor is there evidence of markedly reduced contraceptive safety among obese women, although the increased thrombotic risks seen with combined hormonal contraceptives and obesity may be synergistic [30]. A recent NSFG study noted a general decline in contraceptive failure rates since 1995 but did not evaluate relationships with BMI [26]. The impact of obesity on safety and efficacy of hormonal contraception deserves further study. Providers should not overemphasize theoretical risks when counseling women about contraceptive options. While long-acting methods may be appropriate for many, individuals who prefer other hormonal contraceptives, including women who are obese, should not be inappropriately discouraged from using them.

Given higher likelihood of pregnancy complications among women who are obese, effective long-acting methods should be offered to women wishing to prevent pregnancy. The persistent high prevalence of sterilization among obese women and the low odds of IUD use among some subgroups in our analysis suggest opportunity to increase awareness and availability of IUD and to explore the degree to which cost remains an issue.

Strengths of this study include use of the most recent NSFG data, and a large sample with a high response rate. Additionally, we included women who have undergone tubal sterilization, which some previous analyses excluded [15]. Studies that exclude sterilized women may leave out disproportionate numbers of women from minority ethnic groups and women over age 30.

Limitations of this study include self-reporting of height and weight. We included BMI in categories to minimize classification error. Data are cross-sectional; thus, we cannot assess changes over time. Age is associated with increasing BMI but also with changes in health status, which may affect contraceptive choice. We included combined and progestin-only systemic hormonal contraceptive methods in one category, in large part because prevalence of progestin-only methods was low. However, the grouping may hide different use patterns for individual methods, or categories of methods, stemming from differential health risks or weight concerns.

We found that a large proportion of obese reproductive-aged women continues to rely on tubal sterilization and that long-acting methods, like the IUD, remain underutilized. Whether reliance on sterilization reflects unequal access to alternatives, awareness of increased risks of an unintended birth, directive counseling from health care providers or informed choice merits further exploration.

