# Exhibit 48




Taylor & Francis
Taylor & Francis Group

Seminars in Ophthalmology

ISSN: 0882-0538 (Print) 1744-5205 (Online) Journal homepage: http://www.tandfonline.com/loi/isio20

# Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient

Soo Park, Chee Peng Cheng, Lik Thai Lim & David Gerber

**To cite this article:** Soo Park, Chee Peng Cheng, Lik Thai Lim & David Gerber (2014) Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient, Seminars in Ophthalmology, 29:3, 156-158, DOI: 10.3109/08820538.2013.788678

**To link to this article:** https://doi.org/10.3109/08820538.2013.788678

Published online: 12 Jun 2013.

Submit your article to this journal

Article views: 200

View related articles

View Crossmark data

Citing articles: 5 View citing articles

EXHIBIT
tabbies
Johanson 19

Full Terms & Conditions of access and use can be found at
http://www.tandfonline.com/action/journalInformation?journalCode=isio20

**Download by:** [Susan Smid] **Date:** 31 December 2017, At: 12:05

Seminars in Ophthalmology, 2014; 29(3): 156–158
© Informa Healthcare USA, Inc.
ISSN: 0882-0538 print / 1744-5205 online
DOI: 10.3109/08820538.2013.788678

informa
healthcare

CASE REPORT

# Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient

Soo Park[1], Chee Peng Cheng[1], Lik Thai Lim[1], and David Gerber[2]

[1]*The Tennent Institute of Ophthalmology, Gartnavel General Hospital, Glasgow, UK and* [2]*Sandyford Initiative, Glasgow, UK*

## ABSTRACT

We report an occurrence of intracranial hypertension secondary to testosterone therapy in a transgender patient. This is the first reported case to our knowledge demonstrating a direct association with raised levels of free testosterone and intracranial hypertension.

**Keywords:** Secondary intracranial hypertension, testosterone therapy, transgender

## CASE REPORT

A 22-year-old male with a normal body mass index presented with a three-week history of generalized headaches. He had previously undergone transgender surgery, including a mastectomy, hysterectomy, and salpingo-oophorectomy. To maintain his male status, he was on fortnightly intramuscular injections of testosterone propionate 250 mg (Sustanon 250®). His past medical history was otherwise unremarkable and he was not on any other medication. On examination, he had a normal blood pressure of 119/78 mmHg. His visual acuity was maintained at 20/20 bilaterally. Assessment of his color vision, oculomotility, and peripheral nervous system revealed no abnormality. However, on fundus examination, there was evidence of bilateral optic disc swelling (Figure 1), and visual field assessment with a Goldmann perimeter showed an enlarged blind spot in the right eye (Figure 2).

He went on to have an urgent computed tomography (CT) of his brain, which showed no evidence of a space-occupying lesion. Lumbar puncture (LP) revealed an increased cerebral spinal fluid (CSF) pressure of 370 mm of CSF with normal constituents; microbiology and virology tests were unremarkable. A magnetic resonance venogram was subsequently performed and showed no evidence of cerebral venous sinus thrombosis. Assessment of plasma sex hormone levels showed a raised free androgen index (FAI) of 574 with a normal oestradial level of 75 nmol/L. Based on these findings, a diagnosis of intracranial hypertension (IH) secondary to raised free testosterone was made. The patient was commenced on oral acetazolamide 250 mg qds and an urgent referral was made to the Genitourinary Outpatient Clinic to review his hormone therapy. To reduce and stabilize the raised free testosterone level, testosterone propionate was stopped and was substituted with a three-monthly intramuscular injection of a longer-acting testosterone undecanoate 1000 mg (Nebido®). Having completed three months of tapering dose of oral acetazolamide, fundus examination showed resolution of the disc swelling in both eyes and re-assessment of the visual fields were unremarkable. In addition, the testosterone level and CSF pressure were reduced to 10.8 nmol/L (FAI 257) and 240 mm of water, respectively.

