# Exhibit 50




Taylor & Francis
Taylor & Francis Group

Endocrine Research

ISSN: 0743-5800 (Print) 1532-4206 (Online) Journal homepage: http://www.tandfonline.com/loi/ierc20

# DIFFERENCE OF IN VIVO AND IN VITRO ANTIMINERALOCORTICOID POTENCY OF PROGESTERONE

M. Quinkler & S. Diederich

**To cite this article:** M. Quinkler & S. Diederich (2002) DIFFERENCE OF IN VIVO AND IN VITRO ANTIMINERALOCORTICOID POTENCY OF PROGESTERONE, Endocrine Research, 28:4, 465-470, DOI: 10.1081/ERC-120016824

**To link to this article:** https://doi.org/10.1081/ERC-120016824

Published online: 07 Jul 2009.

Submit your article to this journal

Article views: 15

View related articles

Citing articles: 7 View citing articles

Full Terms & Conditions of access and use can be found at
http://www.tandfonline.com/action/journalInformation?journalCode=ierc20

**Download by:** [Susan Smid] **Date:** 03 January 2018, At: 13:52

Case 1:17-mc-02767-PAE-JLC Document 98-50 Filed 03/02/18 Page 3 of 8

MARCEL DEKKER, INC. • 270 MADISON AVENUE • NEW YORK, NY 10016

©2002 Marcel Dekker, Inc. All rights reserved. This material may not be used or reproduced in any form without the express written permission of Marcel Dekker, Inc.

ENDOCRINE RESEARCH
Vol. 28, No. 4, pp. 465–470, 2002

Downloaded by [Susan Smid] at 13:52 03 January 2018

# DIFFERENCE OF IN VIVO AND IN VITRO ANTIMINERALOCORTICOID POTENCY OF PROGESTERONE

**M. Quinkler*** **and S. Diederich**

Dept. of Endocrinology, Diabetes and Nutrition, Klinikum Benjamin Franklin, Freie Universität Berlin, 12200 Berlin, Germany

## ABSTRACT

Progesterone (P) given intramuscularly increases renal sodium excretion. We tested the in vitro capacity of P to bind to the human mineralocorticoid receptor (MR) with a reticulocyte lysate system and Ps transactivation potency in transfected CV-1 cells. Progesterone binds with higher affinity to the MR than aldosterone, but shows only low transactivation activity. This results in a very strong anti-mineralocorticoid (MC) potency of P in vitro. To test the in vivo anti-MC potency of P we infused aldosterone intravenously to hypo-MC Addison's patients, followed by increasing P infusions. During the study we measured normal aldosterone plasma concentrations and high P concentrations similar to the third trimester of pregnancy. Despite the 1000-fold higher plasma P concentrations, the in vivo anti-MC effect of P (increase of urinary sodium/potassium ratio) was rather small. We suggest that this may be due to effective MR protection mechanisms, such as conversion of P to inactive metabolites.

## INTRODUCTION

Large amounts of progesterone (P) given intramuscularly result in an in vivo anti-mineralocorticoid (MC) effect with an increased sodium excretion.[1–3] It is

*Corresponding author. Current address: Division of Medical Sciences, Department of Medicine, Queen Elizabeth Hospital, University of Birmingham, Edgbaston, Birmingham B15 2TH, U.K. Fax: +(44)-121-4147610; E-mail: m.o.quinkler@bham.ac.uk



DOI: 10.1081/ERC-120016824
0743-5800 (Print); 1532-4206 (Online)
Copyright © 2002 by Marcel Dekker, Inc.
www.dekker.com

Case 1:17-mc-02767-PAE-JLC Document 98-50 Filed 03/02/18 Page 4 of 8

MARCEL DEKKER, INC. • 270 MADISON AVENUE • NEW YORK, NY 10016

©2002 Marcel Dekker, Inc. All rights reserved. This material may not be used or reproduced in any form without the express written permission of Marcel Dekker, Inc.



suggested that P binds to the human mineralocorticoid receptor (MR), but confers only a weak transactivation activity and is therefore a MR antagonist.[4–6] During pregnancy, P concentrations exceed those of aldosterone at least 50–100-fold. It is not known how aldosterone can keep its function as MC in these situations. We assume that P is converted by renal enzymes to inactive metabolites (17α-hydroxy-P, 20α-dihydro-P, and ring-A reduced metabolites)[7–8] similar to the inactivation of cortisol by 11$\beta$-hydroxysteroid dehydrogenase type 2. In addition, the exact in vivo anti-MC activity of P is not known. Therefore, we investigated the anti-MC potency of P in vitro and in patients with Addison's disease in vivo.

## METHODS

### Binding Studies

The MR was expressed in vitro using plasmids containing MR cDNA and a T7-promoter in a rabbit reticulocyte lysate system (Promega Corp., Madison, WI). For competition experiments medium was incubated with 5 nmol/L [$^3$H]aldosterone and increasing concentrations ($10^{-11}$ to $10^{-6}$ mol/L) of unlabelled aldosterone, cortisol or P ($n = 2$).

