# Exhibit 51

Journal of the Neurological Sciences, 116 (1993) 18–28
© 1993 Elsevier Science Publishers B.V. All rights reserved 0022-510X/93/$06.00

JNS 03971

# Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study

Kurupath Radhakrishnan, Anup K. Thacker, Nuri H. Bohlaga, Jabar C. Maloo and Salah E. Gerryo

*Departments of Neurology and Internal Medicine, Medical University, Benghazi, Libya*

(Received 14 September, 1992)
(Revised, received 27 October, 1992)
(Accepted 2 November, 1992)

*Key words:* Idiopathic intracranial hypertension, pseudotumour cerebri, epidemiology, case-control study, incidence, visual loss, cerebrospinal fluid

**Summary**

An epidemiologic survey of idiopathic intracranial hypertension (IIH) in Benghazi, Libya, over a period from September 1982 through August 1989 ascertained 81 patients. The group was comprised of 76 females and 5 males. Ages ranged from 8 to 55 years; the mean ± S.D. was 28.6 ± 7.9 for women and 21.0 ± 14.5 for men. The average crude annual incidence rates for IIH per 100 000 persons were 2.2 for the total and 4.3 for females for all ages (3.2 for the total and 5.9 for the females when adjusted to the 1980 United States population). In females aged 15–44 years, IIH occurred at a rate of 12.0 per 100000 per year; for those defined as obese, the rate rose to 21.4. Moderate to severe visual loss occurred as a sequelae in 20% of our patients. The extent of visual loss did not correlate with age at diagnosis, duration of symptoms, degree of obesity, use of oral contraceptive pills, cerebrospinal fluid (CSF) opening pressure, steroid treatment, or recurrence. We found no correlation between CSF protein and opening pressure. We conducted a case-control study on 40 consecutive female incident IIH patients and 80 age-matched female control subjects. Obesity and recent weight gain occurred more frequently in patients. More patients were married and more had irregular menses. The incidence rate for IIH described in our study is three to four times higher than that reported from the United States.

## Introduction

Raised intracranial pressure in the absence of an intracranial mass or hydrocephalus was initially described by Quincke (1897). Although the syndrome has since been described by a score of names (Boddie et al. 1974), only pseudotumour cerebri (Nönne 1904; Warrington 1914) and benign intracranial hypertension (Foley 1955) found general acceptance. In view of the potential visual complications of elevated intracranial pressure, the designation pseudotumour cerebri was preferred (Rush 1980; Ahlskog and O'Neill 1982; Corbett et al. 1982). Since no apparent cause for the papilloedema is apparent for the majority of patients with pseudotumour cerebri, the term idiopathic intracranial hypertension (Buchheit et al. 1969) has recently gained more popularity (Corbett and Thompson 1989; Wall and George 1991). Today, the confirmed diagnosis of idiopathic intracranial hypertension (IIH) requires (a) a documented elevation of intracranial pressure; (b) a normal neurological examination except for papilloedema and an occasional abducens nerve paresis; (c) absence of space occupying lesion or ventricular enlargement on computed tomography (CT) or magnetic resonance imaging (MRI); and (d) a normal cerebrospinal fluid (CSF) composition (Ahlskog and O'Neill 1982; Corbett et al. 1982; Smith 1985; Wall and George 1991).

Although several pathophysiological mechanisms for IIH have been suggested, including decreased CSF absorptive capacity, hypersecretion of CSF, increased cerebral blood volume and cerebral oedema (Raichle et al. 1978; Rottenberg et al. 1980; Reid et al. 1980; Donaldson 1981; Fishman 1984a; Johnston et al. 1991a), there is no satisfactory explanation to date for the increased intracranial pressure in this disorder. IIH is a diagnosis most frequently made in young obese women (Weisberg 1975; Ahlskog and O'Neill 1982; Radhakrishnan et al. 1986a; Durcan et al. 1988). Many retro-

*Correspondence to (and present address):* Dr. K. Radhakrishnan, M.D., Department of Health Sciences Research, Section of Clinical Epidemiology, Mayo Clinic, Rochester. MN 55905, U.S.A.

spective studies and reviews have emphasised the association of IIH with menstrual irregularities, pregnancy, oral contraceptive intake, a heterogenous group of endocrine diseases, hypo- and hypervitaminosis A, and therapy with tetracycline, nitrofurantoin, nalidixic acid, corticosteroids and lithium (Greer 1967; Johnston and Paterson 1974; Ahlskog and O'Neill 1982; Fishman 1984a; Johnston et al. 1991a). In a 1984 edition of an outstanding neurology textbook, a table was given listing over 35 aetiological entities in 10 subgroups under the heading of benign intracranial hypertension (Fishman 1984b). Furthermore, a hereditary basis for IIH has been suggested by reports of familial occurrence (Buchheit et al. 1969; Howe et al. 1973; Rothner and Brust, 1974; Traviesa et al. 1976). Two recently conducted case-control studies could not confirm any of these associations except for obesity and a recent increase in body weight (Ireland et al. 1990; Guiseffi et al. 1991). Potential risk factors have not been sufficiently evaluated by prospective and case-control studies.

Several hospital-based large series have described the clinical features, course, and long-term follow-up in patients with IIH (Weisberg 1975; Boddie et al. 1974; Johnston and Paterson 1974; Rush 1980; Corbett et al. 1982; Sørensen et al. 1988; Wall and George 1991). The interval from onset to remission ranged from a few days to many months. Severe defects in visual acuity occurred in 2% to 24% of these patients. In general, no significant relationship was noted between the visual outcome and associated factors such as duration of symptoms, degree of papilloedema, body weight, or the number of recurrences. These assumptions are based on a number of retrospective (Foley 1955; Lysak and Svien 1966; Guidetti et al. 1968; Johnston and Paterson 1974; Bulens et al. 1979; Rush, 1980; Corbett et al. 1982) or uncontrolled prospective (Sørensen et al. 1988; Wall and George 1991) observations. Furthermore, in some of these studies the diagnostic criteria for IIH might have been challenged owing to the lack of intracranial pressure measurements (Lysak and Svien 1966; Guidetti et al. 1968; Rush, 1980) or unusual clinical symptoms (Johnston and Paterson 1974). Moreover, hospital-based data are usually biased in favour of advanced and complicated disease processes.

The hospital incidence reported in several large series suggests that IIH is a rare disorder (Weisberg 1975; Boddie et al. 1974, Johnston and Paterson 1974; Rush 1980; Corbett et al. 1982). There are only three studies which evaluated the incidence of IIH in a population (Radhakrishnan et al. 1986a; Durcan et al. 1988; Radhakrishnan et al. 1993). They reported an annual incidence per 100 000 of 1.0 to 2.0 for the total population, and 3.5 to 10.0 for women in the reproductive age-groups. However, the results were based on short periods of observation or small numbers of patients. A prospective longitudinal study in a well-defined population is likely to be of considerable interest in establishing the true incidence rates and prognosis of IIH.

