# Exhibit 52

Document downloaded from http://www.elsevier.es, day 27/09/2017. This copy is for personal use. Any transmission of this document by any media or format is strictly prohibited.


Neurología. 2017;xxx:xxx—xxx

SOCIEDAD ESPAÑOLA DE NEUROLOGIA

NEUROLOGÍA

www.elsevier.es/neurologia

CARTA AL EDITOR

# Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel

## Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device

*Sr. Editor:*

La hipertensión intracraneal idiopática (HII) es un síndrome que ocurre frecuentemente en mujeres obesas en edad fértil. Se caracteriza por una elevación de la presión intracraneal (PI) de causa desconocida, después de excluir entidades como tumor cerebral, hidrocefalia, meningitis o trombosis venosa cerebral, de acuerdo con los criterios modificados de Dandy[1]. Inicialmente fueron utilizadas otras terminologías como *Pseudotumor cerebri* o «hipertensión intracraneal benigna». Para evitar esta ambigüedad, algunos autores abogan por usar HI por lo que son (p. ej., HI inducida por la retirada de corticoides) y reservar el término HII solo para aquellos casos en los que no se identifica un factor precipitante[2]. Para añadir más confusión ha reaparecido el término *pseudotumor cerebri syndrome* (PTCS) en la mayoría de los recientes criterios diagnósticos[3]. Esta reintroducción permanece controvertida, y no ha sido aceptada extensamente por los expertos de HII[2].

Describimos el caso de una mujer de 27 años que ingresó en nuestro hospital con un cuadro clínico de cefalea de instauración progresiva de 2 semanas de evolución y localizada en región occipital con irradiación holocraneal de intensidad 9/10 según la escala visual analógica (EVA), acompañada de fotofobia intensa, leve fonofobia, sensación de mareo y acúfenos pulsátiles. La paciente negaba náuseas, vómitos, esfuerzo, traumatismo craneal o fiebre previos. Veinticuatro horas después del inicio de la clínica siente una mancha móvil en el ojo derecho.

*Antecedentes patológicos:* obesidad (1,59 m de altura y 83 kg de peso, IMC 32,8 kg/m$^2$). Portadora de dispositivo intrauterino de levonorgestrel (DIU-L) hace 2 años y en los últimos 7 días previos al inicio del cuadro realizaba un tratamiento antibiótico con minociclina (100 mg/2 veces/día) por una foliculitis inguinal, pautada por su médico de familia.

*Examen neurológico:* sin alteraciones de los campos visuales a la confrontación. Pupilas isocóricas y reactivas. Reflejo fotomotor directo y consensuado conservados. Sin déficit motor. Sin signos cerebelosos ni meníngeos.

*Examen oftalmológico:* escotoma centelleante en OD. Agudeza visual OD: 10/10; OI: 10/10. Biomicroscopía: sin alteraciones. Fondo ojo: OD: edema papila exuberante (grado 4 de la escala modificada de Frisen), hemo-vítreo discreto central; OI: edema papila menos exuberante.

En el servicio de urgencia no fue posible realizar una campimetría. La radiografía de tórax, la TC craneal y veno-TC no mostraron alteraciones.

Fue retirada la minociclina. Se realiza una punción lumbar con salida de líquido cefalorraquídeo claro con presión de abertura 260 mmH$_2$O y estudio citológico-bioquímico-microbiológico normal. Doce horas después la presión de abertura era de 60 mmH$_2$O, sin cefalea bajo analgesia con metamizol 2 g/3 veces/día y acetazolamida 250 mg/2 veces/día. Veinticuatro horas después sin escotoma con mejoría significativa del edema papila. Se inicia dieta propuesta por nutricionista.

En el estudio analítico: no muestra anemia, ni leucocitosis; PCR normal y Vs 43 mm. Colesterol total 208 mg/dl; ácido úrico, ácido fólico, vitamina B$_{12}$ y función tiroidea: sin alteraciones. ANA, anticuerpos anti *Treponema pallidum* y HIV-1 y 2: negativos.

Una semana después una resonancia magnética de cráneo no identificó signos sugestivos de HI.

En una revisión oftalmológica a las 2 semanas del inicio de los síntomas se objetivó una mejoría del edema de papila (grado 3 en el OI y grado 2 en el OD) y la campimetría computarizada Humphrey 30-2 reveló un aumento bilateral de la mancha ciega, de predominio izquierdo (fig. 1). Con relación al DIU-L como podía contribuir para la exacerbación o empeoramiento de la HI le fue retirado a la paciente a la 3.ª semana del inicio de los síntomas.

