# Exhibit 53

Chapter 70

# Oral Contraceptives, Hormone Replacement Therapy, and Hypertension

*Talma Rosenthal and Suzanne Oparil*

**Key Findings**

- Oral contraceptives provide the most reliable and convenient means of contraception and are safe for use in younger, healthy, normotensive women.
- Oral contraceptives are associated with increases in blood pressure that are usually minor and resolve quickly with cessation of use.
- High-risk women, including those with uncontrolled hypertension, established cardiovascular or thromboembolic disease, breast cancer, or smoking, should not use combined estrogen–progestin oral contraceptives.
- To minimize risks while preserving benefits, guidelines specify that combined oral contraceptives should contain low doses of estrogen (<35 or <50 μg of ethinyl estradiol) and the "lowest progestin dose." Progestin-only contraceptives, delivered by oral, intramuscular, or intrauterine routes, provide safe alternatives to combined oral contraceptives for high-risk women.
- Medical management of oral contraceptive users with hypertension should include frequent monitoring of blood pressure and aggressive cardiovascular risk factor reduction, including smoking cessation.
- Estrogens, particularly 17β-estradiol, have anti-inflammatory, vasoprotective, and favorable hemodynamic effects when administered to healthy women in the early postmenopausal years. These benefits are not seen in older postmenopausal women for reasons that are not clearly understood.
- Menopausal hormones generally do not increase blood pressure but do increase risk of stroke, thromboembolic disease, and coronary heart disease events in older postmenopausal women.

**Clinical Implications**

- Menopausal hormones are not recommended for the prevention or treatment of cardiovascular disease in postmenopausal women.
- Combined estrogen–progestin menopausal hormones are indicated only for treatment of vasomotor symptoms and symptoms of vulvovaginal atrophy associated with menopause and for prevention of postmenopausal osteoporosis.
- Menopausal hormones should be administered in the lowest doses and for the shortest time period needed to achieve the desired clinical effect.

The introduction of the oral contraceptives (OCs) in the 1960s was met almost immediately with reports of severe hypertension in some users,[1,2] and suspicions that OCs might evoke stroke.[3,4] These reports led to a series of observational studies that found higher blood pressures among OC users than nonusers, although differences in cohort size and dosages and types of OCs resulted in variations in the magnitude of blood pressure differences between the two groups.[4–13] The average difference in systolic and diastolic blood pressure between OC users and nonusers in these studies was, respectively, 5 to 7 mmHg and 1 to 3 mmHg for white American women. Blood pressure usually returned to pretreatment levels within 3 to 6 months when OC use was discontinued. The Nurses' Health Study found that current users of OCs had a statistically significant increased risk of hypertension compared with never users that resolved quickly with cessation of OC use.[13]

Most of the studies conducted in the 1960s and 1970s on the cardiovascular effects of the OCs used formulations containing 80 or 100 μg estrogen, vastly different from the 30 to 35 μg estrogen in today's agents.[14] In addition, these earlier formulations contained high doses (>50 μg, often 100 μg) of ethinyl estradiol (EE), a synthetic estradiol that is activated in the liver, and was subsequently found to have deleterious side effects. One of the ways that OCs were made safer was reducing hormone content.[15] The amount of EE in the "low-dose formulations" was reduced to 35 μg in the 1970s and to as low as 15 μg in some formulations today.[16] Seibert et al.[17] were unable to substantiate harmful cardiovascular effects of OCs containing less than 35 μg EE.

OCs have been reported in numerous studies to increase the risk of stroke.[3,6,14] The original studies were carried out when OCs contained higher doses of estrogen (80 to 150 μg) and progesterone. When doses were reduced to 30 to 50 μg of estrogen, the results of studies varied, with some finding increased risk for stroke and others not.[14] For example, the European arm of a WHO (World Health Organization) study found that women older than 35 years who used OCs containing less than 50 μg of estrogen did not have a higher risk for ischemic stroke than nonusers.[17]

Recommendations of the American College of Obstetrics and Gynecology (ACOG) and the WHO for use of combined estrogen–progestin OCs in women with characteristics that might increase the risk of adverse effects are summarized

in Table 70–1.[18–20] A variety of concomitant conditions, including uncontrolled hypertension, smoking, established cardiovascular disease (CVD), breast cancer, and thromboembolic disease, are considered absolute contraindications to OC use due to unacceptable health risk. Medical management of OC users with hypertension should include frequent monitoring of blood pressure and aggressive CVD risk factor modification, including smoking cessation.

In contrast to OCs, menopausal hormones (hormone replacement therapy [HRT]) have not been shown to increase blood pressure in either normotensive or hypertensive postmenopausal women.[21–26] These differences in blood pressure effect may be related to the dosage and molecular forms of estrogen used in menopausal HRT and in OC. Estrogens in HRT are usually natural estrogens, while estrogens in OC are usually synthetic.[5,27] The estrogenic component of HRT, particularly 17β-estradiol, has been shown in some studies to lower both systolic and diastolic blood pressure, particularly nighttime blood pressure, in healthy normotensive, prehypertensive, and hypertensive postmenopausal women when administered in the first few years following cessation of menses.[22,27,28] Further, both oral and transdermal estradiol have been shown to attenuate the age-related rise in blood pressure.[29]

In older postmenopausal women, the effect of HRT on blood pressure appears to be minimal, but HRT regimens, particularly those that contain progestins, increase the risk of stroke, thromboembolic disease, and coronary heart disease events in this population.[30,31] Accordingly, HRT is not recommended for the prevention of CVD in post-

**RECOMMENDATIONS OF THE AMERICAN COLLEGE OF OBSTETRICS AND GYNECOLOGY AND WORLD HEALTH ORGANIZATION FOR USE OF COMBINED ESTROGEN–PROGESTIN ORAL CONTRACEPTIVES IN WOMEN WITH CHARACTERISTICS THAT MIGHT INCREASE RISK OF ADVERSE EFFECTS**

| Condition | Risk Status | Comment |
|---|---|---|
| **Age** | | |
| Menarche to <40 years | No Restriction | |
| >40 years | Benefit>Risk | |
| **Smoking** | | |
| Age <35 years | Benefit>Risk | OCP users who smoked were at increased risk of CVD, especially MI, compared with those who did not smoke. The risk of MI increased with increasing number of cigarettes smoked per day. |
| Age >35 years | | |
| <15 cigarettes/day | Risk>Benefit | |
| >15 cigarettes/day | Risk Unacceptable | |
| **Obesity:** >30 kg/m² body mass index | Benefit>Risk | Obese women who used OCPs were at increased risk of VTE compared with nonusers. The absolute risk of VTE remained small. Data are limited regarding the impact of obesity on COC effectiveness. |
| **Multiple risk factors for CVD** (older age, smoking, diabetes, and hypertension) | Risk>Benefit: May be Unacceptable | When a woman has multiple major risk factors, any of which alone would substantially increase the risk of CVD, use of COCs may increase her risk to an unacceptable level. |
| **Hypertension** | | |
| History of hypertension, current BP unknown | Risk>Benefit | Women who did not have a BP check before COC use had increased risk of acute MI and stroke. |
| Adequately controlled hypertension | Risk>Benefit | Women adequately treated for hypertension are at reduced risk of acute MI and stroke as compared with untreated women. COC users with adequately controlled and monitored hypertension should be at reduced risk of acute MI and stroke compared with untreated hypertensive COC users. |
| Elevated BP levels | | |
| Systolic 140–159 or diastolic 90–99 | Risk>Benefit | Among women with hypertension, COC users were at increased risk of stroke, acute MI, and peripheral arterial disease compared with nonusers. |
| Systolic >160 or diastolic >100 | Risk Unacceptable | |
| Vascular disease | Risk Unacceptable | |
| **History of high BP during pregnancy** (currently normotensive) | Benefit>Risk | Women who had history of high BP in pregnancy, who also used COCs, had an increased risk of MI and VTE, compared with COC users who did not have a history of high BP during pregnancy. The absolute risks of acute MI and VTE in this population are small. |

**RECOMMENDATIONS OF THE AMERICAN COLLEGE OF OBSTETRICS AND GYNECOLOGY AND WORLD HEALTH ORGANIZATION FOR USE OF COMBINED ESTROGEN–PROGESTIN ORAL CONTRACEPTIVES IN WOMEN WITH CHARACTERISTICS THAT MIGHT INCREASE RISK OF ADVERSE EFFECTS—cont'd**

| Condition | Risk Status | Comment |
|---|---|---|
| **DVT/PE** | | |
| History of or current DVT/PE | Risk Unacceptable | |
| Family history of DVT/PE (first-degree relatives) | Benefit>Risk | |
| *Major surgery* | | |
| With prolonged immobilization | Risk Unacceptable | |
| Without prolonged immobilization | Benefit>Risk | |
| Minor surgery without immobilization | No Restriction | |
| **Known thrombogenic mutations** (e.g., factor V Leiden; prothrombin mutation; protein S, protein C, and antithrombin deficiencies) | Risk Unacceptable | Routine screening not appropriate because of the rarity of these conditions and high cost of screening. Among women with thrombogenic mutations, COC users had a 2- to 20-fold higher risk of thrombosis than nonusers. |
| **Ischemic heart disease** | Risk Unacceptable | |
| **Stroke** | Risk Unacceptable | |
| **Hyperlipidemias** | | Routine screening inappropriate due to rarity of conditions and high cost. Base assessment on type, severity, and presence of other cardiovascular risk factors. |
| **Headaches** | | |
| Nonmigrainous | No Restriction | Classification depends on accurate diagnosis of severe headaches that are migrainous and those that are not. Any new headaches or marked changes in headaches should be evaluated. Classification is for women without other risk factors for stroke. Stroke risk increases with age, hypertension, and smoking. |
| *Migraine without aura* | | Women who also had aura had a higher stroke risk than those without aura. COC users had a two- to four-fold increased risk of stroke versus nonusers. |
| Age <35 | Benefit>Risk | |
| Age >35 | Risk>Benefit | |
| With aura, at any age | Risk Unacceptable | |
| **Diabetes** | | |
| History of gestational disease | No Restriction | Patient should be assessed according to severity of condition. |
| Nonvascular disease | | |
| Noninsulin dependent | Benefit>Risk | |
| Insulin dependent | Benefit> Risk | |
| Nephropathy/retinopathy/neuropathy | Risk>Benefit/Risk Unacceptable | |
| Other vascular disease or diabetes of >20 years duration | Risk>Benefit/Risk Unacceptable | Patient should be assessed according to severity of condition. |

COC, combination oral contraceptive; CVD, cardiovascular disease; DVT, deep venous thrombosis; MI, myocardial infarct; OCP, oral contraceptive; PE, pulmonary embolism.

From World Health Organization. In: *Improving Access to Quality Care in Family Planning: Medical Eligibility Criteria for Contraceptive Use*. 3rd ed. Geneva: World Health Organization, 2004.

