# Exhibit 57

# Recent Insights on Pediatric Pseudotumor Cerebri Syndrome Pathophysiology: From the "Unifying Neuroendocrine Perspective" to the "Integrated Bioenergetic–Hormonal Mechanism"

Vincenzo Salpietro[1,2] Martino Ruggieri[3] Daniela Concolino[4] Conrad E. Johanson[5] Karl T. Weber[6]

[1] Department of Pediatric Neurology, Chelsea and Westminster Hospital, Imperial College, London, United Kingdom
[2] Department of Pediatrics, University of Messina, Messina, Italy
[3] Department of Clinical and Experimental Medicine, University of Catania, Catania, Italy
[4] Department of Pediatrics, Magna Graecia University, Catanzaro, Italy
[5] Department of Neurosurgery, Brown University, Providence, Rhode Island, United States
[6] Division of Cardiovascular Diseases, University of Tennessee Health Science Center, Memphis, Tennessee, United States

Address for correspondence Vincenzo Salpietro, MD, Department of Pediatric Neurology, Chelsea and Westminster Hospital, 369 Fulham Road, London SW10 9NH, United Kingdom (e-mail: salpietroenzo@yahoo.it).

J Pediatr Neurol 2015;13:11–15.

**Abstract**

Pseudotumor cerebri syndrome (PTCS) is a condition characterized by raised cerebrospinal fluid pressure in the setting of evidently normal brain parenchyma and stable composition of the cerebrospinal fluid. The pathophysiology of this syndrome is complex and not yet fully understood. Idiopathic intracranial hypertension (IIH), which is the primary (idiopathic) form of PTCS, generally affects adult obese females in their childbearing age. In children, PTCS is more commonly (compared with adults) associated with concomitant comorbidities (e.g., chronic medical conditions, endocrinopathies, treatment with tetracyclines, recombinant growth hormone, and thyroid supplementation). Together, these likely etiologic factors appear to lack a unifying pathophysiologic mechanism; however, the most recent research in this field is aiming to identify a common clue among most (if not all) secondary associations of pediatric PTCS. This has led in the last few years to a deeper understanding of the interplay among metabolic and endocrine derangements in PTCS, providing new insights into its pathophysiology.

**Keywords**
- pseudotumor cerebri
- idiopathic intracranial hypertension
- children
- pathophysiology

## Introduction

Pseudotumor cerebri syndrome (PTCS) is characterized by the presence of elevated intracranial pressure (ICP) in the setting of apparently normal brain structure and cerebrospinal fluid (CSF) composition. Presenting signs and symptoms are heterogeneous, particularly in the pediatric population, but commonly include headache, visual disturbances (e.g., diplopia and/or vision loss), and papilledema at funduscopic examination. Patients typically recover with appropriate medical and/or surgical treatments, but up to 10% of children with PTCS may have permanent visual impairment.[1]

received October 12, 2014
accepted after revision January 2, 2015

Issue Theme Pediatric Pseudotumor Cerebri Syndrome; Guest Editors: Vincenzo Salpietro, MD, Martino Ruggieri, PhD, and Conrad E. Johanson, PhD

Copyright © 2015 Georg Thieme Verlag KG Stuttgart · New York

DOI http://dx.doi.org/10.1055/s-0035-1555146.
ISSN 13

EXHIBIT
Johanson 10

This document was prepared for the exclusive use of Janis Holmberg. Unauthorized distribution is strictly prohibited.

Estimated annual incidence rates of PTCS are 0.9 per 100,000 in both the pediatric and general adult age groups but rises to 19 per 100,000 in overweight women of childbearing age.[2] Additionally, with the increasing obesity epidemic in the United States and other parts of the world, the incidence and prevalence of idiopathic intracranial hypertension (IIH) are rising.[3]

The pathophysiology of PTCS is still poorly understood; however, the main pathologic feature of PTCS is represented by elevated ICP. Being an enclosed compartment, in the absence of any intracranial structural anomaly, an increase in ICP may occur due to either increased CSF production at the choroid plexus level and/or reduced CSF outflow in the arachnoid membrane and the cerebral venous system.[4–6] Several studies have used brain magnetic resonance imaging (MRI) venography and other advanced imaging techniques to evaluate cerebral hemodynamics and CSF flux in PTCS. Most investigations have demonstrated an increased resistance to CSF absorption within the cerebral venous system.[7] PTCS occurs in association with a variety of conditions, including kidney disease, obesity, and adrenal insufficiency, suggesting that endocrine and/or metabolic derangements occur.[8] Recently, some studies suggested that fluid and electrolyte balance in choroid plexus epithelia are regulated by a complex interaction of metabolic and hormonal factors that likely act to raise CSF and pressure.[9,10]

