# Exhibit 60

ELSEVIER

Contraception 86 (2012) 122–126

Contraception

Original research article

# Contraceptive choices of overweight and obese women in a publically funded hospital: possible clinical implications☆

Renata Scott-Ram[a], Julie Chor[b], Varija Bhogireddy[b], Louis Keith[a], Ashlesha Patel[b,]*

[a]*Department of Obstetrics and Gynecology, Northwestern University, Chicago, IL 60611, USA*

[b]*Division of Family Planning, Department of Obstetrics and Gynecology, John H. Stroger Jr., Hospital of Cook County, Chicago, IL 60612, USA*

Received 12 July 2010; revised 6 December 2011; accepted 6 December 2011

**Abstract**

**Background:** Despite the growing obesity epidemic in the United States, family planning for overweight and obese women has been understudied. The aim of this study was to describe the contraception methods selected by normal weight, overweight and obese women.
**Study Design:** We retrospectively reviewed 7262 charts of women who underwent first trimester surgical termination of pregnancy at the John H. Stroger, Jr. Hospital of Cook County between January 1, 2008, and January 1, 2010. We analyzed the relationship between body mass index (BMI) and choice of contraceptive method, after adjusting for age, race, smoking and level of education.
**Results:** When compared to patients with BMI <25 kg/m$^2$, overweight (BMI 25–29.9 kg/m$^2$) and obese patients (BMI ≥30 kg/m$^2$) were more likely to select the intrauterine device (OR 1.3, 95% CI 1.28–1.32 for overweight; OR 1.6, 95% CI 1.59–1.61 for obese), contraceptive ring (OR 1.4, 95% CI 1.28–1.52 for overweight; OR 1.6, 95% CI 1.57–1.63 for obese) and tubal ligation (OR 1.5 95% CI 1.44–1.62 for overweight; OR 2.9, 95% CI 2.79–3.01 for obese). They were less likely to choose injectable contraception (OR 0.7, 95% CI 0.59–0.81 for overweight; OR 0.52, 95% CI 0.48–0.56 for obese). There was no relationship between BMI and choice of condoms, oral contraceptive pills and implantable methods.
**Conclusion:** In our population, the contraceptive choices of overweight and obese women differed from those of normal weight women. These differences in contraceptive selection are important to recognize in light of the potential effect of BMI on the safety and efficacy of different contraceptive methods. Further research is needed to evaluate the contraceptive preferences, risks and benefits for overweight and obese women.
© 2012 Elsevier Inc. All rights reserved.

*Keywords:* Obesity; Body mass index; Body weight; Contraception; Postabortion; Family planning

## 1. Introduction

Since the mid-1970s, the prevalence of obesity in the United States has increased at a dramatic rate [1]. According to the 2003–2004 National Health and Nutrition Examination Survey (NHANES), 66.3% of the United States adult population is overweight or obese [2]. Data from the National Survey of Family Growth (NSFG) found that nearly one in two American women of childbearing age is either overweight or obese [3]. This statistic is of grave concern to the public health community, as obesity is linked to multiple medical problems including type II diabetes mellitus, coronary artery disease, stroke and pulmonary dysfunction [4]. Additionally, obesity in pregnancy presents significant maternal, fetal and infant health risks. Maternal obesity has been associated with increased risks to the fetus including higher rates of stillbirth, neonatal deaths and macrosomic infants [5–10]. Maternal risks associated with obesity include higher rates of thromboembolism, gestational diabetes, pre-eclampsia and delivery complications [11,12]. Obesity in pregnancy has also been correlated with longer-term effects such as higher rates of obesity and diabetes in the children of obese women, thus continuing the cycle [10]. Because pregnancy presents additional risks for obese women, the provision of appropriate family planning services for this population is of great importance in order to prevent unintended pregnancy and to help women plan for

☆ The authors have no potential conflicts of interest. There was no funding for this study.

