# Exhibit 61

0013-7227/95/$03.00/0
Endocrinology
Copyright © 1995 by The Endocrine Society

Vol. 136, No. 12
*Printed in U.S.A.*

# The Mineralocorticoid Activity of Progesterone Derivatives Depends on the Nature of the $C_{18}$ Substituent

ANNY SOUQUE, JEROME FAGART, BRIGITTE COUETTE, ELISABETH DAVIOUD, FRANCK SOBRIO, ANDREE MARQUET, AND MARIE-EDITH RAFESTIN-OBLIN

*INSERM U-246, Faculté de Médecine Xavier Bichat (A.S., J.F., B.C., M.-E.R.-O.), 75018 Paris; Laboratoire de Chimie Organique Biologique, CNRS URA493, University P. et M. Curie (J.F., E.D., A.M.), 75005 Paris, France; Service des Molécules Marquées (F.S.), CEA/Saclay, 91191 Saclay, France*

**ABSTRACT**

To investigate the role of the $C_{18}$ substituents in the agonist/antagonist properties of mineralocorticoids, the activities of certain $C_{18}$-substituted progesterone (P) derivatives were examined. These compounds were characterized by an unsaturated side-chain in the case of 18-vinylprogesterone (18VP) and 18-ethynylprogesterone (18EP) and by an enone group in the case of 18-oxo-18-vinylprogesterone (18OVP). P and its 18-substituted derivatives bind to the recombinant human MR (hMR) overexpressed in Sf9 cells with the following hierarchy of affinity: P > aldosterone > 18VP > 18EP ≫ 18OVP. Functional cotransfection assays in CV-1 cells, using mouse mammary tumor virus promoter as a steroid receptor-inducible DNA target sequence, indicated that the mineralocorticoid activity depends on the nature of the $C_{18}$ substituent. 18VP and 18EP retained the antimineralocorticoid feature of P, with the following order of activity: P = 18VP > 18EP. The antagonist potency of 18VP was higher ($IC_{50}$, $\sim 10^{-8}$ M) than that of spironolactone ($IC_{50}$, $\sim 7 \times 10^{-8}$ M), the most widely used aldosterone antagonist. Interestingly, introducing an oxo function at $C_{18}$ conferred agonist mineralocorticoid properties; 18OVP behaves as a full agonist ($ED_{50}$, $\sim 10^{-7}$ M) with no antagonist activity. In contrast to what was observed when the three 18-substituted P derivatives acted through hMR, they retained the agonist feature of P through the human P receptor, with the following order of potency: P > 18VP = 18OVP > 18EP. The activity of the 18-substituted P derivatives through the human glucocorticoid receptor was only detected at concentrations higher than $10^{-6}$ M; P and 18VP displayed a partial antagonist activity, whereas 18OVP had a full agonist activity ($ED_{50}$, $\sim 2 \times 10^{-6}$ M). Thus, the presence of an oxo group at $C_{18}$ (18OVP) does not change the agonist feature of P through human P receptor, but confers to the ligand an agonist activity through hMR, suggesting that the $C_{18}$ carbonyl group of aldosterone plays a crucial role in its agonist activity. (*Endocrinology* **136:** 5651–5658, 1995)

ALDOSTERONE (A) action is mediated by the mineralocorticoid receptor (MR) that belongs to the superfamily of nuclear receptors. Structure-function analyses of human MR (hMR) have defined the major domains of receptor activity, such as the DNA- and ligand-binding domains (1, 2). Despite recent advances in the knowledge of receptor structure (3–9) and its intracellular localization (10–13), very little is known about the precise mechanisms by which A binding triggers MR activity. Similarly, it remains to be shown why an antagonist is able to promote most of the events that are observed with an agonist, although the antagonist receptor complex is transcriptionally inactive. It was first believed that hormone antagonists bind competitively with agonists at an identical site on their cognate receptor. Recent mutational analysis, especially on the progesterone receptor (PR), have proposed that the agonist- and antagonist-binding sites on the receptor are distinct; agonists bind most tightly to the extreme C-terminal part of the ligand-binding domain of the receptor, whereas antagonists make their high affinity contact at a more proximal region (14). It has been proposed that the differences in the receptor conformations observed upon agonist and antagonist binding are due to the differences between agonist and antagonist interactions with the receptor, and that the hormone-induced conformational change appears to be crucial to the transcription regulation (14).

The most widely used and certainly the best documented A antagonist agents are spirolactones, which are steroidal drugs that contain at the $C_{17}$ position a $\gamma$-lactone (*e.g.* spironolactone) or a $\gamma$-hydroxy acid moiety (*e.g.* potassium canrenoate). It has been well established that the lactone ring is of crucial importance for MR binding and is responsible for the *in vivo* antagonist properties (15–17). Extensive molecular steroid modifications, especially at the 7, 11, 15, and 16 positions, have been shown to modulate the antagonist potency of spirolactones and their mineralocorticoid specificity, while leaving their agonist/antagonist profile virtually unchanged (17, 18).

