# Exhibit 62


SPECIAL EDITION
commemorating the 50th anniversary of the oral contraceptive
A CLINICAL GUIDE FOR
Contraception
Fifth Edition
Leon Speroff
Philip D. Darney
Wolters Kluwer | Lippincott Williams & Wilkins

*Acquisitions Editor:* Sonya Seigafuse
*Product Manager:* Nicole Walz
*Vendor Manager:* Alicia Jackson
*Senior Manufacturing Manager:* Benjamin Rivera
*Marketing Manager:* Kim Schonberger
*Design Coordinator:* Stephen Druding
*Production Service:* SPi Technologies

**© 2011 by LIPPINCOTT WILLIAMS & WILKINS, a WOLTERS KLUWER business**
**© 2005 by Lippincott Williams & Wilkins**
**Two Commerce Square**
**2001 Market Street**
**Philadelphia, PA 19103 USA**
**LWW.com**

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright.

Printed in China

**Library of Congress Cataloging-in-Publication Data**
Speroff, Leon, 1935–
A clinical guide for contraception / Leon Speroff, Philip D. Darney. — 5th ed.
p. ; cm.
Includes bibliographical references and index.
ISBN 978-1-60831-610-6 (pbk.)
1. Contraception. I. Darney, Philip D. II. Title.
[DNLM: 1. Contraception—methods. WP 630]

RG136.S63 2011
613.9'4—dc22

2010033304

Care has been taken to confirm the accuracy of the information presented and to describe generally accepted practices. However, the authors, editors, and publisher are not responsible for errors or omissions or for any consequences from application of the information in this book and make no warranty, expressed or implied, with respect to the currency, completeness, or accuracy of the contents of the publication. Application of the information in a particular situation remains the professional responsibility of the practitioner.

The authors, editors, and publisher have exerted every effort to ensure that drug selection and dosage set forth in this text are in accordance with current recommendations and practice at the time of publication. However, in view of ongoing research, changes in government regulations, and the constant flow of information relating to drug therapy and drug reactions, the reader is urged to check the package insert for each drug for any change in indications and dosage and for added warnings and precautions. This is particularly important when the recommended agent is a new or infrequently employed drug.

Some drugs and medical devices presented in the publication have Food and Drug Administration (FDA) clearance for limited use in restricted research settings. It is the responsibility of the health care provider to ascertain the FDA status of each drug or device planned for use in their clinical practice.

To purchase additional copies of this book, call our customer service department at (800) 638-3030 or fax orders to (301) 223-2320. International customers should call (301) 223-2300.

Visit Lippincott Williams & Wilkins on the Internet: at LWW.com. Lippincott Williams & Wilkins customer service representatives are available from 8:30 am to 6 pm, EST.

RRS1009

DEDICATION

*This Fifth Edition is published 50 years after the introduction of the birth control pill to American women and their clinicians. We dedicate this book to the creative, courageous, and generous women and men who worked together to develop the first modern method of contraception. The pill brought women, including our seven daughters, new freedom, equality, and opportunity. We hope that the next 50 years will see an ever wider choice of contraceptives help all the world's women to lead healthier, happier lives.*

5

# Implant Contraception

The high rate of unintended pregnancies and the relatively high failure rates with the typical use of reversible methods of contraception are strong indications of a need for long-acting contraceptive methods that are easier to use. Implantable, subdermal capsules that release progestins for several years are a response to this need.

There are three major implant systems: Implanon, Norplant, and Jadelle (formerly called "Norplant-2"). A Chinese version of Jadelle is called Sinoplant II; both contain 150 mg levonorgestrel. Unfortunately, Norplant was withdrawn from the U.S. market in a business decision dictated by profit and liability despite the fact that it provided an excellent option for contraception. Jadelle is approved by the U.S. Food and Drug Administration, but it has not been marketed. In many parts of the world, Jadelle has replaced the use of Norplant; however, Norplant is still used worldwide.

Implanon differs from Norplant and Jadelle in many pivotal aspects, chiefly one rod instead of Norplant's six capsules and Jadelle's two rods, and a less androgenic progestin.[1,2] Like Norplant, Implanon has been extensively marketed throughout the world with a good track record and high continuation rates. Contraceptive implants are approved in more than 60 countries and used by approximately 11 million women.[2]

The long-acting progestin methods are as effective as sterilization and intrauterine devices (IUDs), and more effective than oral and barrier contraception.[3] An important reason for this high efficacy in actual use is the nature of the delivery systems themselves, which require little effort on the part of the user. Because compliance does not require frequent resupply or instruction in use, as with oral contraception, the actual or typical use effectiveness is very close to the theoretical (lowest expected) effectiveness.

Sustained-release methods require less of the user, but they demand more of the clinician. Implants involve minor operative procedures for placement and for discontinuation. Clinicians have a special responsibility to become skillful in the operations required to remove implants and to be available to women when those skills are required to terminate use. Disturbances of menstrual patterns and other side effects prompt many more questions from patients about these methods than about use of the familiar oral, intrauterine, and barrier contraceptives.[4]

## Implant Systems

Norplant was developed by the Population Council and first approved in 1983 in Finland, where it was manufactured. It was approved in the United States in 1990, marketed in 1991, and withdrawn from the market in 2002.

Norplant is a "sustained-release" system using silastic tubing permeable to steroid molecules to provide stable circulating levels of synthetic progestin over years of use. The Norplant system consists of six capsules, each measuring 34 mm in length with a 2.4-mm outer diameter and containing 36 mg crystalline levonorgestrel. The capsules are made of flexible, medical-grade silastic (polydimethylsiloxane and methylvinyl siloxane copolymer) tubing that is sealed shut with silastic medical adhesive (polydimethylsiloxane). The six capsules contain a total of 216 mg levonorgestrel, which is very stable and remained unchanged in capsules examined after more than 9 years of use.

Jadelle was also developed by the Population Council and manufactured in Finland. It was approved in the United States in 1996, but never marketed. The thin, flexible Jadelle rods are wrapped in silastic tubing (the same material used by Norplant), 43 mm in length and 2.5 mm in diameter, thus slightly longer and thicker than Norplant.[5] Each rod contains 75 mg levonorgestrel for a total of 150 mg, 66 mg less than that in the six Norplant capsules. Whereas the levonorgestrel in Norplant is packed into the capsules in crystal form, the core of the Jadelle rod is a mixture of levonorgestrel and an elastic polymer (dimethylsiloxane/methylvinylsiloxane). Long-term clinical trials indicate that the performance and side effects are similar to Norplant, but removal is faster.[6,7]

**Norplant average release rate**

**First month—85 μg levonorgestrel daily**
**After 1 year—35 μg**
**After 2 years—30 μg**

**Jadelle average release rate**

**First month—100 μg levonorgestrel daily**
**After 1 year—40 μg**
**After 2 years—30 μg**

Because the release rates with the two levonorgestrel systems are comparable, it is reasonable to conclude that clinical studies with Norplant and Jadelle should yield similar results. In the discussion that follows, the more-studied product, Norplant, is often cited, but clinicians can assume that the findings apply as well to Jadelle.

Implanon is a single flexible rod, 4 cm long and 2 mm in diameter, that contains 68 mg of 3-keto desogestrel (etonogestrel, the active metabolite of desogestrel) dispersed in a core of ethylene vinyl acetate wrapped with a 0.6-mm thick membrane of the same material. There is no evidence that either ethylene vinyl acetate or silastic has toxic effects when implanted.[8] The hormone is released at an initial rate of about 67 μg/d decreasing to 30 μg after 2 years; concentrations that inhibit ovulation are achieved within 8 hours of insertion.[9] A steady state is achieved after 4 months, after which there is a gradual decline.[9] Implanon, placed subdermally with a disposable inserter, suppresses ovulation for 2.5 years and provides effective contraception for at least 3 years. Side effects are similar to those with Norplant or Jadelle, except for less bleeding and a higher rate of amenorrhea with Implanon.[10-13]





### The Implanon Single Rod




### Indications

Contraceptive implants are a good choice for women of reproductive age who are sexually active and desire long-term, continuous contraception. Implants should be considered for women who

1. Want to delay the next pregnancy for at least 2 to 3 years.
2. Desire a highly effective, long-term method of contraception.
3. Experience serious or minor estrogen-related side effects with estrogen-progestin contraception.
4. Have difficulty remembering to take pills every day, have contraindications or difficulty using IUDs, or desire a non-coitus-related method of contraception.
5. Have completed their childbearing but are not yet ready to undergo permanent sterilization.
6. Have a history of anemia with heavy menstrual bleeding.
7. Intend to breastfeed for a year or 2.
8. Have chronic illnesses, in which health will be threatened by pregnancy.

### Absolute Contraindications

Implant use is contraindicated in women who have

1. *ACTIVE* thrombophlebitis or thromboembolic disease.
2. Undiagnosed genital bleeding.
3. *ACUTE* liver disease.

4. Benign or malignant liver tumors.
5. Known or suspected breast cancer.

### Relative Contraindications

Based on clinical judgment and appropriate medical management, implants *MAY BE USED* by women with a history of or current diagnosis of the following conditions:

1. Heavy cigarette smoking (15 or more daily) in women older than 35 years.
2. History of ectopic pregnancy.
3. Diabetes mellitus. Because multiple studies have failed to observe a significant impact on carbohydrate metabolism, implants, in our view, are particularly well suited for diabetic women.
4. Hypercholesterolemia.
5. Hypertension.
6. History of cardiovascular disease, including myocardial infarction, cerebral vascular accident, coronary artery disease, angina, or a previous thromboembolic event. Patients with artificial heart valves.
7. Gallbladder disease.
8. Chronic disease, such as immunocompromised patients.

Implants are not contraindicated in the following situations, but other methods are preferable:

1. Severe acne.
2. Severe vascular or migraine headaches.
3. Severe depression.
4. Concomitant use of medications that induce microsomal liver enzymes:

   Carbamazepine (Tegretol)
   Felbamate
   Lamotrigine
   Nevirapine
   Oxcarbazepine
   Phenobarbital
   Phenytoin (Dilantin)
   Primidone (Mysoline)
   Rifabutin
   Rifampicin (Rifampin)
   St. John's wort
   Topiramate
   Vigabatrin
   *Possibly* valproic acid, ethosuximide, griseofulvin, and troglitazone

We do not recommend the use of implants with any of the previously listed drugs because of a likely increased risk of pregnancy due to lower blood levels of the progestin.[14,15]





### Mechanism of Action

The release rate of the contraceptive implants is determined by total surface area and the density of the implant in which the progestin is contained. The progestin diffuses from the implant into the surrounding tissues where it is absorbed by the circulatory system and distributed systemically, avoiding an initial high level in the circulation as with oral or injected steroids. Within 8 hours after insertion of Implanon, plasma concentrations of etonogestrel are about 300 ng/mL, high enough to prevent ovulation.[16] A study of cervical mucus changes with Norplant indicates that a backup method should be used for 3 days after insertion of Norplant or Jadelle; this is not necessary when Implanon is inserted as directed.[17,18] Progestin concentrations are much more variable with Norplant and Jadelle than with Implanon.[16]




The Implanon rod releases 60 $\mu$g of etonogestrel per 24 hours at 3 months of use. This rate declines gradually to 40 to 50 $\mu$g daily by 12 months and 30 $\mu$g/d by 2 years of use. The 85 $\mu$g of hormone released by Jadelle during the first few months of use is about equivalent to the daily dose of levonorgestrel delivered by the progestin-only, minipill oral contraceptive, and 25% to 50% of the dose delivered by low-dose combined oral contraceptives. After 6 months of use, daily levonorgestrel concentrations are about 0.35 ng/mL; at 2.5 years, the levels decrease to 0.25 to 0.35 ng/mL. Until the 8-year mark, mean levels remain above 0.25 ng/mL.[19] Mean plasma concentrations below 0.2 ng/mL are associated with increased pregnancy rates for Norplant (lower levels are more likely in heavier women).




Body weight affects the circulating levels of levonorgestrel; the greater the weight of the user, the lower the levonorgestrel concentrations at any time during Norplant or Jadelle use. The greatest decrease over time occurs in women weighing more than 70 kg (154 lb), but even for heavy women, the release rate is high enough to prevent pregnancy at least as reliably as oral contraceptives. In Implanon users, etonogestrel concentrations are affected very little by body weight, and failure rates did not increase with increasing body weight in the small numbers of overweight women in the clinical trials.[20] Although the data with overweight women are limited, it is likely that Implanon is a good contraceptive choice for obese women.

Levonorgestrel levels can also be affected by the circulating levels of sex hormone-binding globulin (SHBG). Levonorgestrel has a higher affinity for SHBG than does etonogestrel. In the week after Norplant or Jadelle insertion, SHBG levels decline rapidly and then return to approximately half of preinsertion levels by 1 year of use. This effect on SHBG is not uniform and may account for some of the individual variations in circulating progestin concentrations.[21]

Implants are highly effective contraceptives. There are three probable modes of action, which are similar to those attributed to the contraceptive effect of the progestin-only minipills, but because daily dosing is not required, implants are more effective than oral methods.

1. The progestin suppresses, at both the hypothalamus and the pituitary, the luteinizing hormone (LH) surge necessary for ovulation. As determined by progesterone levels in many users over several years, approximately one third of all cycles in Norplant users are ovulatory.[19,22] During the first 2 years of use, only about 10% of women are ovulatory, but by 5 years of use, more than 50% are. In those cycles that are ovulatory, there is a high incidence of luteal insufficiency. Implanon inhibits ovulation throughout a 3-year period, accounting for almost all of the contraceptive effect.[2] However, follicular development does occur, avoiding the problem of clinically significant hypoestrogenemia, and in the last 6 months of the 3-year period with Implanon, there is an occasional ovulation.[16,21]
2. The steady release of progestin has a prolonged effect on the cervical mucus. The mucus thickens and decreases in amount, forming a barrier to sperm penetration.[17,23-25]
3. The progestin suppresses the estradiol-induced cyclic maturation of the endometrium and eventually causes atrophy. These changes could prevent implantation should fertilization occur; however, no evidence of fertilization can be detected in Norplant users.[26]





## Advantages

Implants are a safe, highly effective, continuous method of contraception that requires little user effort and, unlike long-acting injectable contraception, is rapidly reversible. Because this is a progestin-only method, it can be used by women who have contraindications for the use of estrogen-containing contraceptives. The sustained release of low doses of progestin avoids the high initial dose delivered by injectables and the daily hormone surge associated with oral contraceptives. Implants are an excellent choice for a breastfeeding woman and can be inserted immediately postpartum. There are no effects on breast milk quality or quantity, and infants grow normally.[27-29] Another advantage of the implant method is that it allows women to plan their pregnancies precisely; return of fertility occurs within a few weeks, in contrast to the 6- to 18-month delay in ovulation that can follow depot-medroxyprogesterone acetate injections.[16,30-32]

One of the major advantages of sustained-release methods is the high degree of efficacy, nearly equivalent to the theoretical effectiveness. In couples for whom elective abortion is unacceptable in the event of an unplanned pregnancy, the high efficacy rate is especially important. There are no forgotten pills, broken condoms, lost diaphragms, or missed injections. For women who are at high risk of medical complications should they become pregnant, sustained-release implants present a significant safety advantage. Users should be reassured that implant use has not been associated with changes in carbohydrate or lipid metabolism, coagulation, liver or kidney function, or immunoglobulin levels. Because many women wanting implants will have had negative experiences with other contraceptives, it is important that the differences between this method and previous methods be explained.

Exposure of endometriosis to progestin-only contraceptive methods is an effective method to manage the pain associated with this condition. Implanon, depot-medroxyprogesterone acetate, and the levonorgestrel-containing IUD have all been reported to reduce endometriosis pain.[33-37]

### Disadvantages

There are some disadvantages associated with the use of the implant systems. Implants cause disruption of bleeding patterns, especially during the first year of use, and some women or their partners find these changes unacceptable.[4] Endogenous estrogen is nearly normal, and unlike the estrogen-progestin contraceptives, progestin is not regularly withdrawn to allow endometrial sloughing. Consequently, the endometrium sheds at unpredictable intervals.

The implants must be inserted and removed in a surgical procedure performed by trained personnel. Women cannot initiate or discontinue the method without the assistance of a clinician. The incidence of complicated removals is approximately 5% for Norplant or Jadelle and lower for Implanon, an incidence that can be best minimized by good training and careful insertion.[38,39] The implants can be visible under the skin. This sign of the use of contraception may be unacceptable for some women and for some partners.[4]

Implants do not provide protection against sexually transmitted infections (STIs) such as herpes, human papillomavirus, HIV, gonorrhea, or chlamydia. Although users may be less likely to use a second method because of the high contraceptive efficacy,[40] users at risk for STIs must use condoms as a second method to prevent infection.

Because the insertion and removal of implants require minor surgical procedures, initiation and discontinuation costs are higher than with oral contraceptives or barrier methods. The cost of implants plus fees for insertion total an amount that may seem high to patients unless they compare it with the total cost of using other methods for up to 5 years.[41] Nevertheless, short-term use is expensive compared with the relatively low initial costs of other reversible methods, and most women cannot be expected to use long-acting methods for their full duration of action.

Cultural factors can influence the acceptability of menstrual changes. Some cultures restrict a woman from participating in religious activity, household activities, or sexual intercourse while menstruating. All users must be aware of the possible menstrual changes. It is important to stress that all of the menstrual changes are expected, that they do not cause or represent illness, and that most women revert back to a more normal pattern with increasing duration of use.

Insertion and removal of implants will be a new experience for most women. As with any new experience, women will approach it with varying degrees of apprehension and anxiety. In reality, most patients are able to watch in comfort as implants are inserted or removed. Women should be told that the incisions used for the procedures are very small and heal quickly, leaving small scars that are usually difficult to see because of their location and size.

We encourage prospective users to see and touch implants. Women can be reassured that the implants will not be damaged or move if the skin above them is accidentally injured. Normal activity cannot damage or displace the implants. Most women become unaware of their presence. A few women report sensing the implants if they have been touched or manipulated for a prolonged period of time, or after vigorous exercise. The implants are more visible in slender women with good muscle tone. Darker-skinned users may notice further darkening of the skin directly over the implants; this resolves after removal.





### Efficacy

Contraceptive implants provide highly effective birth control. In 2- or 3-year studies in 11 international clinical trials of 942 women using Implanon, no pregnancies occurred.[20] In studies of Norplant conducted in 11 countries, totaling 12,133 woman-years of use, the pregnancy rate was 0.2 pregnancies per 100 woman-years of use.[15,30] All but one of the pregnancies that occurred during the Norplant evaluation were present at the time of implant insertion. If these luteal phase insertions are excluded from analysis, the first-year pregnancy rate was 0.01 per 100 woman-years. In adolescents, Norplant implants provide better protection against unwanted pregnancy, compared with oral contraceptives, and an important factor is the better continuation rate with Norplant.[40,42,43]

**Failure Rates During the First Year of Use, United States[3,44,45]**

| Method | Percent of Women with Pregnancy: Lowest Expected | Percent of Women with Pregnancy: Typical |
|---|---|---|
| No method | 85 | 85 |
| Combination Pill | 0.3 | 8.7 |
| Progestin only | 0.5 | 3.0 |
| IUDs | | |
| Levonorgestrel IUS | 0.1 | 0.1 |
| Copper T 380A | 0.6 | 1.0 |
| **Implants** | | |
| Six levonorgestrel capsules (Norplant) | 0.05 | 0.2 |
| Two levonorgestrel rods (Jadelle) | 0.06 | 0.06 |
| One etonogestrel rod (Implanon) | 0.01 | 0.01 |
| Injectable | | |
| 3-mo | 0.3 | 0.3 |
| 1-mo | 0.05 | 3.0 |
| Patch | 0.3 | 8.0 |
| Vaginal ring | 0.3 | 8.0 |
| Female sterilization | 0.5 | 0.7 |
| Male sterilization | 0.1 | 0.2 |

*There are no weight restrictions for Norplant or Jadelle users, but heavier women (more than 70 kg) may experience slightly higher pregnancy rates in the later years of use compared with lighter women. Even in the later years, however, pregnancy rates for heavier women using Norplant are lower than with oral contraception.* The differences in pregnancy rates by weight are probably due to the dilutional effect of larger body size on the low, sustained serum levels of levonorgestrel. Heavier women should not rely on Norplant or Jadelle beyond the 5-year limit. For slender women, the duration of efficacy extends well past the fifth year of use. In some extended trials, no pregnancies have occurred into the seventh year. Data are not available regarding the effect of body weight on the efficacy of Implanon, but unlike Norplant and Jadelle, progestin levels are not significantly lower in heavier women.

The contraceptive efficacy of Implanon surpasses that of Norplant and sterilization.[2] Only a rare pregnancy occurs, resulting in a Pearl Index of about 0.01.[23,46] In over 70,000 cycles, no pregnancies were recorded because of total inhibition of ovulation until ovulations were observed in the last 6 months of the 3-year period.[23,47] Postmarketing surveillance of pregnancies in Australia, where nearly one quarter of contraceptors relied on Implanon in 2004, revealed that of 218 pregnancies, only 13 could *possibly* have been failures of the method.[48] In Australia and the Netherlands, pregnancies commonly were the consequence of poor insertion technique, especially allowing the implant to fall unnoticed to the floor.

*Implants have an immediate contraceptive effect when inserted within the first 7 days of a menstrual cycle, but when insertion is after day 7, a backup method of contraception is necessary for at least 3 days.*[49]



### Ectopic Pregnancy

The ectopic pregnancy rate during Norplant use is 0.28 per 1,000 woman-years.[15] *Although the risk of developing an ectopic pregnancy during use of Norplant is low, when pregnancy does occur, ectopic pregnancy should be suspected because approximately 30% of Norplant pregnancies are ectopic.* Because Implanon is more effective in inhibiting ovulation, we would expect the risk of ectopic pregnancy to be considerably less than that associated with Norplant.

**Ectopic Pregnancy Rates Per 1,000 Woman-Years**[15,50,51]

| | |
|---|---|
| Noncontraceptive users, all ages | 3.0–4.5 |
| Copper T-380 IUD | 0.20 |
| Norplant | 0.28 |

### Menstrual Effects

Menstrual bleeding patterns are highly variable among users of implant contraception. With levonorgestrel implants, some alteration of menstrual patterns will occur during the first year of use in approximately 80% of users, later decreasing to about 40%, and by the fifth year, to about 33%.[52,53] The changes include alterations in the interval between bleeding, the duration and volume of menstrual flow, and spotting. Oligomenorrhea and amenorrhea also occur but are less common, less than 10% after the first year and diminishing thereafter. Irregular and prolonged bleeding usually occurs during the first year. Although bleeding problems occur much less frequently after the second year, they can occur at any time.[53,54] Studies of the endometrium in Norplant users experiencing abnormal bleeding indicate the presence of enlarged venous sinusoids (fragile vessels) and a reduction in the expression of a protein factor (perivascular stromal cell tissue factor) involved in the initiation of hemostasis.[55] Within weeks after insertion, the density of endometrial small blood vessels increases and the endometrium regresses to an atrophic state.[56] It is believed that bleeding is a consequence of rapid endometrial regression and that the apparent increase in the number of blood vessels may reflect increased tortuosity accompanying the atrophic regression.





Implanon alters menstrual patterns, but amenorrhea occurs more often (21% of users in the first year, 30% to 40% after 1 year) than with Norplant.[11,13] A single Implanon rod completely suppresses ovulation for 2.5 years, and, therefore, menses do not become more regular after the first 2 years as with Norplant. After 2 years, ovulation occurs in about half of the menstrual cycles. Bleeding is lighter and less frequent among Implanon users because more profound ovarian suppression results in less follicular estrogen production and less endometrial stimulation; nevertheless, irregular bleeding continues to be a major reason for discontinuation.[13,57]

Despite an increase in the number of spotting and bleeding days over preinsertion menstrual patterns, hemoglobin concentrations rise in Norplant users because of a decrease in the average amount of menstrual blood loss.[58-61] Implanon likewise does not cause anemia.[11]

Implant users who can no longer tolerate prolonged bleeding will benefit from a short course of oral estrogen: conjugated estrogens, 1.25 mg, or estradiol, 2 mg, administered daily for 7 days.[62] A therapeutic dose of one of the prostaglandin inhibitors given during the bleeding will help to diminish flow, but estrogen is the most effective treatment.[63,64] Another approach is to administer an estrogen-progestin oral contraceptive for 1 to 3 months.[65]

*Although implants are very effective, pregnancy must be considered in women reporting amenorrhea who had been ovulating previously, as evidenced by regular menses prior to an episode of amenorrhea.* A sensitive urine pregnancy test should be obtained. Women who remain amenorrheic throughout their use of implants are unlikely to become pregnant.[51] It is important to explain to patients the mechanism of the amenorrhea: the local progestational effect causing decidualization and atrophy.

### Metabolic Effects

Exposure to the sustained, low doses of progestin delivered by the implants is not associated with significant metabolic changes. Studies of liver function,[10,66,67] blood coagulation,[10,68-70] immunoglobulin levels,[71,72] serum

cortisol levels,[73] and blood chemistries[67,71] have failed to detect changes outside of normal ranges in Norplant users.

No major impact on the lipoprotein profile can be demonstrated with Norplant.[66,74,75] Minor changes are transient, and, with prolonged duration of use, lipoproteins return to preinsertion levels. Long-term exposure to the low dose of levonorgestrel released by Norplant is unlikely to affect users' risk of atherogenesis, just as prolonged exposure to combined oral contraception has not. There are no clinically important effects on carbohydrate metabolism.[71,76,77] No effect on insulin sensitivity can be detected.[78] In a cohort study of 5 years' duration, no increase was observed in diabetes mellitus, depression, lupus erythematosus, cardiovascular diseases—in fact there was no increase in serious morbidity.[79]

***There are no significant metabolic differences comparing Implanon and Norplant.***[80] Neither implant system has important clinical effects on the lipoprotein profile, carbohydrate metabolism, thyroid and adrenal function, liver function tests, or the clotting mechanism.[10,81-85] Implant contraception is a good choice for a woman at risk for estrogen-associated thromboembolism. Because of the lower androgenic characteristic of etonogestrel, Implanon does not cause a decrease in the levels of SHBG.[82]

Measurements of bone density in young women reveal that Implanon and Norplant do not affect the teenage gain in bone; similar gains in bone were recorded in implant users and control subjects.[86,87] In older women, an increase in forearm, spine, and femur bone density has been documented after 6 and 12 months of Norplant use.[88,89] An international cross-section study reported a small loss in bone density with Norplant that was rapidly regained after discontinuation.[90]

A slight increase in gallbladder disease has been noted in Norplant users.[2,91] This is at best just a word of caution because the association is weak and may reflect preexisting disease, and there is no apparent biologic mechanism.

## Effects on Future Fertility

Circulating levels of progestin become too low to measure within 48 hours after removal of implants. Most women resume normal ovulatory cycles during the first month after removal. The pregnancy rates during the first year after removal are comparable with those of women not using contraceptive methods and trying to become pregnant. There are no long-term effects on future fertility nor are there any effects on sex ratios, rates of ectopic pregnancy, spontaneous miscarriage, stillbirth, or congenital malformations.[15,30] The return of fertility after implant removal is prompt, and pregnancy outcomes are within normal limits. The rate and outcome of subsequent pregnancies are not influenced by duration of use.

For women who are spacing their pregnancies, the difference between implants and depot-medroxyprogesterone acetate in the timing of the return to fertility can be critical. Implants allow precise timing of pregnancy because the return of ovulation after removal is prompt. Etonogestrel serum levels are undetectable within 1 week after removal of Implanon, and ovulation can be expected in the first month after discontinuation.[9] Depot-medroxyprogesterone acetate, on the other hand, can cause up to 18 months' delay in return to fertility. By that time, 90% of users of either method will have ovulated, but in the first several months, the difference is dramatic. By 3 months after removal, half of implant users will have ovulated, but 10 months must elapse before half of depot-medroxyprogesterone acetate users are ovulatory.





