# Exhibit 63

Annals of Neurology 1993; 34: 299 abstract



ever, the sensitivity and specificity of this procedure has not been studied. Results of induction of PS by suggestion were analyzed in 93 patients with purely PS. The diagnosis of PS was based on the recording of a clinical event on video electroencephalogram (EEG), the absence of clinical or EEG evidence of epilepsy, and the subsequent follow-up and withdrawal of anticonvulsants supporting the diagnosis of PS. A control group was composed of 20 patients with epilepsy in which induction was tried. Both groups were matched for age, sex, and educational level. Induction was performed following a standardized protocol. The test was carried out by placing a colored patch on the neck. The test was considered positive when the induced clinical events were typical, according to a witness familiar with the patient's seizures. Induction was positive in 72 of 93 patients with PS and in none with epilepsy. Sensitivity of this test for the diagnosis of PS was 77.4%, specificity was 100%, positive predictive value was 100%, and negative predictive value was 48.7%. Spontaneous and provoked seizures showed no substantial differences.

### P217. Functional Magnetic Resonance Imaging in Patients with Epilepsy

*G. L. Morris, W. M. Mueller, Z. F. Yetkin, V. Haughton, L. Estkowski, G. L. Morris, P. Bandettini, J. Binder, S. Rao, and J. Hyde, Milwaukee, WI*

Our objective was to examine functional magnetic resonance imaging (FMRI) in chronic epilepsy patients. FMRI is a new imaging technique that detects regional changes in MRI signal related to tasks. These MRI signal changes are believed related to local decreases in deoxyhemoglobin concentrations during these tasks. The availability of MRI makes FMRI a potentially useful tool in clinical neurosciences. Three patients with chronic epilepsy were scanned using a 26.5-cm local three-axis gradient coil and blipped echo-planar sequence (TE = 40 msec). Tasks included: single digit tapping, sequential digit tapping, sensory stimulation, counting, and word generation. Each task was performed with multiple on-off conditions and 100 consecutive sagittal images obtained bilaterally during each task. MR signal changes were derived by Fourier transform and superimposed on anatomical images. Local MRI signal changes were seen with each of the tasks. Correspondence of these signal changes was seen with known functional organization. FMRI is capable of producing functional images in chronic epilepsy patients and responses to direct cortical stimulation could be made.

## POSTER PRESENTATION: HEADACHE AND PAIN

### P218. Benign Intracranial Hypertension Associated with Levonorgestrel Implants

*A. J. Sunku, A. E. O'Duffy, and J. W. Swanson, Rochester, MN*

Benign intracranial hypertension (BIH) has been associated with alterations of hormonal states including pregnancy and oral contraceptive use. We report 2 patients who developed BIH following implantation of levonorgestrel silastic implants (Norplant [R]), a synthetic progestin used as a contraceptive that recently was released for use in the United States. The typical syndrome of BIH, including headache, papilledema, enlarged blind spots, and elevated opening spinal fluid pressure (in excess of 400 mm of CSF), developed in 2 women aged 20 years and 24 years. The clinical syndrome arose 9 months following implantation of levonorgestrel in 1 patient and 12 months following implantation in the other. The patients were taking no other substances that have been associated with BIH. The cerebrospinal fluid examination except for elevation of the opening pressures were unremarkable, and each patient had a normal MRI examination of the head. In each patient, the levonorgestrel implant was removed and treatment with diuretics (acetazolamide, furosemide) was given. The clinical symptoms as well as ocular findings remitted within weeks of treatment, and BIH has not recurred since discontinuation of treatment. Physicians should be aware of the possible association of levonorgestrel implants and BIH. Further observations may allow a determination as to whether this association is etiological or coincidental.

### P219. A Prospective Comparison of Vascular Risk Factors in Migraine with and Without Aura

*Gretchen E. Tietjen, Steven R. Levine, Sheena Grover, and Margie Day, Detroit, MI*

We prospectively evaluated demographic features, vascular risk factors, and anticardiolipin antibodies (aCL) titers in 182 consecutive neurology clinic patients meeting Idiopathic Headache Score criteria for migraine with aura (Group A) and compared them to 192 consecutive patients with migraine without aura (Group B). Group A was closely matched to Group B for age (mean age 38.2 yr vs 39.1 yr, $p = 0.37$); African-American race (18.7% [34/182] vs 18.2% [35/192], $p = 0.91$); and female gender (84.6% [154/182] vs 81.3% [156/192], $p = 0.39$). Group A had a significantly higher percentage of diabetes mellitus (5% [9/182] vs 0.5% [1/192], $p = 0.009$); angina or myocardial infarction (5.5% [10/182] vs 1.6% [3/192], $p = 0.03$); and heart valve problems (15.6% [28/180] vs 8.4% [16/190], $p = 0.03$) than Group B. No differences were found between the groups for hypertension, arrhythmias, high cholesterol, cigarette smoking, and oral contraceptive use. Group A had a higher frequency of aCL positivity (IgG > 20 GPL units) than Group B (9.9% [18/182] vs 4.7% [9/192], $p = 0.05$). The age and gender-adjusted odds ratio (OR) for aCL within Group A compared to Group B was 2.3 (95% CI 1.0–5.3, $p = 0.05$). After adjustment for stroke risk factors, the OR was 2.12 (95% CI 0.9–5.0, $p = 0.09$). Our data suggest that (1) aCL is associated with migraine with aura and (2) the presence of stroke risk factors may lower the threshold for migrainous aura.

### P220. Case Report: Familial Hemiplegic Migraine

*Michael A. Elliott, Tacoma, WA*

Familial hemiplegic migraine is a rare neurological disorder well recognized in the literature. However, the pathogenesis of this disorder is unclear and therapeutic alternatives are controversial. We describe a 9-year-old boy who has suffered 2 very severe and prolonged hemiplegic migraine attacks affecting alternate cerebral hemispheres. Both attacks were preceded by minor head trauma. Family history revealed 3 generations of hemiplegic migraine. This patient was extensively evaluated during and subsequent to his second attack with computed tomography (CT), magnetic resonance imaging (MRI), magnetic resonance angiography (MRA), transcranial Doppler sonography (TCD), single-photon emission computed tomography (SPECT), and electroencephalography (EEG). No evidence of cerebral ischemia was seen on

ST. LUKES HOSPITAL OF KANSAS CITY
NOTICE: THIS MATERIAL MAY BE PROTECTED
BY COPYRIGHT (TITLE 17 U.S. CODE)