# Exhibit 67

# Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System

*DIANE K. WYSOWSKI, PhD, AND LANH GREEN, RPh, MPH*

**_Objective_: To describe serious adverse events in Norplant users from reports submitted to the Food and Drug Administration's (FDA) MedWatch Spontaneous Reporting System.**

**_Methods_: Reports of certain serious adverse events in Norplant users in the United States from February 1991 to December 1993 were reviewed and analyzed.**

**_Results_: From the introduction of Norplant in the United States in February 1991 to December 1993, the FDA received reports of 24 women hospitalized for infections at the insertion site, 14 hospitalized or disabled because of difficulties removing the capsules, 14 hospitalized for stroke, three for thrombotic thrombocytopenia purpura, six for thrombocytopenia, and 39 for pseudotumor cerebri. The comparison of reported rates with expected rates and the relationship of some of these disorders with oral contraceptives raises the suspicion of a causal association with Norplant.**

**_Conclusions_: The FDA has received reports of hospitalization or disability for infections, capsule removal difficulties, stroke, thrombotic thrombocytopenia purpura, thrombocytopenia, and pseudotumor cerebri in Norplant users. Health care professionals need to be trained in Norplant insertion and removal to ensure the proper technique. Studies are needed to determine if stroke, thrombocytopenia, and pseudotumor cerebri are causally related to Norplant use. _(Obstet Gynecol 1995;85:538–42)_**

The Norplant system (levonorgestrel; Wyeth-Ayerst Laboratories, Philadelphia, PA) was approved by the Food and Drug Administration (FDA) in December 1990, and has been available in the United States since February 1991. It is a long-term, reversible contraceptive method containing a progestin only. The system consists of six capsules for implantation beneath the skin of the upper arm. Each capsule contains 36 mg of levonorgestrel and provides up to 5 years of contraception.

From the marketing of Norplant in February 1991 to December 1993, the FDA received about 5800 domestic reports of adverse events in patients using this drug. During this period, Wyeth-Ayerst Laboratories estimated that about 891,000 Norplant implants were distributed in the United States (personal communication: Joan Barton, Wyeth-Ayerst Laboratories, Philadelphia, PA). Most events reported to the FDA were nonserious and predictable, such as changes in bleeding patterns. Herein, we summarize reports of serious events (death, hospitalization, or disability) involving infections and removal problems, stroke, thrombotic thrombocytopenia purpura, thrombocytopenia, and pseudotumor cerebri in Norplant users.

## Materials and Methods

The Division of Epidemiology and Surveillance of the FDA receives reports of adverse drug events from physicians and pharmacists who submit written reports on a standardized form directly to the FDA or indirectly through pharmaceutical companies. We reviewed all reports (including foreign, study, literature, and consumer) of death and domestic reports of hospitalization or disability in which Norplant was the suspect drug. Initial and follow-up reports for the same patients were paired and duplicates were excluded.

*From the Division of Epidemiology and Surveillance, Center for Drug Evaluation and Research, Food and Drug Administration, Rockville, Maryland.*

*This report contains the views of the authors and not necessarily those of the Food and Drug Administration.*

The FDA received 12 reports of death with the use of Norplant, including four reports of foreign women, five from the United States, and three reports of fetal or neonatal deaths. The causes of death were dissimilar and, in most instances, appeared to be unrelated to Norplant. Therefore, reports of death, with the exception of a domestic case of thrombocytopenia and anemia, are not included in this review. We include a summary of reports concerning Norplant users who were hospitalized or reported to be disabled for infections and removal problems, stroke, thrombotic thrombocytopenia purpura, thrombocytopenia, and pseudotumor cerebri. Removal difficulties were not specifically coded in the FDA's data base. Those summarized here were found in the review of serious reports with codes of infection, cellulitis, necrosis, and injection-site and application-site reactions.

Because of the underreporting of spontaneous reports to the FDA, incidence rates cannot be calculated using the number of persons experiencing an event as the numerator and the number of persons prescribed the drug (or, as a surrogate, drug sales) as the denominator. However, reporting rates have been calculated (using the number of spontaneous reports as the numerator and an estimated denominator of 713,000, which is based on a 2-year drug distribution figure of 891,000 and an estimated continuation rate of 80%), and compared with available data on the expected rates of, or hospitalization for, the disease or disorder. A comparison is made between the reporting rates and expected rates to evaluate the magnitude of reporting rates.

