# Exhibit 70

Bayer HealthCare
Pharmaceuticals

Hylton V. Joffe, M.D., M.M.Sc., Director
Division of Bone, Reproductive and Urologic Products
Food and Drug Administration
Center for Drug Evaluation and Research
Central Document Room (CDR)
5901-B Ammendale Road
Beltsville, MD 20705-1266

**02-Mar-2016**

**RE: NDA 21-225**
**eCTD sequence number: 0102**
**Mirena® (levonorgestrel-releasing intrauterine system)**
**PERIODIC BENEFIT-RISK EVALUATION REPORT (PBRER)**
**Reporting Interval: (24-Dec-2014 - 23-Dec-2015)**

Bayer HealthCare
Pharmaceuticals Inc.
100 Bayer Blvd
Whippany, NJ 07981-0915
Phone: (862) 404-3000
Fax: (862) 404-3175

Dear Dr. Joffe:

Pursuant to 21 CFR § 314.80(c)(2) and based on the Agency's waiver approval letter dated 08-Jan-2013, an international Periodic Benefit-Risk Evaluation Report (PBRER) is being submitted in lieu of the PSUR for NDA 21-225 - Mirena® (levonorgestrel-releasing intrauterine system). This NDA was approved on 06-Dec-2000.

The time period covered by this report is 24-Dec-2014 - 23-Dec-2015.

Reference is made to the Agency's waiver approval letter dated 06-Dec-2007 which allows for the electronic submission of periodic Individual Case Safety Reports (ICSRs) on a rolling basis.

The Form FDA 356h is enclosed in this submission.

This submission is provided in e-CTD format in accordance with the FDA Guidance for Industry – *"Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (May 2015)"*. This submission is being submitted electronically via the FDA electronic Gateway.

Bayer HealthCare Pharmaceuticals certifies that this submission has been scanned for viruses and is virus free using TREND MICRO™ Office Scan™ , Program Version 10.6 or higher. For any questions regarding eCTD technical aspects of this electronic submission, please contact Maria Ferrara at (862) 404-3421 or by email at maria.ferrara@bayer.com

Bayer HealthCare
Pharmaceuticals



Please contact the undersigned if you have any questions regarding this submission.

Sincerely,

Bayer HealthCare Pharmaceuticals Inc.

Joseph Marini, MS, RPh
Associate Director
Regulatory Affairs, Estabished Products
Phone number: 862-404-3682
Email: joseph.marini@bayer.com

**Study Tagging File (STF)**

| | | | |
|---|---|---|---|
| Study Title: | | Periodic Benefit Risk Evaluation Report | |
| Study ID: | | PBRER | |
| Category: | | | |
| Study Content: | | | |
| Document Title: | PBRER 24 Dec 2014 to 23 Dec 2015 | Relative Filename: | m5/53-clin-stud-rep/536-postmark-exp/pbrer/pbrer-pm-description.pdf |
| | | [us] pm-description | |

# PERIODIC BENEFIT-RISK EVALUATION REPORT
# PERIODIC SAFETY UPDATE REPORT

## LNG-IUS FAMILY

**BAY86-5028**
**(Levonorgestrel intrauterine delivery system)**

## No. 32

24 Dec 2014 to 23 Dec 2015

INTERNATIONAL BIRTH DATE:

MIRENA® (Levonorgestrel IUS 52 mg): 09 May 1990 (Finland)

JAYDESS® (Levonorgestrel IUS 13.5 mg): 07 Jan 2013 (Austria)

HARMONIZED EU BIRTH DATE (for LNG-only products)
23 December

Date of Report:
09 Feb 2016

Approved by: 09FEB2016
Date
Dr. Petra Költm - Global Safety Leader

Approved by: 2/9/16
Date
Dr. Andrea Machlitt – Head PV Therapeutic Area

Confidential

According to the Guideline on Good Pharmacovigilance Practices (GVP), Module VII (R1) signature authority has been designated to the respective PV Therapeutic Area Head.

## Executive Summary

### Introduction

This is the 32nd PBRER/PSUR for Mirena® (levonorgestrel intrauterine delivery system) and the 4th combined PBRER/PSUR including Jaydess® (levonorgestrel intrauterine delivery system). It covers the reporting interval from 24 Dec 2014 to 23 Dec 2015.

Two levonorgestrel intrauterine delivery systems (LNG-IUSs) are included in this report:

- Mirena®: levonorgestrel 52 mg, intrauterine delivery system
- Jaydess®: levonorgestrel 13.5 mg, intrauterine delivery system

The current CCDS for Mirena® lists the following indications: Contraception, Idiopathic menorrhagia and Protection from endometrial hyperplasia during estrogen replacement therapy. Contraception is the approved indication for Mirena® in all countries where Mirena® is marketed. Idiopathic menorrhagia is an approved indication in almost all countries. Additionally, protection from endometrial hyperplasia during estrogen replacement therapy and dysmenorrhea has been accepted in a number of countries.

The current CCDS for Jaydess® lists the following indication: Contraception for up to 3 years.

### Estimated cumulative exposure

Mirena®: The company's integrated clinical study database (Global Integrated Analysis Database) for Mirena® includes studies performed in the indications contraception, idiopathic menorrhagia and protection of endometrial hyperplasia during estrogen replacement therapy. Exposure to Mirena® in these studies is more than 13,300 woman-years in more than 5,600 women.

During this PBRER/PSUR over 3.8 million systems have been sold. By the end of December 2015 the estimated number of Mirena® users worldwide was over 15.9 million, corresponding to a calculated exposure of over 14 million woman-years during this PBRER/PSUR period. The total cumulative post-marketing experience since launch is estimated to be almost 124 million woman-years. The total number of insertions estimated from the number of units sold is approximately 39.7 million.

Jaydess®: In ongoing and completed clinical trials, the cumulative exposure to Jaydess® was approximately 8,193.4 woman-years until the end of the reporting period (3,562 women received Jaydess®).

During 2015, over 420,000 Jaydess® units were sold. The number of units sold since introduction of Jaydess® to the market is close to 741,000. The estimated cumulative post-marketing exposure is estimated to be more than 774,000 woman-years for Jaydess® at the time of DLP for this PBRER/PSUR. Close to 535,000 woman-years accumulated during 2015.

**Marketing approval**

Mirena®: Mirena® is currently authorized to be marketed in 129 countries and is marketed in 119 countries.

Jaydess®: At time of DLP of this PBRER/PSUR, Jaydess® is authorized to be marketed in 50 countries and is marketed in 39 countries.

**Summary of the overall benefit-risk analysis evaluation**

Mirena®: Mirena® has a very high contraceptive efficacy which is less dependent on user-compliance and compares favorably to other contraceptive methods including barrier methods, COCs, POPs, injectables or copper IUDs. Due to the predominantly local mechanism of action an influence of hepatic enzyme-inducing drugs on the efficacy of Mirena® is not expected. Due to the fact that it does not contain estrogens, Mirena® is suitable for many women in whom combined contraceptive methods are contraindicated or not desirable. Since Mirena® does not affect the quantity or quality of breast milk it can be used by nursing mothers.

Mirena® can be successfully used in the treatment of idiopathic menorrhagia. Mirena® is recommended by the NICE guideline for heavy menstrual bleeding as the first line treatment for heavy menstrual bleeding, if history and investigations indicate that pharmaceutical treatment is appropriate and hormonal treatment is acceptable.

Mirena® also alleviates dysmenorrhea.

The efficacy of Mirena® in preventing endometrial hyperplasia during continuous estrogen treatment has been equally good when administering estrogen either orally or transdermally.

Mirena® is generally well tolerated. The most important safety risks of Mirena® include serious risks of pelvic inflammatory disease (PID), ectopic pregnancy and uterine perforation which occur infrequently. Clinical trials and observational studies have established that the risk of PID associated with insertion of intrauterine contraceptives is confined to the first weeks after insertion. The absolute rate of ectopic pregnancies with Mirena® is lower than in patients without any contraceptive method. The relative risk of ectopic pregnancy in women becoming pregnant under Mirena® is increased. The risk of uterine perforation is increased in women who are breastfeeding at time of insertion, or have given birth up to 36 weeks before insertion. Intrauterine pregnancy, when occurring during use of Mirena®, is associated with a higher risk for spontaneous abortion and premature delivery. The more common risks of bleeding changes, ovarian cysts and expulsions are non-serious.

No information has become available during the period of this PBRER/PSUR which would have an impact on the benefit-risk profile of Mirena®. The benefit-risk profile of Mirena® in the indications contraception, idiopathic menorrhagia and protection from endometrial hyperplasia during estrogen replacement therapy remains favourable.