## References

[1] Kaneshiro B. Contraceptive use and sexual behavior in obese women. Semin Reprod Med 2012;30:459–64.
[2] Ogden CL, Carroll MD, Fryar CD, Flegal KM. Prevalence of obesity among adults and youth: United States, 2011–2014. NCHS Data Brief 2015;219:1–8.
[3] Kohn JE, Lopez PM, Simons HR. Weight and body mass index among female contraceptive clients. Contraception 2015;91:470–3.
[4] Kominiarek M. A survey of health behaviors in minority women in pregnancy: the influence of body mass index. Womens Health Issues 2014;24:e291–5.
[5] McKeating A, O'Higgins A, Turner C, McMahon L, Sheehan SR, Turner MJ. The relationship between unplanned pregnancy and maternal body mass index 2009–2012. Contracept Reprod Health Care 2015;23:1–10.
[6] Garbers S, Chiasson MA. Class III obesity and unwanted pregnancy among women with live births in New York City, 2004–2007. Matern Child Health J 2013;17:1459–67.
[7] Merki-Feld GS, Skouby S, Serfaty D, et al. Consensus opinion: European Society of Contraception statement on contraception in obese women. Contracept Reprod Health Care 2015;20:19–28.
[8] Trussell J, Schwarz EB, Guthrie K. Obesity and oral contraceptive pill failure. Contraception 2009;79:334–8.
[9] Vahratian A, Barber JS, Lawrence JM, Kim C. Family planning practices among women with diabetes and overweight and obese women in the 2002 National Survey of Family Growth. Diabetes Care 2009;32:1026–31.
[10] Schraudenbach A, McFall S. Contraceptive use and contraception type in women by body mass index category. Womens Health Issues 2009;19:381–9.
[11] Guttmacher Institute. Contraceptive use in the United States. http://www.guttmacher.org/pubs/fb_contr_use.html.
[12] Kavanaugh ML, Jerman J, Finer LB. Changes in use of long-acting reversible contraceptive methods among U.S. women, 2009–2012. Obstet Gynecol 2015;126:917–27.
[13] Mosher WD, Moreau C, Lantos H. Trends and determinants of IUD use in the USA, 2002-2012. Hum Reprod 2016;31:1696–702.
[14] Bhuva K, Kraschnewski JL, Lehman EB, Chuang CH. Does body mass index or weight perception affect contraceptive use? Contraception 2017;95:59–64.
[15] Callegari L, Nelson KM, Arterburn DE, Prager SW, Schiff MA, Schwarz EB. Factors associated with lack of effective contraception among obese women in the United States. Contraception 2014;90:265–71.
[16] Mosher WD, Jones J. Use of contraception in the United States: 1982–2008. Vital Health Stat 2010;23(29):1–44.
[17] Groves RM, Mosher WD, Lepkowski JM, Kirgis NG. Planning and development of the continuous National Survey of Family Growth. Vital Health Stat 2009;1(48):1–64.
[18] Lepkowski JM, Mosher WD, Groves RM, West BT, Wagner J, Gu H. Responsive design, weighting, and variance estimation in the 2006–2010 National Survey of Family Growth. Vital Health Stat 2013;2(158):1–52.
[19] National Survey of Family Growth data documentation, appendix 7, pages 6–7. www.cdc.gov/nchs/data/nsfg/NSFG_2013-2015_UG_App7c_RestrictedUseRDCVariables.pdf.
[20] Lepkowski JM, Mosher WD, Davis KA, Groves RM, Van Hoewyk J. The 2006-2010 National Survey of Family Growth: sample design and analysis of a continuous survey. Vital Health Stat 2010;2(150):1–36.
[21] Lee S. Self-rated health in health surveys. Chapter 8. In: Johnson TP, editor. Handbook of health survey research methods. Hoboken, NJ: John Wiley and Sons, Inc.; 2015. p. 193–216.
[22] Garcia G, Richardson DM, Gonzales KL, Cuevas AG. Trends and disparities in postpartum sterilization after cesarean section, 2000 through 2008. Womens Health Issues 2015;25:634–40.
[23] Harper CC, Rocca CH, Thompson KM, Morfesis J, Goodman S, Darney PD, et al. Reductions in pregnancy rates in the USA with long-acting reversible contraception: a cluster randomised trial. Lancet 2015;386:562–8.

ARTICLE IN PRESS




[24] Kost K, Singh S, Vaughan B, et al. Estimates of contraceptive failure from the 2002 National Survey of Family Growth. Contraception 2008;77:10–21.

[25] Finer LB, Zolna MR. Declines in unintended pregnancy in the United States, 2008–2011. Med 2016;374:843–52.

[26] Sundaram A, Vaughan B, Kost K, et al. Contraceptive failure in the United States: estimates from the 2006–2010 National Survey of Family Growth. Perspect Sex Reprod Health 2017;49:7–16.

[27] Dehlendorf C, Levy K, Kelley A, Grumbach K, Steinauer J. Women's preferences for contraceptive counseling and decision making. Contraception 2013;88(2):250–6.

[28] McNicholas C, Zhao Q, Secura G, Allsworth JE, Madden T, Peipert JF. Contraceptive failures in overweight and obese combined hormonal contraceptive users. Obstet Gynecol 2013;121:585–92.

[29] Lopez LM, Bernholc A, Chen M, Grey TW, Otterness C, Westhoff C, et al. Hormonal contraceptives for contraception in overweight or obese women. Cochrane Database Syst Rev 2016;8:CD008452.

[30] Curtis KM, Tepper NK, Jatlaoui TC, et al. U.S. medical eligibility criteria for contraceptive use, 2016. MMWR Recomm Rep 2016;65(No RR-3):1–104, https://doi.org/10.15585/mmwr.rr6503a1 [Last Accessed July 17, 2017].