## DISCUSSION

Idiopathic intracranial hypertension (IIH) is a diagnosis of exclusion, and is characterized by raised intracranial pressure (ICP) in the absence of any

Received 14 December 2012; revised 21 February 2013; accepted 19 March 2013; published online 13 May 2013

Correspondance: Soo Park, Department of Ophthalmology, Tennent Institute of Ophthalmology, Gartnavel General Hospital, 1053 Great Western Road, Glasgow, UK G12 0YN. E-mail: sbpark6@gmail.com



FIGURE 1. Right (A) and left (B) disc swelling due to papilloedema.



FIGURE 2. Left (A) and right (B) Goldmann visual fields showing an enlarged blind spot in the right eye.

Downloaded by [Susan Smid] at 12:05 31 December 2017

intracranial pathology or secondary causes of IH.[1] Secondary IH, on the other hand, are cases of IH with an identifiable cause. An array of aetiological factors have been implicated in the pathogenesis of IH, including deranged CSF dynamics, obesity, and secondary causes of IH as a result from systemic illnesses or exogenously administered agents.[1] In particular, the effect of sex hormones (namely oestrone) among patients with IH has been shown by several reports.[2,3] IH occurs predominantly in women, many of whom have a history of menstrual irregularities.[2] Case reports have shown a link with the use of oral contraceptive pills[4] as well as polycystic ovarian disease,[5] a condition which is associated with imbalance of the sex hormones. However, numerous studies have shown conflicting results with regards to the role of oestrone in IH. One study has shown raised concentration of oestrone in the CSF of individuals with IH.[3] On the contrary, Soelberg et al. demonstrated undetectable levels of oestrogen in the CSF in IH.[6] Furthermore, there has been only one case report showing an association with testosterone with IH in a transgender patient, but this case was confounded by the presence of Chiari I malformation, which in itself has shown to be associated with IH.[7]

We believe our case report is the first report demonstrating a direct association with raised levels of free testosterone with IH. The exact mechanism of how raised testosterone causes IH is not known. It is thought that raised oestrogen from peripheral aromatization of testosterone stimulates CSF production and increases ICP. However, in this case report the oestrogen level was normal. In a similar fashion to oestrone, it is plausible that raised free testosterone may increase CSF production by directly stimulating the choroid plexus,[3] and this theory has been supported by a study that has shown the androgen receptor being expressed in the choroid plexus.[8]

In conclusion, raised free testosterone may be associated with IH. As illustrated in this case, this could be resolved by ensuring normal levels of free testosterone. Despite conflicting reports, the role of sex hormones in IH cannot be entirely ruled out.

## DECLARATION OF INTEREST

The authors report no conflicts of interest. The authors alone are responsible for the content and writing of the paper.

© 2014 Informa Healthcare USA, Inc.

## REFERENCES


1. Kapoor KG. More than meets the eye? Redefining idiopathic intracranial hypertension. *Int J Neurosci* 2010;120: 471–482.
2. Miller NL, Walsh FB, Newman NJ, et al. Walsh and Hoyt's Clinical Neuro-Ophthalmology: the essentials. Philadelphia, PA: Lippincott Williams & Wilkins, 2007:122–146.
3. Donaldson J, Horak E. Cerebrospinal fluid oestrone in pseudotumour cerebri. *J Neurol Neurosurg Psychiatry* 1982; 45:35–45.
4. Walsh FB, Clark DB, Thompson RS, Nicholson DH. Oral contraceptives and neuro-ophthalmologic interest. *Arch Ophthalmol* 1965;74:628–640.
5. Glueck CJ, Iyengar S, Goldenberg N, et al. Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. *J Lab Clin Med* 2003;142:35–45.
6. Soelberg P, Gjerris F, Svenstrup B. Endocrine studies in patients with pseudotumor cerebri: estrogen levels in blood and cerebrospinal fluid. *Arch Neurol* 1986;43: 902–906.
7. Mowl AD, Grogg JA, Klein J. Secondary pseudotumour cerebri in a patient undergoing sexual reassignment therapy. *Clin Exp Optom* 2009;92:449–453.
8. Alves CH, Goncalves I, Socorro S, et al. Androgen receptor is expressed in murine choroid plexus and downregulated by 5α-dihydrotestosterone in male and female mice. *J Mol Neurosci* 2009;38:41–49.