### Transactivation Studies

CV-1 cells were transfected using LipofectAMINE Plus™ Reagent (Life Technologies, Karlsruhe, Germany) with vector pRShMR, vector pMSG-Luc and SV-40-driven renilla luciferase gene pRL-SV40 (Promega Corp., Madison, WI). The cells were incubated for 24 hours with several concentrations ($10^{-11}$ to $10^{-6}$ mol/L; $n = 4$ for each concentration) of the steroids to be tested. The cell extracts were assayed for steroid-dependent firefly luciferase and constitutively expressed renilla luciferase. Transactivation was calculated by the ratio of firefly and renilla luciferase activity.

### Human Study

Eight patients with Addison's disease (three postmenopausal women, five men) stopped their 9α-fluorocortisol medication for four days and their hydrocortisone for half a day. To avoid Addison's crisis, the patients took 0.5 mg prednisolone every 2 hours during the test-day. The patients received an infusion with aldosterone intravenously (i.v.) over $8\frac{1}{2}$ h (12.5 μg/h). After 4 hours a P infusion i.v. was started with two concentration steps (for 90 min 0.15 mg/kg/h, followed by 180 min 0.65 mg/kg/h). Every 60 min urine was collected and blood was drawn.

Downloaded by [Susan Smid] at 13:52 03 January 2018

Case 1:17-mc-02767-PAE-JLC Document 98-50 Filed 03/02/18 Page 5 of 8

MARCEL DEKKER, INC. • 270 MADISON AVENUE • NEW YORK, NY 10016

©2002 Marcel Dekker, Inc. All rights reserved. This material may not be used or reproduced in any form without the express written permission of Marcel Dekker, Inc.



## RESULTS

### Binding Studies

Progesterone showed a slightly higher binding affinity than cortisol and aldosterone [Fig. 1(A)]. $10^{-11}$ mol/L P lowers the binding of 5 nmol/L [$^3$H]aldosterone by approx. 20%, which is similar to other reports.[6]

### Transactivation Studies

The agonistic activity of cortisol was approximately 10 times weaker than that of aldosterone at comparable concentrations. Cortisol reached a plateau agonist effect at $10^{-8}$ mol/L. Progesterone showed weak agonistic properties at the MR, reaching 25% of the maximal transactivation by aldosterone at the highest concentration [Fig. 1(B)].

### Human Study

The patients obtained normal plasma aldosterone concentrations ($600 \pm 180$ pmol/L) under aldosterone infusion i.v. At the beginning of the study the urinary ratio of sodium/potassium was high indicating a hypomineralocorticoid status. With continuous aldosterone infusions the sodium/potassium urinary ratio decreased significantly (Fig. 2), due to a decreased sodium-excretion and an increased potassium-excretion.

Under P infusions the sodium/potassium urinary ratio and the sodium-excretion increased significantly, but did not reach the levels of the starting point. Plasma P increased slightly during the first ($94 \pm 11$ nmol/L, $p < 0.01$) and more pronounced during the second phase of P infusion ($830 \pm 119$ nmol/L, $p < 0.001$). No changes were observed in blood pressure, serum-sodium or -potassium concentrations.

## CONCLUSIONS

We found that P binds with higher affinity to the MR than aldosterone in vitro. We showed that P has a low agonist MC-activity with approx. 25% of the maximum aldosterone-induced response at $10^{-6}$ mol/L. This is in accordance to previous reports.[4–6] Due to these properties, P is a potent anti-MC in vitro. This explains the natriuretic potency of P described over 40 years ago.[1–3] In some of these studies the patients received large amounts of P i.m. and plasma concentrations of P were not measured. During luteal phase of the menstrual cycle and during pregnancy, P concentrations exceed those of aldosterone at least 50- to 100-fold. It is unknown how aldosterone can keep its function as MC in

Downloaded by [Susan Smid] at 13:52 03 January 2018

MARCEL DEKKER, INC. • 270 MADISON AVENUE • NEW YORK, NY 10016
©2002 Marcel Dekker, Inc. All rights reserved. This material may not be used or reproduced in any form without the express written permission of Marcel Dekker, Inc.



Downloaded by [Susan Smid] at 13:52 03 January 2018




*Figure 1.* Binding of aldosterone, cortisol, and progesterone to the human mineralocorticoid receptor in a rabbit reticulocyte lysate system (A), and transactivation studies in CV-1 cells (B).

MARCEL DEKKER, INC. • 270 MADISON AVENUE • NEW YORK, NY 10016

©2002 Marcel Dekker, Inc. All rights reserved. This material may not be used or reproduced in any form without the express written permission of Marcel Dekker, Inc.