There is need, therefore, for more comprehensive epidemiological studies to delineate the incidence, severity, natural history and risk factors of IIH. An ideal study should (a) comprise a population-based sample; (b) be prospective; (c) use well-established diagnostic criteria; and (d) evaluate appropriate risk factors through a case-control comparison.

The present prospective population-based longitudinal study was undertaken with the following objectives: (a) to describe the incidence and pattern of IIH seen in Benghazi, northeastern Libya; and (b) to examine the conditions associated with IIH utilising a case-control design.

## Methods

*Area of investigation*

Benghazi covers an area of 17,000 km$^2$ in the northeastern part of Libya, on the southern coast of the Mediterranean Sea, latitude 32° east. Population-based epidemiological research is possible in Benghazi because medical care is free and virtually self-contained within the community, and is delivered by a defined number of polyclinics, university hospitals and specialty centres. Benghazi is a well-defined geographic area and has a relatively stable population (519,000 according to a 1984 census). The people are descendants from Arabs, African Negros, Turks, Greeks and Italians (Hajjaji 1972); the present population is mixed, with only less than 1 percent of the people of Benghazi being pure blacks. Epidemiological data from Benghazi have been obtained for multiple sclerosis (Radhakrishnan et al. 1985), motor neurone disease (Radhakrishnan et al. 1986b), stroke (Ashok et al. 1986), and hereditary neurological disorders (Sridharan et al. 1985). A preliminary report based on the epidemiological study of IIH in Benghazi has been published (Radhakrishnan et al. 1986a).

*Case collection and ascertainment*

A careful search for patients presenting with papilloedema was made in Benghazi for a period of 7 years, September 1982–August 1989, through the specialty clinics of neurology, neurosurgery and ophthalmology. Patients in whom CT scan excluded a space occupying lesion and hydrocephalus were subjected to detailed evaluation. The MRI studies done elsewhere in four patients were available for review. Inclusion in the study was based on the modified Dandy's diagnostic criteria for IIH as illustrated in Table 1 (Ahlskog and O'Neill 1982; Corbett et al. 1982; Corbett and Mehta

TABLE 1

MODIFIED DANDY'S CRITERIA FOR THE DIAGNOSIS OF IDIOPATHIC INTRACRANIAL HYPERTENSION

1. Signs and symptoms of increased intracranial pressure
2. No localising neurologic signs in an awake and alert patient, other than abducens nerve paresis
3. Normal neuroimaging studies except for small ventricles or empty sella
4. Documented increased pressure (250 mm or more of cerebrospinal fluid) but a normal composition of the CSF
5. No other cause of intracranial hypertension present

1983; Smith 1985). To be considered a case, onset of symptoms had to have occurred during the time period of the study and residency had to be established in Benghazi at least 1 year prior to the date of onset.

After the above diagnostic and residency criteria were applied, 81 cases were accepted as IIH patients. Of the patients excluded from the study (Table 2), 3 had neuroradiologically demonstrable dural venous sinus thromboses (1 each secondary to otitis media, Behçet's disease, and essential thrombocythaemia), and 8 did not meet the residency requirement. Five cases whose clinical data otherwise suggested IIH except for the absence of CSF examination (either due to lack of consent or extensive obesity which prevented lumbar puncture) were also excluded.

Age- and sex-specific incidence rates were calculated by dividing the number of incident cases by the proper denominator derived from the 1984 Libyan census (Radhakrishnan et al. 1985, 1986b). Incidence rates were adjusted to the 1980 United States population, using the direct method, and 95% confidence limits for the adjusted rates were estimated (Bourke et al. 1985; Schoenberg 1983).

Obesity was defined as the body weight over 20% above the ideal weight. Approximately 40% of women in Libya are overweight (Hajjaji 1972). In the absence of the prevalence rate of obesity in the Benghazi population, this figure was used to arbitrarily determine the proportion of obesity in the local population.

TABLE 2

PATIENTS EXCLUDED FROM THE PRESENT STUDY

| Reason for exclusion | No. of patients |
|---|---|
| Did not meet residency requirement | 8 |
| Lumbar puncture not done or unsuccessful due to: | |
| Lack of consent | 3 |
| Extreme obesity | 2 |
| Normal CSF opening pressure | 2 |
| Elevated CSF protein | 1 |
| Neuroradiologically obvious dural venous sinus obstruction due to: | |
| Otitis media | 1 |
| Behçet's disease | 1 |
| Essential thrombocythaemia | 1 |
| Total | 19 |

The visual fields were assessed by confrontation using both red- and white-colored objects supplemented by manual perimetry. Visual acuity was tested with the standard Snellen's test types. Visual impairment of patients was graded into *severe* (either the best corrected visual acuity of 6/60 or less, or visual fields of less than 20°), *moderate* (acuity of 6/18 or less, or fields less than 50° but greater than 20°), *mild* (acuity better than 6/18, or fields greater than 50°), and *no impairment* (normal acuity and field).

A special attempt to delineate the sellar pathology was made in 30 female patients with IIH in whom CT was performed using a Somotom DR2 scanner with slice widths collimated at 5 mm and overlapped in transverse axial, direct coronal and sagittal planes after intravenous injection of 70 ml sodium iothalmate containing 420 mg iodine per ml immediately prior to scanning. The diagnosis of empty sella was based on a combination of enlarged sella on plain skull radiograph and the detection of CSF density within the sella by CT (Bajraktari et al. 1977; Sage et al. 1980).

Relapse of headache and papilloedema associated with a CSF pressure of 250 mm or more after an asymptomatic period of 3 or more months was defined as recurrence. The significantly associated conditions and diseases are defined in the description of the methods for the case-control study.

*Case-controlled study*

To avoid possible selection bias, we included 40 female IIH patients, consecutively seen during 1987 through 1989, for the case-control study. Each case was paired to two female controls matched for age (an age range of ±4 years with respect to each case). One of these was a 'related control', a sibling or cousin of the patient. The 'nonrelated control' was represented by a patient admitted to neurology or general medical wards for a heterogenous variety of diseases (backache, epilepsy, hysterical neurosis, respiratory, cardiovascular or gastrointestinal diseases) that had no connection with IIH. Moreover, the unrelated female controls were selected randomly by using, as matching variables, residency in Benghazi, the same period of admission to hospital (±7 days) and the same age (±4 years) as the cases.