A la 4.ª semana del inicio de los síntomas la paciente reinició su actividad profesional sin analgesia con un peso de 79 kg.

Nuestra paciente cumple los criterios modificados de Dandy de HI (sintomatología de HI, papiledema, elevación de la PI, LCR de composición normal, sin lesión cerebral). Pensamos que por el inicio fulminante de la sintomatología, la respuesta favorable y rápida con la retirada de la minociclina y la disminución de la PI a las 12 h de la confirmación de la elevación de la PI, lo más probable es que se trate de

http://dx.doi.org/10.1016/j.nrl.2016.11.012
0213-4853/© 2017 El Autor(s). Publicado por Elsevier España, S.L.U. en nombre de Sociedad Española de Neurología. Este es un artículo Open Access bajo la licencia CC BY-NC-ND (http://creativecommons.org/licenses/by-nc-nd/4.0/).

Cómo citar este artículo: Ros Forteza FJ, Pereira Marques I. Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel. Neurología. 2017. http://dx.doi.org/10.1016/j.nrl.2016.11.012

Document downloaded from http://www.elsevier.es, day 27/09/2017. This copy is for personal use. Any transmission of this document by any media or format is strictly prohibited.





**Figura 1** Retinografía y campimetría computarizada Humphrey 30-2 del paciente a las 2 semanas del seguimiento. Es de notar la presencia de edema de papila bilateral, grado 3 en el OI y grado 2 en el OD. Los campos visuales muestran un aumento bilateral de la mancha ciega, de predominio izquierdo.

un caso de HI inducida por minociclina en el que el DIU-L ejerció su papel predisponente. La pérdida de peso y el tratamiento médico contribuyeron a la resolución del cuadro clínico, junto a la retirada de la minociclina y del DIU-L.

En los más recientes criterios diagnósticos propuestos para la HII, en ausencia de papiledema el diagnóstico de HII puede ser realizado si cumple los criterios B-E y una parálisis del VI par. En ausencia de papiledema y de parálisis del VI par, el diagnóstico de HII puede ser sugerido, pero no realizado si cumple los criterios B-E con al menos 3 de los siguientes criterios de imagen (silla turca vacía, aplanamiento del globo ocular, distensión del espacio subaracnoideo perióptico con o sin tortuosidad del nervio óptico, estenosis del seno venoso transverso)[3].

En la literatura existen casos de HI inducidos por el uso de minociclina aislado[4–7] o combinado con vitamina A[8]. En el estudio retrospectivo de Chiu AM et al.[6] de 12 pacientes estudiados, 2 pacientes desarrollaron la sintomatología después de transcurrido un año del inicio de minociclina.

En relación con la posible asociación entre DIU-L y la HI, fueron documentados 56 casos de HI o edema de disco. Según los autores[9] el DIU-L causa o contribuye al desarrollo de PTC/HII, incrementa el riesgo de PTC/HII, y/o empeora o exacerba la PTC/HII.

Además han aparecido otros casos de HI relacionados con DIU-L (FDA, 2014; Martinez et al., 2010) incluido un caso en Argentina de una mujer sin obesidad que desarrolló HI después de 4 años con el uso de DIU-L. Asimismo, en la base de datos del *United States Food and Drug Administration's Adverse Events Reporting System* (FAERS) fue encontrado un mayor número de casos de lo esperado de HI con el uso de DIU-L[10].

En conclusión, el conocimiento de los factores precipitantes de la HI es crucial para la resolución rápida de la sintomatología de nuestros pacientes. Sería aconsejable el estudio periódico del fondo de ojo en los pacientes que reciben minociclina, así como de informar a la mujer de los riesgos de algunos medicamentos hormonales.

Cómo citar este artículo: Ros Forteza FJ, Pereira Marques I. Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel. Neurología. 2017. http://dx.doi.org/10.1016/j.nrl.2016.11.012

Document downloaded from http://www.elsevier.es, day 27/09/2017. This copy is for personal use. Any transmission of this document by any media or format is strictly prohibited.