**Table 70–1.** Recommendations of the American College of Obstetrics and Gynecology and World Health Organization for Use of Combined Estrogen–Progestin Oral Contraceptives in Women with Characteristics that Might Increase Risk of Adverse Effects

menopausal women.[32] Combined (estrogen plus progestin) HRT is indicated only for the treatment of vasomotor symptoms and symptoms of vulvovaginal atrophy associated with the menopause and for prevention of postmenopausal osteoporosis. Most guidelines suggest that HRT be administered in the lowest doses and for the shortest time period needed to achieve the desired clinical effect.[32]

In this chapter we review the mechanisms by which estrogens and progestins alter blood pressure, and the important clinical studies of the effects of OCs and HRT on blood pressure and related target-organ damage.

## MECHANISMS

### Estrogens

Estrogens reduce blood pressure, and thereby CVD risk, by multiple mechanisms, including modulation of nitric

oxide (NO)-mediated vascular responses,[33–36] inhibition of sympathetic nervous system activity and vasoconstrictor responses to sympathetic stimulation,[37,38] suppression of the renin–angiotensin system,[39,40] inhibition of plasminogen-activator inhibitor type-1 (PAI-1) and endothelin,[41] and enhanced production of natriuretic peptides[42] and prostacyclin[43] (Figure 70–1).

### NO-Mediated vascular responses

Estrogen acts on the endothelium to increase the production of the vasodilators NO and prostacyclin[35,36] (Figure 70–1). Physiologic levels of estradiol potentiate endothelium-dependent, flow-mediated vasodilation in postmenopausal women, in part by modifying the synthesis/release/bioactivity of the powerful vasodilator NO.[33] It has been suggested that gender differences in vascular tone may be accounted for by the increased NO release from the endothelium in women compared to men. This gender difference tends to disappear in menopause when the circulating level of estrogen falls. Circulating levels of NO metabolites in postmenopausal women are generally less than 25 µmol/L, most likely because of estrogen deficiency, and treatment with oral or transdermal unopposed estrogen or tibolone has been shown, at least in the short term, to increase NO metabolites in these women.[44] Whether these endothelium-mediated effects on NO synthesis/release can be sustained over many years of menopausal hormone treatment is unknown.

Estrogen increases circulating NO/NO metabolite levels by a variety of mechanisms. It stimulates expression and activation of endothelial nitric oxide synthase (eNOS) via both genomic and nongenomic mechanisms, enhances $Ca^{2+}$ dependent NO release from endothelial cells, and modulates generation of reactive oxygen species and reduces oxidative stress by inhibiting NADPH oxidase. Thus, the effects of estrogen on the NO pathway are related to its antioxidant effects, which increase the bioavailability of NO.[45] These antioxidant/NO potentiating effects of estrogen inhibit the adhesion of activated monocytes to the endothelium, the initiating phase of atherosclerosis, thus protecting the vasculature against plaque formation via a mechanism that is independent of blood pressure.[46]




**Figure 70–1.** Mechanisms of estrogen-induced vasodilation. Estrogen relaxes vascular smooth muscle by increasing PGI2 and NO levels; decreases vasoconstriction by acting as a calcium antagonist. (Redrawn with modification from *Heart Lung* 2001;30:401–426.)

### Sympathoinhibition

Estrogen supplementation in healthy perimenopausal women attenuates the pressor, glucocorticoid, and catecholamine responses to stress, suggesting that it inhibits sympathetic outflow from the central nervous system.[37] These effects may explain part of the apparently beneficial actions of estrogen on the acute symptoms of menopause and on long-term cardiovascular risk. Presynaptic modulation of norepinephrine release is another major way in which estrogen is thought to reduce the sympathetic response.[38] Further, estrogen therapy has been shown to improve baroreceptor sensitivity, thus lowering blood pressure and rate pressure product at rest and during physiologic challenge.[47] Perimenopausal women given estrogen supplementation show both an attenuated vasoconstrictor response to norepinephrine and diminished total body norepinephrine spillover, a measure of reduced sympathetic neural activity.[48] Estrogen blunts the vasoconstrictor response to norepinephrine and other sympathetic mediators by inhibiting $Ca^{2+}$ entry into vascular smooth muscle cells, thus lowering intracellular free $Ca^{2+}$ and attenuating the ability of the muscle to contract[49] (Figure 70–1). Thus, by mediating endothelium-dependent vasodilation and modulating sympathetically mediated vasoconstriction, estrogen may play an important role in regulating vascular tone and compliance and therefore blood pressure in women.[50] Mode of delivery seems to play a role here, since muscle sympathetic nerve activity and blood pressure in postmenopausal women are decreased by chronic transdermal estrogens but not oral estrogens.[51,52] These differential effects of oral vs. transdermal estrogen treatment have been attributed to induction of insulin-like growth factor-1 (IGF-1) deficiency and increased adiposity/reduced lean body mass by oral estrogens.[51,53–55] Sympathetic overactivity related to IGF-1 deficiency and/or increased adiposity opposes the direct inhibitory effect of estrogen on sympathetic nerve discharge, which is unopposed during transdermal estrogen treatment.

### Aortic stiffness

Central arterial stiffness and wave reflections increase with advancing age and elevate systolic and pulse pressure.[56] Pulse wave analysis of 333 apparently healthy women in the Framingham Heart Study offspring cohort revealed a marked age-related increase in aortic stiffness, assessed by carotid-femoral pulse wave velocity. Augmentation of arterial stiffness with increasing age is more prominent in women than in men,[57] and appears to be further accelerated by occurrence of menopause.[58] A cross-sectional study of 3149 Japanese women undergoing annual health screening examination revealed that the relationship between age and the brachial-ankle pulse wave velocity, an index of central arterial stiffness, has the form of a quadratic curve with a slope that steepens after menopause.[59] Limitations of this study include its cross-sectional design, reliance on self-report for definition of menopausal status, and the

lack of precision of brachial-ankle pulse wave velocity in assessing central arterial stiffness. Nevertheless, because of the large number of women examined, this study provides important evidence that menopause, and probably estrogen deficiency, has unfavorable effects on central arterial stiffness. To test the hypothesis that loss of hormonal modulation contributes to the rapid increase in arterial stiffness seen in the perimenopausal period, the effects of HRT and selective estrogen receptor modulators on arterial stiffness and blood pressure in perimenopausal women have been examined.[60–63] HRT decreased pulse wave velocity and increased arterial compliance without major effects on blood pressure in these studies, indicating that ovarian hormones have favorable effects on central arterial stiffness that are independent of blood pressure. While the responsible cellular/molecular mechanisms have not been defined precisely, it is thought that impaired endothelial function and increased NO bioavailability play a major role.

### *Suppression of renin-angiotensin-aldosterone system*

Estrogen modulates expression of several components of the renin-angiotensin-aldosterone cascade, including renin, angiotensinogen, angiotensin-converting enzyme (ACE), and the angiotensin $AT_1$ receptor[39,40] (Figure 70–2). Renin levels are lower in women than in men, and in postmenopausal women receiving estrogen therapy than in those not receiving estrogen.[39,64] Both endogenous estrogen and estrogen replacement therapy are associated with reduced plasma renin and prorenin concentrations, serum ACE activity and tissue ACE and $AT_1$ receptor expression in women and experimental animals.[39,64–69] Additionally, estrogen induces production of the heptapeptide Ang 1-7, a potent vasodilator and inhibitor of smooth muscle cell growth,[68] and inhibits angiotensin-induced aldosterone secretion in ovariectomized animals.[70] This effect appears to be mediated by a posttranscriptional mechanism by which estradiol interferes with ribosomal efficiency for $AT_1$ receptor translation.[71] In contrast, estrogen stimulates synthesis of angiotensinogen in liver and isolated hepatocytes, probably by binding to an estrogen response element in the angiotensinogen gene promoter.[72,73] This pro-hypertensive effect of estrogen on the initial step of the cascade opposes its inhibitory actions on downstream components. Thus, estrogen has a dichotomous effect on the renin-angiotensin-aldosterone system, whereby it increases the initial substrate (angiotensinogen) but inhibits the generation and biological action of the active hormones (angiotensin II and aldosterone), thus tending to reduce blood pressure and related target organ damage.




**Figure 70–2.** The influence of estrogen on the cascade leading to angiotensin II formation and subsequent receptor activation. (Redrawn from *Cardiovasc Res* 2002;53:672–77.)

### *Renal effects*

Postmenopausal women are more salt sensitive than premenopausal women, and salt sensitivity correlates inversely with levels of circulating ovarian hormones in the former group.[74,75] Further, a strong sodium–blood pressure association that is independent of age has been identified in postmenopausal women, suggesting that postmenopausal salt sensitivity is related to hormonal changes rather than aging.[76] Estrogen protects against salt-induced increases in blood pressure, at least in part by increasing the sensitivity of the pressure–natriuresis relationship and augmenting renal excretion of sodium.[77] In young normotensive women, the pressure–natriuresis relationship is steep during all phases of the menstrual cycle and during oral contraceptive use, indicating insensitivity to salt. However, the pressure–natriuresis curve is shifted to the right in menopausal women, indicating that BP becomes salt-sensitive after the menopause (Figure 70–3).

To test directly the hypothesis that loss of ovarian hormones increases the salt sensitivity of blood pressure, blood pressure responses to intravenous saline and furosemide challenge were examined in healthy normotensive women immediately prior to and 4 months after surgical menopause.[78] The prevalence of salt sensitivity, defined as a decrease of more than 10 mmHg in systolic blood pressure between salt loading and salt depletion, doubled after surgical menopause, and nearly 40% of salt-resistant




**Figure 70–3.** Pressure–natriuresis relationship in normotensive women during the normal menstrual cycle, during use of oral contraceptives and after menopause. All women received randomly a diet low in sodium (40 mmol $Na^+$/day) and high in sodium (250 mmol $Na^+$/day) for 1 week. Blood pressure was measured over 24 hours using ambulatory blood pressure monitoring. (Redrawn from *Am J Hypertens* 2004;17:994–1001.)

women developed salt sensitivity without an associated increase in blood pressure during this period (Figure 70–4). Consistent with observations from epidemiologic studies that hypertension may not develop until 5 to 10 years after menopause, the investigators concluded that loss of ovarian hormones may unmask a population of women who, with aging, are at high risk for development of hypertension and CVD.

## Progestins

The progestins generally antagonize the effects of estrogen on vascular tone. Native progesterone has minimal effects on endothelium-dependent and endothelium-independent relaxation of arteries *in vivo* and *in vitro*, but co-administration of progesterone with estrogen blunts both modes of vasodilator response to the latter hormone.[79,80] The synthetic progestin medroxyprogesterone acetate (MPA) is a more potent antagonist of estrogen than native progesterone. In ovariectomized monkeys, MPA but not progesterone reduced or completely abolished endothelium-dependent vasorelaxation in response to administration of conjugated equine estrogen in doses comparable to those administered to humans.[81] Likewise, in ovariectomized monkeys subjected to coronary vasospasm induced by direct stimulation, progesterone plus estradiol protected, while MPA plus estradiol failed, to protect against vasospasm.[82]

Progesterone and MPA have differential effects on human umbilical vein endothelial cells *in vitro*: progesterone stimulates eNOS activity, does not alter stimulatory effects of estradiol on eNOS, and augments estradiol-induced ERK 1/2 phosphorylation and Akt phosphorylation, while MPA does not alter eNOS activity, blunts estradiol-induced increases in eNOS activity, and reduces estradiol-dependent ERK 1/2 phosphorylation.[83] Thus, progesterone and MPA are not equivalent, since they have distinct biological effects on vasoactive mediators and intracellular signaling pathways, as well as differential effects on the actions of estradiol.