Impaired CSF absorption is therefore not likely to explain the pathogenesis of PTCS in its entirety as there is evidence that primary (obesity-associated) and secondary PTCS may have disturbances in CSF flux (e.g., production rate and regulation of pressure). Therefore, in some cases the resistance to CSF absorption may be raised secondarily, rather than as the initial causative factor.[11] In this review, we emphasize pediatric cases of PTCS occurring on a background of secondary causes (e.g., endocrinopathies, medications), discussing the potential role of metabolic and/or hormonal derangements in CSF homeostasis.

## Changes in Cerebrovascular and CSF Dynamics: A Clue to Explain Pathophysiology of PTCS

Most of the literature on PTCS pathophysiology focuses on changes in CSF parameters and impaired cerebral hemodynamics, including cerebral edema, increased cerebral blood volume, increased CSF production, and/or pressure along with decreased CSF reabsorption or venous flow. One of the earliest proposed mechanisms of PTCS was cerebral edema. Subsequent pathologic and MRI studies, however, have not supported cerebral edema as a probable cause of PTCS.[12] Intracranial hypertension may be secondary to excessive CSF production as first proposed by Quincke.[13] The production rate of CSF can be measured in patients, but the procedures required (i.e., infusion or perfusion techniques) are invasive.[14]

PTCS has been frequently associated with recombinant-growth hormone (r-GH) therapy. It has been postulated that increased levels of insulin-like growth factor 1 (IGF-1) in the CSF during r-GH treatment may act on IGF-I receptors in the choroid plexus to increase CSF production.[15,16] Even hypervitaminosis A has been linked to an increased production of CSF and a risk of PTCS.[17] Ventricular infusion studies, which monitor CSF dilution and calculate the rate of CSF production, demonstrated elevated CSF secretion in five patients with IIH.[18,19]

There is a more generally accepted hypothesis describing hampered outflow of CSF into the venous system as a cause of PTCS. The majority of evidence to support this theory has come from CSF infusion studies that have demonstrated reduced CSF drainage in PTCS.[20] Studies evaluating the transit time of a radio-labeled tracer injected into the CSF (cisternography) have demonstrated delayed tracer uptake into the circulation in patients with PTCS, thereby inferring that there is impaired CSF drainage.[21]

The explanation in these cases could be related to an obstruction of intracranial venous drainage. However, it is heavily debated whether obstructed venous drainage is the primary mechanism or secondary to another pathologic process; therefore intracranial venous sinus abnormalities in PTCS patients should be always considered with caution.[5] Flow-related abnormalities can be difficult to differentiate from pathologic venous sinus stenosis as MRI venography can document flow-related artifacts that can be erroneously mistaken for venous sinus stenosis.[22]

## Changes in CSF Pressure: Recent Insights from the "Unifying Neuroendocrine Perspective"

Recent studies focused on the perspective that pathophysiology of PTCS is due to the primary event of raised CSF pressure and considered that the changes in cerebral hemodynamics, resistance to CSF absorption, and perturbations in CSF flux all represent merely secondary (consequential) events. It has been therefore proposed that increased CSF pressure, due to derangements in electrolyte transport (often in the context of an impaired metabolic-endocrine homeostasis), has the main pathophysiologic role in initiating PTCS.[8–10]

Several decades ago, it had already been proposed by some authors that PTCS is a consequence of an underlying endocrine abnormality related to a disturbance of electrolytes. In 1955, Foley[23] suggested that: "...an underlying endocrine imbalance, with presumably a disturbance of electrolytes, is in some way connected with the alteration of ICP." The occurrence of a "...water-electrolyte imbalance, brought about by hormonal disturbance" was likewise suggested by Oldstone[24] in 1966. In this context, Weber et al[25] first to drawn attention to the association between IIH and primary aldosteronism (PAL) in two overweight, middle-aged women. Since then, additional cases of PTCS associated with PAL (and secondary aldosteronism [SAL]) have been reported in the literature,[26,27] resulting in a broadening of the original Weber[28] insight.