* Corresponding author. Department of Obstetrics and Gynecology, Northwestern University, Chicago, IL 60612, USA. Tel.: +323 864 5935; fax: +1 323 864 9268.

*E-mail address:* ashleshapatel116@yahoo.com (A. Patel).

0010-7824/$ – see front matter © 2012 Elsevier Inc. All rights reserved.
doi:10.1016/j.contraception.2011.12.004

safe pregnancies by optimizing maternal health in the preconception period.

Although obesity is a risk factor for reduced fertility [13], the majority of overweight and obese women ovulate on a regular basis [14] and engage in the same amount of sexual activity as normal weight women [15]. Analysis of the 2002 NSFG found that obese women were less likely to use contraception as compared to normal weight women [16]. Under such circumstances, obese and overweight reproductive-aged women are at a similar, or possibly even a higher, risk of pregnancy as compared to normal weight women [17].

The published literature examining the relationship between obesity and contraception is limited. This literature largely focuses on the complexity of the various forms of contraception in obese women, including the rates of effectiveness [18–32], pharmacokinetics [33] and medical complications such as thromboembolism [34–36]. Only one published study by Schraudenbach and McFall [37] examined the correlation between body mass index (BMI) and current contraception method. The aim of the present study was to describe the contraception choices of overweight and obese women compared to the choices of normal weight women.

## 2. Method and materials

We conducted this study at the Family Planning Clinic at John H. Stroger Jr. Hospital of Cook County in Chicago, IL. The clinic provides low-cost first trimester surgical terminations. After the procedure, patients meet with a contraceptive counselor who reviews basic information about contraceptive methods and records the patients' choice for future contraception. At this time, patients self-report their height and are weighed on a scale in the clinic. Available contraceptive choices include oral contraceptive pills (OCPs), contraceptive ring (NuvaRing®), contraceptive patch, intrauterine devices (IUDs), injectable contraception depo medroxyprogesterone acetate [DMPA (Depo Provera®)], implantables (Implanon®), condoms and laparoscopic tubal ligation.

We retrospectively reviewed the charts of women who underwent first trimester surgical pregnancy termination between January 1, 2008, and January 1, 2010. We included all charts except those with incomplete demographic information or lacking documentation of future contraception plans. The hospital's institutional review board approved the study's protocol and procedures.

We abstracted data pertaining to the women's height, weight, age, race, education, smoking, previous use of DPMA and contraceptive choices on the day of the procedure from patient charts. Actual contraceptive method used was not determined. BMI was calculated using the formula {weight (kg)/[height (m)]$^2$×703} and classified into the following CDC categories: women with a BMI less than 18.5 kg/m$^2$ were categorized as 'underweight', 18.5–24.9 kg/m$^2$ deemed to be 'normal weight', 25–29.9 kg/m$^2$ considered 'overweight', and 30 and above kg/m$^2$ categorized as 'obese' [38].

The data were entered and stored in a secure MS Access database, and the analyses were performed using SAS version 9.0. Frequencies, means and standard deviations were generated for descriptive statistics. Chi-square analyses and multivariable analysis were performed for the analyses comparing contraception choices of underweight/normal weight (BMI <25 kg/m$^2$), overweight (BMI ≥25 to <30 kg/m$^2$) and obese (BMI ≥30 kg/m$^2$) women after adjusting for age, race, education and smoking.