Progesterone (P) binds to MR with a high affinity and acts as an antagonist derivative (12, 19–21). 18-Substituted P derivatives have been recently synthesized (22, 23). They are characterized (see formulas Fig. 1) by an unsaturated side-chain in the case of 18-vinylprogesterone (18VP) and 18-ethynylprogesterone (18EP) or by an enone group in the case of 18-oxo-18-vinylprogesterone (18OVP). 18VP and 18EP are reported to be potent inhibitors of cytochrome $P450_{11\beta}$ which is a key enzyme in the biosynthesis of A in adrenal cells (24). These derivatives are useful tools to investigate the role of the

Received April 12, 1995.
Address all correspondence and requests for reprints to: Dr. Marie-Edith Rafestin-Oblin, INSERM U-246, Faculté de Médecine Xavier Bichat, 16 rue Henri Huchard, BP416, 75018 Paris Cedex, France.

$C_{18}$ substituents in the agonist/antagonist properties of mineralocorticoids.

The human MR (hMR) was expressed by using the baculovirus system, which allows the production of large quantities of recombinant hMR possessing physicochemical properties and A binding characteristics identical to those of the native protein (4, 5). The transactivation properties of hMR and hPR in response to the 18-substituted P derivatives were analyzed in CV-1 cells using a *cis-trans* cotransfection assay with the mouse mammary tumor virus (MMTV) promoter as DNA target sequence for MR and PR (2, 25, 26). As P displayed an antiglucocorticoid activity (27), the action of the 18-substituted P derivatives through the human glucocorticoid receptor (hGR) was also examined. We showed that modifications of P at $C_{18}$ preserved the agonist properties of P through its own receptor for all three substituents. In contrast, the activities of these $C_{18}$-substituted derivatives acting via the hMR depends on the nature of the substituent; the introduction of an unsaturated chain at $C_{18}$ did not alter the antagonist feature of the precursor P, whereas adding an oxo group confers an agonist activity.

## Materials and Methods

### *Chemicals*

[1,2-$^3$H]A (40–60 Ci/mmol), [1,2-$^3$H]dexamethasone ([$^3$H]DEX; 40–60 Ci/mmol), and [1,2,6,7-$^3$H]P (80–110 Ci/mmol) were purchased from the Radiochemical Center, Amersham (Aylesbury, UK). [18′,18″-$^3$H]18VP (40–50 Ci/mmol) was synthesized as described by Delorme *et al.* (manuscript in preparation). Nonradioactive A, P, and DEX were obtained from Sigma Chemical Co. (St. Louis, MO). Spironolactone (SC9420) and RU486 were obtained from Searle (Chicago, IL) and Roussel-UCLAF (Romainville, France), respectively. 18VP, 18EP, and 18OVP were synthesized as previously described (23, 24). The formulas of the $C_{18}$-substituted P derivatives are given in Fig. 1.

### *Plasmids*

pFC31Luc, which contains the MMTV promoter driving the luciferase gene, was kindly provided by H. Richard-Foy (LMBE, Toulouse, France). The pRShMR and pRShGRα plasmids, which contain, respectively, the entire hMR- and hGR-coding sequences, were given by R. Evans (Salk Institute, San Diego, CA). The hPRPSG5 coding for hPR was kindly provided by H. Loosfelt and E. Milgrom (INSERM, Bicetre, France).

### *Expression of the recombinant hMR and hGRα, cytosol preparation*

Sf9 insect cells were infected with the recombinant virus AcNPV-hMR or AcNPV-hGRα, which contains the full-length complementary DNA of the hMR (5) and the hGRα (28), respectively. Forty-eight hours postinfection, the cells were rinsed with cold PBS and homogenized in TEGW buffer [20 mM Tris-HCl, 1 mM EDTA, 10% glycerol (vol/vol), and 20 mM sodium tungstate, pH 7.4, at 20 C] using a Teflon-glass homogenizer. The homogenate was centrifuged at 105,000 × *g* for 1 h at 4 C, and the cytosol fraction was frozen in liquid nitrogen until further analysis. The protein content of the cytosol was determined by the Bradford technique (29).




FIG. 1. Formulas of the 18-substituted P derivatives.

*Competition experiment*

Cytosol from Sf9 cells infected with the recombinant AcNPV-hMR was incubated for 4 h at 4 C with 3 nM [$^3$H]A in both the absence and presence of increasing concentrations of unlabeled competitors (0.3–600 nM). Bound and unbound steroids were separated by the charcoal-dextran technique previously described (3). The apparent dissociation constants at equilibrium ($Kd_{app}$) were calculated according to the formula $Kd_{app} = (K_d)_A \times [X]_{50}/[A]_{50}$, where $[X]_{50}$ and $[A]_{50}$ are the concentrations of the competitor and A that induce 50% displacement of [$^3$H]A binding, and $(K_d)_A$ is the mean value of the dissociation constant of A, as determined in a previous study (5). Competition experiments with cytosol from Sf9 cells infected with the recombinant AcNPV-hGR$\alpha$ were performed under the same conditions using 50 nM [$^3$H]DEX as the reference ligand.

*Steroid binding characteristics at equilibrium*

Cytosol from Sf9 cells infected with the recombinant AcNPV-hMR was incubated for 4 h at 4 C with increasing concentrations (0.5–500 nM) of [$^3$H]steroid ([$^3$H]P or [$^3$H]18VP). Bound (B) and unbound (F) steroids were separated by the charcoal-dextran technique previously described (3). The evolution of B as a function of F was analyzed, and the dissociation constant at equilibrium ($K_d$) was calculated by a previously established computer method (30).