## Side Effects

The occurrence of serious side effects is very rare, no different in incidence than that observed in the general population. In addition to the menstrual changes, levonorgestrel implant users have reported the following side effects: headache, acne, weight change, mastalgia, hyperpigmentation over the implants, hirsutism, depression, mood changes, anxiety, nervousness, ovarian cyst formation, and galactorrhea.[15,30,52,54,92]

It is difficult, of course, to be certain which of these effects were actually caused by the levonorgestrel. For example, careful study fails to reveal a relationship between Norplant use and depressive symptoms.[93] Although most of these side effects are minor in nature, they can cause patients to discontinue the method. Patients often find common side effects tolerable after assurance that they do not represent a health hazard.[4] Many complaints respond to reassurance; others can be treated with simple therapies. The most common side effect experienced by users is headache (16% of Implanon users); approximately 20% of women who discontinue use do so because of headache.[4,20,92]

Stroke, thrombotic thrombocytopenic purpura, thrombocytopenia, and pseudotumor cerebri have been reported with Norplant.[94] However, it is by no means established that the incidence of these problems is increased, and there is little reason to suspect a cause-and-effect relationship. In the follow-up study conducted by the World Health Organization in eight countries, no significant excess of cardiovascular events or malignant disease was observed.[95]

## Weight Change

Women using levonorgestrel implants more frequently complain of weight gain than of weight loss, but findings are variable.[91] In the Dominican Republic, 75% of those who changed weight lost weight, whereas in San Francisco, two thirds gained weight. Assessment of weight change in Norplant users is confounded by changes in exercise, diet, and aging. Although an increase in appetite can be attributed to the androgenic activity of levonorgestrel, it is unlikely that the low levels with Norplant have any clinical impact. Counseling for weight changes focuses best on dietary review and dietary changes. Indeed, a 5-year follow-up of 75 women with Norplant implants could document no increase in the body mass index (nor was there a correlation between irregular bleeding and body weight).[96] A similar experience has been documented with Implanon.[12]

### Mastalgia

Bilateral mastalgia, often occurring premenstrually, is usually associated with complaints of fluid retention. After pregnancy has been ruled out, reassurance and therapy aimed at symptomatic relief are indicated. This symptom decreases with increasing duration of implant use and occurs at a lower rate comparing Implanon (10% of users) with Norplant.[12,20] The most effective treatments for mastalgia are the following: danazol (200 mg/d), vitamin E (600 units/d), bromocriptine (2.5 mg/d), or tamoxifen (20 mg/d), but there are no studies of these treatments in implant users.

### Galactorrhea

Galactorrhea is more common among women who have had insertion of the implants on discontinuation of lactation. Pregnancy and other possible causes should be ruled out by performing a pregnancy test and a thorough breast examination. Patients can be reassured that this is a common occurrence among implant and oral contraceptive users. Decreasing the amount of breast and nipple stimulation during sexual relations might alleviate the symptom, but if amenorrhea accompanies persistent galactorrhea, a prolactin level should be obtained.

### Acne

Acne, with or without an increase in oil production, is the most common skin complaint among levonorgestrel implant users. The acne is caused by the androgenic activity of the levonorgestrel that produces a direct impact and also causes a decrease in SHBG levels leading to an increase in free steroid levels (both levonorgestrel and testosterone).[21] This is in contrast to combined oral contraceptives that contain levonorgestrel, in which the estrogen effect on SHBG (an increase) produces a decrease in unbound, free androgens. Etonogestrel implants are less commonly associated with acne because this progestin is less androgenic than levonorgestrel.[12] Common therapies for complaints of acne include dietary change, practice of good skin hygiene with the use of soaps or skin cleansers, and application of topical antibiotics (e.g., 1% clindamycin solution or gel or topical erythromycin).

### Ovarian Cysts

Unlike oral contraception, the low serum progestin levels maintained by implants do not suppress follicle-stimulating hormone (FSH), which continues to stimulate ovarian follicle growth in most users. The LH peak during the first 2 years of use, on the other hand, is usually abolished so that these follicles do not ovulate.[22] However, some continue to grow and cause pain or they are palpated at the time of pelvic examination.[97] Adnexal masses are approximately eight times more frequent in Norplant users compared with normally cycling women. Because these are simple cysts (and most regress spontaneously within 1 month of detection), they need not be sonographically or laparoscopically evaluated.[59] Further evaluation is indicated if they became large and painful or fail to regress. Regular ovulators are less likely to form cysts, so the situation is likely to improve after 2 years of implant use. Etonogestrel implants suppress follicular development more profoundly; thus, ovarian cysts are less likely than with levonorgestrel implants.





### Cancer

We can speculate on possible effects of implants based on our experience with oral contraceptives and depot-medroxyprogesterone acetate. The risk of endometrial cancer ought to be reduced. A study of the endometrial effects of Norplant failed to find any evidence of hyperplasia, even when levonorgestrel levels were low and endogenous estradiol production was normal.[98] The risk of ovarian cancer is also probably reduced, and we would expect a greater effect with Implanon because it more effectively suppresses ovulation. Breast and cervical cancer effects will be difficult to assess because of confounding variables as they are with oral contraception and depot-medroxyprogesterone acetate. The low progestin dose of implants, however, would be unlikely to have effects different from other hormonal contraceptives. In a very large case-control study, neither depot-medroxyprogesterone acetate nor implants were associated with an increase in the risk of breast cancer.[99]

### Postmarketing Surveillance Study

A large 5-year follow-up study in developing countries confirmed the low pregnancy rates associated with Norplant, 0.23 per 100 woman-years for intrauterine pregnancy and 0.03 per 100 woman-years for ectopic pregnancy.[93] When the women using Norplant were compared with women using nonhormonal methods of contraception and to the expected population rates, there was no excess of cancers, connective tissue diseases, or cardiovascular events. Importantly, the complaints of headache and mood disturbances (including anxiety and depression) were similar to those reported by women using oral contraceptives, although higher than for women using IUDs.

### Insertion and Removal

The usual personal and family medical history and physical examination should concentrate on factors that might contraindicate use of the various contraceptive options. If a patient elects to use contraceptive implants, a detailed description of the method, including effectiveness, side effects, risks, benefits, as well as insertion and removal procedures, should be provided. Before insertion, the patient is asked to read and sign a written consent for the surgical placement of the implants. The consent reviews the potential complications of the procedure that include reaction to the local anesthetic, infection, expulsion of the implants, superficial phlebitis, bruising, and the possibility of a subsequent difficult removal.

Insertion can be performed at any time during the menstrual cycle as long as pregnancy can be ruled out. If the patient's last menstrual period was abnormal, if she has recently had sexual intercourse without contraception, or if there are reasons to suspect pregnancy, a sensitive urine pregnancy test is a wise precaution. Based on cervical mucus changes, a backup method

need be used no more than 3 days after insertion.[18] Implants can be inserted immediately postpartum but certainly should be initiated no later than the third postpartum week in nonbreastfeeding women and the third postpartum month in breastfeeding women. Acne and headache are less common in women who receive Norplant immediately postpartum, and there is no difference in postpregnancy weight loss compared with women who receive it 4 to 6 weeks later.[100]

**Timing Summary**

- Insert anytime during the first 5 days of the menstrual cycle if hormonal contraception is not being used.
- If hormonal contraception is being used, insert anytime during the hormone-free interval. If steroid contraception is used continuously, insert at anytime.
- If progestin-only contraception is being used, insert on the same day the next progestin injection is due or an implant or IUD is removed. With progestin-only oral contraception, insertion can be performed anytime.
- Insert anytime within the first 5 days after an abortion or before the fourth week postpartum in nonbreastfeeding women.
- Insert before the fourth postpartum month in breastfeeding women; however, if access to contraception is limited, it is appropriate to insert an implant immediately postpartum.
- No backup method is necessary if timing of insertion follows the above suggestions. If insertion occurs at other times, backup contraception is necessary for at least 4 days after insertion.

Patients should be questioned about allergies to local anesthetics, antiseptic solutions, and tape. A discussion about the technique of insertion and anticipated sensations is an important part of preparing the patient for the experience. All patients approach insertion with some degree of apprehension that can be decreased by detailed explanations and preparation.[101,102]

Selection of the site for placement of implants is based on both functional and aesthetic factors. Various sites (the upper leg, forearm, and upper arm) have been used in clinical trials. The nondominant, upper, inner arm is the best site. This area is easily accessible to the clinician with minimal exposure of the patient. It is well protected during most normal activities. It is not highly visible, and migration of the implants from this site has not been documented. The site of placement does not affect circulating progestin levels. Careful implant insertion is the key to trouble-free removal.

Implanon offers important insertion advantages compared with Norplant.[103] Of course, only one rod simplifies and shortens both insertion and removal. In addition, a preloaded applicator is provided that facilitates placement. If necessary, Implanon can usually be visualized by ultrasonography.[104] However, if a nonpalpable rod is not visible on ultrasonography, definitive localization is best achieved with magnetic resonance imaging (MRI).[105] Removal of the Implanon rod uses the "fingers alone" technique with a 2-mm incision.[106] Insertion complications (mainly deep insertions) are rare, and removal complications (difficulty finding the implant or a broken implant) occur at a far greater lower frequency compared with Norplant.[1,103]





### *Insertion Technique*

Insertion is carried out under local anesthesia in the office or clinic by someone, usually a physician or nurse practitioner, trained in the technique described here.[107] The procedure takes 5 to 10 minutes for a six-implant system, and 2 to 3 minutes for a single implant.[108]

**Required equipment for Implanon insertion**

2.5 mL syringe.
0.5 in, 25-gauge needle for injecting the anesthetic.
1% chloroprocaine or lidocaine without epinephrine.
Antiseptic solution.
Adhesive strip for puncture closures.
Elastic pressure bandage.




**Positioning the Patient.** The patient is placed in a supine position with the full length of her arm exposed. The upper inner arm is positioned by bending the elbow to 90 degrees and rotating the arm out, allowing full exposure of the insertion site at the crease between the biceps and the triceps muscles. Adequate support under the arm should be provided to ensure comfort. To minimize the risk of infection, strict aseptic technique should be maintained throughout the procedure. An insertion site approximately two to four fingerbreadths (6 to 8 cm) superior and lateral to the medial epicondyle of the humerus is identified. A sterile drape is placed under the arm, and the insertion site on the arm is cleaned with an antiseptic such as povidone-iodine.

**Anesthesia.** Local anesthesia for the incision is obtained by raising a wheal of 1% chloroprocaine or lidocaine using a 25-gauge needle and injecting 1 to 2 mL under the skin along the track of the implant insertion needle.

*Verify the presence of Implanon* by looking carefully at the tip of the needle. If the implant (a white rod) is not visible, turn the applicator needle down and gently tap on a surface with the needle cover in place until the Implanon is seen and then tap the base of the applicator with the needle pointed up until the implant is no longer visible. Keep the applicator sterile.




**Incision and Placement.** The insertion needle and its obturator can be pushed directly through the skin at no greater than a 20-degree angle without making an incision. The needle is advanced as superficially as possible under the skin by maintaining a slightly upward angle on the trocar. To minimize the chance of too deep an insertion, lift or tent the skin with the tip of the needle. If the skin dimples, the needle is too superficial. Pull the needle back and redirect. Advance the needle to its full length while applying counter traction to the skin at the insertion site.

Once the needle has been fully advanced, break the seal on the applicator by pressing the obturator support. Turn the obturator 90 degrees in either direction with respect to the cannula and fix the obturator with one hand. With the other hand, slowly pull the needle out of the arm, leaving the implant behind under the skin.

Immediately after insertion, palpate the implant to verify correct insertion (both ends should be palpable). Look for the grooved tip of the obturator visible inside the needle. If the implant is not palpable and not within the needle, it must be located before contraception can be assured. If placement





is in doubt, another contraceptive method must be used. Ultrasonography is the easiest way to identify Implanon, which is not radio-opaque. If necessary, MRI can localize the implant.[105]

After the insertion, show the patient how to palpate the implant. Place an adhesive closure or bandage over the insertion site. Complete the patient chart label and the "User Card" that must be given to the patient.

Most women experience little pain during the insertion,[101] but if it occurs, the discomfort can be relieved with aspirin, acetaminophen, or a nonsteroidal anti-inflammatory agent. Infection or expulsion of the implants is rare (<1% with the Norplant system) and usually occurs when an implant is left pressing against the wound.[109]

The most commonly reported discomfort is a burning sensation during the injection of the local anesthetic. This effect of local anesthetic can be eliminated for most patients by adding 1 meq of sodium bicarbonate to each 10 mL of anesthetic (this shortens shelf life to 24 hours).[110] After the onset of anesthesia in 2 to 3 minutes, most women feel no more than a pressure sensation.

**Complications of Insertion.** Potential complications include infection, hematoma formation, local irritation or rash over the implants, expulsion of the implant, and allergic reactions to adhesives of the dressing.[111] The incidence of complications is minimized by clinician training and experience, and the use of strict aseptic technique. *Postinsertion pregnancies in Australia and the Netherlands were commonly due to a failure to insert the implant (allowing the implant to fall out prior to insertion). The clinician must make sure the implant is visualized in the trocar prior to insertion and after insertion is palpable under the skin.*

**Infection.** The rate of infection varies among clinics and countries. The overall risk of infection after Norplant insertion is 0.8%.[108] Infections usually occur within the first week after insertion, but can present as long as 4 to 5 months later. Infection can be treated either by the removal of the implant or the administration of oral antibiotics while the implant remains in place. One third of insertion site infections treated with antibiotics are unresponsive to therapy and require removal.[107] There have been no reports of infections leading to serious injury. Rarely, a superficial phlebitis develops. If it resolves over 1 to 2 weeks with heat and elevation of the arm, the implants need not be removed.

**Expulsion.** Expulsion of one or more of the implants occurs in 0.4% of Norplant users, usually within the first few months.[109] The majority of expulsions are associated with concurrent infection at the insertion site. Another cause of expulsion is failure to advance the implants far enough from the incision, causing pressure on the incision by the distal tip of the implant.

**Local Reactions.** Although not common, hematomas can form. The use of a pressure dressing for 72 hours will prevent enlargement. Application

of an ice pack for 30 minutes immediately after insertion also helps. Local irritation, rash, pruritus, and pain occur in 4.7% of Norplant users, usually during the first month of use.[109] Allergies to skin closure strip adhesives or to latex gloves account for some reactions.[112] These problems resolve spontaneously, but itching can be relieved by topical corticoid steroids.

### Removal Techniques

Although implant removal is an office procedure requiring only a small amount of local anesthesia and a few simple instruments, instruction and practice are necessary.[110] Practicing on a model arm after viewing an instructional video makes first removals faster and less uncomfortable for both clinician and patient. A removal kit with a model arm, a manual, and compact disc illustrating the technique is available at no charge from Schering-Plough at 877-467-5266. As for insertion, the patient should read and sign an informed consent to be filed in her medical record. We recommend that the patient be given a copy.

Proper positioning of the implant at the time of insertion is the most important factor influencing ease of removal. If the Norplant implants have been inserted with the distal tips (those away from the axilla) far apart or with implants crossing or touching one another, or too deeply, a larger incision and more time are required. Removal is easiest when the implants are just under the skin with their distal tips close together in a fan shape. The fibrous sheaths that form around implants can also make removal more difficult, especially if they are dense. The one- and two-implant systems can be removed faster and with less pain than the six Norplant capsules.[106]

Most removals are not painful (80% of patients reported pain as "none" or "slight"), and systemic analgesia is not required.[113] Time for removal of six capsules ranges from 5 to 40 minutes, with an average of 20 minutes. For the single rod (Implanon), the average time is about 4 minutes.[108] The most common cause of discomfort during the procedure is injection of the local anesthetic. Patients may feel pressure or tugging from manipulation of the fibrous sheaths and the implants, but these sensations are not severe if the clinician waits a few minutes after injection of the local anesthetic. The sheaths that form around Implanon are less dense than those around Norplant capsules.

**Removal with Instruments.** This approach to removal is the one described in the Norplant package insert and has been used around the world for 15 years. The technique requires three small sterile drapes (one fenestrated), sterile gloves, antiseptic solution such as povidone-iodine, 25-gauge 1.5 in needle with a 3-mL syringe, local anesthetic (1% lidocaine with 1:100,000 epinephrine, buffered with 1 meq sodium bicarbonate per 10 mL lidocaine), one curved and one straight mosquito clamp, 4 × 4 sterile gauze sponges, and a no. 11 blade scalpel. This method is more appropriate for removal of the six-capsule Norplant system than for one or two rods, which can usually be removed using fingers alone.[106]





The patient is placed in a supine position with her arm flexed and externally rotated as for insertion. A thick book positioned under the patient's arm can make her more comfortable and provide a better operating field. A sterile towel is placed under the arm. The implants are best seen by stretching the skin above and below the implants. Palpate all six of the implants before starting; if some portion of every implant cannot be felt, it may be better to sonographically or radiographically image (see below) the impalpable ones before removal because when the palpable implants are gone, they are lost as landmarks.

The skin is cleaned with the antiseptic solution, preparing a wide area above and below the implants so that the incision will not be contaminated during manipulations for removal. Scrape the antiseptic solution from the skin lying over the implants (the sterile stick of a cotton tipped applicator can be used) and let the arm dry. This will leave an impression of the implants that helps find them for removal. Drape the arm with a fenestrated towel and use a third towel to create a sterile field for instruments on a Mayo stand or table.

Wearing sterile gloves, an incision site is selected by pressing down on the proximal ends of the capsules and palpating their distal tips with a finger. Careful selection of the incision site is the most critical step for easy removal. The best incision site is right at the distal tips, midway between the most medial and lateral implants. This can be the same as the insertion site, but generally the removal incision is made a few millimeters higher up on the arm to ensure placing it as close as possible to the tips of all the implants.

A local anesthetic containing 1:100,000 epinephrine reduces bleeding and allows better visualization of the implants. The 25-gauge needle is used to raise a 1-cm wheal of local anesthetic just under the tips of the implants. About 2 mL are sufficient, although more may be required later. Injection of too much anesthetic over the implants can obscure the tips and make removal more difficult. A 3 to 5 mm incision is made with the no. 11 scalpel right at the midpoint of the cluster of implant tips. A larger incision is not usually required and can cause bleeding that can obscure the implants. Implants can be removed by the clinician either sitting or standing, but if sitting, a wheeled stool allows repositioning as needed.

The implant that is most superficial and closest to the incision is removed first. This implant is pushed gently toward the incision with the fingers until the tip is visible and can be grasped with a curved mosquito clamp. The fibrous sheath covering the implant is dissected away using a finger covered with an opened gauze sponge. If the sheath is too dense for the sponge, it can be cautiously dissected with the straight clamp, a needle tip, or, for really dense sheaths, with the scalpel, taking care not to cut open the implant. If the point of the scalpel blade is used to nick the sheath over the thick silastic plug at the tip of the implant, the implant itself will not be cut, but if the sheath is incised across the thin walls of the implant, the implant can be severed and require removal in two portions. If the sheath must be incised with the scalpel, the incision should be along, not across, the implant.

Once the sheath is opened and the white tip of the first implant is exposed, it is grasped with the straight clamp. The curved clamp is released and the implant is gently pulled out. This procedure is repeated with the remaining implants.

If the implant tips cannot be guided to the incision with digital pressure on the skin above the implants, the jaws of the straight mosquito are inserted into the incision and opened just beneath the skin to separate the tissue layers. The straight clamp is removed, and the curved clamp is inserted with the tips pointing upward toward the skin. The clamp is opened and the implant is guided down between the jaws with a forefinger on the skin above the implant. This downward pressure on the tips of the clamp is often the most painful part of the removal procedure. When the implant is pushed between the jaws of the clamp, the clamp is secured at the first or second ratchet. Too much pressure on the implant can fracture the silastic capsule, making removal more difficult. The implant should not be pulled out with the curved clamp. If the implant cannot be seen, after gentle traction, the clamp handle is flipped 180 degrees until it points in the opposite direction, toward the patient's head. A portion of the sheath is cleared with an opened sponge, or if necessary, the scalpel tip, incising longitudinally, not across the implant. The exposed portion is then grasped with the straight clamp, the curved clamp is released, and the implant is removed with gentle traction. The procedure is repeated until all the implants are removed.

At the completion of the procedure, the implants should be counted to ensure that all have been removed. If any of the implants have been broken, the pieces should be aligned and compared with an intact capsule to determine that all of the implant has been removed. An adhesive strip is used to close the incision while pinching the skin edges together. A pressure dressing is then applied as after insertion and removed the next day. The fibrous sheaths can remain for months causing the patient to think that implants were left behind. For that reason, it is important to show the implants to the patient at the time of removal.

If removal of some of the implants is difficult, painful, or prolonged, the procedure should be interrupted and the patient should return in a few weeks to complete the removal. The remaining implants will be easier to remove after bleeding and swelling have subsided. A new incision can be made closer to the implants that were difficult to remove the first time. Even if some of the implants remain, the patient should immediately begin to use another method of contraception.

**Removal with Fingers Alone.** Implants can be removed with less pain and bleeding, and through a smaller incision if the use of instruments is avoided. The amount of trauma and bruising in the surrounding tissues is decreased, the scar is less visible, and the risk of breaking the implants is reduced. The disadvantage of this approach is that it may not be successful for implants that were poorly aligned or too deeply inserted. This technique is especially appropriate for the one- and two-rod systems.[106]





After preparation of the patient, the distal tip of the implant is palpated. If the implant cannot be felt, removal should be postponed until it has been localized with ultrasonography or radiography. No more than 0.5 mL of buffered lidocaine with epinephrine is injected into the dermis immediately under the implant tip, raising a wheal of about 1 cm in diameter. Too much anesthetic makes it difficult to locate the implant tip under the skin. The area of the injection should be massaged to disperse the anesthetic. Pressure is applied with fingers on the proximal (axillary) end of the implant so that the distal tips press up against the skin. A 2 to 3 mm longitudinal incision is made through the skin onto the tip of the implant until the rubbery sensation of the implant can be felt against the point of the scalpel blade. The fibrous sheath is incised by nicking the sheath with the tip of the scalpel blade against the implant tip. It may take several passes across the tip with the scalpel held in different directions to fully open the sheath.

As the sheath is opened, the end of the implant will come into view. With finger pressure on its other end, the implant can be pushed through the incision until it can be grasped with mosquito forceps or fingers and pulled out. The incision is closed with an adhesive strip and covered with a sterile gauze and a pressure bandage.

Holding the implant up against the incision with finger pressure is critical for success with this "Pop Out" technique. If pressure is released, the implant will slip back to the position defined by the fibrous sheath around it. As the implant is manipulated using the fingers of both hands, the scalpel must be held so that it is immediately available to incise the sheath without releasing the implant. It is best to keep the scalpel in one hand with thumb and index finger while manipulating the implant, holding the implant with the rest of the fingers of both hands.

If the implant will not move toward the incision with finger pressure, it can be grasped with a hemostatic or a vasectomy clamp, but the incision will usually have to be lengthened 2 to 3 mm in order to admit the clamp. The procedure followed is then as described for instrumental removals above. It may be necessary to inject more local anesthetic, but not more than 1 mL at a time where the clamp will be applied to the implant.

**Difficult Removals.** The incidence of difficult removals in the large postmarketing surveillance study of Norplant was 10.1 per 1,000 removals.[95] Removal is more difficult if the implants are broken during attempts to extract them. Once an implant is damaged, it can fracture repeatedly with further attempts to grasp it with clamps. To decrease this risk, the implants should be grasped at their ends whenever possible and as little traction as possible should be used for exposure and removal. If the scalpel is required to open the fibrous sheath around the implant, care should be taken to avoid slicing the capsule. If it has not been possible to grasp the end of implant, in order to open the fibrous sheath, incise along the length of the implant; cut longitudinally, not across, the implant. Rarely, removal of cut or broken implants will require an additional incision at the proximal end of the

implant so that the remaining piece can be removed. Even more rarely, an implant can neither be palpated under the skin nor found through an incision. Such "lost" implants are most easily located with a high-frequency (7 to 10 MHz), short-focus ultrasound just prior to the removal procedure to help place the incision directly over the implant.[114] Use a transverse orientation to identify the shadow (the implant itself is more difficult to see), measure the depth, and draw lines representing the location on the surface of the skin using a paper clip as a marker.

When an implant is not palpable, imaging techniques for localization are required. Three techniques are particularly useful: mammography, sonography, and digital subtraction fluoroscopy. Compression film screen mammography is superior to standard plain film radiography. Ultrasonography requires a linear array transducer (preferably 7 MHz) applied to the upper arm with its long axis oriented perpendicular to the long axis of the humerus. The transducer is slowly moved until the characteristic acoustic shadowing of the implant is visualized. To measure the depth of each capsule, the transducer is repositioned along the axis of the implant to identify the length and both ends. Depth is determined using electronic calipers. Real-time sonography guidance can be useful during the removal procedure. Digital subtraction fluoroscopy relies on ghost images caused by motion during acquisition. Because it is readily available and can be employed during removal, sonography is a first choice.

Another instrumental technique employs a modified vasectomy forceps and is very useful for removing deeply or asymmetrically placed Norplant implants. It requires a larger incision made in the center of the field of implants. The vasectomy forceps is advanced under the skin toward the midportion of the implants. Those in the center are grasped first (in the middle of each implant), pulled into the incision, and cleaned free of their fibrous sheath as in the standard technique. The implant is then extracted, bending it in the middle in a "U" shape. The implants furthest away from the incision are removed last by advancing the forceps under the skin.[115]



Vasectomy forceps










We have found this approach to be especially useful for deeply placed, single capsules that are otherwise difficult to remove. The incision is made directly above the midportion of the implant as determined by sonography or compression radiography. The scalpel blade (or a 25-gauge needle) is advanced to the depth of the implant as determined by imaging to feel for the capsule. The vasectomy forceps is advanced along the same track until

the capsule can be grasped and elevated into the incision, freed from its fibrous sheath, and extracted.

Experienced clinicians agree that about half of difficult removals are due to improper placement.[38,116] With one- and two-implant systems, removals are easier, but careful insertion will remain the real secret to trouble-free removal.

### Reinsertion

A new implant can be inserted immediately through the same incision used to remove the old implant, or a new implant can be placed in the other arm.

### Reasons for Termination

Although implants are long-term methods (2 to 7 years), only approximately 30% of women continue Norplant for 5 years (although in some cultures 5-year continuation rates reach 65% to 70%). Discontinuation occurs at a rate of 10% to 15% yearly, about the same as for intrauterine contraception, but lower than for barrier or oral contraception.[13,54,101,117] Bothersome side effects, such as menstrual changes, headache, or weight change, are the primary reasons for termination of implant use.[4,92,118,119] Menstrual changes are the most common cause for discontinuation of implants in the first year of use. An unspoken concern for many patients and their partners is the fact that bleeding irregularity interferes with sexual interactions. Users who cannot tolerate these symptoms request removal in the first 2 years of use, whereas women who want another pregnancy, the most common personal reason for removal, are more likely to terminate use in the third or fourth year. Headache has been observed at a lower rate with Implanon compared with Norplant.[12]

### User Acceptance of Contraceptive Implants

Overall, interview surveys throughout the world have indicated that women perceive sustained-release methods as highly acceptable methods of contraception.[102,119-122] The most popular feature of implants is their ease of use. Approximately 20% of U.S. patients reported that friends and relatives notice their implants. This may be a greater problem in warmer climates with less encompassing clothing. Only 25% of the women who report that the implants were noticed were bothered by this attention.[4]

In the United States, the primary motivations for implant use have been problems with previous contraceptive methods and ease of implant use. Although fear of pain during implant insertion is a prominent source of anxiety for many women, the actual pain experienced does not match the expectations. The level of satisfaction has been high in self-motivated and well-informed users.[123] Teenagers provide an example of well-documented success. Their 1-year pregnancy rates are much lower and continuation rates much higher than that with oral contraceptives.[40,124-127] However, teenage discontinuation of the method due to side effects (especially irregular bleeding and weight gain) is more common with Norplant.[42] The lower





rate of irregular bleeding with Implanon contributes to higher patient acceptability, but irregular bleeding continues to be the major reason for discontinuation.[13,32,119]

### Counseling Women

Frank information about negative factors such as irregular bleeding will avoid surprise and disappointment and encourage women to continue use long enough to enjoy the positive attributes such as convenience, safety, and efficacy. Open discussion of side effects will lead to public and media awareness of the disadvantages as well as the advantages of these methods. Helping women decide if they are good candidates for use of implants before they invest too much time and money in long-acting contraception is a very important objective of good counseling.

Common patient questions regarding contraceptive implants are as follows:

- Is it effective?
- How is it inserted and removed; how long do these procedures take; does it hurt, and will it leave scars?
- Will the implants be visible under the skin?
- Will the implants be uncomfortable or restrict movement of the arm?
- Will the implants move in the body?
- Will the implants be damaged if they are touched or bumped?
- Will this contraceptive change sexual drive and enjoyment?
- What are the short- and long-term side effects?
- Are there any effects on future fertility?
- What do the implants look and feel like?
- What happens if pregnancy occurs during use?
- How long will it take for the method to be effective after insertion?
- Can a partner tell if this method is being used?