## *Results*

### Infections and Removal Difficulties

Twenty-four women were reported to be hospitalized because of infections related to Norplant implant insertion. The time from insertion to the reported onset of infection ranged from 1 day to 2.5 months. In four women, conditions may have predisposed them to infections: one had diabetes, another lifted weights the day after insertion and permitted others to touch her moistened bandage, a third fell on her arm, and a fourth patient had a preexisting autoimmune disorder. Among the 24 patients hospitalized with infections, three had positive bacterial cultures of the insertion site, 13 were treated with intravenous antibiotics, nine had incision and drainage or debridement procedures, 15 had Norplant removed, and six required general anesthesia for removal. Norplant capsules were expelled in three patients. One patient, who had a 4-cm area of denudation at the insertion site, was reported to be evaluated for a possible skin graft.

Fourteen patients were reported to be hospitalized or disabled for removal difficulties, which appeared to result from the inability to locate capsules because they had migrated or were embedded too deeply. Also, removal difficulties were encountered when an accompanying infection required removal under general anesthesia. Disabling conditions associated with capsule removal difficulties that for one woman required physical therapy, splints, and absence from work included severe pain, muscle weakness, and paresthesia at the insertion site.

### Stroke

Stroke was reported in 15 Norplant users. There were no deaths. All patients were hospitalized, except for one who was reported to have experienced a "mini-stroke." Several women had more specific diagnoses including thrombotic stroke, cerebral middle artery infarct, left internal capsule infarct, pontine thrombosis, infarction of the cervical spinal cord, and brain-stem stroke. Seven women were reported to have risk factors for stroke, including cigarette smoking, a history of hypertension, a family history of stroke, and the use of cocaine and methamphetamine. Reports for two patients specifically mentioned that there were no known risk factors, and reports for six made no mention of risk factors. Norplant was removed in eight women, its removal was pending for one, and for the remaining six, it was not removed or not known to have been removed. The age of patients ranged from 16–37 years old, with one unknown (mean age 25, median 23.5). The time from Norplant insertion to the reported onset of stroke ranged from 2 days to 2 years (mean duration 152 days, median 75 days).

In its National Survey of Stroke/Incidence,[1] the National Institutes of Health reported that the average incidence rate of initial stroke was 4.1 per 100,000 for females younger than 35 years (from short-term general hospitals in the United States during 1975–1976). The 1992 estimated hospital discharge rate based on a first-listed diagnosis of stroke (ICD-9-CM codes 430–437) for women 15–44 years old was 25 per 100,000 (personal communication: Elaine Wood, National Center for Health Statistics). By comparison, the reporting rate of hospitalization for stroke with Norplant (based on 14 spontaneous reports from 1991 through 1993 and an estimated 713,000 users) was 2.0 per 100,000.

**Thrombotic Thrombocytopenia Purpura and Thrombocytopenia**

Thrombotic thrombocytopenia purpura developed in three women with Norplant implants. The time from insertion to diagnosis was 10 days, 1 month, and 8 months, respectively. Platelet counts ranged from 6000–30,000/mm$^3$, and in two patients, schistocytes were found in peripheral blood smears. All three patients were hospitalized and treated with plasmapheresis. One woman was not taking any other medications, and two continued to take other medications. They recovered after Norplant removal and treatment for the condition.

Six women were reported to have developed thrombocytopenia after Norplant insertion, although data were sparse for three. Platelet counts were 4000 and 35,000/mm$^3$ for two patients. One woman died suddenly, and her platelet count and hematocrit were found to be low at autopsy. The expected rates of hospitalization for idiopathic thrombotic thrombocytopenia purpura and thrombocytopenia are not known for women of childbearing age, but are believed to be very low.

**Pseudotumor Cerebri (Benign Intracranial Hypertension)**

Thirty-nine women developed pseudotumor cerebri (also called benign or idiopathic intracranial hypertension) during Norplant use, according to reports received by the FDA. Eleven patients were hospitalized; most were treated with lumbar punctures and acetazolamide. Except for one woman who had decreased ventricle size and flattening sulci, one patient whose results were unknown, and one whose results were consistent with pseudotumor cerebri, computed axial tomographic scans, and magnetic resonance imaging results were reported as normal or negative. Opening cerebrospinal fluid pressures ranged from 214–550 mm $H_2O$ in the 20 patients with reported data; three more patients had increased pressures, but actual values were not reported. Sixteen of the 39 women were reported to be obese, and two were overweight. Weight, height, and body habitus were not reported for 21 patients. Eight women were reported to have had weight gains of 14–30 lb after Norplant insertion.