Jaydess®: Jaydess® (LCS12) offers a highly reliable reversible method of contraception with reduced overall content and lower daily release rate of LNG than Mirena®. The majority of Jaydess® insertions were successful regardless of parity. The size of the Jaydess® frame and the diameter of the insertion tube of Jaydess® are smaller compared to Mirena®. There were more insertions being reported as "easy" by investigators and there was a trend towards more patients reporting no or mild pain during the insertion procedure with Jaydess® compared to Mirena® in the Phase II study. Because the contraceptive efficacy is not reliant on regular user compliance, the efficacy is nearly as high in typical as in perfect use. The reduction of number of bleeding days over time, resulting in infrequent bleeding or amenorrhea in a proportion of women, is perceived as a non-contraceptive benefit. Favorable bleeding profile also contributes to the significantly lower discontinuation rate when comparing Jaydess® to another LARC (etonogestrel implant). Satisfaction rates of Jaydess® users are high, similar to those of short acting contraceptive pill (COC) users. Due to the predominantly local mechanism of action an influence of hepatic enzyme-inducing drugs on the efficacy of Jaydess® is not expected. Due to the fact that it does not contain estrogens, Jaydess® is suitable for many women in whom combined contraceptive methods are contraindicated or not desirable. Since LNG-IUS does not affect the quantity or quality of breast milk Jaydess® can be used by nursing mothers.

Jaydess® is generally well tolerated with a safety profile similar to that of Mirena®. Jaydess® was shown to be safe, well tolerated, and easy to use also in the adolescent population.

Similar to Mirena®, the most important safety risks of Jaydess® are pelvic inflammatory disease, risk of ectopic pregnancy in case of method failure, uterine perforations and risks associated with unintended intrauterine pregnancy with Jaydess® in situ (i.e. risk of spontaneous abortion, premature labour). In clinical studies, PID occurred at a low frequency and the majority of cases recovered without sequelae. The absolute risk of ectopic pregnancy during Jaydess® use is low. In case of contraceptive failure, the relative risk of the pregnancy being ectopic is increased. Ectopic pregnancy may have serious consequences, but early diagnosis may prevent a deleterious outcome and surgery may be avoided. Uterine perforation may require surgery to have Jaydess® removed. In most cases no further serious complications or permanent sequelae are observed. The risk of uterine perforation is increased

in women who are breastfeeding at the time of insertion, or have given birth up to 36 weeks before insertion.

Other risks such as expulsions and ovarian cysts do not give rise to any new safety concerns as compared to Mirena® and are generally not associated with serious or permanent sequelae.

With these benefits and the safety profile similar to Mirena®, Jaydess® can be considered to have a favorable benefit-risk profile.

**Actions taken for safety reasons /significant CCDS changes**

The labelling update described in the previous PBRERs/PSURs for Mirena®/Jaydess® which included final results of EURAS-IUD on uterine perforation with intra-uterine contraceptives was accompanied in several countries with a DHPC. A request for a new post-marketing requirement was received from U.S. FDA to generate data in U.S. women to reflect the insertion practices in the U.S. in particular with respect to postpartum insertions. The study design is currently under discussion.

No safety-related changes were made to the CCDS for Mirena® or Jaydess®.

No further risk minimization activities are considered necessary.

**Conclusions**

No new information has arisen during the reporting interval that would change the overall evaluation of benefit-risk for Mirena® when used in the indications contraception, idiopathic menorrhagia and protection from endometrial hyperplasia during estrogen replacement therapy.

No new information has arisen during the reporting interval that would change the overall evaluation of benefit-risk for Jaydess® when used in the indication contraception.

Based on the evaluation of the cumulative safety data and the benefit-risk analysis, no changes to the reference safety information or further risk minimization activities are considered necessary for either product.

The benefit-risk balance of Mirena® and Jaydess® in the approved indications is assessed as favourable.

## Table of Contents

Executive Summary ........ 2
Table of Contents ........ 6
List of Abbreviations ........ 9
1. Introduction ........ 12
2. Worldwide Marketing Approval Status ........ 14
3. Actions Taken in the Reporting Interval for Safety Reasons ........ 15
4. Changes to Reference Safety Information ........ 22
5. Estimated Exposure and Use Patterns ........ 23
5.1 Cumulative Subject Exposure in Clinical Trials ........ 23
5.2 Cumulative and Interval Patient Exposure from Marketing Experience ........ 25
5.2.1 Post-authorization (non-clinical trial) Exposure ........ 25
5.2.2 Post-authorization Use in Special Populations ........ 25
5.2.3 Other Post-authorization Use ........ 26
6. Data in Summary Tabulations ........ 26
6.1 Reference Information ........ 26
6.2 Cumulative Summary Tabulations of Serious Adverse Events from Clinical Trials ........ 27
6.3 Cumulative and Interval Summary Tabulations from Post-marketing Data Sources ........ 27
7. Summaries of Significant Safety Findings from Clinical Trials during the Reporting Interval ........ 28
7.1 Completed Clinical Trials ........ 28
7.2 Ongoing Clinical Trials ........ 31
7.3 Long-term Follow-up ........ 31
7.4 Other Therapeutic Use of Medicinal Product ........ 31
7.5 New Safety Data Related to Fixed Combination Therapies ........ 31
8. Findings from Non-Interventional Studies ........ 31
8.1 Non-Interventional Studies Including Post-Authorisation Safety Studies ........ 31
8.2 Compensation/Reimbursement Schemes (CRS) ........ 33
8.3 Active Online Listening Programs (AOL) ........ 37
9. Information from Other Clinical Trials and Sources ........ 40
9.1 Other Clinical Trials ........ 40
9.2 Medication Errors ........ 40
9.3 Other Sources ........ 42
9.3.1 Product Technical Complaints (PTC) ........ 42
9.3.2 Legal cases (Cases associated with litigation) ........ 45
10. Non-Clinical Data ........ 47
11. Literature ........ 47
Special populations – Adolescents ........ 47
Timing of IUD placement - post-placental insertion after vaginal or Ceasarean section delivery ........ 49
Timing of IUD placement - post-abortion insertion ........ 53

Insertion related pain and its management ..... 54
Return to fertility ..... 57
HPV infection ..... 57
Thrombotic and thromboembolic events ..... 58
Primary Fallopian Tube Carcinoma (PFTC) ..... 59
12. Other Periodic Reports ..... 67
13. Lack of Efficacy in Controlled Clinical Trials ..... 67
14. Late-Breaking Information ..... 67
15. Overview of Signals: New, Ongoing, or Closed ..... 67
15.1 Evaluated topics currently not classified as safety concerns ..... 69
15.1.1 Breast cancer in women of reproductive age ..... 69
15.1.2 Congenital anomaly ..... 79
16. Signal and Risk Evaluation ..... 81
16.1 Summary of Safety Concerns ..... 81
16.2 Signal Evaluation ..... 82
16.2.1 Closed and Refuted Signals ..... 82
16.2.1.1 Glioma (LNG-only products) ..... 82
16.2.1.2 Premature Ovarian Insufficiency (Mirena®) ..... 83
16.2.1.3 Idiopathic Intracranial Hypertension (LNG-IUS) ..... 84
16.3 Evaluation of Risks and New Information ..... 84
16.3.1 New Information on Important Identified Risks ..... 84
16.3.1.1 Uterine perforation ..... 85
16.3.1.2 Ectopic pregnancy in case of contraceptive failure ..... 99
16.4 Characterization of Risks ..... 105
16.4.1 Important Identified Risks ..... 105
16.4.1.1 Uterine perforation ..... 106
16.4.1.2 Pelvic Inflammatory Disease (PID) ..... 110
16.4.1.3 Risk associated to intrauterine pregnancy with Mirena®/Jaydess® in situ .. 116
16.4.1.4 Ectopic pregnancy in case of contraceptive failure ..... 121
16.4.1.5 Expulsion ..... 126
16.4.1.6 Ovarian cysts ..... 128
16.4.1.7 Bleeding changes ..... 132
16.4.2 Important Potential Risks ..... 134
16.4.2.1 Mirena®: Breast cancer in the indication protection from endometrial hyperplasia during estrogen replacement therapy ..... 134
16.4.2.2 Jaydess®: Potential for medication error ..... 136
16.4.2.3 Jaydess®: Potential for off-label use in indications other than contraception 137
16.4.2.4 Jaydess®: Potential of use beyond approved duration of use ..... 138
16.4.3 Missing information ..... 138
16.5 Effectiveness of Risk Minimizations (if applicable) ..... 138
17. Benefit Evaluation ..... 140
17.1 Important Baseline Efficacy / Effectiveness Information ..... 140

17.2 Newly Identified Information on Efficacy / Effectiveness ........ 145
17.3 Characterization of Benefits ........ 146
18. Integrated Benefit-Risk Analysis for Approved Indications ........ 146
18.1 Benefit-Risk Context – Medical Need and Important Alternatives ........ 146
18.2 Benefit-Risk Analysis Evaluation ........ 151
19. Conclusions and Actions ........ 154
20. List of Appendices ........ 156
References ........ 159

# SIGNAL ASSESSMENT

## **Signal:** *LNG-IUS and Idiopathic Intracranial Hypertension*

**Signal Assessment**

**Mirena – Idiopathic Intracranial Hypertension (IIH):**

**Summary**

A signal investigation regarding Mirena and idiopathic intracranial hypertension (IIH) was performed in 2014. It was concluded that the available data for Mirena currently do not indicate that Mirena use would be associated with an increased risk for developing IIH. As discussed in the scientific literature reviewed, a confirmed evidence for a causal association of levonorgestrel implant use and intracranial hypertension is lacking. A follow-up signal investigation was triggered by a new publication published by Etminan et al. (1). Assessment of the publication, analysis of data in the FDA Adverse Event Reporting System (FAERS database) and the WHO Global ICSR Database System (VigiBase), and subsequent follow-up assessment of individual case safety reports (ICSRs) in the BHC Global Pharmacovigilance safety database was performed. No new important safety information was identified from this follow-up signal investigation. Signal refuted.