Downloaded by [Susan Smid] at 13:52 03 January 2018






*Figure 2.* Urinary sodium/potassium ratio in eight Addison's patients during continuous aldosterone infusions and increasing progesterone infusions starting 4 hours later. Means ± SEM. * = $p < 0.05$ compared to 0.5 hours; § = $p < 0.05$ compared to 4.5 hours.

these situations, and how strong the anti-MC potency of P is in vivo. Therefore we performed an infusion study in Addison's patients. Under aldosterone infusions the patients changed from a hypo- to a normal to slightly hypermineralocorticoid status reaching normal (non-pregnant) aldosterone concentrations. P infusions resulted in plasma P concentrations similar to levels during the third trimester of pregnancy. P did not show a rapid non-genomic effect on sodium absorption. The increase in sodium/potassium urinary ratio and in sodium-excretion after 3 h of P infusions indicate a probably gene-mediated anti-MC effect of P via the MR. Surprisingly, the effect was small considering the 1000-fold excess of plasma P over plasma aldosterone. These findings suggest an effective enzyme-mediated protection of the MR by converting P to inactive metabolites.[7–8] Additional protective mechanisms are: (i) activation of the renin-aldosterone system (which is not possible in our study with aldosterone deficient patients); (ii) smaller percentage of free, unbound P (3%) compared to aldosterone (30%); (iii) higher stability of the aldosterone-MR complex compared to the P-MR complex;[6] (iv) possible local formation of desoxycorticosterone, a weak mineralocorticoid agonist, in the human kidney.[9]

## ACKNOWLEDGMENTS

This work was supported by grant DI 741/1-3 from the Deutsche Forschungsgemeinschaft (DFG). M. Quinkler is supported by a postdoctoral fellowship (QU142/1-1) of the DFG.

MARCEL DEKKER, INC. • 270 MADISON AVENUE • NEW YORK, NY 10016

©2002 Marcel Dekker, Inc. All rights reserved. This material may not be used or reproduced in any form without the express written permission of Marcel Dekker, Inc.



## REFERENCES

1. Landau, R.L.; Bergenstal, D.M.; Lugibihl, K.; Kascht, M.E. The Metabolic Effects of Progesterone in Man. J. Clin. Endocrinol. Metab. **1955**, *15*, 1194–1215.
2. Landau, R.L.; Lugibihl K. Inhibition of the Sodium-Retaining Influence of Aldosterone by Progesterone. J. Clin. Endocrinol. Metab. **1958**, *18*, 1237–1245.
3. Oparil, S.; Ehrlich, E.N.; Lindheimer, M.D. Effect of Progesterone on Renal Sodium Handling in Man: Relation to Aldosterone Excretion and Plasma Renin Activity. Clin. Sci. Mol. Med. **1975**, *49* (2), 139–147.
4. Rupprecht, R.; Reul, J.M.; van Steensel, B.; Spengler, D.; Soder, M.; Berning, B.; Holsboer, F.; Damm, K. Pharmacological and Functional Characterization of Human Mineralocorticoid and Glucocorticoid Receptor Ligands. Eur. J. Pharmacol. **1993**, *247* (2), 145–154.
5. Myles, K.; Funder, J.W. Progesterone Binding to Mineralocorticoid Receptors: In Vitro and In Vivo Studies. Am. J. Physiol. Endocrin. Metab. **1996**, *270*, E601–E607.
6. Souque, A.; Fagart, J.; Couette, B.; Davioud, E.; Sobrio, F.; Marquet, A.; Rafestin-Oblin, M.E. The Mineralocorticoid Activity of Progesterone Derivatives Depends on the Nature of the C18 Substituent. Endocrinology **1995**, *136* (12), 5651–5658.
7. Quinkler, M.; Johanssen, S.; Grossmann, C.; Bähr, V.; Müller, M.; Oelkers, W.; Diederich, S. Progesterone Metabolism in the Human Kidney and Inhibition of 11ß-Hydroxysteroid Dehydrogenase Type 2 by Progesterone and Its Metabolites. J. Clin. Endocr. Metabol. **1999**, *84* (11), 4165–4171.
8. Quinkler, M.; Johanssen, S.; Bumke-Vogt, C.; Oelkers, W.; Bähr, V.; Diederich, S. Enzyme-Mediated Protection of the Mineralocorticoid Receptor Against Progesterone in the Human Kidney. Mol. Cell. Endocrin. **2001**, *171* (1–2), 21–24.
9. Winkel, C.A.; Simpson, E.R.; Milewich, L.; MacDonald, P.C. Deoxycorticosterone Biosynthesis in Human Kidney: Potential for Formation of a Potent Mineralocortico-steroid in Its Site of Action. Proc. Natl. Acad. Sci. USA **1980**, *77* (12), 7069–7073.

Downloaded by [Susan Smid] at 13:52 03 January 2018