We investigated variables by interviewing, in an identical manner, the patients and controls, utilising a structured questionnaire to obtain the information. A positive report on a medication indicated that it was used within 6 months of the date of diagnosis of IIH or interview. Use of oral contraceptives for 3 months or more in the previous year and their use continued to

TABLE 3

AVERAGE ANNUAL INCIDENCE RATES OF IDIOPATHIC INTRACRANIAL HYPERTENSION PER 100000 POPULATION IN BENGHAZI, 1982–1989, ACCORDING TO AGE AND SEX

| Age-groups (years) | Females | | Males | | Both sexes | |
|---|---|---|---|---|---|---|
| | No. | Rate | No. | Rate | No. | Rate |
| 0–14 | 0 | – | 2 | 0.21 | 2 | 0.11 |
| 15–19 | 9 | 6.32 | 1 | 0.64 | 10 | 3.34 |
| 20–29 | 28 | 12.55 | 1 | 0.43 | 29 | 6.37 |
| 30–39 | 33 | 19.12 | 0 | – | 33 | 9.33 |
| 40–49 | 5 | 3.88 | 1 | 0.68 | 6 | 2.16 |
| 50–59 | 1 | 1.34 | 0 | – | 1 | 0.62 |
| 60 + | 0 | – | 0 | – | 0 | – |
| All ages | 76 | 4.32 (3.40–5.40) * | 5 | 0.27 (0.00–0.63) | 81 | 2.23 (1.77–2.77) |
| Age-adjusted ** | | 5.92 (4.66–7.40) | | 0.26 (0.00–0.50) | | 3.17 (2.52–3.93) |

* Figures in parentheses indicate the 95% confidence limits.
** Adjusted to the 1980 U.S. population.

within 6 months of the data of diagnosis of IIH or interview was taken as significant. Change in the menstrual pattern and consultation for ear, nose, and dental symptoms in the one year prior to reference time were considered as a positive response. An established diagnosis of any medical or surgical condition at the time of interview was recorded.

*Statistical evaluation*

The statistical analysis was performed using the SAS computer package (SAS 1990). We used standard deviation (SD) to define the dispersion, Student's $t$-test to determine the degree of significance between two averages, and the non-parametric *sign* test (Bourke et al. 1985) to compare the results of initial and final visual

TABLE 4

COMPARISON OF DATA FROM POPULATION-BASED STUDIES OF IDIOPATHIC INTRACRANIAL HYPERTENSION

| Place/reference | State of Iowa (Durcan et al. 1988) | State of Louisiana (Durcan et al. 1988) | Rochester, MN (Radhakrishnan et al. 1992) | Benghazi, Libya (present study) |
|---|---|---|---|---|
| Duration of study (years) | 1 | 1 | 15 | 7 |
| Population base | 2914000 | 4481000 | 70000 | 519000 |
| Number of patients | 27 | 48 | 9 | 81 |
| Female/male ratio | 8:1 | 4.3:1 | 8:1 | 15:1 |
| Obesity (percentage) | 67 | 69 | 70 | 71 |
| Visual deficit | | | | |
| Frequency (percentage) | 22.2 | – | 16.7 | 20.3 |
| Extent | Unspecified | – | Mild | Moderate/severe |
| *Crude annual incidence rate per 100000 persons:* | | | | |
| Total population | 0.9 | 1.1 | 1.0 | 2.2 |
| Female population | – | – | 1.6 | 4.3 |
| Females 15–44 years | 3.5 | – | 3.3 | 12.0 |
| Obese * females 15–44 years | – | – | 7.9 ** | 21.4 [a] |
| Obese * females 20–44 years | 19.3 [a] | 14.9 [b] | – | – |
| *Adjusted [c] annual incidence rate per 100000 persons:* | | | | |
| Total population | – | – | 0.9 | 3.2 |
| Female population | – | – | 1.6 | 5.9 |

* Accurate data are unavailable on the prevalence of obesity for any of the populations studied; hence, these figures are arbitrary.
** Body mass index greater than 26.
[a] Overweight more than 20%.
[b] Obesity, not defined.
[c] Adjusted to 1980 U.S. population.

examinations. The correlation between CSF protein and opening pressure was analysed using simple linear regression (Bourke et al. 1985).

We assessed the predictive power of the following variables, utilising a multiple logistic regression model (Bourke et al. 1985), on the outcome of vision: age at diagnosis, duration of disease, body weight, use of contraceptive pills, treatment with steroids for the visual complication, CSF pressure, and number of recurrences. The degree of involvement of the worst affected eye was used to define the dependent variable for the individual patient. Cases with moderate and severe visual deficits and those with mild deficit and normal vision were combined to define the two response levels.

The two control groups were combined and analyses were done by direct comparison of counts for cases versus controls on each factor to estimate the odds ratios and confidence limits (Morris and Gardner 1988; Sandercock 1989). We substituted 1 if the value of a cell was zero and added 1 to the corresponding non-zero cell. An odds ratio lower confidence limit of one or more and a $P$ value of $\leq 0.05$ were considered statistically significant (Sandercock 1989).

## Results

### *Descriptive study*

*Incidence rates*

During the study period, 1 September, 1982 through 31 August 1989, 81 cases (76 women and 5 men) with IIH were identified among the residents of Benghazi, Libya. Their age ranged from 8 to 55 years. The mean age at diagnosis was $28 \pm 8.5$ years; $28.6 \pm 7.9$ for women and $21 \pm 14.5$ for men. Average annual incidence rates per 100 000 persons for IIH by age and sex are shown in Table 3. The annual age-adjusted rates per 100 000 were 3.2 for the total, and 5.9 for females. The age-specific incidence rates of IIH for females reached a peak of 19.1 per 100 000 for the 30–39 year age-group. The female/male ratio of the adjusted rates was 22.8 : 1. For women 15 to 44 years of age, the crude annual incidence rates per 100 000 were 12.0 for the whole and 21.4 for those with obesity (Table 4). The data from the present series are compared with other epidemiological studies on IIH in Table 4.

*IIH in females*

*Clinical features.* Duration of symptoms prior to diagnosis varied from 7 days to 18 months, with a mean of 2.7 months. The frequency of the symptoms and signs among female patients at initial examination are shown in Table 5. Headache was present in all but one patient and papilloedema was evident in all patients when they were first examined. Transient visual obscurations at onset occurred in 46 cases. Visual loss was a persistent initial symptom in 13 patients; 2 of them were bilaterally blind. Diplopia due to abducens nerve paresis was an initial, but not isolated, symptom in 13 patients.

TABLE 5

SYMPTOMS AND SIGNS AT PRESENATION AMONG 76 FEMALE PATIENTS WITH IDIOPATHIC INTRACRANIAL HYPERTENSION IN BENGHAZI, LIBYA

| | No. of patients ($n = 76$) | Frequency % |
|---|---|---|
| *Symptoms* | | |
| Headache | 75 | 98.7 |
| Visual obscuration | 46 | 60.5 |
| Diplopia | 13 | 17.1 |
| Visual loss | 13 | 17.1 |
| *Signs* | | |
| Papilloedema | 76 | 100.0 |
| Abducens nerve paresis | 13 | 17.1 |
| Visual field deficit by confrontation (152 eyes) | 48/152 | 31.6 |
| Moderate/severe decrease in visual acuity (152 eyes) | 36/152 | 23.6 |

Fifty-four of the 76 females (71%) were obese. An enlarged blind spot was present in nearly all patients. Constriction of the visual fields was observed in 48 eyes. Twenty-four percent of the patients had moderate to severe defects in visual acuity when they were initially seen.