## Bibliografía


1. Bidot S, Bruce BB. Update on the diagnosis and treatment of idiopathic intracranial hypertension. Semin Neurol. 2015;35:527—38.
2. Wall M, Corbett JJ. Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. Neurology. 2014;83:198—9.
3. Friedman DI, Liu GT, Digre KB. Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. Neurology. 2013;81:1159—65.
4. Ang ER, Zimmerman JC, Malkin E. Pseudotumor cerebri secondary to mynocicline intake. J Am Board Fam Pract. 2002;15:229—33.
5. Chiu AM, Chuenkongkaew WL, Cornblath WT, Trobe JD, Digre KB, Dotan SA, et al. Mynocicline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol. 1998;126:116—21.
6. Mochizuki K, Takahashi T, Kano M, Terajima K, Hori N. Pseudotumor cerebri induced by mynocicline therapy for acne vulgaris. Jpn J Ophthalmol. 2002;46:668—72.
7. Fraser CL, Biousse V, Newman NJ. Mynocicline-induced fulminant intracranial hypertension. Arch Neurol. 2012;69:1067—70.
8. Moskowitz Y, Leibowitz E, Ronen M, Aviel E. Pseudotumor cerebri induced by vitamin A combined with mynociclineJT Ann Ophthalmol. 1993;25:306—8.
9. Alder JB, Fraunfelder FT, Edwards R. Levonorgestrel implants and intracranial hypertension. NEJM. 1995;332:1720—1.
10. Etminan M, Luo H, Guftason P. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf. 2015;6:110—3.


F.J. Ros Forteza[a,b,*] e I. Pereira Marques[c]

[a] *Serviço de Neurologia, Unidade Local de Saúde da Guarda, EPE, Guarda, (Portugal)*
[b] *Departamento de Ciências Médicas, Faculdade de Ciências da Saúde (UBI), Covilhã, (Portugal)*
[c] *Serviço de Oftalmologia, Unidade Local de Saúde da Guarda, EPE, Guarda, (Portugal)*

[*] Autor para correspondencia.
*Correo electrónico:* javierros40@hotmail.com
(F.J. Ros Forteza).

Cómo citar este artículo: Ros Forteza FJ, Pereira Marques I. Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel. Neurología. 2017. http://dx.doi.org/10.1016/j.nrl.2016.11.012

**LETTERS TO THE EDITOR**

**Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device**

*To the Editor:*

Idiopathic intracranial hypertension (IIH) frequently occurs in obese women of childbearing age. It is characterised by an increase in intracranial pressure (IP) of unknown origin, after exclusion of other possibilities, such as brain tumours, hydrocephaly, meningitis or cerebral vein thrombosis, according to the modified Dandy criteria[1]. Other denominations were used at first, such as *Pseudotumor cerebri* (PTC) or "benign intracranial hypertension", but to avoid ambiguity some authors recommend using IH for exactly that (as in IH induced by corticosteroid withdrawal), keeping IIH only for cases in which a trigger factor is not identified[2]. To add to the confusion, the term *pseudotumor cerebri syndrome* (PTCS) has reappeared in the majority of recent diagnostic criteria[3]. This reintroduction remains controversial, and has not been widely accepted by IIH experts[2].

We report the case of a 27-year-old woman who was admitted to our hospital with progressive onset of headache over the past 2 weeks, located in the occipital region but radiating to the entire head, intensity 9/10 according to the visual analogue scale (VAS), accompanied by intense photophobia, mild phonophobia, feeling of dizziness and pulsatile tinnitus. The patient denied prior nausea, vomiting, effort, head traumas or fever. Twenty-four hours after the onset of symptoms, she noticed a mobile spot in her right eye.

*Past medical history:* Obesity (1.59 m height and 83 kg weight, BMI 32.8 kg/m$^2$). Has been using a levonorgestrel intrauterine device (L-IUD) for the past 2 years and in the last 7 days prior to onset of the picture she received antibiotic treatment with minocycline 100 mg/bid for folliculitis in the groin, prescribed by her general practitioner.

*Neurological examination:* no changes in visual fields upon comparison. Pupils equal and reactive to light. Direct and consensual pupillary light reflex preserved. No motor deficit. No cerebellar or meningeal signs.

*Ophthalmological examination:* scintillating scotoma in her right eye (RE). Visual acuity RE: 10/10; left eye (LE): 10/10. Biomicroscopy: no alterations. Fundus oculi: extensive papilloedema (grade 4 on the modified Frisen scale), central moderate vitreous haemorrhage; LE: less extensive papilloedema.

It was not possible to perform a campimetry at the Accident and Emergency Department. The chest X-ray, head CT and venous CT did not show any alterations.

Minocycline was withdrawn. A lumbar puncture was performed, with outflow of clear cerebrospinal fluid with an opening pressure of 260 mm$H_2O$ and a normal cytological-biochemical-microbiological study. Twelve hours later, the opening pressure was 60 mm$H_2O$, with no headache under analgesia with metamizole 2 g/tid and acetazolamide 250 mg/bid. Twenty-four hours later, no scotoma was observable and there was significant improvement in the papilloedema. Start of diet proposed by the nutritionist.