**Figure 70–4.** Number of study participants with salt sensitivity (SS) and salt resistance (SR) just before (premenopausal) and 4 months after hysterectomy and ovariectomy (postmenopausal). *Significant increase in number of women with SS after surgical menopause (p=0.01). (Redrawn from *Hypertension* 2006;47:1168–74.)

### Vascular remodeling

Native progesterone has a dose-dependent inhibitory effect on DNA synthesis and proliferation in rat aortic smooth muscle cells *in vitro*.[84] Progesterone appears to be vaso-protective, while MPA produces unfavorable effects on the vascular injury response by antagonizing the modulatory effects of estrogen on vascular remodeling in response to various stresses, including mechanical injury. In the setting of vascular injury, exogenous native progesterone, administered alone and with estradiol, has variable effects on neointima formation and does not alter the actions of co-administered estrogen. This may be related to variable partial conversion of progesterone to estrogen *in vivo*. In contrast, MPA has no independent biological effect, but blunts the antiproliferative and anti-inflammatory effects of estradiol in the balloon-injured carotid artery of the ovariectomized rat.[85–87] MPA increases neointima formation in injured arteries of intact female rats and abolishes the anti-inflammatory and vasoprotective (inhibition of neointima formation) effects of estradiol in ovariectomized animals. The latter effect of MPA may be mediated by its demonstrated interference with nuclear factor-κB suppression by estrogen.[83]

### Renin-angiotensin-aldosterone system

Progesterone may stimulate components of the renin-angiotensin-aldosterone system and may be a competitive inhibitor of mineralocorticoid receptors.[88,89] In women undergoing ovarian stimulation for *in vitro* fertilization, there is a positive relationship between progesterone levels and plasma renin activity during and after ovulation and throughout pregnancy.[88] Progesterone increases plasma renin activity and aldosterone levels in Sprague-Dawley rats and increases baseline and angiotensin II–stimulated aldosterone production in isolated zona glomerulosa cells.[90] Thus, progesterone has complex and directionally opposite effects on components of the renin-angiotensin-aldosterone system that regulate both blood pressure and target organ damage.

### Renal effects

Progesterone produces natriuresis in humans.[91,92] This natriuretic effect results from mineralocorticoid-independent direct action on the distal nephron: progesterone increases $Ca^{2+}$ reabsorption and $Na^{+}$ excretion in the distal but not the proximal tubule of the rabbit kidney, and progesterone receptors are found in the distal nephron but not the proximal tubules.[93] Whether these effects can be extrapolated to other progestins (e.g., MPA) is unknown.

# CLINICAL STUDIES

## Menopausal hormone therapy

Endogenous estradiol tends to lower blood pressure.[94] Observational studies of blood pressure through the menstrual cycle have demonstrated that blood pressure is lower when estradiol levels peak during the luteal phase than when they are at their nadir during the follicular phase.[95–97] The rise in blood pressure seen later in life in women has been related to menopause, in addition to aging *per se*, and been

attributed to estrogen withdrawal, overproduction of pituitary hormones, weight gain, or a combination of these and other yet undefined neurohumoral influences.[5,98] The menopause is associated with a significant increase in blood pressure in cross-sectional studies.[99] Further, a prospective study of blood pressure in premenopausal, perimenopausal, and postmenopausal women demonstrated an age-dependent 4- to 5-mmHg increase in systolic blood pressure and a tripling in risk of developing hypertension in postmenopausal women over a 5-year follow-up period[100] (Figure 70–5).

Studies of the effects of HRT on blood pressure have reported somewhat inconsistent findings, including blood pressure–neutral,[23,101] blood pressure–lowering,[27–29,102–107] and blood pressure–elevating effects,[108–111] likely due to differences in patient populations studied and in hormone preparations administered, as well as to methodologic differences in blood pressure measurement. In the Postmenopausal Estrogen/Progestin Interventions (PEPI) trial, which enrolled 875 healthy normotensive early postmenopausal women, assignment to conjugated equine estrogen (CEE) (0.625 mg/day) plus or minus three progestin regimens did not impact systolic or diastolic blood pressure when compared with placebo controls.[23] Systolic blood pressure increased in all three treatment groups over the 3-year follow-up period, but there were no differences between treatments. Similarly, the Lipid Research Clinics Program follow-up study found no differences in systolic or diastolic blood pressures between HRT users and nonusers, although the latter had significantly higher body weight.[101]

In contrast, the Baltimore Longitudinal Study on Aging found that HRT has favorable effects on blood pressure in postmenopausal women.[29] This observational study followed 226 normotensive, postmenopausal women for an average of 5.7 years, 75 using both estrogen and progestin, and 149 using neither. There was a smaller increase in systolic blood pressure over time in women taking HRT than those not taking HRT, and the difference was greater at older ages (Figure 70–6). Diastolic blood pressure was not affected by HRT in this study. Similarly, the Framingham Heart Study reported that the average systolic blood pressure of HRT users was 139.4 mmHg (standard error [SE]=22.4 mmHg), compared with 142.1 mmHg (SE=23.4 mmHg) in nonusers.[102] The Rancho Bernardo study also reported HRT users had systolic and diastolic blood pressures that




**Figure 70–5.** The cross-sectional association between the conventionally measured blood pressure and age. The relationship with age was studied cross-sectionally in 166 premenopausal (systolic blood pressure [SBP]=121.4±1.3 mmHg), 44 perimenopausal (SBP=122.0±1.8 mmHg), and 105 postmenopausal (126.5±1.7 mmHg) women and male controls. Values are regression slopes expressed in mmHg per 10 years (standard error), adjusted for body mass index and antihypertensive treatment. *$p \leq 0.05$ slopes; †$p$=0.07. (Reprinted by permission from Macmillan Publishers Ltd: from *J Hum Hypertens* 1997;11:507–14.)







| Age | Systolic blood pressure | |
|---|---|---|
| | Non-HRT users | HRT users |
| | mmHg | |
| 45 y | 106.1 | 111.6 |
| After 5 y | 8.2 | 5 |
| After 10 y | 13.6 | 8.5 |
| 55 y | 124.1 | 124.3 |
| After 5 y | 11.2 | 4.5 |
| After 10 y | 18.7 | 7.6 |
| 65 y | 127.8 | 142.3 |
| After 5 y | 14.6 | 3.9 |
| After 10 y | 25.6 | 6.6 |

**Figure 70–6.** Results of a mixed-effects model predicting average changes in systolic blood pressure over time at different ages at first visit. The table below the graph shows the predicted average systolic blood pressure at first visit and the predicted average increase at different follow-up points (**top**). Predicted average increase in systolic blood pressure in hormone replacement therapy users (*dotted line*) and nonusers (*solid line*) over a mean follow-up of 10 years. Average predicted changes in systolic blood pressure are expressed as percentages to take into account the difference in starting systolic blood pressure at first visit in different age groups. The final model of the mixed-effects linear regression has been used to construct the figure (**bottom**). (Redrawn from *Ann Intern Med* 2001;135:229–38.)

were 2 to 4 mmHg lower than those of nonusers.[103] A follow-up study on a subset of these women[104] showed that those on combined estrogen/progestin had systolic blood pressures 5 mmHg lower than women on estrogen alone, and 7 mmHg lower than women who had never used hormones ($p<0.01$).

A review of papers published since 1960 and listed in MEDLINE found that risk of developing hypertension during HRT was very low.[25] Indeed, blood pressure was often even lowered with HRT treatment: these authors' study of 1397 hypertensive postmenopausal women showed that various transdermal HRT regimens lowered blood pressure by an average of 7 (systolic)/9 (diastolic) mmHg. Remarkably, only 30 patients (0.22%) developed increased blood pressure. A recent study carried out in 161 postmenopausal women with hypertension showed that systolic blood pressure remained unaffected and diastolic blood pressure was reduced during HRT administration.[26] This was an extension of an earlier cohort of 75 hypertensive menopausal women, where the introduction of HRT did not adversely affect mean blood pressure, despite a small increase in mean weight.[112] However, few high-risk participants were enrolled in the study, and the authors cautioned that blood pressure should be monitored regularly in hypertensive postmenopausal women receiving HRT.

The Women's Health Initiative (WHI) collected data on risk factors for CVD, including blood pressure, from 98,705 women aged 50 to 79 years, the largest multiethnic, best-characterized cohort of postmenopausal women ever studied.[108] WHI found that current hormone use was associated with a 25% greater likelihood of having hypertension compared to past use or no prior use. The estrogen-plus-progestin clinical trial component of WHI, a placebo-controlled trial of HRT (CEE 0.625 mg/day plus MPA 2.5 mg/day) in 16,608 postmenopausal women, found a small (~1 mmHg) increase in systolic blood pressure in the active treatment group compared to the placebo control group.[109,110] Importantly, the trial found significant increases in risk of CVD, including coronary heart disease, stroke, and venous thromboemboli, as well as increased risk of invasive breast cancer in the HRT group. Following publication of the WHI results, consensus panels recommended against use of HRT for chronic disease prevention in postmenopausal women, and promotion and prescribing of HRT fell drastically. Prescriptions for the fixed dose combination of CEE plus MPA declined by 66%, and those for unopposed CEE fell by 33%[113–115] (Figure 70–7). Transdermal hormone preparations were less affected, and transvaginal and low-dose preparations gained in usage.

The Estrogen Replacement Trial (ERT) in the WHI randomized 5310 postmenopausal women who had undergone hysterectomy to CEE (0.625 mg/day) and an equal number to placebo.[111] In the CEE group, there was a 1.1-mmHg increase from baseline in systolic blood pressure at 1 year that persisted throughout the 6.8 years of follow-up and was not seen in the placebo group. There was no difference in diastolic blood pressure between treatment groups. In contrast, administration of transdermal estradiol in physiologic doses to healthy postmenopausal women has been shown to lower nocturnal systolic, diastolic, and mean blood pressure when compared to placebo in studies that employed ambulatory blood pressure monitoring.[105–107] The selective benefits of transdermal estradiol over oral conjugated estrogen on blood pressure may relate to delivery




**Figure 70–7.** Number of and percentage change in U.S. prescriptions for hormone therapy, January–June 2002 to January–June 2003 by formulation. (Redrawn from *JAMA* 2004;291:47–53.)

of lower, more sustained levels of circulating estrogen without a potentially proinflammatory first-pass effect in the liver.[116]

A mechanistic study that compared 6 months of treatment with transdermal estradiol (0.05 mg/day) plus oral MPA (2.5 mg/day) to oral CEE (0.625 mg/day) plus the same progestin dose in healthy postmenopausal smokers, demonstrated more consistent and pronounced reductions in blood pressure, total peripheral resistance, and circulating norepinephrine levels, and increases in endothelium-dependent vasodilation and vascular β-adrenoreceptor responsiveness in the transdermal estradiol group[117] (Figure 70–8). These relationships held during both resting and stress conditions. Importantly, serum estrogen (estradiol and esterone) concentrations were lower and more reflective of premenopausal values during transdermal estrogen treatment compared to CEE.