A recent study proposed a theory unifying the various neuroendocrine effects on the mineralocorticoid receptor (MR) pathway to explain a possible mechanism for the



This document was prepared for the exclusive use of Janis Holmberg. Unauthorized distribution is strictly prohibited

increased CSF pressure and production in PTCS.[29] The MRs are largely expressed in the choroid plexus epithelial cells (CPEC), which are putatively instrumental in the regulation of CSF production.[30] Activation of the MRs or their downstream pathways can stimulate the generation of Na/K-ATPase pumps, which can lead to greater movement of sodium ions at the CPEC apical membrane into the cerebral ventricles, thereby actively creating an osmotic gradient to drive secretion of CSF (►Fig. 1).[8–10,28–30] Based on this perspective, the MR signaling at the CPEC level could therefore be a key pathway in PTCS pathophysiology and might explain several reported endocrine-metabolic causes of PTCS (►Fig. 1), including PAL and SAL, obesity, metabolic syndrome, Cushing syndrome, chronic steroid administration, hypervitaminosis A, r-GH therapy, and estrogen-progestin supplementation.[8,9,29]

Aldosterone, a mineralocorticoid responsible for $Na^+$ transport and $K^+$, $Ca^{2+}$, and $Mg^{2+}$ secretion in target tissues, including the CPEC, can exert its biological effects on these cells via the MR pathway.[31] An increase in aldosterone activity in PAL and SAL disorders may directly affect the ICP in PTCS. Support for this perspective includes numerous recent studies demonstrating that in children and adults with PAL or SAL, those treated with spironolactone, an aldosterone receptor antagonist, had resolution of the neurologic symptoms and remission of the ophthalmologic manifestations.[29,32]

Additional further findings strengthened this association of PTCS and hyperaldosteronism, especially in the pediatric population. As an example, children with various conditions (e.g., metabolic syndrome, SAL, renal diseases) have been successfully treated with spironolactone after a lack of clinical response to the other diuretic treatments (e.g., acetazolamide).[27] This emergent perspective has been proposed as potentially unifying because of the many reported endocrine metabolic associations that may have a common action on the MR pathway, reflecting the possible important involvement of the adrenocortical hormones in the homeostasis of CSF pressure and production.[8,9] CSF cortisol levels are regulated by 11βHSD1 (11-OH HSD1) that is abundant in the CPEC and converts inactive cortisone to cortisol; the latter acts with high affinity (similarly to aldosterone) at the MR(s) in the CPEC. A pathophysiologic link between this enzyme activity and the predisposition to PTCS has therefore been considered by some authors.[33]

Thus, derangements of this putative adrenal-brain axis in children, through exogenous or endogenous mechanisms, may lead to the development of raised ICP and PTCS via this mechanism. Vitamin A has been shown to induce expression of neurosteroids in glial cell lines, which could also interact with MR(s), as suggested by previous experimental studies.[34] Notably, several adipokines, cytokines, and growth factors predominantly secreted by adipocytes have been linked to obesity and to the risk of developing PTCS.[35,36] Interestingly, some authors have demonstrated that serum and CSF leptin levels are elevated in patients with PTCS compared with age, gender, and body mass index-matched controls.[37] These studies indicate that leptin may have a role in ICP regulation.




**Fig. 1** The putative effects of a wide array of neuroendocrine interactions on CSF secretion in the choroid plexus epithelium. Detailed figure of choroid plexus epithelium illustrating the proposed regulation of CSF secretion by several neuroendocrine interactions. Aldosterone can stimulate mineralocorticoid receptor. In nucleus mineralocorticoid receptor can activate mineralocorticoid responsive elements that stimulate synthesis from DNA of $Na^+/K^+$-ATPase pumps. Active sodium secretion by the Na/K-ATPase at the apical choroid plexus membrane lead to movement of sodium ions into the cerebral ventricle and this creates an osmotic gradient to drive CSF secretion. The enzyme 11βHSD1 is highly abundant in the choroid plexus, in which its oxidoreductase activity converts inactive cortisone to cortisol, which can activate the mineralocorticoid receptor with similar affinity to aldosterone. All-trans retinoic acid, interacting with DNA, can activate neurosteroidogenesis and de novo synthesis of steroids. CPEC, choroid plexus epithelial cells; CSF, cerebrospinal fluid; MR, mineralocorticoid receptor. Adapted from Salpietro et al.[9]



This document was prepared for the exclusive use of Janis Holmberg. Unauthorized distribution is strictly prohibited.