## 3. Results

We reviewed 8196 charts of women who underwent first trimester surgical pregnancy terminations and excluded 781 charts because of incomplete demographic data and 153 for lack of documentation of future contraception choice. We performed the final analysis using data from 7262 women who met all study eligibility criteria. The mean BMI was 28.15 kg/m$^2$ (range 20–49 kg/m$^2$). In our population, 36% had a BMI <25 kg/m$^2$, 29.5% had BMI ≥25 to 29.9 kg/m$^2$, and 34.5% had BMI ≥30 kg/m$^2$. The median age of the study participants was 23.80 years (range 16–38 years). Less than 2% of the study population reported having only some elementary education (Grades 1–8), whereas 68% reported having high school, 28% college and 0.1% postgraduate education, respectively. African-American women composed 81.3% of the population, whereas 5.9% were Hispanic and 12.2% were Caucasian. In comparing the demographic characteristics of normal weight, overweight and obese women, the groups differed significantly in regard to mean age, with women with a BMI >30 kg/m$^2$ having the highest mean age at 29.12 (p<.01) (Table 1). Race and education differences approached statistical significance among the three groups (p=.06 and p=.08, respectively). Morbidly obese women were more likely to be African American and have less formal education. The groups did not differ significantly with regard to smoking (p=.48) and average gravidity (3 for normal weight women and 4 for obese and 4 for overweight women, p=.25).

After controlling for age, education, race and smoking, we found that women in the overweight and obese groups were more likely to choose an IUD compared to normal weight women (OR 1.3, 95% CI 1.28–1.32, p<.01 for overweight and OR 1.6, 95% CI 1.59–1.61, p<.01 for obese women) (Fig. 1). When compared to normal weight women, overweight and obese women more commonly selected the contraceptive ring as a method of contraception, with OR of 1.4 (95% CI 1.28–1.52, p=.04) and OR of 1.6 (95% CI 1.57–1.63, p<.01), respectively. Overweight and obese women were more likely to choose tubal ligation than were normal weight women (OR 1.5, 95% CI 1.44–1.62, p=.03 and OR

Table 1
Participant demographics according to BMI category

| | BMI <25 (n=2626, 36.0%) | BMI ≥25 to 30 (n=2143, 29.5%) | BMI ≥30 (n=2503, 34.5%) |
|---|---|---|---|
| Age (years), mean[a] | 24.48 | 26.88 | 29.12 |
| Race, n (%) | | | |
| African American | 2120 (81.0) | 1731 (80.8) | 2053 (82.0) |
| Hispanic | 174 (6.7) | 120 (5.5) | 133 (5.4) |
| White | 305 (11.7) | 282 (13.2) | 301 (12.0) |
| Other | 17 (0.6) | 10 (0.5) | 16 (0.6) |
| Education, n (%) | | | |
| Primary | 104 (4.0) | 86 (4.0) | 88 (3.5) |
| Secondary | 1830 (70.0) | 1500 (71.0) | 1724 (68.9) |
| College | 678 (25.8) | 554 (24.9) | 686 (27.4) |
| Postgraduate | 4 (0.2) | 3 (0.1) | 5 (0.2) |
| Smoking status, n (%) | | | |
| Smoker | 408 (15.6) | 391 (18.2) | 512 (20.6) |
| Nonsmoker | 2208 (84.4) | 1752 (81.8) | 1992 (79.4) |

[a] Denotes statistically significant difference (p<.05, $\chi^2$ test).

2.9, 95% CI 2.79–3.01, p<.01, respectively). In contrast, overweight and obese women were less likely to select DMPA as a contraceptive method than were normal weight women (OR 0.70, 95% CI 0.59–0. 81, p=.02 and OR 0.52, 95% CI 0.48–0.56, p<.01, respectively). Whereas normal and overweight women did not differ regarding the contraceptive patch, obese women were less likely than normal weight women to choose the patch for contraception (OR 0.43, 95% CI 0.39–0.47, p<.01). The three groups did not differ statistically with regard to the selection of condoms, OCPs and implantable methods.

## 4. Discussion

When counseling and prescribing a contraceptive method, it is important to consider efficacy, side effects, woman's comorbid health conditions and her own preferences. Our study demonstrates that, compared to normal weight women, overweight and obese women in our population selected different contraceptive methods. When compared to normal weight women, overweight and obese women in our study population were more likely to select the highly effective methods of contraception of IUDs and tubal ligation. Overweight and obese women were less likely to choose DPMA and more likely to choose the contraceptive ring for contraception. There was no statistical difference in the selection of condoms, OCPs and implantable methods among normal weight, overweight and obese women.