*Kinetics experiments*

Cytosol from Sf9 cells infected with the recombinant AcNPV-hMR was incubated with 10 nM [$^3$H]steroid ([$^3$H]A, [$^3$H]P, or [$^3$H]18VP) for 2 h at 20 C to reach steroid binding equilibrium. This represented the zero time for the kinetics studies. An aliquot of the labeled cytosol was maintained at 20 C to measure the stability of the hMR-steroid complexes at this temperature, and another aliquot was incubated with 1 $\mu$M of the corresponding unlabeled steroid at 20 C for various periods of time. After each incubation period, B and F steroids were separated by the charcoal-dextran technique. To calculate nonspecific binding, parallel incubations containing the same concentration of [$^3$H]steroid were carried out in the presence of a concentration of unlabeled steroid 1000-fold that of the [$^3$H]steroid.

*Cell culture and transfection*

CV-1 cells were seeded at a density of $0.5 \times 10^6$ cells/10-cm petri dish in 10 ml Minimum Essential Medium, supplemented with 10% heat-inactivated fetal calf serum, 2 mM glutamine, 100 IU/ml penicillin, and 100 $\mu$g/ml streptomycin in a humidified atmosphere with 5% $CO_2$. Four hours before and throughout the transfection procedure, cells were maintained in a medium supplemented with 10% charcoal-stripped fetal calf serum. Cells were transfected using the calcium phosphate precipitation method according to the standard procedure (31), with 5 $\mu$g of one of the receptor expression vectors (pRShMR, pRShGR$\alpha$, or hPRPSG5), 5 $\mu$g pFC31Luc, 5 $\mu$g pCH110 (which contains the gene coding for the $\beta$-galactosidase enzyme), and 5 $\mu$g pSP72 as plasmid carrier. Sixteen hours after transfection, the cells were rinsed twice with PBS and then incubated with Minimum Essential Medium containing the tested steroid. After 24-h incubation, the cells were harvested, and the cell extracts were assayed for luciferase (32) and $\beta$-galactosidase (33) activities. To standardize for transfection efficiency, the relative light units obtained in the luciferase assay were divided by the optical density obtained in the $\beta$-galactosidase assay.

## Results

*Binding characteristics of the 18-substituted P derivatives to the recombinant hMR*

The affinities of the 18-substituted P derivatives (18VP, 18EP, and 18OVP) for the recombinant hMR were assessed by competition experiments using [$^3$H]A as specific ligand. The competition experiments presented in Fig. 2 indicated that the order of potency of the 18-substituted P derivatives in displacing [$^3$H]A binding was as follows: P > 18VP = A > 18EP ≫ 18OVP. The apparent dissociation constant values ($K_{dapp}$) reported in Table 1 indicate that introducing an unsaturated chain, either a double (18VP) or triple bond (18EP), on the methyl group of P lowers the affinity for hMR, whereas the presence of an oxo function at $C_{18}$ (18OVP) leads to an important decrease in the affinity for hMR.

As P and 18VP were available as tritiated derivatives ([$^3$H]P and [$^3$H]18VP), their dissociation constant at equilibrium ($K_d$) was measured by Scatchard analysis. The $K_d$ values of [$^3$H]P and [$^3$H]18VP are $0.47 \pm 0.04$ and $1.79 \pm 0.08$ nM, respectively. These values are well in agreement with the corresponding $K_{dapp}$ values (Table 1) and are close to the mean of about 1 nM reported for [$^3$H]A (5). We previously pointed out that kinetic differences between ligands could




FIG. 2. Competition of P and its derivatives for [$^3$H]A binding to the recombinant hMR. Cytosol from Sf9 cells infected with the recombinant virus AcNPV-hMR was incubated for 4 h at 4 C with 3 nM [$^3$H]A, either alone or in the presence of increasing concentrations (0.3–600 nM) of the following derivatives: A (●), P (□), 18VP (△), 18EP (◇), and 18OVP (▲). Results are expressed as a percentage of the binding measured with [$^3$H]A alone. Data are the mean ± SEM from three to six separate experiments.

**TABLE 1.** Apparent affinity constant ($K_{dapp}$) and dissociation constant ($K_d$) of progesterone and its 18-substituted derivatives for the recombinant hMR

| | $K_{dapp}$ (nM) | $K_d$ (nM) |
|---|---|---|
| P | 0.39 ± 0.02 | 0.47 ± 0.04 |
| 18VP | 0.86 ± 0.13 | 1.79 ± 0.08 |
| 18EP | 4.95 ± 0.68 | |
| 18OVP | 105 ± 5 | |

The $K_{dapp}$ and the $K_d$ values were calculated as indicated in the *Materials and Methods*. Values are the mean ± SEM (n = 3)

reflect differences in ligand-receptor interactions (7, 34). Thus, the dissociation kinetics of [$^3$H]A, [$^3$H]P, and [$^3$H]18VP from the recombinant hMR were analyzed. As A dissociated very slowly from hMR at 4 C (data not shown), dissociation kinetic experiments were performed at 20 C. As observed in Fig. 3, [$^3$H]P and [$^3$H]18VP dissociated about 13-fold more rapidly from hMR than [$^3$H]A. The half-life time ($t_{1/2}$) of [$^3$H]A-hMR complexes was 604 min, whereas the corresponding $t_{1/2}$ values of [$^3$H]P- and [$^3$H]18VP-hMR complexes were 45 and 47 min, respectively.