### Other Single-Rod Systems

Uniplant (also Surplant) is a single implant contraceptive, containing 55 mg nomegestrol acetate in a 4-cm silicone capsule with a 100 μg/d release rate. It provides contraception for 1 year.[128-130] A single silicone implant containing nestorone (Nestorone) is effective for 2 years; another version (Elcometrine) lasts 6 months.[2]

## References


1. **Edwards JE, Moore A,** Implanon: a review of clinical studies, Br J Fam Plann 24(Suppl):3, 1999.
2. **Meirik O, d'Arcangues C, for the WHO Consultation on Implantable Contraceptives for Women,** Implantable contraceptives for women, Hum Reprod Update 9:49, 2003.
3. **Kost K, Singh S, Vaughan B, Trussell J, Bankole A,** Estimates of contraceptive failure from the 2002 National Survey of Family Growth, Contraception 77:10, 2008.
4. **Darney PD, Elizabeth A, Tanner S, MacPherson S, Hellerstein S, Alvardo A,** Acceptance and perceptions of Norplant among users in San Francisco, USA, Stud Fam Plann 21:152, 1990.
5. **Sivin I, Lähteenmäki P, Ranta S, Darney P, Klaisle C, Wan L, Mishell DR Jr, Lacarra M, Viegas OAC, Bilhareus P, Koetsawang S, Piya-Anant M, Diaz S, Pavez M, Alvarez F, Brache V, LaGuardia K, Nash H, Stern J,** Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants, Contraception 55:81, 1997.
6. **Sivin I, Alvarez F, Mishell DR Jr, Darney P, Wan L, Brache V, Lacarra M, Klaisle C, Stern J,** Contraception with two levonorgestrel rod implants: a 5-year study in the United States and Dominican Republic, Contraception 58:275, 1998.
7. **Wan LS, Stiber A, Lam LY,** The levonorgestrel two-rod implant for long-acting contraception: 10 years of clinical experience, Obstet Gynecol 102:24, 2003.
8. **Shastri PV,** Toxicology of polymers for implant contraceptives in women, Contraception 65:9, 2002.
9. **Huber J, Wenzl R,** Pharmacokinetics of Implanon: an integrated analysis, Contraception 58(Suppl):85S, 1998.
10. **Egberg N, van Beek A, Gunnervik C, Hulkko S, Hirvonen E, Larsson-Cohn U, Bennink HC,** Effects on the hemostatic system and liver function in relation to Implanon® and Norplant®, Contraception 58:93, 1998.
11. **Affandi B,** An integrated analysis of vaginal bleeding patterns in clinical trials of Implanon®, Contraception 58:99S, 1998.
12. **Urbancsek J,** An integrated analysis of nonmenstrual adverse events with Implanon®, Contraception 58(Suppl):109S, 1998.
13. **Zheng S-R, Zheng H-M, Qian S-Z, Sang G-W, Kaper RF,** A randomized multicenter study comparing the efficacy and bleeding pattern of a single-rod (Implanon®) and a six-capsule (Norplant®) hormonal contraceptive implant, Contraception 60:1, 1999.
14. **Haukkamaa M,** Contraception by Norplant subdermal capsules is not reliable in epileptic patients on anticonvulsant treatment, Contraception 33:559, 1986.
15. **Sivin I,** International experience with Norplant and Norplant-2 contraceptives, Stud Fam Plann 19:81, 1988.
16. **Mäkäräinen L, van Beek A, Tuomivaara L, Asplund B, Coelingh Bennink H,** Ovarian function during the use of a single contraceptive implant: Implanon compared with Norplant, Fertil Steril 69:714, 1998.
17. **Brache V, Faundes A, Johansson E, Alvarez F,** Anovulation, inadequate luteal phase, and poor sperm penetration in cervical mucus during prolonged use of Norplant implants, Contraception 31:261, 1985.
18. **Dunson TR, Blumenthal PD, Alvarez F, Brache V, Cochon L, Dalberth B, Glover L, Remsburg R, Vu K, Katz D,** Timing of onset of contraceptive effectiveness in Norplant implant users. Part I. Changes in cervical mucus, Fertil Steril 69:258, 1998.
19. **Brache V, Alvarez-Sanchez P, Faundes A, Tejada AS, Cochon L,** Ovarian endocrine function through five years of continuous treatment with Norplant subdermal contraceptive implants, Contraception 41:169, 1990.
20. **Darney P, Patel A, Rosen K, Shapiro LS, Kaunitz AM,** Safety and efficacy of a single-rod etonogrestrel implant (Implanon): results from 11 international clinical trials, Fertil Steril 91:1646, 2009.
21. **Affandi B, Cekan S, Boonkasemanti R, Samil RS, Diczfalusy E,** The interaction between sex hormone binding globulin and levonorgestrel released from Norplant, an implantable contraceptive, Contraception 35:135, 1987.
22. **Alvarez F, Brache V, Tejada AS, Faundes A,** Abnormal endocrine profile among women with confirmed or presumed ovulation during long-term Norplant use, Contraception 33:111, 1986.
23. **Croxatto HB, Mäkäräinen L,** The pharmacodynamics and efficacy of Implanon®, Contraception 58:91S, 1998.
24. **Croxatto HB, Diaz S, Salvatierra AM, Morales P, Ebensperger C, Brandeis A,** Treatment with Norplant subdermal implants inhibits sperm penetration through cervical mucus in vitro, Contraception 36:193, 1987.
25. **Croxatto HB,** Mechanisms that explain the contraceptive action of progestin implants for women, Contraception 65:21, 2002.
26. **Segal SJ, Alvarez-Sanchez F, Brache V, Faundes A, Vilja P, Tuohimaa P,** Norplant implants: the mechanism of contraceptive action, Fertil Steril 56:273, 1991
27. **Shaaban MM, Salem HT, Abdullah KA,** Influence of levonorgestrel contraceptive implants, Norplant, initiated early postpartum, upon lactation and infant growth, Contraception 32:623, 1985.
28. **Diaz S, Herreros C, Juez G, Casado ME, Salvatierra AM, Miranda P, Peralta O, Croxatto HB,** Fertility regulation in nursing women: influence of Norplant levonorgestrel implants upon lactation and infant growth, Contraception 32:53, 1985.
29. **Reinprayoon D, Taneepanichskul S, Bunyavejchevin S, Thaithumyanon P, Punnahitananda S, Tosukhowong P, Machielsen C, van Beek A,** Effects of the etonogestrel-releasing contraceptive implant (Implanon) on parameters of breastfeeding compared to those of an intrauterine device, Contraception 62:239, 2000.
30. **Sivin I, Stern J, Diaz S, Pavez M, Alvarez F, Brache V, Mishell DR Jr, Lacarra M, McCarthy T, Holma P, Darney P, Klaisle C, Olsson S-E, Odlind V,** Rates and outcomes of planned pregnancy after use of Norplant capsules, Norplant II rods, or levonorgestrel-releasing or copper TCu 380Ag intrauterine contraceptive devices, Am J Obstet Gynecol 166:1208, 1992.
31. **Diaz S, Pavez M, Cardenas H, Croxatto HB,** Recovery of fertility and outcome of planned pregnancies after the removal of Norplant subdermal implants or copper-T IUDs, Contraception 35:569, 1987.
32. **Croxatto HB,** Clinical profile of Implanon: a single-rod etonogestrel contraceptive implant, Eur J Contracept Reprod Health Care 5(Suppl 2):21, 2000.
33. **Lockhat FB, Emembolu JO, Konje JC,** The evaluation of the effectiveness of an intrauterine-administered progestogen (levonorgestrel) in the symptomatic treatment of endometriosis and in the staging of the disease, Hum Reprod 19:179, 2004.
34. **Bahamondes L, Petta CA, Fernandes A, Monteiro I,** Use of the levonorgestrel-releasing intrauterine system in women with endometriosis, chronic pelvic pain and dysmenorrhea, Contraception 75:S134, 2007.
35. **Vercellini P, Frontino G, De Giorgi O, Aimi G, Zaina B, Crosignani PG,** Comparison of a levonorgestrel-releasing intrauterine device versus expectant management after conservative surgery for symptomatic endometriosis: a pilot study, Fertil Steril 80:305, 2003.
36. **Crosignani PG, Luciano A, Ray A, Bergqvist A,** Subcutaneous depot medroxyprogesterone acetate versus leuprolide acetate in the treatment of endometriosis-associated pain, Hum Reprod 21:248, 2006.
37. **Walch K, Unfried G, Huber J, Kurz C, van Trotsenburg M, Pernicka E, Wenzl R,** Implanon versus medroxyprogesterone acetate: effects on pain scores in patients with symptomatic endometriosis—a pilot study, Contraception 79:29, 2009.
38. **Dunson TR, Amatya RN, Krueger SL,** Complications and risk factors associated with the removal of Norplant implants, Obstet Gynecol 85:543, 1995.
39. **Brache V, Faundes A, Alvarez F, Cochon L,** Non-menstrual adverse events during use of implantable contraceptives for women: data from clinical trials, Contraception 65:63, 2002.
40. **Darney PD, Callegari LS, Swift A, Atkinson ES, Robert AM,** Condom practices of urban teens using Norplant contraceptive implants, oral contraceptives, and condoms for contraception, Am J Obstet Gynecol 180:929, 1999.

41. **Trussell J, Leveque JA, Koenig JD, London R, Borden S, Henneberry J, LaGuardia KD, Stewart F, Wilson TG, Wysocki S, Strauss M,** The economic value of contraception: a comparison of 15 methods, Am J Public Health 85:494, 1995.
42. **Berenson AB, Wiemann CM, Rickerr VI, McCombs SL,** Contraceptive outcomes among adolescents prescribed Norplant implants versus oral contraceptives after one year of use, Am J Obstet Gynecol 176:586, 1997.
43. **Zibners A, Cromer BA, Hayes J,** Comparison of continuation rates for hormonal contraception among adolescents, J Pediatr Adolesc Gynecol 12:90, 1999.
44. **Trussell J, Vaughan B,** Contraceptive failure, method-related discontinuation and resumption of use: results from the 1995 National Survey of Family Growth, Fam Plann Perspect 31:64, 1999.
45. **Fu H, Darroch JE, Haas T, Ranjit N,** Contraceptive failure rates: new estimates from the 1995 National Survey of Family Growth, Fam Plann Perspect 31:58, 1999.
46. **Affandi B, Korver T, Geurts TB, Coelingh Bennink JH,** A pilot efficacy study with a single-rod contraceptive implant (Implanon) in 200 Indonesian women treated for < or = 4 years, Contraception 59:167, 1999.
47. **Croxatto HB, Urbancsek J, Massai R, Coelingh Bennink H, van Beek A,** A multicentre efficacy and safety study of the single contraceptive implant Implanon. Implanon Study Group, Hum Reprod 14:976, 1999.
48. **Harrison-Woolrych M, Hill R,** Unintended pregnancies with the etonogestrel implant (Implanon): a case series from post-marketing experience in Australia, Contraception 71:306, 2005.
49. **Brache V, Blumenthal PD, Alvarez F, Dunson TR, Cochon L, Faundes A,** Timing of onset of contraceptive effectiveness in Norplant® implant users. II. Effect on the ovarian function in the first cycle of use, Contraception 59:245, 1999.
50. **Centers for Disease Control and Prevention,** Ectopic pregnancy—United States, 1988–1989, MMWR 41:591, 1992.
51. **Franks AL, Beral V, Cates W Jr, Hogue CJ,** Contraception and ectopic pregnancy risk, Am J Obstet Gynecol 163:1120, 1990.
52. **Sivin I, Alvarez-Sanchez F, Diaz S, Holma P, Coutinho E, McDonald O, Robertson DN, Stern J,** Three-year experience with Norplant subdermal contraception, Fertil Steril 39:799, 1983.
53. **Shoupe D, Mishell DR Jr, Bopp B, Fiedling M,** The significance of bleeding patterns in Norplant implant users, Obstet Gynecol 77:256, 1991.
54. **Sivin I, Diaz S, Holma P, Alvarez-Sanchez F, Robertson DN,** A four-year clinical study of Norplant implants, Stud Fam Plann 14:184, 1983.
55. **Runic R, Schatz F, Krey L, Demopoulos R, Thung S, Wan L, Lockwood CJ,** Alterations in endometrial stromal cell tissue factor protein and messenger ribonucleic acid expression in patients experiencing abnormal uterine bleeding while using Norplant-2 contraception, J Clin Endocrinol Metab 82:1983, 1997.
56. **Hickey M, Simbar M, Young L, Markham R, Russell P, Fraser IS,** A longitudinal study of changes in endometrial microvascular density in Norplant® implant users, Contraception 59:123, 1999.
57. **Mascarenhas L, van Beek A, Bennink H, Newton J,** A 2-year comparative study of endometrial histology and cervical cytology of contraceptive implant users in Birmingham, UK, Hum Reprod 13:3057, 1998.
58. **Nilsson C, Holma P,** Menstrual blood loss with contraceptive subdermal levonorgestrel implants, Fertil Steril 35:304, 1981.
59. **Fakeye O, Balogh S,** Effect of Norplant contraceptive use on hemoglobin, packed cell volume, and menstrual bleeding patterns, Contraception 39:265, 1989.
60. **Fraser IS, Weisberg E, Minehan E, Johansson ED,** A detailed analysis of menstrual blood loss in women using Norplant® and Nestorone® progestin-only contraceptive implants or vaginal rings, Contraception 61:241, 2000.
61. **International Collaborative Post-Marketing Surveillance of Norplant,** Post-marketing surveillance of Norplant® contraceptive implants: I. Contraceptive efficacy and reproductive health, Contraception 63:167, 2001.
62. **Abdel-Aleem H, d'Arcangues C, Vogelsong KK, Gülmezoglu AM,** Treatment of vaginal bleeding irregularities induced by progestin only contraceptives, Cochrane Database Syst Rev CD003449:DOI:10.1002/14651858. CD003449.pub3, 2007.
63. **Diaz S, Croxatto HB, Pavez M, Belhadj H, Stern J, Sivin I,** Clinical assessment of treatments for prolonged bleeding in users of Norplant implants, Contraception 42:97, 1990.
64. **Kaewrudee S, Taneepanichskul S, Jaisamraun U, Reinprayoon D,** The effect of mefenamic acid on controlling irregular uterine bleeding secondary to Norplant® use, Contraception 60:25, 1999.
65. **Alvarez-Sanchez F, Brache V, Thevenin F, Cochon L, Faundes A,** Hormonal treatment for bleeding irregularities in Norplant implant users, Am J Obstet Gynecol 174:919, 1996.
66. **Shaaban MM, Elwan SI, El-Sharkawy MM, Farghaly AS,** Effect of subdermal lenonorgestrel contraceptive implants, Norplant, on liver functions, Contraception 30:407, 1984.
67. **Singh K, Viegas OAC, Liew D, Singh P, Ratnam SS,** Two-year follow-up of changes in clinical chemistry in Singaporean Norplant acceptors: metabolic changes, Contraception 39:129, 1989.
68. **Shaaban MM, Elwan SI, El-Kabsh MY, Farghaly SA, Thabet N,** Effect of levonorgestrel contraceptive implants, Norplant, on bleeding and coagulation, Contraception 30:421, 1984.
69. **Singh K, Viegas OAC, Koh SCL, Ratnam SS,** Effect of long-term use of Norplant implants on haemostatic function, Contraception 45:203, 1992.
70. **Viegas OAC, Koh SLC, Ratnam SS,** The effects of reformulated 2-rod Norplant implant on haemostasis after three years, Contraception 54:219, 1996.
71. **Croxatto HB, Diaz S, Robertson D, Pavez M,** Clinical chemistries in women treated with levonorgestrel implant (Norplant) or a TCu 200 IUD, Contraception 27:281, 1983.
72. **Abdulla K, Elwan SI, Salem HS, Shaaban MM,** Effect of early postpartum use of the contraceptive implants, Norplant, on the serum levels of immunoglobulin of the mothers and their breastfed infants, Contraception 32:261, 1985.
73. **Bayad M, Ibrahim I, Fayad M, Hassanein AA, Hafez ES, Abdalla MI,** Serum cortisol in women users of subdermal levonorgestrel implants, Contracept Deliv Syst 4:133, 1983.
74. **Roy S, Mishell DR Jr, Robertson D, Krauss RM, Lacarra M, Duda MJ,** Long-term reversible contraception with levonorgestrel-releasing Silastic rods, Am J Obstet Gynecol 148:1006, 1984.
75. **Otubu JAM, Towobola OA, Aisien AO, Ogunkeye OO,** Effects of Norplant contraceptive subdermal implants on serum lipids and lipoproteins, Contraception 47:149, 1993.
76. **Konje JC, Otolorin EO, Ladipo OA,** Changes in carbohydrate metabolism during 30 months on Norplant, Contraception 44:163, 1991.
77. **Koopersmith TB, Lobo RA,** Insulin sensitivity is unaltered by the use of the Norplant subdermal implant contraceptive, Contraception 51:197, 1995.
78. **Harper MA, Meis PJ, Steele L,** A prospective study of insulin sensitivity and glucose metabolism in women using a continuous subdermal levonorgestrel implant system, J Soc Gynecol Invest 4:86, 1997.
79. **Meirik O, Farley TMM, Sivin I, for the International Collaborative Post-Marketing Surveillance of Norplant,** Safety and efficacy of levonorgestrel implant, intrauterine device, and sterilization, Am J Obstet Gynecol 97:539, 2001.
80. **Suherman SK, Affandi B, Korver T,** The effects of Implanon on lipid metabolism in comparison with Norplant, Contraception 60:281, 1999.
81. **Mascarenhas L, van Beek A, Bennink H, Newton J,** Twenty-four month comparison of apolipoproteins A-1, A-II and B in contraceptive implant users (Norplant and Implanon) in Birmingham, United Kingdom, Contraception 58:215, 1998.
82. **Biswas A, Viegas OA, Bennink HJ, Korver T, Ratnam SS,** Effect of Implanon use on selected parameters of thyroid and adrenal function, Contraception 62:247, 2000.
83. **Biswas A, Viegas OA, Coeling Bennink HJ, Korver T, Ratnam SS,** Implanon contraceptive implants: effects on

carbohydrate metabolism, Contraception 63:137, 2001.

84. **Biswas A, Viegas OA, Roy AC,** Effect of Implanon and Norplant subdermal contraceptive implants on serum lipids—a randomized comparative study, Contraception 68:189, 2003.
85. **Dorflinger L,** Metabolic effects of implantable steroid contraceptives for women, Contraception 65:47, 2002.
86. **Cromer BA, Blair JM, Mahan JD, Zibners L, Naumovski Z,** A prospective comparison of bone density in adolescent girls receiving depot medroxyprogesterone acetate (Depo-Provera), levonorgestrel (Norplant), or oral contraceptives, J Pediatr 129:671, 1996.
87. **Beerthuizen R, van Beek A, Massai R, Mäkäräinen L, Hout J, Bennink HJ,** Bone mineral density during long-term use of the progestagen contraceptive implant Implanon compared to a non-hormonal method of contraception, Hum Reprod 15:118, 2000.
88. **Naessen T, Olsson SE, Gudmundson J,** Differential effects on bone density of progestogen-only methods for contraception in premenopausal women, Contraception 52:35, 1995.
89. **Di X, Li Y, Zhang C, Jiang J, Gu S,** Effects of levonorgestrel-releasing subdermal contraceptive implants on bone density and bone metabolism, Contraception 60:161, 1999.
90. **Petitti DB, Piaggio G, Mehta S, Cravioto MC, Meirik O, for the WHO Study of Hormonal Contraception and Bone Health,** Steroid hormone contraception and bone mineral density: a cross-sectional study in an international population, Obstet Gynecol 95:736, 2000.
91. **International Collaborative Post-Marketing Surveillance of Norplant,** Post-marketing surveillance of Norplant® contraceptive implants: II. Non-reproductive health, Contraception 63:187, 2001.
92. **Gu S, Du M, Zhang L, Liu YL, Wang SH, Sivin I,** A 5-year evaluation of Norplant contraceptive implants in China, Obstet Gynecol 83:673, 1994.
93. **Westhoff C, Truman C, Kalmuss D, Cushman L, Rulin M, Heartwell S, Davidson A,** Depressive symptoms and Norplant® contraceptive implants, Contraception 57:241, 1998.
94. **Wysowski DK, Green L,** Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System, Obstet Gynecol 85:538, 1995.
95. **Fraser IS, Tiitinen A, Affandi B, Brache V, Croxatto HB, Diaz S, Ginsburg J, Gu S, Holma P, Johansson E, Meirik O, Mishell DR Jr, Nash HA, von Schoultz B, Sivin I,** Norplant® consensus statement and background review, Contraception 57:1, 1998.
96. **Pasquale SA, Knuppel RA, Owens AG, Bachmann GA,** Irregular bleeding, body mass index and coital frequency in Norplant contraceptive users, Contraception 50:109, 1994.
97. **Faundes A, Brache V, Tejada AS, Cochon L, Alvarez-Sanchez F,** Ovulatory dysfunction during continuous administration of low-dose levonorgestrel by subdermal implants, Fertil Steril 56:27, 1991.
98. **Darney PD, Taylor RN, Klaisle C, Bottles K, Zaloudek C,** Serum concentrations of estradiol, progesterone, and levonorgestrel are not determinants of endometrial histology or abnormal bleeding in long-term Norplant implant users, Contraception 53:97, 1996.
99. **Strom BL, Berlin JA, Weber AL, Norman SA, Bernstein L, Burkman RT, Daling JR, Deapen D, Folger SG, Malone KE, Marchbanks PA, Simon MS, Ursin G, Weiss LK, Spirtas R,** Absence of an effect of injectable and implantable progestin-only contraceptives on subsequent risk of breast cancer, Contraception 69:353, 2004.
100. **Phemister DA, Lauarent S, Harrison FNH Jr,** Use of Norplant contraceptive implants in the immediate postpartum period: safety and tolerance, Am J Obstet Gynecol 172:175, 1995.
101. **Darney PD, Klaisle CM, Tanner S, Alvarado AM,** Sustained-release contraceptives, Curr Prob Obstet Gynecol Fertil 13:95, 1990.
102. **Zimmerman M, Haffey J, Crane E, Szumowski D, Alvarez F, Bhiromrut P, Brache V, Lubis F, Salah M, Shaaban MM, Shawly B, Sidilp S,** Assessing the acceptability of Norplant implants in four countries: findings from focus group research, Stud Fam Plann 21:92, 1990.
103. **Mascarenhas L,** Insertion and removal of Implanon: practical considerations, Eur J Contracept Reprod Health Care 5(Suppl 2):29, 2000.
104. **Lantz A, Nosher JL, Pasquale S, Siegel RL,** Ultrasound characteristics of subdermally implanted Implanon contraceptive rods, Contraception 56:323, 1997.
105. **Merki-Feld GS, Brekenfeld C, Migge B, Keller P,** Nonpalpable ultrasonographically not detectable Implanon rods can be localized by magnetic resonance imaging, Contraception 63:325, 2001.
106. **Zieman M, Klaisle C, Walker D, Bahisteri E, Darney P,** Fingers versus instruments for removing levonorgestrel contraceptive implants (Norplant), J Gynecol Tech 3:213, 1997.
107. **Bromham DR, Davey A, Gaffikin L, Ajello CA,** Materials, methods and results of the Norplant training program, Br J Fam Plann 10:256, 1995.
108. **Levine JP, Sinofsky FE, Christ MF,** Assessment of Implanon insertion and removal, Contraception 78:409, 2008.
109. **Klavon SL, Grubb G,** Insertion site complications during the first year of Norplant use, Contraception 41:27, 1990.
110. **Nelson AL,** Neutralizing pH of lidocaine reduces pain during Norplant system insertion procedures, Contraception 51:299, 1995.
111. **Ismail H, Mansour D, Singh M,** Migration of Implanon, J Fam Plann Reprod Health Care 32:157, 2006.
112. **Blain S, Oloto E, Meyrick I, Bromham D,** Skin reactions following Norplant® insertion and removal—possible causative factors, Br J Fam Plann 21:130, 1996.
113. **Darney PD, Klaisle CM, Walker DM,** The pop-out method of Norplant removal, Adv Contraception 8:188, 1992.
114. **Glauser SJ, Scharling ES, Stovall TG, Zagoria RJ,** Ultrasonography: usefulness in localization of the Norplant contraceptive implant system, J Ultrasound Med 14:411, 1995.
115. **Praptohardjo U, Wibowo S,** The "U" technique: a new method for Norplant implants removal, Contraception 48:526, 1993.
116. **Frank ML, Ditmore JR, Ilegbodu AE, Bateman L, Poindexter AN III,** Characteristics and experiences of American women electing for early removal of contraceptive implants, Contraception 52:159, 1995.
117. **Smith A, Reuter S,** An assessment of the use of Implanon in three community services, J Fam Plann Reprod Health Care 28:193, 2002.
118. **Gu S, Sivin I, Du M, Zhang L, Ying-Lin L, Meng F, Wu S, Wang P, Gao Y, He X, Qi L, Chen C, Liu Y, Wang D,** Effectiveness of Norplant implants through seven years: a large-scale study in China, Contraception 52:99, 1995.
119. **Reuter S, Smith A,** Implanon: user views in the first year across three family planning services in the Trent Region, UK, Eur J Contracept Reprod Health Care 8:27, 2003.
120. **Salah M, Ahmed A, Abo-Eloyoun M, Shaaban MM,** Five year experience with Norplant implants in Assiut, Egypt, Contraception 35:543, 1987.
121. **Bashayake S, Thapa S, Balogh A,** Evaluation of safety, efficacy, and acceptability of Norplant implants in Sri Lanka, Stud Fam Plann 19:39, 1988.
122. **Dugoff L, Jones OW III, Allen-Davis J, Hurst BS, Schlaff WD,** Assessing the acceptability of Norplant contraceptive in four patient populations, Contraception 52:45, 1995.
123. **Sivin I, Mishell DR Jr, Darney P, Wan L, Christ M,** Levonorgestrel capsule implants in the United States: a 5-year study, Obstet Gynecol 92:337, 1998.
124. **Cromer BA, Smith RD, Blair JM, Dwyer J, Brown RT,** A prospective study of adolescents who choose among levonorgestrel implant (Norplant), medroxyprogesterone acetate (Depo-Provera), or the combined oral contraceptive pill as contraception, Pediatrics 94:687, 1994.
125. **Cullins VE, Remsburg RE, Blumenthal PD, Huggins GR,** Comparison of adolescent and adult experience with Norplant levonorgestrel contraceptive implants, Obstet Gynecol 83:1026, 1994.
126. **Polaneczky M, Slap G, Forke C, Rappaport A, Sondheimer S,** The use of levonorgestrel implants (Norplant) for contraception in adolescent mothers, N Engl J Med 331:1201, 1994.

127. **Berenson AB, Wiemann CM,** Use of levonorgestrel implants versus oral contraceptives in adolescence: a case-control study, Am J Obstet Gynecol 172:1128, 1995.
128. **Coutinho EM,** One year contraception with a single subdermal implant containing nomegestrel acetate (Uniplant), Contraception 47:94, 1993.
129. **Haukkamaa M, Laurikka-Routti M, Heikinheimo O, Moo-Young A,** Contraception with subdermal implants releasing the progestin ST-1435: a dose-finding study, Contraception 45:49, 1992.
130. **Diaz S, Schiappacasse V, Pavez M, Zepeda A, Moo-Young AJ, Brandeis A, Lahteenmaki P, Croxatto HB,** Clinical trial with Nestorone subdermal contraceptive implants, Contraception 51:33, 1995.




# Injectable Contraception

Depot-medroxyprogesterone acetate (Depo-Provera) is the most thoroughly studied progestin-only contraceptive. Although its approval for contraception in the United States is relatively recent (1992), it has been available in some countries since the mid-1960s. Much of our knowledge of the safety, efficacy, and acceptability of long-acting hormonal contraception comes from Indonesia, Sri Lanka, Thailand, and Mexico where depot-medroxyprogesterone acetate has been used and studied for decades. The long-delayed approval as a contraceptive in the United States was based on political and economic considerations, not scientific ones.[1]

Depot-medroxyprogesterone acetate is formulated as microcrystals, suspended in an aqueous solution. The correct dose for contraceptive purposes is 150 mg intramuscularly (gluteal or deltoid) every 3 months. A comparative trial established that the 100-mg dose is significantly less effective.[2] The contraceptive level is maintained for at least 14 weeks, providing a safety margin for one of the most effective contraceptives available, about one pregnancy per 100 women after 5 years of consistent use.[2,3]

A newer formulation allows the self-administration into a thigh or the abdomen of a subcutaneous dose of 104 mg every 3 months.[4-6] Prefilled syringes contain 0.65 mL of an aqueous suspension of medroxyprogesterone acetate.