The age of the women with pseudotumor cerebri ranged from 16–32 years (mean and median 23). The duration of Norplant insertion to the onset of symptoms ranged from 1–17 months (mean 5.5). One woman with a possible history of sickle cell anemia was also reported to have a history of pseudotumor cerebri 2 years before the present episode.

Four patients continued Norplant use with resolution of symptoms, 16 had Norplant removed with resolution of symptoms, and six had Norplant removed but their symptoms continued. For eight patients, it was not stated whether Norplant was removed, and for five, follow-up was not provided. Two women were reported to have residual vision problems: one had a 10% loss of peripheral vision and the other had "significant loss of peripheral vision."

The average annual incidence of pseudotumor cerebri, based on a survey conducted in Louisiana and Iowa, has been reported to be 3.5 per 100,000 in 15- to 44-year-old females, and 19 per 100,000 in 20- to 44-year-old obese females.[2] By comparison, the reporting rate of pseudotumor cerebri in Norplant users was 5.5 per 100,000.

## *Discussion*

From the introduction of Norplant in the United States in February 1991 to December 1993, the FDA's MedWatch Spontaneous Reporting System received about 5800 reports of adverse events in Norplant users. A review of these reports indicated that the largest numbers of serious events of concern involved infections of the insertion site, implant removal difficulties, stroke, thrombotic thrombocytopenia purpura, thrombocytopenia, and pseudotumor cerebri.

There are several limitations of the FDA's MedWatch Spontaneous Reporting System. One of the most important is the underreporting of spontaneous reports to the FDA, meaning that incidence rates cannot be calculated using the number of persons experiencing an event as the numerator and the number of persons prescribed the drug as the denominator. The completeness of reporting depends on such vagaries as the awareness of the MedWatch program by individual practitioners, the effects of publicity about a particular drug or event in the lay and medical press, and manufacturer reporting practices. However, reporting rates (based on spontaneous reports and drug use data) can be calculated and compared with the expected rates of the disease or disorder, if known. This was done for stroke and pseudotumor cerebri. None of the reporting rates exceeded the expected rates of the disease; however, reporting rates for stroke and pseudotumor cerebri (which reflect the underreporting of an unknown magnitude) were close enough to the expected rates (which reflect all causes) to suggest that Norplant users may be at an increased risk of developing these disorders. The incidence of stroke is increased in oral contraceptive

(OC) users.[3,4] Although most adverse effects of OCs are believed to be related to the estrogen component, "cardiovascular changes may be associated with either component."[4]

In the largest systematic evaluation of Norplant conducted to date, which involved follow-up for 5 years of 10,718 Chinese women with the implants,[5] no thrombotic or other severe cardiovascular accidents occurred, although the investigators did not report the expected rate. The ability to detect a rare event, such as stroke, in Norplant users in the United States might be due to the larger number of individuals using the drug in this country or to the greater prevalence of risk factors for stroke, such as hypertension, body weight, cigarette smoking, and a high-sodium diet.

No pseudotumor cerebri was reported in Chinese women using the implants. However, headache, a presenting symptom of pseudotumor cerebri, was the principal medical condition, other than menstrual problems, leading to removal in the Chinese study.[5] Although pseudotumor cerebri may be associated with OCs,[6] it is known to be associated with obesity or recent weight gain.[2,6,7] A large proportion of reports that provided body weight information for women who developed pseudotumor cerebri after Norplant insertion indicated that patients were obese or had experienced weight gains. As a consequence, it is not possible to determine whether Norplant, obesity or weight gain, or both factors are related to the occurrence of pseudotumor cerebri. Epidemiologic research (case-control or cohort studies) would be required to determine if a causal association between Norplant and either pseudotumor cerebri or stroke exists.

In the first 2 years of the marketing of Norplant in the United States, there have been reports of three women who developed thrombotic thrombocytopenia purpura and six who developed thrombocytopenia. In the Chinese study of Norplant users,[5] low platelet counts resulted in removal in 17 women, including one case of primary thrombocytopenia and one case of chronic thrombocytopenia. Investigators attributed the disorder to preexisting, lower-than-expected platelet counts. However, because thrombotic thrombocytopenia purpura has been reported in OC users[8,9] and thrombocytopenia has been reported in both American and Chinese women, the suspicion is raised that the condition may be associated with Norplant.