**Background**

Stimulated reporting in the context of US lawsuits artificially increased the reporting rates of idiopathic intracranial hypertension (IIH) during the interval of the 30th PBRER/PSUR (covering the reporting period 24 Dec 2013 – 23 Dec 2014). A signal investigation was performed and relevant scientific literature and post-marketing data (ICSR review) have been investigated to evaluate the signal. The signal investigation was presented in the 30th PBRER/PSUR. The following was concluded based on the analysis performed: Available data for Mirena currently do not indicate that Mirena use would be associated with an increased risk for developing IIH. As discussed in the scientific literature reviewed, a confirmed evidence for a causal association of levonorgestrel implant use and intracranial hypertension is lacking. No new important safety information is identified from this signal investigation. The signal was refuted.

*Definition*: Idiopathic intracranial hypertension (IIH; also termed benign intracranial hypertension, and pseudotumor cerebri) is the clinical syndrome of raised intracranial pressure, in the absence of space-occupying lesions or vascular lesions, without enlargement of the cerebral ventricles, for which no causative factor can be identified. Details on clinical presentation, diagnostic criteria, etiology, pathophysiology, epidemiology and risk factors for this medical entity were described in detail in the background section of the previous signal validation document (Empirica Topics Signal ID 185).

**Company assessment of the study by Etminan et al. 2015**

Etminan M, Luo H, Gustafson P. Risk of intracranial hypertension with intrauterine levonorgestrel. Therapeutic Advances in Drug Safety, 6 (3), 110-113, 2015

**1. Description of the study published by Etminan et al.**

The study had two primary components.

In the first component, the investigators used data from the US Food and Drug Administration's Adverse Event Reporting System (FAERS) database to calculate reporting odds ratios (ROR), a crude measure of

whether a drug has more adverse event reports for a specific outcome than expected due to chance. According to the article, the following terms were included for the analysis: "benign intracranial hypertension, idiopathic intracranial hypertension, cerebral edema, intracranial hypertension, papilledema and papilledema". The date range for the analysis referred to 01 Jan 2004 to 30 Sep 2013. The authors found increased reporting for "intracranial hypertension" (ROR: 1.78; 95% CI: 1.41 – 2.25), papilledema (ROR: 1.50; 95% CI: 1.10 - 2.05) and "combined outcomes" (ROR: 1.56 95% CI: 1.28–1.91) associated with intrauterine levonorgestrel.

The second component of the study was a retrospective cohort analysis using data from the IMS LifeLink database. The investigators compared the risk of intracranial hypertension among women using intrauterine levonorgestrel to the risk in women using two oral contraceptives, ethinyl estradiol with norgestimate (EE-nogestimate) and ethinyl estradiol with norethindrone (EE-norethindrone). The authors found no statistically significant difference in the risk for intracranial hypertension for EE-norgestimate compared to intrauterine levonorgestrel (OR: 1.29; 95% CI: 0.83-2.00) and EE-norethindrone compared to intrauterine levonorgestrel (OR: 0.31; 95% CI: 0.04-2.29).

**2. Assessment of the study**

This study has a number of profound limitations that should be considered when evaluating the results:

1) Analysis of FAERS data:

- *Limitations of FAERS data*: FAERS is a pharmacovigilance database created by the FDA to allow reporting of suspected drug-related adverse events. Case reporting is mandatory for marketing authorization holders. For physicians and patients, reporting is entirely voluntary, and anyone can contribute a report. As a result, FAERS represents a small, unrepresentative sample of potential drug side effects, including many reports with incomplete or incorrect information. A major limitation of FAERS is the lack of a clear denominator for the number of event reports (i.e., the number of patients using the drug and being at risk of an event), preventing the calculation of incidence rates. The ROR was created as an alternative measure of association – it captures whether reports for the event of interest contain references to a specific drug more often than references to other drugs. Because adverse event reporting is driven by a number of factors, the ROR is generally viewed as a crude pharmacovigilance measure that is more useful for hypothesis generation than hypothesis testing. Accordingly, the slightly elevated RORs reported in this publication cannot be interpreted as an effect of the drug, but may highlight the need for further investigation of the association.
  The FAERS database is a local database. Cases not originating from the US in FAERS are almost exclusively serious due to reporting requirements for non-US cases. This might result in a potential bias in case the user population of a drug in other regions differs from the US market (e.g. due to differences in approved indications, see below).
- *Misclassification of the outcome*: Within the FAERS database, adverse events are coded to terms in the Medical Dictionary for Regulatory Activities (MedDRA) terminology. According to the article, the following terms were included for the analysis in the FAERS database: "benign intracranial hypertension, idiopathic intracranial hypertension, cerebral edema, intracranial hypertension, papilledema and papilledema". The majority of terms mentioned by the authors in the article are no MedDRA Preferred Terms. The authors did not describe the rationale for term selection and what

exactly was included in their analysis. Cerebral edema was included in the analysis, however, IIH is not associated with this condition (2). Papilledema is a cardinal sign of IIH, however the symptom has a broad spectrum of differential diagnoses relating to diseases of the eye or the optic nerve, or intracranial or spinal pathology associated with increased intracranial pressure including e.g., brain tumor, meningitis, cerebral venous sinus thrombosis or IIH. Inclusion of the terms "papilloedema" increases the risk for misclassification of other conditions as "IIH" as the authors did not check the case details for alternative explanations for papilledema.

- *Confounding by indication:* IIH shows a striking predilection for women of child-bearing age who are overweight (obesity or recent weight gain). Confining studies to women aged 20-44 years, who are 20% or more above their ideal bodyweight, yields an incidence of 15–19 cases per 100,000 in the US, as compared to 1 per 100,000 in the overall population (3). In the US, LNG-IUS is indicated in the indications contraception and idiopathic menorrhagia. Therefore, the user population for this product constitutes a population at increased risk for IIH. In addition, LNG-IUS might be preferentially used in women who may not be optimal candidates for estrogen-containing hormonal contraception, including women with increased BMI (4). The authors did not comment on whether any gender- or age-specific analysis was performed and did not further analyze the single cases to look for information on obesity or recent weight gain.

2) Retrospective cohort study in the IMS LifeLink database:

- *Limitations of IMS LifeLink data:* IMS LifeLink is a claims database collecting information for administrative reasons, not for the purpose of medical research. This secondary data collection may therefore have limitations as regards the medical information presented (e.g. due to frequent changes in the insurance status resulting in individuals who exited and entered the database more than once during the 4 year study period). No chart review was conducted to verify correctness of collected information.
- *Small number of cases*: The OR calculations in the cohort study are based on very small numbers with, for example, only one case of IIH in the EE-norethindrone cohort.
- *Confounding*: Control for confounding was insufficient. The IMS LifeLink database used by the investigators contained no covariate data, and it is impossible to know how different the comparison groups were. The complete lack of adjustment means there is a high likelihood of bias due to confounding by factors such as age, other medication use, and pre-existing health conditions. In the discussion, the authors write: "We do not believe that given the rarity of intracranial hypertension, information on other risk factors would have changed the results of the study." However, this statement is completely ungrounded in epidemiological principles. Only three factors impact the amount of bias caused by confounding: strength of the confounder-exposure relationship, strength of the confounder-outcome relationship, and confounder prevalence – the prevalence of the outcome has no relevance for the magnitude of confounding bias. While the authors perform a sensitivity analysis to assess bias due to one potential confounder, BMI, their approach has serious limitations (discussed further below).
- *Misleading/improperly performed sensitivity analysis*: The authors performed a Bayesian sensitivity analysis to simulate the expected change in OR estimates if a dichotomous BMI variable were controlled for in the analysis. This technique requires investigators to specify the expected strength of

the exposure-confounder and exposure-outcome associations by selecting a range of reasonable OR values based on prior knowledge. Inexplicably, the authors selected ranges centered at an OR of approximately 1 for both their 'weak confounding' and 'strong confounding' scenarios. Essentially, the authors have assumed null confounder-exposure and confounder-outcome relationships (with varying degrees of uncertainty) and, as one would expect, estimates are essentially unchanged in the Bayesian sensitivity analysis.

- _Misclassification of the outcome_: The suitability of the cited conditions which were identified in the database and considered for the analysis of intracranial hypertension is questionable: three of the cited conditions would preclude a diagnosis of IIH (obstructive hydrocephalus idiopathic, normal pressure hydrocephalus, cerebral edema); one describes a non-specific symptom (papilledema); and only one term, benign intracranial hypertension, is a synonym for IIH. Sensitivity and specificity of the chosen codes were not discussed and no validation studies were cited. Outcome misclassification would likely be non-differential between the exposure groups, so any resulting bias would be expected to be towards the null; however, given the small number of cases, even single misclassified cases identified to any exposure group will very likely influence the study results.
- _Misclassification of the exposure_: Use of claims or billing data to assess medication use does not differentiate between filling a prescription and actually using it. The duration of use for each of the products is also ambiguously reported. It appears that a patient who filled only one prescription would not be differentiated from someone who was continuously exposed throughout the 5-year study period. Of note, intrauterine levonorgestrel is a long-term reversible contraceptive, so it may be reasonable to expect that its users were exposed for longer periods of time than women in the oral contraceptive comparison groups.