The cerebrospinal fluid opening pressure ranged from 260 to 950 mm CSF, with a mean of $399.2 \pm 103.7$ mm CSF. The CSF protein values ranged from 9 to 40 mg/dl, with a mean of $24.3 \pm 8.4$ mg/dl. Twenty-five patients (32.9%) had a CSF protein content less than 20 mg/dl. Using simple linear regression to examine the relationship between CSF opening pressure and CSF protein content, the correlation coefficient ($r$) was 0.1948 ($P > 0.09$), which negated any relationship between these two parameters.

*Associated conditions.* Conditions and diseases observed among the 76 female IIH patients are depicted in Table 6. Two patients with IIH, one with primary hypoparathyroidism and the other with hypothyroidism, have been reported (Radhakrishnan et al. 1986a).

In a 40-year-old female (3238/85), a diagnosed case of Weber-Christian panniculitis, IIH was thought to be related to the steroid preparations she took for her skin disease. The diagnosis of Addison's disease was overlooked in a 35-year-old female (4749/89), because of her presentation with the symptoms and signs of intracranial hypertension until she developed a crisis following lumbar puncture. Subsequent endocrine eval-

TABLE 6

CONDITIONS/DISEASES ASSOCIATED WITH IDIOPATHIC INTRACRANIAL HYPERTENSION AMONG 76 POPULATION-BASED FEMALE PATIENTS IN BENGHZAI, LIBYA

| Conditions/diseases | No. of patients ($n = 76$) | Frequency (%) |
|---|---|---|
| Married | 62 | 81.6 |
| Obesity | 54 | 71.1 |
| Irregular menses | 23 | 30.3 |
| Oral contraceptive use | 20 | 26.3 |
| Pregnancy | 4 | 5.3 |
| Hypothyroidism | 2 | 2.6 |
| Hypoparathyroidism | 1 | 1.3 |
| Addison's disease | 1 | 1.3 |
| Weber-Christian disease | 1 | 1.3 |
| Recurrent iridocyclitis | 1 | 1.3 |
| Systemic hypertension | 11 | 14.5 |
| Otitis media | 2 | 2.6 |
| Empty sella | 8/30 | 26.7 |
| Antecedent medication | | |
| Antibiotics | 21 | 27.6 |
| Corticosteroids | 2 | 2.6 |
| Vitamin A | 11 | 14.5 |
| Urinary antiseptics | 12 | 15.8 |
| Recurrence | 8 | 10.5 |

uation confirmed the diagnosis and, with steroid replacement therapy, the papilloedema disappeared within 2 months with a normal visual outcome.

*Treatment and follow-up data.* Eight patients received systemic steroids; the rest were treated with repeated lumbar punctures, diuretics, and/or weight reduction. Two patients had lumbo-peritoneal shunting. Follow-up ranged from 2 months to 6 years. Sixty-eight percent of the patients were followed for 6 months or more. Eight (10.5%) had recurrences during follow-up. In 22 patients the papilloedema persisted for over 3 months after the disappearance of the symptoms. Eleven patients developed optic atrophy. Visual acuity and fields were normal in 89 eyes when last seen. Thirty-two eyes disclosed visual acuity better than 6/18, which did not disturb them (mild visual loss). Moderate to severe visual loss occurred in 31 eyes; 2 patients were bilaterally blind. The visual status at last follow-up is compared to that at initial examination in Table 7. There was significant improvement in the visual status from the initial to final examination ($P = 0.01$, two-sided *sign* test). Moderate to severe visual loss occurred in 20.3% of 152 eyes when they were last evaluated.

None of the independent variables evaluated by multiple regression analysis were correlated with visual outcome (Table 8). Use of steroids for the treatment of IIH seems to have a protective effect on vision, although this parameter also just failed to reach statistical significance.

TABLE 8

MAXIMUM LIKELIHOOD ESTIMATES FOR THE RELATIONSHIP BETWEEN 7 VARIABLES AND THE FINAL VISUAL DEFICIT IN 76 WOMEN WITH IDIOPATHIC INTRACRANIAL HYPERTENSION

| Variable | Parameter estimate | Chi-square | *P* | Odds ratio |
|---|---|---|---|---|
| Age at diagnosis | 0.0309 | 0.6587 | 0.4170 | 1.031 |
| Duration of symptoms | −0.0712 | 0.8195 | 0.3653 | 0.931 |
| Body weight | 0.00749 | 0.2616 | 0.6090 | 1.008 |
| Contraceptive pill use | 0.0130 | 0.0005 | 0.9827 | 1.013 |
| Steroid treatment | −2.2039 | 3.2775 | 0.0702 | 0.110 |
| CSF opening pressure | −0.00176 | 0.5056 | 0.4771 | 0.998 |
| Recurrences | 0.0686 | 0.0049 | 0.9439 | 1.071 |

### *IIH in males*

Five out of the 81 cases were males. Their ages ranged from 8 to 44 years; 2 of them were in the paediatric age-group. Two adults were obese. In the 8-year-old boy, symptoms and signs of intracranial hypertension developed following a 2-month treatment with oral prednisolone for alopecia; the withdrawal of this drug resulted in the total resolution of the papilloedema with a normal visual outcome. The 44-year-old man, in whom the papilloedema persisted for over 8 months, developed a visual acuity of 6/36 in both eyes with marked constriction of visual fields. Lumboperi-

TABLE 7

COMPARISON OF THE INITIAL AND FINAL VISUAL STATUS OF 152 EYES OF 76 FEMALE IDIOPATHIC INTRACRANIAL HYPERTENSION PATIENTS IN BENGHAZI, LIBYA

| | Initial visual status | Normal | Mild loss | Moderate loss | Severe loss |
|---|---|---|---|---|---|
| Normal | 82 (54.0%) → | 79 | 3 | 0 | 0 |
| Mild loss | 34 (22.4%) → | 7 | 25 | 2 | 0 |
| Moderate loss | 18 (11.8%) → | 3 | 2 | 13 | 0 |
| Severe loss | 18 (11.8%) → | 0 | 2 | 4 | 12 |
| | 152 | 89 (58.6%) | 32 (21.2%) | 19 (12.4%) | 12 (7.9%) |
| | | Final visual status | | | |

toneal shunting prevented further progression of the visual loss.

*Case-control study*

Forty consecutive female incidence patients constituted the IIH case group and 80 related and unrelated (hospitalised) females the control group. Table 9 compares the demographic characteristics and frequencies of suspected variables in IIH patients and controls and provides the odds ratios (OR) and their 95% confidence limits (CL). More cases were married than controls (OR = 6.0, CL = 2.0–18.5).

*Obesity.* IIH patients were significantly overweight compared to controls, 93.2 ± 18.2 kg compared with 68.8 ± 15.5 kg ($P < 0.001$). Twenty-four patients had gained more than 10 kg in the previous one year compared to 6 among controls (OR = 18.5, CL = 6.5–52.6).

*Obstetrical and gynaecological history.* No significant association was found between IIH patients and age of menarche, age of marriage, oral contraceptive use, and the number of successful pregnancies, abortions or still births. However, a change in menstrual pattern, in the form of irregular periods, in the preceding one year was significantly correlated (OR = 3.1, CL = 1.3–7.4).