Blood tests: no anaemia, no leucocytosis; normal CRP and sedimentation rate 43 mm. Total cholesterol 208 mg/dl; uric acid, folic acid, vitamin $B_{12}$ and thyroid function all normal. ANA, *Treponema pallidum* antibodies and HIV-1 and 2 negative.

One week later, the head CT scan did not show any signs suggestive of IH.

In an ophthalmological check-up 2 weeks after the onset of symptoms, we observed improvement in the papilloedema (grade 3 in the LE and grade 2 in the RE) and the perimetry test with a Humphrey visual field analyser 30-2 showed a bilateral increase in the blind spot, predominantly on the left (Fig. 1). As the L-IUD could have contributed to the exacerbation or worsening of the IH, we removed it three weeks after the onset of symptoms.

Four weeks after the onset of symptoms the patient returned to work without analgesia, and weighing 79 kg.

This patient meets the Dandy modified criteria for IH (IH symptoms, papilloedema, raised IP, normal CSF composition, no cerebral lesions). We believe that because of the sudden onset of symptoms, the favourable and rapid response following withdrawal of minocycline and the reduction in IP 12 hours after confirmation of the raised IP, it is highly likely that this is a case of minocycline-induced IH in which the L-IUD played a predisposing role. The weight loss and medical treatment contributed to the resolution of the clinical picture, together with withdrawal of the minocycline and L-IUD.

In the most recent diagnostic criteria set out for IIH, in the absence of papilloedema the diagnosis of IIH can be appropriate if the patient meets the B-E criteria and has 6th nerve palsy. If there is no papilloedema and no 6th nerve palsy, the diagnosis of IIH can still be suggested, but not confirmed if the patient meets the B-E criteria and at least three of the following imaging criteria: empty sella turca, flatting of the globe, distension of the perioptic subarachnoid space with or without tortuosity of the optic nerve, transverse venous sinus stenosis[3].

**Comment [FM1]:** I have been unable to determine what the B-E criteria are.

The literature includes cases of IH induced by the use of minocycline[4-7] alone or in combination with vitamin A[8]. Chiu AM et al.[6] conducted a retrospective study on 12 patients, in which 2 patients developed symptoms one year after starting minocycline.

With regard to the possible association between the L-IUD and IH, 56 cases of IH or disc oedema have been recorded. According to the authors[9] L-IUDs cause or contribute to the onset of PTC/IIH, increase the risk of PTC/IIH and/or worsen or exacerbate PTC/HII.

There have also been other cases of IH associated with L-IUDs (FDA 2014; Martínez et al., 2010), including one case in Argentina of a non-obese woman who developed IH after 4 years of using an L-IUD. Similarly, the database of the United States Food and Drug Administration's Adverse Event Reporting System (FAERS) contains an unexpectedly high number of cases of IH with the use of L-IUDs[10].

To conclude, knowledge of trigger factors for IH is essential in order to rapidly treat the symptoms of our patients. A periodic study of the fundus oculi is recommendable in patients who receive minocycline, and it is important to inform women of the risks of certain hormonal medicinal products.

[*Insert figure*]

*Legend, left to right, top to bottom*: [*illegible*]; Duração do Teste = duration of test; fovea = fovea; OI = LE; OD = RE; Linha de Fronteira = Borderline; Dentro dos limites normais = Within normal limits; Total desvio = Total deviation; Modelo desvio = Deviation model; MD = DM;

**Comment [FM2]:** Difficult to find the righ translation without further context.

**Figure 1**. Retinography and perimetry test with a Humphrey visual field analyser 30-2 of the patient after 2 weeks of follow-up. The presence of bilateral papilloedema (grade 3 in the LE and grade 2 in the RE) can be seen. The visual fields show a bilateral increase in the blind spot, predominantly on the left.

F. J. Ros Forteza[a,b,*] and I. Pereira Marques[c]

[a] *Serviço de Neurologia* [Neurology Department], *Unidade Local de Saúde da Guarda* [Guarda Local Health Unit], *EPE* [Corporate public enterprise], Guarda, Portugal
[b] *Departamento de Ciências Médicas* [Department of Life Science], *Faculdade de Ciências da Saúde* [Faculty of Life Science] *(UBI)* [University of Beira Interior], Covilhã, Portugal
[c] *Serviço de Oftalmologia* [Department of Ophthalmology], *Unidade Local de Saúde da Guarda, EPE,* Guarda, Portugal
[*] Corresponding author.
*Email:* javierros40@hotmail.com
(F.J. Ros Forteza)