**Figure 70–8.** Change from pretreatment levels (post-treatment–pretreatment) in total peripheral resistance during baseline rest and stressors in women randomly assigned to transdermal estrogen ($n$=34, $p$<0.05), oral conjugated equine estrogen ($n$=33), or placebo ($n$=21). Orange bar=transdermal ($n$=31); green bar=oral ($n$=30); blue bar=placebo ($n$=21). $p$<0.05, $p$<0.01, $p$<0.001 versus placebo (**top**). Change from pretreatment levels (post-treatment–pretreatment) in the dose of isoproterenol required to decrease vascular resistance by 40% in women randomly assigned to transdermal estrogen (n=29), oral conjugated equine estrogen (n=29), or placebo (n=21). Orange bar=transdermal (n=29); green bar=oral (n=29); blue bar=placebo (n=21). $p$<0.05 versus placebo (**bottom**). (Redrawn from *Obstet Gynecol* 2004;103:169–80.)

Whether the improvements in endothelial function and other determinants of vascular integrity observed in this short-term study translate to vasoprotection and prevention of atherosclerosis with transdermal estradiol is being tested in the ongoing Kronos Early Estrogen Prevention Study (KEEPS).[118] KEEPS is evaluating the effectiveness of CEE (0.45 mg/day) or transdermal estradiol (50 μg/week) in combination with cyclic oral micronized progesterone and placebo in preventing the progression of vascular disease, as assessed by ultrasound measurement of carotid intimal-medial thickness and electron beam tomographic measurement of coronary artery calcification in women aged 42 to 56 years who are within 36 months of their final menstrual period. The placebo-controlled Early versus Late Intervention Trial with Estradiol (ELITE) is testing whether oral 17β-estradiol (1 mg/day) can slow the progression of vascular disease assessed by surrogate endpoints in postmenopausal women.[119] ELITE is randomizing women according to their number of years since menopause (<6 vs. ≥10) to receive either oral 17β-estradiol (1 mg/day) or placebo; women with a uterus also receive vaginal progesterone gel (or placebo gel) for the last 10 days of each month. Carotid artery thickness by ultrasound is the primary endpoint of the trial. Surrogate endpoints for vascular disease will be measured in both trials in lieu of morbid and mortal CVD events, which are rare in the perimenopausal age group.

Remarkably, and in contrast to the other outcome trials of menopausal hormone therapy, the ERT component of the WHI showed no significant effect of unopposed CEE on coronary heart disease risk.[111] There was even a statistically significant time trend in coronary heart disease occurrence that suggested a modest benefit with long-term use. Possible explanations for the discrepancy in effects of the two hormone regimens (CEE plus MPA vs. unopposed CEE) that were tested in WHI include the deleterious effects of the progestin MPA, which has been shown in preclinical studies to negate the anti-inflammatory and vasoprotective effects of 17β-estradiol in the setting of acute vascular injury,[85–87] as well as differences in study populations (with or without hysterectomy) and baseline risk factors, duration of intervention, and follow-up, and play of chance.[113,120]

Another surprising finding of the ERT component of the WHI is that CEE appears to have more favorable effects in younger than older women.[111] Estimated hazard ratios for CEE for several outcomes, including coronary heart disease, were lower for women in their fifties than for older women (Figure 70–9). Although the differences in hazard ratios across age groups were not statistically significant, the results are consistent with the concept, supported by both human and animal studies, that aging and prolonged hormone deprivation may attenuate the hemodynamic, anti-inflammatory, neurohormonal, and vasoprotective effects of estrogen.[121–124] For example, HRT has been shown to alter hemodynamics (blood pressure, heart rate, cardiac output, systemic vascular resistance, and plasma norepinephrine levels) under resting and behavioral stress conditions in women who were within 5 years after menopause but not in

| Outcome by age, y | No. of cases (annualized %) CEE | Placebo | Hazard ratio (95% CI) | P value for interaction |
|---|---|---|---|---|
| Coronary heart disease | | | | |
| 50–59 | 16 (0.14) | 29 (0.24) | 0.56 (0.30–1.03) | .14 |
| 60–69 | 87 (0.54) | 98 (0.59) | 0.92 (0.69–1.23) | |
| 70–79 | 74 (0.88) | 72 (0.84) | 1.04 (0.75–1.44) | |
| Stroke | | | | |
| 50–59 | 19 (0.16) | 19 (0.16) | 1.08 (0.57–2.04) | .59 |
| 60–69 | 79 (0.49) | 50 (0.30) | 1.65 (1.16–2.36) | |
| 70–79 | 50 (0.71) | 49 (0.57) | 1.25 (0.85–1.82) | |
| Venous thromboembolism | | | | |
| 50–59 | 18 (0.15) | 15 (0.13) | 1.22 (0.62–2.42) | .39 |
| 60–69 | 49 (0.31) | 39 (0.23) | 1.31 (0.86–2.00) | |
| 70–79 | 34 (0.40) | 24 (0.28) | 1.44 (0.86–2.44) | |
| Invasive breast cancer | | | | |
| 50–59 | 25 (0.21) | 35 (0.29) | 0.72 (0.43–1.21) | .51 |
| 60–69 | 42 (0.26) | 60 (0.36) | 0.72 (0.49–1.07) | |
| 70–79 | 27 (0.32) | 29 (0.34) | 0.94 (0.56–1.60) | |
| Colorectal cancer | | | | |
| 50–59 | 8 (0.07) | 14 (0.12) | 0.59 (0.25–1.41) | .048 |
| 60–69 | 26 (0.16) | .31 (0.19) | 0.88 (0.52–1.48) | |
| 70–79 | 27 0.32) | 13 (0.15) | 2.09 (1.08–4.04) | |
| Hip fracture | | | | |
| 50–59 | 5 (0.04) | 1 (0.01) | 5.04 (0.59–43.17) | .39 |
| 60–69 | 6 (0.04) | 19 (0.11) | 0.33 (0.13–0.53) | |
| 70–79 | 27 (0.32) | 44 (0.52) | 0.62 (0.38–1.00) | |
| Total death | | | | |
| 50–59 | 34 (0.29) | 47 (0.39) | 0.73 (0.47–1.13) | .19 |
| 60–69 | 127 (0.79) | 131 (0.79) | 1.01 (0.79–1.29) | |
| 70–79 | 130 (1.54) | 111 (1.30) | 1.20 (0.93–1.54) | |
| Global index | | | | |
| 50–59 | 104 (0.89) | 132 (1.11) | 0.80 (0.62–1.03) | .08 |
| 60–69 | 312 (1.95) | 327 (1.97) | 0.98 (0.84–1.15) | |
| 70–79 | 276 (3.28) | 246 (2.88) | 1.16 (0.97–1.37) | |




**Figure 70–9.** Selected clinical outcomes by participant age and randomization assignment. Data are plotted as hazard ratios with error bars showing 95% confidence intervals. CEE, conjugated equine estrogen; CI, confidence interval. (Redrawn with permission from *JAMA* 2004;291:1701–12.)

those more than 5 years postmenopausal[121] (Figure 70–10). HRT was associated with a major reduction (–8.5 mmHg) in blood pressure in women at less than 5 years postmenopause, but had no depressor effect in those who were five or more years postmenopausal. Systemic vascular resistance and plasma norepinephrine also trended downward in response to HRT only in women who were less than 5 years postmenopausal.

The positive studies of HRT and ERT on blood pressure and vascular function discussed previously were carried out in healthy women in the early years postmenopause; the studies that showed harmful or neutral effects of HRT or estrogen on CVD outcomes were carried out in older women (average age ≥60 years) who were many years postmenopause.[109–111] The KEEPS and ELITE studies are testing the hypothesis that HRT initiated at the time of menopause will delay the onset of subclinical CVD, ultimately providing cardiovascular benefit to women.

The selective estrogen receptor modulators (SERMs) are agents that bind to estrogen receptors and produce estrogen-agonist effects in some tissues and estrogen-antagonist effects in others. Raloxifene, the most widely used SERM, has favorable effects on markers of cardiovascular risk, including LDL cholesterol and fibrinogen, and therefore its effects on coronary outcomes have been tested in women with or at increased risk for coronary heart disease.[124] The Raloxifene Use for Heart Disease (RUTH) trial tested the effects of raloxifene 60 mg/d compared to placebo on coronary events (death from coronary causes, myocardial infarction, or hospitalization for an acute coronary syndrome) and invasive breast cancer in 10,101 postmenopausal women (mean age 67.5 years) with coronary heart disease or multiple CVD risk factors over a median 5.6 years of follow-up. Raloxifene treatment had no significant effect on the risk of primary coronary events, all-cause mortality, or total stroke, but was associated with increases in fatal stroke and venous thromboembolism. The authors did not comment on blood pressure. Their main conclusion was that the benefits of raloxifene in reducing risks of invasive breast cancer and vertebral fracture, demonstrated in RUTH, should be weighed against the increased risks of venous thromboembolism and fatal stroke. There is no evidence that raloxifene or any other SERM has a role in blood pressure management or CVD prevention.




**Figure 70–10.** Change (Δ) in MAP, SBP, and DBP after 6 months of treatment in the three study groups (HRT-treated/postmenopausal <5 years; HRT-treated/postmenopausal ≥5 years; placebo). Δ values are averaged across rest and task periods (cold pressor, active and passive speech, paper and computerized Stroop). The HRT/<5 group showed significantly greater decreases in MAP and DBP compared with the HRT/≥5 group, which did not differ significantly from placebo. DBP, diastolic blood pressure; HRT, hormone replacement therapy; MAP, mean arterial pressure; SBP, systolic blood pressure. (Redrawn from *Am J Obstet Gynecol* 2004;190:1052–58.)

### *Recommendation*

Pending the availability of data supporting the benefits of initiating HRT and/or ERT in the perimenopausal period in preventing CVD, caution is advised. Menopausal hormone treatment is not recommended for the prevention or treatment of CVD, and if administered for other indications, such as relief of hot flashes and vaginal dryness, use of the lowest effective dose for the shortest period of time needed to relieve menopausal symptoms is recommended. Unopposed estrogen treatment is recommended for women who have undergone hysterectomy; combined estrogen plus low-dose progestin treatment is required for women with intact uteri to prevent unwanted uterine bleeding and endometrial carcinoma.

In relation to HRT use and BP management, we would suggest the following approach:

1. All clinicians should measure blood pressure before starting HRT.
2. In a normotensive postmenopausal woman, blood pressure should be measured annually following the start of HRT. One exception may be the use of Premarin, where a follow-up blood pressure measurement should be made at 3 months, due to a possible rare idiosyncratic rise in blood pressure.[125]
3. In hypertensive menopausal women, blood pressure should at least be measured initially and thereafter at 6-month intervals, although if blood pressure is labile or difficult to control, three-month measurements should be done.
4. If a hypertensive woman on HRT demonstrates a rise in blood pressure, careful monitoring or observation and perhaps alteration or increase of antihypertensive treatment should be given.