In addition, human fat, an active endocrine tissue, also secretes aldosterone-releasing factors, providing another possible explanation for elevated ICP in obese patients with PTCS through the mechanism outlined above.[29,38] Finally, a relationship between PTCS and r-GH therapy has been reported numerous times.[5,6] Besides the putative involvement of IGF-1 in modulating CSF reabsorption at the arachnoid membrane level,[15,16] r-GH is known to be associated with renin-angiotensin-aldosterone system activation and subsequent elevated aldosterone levels, especially in the first phases of therapy.[39,40] Accordingly, this emerging perspective suggests that many (if not all) of the aforementioned PTCS-related comorbidities may have a unified action on the MR pathway in the CPEC, through the adrenal-brain axis, resulting in elevated ICP pressure (i.e., due to raised osmolarity) and subsequently altered CSF fluid dynamics (**→Fig. 1**).[8-10,27-32]

## The Latest Perspectives on an "Integrated Bioenergetic–Hormonal Mechanism"

Recently, Sheldon et al[11] reviewed all metabolic and endocrine comorbidities commonly observed in association with adult and/or pediatric PTCS and postulated interplay between bioenergetic and hormonal factors in the pathophysiology of raised ICP. In fact, they emphasized PTCS as a neuroendocrine disorder and provided additional insights on the potential metabolic changes that, alone or in combination with specific endocrine derangements, could make certain individuals prone to developing PTCS in the context of defined secondary causes. Notably, a few studies in the past supported the possibility that metabolic changes may have a role in the pathophysiology of PTCS. In this respect a previous metabolomic analysis revealed raised lactate levels in CSF, and presented evidence of tricarboxylic acid (TCA) cycle impairment in CSF samples of adult patients with PTCS.[41]

It is known that nutrients from the diet are processed in the mitochondria, through the TCA cycle, to generate reducing equivalents that will be later used to produce adenosine triphosphate. In the TCA cycle, glutamate α-ketoglutarate and succinate are among the most important intermediates α-ketoglutarate through its receptor, expressed in many organs and/or tissues (e.g., kidney), may stimulate chloride-dependent bicarbonate secretion, and influence several homeostatic processes, including body fluid balance, and putatively also CSF flux.[42] Glutamate is another significant component of the TCA cycle; raised levels of this metabolite in blood have been observed in several PTCS-associated conditions, including obesity and chronic overnutrition.[43,44] A direct correlation between pediatric body mass index and circulating concentrations of glutamate has been also demonstrated.[45]

Succinate is another TCA metabolite that may affect CSF homeostasis. When infused into mice, succinate excess leads to hypertension, via the indirect activation of the renin-angiotensin-aldosterone axis; higher concentrations of succinate have been documented in animal models of metabolic syndrome.[46] Sheldon et al[11] therefore suggested in their integrated bioenergetic-hormonal mechanism that the elevation of certain metabolites (e.g., α-ketoglutarate, succinate, and glutamate) in blood likely leads to activation of a chloride-dependent bicarbonate secretion, with a consequent influx of sodium into the CPEC from the blood. This raised osmolarity of CSF would drive water secretion, acting similarly to the mechanism described in the unifying neuroendocrine perspective, that is, via $Na^+/K^+$-dependent ATPase (see section *Changes in CSF Pressure: Recent Insights from the "Unifying Neuroendocrine Perspective"*).

In conclusion, pediatric PTCS is a protean condition of still unclear pathophysiology, with multiple potentially associated comorbidities. These likely etiologic factors seemed in the past to be unrelated to each other, although the most recent research in this field is aiming to identify a common final signaling pathway among several secondary associations of PTCS. In this respect, the study of pediatric PTCS is offering an interesting window of opportunities, as this disorder tends to be more heterogeneous in children (compared with adults), in terms of clinical presentations and associated comorbidities. Previous concepts, focusing on cerebral hemodynamics and CSF outflow resistance, are now a less compelling explanation, and a perception of PTCS as a neuroendocrine syndrome is actually emerging among many researchers. Further experimental studies are needed to understand fully the underlying mechanisms that in CPEC help regulate the pressure and volume of CSF and uncover definitively the influence of the (PTCS-related) metabolic and hormonal changes in these pathophysiologic processes.