A major strength of our study is that our population reflects the current distribution of BMI in the United States. The majority of contraceptive efficacy literature has traditionally excluded women above 130% of ideal of body weight [17]. Additionally, several studies examining BMI and contraception were conducted in Europe where the average BMI is lower than that in the USA [17,39]. Our study population's mean BMI is 28.15 kg/m$^2$ compared to the mean BMI of reproductive-age American woman, which is 27–28 kg/m$^2$ [2]. Also, the majority of our study participants were African-American. In the United States, African-American women are twice as likely to be obese as white women [2,40]. Our study population therefore reflects the overweight and obese population in the United States. Furthermore, our large sample size increases the generalizability of our findings to similar urban patient populations. This study, however, has several limitations. Because we were unable to follow the patients into the contraceptive




Fig. 1. Contraceptive choices of study participants according to BMI category. *Denotes statistically significant difference between both overweight and obese women compared to normal weight women in multivariable analysis after adjusting for age, education, race and tobacco use.

clinic to determine whether they had obtained their method of choice, we cannot state whether the patients ultimately initiated the method that they had selected on the day of survey. For this same reason, we are unable to determine adherence to contraceptive methods or to assess women's risks for another unwanted pregnancy.

While we examined differences in contraceptive choice based on weight categories, several other factors likely influence these women's contraceptive choices, including age, parity and previous contraceptive experiences [41]. It is also well documented in the literature that women have a higher contraceptive uptake after an abortion compared to women who have not had a recent abortion, and this may have influenced patients' selection of long-acting contraception methods such as IUDs [42,43]. Our survey did not assess the influence, if any, of the opinions that may have been voiced by the provider or any other health professional to the patient before, during, or after the procedure. Contraceptive counselors may have encouraged overweight and obese women to not use hormonal contraception such as the patch or warned women regarding risk of weight gain with DMPA. Additionally, given that overweight women were older, they may have had previous experiences with different forms of birth control that influenced their decisions to choose long-acting contraception or permanent sterilization.

Our study contributes important information to the very limited body of literature regarding the contraceptive practices of overweight and obese women by demonstrating that overweight and obese women's contraceptive choices differed from the contraceptive choices of normal weight women. Several published studies suggest that overweight and obese women are more likely to use condoms than OCPs [16,40], while an analysis by Schraudenbach and McFall [37] argues that the use of condoms is lower than that of other methods for all BMI categories. Additionally, Schraudenbach and McFall [37] found that, as BMI increases, women are more likely to use an intrauterine device or tubal ligation as their method of contraception [37]. Our study supports some of these previous findings as overweight and obese women in our population were more likely than normal weight women to select an intrauterine device or tubal ligation and equally likely to choose condoms as their method of contraception. This is promising data because intrauterine devices and tubal ligation have been hypothesized to be as effective in preventing pregnancy in overweight and obese women compared to normal weight women [17].

Although some studies suggest that obesity is linked to contraception nonuse [16], recent research suggests this may not be true [37]. Our study demonstrates that the contraceptive choices of obese and overweight women differ from those of normal weight women. Furthermore, obese and overweight women in our study were more likely than normal weight women to choose certain highly effective methods of contraception. As clinicians provide contraceptive counseling to increasing numbers of obese and overweight women, information regarding the risks and benefits of different contraceptive methods for women with higher BMI becomes even more important. As a result, greater efforts need to be made in conducting both quantitative and qualitative research looking into the contraceptive preferences, risks and benefits for obese women.

## References


[1] World Health Report. Overweight, obesity, and high body mass; 2002. p. 60. Accessed and downloaded 11.1.09. http://www.who.int/whr/2002/en/whr02_en.pdf.