FIG. 3. Dissociation kinetics of [$^3$H]A-, [$^3$H]P-, and [$^3$H]18VP-hMR complexes. Cytosol from Sf9 cells infected with the recombinant virus AcNPV-hMR was incubated with [$^3$H]steroid for 2 h at 20 C. This represents the zero time for kinetics studies. Half of the labeled cytosol was maintained at 20 C to measure receptor stability; the other half was incubated with a 100-fold excess of the corresponding unlabeled steroid. Bound [$^3$H]steroid was measured after charcoal-dextran treatment. Nonspecific binding was determined in parallel incubations for each incubation period. Results are corrected for receptor stability and are expressed as a percentage of the specific binding measured at zero time. Each *point* represents the mean of three determinations. Exponential regressions were $y = 107.48 \times 10^{-0.033x}$ (r = 0.995) for A, $y = 95.722 \times 10^{-0.374x}$ (r = 0.995) for P, and $y = 91.186 \times 10^{-0.333x}$ (r = 0.994) for 18VP.

*Mineralocorticoid activity of the 18-substituted P derivatives*

To test the mineralocorticoid activity of the P derivatives, hMR was transiently expressed in CV-1 cells and assayed for its ability to stimulate transcription from a mineralocorticoid-regulated reporter gene (MMTV-Luc) in response to the P derivatives. The agonist potencies of the compounds were compared to that of A, which was taken as an internal reference. As shown in Fig. 4A, both 18OVP and A dose-dependently increased luciferase activity to maximum transactivation levels that share the same order of magnitude (~120-fold induction). Nevertheless, hMR was more sensitive to A than to 18OVP, responding with $ED_{50}$ values of about $10^{-11}$ and $10^{-7}$ M, respectively. The higher sensitivity of hMR to A over 18OVP could be predicted from the competition experiments that revealed an approximately 100-fold lower affinity of 18OVP for MR than that of A (see Table 1). As shown in Fig. 4A, P, 18VP, and 18EP have a low mineralocorticoid agonist activity, inducing at a concentration of $10^{-6}$ M 24%, 8%, and 2% of the maximum A-induced response, respectively. The antagonist potencies of the P derivatives were measured after incubation of the hMR-transfected cells with $10^{-9}$ M A in the presence of increasing concentrations ($10^{-9}$-$10^{-6}$ M) of the tested derivatives and then compared to that of spironolactone (SC9420), the most widely used antimineralocorticoid compound. P, 18VP,

FIG. 4. Transactivation properties of hMR in response to A, P, and its 18-substituted derivatives. CV-1 cells were transiently transfected with pRShMR, an hMR expression vector, pFC31Luc as reporter gene, and PCH110 as an internal control. A, Transfected cells were treated for 24 h with A (●), P (□), 18VP (△), 18EP (◇), and 18OVP (▲) at the concentrations indicated. B, Transfected cells were treated with $10^{-9}$ M A in the presence of increasing concentrations ($10^{-9}$-$10^{-6}$ M) of P, 18VP, 18EP, 18OVP, or SC9420 (○). The results are expressed as the ratio of the luciferase activity, corrected by the β-galactosidase activity, to the maximum A-induced activity. Each *point* is the mean ± SEM of three separate determinations.



Case 1:17-mc-02767-PAE-JLC Document 98-61 Filed 03/02/18 Page 6 of 9


18EP, and SC9420 dose-dependently inhibited the A receptor-mediated response (see Fig. 4B). 18VP was as potent as P ($IC_{50}$, $\sim 10^{-8}$ M) in inhibiting the A-induced luciferase activity. 18EP has a 1 order of magnitude lower antagonist activity ($IC_{50}$, $\sim 10^{-7}$ M) than P. Up to $10^{-6}$ M, 18OVP has no antimineralocorticoid activity. As a comparison, SC9420 displayed an $IC_{50}$ of about $7 \times 10^{-8}$ M.

Thus, 18VP and 18EP, like P, behaved as A antagonists. The presence of a vinyl group at $C_{18}$ did not modify the antagonist potency of P, which is 10-fold higher than that of SC9420, whereas an ethynyl group (18EP) induced a 10-fold decrease in the antagonist potency. Interestingly, the presence of an enone function (18OVP) changed the agonist/antagonist profile of P, leading to a mineralocorticoid compound devoid of antagonist activity.