Depot-medroxyprogesterone acetate is not a "sustained-release" system; it relies on higher peaks of progestin to inhibit ovulation and thicken cervical mucus. The difference between serum levels of progestins in a sustained-release system like Implanon and a depot system like depot-medroxyprogesterone acetate is illustrated in the diagram.

Other widely used injectables are norethindrone enanthate, 200 mg every 2 months, and the monthly injectables, Lunelle (25 mg medroxyprogesterone acetate and 5 mg estradiol cypionate) and Mesigyna (50 mg norethindrone enanthate and 5 mg estradiol valerate).

**Zhou HB, Zhang SF, Zhu LL, Ye BL, Zhang JH, Ma FL, Jiang BY, Zhou ZQ, Dong QH, Shenm HC, Liu YX, Shao JY, Wang SX, Ming HD, Zhu ZR, Cheng HZ, Chen SH, Yu HY, Zhang ZY, Qing YN, Wang XY, Hall PE, d'Arcangues C, Snow RC,** A multicentred phase III comparative clinical trial of Mesigyna, Cyclofem, and injectable no. 1 given monthly by intramuscular injection to Chinese women. I. Contraceptive efficacy and side effects, Contraception 51:167, 1995.

141. **Martínez GH, Castañeda A, Correa JE,** Vaginal bleeding patterns in users of Perlutal*, a once-a-month injectable contraceptive consisting of 10 mg estradiol enanthate combined with 150 mg dihydroxyprogesterone acetophenide: a trial of 5462 woman-months, Contraception 58:21, 1998.

142. **Coutinho EM, Spinola P, Barbosa I, Gatto M, Tomaz G, Morais K, Yazlle ME, de Souza RN, Neto JSP, de Barros Leal W, Leal C, Hippolito SB, Abranches AD,** Multicenter, double-blind, comparative clinical study on the efficacy and acceptability of a monthly injectable contraceptive combination of 150 mg dihydroxyprogesterone acetophenide and 10 mg estradiol enanthate compared to a monthly injectable contraceptive combination of 90 mg dihydroxyprogesterone acetophenide and 6 mg estradiol enanthate, Contraception 55:175, 1997.





# Intrauterine Contraception

Intrauterine contraceptives are used by over 180 million women worldwide, but only about 3 million of these are American. The growing need for reversible contraception in the United States would be well served by increasing utilization of intrauterine contraception with the intrauterine device (the IUD). The efficacy of modern IUDs in actual use is superior to that of oral contraception. Problems with IUD use can be minimized to a very low rate of minor side effects with careful screening and technique. Unfortunately, clinicians in the United States still have limited intrauterine contraception knowledge and training.[1] We hope that American clinicians and patients will "rediscover" this excellent method of contraception.

## History

A frequently told, but not well-documented, story assigns the first use of IUDs to caravan drivers who allegedly used intrauterine stones to prevent pregnancies in their camels during long journeys.

The forerunners of the modern IUD were small stem pessaries used in the 1800s, small button-like structures that covered the opening of the cervix and were attached to stems extending into the cervical canal.[2] It is not certain whether these pessaries were used for contraception, but this seems to have been intended. In 1902, a pessary that extended into the uterus was developed by Hollweg in Germany and used for contraception. This pessary was sold for self-insertion, but the hazard of infection was great, earning the condemnation of the medical community.

In 1909, Richter, in Germany, reported success with a silkworm catgut ring that had a nickel and bronze wire protruding through the cervix.[3] Shortly after, Pust combined Richter's ring with the old button-type pessary and replaced the wire with a catgut thread.[4] This IUD was used during World War I in Germany, although the German literature was quick to report infections with its insertion and use. In the 1920s, Gräfenberg removed the tail and pessary because he believed this was the cause of infection. He reported his experience in 1930, using rings made of coiled silver and gold and then steel.[5]




The Gräfenberg ring was short-lived, falling victim to Nazi political philosophy that was bitterly opposed to contraception. Gräfenberg was jailed, but later he managed to flee Germany, dying in New York City in 1955. He never received the recognition that was his just due.

The Gräfenberg ring was associated with a high rate of expulsion. This was solved by Ota in Japan who added a supportive structure to the center of his gold- or silver-plated ring in 1934.[6] Ota also fell victim to World War II politics (he was sent into exile), but his ring continued to be used.

The Gräfenberg and Ota rings were essentially forgotten by the rest of the world throughout World War II. An awareness of the explosion in population and its impact began to grow in the first 2 decades after World War II. In 1959, reports from Japan and Israel by Ishihama and Oppenheimer once again stirred interest in the rings.[7,8] The Oppenheimer report was in the *American Journal of Obstetrics and Gynecology*, and several American gynecologists were stimulated to use rings of silver or silk, and others to develop their own devices.

In the 1960s and 1970s, the IUD thrived. Techniques were modified and a plethora of types were introduced. The various devices developed in the 1960s were made of plastic (polyethylene) impregnated with barium sulfate so that they would be visible on an x-ray. The Margulies Coil, developed by Lazer Margulies in 1960 at Mt. Sinai Hospital in New York City, was the first plastic device with a memory, which allowed the use of an inserter and reconfiguration of the shape when it was expelled into the uterus. The Coil was a large device (sure to cause cramping and bleeding), and its hard plastic tail proved risky for the male partner.

In 1962, the Population Council, at the suggestion of Alan Guttmacher, who that year became president of the Planned Parenthood Federation of America, organized the first international conference on IUDs in New York City. It was at this conference that Jack Lippes of Buffalo presented experience with his device, which fortunately as we will see, had a single filament thread as a tail, the first IUD to use a tail to establish position and for easy removal. The Margulies Coil was rapidly replaced by the Lippes Loop. Acquired by the Ortho Pharmaceutical Corporation in 1966, it quickly became the most widely prescribed IUD in the United States in the 1970s. The Population Council acquired international rights for the Lippes Loop, and it became used by millions of women throughout the world.





A former World War II test pilot and engineer, Paul H. Bronnenkant, was making plastic parts for jukeboxes in his company, Hallmark Plastics, located next door to the Wurlitzer factory in Buffalo. Lippes' enlistment of Bronnenkant in 1959 to develop his polyethylene and barium sulfate loop was so successful that Bronnenkant became an energetic advocate of the Lippes Loop; he carried heavy metal molds throughout the Far East to establish local production. A succeeding company, Finishing Enterprises, directed by Bronnenkant's son, Lance Bronnenkant, was the original and is the continuing manufacturer of the TCu-380A since its U.S. approval in 1984. Beginning in 2004, an affiliate of Finishing Enterprises, FEI Women's Health, assumed responsibility for both the manufacturing and the marketing of the ParaGard TCu-380A IUD in the United States. In 2005, FEI Women's Health was acquired by Duramed Pharmaceuticals, a subsidiary of Barr Pharmaceuticals.

The 1962 conference also led to the organization of a program established by the Population Council, under the direction of Christopher Tietze, to evaluate IUDs, the Cooperative Statistical Program. The Ninth Progress Report in 1970 was a landmark comparison of efficacy and problems with the various IUDs in use.[9]

Many other devices came along, but, with the exception of the four sizes of Lippes Loops and the two Saf-T-Coils, they had limited use. Stainless steel devices incorporating springs were designed to compress for easy insertion, but the movement of these devices allowed them to embed in the uterus, making them too difficult to remove. The Majzlin Spring is a memorable example.

The Dalkon Shield was introduced in 1970. Within 3 years, a high incidence of pelvic infection was recognized. There is no doubt that the problems with the Dalkon Shield were due to defective construction, pointed out as early as 1975 by Tatum et al.[10] The multifilamented tail (hundreds of fibers enclosed in a plastic sheath) of the Dalkon Shield provided a pathway for bacteria to ascend protected from the barrier of cervical mucus.

Although sales were discontinued in 1975, a call for removal of all Dalkon Shields was not issued until the early 1980s. The large number of women with pelvic infections led to many lawsuits against the pharmaceutical company, ultimately causing its bankruptcy. Unfortunately, the Dalkon Shield problem tainted all IUDs, and for a long time, media and the public in the United States inappropriately regarded all IUDs in a single, generic fashion.

About the time of the introduction of the Dalkon Shield, the U.S. Senate conducted hearings on the safety of oral contraception. Young women who were discouraged from using oral contraceptives after these hearings turned to IUDs, principally the Dalkon Shield, which was promoted as suitable for nulliparous women. Changes in sexual behavior in the 1960s and 1970s, and failure to use protective contraception (condoms and oral contraceptives), led to an epidemic of sexually transmitted infections (STIs)

and pelvic inflammatory disease (PID) for which IUDs were held partially responsible.[11]

The first epidemiologic studies of the relationship between IUDs and PID used women who depended on oral contraception or barrier methods as controls, and who were, therefore, at reduced risk of PID compared with noncontraceptors and IUD users.[12,13] In addition, these first studies failed to control for the characteristics of sexual behavior that are now accepted as risk factors for PID (multiple partners, early age at first intercourse, and increased frequency of intercourse).[14] The Dalkon Shield magnified the risk attributed to IUDs because its high failure rate in young women who were already at risk of STIs led to septic spontaneous abortions and, in some cases, death.[15] Reports of these events led the American public to regard all IUDs as dangerous, including those that, unlike the Dalkon Shield, had undergone extensive clinical trials and postmarketing surveillance.

The 1980s saw the decline of IUD use in the United States as manufacturers discontinued marketing in response to the burden of litigation. Despite the fact that most of the lawsuits against the copper devices were won by the manufacturer, the cost of the defense combined with declining use affected the financial return. It should be emphasized that this action was the result of corporate business decisions related to concerns for profit and liability, not for medical or scientific reasons. It was not until 1988 that the IUD was returned to the U.S. market.

The reason for the decline in the United States was the consumer fear of IUD-related pelvic infection. The final blow to the IUD in the United States came in 1985 with the publication of two reports indicating that the use of IUDs was associated with tubal infertility.[16,17] Later, better controlled studies identified the Dalkon Shield as a high-risk device and failed to demonstrate an association between PID and other IUDs, except during the period shortly after insertion. Efforts to point out that the situation was different for the copper IUDs, and that, in fact, PID was not increased in women with a single sexual partner,[18] failed to prevent the withdrawal of IUDs from the American market and the negative reaction to IUDs by the American public. Ironically, the IUD declined in the country that developed the modern IUD.

The number of reproductive-aged women using the IUD in the United States decreased by two thirds from 1982 to 1988 and further decreased in 1995, from 7.1% to 2% to 0.8%, respectively.[19] Since 1995, the use of the IUD in the United States has climbed to 5%, reflecting the popularity of the levonorgestrel-releasing system.[20] In the rest of the world, the IUD is the most widely used method of reversible contraception; currently, more than 180 million women use the IUD, 16.5% of reproductive age women in developing countries and 9.4% in the developed world.[21]





**Use of the IUD in the United States and the World[19,21,22]**

| | USA | China | Total World |
|---|---|---|---|
| 1981 | 2.2 million women | 42 million | 60 million |
| 1988 | 0.7 million women | 59 million | 83 million |
| 1995 | 0.3 million women | 75 million | 106 million |
| 2007 | 0.7 million women | >115 million | >180 million |

## The Modern IUD

The addition of copper to the IUD was suggested by Jaime Zipper of Chile, whose experiments with metals indicated that copper acted locally on the endometrium.[23] Howard Tatum in the United States combined Zipper's suggestion with the development of the T-shape to diminish the uterine reaction to the structural frame and produced the copper-T. The first copper IUD had copper wire wound around the straight shaft of the T, the TCu-200 (200 mm² of exposed copper wire), also known as the Tatum-T.[24] Tatum's reasoning was that the T-shape would conform to the shape of the uterus in contrast to the other IUDs that required the uterus to conform to their shape. Furthermore, the copper IUDs could be much smaller than those of simple, inert plastic devices and still provide effective contraception. Studies indicate that copper exerts its effect before implantation of a fertilized ovum; it may be spermicidal, or it may diminish sperm motility or fertilizing capacity. The addition of copper to the IUD and reduction in the size and structure of the frame improved tolerance, resulting in fewer removals for pain and bleeding.

The Cu-7 with a copper wound stem was developed in 1971 and quickly became the most popular device in the United States. Both the Cu-7 and the Tatum-T were withdrawn from the U.S. market in 1986 by G. D. Searle and Company.

IUD development continued, however. More copper was added by Population Council investigators, leading to the TCu-380A (380 mm² of exposed copper surface area) with copper wound around the stem plus a copper sleeve on each horizontal arm.[25] The "A" in TCu-380A is for arms, indicating the importance of the copper sleeves. Making the copper solid and tubular increased effectiveness and the lifespan of the IUD. The TCu-380A has been in use in more than 30 countries since 1982, and, in 1988, it was marketed in the United States as the "ParaGard."

## Types of IUDs

### Unmedicated IUDs

The Lippes Loop, made of plastic (polyethylene) impregnated with barium sulfate, is still used throughout the world (except in the United States).

Case 1:17-mc-02767-PAE-JLC Document 98-62 Filed 03/02/18 Page 25 of 48



Flexible stainless steel rings were widely used in China but not elsewhere until 1994 when copper IUDs were mandated.[16,27]

### Copper IUDs

The first copper IUDs were wound with 200 to 250 mm² surface area of wire, and two of these are still available (except in the United States): the TCu-200 and the Multiload-250. The more modern copper IUDs contain more copper, and part of the copper is in the form of solid tubular sleeves, rather than wire, increasing efficacy and extending lifespan. This group of IUDs is represented in the United States by the TCu-380A (the ParaGard) and in the rest of the world by the TCu-220C, the Nova T, and the Multiload-375. The Sof-T is a copper IUD used only in Switzerland.








The TCu-380A is a T-shaped device with a polyethylene frame holding 380 mm² of exposed surface area of copper that provides contraception for at least 10 years. Although the data are sparse, wearing the TCu-380A for 20 years carries only a very small risk of pregnancy.[28] The pure electrolytic copper wire wound around the 36-mm stem weighs 176 mg, and copper sleeves on the horizontal arms weigh 66.5 mg. A polyethylene monofilament is tied through the 3 mm ball on the stem, providing two white threads for detection and removal. The ball at the bottom of the stem helps reduce the risk of cervical perforation. The IUD frame contains barium sulfate, making it radiopaque. The TCu-380Ag is identical to the TCu-380A, but the copper wire on the stem has a silver core to prevent fragmentation and extend the lifespan of the copper. The TCu-380 Slimline has the copper sleeves flush at the ends of the horizontal arms to facilitate easier loading and insertion. The performance of the TCu-380Ag and the TCu-380 Slimline is equal to that of the TCu-380A.[29,30]

The Multiload-375 has 375 mm² of copper wire wound around its stem. The flexible arms were designed to minimize expulsions. This is a popular device in many parts of the world. The Multiload-375 and the TCu-380A are similar in their efficacy and performance.[31]

The Nova T is similar to the TCu-200, containing 200 mm of copper; however, the Nova T has a silver core to the copper wire, flexible arms, and a large, flexible loop at the bottom to avoid injury to cervical tissue. There was some concern that the efficacy of the Nova T decreased after 3 years in World Health Organization (WHO) data; however, results from Finland and Scandinavia indicate low and stable pregnancy rates over 5 years of use.[31]

The CuSAFE-300 IUD has 300 mm² of copper in its vertical arm and a transverse arm with sharply bent ends that are adapted to the uterine cavity and help hold this IUD in the fundus. It is made from a more flexible plastic and is smaller than the world's two most popular IUDs, the TCu-380A and the Multiload-375. Pregnancy rates with the CuSAFE-300 are comparable to these two devices, but rates of removal for pain and bleeding are reported to be lower.[32]

### The Hormone-Releasing IUD

The LNG-IUS (levonorgestrel-releasing intrauterine system, Mirena), manufactured by Schering-Oy in Finland, releases in vitro 20 μg of levonorgestrel per day.[33] This T-shaped device has a collar attached to the vertical arm, which contains 52 mg levonorgestrel dispersed in polydimethylsiloxane and released initially at a rate of 20 μg/d in vivo, progressively declining (reaching half of the initial rate after 5 years). The levonorgestrel IUS is approved for 5 years, but lasts for 7 years, and perhaps up to 10 years, and reduces menstrual blood loss and pelvic infection rates.[34-36]

The levonorgestrel IUS is about as effective as endometrial ablation for the treatment of menorrhagia.[37,38] The local progestin effect directed to the endometrium can be utilized in patients on tamoxifen,[39] patients

with dysmenorrhea,[40] and in postmenopausal women receiving estrogen therapy.[41-46] A slightly smaller T-shaped device that releases 20 μg of levonorgestrel daily is called the Femilis LNG-IUS.[47]

Smaller devices releasing 5 or 10 μg levonorgestrel have been developed in Europe for use for at least 5 years in postmenopausal women.[45,48]

### Other IUDs

The Ombrelle-250 and Ombrelle-380, designed to be more flexible in order to reduce expulsion and side effects, have been marketed in France. A frameless IUD, the FlexiGard (also known as the Cu-Fix or the GyneFIX), invented by Dirk Wildemeersch in 1983 in Belgium, consists of six copper sleeves (330 $mm^2$ of copper) strung on a surgical nylon (polypropylene) thread that is knotted at one end. The knot is pushed into the myometrium during insertion with a notched needle that works like a miniature harpoon. Because it is frameless, it has a low rate of removal for bleeding or pain, but a more difficult insertion may yield a higher expulsion rate.[49,50] However, when inserted by experienced clinicians, the expulsion rate is very low, and the device is especially suited for nulligravid and nulliparous women.[51-53] This IUD is increasingly popular in Europe. A shorter system combined with a reservoir for the sustained release of 14 μg levonorgestrel per day (FibroPlant) is being tested for perimenopausal and postmenopausal use.[54,55] FibroPlant effectively treats endometrial hyperplasia and menorrhagia.[56,57]

## Mechanism of Action

The contraceptive action of all IUDs is mainly in the uterine cavity. Ovulation is not affected, and the IUD is not an abortifacient.[58-60] It is currently believed that the mechanism of action for IUDs is the production of an intrauterine environment that is spermicidal.

Nonmedicated IUDs depend for contraception on the general reaction of the uterus to a foreign body. It is believed that this reaction, a sterile inflammatory response, produces tissue injury of a minor degree but sufficient enough to be spermicidal. Very few, if any, sperm reach the ovum in the fallopian tube. Normally cleaving, fertilized ova cannot be obtained by tubal flushing in women with IUDs in contrast to noncontraceptors, indicating the failure of sperm to reach the ovum, and, thus, fertilization does not occur.[61] In women using copper IUDs, sensitive assays for human chorionic gonadotropin do not find evidence of fertilization.[62,63] This is consistent with the fact that the copper IUD protects against both intrauterine and ectopic pregnancies.

The copper IUD releases free copper and copper salts that have both a biochemical and morphologic impact on the endometrium and also produce alterations in cervical mucus and endometrial secretions. There is no measurable increase in the serum copper level. Copper has many specific actions, including the enhancement of prostaglandin





production and the inhibition of various endometrial enzymes. The copper IUD is associated with an inflammatory response, marked by production in the endometrium of cytokine peptides known to be cytotoxic.[64] An additional spermicidal effect probably takes place in the cervical mucus.

The progestin-releasing IUD adds the endometrial action of the progestin to the foreign body reaction. The endometrium becomes decidualized with atrophy of the glands.[65] The progestin IUD probably has two mechanisms of action: inhibition of implantation and inhibition of sperm capacitation, penetration, and survival. The levonorgestrel IUS produces serum concentrations of the progestin about half those of Norplant so that ovarian follicular development and ovulation are also partially inhibited; after the first year, cycles are ovulatory in 50% to 75% of women, regardless of their bleeding patterns.[66] Finally, the progestin IUD thickens the cervical mucus, creating a barrier to sperm penetration.

Following removal of IUDs, the normal intrauterine environment is rapidly restored. In large studies, there is no delay, regardless of duration of use, in achieving pregnancy at normal rates, which belies the assertion that IUD use is associated with infection leading to infertility.[67-70] There has been no significant difference in cumulative pregnancy rates between parous and nulliparous or nulligravid women.[69,70]

The levonorgestrel IUS may be associated with a slight increase in the formation of ovarian cysts, but they are asymptomatic and resolve spontaneously.[71] An increase in the risk of venous thrombosis has not been observed in users of the levonorgestrel IUS.[72]

## Noncontraceptive Benefits with the Levonorgestrel IUS

Because of the favorable impact of locally released progestin on the endometrium, the levonorgestrel IUS is very effective for the treatment of menorrhagia, more effective than the administration of oral progestins, steroid contraceptives, or inhibitors of prostaglandin synthesis, and compares favorably with surgical treatment (hysterectomy or endometrial ablation).[37,73-82]

The progestin IUD rapidly decreases dysmenorrhea and menstrual blood loss (about 40% to 50%); with the levonorgestrel IUS, bleeding over time can be reduced by 90% and about 30% to 40% of women become amenorrheic 1 year after insertion.[83-85] Average long-term hemoglobin and iron levels increase compared with preinsertion values.[86]

Bleeding is even reduced in the presence of leiomyomas.[87-91] There is some evidence that this IUD reduces the prevalence of myomas and the uterine volume in the presence of myomas.[47,85,91-93] Not all women with myomas respond favorably to the levonorgestrel IUS; this is usually because of the presence of submucosal myomas.[94] The levonorgestrel IUS also effectively reduces uterine volume and relieves dysmenorrhea secondary to adenomyosis.[95-97]

Women with hemostatic disorders, such as von Willebrand's disease, and women who are anticoagulated commonly have heavy menstrual bleeding. The insertion of the levonorgestrel IUS effectively reduces the amount of bleeding in many, but not all, of these patients, and there is a suggestion that with time the beneficial effect wanes and earlier replacement is necessary.[98–102]

In a randomized, 5-year trial comparing a copper IUD with the levonorgestrel IUS, pelvic infection was lower than the incidence in a general population with both devices, but the rate with the levonorgestrel IUS was significantly lower compared with the copper IUD.[103]

The levonorgestrel IUS has been used successfully to treat endometriosis, and especially pelvic pain and dysmenorrhea associated with endometriosis.[40,104–108] Results may even be better than with GnRH agonist treatment.[109] The advantages of levonorgestrel IUS treatment of endometriosis include many years of efficacy, fewer side effects, and contraception.

The levonorgestrel IUS effectively protects the endometrium against hyperplasia and polyps in women using tamoxifen or postmenopausal estrogen therapy.[39,41–45,110–112] In addition, this IUD can be used to treat endometrial hyperplasia.[57,113–117] Comparison studies indicate that the levonorgestrel IUS is as effective, and probably better than standard treatment with an oral progestin.[114,115,119] However, the persistence of atypia at biopsy follow-up after 6 months is an indication that regression is unlikely to occur.

Although the levonorgestrel IUD confidently provides good protection against endometrial hyperplasia, clinicians should maintain a high degree of suspicion of unusual bleeding (bleeding that occurs after a substantial period of amenorrhea) and aggressively assess the endometrium. At least two cases of endometrial adenocarcinoma have been identified in users of the levonorgestrel IUS.[120,121] As noted, however, many studies have documented protection against and even regression of endometrial hyperplasia.

Summary of noncontraceptive benefits with the levonorgestrel IUS

- Reduction of heavy menstrual bleeding and improvement of related anemia.
- Treatment of primary dysmenorrhea.
- Reduction of myoma prevalence as well as uterine volume and bleeding associated with myomas.
- Decrease in uterine volume and pain associated with adenomyosis.
- Reduction of menstrual bleeding in women with hemostatic disorders and in anticoagulated women.
- Protection against PID.
- Treatment of endometriosis and pain associated with endometriosis.
- Suppression of endometriosis.





- Protection against endometrial hyperplasia and polyps associated with postmenopausal estrogen therapy or tamoxifen treatment.
- Prevention of ectopic pregnancy.
- Reduction of endometrial cancer risk.

## Efficacy of IUDs

### Intrauterine Pregnancy

The TCu-380A is approved for use in the United States for 10 years. However, the TCu-380A has been demonstrated to maintain its efficacy over at least 12 years of use.[122] As previously noted, based on a small number of long-term users, wearing the TCu-380A for 20 years carries a very small risk of pregnancy.[28] The TCu-200 is approved for 4 years and the Nova T for 5 years. The levonorgestrel IUD can be used for at least 7 years and probably for 10 years.[41,123] The levonorgestrel device that releases 15 to 20 $\mu g$ levonorgestrel per day is as effective as the new copper IUDs that contain more than 250 $mm^2$ of copper surface area.[30,34,124,125]

The nonmedicated IUDs never have to be replaced. The deposition of calcium salts on the IUD can produce a structure that is irritating to the endometrium. If bleeding increases after a nonmedicated IUD has been in place for some time, it is worth replacing it. Some clinicians (as do we) recommend replacing all older IUDs with the new, more effective medicated IUDs.

**First-Year Clinical Trial Experience in Parous Women[126–128]**

| Device | Pregnancy Rate (%) | Expulsion Rate (%) | Removal Rate (%) |
|---|---|---|---|
| Lippes Loop | 3 | 12–20 | 12–15 |
| Cu-7 | 2–3 | 6 | 11 |
| TCu-200 | 3 | 8 | 11 |
| TCu-380A | 0.5–0.8 | 5 | 14 |
| Levonorgestrel IUS | 0.2 | 6 | 17 |

Considering all IUDs together, the actual use failure rate in the first year is approximately 3%, with a 10% expulsion rate and a 15% rate of removal, mainly for bleeding and pain. With increasing duration of use and increasing age, the failure rate decreases, as do removals for pain and bleeding. The performance of the TCu-380A in recent years, however, has proved to be superior to previous IUDs.

**Ten-Year Experience with ParaGard, TCu-380A**

| | Rate Per 100 Users Per Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Year | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Pregnancy | 0.7 | 0.3 | 0.6 | 0.2 | 0.3 | 0.2 | 0.0 | 0.4 | 0.0 | 0.0 |
| Expulsion | 5.7 | 2.5 | 1.6 | 1.2 | 0.3 | 0.0 | 0.6 | 1.7 | 0.2 | 0.4 |
| Bleeding/ pain removal | 11.9 | 9.8 | 7.0 | 3.5 | 3.7 | 2.7 | 3.0 | 2.5 | 2.2 | 3.7 |
| Medical removals | 2.5 | 2.1 | 1.6 | 1.7 | 0.1 | 0.3 | 1.0 | 0.4 | 0.7 | 0.3 |
| Continuation | 76.8 | 78.3 | 81.2 | 86.2 | 89.0 | 91.9 | 87.9 | 88.1 | 92.0 | 91.8 |
| Number starting each year | 4932 | 3149 | 2018 | 1121 | 872 | 621 | 563 | 483 | 423 | 325 |

Data from Population Council ($n = 3536$) and WHO ($n = 1396$) trials.

In careful studies, with attention to technique and participation by motivated patients, the failure rate with the TCu-380A and the other newer copper IUDs is less than 1 per 100 women per year.[36,126,129] The cumulative net pregnancy rate after 7 years of use is 1.5 per 100 woman-years, and after 12 years, only 1.9 per 100 women (not a single pregnancy was reported after 8 years of use).[122,130] In developing countries, the failure rate with IUDs is less than that with oral contraception.[131] Failure rates are slightly higher in younger (less than age 25), more fertile women.

Women use IUDs longer than other reversible methods of contraception. The IUD continuation rate is higher than that with oral contraception, condoms, or diaphragms. This may reflect the circumstances surrounding the choice of an IUD (older, parous women).