Infection- and insertion-site complication rates have been reported in several articles. A study of insertion-site complications among 2674 Norplant users from seven countries (other than the United States) who were enrolled and followed for 1 year[10] indicated that the 1-year incidence rate of infection was 0.8% (22 cases), the rate of expulsion was 0.4% (nine cases), and the rate of local reaction was 4.7%. The Chinese follow-up study[5] of women who had received Norplant implants determined that the rate of insertion complications was 4.7 per 10,000 years. The rate of removal difficulties was not stated. Investigators attributed the low rate of insertion complications to supervised, hands-on training and examination in both insertion and removal. The product package insert states that the frequency of removal difficulties in domestic and international clinical trials was 6.2%, based on 849 removals occurring over 5 years of use. The insert also states that during the first year of Norplant use, an infection rate of 0.7% was reported.

Physicians should be aware that infections, removal difficulties, stroke, thrombotic thrombocytopenia purpura, thrombocytopenia, and pseudotumor cerebri have been reported with Norplant, and they should inform patients of the possibility of these occurrences. Therefore, the FDA recently approved a revision of the product package insert that includes mention of these problems in the precautions and adverse reactions sections.

Health care professionals should be trained in Norplant insertion and removal to ensure proper technique. Clinicians should be cautious in implanting Norplant in patients with a history of, and/or risk factors for, stroke, thrombocytopenia, and pseudotumor cerebri. Women with implants should have periodic blood pressure checks, and those reporting frequent or persistent headaches should be evaluated with fundoscopic examinations for pseudotumor cerebri.

We would like to remind health care providers that the FDA needs to receive reports of adverse events, particularly those of a serious nature, that occur in association with the use of medical products. Adverse events can be reported via the FDA's MedWatch program by calling 1–800–FDA–1088.

## *References*


1. Robins M, Baum HM. National survey of stroke/incidence. Stroke 1981;12(suppl):45–55.
2. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri: Population studies in Iowa and Louisiana. Arch Neurol 1988;45:875–7.
3. Murad F, Kuret JA. Estrogens and progestins. In: Goodman LS, Gilman A, Rall TW, Nies AS, Taylor P, eds. Goodman and Gilman's the pharmacological basis of therapeutics. 8th ed. New York: Pergamon Press, 1990.
4. AMA Drug Evaluations Annual 1994. Chicago: American Medical Association, 1993.
5. Su-Juan G, Ming-Kun D, Ling-De Z, Ying-Lin L, Shu-Hua W, Sivin I. A 5-year evaluation of NORPLANT contraceptive implants in China. Obstet Gynecol 1994;83:673–8.

6. Wall M. Idiopathic intracranial hypertension. Neurol Clin 1991;9: 73–95.
7. Ireland B, Corbett JJ, Wallace RB. The search for causes of idiopathic intracranial hypertension. A preliminary case-control study. Arch Neurol 1990;47:315–9.
8. Caggiano V, Fernando LP, Schneider JM, Haesslein HC, Watson-Williams EJ. Thrombotic thrombocytopenic purpura: Report of fourteen cases—occurrence during pregnancy and response to plasma exchange. J Clin Apheresis 1983;1:71–85.
9. Schillinger F, Montagnac R, Birembaut P, Hopfner C. Syndrome hemolytique et uremique au decours d'une contraception orale. Rev Fr Gynecol Obstet 1986;81:721–5.
10. Klavon S, Grubb GS. Insertion site complications during the first year of Norplant use. Contraception 1990;41:27–37.

Reprints are not available.

*Received August 31, 1994.*
*Received in revised form December 7, 1994.*
*Accepted December 19, 1994.*

## PRIMARY CARE IN THE OFFICE SETTING

*June 22–24, 1995*

The American College of Obstetricians and Gynecologists is sponsoring a course on primary care in the office setting, to be held at the Stouffer Harborplace Hotel, Baltimore, Maryland. This course has been approved for 16 cognate hours (Formal Learning) by The American College of Obstetricians and Gynecologists. For further information, contact the Registrar, The American College of Obstetricians and Gynecologists, 409 12th Street SW, Washington, DC 20024–2188; (202) 863–2541.