The authors end the article with several unsubstantiated conclusions, including a statement that there is an increased risk of intracranial hypertension associated with use of intrauterine levonorgestrel compared to EE-norgestimate, and a similar risk to EE-norethindrone. This appears to be a mistake on the side of the authors - as they relate the following in their discussion of their publication. "The results from the cohort study suggest that the risk of EE-norgestimate, an oral formulation, is comparable with that with IUL. We found that compared with IUL, EE-norethindrone is protective for ICH although the small number of events and wide confidence intervals make interpretation of this observation challenging". Regardless of the mix-up of products, none of the conclusions are supported by the results from their cohort study, given the study's limitations as pointed out above. It is likely that confounding and the other issues with study design described above have substantially biased the reported estimates.

**3. External database retrievals (FAERS and WHO VigiBase)**

As mentioned above, analyses of disproportionate reporting in spontaneous adverse event databases are used for pharmacovigilance signal detection and may produce observations that warrant further investigation. Disproportionate reporting in terms of an increased ROR does not establish a causal relationship.

The company performed a retrieval in the FDA Adverse Event Reporting System (FAERS database) to try to replicate and further investigate the observations described by Etminan et al. A similar retrieval was performed in the WHO Global ICSR Database System (VigiBase) to evaluate a possible influence of local reporting requirements.

Within the FAERS database and the WHO database, adverse events are coded to terms in the Medical Dictionary for Regulatory Activities (MedDRA) terminology. According to the article, the following terms were included for the analysis in the FAERS database: "benign intracranial hypertension, idiopathic intracranial hypertension, cerebral edema, intracranial hypertension, papilledema and papilledema". The majority of terms mentioned by the authors in the article are not MedDRA Preferred Terms. The exact retrieval criteria therefore can only be deducted by assigning the MedDRA terms that represent the closest match to the terms mentioned in the article.

Consequently, for the company's FAERS database retrieval the following MedDRA PTs were chosen based on the information provided in the article:

PT Papilloedema (includes LLT Papilledema)
PT Intracranial pressure increased (includes LLT Intracranial hypertension)
PT CSF pressure increased (chosen due to relevance to the condition, although not mentioned by authors)
PT Brain oedema (includes LLT Cerebral edema)
PT Benign intracranial hypertension

"Idiopathic intracranial hypertension" is used synonymously with "benign intracranial hypertension" and "pseudotumor cerebri", all of which fall under the PT Benign intracranial hypertension.

The same retrieval criteria were used for the WHO Vigibase retrieval.

### 3.1 Retrieval criteria FDA Adverse Event Reporting System (FAERS database)

The retrievals were performed for the product generic name "Plastic IUD With Levonorgestrel".

Two different data sets were analysed:

*1) Retrieval to reproduce the data presented by Etminan et al.:*

Retrieved were cases from the same period as chosen by the authors (date range 01-JAN-2004 to 30-SEP-2013, based on "Initial FDA Date").

The retrieval included a disproportionality analysis for all cases, for cases reported in women, as well as for a further subgrouping by patient age.

Similar to the analysis performed by Etminan et al., the disproportionality analysis for all cases was also performed separately for the PT Papilloedema and the other PTs mentioned above.

*2) Cumulative retrieval*

Retrieved were all cases in the FAERS database cumulatively until end of 2014.

The retrieval included a disproportionality analysis for all cases.

In addition, case details were retrieved from the FAERS database. Reconciliation with the data in the BHC Global Pharmacovigilance safety database was performed for all retrieved cases.

### 3.2 Retrieval criteria WHO Global ICSR Database System (WHO VigiBase)

The retrievals were performed for the product trade name "Mirena".

The following data set was analysed:

> Retrieved were cases from 01-JAN-2004 to 30-SEP-2013 (based on initial report date). The retrieval included a disproportionality analysis for all cases, for cases reported in women, as well as for a further subgrouping by patient age.

### 3.3 Results of retrieval in FAERS database

*1) Retrieval to reproduce the data presented by Etminan et al.:*

It was not possible to reproduce the disproportionality scores presented in the publication by Etminan et al. (reporting RORs between 1.5 and 1.78) as shown in *Table 1*.

***Table 1***: Retrieval from FAERS database including results of disproportionality analysis (date range 01-JAN-2004 to 30-SEP-2013)

| MedDRA PTs | N | ROR | ROR05 | ROR95 | PRR |
|---|---|---|---|---|---|
| "ICH"*<br>Intracranial pressure increased<br>CSF pressure increased<br>Brain oedema<br>Benign intracranial hypertension | 52 | 0.692 | 0.55 | 0.87 | 0.692 |
| Papilloedema | 20 | 1.188 | 0.819 | 1.721 | 1.188 |
| "Combined outcomes"<br>Papilloedema<br>Intracranial pressure increased<br>CSF pressure increased<br>Brain oedema<br>Benign intracranial hypertension | 61 | 0.698 | 0.564 | 0.862 | 0.698 |

* as grouped by the authors, deduced from the available information in the publication

*2) Analysis by MedDRA PT, restriction to female cases and subgrouping by age group*

Further analysis of the data in the FAERS database was performed. Taking into consideration the MedDRA PTs assumed to be used by the authors of the publication (see above) disproportionality analyses by MedDRA PT were performed for all cases, cases in women and in age subgroups.

*Table 2*: Retrieval from FAERS database including results of disproportionality analysis on MedDRA PT level (date range 01-JAN-2004 to 30-SEP-2013)

| MedDRA PTs | N | ROR | ROR05 | ROR95 | PRR |
|---|---|---|---|---|---|
| Papilloedema | 20 | 1.188 | 0.819 | 1.721 | 1.188 |
| Intracranial pressure increased | 14 | 0.734 | 0.472 | 1.142 | 0.734 |
| CSF pressure increased | 1 | 0.685 | 0.131 | 3.578 | 0.685 |
| Brain oedema | 3 | 0.063 | 0.024 | 0.162 | 0.063 |
| Benign intracranial hypertension | 35 | 3.442 | 2.589 | 4.576 | 3.44 |

Comparing events reported for LNG-IUS users with events reported for all other patients in the FAERS database for the date range 01-JAN-2004 to 30-SEP-2013 revealed the following:

- No increased reporting was identified for the MedDRA PTs Papilloedema, Intracranial pressure increased, CSF pressure increased.
- A negative correlation was identified for the MedDRA PT Brain oedema.
- An increased ROR of 3.4 was noticed for the MedDRA PT Benign intracranial hypertension.

Taking into consideration that LNG-IUS is used only in women, and the fact that women, and in particular women of fertile age are at higher risk for IIH compared to men, the same analysis was performed for cases in women only with a subgrouping by patient age, as the user population of Mirena in the US is women of reproductive age. This subgrouping did not change the results for the MedDRA PTs Papilloedema, Intracranial pressure increased, CSF pressure increased and Brain oedema (complete data are presented in Appendix 1). The results for MedDRA PT Benign intracranial hypertension are presented in *Table 3*.

*Table 3*: Retrieval from FAERS database including results of disproportionality analysis for MedDRA PT Benign intracranial hypertension restricted to female cases and with a subgrouping by age group (date range 01-JAN-2004 to 30-SEP-2013)

| Subgroup (for MedDRA PT Benign intracranial hypertension) | N | ROR | ROR05 | ROR95 | PRR |
|---|---|---|---|---|---|
| Female<br>All age groups | 35 | 2.913 | 2.184 | 3.886 | 2.912 |
| Female<br>Age 17-45 years (fertile age) | 19 | 1.195 | 0.807 | 1.771 | 1.195 |
| Female<br>Age 46-75 years | 3 | 44.926 | 16.526 | 122.129 | 44.854 |
| Female<br>Age unknown | 13 | 3.688 | 2.276 | 5.978 | 3.687 |

The results show that with restriction to cases in females, and grouping by age no over-proportional reporting can be identified for LNG-IUS users compared to all other cases in female patients aged 17-45 years included in the FAERS database (for the data range chosen by Etminan et al.).

Disproportionality (ROR 44.9 for the MedDRA PT Benign intracranial hypertension) was identified comparing cases of LNG-IUS users aged 46-75 years to all other cases in female patients in this age group. The observation is based on a comparatively small number of cases in this age group for LNG-IUS (1839 cases, less than 4% of the overall number of LNG-IUS cases in FAERS), of which only 3 cases contain the event of interest. Since approved indications for Mirena in US only relate to use in women of fertile age (contraception, heavy menstrual bleeding), it is likely that cases reported for this age group originate from countries other than US and are therefore subject to "reporting bias" due to the reporting requirements for non-US cases (serious and unlabeled cases).

In the subgroup of women of unknown age, an ROR of 3.7 could be observed.