*Medication history.* Histories of usage of drugs such as tetracycline, furadantin, vitamin A, corticosteroids, and oral contraceptives were comparable between cases and controls.

*Medical and surgical diseases.* No significant differences between cases and controls were observed for hypertension, diabetes, thyroid disease, ear, sinus and dental infections, or skin disease. Some of the responses in these categories, however, were too small to be meaningful.

## Discussion

We believe our study provides the most comprehensive epidemiological data on IIH reported to date.

TABLE 9

COMPARISON OF DEMOGRAPHIC CHARACTERISTICS, CONDITIONS AND DISEASES, AND MEDICATION USE BETWEEN INCIDENCE FEMALE IDIOPATHIC INTRACRANIAL HYPERTENSION PATIENTS AND FEMALE CONTROLS

| | Patients ($n$ = 40) (mean ± SD) | Controls ($n$ = 80) (mean ± SD) | Significance (by $t$-test) |
|---|---|---|---|
| **Demographic characteristics** | | | |
| Age at diagnosis/interview | 28.4 ± 7.4 | 28.2 ± 6.0 | not significant |
| Age at menarche | 13.2 ± 1.2 | 13.2 ± 1.1 | not significant |
| Age at marriage | 17.5 ± 2.8 | 16.8 ± 3.4 | not significant |
| No. of pregnancies per married woman | 4.4 ± 2.3 | 5.0 ± 3.0 | not significant |
| Body weight (kg) | 93.2 ± 18.2 | 68.8 ± 15.5 | $P < 0.001$ |

| | No. patients with positive response | No. controls with positive response | Odds ratio | 95% confidence limits |
|---|---|---|---|---|
| **Conditions / disease** | | | | |
| Otitis media | 0 | 4 | 0.39 | 0.04– 3.41 |
| Sinusitis | 8 | 12 | 1.42 | 0.53– 3.81 |
| Dental disease | 12 | 26 | 0.89 | 0.39– 2.03 |
| Chronic skin disease | 6 | 16 | 0.71 | 0.25– 1.97 |
| Systemic hypertension | 8 | 8 | 2.25 | 0.78– 6.53 |
| Hypothyroidism | 1 | 1 | 2.03 | 0.12–33.25 |
| Addison's disease | 1 | 0 | 4.16 | 0.37–47.30 |
| Diabetes mellitus | 0 | 1 | 1.00 | 0.09–11.37 |
| Irregular menses | 16 | 14 | 3.14 | 1.34– 7.40 |
| Pregnant at diagnosis/interview | 2 | 4 | 1.00 | 0.18– 5.71 |
| Married | 36 | 48 | 6.00 | 1.95–18.49 |
| Recent weight gain | 24 | 6 | 18.50 | 6.51–52.61 |
| Obesity | 31 | 24 | 8.04 | 3.32–19.43 |
| **Medication** | | | | |
| Oral contraceptives | 16 | 26 | 1.39 | 0.63– 3.04 |
| Corticosteroids | 0 | 2 | 0.66 | 0.07– 6.54 |
| Tetracycline | 6 | 4 | 3.35 | 0.89–12.66 |
| Furadantin | 4 | 4 | 2.11 | 0.50– 8.92 |
| Vitamin A | 6 | 14 | 0.83 | 0.29– 2.36 |

*Descriptive study*

The average crude annual incidence rates of IIH in Benghazi, northeastern Libya, per 100,000 persons are 2.2 for the total and 4.3 for females of all ages (3.2 for the total and 5.9 for females when adjusted to the 1980 US population). This tends to be a disease of early female adulthood, with annual rates per 100,000 of 12.0 in women between the ages of 15 and 44 years, and 21.4 in women of the same age-group with obesity. It is our impression that this study achieved most of the requirements for an ideal epidemiological study; namely, precise diagnosis, well-defined population denominator, long period of observation, and a nearly complete ascertainment of all symptomatic patients. However, IIH is known to occur rarely without headache (Rush 1980; Bulens et al. 1979) and without papilloedema (Lipton and Michelson 1972; Spence et al. 1980; Marcelis and Silberstein 1991). Patients with IIH who have no headache and those who do not have papilloedema constitute a subgroup of unknown size, since they may never come to neurological attention unless they become symptomatic for some other reason. Furthermore, 5 patients whose clinical data otherwise suggested IIH were excluded from our study because of the absence of a CSF examination. In the light of these considerations, our figures should be considered minimum estimates only.

We strictly adhered to the modified Dandy's diagnostic criteria (Table 1) for IIH to ascertain cases. Patients with normal CSF pressure and elevated CSF protein and neuroradiologically demonstrable intracranial venous sinus thrombosis were excluded. Papilloedema associated with CT-demonstrable tumourous obstruction of sigmoid sinus (Powers et al. 1986) and Guillain-Barré syndrome with markedly elevated CSF protein (Ropper and Marmarou 1984) have appeared under the heading of pseudotumour cerebri even in the recent literature. Since the syndrome of pseudotumour cerebri encompasses many different entities (Donaldson 1981; Johnston et al. 1991a), we decided to study as homogenous a group as possible.

IIH is believed to be a rare disorder based on hospital experience. Boddie et al. (1974) diagnosed IIH in 34 patients in a regional neurological centre in Newcastle-Upon-Tyne, UK, over a period of 12 years. During one decade, 120 adult IIH patients were seen at the Neurological Institute of New York, in New York City (Weisberg 1975). Rush (1980) described 63 patients seen at the Mayo Clinic, Rochester, Minnesota, between 1961 and 1978. In an analysis of 110 patients seen over a period of 30 years in Glasgow, Scotland, not more than 17 cases were seen in a period of 5 years (Johnston and Paterson 1974). Seventeen cases came from Charity Hospital in New Orleans, Louisiana, between 1949 and 1958 (Paterson et al. 1961). Fifty-three patients were treated for IIH at the University Hospitals in Iowa between the years 1939 and 1975 (Corbett et al. 1982), and 65 patients were diagnosed at Willis Eye Hospital, Philadelphia, Pennsylvania, between 1947 and 1975 (Corbett et al. 1982). Six cases were noted in 4 years from Kenya (Mehta et al. 1970). On the other hand, a recent report based on hospital experience suggested a higher frequency of IIH in the Saudi Arabian population (Phadke and Al Deeb 1987).

There are only very few epidemiological studies of IIH (Table 4). Based on the initial 2 years of observation in Benghazi, Libya, we reported annual incidence rates per 100,000 persons of 1.7 for the total, 3.5 for females of all ages (Radhakrishnan et al. 1986a), 10.3 for females 15–44 years of age, and 20.2 in obese women aged 15–44 years (Radhakrishnan, unpublished data). Durcan et al. (1988) surveyed all neurologists, ophthalmologists and neurosurgeons in Iowa, eastern Nebraska, and Louisiana in the United States over a one-year period and determined an incidence rate per 100,000 population of 0.9 in the general population, 3.5 in females 15–44 years of age, and 19 in obese women aged 20–44 years. However, the results of both these studies (Radhakrishnan et al. 1986a; Durcan et al. 1988) were based on short periods of observation, and in neither study were the rates standardised for the age distribution of the population. A recently completed study which utilised the medical records-linkage system of the Mayo Clinic to identify cases of IIH in a 15-year period among the population of Rochester, Minnesota, computed an average annual age-adjusted incidence rate per 100,000 of 0.9 for the total, 1.6 for the female population of all ages, and 3.3 for the females aged 15 to 44 years (Radhakrishnan et al. 1993).