## Oral contraceptives

### *Combined estrogen–progestin oral contraceptives*

Since the doses of estrogen and the types of progestin in combined oral contraceptive (COC) preparations have changed over time, published reports of the effects of COCs on blood pressure have been inconsistent and sometimes conflicting. However, the largest and most carefully conducted studies have concluded that use of COCs generally produces modest blood pressure elevation, with development of hypertension in a subgroup of women, and improvement of blood pressure upon withdrawal in most. Further, increases in blood pressure are major contributors to the adverse effects of COCs on the vasculature and to the increased prevalence of CVD, particularly stroke, among COC users.[126]

A cross-sectional survey (Health Survey for England) of a sociodemographically representative sample of 3545 premenopausal English women, 892 of whom were current users of OCs (815 COCs and 77 progestin-only contraceptives [POCs]), revealed that mean blood pressures adjusted for age were significantly higher among COC users (125/70 mmHg) than among nonusers (123/68 mmHg, $p<0.001$)[127] (Figure 70–11). Interestingly, blood pressures tended to be lower among POC users than among nonusers, although the numbers were small and the difference statistically nonsignificant. Blood pressure differences between users and nonusers tended to increase with age such that there was a 4-mmHg excess in systolic blood pressure in OC users aged 35 years and older, a number compatible with increased CVD risk at the population level. The results were not altered by adjustment for body mass index (lower among OC users), alcohol intake (higher among OC users), physical activity, and antihypertensive treatment.

The Health Survey for England did not collect detailed information about the formulations and durations of current and past OC use, making it impossible to assess the impact of estrogen dose on blood pressure. However, a contem-




**Figure 70–11.** Differences in blood pressure (mmHg) between oral contraceptive users and nonusers, adjusted for age, body mass index, smoking, alcohol consumption, physical activity and treatment for hypertension. Confidence interval in parentheses. COCs, combined oral contraceptives; DBP, diastolic blood pressure; POP, progestogen-only pills; SBP, systolic blood pressure. (Redrawn from *J Hypertens* 1997;15:1063–68.)

poraneous study of OC use in the United Kingdom showed that more than 90% of users of COCs used products containing less than 35 µg of estrogen,[128] suggesting that the blood pressure effects observed in the Health Survey for England related mainly to low-dose estrogen contraceptives. The authors concluded that even low-dose COCs constitute a health risk, and recommend that women have their blood pressures checked before they receive COCs and that their blood pressures be monitored on a regular basis during COC use. For women with preexisting hypertension, POCs were recommended.

The Nurses' Health Study II (NHS II), a prospective cohort study of 68,297 premenopausal women free of CVD, documented the magnitude of the problem of OC-induced hypertension in the United States. The multivariate risk for the development of hypertension among current users of OCs compared with never-users was 1.8 (confidence interval [CI] 1.5–2.3).[13] Absolute risk was small, however (only 41.5 cases of hypertension per 10,000 person-years could be attributed to OC use), and risk decreased quickly with cessation of OC use (past users had only a slightly increased [relative risk 1.2, CI=1.0–1.4] risk compared with never-users).

Importantly, however, there is evidence that prolonged use of OCs and continuation of OC treatment in women with established hypertension lead to increased prevalence and severity of hypertension and progressive difficulty in blood pressure control.[13,129] In a prospective cross-sectional study of 171 women who were referred to a specialized hypertension clinic, of whom 66 were current users of OCs, 26 were users of other contraceptive methods, and 79 were nonusers of contraception, OC use was associated with increased diastolic blood pressure and poor blood pressure control, independent of age, body mass index, and antihypertensive drug treatment. Diastolic blood pressure was significantly higher in OC users (100±16 mmHg) than in those using other contraceptive methods (93±15 mmHg) and in nonusers (93±14 mmHg). Systolic blood pressure was also higher in OC users, although the difference was not statistically significant. Blood pressure control (<140/90 mmHg) was achieved in only 17% of OC users, versus 35% of users of alternate methods and 32% of nonusers ($p$=0.046 for trend), and a higher proportion of OC users had stage 2 or 3 hypertension according to JNC VI (Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure, 6th report) criteria. These differences in blood pressure control could not be related to a lower intensity of antihypertensive treatment for OC users. Finally, there was a significant positive association between duration of OC use, adjusted for age, and levels of both systolic and diastolic blood pressure, supporting the findings of the Nurses' Health Study II, in which the cohort using OC for more than 6 years had an increased risk of developing hypertension (Hazard

ratio 2.1, CI=1.6–27).[13] In this cross-sectional study, information about formulation of the OC used was available from 60% of participants: 62% of these used low-dose (≤30 µg estrogen) and 38%, high-dose (≥50 µg estrogen) OCs. Use of POCs was not reported. This study lends further support to the recommendation that POCs or alternative contraceptive methods be used rather than COCs in women with established hypertension.

COC use has been associated with increases in blood pressure, plasma renin activity, and aldosterone excretion, and these elevated blood pressure and hormone levels have been shown to normalize within weeks of COC withdrawal. In the absence of appropriate control data from COC users who did not develop hypertension, these findings suggest, but do not prove, that the hypertension-promoting effects of COCs are related to activation of the renin-angiotensin-aldosterone system and attendant alterations in intrarenal hemodynamics and salt and water handling.[130] Alternative mechanisms that have been adduced to explain the pressure effects of COCs include increases in sympathetic nervous system activity[131] and insulin resistance,[132] and alterations in hemodynamics[133] and adrenal cortical function.[134] Definitive evidence supporting these putative mechanisms is lacking, and mechanistic research in the area is hampered by the low prevalence of oral contraceptive-induced hypertension, the difficulty of carrying out controlled experiments in human subjects, and the unavailability of suitable animal models.

### *Progestin-only oral contraceptives*

The finding of the Health Survey for England that POCs do not increase blood pressure confirmed the observations of previous investigators.[135,136] Further, it has been shown that the type and dose of progestin included in COCs can influence the effect of the estrogenic component on blood pressure.[137,138] A review of published literature (PUBMED and Cochrane database), which included three prospective controlled trials and one cross-sectional survey published in the period 1970–1994,[127,135,136,139] revealed no significant association of high blood pressure with use of POCs ("minipills") for up to 2 to 3 years of follow-up.[140] This neutral effect on blood pressure was seen with some POCs even among women who had developed blood pressure elevations while taking COCs.[136,141] Further, the second-generation progestin norgestrel has been reported to reduce blood pressure in women with a history of hypertension, resulting in a recommendation that it be used in women with a history of blood pressure elevation with COC or long-acting progestin use, as well as women with preexisting hypertension.[136,139,140] Importantly, there is no randomized controlled trial designed to examine the effect of POCs on blood pressure. Thus, the highest level of evidence on this important issue is lacking.

It is important to note that various progestins have differential effects on blood pressure and other CVD risk factors. For example, norethisterone, a first-generation progestin that was developed in the 1960s, has been shown to elevate blood pressure in women with a history of COC-induced hypertension[136] and levonorgestrel (Norplant) implants have been reported to elevate blood pressure and increase the risk of developing borderline hypertension (now referred to as prehypertension).[142–144] The third-generation progestins, including desogestrel, gestodene, and norgestimate, which came into use in Europe in the 1980s and in the United States in the 1990s, were developed to minimize the androgenic side effects of the earlier progestins, including acne, insulin resistance, sodium retention, and adverse effects on blood pressure and lipoproteins. They contain reduced doses and different types of progestins from earlier preparations.[145]

Drospirenone, a novel fourth-generation progestin, contains a 17a-spironolactone group that confers a mineralocorticoid antagonist effect similar to that described for progesterone.[146–149] Drospirenone is eight times as potent a mineralocorticoid receptor antagonist as spironolactone, has antiandrogenic effects, and resembles natural progesterone more closely than conventional synthetic progestins.[148,149] Thus, a 3-mg drospirenone dose is equivalent to 25 mg of spironolactone, the usual antihypertensive dose of the latter agent. Compared to placebo, drospirenone in a dose of 2 mg/day has been shown to effect a natriuresis and weight loss in normal menstruating young women.[146] A combination of 3 mg of drospirenone plus 30 µg EE, currently available as an oral contraceptive, reduces blood pressure and body weight and effects a negative sodium balance when compared to COC preparations containing 30 µg EE plus 150 µg levonorgestrel, a synthetic progestin that has no mineralocorticoid receptor antagonist activity.[150] Thus, drospirenone effectively counteracts the sodium-retaining and aldosterone-stimulating effects of EE, suggesting that it may be useful as an antihypertensive agent.[149,150]

The combination of drospirenone plus 17β-estradiol has been shown in randomized placebo-controlled trials to be effective in lowering blood pressure in hypertensive postmenopausal women.[151–154] The 3 mg of drospirenone plus 1 mg of 17β-estradiol combination reduced blood pressure by ~9/5 mmHg in postmenopausal women with stage 1 hypertension who were being treated with an angiotensin-converting enzyme inhibitor or an angiotensin receptor blocker for hypertension.[151,152] Further, in a larger (213 participants) 12-week placebo-controlled study in postmenopausal women with stage 1 hypertension, treatment with 3 mg of drospirenone plus 1 mg of 17β-estradiol reduced clinic blood pressure by 14/8 mmHg compared to 7/3 mmHg for the placebo ($p<0.0001$).[153] In a subgroup of 43 women subjected to ambulatory blood pressure monitoring, 24-hour blood pressure fell by 9/4 mmHg (vs. 2/2 mmHg with placebo, $p=0.002/0.07$). Potassium homeostasis was evaluated in this study because mineralocorticoid receptor blockade has been associated with significant increases in serum potassium.[150,155] No significant changes from baseline in potassium levels or in the incidence of hyperkalemia were noted with drospirenone treatment.

Most recently, a rigorous dose-ranging study of the drospirenone–17β-estradiol combination compared to estradiol alone and placebo has been carried out in 750 postmenopausal women with stage 1 to stage 2 hypertension using both ambulatory and clinic blood pressure monitoring.[154] Significant dose-dependent decreases in systolic and diastolic blood pressure in clinic and on 24-hour ambulatory recording were seen with the 2- and 3-mg doses of drospirenone plus 17β-estradiol; the 1-mg dose, estradiol

alone, and placebo were ineffective (Figure 70–12). The treatment-induced blood pressure reductions persisted throughout the 24-hour dosing period and were similar in magnitude to those previously reported for the selective mineralocorticoid receptor antagonist eplerenone. There were no significant changes from baseline in potassium in any treatment group. Given the proven efficacy of the drospirenone–estradiol combination in treatment of vasomotor symptoms associated with menopause and prevention of endometrial bleeding/hyperplasia,[156] it appears to have advantages in the treatment of hypertensive postmenopausal women. A caveat in this regard is the possibility of precipitating hyperkalemia, particularly in those with renal insufficiency and on concomitant angiotensin-converting enzyme inhibitor and/or angiotensin receptor blocker treatment. Longer-term safety studies will likely be needed to clarify this issue.[149]

### *Recommendation*

COCs have a favorable risk–benefit ratio for healthy women who are free of CVD and major CVD risk factors, including hypertension.[18] Both the WHO and ACOG recommend use of COCs containing low doses of estrogen (<35 μg EE by WHO; <50 μg EE combined with the "lowest progestin




**Figure 70–12.** Effects of DRSP/E2 versus placebo on the coprimary endpoint of ambulatory systolic blood pressure over 24 hours at baseline and after 8 weeks of double-blind therapy that included placebo, E2 alone, 1-mg DRSP/E2, 2-mg DRSP/E2, and 3-mg DRSP/E2. Baseline period is the o–o, and treatment period is the ●–●. (Redrawn from *Hypertension* 2006;48:246–53.)

dose" by ACOG) for these women.[18,19,20,157] Progestin-only methods, including POCs, depot medroxyprogesterone acetate (MPA), and intrauterine devices are recommended as safer than COCs for women with established CVD, at high risk for CVD, migraine headaches with focal neurologic signs, or history of thromboembolic disease.[19] Table 70–2 summarizes current WHO recommendations with comments on the evidence base for them.[20] ACOG recommendations are similar.[19]

## CONCLUSIONS AND PERSPECTIVES

Ovarian hormones play an important role in women's health, providing the most reliable and convenient means of contraception and of relieving menopausal symptoms. Hormone therapy also has other benefits, including the regulation of menstrual irregularities and relief of dysmenorrhea in menstruating women, and prevention of vulvovaginal atrophy and osteoporosis/fractures in postmenopausal women. Further, natural estrogens, principally 17β-estradiol and natural progesterone (but not synthetic progestins), have biological effects that protect the vasculature from oxidative and inflammatory injury and prevent cardiovascular disease. These functions have been adduced by some to account for the 10- to 15-year delay in presentation of clinical cardiovascular disease and events in women compared to men.