## References

1 Soiberman U, Stolovitch C, Balcer LJ, Regenbogen M, Constantini S, Kesler A. Idiopathic intracranial hypertension in children: visual outcome and risk of recurrence. Childs Nerv Syst 2011;27(11):1913–1918
2 Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumor cerebri). Descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol 1993;50(1):78–80
3 Curry WT Jr, Butler WE, Barker FG II. Rapidly rising incidence of cerebrospinal fluid shunting procedures for idiopathic intracranial hypertension in the United States, 1988-2002. Neurosurgery 2005;57(1):97–108, discussion 97–108
4 Salpietro V, Chimenz R, Arrigo T, Ruggieri M. Pediatric idiopathic intracranial hypertension and extreme childhood obesity: a role for weight gain. J Pediatr 2013;162(5):1084
5 McGeeney BE, Friedman DI. Pseudotumor cerebri pathophysiology. Headache 2014;54(3):445–458
6 Rangwala LM, Liu GT. Pediatric idiopathic intracranial hypertension. Surv Ophthalmol 2007;52(6):597–617
7 Karahalios DG, Rekate HL, Khayata MH, Apostolides PJ. Elevated intracranial venous pressure as a universal mechanism in pseudotumor cerebri of varying etiologies. Neurology 1996;46(1):198–202
8 Salpietro V, Polizzi A, Di Rosa G, et al. Adrenal disorders and the paediatric brain: pathophysiological considerations and clinical implications. Int J Endocrinol 2014;2014:282489
9 Salpietro V, Polizzi A, Bertè LF, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. Neuroendocrinol Lett 2012;33(6):569–573
10 Andrews LE, Liu GT, Ko MW. Idiopathic intracranial hypertension and obesity. Horm Res Paediatr 2014;81(4):217–225



This document was prepared for the exclusive use of Janis Holmberg Unauthorized distribution is strictly prohibited

11 Sheldon CA, Kwon YJ, Liu GT, McCormack SE. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. Pediatr Res 2015;77(2):282–289

12 Owler BK, Higgins JN, Péna A, Carpenter TA, Pickard JD. Diffusion tensor imaging of benign intracranial hypertension: absence of cerebral oedema. Br J Neurosurg 2006;20(2):79–81

13 Quincke H. Meningitis serosa [in German]. Sammlung Klinischer Vorträge 1893;67:655

14 Gjerris F, Børgesen SE. Current concepts of measurement of cerebrospinal fluid absorption and biomechanics of hydrocephalus. Adv Tech Stand Neurosurg 1992;19:145–177

15 Johansson JO, Larson G, Andersson M, et al. Treatment of growth hormone-deficient adults with recombinant human growth hormone increases the concentration of growth hormone in the cerebrospinal fluid and affects neurotransmitters. Neuroendocrinology 1995;61(1):57–66

16 Rogers AH, Rogers GL, Bremer DL, McGregor ML. Pseudotumor cerebri in children receiving recombinant human growth hormone. Ophthalmology 1999;106(6):1186–1189, discussion 1189–1190

17 Fishman RA. The pathophysiology of pseudotumor cerebri. An unsolved puzzle. Arch Neurol 1984;41(3):257–258

18 Donaldson JO. Cerebrospinal fluid hypersecretion in pseudotumor cerebri. Trans Am Neurol Assoc 1979;104:196–198

19 Gideon P, Sørensen PS, Thomsen C, Ståhlberg F, Gjerris F, Henriksen O. Assessment of CSF dynamics and venous flow in the superior sagittal sinus by MRI in idiopathic intracranial hypertension: a preliminary study. Neuroradiology 1994;36(5):350–354

20 Malm J, Kristensen B, Markgren P, Ekstedt J. CSF hydrodynamics in idiopathic intracranial hypertension: a long-term study. Neurology 1992;42(4):851–858

21 Orefice G, Celentano L, Scaglione M, Davoli M, Striano S. Radioisotopic cisternography in benign intracranial hypertension of young obese women. A seven-case study and pathogenetic suggestions. Acta Neurol (Napoli) 1992;14(1):39–50

22 Gasparian SS, Serova NK, Sherbakova EY, Belova TN. Compensatory mechanisms in patients with benign intracranial hypertension syndrome. Acta Neurochir Suppl (Wien) 2002;81:31–33