[2] Centers for Disease Control and Prevention (CDC), Division of Nutrition, Physical Activity, and Obesity. Overweight and obesity; 2008. Accessed and downloaded 11.1.09. http://wwwn.cdc.gov/nchs/nhanes/bibliography/key_statistics.aspx.

[3] Vahratian A. Prevalence of overweight and obesity among women of childbearing age. Matern Child Health J 2009;13:268–73.

[4] Khaodhiar L, McCowen KC, Blackburn GI. Obesity and its comorbid conditions. Clin Cornerstone 1999;2:17–31.

[5] Krishnamoorthy U, Schram CMH, Hill SR. Maternal obesity in pregnancy: is it time for meaningful research to inform preventative and management strategies? BJOG 2006;30:1134–40.

[6] Rode L, Nilas L, Wojdemann K, Tabor A. Obesity-related complications in Danish single cephalic term pregnancies. Obstet Gynecol 2005;105:537–42.

[7] Nohr E, Beech B, Davies M, Frydenberg M, Henriksen T, Olsen J. Pregnancy, obesity and fetal death: a study within the Danish national birth cohort. Obstet Gynecol 2005;106:250–9.

[8] Rasmussen SA, Chu SY, Kim SY, Schmid CH, Lau J. Maternal obesity and risk of neural tube defects: a meta analysis. Am J Obstet Gynecol 2008;198:611–9.

[9] Mansour D. Implications of the growing obesity epidemic on contraception and reproductive health. J Fam Plann Reprod Health Care 2004;30:209–11.

[10] Catalona PM, Ehrenberg HM. The short- and long-term implications of maternal obesity on the mother and her offspring. BJOG 2006;113:1126–33.

[11] Yu CKH, Teoh TG, Robinson S. Obesity in pregnancy. BJOG 2006;113:1117–25.

[12] Reece EA. Perspectives on obesity, pregnancy, and birth outcomes in the United States. The scope of the problem. Am J Obstet Gynecol 2008;198:23–7.

[13] Pasquali R, Patton L, Gambineri A. Obesity and infertility. Curr Opin Endocrinol Diabetes Obes 2007;14:482–7.

[14] Speroff L, Glass RH, Kase NG. Clinical gynecologic endocrinology and infertility. 6th ed. Baltimore (Md): Lippincott Williams & Wilkins; 1999.

[15] Kaneshiro B, Jense JT, Carlson NE, Harvey SM, Nichols MD, Edelman AB. Body mass index and sexual behavior. Obstet Gynecol 2008;112:586–92.

[16] Chuang CH, Chase GA, Bensyl DM, Weisman CS. Contraceptive use by diabetic and obese women. Womens Health Issues 2005;15:167.

[17] Edelman A. Contraceptive considerations in obese women. SFP Guideline 2009. Contraception 2009;80(6):583–90.

[18] Finer LB, Henshaw SK. Disparities in rates of unintended pregnancies in the United States, 1994 and 2001. Perspect Sex Reprod Health 2006;38:90–6.

[19] Holt V, Scholes D, Wicklund K, Cushing-Haugen K, Daling J. Body mass index, weight, and oral contraceptive failure risk. Obstet Gynecol 2002;99:820–7.