*Transactivation properties of hPR in response to the 18-substituted P derivatives*

We examined whether the $C_{18}$ substitution also modifies the agonist/antagonist properties of P through its own receptor. For these experiments, CV-1 cells were transfected with hPRPSG5, an expression vector of hPR, and pFC31luc as reporter gene. P, 18VP, 18EP, and 18OVP dose dependently increased the luciferase activity (Fig. 5). The maximum transactivation level induced by 18VP and 18OVP was 10- to 15-fold lower (data not shown) than the maximum P-mediated response (~180-fold induction). As shown in Fig. 5, hPR was highly sensitive to P, responding with an




FIG. 5. Transactivation properties of hPR in response to P and its 18-substituted derivatives. CV-1 cells were transiently transfected with hPRPSG5, an hPR expression vector, pFC31Luc as reporter gene, and PCH110 as an internal control. Transfected cells were treated for 24 h with P (□), 18VP (△), 18EP (◇), 18OVP (▲), or SC9420 (○) at the indicated concentrations. The results are expressed as the ratio of luciferase activity to the maximum luciferase activity induced by each steroid, except for 18EP and SC9420, for which the maximum P-induced response was taken as a reference. Luciferase activity was normalized for transfection efficiency using $\beta$-galactosidase activity. Each *point* is the mean ± SEM of three separate determinations.

$ED_{50}$ of approximately $2 \times 10^{-10}$ M. Both 18VP and 18OVP had an almost identical agonist potency ($ED_{50}$, $\sim 5 \times 10^{-9}$ M), whereas 18EP displayed a lower activity, inducing at $10^{-5}$ M 55% of the maximum P-mediated response. At a concentration of $10^{-5}$ M, SC9420 induced a low progestative activity, inducing 35% of the maximum P-mediated response. The 18-substituted P derivatives had very low antagonist activity compared to the potent anti-P derivative RU486 ($IC_{50}$, $\sim 10^{-11}$ M). At a concentration of $10^{-6}$ M, 18VP, 18EP, and 18OVP inhibited the luciferase activity induced by $10^{-9}$ M P by 24%, 33%, and 26%, respectively (data not shown).

Thus, modifying the $C_{18}$ methyl group of P does not change the agonist feature of P through hPR. Nevertheless, the agonist potency displayed a decrease that was more important for 18EP than for 18VP or 18OVP.

*Glucocorticoid activity of the 18-substituted P derivatives*

As P has antiglucocorticoid activity (27), it was also of interest to check whether the $C_{18}$ substitution would modify the activity of the derivatives when acting through hGR. The glucocorticoid agonist and antagonist potency of the 18-substituted P derivatives were measured in cotransfection assays using pRShGR$\alpha$ as expression vector and pFC31luc as reporter gene. DEX increased the luciferase activity in hGR-transfected cells with an $ED_{50}$ of $10^{-9}$ M and a 350-fold maximum induction level (data not shown). This induction level was higher than that observed in hMR-transfected cells (120-fold), indicating that in this system hGR is a more potent transcription factor than hMR. P, 18VP, and 18EP displayed extremely low glucocorticoid activity, inducing at a concentration of $10^{-5}$ M 27%, 5%, and 0.4% of the maximum DEX-induced activity, respectively (see Fig. 6, *upper panel*). Their glucocorticoid antagonist potency was also very low. Addition of $10^{-5}$ M P, 18VP, and 18EP to $10^{-8}$ M DEX inhibited DEX-induced luciferase activity by 20%, 50%, and 2%, respectively (Fig. 6, *lower panel*). As a comparison, $10^{-6}$ M RU486, a potent antiglucocorticoid derivative, fully inhibited the DEX-induced activity. 18OVP has a notable glucocorticoid activity, inducing at a $10^{-5}$ M concentration 100% of the maximum DEX-induced response (see Fig. 6) and displaying an $ED_{50}$ of about $2 \times 10^{-6}$ M (data not shown). No antagonist activity was detected for 18OVP up to $10^{-5}$ M.

The low glucocorticoid activity of P prompted us to examine its affinity for hGR. For this purpose, competition experiments were performed with hGR$\alpha$ expressed with the baculovirus system according to the method of Cadepond *et al.* (28). We observed that the concentration of P required to displace [$^3$H]DEX binding by 50% was 14-fold higher than that of DEX. Thus, P has a lower affinity for hGR$\alpha$ than for hMR, a result confirming the previous observation of Rupprecht *et al.* (12). The presence of an unsaturated side-chain at the $C_{18}$ position of P did not modify the affinity for hGR, as the concentration of 18VP necessary to inhibit by 50% the [$^3$H]DEX binding was 10-fold higher than that of DEX.

## Discussion

Within the steroid/thyroid receptor superfamily, hMR and hPR displayed a high homology (56%) at the level of the




FIG. 6. Effects of P and its derivatives on transactivation of the hGR. CV-1 cells were transiently transfected with pRShGR, an expression vector of hGR, pFC31Luc as reporter gene, and PCH110 as an internal control. The agonist potential of hGR in the presence of $10^{-5}$ M P, 18VP, 18EP, or 18OVP is expressed as a positive value relative to the activation measured in the presence of $10^{-8}$ M DEX (*upper panel*). The antagonist potential was assayed by exposing transfected cells to $10^{-5}$ M P, 18VP, 18EP, or 18OVP or $10^{-6}$ M RU486 in the presence of $10^{-8}$ M DEX and is expressed as a negative value, where 100 indicates complete inhibition of DEX-induced transcription (*lower panel*). The luciferase activity was corrected by the β-galactosidase activity. Each *point* is the mean of three separate determinations.

ligand-binding domain (2). As a consequence, mineralocorticoids and P bind to both receptors with a high affinity. Nevertheless, P acts as an agonist through its cognate receptor, whereas it acts as a potent antagonist through hMR. In this study we have shown that the presence at the $C_{18}$ position of P of an unsaturated side-chain containing a double (18VP) or a triple (18EP) bond or an additional oxo group (18OVP) preserved the agonist properties of P when acting through hPR. In contrast, the mineralocorticoid properties of the 18-substituted P derivatives depend on the nature of the substituent, because 18VP and 18EP, like P, behave as antagonists, whereas the presence of the enone function confers agonist properties.