## Expulsion

Approximately 5% of patients spontaneously expel the TCu-380A within the first year. Women younger than age 20 have a higher expulsion rate than older women.[34,132] In a nulligravid, adolescent population, the cumulative expulsion rate with the levonorgestrel IUS was 8%.[133] This event can be associated with cramping, vaginal discharge, or uterine bleeding. However, in some cases, the only observable change is lengthening or absence of the IUD strings. Patients should be cautioned to request immediate attention if expulsion is suspected. A partially expelled IUD should be removed. If pregnancy or infection is not present, a new IUD can be inserted immediately (in this instance, antibiotic prophylaxis is recommended).[134]





## Ectopic Pregnancy

The previous use of an IUD does not increase the risk of a subsequent ectopic pregnancy.[78,135,136] The current use of an IUD offers some protection against ectopic pregnancy.[135–140] The largest study, a WHO multicenter study, concluded that IUD users were 50% less likely to have an ectopic pregnancy when compared with women using no contraception.[135] This protection is not as great as that achieved by inhibition of ovulation with oral contraception. Therefore, when an IUD user becomes pregnant, the pregnancy is more likely to be ectopic. However, the actual occurrence of an ectopic pregnancy in an IUD user is a rare event.

The lowest ectopic pregnancy rates are seen with the most effective IUDs, like the TCu-380A (90% less likely compared with noncontraceptors).[141] The rate is about one tenth of the ectopic pregnancy rate associated with the Lippes Loop or with devices with less copper such as the TCu-200.[141] The progesterone-releasing IUD (that is no longer produced) had a higher rate, probably because its action was limited to a local effect on the endometrium,[138] but the reported rate was based on very small numbers and may have been inaccurate. Very few ectopic pregnancies have been reported with the levonorgestrel IUS, presumably because it is associated with a partial suppression of gonadotropins with subsequent disruption of normal follicular growth and development and, in a significant number of cycles, inhibition of ovulation.[30,36,125,141,142]

The risk of ectopic pregnancy does not increase with increasing duration of use with the TCu-380A or the levonorgestrel IUS.[30,130] In a 7-year prospective study, not a single ectopic pregnancy was encountered with the levonorgestrel IUS, and in a 5-year study, only one.[30,103] In 8,000 woman-years of experience in randomized multicenter trials, there was only a single ectopic pregnancy reported with the TCu-380A (which is one tenth the rate with the Lippes Loop or TCu-200).[30] Therefore, the risk of ectopic pregnancy during the use of the copper IUD or the levonorgestrel IUS is much lower compared with noncontraceptive users; however, if pregnancy occurs, the likelihood of an ectopic pregnancy is high.[143]

The protection against ectopic pregnancy provided by the TCu-380A and the levonorgestrel IUS makes these IUDs acceptable choices for contraception in women with previous ectopic pregnancies

**Ectopic Pregnancy Rates Per 1,000 Woman-Years[141,144]**

| | |
|---|---|
| Noncontraceptive users, all ages | 3.00–4.50 |
| Levonorgestrel IUS | 0.20 |
| TCu-380A IUD | 0.20 |

## Side Effects

With effective patient screening and good insertion technique, the copper and levonorgestrel IUDs are not associated with an increased risk of infertility after their removal.[145] Even if IUDs are removed for problems, subsequent fertility rates are normal.[69,70,125]

The symptoms most often responsible for IUD discontinuation are increased uterine bleeding and increased menstrual pain. Within 1 year, 5% to 15% of women discontinue IUD use because of these problems. Smaller copper and progestin IUDs have reduced the incidence of pain and bleeding considerably, but a careful menstrual history is still important in helping a woman consider an IUD. Women with prolonged, heavy menstrual bleeding or significant dysmenorrhea may not be able to tolerate copper IUDs but may benefit from a progestin IUD.[83] Because bleeding and cramping are most severe in the first few months after IUD insertion, treatment with a nonsteroidal anti-inflammatory drug (NSAID, an inhibitor of prostaglandin synthesis) during the first several menstrual periods can reduce bleeding and cramping and help a patient through this difficult time. Even persistent heavy menses can be effectively treated with NSAIDs.[146] NSAID treatment should begin at the onset of menses and be maintained for 3 days. A copper IUD is available in China that also releases a small amount of indomethacin; this device is associated with markedly less bleeding.[147]

It is not unusual to have a few days of intermenstrual spotting or light bleeding. Although aggravating, this does not cause significant blood loss. Such bleeding deserves the usual evaluation for cervical or endometrial pathology. These changes can be objectionable for women who are prevented from having intercourse while bleeding.

Following insertion of a modern copper IUD, menstrual blood loss increases by about 55%, and this level of bleeding continues for the duration of IUD use.[148] This is associated with a slight (1 to 2 day) prolongation of menstruation. Over a year's time, this amount of blood loss does not result in changes indicative of iron deficiency (e.g., serum ferritin). With longer use, however, ferritin levels are lower, suggesting a depletion of iron stores.[149] Assessment for iron depletion and anemia should be considered in long-term users and in women susceptible to iron deficiency anemia. In populations with a high prevalence of anemia, these changes occur more rapidly, and iron supplementation is recommended.[150]

Because of a decidualizing, atrophic impact on the endometrium, amenorrhea can develop over time with the progestin-containing IUD. With the levonorgestrel IUS, 70% of patients are oligomenorrheic and 30% to 40% are amenorrheic within 2 years.[85,151] In a group of women who used the levonorgestrel IUS for more than 12 years, 60% were amenorrheic; 12% experienced infrequent, scanty bleeding; and 28% had regular but light bleeding.[86] For some women, the lack of periods is so disconcerting that they request removal. On the other hand, this effect on menstruation is manifested by an increase in blood hemoglobin levels.[50,126]





Sufficient progestin reaches the systemic circulation from the levonorgestrel-containing IUS so that androgenic side effects, such as acne and hirsutism, can occur; however, in one study no change could be detected in the circulating levels of sex hormone–binding globulin, and, therefore, marked clinical effects are unlikely.[152] Occasionally, a patient will experience facial, androgenic skin changes or breast tenderness. Spironolactone treatment is effective for androgenic reactions and can be titered down to the lowest successful dose. There are no significant metabolic effects, including changes in glucose, insulin sensitivity, and lipids.[153] In a large postmarketing survey, the incidence of breast cancer in users of the levonorgestrel system was equivalent to that in the general population.[154] The combination of the levonorgestrel system and estrogen therapy in postmenopausal women did not increase breast density.[155]

Some women report an increased vaginal discharge while wearing an IUD. This complaint deserves examination for the presence of vaginal or cervical infection. Treatment can be provided with the IUD remaining in place.

Long-term use of the IUD is associated with impressive safety and lack of side effects. In a 7-year prospective study, the use of either the copper IUD or the levonorgestrel IUS beyond 5 years led to no increase in pelvic infection, no increase in ectopic pregnancy rates, no increase in anemia, and no increase in abnormal Pap smears.[50] Duration of use does not affect pregnancy rates or outcome.

The presence of copper may yield some benefits. There are epidemiologic data indicating that both the copper IUD and the inert IUD reduce the risks of endometrial cancer and invasive cervical cancer.[156-161] Presumably, this protective effect is due to induced biochemical alterations that affect cellular responses.

The copper IUD is not affected by magnetic resonance imaging (MRI), and therefore, the copper IUD need not be removed before MRI, and neither patients nor workers need be excluded from MRIs or the MRI environment.[162,163]

## Infections

IUD-related bacterial infection is due to contamination of the endometrial cavity at the time of insertion. Mishell's classic study indicated that the uterus is routinely contaminated by bacteria at insertion.[164] Infections that occur 3 to 4 months after insertion are believed to be due to acquired STIs not the direct result of the IUD. The early, insertion-related infections, therefore, are polymicrobial, and are derived from the endogenous cervicovaginal flora, with a predominance of anaerobes.

A review of the WHO database derived from all of the WHO IUD clinical trials concluded that the risk of PID was six times higher during the 20 days after the insertion compared with later times during follow-up, but, most importantly, PID was extremely rare beyond the first 20 days after insertion.[165] In nearly 23,000 insertions, however, only 81 cases of PID were diagnosed, and a scarcity of PID was observed in those situations in which

STIs are rare. There was no statistically significant difference comparing the copper IUD to the inert Lippes Loop or progestin-containing IUD. However, evidence indicates that the levonorgestrel IUS may reduce pelvic infection rates.[35,103]

These data confirm earlier studies that the risk of infection with intrauterine contraception is highest immediately after insertion and that PID risk does not increase with long-term use.[15,18] The problem of infection can be minimized with careful screening and the use of aseptic technique. Even women with insulin-dependent diabetes mellitus do not have an increased risk for infection.[166,167]

Doxycycline (200 mg) or azithromycin (500 mg) administered orally 1 hour prior to insertion can provide protection against insertion-associated pelvic infection, but prophylactic antibiotics are of little benefit for women at low risk for STIs. Even women with Chlamydia infections at the time of insertion are unlikely to develop PID if the infection is treated with the IUD left in place after a positive culture is obtained.[168]

Compared with oral contraception, barrier methods, and hormonal IUDs, there is no reason to think that nonmedicated or copper IUDs can confer protection against STIs.[169] However, the LNG-IUS has been reported to be associated with a protective effect against pelvic infection, and the copper IUD is associated with lower titers of antichlamydial antibody.[35,103,170] In vitro, copper inhibits chlamydial growth in endometrial cells.[171] Thus, the association between IUD use and pelvic infection (and infertility) is now seriously questioned.[172] Women who use IUDs must be counseled to use condoms along with the IUD whenever they have intercourse with a partner who could be an STI carrier. Because sexual behavior is the most important modifier of the risk of infection, clinicians should ask prospective IUD users about numbers of partners, their partner's sexual practices, the frequency and age of onset of intercourse, and history of STIs.[173] Women at low risk are unlikely to have pelvic infections while using IUDs.[18] Women at high risk should be encouraged to also use condoms.

It is not certain that the IUD is inappropriate for women who are at increased risk of bacterial endocarditis (previous endocarditis, rheumatic heart disease, or the presence of prosthetic heart valves). The bacteriologic contamination of the uterine cavity at insertion is short-lived.[164] Four studies have attempted to document bacteremia during IUD insertion or removal.[174-177] Only one of the three could find blood culture evidence of bacteremia, and it was present transiently in only a few patients.[176] In our view, the IUD is acceptable for patients at risk of bacterial endocarditis, but antibiotic prophylaxis (amoxicillin 2 g) should be provided 1 hour before insertion or removal.

Asymptomatic IUD users whose cervical cultures show gonorrhea or chlamydia infection should be treated with the recommended drugs without removal of the IUD. If, however, there is evidence that an infection has ascended to the endometrium or fallopian tubes, treatment must be



instituted and the IUD removed promptly. Vaginal bacteriosis should be treated (metronidazole, 500 mg b.i.d. for 7 days), but the IUD need not be removed unless pelvic inflammation is present. There is no evidence that the prevalence of bacterial vaginosis is influenced by IUD use.[178]

For simple endometritis, in which uterine tenderness is the only physical finding, doxycycline (100 mg b.i.d. for 14 days) is adequate. If tubal infection is present, as evidenced by cervical motion tenderness, abdominal rebound tenderness, adnexal tenderness or masses, or elevated white blood count and sedimentation rate, parenteral treatment is indicated with removal of the IUD ***as soon as antibiotic serum levels are adequate.*** The previous presence of an IUD does not alter the treatment of PID. IUD-associated pelvic infection is more likely to be caused by non-STI organisms.[179]

*Appropriate outpatient management of less severe infections:*

Cefoxitin (2 g intramuscularly) plus probenecid (1 g orally), or
Ceftriaxone (250 mg IM) plus doxycycline (100 mg b.i.d. orally), for 14 days, or
Levofloxacin (500 mg orally) once daily for 14 days, or
Ofloxacin (400 mg orally) b.i.d. for 14 days.

*Severe infections require hospitalization and treatment with:*

Cefoxitin (2 g intravenous q.i.d.), or
Cefotetan (2 g intravenous b.i.d.)
Plus doxycycline (100 mg b.i.d. orally or intravenous)
Followed by 14 days of an oral regimen of antibiotics.

*The following is an alternative regimen:*

Clindamycin (900 mg intravenously t.i.d.), plus
Gentamicin (2 mg/kg intravenously or intramuscularly followed by 1.5 mg/kg t.i.d.), or
Ofloxacin (400 mg intravenously b.i.d.) or,
Levofloxacin (500 mg intravenously t.i.d.).

There was a suggestion (in cross-sectional studies) that IUD use increased the risk of human immunodeficiency virus (HIV) transmission from man to woman, especially when the IUD was inserted or removed during exposure to the infected man.[180,181] However, this is not a strong suggestion, because the risk with IUD use was ascertained compared with other contraceptive methods (which can protect against transmission), and the many and various influencing factors are difficult to adjust and control. In the only longitudinal study, no association was observed between IUD use and HIV acquisition by women.[182] In the only study reported, no evidence for female-to-male HIV transmission with IUD use was detected.[183] HIV-infected women who utilize IUDs for contraception *do not* have a greater incidence of complications (including PID), and genital shedding of HIV is not affected.[184-187]

Hepatitis C virus is believed to be transmitted with sexual contact. A cross-sectional study in Turkey indicated that IUD use by women

in stable, monogamous relationships did not increase the incidence of hepatitis C seropositivity.[188]

### *Actinomyces*

The significance of actinomycosis infection in IUD users is unclear. There are many reports of IUD users with unilateral pelvic abscesses containing Gram-positive, bacilli, *Actinomyces*.[189-191] However, *Actinomyces*, part of the normal flora in the gastrointestinal tract, are found in Pap smears of up to 30% of plastic IUD wearers when cytologists take special care to look for the organisms.[191] The rate is much lower (<1%) with copper devices and the LNG-IUS and increases with duration of use.[189,190,192-194] Furthermore, *Actinomyces* are sometimes present in the normal vagina.[195] The clinician must decide whether to remove the IUD and treat the patient, treat with the IUD in place, or simply remove the IUD. These patients are almost always asymptomatic and without clinical signs of infection. If uterine tenderness or a pelvic mass is present, the IUD should always be removed after the initiation of treatment with oral penicillin G, 500 mg q.i.d., that should continue for a month. Alternative antibiotic regimens include tetracycline 500 mg q.i.d.; doxycycline 100 mg b.i.d.; amoxicillin/clavulanate 500 mg b.i.d. If *Actinomyces* are present on the Pap smear of an asymptomatic, well woman, in our view, it is not necessary to administer antibiotic treatment or to remove the IUD. Although it has been recommended that the IUD should be removed in this instance and replaced when a repeat Pap smear is negative, there is no evidence to support this recommendation. If the patient is due for IUD replacement, the IUD can be removed and a new one immediately inserted with no adverse effects.[196] Another anaerobic, Gram-positive rod, *Eubacterium nodatum*, resembles *Actinomyces* and has also been reported to be associated with colonization of an IUD.[197] *E. nodatum* can be mistaken for *Actinomyces* on Pap smears. Our recommendations can be applied to both *E. nodatum* and *Actinomyces*.

## Pregnancy with an IUD In Situ

### Spontaneous Miscarriage

Spontaneous miscarriage occurs more frequently among women who become pregnant with IUDs in place, a rate of approximately 40% to 50%. Because of this high rate of spontaneous miscarriage, IUDs should always be removed if pregnancy is diagnosed and the string is visible. Use of instruments inside the uterus should be avoided if the pregnancy is desired, unless sonographic guidance can help avoid rupture of the membranes.[198] After removal of an IUD with visible strings, the spontaneous miscarriage rate is approximately 30%.[199,200] Combining ultrasonography guidance with carbon dioxide hysteroscopy, an IUD with a missing tail can be identified and removed during early pregnancy.[201] If the IUD is easily removed without trauma or expelled during the first trimester, the risk of spontaneous miscarriage is not increased.[202,203]





### Septic Abortion

In the past, if the IUD could not be easily removed from a pregnant uterus, the patient was offered induced abortion because it was believed that the risk of life-threatening septic, spontaneous miscarriage in the second trimester was increased 20-fold if the pregnancy continued with the IUD in utero. However, this belief was derived from experiences with the Dalkon Shield. There is no evidence that there is an increased risk of septic abortion if pregnancy occurs with an IUD in place other than the Shield.[203,204] There were no deaths in the United States from 1977 to 1993 among women pregnant with an IUD.[205]

If a patient plans to terminate a pregnancy that has occurred with an IUD in place, the IUD should be removed immediately. If there is no evidence of infection, the IUD can safely be removed in a clinic or office.

If an IUD is in an infected, pregnant uterus, removal of the device should be undertaken only after antibiotic therapy has been initiated, and equipment for cardiovascular support and resuscitation is immediately available. These precautions are necessary because removal of an IUD from an infected, pregnant uterus can lead to septic shock.

### Congenital Anomalies

There is no evidence that exposure of a fetus to medicated IUDs is harmful. The risk of congenital anomalies is not increased among infants born to women who become pregnant with an IUD in place.[203,206] A case-control study did not find an increased incidence of IUD use in pregnancies resulting in limb-reduction deformities.[207]

### Preterm Labor and Birth

The incidence of preterm labor and delivery is increased approximately 4-fold when an IUD is left in place during pregnancy.[203,208-210]

### Other Complications

Obstetrical complications at delivery (e.g., hemorrhage, stillbirth, and difficulties with placenta removal) have been reported only with the Dalkon Shield in situ.

## IUD Insertion

### Patient Selection

Patient selection for successful IUD use requires attention to menstrual history and the risk for STIs. Age and parity are not the critical factors in selection; the risk factors for STIs are the most important consideration. Women who have multiple sexual partners, whose partners have multiple partners, who are drug or alcohol dependent, and who are not in a stable sexual relationship are at greater risk of pelvic infection at the time of IUD insertion and at greater risk of acquiring a STI after IUD insertion.[14-15] It

Case 1:17-mc-02767-PAE-JLC Document 98-62 Filed 03/02/18 Page 32 of 48



would be appropriate for these women to use condoms for STI protection and an IUD for effective contraception. Current, recent, or recurrent PID is a contraindication for IUD use. Hormonal and barrier methods are better choices for these women. Nulliparous and nulligravid women can safely use the IUD if both sexual partners are monogamous. In a national U.S. survey, only 13% of adults had more than one sexual partner in the previous year.[211] Most women are good candidates for the IUD. The LNG-IUS performs as well as oral contraceptives when used by young nulliparous women.[212] Complications, including expulsion and perforation, are no different comparing parous and nulliparous IUD users.[213]

Patients with heavy menstrual periods should be cautioned regarding the increase in menstrual bleeding associated with the copper IUD. Women who are anticoagulated or have a bleeding disorder are obviously not good candidates for the copper IUD, but they might benefit from the progestin IUD.

There are other conditions that can compromise success. Women who have abnormalities of uterine anatomy (bicornuate uterus, submucous myoma, cervical stenosis) may not accommodate an IUD. The IUD is not a good choice when the uterine cavity is distorted by leiomyomas. According to conventional wisdom, the few individuals who have allergies to copper or have Wilson's disease (a prevalence of about 1 in 200,000) should not use copper IUDs; however, no cases of difficulty have ever been recorded and it is doubtful, considering the low exposure to copper, that there would be a problem. The amount of copper released into the circulation per day is less than that consumed in a normal diet.[214] Nevertheless, barrier methods or long-acting progestin-only methods are recommended for individuals with Wilson's disease.[215]

Immunosuppressed patients should not use IUDs. Patients at risk for endocarditis should be treated with prophylactic antibiotics at insertion and removal. In our view, cervical dysplasia does not preclude IUD insertion or continued use.

Because many older women have diabetes mellitus, it is worth emphasizing that no increase in adverse events has been observed with copper IUD use in women with either insulin-dependent or non–insulin-dependent diabetes.[166,167,216] Indeed, the IUD can be an ideal choice for a woman with diabetes, especially if vascular disease is present.

The IUD should not be dismissed just because the patient is an adolescent. Although the clinical performance of the IUD in a study of parous adolescents was not as good as in older women, it was still similar or slightly better than other reversible methods used by adolescents.[217] Given appropriate screening, counseling, and care, the IUD can provide long-term effective contraception for adolescents. The continuation rate with the levonorgestrel IUS in a population of adolescents in New Zealand was 85% after 1 year.[133] There are no major differences in IUD efficacy and side effects comparing nulligravid women with parous women.[218] Nulligravid women who are past users of the IUD did not have an increased risk of tubal infertility in a





case-control study, but long-term IUD users in a cohort study were reported to have reduced fertility compared with oral contraceptive users and short-term IUD users.[219,220] The merits of the two studies can be debated (the cohort study had several confounding problems); by far most evidence indicates that IUD use does not impair fertility.[68–70,125,221,222]

A careful speculum and bimanual examination is essential prior to IUD insertion. It is important to know the position of the uterus; undetected extreme posterior uterine position is the most common reason for perforation at the time of IUD insertion. However, perforation is rare; the incidence is estimated to be less than 1 per 3,000 insertions.[223] A very small or large uterus, determined by examination and sounding, can preclude insertion. For successful IUD use, the uterus should preferably not sound less than 6 cm or more than 9 cm.

Preferably, the absence of cervical or vaginal infection should be established before insertion. If this is not feasible, insertion should definitely be delayed if a mucopurulent discharge of the cervix or a significant vaginitis (including vaginal bacteriosis) is present.

### Summary: IUD Use and Medical Conditions

1. A woman with a previous ectopic pregnancy can use a copper IUD or the levonorgestrel IUS.
2. Women with heavy menses and dysmenorrhea, including women who have a bleeding disorder or are anticoagulated, should consider the LNG-IUS.
3. Women at risk for bacterial endocarditis should receive prophylactic antibiotics at insertion and removal.
4. Current, recent, or recurrent PID is a contraindication for IUD use.
5. Women with diabetes mellitus, either insulin-dependent or non-insulin-dependent, can use IUDs.
6. IUD insertion is relatively easier in breastfeeding women, and the rates of expulsion and uterine perforation are not increased.

## Key Points in Patient Counseling

1. Protection against unwanted pregnancy begins immediately after insertion.
2. Menses can be longer and heavier (except with the levonorgestrel IUS); tampons can be used.
3. There is a slightly increased risk of pelvic infection in the first few months after insertion.
4. Protection against infections transmitted through the vaginal mucosa requires the use of condoms.
5. Ectopic pregnancies can still occur.
6. The IUD can be spontaneously expelled; monthly palpation of the IUD strings is important to avoid unwanted pregnancies. If the strings are

not felt or something hard is palpable (suggestive of the IUD frame), a clinician should be notified as soon as possible. Backup contraception should be provided until the patient can be examined.

### Timing

An IUD can be safely inserted at any time after delivery, spontaneous miscarriage or induced abortion, or during the menstrual cycle. Expulsion rates were higher when the older, large plastic IUDs were inserted sooner than 8 weeks postpartum; however, studies indicate that the copper IUDs can be inserted between 4 and 8 weeks postpartum without an increase in pregnancy rates, expulsion, uterine perforation, or removals for bleeding and/or pain.[224,225] Insertion can even occur immediately after a vaginal delivery; it is not associated with an increased risk of infection, uterine perforation, postpartum bleeding, or uterine subinvolution.[226,227] Postvaginal delivery insertion is not recommended if intrauterine infection is present, and a slightly higher expulsion rate is to be expected compared with insertion 4 to 8 weeks postpartum. The IUD can also be inserted at cesarean section; the expulsion rate is slightly lower than that with insertion immediately after vaginal delivery.[228]

Insertion of an IUD in breastfeeding women is relatively easier and is associated with a lower removal rate for bleeding or pain.[226] Reports disagree whether perforation is more common in lactating women.[226,229,230]

Insertions can be more difficult if the cervix is closed between menses. The advantages of insertion during or shortly after a menstrual period include a more open cervical canal, the masking of insertion-related bleeding, and the knowledge that the patient is not pregnant. These relative advantages may be outweighed by the risk of unintended pregnancy if insertion is delayed to await menstrual bleeding. In addition, there is evidence that the expulsion rate and termination rates for pain, bleeding, and pregnancy are lower if insertions are performed after day 11 of the menstrual cycle, and the infection rate may be lower with insertions after the 17th cycle day.[231]

An IUD can be inserted immediately after a first-trimester abortion, but, after a second-trimester abortion, it is recommended to wait until uterine involution occurs.[232-234] A decision analysis concluded that insertion of an IUD immediately after an abortion procedure would be associated with a major reduction in pregnancies compared with insertion at a follow-up visit, and, therefore, even considering expulsions, postabortion insertions are cost effective.[234]

### Technique for the TCu-380A

Inserting an IUD requires only a few minutes, has few complications, and is rarely painful, but preoperative examination, medication, and the right equipment will ensure a good experience for your patient. After introducing a vaginal spectrum, the cervix is cleaned with chlorhexadine or povidone-iodine. Leave the antiseptic-soaked cotton-tipped applicator in the cervical canal during the procedures prior to insertion of the IUD.





Place a paracervical block by injecting 1 mL of local anesthetic (1% chloroprocaine) into the cervical lip (anterior if the uterus is anterior in the pelvis and posterior if it lies posteriorly). Inclusion of atropine, 0.4 mg, in the anesthetic will reduce the incidence of vasovagal reactions. After 1 minute, grasp the cervical lip with the tenaculum ratcheting it only to the first position in a slow, deliberate fashion. Use the tenaculum to move the cervix to the patient's right, revealing the left lateral vaginal fornix. Place the needle tip in the cervical mucosa at 3 o'clock, 1 to 2 cm lateral to the cervical os, advance it about 1.5 in (4 cm) under the mucosa, and inject about 4 mL of anesthetic, leaving an additional 1 mL behind under the mucosa as the needle is withdrawn. Now deflect the cervix to the patient's left and inject local anesthetic at 9 o'clock in similar fashion. *Wait 2 to 3 minutes before proceeding.* A very common mistake is to not allow sufficient time for anesthetic action.

Many women can tolerate IUD insertion, especially at the time of menses, without a paracervical block. For some women, however, insertion is less painful with local anesthetic and with administration of a nonsteroidal anti-inflammatory agent 30 minutes to 1 hour prior to the procedure. If a paracervical block is not used, having the patient cough just as the tenaculum is applied reduces pain and the chance of a vasovagal reaction. An alternative approach for pain relief is to apply benzocaine 20% gel first at the tenaculum site and then to leave a gel-soaked cotton-tipped applicator in the cervical canal for about 1 minute before inserting the IUD.[235]

Sound and measure the depth of the uterus (the insertion tube can be used for this purpose). The IUD is loaded into its insertion tube immediately prior to insertion. The arms of the TCu-380A must be folded manually, either with sterile gloves or through the sterile wrapper, and maneuvered into the end of the insertion tube, just enough to hold them in place during insertion. The insertion tube is advanced into the uterus to the correct depth as marked on the tube by a sliding plastic flange. The flange should be twisted to be in the same plane as the horizontal arms. When the insertion tube and IUD reach the fundus, withdraw a few mm. Check to make sure that the transverse arm of the IUD is in the horizontal plane so that the tips of the T will rest in the cornual regions of the endometrial cavity. Placement in the vertical plane increases the risk of expulsion and pregnancy.[236] To release the TCu-380A, advance the solid rod until the resistance of the IUD is felt, fix the rod against the tenaculum that is held in traction, and withdraw the insertion tube while the solid insertion rod is held against the stem of the T, releasing the transverse arms into high fundal position. Remove the solid rod and finally the inserter tube taking care not to pull on the strings. You can ensure that the TCu-380A is in a high fundal position if, after removing the solid rod, you push the inserter tube up against the cross arm of the T prior to withdrawing it completely from the cavity. Trim the strings to about 4 cm from the external os, and record their length in the chart. Shorter strings can cause unpleasant bristle-like sensations.








Patients with newly inserted IUDs should attempt to feel the strings before they leave the examining room. Giving them the cut ends of the strings as a sample of what to feel is helpful. Palpation should be performed monthly by the patient to verify continuing presence of the IUD after each menstrual flow. Caution the patient that the first two menses are typically heavier. As with all office procedures, patients should be provided a 24-hour phone number for urgent questions or concerns, and especially to report unusual pain, bleeding, or vaginal discharge.

A 1-month follow-up visit is recommended to identify problems amenable to counseling and treatment. Women experiencing heavier menstrual flow or irregular bleeding in the first month after insertion are at increased risk for removals because of bleeding and pain.[237] Intensified support along with treatment with a nonsteroidal anti-inflammatory agent can maintain continuation of the method.