*3) Cumulative retrieval in FAERS database*

Stimulated reporting in the context of US lawsuits has led to an increase in Mirena cases reporting events related to intracranial hypertension, starting at the end of year 2013. This observation can also be made in the FAERS database: A cumulative retrieval in the FAERS database including cases until end of 2014 revealed further increase of the absolute number of cases with increasing disproportionality (ROR) for the MedDRA PTs Benign intracranial hypertension (N=58 cases, ROR 5.7, ROR05 4.6, ROR95 7.1) and Papilloedema (N= 41 cases, ROR 1.8, ROR05 1.4, ROR95 2.3). This is in line with the observations in the BHC Global Pharmacovigilance safety database as discussed in the signal investigation performed in 2014 (see below).

*4) Findings from the case details retrieval in the FAERS database*

The cumulative retrieval of the FAERS database revealed a total number of 58 cases reporting at least one event coded to the MedDRA PT Benign intracranial hypertension. In the age group 17-45 years 23 cases originated from the US and 11 cases originated from non-US countries. In the age group 46-75 years, all 4 cases (3 cases included in *Table 3*, and one case received after 30SEP2013) originated from other countries than the US. In the group of unknown age, 14 cases originated from the US and 6 cases from non-US countries. The data are presented in *Table 4*.

*Table 4*: Case origin (for cases including an event coded to MedDRA PT Benign intracranial hypertension)

| Age group<br>Report country | N (all cases) |
|---|---|
| 17-45 years | |
| US | 23 |
| non-US | 11 |
| 46-75 years | |
| US | 0 |
| non-US | 4 |
| Unknown | |
| US | 14 |
| non-US | 6 |
| Total | 58 |

### 3.3 Results of retrieval in WHO VigiBase

Overall, the number of cases identified in WHO VigiBase by the described retrieval was lower than the number of cases produced by the same retrieval in FAERS. The analysis of cases in the WHO VigiBase revealed the following:

*Table 5*: Retrieval from WHO VigiBase including results of disproportionality analysis on MedDRA PT level (date range 01-JAN-2004 to 30-SEP-2013)

| MedDRA PTs | N | ROR | ROR05 | ROR95 | PRR |
|---|---|---|---|---|---|
| Papilloedema | 16 | 1.325 | 0.875 | 2.004 | 1.324 |
| Intracranial pressure increased | 14 | 1.047 | 0.673 | 1.63 | 1.047 |
| CSF pressure increased | 1 | 0.943 | 0.181 | 4.923 | 0.943 |
| Brain oedema | 1 | 0.033 | 0.006 | 0.172 | 0.033 |
| Benign intracranial hypertension | 23 | 3.064 | 2.163 | 4.342 | 3.063 |

Similar to the analysis in the FAERS database, restriction to cases in female patients and a subgrouping by age group was performed for the disproportionality analysis.

*Table 6*: Retrieval from WHO VigiBase including results of disproportionality analysis for MedDRA PT Benign intracranial hypertension restricted to cases in females and grouped by age (date range 01-JAN-2004 to 30-SEP-2013)

| **Subgroup (for MedDRA PT Benign intracranial hypertension)** | **N** | **ROR** | **ROR05** | **ROR95** | **PRR** |
|---|---|---|---|---|---|
| Female All age groups | 23 | 2.545 | 1.792 | 3.614 | 2.544 |
| Female Age 17-45 years | 14 | 1.487 | 0.945 | 2.339 | 1.487 |
| Female Age 46-75 years | 0 | N/A | N/A | N/A | N/A |
| Female Age unknown | 9 | 2.928 | 1.655 | 5.181 | 2.927 |

The results are similar to the results of the retrievals performed in the FAERS database: No increased reporting was identified for the MedDRA PTs Papilloedema, Intracranial pressure increased, CSF pressure increased and a negative correlation was identified for the MedDRA PT Brain oedema. With regards to the MedDRA PT Benign intracranial hypertension an increased ROR was observed for comparison of cases reporting LNG-IUS users compared to all other cases. Restriction to cases in female patients resulted in a lower ROR (2.55 instead of 3.06) and a subgrouping by age resulted in no disproportionality for women aged 17-45 years. No cases were identified for women older than 45. Similar to the FAERS database, a disproportional reporting for the MedDRA PT Benign intracranial hypertension was identified comparing cases of LNG-IUS users of unknown age compared to all other cases in female patients of unknown age (ROR 2.9).

**4. Discussion of external database retrieval results**

It was not possible to reproduce the results described in the publication of Etminan et al. when performing analyses in the FAERS.

As the authors methodology is not clearly described (neither the exact term selection in terms of MedDRA PTs used, nor the FAERS database dataset on which the retrieval was performed are specified), the reasons for the non-reproducibility are difficult to determine. The fact that the publication does not provide enough detail to reproduce the study is a major shortcoming of the publication and limits the ability to fully assess its results and to compare them with our own results. Duplication of cases (due to follow-up reports, or reporting of the same case by different reporters) is a known limitation in the FAERS database. It might be possible that the authors did not use a so-called "de-duplicated" dataset. The company's retrieval was based on the de-duplicated dataset 2014Q4 Generic (S) with SRS+AERS+FAERS data as of 31-DEC-2014 as provided by Oracle with Empirica Signal.

When assessing their findings, the authors of the publication did not take into consideration that the spontaneous reporting of IIH cases is subject to confounding. IIH shows a striking predilection for women of child-bearing age who are overweight (obesity or recent weight gain).

While no disproportionate reporting was observed when attempting to reproduce the results of Etminan et al., an increased ROR was observed in FAERS for Mirena cases containing the MedDRA PT "Benign intracranial hypertension" (ROR 3.442) . Restriction to cases in female patients resulted in a reduction of the observed ROR (2.913). When further subgrouping the data in the FAERS database by age, no disproportional reporting could be identified for cases in women of reproductive age, i.e. the user population corresponding to the approved indications for Mirena in the US.

In the subgroup of cases including women > 46 years of age, both the overall number of cases for Mirena, and the number of cases with event of interest are small. Approved indications for Mirena in the US include contraception and heavy menstrual bleeding, i.e. use in women of reproductive age. Cases in perimenopausal or menopausal women, who use Mirena as part of a hormone replacement regimen, will therefore originate predominantly from countries outside US. Indeed, inspection of the cases reveals that the majority of the cases of interest originate from outside of the US. Due to FDA's reporting regulations for non-US cases, Mirena cases reporting events in women in this age group will therefore be mostly serious and unlabeled. This will automatically result in a higher proportion of serious and unlabeled events in cases of this age group captured in FAERS.

No disproportionality was identified in the WHO database in Mirena cases for women in this age group (women, 46-75 years), however, the total number of cases reporting any of the above described MedDRA PTs in Mirena users aged 46-75 years was very low (one case reporting the MedDRA PT Intracranial pressure increased). Otherwise, the results of the analyses performed in WHO Vigibase were similar to the analyses in FAERS. In both databases, an increased ROR was observed for Mirena cases reporting the MedDRA PT "Benign intracranial hypertension" and where no information on patient age was provided.

It has to be noticed that when the analyses in the external databases were restricted to cases in female patients and subgrouping by age was performed, only two identified risk factors for IIH (female sex, and reproductive age) could be investigated. Other risk factors such as increased BMI and recent weight gain could not be evaluated. LNG-IUS may have been preferentially prescribed in women with increased BMI (e.g. because of contraindication for estrogen-containing contraceptives due high risk of thromboembolic disease due to obesity). Therefore, further confounding cannot be excluded.

Extending the retrieval in FAERS beyond the time point specified in the publication of Etminan et al. (i.e. beyond 30 SEP 2013), an increase in Mirena cases reporting event of interest, and accordingly an increase of the ROR for the PT Benign Intracranial Hypertension can be observed. As demonstrated in the updated ICSR analysis that was performed for this signal investigation (see below), the increase can be ascribed stimulated reporting in the context of US lawsuits.

In summary, the data retrieved from FAERS database do not support the conclusion drawn by the authors of the study.

Based on the findings of the company's own analyses in FAERS and WHO Vigibase, an update of the ICSR analysis was performed, to evaluate the cases for presence of further risk factors, temporal pattern and dechallenge information.

**5. Update of signal investigation - ICSR analysis**

As described above, the last signal investigation regarding IIH and use of Mirena was performed in 2014. An update of the analysis of post-marketing (non-clinical trial) individual case safety reports (ICSRs) presented in this signal investigation was performed.

After reconciliation of the case details retrieved from the FAERS database with the data in the BHC Global Pharmacovigilance safety database, a search was performed in the BHC Global Pharmacovigilance safety database using the search criteria MedDRA PT Benign intracranial hypertension, PT Intracranial pressure increased, PT CSF pressure increased and PT Papilloedema (date range: until 28 Sep 2015). Cases reported in association with Mirena or Jaydess use were retrieved.

There was no change to the clinical trial cases presented in the previous signal investigation. Based on the case details, and because no causal relationship was suspected by the investigator in the cases, the clinical trial cases were excluded from further analysis.

Six cases were excluded, as they did not represent IIH upon detailed medical review of the report (two cases of chorioretinopathy with papilloedema, two cases of intracranial hypertension/papilloedema due to cerebral venous thrombosis, and two consumer cases of unclear papilloedema with normal intracranial pressure). One further case reported cerebral venous thrombosis, however, the (follow-up) information provided in the case was not unambiguous and the case was not excluded from the analysis. In addition, invalid cases were excluded from the analysis.