The annual incidence of IIH in Benghazi, Libya, reported in the present study is higher than the earlier report from the same area (Radhakrishnan et al. 1986a). This may be explained by a greater awareness of the disease and better ascertainment of cases. Our results show a three to four times higher rate for IIH in Benghazi, Libya, than that reported from the United States (Durcan et al. 1988; Radhakrishnan et al. 1993). The incidence of IIH in countries such as Libya and Saudi Arabia is likely to be higher than in the West because of the high prevalence of obesity among females of the reproductive age-group. Alternatively, the higher incidence of IIH in Benghazi, Libya, may merely reflect a better case ascertainment due to the relatively complete opportunity for us to see all patients that came under scrutiny as compared to the epidemiological study of Durcan et al. (1988). In order to delineate the geographic variation in the incidence of IIH, more epidemiologic studies are warranted.

Several previous hospital-based or referral centre studies have emphasised vision loss as a frequent sequela of IIH (Corbett et al. 1982; Sørensen et al. 1988;

Wall and George 1991). In the present population-based series, normal visual acuity and field of vision as the outcome occurred only in 58.6% of cases. Moderate to severe vision loss occurred as a sequelae in 20% of our patients. Twenty-two percent of the patients reported in the epidemiological study from Iowa (Durcan et al. 1988) had loss of vision, although the authors did not report the severity and the course of the visual deficit in detail. In the Rochester, Minnesota, series (Radhakrishnan et al. 1993), two of 9 patients had mild visual deficits, and these did not impair their normal functioning. Because of the close proximity to the Mayo Clinic, persons in Rochester are likely to receive early diagnosis and therapeutic intervention. Perhaps this was a factor in the benign visual outcome of these patients. Median duration of symptoms prior to diagnosis in the Rochester series (Radhakrishnan et al. 1993) was 30 days (range, 1 to 90 days); these data are not available for the Iowa study (Durcan et al. 1988). In the present Benghazi series, duration of symptoms prior to diagnosis varied from 7 days to 18 months, with a mean of 2.7 months. Early diagnosis and therapy to reduce intracranial hypertension plus close follow-up for the prompt detection of visual impairment have been shown to prevent or reverse the visual loss in IIH (Corbett and Thompson 1989; Wall and George 1991). Poor visual outcome in our patients may be related to the delay in the diagnosis and inadequate follow-up.

Several investigators have evaluated the factors affecting visual loss among referral groups of patients with IIH. In a restrospective survey, Corbett et al. (1982) found systemic hypertension to be the only significant risk factor for poor visual outcome and systemic corticosteroid administration was considered an additional risk factor. In a case-control comparison, the frequency of visual loss was found to be the same in pregnant and non-pregnant patients (Digre et al. 1984). Orcutt et al. (1984) cited transient visual obscurations, anaemia, older age and high myopia as risk factors for visual loss. Another group at risk for severe visual impairment was black males (Digre and Corbett 1988). A prospective study showed recent weight gain as the only factor significantly associated with worsening of vision (Wall and George 1991). Small sample size and its selected nature may explain the variable results. Among the present population-based sample of IIH patients, none of the factors investigated correlated with moderate/severe visual loss (Table 8). Systemic steroid treatment seemed to have a protective effect; however, this factor also failed to reach statistical significance.

The patients in our study ranged in age from 8 to 55 years, with a mean age of 28 years. This age distribution is similar to that in other epidemiologic reports. The female preponderance and high frequency of obesity found in many previous reports were confirmed in our study. In population-based studies, the female/male ratio ranged from 4:1 to 15:1 (Table 4). Durcan et al. (1988), who defined obesity as a weight of more than 20% over the ideal, found 67% of their patients from Iowa to be obese. In the present study, 71% of female patients weighed 20% or more above ideal weight.

Digre and Corbett (1988) compared 29 men with IIH with age-matched women and found the following: IIH occurred less frequently but in a similar age distribution in men; men tended to be less obese; black men appeared to be at increased risk to lose vision; and men more often required surgical treatment for visual loss. The present series comprised only 5 male patients, and 2 of them were children. The frequency of obesity was 40 percent. One adult male patient required surgical treatment to prevent progressive visual loss. Because of the small number of male patients in our series, no meaningful comparison can be attempted with our female IIH cases or with the study of IIH in males by Digre and Corbett (1988).

Many previous reports in the literature have emphasised low CSF protein in about two-thirds of patients with IIH (Greer 1968; Weisberg 1975; Donaldson 1981; Ahlskog and O'Neill 1982). One study even found an inverse relationship between CSF opening pressure and CSF protein (Chandra et al. 1986). Johnston et al. (1991b) found CSF protein of less than 20 mg/dl in only 26% of their 177 IIH patients and could find no linear correlation between the CSF protein and opening pressure. Our results are in agreement with those of Johnston et al. (1991b).

Intracranial sino-venous thrombosis has been reported in one-third of patients with Behçet's disease with neurological involvement (Masheter 1959; Bank and Weart 1984; Wechsler et al. 1992). The leading mode of presentation of intracranial sinovenous thrombosis is with raised intracranial pressure without localising neurological signs, and the CT scan and CSF are frequently normal (Wechsler et al. 1992). Angiography remains the technique of reference for the diagnosis of cerebral venous thrombosis (Harper et al. 1985), although MRI has appeared recently as an excellent diagnostic tool (Snyder and Sachdev 1986). Behçet's disease is common in the Mediterranean lands (Alema 1978). In a disease of unknown aetiology such as IIH, Behçet's disease complicated with intracranial sinovenous thrombosis should be considered. Furthermore, very few of our cases had MRI or angiography. However, during the present seven-year survey in Benghazi, Libya, we have observed only one male patient with Behçet's disease and superior sagittal sinus thrombosis. He was excluded from the case material because of an abnormal MRI. None of our patients with IIH had muco-cutaneous manifestations of Behçet's disease.

The female patient with recurrent iridocyclitis had a normal cerebral angiogram. While neurological complications of Behçet's disease, including sinovenous thrombosis, predominantly affect males (Wechsler 1992), IIH is a female disease. We do not believe the high occurrence of IIH in Benghazi can be explained by covert neuro-Behçet's disease.

*Case-control study*

Two recent case-control studies examined the risk factors associated with IIH (Ireland et al. 1990; Guiseffi et al. 1991). Both studies used a selected sample of referred cases. In our study we included consecutive incidence cases to avoid selection bias and recruited more controls per patient to minimise over- and under-matching (Sackett 1979). Furthermore, we clearly defined the time frame for the exposure variables.