Despite these impressive benefits, hormone therapy, both in the form of oral contraceptives and menopausal hormone treatment, poses substantial risks, particularly for women with preexisting cardiovascular disease or multiple cardiovascular risk factors. Principal among these conditions are history of ischemic heart disease, cerebrovascular, peripheral arterial and renal disease, deep-vein thrombosis/pulmonary embolism, hypertension, smoking, diabetes, and older age.

To minimize the risks of oral contraceptives, while at the same time preserving their benefits for the majority of younger, lower-risk women, guidelines specify that combined oral contraceptives should contain low doses of estrogen (<35 or <50 μg of ethinyl estradiol) and the "lowest progestin dose" (Table 70–1).[19,20] Recommendations for use of combined oral contraceptives are then stratified according to the risk status of the woman. For example, ACOG guidelines comment that for healthy nonsmoking women, it is appropriate to continue use of combined oral contraceptives until age 50 to 55 years, after weighing the risks and benefits.[19] Risk of venous thromboembolic disease and atherosclerotic cardiovascular disease with combined oral contraceptive use increases rapidly after age 35 to 40, particularly in the presence of multiple cardiovascular risk factors, and is unacceptable for some, such as smokers over age 35 years and those with stage 2 hypertension (blood pressure >160 mmHg systolic or >100 mmHg diastolic) (Table 70–1). Progestin-only oral contraceptives, depot MPA injections, or the levonogestrel intrauterine system provide safe alternatives to combined oral contraceptives for these high-risk women.

Despite evidence from observational studies that estrogen treatment is associated with reduced risk of coronary heart disease in postmenopausal women, menopausal hormone therapy has lost favor in recent years because of reports of increased stroke and coronary heart disease risk in randomized controlled trials. Guidelines recommend that menopausal hormone therapy not be used for the prevention of cardiovascular disease and, if used for the treatment of menopausal symptoms, that it be administered in the lowest doses and for the shortest time period needed to achieve the desired clinical effect.[32] However, estrogens, particularly 17β-estradiol, have been shown to have anti-inflammatory, vasoprotective, and favorable hemodynamic effects when administered to healthy women in the early postmenopausal years. Clinical trials are testing whether regimens of estrogen with or without natural progesterone are vasoprotective and effective in preventing atherosclerosis when administered to women within a few years postmenopause.[118,119] The combination of drospirenone, a progestin with mineralocorticoid receptor antagonist effects plus 17β-estradiol has been shown to lower blood pressure, and is being evaluated as menopausal hormone therapy in hypertensive women.[146,154]

## REFERENCES


1. Laragh JH, Sealey JE, Ledingham JGG, Newton MA. Oral contraceptives—renin, aldosterone and high blood pressure. *JAMA* 1967;201:918–22.
2. Woods JW. Oral contraceptives and hypertension. *Lancet* 1967;2:653–54.
3. Lorentz IT. Parietal lesion and Enavid. *BMJ* 1962;2:1191.
4. Crane MG, Harris JJ, Winsor W 3rd. Hypertension, oral contraceptive agents, and conjugated estrogens. *Ann Intern Med* 1971;74:13–21.
5. Morley Kotchen J, Kotchen TA. Impact of female hormones on blood pressure: review of potential mechanisms and clinical studies. *Curr Hypertens Rep* 2003;5:505–12.
6. Stern MP, Brown BW, Haskell WL, et al. Cardiovascular risk and use of estrogens or estrogen–progestagen combinations. *JAMA* 1976;235:811–15.
7. Fisch JR, Frank J. Oral contraceptive and blood pressure. *JAMA* 1977;237:2499–503.
8. Royal College of general practitioners' oral contraception study. Effect on hypertension and benign breast disease of progestogen component in combined oral contraceptives. *Lancet* 1977;8012:624–26.
9. Ostrander LD, Lamphiear DE, Block WD, et al. Oral contraceptives and physiological variables. *JAMA* 1980;244:677–79.
10. Godsland IF, Crook D, Devenport M, Wynn V. Relationship between blood pressure, oral contraceptive use and metabolic risk markers for cardiovascular disease. *Contraception* 1995;52:143–49.
11. Sherif K. The effects of hormone replacement therapy and oral contraceptive pills on blood pressure. *Prog Cardiovasc Nurs* 2000;15:21–23.
12. Murayama N, Matsunaga A, Tangbanluekal L, et al. Effects of oral contraceptive use on body mass index and blood pressure among female villagers in north-east Thailand. *J Biosoc Sci* 2003;35:243–61.
13. Chasan-Taber L, Willett WC, Manson JE, et al. Prospective study of oral contraceptives and hypertension among women in the United States. *Circulation* 1996;94:483–89.
14. Siritho S, Thrift AG, McNeil JJ, et al. Melbourne Risk Factor Study (MERFS) Group. Risk of ischemic stroke among users of the oral contraceptive pill: the Melbourne Risk Factor Study (MERFS) Group. *Stroke* 2003;34:1575–80

15. Tanis BC, Rosendaal FR. Venous and arterial thrombosis during oral contraceptive use: risks and risk factors. *Semin Vasc Med* 2003;3:69–83.
16. Allais G, De Lorenzo C, Mana O, Benedetto C. Oral contraceptives in women with migraine: balancing risks and benefits. *Neurol Sci* 2004;25:S211–14.
17. Seibert C, Barbouche E, Fagan J, et al. Prescribing oral contraceptives for women older than 35 years of age. *Ann Intern Med* 2003;138:54–64.
18. Pettiti DB. Combination estrogen-progestin oral contraceptives. *N Engl J Med* 2003;349:1443–50.
19. American College of Obstetricians and Gynecologists Practice Bulletin. Use of hormonal contraception in women with coexisting medical conditions: clinical management guidelines for obstetrician-gynecologists. *Obstet Gynecol* 2006;107:1453–72.
20. World Health Organization. Low dose combined oral contraceptives. In: *Improving Access to Quality Care in Family Planning: Medical Eligibility Criteria for Contraceptive Use*. 3rd ed. Geneva: World Health Organization, 2004.
21. Wren BG, Routledge DA. Blood pressure changes: oestrogens in climacteric women. *Med J Aust* 1981;2:528–31.
22. Lutola H. Blood pressure and hemodynamics in postmenopausal women during estradiol-17 beta substitution. *Am Clin Res* 1983;15(Suppl 38):1–121.
23. The Writing Group for the PEPI Trial. Effects of estrogen or estrogen/progestin regimens on heart disease risk factors in postmenopausal women: the Postmenopausal Estrogen/Progestin Interventions (PEPI) trial. *JAMA* 1995;273:199–208.
24. Cushman M, Meilahn EN, Psaty BM, et al. Hormone replacement therapy, inflammation, and hemostasis in elderly women. *Arterioscler Thromb Vasc Biol* 1999;19:893–99.
25. Mueck AO, Seeger H. Effect of hormone therapy on BP in normotensive and hypertensive postmenopausal women. *Maturitas* 2004;49:189–203.
26. Karalis I, Beevers G, Beevers M, Lip G. Hormone replacement therapy and arterial blood pressure in postmenopausal women with hypertension. *Blood Press* 2005;14:38–44.
27. Cagnacci A, Rovati L, Zanni A, et al. Physiological doses of estradiol decrease nocturnal blood pressure in normotensive postmenopausal women. *Am J Physiol* 1999;276:H1355–60.
28. Seely EW, Walsh BW, Gerhard MD, Williams GH. Estradiol with or without progesterone and ambulatory blood pressure in postmenopausal women. *Hypertension* 1999;33:1190–94.
29. Scuteri A., Bos AJG, Brant LJ, et al. Hormone replacement therapy and longitudinal changes in blood pressure in postmenopausal women. *Ann Intern Med* 2001;135:229–38.
30. Writing Group for the Women's Health Initiative. Risk and benefits of estrogen plus progestin in health postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. *JAMA* 2002;288:321–33.
31. The Women's Health Intitiative Steering Committee. Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative Randomized Controlled Trial. *JAMA* 2004;291:1701–12.
32. Mosca L, Appel LJ, Benjamin EJ, et al. Evidence-based guidelines for cardiovascular disease prevention in women. *J Am Coll Cardiol* 2004;43:900–21.
33. Orshal JM, Khalil RA. Gender, sex hormones, and vascular tone. *Am J Physiol Regul Integr Comp Physiol* 2004;286:R233–49.
34. Edwards DP. Regulation of signal transduction pathways by estrogen and progesterone. *Annu Rev Physiol* 2005;67:335–76.
35. Schwerz DA, Penckofer S. Sex differences and the effects of sex hormones on hemostasis and vascular reactivity. *Heart Lung* 2001;30:401–26.
36. Halligan SC, Lerman A. Hormone replacement therapy and coronary endothelial function in postmenopausal women. *Mayo Clin Proc* 2005;80:824–28.
37. Komesaroff PA, Esler MD, Sudhir K. Estrogen supplementation attenuates glucocorticoid and catecholamine responses to mental stress in perimenopausal women. *J Clin Endocrinol Metab* 1999;84:606–10.
38. Sofowora GG, Singh I, He HB, et al. Effect of acute transdermal estrogen administration on basal, mental stress and cold pressor-induced sympathetic responses in postmenopausal women. *Clin Auton Res* 2005;15:193–99.
39. Schunkert H, Danser AH, Hense HW, et al. Effects of estrogen replacement therapy on the renin-angiotensin system in postmenopausal women. *Circulation* 1997;95:39–45.
40. Fischer M, Baessler A, Schunkert H. Renin angiotensin system and gender differences in cardiovascular system. *Cardiovasc Res* 2002;53:672–77.
41. Wilcox J, Hatch I, Gentzshein E, et al. Endothelin levels decrease after oral and nonoral estrogen in postmenopausal women with increased cardiovascular risk factors. *Fertil Steril* 1997;67:273–77.
42. Karjalainen AH, Ruskoaho H, Vuolteenaho, et al. Effects of estrogen replacement therapy on natriuretic peptides and blood pressure. *Maturitas* 2004;47:201–208.
43. Geary GG, Krause DN, Duckles SP. Estrogen reduces mouse cerebral artery tone through endothelial NOS- and cyclooxygenase-dependent mechanisms. *Am J Physiol Heart Circ Physiol* 2000;279:H511–19.
44. Kesim MD, Aydin Y, Erden M, Atis A. Nitric oxide in postmenopausal women taking three different HRT regimens. *Maturitas* 2005;50:52–57.
45. Gerhard M, Walsh BW, Tawakol A, et al. Estradiol therapy combined with progesterone and endothelium-dependent vasodilation in postmenopausal women. *Circulation* 1998;98:1158–63.
46. Mori M, Tsukahara F, Yoshioka T, et al. Suppression by 17-estradiol of monocyte adhesion to vascular endothelial cells is mediated by estrogen receptors. *Life Sci* 2004;75:599–609.
47. De Meersman RE, Zion AS, Giardina EGV, et al. Estrogen replacement, vascular distensibility, and blood pressures in postmenopausal women. *Am J Physiol* 1998;274:H1539–44.
48. Sudhir K, Elser MD, Jennings GL, Komesaroff PA. Estrogen supplementation decreases norepinephrine-induced vasoconstriction and total body norepinephrine spillover in perimenopausal women. *Hypertension* 1997;30:1538–43.
49. Crews JK, Khalil RA. Gender-specific inhibition of $Ca^{2+}$ entry mechanisms of arterial vasoconstriction by sex hormones. *Clin Exp Pharmacol Physiol* 1999;26:707–15.
50. Sung BH, Ching M, Izzo JL Jr, et al. Estrogen improves abnormal norepinephrine-induced vasoconstriction in postmenopausal women. *J Hypertens* 1999;17:523–28.
51. Vongpatanasin W, Tuncel M, Mansour Y, et al. Transdermal estrogen replacement therapy decreases sympathetic activity in postmenopausal women. *Circulation* 2001;103:2903–2908.
52. Weitz G, Elam M, Born J, et al. Postmenopausal estrogen administration suppresses muscle sympathetic nerve activity. *Clin Endocrinol Metab* 2001;86:344–48.
53. O'Sullivan AJ, Crampton LJ, Freund J, et al. The route of estrogen replacement confers divergent effects on substrate oxidation and body composition in postmenopausal women. *J Clin Invest* 1998;102:1035–40.
54. Duanmu Z, lapanowski K, Dunbar JC. Insulin-like growth factor-I decreases sympathetic nerve activity: the effect is modulated by glycemic status. *Proc Soc Exp Biol Med* 1997;216:93–97.
55. Scherrer U, Randin D, Tappy L, et al. Body fat and sympathetic nerve activity in healthy subjects. *Circulation* 1994;89:240–63.
56. Mitchell GF, Parise H, Benjamin EJ, et al. Changes in arterial stiffness and wave reflection with advancing age in healthy men and women: the Framingham Heart Study. *Hypertension* 2004;43:1239–45.
57. Tomiyama H, Yamashina A, Arai T, et al. Influences of age and gender on results of noninvasive brachial-ankle pulse wave velocity measurement—a survey of 12517 subjects. *Atherosclerosis* 2003;166:303–309.
58. London GM, Guerin AP, Pannier B, et al. Influences of sex on arterial hemodynamics and blood pressure: role of body height. *Hypertension* 1995;26:514–19.
59. Zaydun G, Tomiyama H, Hashimoto H, et al. Menopause is an independent factor augmenting the age-related increase in arterial stiffness in the early postmenopausal phase. *Atherosclerosis* 2006;184:137–42.
60. Rajkumar C, Kingwell BA, Cameron JD, et al. Hormonal therapy increases arterial compliance in postmenopausal women. *J Am Coll Cardiol* 1997;30:350–56.
61. McGrath BP, Liang YL, Teede H, et al. Age-related deterioration in arterial structure and function in postmenopausal women: impact of hormone replacement therapy. *Arterioscler Thromb Vasc Biol* 1988;18:1149–56.