23 Foley J. Benign forms of intracranial hypertension; toxic and otitic hydrocephalus. Brain 1955;78(1):1–41

24 Oldstone MB. Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri). J Clin Endocrinol Metab 1966;26(12):1366–1369

25 Weber KT, Singh KD, Hey JC. Idiopathic intracranial hypertension with primary aldosteronism: report of 2 cases. Am J Med Sci 2002;324(1):45–50

26 Chitalia N, Weeg N, Antonios TF. Aldosterone-producing adrenal adenoma and idiopathic intracranial hypertension—a pathogenetic link for aldosterone? QJM 2010;103(9):699–702

27 Salpietro V, Ruggieri M, Sancetta F, et al. New insights on the relationship between pseudotumor cerebri and secondary hyperaldosteronism in children. J Hypertens 2012;30(3):629–630

28 Weber KT. Aldosteronism revisited: perspectives on less well-recognized actions of aldosterone. J Lab Clin Med 2003;142(2):71–82

29 Salpietro V, Mankad K, Kinali M, et al. Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study. J Pediatr Endocrinol Metab 2014;27(1-2):107–115

30 Wright EM. Transport processes in the formation of the cerebrospinal fluid. Rev Physiol Biochem Pharmacol 1978;83:3–34

31 Salpietro V, Ruggieri M. Pseudotumor cerebri pathophysiology: the likely role of aldosterone. Headache 2014;54(7):1229

32 Khan MU, Khalid H, Salpietro V, Weber KT. Idiopathic intracranial hypertension associated with either primary or secondary aldosteronism. Am J Med Sci 2013;346(3):194–198

33 Sinclair AJ, Walker EA, Burdon MA, et al. Cerebrospinal fluid corticosteroid levels and cortisol metabolism in patients with idiopathic intracranial hypertension: a link between 11beta-HSD1 and intracranial pressure regulation? J Clin Endocrinol Metab 2010;95(12):5348–5356

34 Kushida A, Tamura H. Retinoic acids induce neurosteroid biosynthesis in human glial GI-1 Cells via the induction of steroidogenic genes. J Biochem 2009;146(6):917–923

35 Sinclair AJ, Ball AK, Burdon MA, et al. Exploring the pathogenesis of IIH: an inflammatory perspective. J Neuroimmunol 2008;201-202:212–220

36 Chirico V, Lacquaniti A, Salpietro V, et al. High-mobility group box 1 (HMGB1) in childhood: from bench to bedside. Eur J Pediatr 2014;173(9):1123–1136

37 Lampl Y, Eshel Y, Kessler A, et al. Serum leptin level in women with idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 2002;72(5):642–643

38 Ehrhart-Bornstein M, Lamounier-Zepter V, Schraven A, et al. Human adipocytes secrete mineralocorticoid-releasing factors. Proc Natl Acad Sci U S A 2003;100(24):14211–14216

39 Barton JS, Hindmarsh PC, Preece MA, Brook CG. Blood pressure and the renin-angiotensin-aldosterone system in children receiving recombinant human growth hormone. Clin Endocrinol (Oxf) 1993;38(3):245–251

40 Lampit M, Nave T, Hochberg Z. Water and sodium retention during short-term administration of growth hormone to short normal children. Horm Res 1998;50(2):83–88

41 Sinclair AJ, Viant MR, Ball AK, et al. NMR-based metabolomic analysis of cerebrospinal fluid and serum in neurological diseases—a diagnostic tool? NMR Biomed 2010;23(2):123–132

42 Tokonami N, Morla L, Centeno G, et al. α-Ketoglutarate regulates acid-base balance through an intrarenal paracrine mechanism. J Clin Invest 2013;123(7):3166–3171

43 Wallace DC. Mitochondria as chi. Genetics 2008;179(2):727–735

44 Newgard CB, An J, Bain JR, et al. A branched-chain amino acid-related metabolic signature that differentiates obese and lean humans and contributes to insulin resistance. Cell Metab 2009;9(4):311–326

45 McCormack SE, Shaham O, McCarthy MA, et al. Circulating branched-chain amino acid concentrations are associated with obesity and future insulin resistance in children and adolescents. Pediatr Obes 2013;8(1):52–61

46 Ariza AC, Deen PM, Robben JH. The succinate receptor as a novel therapeutic target for oxidative and metabolic stress-related conditions. Front Endocrinol (Lausanne) 2012;3:22




This document was prepared for the exclusive use of Janis Holmberg. Unauthorized distribution is strictly prohibited.