[20] Holt V, Cushing-Haugen K, Daline J. Body weight and risk of oral contraceptive failure. Obstet Gynecol 2002;99:820–7.
[21] Brunner Huber LR, Hogue CJ. The role of body weight in oral contraceptive failure: results from the 1995 National Survey of Family Growth. Ann Epidemiol 2005;15:492–9.
[22] Brunner Huber LR, Hogue CJ. The association between body weight, unintended pregnancy resulting in a livebirth, and contraception at the time of conception. Matern Child Health J 2005;9:413–20.
[23] Brunner Huber LR, Toth JL. Obesity and oral contraceptive failure: findings from the 2002 National Survey of Family Growth. Am J Epidemiol 2007;166:1306–11.
[24] Kaneshiro B, Edelman A, Carlson N, Nichols M, Jensen JT. The relationship between body mass index and unintended pregnancy results from the 2002 National Survey of Family Growth. Contraception 2008;77:234–8.
[25] Brunner Huber LR, Hogue CJ, Stein AD, Drews C, Zieman M. Body mass index and risks for oral contraceptive failure: a case-cohort study in South Carolina. Ann Epidemiol 2006;16:637–43.
[26] Zhang H, LaGuardia K, Creanga D. Higher body weight and body mass index are not associated with reduced efficacy in Ortho Tri-Cyclen Lo users. Obstet Gynecol 2006;50S:107.
[27] Westhoff C, Reape K, Hait H. Subject weight and oral contraceptive efficacy in recent clinical trials. Contraception 2009;79:424–7.
[28] Burkman R, Fisher A, Wan G, Barnowski C, LaGuardia K. Association between efficacy and body weight or body mass index for two low-dose oral contraceptives. Contraception 2009;79:424–7.
[29] Vessey M, Painter R. Oral contraceptive failures and body weight: findings in a large cohort study. J Fam Plann Reprod Health Care 2001;27:90–1.
[30] Dinger J, Cronin M, Mohner S, Schellschmidt I, Minh T, Westoff C. Oral contraceptive effectiveness according to body mass index, weight, age, and other factors. AJOG 2009;201:263.e1–9.
[31] Moreau C, Trussell J, Rodriguez G, Bajos N, Bouyer J. Contraceptive failure rates in France: results from a population based survey. Human Reprod 2007;22:2422–7.
[32] Westhoff C. Higher body weight does not affect NuvaRing's efficacy. Obstet Gynecol 2005;56S:105.
[33] Edelman A, Carlson N, Cherala N, et al. Impact of obesity on oral contraceptive pharmacokinetics and hypothalamic-pituitary-ovarian activity. Contraception 2009;80:119–22.
[34] Abdollahi M, Cushman M, Rosendaal F. Obesity: risk of venous thrombosis and the interaction with coagulation factor levels and oral contraceptive use. Throm Hemost 2003;9:493–8.
[35] Nightingale A, Lawrenson R, Simpson E, Williams T, Farmer K. The effects of age, body mass index, smoking, and general health on the risks of venous thromboembolism in users of combined oral contraceptives. Eur J Contracept Reprod Health Care 2000;5:265–74.
[36] Trussell J, Guthrie K, Schwarz E. Much ado about little: obesity, combined oral contraceptive use and venous thrombosis. Contraception 2008;77:143–6.
[37] Schraudenbach AM, McFall S. Contraceptive use and contraception type in women by body mass index category. Women's Health Issues 2009;19:381–9.
[38] Centers for Disease Control and Prevention (CDC), Division of Nutrition, Physical Activity, and Obesity. (2008). Overweight and obesity: BMI calculator. Accessed and downloaded 11.1.09.
[39] Madden T, Macones G. Factors influencing oral contraceptive effectiveness. AJOG 2009;201:330–1.
Siega-Riz A, Siega-Riz A, Laria B. The implications of maternal overweight and obesity on the course of pregnancy and birth outcomes. Matern Child Health J 2009;10:S153–6.
[40] Huber LRB, Hogue CJ, Stein AD, et al. Contraceptive use and discontinuation: findings from the contraceptive history, initiation, and choice study. AJOG 2006;194:1290–5.
[41] Kavanaugh ML, Jerman J, Hubacher D, Kost K, Finer LB. Characteristics in the United States of women who use long-acting reversible contraceptive methods. Obstet Gynecol 2011;117:1349–57.
[42] Kavanaugh ML, Carlin EE, Jones RK. Patient's attitudes and experiences related to receiving contraception during abortion care. Contraception 2011;84:585–93.
[43] Madden T, Secura GM, Allsworth JE, Peipert JF. Comparison of contraceptive method chosen by women with and without a recent history of induced abortion. Contraception 2011;84:571–7.