Over the past decade, characterization of the binding of mineralocorticoid ligands to MR has been hampered by the fact that the ligands also bind to GR, which are present in virtually every tissue, as well as by the absence of a selective ligand for MR. The baculovirus system, which offers the possibility of expressing high levels of hMR in Sf9 cells in the absence of GR, was used in this study to examine selectively the binding characteristics to MR of the 18-substituted P derivatives. The high homology among MR, GR, and PR at the level of their DNA-binding domain (2) in conjunction with the evidence that these receptors bind to the glucocorticoid response elements of the MMTV promoter (2, 25, 26) offer the possibility of measuring, by cotransfection assays, the agonist and antagonist activities of a ligand through MR, GR, or PR using the same receptor-inducible DNA target sequence. Under these conditions, the only requirement to ensure the selective estimation of a ligand activity through a given transiently expressed receptor was that the transfection be performed in cells devoid of endogenous steroid receptors. This condition was fulfilled here by using CV-1 cells that displayed no functional endogenous MR, GR, or PR.

The competition experiments reported in this paper confirm the previous observations that P displayed a high relative binding affinity for hMR (2, 12). In the present paper, the Scatchard plot analysis of [$^3$H]P, which allows a direct measurement of the affinity constant, revealed a $K_d$ of 0.47 nM, which agrees well with the relative binding affinity deduced from the competition experiments. The kinetic experiments indicated a very rapid off-rate of P from hMR ($t_{1/2}$, 45 min), which might explain why P has been reported as a competitor sometimes less (2) or sometimes more potent (12) than A. Indeed, as pointed out by Teutsch *et al.* (35), relative binding affinity values are dependent upon the incubation time. Ligands with a rapid dissociation constant will have a relative binding affinity that decreases as incubation proceeds, whereas the relative binding affinity of a slow dissociating ligand will tend to increase.

In accordance with our previous report on the rat MR (21), we demonstrated that the substitutions of P at $C_{18}$ lower the affinity of these derivatives for hMR. The decrease in the affinity depends on the chemical structure of the substituent. Changing a double for a triple bond modifies the interaction with the receptor, because of either the electronic structure of the unsaturation or the conformational change in the $C_{13}$ angular group. In 18OVP, a larger difference in the nature of the side-chain induces a larger change in the interaction with the receptor, because a strong decrease in the affinity together with a clear change in antagonist to agonist properties are observed. Further studies are necessary to rationalize these observations in connection with the three-dimensional models of the hormone-binding domain of steroid receptors that are currently under elaboration (36, 37). The photoaffinity labeling experiments that we have undertaken should also contribute to further characterize the steroid-receptor interaction.

Although the ligand-hMR binding step and the ligand-induced transactivation are separated by a cascade of events, including conformational change, dimerization, and binding to hormone response elements, there is a clear agreement between the affinities for hMR of the 18-substituted P derivatives and their activities. This holds true whether they are antagonist (P, 18VP, and 18EP) or agonist (18OVP). Interestingly, the presence of an enone function at the $C_{18}$ position changed the antagonist feature of P when acting through hMR. 18OVP behaved as an A agonist with no antagonist activity, whereas 18VP and 18EP retained the antagonist properties of P. It has been proposed that the steroid A ring determines the affinity of a ligand for MR and that the B, C, and D rings specify the agonist or antagonist properties (38).

From the comparison of the chemical structure of mineralocorticoid agonist and antagonist derivatives, it is likely that the $C_{21}$ hydroxy group and/or the $C_{18}$ oxygen atom of A, which are absent in P and spirolactones, play a crucial role in the mineralocorticoid activity. 18-Deoxyaldosterone, an analog of A in which the aldehyde hemiketal structure is replaced by a stable 11β,18-epoxy ring, has been shown to possess a high binding affinity for the cytosolic MR of rat kidney and an approximately 2:1 antagonist to agonist ratio in both toad bladder and rat kidney bioassay systems (39). In the present study we have shown that the presence at $C_{18}$ of an oxo group (18OVP) leads to a decrease in the affinity for hMR compared to that of P; nevertheless, it confers agonist properties. Taken together, these observations lead us to suggest that in the absence of the $C_{21}$ hydroxy group, the ligands are antagonists (P, 18VP, and 18EP), and the introduction of a carbonyl group at $C_{18}$ is sufficient for the ligand to acquire agonist mineralocorticoid properties.

As previously reported (12), P has a lower antagonist activity through hGR than through hMR. 18VP and 18EP also displayed a very low antiglucocorticoid activity. Nevertheless, the presence of an oxo group at $C_{18}$ confers to P a noticeable agonist activity through hGR. Thus, at least in the absence of the $C_{21}$ hydroxyl group, the agonist properties of a ligand acting through hGR seem to be highly dependent upon the presence of a carbonyl group at $C_{18}$. In contrast to what was observed for hGR and hMR, the introduction at $C_{18}$ of a polar or nonpolar group did not modify the agonist property of P, suggesting that this position is not a determinant of the agonist/antagonist properties of a ligand through hPR. Despite the extensive sequence homology in their ligand-binding domain, hMR, hGR, and hPR displayed distinct responses to the 18-substituted derivatives.