### Technique for the Levonorgestrel IUD

Prepare for insertion as described above for the copper IUD. Open the sterile package, releasing the strings. Make sure that the slider is far forward (toward the patient) as possible and that the arms of the IUD are horizontal. Holding the slider steady, pull on both strings to draw the IUD into the insertion tube until the knobs at the ends of the arms are closing the open end of



the inserter. Fix the strings into the notch at the bottom of the inserter. Move the flange so that the forward surface is at the depth of the uterus as measured by the sound. Hold the slider firmly with a thumb or finger; move the inserter into the uterus until the flange is about 1.5 to 2.0 cm from the cervix (this allows space for the arms to open). Holding the inserter steady, release the arms by pulling the slider back until it reaches the mark (the raised horizontal line); wait 10 to 30 seconds for the arms to completely open. Holding the slider in its new position, advance the inserter gently until the flange touches the cervix, placing the fundus high in the fundus. Release the IUD by pulling the slider down, making sure that the strings release from the notch. Remove the inserter and trim the strings.

Insertion against the anterior fundus is essential for maximal efficacy and low expulsion rates. Correct placement can be assessed with ultrasonography; this is especially useful when inserting IUDs in larger cavities (after a pregnancy or when myomas are present).



### Prophylactic Antibiotics

Doxycycline (200 mg) administered orally 1 hour prior to insertion can provide protection against insertion-associated pelvic infection, but three double-blind randomized studies, two conducted in Africa and one in Turkey, found no significant advantage in the treated groups.[238–240] Azithromycin in a dose of 500 mg has also been used prophylactically, presumably offering more protection because of a longer half-life.[241] However, a randomized trial in low-risk women could find no effect on the subsequent rate of IUD removal or morbidity when 500 mg azithromycin was administered 1 hour before IUD insertion.[242] In women at low risk for STIs, the incidence of infection is so low that there is little benefit to be expected with prophylactic antibiotics.[243]

## IUD Removal

Removal of an IUD can usually be accomplished by grasping the string with a ring forceps or uterine dressing forceps and exerting firm traction. If strings cannot be seen, they can often be extracted from the cervical canal by rotating two cotton-tipped applicators or a Pap smear cytobrush in the endocervical canal. If further maneuvers are required, a paracervical block should be administered. Oral administration of a nonsteroidal anti-inflammatory drug beforehand will reduce uterine cramping.

If IUD strings cannot be identified or extracted from the endocervical canal, a light plastic uterine sound should be passed into the endometrial cavity after administration of a paracervical block. A standard metal sound is too heavy and insensitive for this purpose. The IUD can frequently be felt with the sound and localized against the anterior or posterior wall of the uterus. The device can then be removed using a Facit polyp or alligator-type forceps directed to where the device was felt, taking care to open the forceps widely immediately on passing it through the internal cervical os so that the IUD can be caught between the jaws. If removal is not easily accomplished using this forceps, direct visualization of the IUD with sonography or hysteroscopy can facilitate removal. Sonography is less painful and more convenient and should be tried first.



Fertility returns promptly and pregnancies after removal of an IUD occur at a normal rate, sooner than after oral contraception.[67–70,124,125] Pregnancy outcome after IUD removal is associated with a normal incidence of spontaneous miscarriage and ectopic pregnancy.[125]

If a patient wishes to continue use of an IUD, a new device can be placed immediately after removal of the old one. In this case, antibiotic prophylaxis is advised.

### Embedded IUDs



If removal is not easily accomplished, direct visualization of the IUD with sonography or hysteroscopy can be helpful. Sonography is safer and less expensive.[199,244] Transvaginal ultrasonography provides the best image to confirm the location of the IUD, but there is little room for the removal procedure. A better approach is to fill the bladder and use an abdominal sector transducer to image the uterine cavity as the forceps are introduced. One should open the forceps widely and see if the IUD moves when the forceps close on it. If it moves, one should close the forceps tightly and extract the IUD. If unsuccessful, the forceps is reintroduced in a different plane, keeping one jaw of the open forceps firmly against first the anterior and then the posterior uterine wall. If this approach is not successful, hysteroscopy is indicated.

## Finding a Displaced IUD

When an IUD cannot be found, in addition to expulsion, one has to consider perforation of the uterus into the abdominal cavity (a very rare event) or embedment into the myometrium. All IUDs are radiopaque, but localizing them radiographically requires two to three views, is time-consuming and expensive, and does not allow intrauterine direction of instruments. A quick, real-time sonographic scan in the office is the best method to locate a lost IUD, whether or not removal is desired. If the IUD cannot be visualized with ultrasonography, abdominal x-rays are necessary because the IUD can be high and hidden.

If the IUD is identified perforating the myometrium or in the abdominal cavity, it should be removed using operative laparoscopy, usually under general anesthesia. If the IUD is in the uterine cavity, but cannot be grasped with a forceps under sonographic guidance, hysteroscopy is the best approach. Both routes may be helpful if an IUD is partially perforated.

Copper in the abdominal cavity can lead to adhesion formation, making laparoscopic removal difficult.[245] Although inert perforated devices without closed loops were previously allowed to remain in the abdominal cavity,

current practice is to remove any perforated IUD, including the levonorgestrel-releasing system. Because IUD perforations usually occur at the time of insertion, it is important to check for correct position by identifying the string within a few weeks after insertion. Uterine perforation itself is unlikely to cause more than transient pain and bleeding, and can go undetected at the time of IUD insertion. If you believe perforation has occurred, prompt sonography is indicated so that the device can be removed before adhesion formation can occur.

This problem should be put into perspective. With the new generation of IUDs (copper and levonorgestrel), adhesion formation appears to be an immediate reaction that does not progress and rarely leads to serious complications.[246] In appropriate situations (in which the risk of surgery is considerable), clinician and patient may elect not to remove the translocated IUD in the absence of concerning symptoms.[247] However, a case has been reported of sigmoid perforation occurring 5 years after insertion, and the general consensus continues to favor removal of a perforated IUD immediately on diagnosis.[248]



## IUD Myths

We hope the information in this chapter lays to rest specific myths associated with IUDs. For emphasis, the following sentences provide the correct responses to what we believe are common misconceptions among clinicians:

1. IUDs are *NOT* abortifacients.
2. An increased risk of infection with the modern IUD is related *ONLY* to the insertion.
3. IUD use *DOES NOT* increase the risk of PID or infertility.
4. IUDs *DO NOT* increase the risk of ectopic pregnancy and *CAN* be used by women with a previous ectopic.
5. IUDs *CAN* be used by nulliparous women.
6. IUDs *CAN* be inserted immediately postpartum, including after first- and second-trimester abortions.
7. IUDs *CAN* be inserted in HIV-positive women.
8. The modern IUD *HAS NOT* exposed clinicians to litigation.



## References


1. **Harper C, Blum M, Thell de Bocanegra H, Darney P, Speidel JJ, Policar M, Drey EA,** Challenges in translating evidence to practice: the provision of intrauterine contraception, Obstet Gynecol 111:1359, 2008.
2. **Huber SC, Piotrow PT, Orlans B, Dommer G,** Intrauterine devices, Pop Reports, Series B, No. 2, 1975.
3. **Richter R,** Ein mittel zur verhutung der konzeption, Deutsche Med Wochenschrift 35:1525, 1909.
4. **Pust K,** Ein brauchbarer frauenschutz, Deutsche Med Wochenschrift 49:952, 1923.
5. **Gräfenberg E,** An intrauterine contraceptive method. In: Sanger M, Stone HM, eds, The Practice of Contraception: Proceedings of the 7th International Birth Control Conference, Zurich, Switzerland, Williams & Wilkins, Baltimore, 1930, p 33.
6. **Ota T,** A study on birth control with an intra-uterine instrument, Jpn J Obstet Gynecol 17:210, 1934.
7. **Ishihama A,** Clinical studies on intra-uterine rings, especially the present state of contraception in Japan and the experiences in the use of intra-uterine rings, Yokohama Med Bull 10:89, 1959.
8. **Oppenheimer W,** Prevention of pregnancy by the Graefenberg ring method: a re-evaluation after 28 years' experience, Am J Obstet Gynecol 78:446, 1959.
9. **Tietze C,** Evaluation of intrauterine devices. Ninth progress report of the cooperative statistical program, Stud Fam Plann 1:1, 1970.
10. **Tatum HJ, Schmidt FH, Phillips DM, McCarty M, O'Leary WM,** The Dalkon shield controversy, structural and bacteriologic studies of IUD tails, JAMA 231:711, 1975.
11. **Kessel E,** Pelvic inflammatory disease with intrauterine device use: a reassessment, Fertil Steril 51:1, 1989.
12. **Eschenbach DA, Harnisch JP, Holmes KK,** Pathogenesis of acute pelvic inflammatory disease: role of contraception and other risk factors, Am J Obstet Gynecol 128:838, 1977.
13. **Kaufman DW, Shapiro S, Rosenberg L, Monson RR, Miettinen OS, Stolley PD, Slone D,** Intrauterine contraceptive device use and pelvic inflammatory disease, Am J Obstet Gynecol 136:159, 1980.
14. **Kaufman DW, Watson J, Rosenberg L, Helmrich SP, Miller DR, Miettinen OS, Stolley PD, Shapiro S,** The effect of different types of intrauterine devices on the risk of pelvic inflammatory disease, JAMA 250:759, 1983.
15. **Lee NC, Rubin GL, Ory HW, Burkman RT,** Type of intrauterine device and the risk of pelvic inflammatory disease, Obstet Gynecol 62:1, 1983.
16. **Daling JR, Weiss NS, Metch BJ, Chow WH, Soderstrom RM, Moore DE, Spadoni LR, Stadel BV,** Primary tubal infertility in relation to the use of an intrauterine device, New Engl J Med 312:937, 1985.
17. **Cramer DW, Schiff I, Schoenbaum SC, Gibson M, Belisle S, Albrecht B, Stillman RJ, Berger MJ, Wilson E, Stadel BV, Seible M,** Tubal infertility and the intrauterine device, New Engl J Med 312:941, 1985.
18. **Lee NC, Rubin GL, Borucki R,** The intrauterine device and pelvic inflammatory disease revisited: new results from the Womens' Health Study, Obstet Gynecol 72:1, 1988.
19. **Piccinino LJ, Mosher WD,** Trends in contraceptive use in the United States: 1982–1995, Fam Plann Perspect 30:4, 1998.
20. **Mosher WD, Jones J,** Use of contraception in the United States: 1982–2008, Vital and Health Statistics, Publication No. PHS 2010–1350, www.cdc.gov/nchs/data/series/sr_23/sr23_029.pdf.
21. United Nations, World Contraceptive Use 2007, United Nations Department of Social and Economic Affairs, New York, http://www.un.org/esa/population/publications/contraceptive2007/contraceptive_2007_table.pdf, 2009.
22. Population Crisis Committee, Access to birth control: a world assessment, Population Briefing Paper, Washington, DC, 1986.
23. **Zipper JA, Medel M, Prager R,** Suppression of fertility by intrauterine copper and zinc in rabbits: a new approach to

intrauterine contraception, Am J Obstet Gynecol 105:529, 1969.

24. Tatum HJ, Milestones in intrauterine device development, Fertil Steril 39:141, 1983.
25. Sivin I, Tatum HJ, Four years of experience with the TCu 380A intrauterine contraceptive device, Fertil Steril 36:159, 1981.
26. Sujuan G, Lluqu Z, Yuhao W, Feng L, Chinese IUDs. In: Bardin CW, Mishell DR Jr, eds. Proceedings from the Fourth International Conference on IUDs, Butterworth-Heinemann, Boston, 1994, p 308.
27. Bilian X, Chinese experience with intrauterine devices, Contraception 75:S31–S34, 2007.
28. Siving I, Utility and drawbacks of continuous use of a copper T IUD for 20 years, Contraception 75:S70, 2007.
29. Sivin I, Diaz S, Pavéz M, Alvarez F, Brache V, Diaz J, Odlind V, Olsson S-E, Stern J, Two-year comparative trial of the gyne T 380 slimline and gyne T 380 intrauterine copper devices, Contraception 44:481, 1991.
30. Sivin I, Stern J, International Committee for Contraception Research, Health during prolonged use of levonorgestrel 20 mg/d and the copper TCu 380 Ag intrauterine contraceptive devices: a multicenter study, Fertil Steril 61:70, 1994.
31. Chi I-c, The TCu-380A (AG). MLCu375, and Nova-T IUDs and the IUD daily releasing 20 mg levonorgestrel—four pillars of IUD contraception for the nineties and beyond? Contraception 47:325, 1993.
32. Kurz KM, Meier-Oehlke PA, The Cu SAFE 300 IUD, a new concept in intrauterine contraception: first year results of a large study with follow-up of 1017 acceptors, Adv Contracept 7:291, 1991.
33. Luukkainen T, Allonen H, Haukkamaa M, Lahteenmake P, Nilsson CG, Toivonen J, Five years' experience with levonorgestrel-releasing IUDs. Contraception 33:139, 1986.
34. Sivin I, Stern J, Coutinho E, Mattos CER, El Mahgoub S, Diaz S, Pavéz M, Alvarez F, Brache V, Thevinin F, Diaz J, Faundes A, Diaz MM, McCarthy T, Mishell DR Jr, Shoupe D, Prolonged intrauterine contraception: a seven-year randomized study of the levonorgestrel 20 mcg/day (LNg 20) and the copper T380 Ag IUDs, Contraception 44:473, 1991.
35. Toivonen J, Luukkainen T, Alloven H, Protective effect of intrauterine release of levonorgestrel on pelvic infection: three years' comparative experience of levonorgestrel and copper-releasing intrauterine devices, Obstet Gynecol 77:261, 1991.
36. Bilian X, Liying Z, Xuling Z, Mengchun J, Luukkainen T, Allonen H, Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device, Contraception 41:353, 1990.
37. Crosignani PG, Vercellini P, Mosconi P, Oldani S, Cortesi I, De Giorgi O, Levonorgestrel-releasing intrauterine device versus hysteroscopic endometrial resection in the treatment of dysfunctional uterine bleeding, Obstet Gynecol 90:257, 1997.
38. Kaunitz AM, Meredith S, Inki P, Kubba A, Sanchez-Ramos L, Levonorgestrel-releasing intrauterine system and endometrial ablation in heavy menstrual bleeding: a systematic review and meta-analysis, Obstet Gynecol 113:1104, 2009.
39. Gardner FJE, Konje JC, Abrams KR, Brown LJR, Khanna S, Al-Azzawi F, Bell SC, Taylor DJ, Endometrial protection from tamoxifen-stimulated changes by a levonorgestrel-releasing intrauterine system: a randomised controlled trial, Lancet 356:1711, 2000.
40. Vercellini P, Aimi G, Panazza S, De Giorgi O, Pesole A, Crosignani PG, A levonorgestrel-releasing intrauterine system for the treatment of dysmenorrhea associated with endometriosis: a pilot study, Fertil Steril 72:505, 1999.
41. Raudaskoski TH, Lahti EI, Kauppila AJ, Apaja-Sarkkinen MA, Laatikainen TJ, Transdermal estrogen with a levonorgestrel-releasing intrauterine device for climacteric complaints: clinical and endometrial responses, Am J Obstet Gynecol 172:114, 1995.
42. Suhonen S, Holmstrom T, Lahteenmaki P, Three-year follow-up of the use of a levonorgestrel-releasing intrauterine system in hormone replacement therapy, Acta Obstet Gynecol Scand 76:145, 1997.
43. Suvanto-Luukkonen E, Kauppila A, The levonorgestrel intrauterine system in menopausal hormone replacement therapy: five-year experience, Fertil Steril 72:161, 1999.
44. Varila E, Wahlstrom T, Rauramo I, A 5-year follow-up study on the use of a levonorgestrel intrauterine system in women receiving hormone replacement therapy, Fertil Steril 76:969, 2001.
45. Raudaskoski T, Tapanainen J, Tomas E, Luotola H, Pekonen F, Ronni-Sivula H, Timonen H, Riphagen F, Laatikainen T, Intrauterine 10 microg and 20 microg levonorgestrel systems in postmenopausal women receiving oral oestrogen replacement therapy: clinical, endometrial and metabolic responses, Br J Obstet Gynaecol 109:136, 2002.
46. Hampton NR, Rees MC, Lowe DG, Rauramo I, Barlow D, Guillebaud J, Levonorgestrel intrauterine system (LNG-IUS) with conjugated oral equine estrogen: a successful regimen for HRT in perimenopausal women, Hum Reprod 20:2653, 2005.
47. Wildemeersch D, Janssens D, Andrade A, The Femilis LNG-IUS: contraceptive performance—an interim analysis, Eur J Contracept Reprod Health Care 14:103, 2009.
48. Wollter-Svensson LO, Stadberg E, Andersson K, Mattsson LA, Odlind V, Persson I, Intrauterine administration of levonorgestrel 5 and 10 microg/24 hours in perimenopausal hormone replacement therapy. A randomized clinical study during one year, Acta Obstet Gynecol Scand 76:449, 1997.
49. UNDP, UNFPA, and WHO Special Programme of Research, Development and Research Training in Human Reproduction, World Bank: IUD Research Group, The Tcu 380A IUD and the frameless IUD "the Flexigard:" interim three-year data from an International Multicenter Trial, Contraception 52:77, 1995.
50. Rosenberg MJ, Foldesy R, Mishell DR Jr, Speroff L, Waugh MS, Burkman R, Performance of the TCu380A and Cu-Fix IUDs in an international randomized trial, Contraception 53:197, 1996.
51. Van Kets H, Van der Pas H, Thiery M, Wildemeersch D, Vrijens M, Van Trappen Y, Temmerman M, DePypere H, Delbarge W, Dhont M, Defoort P, Schacht EH, Bátári I, Barri P, Martinez F, Iglesias Cortit LH, Creatsas G, Shangchun W, Xiaoming C, Zuanchong F, Yu-ming W, Andrade A, Reinprayoon D, Pizarro E, The GyneFix implant system for interval, postabortal and postpartum contraception: a significant advance in long-term reversible contraception, Eur J Contraception Reprod Health Care 2:1, 1997.
52. Wildemeersch D, Batar I, Webb A, Gbolade BA, Delbarge W, Temmerman M, Dhont M, Gillebaud J, GyneFIX: the frameless intrauterine contraceptive implant—an update for interval, emergency and postabortal contraception, Br J Fam Plann 24:149, 1999.
53. Wu S, Hu J, Wildemeersch D, Performance of the frameless GyneFix and the TCu380A IUDs in a 3-year multicenter, randomized, comparative trial in parous women, Contraception 61:91, 2000.
54. Wildemeersch D, Dhont M, Temmerman M, Delbarge W, Schacht E, Thiery M, GyneFix-LNG. preliminary clinical experience with a copper and levonorgestrel-releasing intrauterine system, Eur J Contracept Reprod Health Care 4:15, 1999.
55. Wildemeersch D, Schacht E, Wildemeersch P, Performance and acceptability of intrauterine release of levonorgestrel with a miniature delivery system for hormonal substitution therapy, contraception and treatment in peri and postmenopausal women, Maturitas 44:237, 2003.
56. Wildemeersch D, Rowe PJ, Assessment of menstrual blood loss in women with idiopathic menorrhagia using the frameless levonorgestrel-releasing intrauterine system, Contraception 70: 165, 2004.
57. Wildemeersch D, Pylyser K, De Wever N, Dhont M, Treatment of non atypical and atypical endometrial hyperplasia with a levonorgestrel-releasing intrauterine system: long-term follow-up, Maturitas 57:210, 2007.
58. Sivin I, IUDs are contraceptives, not abortifacients: a comment on research and belief. Stud Fam Plann 20: 355, 1989.

59. **Ortiz ME, Croxatto HB,** The mode of action of IUDs, Contraception 36:37, 1987.
60. **Ortiz ME, Croxatto HB,** Copper-T intrauterine device and levonorgestrel intrauterine system: biological bases of their mechanism of action, Contraception 75:S16, 2007.
61. **Alvarez F, Guiloff E, Brache V, Hess R, Fernandez E, Salvatierra AM, Guerrero B, Zacharias S,** New insights on the mode of action of intrauterine contraceptive devices in women, Fertil Steril 49:768, 1988.
62. **Segal SJ, Alvarez-Sanchez F, Adejuwon CA, Brache De Mejia V, Leon P, Faundes A,** Absence of chorionic gonadotropin in sera of women who use intrauterine devices, Fertil Steril 44:214, 1985.
63. **Wilcox AJ, Weinberg CR, Armstrong EG, Canfield RE,** Urinary human chorionic gonadotropin among intrauterine device users: Detection with a highly specific and sensitive assay, Fertil Steril 47:265, 1987.
64. **Ämmälä M, Nyman T, Strengell L, Rutanen E-M,** Effect of intrauterine contraceptive devices on cytokine messenger ribonucleic acid expression in the human endometrium, Fertil Steril 63:773, 1995.
65. **Critchley HO, Wang H, Jones RL, Kelly RW, Drudy TA, Gebbie AE, Buckley CH, McNeilly AS, Glasier AF,** Morphological and functional features of endometrial decidualization following long-term intrauterine levonorgestrel delivery, Hum Reprod 13:1218, 1998.
66. **Barbosa I, Olsson SE, Odlind V, Goncalves T, Coutinho E,** Ovarian function after seven years' use of levonorgestrel IUD, Adv Contraception 11:85, 1995.
67. **Vessey MP, Lawless M, McPherson K, Yeates D,** Fertility after stopping use of intrauterine contraceptive device, Br Med J 283:106, 1983.
68. **Belhadj H, Sivin I, Diaz S, Pavéz M, Tejada A-S, Brache V, Alvarez F, Shoupe D, Breaux H, Mishell DR Jr, McCarthy T, Yo V,** Recovery of fertility after use of the levonorgestrel 20 mcg/day or copper T 380Ag intrauterine device, Contraception 34:261, 1986.
69. **Skjeldestadt FE, Bratt H,** Fertility after complicated and non-complicated use of IUDs: a controlled prospective study, Adv Contracept 4:179, 1988.
70. **Wilson JC,** A prospective New Zealand study of fertility after removal of copper intrauterine devices for conception and because of complications: a four-year study, Am J Obstet Gynecol 160:391, 1989.
71. **Inki P, Hurskainen R, Palo P, Ekholm E, Grenman S, Kivela A, Kujansuu E, Teperi J, Yliskoski M, Paavonen J,** Comparison of ovarian cyst formation in women using the levonorgestrel-releasing intrauterine system vs. hysterectomy, Ultrasound Obstet Gynecol 20:381, 2002.
72. **Lidegaard Ø, Lokkegaard E, Svendsen AL, Agger C,** Hormonal contraception and risk of venous thromboembolism: national follow-up study, Br Med J 339:b2890. doi:10.1136/bmj.b2890, 2009.
73. **Milsom I, Andersson K, Andersch B, Rybo G,** A comparison of flurbiprogen, tranexamic acid, and a levonorgestrel-releasing intrauterine contraceptive device in the treatment of idiopathic menorrhagia, Am J Obstet Gynecol 164:879, 1991.
74. **Tang GW, Lo SS,** Levonorgestrel intrauterine device in the treatment of menorrhagia in Chinese women: efficacy versus acceptability, Contraception 51:231, 1995.
75. **Irvine GA, Campbell-Brown MB, Lumsden MA, Heikkila A, Walker JJ, Cameron IT,** Randomised comparative trial of the levonorgestrel intrauterine system and norethisterone for treatment of idiopathic menorrhagia, Br J Obstet Gynaecol 105:592, 1998.
76. **Istre O, Trolle B,** Treatment of menorrhagia with the levonorgestrel intrauterine system versus endometrial resection, Fertil Steril 76:304, 2001.
77. **Romer T,** Prospective comparison study of levonorgestrel IUD versus Roller-Ball endometrial ablation in the management of refractory recurrent hypermenorrhea, Eur J Obstet Gynecol Reprod Biol 90:27, 2000.
78. **Hurskainen R, Teperi J, Rissanen P, Aalto A-M, Grenman S, Kivelä A, Kujansuu E, Vuorma S, Yliskoski M, Paavonen J,** Clinical outcomes and costs with the levonorgestrel-releasing intrauterine system or hysterectomy for treatment of menorrhagia: randomized trial 5-year follow-up, JAMA 291:1456, 2004.
79. **Reid PC, Virtanen-Karl S,** Randomised comparative trial of the levonorgestrel intrauterine system and mefenamic acid for the treatment of idiopathic menorrhagia: a multiple analysis using total menstrual fluid loss, menstrual blood loss and pictorial blood loss assessment charts, Br J Obstet Gynaecol 112:1121, 2005.
80. **Busfield RA, Farquhar CM, Sowter MC, Lethaby A, Sprecher M, Yu Y, Sadler LC, Brown J, Johnson N,** A randomised trial comparing the levonorgestrel intrauterine system and thermal balloon ablation for heavy menstrual bleeding, Br J Obstet Gynaecol 113:257, 2006.
81. **Brown PM, Farquhar CM, Lethaby A, Sadler LC, Johnson NP,** Cost-effectiveness analysis of levonorgestrel intrauterine system and thermal balloon ablation for heavy menstrual bleeding, Br J Obstet Gynaecol 113:797, 2006.
82. **Shaw RW, Symonds IM, Tamizian O, Chaplain J, Mukhopadhyay S,** Randomised comparative trial of thermal balloon ablation and levonorgestrel intrauterine system in patients with idiopathic menorrhagia, Aust N Z J Obstet Gynaecol 47:335, 2007.
83. **Andersson J, Rybo G,** Levonorgestrel-releasing intrauterine device in the treatment of menorrhagia, Br J Obstet Gynaecol 97:690, 1990.
84. **Baldaszti E, Wimmer-Puchinger B, Loschke K,** Acceptability of the long-term contraceptive levonorgestrel-releasing intrauterine system (Mirena): a 3-year follow-up study, Contraception 67:87, 2003.
85. **Hidalgo M, Bahamondes L, Perrotti M, Diaz J, Dantas-Monteiro C, Petta C,** Bleeding patterns and clinical performance of the levonorgestrel-releasing intrauterine system (Mirena) up to two years, Contraception 65:129, 2002.
86. **Ronnerdag M, Odlind V,** Health effects of long-term use of the intrauterine levonorgestrel-releasing system. A follow-up study over 12 years of continuous use, Acta Obstet Gynecol Scand 78:716, 1999.
87. **Fong YF, Singh K,** Effect of the levonorgestrel-releasing intrauterine system on uterine myomas in a renal transplant patient, Contraception 60:51, 1999.
88. **Grigorieva V, Chen-Mok M, Tarasova M, Mikhailov A,** Use of a levonorgestrel-releasing intrauterine system to treat bleeding related to uterine leiomyomas, Fertil Steril 79:1194, 2003.
89. **Mercorio F, De Simone R, Di Spiezio Sardo A, Cerrota G, Bifulco G, Vancore F, Nappi C,** The effect of a levonorgestrel-releasing intrauterine device in the treatment of myoma-related menorrhagia, Contraception 67:277, 2003.
90. **Soysal S, Soysal M,** The efficacy of levonorgestrel-releasing intrauterine device in selected cases of myoma-related menorrhagia: a prospective controlled trial, Gynecol Obstet Invest 59:29, 2005.
91. **Magalães J, Aldrighi JM, De Lima GR,** Uterine volume and menstrual patterns in users of the levonorgestrel-releasing intrauterine system with idiopathic menorrhagia or menorrhagia due to leiomyomas, Contraception 75:193, 2007.
92. **Sivin I, Stern J,** Health during prolonged use of levonorgestrel 20 micrograms/d and the copper TCu 380Ag intrauterine contraceptive devices: a multicenter study. International Committee for Contraception Research (ICCR), Fertil Steril 61:70, 1994.
93. **Tasci Y, Caglar GS, Kayikcioglu F, Cengiz H, Yagci B, Gunes M,** Treatment of menorrhagia with the levonorgestrel releasing intrauterine system: effects on ovarian function and uterus, Arch Gynecol Obstet 280:39, 2009.
94. **Rizkalla HF, Higgins M, Kelehan P, O'Herlihy C,** Pathological findings associated with the presence of a Mirena intrauterine system at hysterectomy, Int J Gynecol Pathol 27:74, 2008.
95. **Fedele L, Bianchi S, Raffaelli R, Portuese A, Dorta M,** Treatment of adenomyosis-associated menorrhagia with a levonorgestrel-releasing intrauterine device, Fertil Steril 68:426, 1997.
96. **Cho S, Nam A, Kim H, Chay D, Park K, Cho DJ, Park Y, Lee B,** Clinical effects of the levonorgestrel-releasing intrauterine device in patients with adenomyosis, Am J Obstet Gynecol 198:373.e1, 2008.