A total of 115 reports included at least one event coded to MedDRA PT Benign intracranial hypertension, Intracranial pressure increased, CSF pressure increased or Papilloedema and were included in the analysis. This includes 114 cases reported in Mirena users and one case reported in a Jaydess user. Based on the information in the cases the following was reported:

- 80 cases reported IIH/BIH/Pseudotumor cerebri
- 24 cases reported Increased intracranial pressure/IH
- 11 cases reported papilloedema of unclear etiology with no additional information on the intracranial pressure

*Reporting Rate – cumulative and annual*

Post-marketing user exposure calculations for Mirena are based on the cumulative sales volumes, a 5-year maximum period of use and an assumed 10% yearly discontinuation rate. The total cumulative post-marketing experience since launch until end of September 2015 is estimated to be approximately 120 million woman-years. The total number of insertions estimated from the number of units sold is approximately 38.8 million.

Accordingly, spontaneous cases of Mirena users diagnosed with IIH (including suspected events) have been received at an extremely rare reporting frequency of 0.09 cases per 100,000 woman-years.

Figure 1 shows the annual number of reports for the last 5 years. Figure 2 shows the annual reporting rates.

Figure 1




Figure 2




Analysis of the 46 cases reported in the context of litigation (2013-2015) or received from the FAERS database showed a significant time lag between the occurrence of the event and the time point of reporting of the case in the majority of the cases, thereby artificially increasing the reporting rate for 2014 and 2015.

*Case origin*

69 cases were classified as medically confirmed and 46 cases were classified as non-medically confirmed. One case originated from an active online listening (AOL) program and included only limited information with regard to IIH. A total of 32 cases were reported from lawyers. The retrieval in the FAERS database

found 15 cases for which a corresponding case could not definitively be identified in the BHC Global Pharmacovigilance safety database. The cases were entered as new cases in the safety database.

*Age*

The average age of the patients was 32 years (median 30 years) with a range of 19-52 years (age information available in 91 of 115 cases).

*BMI / Weight*

In 48 of the 115 cases, details on the patient's weight and height, BMI, body habitus or recent change of weight were available. In 24 of these cases, the patients presented with a BMI of more than 30, or "obesity" was reported; in a further 12 cases, the BMI was greater 25, or the patient was reportedly "overweight". In 5 additional cases unspecified weight gain before diagnosis of IIH was reported. Accordingly, in 84% of cases in which information on BMI or body habitus were available, the patients were either overweight or obese or the patients reported recent weight gain before diagnosis of IIH (see Figure 3).

Figure 3




*Onset*

One case reported IIH to be a pre-existing condition (2014-002852); reportedly, the physician requested information whether Mirena can be used in this patient. No information on exacerbation was provided in this case.

Case 1:17-mc-02767-PAE-JLC Document 98-70 Filed 03/02/18 Page 28 of 36



Information on the time interval between insertion of Mirena and diagnosis or exacerbation of IIH was available in 85 of 115 cases (see Figure 4).

For the following 4 cases there was evidence or it was suggested that IIH was a pre-existing condition, however, exacerbation or diagnosis occurred during Mirena use: In one case, the condition was reportedly pre-existing and an exacerbation of the symptoms occurred 5 years after Mirena insertion (2013-065190): In one case the condition was reportedly pre-existing (diagnosed 4 years before Mirena insertion) and the patient's bilateral papilloedema slightly worsened 3 years after Mirena insertion (CH-2007-019658). In one case, it was reported that the onset of symptoms pre-dated Mirena insertion (200942600GPV). In one cases the patient was unsure whether the symptoms started before or after insertion (US-SHR-03-016964).

In 12 of the cases, the time interval between Mirena insertion and diagnosis of IIH was 2 months or shorter; in about 66% of the cases where information on the onset date was provided (56/84), the insertion was more than 6 months ago. In almost half of the cases Mirena had been inserted more than 1 year before the diagnosis of IIH (42/85). In four cases the diagnosis of IIH was made after Mirena removal. The average duration between insertion and onset of IIH event was 589 days (range 10 days to 11 years).

Figure 4



*Removal, Outcome, Treatment, Dechallenge, Rechallenge*

In 4 of the 115 cases Mirena had been removed before the diagnosis of IIH. In 68 of the 115 cases Mirena was removed (31 cases indicate that Mirena was removed immediately or within two months of diagnosis of IIH, 26 cases reported later removal and 11 cases did not specify the time of removal). In 20 cases it was stated that Mirena was not removed or the information provided in the case suggested that Mirena is still in place at the time of the report (e.g. 6 cases were reported in the context of an inquiry to the company whether Mirena should be removed). In the remaining 23 cases no information on continuation or discontinuation was provided.

In the 68 cases where Mirena was reportedly removed, the following information was available on treatment and further course (at the time of the last follow-up information provided):

- 10 patients recovered (reportedly after 24 hours, 1 month, 3 months, 3 months, 5 months, 6 months, 8 months, 1.5 years, and 2 years respectively; unknown in one case)
  - 6 patients were treated (with e.g. lumbar puncture, acetazolamide, other treatment). In two of these patients weight loss was reported. One of the patients experienced re-occurrence of the disease 2.5 years after removal.
  - For the remaining 4 patients no information on treatment was provided (including 2 patients with hospitalization).
- 10 patients improved
  - All 10 patients were treated (with e.g. lumbar puncture, surgery, acetazolamide, weight loss, other medical treatment).
- 5 patients did not recover
  - All 5 patients were treated (with e.g. lumbar puncture, acetazolamide, other medical treatment).
- For 43 patients no information on the further course of the disease was provided.

In summary, the course of disease in cases reporting removal of Mirena was variable. Those cases reporting improvement or resolution of IIH after removal of Mirena show an inconsistent time pattern and frequently mention initiation of treatment or therapeutic intervention. No unambiguous case of positive dechallenge could be identified.

In the 20 cases where the LNG-IUS was not removed or the information provided in the case suggested that the LNG-IUS is still in place, the following information was available on treatment and further course (at the time of the last follow-up information provided):

- 3 patients recovered
  - 1 patient treated (with lumbar puncture, acetazolamide, other medical treatment)
  - 1 patient with no information on treatment but weight loss was reported
  - 1 patient with no information on treatment
- 1 patient improved
  - 1 patient with no information on treatment (only hospitalization reported)
- 5 patients did not recover
  - 4 patients were treated (with e.g. lumbar puncture, acetazolamide, other medical treatment)

    - 1 patient with no information on treatment
- For 11 patients no information on the further course of the disease was provided.

*Conclusion from individual case safety reports:*

The observed post-marketing reporting frequency of IIH in Mirena users does not indicate an increased risk in a population which is more likely to develop IIH (women of childbearing age) compared to the overall population. In the majority of cases reported, obesity or overweight is present, indicating an even higher risk. With regards to temporal relationship, no conclusive pattern can be observed. No unambiguous case of positive dechallenge could be identified.

**6. Further published literature**

In addition to the publication from Etminan et al., two new publications were identified discussing the topic of IIH in Mirena users. Both publications are conference abstracts that were published by the same working group (Valenzuela et al. 2015 (5), Rai et al. 2015 (6)).

***Authors: Rai Ruju; Kirk Brian; Sanders Jessica; Valenzuela Reuben; Sundar Subhashree; Warner Judith; Digre Kathleen B; Ambati Balamurali; Crum Alison V; Katz Bradley J***

***Title: The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension***

***Conference: Presented at: 2015 Annual Meeting of the Association for Research in Vision and Ophthalmology (ARVO); 3/5/2015-7/5/2015; Denver, CO; USA: ABSTR 2228 (2015)***

This abstract by Rai and colleagues presents data regarding the association between levonorgestrel-releasing intrauterine system (LNG-IUS) and the risk of idiopathic intracranial hypertension (IIH). However, overall, the abstract lacks description of some fundamental parts of the study methodology (e.g. study setting).

It seems that the authors performed a case–control study using 59 women with IIH, identified through ICD-9 codes for pseudotumor cerebri (alternative name for IIH) between 2008 and 2013, and aged 18–55 years at diagnosis. Cases were screened for non-idiopathic etiologies. These 59 cases arose from a total of 176 eligible cases – only these 59 women (34%) provided information on contraceptive history via telephone interview and were retained as cases. This could have led to substantial selection bias.

Information on exposure to an LNG-IUS during the previous 3 months was ascertained from these 59 cases by telephone. The authors then identified 220,904 controls (no ICD-9 code for pseudotumor cerebri) of the same age range as cases, and who had at least one clinical encounter during 2008–2013. No information is provided on where the controls originated from, and no matching was performed; it is unclear whether this comparison group had a similar age distribution to cases. For controls, exposure to LNG-IUS was determined in a different manner to cases – by searches for Current Procedure Terminology codes for LNG-IUS insertion (presuming this was among computerized medical records/administrative database or similar, yet this is not stated). It is also not clear what the timeframe was for searching for LNG-IUS insertion among controls. If exposure was ascertained within a 3 month period, as would be expected, the authors fail to mention an index date.