The present case-control study found a strong association between IIH with obesity and recent weight gain, which supports the conclusion by Ireland et al. (1990) and Guiseffi et al. (1991). Patients more frequently reported a change in menstrual pattern in the year prior to reference time. Although a relationship to the pathogenesis of IIH is at present uncertain, changes in the menstrual pattern shortly before the diagnosis were noted frequently in the case-control study by Ireland et al. (1990), as well. More of our IIH patients than controls were married; rapid gain in weight after marriage, leading to obesity, is common among the local female population. The significant association of arterial hypertension and IIH reported in two previous case-control studies (Ireland et al. 1990; Guiseffi et al. 1991) was not observed by us. This supports the suspicion of Giuseffi et al. (1991) that arterial hypertension might have been overreported among obese patients due to the use of standard size rather than wide sphygmomanometer cuffs.

Several conditions previously documented to be associated with IIH (Greer 1967; Fishman 1984b) were no more common in patients than controls. It should be emphasised that lack of statistical association does not prove that no association exists. Wide confidence intervals for the odds ratio reflect inadequate sample size and low statistical power for most of the variables investigated in the present and previous two (Ireland et al. 1990; Guiseffi et al. 1991) case-control studies. More comprehensive case-control studies involving larger numbers of patients are required to critically examine the various reported associations with IIH.

**Acknowledgements** We thank Dr. Nico I. Bohnen, Alice Langworthy, and Laura Long of the Mayo Clinic, Rochester, Minnesota, for their help in the statistical analysis and preparation of the manuscript. We are grateful to Dr. Leonard T. Kurland (Professor of Epidemiology, Mayo Clinic) for reviewing the manuscript critically.

## References

Ahlskog, J.E. and B.P. O'Neill (1982) Pseudotumour cerebri. Ann. Intern. Med., 97: 249–256.

Alema, G. (1978) Behçet's disease. In: P.J. Vinken and G.W. Bruyn (Eds.), Handbook of Clinical Neurology, Vol. 34. North-Holland Publishing Company, Amsterdam, pp. 475–512.

Ashok, P.P., K. Radhakrishnan, R. Sridharan and M.A. El-Mangoush (1986) Incidence and pattern of cerebrovascular diseases in Benghazi, Libya. J. Neurol. Neurosurg. Psychiatry, 49: 519–523.

Bajraktari, X., M. Bergstrom, K. Brismar, R. Goulatia, T. Greitz and A. Grepe (1977) Diagnosis of intrasellar cisternal herniation (empty sella) by computer assisted tomography. J. Comput. Assist. Tomogr., 1: 105–116.

Bank I. and C. Weart (1984) Dural sinus thrombosis in Behçet's disease. Arthritis Rheum., 27: 816–818.

Boddie, H.G., M. Banna and W.G. Bradley (1974) 'Benign' intracranial hypertension. A survey of the clinical and radiological features, and long-term prognosis. Brain, 97: 313–326.

Bourke, G.J., L.E. Daly and J. McGilvray (1985) Interpretation and Uses of Medical Statistics. Blackwell Scientific Publications, Oxford, England, pp. 95–130, pp. 131–158, pp. 209–227.

Buchheit, W.A., C. Burton, B. Haag and D. Shaw (1969) Papilledema and idiopathic intracranial hypertension. Report of a familial occurrence. N. Engl. J. Med., 280: 938–942.

Bulens, C., W.A.E.J. DeVries and H. VanCrevel (1979) Benign intracranial hypertension: a retrospective and follow-up study. J. Neurol. Sci., 40: 147–157.

Chandra, V., S.N. Bellur and R.J. Anderson (1986) Low CSF protein concentration in idiopathic pseudotumour cerebri. Ann. Neurol., 19: 80–82.

Corbett, J.J., P.J. Savino, S. Thompson, T. Kansu, N.J. Schatz, L.S. Orr, D. Hopson (1982) Visual loss in pseudotumour cerebri. Follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss. Arch. Neurol., 39: 461–474.

Corbett, J.J. and M.P. Mehta (1983) Cerebrospinal fluid pressure in normal obese subjects and in patients with pseudotumour cerebri. Neurology, 33: 1386–1388.

Corbett, J.J. and S. Thompson (1989) The rational management of idiopathic intracranial hypertension. Arch. Neurol., 46: 1049–1051.

Digre, K.B., M.W. Varner and J.J. Corbett (1984) Pseudotumor cerebri and pregnancy. Neurology, 34: 721–729.

Digre, K.B. and J.J. Corbett (1988) Pseudotumor cerebri in men. Arch. Neurol., 45: 866–872.

Donaldson, J.O. (1981) Pathogenesis of pseudotumor cerebri syndromes. Neurology, 31: 877–880.

Durcan, F.J., J.J. Corbett and M. Wall (1988) The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. Arch. Neurol. 45: 875–877.

Fishman, R.A. (1984a) The pathophysiology of pseudotumor cerebri. An unsolved puzzle. Arch. Neurol., 41: 257–258.

Fishman, R.A. (1984b) Brain edema and disorders of intracranial pressure. In: L.P. Rowland (Ed.). Merritt's Textbook of Neurology, Seventh Edition. Lea and Febiger, Philadelphia, pp. 206–215.

Foley, J. (1955) Benign forms of intracranial hypertension — 'toxic' and 'otitic' hydrocephalus. Brain, 78: 1–41.

Guidetti, B., R. Giuffré and D. Gambacosta (1968) Follow-up study of 100 cases of pseudotumour cerebri. Acta Neurochir. (Wien), 18: 256–267.

Guiseffi, V., M. Wall, P.Z. Siegel and P.B. Rojas (1991) Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. Neurology, 41: 239–244.

Greer, M. (1967) Management of benign intracranial hypertension

(pseudotumor cerebri). In: R.G. Ojemann (Ed.). Clinical Neurosurgery, Vol. 15. Williams and Wilkins, Baltimore, pp. 161–174.

Hajjaji, S.A. (1972) The New Libya: A Geographical, Social, Economic and Political Study. Muassasat Assariá, Tripoli, Libya, pp. 205–209.

Harper, M.C., B.P. O'Neill, J.E. O'Duffy and G.S. Forbes (1985) Intracranial hypertension in Behçet's disease: demonstration of sinus occlusion with use of digital substraction angiography. Mayo Clin. Proc., 60: 419–422.

Howe, J., M. Saunders and P. Clarke (1973) Familial benign intracranial hypertension. Acta Neurochir. (Wien), 29: 173–175.

Ireland, B., J.J. Corbett and R.B. Wallace (1990) The search for causes of idiopathic intracranial hypertension. A preliminary case-control study. Arch. Neurol., 47: 315–320.

Johnston, I. and A. Paterson (1974) Benign intracranial hypertension. I. Diagnosis and prognosis. Brain, 97: 289–300.

Johnston, I., S. Hawke, M. Halmagyi and C. Teo (1991a) The pseudotumor syndrome. Disorders of cerebrospinal fluid circulation causing intracranial hypertension without ventriculomegaly. Arch. Neurol., 48: 740–747.