62. Kawecka K, Czarnecka D, Olszanecka A, et al. The effect of hormone replacement therapy on arterial blood pressure and vascular compliance in postmenopausal women with arterial hypertension. *J Hum Hypertens* 2002;16:509–16.
63. Soares da Costa L, Amorin de Oliviera M, Siquiera Martins Rubim V, et al. Effects of hormone replacement therapy or raloxifene on ambulatory blood pressure and arterial stiffness in treated hypertensive postmenopausal women. *Am J Cardiol* 2004;94:1453–56.
64. Danser AH, Derkx FH, Schalekamp MA, et al. Determinants of interindividual variation of renin and prorenin concentrations: evidence for a sexual dimorphism of (pro)renin levels in humans. *J Hypertens* 1998;16:853–62.
65. Proudler AJ, Ahmed AL, Crook D, et al. Hormone replacement therapy and serum angiotensin-converting enzyme activity in postmenopausal women. *Lancet* 1995;346:89–90.
66. Brosnihan KB, Weddle D, Anthony MS, et al. Effects of chronic hormone replacement on the renin-angiotensin system in cynomolgus monkeys. *J Hypertens* 1997;15:719–26.
67. Dean SA, Tan J, O'Brien, Leenen FH. 17β-estradiol downregulates tissue angiotensin-converting enzyme and ANG II type 1 receptor in female rats. *Am J Regul Integr Comp Physiol* 2005;288:R759–66.
68. Brosnihan KB, Li P, Ganten D, Ferrario CM. Estrogen protects transgenic hypertensive rats by shifting the vasoconstrictor-vasodilator balance of RAS. *Am J Integr Comp Physiol* 1997;273:R1908–15.
69. Nickenig G, Baumer AT, Crohe C, et al. Estrogen modulates $AT_1$ receptor gene expression *in vitro* and *in vivo*. *Circulation* 1998;97:2197–201.
70. Roesch DM, Tian Y, Zheng W, et al. Estradiol attenuates angiotensin-induced aldosterone secretion in ovariectomized rats. *Endocrinology* 2000;141:4629–36.
71. Wu Z, Maric C, Roesch DM, et al. Estrogen regulates adrenal angiotensin $AT_1$ receptors by modulating $AT_1$ receptor translation. *Endocrinology* 2003;144:3251–61.
72. Klett C, Ganten D, Hellman W, et al. Regulation of angiotensinogen synthesis and secretion by steroid hormones. *Endocrinology* 2002;130:3660–68.
73. Feldmer M, Laking M, Takahashi S, et al. Glucocorticoid- and estrogen-responsive elements in the 5′-flanking region of the rat angiotensinogen gene. *J Hypertens* 1991;9:1005–12.
74. Myers J, Morgan T. The effect of sodium intake on the blood pressure related to age and sex. *Clin Exp Hypertens A* 1983;5:99–118.
75. Tominaga T, Suzuki H, Ogata Y, et al. The role of sex hormones and sodium intake in postmenopausal hypertension. *J Hum Hypertens* 1991;5:495–500.
76. Yamori Y, Liu L, Ikeda K, et al. Different associations of blood pressure with 24-hr urinary sodium excretion among pre- and post-menopausal women. WHO Cardiovascular Diseases and Alimentary Comparison (WHO-CARDIAC) Study. *J Hypertens* 2001;19:535–38.
77. Pechere-Bertschi A, Burnier M. Female sex hormones, salt, and blood pressure regulation. *Am J Hypertens* 2004;17:994–1001.
78. Schulman IH, Aranda P, Raij L, et al. Surgical menopause increases salt sensitivity of blood pressure. *Hypertension* 2006;47:1168–74.
79. Miller VM, Vanhoutte PM. Progesterone and modulation of endothelium-dependent responses in canine coronary arteries. *Am J Physiol* 1991;261:R1022–27.
80. Jiang CW, Sarrel PM, Lindsay DC, Poole-Wilson PA, Collins P. Progesterone induces endothelium-independent relaxation of rabbit coronary artery *in vitro*. *Eur J Pharmacol* 1992;211:163–67.
81. Williams JK, Honore EK, Washburn SA, Clarkson TB. Effects of hormone replacement therapy on reactivity of atherosclerotic coronary arteries in cynomolgous monkeys. *J Am Coll Cardiol* 1994;24:1757–61.
82. Miyagawa K, Rosch J, Stanczyk F, Hermsmeyer K. Medroxyprogesterone interferes with ovarian steroid protection against coronary vasospasm. *Nat Med* 1997;3:324–27.
83. Simoncini T, Mannella P, Fornari L, et al. Differential signal transduction of progesterone and medroxyprogesterone acetate in human endothelial cells. *Endocrinology* 2004;145:5745–56.
84. Lee WS, Harder JA, Yoshizumi M, et al. Progesterone inhibits arterial smooth muscle cell proliferation. *Nat Med* 1997;3:1005–1008
85. Oparil S, Levine RL, Chen SJ, et al. Sexually dimorphic response of the balloon injured rat carotid artery to hormone treatment. *Circulation* 1997;95:1301–1307.
86. Xing D, Miller AP, Novak L, et al. Estradiol and progestins differentially modulate leukocyte infiltration after vascular injury. *Circulation* 2004;109:234–41.
87. Levine RL, Chen SJ, Durand J, et al. Medroxyprogesterone attenuates estrogen-mediated inhibition of neointima formation after balloon injury of the rat carotid artery. *Circulation* 1996;94:2221–27.
88. Sealey JE, Itskovitz-Eldor J, Rubattu S, et al. Estradiol- and progesterone-related increases in the renin-aldosterone system: Studies during ovarian stimulation and early pregnancy. *J Clin Endocrinol Metab* 1994;79:258–64.
89. Myles K, Funder JW. Progesterone binding to mineralocorticoid receptors: *in vitro* and vivo studies. *Am J Physiol* 1996;270:E601–607.
90. Braley LM, Menachery AI, Yao T, et al. Effect of progesterone on aldosterone secretion in rats. *Endocrinology* 1996;137:4773–78.
91. Landau RL, Bergenstal DM, Lugibihl K, Kascht ME. The metabolic effects of progesterone in man. *J Clin Endocrinol* 1955;15:1194–215.
92. Oparil S, Ehrlich EN, Lindheimer MD. Effect of progesterone on renal sodium handling in man: Relation to aldosterone excretion and plasma renin activity. *Clin Sci Mol Med* 1975;49:139–47.
93. Brunette MG, Leclerc M. Renal action of progesterone: effect on calcium reabsorption. *Mol Cell Endocrinol* 2002;194:183–90.
94. Dubey RK, Oparil S, Imthurn B, Jackson EK. Sex hormones and hypertension. *Cardiovasc Res* 2002;53:688–708.
95. Dunne FP, Barry DG, Ferriss JB, et al. Changes in blood pressure during the normal menstrual cycle. *Clin Sci* 1991;81:1991;515–18.
96. Karpanou EA, Vyssoulis GP, Georgoudi DG, et al. Ambulatory blood pressure changes in the menstrual cycle of hypertensive women: Significance of plasma renin activity values. *Am J Hypertens* 1993;6:654–59.
97. Chapman AB, Zamudio S, Woodmansee W, et al. Systemic and renal hemodynamic changes in the luteal phase of the menstrual cycle mimic early pregnancy. *Am J Physiol* 1997;273:F777–82.
98. Miller AP, Bittner VB, Oparil S. *Hypertension*. In: *Women and Heart Disease*. 2nd ed. Wenger N, Collins P, eds. London: Taylor and Francis, 2005:441–53.
99. Staessen JA, Celis H, Fagard R. The epidemiology of the association between hypertension and menopause. *J Hum Hypertens* 1998;12:587–92.
100. Staessen JA, Ginocchio G, Thijs L, Fagard R. Conventional and ambulatory blood pressure and menopause in a prospective population study. *J Hum Hypertens* 1997;11:507–14.
101. Bush TL, Barrett-Connor E, Cowan LD, et al. Cardiovascular mortality and noncontraceptive use of estrogen in women: results of the Lipid Research Clinics' program follow-up study. *Circulation* 1987;75:1102–109.
102. Kannel WB, Hjortland MC, McNamara PM, Gordon T. Menopause and risk of cardiovascular disease: the Framingham study. *Ann Intern Med* 1976;85:447–52.
103. Barrett-Connor E, Brown WV, Turner J, et al. Heart disease risk factors and hormone use in postmenopausal women. *JAMA* 1979;241:2167–69.
104. Barrett-Connor E, Wingard DI, Criqui MH. Postmonopausal estrogen use and heart disease risk factors in the 1980s. Rancho Bernardo, Calif., revisited. *JAMA* 1989;14:2095–100.
105. Mercuro G, Zoncu S, Pilia I, et al. Effects of acute administration of transdermal estrogen on postmenopausal women with systemic hypertension. *Am J Cardiol* 1997;80:652–55.
106. Mercuro G, Zoncu S, Piano D, et al. Estradiol-17β reduces blood pressure and restore the normal amplitude of the circadian blood pressure rhythm in postmenopausal hypertension. *Am J Hypertens* 1998;11:909–13.
107. Butkevich A, Abraham C, Phillips RA. Hormone replacement therapy and 24-hour blood pressure profile of postmenopausal women. *Am J Hypertens* 2000;13:1039–41.
108. Wassertheil-Smoller S, Psaty B, Greenland P, et al. Association between cardiovascular outcomes and antihypertensive drug treatment in older women. *JAMA* 2004;292:2849–59.

109. Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Intitiative randomized controlled trial. *JAMA* 2002;288:321–33.
110. Manson JE, Hsai J, Johnson KC, et al. Estrogen plus progestin and the risk of coronary artery disease. The Women's Health Initiative: a randomized trial. *N Engl J Med* 2003;349:523–34.
111. Anderson GL, Limacher M, Assaf AR, et al. Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative randomized controlled trial. *JAMA* 2004;291:701–12.
112. Lip GYH, Beevers M, Churchill D, Beevers DG. Hormone replacement therapy and blood pressure in hypertensive women. *J Hum Hypertens* 1994;8:491–94.
113. Oparil S. Women's health: hormone replacement therapy. In: Brunner H, ed. *The Year in Hypertension: 2005*. Oxford: Clinical Publishing, 2006:197–234.
114. Hersh AL, Stefanick ML, Stafford RS. National use of postmenopausal hormone therapy: annual trends and response to recent evidence. *JAMA* 2004;291:47–53.
115. Majumdar SR, Almasi EA, Stafford RS. Promotion and prescribing of hormone replacement therapy after report of harm after the Women's Health Initiative. *JAMA* 2004;292:1983–88.
116. Miller AP, Chen YF, Xing D, et al. Hormone replacement therapy and inflammation: interactions in cardiovascular disease. *Hypertension*. 2003;42:657–63.
117. Girdler SS, Hinderliter AL, Wells EC, et al. Transdermal versus oral estrogen therapy in postmenopausal smokers: hemodynamic and endothelial effects. *Obstet Gynecol* 2004;103:169–80.
118. Harman SM, Brinton EA, Cedars M, et al. KEEPS: the Kronos Early Estrogen Prevention Study. *Climacteric* 2005;8:3–12.
119. Early versus Late Intervention Trial with Estradiol (ELITE). Home page. Available at: www.usc.edu/schools/medicine/research/centers_programs/aru.elite.html.
120. Stefanick ML, Cochrane BB, Hsia J, et al. The Women's Health Initiative post-menopausal hormone trials: overview and baseline characteristics of participants. *Ann Epidemiol* 2003;13:S78–86.
121. Brownley KA, Hinderliter AL, West SG, et al. Cardiovascular effects of 6 months of hormone replacement therapy versus placebo: differences associated with years since menopause. *Am J Obstet Gynecol* 2004;190:1052–58.
122. Miller AP, Xing D, Feng W, Fintel M, Chen YF, Oparil S. Aged rats lose vasoprotective and anti-inflammatory actions of estrogen in injured arteries. Menopause 2006; December 28 E.pub ahead of print.
123. Phillips LS, Langer RD. Postmenopausal hormone therapy: critical reappraisal and a unified hypothesis. *Fertil Steril* 2005;83:558–66.
124. Barrett-Connor E, Mosca L, Collins P, et al. Effects of raloxifene on cardiovascular events and breast cancer in postmenopausal women. *N Engl J Med* 2006;355:125–37.
125. Crane MG, Harris JJ, Winsor W. Hypertension, oral contraceptive agents and conjugated estrogens. *Ann Intern Med* 1971;74:13–21.
126. Prentice RL. On the ability of blood pressure effects to explain the relation between oral contraceptives and cardiovascular disease. *Am J Epidemiol* 1988;127:213–19.
127. Dong W, Colhoun HM, Poulter NR. Blood pressure in women using oral contraceptives: results from the Health Survey for England 1994. *J Hypertens* 1997;15:1063–68.
128. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. A multinational case–control study of cardiovascular disease and steroid hormone contraceptives: description and validation of methods. *J Clin Epidemiol* 1995;48:1513–47.
129. Lubianca JN, Faccin CS, Fuchs FD. Oral contraceptives: a risk factor for uncontrolled blood pressure among hypertensive women. *Contraception* 2003;67:19–24.
130. Hollenberg NK, Williams GF, Burger B, et al. Renal blood flow and its response to angiotensin II. An interaction between oral contraceptive agents, sodium intake and the renin-angiotensin system in healthy young women. *Clin Res* 1976;38:35–40.
131. Rockson SG, Stone RA, Gunnells JC, et al. Plasma dopamine β-hydroxylase activity in oral contraceptive hypertension. *Circulation* 1975;51:916–23.
132. Godsland IF, Crook D. Update on the metabolic effects of steroidal contraceptives and their relationship to cardiovascular disease risk. *Am J Obstet Gynecol* 1994;170:1528–36.
133. Walters WAW, Lim YL. Haemodynamic changes in women taking oral contraceptives. *J Obstet Gynaecol Br Commonw* 1970;77:1007–12.
134. Burke CW. Biologically active cortisol in plasma of oestrogen-treated adrenal subjects. *BMJ* 1969;2:798–800.
135. Hall WD, Douglas MB, Blumenstein B, Hatcher RA. Blood pressure and oral progestational agents. A prospective study of 199 black women. *Am J Obstet Gynecol* 1980;136:344–48.
136. Wilson ESB, Cruikshank J, McMaster M, Weir RJ. A prospective controlled study of the effect on blood pressure of contraceptive preparations containing different types and dosages of progestagen. *Br J Obstet Gynaecol* 1984;91:1254–60.
137. Royal College of General Practitioners. *Oral Contraceptives and Health*. New York: Pittman, 1974:34–42.
138. Khaw KT, Peart WS. Blood pressure and contraceptive use. *BMJ* 1985;285:403–407.
139. Spellacy WN, Birk SA. The effect of intrauterine devices, oral contraceptives, estrogens, and progestogens and blood pressure. *Am J Obstet Gynecol* 1972;112:912–19.
140. Hussain SF. Progestogen-only pills and high blood pressure: is there an association? A literature review. *Contraception* 2004;69:89–97.
141. Weir RJ, Briggs E, Mack A, et al. Blood pressure in women taking oral contraceptives. *BMJ* 1974;1:533–35.
142. Meirik O, Farley TM, Sivin I. Safety and efficacy of levonorgestrel implant, intrauterine device, and sterilization. *Obstet Gynecol* 2001;97:539–47.
143. Croxatto HB, Urbancsek J, Massai R, et al. A multicentre efficacy and safety study of the single contraceptive implant Implanon. Implanon Study Group. *Hum Reprod* 1999;14:976–81.
144. Sivin I. Risks and benefits, advantages and disadvantages of levonorgestrel-releasing contraceptive implants. *Drug Saf* 2003;26:303–35.
145. Sitruk-Ware R. Pharmacological profile of progestins. *Maturitas* 2004;47:277–83.
146. Oelkers W, Berger V, Bolik A, Bahr V, Hazard B, Beier S, et al. Dihydrospirorenone—a new progestogen with antimineralocorticoid activity: effects on ovulation, electrolyte excretion and the renin-aldosterone system in normal women. *J Clin Endocrinol Metab* 1991;73:837–42.
147. Elger W, Beier S, Pollow K, et al. Conception and pharmacodynamic profile of drospirenone. *Steroids* 2003;68:891–905.
148. Oelkers W. Drospirenone, a progestogen with antimineralocorticoid properties: a short review. *Mol Cell Endocrinol* 2004;217:255–61.
149. Sica DA. Drospirenone: an antihypertensive in waiting. *Hypertension* 2006;48:205–206.
150. Oelkers W, Foidart JM, Dombrovicz N, et al. Effects of a new oral contraceptive containing an antimineralocorticoid progestogen, drospirenone, on the renin-aldosterone system, body weight, blood pressure, glucose tolerance, and lipid metabolism. *J Clin Endocrinol Metab* 1995;80:1816–21.
151. Preston RA, Alonso A, Panzitta D, et al. Additive effect of drospirenone/17β-estradiol in hypertensive postmenopausal women receiving enalapril. *Am J Hypertens* 2002;15:816–22.
152. Preston RA, White WB, Pitt B, et al. Effects of drospirenone/17β-estradiol on blood pressure and potassium balance in hypertensive postmenopausal women. *Am J Hypertens* 2005;18:797–804.
153. White WB, Pitt B, Preston RA, Hanes V. Antihypertensive effects of drospirenone with 17β-estradiol, a novel hormonal treatment in postmenopausal women with stage 1 hypertension. *Circulation* 2005;112:1979–84.
154. White WB, Hanes V, Chauhan V, Pitt B. Effects of a new hormone therapy, drospirenone and 17β-estradiol, in postmenopausal women with hypertension. *Hypertension* 2006;48:246–53.
155. Rosendorff C. Progestin and potassium. *Am J Hypertens* 2005;18:741–43.
156. Archer DF, Thorneycroft IH, Foegh M, et al. Long-term safety of drospirenone-estradiol for hormone therapy: a randomized, double-blind, multicenter trial. *Menopause* 2005;12:716–27.