The determinant steps involved in the activation process of hMR and, conversely, the mechanisms that render the hMR inactive at the transcription level remain to be elucidated. A high dissociation rate of ligands from hMR appeared to be a general feature of the antimineralocorticoids, because P and 18VP as well as spirolactones (7, 34) dissociate more rapidly from hMR than A. In light of the recent reports on PR pointing out distinct agonist- and antagonist-binding sites (14), we propose that agonists and antagonists bind to a common region within the ligand-binding domain of the hMR and that this interaction is characterized by a rapid off-rate of the ligand from the receptor. A interaction might involve additional binding with another region of the ligand-binding domain that confers to the ligand its characteristic low off-rate. We propose that the $C_{18}$ carbonyl group might be responsible for the low off-rate of A from hMR and may play a determinant role in the events of the hormone signal transduction pathway.

## Acknowledgments

We are grateful to J. L. Arriza and R. Evans for providing us with the plasmids pRShMR and pRShGR, to H. Loosfelt and E. Milgrom for hPRPSG5, and to H. Richard Foy and F. Gouilleux for pFC31Luc. We are grateful to M. Lombes and F. Cadepond for providing us the recombinant virus ACNPV-hMR and ACNPV-hGRα. We thank S. Coustal for synthesis of the unlabeled 18-substituted P derivatives. We also thank Searle Laboratories for SC9420, and Roussel-UCLAF for RU486. V. Lévèque is acknowledged for her assistance in preparing the manuscript.

## References

1. **Evans RM** 1988 The steroid and thyroid hormone receptor superfamily. Science 240:889–895
2. **Arriza JL, Weinberger C, Cerelli G, Glaser TM, Handelin BL, Housman DE, Evans RM** 1987 Cloning of human mineralocorticoid receptor complementary DNA: structural and functional kinship with the glucocorticoid receptor. Science 237:268–275
3. **Rafestin-Oblin ME, Couette B, Radanyi C, Lombès M, Baulieu EE** 1989 Mineralocorticoid receptor of the chick intestine: oligomeric structure and transformation. J Biol Chem 264:9304–9309
4. **Alnemri ES, Maksymowych AB, Robertson NM, Litwack G** 1991 Overexpression and characterization of the human mineralocorticoid receptor. J Biol Chem 266:18072–18081
5. **Binart N, Lombès M, Rafestin-Oblin ME, Baulieu EE** 1991 Characterization of human mineralocorticoid receptor expressed in the baculovirus system. Proc Natl Acad Sci USA 88:10681–10685
6. **Schulman G, Daniel V, Cooper M, Alnemri ES, Maksymowych AB, Litwack G** 1992 Characterization of *in vitro* translated human mineralocorticoid receptor. Receptor 2:181–194
7. **Couette B, Lombès M, Baulieu EE, Rafestin-Oblin ME** 1992 Aldosterone antagonists destabilize the mineralocorticoid receptor. Biochem J 282:697–702
8. **Caamano CA, Morano MI, Patel PD, Watson SJ, Akil H** 1993 A bacterially expressed mineralocorticoid receptor is associated *in vitro* with the 90-kilodalton heat shock protein and shows typical hormone- and DNA-binding characteristics. Biochemistry 32:8589–8595
9. **Nemoto T, Ohara-Nemoto Y, Sato N, Ota M** 1993 Dual roles of 90-kDa heat shock protein in the function of the mineralocorticoid receptor. J Biochem 113:769–775
10. **Krozowski ZS, Rundle SE, Wallace C, Castell MJ, Shen JH, Dowling J, Funder JW, Smith AI** 1989 Immunolocalization of renal mineralocorticoid receptors with an antiserum against a peptide deduced from the complementary deoxyribonucleic acid sequence. Endocrinology 125:192–198
11. **Robertson NM, Schulman G, Karnik S, Alnemri E, Litwack G** 1993 Demonstration of nuclear translocation of the mineralocorticoid receptor (MR) using an anti-MR antibody and confocal laser scanning microscopy. Mol Endocrinol 7:1226–1239
12. **Rupprecht R, Reul JMHM, Van Steensel B, Spengler D, Söder M, Berning B, Holsboer F, Damm K** 1993 Pharmacological and functional characterization of human mineralocorticoid and glucocorticoid receptor ligands. Eur J Pharmacol 247:145–154
13. **Lombès M, Binart N, Delahaye F, Baulieu EE, Rafestin-Oblin ME** 1994 Differential intracellular localization of human mineralocorticoid receptor on binding of agonists and antagonists. Biochem J 302:191–197
14. **Tsai MJ, O'Malley BW** 1994 Molecular mechanisms of action of steroid/thyroid receptor superfamily. Annu Rev Biochem 63:451–486
15. **Corvol P, Claire M, Oblin ME, Geering K, Rossier BC** 1981 The mechanism of the antimineralocorticoid effects of spirolactones. Kidney Int 20:1–6
16. **Wambach G, Casals-Stenzel J** 1984 Structure-activity relationship of spironolactone derivates. In: de Gruyter W (ed) Adrenal Steroid Antagonism. de Gruyter, Berlin and New York, pp 291–313
17. **Sutanto W, de Kloet ER** 1991 Mineralocorticoid receptor ligands: biochemical, pharmacological and clinical aspects. Med Res Rev 11:617–631
18. **Jausons-Loffreda N, Balaguer P, Auzou G, Pons M** 1994 Development of specific bioluminescent *in vitro* assays for selecting potential antimineralocorticoids J Steroid Biochem Mol Biol 49:31–38
19. **Landau RL, Bergenstal DM, Lugibihl K, Kascht ME** 1955 The metabolic effect of progesterone in man. J Clin Endocrinol Metab 15:1194–1215
20. **Wambach G, Higgins JR** 1978 Antimineralocorticoid action of progesterone in the rat: correlation of the effect on electrolyte excretion