97. **Sheng J, Zhang WY, Zhang JP, Lu D,** The LNG-IUS study on adenomyosis: a 3-year follow-up study on the efficacy and side effects of the use of levonorgestrel intrauterine system for the treatment of dysmenorrhea associated with adenomyosis, Contraception 79:189, 2009.
98. **Kingman CE, Kadir R, Lee CA, Economides DL,** The use of levonorgestrel-releasing intrauterine system for treatment of menorrhagia in women with inherited bleeding disorders, Br J Obstet Gynaecol 111:1425, 2004.
99. **Schaedel ZE, Dolan G, Powell MC,** The use of the levonorgestrel-releasing intrauterine system in the management of menorrhagia in women with hemostatic disorders, Am J Obstet Gynecol 193:1361, 2005.
100. **Pisoni CN, Cuadrado MJ, Khamashta MA, Hunt BJ,** Treatment of menorrhagia associated with oral anticoagulation: efficacy and safety of the levonorgestrel-releasing intrauterine device (Mirena coil), Lupus 15:877, 2006.
101. **Lukes AS, Reardon B, Arepally G,** Use of the levonorgestrel-releasing intrauterine system in women with hemostatic disorders, Fertil Steril 90:673, 2007.
102. **Kilic S, Yuksel B, Doganay M, Bardakci H, Akinsu F, Uzunlar O, Mollamahutoglu L,** The effect of levonorgestrel-releasing intrauterine device on menorrhagia in women taking anticoagulant medication after cardiac valve replacement, Contraception 80:152, 2009.
103. **Andersson K, Odlind V, Rybo G,** Levonorgestrel-releasing and copper-releasing (Nova T) IUDs during five years of use: a randomized comparative trial, Contraception 49:56, 1994.
104. **Lockhat FB, Emembolu JO, Konje JC,** The evaluation of the effectiveness of an intrauterine-administered progestogen (levonorgestrel) in the symptomatic treatment of endometriosis and in the staging of the disease, Hum Reprod 19:179, 2004.
105. **Petta CA, Ferriani RA, Abrao MS, Hassan D, Rosa e Silva JC, Podgaec S, Bahamondes L,** Randomized clinical trial of a levonorgestrel-releasing intrauterine system and a depot GnRH analogue for the treatment of chronic pelvic pain in women with endometriosis, Hum Reprod 20:1993, 2005.
106. **Lockhat FB, Emembolu JO, Konje JC,** The efficacy, side-effects and continuation rates in women with symptomatic endometriosis undergoing treatment with an intra-uterine administered progestogen (levonorgestrel): a 3-year follow-up, Hum Reprod 20:789, 2005.
107. **Bahamondes L, Petta CA, Fernandes A, Monteiro I,** Use of the levonorgestrel-releasing intrauterine system in women with endometriosis, chronic pelvic pain and dysmenorrhea, Contraception 75:S134, 2007.
108. **Gomes MK, Ferriani RA, Rosa e Silva JC, Japur de Sá Rosa e Silva AC, Vieira CS, Cândido dos Reis FJ,** The levonorgestrel-releasing intrauterine system and endometriosis staging, Fertil Steril 87:1231, 2007.
109. **Petta CA, Ferriani RA, Abrão MS, Hassan D, Rosa e Silva JC, Podgaec S, Bahamondes L,** A 3-year follow-up of women with endometriosis and pelvic pain users of the levonoregestrel-releasing intrauterine system, Eur J Obstet Gynecol Reprod Biol 143:128, 2009.
110. **Kesim MD, Aydin Y, Atis A, Mandiraci G,** Long-term effects of the levonorgestrel-releasing intrauterine system on serum lipids and the endometrium in breast cancer patients taking tamoxifen, Climacteric 11:252, 2008.
111. **Chan SS, Tam WH, Yeo W, Yu MM, Ng DP, Wong AW, Kwan WH, Yuen PM,** A randomised controlled trial of prophylactic levonorgestrel intrauterine system in tamoxifen-treated women, Br J Obstet Gynaecol 114:1510, 2007.
112. **Gardner FJ, Konje JC, Bell SC, Abrams KR, Brown LJ, Taylor DJ, Habiba M,** Prevention of tamoxifen induced endometrial polyps using a levonorgestrel releasing intrauterine system: long-term follow-up of a randomised control trial, Gynecol Oncol 114:452, 2009.
113. **Bahamondes L, Ribeiro-Huguet P, de Andrade KC, Leon-Martins O, Petta CA,** Levonorgestrel-releasing intrauterine system (Mirena) as a therapy for endometrial hyperplasia and carcinoma, Acta Obstet Gynecol Scand 82:580, 2003.







114. **Vereide AB, Kaino T, Sager G, Arnes M, Ørbo A,** Effect of levonorgestrel IUD and oral medroxyprogesterone acetate on glandular and stromal progesterone receptors (PRA and PRB), and estrogen receptors (ER-alpha and ER-beta) in human endometrial hyperplasia, Gynecol Oncol 101:214, 2006.
115. **Wheeler DT, Bristow RE, Kurman RJ,** Histologic alterations in endometrial hyperplasia and well-differentiated carcinoma treated with progestins, Am J Surg Pathol 31:988, 2007.
116. **Varma R, Soneja H, Bhatia K, Ganesan R, Rollason T, Clark TJ, Gupta JK,** The effectiveness of a levonorgestrel-releasing intrauterine system (LNG-IUS) in the treatment of endometrial hyperplasia—a long-term follow-up study, Eur J Obstet Gynecol Reprod Biol 139:169, 2008.
117. **Haimovich S, Checa MA, Mancebo G, Fusté P, Carreras R,** Treatment of endometrial hyperplasia without atypia in peri- and postmenopausal women with a levonorgestrel intrauterine device, Menopause 15:1002, 2008.
118. **Ørbo A, Arnes M, Hancke C, Vereide AB, Pettersen I, Larsen K,** Treatment results of endometrial hyperplasia after prospective D-score classification: a follow-up study comparing effect of LNG-IUD and oral progestins versus observation only, Gynecol Oncol 111:68, 2008.
119. **Vereide AB, Arnes M, Straume B, Maltau JM, Ørbo A,** Nuclear morphometric changes and therapy monitoring in patients with endometrial hyperplasia: a study comparing effects of intrauterine levonorgestrel and systemic medroxyprogesterone, Gynecol Oncol 91:526, 2003.
120. **Abu J, Brown L, Ireland D,** Endometrial adenocarcinoma following insertion of the levonorgestrel-releasing intrauterine system (Mirena) in a 36-year-old woman, Int J Gynecol Cancer 16:1445, 2006.
121. **Kresowik J, Ryan GL, Van Voorhis BJ,** Progression of atypical endometrial hyperplasia to adenocarcinoma despite intrauterine progesterone treatment with the levonorgestrel-releasing intrauterine system, Obstet Gynecol 111:547, 2008.
122. United Nations Development Programme/United Nations Population Fund/World Health Organization/World Bank, Special Programme of Research, Development and Research Training in Human Reproduction, Long-term reversible contraception. Twelve years of experience with the TCu380A and TCu220C, Contraception 56:341, 1997.
123. **Hidalgo MM, Hidalgo-Regina C, Bahamondes V, Monteiro I, Petta CA, Bahamondes L,** Serum levonorgestrel levels and endometrial thickness during extended use of the levonorgestrel-releasing intrauterine system, Contraception 80:84, 2009.
124. **Sivin I, Stern J, Diaz J, Diaz MM, Faundes A, Mahgoub SE, Diaz S, Pavéz M, Coutinho E, Mattos CER, McCarthy T, Mishell DR Jr, Shoupe D, Alvarez F, Brache V, Jimenez E,** Two years of intrauterine contraception with levonorgestrel and with copper: a randomized comparison of the TCu 380Ag and levonorgestrel 20 mcg/day devices, Contraception 35:245, 1987.
125. **Sivin I, Stern J, Diaz S, Pavez M, Alvarez F, Brache V, Mishell DR Jr, Lacarra M, McCarthy T, Holma P, Darney P, Klaisle C, Olsson S-E, Odlind V,** Rates and outcomes of planned pregnancy after use of Norplant capsules, Norplant II rods, or levonorgestrel-releasing or copper TCu 380Ag intrauterine contraceptive devices, Am J Obstet Gynecol 166:1208, 1992.
126. **Sivin I, Schmidt F,** Effectiveness of IUDs: a review, Contraception 36:55, 1987.
127. **Sivin I, El Mahgoub S, McCarthy T, Mishell DR, Jr, Shoupe D, Alvarez F, Brache V, Jimenez E, Diaz J, Faundes A, et al.,** Long-term contraception with the levonorgestrel 20 mcg/day (LNg 20) and the copper T 380Ag intrauterine devices: a five-year randomized study, Contraception 42:361, 1990.
128. **Meirik O, Farley TMM, Sivin I,** for the International Collaborative Post-Marketing Surveillance of Norplant, Safety and efficacy of levonorgestrel implant, intrauterine device, and sterilization, Am J Obstet Gynecol 97:539, 2001.
129. **Petta CA, Amatya R, Farr G,** Clinical evaluation of the TCu 380A IUD at six Latin American centers, Contraception 50:17, 1994.

130. WHO Special Programme of Research, Development and Research Training in Human Reproduction, Task Force on the Safety and Efficacy of Fertility Regulating Methods, The TCu 380A, TCu 220C, Multiload 250, and Nova T IUDs at 3, 5, and 7 years of use, Contraception 42:141, 1990.
131. **Farr G, Amatya R,** Contraceptive efficacy of the copper T 380A and copper T 200 intrauterine devices: results from a comparative clinical trial in six developing countries, Contraception 49:231, 1994.
132. **Rivera R, Chen-Mok M, McMullen S,** Analysis of client characteristics that may affect early discontinuation of the TCu-380A IUD, Contraception 60:155, 1999.
133. **Paterson H, Ashton J, Harrison-Woolrych M,** A nationwide cohort study of the use of the levonorgestrel intrauterine device in New Zealand adolescents, Contraception 79:433, 2009.
134. **Thonneau P, Almont T, de La Rochebrochard E, Maria B,** Risk factors for IUD failure: results of a large multicentre case-control study, Hum Reprod 21:2612, 2006.
135. WHO Special Programme of Research, Development and Research Training in Human Reproduction. Task Force on Intrauterine Devices for Fertility Regulation, A multinational case-control study of ectopic pregnancy, Clin Reprod Fertil 3:131, 1985.
136. **Marchbanks PA, Annegers JE, Coulam CB, Strathy JH, Kurland LT,** Risk factors for ectopic pregnancy. A population based study, JAMA 259:1823, 1988.
137. **Ory HW,** Ectopic pregnancy and intrauterine contraceptive devices: new perspectives, Obstet Gynecol 57:2, 1981.
138. **Edelman DA, Porter CW,** The intrauterine device and ectopic pregnancy, Contraception 36:85, 1987.
139. **Makinen JL, Erkkola RU, Laippala PJ,** Causes of the increase in incidence of ectopic pregnancy—a study on 1017 patients from 1966 to 1985 in Turku, Finland, Am J Obstet Gynecol 160:642, 1989.
140. **Skjeldestad FE,** How effectively do copper intrauterine devices prevent ectopic pregnancy? Acta Obstet Gynecol Scand 76:684, 1997.
141. **Sivin I,** Dose- and age-dependent ectopic pregnancy risks with intrauterine contraception, Obstet Gynecol 78:291, 1991.
142. **Barbosa I, Bakos O, Olsson S-E, Odlind V, Johansson EDB,** Ovarian function during use of a levonorgestrel-releasing IUD, Contraception 42:51, 1990.
143. **Backman T, Rauramo I, Huhtala S, Koskenvuo M,** Pregnancy during the use of levonorgestrel intrauterine system, Am J Obstet Gynecol 190:50, 2004.
144. **Franks AL, Beral V, Cates W Jr, Hogue CJ,** Contraception and ectopic pregnancy risk, Am J Obstet Gynecol 163:1120, 1990.
145. **Hov GG, Skjeldestad FE, Hilstad T,** Use of IUD and subsequent fertility—follow-up after participation in a randomized clinical trial, Contraception 75:88, 2007.
146. **Cameron IT, Haining R, Lumsden M-A, Thomas VR, Smith SK,** The effects of mefenamic acid and norethisterone on measured menstrual blood loss, Obstet Gynecol 76:85, 1990.
147. **Zhao G, Minshi L, Pengdi Z, Ruhua X, Jiedong W, Renqing X,** A preliminary morphometric study on the endometrium from patients treated with indomethacin-releasing copper intrauterine device, Hum Reprod 12:1563, 1997.
148. **Milsom I, Andersson K, Jonasson K, Lindstedt G, Rybo G,** The influence of the Gyne-T 380S IUD on menstrual blood loss and iron status, Contraception 52:175, 1995.
149. Task Force for Epidemiological Research on Reproductive Health, United Nations Development Programme/United Nations Population Fund/World Health Organization/World Bank Special Programme of Research, Development and Research Training in Human Reproduction, Effects of contraceptives on hemoglobin and ferritin, Contraception 58:261, 1998.
150. **Hassan EO, El-Husseini M, El-Nahal N,** The effect of 1-year use of the CuT 380A and oral contraceptive pills on hemoglobin and ferritin levels, Contraception 60:101, 1999.
151. **Backman T, Huhtala S, Blom T, Luoto R, Rauramo I, Markku K,** Length of use and symptoms associated with premature removal of the levonorgestrel intrauterine system: a nation-wide study of 17,360 users, Br J Obstet Gynaecol 107:335, 2000.







152. **Pakarinen P, Lahteenmaki P, Rutanen EM,** The effect of intrauterine and oral levonorgestrel administration on serum concentrations of sex hormone-binding globulin, insulin and insulin-like growth factor binding protein-1, Acta Obstet Gynecol Scand 78:423, 1999.
153. **Morin-Papunen L, Martikainen H, McCarthy MI, Franks S, Sovio U, Hartikainen A-L, Ruokonen A, Leinonen M, Laitinen J, Järvelin M-R, Pouta A,** Comparison of metabolic and inflammatory outcomes in women who used oral contraceptives and the levonorgestrel-releasing intrauterine device in a general population, Am J Obstet Gynecol 199:529.e1, 2008.
154. **Backman T, Rauramo I, Jaakkola K, Inki P, Vaahtera K, Launonen A, Koskenvuo M,** Use of the levonorgestrel-releasing intrauterine system and breast cancer, Obstet Gynecol 106:813, 2005.
155. **Lundström E, Söderqvist G, Svane G, Azavedo E, Olovsson M, Skoog L, von Schoultz E, Von Schoultz B,** Digitized assessment of mammographic breast density in patients who received low-dose intrauterine levonorgestrel in continuous combination with oral estradiol valerate: a pilot study, Fertil Steril 85:989, 2006.
156. **Castellsague X, Thompson WD, Dubrow R,** Intra-uterine contraception and the risk of endometrial cancer, Int J Cancer 54:911, 1993.
157. **Lassise DL, Savitz DA, Hamman RF, Baron AE, Brinton LA, Levines RS,** Invasive cervical cancer and intrauterine device use, Int J Epidemiol 20:865, 1991.
158. **Parazzini F, La Vecchia C, Negri E,** Use of intrauterine device and risk of invasive cervical cancer, Int J Epidemiol 21:1030, 1992.
159. **Hill DA, Weiss NS, Voigt LF, Beresford SAA,** Endometrial cancer in relation to intra-uterine device use, Int J Cancer 70:278, 1997.
160. **Sturgeon SR, Brinton LA, Berman ML, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD, Lurain JR,** Intrauterine device use and endometrial cancer risk, Int J Epidemiol 26:496, 1997.
161. **Benshushan A, Paltiel O, Rojansky N, Brzezinski A, Laufer N,** IUD use and the risk of endometrial cancer, Eur J Obstet Gynecol Reprod Biol 105:166, 2002.
162. **Mark AS, Hricak H,** Intrauterine contraceptive devices: MR imaging, Radiology 162:311, 1987.
163. **Pasquale SA, Russer TJ, Foldesy R, Mezrich RS,** Lack of interaction between magnetic resonance imaging and the copper-T380A IUD, Contraception 55:169, 1997.
164. **Mishell DR Jr, Bell JH, Good RG, Moyer DL,** The intrauterine device: a bacteriologic study of the endometrial cavity, Am J Obstet Gynecol 96:119, 1966.
165. **Farley MM, Rosenberg MJ, Rowe PJ, Chen J-H, Meirik O,** Intrauterine devices and pelvic inflammatory disease: an international perspective, Lancet 339:785, 1992.
166. **Skouby SO, Molsted-Pedersen L, Kosonen A,** Consequences of intrauterine contraception in diabetic women, Fertil Steril 42:568, 1984.
167. **Kimmerle R, Weiss R, Bergert M, Kurz K,** Effectiveness, safety, and acceptability of a copper intrauterine device (Cu Safe 300) in type 1 diabetic women, Diabetes Care 16:1227, 1993.
168. **Faundes A, Telles E, Cristofoletti MI, Faundes D, Castro S, Hardy E,** The risk of inadvertent intrauterine device insertion in women carriers of endocervical Chlamydia trachomatis, Contraception 58:105, 1998.
169. **Buchan H, Villard-Mackintosh L, Vessey M, Yeates D, McPherson K,** Epidemiology of pelvic inflammatory disease in parous women with special reference to intrauterine device use, Br J Obstet Gynaecol 97:780, 1990.
170. **Mehanna MTR, Rizk MA, Ramadan M, Schachter J,** Chlamydial serologic characteristics among intrauterine contraceptive device users: does copper inhibit chlamydial infection in the female genital tract? Am J Obstet Gynecol 171:691, 1994.
171. **Kleinman D, Insler V, Sarov I,** Inhibition of Chlamydia trachomatis growth in endometrial cells by copper: possible relevance for the use of copper IUDs, Contraception 39:665, 1989.
172. **Kronmal RA, Whitney CW, Mumford SD,** The intrauterine device and pelvic

inflammatory disease: the Women's Health Study reanalyzed, J Clin Epidemiol 44:109, 1991.

173. **Lee NC, Rubin GL, Grimes DA,** Measures of sexual behavior and the risk of pelvic inflammatory disease, Obstet Gynecol 77:425, 1991.

174. **Everett ED, Reller LB, Droegemueller W, Greer BE,** Absence of bacteremia after insertion or removal of intrauterine device, Obstet Gynecol 47:207, 1976.

175. **Hall SM, Jamieson JR, Witcomb MA,** Bacteraemia after insertion of intrauterine devices, S Afr Med J 50:12321, 1976.

176. **Murray S, Hickey JB, Houang E,** Significant bacteremia associated with replacement of intrauterine contraceptive device, Am J Obstet Gynecol 156:698, 1987.

177. **Suri V, Aggarwal N, Kaur R, Chaudhary N, Ray P, Grover A,** Safety of intrauterine contraceptive device (copper T 200 B) in women with cardiac disease, Contraception 78:315, 2008.

178. **Shoubnikova M, Hellberg D, Nilsson S, Mårdh P-A,** Contraceptive use in women with bacterial vaginosis, Contraception 55:355, 1997.

179. **Jossens MOR, Schachter J, Sweet RL,** Risk factors associated with pelvic inflammatory disease of differing microbial etiologies, Obstet Gynecol 83:989, 1994.

180. European Study Group, Risk factors for male to female transmission of HIV, Br Med J 298:411, 1989.

181. **Musicco M, Nicolosi A, Saracco A, Lazzarin A,** IUD use and man to woman sexual transmission of HIV-1. In: Bardin CW, Mishell DR Jr, eds. Proceedings from the Fourth International Conference on IUDs, Butterworth-Heinemann, Boston, 1994, 179.

182. **Kapiga SH, Lyamuya EF, Lwihula GK, Hunter DJ,** The incidence of HIV infection among women using family planning methods in Dar-es-Salaam, Tanzania, AIDS 12:75, 1998.

183. **European Study Group on Heterosexual Transmission of HIV,** Comparison of female to male and male to female transmission of HIV in 563 stable couples, Br Med J 304:809, 1992.

184. **Sinei SK, Morrison CS, Sekadde-Kigondu C, Allen M, Kokonya D,** Complications of use of intrauterine devices among HIV-1-infected women, Lancet 351:1238, 1998.

185. **Heikinheimo O, Lehtovirta P, Suni J, Paavonen J,** The levonorgestrel-releasing intrauterine system (LNG-IUS) in HIV-infected women--effects on bleeding patterns, ovarian function and genital shedding of HIV, Hum Reprod 21:2857, 2006.

186. **Lehtovirta P, Paavonen J, Heikinheimo O,** Experience with the levonorgestrel-releasing intrauterine system among HIV-infected women, Contraception 75:37, 2007.

187. **Stringer EM, Kaseba C, Levy J, Sinkala M, Goldenberg RL, Chi BH, Matongo I, Vermund SH, Mwanahamuntu M, Stringer JSA,** A randomized trial of the intrauterine contraceptive device vs hormonal contraception in women who are infected with the human immunodeficiency virus, Am J Obstet Gynecol 197:144.e1, 2007.

188. **Ozgun MT, Batukan C, Mazicioglu MM, Serin IS, Baskol M, Ozturk A,** Intrauterine device use does not increase the incidence of anti-hepatitis C seropositivity among monogamous women in Turkey, Contraception 80:261, 2009.

189. **Chapin DS, Sullinger JC,** A 43-year old woman with left buttock pain and a presacral mass, N Engl J Med 323:183, 1990.

190. **Keebler C, Chatwani A, Schwartz R,** Actinomycosis infection associated with intrauterine contraceptive devices, Am J Obstet Gynecol 145:596, 1983.

191. **Fiorino AS,** Intrauterine contraceptive device-associated actinomycotic abscess and Actinomyces detection on cervical smear, Obstet Gynecol 87:142, 1996.

192. **Duguid HLD,** Actinomycosis and IUDs, Int Plann Parenthood Fed Med Bull 17:3, 1983.

193. **Petitti DB, Yamamoto D, Morgenstern N,** Factors associated with actinomyces-like organisms on Papanicolaou smear in users of IUDs, Am J Obstet Gynecol 145:338, 1983.

194. **Merki-Feld GS, Lebeda E, Hogg B, Keller PJ,** The incidence of actinomyces-like organisms in Papanicolaou-stained smears of copper- and levonorgestrel-releasing intrauterine devices, Contraception 61:365, 2000.

195. **Persson E, Holmberg K, Dahlgren S, Nielsson L,** Actinomyces Israelii in genital tract of women with and without intrauterine contraception devices, Acta Obstet Gynecol Scand 62:563, 1983.

196. **Merki-Feld GS, Rosselli M, Imthurn B,** Comparison of two procedures for routine IUD exchange in women with positive Pap smears for actinomyces-like organisms, Contraception 77:177, 2008.

197. **Hill GB,** Eubacterium nodatum mimics Actinomyces in intrauterine device-associated infections and other settings within the female genital tract, Obstet Gynecol 79:534, 1992.

198. **Stubblefield P, Fuller A, Foster S,** Ultrasound-guided intrauterine removal of intrauterine contraceptive devices in pregnancy, Obstet Gynecol 72:961, 1988.

199. **Lewit S,** Outcome of pregnancy with intrauterine device. Contraception 2:47, 1970.

200. **Alvior GT Jr,** Pregnancy outcome with removal of intrauterine device, Obstet Gynecol 41:894, 1973.

201. **Assaf A, Gohar M, Saad S, El-Nashar A, Abdel Aziz A,** Removal of intrauterine devices with missing tails during early pregnancy, Contraception 45:541, 1992.

202. **Foreman H, Stadel BV, Schlesselman S,** Intrauterine device usage and fetal loss, Obstet Gynecol 58:669, 1981.

203. **United Kingdom Family Planning Research Network,** Pregnancy outcome associated with the use of IUDs, Br J Fam Plann 15:7, 1989.

204. **Williams P, Johnson B, Vessey M,** Septic abortion in women using intrauterine devices, Br Med J iv:263, 1975.

205. **Atrash HK, Frye A, Hogue CJR,** Incidence of morbidity and mortality with IUD in situ in the 1980s and 1990s, In: Bardin CW, Mishell DR Jr, eds. Proceedings from the Fourth International Conference on IUDs, Butterworth-Heinemann, Boston, 1994, p 76.

206. **Guillebaud J,** IUD and congenital malformation, Br Med J i:1016, 1975.

207. **Layde PM, Goldberg MF, Safra MJM, Oakley GP,** Failed intrauterine device contraception and limb reduction deformities: a case-control study, Fertil Steril 31:18, 1979.

208. **Tatum HJ, Schmidt FH, Jain AK,** Management and outcome of pregnancies associated with the copper-T intrauterine contraceptive device, Am J Obstet Gynecol 127:869, 1976.

209. **Vessey M, Doll R, Peto R, Johnson B, Wiggins P,** A long-term follow-up study of women using different methods of contraception—an interim report, J Biosoc Sci 8:373, 1976.

210. **Chaim W, Mazor M,** Pregnancy with an intrauterine device in situ and preterm delivery, Arch Gynecol Obstet 252:21, 1992.

211. **Leigh BC, Temple MT, Trocki KF,** The sexual behavior of US adults: results from a national survey, Am J Public Health 83:1400, 1993.

212. **Suhonen S, Haukkamaa M, Jakobsson T, Rauramo I,** Clinical performance of a levonorgestrel-releasing intrauterine system and oral contraceptives in young nulliparous women: a comparative study, Contraception 69:407, 2004.

213. **Veldhuis HM, Vos AG, Lagro-Janssen ALM,** Complications of the intrauterine device in nulliparous and parous women, Eur J Contracept Reprod Health Care 10:82, 2004.

214. **Newton J, Tacchi D,** Long-term use of copper intrauterine devices, Br J Fam Plann 16:116, 1990.

215. **Haimov-Kochman R, Ackerman Z, Anteby EY,** The contraceptive choice for a Wilson's disease patient with chronic liver disease, Contraception 56:241, 1997.

216. **Kjos SL, Ballagh SA, La Cour M, Xiang A, Mishell DR Jr,** The copper T380A intrauterine device in women with Type II diabetes mellitus, Obstet Gynecol 84:1006, 1994.

217. **Diaz J, Pinto-Neto AM, Bahamondes L, Diaz M, Arce XE, Castro S,** Performance of the copper T 200 in parous adolescents: are copper IUDs suitable for these women? Contraception 48:23, 1993.

218. **Duenas JL, Albert A, Carrasco F,** Intrauterine contraception in nulligravid vs parous women, Contraception 53:23, 1996.

219. **Hubacher D, Lara-Ricalde R, Taylor DJ, Guerra-Infante F, Guzman-Rodriguez R,** Use of copper intrauterine devices and the risk of tubal infertility among nulligravid women, New Engl J Med 345:561, 2001.