Case-control analysis showed a significantly increased risk of IIH associated with exposure to LNG-IUS: odds ratio of 7.7 (95% CI: 3.2–16.4). However, the differential nature of obtaining exposure information in this study (by telephone calls directly to individuals cases compared with searches apparently among computerized data in controls), recall bias is a major limitation; cases are more likely to recall (or indeed, have the possibility to report) LNG-IUS exposure than controls. The reliability of the cited Procedure Terminology Codes in determining LNG-IUS exposure is not discussed. It remains obscure why the authors chose to apply a different methodology for exposure ascertainment for cases and controls.

No adjustments for potential confounders are mentioned.

The authors then present the prevalence of IIH among a cohort of 4408 LNG-IUS users and a cohort of 216,555 non-LNG-IUS users, although there are no details of how the cohorts were identified. They do, however, mention there were no significant differences in certain patient characteristics between cohorts. For determination of prevalence, it appears that they used the IIH patients mentioning LNG-IUS use in their telephone interview as a numerator, which (as discussed above) results in recall- or detection bias. Prevalence of IIH was higher in the LNG-IUS population (0.18%) than in the non-LNG-IUS population (0.02%), yet no confidence intervals are provided to see if these estimates were significantly different. The authors conclude by saying that LNG-IUS exposure is disproportionately more common among IIH patients than non-IIH patients (presumably referring to the case–control analysis).

Concluding remarks: Based on the information available in the abstract, there are significant flaws in the design of this study, which casts serious doubt about the validity of the results.

***Authors: Valenzuela RM; Rai R; Kirk BH; Sundar S; Sanders JN; Warner JEA; Digre KB; Crum AV; Katz BJ***

***Title: Exploratory Study of the Relationship between the Levonorgestrel-Releasing Intrauterine System and Idiopathic Intracranial Hypertension***

***Conference: Presented at: 41st Annual Meeting of the North American Neuro-Ophthalmology Society (NANOS); 21/2/2015-26/2/2015; San Diego, CA; USA: ABSTR 102 (2015)***

The second abstract (5) describes the results of a study assessing whether there are any differences in signs and symptoms of IIH among a cohort of patients using LNG-IUS (N=8 patients using LNG-IUS within 3 months of onset of IIH symptoms) compared to women not using an LNG-IUS (N=51 patients, including 9 patients on another contraceptive, and 42 patients not using any contraceptives). The concluded that IIH patients using an LNG-IUS have clinical features comparable to those not using an LNG-IUS (e.g. age, BMI, history of recent weight gain, opening pressure, papilledema grade, perimetric mean deviation and visual acuity).

This abstract is written by several of the same authors as Abstract 1, and describes a case series of 473 female patients with IIH seen between 2008 and 2013, although no details of the study setting and source of the cases is mentioned. It is logical, however, to assume these are the same IIH patients in the described

in the previous abstract. In this current abstract, it states that only cases with unknown etiology (idiopathic) were included.

The authors report that 8 (14%) of the 59 IIH cases reported LNG-IUS use within 3 months prior to IIH symptoms, and of these, all developed symptoms while the device was in situ. No differences in age, body mass index, recent weight gain, or presenting IIH signs/symptoms were seen between the 8 LNG-IUS users and the 51 non-users, and the authors conclude that the clinical features of IIH cases are similar between users and non-users of LNG-IUS. This seems a reasonable conclusion although the numbers of patients in the study is low (only 8 exposed patients). The findings of this study are reassuring in as much as there are no differences in clinical presentation of IIH patients that have been using LNG-IUS, and those that have not, which would rather support a lack of causal association.

Both publications are conference abstracts and as such, the data and conclusions presented need to be considered as preliminary. Publication of the methodology and resulting findings in a full paper would be needed to properly evaluate the scientific value of the study.

**7. Conclusion**

In summary, the study by Etminan et al. offers limited information on the risk of idiopathic intracranial hypertension among women who use intrauterine levonorgestrel. The study was composed of two parts. Based on the data in the FAERS database, Etminan et al. report an increased Reporting Odds Ratio for intracranial hypertension and papilledema associated with intrauterine levonorgestrel. In a retrospective cohort analysis using data from the IMS LifeLink database no statistically significant difference in the risk for intracranial hypertension for intrauterine levonorgestrel compared to EE-norgestimate and EE-norethindrone was found. Among others, the following limitations were identified in these two studies: misclassification of the outcome, lack of control for relevant confounding factors, small number of cases in the cohort study, misclassification of exposure in the cohort study. Non-reproducibility of the presented data regarding the FAERS database underlines the poor quality and incompleteness of the publication. The authors end the article with several conclusions that are not supported by the results from their cohort study. The level of evidence which could be derived from this study is primarily hypothesis generation rather than generating evidence on causal association. Making any meaningful conclusions based on the study's results is difficult without further data analysis.

Detailed analysis of the information included in the FAERS database and the WHO database could not reproduce the results reported by the authors and indicate that spontaneous reporting for Mirena cases for IIH are subject to confounding by gender and age. An update of the detailed review of ICSRs as presented in the previous signal investigation performed in 2014 further shows that a large proportion of cases include further risk factors for IIH (obesity and/or recent weight gain). The available case details do not support a causal association between LNG IUS use and IIH. Overall, the analysis did not provide new relevant information, but emphasizes the importance of confounders when interpreting data that derive from spontaneous reporting systems.

In conclusion, no new important safety information is identified from the publication by Etminan et al. or other published literature identified since completion of the signal investigation in 2014. The information provided in the articles does not alter the conclusion from the signal investigation performed in 2014 as

presented in the 30th PBRER/PSUR for Mirena. The available data for Mirena do currently not indicate that Mirena use would be associated with an increased risk for developing IIH.

## Appendix

*Table 7*: Retrieval from FAERS database (date range 01-JAN-2004 to 30-SEP-2013) – groups as per Etminan et al. 2015

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 | PRR_A | PRR_B | PRR_C | PRR_D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "ICH"<br>Intracranial pressure increased<br>CSF pressure increased<br>Brain oedema<br>Benign intracranial hypertension | 52 | 0.692 | 6.744 | 0.692 | 0.55 | 0.87 | 0.572 | 0.453 | 0.714 | 52 | 5249 | 52312 | 3654244 |
| Papilloedema | 20 | 1.188 | 0.41 | 1.188 | 0.819 | 1.721 | 1.084 | 0.743 | 1.539 | 20 | 1177 | 52344 | 3658316 |
| "Combined outcomes"<br>Papilloedema<br>Intracranial pressure increased<br>CSF pressure increased<br>Brain oedema<br>Benign intracranial hypertension | 61 | 0.698 | 7.608 | 0.698 | 0.564 | 0.862 | 0.603 | 0.487 | 0.741 | 61 | 6108 | 52303 | 3653385 |

*Table 8*: Retrieval from FAERS database (date range 01-JAN-2004 to 30-SEP-2013)

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 | PRR_A | PRR_B | PRR_C | PRR_D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 20 | 1.188 | 0.41 | 1.188 | 0.819 | 1.721 | 1.084 | 0.743 | 1.539 | 20 | 1177 | 52344 | 3658316 |
| Intracranial pressure increased | 14 | 0.734 | 1.082 | 0.734 | 0.472 | 1.142 | 0.523 | 0.333 | 0.791 | 14 | 1333 | 52350 | 3658160 |
| CSF pressure increased | 1 | 0.685 | 0.002 | 0.685 | 0.131 | 3.578 | 0.486 | 0.103 | 1.597 | 1 | 102 | 52363 | 3659391 |
| Brain oedema | 3 | 0.063 | 41.064 | 0.063 | 0.024 | 0.162 | 0.067 | 0.025 | 0.15 | 3 | 3342 | 52361 | 3656151 |
| Benign intracranial hypertension | 35 | 3.44 | 55.415 | 3.442 | 2.589 | 4.576 | 1.802 | 1.356 | 2.357 | 35 | 711 | 52329 | 3658782 |

*Table 9*: Retrieval from FAERS database (date range 01-JAN-2004 to 30-SEP-2013) – Female population

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 | PRR_A | PRR_B | PRR_C | PRR_D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 20 | 1.257 | 0.781 | 1.257 | 0.865 | 1.827 | 1.099 | 0.753 | 1.56 | 20 | 638 | 51092 | 2049187 |
| Intracranial pressure increased | 14 | 0.76 | 0.816 | 0.76 | 0.487 | 1.184 | 0.53 | 0.337 | 0.802 | 14 | 739 | 51098 | 2049086 |
| CSF pressure increased | 1 | 0.704 | 0.006 | 0.704 | 0.134 | 3.698 | 0.485 | 0.101 | 1.612 | 1 | 57 | 51111 | 2049768 |
| Brain oedema | 3 | 0.068 | 37.085 | 0.068 | 0.026 | 0.177 | 0.067 | 0.025 | 0.152 | 3 | 1759 | 51109 | 2048066 |
| Benign intracranial hypertension | 35 | 2.912 | 39.172 | 2.913 | 2.184 | 3.886 | 1.816 | 1.367 | 2.376 | 35 | 482 | 51077 | 2049343 |