Johnston, P.K., J.J. Corbett and C.E. Maxner (1991b) Cerebrospinal fluid protein and opening pressure in idiopathic intracranial hypertension (pseudotumor cerebri). Neurology, 41: 1040–1042.

Lipton, H.L. and P.E. Michelson (1972) Pseudotumor cerebri syndrome without papilloedema. JAMA, 220: 1591–1592.

Lysak, W.R. and H.J. Svien (1966) Long-term follow-up on patients with diagnosis of pseudotumor cerebri. J. Neurosurg., 25: 284–287.

Marcelis, J. and S.D. Silberstein (1991) Idiopathic intracranial hypertension without papilledema. Arch. Neurol., 48: 392–399.

Masheter, H.C. (1959) Behçet's syndrome complicated by intracranial thrombophlebitis. Proc. R. Soc. Med., 52: 1039–1040.

Mehta, S., K.C. Patel, A. Jindani and J.R. Harries (1970) Benign intracranial hypertension. East. Afr. Med. J., 47: 333–338.

Morris, J.A. and M.J. Gardner (1988) Calculating confidence intervals for relative risks (odds ratios) and standardised ratios and rates. Br. Med. J., 296: 1313–1316.

Nönne, M. (1904) Über Fälle von Symptomenkomplex 'Tumor cerebri' mit Ausgang in Heilung (pseudotumor cerebri). Deutsche Zeitschrift für Nervenheilkunde, 27: 169–216.

Orcutt, J.C., N.G.R. Page and M.D. Sanders (1984) Factors affecting visual loss in benign intracranial hypertension. Ophthalmology, 91: 1303–1312.

Paterson, R., N. DePasquale and S. Mann (1961) Pseudotumor cerebri. Medicine (Baltimore), 40: 85–99.

Phadke, J.G. and S. Al Deeb (1987) Pseudotumor cerebri (benign intracranial hypertension) in Saudi Arabia. Saudi Med. J., 8: 391–395.

Powers, J.M., J.A. Schnur and M.E. Baldree (1986) Pseudotumor cerebri due to partial obstruction of the sigmoid sinus by a cholesteatoma. Arch. Neurol., 43: 519–521.

Quincke, H. (1897) Ueber Meningitis serosa und verwandte Zustande. Deutsche Zeitschrift für Nervenheilkunde, 9: 149–168.

Radhakrishnan, K., P.P. Ashok, R. Sridharan and M.E. Mousa (1985) Prevalence and pattern of multiple sclerosis in Benghazi, North-Eastern Libya. J. Neurol. Sci., 70: 39–46.

Radhakrishnan, K., R. Sridharan, P.P. Ashok and M.E. Mousa (1986a) Pseudotumour cerebri: Incidence and pattern in North-Eastern Libya. Eur. Neurol., 25: 117–124.

Radhakrishnan, K., P.P. Ashok, PP, R. Sridharan and M.E. Mousa (1986b) Descriptive epidemiology of motor neuron disease in Benghazi, Libya. Neuroepidemiology, 5: 47–54.

Radhakrishnan, K., J.E. Ahlskog, S.A. Cross, L.T. Kurland and W.M. O'Fallon (1993) Idiopathic intracranial hypertension (pseudotumor cerebri): Descriptive epidemiology in Rochester. Minnesota, 1976–1990. Arch. Neurol., 50: 78–80.

Raichle, M.E., R.L. Grubb, M.E. Phelps, M.H. Gado and J.J. Caronna (1978) Cerebral hemodynamics and metabolism in pseudotumor cerebri. Ann. Neurol., 4: 104–111.

Reid, A.C., M.S. Matheson and G. Teasdale (1980) Volume of ventricles in bengin intracranial hypertension. Lancet, ii: 7–8.

Ropper, A.H. and A. Marmarou (1984) Mechanism of pseudotumor in Guillain-Barré syndrome. Arch. Neurol., 41: 259–261.

Rothner, A.D. and J.C.M. Brust (1974) Pseudotumor cerebri. Report of a familial occurrence. Arch. Neurol., 30: 110–111.

Rottenberg, D.A., K.M. Foley and J.B. Posner (1980) Hypothesis: The pathogenesis of pseudotumor cerebri. Med. Hypotheses, 6: 913–918.

Rush, J.A. (1980) Pseudotumor cerebri. Clinical profile and visual outcome in 63 patients. Mayo Clin. Proc., 55: 541–546.

Sackett, D.L. (1979) Bias in analytic research. J. Chronic Dis., 32: 51–63.

Sage, M.R., E.S. Chan and P.L. Reilly (1980) The clinical and radiological features of empty sella syndrome. Clin. Radiol., 31: 513–519.

Sandercock, P. (1989) The odds ratio: a useful tool in neurosciences. J. Neurol. Neurosurg. Psychiatry, 52: 817–820.

SAS (1990) SAS/STAT User's Guide, Version 6, Fourth Edition. SAS Institute, Inc., Cary, North Carolina, pp. 1071–1126.

Schoenberg, B.S. (1983) Calculating confidence intervals for rates and ratios. Simplified method utilizing tabular values based on the Poisson distribution. Neuroepidemiology, 2: 257–265.

Smith J.L. (1985) Whence pseudotumor cerebri? J. Clin. Neuro Ophthalmol., 5: 55–56.

Snyder, T.C. and H.S. Sachdev (1986) MR imaging of cerebral venous thrombosis. J. Comput. Assist. Tomogr., 10: 889–891.

Sørensen, P.S., B. Krogasaa and F. Gjerris (1988) Clinical course and prognosis of pseudotumor cerebri. A prospective study of 24 patients. Acta Neurol. Scand., 77: 164–172.

Spence, J.D., A.L. Amacher and N.R. Willis (1980) Benign intracranial hypertension without papilledema: Role of 24-hour cerebrospinal fluid pressure monitoring in diagnosis and management. Neurosurgery, 7: 326–336.

Sridharan, R., K. Radhakrishnan, P.P. Ashok and M.E. Mousa (1985) Prevalence and pattern of spinocerebellar degenerations in northeastern Libya. Brain, 108: 831–843.

Traviesa, D.C., R.J. Schwartzman, J.S. Glaser and P. Savino (1976) Familial benign intracranial hypertension. J. Neurol. Neurosurg. Psychiatry, 39: 420–423.

Wall, M. and D. George (1991) Idiopathic intracranial hypertension. A prospective study of 50 patients. Brain, 114: 155–180.

Warrington, W.B. (1914) Intracranial serous effusions of inflammatory origin: Meningitis or ependymitis serosa — meningism with a note on 'pseudotumours' of brain. Q.J. Med., 1: 93–116.

Wechsler, B., M. Vidailhet, J.C. Piette, M.G. Bousser, B. Dell Isola and O. Blétry, P. Godeau (1992) Cerebral venous thrombosis in Behçet's disease: Clinical study and long-term follow-up of 25 cases. Neurology, 42: 614–618.

Weisberg, L.A. (1975) Benign intracranial hypertension. Medicine (Baltimore), 54: 197–207.