Case 1:17-mc-02767-PAE-JLC Document 98-61 Filed 03/02/18 Page 9 of 9



and interaction with renal mineralocorticoid receptors. Endocrinology 102:1686–1693

21. **Rafestin-Oblin ME, Couette B, Barlet-Bas C, Cheval L, Viger A, Doucet A** 1991 Renal action of progesterone and 18-substituted derivatives. Am J Physiol 260:828–832
22. **Viger A, Coustal S, Perard S, Marquet A** 1988 Synthesis of new inhibitors of aldosterone biosynthesis. Tetrahedron 44:1127–1134
23. **Coustal S, Fagart J, Davioud E, Marquet A** 1995 Synthesis of potential cytochrome P450 11β-generated intermediates. Tetrahedron 51:3559–3570
24. **Viger A, Coustal S, Perard S, Chappe B, Marquet A** 1988 Synthesis and activity of new inhibitors of aldosterone biosynthesis. J Steroid Biochem 30:469–472
25. **Cato ACB, Weinmann J** 1988 Mineralocorticoid regulation of transcription of transfected mouse mammary tumor virus DNA in cultured kidney cells. J Cell Biol 106:2119–2125
26. **Parker M** 1988 Characterization of response elements for androgens, glucocorticoids and progestins in mouse mammary tumor virus. Nucleic Acids Res 16:5263–5276
27. **Rousseau GG, Baxter JD, Tomkins GM** 1972 Glucocorticoid receptors: relations between steroid binding and biological effects. J Mol Biol 67:99–115
28. **Cadepond F, Binart N, Chambraud B, Jibard N, Schweizer-Groyer G, Segard-Maurel I, Baulieu EE** 1993 Interaction of glucocorticosteroid receptor and wild-type or mutated 90-kDa heat shock protein coexpressed in baculovirus-infected Sf9 cells. Proc Natl Acad Sci 90:10435–10438
29. **Bradford MM** 1976 A rapid and sensitive method for the quantitation of microgram quantities of protein utilizing the principle of protein dye-binding. Anal Biochem 72:248–254
30. **Claire M, Rafestin-Oblin ME, Michaud A, Corvol P, Venot A, Roth-Meyer C, Boisvieux JF, Mallet A** 1978 Statistical test of models and computerised parameter estimation for aldosterone binding in rat kidney. FEBS Lett 88:295–299
31. **Graham FL, Van der Eb AJ** 1973 A new technique for the assay of infectivity of human adenovirus 5 DNA. Virology 52:456–467
32. **De Wet JR, Wood KV, Deluca M, Helsinki DR, Subramani S** 1987 Firefly luciferase gene: structure and expression in mammalian cells. Mol Cell Biol 7:725–737
33. **Herbomel P, Bourachot B, Yanif M** 1984 Two distinct enhancers with different cell specificities coexist in the regulatory region of polyoma. Cell 39:653–662
34. **Rafestin-Oblin ME, Lombès M, Couette B, Baulieu EE** 1992 Differences between adolsterone and its antagonists in binding kinetics and ligand-induced hsp90 release from mineralocorticosteroid receptor. J Steroid Biochem Mol Biol 41:815–821
35. **Teutsch G, Ojasoo T, Raynaud JP** 1988 11β Substituted steroids, an original pathway to antihormones. J Steroid Biochem 31:549–565J
36. **Lemesle-Varlot L, Ojasoo T, Mornon JP, Raynaud JP** 1992 A model for the determination of the 3D-spatial distribution of the functions of the hormone binding domain of receptors that bind 3-keto-4-ene steroids. J Steroid Biochem Mol Biol 41:369–388
37. **Goldstein RA, Katzenellenbogen JA, Luthey-Schulten ZA, Seielstad DA, Wolynes PG** 1993 Three-dimensional model for the hormone binding domain of steroid receptors. Proc Natl Acad Sci USA 90:9949–9953
38. **Duax WL, Griffin JF** 1984 Structural characteristics of antagonists for gluco and mineralocorticoids. In: de Gruyter W (ed) Adrenal Steroid Antagonism. de Gruyter, Berlin and New York, pp 15–41
39. **Ulick S, Marver D, Adam W, Funder JW** 1979 The mineralocorticoid antagonist activity of an 11β,18-oxydopregnane. Endocrinology 104:1352–1356