220. **Doll H, Vessey M, Painter R,** Return of fertility in nulliparous women after discontinuation of the intrauterine device: comparison with women discontinuing other methods of contraception, Br J Obstet Gynaecol 108:304, 2001.
221. **Andersson K, Batar I, Rybo G,** Return to fertility after removal of a levonorgestrel-releasing intra-uterine device and Nova T, Contraception 46:575, 1992.
222. **Bastianelli C, Farris M, Lippa A, Lucantoni V, Valente A,** Use of intrauterine device by nulliparous women. Prospective study and preliminary data, Minerva Ginecol 50:231, 1998.
223. **Edelman D, Van Os W,** Safety of intrauterine contraception, Adv Contracept 6:207, 1990.
224. **Mishell DR Jr, Roy S,** Copper intrauterine contraceptive device event rates following insertion 4 to 8 weeks post partum, Am J Obstet Gynecol 143:29, 1982.
225. **Zhuang L, Wang H, Yang P,** Observations of the clinical efficacies and side effects of six different timings of IUD insertions, Clin J Obstet Gynecol 22:350, 1987.
226. **Chi I-c, Farr G,** Postpartum IUD contraception—a review of an international experience, Adv Contracept 5:127, 1989.
227. **Celen S, Möröy P, Sucak A, Aktulay A, Danisman N,** Clinical outcomes of early postplacental insertion of intrauterine contraceptive devices, Contraception 69:279, 2004.
228. **Zhou S, Chi I-c,** Immediate postpartum IUD insertions in a Chinese hospital—a two-year follow-up, Int J Gynaecol Obstet 35:157, 1991.
229. **Chi I-c, Potts M, Wilkens L, Champion C,** Performance of the TCu-380A device in breastfeeding and non-breastfeeding women, Contraception 39:603, 1989.
230. **Andersson K, Ryde-Blomqvist E, Lindell K, Odlind V, Milsom I,** Perforations with intrauterine devices. Report from a Swedish survey, Contraception 57:251, 1998.
231. **White MK, Ory HW, Rooks JB, Rochat RW,** Intrauterine device termination rates and the menstrual cycle day of insertion, Obstet Gynecol 55:220, 1980.
232. **Nielsen NC, Nygren K-G, Allonen H,** Three years of experience after postabortal insertion of Nova-T and Copper-T-200, Acta Obstet Gynecol Scand 63:261, 1984.
233. **Querido L, Ketting E, Haspels AA,** IUD insertion following induced abortion, Contraception 31:603, 1985.
234. **Reeves MF, Smith KJ, Creinin MD,** Contraceptive effectiveness of immediate compared with delayed insertion of intrauterine devices after abortion: a decision analysis, Obstet Gynecol 110:1286, 2007.
235. **Rabin JM, Spitzer M, Dwyer AT, Kaiser IM,** Topical anesthesia for gynecologic procedures, Obstet Gynecol 73:1040, 1984.
236. **Anteby E, Revel A, Ben-Chetrit A, Rosen B, Tadmor O, Yagel S,** Intrauterine device failure: relation to its location within the uterine cavity, Obstet Gynecol 81:112, 1993.
237. **Stanback J, Grimes D,** Can intrauterine device removals for bleeding or pain be predicted at a one-month follow-up visit? A multivariate analysis, Contraception 58:357, 1998.
238. **Sinei SKA, Schulz KF, Lapley PR, Grimes D, Amsi J, Rosenthal S, Rosenberg M, Rivon G, Njage P, Bhullar V, Ogendo H,** Preventing IUCD-related pelvic infection: The efficacy of prophylactic doxycycline at insertion, Br J Obstet Gynaecol 97:412, 1990.
239. **Lapido OA, Farr G, Otolorin E, Konje JC, Sturgen K, Cox P, Champion CB,** Prevention of IUD-related pelvic infection: the efficacy of prophylactic doxycycline at IUD insertion, Adv Contracept 7:43, 1991.
240. **Zorlu CG, Aral K, Cobanoglu O, Gurler S, Gokmen O,** Pelvic inflammatory disease and intrauterine devices: prophylactic antibiotics to reduce febrile complications, Adv Contracept 9:299, 1993.
241. **Walsh TL, Bernstein GS, Grimes DA, Frezieres R, Bernstein L, Coulson AH, IUD Study Group,** Effect of prophylactic antibiotics on morbidity associated with IUD insertion: results of a pilot randomized controlled trial, Contraception 50:319, 1994.
242. **Walsh T, Grimes D, Frezieres R, Nelson A, Bernstein L, Coulson A, Bernstein G, for the IUD Study Group,** Randomised controlled trial of prophylactic antibiotics before insertion of intrauterine devices, Lancet 351:1005, 1998.
243. **Grimes DA, Schulz KF,** Antibiotic prophylaxis for intrauterine contraceptive device insertion, Cochrane Database Syst Rev:CD001327, 2000.
244. **Sachs BP, Gregory K, McArdle C, Pinshaw A,** Removal of retained intrauterine contraceptive devices in pregnancy, Am J Perinatol 9:139, 1992.
245. **Gorsline J, Osborne N,** Management of the missing intrauterine contraceptive device: Report of a case, Am J Obstet Gynecol 153:228, 1985.
246. **Adoni A, Chetrit AB,** The management of intrauterine devices following uterine perforation, Contraception 43:77, 1991.
247. **Markovitch O, Klein Z, Gidoni Y, Holzinger M, Beyth Y,** Extrauterine mislocated IUD: is surgical removal mandatory? Contraception 66:105, 2002.
248. **Gronlund B, Blaabjerg J,** Serious intestinal complication five years after insertion of a Nova-T, Contraception 44:517, 1991.

# Interpreting Epidemiologic Reports and Contraceptive Eligibility Criteria

Clinical practice is the ultimate distillate of evidence, judgment, and experience. The safety, side effects, and benefits of treatments are established by epidemiologic studies. The clinician must determine whether the data derived from epidemiologic studies are clinically relevant and useful. The incorporation of the data into clinical practice depends upon that determination. In this chapter, we provide a guide for interpreting epidemiologic reports, a guide intended to help clinicians make appropriate determinations regarding epidemiologic data, and ultimately to apply this information properly in clinical practice.

## The Hierarchy (in Descending Order) of Epidemiologic Studies

### Randomized Controlled Trials

A randomized trial is a true clinical experiment in which an intervention is compared with a standard treatment, no treatment, or a placebo, with allocation to treatment by chance. More than one comparison can be made within a study. Participants theoretically have a random (an equal and unbiased) chance of being assigned to each group in the study, and the participant characteristics should be nearly if not totally the same in each group. In *crossover trials*, participants are randomly assigned to one treatment group and later switched to the other group, and thus the participants serve as their own controls.

| | |
|---|---|
| *Advantages*: | Provides scientific, epidemiologic proof. |
| *Disadvantages*: | Very expensive and time-consuming. Only a limited number of hypotheses can be evaluated in any one study. |
| *Example*: | The Women's Health Initiative |

### Observational Studies (Nonexperimental Studies: Observation Without Intervention)

***Cohort studies***: A prospective follow-up over a long period of time of a large group of individuals, also referred to as longitudinal or follow-up studies.

Exposure information is collected from all subjects who are disease free, and subjects are followed over time to determine who develops disease. A historical cohort study is retrospective, following a cohort in past time, not from current time onward.

*Advantages:* A relatively accurate estimation because of large numbers, can evaluate changes over time, avoids recall bias.

*Disadvantages:* Expensive, lengthy in time, and subject to biases (particularly selection bias and surveillance bias) making the two groups being compared unequal.

*Example:* The Nurses' Health Study

***Case-control studies:*** A retrospective comparison of a group of individuals with a condition or problem compared with a carefully selected control group. Subjects are selected according to specific inclusion and exclusion criteria. The exposure history of those with disease and those with no disease is collected and compared.

*Advantages:* Relatively quick and inexpensive because of small sample sizes.

*Disadvantages:* Subject to biases and errors.

*Example:* World Health Organization (WHO) Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception

***Cross-sectional studies:*** A description of a group of individuals at one point in time.

*Advantages:* A reliable method to estimate prevalence; quick and inexpensive.

*Disadvantages:* Cannot assess changes over time and very susceptible to sampling error (the group is not representative of the actual population of interest).

*Example:* The Health and Nutritional Examination Survey

### Clinical Reports

***A case series:*** A collection of similar cases that suggests more than a chance or coincidental occurrence.

***A case report:*** An anecdotal report that serves to bring attention to a possible problem or condition.








### Possible Confounders and Biases of Importance

**Confounders:** Factors associated with the disease and the exposure, such as age, body weight, smoking, family history, duration of contraceptive use, preferential prescribing, healthy user effect.

**Biases:** Errors due to study design.

***Detection or Surveillance Bias:*** Systematic errors in methods of ascertainment, diagnosis, or verification of cases. Not everyone in the study population has equal access to or utilization of medical interventions and diagnostic tests.

***Publication Bias:*** Negative (null) studies and studies that confirm old results tend not to be published. An important source of bias in meta-analysis.

***Reporting or Recall Bias:*** Inaccurate memory and dishonesty introduce errors.

***Selection Bias:*** Differences in characteristics between those selected for study (cases) and those in the control group, such as preferential prescribing, family history, preferential referral of patients, healthy user effect. For case-control studies, the source of the controls is important. Hospital-based controls are less likely to be representative of the general population than population-based controls. It is best to choose controls by random selection, but this is not always possible. Selection bias in a cohort study can result in differences between exposed and unexposed groups.

***Information or Observer Bias***: A flaw in measuring exposure or outcome that produces different results between comparison groups. Nonresponse by subjects or patients lost to follow-up can produce differences in cohort studies.

## A Guide to Epidemiologic Terms Commonly Used

### Relative Risk

The ratio of the risk among those exposed to the risk among the unexposed or the ratio of the cumulative incidence rate in the exposed and the unexposed, also called risk ratio. In its simplest definition, relative risk compares the rate of disease in two groups, one of which has been exposed to something that is believed to either increase or decrease the risk of that disease, usually in a prospective study.

### Odds Ratio

The odds ratio is the measure of association calculated in case-control studies when the prevalence of disease events is low; the estimate and interpretation are similar to relative risk.

### Confidence Interval

The range of relative risk that would include 95% of the subjects being studied; the range of relative risk within which the true magnitude of effect lies, given the study data, with a certain degree of assurance. To be statistically significant, a reduced relative risk (a beneficial effect) requires the larger number (the right hand number) to be less than 1.0 (thus, both numbers are <1.0). An increased relative risk (an adverse effect), to be statistically significant, requires the smaller number (the left hand number) to be greater than 1.0 (thus, both numbers are >1.0).

The tighter (more narrow) the range, the more precise the conclusion. The wider the confidence interval (CI), the more imprecise the conclusion, usually because of small numbers of study subjects.

### *P* Value

By convention, the *P* value is significant if below 0.05. This is the probability of obtaining the relative risk or odds ratio by chance. The lower the *P* value, the more likely the result is real. A *P* value of 0.05 means that there is a 5% probability that the result occurred by chance.





### Attributable Risk

The difference in actual incidence between exposed and unexposed groups, providing a realistic estimate of the change in incidence in a given population. A modest increase in relative risk will produce only a small number of cases when clinical events are rare, such as venous thromboembolism and arterial thrombosis in young women. If the absolute risk is very low, a statistically significant increase in relative risk may mean little or nothing in practical, real numbers.

### Number Needed to Treat

The number of individuals who must be treated, usually over a 1-year time period, to produce one instance of either a positive or a negative effect.

## Important Points

Epidemiology is a tool to detect disease patterns in large populations. Epidemiologic studies do not prove causation; they identify associations between diseases and certain factors.

A relative risk in the range of 1.0 to 2.0 represents an increased risk, but a weak association.

The clinical significance of an increase in risk is influenced by the rate of the disease in the general (unexposed) population (attributable risk). If the rate of the disease in the unexposed population is 10% and the relative risk is 1.4, an exposed person has a disease risk of 14%. If the rate of disease in the unexposed population is only 1%, then the same relative risk of 1.4 increases the actual disease risk by only 1.4%.

Criteria that strengthen the conclusion that an epidemiologic finding is clinically real include the following:

1. The strength of the association (the larger the relative risk, the more likely it is real).
2. Consistency, uniformity, and agreement among many studies.
3. A dose-response relationship (either with dose of a drug or an increasing effect with increasing time of exposure).
4. Biological plausibility of the finding (known mechanisms by which exposure could cause or influence disease).
5. An appropriate temporal relationship (the amount of time between exposure and development of disease is appropriate according to the pathogenesis of the disease).

## U.S. Preventive Task Force Evidence Grading Scheme

### Quality of Evidence

| | |
|---|---|
| Level I | Evidence from at least one properly designed randomized controlled trial. |
| Level II-1 | Evidence from well-designed, nonrandomized, controlled trial. |
| Level II-2 | Evidence from well-designed cohort or case-control studies. |
| Level II-3 | Evidence from cross-sectional studies, or uncontrolled studies. |
| Level III | Evidence from descriptive case reports, case series, or expert/committee opinions. |

### Strength of Recommendation

| | |
|---|---|
| A | Good and consistent scientific evidence to support recommendation, a substantial net benefit. |
| B | Limited evidence to support a recommendation, a moderate net benefit. |
| C | Not enough evidence to make a recommendation, possibly a small net benefit. |
| D | Good evidence against a recommendation, no net benefit, possibly greater harm. |
| E | Insufficient evidence, no conclusion. |





## Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010

This summary sheet only contains a subset of the recommendations from the US MEC. For complete guidance, see: www.cdc.gov/reproductivehealth/usmec

Most contraceptive methods do not protect against sexually transmitted infections (STIs). Consistent and correct use of the male latex condom reduces the risk of STIs and HIV.

Key:

| | |
|---|---|
| 1 | No restriction (method can be used) |
| 2 | Advantages generally outweigh theoretical or proven risks |
| 3 | Theoretical or proven risks usually outweigh the advantages |
| 4 | Unacceptable health risk (method not to be used) |

| Condition | Sub-condition | Combined pill, patch, ring | Progestin-only pill | Injection | Implant | LNG-IUD | Copper-IUD |
|---|---|---|---|---|---|---|---|
| | | I / C | I / C | I / C | I / C | I / C | I / C |
| Age | | Menarche to <40 = 1; ≥40 = 2 | Menarche to <18 = 1; 18-45 = 1; >45 = 1 | Menarche to <18 = 2; 18-45 = 1; >45 = 2 | Menarche to <18 = 1; 18-45 = 1; >45 = 1 | Menarche to <20 = 2; ≥20 = 1 | Menarche to <20 = 2; ≥20 = 1 |
| Anatomic abnormalities | a) Distorted uterine cavity | | | | | 4 | 4 |
| | b) Other abnormalities | | | | | 2 | 2 |
| Anemias | a) Thalassemia | 1 | 1 | 1 | 1 | 1 | 2 |
| | b) Sickle cell disease[‡] | 2 | 1 | 1 | 1 | 1 | 2 |
| | c) Iron-deficiency anemia | 1 | 1 | 1 | 1 | 1 | 2 |
| Benign ovarian tumors | (including cysts) | 1 | 1 | 1 | 1 | 1 | 1 |
| Breast disease | a) Undiagnosed mass | 2* | 2* | 2* | 2* | 2 | 1 |
| | b) Benign breast disease | 1 | 1 | 1 | 1 | 1 | 1 |
| | c) Family history of cancer | 1 | 1 | 1 | 1 | 1 | 1 |
| | d) Breast cancer[‡] | | | | | | |
| | i) current | 4 | 4 | 4 | 4 | 4 | 1 |
| | ii) past and no evidence of current disease for 5 years | 3 | 3 | 3 | 3 | 3 | 1 |
| Breastfeeding | a) <1 month postpartum | 3* | 2* | 2* | 2* | | |
| | b) 1 month or more postpartum | 2* | 1* | 1* | 1* | | |
| Cervical cancer | Awaiting treatment | 2 | 1 | 2 | 2 | I: 4 / C: 2 | I: 4 / C: 2 |
| Cervical ectropion | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cervical intraepithelial neoplasia (CIN) | | 2 | 1 | 2 | 2 | 2 | 1 |
| Cirrhosis | a) Mild (compensated) | 1 | 1 | 1 | 1 | 1 | 1 |
| | b) Severe[‡] (decompensated) | 4 | 3 | 3 | 3 | 3 | 1 |
| Deep venous thrombosis (DVT) /Pulmonary embolism (PE) | a) History of DVT/PE, not on anticoagulant therapy | | | | | | |
| | i) higher risk for recurrent DVT/PE | 4 | 2 | 2 | 2 | 2 | 1 |
| | ii) lower risk for recurrent DVT/PE | 3 | 2 | 2 | 2 | 2 | 1 |
| | b) Acute DVT/PE | 4 | 2 | 2 | 2 | 2 | 2 |
| | c) DVT/PE and established on anticoagulant therapy for at least 3 months | | | | | | |
| | i) higher risk for recurrent DVT/PE | 4 | 2 | 2 | 2 | 2 | 2 |
| | ii) lower risk for recurrent DVT/PE | 3* | 2 | 2 | 2 | 2 | 2 |
| | d) Family history (first-degree relatives) | 2 | 1 | 1 | 1 | 1 | 1 |
| | e) Major surgery | | | | | | |
| | (i) with prolonged immobilization | 4 | 2 | 2 | 2 | 2 | 1 |
| | (ii) without prolonged immobilization | 2 | 1 | 1 | 1 | 1 | 1 |
| | f) Minor surgery without immobilization | 1 | 1 | 1 | 1 | 1 | 1 |
| Depressive disorders | | 1* | 1* | 1* | 1* | 1* | 1* |
| Diabetes mellitus (DM) | a) History of gestational DM only | 1 | 1 | 1 | 1 | 1 | 1 |

| Condition | Sub-condition | Combined pill, patch, ring I | Combined pill, patch, ring C | Progestin only pill I | Progestin only pill C | Injection I | Injection C | Implant I | Implant C | LNG-IUD I | LNG-IUD C | Copper-IUD I | Copper-IUD C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DM (cont.) | b) Non-vascular disease | | | | | | | | | | | | |
| | (i) non-insulin dependent | 2 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| | (ii) insulin dependent* | 2 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| | c) Nephropathy/retinopathy/neuropathy* | 3/4* | | 2 | | 3 | | 2 | | 2 | | 1 | |
| | d) Other vascular disease or diabetes of >20 years' duration* | 3/4* | | 2 | | 3 | | 2 | | 2 | | 1 | |
| Endometrial cancer* | | 1 | | 1 | | 1 | | 1 | | 4 | 2 | 4 | 2 |
| Endometrial hyperplasia | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Endometriosis | | 1 | | 1 | | 1 | | 1 | | 1 | | 2 | |
| Epilepsy* | See drug interactions | 1* | | 1* | | 1* | | 1* | | 1 | | 1 | |
| Gall-bladder disease | a) Symptomatic | | | | | | | | | | | | |
| | (i) treated by cholecystectomy | 2 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| | (ii) medically treated | 3 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| | (iii) current | 3 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| | b) Asymptomatic | 2 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| Gestational trophoblastic disease | a) Decreasing or undetectable β-hCG levels | 1 | | 1 | | 1 | | 1 | | 3 | | 3 | |
| | b) Persistently elevated β-hCG levels or malignant disease* | 1 | | 1 | | 1 | | 1 | | 4 | | 4 | |
| Headaches | a) Non-migrainous | 1* | 2* | 1* | 1* | 1* | 1* | 1* | 1* | 1* | 1* | 1* | |
| | b) Migraine | | | | | | | | | | | | |
| | (i) without aura, age <35 | 2* | 3* | 1* | 2* | 2* | 2* | 2* | 2* | 2* | 2* | 1* | |
| | (ii) without aura, age ≥35 | 3* | 4* | 1* | 2* | 2* | 2* | 2* | 2* | 2* | 2* | 1* | |
| | (iii) without aura, age | 4* | 4* | 2* | 3* | 2* | 3* | 2* | 3* | 2* | 3* | 1* | |
| History of bariatric surgery* | a) Restrictive procedures | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Malabsorptive procedures | COCs: 3 P/R: 1 | | 3 | | 1 | | 1 | | 1 | | 1 | |
| History of cholestasis | a) Pregnancy related | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Past COC-related | 3 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| History of high blood pressure during pregnancy | | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| History of pelvic surgery | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| HIV | High risk or HIV infected* | 1 | | 1 | | 1 | | 1 | | 2 | 2 | 2 | 2 |
| | AIDS (see drug interactions)* | 1* | | 1* | | 1* | | 1* | | 3 | 2* | 3 | 2* |
| | Clinically well on ARV therapy* | If on treatment see drug interactions | | | | | | | | 2 | 2 | 2 | 2 |
| Hyperlipidemias | | 2/3* | | 2* | | 2* | | 2* | | 2* | | 1* | |
| Hypertension | a) Adequately controlled hypertension | 3* | | 1* | | 2* | | 1* | | 1 | | 1 | |
| | b) Elevated blood pressure levels (properly taken measurements) | | | | | | | | | | | | |
| | (i) systolic 140–159 or diastolic 90–99 | 3 | | 1 | | 2 | | 1 | | 1 | | 1 | |





| Condition | Sub-condition | Combined pill, patch, ring I | Combined pill, patch, ring C | Progestin only pill I | Progestin only pill C | Injection I | Injection C | Implant I | Implant C | LNG-IUD I | LNG-IUD C | Copper-IUD I | Copper-IUD C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (ii) systolic ≥160 or diastolic ≥100* | 4 | | 2 | | 3 | | 2 | | 2 | | 1 | |
| | c) Vascular disease | 4 | | 2 | | 3 | | 2 | | 2 | | 1 | |
| Inflammatory bowel disease | (Ulcerative colitis, Crohn's disease) | 2/3* | | 2 | | 2 | | 1 | | 1 | | 1 | |
| Ischemic heart disease* | Current and history of | 4 | | 2 | 3 | 3 | | 2 | 3* | 2 | 3 | 1 | |
| Liver tumors | a) Benign | | | | | | | | | | | | |
| | i) Focal nodular hyperplasia | 2 | | 2 | | 2 | | 2 | | 2 | | 1 | |
| | ii) Hepatocellular adenoma* | 4 | | 3 | | 3 | | 3 | | 3 | | 1 | |
| | b) Malignant* | 4 | | 3 | | 3 | | 3 | | 3 | | 1 | |
| Malaria | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Multiple risk factors for arterial cardiovascular disease | (such as older age, smoking, diabetes and hypertension) | 3/4* | | 2* | | 3* | | 2* | | 2 | | 1 | |
| Obesity | a) ≥30 kg/m² body mass index (BMI) | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Menarche to <18 years and ≥30 kg/m² BMI | 2 | | 1 | | 2 | | 1 | | 1 | | 1 | |
| Ovarian cancer* | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Parity | a) Nulliparous | 1 | | 1 | | 1 | | 1 | | 2 | | 2 | |
| | b) Parous | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Past ectopic pregnancy | | 1 | | 2 | | 1 | | 1 | | 1 | | 1 | |
| Pelvic inflammatory disease | a) Past, (assuming no current risk factors of STIs) | | | | | | | | | | | | |
| | (i) with subsequent pregnancy | 1 | | 1 | | 1 | | 1 | | 1 | 1 | 1 | 1 |
| | (ii) without subsequent pregnancy | 1 | | 1 | | 1 | | 1 | | 2 | 2 | 2 | 2 |
| | b) Current | 1 | | 1 | | 1 | | 1 | | [illegible] | 2* | [illegible] | 2* |
| Peripartum cardiomyopathy* | a) Normal or mildly impaired cardiac function | | | | | | | | | | | | |
| | (i) <6 months | [illegible] | | 1 | | 1 | | 1 | | 2 | | 2 | |
| | (ii) ≥6 months | 3 | | 1 | | 1 | | 1 | | 2 | | 2 | |
| | b) Moderately or severely impaired cardiac function | 4 | | 2 | | 1 | | 2 | | 2 | | 2 | |
| Post-abortion | a) First trimester | 1* | | 1* | | 1* | | 1* | | 1* | | 1* | |
| | b) Second trimester | 1* | | 1* | | 1* | | 1* | | 2 | | 2 | |
| | c) Immediately post-septic abortion | 1* | | 1* | | 1* | | 1* | | 4 | | 4 | |
| Postpartum (in non-breastfeeding women) | a) <21 days | 3 | | 1 | | 1 | | 1 | | | | | |
| | b) ≥21 days | 1 | | 1 | | 1 | | 1 | | | | | |
| Postpartum (in breastfeeding or non-breastfeeding women, including post-caesarean section) | a) <10 minutes after delivery of the placenta | | | | | | | | | 2 | | 1 | |
| | b) 10 minutes after delivery of the placenta to <4 weeks | | | | | | | | | 2 | | 2 | |
| | c) ≥4 weeks | | | | | | | | | 1 | | 1 | |
| | d) Puerperal sepsis | | | | | | | | | 4 | | 4 | |
| Pregnancy | | NA* | | NA* | | NA* | | NA* | | 4* | | 4* | |
| Rheumatoid arthritis | a) On immuno suppressive therapy | 2 | | 1 | | 2/3* | | 1 | | 2 | 1 | 2 | 1 |
| | b) Not on immuno suppressive therapy | 2 | | 1 | | 2 | | 1 | | 1 | | 1 | |
| Schistosomiasis | a) Uncomplicated | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Fibrosis of the liver* | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Severe dysmenorrhea | | 1 | | 1* | | 1 | | 1 | | 1 | | 2 | |

| Condition | Sub-condition | Combined pill, patch, ring | | Progestin-only pill | | Injection | | Implant | | LNG-IUD | | Copper-IUD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | I | C | I | C | I | C | I | C | I | C | I | C |
| Sexually transmitted infections | a) Current purulent cervicitis or chlamydial infection or gonorrhea | 1 | | 1 | | 1 | | 1 | | 4 | 2* | 4 | 2* |
| | b) Other STIs (excluding HIV and hepatitis) | 1 | | 1 | | 1 | | 1 | | 2 | 2 | 2 | 2 |
| | c) Vaginitis (including trichomonas vaginalis and bacterial vaginosis) | 1 | | 1 | | 1 | | 1 | | 2 | 2 | 2 | 2 |
| | d) Increased risk of STIs | 1 | | 1 | | 1 | | 1 | | | 2 | | 2 |
| Smoking | a) Age <35 | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Age ≥35, <15 cigarettes/day | 3 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | c) Age ≥35, ≥15 cigarettes/day | 4 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Solid organ transplantation[‡] | a) Complicated | 4 | | 2 | | 2 | | 2 | | 3 | 2 | 3 | 2 |
| | b) Uncomplicated | 2* | | 2 | | 2 | | 2 | | 2 | | 2 | |
| Stroke[‡] | History of cerebrovascular accident | 4 | | 2 | 3 | 3 | | 2 | 3 | 2 | | 1 | |
| Superficial venous thrombosis | a) Varicose veins | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Superficial thrombophlebitis | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Systemic lupus erythematosus[‡] | a) Positive (or unknown) antiphospholipid antibodies | 4 | | 3 | | 3 | 3 | 3 | | 3 | | 1 | 1 |
| | b) Severe thrombocytopenia | 2 | | 2 | | 3 | 2 | 2 | | 2* | | 3* | 2* |
| | c) Immunosuppressive treatment | 2 | | 2 | | 2 | 2 | 2 | | 2 | | 2 | 1 |
| | d) None of the above | 2 | | 2 | | 2 | 2 | 2 | | 2 | | 1 | 1 |
| Thrombogenic mutations[‡] | | 4 | | 2* | | 2* | | 2* | | 2* | | 1* | |
| Thyroid disorders | a) Simple goiter/hyperthyroid/hypothyroid | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Tuberculosis[‡] | a) Non-Pelvic | 1* | | 1* | | 1* | | 1* | | 1 | | 1 | |
| | b) Pelvic | 1* | | 1* | | 1* | | 1* | | 4 | 3 | 4 | 3 |
| Unexplained vaginal bleeding | (suspicious for serious condition) before evaluation | 2* | | 2* | | 3* | | 3* | | 4 | 2* | 4 | 2* |
| Uterine fibroids | | 1 | | 1 | | 1 | | 1 | | 2 | | 2 | |
| Valvular heart disease | a) Uncomplicated | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Complicated[‡] | 4 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Vaginal bleeding patterns | a) Irregular pattern without heavy bleeding | 1 | | 2 | | 2 | | 2 | | 1 | 1 | 1 | |
| | b) Heavy or prolonged bleeding | 1* | | 2* | | 2* | | 2* | | 1* | 2* | 2* | |
| Viral hepatitis | a) Acute or flare | 3/4* | 2 | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Carrier/Chronic | 1 | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| **Drug Interactions** | | | | | | | | | | | | | |
| Antiretroviral therapy (ARV) | a) Nucleoside reverse transcriptase inhibitors | 1* | | 1 | | 1 | | 1 | | | 2* | 2/3* | 2* |
| | b) Non-nucleoside reverse transcriptase inhibitors | 2* | | 2* | | 1 | | 2* | | | 2* | | 2* |
| | c) Ritonavir-boosted protease inhibitors | 3* | | 3* | | 1 | | 2* | | | 2* | | 2* |
| Anticonvulsant therapy | a) Certain anticonvulsants (phenytoin, carbamazepine, barbiturates, primidone, topiramate, oxcarbazepine) | 3* | | 3* | | 1 | | 2* | | 1 | | 1 | |
| | b) Lamotrigine | 3* | | 1 | | 1 | | 1 | | 1 | | 1 | |
| Antimicrobial therapy | a) Broad spectrum antibiotics | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | b) Antifungals | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | c) Antiparasitics | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| | d) Rifampicin or rifabutin therapy | 3* | | 3* | | 1 | | 2* | | 1 | | 1 | |

I = initiation of contraceptive method; C = continuation of contraceptive method.
* Please see the complete guidance for a clarification to this classification: [illegible]
‡ Condition that exposes woman to increased risk as a result of unintended pregnancy.
§ Please refer to the US MEC guidance related to drug interactions at [illegible]



# EPILOGUE

nd so we reach our final paragraph. We do so with optimism. This book documents, within a tick of planet Earth's time, tremendous accomplishments in contraception. These accomplishments reflect initiative, creativity, and dedication. There is reason to believe, as we do, that these human traits will persevere, and we will meet the contraceptive challenges of the future.