*Table 10*: Retrieval from FAERS database (date range 01-JAN-2004 to 30-SEP-2013) – Female population, age 17-45 years

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 | PRR_A | PRR_B | PRR_C | PRR_D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 13 | 0.848 | 0.2 | 0.848 | 0.53 | 1.356 | 0.887 | 0.551 | 1.368 | 13 | 219 | 28026 | 400155 |
| Intracranial pressure increased | 9 | 0.408 | 6.919 | 0.408 | 0.234 | 0.711 | 0.407 | 0.229 | 0.681 | 9 | 315 | 28030 | 400059 |
| CSF pressure increased | 1 | 0.549 | 0.043 | 0.549 | 0.103 | 2.936 | 0.469 | 0.08 | 1.759 | 1 | 26 | 28038 | 400348 |
| Brain oedema | 3 | 0.069 | 36.305 | 0.069 | 0.027 | 0.18 | 0.078 | 0.028 | 0.182 | 3 | 617 | 28036 | 399757 |
| Benign intracranial hypertension | 19 | 1.195 | 0.383 | 1.195 | 0.807 | 1.771 | 1.259 | 0.852 | 1.808 | 19 | 227 | 28020 | 400147 |

*Table 11*: Retrieval from FAERS database (date range 01-JAN-2004 to 30-SEP-2013) – Female population, age 46-75 years

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 | PRR_A | PRR_B | PRR_C | PRR_D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 3 | 7.705 | 11.224 | 7.716 | 2.957 | 20.136 | 2.561 | 0.968 | 5.838 | 3 | 163 | 1836 | 769714 |
| Intracranial pressure increased | 2 | 5.105 | 3.091 | 5.11 | 1.585 | 16.479 | 1.759 | 0.551 | 4.525 | 2 | 164 | 1837 | 769713 |
| Benign intracranial hypertension | 3 | 44.85 | 79.872 | 44.93 | 16.53 | 122.13 | 6.301 | 1.394 | 55 | 3 | 28 | 1836 | 769849 |

*Table 12*: Retrieval from FAERS database (date range 01-JAN-2004 to 30-SEP-2013) – Female population, age unknown

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 | PRR_A | PRR_B | PRR_C | PRR_D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 4 | 1.145 | 0 | 1.145 | 0.495 | 2.646 | 1.23 | 0.51 | 2.596 | 4 | 108 | 20982 | 648619 |
| Intracranial pressure increased | 3 | 0.843 | 0 | 0.843 | 0.322 | 2.208 | 0.689 | 0.248 | 1.608 | 3 | 110 | 20983 | 648617 |
| Benign intracranial hypertension | 13 | 3.687 | 20.335 | 3.688 | 2.276 | 5.978 | 3.209 | 1.993 | 4.951 | 13 | 109 | 20973 | 648618 |

*Table 13*: Retrieval from FAERS database (date range: cumulative until 31-Dec-2014)

| PT_plus_Narrow_Alg_SMQ | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 | PRR_A | PRR_B | PRR_C | PRR_D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 41 | 1.804 | 13.69 | 1.805 | 1.393 | 2.339 | 1.797 | 1.383 | 2.304 | 41 | 2549 | 62764 | 7043354 |
| Intracranial pressure increased | 33 | 1.166 | 0.618 | 1.166 | 0.875 | 1.556 | 1.005 | 0.75 | 1.324 | 33 | 3174 | 62772 | 7042729 |
| CSF pressure increased | 2 | 1.233 | 0.01 | 1.233 | 0.383 | 3.971 | 0.771 | 0.245 | 1.954 | 2 | 182 | 62803 | 7045721 |
| Brain oedema | 5 | 0.088 | 46.222 | 0.088 | 0.042 | 0.184 | 0.089 | 0.042 | 0.171 | 5 | 6360 | 62800 | 7039543 |
| Benign intracranial hypertension | 58 | 5.703 | 209.594 | 5.707 | 4.573 | 7.122 | 2.59 | 2.079 | 3.196 | 58 | 1141 | 62747 | 7044762 |

*Table 14*: Retrieval from WHO VigiBase (date range 01-JAN-2004 to 30-SEP-2013)

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 |
|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 16 | 1.324 | 0.952 | 1.325 | 0.875 | 2.004 | 1.19 | 0.776 | 1.76 |
| Intracranial pressure increased | 14 | 1.047 | 0.001 | 1.047 | 0.673 | 1.63 | 0.867 | 0.549 | 1.316 |
| CSF pressure increased | 1 | 0.943 | 0.184 | 0.943 | 0.181 | 4.923 | 0.462 | 0.082 | 1.692 |
| Brain oedema | 1 | 0.033 | 27.194 | 0.033 | 0.006 | 0.172 | 0.038 | 0.007 | 0.138 |
| Benign intracranial hypertension | 23 | 3.063 | 29.006 | 3.064 | 2.163 | 4.342 | 1.66 | 1.165 | 2.308 |

*Table 15*: Retrieval from WHO VigiBase (date range 01-JAN-2004 to 30-SEP-2013) – female population

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 |
|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 16 | 1.396 | 1.381 | 1.396 | 0.92 | 2.117 | 1.205 | 0.786 | 1.783 |
| Intracranial pressure increased | 14 | 1.039 | 0 | 1.039 | 0.666 | 1.619 | 0.881 | 0.558 | 1.337 |
| CSF pressure increased | 1 | 0.958 | 0.204 | 0.958 | 0.182 | 5.033 | 0.471 | 0.084 | 1.718 |
| Brain oedema | 1 | 0.036 | 25.119 | 0.036 | 0.007 | 0.185 | 0.038 | 0.007 | 0.141 |
| Benign intracranial hypertension | 23 | 2.544 | 19.154 | 2.545 | 1.792 | 3.614 | 1.67 | 1.172 | 2.321 |

*Table 16*: Retrieval from WHO VigiBase (date range 01-JAN-2004 to 30-SEP-2013) – female population, age 17-45 years

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 |
|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 12 | 1.303 | 0.53 | 1.303 | 0.8 | 2.122 | 1.243 | 0.754 | 1.955 |
| Intracranial pressure increased | 8 | 0.676 | 0.907 | 0.675 | 0.375 | 1.218 | 0.665 | 0.358 | 1.151 |
| CSF pressure increased | 1 | 0.935 | 0.184 | 0.935 | 0.175 | 5 | 0.508 | 0.073 | 2.105 |
| Brain oedema | 1 | 0.047 | 18.304 | 0.047 | 0.009 | 0.244 | 0.042 | 0.006 | 0.176 |
| Benign intracranial hypertension | 14 | 1.487 | 1.653 | 1.487 | 0.945 | 2.339 | 1.326 | 0.836 | 2.02 |

*Table 17*: Retrieval from WHO VigiBase (date range 01-JAN-2004 to 30-SEP-2013) – female population, age 46-75 years

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 |
|---|---|---|---|---|---|---|---|---|---|
| Intracranial pressure increased | 1 | 4.491 | 0.341 | 4.493 | 0.861 | 23.441 | 1.249 | 0.222 | 4.586 |

*Table 18*: Retrieval from WHO VigiBase (date range 01-JAN-2004 to 30-SEP-2013) – female population, age unknown

| MedDRA PT | N | PRR | PRR_CHISQ | ROR | ROR05 | ROR95 | EBGM | EB05 | EB95 |
|---|---|---|---|---|---|---|---|---|---|
| Papilloedema | 4 | 1.172 | 0.002 | 1.172 | 0.508 | 2.704 | 1.058 | 0.434 | 2.248 |
| Intracranial pressure increased | 5 | 1.385 | 0.204 | 1.385 | 0.654 | 2.932 | 1.193 | 0.541 | 2.356 |
| Benign intracranial hypertension | 9 | 2.927 | 8.8 | 2.928 | 1.655 | 5.181 | 2.602 | 1.458 | 4.366 |

**References**

1. Etminan M, Luo H, Gustafson P. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf. 2015 Jun;6(3):110-3.
2. Wall M, Dollar JD, Sadun AA, Kardon R. Idiopathic intracranial hypertension. Lack of histologic evidence for cerebral edema. Arch Neurol. 1995 Feb;52(2):141-5.
3. Ball AK, Clarke CE. Idiopathic intracranial hypertension. Lancet Neurol. 2006 May;5(5):433-42.
4. ACOG. ACOG practice bulletin. No. 73: Use of hormonal contraception in women with coexisting medical conditions. Obstet Gynecol. 2006 Jun;107(6):1453-72.
5. Valenzuela RM, Rai R, Kirk BH, Sundar S, Sanders JN, Warner JEA, et al. Exploratory Study of the Relationship between the Levonorgestrel-Releasing Intrauterine System and Idiopathic Intracranial Hypertension. 41st Annual Meeting of the North American Neuro-Ophthalmology Society (NANOS); 21/2/2015-26/2/2015; San Diego, CA; USA: ABSTR 102 (2015). 2015.
6. Rai R, Kirk B, Sanders J, Valenzuela R, Sundar S, Warner J, et al. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. 2015 Annual Meeting of the Association for Research in Vision and Ophthalmology (ARVO); 3/5/2015-7/5/2015; Denver, CO; USA: ABSTR 2228. 2015.