# Exhibit 71

# Response Document

BfArM request dated 20th July 2017

**Risk of pseudotumor cerebri / idiopathic intracranial hypertension**

**LNG IUS - other medicinal products containing levonorgestrel, either as the sole active substance or in combination with other active substances - progesterone and all other progestogens**

**Bayer AG**

**Executive summary**

***Background:***

On 20 July 2017, Bayer received a request from the German Federal Institute for Drugs and Medical Devices (BfArM) to provide a detailed analysis of the risk of idiopathic intracranial hypertension (IIH) associated with use of intrauterine systems containing levonorgestrel (LNG IUS). BfArM stipulated that the analysis should include all relevant data from clinical studies, literature publications and spontaneous reports and should discuss biological plausibility. In addition, Bayer was requested to provide information on IIH associated with the use of levonorgestrel (single active substance, or in combination) and progestins in general.

***Summary:***

Idiopathic intracranial hypertension (IIH; formerly also termed benign intracranial hypertension, and pseudotumor cerebri) is the clinical syndrome of raised intracranial pressure, in the absence of space-occupying lesions or vascular lesions, without enlargement of the cerebral ventricles, for which no causative factor can be identified. The annual incidence of IIH is 1 to 2 per 100,000 in the general population, with female preponderance (2-4 per 100,000), and highest incidence in obese women between the ages of 15 and 44 years (more than 20 per 100,000). With the increasing obesity epidemic in the United States and in other parts of the world, the incidence and prevalence of IIH is rising.

The pathogenesis of IIH is unknown. A diagnosis of IIH is based on the exclusion of other causes of elevated intracranial pressure, i.e. secondary intracranial hypertension, which can have many etiologies (e.g. venous sinus thrombosis, intracranial mass lesions). Over-diagnosis of IIH is common due to inadequate exclusion of other causes.

Female sex, overweight/obesity and recent weight gain are considered the only proven risk factors for IIH. As IIH is a condition that predominantly affects women of childbearing age it is not surprising that a number of publications propose a possible link of IIH to various factors associated with the female reproductive cycle, including menstrual irregularities, pregnancy and use of hormonal contraception. None of these postulated associations have been substantiated in case-control studies.

Several signal investigations on LNG IUS use and IIH have previously been performed by the company and the signal has been refuted in each case.

The review of relevant literature regarding IIH and LNG IUS confirms the previous assessments and does not indicate that LNG IUS use is associated with the development of IIH.

The publication by Valenzuela et al. (1) triggered the most recent signal investigation on LNG IUS and IIH by the company. In the company's view, the publication supports the conclusion that there is no increased risk of development of IIH associated with LNG IUS use for the following reasons:

- The study did not identify any distinct form of IIH associated with LNG IUS use (with regards to patient characteristics or clinical presentation).
- The exposure estimates in the control cohorts used for risk analysis are considerably lower than published LNG IUS utilization data in the respective background populations (Utah, Denmark), and therefore have to be regarded as under-estimates.

Using estimates based on the published data for calculation of unadjusted odds ratios, there is no difference in risk between cases and the control cohort.

Overall, the company agrees with the authors' assessment that their findings do not suggest that use of an LNG IUS can cause IIH, and that the results of their risk analyses must be interpreted with great caution as they were unable to capture information on relevant confounders such as body weight or age distribution.

Disproportionality analyses for IIH and LNG IUS use performed in the FDA Adverse Event Reporting System (FAERS database) and the WHO Global ICSR Database System (VigiBase), as published in the medical literature and as performed by Bayer in a recent signal investigation, emphasize the importance of confounders when interpreting data that derive from spontaneous reporting systems, and do not show a signal for an increased risk of IIH in LNG IUS users. The main conclusion that LNG IUS use was associated with a "higher than expected number of intracranial hypertension" (as presented by Etminan et al. (2)) was later revoked by the main author after an additional analysis that accounted for child bearing age (3).

A comprehensive assessment based on the cumulative review of the ICSRs recorded in the Bayer Pharmacovigilance safety database (including SAEs from clinical trials and post-marketing reports) provides no evidence for a causal association. The observed reporting frequency of post-marketing reports on IIH in Mirena users has in recent years been influenced by the ongoing litigation in the US. The majority of cases have been submitted in the context of US litigation, and the public attention around the lawsuits has stimulated spontaneous reporting. In view of this, the increase in reporting rates per se does not represent a safety signal. Overall, the reporting rate for IIH is low and does not indicate an increased risk in a population which is more likely to develop IIH (women of childbearing age) compared to the overall population. In the majority of cases with information on the patient's weight, the woman was reported to be obese or overweight, corresponding to a "typical" IIH patient profile. No temporal pattern suggesting an association in relation to LNG IUS exposure can be identified. In a disease with a predominantly transient, or fluctuating course, and which resolves often after (diagnostic) lumbar puncture, or initiation of acetazolamide treatment, any single-case analysis based on the course of symptoms after removal of IUS is of limited relevance in the assessment of a possible causality. The overall picture shows cases with resolution under treatment, relapse after initial improvement and cases without improvement at time of report, with or without discontinuation of LNG IUS, and can therefore be considered to reflect an expected pattern of disease course in a typical sample of IIH patients.

Likewise, the review of the available data from the literature and the review of the ICSRs recorded in the Bayer Pharmacovigilance safety database for other LNG-containing products did not identify any signal. Published case series from the 1990s of spontaneous reports in Norplant users have been cited as evidence for an association between IIH and use of LNG implants. The nature of these reports, the limitations of spontaneous reporting systems and the cautious conclusions drawn by the authors themselves do not support such inference of causation.

A broader review of the available data for IIH with products containing progestins in general identified that for most other preparations a proposed link is based on published single observations. Publication bias must be considered. Three separate case control studies found no association between oral contraceptive use and IIH. All three studies consistently showed a

strong association between excess weight and recent weight increase and the risk for IIH, in line with other published data.

Isolated case reports of IIH or potential IIH in temporal association with other LNG- or products containing progestins- have been received. The range of products involved is broad and includes Bayer's estrogen-progestin combinations as well as progestin-only preparations. The observed post-marketing reporting frequency of IIH (including cases of increased intracranial pressure/papilloedema without further specification) in users of other LNG- or progestin-containing products is extremely low and does not indicate an increased risk in a population which is more likely to develop IIH compared to the overall population (depending on the indication e.g., the population of women of childbearing age using contraception, women with PCOS or acne patients who have an increased exposure to medication known to be associated with IIH such as tetracyclines or retinoids). Incorrect diagnosis of secondary intracranial hypertension cannot be excluded in some cases. In those cases where information on weight is provided, the vast majority reports that women were overweight or obese (approximately 80%).

No conclusive or biologically plausible hypothesis exists for a theoretical pathomechanism by which progestogens, or other reproductive hormones, would cause the development of IIH. The most plausible explanation for the observation that IIH has also been reported in LNG IUS users is that LNG IUS use occurs in a population that is at highest risk of developing IIH, i.e. women of childbearing age, many of whom are overweight or obese.

In conclusion, the body of scientific data does not provide a reasonable level of evidence to support a causal association between the use of LNG IUS in particular, or levonorgestrel or progestins in general, whether in mono or in combination preparations, and the development of IIH.

**Table of Contents**

**Executive summary** ........ **2**
**Table of Contents** ........ **5**
**List of Tables** ........ **6**
**List of Figures** ........ **6**
**List of Abbreviations** ........ **7**
**1. Introduction** ........ **8**
1.1 BfArM request ........ 8
1.2 Background ........ 8
1.2.1 Idiopathic Intracranial Hypertension ........ 8
1.2.1.1 Definition, diagnostic criteria ........ 8
1.2.1.2 Clinical presentation ........ 10
1.2.1.3 Differential Diagnosis ........ 10
1.2.1.4 Etiology / Pathophysiology ........ 11
1.2.1.5 Risk factors ........ 15
1.2.1.6 Epidemiology ........ 15
1.2.2 Background - Levonorgestrel and IIH ........ 16
**2. Literature review** ........ **17**
2.1 Search strategy ........ 17
2.2 Publications on LNG IUS and IIH ........ 18
2.2.1 Published case histories ........ 18
2.2.2 Publication on disproportionality analyses in FAERS (Etminan et al. 2015 (2)) ........ 19
2.2.3 Published study by Valenzuela et al. 2017 (1) ........ 21
2.3 Publications on LNG-only products and IIH: Published case reports and case series on IIH and levonorgestrel implant (Norplant) ........ 25
2.4 Publications involving progestins in combination with estrogens, or progestin-only other than LNG ........ 27
2.4.1 Published study data ........ 27
2.4.2 Published case histories ........ 29
2.5 Conclusion from scientific literature ........ 39
**3. Review of individual case safety reports (ICSRs)** ........ **40**
3.1 Description of retrieval and products involved in this review ........ 40
3.2 ICSRs with LNG IUS ........ 40
3.2.1 LNG IUS: SAEs deriving from clinical trials ........ 42
3.2.2 LNG IUS: ICSRs from Post-Marketing ........ 43
3.2.3 Conclusion from ICSRs with LNG IUS ........ 79
3.3 ICSR on IIH with other LNG- or progestin-containing products ........ 79
3.3.1 LNG only-products (other than LNG IUS) ........ 79
3.3.2 LNG combination products ........ 81
3.3.3 ICSRs involving other progestins ........ 83
3.3.4 Conclusion from ICSRs with other LNG- or progestin-containing products ........ 84
**4. Discussion** ........ **85**
**5. Overall conclusion and recommendation** ........ **87**
**6. Appendices** ........ **88**

**7. References ........................................................ 89**

**List of Tables**

Table 1-1: Modified Dandy criteria (4) ........................................ 9
Table 1-2: Diagnostic criteria proposed by Friedman 2002 (5) ........................................ 9
Table 2-1: Published case histories involving LNG-containing combined products ........................................ 30
Table 2-2: Published case histories including progestin-only preparations (other than LNG) 32
Table 2-3: Published case histories including combination products with other progestins ... 36
Table 3-1: Overview of cases registered between 30 May 2017 and 11 August 2017 (ICSRs received after the data lock point of the latest analysis of ICSRs for LNG IUS performed during the signal investigation triggered by the publication from Valenzuela et al. 2017) ........................................ 41
Table 3-2: ICSRs reporting LNG IUS removal and recovery from IIH/IH/Papilloedema after LNG IUS removal ........................................ 51
Table 3-3: ICSRs reporting LNG IUS removal and improvement of IIH/IH/Papilloedema after LNG IUS removal ........................................ 58

**List of Figures**

Figure 3-1: Annual number of reports of IIH (including unspecified intracranial hypertension and/or papilloedema) in Mirena users ........................................ 45
Figure 3-2: Annual reporting rates of reports of IIH (including unspecified intracranial hypertension and/or papilloedema) in Mirena users since 2009 ........................................ 46
Figure 3-3: Information on BMI / weight / recent weight gain ........................................ 47
Figure 3-4: Information time from insertion to IIH event ........................................ 48

**List of Abbreviations**

| | |
|---|---|
| AOL | Active Online Listening |
| BfArM | German Federal Institute for Drugs and Medical Devices<br>Health Authority in Germany |
| BIH | Benign Intracranial Hypertension |
| BMI | Body Mass Index |
| BRFSS | Behavioral Risk Factor Surveillance System |
| COC | Combined Oral Contraceptive |
| CNS | Central Nervous System |
| CSF | Cerebrospinal fluid |
| FAERS | FDA Adverse Event Reporting System |
| FDA | U.S. Food and Drug Administration |
| GH therapy | Growth Hormone therapy |
| HT | Hormone Therapy |
| ICSR | Individual Case Safety Reports |
| IIH | Idiopathic Intracranial Hypertension |
| IUD | Intrauterine Device |
| IUS | Intrauterine System |
| LARC | Long-Acting Reversible Contraceptive |
| LNG | Levonorgestrel |
| LNG-IUS | Levonorgestrel Intrauterine System |
| MDL | Multidistrict Litigation |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MRI | Magnetic Resonance Tomography |
| MRV | Magnetic Resonance Venography |
| PBRER | Periodic Benefit-Risk Evaluation Report |
| PCOS | Polycystic Ovary Syndrome |
| PRAC | European Medicines Agency's Pharmacovigilance Risk Assessment Committee |
| PSUR | Periodic Safety Update Report |
| PSUSA | PSUR Single Assessment (in the EU) |
| PTC | Pseudotumor cerebri |
| SAE | Serious Adverse Event |
| VigiBase | the WHO Global ICSR Database System |
| WHO | World Health Organization |

# 1. Introduction

The PRAC has discussed the risk of pseudotumor cerebri (idiopathic intracranial hypertension) associated with use of hormone-releasing intrauterine systems containing levonorgestrel in the context of the ongoing signal management process for neuropsychiatric disorders EPITT 18849. The PRAC decided that this risk will not be addressed in the ongoing signal management process and recommended that it be dealt with separately. Bayer was requested on 20th July 2017 by BfArM to provide supplementary information to facilitate the review of this topic. This document is the response to this request. An overview of the products reviewed for this response can be found in **Appendix 2**.

## 1.1 BfArM request

*The PRAC has decided that the risk of pseudotumor cerebri (idiopathic intracranial hypertension) associated with use of hormone-releasing intrauterine systems containing levonorgestrel will not be addressed in the ongoing signal management process for neuropsychiatric disorders. A separate signal management process, based on the recent publication by Reuben M. Valenzuela et al.1 is instead to be taken into consideration.*

*So that the optimum strategy can be devised for assessment of the risk at European level, please would you provide the BfArM [German Federal Institute for Drugs and Medical Devices] with a detailed analysis of the risk of pseudotumor cerebri / idiopathic intracranial hypertension associated with use of levonorgestrel-containing intrauterine systems. The analysis should include all relevant data from clinical studies, literature publications and spontaneous reports and should discuss biological plausibility.*

*Detailed analysis of individual cases should include an assessment of causality using the WHO criteria, in which the following parameters are to be specified:*

*a) medicinal product*

*b) reaction type*

*c) temporal relationship*

*d) response to discontinuation / response after re-administration*

*e) concurrent conditions / comedication*

*f) physical examination findings.*

*Please would you also let the BfArM know whether you have any data that suggest that use of other medicinal products containing levonorgestrel, either as the sole active substance or in combination with other active substances, is possibly likewise associated with the risk of pseudotumour cerebri / idiopathic intracranial hypertension.*

*In addition, we should like your opinion on whether a class effect can be deduced for progesterone and all other progestogens.*

## 1.2 Background

### 1.2.1 Idiopathic Intracranial Hypertension

#### 1.2.1.1 Definition, diagnostic criteria

Idiopathic intracranial hypertension (IIH; formerly also termed benign intracranial hypertension, and pseudotumor cerebri) is the clinical syndrome of raised intracranial

pressure, in the absence of space-occupying lesions or vascular lesions, without enlargement of the cerebral ventricles, for which no causative factor can be identified.

The diagnostic characteristics of this syndrome were first enumerated by Dandy in 1937 and were later formulated into a set of diagnostic criteria (Modified Dandy Criteria) by Smith in 1985 (see Table 1-1).

**Table 1-1: Modified Dandy criteria (4)**

| *Modified Dandy criteria* |
|---|
| 1. Signs and symptoms of increased intracranial pressure (headaches, nausea, vomiting, transient obscurations of vision, papilloedema) |
| 2. No localizing neurologic signs otherwise, with the single exception being unilateral or bilateral VI nerve paresis |
| 3. CSF can show increased pressure, but no cytologic or chemical abnormalities otherwise |
| 4. Normal to small symmetric ventricles must be demonstrated (originally required ventriculography, but now demonstrated by CT) |

Another set of diagnostic criteria where proposed in 2002 by Friedman et al. (see Table 1-2).

**Table 1-2: Diagnostic criteria proposed by Friedman 2002 (5)**

| *Criteria for diagnosing idiopathic intracranial hypertension* |
|---|
| 1. If symptoms present, they may only reflect those of generalized intracranial hypertension or papilloedema |
| 2. If signs present, they may only reflect those of generalized intracranial hypertension or papilloedema |
| 3. Documented elevated intracranial pressure measured in the lateral decubitus position |
| 4. Normal CSF composition |
| 5. No evidence of hydrocephalus, mass, structural, or vascular lesion on MRI or contrast-enhanced CT for typical patients, and MRI and MR venography for all others |
| 6. No other causes of intracranial hypertension identified |

Friedman et al. (5) propose a rather wide definition of "other causes for intracranial hypertension". Although they acknowledge that the evidence for causal association is often weak as "the small number of patients enrolled in case-controlled studies limits the establishment of definite associated conditions and toxic medications", they cite a long list of conditions that, if present, preclude a diagnosis of "idiopathic" intracranial hypertension in their view. The list also includes exposure to drugs for which a suspicion of a causal association is based on published case reports only, without further evidence for a causal association (see below). The authors acknowledge that the list is " subject to revision as new information becomes available. Many of the conditions previously thought to be associated with IIH - such as mastoiditis, birth control pill use, and systemic lupus erythematosus— are based on the presence of venous– sinus thrombosis or corticosteroid use."

Some of the later investigations into the etiology of IIH have used the "Friedman criteria" for patient selection and may have excluded patients who had exposure to some of these drugs.

As a consequence, these newer studies do not contribute to question whether exposure to these drugs causes intracranial hypertension.

Revisions to these diagnostic criteria were proposed by Friedman et al. in 2013 "to incorporate advances and insights into the disorder realized over the past 10 years" (6), but these revisions do not substantially change the approach to diagnosis. The authors point out in their response to a letter to the editor on this publication (7) that "the associated conditions listed are exactly that—associations— and we did not mean to imply that they were causal"(8).

#### 1.2.1.2 Clinical presentation

Idiopathic intracranial hypertension mostly affects overweight women of fertile age, i.e. between the age of 15 and 45 years.

Headache is the most common presenting symptom in IIH. In the IIH Treatment Trial, the largest prospectively analyzed cohort of untreated patients with IIH (9), headache was present in 84% of the patients, while older studies describe headache in more than 90% of cases (10, 11). The headache can be highly heterogeneous and can present as migraine or tension-type headache (12). Visual manifestations of IIH are in most cases preceded by headache and occur in 40–70% of patients. Transient visual obscurations are the most commonly experienced visual symptom. Patients can also have blurred vision, photophobia and double vision (9).

Papilloedema (swelling of the optic nerve as seen in ophthalmoscopy), while not specific to it, is the cardinal sign of IIH. On examination, visual field defects (mostly peripheral) and enlargement of the blind spot are frequent. The risk of impaired visual acuity increases with increasing duration of the edema.

For many patients, IIH is a self-limiting condition that resolves either spontaneously or in some patients soon after their initial lumbar puncture. However, relapses can occur and in some patients the disease continues chronically (13). A recurrence of symptoms may occur in 8 to 38 percent of patients after recovery from an episode of IIH or after a prolonged period of stability (14-17). Weight gain is a common but not universal antecedent to recurrent IIH (15, 18). The time interval may be as long as several years (16).

Permanent loss of vision is the major morbidity associated with IIH. An early, hospital-based study that followed 57 patients for 5 to 41 years found that 24% developed blindness or severe visual impairment in one or both eyes (14). More recent community and clinic-based studies have found a lower rate of severe visual loss of 6 to 14% (19-21).

#### 1.2.1.3 Differential Diagnosis

A diagnosis of IIH is based on the exclusion of other causes of elevated intracranial pressure, i.e. secondary intracranial hypertension, which can have many etiologies. In addition, there are also many etiologies of unilateral or bilateral optic disc swelling, which can have a similar appearance to papilloedema (including among other optic disc edema due to various inflammatory, infiltrative or infectious conditions, or pseudopapilloedema/optic disc drusen).

Causes of secondary intracranial hypertension include (22):

- Intracranial mass lesions (tumor, abscess)
- Obstruction of venous outflow, e.g., venous sinus thrombosis, jugular vein compression, neck surgery

- Obstructive hydrocephalus
- Decreased CSF absorption, e.g., arachnoid granulation adhesions after bacterial or other infectious meningitis, subarachnoid hemorrhage
- Increased CSF production, e.g., choroid plexus papilloma
- Malignant systemic hypertension

Most of the conditions are excluded by MRI. MR venography (MRV) is often required to exclude conditions causing venous outflow obstruction. In particular, cerebral venous thrombosis can have a very similar clinical presentation as IIH, and may present with normal finding on CT examination (23). Correct diagnosis may therefore be challenging even in the era of modern imaging techniques: In a retrospective chart review of 106 patients with presumed IIH referred to three tertiary care neuro-ophthalmology centers in the US and New Zealand, 10 patients (9.4%) were diagnosed with cerebral venous thrombosis on MRI and MRV examination (24). In a recently published retrospective study investigating the factors contributing to diagnostic error and over-diagnosis of IIH among patients seen for presumed IIH in a neuro-ophthalmology service of a tertiary health care institution in the US, the over-diagnosis of IIH was reported to be as high as 39.5% (25); final diagnoses in the identified cases included primary headache disorder, pseudopapilloedema, optic atrophy, optic neuritis, sequential nonarteritic anterior ischemic optic neuropathy, acute zonal occult outer retinopathy, physiologic blind spot, and thrombosis of the superior sagittal sinus.

Before introduction of a consistent classification system, the term "pseudotumor cerebri" or "benign intracranial hypertension" was often applied to cases of secondary intracranial hypertension. Additionally, publications on case studies of "pseudotumor cerebri" published before the advent of reliable imaging techniques may have included undiagnosed cases of cerebral venous thrombosis (26). These factors may explain the frequency of oral contraceptive users in earlier published case series or case histories (27), which stands in contrast to findings from later research which has shown no increased risk for IIH associated with OC use (10, 11, 28), see chapter 2.4.1.

### 1.2.1.4 Etiology / Pathophysiology

***IIH***

The cause of the disease is still unknown, and the pathophysiology underlying the raised intracranial pressure is unclear. Hypotheses have developed around the main determinants of cerebrospinal fluid (CSF) pressure (e.g. reduced CSF absorption, increased cerebral venous pressure).

Cerebrospinal Fluid Lifecycle (29, 30): About two thirds of the CSF are produced by the choroid plexus (CP) epithelium in the cerebral ventricles, and most of the remainder comes from the ependymal lining of the ventricles. The CSF volume is estimated to be about 150 ml in adults. Between 400 to 600 ml of CSF is produced daily, which means that CSF is renewed four to five times per 24 hours in young adults. Synthesis is notably reduced in later life, possibly contributing to why IIH is a disorder of younger people only. The production of CSF involves energy dependent $Na^+/K^+$-ATPase situated on the luminal membrane of the CP epithelium transporting $Na^+$ from the epithelial cytoplasm into the CSF space which results in ion and fluid movements following the electrochemical gradient, involving a number of regulating enzymes. Cerebrospinal fluid flows out of the ventricular system and into the subarachnoid space where it is resorbed. CSF is resorbed through arachnoid granulations (with microscopic villi) into the venous sinuses (proportional to the pressure difference

between CSF space and venous sinuses, and inversely proportional to resistance to flow across the arachnoid villi), but also other important pathways for CSF outflow (e.g. via lymphatic system of head and neck, drainage through the cribriform plate, spinal absorption) have been described. The various CSF outflow pathways constitute accessory mechanisms of CSF absorption that may adapt to increased production of CSF, which speaks against the hypothesis of increased CSF production as cause for IIH (as suggested by a number of publications in the past).

*Hypothesis: Increased CSF production leads to IIH.*

Acetazolamide is currently considered the mainstay of pharmacological management in IIH (31, 32). It is a potent enzyme inhibitor of carbonic anhydrase, and it impedes the activity at the choroid plexus reducing CSF secretion. This mechanism of action makes increased CSF production an attractive hypothesis for the etiology of IIH, and theories around stimulation of the choroid plexus via actions of endogenous or exogenous substances on the mineralocorticoid receptor (33), via $Na^+/K^+$ ATPase channels (34) or via aquaporin expression and activity (35). These hypotheses are challenged by: 1. studies showing no significant differences in the CSF production rate between IIH patients and controls (36), 2. CSF overproduction in choroid plexus papilloma and villous hyperplasia of the choroid plexus do not give rise to a similar clinical picture to IIH; and 3. multiple pathways of CSF resorption make it implausible that CSF overproduction would result in IIH (see above).

*Hypothesis: Reduced CSF drainage due to increased venous sinus pressure leads to IIH.*

A number of hypotheses are based on impaired CSF absorption due to resistance generated by raised venous pressure from venous outflow obstruction. Elevated intracranial venous pressure is postulated both as a primary mechanism and as a "final common pathway" for IIH. This theory is supported by the similar clinical appearances of IIH and secondary intracranial hypertension due to cerebral venous thrombosis and other causes of obstructed venous outflow. Magnetic resonance venography demonstrates that the majority of IIH patients have venous sinus stenosis (37), which may be a cause or a consequence of increased intracranial pressure (38, 39). In some cases, venous sinus stenting may result in successful reversal of symptoms of IIH (40). To explain the association of IIH with obesity, a theory has been proposed that increased abdominal pressure in obesity results in impaired venous return to the heart and that this results in increased intracerebral venous pressure, but this has been critically discussed in the literature as "The premise that central obesity produces increases *[in]* intra-abdominal pressure with the pressure vector directed inward is not supported by physics or physiology" (41).

*Hypothesis: Reduced CSF drainage due to increased outflow resistance at the level of the arachnoid granulations or lymphatic drainage sites leads to IIH.*

Several studies have demonstrated an abnormally increased outflow resistance in IIH patients (42) (43, 44). However, little is known about the exact site or mechanism. As an example, the hypothesis that micro-thrombosis may block CSF absorption in the arachnoid granulations (in the absence of venous sinus thrombosis detectable on neuroimaging studies (45)) still lacks demonstration of a morphological correlate. On the other hand, not all studies investigating thrombophilia in IIH have demonstrated coagulation abnormalities (13).

***"Drug-induced" IIH***

The list of medications that have been associated with IIH in the scientific literature is long. In the "review of literature on benign intracranial hypertension associated with medication" published in 1992, Griffin (46) identified at that time a total of over 60 different active

substances that had been the subject of either a literature report or a spontaneous adverse reactions report. Reviewing the reports, and comparing the list of substances to earlier lists compiled by the WHO and the UK Committee on Safety of Medicines, the author concluded that "much of the evidence associating individual therapeutic substances with [IIH] is unsubstantiated. A large body of the published data and spontaneous reports are single reports not supported by other reports relating to the same product. The diverse nature of the products claimed to be associated with the complication of treatment is such as to make it unlikely that a common mechanism can be involved. Certain classes of drug appear to be the subject of reports of [IIH] with a degree of frequency that must raise the question of a true causative role or that these products are used in a susceptive subsection of the population, namely: Tetracyclines including minocycline; vitamin A or retinoid analogues, tetracyclines and vitamin A or retinoids in combination, danazol, steroids, lithium, ethinyloestradiol, thyroid replacement therapy, and nalidixic acid. Even with this short list of possible provocative agents it is difficult to hypothesize sensibly on a common mechanism."

Still today, the connection between a large number of medications and other exogenous substances that have been linked to IIH is solely anecdotal. The three classes of medications for which the strongest evidence exists (such as numerous cases with consistent temporal proximity between drug initiation and IIH, dose-response, lack of recurrence with discontinuation of the medication and positive rechallenge) are growth hormone, tetracyclines, and retinoids.

- Recombinant growth hormone (GH) therapy appears to be associated with IIH in a dose-related manner. The incidence of IIH with GH therapy observed in large pharmacoepiodemiological survey was 27.7 per 100,000 treatment years (47), with differences between underlying disorders treated with GH, and a male preponderance. The onset of IIH is generally within a short period of time (approximately 2–12 weeks) after start of GH therapy; in some cases, it may be seen after several months or years of therapy. IIH generally subsides with stopping growth hormone therapy. Resuming at a lower dose is often successful, but in some cases symptoms and signs may reappear on rechallenge. The pathogenesis of this complication remains unclear, though alterations in CSF drainage or increase of CSF production mediated by insulin growth factor have been discussed (48). In children with GH deficiency, it is possible that rapid correction of a long-standing hormone deficiency results in CSF shifts and the development of IIH, which is supported by the higher incidence of IIH in GH deficiency indications, and that IIH has also been reported during accelerated growth in nontreated patients who experience recovery of GH secretion (47).
- Vitamin A/retinoids: Hypervitaminosis A from excessive dietary intake has been a long-known cause of IIH (49). The effect has been shown to be dose related and cumulative in placebo-controlled trials, and affects patients of all ages (50). The mechanism of the association is uncertain, but an effect of retinoids on CSF absorption is postulated. The association between vitamin A intake and intracranial hypertension is so strong that a "toxicity of free retinoids" due to abnormal vitamin A metabolism in obesity has been postulated as a possible etiology of IIH. Comprehensive measure of vitamin A and metabolites in serum and CSF of 96 IIH patients participating in the IIH treatment trial, and comparison with serum levels of gender-, age- and BMI-matched controls did not show elevated levels or relevant differences to controls (51) Other retinoids used in the treatment of dermatologic conditions (most prominently acne) and cancer therapy, all-transretinoic acid, retinol, isotretinoin, etretinate, and tretinoin have also been reported to be associated with IIH (50).

- Tetracyclines, including minocycline and doxycycline have been linked in a number of cases to IIH. While IIH after tetracyclines have been reported in patients of all ages, most of the reported cases are related to the use of minocycline for the treatment of acne vulgaris (50). A weight-controlled analysis found a significant association (OR>14) between tetracycline antibiotic use in the previous 6 months and development of IIH (52). A study of the demographics of IIH patients who had used tetracycline antibiotics as compared to IIH patients who had not used these medications found significant differences in mean age at presentation, BMI, CSF opening pressure, mean duration of illness, and recurrence rates (53). In the case series described by Chiu et al. (54), three quarters of the patients (9 of 12) developed symptoms within 8 weeks of starting minocycline therapy; diagnoses after a longer treatment period occurred after dose increase in one patient, after routine eye exam in an asymptomatic patient and in another patient who had been suffering from "sinus headache" for a long time. All patients were women, half of them were obese. Minocycline was discontinued, and acetazolamide treatment initiated in all but one patient. All patients remained in remission during a follow-up period that ranged from 1 year to more than 5 years, also after discontinuation of acetazolamide.
  It is unclear how tetracyclines cause elevated pressure. Interestingly, both RA and tetracyclines share a common anti-inflammatory mode of action with activation of common signaling events, and in vitro, minocycline leads to elevation of RA levels by inhibiting endogenous RA metabolism (55).

***IIH and reproductive hormones***

IIH is a condition occurring predominantly in women of childbearing age. It is therefore not surprising that a number of publications propose a possible link of IIH to various factors associated with the female reproductive cycle, including menstrual irregularities (56), pregnancy (57), and use of hormonal contraception (27). None of these postulated associations have been substantiated in case-control studies (10, 11, 28).

Reports on levels of different reproductive hormones in the CSF of IIH patients have been limited by small numbers and conflicting results. Donaldson and Horak (58) and Toscano et al. (59) found increased estrone in the CSF of IIH patients; this finding could not be reproduced in the series of Solberg Sorensen et al. (60). Klein et al. (61) found that elevated testosterone and androstenedione in female IIH patients was associated with an earlier onset of disease, but as the study did not include a control group, the significance of this finding regarding IIH development remains unclear. In contrast, in one study of eight men with IIH, two had abnormal estradiol levels, four had abnormal follicle stimulating and luteinizing hormone levels, and seven had low testosterone levels (62). No studies could be identified that would have suggested elevated levels of progesterone in IIH.

As for the pathomechanism of IIH in general, multiple (and in part conflicting) theories have been published on the mechanism by which reproductive hormones could possibly be involved in the development of IIH, but none of them provides a convincing and sound explanation for female predominance in IIH:

- Inadequate drainage of CSF resulting from thrombotic obstruction to CSF resorption-outflow in thrombophilic states associated with pregnancy, polycystic ovary syndrome (PCOS) or exogenous estrogens (45): There are no pathological studies demonstrating microthrombi of arachnoid villi impeding CSF drainage, and not all studies investigating thrombophilia in IIH have demonstrated coagulation abnormalities (13). Of note, obesity is associated with an inflammatory and thrombophilic state (63).

- Direct agonistic action of progesterone at the mineralocorticoid receptor in CP epithelial cells enhancing CSF secretion via aldosterone-like effects (33): Progesterone, however, exerts anti-mineralocorticoid effect (64, 65), which is not compatible with this hypothesis. Generally, excessive secretion of CSF is considered unlikely to be the underlying mechanism for IIH (see above).
- Actions on aquaporins: The role of aquaporins in IIH remains to be elucidated (see above). In absence of any experimental or clinical data supporting such a mechanism, a hypothetical influence of estrogen (or other reproductive hormones) must be considered speculative (30).

In summary, no conclusive hypothesis exists for a theoretical pathomechanism by which reproductive hormones would cause the development of IIH.

#### 1.2.1.5 Risk factors

Female sex, excess weight and recent weight gain are considered the only proven associations in idiopathic intracranial hypertension. A number of other conditions have been reported in association with IIH, including head injury, hematological disorders like anemia, polycythemia and pro-thrombotic disorders, endocrinological disorders such as polycystic ovarian syndrome, and family history. Confirmation in larger studies is lacking (cited after (26, 30)).

#### 1.2.1.6 Epidemiology

The annual incidence has previously been cited as ranging from 0.03 per 100,000 in a Japanese population to around 1 per 100,000 in the US populations, and 2.2 per 100,000 in Benghazi, Libya. IIH shows a striking predilection for women of child-bearing age who are overweight (26). More recent publications show generally higher estimates:

- In the US, using a retrospective chart review of patients diagnosed with IIH in Olmsted County, Minnesota from January 1st, 1990, through December 31st, 2014, the overall age-and gender-adjusted annual incidence rate was 2.36 [1.68 – 3.04] per 100,000. The rate varied across gender: 0.53 [0.06 – 1.00] per 100,000 in men and 4.25 [2.95-5.55] per 100,000 in women. In obese women 15 to 44 years of age, the incidence was 22.0 per 100,000 (66).
- In a retrospective cohort conducted among adults visiting a medical institute in Stockholm County from 2006 to 2013, the annual incidence rate for women overall was estimated at 1.1 (95%CI: 0.93-1.28) per 100,000, and 1.96 (95%CI: 1.66- 2.26) per 100,000 for women aged 18-45 years (67).
- A similar annual rate of 1.56 per 100,000 was observed in the UK for years 2007-2008, with 2.86/100,000/year for women. The incidence of IIH in obese women was 11.9/100,000/year (68). Recent estimates for the general population are higher, which has been interpreted as a reflection of the increase in population obesity by the authors: A retrospective cohort enrolling patients diagnosed with IIH between 2007 and 2014 in a general hospital in Northern Ireland found an annual incidence of 2.36 (95%CI:1.65-3.37) per 100,000 for the overall population, 4.65 (95%CI: 3.25-6.66) per 100,000 in women, and 9.85 (95% CI 6.75– 14.36) per 100,000 in women aged 15 to 44 (69).

This increase in incidence of IIH over the last two decades with increasing prevalence of obesity in the general population has also been observed by other authors (66, 70).

### 1.2.2 Background - Levonorgestrel and IIH

As mentioned above, a large number of medications and other exogenous substances have been associated with IIH, but in the majority of cases the link is based on anecdotal evidence only.

Based on an analysis of spontaneous reports of IIH in Norplant (6-rod LNG implant[1] (71)) users in US, a possible association between LNG implant use and IIH was discussed in the scientific literature in the 1990s (see chapter 2.3). While the authors of the paper stated that it was not possible to determine whether Norplant was related to the occurrence of IIH and advised caution in the interpretation of their results (72), these reports have been cited as evidence for an association of Norplant with IIH by some (50, 73). A statement that "Idiopathic intracranial hypertension ... is a disorder of unknown etiology which is seen most commonly in obese females of reproductive age. There have been reports of idiopathic intracranial hypertension in NORPLANT SYSTEM users" was included in the warnings section of the product information for Norplant. Several parts of the Norplant label have later been included in the label of its successor product Jadelle (formerly also called Norplant-II, 2-rod LNG implant), including similar language on IIH. The warning in the Jadelle label was modified in 2015 to further clarify that "evidence [for IIH] is based on isolated reports only" not constituting proof of causation (74).

In preparation for this response, a survey of the labels of all European Bayer products containing progestins was conducted. IIH is not mentioned in any other of these labels. To the best of our knowledge, neither is it included in the labels of non-Bayer progestin-containing products.

*Previous signal investigations for LNG IUS*

Several signal investigations on LNG IUS use and IIH have been performed previously and have refuted the signal.

In 2008, the company performed a signal investigation in form of a cumulative review of the available literature and cumulative analysis of spontaneous cases on the topic Mirena and IIH, to answer a request by the UK health authority (MHRA). It was concluded that the available data did not indicate that Mirena use would be associated with an increased risk for developing IIH. As discussed in the scientific literature reviewed, a confirmed evidence for a causal association of levonorgestrel implant use and intracranial hypertension is lacking. The review was submitted to MHRA and subsequently included in the 23rd PSUR of Mirena, covering the period of 28 Sep 2007 to 27 Sep 2008.

Another signal investigation regarding Mirena and idiopathic intracranial hypertension (IIH) was performed in 2014, triggered by an observed increase in number of cases being submitted in the US. These cases originated from product liability litigation (see below). Based on the results of this investigation, it was concluded that the available data for LNG IUS or other progestins do not indicate that LNG IUS use would be associated with an increased risk for developing IIH. The signal investigation was presented in the 31st PBRER/PSUR for LNG IUS family (covering the period 28-Sep-2010 to 23-Dec-2014, PSUSA procedure

---

[1] Norplant is a levonorgestrel implant consisting of 6 rods which are inserted in a superficial plane beneath the skin of the upper arm of the woman. The daily release rate for Norplant is initially about 85 µg per day followed by a decline to about 30 µg per day. In correspondence with the declining release rate, the median serum concentration of levonorgestrel declines from a maximum peak of 1600 ± 1100 pg/ml at 24 hours after insertion to 258 ± 95 pg/ml at 60 months (normalized to a 60 kg body weight).

PSUSA/00001856/201412). The conclusions of the signal investigations presented in this PBRER/PSUR did not raise any concerns on the part of the assessor and did not lead to any further discussion, and are, therefore, considered as having been endorsed by PRAC.

A follow-up signal investigation was triggered in 2015 by a new publication by Etminan et al. (2). A thorough assessment of the publication, an analysis of data in the FDA Adverse Event Reporting System (FAERS database) and the WHO Global ICSR Database System (VigiBase), and subsequent follow-up assessment of individual case safety reports (ICSRs) in the Bayer Pharmacovigilance safety database were performed. No new important safety information was identified from this follow-up signal investigation. The signal was refuted. The signal investigation document was included in the 32nd PBRER/PSUR for LNG IUS family (covering the period 24-Dec-2014 to 23-Dec-2015). In line with regulatory obligations in EU, it will be included in the 35th PBRER/PSUR for LNG IUS family covering the period 24-Dec-2014 to 23-Dec-2017) and submitted within the next PSUSA procedure (PSUSA/00001856/201712) in Mar 2018.

Chapter 2.2.2 summarizes the results of the signal investigation and the controversial discussion of the publication by Etminan et al. in the scientific literature (3, 75, 76). The signal investigation is attached as appendix to this document (see **Appendix 1**).

The recent article by Valenzuela et al. (1) is a complete study report of the previously published meeting abstracts by Valenzuela et al. (77) and Rai et al. (78) on the relationship between idiopathic intracranial hypertension (IIH) and levonorgestrel-releasing intrauterine system (LNG IUS). The previous conference abstracts were discussed in the signal investigation performed in 2015. On publication of the full study report by Valenzuela in 2017, the company initiated a follow-up signal investigation which included an assessment of the study in light of other published literature, and an update of the cumulative ICSR analysis up to May 2017. The full assessment of the publication is included in chapter 2.2.3 of this document, and the cumulative analysis of ICSRs, including an analysis of the cases received since May 2017, can be found in chapter 3.2. The signal was refuted.

Information from all three signal investigations are summarized in this document.

*Litigation*

The first lawsuit alleging an injury of IIH associated with Mirena was filed in December 2013. The filing of a lawsuit results in ICSR creation in Bayer's pharmacovigilance database independent of whether the claims are substantiated with the submitted documentation.

Since 2013 an increasing number of cases from US litigation have been received (see chapter 3.2.2. On April 6, 2017, the United States Judicial Panel for Multidistrict Litigation (MDL) ordered all federal IIH cases to be consolidated in a single United States district court before the Hon. Paul A. Engelmayer in the Southern District of New York. The filing of a petition to create an MDL and its subsequent creation typically triggers the filing of new cases.

## 2. Literature review

### 2.1 Search strategy

A comprehensive literature search in the literature databases MEDLINE, EMBASE, BIOSIS, Derwent Drug file, Science Citation Index, and Chemical Abstracts was performed for publications on intracranial hypertension/pseudotumor cerebri and progestins. The search strategy included a search for levonorgestrel, but also other progestins.

Publications referring to other forms of raised intracranial pressure or publications not referring to external progestins/hormones in relation to intracranial hypertension were excluded. The publications identified relating to IIH and LNG IUS consisted of two published case histories (see chapter 2.2.1), the publication by Etminan et al. (2) and published commentaries (see chapter 2.2.2 and **Appendix 1**), and the publication by Valenzuela et al. (see chapter 2.2.3). The publications presenting case reports for Norplant are discussed in chapter 2.3. Further published data on IIH and progestins (as sole active substance, or in combination with estrogen) are reviewed in chapter 2.4.

## 2.2 Publications on LNG IUS and IIH

### 2.2.1 Published case histories

The literature search identified the following published single case histories. They are also included in the analysis of ICSRs for LNG IUS presented in section 3.2.2.

**Martinez et al. 2010 (79), ARGUS case number 2015-367511:**

A conference abstract presented at the 2010 Meeting of the International Neuro-Ophthalmology Society, Lyon, France presents the case of a 45 year-old patient, "non-obese", with progressive restriction of visual field over 4 years, without headache or other neurological symptoms. Fundal examination shows no papilloedema, only minimum inferior pole blurring in left optic disc. Brain imaging shows no abnormality but empty sella. Opening pressure on lumbar puncture 20 cm H2O but with dynamic measurement (not further specified) increased up to 70 cm H2O. Atypical PTC was diagnosed and she began treatment with acetazolamide with improvement of visual field and complete recovery of colour vision and venous pulse. During treatment she mentioned that she was using a LNG IUS "for endometriosis" (off-label use). According to the authors, "side effects with this device [do not] include PTC but it was one [of the] main causes for interrupting the use of levonorgestrel implant" and discontinuation of LNG IUS was recommended. No information on whether the LNG IUS was indeed removed, or further course.

*Company comment: This conference abstract contains only limited information but does not provide any details pointing towards a cause-effect relationship. As the patient did not present with increased opening pressure at lumbar puncture and did not have papilloedema, the basis for the diagnosis "IIH" is uncertain. The patient had a history of progressive symptoms over 4 years and it is not mentioned when LNG IUS treatment was initiated before or after first onset of symptoms. The patient recovered after lumbar puncture and treatment with acetazolamide. It is unclear whether the physicians' recommendation to remove the LNG IUS, based on published case reports of IIH in Norplant users (Wysowski and Green 1995 (72), discussed below), was followed, so the patient may have recovered with continued use of LNG IUS.*

**Ros Forteza et al. 2017 (80), ARGUS case number 2017-057673:**

The authors describe the case of a 27 year-old woman who was admitted to hospital with progressive onset of headache developing over the past 2 weeks, accompanied by intense photophobia, mild phonophobia, feeling of dizziness and pulsatile tinnitus. The patient denied prior nausea, vomiting, effort, head traumas or fever. Twenty-four hours after the onset of symptoms, she noticed a mobile spot in her right eye. Past medical history: Obesity (1.59 m height and 83 kg weight, BMI 32.8 kg/m2). Use of LNG IUS for the past 2 years. Seven days before onset of current symptoms she received antibiotic treatment with minocycline 100 mg/bid for folliculitis in the groin, prescribed by her general practitioner. Ophthalmologic

exam showed scintillating scotoma right eye, with preserved visual acuity, extensive papilloedema (grade 4 on the modified Frisen scale) and central moderate vitreous haemorrhage. The chest X-ray, head CT and venous CT did not show any alterations.

Minocycline was withdrawn. A lumbar puncture was performed, with outflow of clear cerebrospinal fluid with an opening pressure of 260 mm [26cm] H2O and a normal cytological-biochemical-microbiological study. Twelve hours later, the opening pressure was 60 mm [6 cm] H2O, with no headache under analgesia with metamizole 2 g/tid and acetazolamide 250 mg/bid. Twenty-four hours later, no scotoma was observable and there was significant improvement in the papilloedema. Start of diet proposed by the nutritionist.

Further improvement of papilloedema was seen in an ophthalmological check-up after 2 weeks of follow-up. At three weeks, LNG IUS was removed as it "could have contributed to exacerbation or deterioration of the IIH". At four weeks, the patient returned to work pain-free and with a body weight of 79 kg.

*Company comment: The onset of symptoms coincides with initiation of minocycline treatment. Discontinuation of minocycline, lumbar puncture and acetazolamide therapy resulted in rapid improvement of symptoms. The subsequent removal of LNG IUS (which had been used apparently without problems for 2 years before onset of symptoms) seems to have been a precautionary measure, and the authors cite the previously published case reports with Norplant (see discussion below on Alder et al. 1995 (81)) and the article by Etminan et al. 2015 (2) as rationale for this treatment decision.*

### 2.2.2 Publication on disproportionality analyses in FAERS (Etminan et al. 2015 (2))

This publication triggered a signal investigation by the company in 2015. No new important safety information was identified from this signal investigation and the signal was refuted.

The signal investigation included a thorough assessment of the publication, including an analysis of data in the FDA Adverse Event Reporting System (FAERS database) and the WHO Global ICSR Database System (VigiBase) to reproduce the author's findings, and a cumulative assessment of individual case safety reports (ICSRs) in Bayer's Pharmacovigilance database (including the new cases that were identified in the FAERS database search for which no corresponding duplicate case existed in Bayer's Pharmacovigilance database).

The signal investigation document was included in the 32nd PBRER/PSUR for LNG IUS family (covering the period 24-Dec-2014 to 23-Dec-2015 (not submitted in EU)). In line with regulatory obligations, it will be submitted with the next PSUSA procedure (PSUSA/00001856/201712) (35th PBRER/PSUR for LNG IUS family covering the period 24-Dec-2014 to 23-Dec-2017) in Mar 2018. The full signal evaluation document is included in this response as **Appendix 1**.

A high-level summary of the signal investigation is given in the following:

The study by Etminan was composed of two parts. Based on the data in the FAERS database, Etminan et al. reported an increased Reporting Odds Ratio for intracranial hypertension and papilloedema associated with intrauterine levonorgestrel. In a retrospective cohort analysis using data from the IMS LifeLink database no statistically significant difference in the risk for intracranial hypertension for intrauterine levonorgestrel compared to EE-norgestimate and EE-norethindrone was found. The authors end the article with several conclusions that are not supported by the results from their cohort study.

The company's analysis identified - among others - the following limitations in these two studies: misclassification of the outcome, lack of control for relevant confounding factors, small number of cases in the cohort study, misclassification of exposure in the cohort study. Non-reproducibility of the presented data derived from the FAERS database underlined the limitations and incompleteness of the publication: Detailed analysis of the information included in the FAERS database and the WHO database performed by Bayer could not reproduce the results reported by the authors. The results of Bayer's analyses highlight that spontaneous reporting for Mirena cases for IIH is subject to confounding by gender and age. This needs to be taken into account when interpreting disproportionality analyses in databases derived from spontaneous reporting.

A cumulative review of the ICSRs in Bayer's Pharmacovigilance database showed that a large proportion of cases include further risk factors for IIH (obesity and/or recent weight gain). The available case details do not support a causal association between LNG IUS use and IIH. Overall, the analysis did not provide new relevant information, but emphasizes the importance of confounders when interpreting data that derive from spontaneous reporting systems.

The signal investigation concluded that the study by Etminan et al. offered no new relevant information on the risk of idiopathic intracranial hypertension among women who use intrauterine levonorgestrel, given the limitations identified in the company's analysis. The available data for Mirena did not indicate that Mirena use would be associated with an increased risk for developing IIH.

After finalization of the signal evaluation, further information has become available on the publication by Etminan et al. which supports the company's decision to refute the signal:

- A "letter to the editor" was published in Therapeutic Advances in Drug Safety by Deborah Friedman (75) expressing concern "about the erroneous and misleading conclusions expressed by Etminan and colleagues in their article published in the June 2015 Issue of Therapeutic Advances in Drug Safety [Etminan et al. 2015]". The letter points out "significant methodological flaws with this study that preclude accurate statistical analysis and interpretation of the data". Furthermore, the letter mentions that the authors did not disclose a major and relevant conflict of interest: "The lead author of the paper has been retained as a medical expert for a lawsuit against Bayer by the plaintiff's attorney who is suing the company for alleged cases of PTCS related to Mirena™ use". Furthermore, Dr. Friedman mentions in her letter that she serves as expert witness for Bayer and due to this conflict of interest declined when being invited by the journal to review the manuscript by Etminan et al. at the time it was submitted for publication.
- In a letter to the editor published in reply, Dr. Etminan only partly responds to some of the points raised by Dr. Friedman (76).
- Recently, Dr. Etminan published a further letter to the editor entitled "Revised disproportionality analysis of Mirena and benign intracranial hypertension" (3) in which he retracts the main conclusions in his original paper: Restricting his disproportionality analysis in FAERS on Mirena and benign intracranial hypertension to women aged 15-40 years, he presents a Proportional Reporting Ratio of 0.9 [95% CI 0.55–1.47], and concludes: "Based on the age-restricted analysis a signal is not detected with Mirena with respect to BIH when child bearing age is accounted for. Although in general disproportionality analyses are not restricted by age for many drug safety questions (use of antihypertensive medications or statins mainly used by older adults) restriction to the appropriate age range where age might be a strong

confounder or effect modifier might produce a more unbiased estimate of the signal." These results indicate the high degree of bias present in the previously published analyses, and no longer support the conclusions of the original paper ("We found a higher than expected number of reports with ICH [intracranial hypertension] with Mirena in the FAERS database").

### 2.2.3 Published study by Valenzuela et al. 2017 (1)

This article is a complete study report of the previously published meeting abstracts by Valenzuela et al. and Rai et al. (77, 78) on the relationship between idiopathic intracranial hypertension (IIH, called Pseudotumor Cerebri or PTC in this publication) and levonorgestrel-releasing intrauterine system (LNG IUS). In two studies conducted in the US and Denmark, the authors assessed the association between IIH and LNG IUS, and evaluated whether the disease manifested itself differently in those with and without LNG IUS. While previously referring to the study as a "pilot case-control study" in their conference abstract (77), the full publication describes it as a retrospective case series with comparison between two groups (with different exposure). For sake of readability we will refer to "cases" (selected patients with IIH) and "controls" (separate cohort used for comparison), although some of the presented statistical analyses by the authors are not consistent with a case-control study (see below).

The study found no difference in patient characteristics, and signs and symptoms of women with IIH that reported use of an LNG IUS, compared to those who had not. According to the authors, their risk analyses suggest that women with an LNG IUS may have an increased risk of developing IIH.

The authors point out that their investigation does not suggest that LNG IUS can cause IIH, and that their study was not suited to determine whether LNG IUS could be considered as an independent risk factor for IIH. They discuss that it is possible that the observed association occurred because LNG IUS users are more likely to have other established risk factors that are known to be associated with IIH (e.g., obesity and recent weight gain), factors which they could not control for in this study as they did not capture them among the control groups. They provide a critical and frank discussion of several limitations of their investigations; given these limitations, they advise caution in interpretation of their findings and continue to consider LNG IUS a contraceptive option with positive benefit-risk balance in women with IIH.

While some of the study's limitations are pointed out by the authors (e.g. no control for confounders in their risk analyses, imprecise exposure estimates for LNG IUS in the cohort they have used for comparison), other weaknesses in the study methodology are not addressed in the publication.

The following limitations of the study are likely to have affected the presented results and therefore need to be considered in the interpretation of the publication:

**Sampling**

In both study sites, the sampling schemes and the study catchment area (i.e. the background population from which cases and controls are identified) are undefined. For a case-control study to be free of selection bias, cases and controls should be selected from the same source population. This will be ensured through appropriate selection of controls that stem from the same source population, otherwise the validity of the study would be undermined. In this study, the cohorts used as control derive from a different source than the cases (which were

identified from a dedicated IIH database in both the University of Utah study, and the Rigshospitalet study). Selection bias is likely in this scenario. The controls/control cohort are only incompletely described (e.g. no information on age distribution or body weight) and no matching of cases and controls was performed for this study (except for female sex).

- In the Utah study, controls were identified from billing data collected in the University of Utah Healthcare System electronic billing database. Women were enrolled if they had one encounter between 2008 and 2013 (based on the information provided in the meeting abstract). This is a source of selection bias as the controls may not be representative of the source population where the cases have originated. For example, the chance to have a clinical consultation may be high in older age groups, and the age distribution in the controls may consequently be skewed towards women at the upper end of the age range included in the study (i.e. 55 years) who are less likely to be using an LNG IUS. In a study investigating continuation rates of different LARC methods derived from the same database, highest use of LNG IUS was seen in the age group between 25 and 29 years (82).
- In the Rigshospitalet study, control selection was performed similar to the Utah study, including women having one encounter at Rigshospitalet. Similar to the Utah study, selection bias must be considered when assessing validity in this study.

**Exposure Ascertainment**

For both the Utah study and Rigshospitalet study, the method of exposure ascertainment differed between cases and controls. Under-estimation of exposure in the control cohort, and risk of recall bias in the cases leads to differential misclassification of exposure and effect sizes away from the null.

Utah study:

Women with IIH (cases) were interviewed by phone and asked about their contraceptive use history. For women with no IIH (controls), use of LNG IUS was retrieved from billing codes from the University of Utah electronic billing database only.

- For cases, exposure was ascertained via phone interviews, but only 59 of 176 cases (34%) could finish the interview, leading to potential responder bias. With such a low response rate, there is no assurance that the 59 cases included were representative of the entire 176 cases. Recall bias is likely in these 59 cases as only women who remembered their contraceptive use history were only included in the study.
- For controls, the billing data only captures information on LNG IUS insertions that happened in the Utah university systems, and LNG IUS insertion in controls outside the facility could not be captured (as pointed out by the authors themselves). In addition, prevalent users (i.e. women that had their LNG IUS inserted before the study period and were still using it) were not captured, leading to further under-estimation of the LNG IUS exposure in the comparator sample. Lastly, reliability of billing codes is limited as misclassification of IUD type, or simple omission to document LNG IUS via corresponding billing code (e.g. when reimbursement of the method is not expected) may occur (82). The prevalent LNG IUS use in the control sample calculated by the authors is only about 2% (4,408 of 220,904 women), which is considerably lower than the national average IUD use in US women during this period (3.5% of women during 2006 - 2010, and 6.4% during 2011 to 2013 (83)). Based on Behavioral Risk Factor Surveillance System (BRFSS) survey data from the CDC (84),

prevalence of long-acting contraceptive (LARC) use in 2013 among women aged 18 to 44 "at time of last intercourse" was in fact highest in Utah with 18.9%. According to the publication by Sanders et al. (82), 75.1% of LARC use in Utah consists of LNG IUS, and to a lesser degree of copper IUD (13.2%) or etonogestrel implant (11.7%). These sources indicate an overall LNG IUS prevalence in Utah which is higher than the US national average, and considerably higher than that identified by the Valenzuela study methodology.

Rigshospitalet study:

- In the Rigshospitalet study, exposure ascertainment for cases is less clearly described. After case review in the IIH database and the patients' hospital files, only women for whom a birth control history during 3 months preceding the onset of symptoms of IIH could be obtained were included. Also this method bears the risk of selection bias as the cases had to have a documented contraceptive history to be able to be included in the analyses.
- In controls, there was no exposure ascertainment. To obtain exposure to LNG IUS in their sample used as controls, the authors used LNG IUS sales figures in Denmark from 2014, and 2014 census data to estimate exposure in the general population and extrapolated the result to their control sample that consulted this hospital between 2008-2014. As this calculation disregards any LNG IUS that was inserted during the period prior to 2014 (and with an intended duration of use of 5 years, may still have been in use in 2014), this is assumed to result in a considerable underestimation of exposure for LNG IUS prevalence in Denmark in general, and the study control group in particular. This assumption is supported by published data on contraceptive use in the Nordic countries, which estimate the prevalence of LNG IUS use in Denmark at approximately 10% (12% for 2014) of women in fertile age (85).
- This published figure is much higher than the calculated 3.5% that the authors used in the Rigshospitalet study. When using an estimate of 10% of LNG IUS users in the comparator cohort in the Rigshospitalet study, there is no longer a relevant difference in "prevalence" of IIH in the LNG IUS-exposed versus non-exposed population: Assuming 10% of LNG IUS users in the comparator cohort in the Rigshospitalet study, and using the same calculations explained by the authors, the crude "prevalence" of IIH in the "LNG IUS population" would be 0.052% (95% confidence interval (CI): 0.049%, 0.055%) versus 0.040% (0.039%, 0.041%) in the "non-LNG IUS population". The difference between the crude prevalence in the two populations can be considered small and attributable to confounding (see below), which the study could not account for.

In general, the chosen approaches in the study to ascertain exposure in the comparator group do not appear to result in reliable estimations of LNG IUS use during the study period and have no validity to be used in this study for any analysis.

**Statistical Analysis**

- The prevalence of IIH in LNG IUS exposed and unexposed groups was calculated by combining cases and controls together and creating cohorts of exposed and unexposed women to LNG IUS. In case-control studies, the frequency of the cases (and controls) in the study is not proportional to the actual frequency of the disease in the source population and they are rather arbitrary. As such, they do not reflect the frequency of the disease in the source population. Thus, it is not valid estimating the prevalence of

the disease based on exposure status as authors have done in this study. This is illustrated by the higher overall IIH prevalence in the sample used for analysis in both the Utah and Rigshospitalet study:
Women with IIH treated at the University hospital and captured in the disease-specific database are likely to have been referred to the center for specialist care, which leads to an over-sampling of cases in the population that the investigators use for their analyses. Accordingly, the "prevalence" of IIH (with 176 women with IIH fulfilling the inclusion criteria, and a total of 221,080 women in the Utah Electronic Billing database) is surprisingly high (0.08% in the whole population) when compared to figures cited in the literature for reproductive-age women (10.9 per 100,000 or 0.01% according to (68)).
Similar to the Utah study, the background sample on which Rigshospitalet performed their analysis appears artificially "enriched" with IIH cases - with 64 women with IIH out of 154,941 visiting the hospital, the prevalence was 0.04%.

- In this study, authors have performed a wide range of calculations such as attributable risk, excess risk and risk ratio and odds ratio. As explained in the previous section, estimating prevalence based on exposure is not valid in the case-control setting of this study as cases are oversampled and the distribution of cases and controls are not representative to the source population; without knowledge of disease frequency in the source population, providing valid inference on risk, risk ratio and risk difference is not possible. For this study design, the crude odds ratio is the more appropriate estimate.
  For the Rigshospitalet study, using the data presented in the publication, and the published background prevalence of 10% of LNG IUS use, we calculated a crude OR (95% CI) for the association of IIH with LNG IUS use in this study of 1.29 (0.54, 2.03), which no longer indicates a significant increase in the likelihood of IIH among women using LNG IUS compared to women not using LNG IUS.
  For the Utah study, using a conservative estimate of 10% for the prevalence of LNG IUS use in Utah (which lies above national average based on published CDC data (84), but well below the published Utah-specific data (82, 84)), a similar crude OR can be calculated of 1.41 (0.67, 2.16).
  Neither of these crude ORs show a significant association and must further be interpreted in view of the fact that neither study was able to adjust for relevant risk factors.

**Confounding**

All the results presented in the two studies are based on simple two by two comparison and unadjusted analyses. As acknowledged by the authors, their performed risk analyses did not account for potential confounders, such as obesity, recent weight gain, and age distribution within their sample. Consequently, the explanation of the findings offered by the authors is compelling: The population at higher risk of developing IIH is the same population that is most likely to have an LNG IUS recommended as contraceptive option by their physician. Without addressing the most important confounders, the study is not suited to answer questions on risk, and the authors' call for caution when interpreting their results appears justified.

**Inconsistency in discussion of limitations and conclusion by the authors**

In addition to the above, the authors acknowledge that their "analysis was limited by the lack of temporal data to confirm that exposure to LNG -IUS occurred prior to PTC symptom onset

or diagnosis". The wording chosen by the authors to describe their results is not consistent with this limitation: If it was not possible to ascertain correct time-order sequence (i.e. exposure before event), the investigations cannot suggest an increased risk of *developing* IIH.

**Conclusion**

Given the above, the company agrees with the authors' assessment that their findings do not suggest that use of an LNG IUS can cause PTC, and that the results of their risk analyses must be interpreted with great caution.

Comparing presenting patient characteristics (including body habitus and recent weight gain), signs and symptoms of IIH patients with LNG IUS to those without, no significant differences were found. As concluded by the authors, a distinct form of IIH associated with LNG IUS use could not be identified. The duration of exposure to LNG IUS prior to onset of symptoms (only presented for the Utah study) does not show a consistent pattern and is overall not suggestive of a plausible temporal relationship (average 22 months, range 1 month to 5 years).

Several limitations of the risk analyses presented in this publication are critically discussed by the authors themselves, and they "have striven to be circumspect about [their] results, conclusions, and recommendations". In addition to the limitations discussed by the authors, several aspects in the chosen study methodology and analysis (including differential misclassification with under-estimation of exposure in the controls, as well as selection and recall bias) are likely to have considerable impact on the robustness of their results. Using published data on prevalence of LNG IUS use in the respective background populations as a basis for estimates of exposure in their control cohorts, the resulting calculated unadjusted odds ratios (as more appropriate estimates for this kind of study) are non-significant; additionally, confounding cannot be ruled out because the study could not adjust for relevant risk factors.

Consequently, the overall data presented in the publication can be interpreted to support the conclusion that there is no increased risk of LNG IUS use and development of IIH.

### 2.3 Publications on LNG-only products and IIH: Published case reports and case series on IIH and levonorgestrel implant (Norplant)

In 1993, an abstract was published in the Annals of Neurology by Sunku et al. (86) describing 2 cases of IIH in Norplant users (6-rod LNG implant, see chapter 1.2.2 for details on Norplant). The women (aged 20 years and 24 years) developed the clinical syndrome 9 months and 12 months following implantation of Norplant, respectively. The cerebrospinal fluid examinations were unremarkable except for elevation of the opening pressures. In each patient, the levonorgestrel implant was removed and treatment with diuretics (acetazolamide, furosemide) was given. The clinical symptoms as well as ocular findings remitted within weeks of treatment. The abstract does not contain any information on the patients' weight, or weight gain prior to development of symptoms. The authors comment that "further observations may allow a determination whether this [possible association of levonorgestrel implants and BIH] is etiological or coincidental".

In 1995, Wysowski and Green (72) published an article on spontaneous reports of serious adverse events in Norplant users in the US. Their aim was to describe the serious adverse events in Norplant users from reports submitted to the Food and Drug Administration's (FDA) MedWatch Spontaneous Reporting System. Reports of certain serious adverse events in Norplant users in the United States from February 1991 to December 1993 were reviewed and

analyzed, and reporting frequencies were calculated based on available sales figures and an estimated continuation rate.

In their article, the authors focused on a few topics which constitute "the largest number of serious events of concern" according to the authors, including benign intracranial hypertension. In total, 39 reports of women developing IIH during Norplant use had been received by the FDA. Sixteen of the 39 women were reported to be obese, and two were overweight. Weight, height and body habitus were not reported for 21 patients. Eight women were reported to have had weight gains of 14-30 lb (6.4 -13.6 kg) after Norplant insertion.

The duration from Norplant insertion to onset of symptoms ranged from 1 to 17 months (unclear how many cases did not provide details on time to onset). One patient had a prior history of pseudotumor cerebri before her present episode.

Eleven patients were hospitalized, "most" (not further specified) were treated with lumbar punctures and acetazolamide. Twenty-three cases contained information on increased opening pressure on lumbar puncture.

Four patients continued Norplant use with resolution of symptoms, 16 had Norplant removed with resolution of symptoms, and six had Norplant removed but their symptoms continued. For eight patients, it was not stated whether Norplant was removed, and for five, follow-up was not provided. Two women were reported to have residual vision problems: one had a 10% loss of peripheral vision and the other had "significant loss of peripheral vision."

The authors calculated a reporting rate of "pseudotumor cerebri" (IIH) in Norplant users of 5.5 per 100,000. They observe that a large proportion of reports that provided body weight information for women who developed pseudotumor cerebri after Norplant insertion indicated that patients were obese or had experienced weight gains. They conclude that it is not possible to determine whether Norplant, obesity or weight gain, or both factors are related to the occurrence of pseudotumor cerebri.

It seems worth pointing out that in fact all of the women for whom information on weight and height was available were either obese or overweight. Resolution of symptoms after removal of Norplant in 16 of the 39 patients needs to be interpreted together with the fact that "most" received lumbar puncture and acetazolamide treatment, and must take into account the fluctuating nature of the disease itself. Negative dechallenge, and spontaneous resolution with continued use were observed in a further 10 cases.

Despite the cautious conclusions drawn by the authors regarding the limited evidence for causation, the article has been cited as evidence for the association of Norplant/levonorgestrel use with IIH by some (73), while other share a more critical view of the data (87, 88).

A letter to the editor by Alder et al (81) presents the case histories of two patients who developed headache, visual disturbance or emesis four to five months after insertion of Norplant, and were diagnosed with papilloedema and intracranial hypertension. Neither of the two women was reportedly obese. Details on height and body weight, and possible recent weight gain were not provided. One patient recovered after lumbar puncture, the other had three recurrences over a period of 18 months which were controlled with acetazolamide.

The authors further reviewed data from a national ocular side effects registry, the FDA's MedWatch System and the WHO International Drug Monitoring Center. They identified 56 case reports of intracranial hypertension or disk edema and levonorgestrel. Unfortunately, the analysis of case details appears to have been limited, and no estimates for exposure data were given, nor were reporting frequencies calculated. It appears likely that the cases discussed in

the publication by Wysowski and Green (72) were included in the overall number cited by the authors. The authors conclude that "it remains unclear whether the drug causes intracranial hypertension".

In an answer to this letter to the editor published in the same issue of the journal, the spokespersons for the company marketing Norplant in the US at the time presented their own company data. They estimated the reporting frequency at 4.1 per 100,000 woman-years. In more than ¾ of cases containing information on weight obesity was observed.

The literature search further identified an abstract by Tang et al. (89) for a conference poster presentation. The authors mentioned that they undertook a neuro-ophthalmologic investigation of 100 Norplant users, including lumbar puncture in those patients with evidence of optic nerve edema. The actual number of cases is not given, and no results are presented in the abstract. It is therefore not possible to assess on what grounds the authors conclude that their results "confirm the presence of pseudotumor cerebri in patients with Norplant".

In summary, the only published literature on Norplant and IIH single case reports and small case series deriving from spontaneous reports, all of which are confounded by gender, reproductive age, and weight. None of the authors concluded that the evidence establishes a causal relationship.

## 2.4 Publications involving progestins in combination with estrogens, or progestin-only other than LNG

### 2.4.1 Published study data

*Case-control studies*

Apart from the study published by Valenzuela et al. that contains certain aspects of a case-control study (see chapter 2.2.3), no further case-control study could be identified that investigated whether there is a link between IIH and use of LNG-only or progestin-only preparations. Three case-control studies published in the 1990s found no association between oral contraceptive use and IIH, and are discussed in the following:

**Ireland et al.** (28) published the results of a case-control study performed to examine potential risk factors for the development of IIH. The study included 40 female patients diagnosed with IIH in the previous 10 years who were identified from the clinical records of a neuro-ophthalmology unit (cases). These cases were matched to 39 controls who were identified by asking patients to provide three friends within three years of their age who might be willing to participate in the study. Identical self-administered questionnaires were sent to cases and controls with detailed questions on medical, occupational and gynecological history, including contraceptive use. The date that IIH was diagnosed was the temporal reference point time for the control group in answering certain items covering historical exposures.

The study showed that obesity and recent weight gain occurred more commonly in patients with idiopathic intracranial hypertension than in control subjects. Self-reported mean weights at age 18 and at time of diagnosis/reference time were higher in cases (mean height and weight resulting in BMI of 32.8) compared to controls (BMI 24.9), and significantly more cases reported weight increase in the 6 months before reference time. As commented by the authors, some of the other positive findings (personal history of hypertension, early onset of

menses, family histories of obesity, hypertension, and diabetes), are all commonly associated with obesity.

The study did not show a significant difference in contraceptive use between cases and controls. There was also no significant difference comparing usage immediately prior to IIH diagnosis or corresponding reference time, a self-reported item that was likely subject to recall bias towards higher recall in the case group.

A further case-control study was published by **Giuseffi et al.** (10). Their cases consisted of 50 consecutive patients referred to a University neuro-ophthalmology clinic who met the modified Dandy criteriia for IIH. Controls were selected from the clinic's waiting areas and were matched on age within 3 years, and sex. An 83-item questionnaire was administered to all study subjects by two investigators and included demographic data, vision-related symptoms, history of known causes of intracranial hypertension, and a detailed medication history.

The female to male ratio in their study was 9:1. IIH patients were substantially heavier than the controls, and also gained an average of 19.7 pounds (9 kg) during the 12 months before examination compared with an average loss of 1.2 pounds (0.5 kg) among controls.

The authors found no significant association of any of the medications investigated with IIH. Oral contraceptives were taken by 10% of cases and 15% of control subjects. Antibiotic use was infrequent in both groups (4% versus 1%), and none of the study subjects took a vitamin A preparation. Regarding the lack of observed associations in their study, the authors conclude that "many conditions associated with IIH in [...] uncontrolled studies are common disorders of women in childbearing years and are likely chance associations."

**Radhakrishnan et al.** (11) report on a case-control study including 40 consecutive female incident IIH patients and 80 age-matched female control subjects. Controls were patients admitted to neurology or general medical wards for a heterogeneous variety of diseases that had no connection with IIH. Cases and controls were interviewed with the help of a structured questionnaire. A report on prior exposure to a medication was considered positive when it was used within 6 months of the date of diagnosis of IIH or interview. Use of oral contraceptives for 3 months or more in the previous year and their use continued to within 6 months of the data of diagnosis of IIH or interview was taken as relevant.

The authors found that IIH patients were significantly overweight compared to controls, with mean body weight of 93.2 kg compared with 68.8 kg. Twenty-four patients had gained more than 10 kg in the previous one year compared to 6 among controls. No significant association was found between IIH and oral contraceptive use.

More recently published case-control studies have focused on specific aspects of potential etiologic factors of IIH (e.g. body weight changes and risk of recurrence (18, 52), inflammatory and haemostatic markers (90)). As these studies refer to the diagnostic criteria proposed by Friedman et al. 2002 they may have excluded patients that had previous exposure to any of the drugs cited by Friedman to potentially produce intracranial hypertension. These publications do not address the question whether exposure to certain drugs, including progestin or contraceptive use in general, is associated with an increased risk for IIH. Only the study published by **Daniels et al.** (52) included an "exploratory analysis" to determine whether prior use of medication was reported with sufficient frequency to comment on their association with IIH. These analyses revealed that use of tetracycline antibiotics within six months before IIH symptom onset (or reference date for controls) was associated with a

higher risk of IIH also after adjusting for weight gain. It is not reported whether prior contraceptive use captured or analyzed, or constituted an exclusion criterion for the study.

*Uncontrolled studies/descriptive case series*

Published studies on case series of IIH that describe frequency of use of certain medications in their sample contribute very limited information to answer the question whether intake of these medications is associated with a higher risk for IIH. In absence of a control group it is not possible to determine whether the frequency of medication use simply represents the background utilization rate in the general population.

The authors of an earlier descriptive study of IIH found that 17% of their female patients were using oral contraceptives, but comment that when compared to the percentage of the general female population taking the pill, there was no significant difference (91). Newer case series do not provide any reference data for background utilization rates, however, the rate of hormonal contraceptive users in a series of Spanish IIH patients (92) was similar to published data on contraceptive use in Spain (93), and the frequency of contraceptive pill/sex hormone treatment in a Swedish sample of IIH users (67) was lower than the rate of hormonal contraceptive use in the general Swedish population (85).

### 2.4.2 Published case histories

Published case histories on IIH, or presumed IIH in users of various hormonal products, have been published since the 1960s. Lack of consistent classification including use of the term "pseudotumor" to describe intracranial hypertension due to thrombosis, non-exclusion of secondary causes of intracranial hypertension and potential misdiagnosis of cases presenting with papilloedema as IIH make an assessment of historical case publications difficult, these are therefore not included in the tabulations below.

Table 2-1 through Table 2-3 summarize the published case histories on IIH in users of various hormonal products.

**Table 2-1: Published case histories involving LNG-containing combined products**

| Author, year<br>Bayer ARGUS number[2] | Product[3]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Ivancic and Pfadenhauer 2004 (94), ARGUS case number DE-2004-033771** | Tetragynon (total dose 0.2 mg EE/1 mg LNG)/<br>Taken in 2 doses 12 hours apart<br>Emergency contraception | 21 year-old female<br>111 kg, BMI 37.5/<br>Headache, nausea, loss of visual acuity, diplopia/<br>Two days after intake: paralysis of abducens and papilloedema. LP OP 400 mm H2O, normal CSF/MRI/<br>3 LP, acetazolamide 1 week | History of headache under unspecified contraceptive 2 months previously. Symptoms after 1st and 2nd dose (taken 12 hours apart). Recovered under treatment, dietetic advice, no recurrence at 9 months | *Very close temporal association of the Tetragynon intake to the symptoms (headache, nausea) experienced by the patient in this case. The patient was morbidly obese, which is a risk factor for IIH. As pointed out by the authors it is possible that the increased intracranial pressure observed > 12 hours after the second dose of the EE + LNG contraceptive was pre-existing, and that headache and nausea as expected side effects of Tetragynon super-imposed on a pre-existing condition. The patient recovered with serial lumbar punctures, azetacolamide treatment and dietetic advice (not reported whether weight loss observed at follow-up), therefore the reported recovery 6 days after the second single dose of Tetragynon cannot be interpreted as positive dechallenge in the strictest sense. In their discussion of possible association, the authors focus on the high ethinylestradiol dose of Tetragynon. The previously taken contraceptive was not further specified.* |

[2] if applicable (for Bayer marketed products)
[3] LNG levonorgestrel, EE ethinylestradiol, BMI body mass index, LP lumbar puncture, OP opening pressure, CSF cerebro-spinal fluid, MRI magnetic resonance tomography, MRV magnetic resonance venogram, MPA medroxyprogesterone acetate, COC combined oral contraceptive

| Author, year<br>Bayer ARGUS number[2] | Product[3]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Triggiani et al. 2015 (95), ARGUS case number 2016-204337** | EE 0.05 mg/LNG 0.25 mg/<br>unknown duration of treatment, "use same days before"<br>indication not specified | 21 year-old female 73 kg, BMI 27.5/<br>headache, nausea, dizziness, visual symptoms, fatigue, anxiety/<br>No papilloedema, MRI: empty sella, LP OP 250 mm H2O, normal CSF, hormonal profile normal except for increased TSH/<br>L-thyroxine, no other treatment mentioned, but patient developed CSF leak | Symptoms developing 48 hours before admission. Slight improvement after LP. Repeated re-admission due to symptoms of CSF leak after LP, gradual improvement after epidural blood patch at lumbar level. Patient still in follow-up. | *Duration of treatment and temporal association unclear. Publication focuses on radiological findings, the use of an combined hormonal preparation is only cursorily mentioned as possible trigger* |

**Table 2-2: Published case histories including progestin-only preparations (other than LNG)**

| Author, year<br>Bayer ARGUS number[4] | Product[5]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Kassen et al. 2015** (96)<br>Patient 1 | Implanon (etonogestrel 68 mg subcutaneous implant)/<br>4 months at time of presentation/<br>irregular menses | 24 year-old female<br>64 kg, BMI 25, unspecified weight increase (by two dress sizes)/<br>headache, diplopia/<br>papilloedema, MRI & MRV otherwise normal, LP OP 500 mm H2O/<br>acetazolamide | Presentation after one week of headache and visual symptoms. Immediate recovery after LP, acetazolamide and weight reduction counselling initiated. Implanon not removed. Symptom-free at 3 months follow-up. | *Anecdotal weight gain as possible risk factor in non-obese patient, weight before Implanon initiation not reported. Resolution of symptoms after LP, with continued use of Implanon. Short duration of follow-up observation (3 months).* |
| Patient 2 | Implanon (etonogestrel 68 mg subcutaneous implant)/<br>9 months at time of presentation/<br>contraception | 21 year-old female<br>20 kg weight gain reportedly since implant insertion (BMI increase from 30 to 38)/<br>headache, tinnitus, visual disturbance, diplopia/<br>bilateral severe papilloedema, MRI/MRV normal, LP OP 260 mm H2O, CSF normal/<br>serial LP, acetazolamide, weight reduction advice | 6-week history of symptoms, prior to admission diplopia.<br>Resolution of symptoms under treatment, starting before removal of Implanon 5 weeks later. Reported full recovery at 6 months follow-up despite further weight increase. | *Considerable weight increase in a patient who was reportedly obese at time of Implanon insertion already (BMI 30) as risk factor for IIH. Resolution of symptoms under treatment observed before Implanon was removed, cannot be interpreted as positive dechallenge. Somewhat limited duration of follow-up observation (6 months), weight increase continues also after Implanon removal.*<br>*General comment to publication by Kassen et al: The authors propose that the IIH was induced by the rapid weight gain rather than the direct hormonal influence from Implanon in their two cases. Weight gain included in the product labeling for etonogestrel implants, but not IIH (97).* |

[4] if applicable (for Bayer marketed products)
[5] BMI body mass index, LP lumbar puncture, OP opening pressure, CSF cerebro-spinal fluid, MRI magnetic resonance tomography, MRV magnetic resonance venogram, MPA medroxyprogesterone acetate, COC combined oral contraceptive

| Author, year<br>Bayer ARGUS number[4] | Product[5]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Chan et al. 2006** (98) | Depo Provera (150 mg MPA i.m.)/<br>one dose 2 months before presentation/<br>contraception | 23 year-old female<br>BMI 28.2/<br>headache, diplopia, tinnitus, nausea/<br>bilateral papilloedema, MRI/MRV normal, LP OP 520 mm $H_2O$, CSF normal/<br>medical treatment declined | 3-week history of symptoms, Depo-Provera given 2 months before presentation. Following examinations and LP, patient declines further treatment and elects to take no further dose of Depo-Provera. Follow-up after 4th monthly visit resolution of papilloedema and repeat LP OP 131 mm $H_2O$. | *Limited case details in this letter to the editor. No information on prior weight changes. No details on evolution of symptoms after LP which may already have alleviated the symptoms, as patient declined further medical therapy but agreed to follow-up LP.*<br>*IIH not included in product labeling for MPA (99).* |

| Author, year<br>Bayer ARGUS number[4] | Product[5]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Bahall et al. 2016** (100) | 150 mg MPA i.m./<br>one dose 2 weeks before admission | 22 year-old female<br>BMI 25/<br>headache, vomiting, fever, unsteady gait, dizziness, later blurred vision and diplopia/<br>positive Babinski's sign and Romberg's test positive/<br>bilateral papilloedema, LP OP 130mm $H_2O$, CSF: 3 unmatched oligoclonal IgG bands and one matched oligoclonal IgG band, MRI/MRV normal/<br>therapeutic LP, acetazolamide | Two-day history of severe headache, vomiting, fever, ataxia. Diagnostic LP 8 days after admission. Rapid improvement with therapy, discharge with minimal improvement of gait but negative Romberg's test and Babinski, on continued physiotherapy. Complete recovery 3 months later. | *Case does not fulfill Dandy criteria for IIH, alternative diagnosis likely given the reported clinical presentation and findings* |

| Author, year<br>Bayer ARGUS number[4] | Product[5]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Bahemuka 1981** (101) | Depo-Provera (150 mg MPA i.m.)/<br>single dose 7-8 weeks before diagnosis/<br>contraception | 29 year-old female no information on body habitus/<br>visual disturbance, diplopia, headache/<br>bilateral papilloedema, carotid angiogram and ventriculography normal. LP: CSF "under increased pressure", normal/<br>dexamethasone treatment | 4-week history of symptoms<br>Remained well throughout hospital stay and under steroid treatment, papilloedema and abducens paralysis resolved at discharge four weeks after presentation. Well without neurological deficit at 6 months follow-up. | *No information on body habitus or weight change. Improvement after LP and with steroid treatment. Medical history includes previous 3-month course with combined oral contraceptive (EE/NETA) without associated symptoms* |
| **Elrherbi et al.** (102) | Utrogestan (progesterone 200 mg/day)/<br>2 months until presentation<br>first trimester bleeding | 27 year-old female pregnancy 16 GW/<br>headache, vomiting/<br>bilateral papilloedema, no details on further examinations | Favourable evolution after discontinuation of progesterone therapy. | *Details too limited for further assessment in this conference abstract.* |

**Table 2-3: Published case histories including combination products with other progestins**

| Author, year<br>Bayer ARGUS number[6] | Product[7]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Finsterer et al. 2006 (<u>103</u>), ARGUS case number AT-2006-033040** | EE 0.035 mg/CPA 2 mg/<br>3 years/<br>testosterone increased | 19 year-old female 94 kg, obese, no recent weight change/<br>headache, visual impairment, later: photophobia, hypacusis, severe headache/<br>bilateral papilloedema, MRI normal, LP OP "high pressure" | Three years of COC use associated with headache occasionally requiring NSAID, "almost complete" resolution during "pill pause". Presentation with 4 months history of symptoms, 2 weeks prior severe headache.<br>Symptoms resolving after LP and under acetazolamide within 2 weeks, COC stopped 7 days after LP. Acetazolamide stopped after 6 weeks, symptom-free at 10 weeks follow-up. | *IIH (presenting with history of several weeks' deteriorating visual symptoms, photophobia, hypacusis, severe headache) diagnosed in obese patient after 3 years of treatment with COC. Resolution with LP and acetazolamide treatment. Authors discuss that previously experienced headache and unspecific visual impairment under COC suggests that IIH started after initiation of OC.* |

[6] if applicable (for Bayer marketed products)
[7] EE ethinylestradiol, CPA cyproterone acetate, BMI body mass index, LP lumbar puncture, OP opening pressure, CSF cerebro-spinal fluid, MRI magnetic resonance tomography, MRV magnetic resonance venogram, COC combined oral contraceptive, HT hormone therapy

| Author, year<br>Bayer ARGUS number[6] | Product[7]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Yunisova et al. 2017 (104), ARGUS case number 2017-146590** | EE and CPA/<br>treatment dates/duration not provided/<br>"to promote pregnancy" | 38 year-old female<br>BMI 23.3<br>PCOS, infertility/<br>new onset headache, unilateral stabbing headache, tinnitus/<br>mild papilloedema, MRI: empty sella, MRV left transverse sinus hypoplasia, LP OP 401 mm $H_2O$, CSF normal/<br>acetazolamide | Presentation with new-onset headache increasing in intensity over one month.<br>Headache markedly decreased after LP and ceased completely in a few days after treatment with acetazolamide.<br>No further symptoms at 9 month follow-up. | *Unclear treatment dates for EE/CPA. Letter to editor focuses on clinical presentation (stabbing unilateral headache), authors discuss potential link of PCOS to IIH, EE/CPA intake only mentioned in medication history.* |
| **Rogalinska et al. 2009 (105), ARGUS case number 200940276GPV** | Cerazette (desogestrel 75 µg) before first episode (duration unknown)/<br>Harmonette (EE 0.02 mg/ gestodene 0.75) before 2nd episode (duration unknown, max 2.5 years)/<br>contraception | 18 year-old female<br>no information on body habitus/<br>blurred vision, headache/<br>bilateral papilloedema, LP OP "too high", MRI normal/<br>"anti-edematous treatment" after 1st episode, no information on 2nd episode | 1st episode: Presentation with 2-weeks history of symptoms. Decrease of signs and symptoms after 4 weeks under treatment. Advised to stop use of Cerazette.<br>2nd episode (2.5 years later): 7 days history of diplopia. COC intake for unknown duration - stopped, symptom regressed, no information on treatment. No papilloedema 5 years after initial episode. | *Limited details (conference abstract), in particular missing details regarding treatment dates of Cerazette/Harmonette. Regression of symptoms after stop of Cerazette confounded by LP and diuretic treatment. Time interval of several years between relapses of IIH has been described (16).* |

| Author, year<br>Bayer ARGUS number[6] | Product[7]/<br>Treatment dates/<br>Indication | Patient characteristics/<br>Presenting symptoms/<br>Investigations/<br>Treatment | Course | Comment |
|---|---|---|---|---|
| **Sheehan et al.** (106) | Menophase (mestranol/norethisterone)/<br>3 years at time of presentation/<br>hormone replacement therapy/ | 58 year-old female obese/<br>intermittent headache, later: constant headache, dizziness, vomiting, visual disturbance, weakness/<br>bilateral papilloedema, CT shows normal ventricle size, LP OP > 300 mm H2=, normal CSF/<br>dexamethasone, tapering doses of oral prednisolone over 6 months | Intermittent headache over past 3 years correlating with duration of HT. Presents with 8 days history of constant headache and other symptoms.<br>Prompt cessation of headache, normal vision, gradual clearance of papilloedema with steroid treatment, HT stopped, no recurrence of papilloedema when steroid was stopped 6 months later | *IIH (presenting with 8 days history of symptoms) in obese patient diagnosed after 3 years of HT use. Resolution of symptoms after LP and steroid treatment.* |

## 2.5 Conclusion from scientific literature

*Publications on LNG IUS or other LNG only preparations:*

The publication by Valenzuela et al. (1) which triggered the most recent signal investigation on LNG IUS and IIH by the company, and which is mentioned in BfArM's request for information, in the company's view supports the conclusion that there is no increased risk of LNG IUS use and development of IIH.

This view is supported by the finding that no distinct form of IIH associated with LNG IUS use (with regards to patient characteristics or clinical presentation) could be identified, and that the resulting calculated unadjusted odds ratios (as more appropriate estimates for this kind of study) are non-significant when their considerably under-estimated exposure in the control cohorts are replaced by utilization rates deriving from published data on prevalence of LNG IUS use in the respective background populations. Overall, the company agrees with the authors' assessment that their findings do not suggest that the use of an LNG IUS can cause IIH, and that the results of their risk analyses must be interpreted with great caution.

Other publications on LNG IUS and IIH include the study by Etminan et al. (2) which has previously been analysed by the company. Due to its methodological limitations and non-reproducibility of results, the study did not provide new safety information; the main conclusion that LNG IUS use was associated with a "higher than expected number of intracranial hypertension" was later revoked by the main author (3). In general, the review of Etminan's publication, and the company's own analyses performed in FAERS and the WHO database emphasize the importance of confounders when interpreting data that derive from spontaneous reporting systems.

The details of the two published case histories of IIH in LNG IUS users (79, 80) do not indicate a causal association. In their discussion on a potential link between LNG IUS and IIH, the authors refer to publications on spontaneous reports of IIH in users of LNG implants (72).

The publications on spontaneous reports in Norplant users from the 1990s (72, 81) have been cited as evidence for an association by some. The nature of these reports, the limitations of spontaneous reporting systems and the cautious conclusions drawn by the authors themselves (72, 81) do not support such inference of causation. No cases of IIH were reported in a large post-marketing surveillance study of Norplant that accumulated 78,323 woman-years of observation (39,337 in women initiating Norplant use, 31,915 in women initiating IUDs, and 7,071 in sterilized women)(107).

*Publications on other progestins, or estrogen-progestin combinations:*

The list of medications that have been associated with IIH in the past is long and includes also hormonal contraceptives. As for most other preparations, a proposed link is based on single observations. Three separate-case control studies found no association between oral contraceptive use and IIH (10, 11, 28). Progestin-only preparations or levonorgestrel in general are not mentioned in any of these publications. All three studies consistently showed a strong association between overweight and recent weight increase and the risk for IIH, in line with other published data (18, 52).

Single published case histories of IIH in users of various hormonal preparations can be identified. Publication bias needs to be considered when assessing the reported observations. Increased BMI as a confounding factor was present in almost all of the reports. Duration of exposure before diagnosis is variable. The suspicion of a causal association is mostly based

on the resolution of IIH occurring after discontinuation of the medication (interpreted as positive dechallenge by some authors). This interpretation must be made with caution considering the transient or fluctuating nature of the disease in the majority of cases, and the fact that the diagnostic lumbar puncture (and/or treatment with acetazolamide) may lead to a resolution of IIH in many cases (14-17).

In conclusion, the analysis of the relevant literature does not indicate a causal association of LNG IUS use or exposure to other formulations containing LNG, or other progestins, and IIH.

# 3. Review of individual case safety reports (ICSRs)

## 3.1 Description of retrieval and products involved in this review

A search was performed in Bayer's Pharmacovigilance safety database using the following search criteria: MedDRA PT Idiopathic intracranial hypertension, PT Intracranial pressure increased, PT CSF pressure increased and PT Papilloedema (MedDRA version 20.0).

It must be noted that the terms papilloedema and increased intracranial pressure (intracranial hypertension (IH)) may be reported in cases referring to several other underlying disorders that are not consistent with a diagnosis of IIH. Using a conservative approach, these terms were included in the search and cases were checked manually for additional diagnoses that exclude IIH.

The search was performed for LNG IUS (Mirena, Jaydess, Kyleena, LNG IUS type not specified). The data are presented in section 3.2.

In addition, the search was performed for all ICSRs including a suspect product from the Bayer Women's Health Care (WHC) portfolio. A general overview of the Bayer WHC portfolio is presented in **Appendix 2**. The data from the review of the ICSRs are presented in section 3.3.

## 3.2 ICSRs with LNG IUS

As described in section 1.2.2, the latest analysis of ICSRs for LNG IUS was performed during the signal investigation triggered by the publication from Valenzuela et al. 2017. The data lock point for the retrieval was 29 May 2017. A total of 346 cases were retrieved. The following presentation is based on the retrieval performed at that time. The CIOMS I reports of the 346 cases are attached in **Appendix 3** (CIOMS I forms generated on 30 May 2017).

In addition, a new retrieval was performed on 11 August 2017 after receipt of the request from BfArM. The additional retrieval was performed to identify cases registered after 29 May 2017 (data lock point for the signal investigation triggered by the publication from Valenzuela). A total of 56 cases were registered between 30 May 2017 and 11 August 2017. An overview of the 56 cases is given in Table 3-1. The cases do not provide any new relevant information and do not change the overall results of the ICSR review. The CIOMS I reports of these 56 additional cases are attached in **Appendix 4** (CIOMS I forms generated on 26 Sep 2017).

**Table 3-1: Overview of cases registered between 30 May 2017 and 11 August 2017 (ICSRs received after the data lock point of the latest analysis of ICSRs for LNG IUS performed during the signal investigation triggered by the publication from Valenzuela et al. 2017)**

| *Total: 56 ICSRs (all cases refer to Mirena, no additional case for other LNG IUS identified)* |
|---|
| - 48 cases originating from ongoing litigation in the US (all with very limited information)<br>- One invalid (non-identifiable patient) summary report related to an internet platform discussing the ongoing litigation in the US (2017-104788)<br>- One case in which reporting gynecologist requested information because the patient had read on the internet about an association between Mirena use and IIH (patient experienced increased CSF pressure 3 years after Mirena insertion, limited information provided) (2017-151553)<br>- One case reports occurrence of IIH 1 year after Mirena removal in a patient who had used Mirena for more than 13 years (2017-123975)<br>- Five additional spontaneous cases include very limited information precluding further evaluation (2017-121526, 2017-100341, 2017-106088, 2017-125885, 2017-116013) |

*Methodology of ICSR review:*

All retrieved cases were reviewed and as a first step, all cases that included diagnoses not compatible with IIH were excluded. Only cases with clear alternative diagnosis were excluded; cases with unclear or limited information on the reported events were considered in the further analyses (e.g. cases that reported "papilloedema" or "increased intracranial pressure" without further details on the underlying condition). Invalid cases (mostly internet posts identified during active online listening activities by the company, or summary cases with unspecified number of patients) were excluded from the analysis as they did not include any relevant details and it was not possible to exclude duplicate reports.

The integrated analysis of the remaining ICSRs included an evaluation of the reporting source, demographic parameters and information on body habitus as an important risk factor for IIH. Information on IIH event start in relation to LNG IUS insertion was reviewed. Further course of IIH and outcome in relation to LNG IUS exposure (including "response to discontinuation") and in relation to applied treatment for IIH was comprehensively analysed.

Cases reporting resolution or improvement of symptoms and removal of LNG IUS are presented as by-case tabulation including information on the medicinal product used, the reported reaction type, temporal relationship (time to onset, duration of use, time from removal to recovery/improvement), relevant diagnostic measures and treatment, concurrent conditions/medication or physical examination findings. The CIOMS I forms for all cases are attached in **Appendix 3**.

The analyses cover all relevant categories that form the framework of the causality assessment system proposed by the World Health Organization Collaborating Centre for International Drug Monitoring, the Uppsala Monitoring Centre (WHO-UMC, (108)). Applying the formal by-case causality assessment according to the WHO-UMC causality assessment system was not considered to provide additional value for the interpretation of the available data for the following reasons:

Determination of a "reasonable time relationship to drug intake" is challenging in the case of a long-acting product such as LNG IUS. The ICSRs assessed in the analysis refer to all cases reporting diagnosis of IIH at any time during the use of the product. A temporal association to

LNG exposure is formally present in all cases but does not indicate "reasonable time relationship" per se.

In addition, the determination of a "clinically reasonable response to withdrawal" is questionable in the case of a condition such as IIH that resolves in many patients soon after their initial lumbar puncture and/or with other measures to decrease the intracranial pressure. The nature of the disease is predominantly transient, or takes a fluctuating course, which further limits the applicability of this criterion for an assessment of causality.

Lastly, the high incidence of the condition in overweight women of childbearing age could be considered plausible alternative explanation in the vast majority of the cases resulting in an unlikely causality according to WHO-UMC.

All ICSRs are presented in the attached CIOMS I forms including per case information on the medicinal product, the reaction type, temporal relationship, response to discontinuation, response after re-administration, concurrent conditions, co-mediations, laboratory and other test results as reflected in the Bayer Pharmacovigilance safety database at the time of the data lock point of the retrieval.

The causality assessment algorithm routinely used by the MAH for assessment on a single case level (as included in the CIOMS I forms attached) corresponds to the binary decision method detailed in the CIOMS Working Group VI report classifying event causality in "related" or "not related" (as recommended in the European Union individual case safety report (ICSR) implementation guide (109) and in accordance with GVP Module VI (110)), and operates under the principle of "implied causality", i.e. spontaneously reported events are classified as related if not specified otherwise by the reporter.

### 3.2.1 LNG IUS: SAEs deriving from clinical trials

In clinical trials with LNG IUS, three serious adverse events (SAE) report IIH or papilloedema and were considered unrelated to LNG IUS by investigator and company. Two SAEs were reported in trials with Mirena (one case reporting an uncertain diagnosis of IIH, one case reporting papilloedema, in both cases symptoms resolved without removal of the LNG IUS), one case in a trial with Jaydess (referring to hospitalization for venous sinus stenting in a patient with pre-existing IIH that had not worsened during the course of the study, Jaydess was not removed):

Case ***200815971GPV*** is an SAE from Mirena clinical trial 309988 (EUDRACT no. 2006-000394-30; Study title: Multicenter study to investigate the bleeding profile and the insertion easiness in women inserted with a second consecutive Mirena for contraception or menorrhagia). A clinical trial investigator from Sweden reported the occurrence of benign intracranial hypertension and headache after lumbar puncture in a 37 year-old Caucasian female. The patient had a weight of 88 kg and a height of 168 cm (BMI 31). The patient's relevant medical history includes non-smoker, multiparous (3 births), and one abortion. She had mild dysmenorrhea since the age of 12, mild stress-related headache since the age of 18 years. The patient had previous and concomitant (at the time of second Mirena insertion) medication: ibuprofen for dysmenorrhea and headache; cefalexin for pneumonia (experienced 2 weeks before insertion of second Mirena); paracetamol for uterine pain after insertion and acetylsalicylic acid/caffeine for headache. The blood pressure at study entry was 115/80 mmHg. The patient had used the first Mirena for five years before the second consecutive Mirena was inserted. Approximately 10 months after starting the treatment with the second Mirena (5 years 10 months total use) the patient developed severe headache and was hospitalized. Computed tomography (CT), angiography, spinal puncture (liquor) and

neurological examination were all normal. Intracranial benign hypertension was diagnosed. The investigator commented that the diagnosis seemed to be very unsure. After the lumbar puncture the patient experienced severe headache. No action was taken. The patient was discharged. It was reported that the patient has recovered. Mirena was not removed. No causal relationship between the events and Mirena use was suspected by the investigator.

One SAE of "papilloedema" was identified from an uncontrolled study with Mirena in the indication contraception (***01/02518-USE***). In study no. 303820, entitled "A Multicenter, Open-Label, Uncontrolled Trial with Levonorgestrel-Releasing Intrauterine System (LNG IUS) to Evaluate the Insertion and Counselling Procedures", diplopia was reported in a 23 year-old Hispanic woman who had a normal medical and surgical history with the exception of an appendectomy and a cholecystectomy. An ophthalmoscopic examination revealed no abnormalities. She also started to suffer from chronic migraines, occasional vomiting, and postprandial right upper quadrant pain. A CT scan of the head was negative except for some opacification of the visualized sphenoid sinus, and an allergic sinusitis was diagnosed and made accountable for her headaches. A follow-up ophthalmology consult 4-5 months after insertion of LNG IUS noted continuing diplopia and chronic papilloedema, an MRI of the brain was negative but for maxillary and ethmoidal sinusitis. Lumbar puncture was not performed, and LNG IUS continued. The diplopia reportedly resolved spontaneously. No causal relationship between the events and Mirena use was suspected by the investigator.

Case ***2012-094244*** is an SAE report of surgical treatment of pre-existing IIH before LNG IUS insertion originating from a clinical trial with Jaydess. The case report was received from an investigator from Austria and refers to a 17 year-old Caucasian female patient who was enrolled in study 14371 (Study Description: Multi-center, single-arm study to assess the safety, efficacy, discontinuation rate and pharmacokinetics of the low-dose levonorgestrel intrauterine contraceptive system (LCS12) in post-menarcheal female adolescents under 18 years of age for one year, and an optional 2-year extension phase). The patient had a weight of 65 kg and a height of 165 cm (BMI 24). The patient's medical history included dysmenorrhoea. The patient's concomitant condition included pseudotumor cerebri first diagnosed 3 years before insertion of Jaydess. Concomitant drugs included acetazolamide (Diamox) and sodium carbonate anhydrous (Bicanorm) for IIH, femodene (Yiris) for contraception, misoprostol (Cyprostol) and diclofenac sodium (Diclobene) during Jaydess insertion and paracetamol (Mexalen) for dysmenorrhea. During the study no worsening of IIH occurred, the subject only agreed on a (already pre-planned) stent implantation in the sinus transversus/sigmoideus right (requiring hospitalization) during the study 6 months after insertion of Jaydess. Jaydess was not removed. The patient received a number of medical treatments during hospitalization. The patient was discharged and it was reported that the subject recovered. No causal relationship between the events and Jaydess use was suspected by the investigator.

### 3.2.2 LNG IUS: ICSRs from Post-Marketing

Excluding the three cases deriving from clinical trials described above, the retrieval identified 343 cases matching the above mentioned criteria.

Eight cases[8] were excluded upon detailed medical review of the respective report, as they did not represent IIH (two cases of chorioretinopathy with papilloedema, two cases of intracranial

---

[8] 02/04688-USE, 200823836GPV, 201036696NA, 2014-170342, NO-2005-020100, US-SHR-04-020056, 2016-203827, 2017-079443

hypertension/papilloedema due to cerebral venous thrombosis, two cases of intracranial hypertension with brain tumor and other intracranial pathology, respectively, and two cases of unclear papilloedema with normal intracranial pressure).

In addition, 16 invalid cases[9] (mostly internet posts identified during active online listening activities by the company, or summary cases with unspecified number of patients) were excluded from the analysis as they did not include any relevant details and it was not possible to exclude duplicate reports.

A total of 319 reports were included in the analysis. This includes 315 cases reported in Mirena users and four cases reported in Jaydess[10] users.

***Reported terms***

Based on the information in the cases the following was reported:

- 277 cases reported IIH/BIH/Pseudotumor cerebri
- 31 cases reported Increased intracranial pressure/IH (not reporting IIH/BIH/Pseudotumor cerebri)
- 11 cases reported papilloedema of unclear etiology with no additional information on the intracranial pressure

Irrespective of the reported event, more than 50% of the cases provide no details at time of the report that would indicate any formal diagnostic work-up or disease specific treatment of IIH (such as results of lumbar puncture, mention of disease-specific treatment, specialist HCP report or exclusion of differential diagnoses), precluding further assessment whether the reported condition in fact constitutes IIH.

***Reporting source***

More than 60% of the cases were submitted to the company in the context of litigation in the US (197 of 319 cases, 61.8%).

Of the non-legal cases, 14 cases (4.4% of all cases) were created based on reconciliation with the FDA Adverse Event Reporting System (FAERS database) during the signal investigation activities described in the 2015 signal investigation (see section 2.2.2). Eleven cases (3.4%) were single cases or summary cases identified from scientific publications, most of which derive from the publication by Valenzuela et al. (1) which triggered the current signal investigation (see section 2.2.3).

The remaining 97 cases (30.4% of all cases cumulatively) were received from healthcare professionals (71 cases), or from consumers (26 cases, including one case from an active online listening (AOL) program that contained only limited information with regard to IIH).

***Reporting Rate – cumulative and annual***

Post-marketing user exposure calculations for Mirena are based on the cumulative sales volumes, a 5-year maximum period of use and an assumed 10% yearly discontinuation rate. The total cumulative post-marketing experience since launch until end of May 2017 is

[9] 2015-136725, 2015-410973, 2015-417308, 2015-463623, 2015-480199, 2015-486726, 2015-497466, 2016-031615, 2016-071834, 2016-093962, 2016-112031, 2016-145335, 2016-147305, 2017-033567, 2017-096858, 2017-098418

[10] 2014-146599, 2016-070369, 2016-126309, 2017-059854

estimated to be close to 142 million woman-years. The total number of insertions estimated from the number of units sold is approximately 45.5 million.

With 315 spontaneous cases of Mirena users that potentially refer to a diagnosis of IIH (including also cases identified by the retrieval that report increased intracranial pressure and/or papilloedema without mention of a differential diagnosis that would exclude the diagnosis of IIH, while, excluding cases with other diagnosis, clinical trial cases and invalid cases as described above), the reporting frequency is low at 0.22 cases per 100,000 woman-years. Excluding cases submitted in the context of litigation (resulting in 118 cases for Mirena), the reporting frequency is 0.08 per 100,000 woman-years.

Jaydess was first launched in 2013 in the US. The total cumulative post-marketing experience since launch until end of May 2017 is estimated to be more than 1.8 million woman-years. Four spontaneous cases were received for Jaydess (Skyla), resulting in a cumulative reporting frequency of 0.22 per 100,000 woman-years. All four cases originate from the US. Stimulated reporting in the context of ongoing litigation with Mirena is likely.

Figure 3-1 shows the annual number of reports received for Mirena since 2009. Figure 3-2 shows the corresponding annual reporting rates for Mirena.

**Figure 3-1: Annual number of reports of IIH (including unspecified intracranial hypertension and/or papilloedema) in Mirena users**




FAERS = FDA Adverse Event Reporting System, IIH = Idiopathic Intracranial Hypertension

**Figure 3-2: Annual reporting rates of reports of IIH (including unspecified intracranial hypertension and/or papilloedema) in Mirena users since 2009**




IIH = Idiopathic Intracranial Hypertension

In the majority of the 197 cases received in the context of litigation (2013-2017), a significant time lag between the reported onset of the event and the time point of submission of the case to the company can be observed (at least 1 year or more in 80%, and 5 years or more in 28% of litigation cases), thereby artificially increasing the reporting rate for the years 2014 through 2017.

*Age*

The average age of the patients at onset was 29.5 years with a range of 18-52 years (age information available in 267 of 319 cases).

***BMI / Weight***

In 99 of the 319 cases (31%), details on the patient's weight and height, BMI, body habitus or recent change of weight were available. In 67 of these cases, the patients presented with a BMI of more than 30, or "obesity" was reported; in a further 23 cases, the patient was reportedly "overweight", had a BMI greater 25 or had gained weight before diagnosis of IIH. Accordingly, in more than 90% of cases (90 of 99 cases) in which information on BMI or body habitus were available, the patients were either overweight or obese or the patients reported recent weight gain before diagnosis of IIH (see Figure 3-3).

Figure 3-3: Information on BMI / weight / recent weight gain




***Onset***

In 3 cases, IIH was reported to be a pre-existing condition. While two of the cases reports exacerbation of symptoms 3 years (CH-2007-019658) and 5 years (2013-065190) after insertion, the details in the other case is insufficient to determine whether an exacerbation of the condition occurred during LNG IUS use (2016-016910, legal case, history of pseudotumor cerebri after doxycycline administration, headache and visual disturbances after insertion, diagnosis of IIH 4 years after removal). In addition, there were several cases reporting that the onset of symptoms such as headache or visual disturbances pre-dated LNG IUS insertion or that the patients were unsure about the start of the symptoms.

In addition to the three cases with confirmed pre-existing IIH, a total of 245 cases provide some information on the interval between insertion and onset of symptoms or diagnosis (see Figure 3-4). Of these, the majority of cases report onset more than one year after insertion, and more than 1/3 of cases with information on time to onset report an interval of 2 years or longer (longest interval reported: 11 years) between LNG IUS insertion and onset. In 13 cases, Mirena had been removed before a diagnosis of IIH was made (in 9 of these, a diagnosis was made more than one month after removal, 3 of which reportedly were diagnosed one year or longer after Mirena removal).

Figure 3-4: Information time from insertion to IIH event




IIH = Idiopathic Intracranial Hypertension

***Removal, Outcome, Treatment, Dechallenge, Rechallenge***

*Company comment: The cases included in this analysis contain nine cases in which the CIOMS I form marks "dechallenge" as "yes" (case classification "positive dechallenge") and one additional case where the field "rechallenge" is marked as "yes" (case classification "positive rechallenge"). In one case "dechallenge" was incorrectly marked as "yes" (patient reportedly did not recover) and case correction was requested*[11]*. Three of the cases marked as "positive dechallenge" and the one case marked as "positive rechallenge" were created based on reconciliation with the FDA Adverse Event Reporting System (FAERS database) during the signal investigation activities described in the 2015 signal investigation (see section 2.2.2). In the listings received from the FAERS database the information on dechallenge and rechallenge is provided on case level, not per event. According to data entry rules, the dechallenge/rechallenge assessment received was not changed and entered accordingly for each reported event. However, the information provided on event level regarding outcome was not consistent with positive dechallenge because of "unspecified outcome" in two "positive dechallenge" cases, "not recovered" in one "positive dechallenge"* [12]*. The "positive rechallenge" case*[13] *only mentions treatment with one Mirena and specifies an outcome of "not recovered" without providing any further details.*

*For a comprehensive analysis of the 319 cases with regards to outcome in relation to IUS treatment (including "response to discontinuation"), all cases reporting removal or continued treatment with IUS were identified and categorized according the reported outcome for the*

[11] 200716899NA
[12] 2015-424532, 2015-424579, 2015-424584
[13] 2015-422856

*event IIH/IH/papilloedema (i.e. "recovered", "improving", "not recovered", "no information"). All cases that mention LNG IUS removal and an outcome of "recovered" or "improving" are included as case-by-case description in Table 3-2 and Table 3-3, respectively. As the reported outcome may be a consequence of initiated treatment measures, the reported outcome was further categorized by information on treatment.*

The LNG IUS was reportedly removed in 196 (61.4%) of the 319 cases. This includes the 13 cases in which the IUS had been removed before a diagnosis of IIH was made. In the remaining 183 cases reporting removal, 42 cases indicate that the IUS was removed immediately or within two months of diagnosis of IIH, 118 cases reported later removal and 23 cases did not specify the time of removal. In 25 cases it was stated that the IUS was not removed or the information provided in the case suggested that the IUS was still in place at the time of the report (e.g. 5 cases were reported in the context of an inquiry to the company whether the IUS should be removed). In the remaining 98 cases no information on continuation or discontinuation was provided.

In the 196 cases with *LNG IUS removal*, the following outcome was reported:

- 14 patients recovered (reportedly 24 hours after removal in one case, 5 months after removal in another case, one year after removal in another case, and after more than two years in two cases; no information on time to recovery after removal was reported in eight cases; one patient had recovered more than one year before removal):
  - 10 patients were treated with medication or other measures (with e.g. acetazolamide or other diuretics, weight loss, surgery).
  - For the remaining 4 patients no information on treatment was provided.

  All 14 cases reporting LNG IUS removal and recovery from IIH are presented case by cases in Table 3-2.
- 23 patients improved:
  - 21 patients were treated with medication or other measures.
  - For 2 patients no information on treatment was provided.

  All 23 cases reporting LNG IUS removal and improvement from IIH are presented case by cases in Table 3-3.
- 31 patients did not recover.
- For 128 patients no information on the further course of the disease was provided.

In summary, the course of disease in cases reporting removal of LNG IUS was variable. The nature of the disease which is predominantly transient, or may take a fluctuating course, and the observation that resolution often occurs after (diagnostic) lumbar puncture, or initiation of acetazolamide treatment have to be considered when interpreting information on dechallenge. Those cases reporting improvement or resolution of IIH after removal of LNG IUS show an inconsistent time pattern and frequently mention initiation of treatment or therapeutic intervention. In the majority of the cases (84%) resolution or improvement followed lumbar puncture, placement of a cerebral shunt, optic nerve sheath fenestration or initiation of acetazolamide or diuretic treatment which confound observation of "positive dechallenge" Several cases mention start of the improvement before LNG IUS removal. No unambiguous case of positive dechallenge could be identified.

In the 25 cases where the *LNG IUS was not removed* or the information provided in the case suggested that the LNG IUS is still in place, the following information was available on treatment and further course (at the time of the last follow-up information provided):

- 4 patients recovered
  - 1 patient treated (with lumbar puncture, acetazolamide, other medical treatment)
  - 1 patient with no information on treatment but weight loss was reported
  - 2 patient with no information on treatment
- 1 patient improved (no information on treatment in this patient)
- 7 patients did not recover
- For 13 patients no information on the further course of the disease was provided.

Table 3-2: ICSRs reporting LNG IUS removal and recovery from IIH/IH/Papilloedema after LNG IUS removal

| ***Case overview (case number country source age BMI*** <br> ***medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to recovery*** | ***Comment (information on diagnostic procedures, treatment, response to discontinuation/outcome, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 01/02016-CDS <br> SWITZERLAND <br> spontaneous/-- <br> 34 Years <br> BMI: 36.72 <br> LNG IUS: Mirena | 1) BILATERAL PAPILLEDEMA UNDER INTRACRANIAL HYPERTENSION / Intracranial pressure increased; | Time to onset: 152 days <br> Time from product start to removal: 169 days <br> Time from removal to recovery: approx. 5 months | Medically confirmed case. <br> Increased intracranial pressure with bilateral papilloedema diagnosed 5 months after Mirena insertion. Normal MRI. Obesity with BMI 36.7. No information on treatment. Mirena was removed approx. 2 weeks after the diagnosis. Patient recovered 6 months after the reaction onset. Very limited information was provided in the case. |
| ESP-2002-000308 <br> SPAIN <br> spontaneous/-- <br> 46 Years <br> BMI 22.36 <br> LNG IUS: Mirena | 1) BENIGN ENDOCRANIAL HYPERTENSION / Benign intracranial hypertension; | Time to onset: 1 month <br> Time from product start to removal: 1 month <br> Time from removal to recovery: not reported (recovery reported 1 month after removal, time of recovery not mentioned) | Medically confirmed case. <br> Benign intracranial hypertension diagnosed 1 month after Mirena insertion. No information on start of first symptoms (patient experienced headache). Normal weight with BMI 22.4. No information on treatment. Mirena was removed at the time of diagnosis. Patient recovered (reported 1 month after Mirena removal). |
| FR-2005-014178 <br> FRANCE <br> spontaneous/-- <br> 37 Years <br> BMI not reported <br> LNG IUS: Mirena | 1) BENIGN INTRACRANIAL HYPERTENSION / Benign intracranial hypertension; <br> 2) cephalgia occipital / Headache; | Time to onset: 162 days <br> Time from product start to removal: 898 days <br> Time from removal to recovery: not reported (medical treatment of IIH continued for at least 8 months, recovery reported 2 years after removal, time of recovery not mentioned) | Medically confirmed case. <br> Benign intracranial hypertension with bilateral papilloedema diagnosed approx. 5 months after Mirena insertion (symptoms of severe occipital cephalgia, nausea, vomiting, tinnitus, horizontal diplopia). CT and MRI were normal. No information on weight. Lumbar puncture, treatment with systemic corticosteroids, acetazolamide. Mirena was removed (approx. 2.5 years after insertion). Treatment with acetazolamide and corticosteroids continued for at least 8 months after Mirena removal. Patient recovered (reported 2 years after Mirena removal). According to case details patient had a normal term delivery 11 months after Mirena removal. |

| *Case overview (case number country source age BMI medicinal product)* | *Reaction type (Event as reported / MedDRA PT)* | *Temporal relationship (product start, event start, product stop, recovery date)* <br> *Time to onset* <br> *Time from product start to removal* <br> *Time from removal to recovery* | *Comment (information on diagnostic procedures, treatment, response to discontinuation/outcome, concurrent conditions or co-medication or other relevant findings)* |
|---|---|---|---|
| US-2007-021895<br>UNITED STATES<br>spontaneous/--<br>24 Years<br>BMI 28.8<br><br>LNG IUS: Mirena | 1) IDIOPATHIC INTRACRANIAL HYPERTENSION (PSEUDOTUMOR CEREBRI) / Intracranial pressure increased;<br>2) left eye has returned to normal, right eye still has papilledema / Papilloedema;<br>3) increased pressure in eyes / Intraocular pressure increased; | Time to onset: 640 days<br>Time from product start to removal: 655 days<br>Time from removal to recovery: not reported (recovery reported 6 months after removal, time of recovery not mentioned) | Medically confirmed case.<br>Idiopathic intracranial hypertension with bilateral papilloedema diagnosed 1 year 9 months after Mirena insertion. No information on start of symptoms. Ophthalmologist also diagnosed increased intraocular pressure. Overweight with BMI 28.8. Lumbar puncture performed, treatment with acetazolamide, weight loss. Mirena was removed 2 weeks after the reaction onset. Patient recovered (reported 6 months after Mirena removal, however, there is inconsistent information with regards to date of recovery). |
| 200810316GPV<br>UKRAINE<br>spontaneous/--<br>44 Years<br>BMI: 30.84<br><br>LNG IUS: Mirena | 1) INTRACRANIAL PRESSURE INCREASED / Intracranial pressure increased;<br>2) STRONG HEADACHE / Headache;<br>3) VERTIGO / Vertigo; | Time to onset: 611 days<br>Time from product start to removal: 627 days<br>Time from removal to recovery: 24 hours | Medically confirmed case.<br>Increased intracranial pressure diagnosed 1 year 8 months after Mirena insertion. Symptoms included headache and vertigo. Echoencephaloscopy revealed insignificant augmentation of the 3 cerebral cavities (6.8 mm). Obesity with BMI 30.8. Medical treatment included furosemide, spironolactone, vinpocetine (10 days), actovegin (6 days), bisoprolol (10 days). Mirena was removed approx. 1 year 9 months after insertion (two weeks after reaction onset). Patient recovered (reportedly within 24 hours after Mirena removal). Values of the intracranial pressure before and after removal of Mirena were not available. No further follow-up examination results were provided. |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to recovery*** | ***Comment (information on diagnostic procedures, treatment, response to discontinuation/outcome, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 200811709GPV<br>GERMANY<br>spontaneous/--<br>43 Years<br>BMI not reported (unspecified weight gain)<br><br>LNG IUS: Mirena | 1) PAPILLEDEMA / Papilloedema;<br>2) LIMITED VISUAL FIELD / Visual field defect;<br>3) LOWER ABDOMINAL PAIN / Abdominal pain lower;<br>4) NAUSEA / Nausea;<br>5) HEADACHE / Headache;<br>6) DIZZINESS / Dizziness;<br>7) SLEEP DISTURBANCE / Sleep disorder;<br>8) WEIGHT GAIN / Weight increased; | Time to onset: 211 days<br>Time from product start to removal: 218 days<br>Time from removal to recovery: not reported (recovery reported 3 months after removal, time of recovery not mentioned) | Medically confirmed case.<br>Papilloedema of unknown etiology with visual field defect diagnosed 7 months after Mirena insertion. No information on start of first symptoms (reported symptoms included nausea, headache, dizziness, sleep disturbances, lower abdominal pain). MRT imaging of the head and neurological examination were inconspicuous according to the gynecologist, the patient refused to provide examination results. Unspecified weight gain. Treatment with acupuncture. Mirena was removed 7 months after insertion. Patient recovered (reported 3 months after Mirena removal). |
| 2012-065106<br>AUSTRALIA<br>spontaneous/--<br>42 Years<br>BMI not reported<br><br>LNG IUS: Mirena | 1) benign intracranial hypertension / Benign intracranial hypertension;<br>2) debilitating headache / Headache; | Time to onset: a couple of months<br>Time from product start to removal: not reported<br>Time from removal to recovery: not reported (recovery reported 5 years after removal, time of recovery not mentioned) | Medically confirmed case.<br>Benign intracranial hypertension diagnosed a couple of months after Mirena insertion. Symptoms included headache. No information on weight. Hospitalization, no information on treatment. Mirena was removed (at time of diagnosis). Patient recovered. Reporter states that physician "could not remember all the details because it happened about five years before time of reporting". Limited information provided in the case. |
| 2013-080487<br>SWEDEN<br>spontaneous/--<br>30 Years<br>BMI 36.33<br><br>LNG IUS: Mirena | 1) Intracranial hypertension NOS / Intracranial pressure increased; | Time to onset: 392 days<br>Time from product start to removal: 584 days<br>Time from removal to recovery: not reported (recovery reported 2 years after removal, time of recovery not mentioned) | Non-medically confirmed case.<br>Idiopathic intracranial hypertension diagnosed approx. 1 year after Mirena insertion. Symptoms included headache and double vision. Obesity with BMI 36.33. Hospitalization, no information on treatment. Mirena was removed 1 year 7 months after insertion. Patient recovered (reported approx. 2 years after removal). The patient reported that she was "overworked and under stress at the time". The information provided is limited. |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type***<br><br>***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)***<br><br>***Time to onset***<br>***Time from product start to removal***<br>***Time from removal to recovery*** | ***Comment (information on diagnostic procedures, treatment, response to discontinuation/outcome, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-176055<br>CANADA<br>spontaneous/--<br>30 Years<br>BMI not reported<br><br>LNG IUS: Mirena | 1) intracranial hypertension / Intracranial pressure increased;<br>2) was hypothermic when getting period / Hypothermia;<br>3) diplopia / Diplopia;<br>4) lost vision / permanent damage to her eyes / Blindness;<br>5) permanent damage to her ears / recurrent whooshing in her ears / Tinnitus;<br>6) recurrent whooshing in her ears / Tinnitus;<br>7) dizziness / Dizziness;<br>8) nausea / Nausea;<br>9) vertigo / Vertigo;<br>10) pressure in her head / Head discomfort;<br>11) lose hair / Alopecia;<br>12) urticaria / Urticaria;<br>13) recurrent yeast infection / Fungal infection;<br>14) shoulder pain / Musculoskeletal pain;<br>15) headache / Headache;<br>16) visual acuity reduced / Visual acuity reduced; | Time to onset: not reported (within 10 months)<br>Time from product start to removal: 288 days<br>Time from removal to recovery: not reported (recovery reported 7 months after removal, time of recovery not mentioned) | Non-medically confirmed case.<br>Intracranial hypertension diagnosed at an unspecified time after insertion (within 10 months, no dates provided). Reported symptoms included headache, reduced visual acuity and lost vision, diplopia, dizziness, nausea, vertigo, tinnitus. MRI and CT venography normal. No information on weight. Lumbar puncture performed. Mirena was removed 10 months after insertion. Patient recovered (reported 7 months after Mirena removal). |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to recovery*** | ***Comment (information on diagnostic procedures, treatment, response to discontinuation/outcome, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2015-162319<br>UNITED STATES<br>spontaneous/legal<br>25 Years<br>BMI not reported<br><br>LNG IUS: Mirena | 1) ELEVATED OPENING PRESSURE OF 29.5 CM H20/Pseudotumor cerebri / Idiopathic intracranial hypertension;<br>2) IIH/INCREASED INTRACRANIAL PRESSURE / Idiopathic intracranial hypertension;<br>3) PAPILLEDEMA / Papilloedema;<br>4) PERSONAL INJURIES/INJURIES/PERMANENTLY INJURED / Injury;<br>5) CHRONIC HEADACHES BEGAN TO WORSEN AFTER MIRENA PLACEMENT / Headache;<br>6) CHRONIC MIGRAINES BEGAN TO WORSEN AFTER MIRENA PLACEMENT / Migraine;<br>7) BEGAN EXPERIENCING VISION PROBLEMS / Visual impairment;<br>8) DOUBLE VISION / Diplopia;<br>9) BLURRED VISION / Vision blurred;<br>10) RINGING IN HER EARS / Tinnitus;<br>11) pain / Pain; | Time to onset: 315 days<br>Time from product start to removal: 1470 days<br>Time from removal to recovery: information conflicting – recovery during Mirena use with existing cerebral shunt | Medically confirmed case.<br>Report received from a lawyer in the US. Idiopathic intracranial hypertension diagnosed approx. 11 months after insertion. Patient with long history of migraine using several pain medications (including cannabis). Patient had anemia. No information on weight. Lumbar punctures performed, cerebral shunts placed, treatment with acetazolamide. Mirena removed approx. 4 years after Mirena insertion (3 years after reaction onset). Reportedly the patient recovered during Mirena use (3 years after insertion, 1 year before the removal) with cerebral shunt in place. Case information also reports removal of the cerebral shunt approx. 3 years after Mirena removal, after which the patient experienced headache and visual disturbance. No information on further course available. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to recovery*** | ***Comment (information on diagnostic procedures, treatment, response to discontinuation/outcome, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2015-479012<br>UNITED STATES<br>spontaneous/legal<br>21 Years<br>BMI not reported (unspecified weight gain)<br><br>LNG IUS: Mirena | 1) IDIOPATHIC INTRACRANIAL HYPERTENSION/ PSEUDOTUMOR CEREBRI (PTC) / Idiopathic intracranial hypertension;<br>2) Papilledema / Papilloedema;<br>3) MIGRAINES / Migraine;<br>4) OCCIPITAL AND POSTERIOR NECK PAIN / Neck pain;<br>5) VISION SYMPTOMS INCLUDING SPOTTING / Visual impairment;<br>6) BLURRED VISION / Vision blurred; | Time to onset: 1 year<br>Time from product start to removal: 2 years 2 months<br>Time from removal to recovery: not reported (recovery reported approx. 6.5 years after removal, IIH still existing 9 months after Mirena removal diagnosed with lumbar puncture) | Medically confirmed case.<br>Report received from a lawyer in the US. Idiopathic intracranial hypertension with papilloedema diagnosed 1 year after insertion (symptoms of migraine, neck pain, visual impairment and vision blurred). Unspecified weight gain. No information on treatment at time of initial diagnosis. Mirena was removed 2 years 2 months after insertion. IIH diagnosed with lumbar puncture still existent 9 months after Mirena removal. Patient recovered (reported 6.5 years after Mirena removal). |
| 2016-015921<br>UNITED STATES<br>spontaneous/--<br>46 Years<br>BMI not reported<br><br>LNG IUS: Mirena | 1) given a fluid pill to have the fluid removed away from her brain. / CSF pressure increased;<br>2) pressure on optic nerve / Optic nerve compression;<br>3) developed headaches that got worse / Headache;<br>4) numbness of hands / Hypoaesthesia;<br>5) numbness of upper lip and tongue / Hypoaesthesia oral;<br>6) a lot of pressure / Ocular discomfort;<br>7) blurry vision / Vision blurred;<br>8) dizziness / Dizziness;<br>9) nausea / Nausea; | Time to onset: "shortly after insertion"<br>Time from product start to removal: 5 months<br>Time from removal to recovery: not reported (recovery reported 2 months after removal, time of recovery not mentioned) | Non-medically confirmed case.<br>Increased brain pressure and "pressure on optic nerve" diagnosed shortly after insertion (symptoms of headaches, numbness of hands, upper lip and tongue, dizziness and nausea). No information on weight. Treatment with gabapentin and "fluid pill". Patient recovered (reported 2 months after Mirena removal). Provided information is limited. |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to recovery*** | ***Comment (information on diagnostic procedures, treatment, response to discontinuation/outcome, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2016-020265<br>UNITED STATES<br>spontaneous/legal<br>37 Years<br>obesity and weight gain reported (BMI not specified)<br><br>LNG IUS: Mirena | 1) PTC -IIH (Pseudotumor Cerebri - Idiopathic Intracranial Hypertension) / Benign intracranial hypertension;<br>2) severe headaches / Headache;<br>3) blurred vision / Vision blurred;<br>4) tinnitus / Tinnitus;<br>5) nausea / Nausea;<br>6) blackouts / Loss of consciousness;<br>7) diminished peripheral vision / Visual field defect;<br>8) short-term memory loss / Amnesia;<br>9) dizziness / Dizziness;<br>10) weight gain / Weight increased;<br>11) neck pain / Neck pain;<br>12) shoulder pain / Musculoskeletal pain; | Time to onset: approx. 7 months<br>Time from product start to removal: approx. 7 months<br>Time from removal to recovery: information conflicting, recovery 3.7 years after Mirena removal, however, according to medical records cerebral shunt was permanent and still in place 4 years 9 months after Mirena removal | Non-medically confirmed case.<br>Report received from a lawyer in the US. According to patient headaches, blurred vision, tinnitus, nausea, blackout, diminished peripheral vision, short-term memory loss, dizziness, neck pain, weight gain and shoulder pain started approx. 7 months after Mirena insertion. Mirena was removed at that time. According to medical records, first diagnosis of IIH occurred 3 years after removal of Mirena. Patient is obese and weight gain was reported. Lumbar puncture, permanent cerebral shunt, treatment with acetazolamide (all 3 years after Mirena removal). Patient reported that she recovered 3.7 years after Mirena removal, however, according to medical records cerebral shunt was permanent and still in place 4 years 9 months after Mirena removal. |
| 2016-130441<br>UNITED STATES<br>spontaneous/legal<br>32 Years<br>BMI not reported<br><br>LNG IUS: Mirena | 1) BIH(interpreted as benign intracranial hypertension)/IIH (interpreted as idiopathic intracranial hypertension)/PTC(interpreted as pseudotumor cerebri) / Idiopathic intracranial hypertension;<br>2) Migraine headaches / Migraine; | Time to onset: 1350 days<br>Time from product start to removal: 4 years 9 months<br>Time from removal to recovery: not reported (recovery reported 11 months after removal, time of recovery not mentioned) | Non-medically confirmed case.<br>Report received from a lawyer in the US. Benign intracranial hypertension diagnosed approx. 3 years 8 months after Mirena insertion. No information on weight. Lumbar puncture performed, treatment with acetazolamide. Mirena was removed 4 years 9 months after insertion. Patient recovered (reported 11 months after removal). |

**Table 3-3: ICSRs reporting LNG IUS removal and improvement of IIH/IH/Papilloedema after LNG IUS removal**

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 01/01594-CDS<br>ARGENTINA<br>spontaneous/--<br>40 Years<br>female<br>BMI: 27.39<br><br>LNG IUS: Mirena | 1) ENDOCRANIAL IDIOPATHIC HYPERTENSION WITH CHRONIC BRAIN EDEMA / Intracranial pressure increased;<br>2) HYPOGASTRIC PAIN / Abdominal pain lower;<br>3) headache / Headache;<br>4) cerebral artery thrombosis / Cerebral artery thrombosis;<br>5) brain oedema / Brain oedema; | Time to onset: 12 days<br>Time from product start to removal: 37 days<br>Time from removal to improvement: not reported | Medically confirmed case.<br>Conflicting information. Initial MRT based diagnosis 19 days after insertion was cerebral thrombosis and brain edema (symptoms of headache started 12 days after insertion). With follow-up 2.5 months after Mirena insertion neurosurgeon reported final diagnosis of idiopathic intracranial hypertension with chronic brain edema. Patient is overweight. Hospitalization (19 days after insertion), ventriculoperitoneal shunt (2 months after insertion), analgesics. Mirena was removed within 2 months after insertion. Patient is recovering. |
| PT-2004-027697<br>PORTUGAL<br>spontaneous/--<br>52 Years<br>female<br>BMI: 23.81<br><br>LNG IUS: Mirena | 1) INTRACRANIAL HYPERTENSION SUGGESTIVE OF PSEUDOTUMOR CEREBRI / Benign intracranial hypertension; | Time to onset:86 days<br>Time from product start to removal: 95 days<br>Time from removal to improvement: 27 days | Medically confirmed case.<br>Diagnosis of benign intracranial hypertension with papilloedema and symptoms of headache starting 3 months after Mirena insertion. Medical history included essential thrombocythaemia (treated with alpha interferon), thalassemia and left trigeminus neuralgia (treated with gabapentin, amitriptiline and fluoxetine). Normal weight with BMI 23.8. Mirena was removed 3 months after insertion. 4 lumbar punctures performed (all after Mirena removal), acetazolamide (starting 3 months after removal). Patient improved, not recovered, lumbar puncture opening pressure borderline (reported 3 months after Mirena removal). |

| ***Case overview (case number country source age BMI*** <br> ***medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 200929138GPV<br>GERMANY<br>spontaneous/--<br>34 Years<br>female<br>BMI not reported<br><br>LNG IUS: Mirena | 1) PSEUDOTUMOR CEREBRI / Idiopathic intracranial hypertension;<br>2) blurred vision / Vision blurred;<br>3) recurrent increased headache / Headache;<br>4) neck pain / Neck pain;<br>5) ear noises / Tinnitus;<br>6) dizziness / Dizziness;<br>7) bilateral papilloedema / Papilloedema;<br>8) papillary subretinal hemorrhage on the left side / Retinal haemorrhage;<br>9) POST-PUNCTURE SYNDROME / Post lumbar puncture syndrome;<br>10) nausea / Nausea;<br>11) headache / Headache;<br>12) papillar margins washy with signs of congestion on the right side / Ocular hyperaemia;<br>13) papillar margins washy with signs of congestion on the right side / Optic discs blurred;<br>14) papillar margins washy with signs of congestion on the left side / Ocular hyperaemia;<br>15) papillar margins washy with signs of congestion on the left side / Optic discs blurred; | Time to onset: same months<br>Time from product start to removal: 77 days<br>Time from removal to improvement: 150 days | Medically confirmed case.<br>Pseudotumor cerebri with bilateral papilloedema diagnosed 2 months after Mirena insertion. Symptoms including blurred vision, dizziness, headache and neck pain. Headache had started in the month of insertion. No information on weight. Two lumbar punctures performed (ameliorating symptoms, complication of post-puncture syndrome). Mirena was removed during the hospital stay. Treatment with acetazolamide started. Regular follow-ups were recommended. The follow-up ophthalmologic examination 3 months later showed "the signs of congestion entirely regressed on the right side. The papillar margins of both nasal quadrants on the left still appeared slightly "washy" but without any signs of venous or papillar congestion". No information on the further course available. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2012-048903<br>GREAT BRITAIN<br>spontaneous/--<br>21 Years<br>female<br>BMI: 33.67<br><br>LNG IUS: Mirena | 1) RAISED INTRACRANIAL PRESSURE / Intracranial pressure increased;<br>2) SEVERE HEADACHES / Headache;<br>3) VISUAL LOSS 4 WEEKS AFTER MIRENA INSERTION / Blindness;<br>4) BLIND SPOT ENLARGED / Visual field defect;<br>5) BLURRED VISION / Vision blurred;<br>6) OPTIC DISC DISORDER / Optic disc disorder;<br>7) TINNITUS / Tinnitus;<br>8) VISUAL ACUITY DECREASED / Visual acuity reduced;<br>9) VISUAL FIELD CONSTRICTION / Visual field defect; | Time to onset: 24 days (according to treatment days, 2-4 weeks according to reported time intervals – conflicting information)<br>Time from product start to removal: 34 days<br>Time from removal to improvement: 90 days | Medically confirmed case.<br>Increased intracranial pressure diagnosed 2-4 weeks after Mirena insertion (conflicting information: initially 4 weeks reported, with follow-up physician stated 2 weeks). Symptoms included severe headache, visual loss, scotoma, blurred vision, optic disc disorder, visual acuity decreased, visual field constriction, tinnitus. Reportedly, the patient was on a contraceptive implant (Implanon, etonogestrel) before and "patient was both on the coil and implant for a week". Patient is obese. MRI showed no venous sinus thrombosis. Lumbar puncture performed. Mirena was removed 10 days after the diagnosis (approx. 1 month after insertion). Two months after removal it was reported that the patient had "surgery to create an optic nerve fenestration and her visual acuity had improved (but not back to normal levels)". It was planned to refer the patient to "neurosurgeons if things deteriorate for a ventriculo-peritoneal shunt insertion". No information on the further course is available.<br><br>MRI showed no venous sinus thrombosis |

| *Case overview (case number country source age BMI medicinal product)* | *Reaction type (Event as reported / MedDRA PT)* | *Temporal relationship (product start, event start, product stop, recovery date)*<br>*Time to onset*<br>*Time from product start to removal*<br>*Time from removal to improvement* | *Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)* |
|---|---|---|---|
| 2012-110913<br>UNITED STATES<br>spontaneous/--<br>26 Years<br>female<br>BMI not reported<br><br>LNG IUS: Mirena | 1) PSEUDOTUMOR CEREBRI / Benign intracranial hypertension;<br>2) CYST IN HER BRAIN THAT AFFECTS MEMORY / Cerebral cyst;<br>3) CYST IN HER BRAIN THAT AFFECTS MEMORY / Memory impairment;<br>4) BLACK OUTS WITH HER VISION / Blindness transient;<br>5) LIGHT HEADEDNESS / Dizziness;<br>6) TINGLING HANDS HANDS and FEET THAT WOULD GO NUMB / Paraesthesia;<br>7) TINGLING HANDS HANDS and FEET THAT WOULD GO NUMB / Hypoaesthesia;<br>8) HEADACHES / Headache;<br>9) PAIN IN ABDOMEN / Abdominal pain;<br>10) NAUSEA / Nausea; | Time to onset: not reported (probably 1095 days)<br>Time from product start to removal: 1370 days<br>Time from removal to improvement: not reported | Non-medically confirmed case.<br>Diagnosis of pseudotumor cerebri on an unspecified time after Mirena insertion – based on information in the case probably 3 years after insertion. Symptoms included light headedness, black outs with vision, tingling and numbness of hands and feet, nausea. No clear information on start of first symptoms. No information on weight. Two lumbar punctures performed (patient experience post-puncture syndrome), medical treatment with acetazolamide, furosemide. Mirena was removed 3 years after insertion. Patient improved under treatment. The case also reports diagnosis of "a cyst in her brain by the hippocampus that affects memory".<br>Case is non-medically confirmed, no further relevant information on the events or the patient's medical history is available. |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type (Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-010018<br>FRANCE<br>spontaneous/--<br>30 Years<br>female<br>BMI: 44<br><br>LNG IUS: Mirena | 1) Hypertension intracranial / Intracranial pressure increased; | Time to onset: 269 days<br>Time from product start to removal: 665 days<br>Time from removal to improvement: 10 days | Medically confirmed case.<br>Report received from regulatory authority. Intracranial hypertension with bilateral papilloedema diagnosed 9 months after Mirena insertion. Symptoms included headache and blurred vision starting a few days before diagnosis and reduced visual acuity. Concomitant conditions included asthma, smoker. Patient is obese. Normal MRI. Lumbar puncture performed, initial treatment with acetazolamide, prednisone. Treatment stopped 2 months after initial diagnosis. Re-occurrence 3 months later with exacerbation over the following 6 months and re-start of treatment with acetazolamide and potassium chloride, 13 kg weight loss over 1 year. Mirena was removed (1 year 9 months after insertion, 1 year after initial diagnosis). Reportedly, very clear rreduction of papilloedema/increased intracranial pressure under acetazolamide treatment (1.5 months after start of acetazolamide, 10 days after Mirena removal). Acetazolamide stopped. Follow-up visit was scheduled but no details on further course became available. |

| *Case overview (case number country source age BMI medicinal product)* | *Reaction type* <br> *(Event as reported / MedDRA PT)* | *Temporal relationship (product start, event start, product stop, recovery date)* <br> *Time to onset* <br> *Time from product start to removal* <br> *Time from removal to improvement* | *Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)* |
|---|---|---|---|
| 2014-021980<br>UNITED STATES<br>spontaneous/legal<br>27 Years<br>female<br>BMI: 31.15<br><br>LNG IUS: Mirena | 1) PTC (interpreted as pseudotumor cerebri) / Benign intracranial hypertension;<br>2) IIH (interpreted as idiopathic intracranial hypertension) / Benign intracranial hypertension;<br>3) Intense Headaches/ Severe migraine like headaches / Migraine;<br>4) Double Vision / Diplopia;<br>5) Personal injuries/permanently injured / Injury;<br>6) Pain / Pain;<br>7) obscured vision/ vision problems / Vision blurred;<br>8) Papilledema / Papilloedema; | Time to onset: 635 days<br>Time from product start to removal: 673 days<br>Time from removal to improvement: 1475 days | Medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri 1 year 9 months after Mirena insertion. Patient is obese, chronic arterial hypertension. MRI showed tortuous and mildly dilated optic nerve sheath and was otherwise normal. Lumbar puncture performed, treatment with acetazolamide. Mirena was removed 1 month after the diagnosis (patient requested removal because she thought it was due to IUD). In the following course (under acetazolamide treatment) patient was improving. 7 months after Mirena removal patient reports weight decrease and acetazolamide dose was reduced. Approx. 1 year after Mirena removal patient became pregnant (term delivery), acetazolamide was stopped during pregnancy ("stable condition") and re-started after pregnancy. The medical records mention that approx. 3 years after the intial diagnosis the patient "stopped acetazolamide. She wanted to see how she would do off it and got the headache back. She restarted about a week before and headache improved". No further information on the course available. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-027032<br>UNITED STATES<br>spontaneous/legal<br>27 Years<br>female<br>obesity reported (BMI not mentioned)<br><br>LNG IUS: Mirena | 1) PTC (interpreted as Pseudotumor cerebri) / Benign intracranial hypertension;<br>2) IIH (interpreted as Idiopathic intracranial hypertension) / Benign intracranial hypertension;<br>3) Intense headaches / Headache;<br>4) Vision Problems / Visual impairment;<br>5) Blurred Vision/blurriness in her left eye / Vision blurred;<br>6) Temporary Blindness/6 [to] 7 second bouts of blindness / Blindness transient;<br>7) Papilledema/Optic nerve edema/swelling in the nerves in her eye/optic nerves were swollen / Papilloedema;<br>8) Permanently Injured / Injury;<br>9) Pain / Pain;<br>10) terrible cramping when the IUD was implanted / Procedural pain;<br>11) increased pressure in her head / Head discomfort;<br>12) tingling in her face, hands and feet / Paraesthesia;<br>13) tingling in her face, hands and feet, sometimes to the point of burning / Burning sensation;<br>14) short term memory loss / Amnesia;<br>15) dizziness / Dizziness;<br>16) extreme tiredness -- (cont) | Time to onset: 614 days<br>Time from product start to removal: 641 days<br>Time from removal to improvement: 734 days | Non-medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of idiopathic intracranial hypertension 1 year 8 months after Mirena insertion. Patient is obese. MRI showed no structural lesions. Lumbar puncture performed, treatment with acetazolamide (treatment duration for acetazolamide is unkown). Patient wanted to have Mirena removed because she had read that there is a correlation to IIH and Mirena was removed 1 year 9 months after insertion (1 month after diagnosis of IIH). Patient started oral contraceptive pills. Approx. 2 years later the patient stated (according to the medical records) that "she had less headaches and her intracranial hypertension had improved and she was less symptomatic. She discontinued her oral contraceptive pills she was on after her IUD was removed because she and her husband were trying to have a child". No information on the further course is available. |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type*** ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** ***Time to onset*** ***Time from product start to removal*** ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-031611<br>UNITED STATES<br>spontaneous/legal<br>19 Years<br>female<br>BMI: 34.23<br><br>LNG IUS: Mirena | 1) PTC (interpreted as pseudotumor cerebri)/ IIH (interpreted as idiopathic intracranial hypertension) / Benign intracranial hypertension;<br>2) Lengthened and intense migraines / Migraine;<br>3) Vision problems / Visual impairment;<br>4) Blurred Vision / Vision blurred;<br>5) Double Vision / Diplopia;<br>6) Blind Spots / Visual field defect;<br>7) Severe optic swelling/Papilledema / Papilloedema;<br>8) Permanently Injured/ personal injuries / Injury;<br>9) Pain / Pain; | Time to onset: 40 days<br>Time from product start to removal: 106 days<br>Time from removal to improvement: 191 days | Medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri approx. 6 weeks after Mirena insertion. Patient is obese. Neurological examination and brain imaging normal. Lumbar puncture performed, treatment with acetazolamide. Patient lost weight. The neurologist recommended to remove Mirena and removal was performed 3 months after insertion. Treatment with acetazolamide continued for 7 months after Mirena removal (improvement with dose reduction 3 months after removal). It is mentioned in the follow-up examinations from the medical records that pseudotumor cerebri was "in remission" 1 year 7 months after Mirena removal, 6 months later the patient got pregnant (term delivery). At the time of diagnosis of the pregnancy she reported "over the past year she really did not showed signs of [pseudotumor cerebri], either symptomatically with a headache or visual disturbances". There is conflicting information with regards to the further course. The medical records mentione that after delivery the patient started unspecific birth control and reportedly "was starting to have a flare up". The following is stated in the medical records: "She stopped birth control but wants to know if [provider] wants her to take acetazolamide again. She was breastfeeding and was starting to feel somewhat better. She was ok to restart acetacolamide - safe with breastfeeding." She had ongoing headache but further diagnosis in the medical records is "migraine". |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type (Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-048905<br>UNITED STATES<br>spontaneous/legal<br>40 Years<br>female<br>BMI: 23.56<br><br>LNG IUS: Mirena | 1) PTC (interpreted as pseudotumor cerebri)/IIH (interpreted as idiopathic intracranial hypertension) / Benign intracranial hypertension;<br>2) PERFORATION AND MIGRATION OF MIRENA / Uterine perforation;<br>3) PAPILLEDEMA / Papilloedema;<br>4) MIGRAINES / Migraine;<br>5) PERSONAL INJURIES/PERMANENTLY INJURED / Injury;<br>6) TINNITUS (WHOOSHING SOUNDS) / Tinnitus;<br>7) DIZZINESS / Dizziness;<br>8) VERTIGO / Vertigo;<br>9) HEAD PAIN / Headache;<br>10) NECK PAIN / Neck pain;<br>11) VISION PROBLEMS / Visual impairment;<br>12) FLOATERS / Vitreous floaters;<br>13) EXPERIENCING LIGHT SENSITIVITY / Photophobia;<br>14) BLURRED VISION / Vision blurred;<br>15) BLIND SPOTS / Visual field defect;<br>16) ELEVATED OPENING PRESSURE/ELEVATED INTRACRANIAL PRESSURE / Intracranial pressure increased;<br>17) PAIN / Pain; | Time to onset: 1253 days<br>Time from product start to removal: 2353 days<br>Time from removal to improvement: 574 days | Medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri approx. 3 years 5 months after Mirena insertion. Patient with normal BMI. Repeat lumbar puncture performed, treatment with acetazolamide. Mirena was replaced with second Mirena 5 years 4 months after insertion. One month after the change it was reported that there was no significant change regarding IIH. Approximately one year after insertion of the second Mirena the patient wanted to remove Mirena because her neurologist had recommended to not use hormonal contraception. 7 months after Mirena removal another lumbar puncture was performed for elevated CSF pressure (acetazolamide dose was increased). In the medical records it is noted that one year later (1 year 6 months after Mirena removal) she had headache and she "had done much better without flare ups". |

| ***Case overview*** <br> ***(case number*** <br> ***country*** <br> ***source*** <br> ***age*** <br> ***BMI*** <br> ***medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment*** <br> ***(information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-075082 <br> UNITED STATES <br> spontaneous/legal <br> 24 Years <br> female <br> obesity reported (BMI not mentioned) <br> LNG IUS: Mirena | 1) PTC (interpreted as pseudotumor cerebri) / Benign intracranial hypertension; <br> 2) IIH (intepreted as intracranial hypertension)/ ELEVATED OPENING PRESSURE/INCREASED INTRACRANIAL PRESSURE / Intracranial pressure increased; <br> 3) VISION PROBLEMS / Visual impairment; <br> 4) FLOATERS / Vitreous floaters; <br> 5) BLURRED VISION / Vision blurred; <br> 6) PAPILLEDEMA / Papilloedema; <br> 7) SEVERE HEADACHES/INCREASINGLY SEVERE HEADACHES / Headache; <br> 8) DOUBLE VISION (DIPLOPIA) / Diplopia; <br> 9) PERSONAL INJURIES/PERMANENTLY INJURED / Injury; <br> 10) MIGRAINE-LIKE HEADACHES / Migraine; <br> 11) PAIN / Pain; | Time to onset: 604 days <br> Time from product start to removal: 1241 days <br> Time from removal to improvement: improved before Mirena removal (improvement recorded 57 days before removal) | Non-medically confirmed case. <br> Report received from a lawyer in the US. Diagnosis of idiopathic intracranial hypertension approx. 1 year 8 months after Mirena insertion. Patient was obese. Lumbar puncture and optic nerve sheath fenestration performed, treatment with acetazolamide. During a follow-up examination 1 year 7 months after the initial diagnosis the patient reported improvement of headache and visual disturbances (Mirena still in place) Mirena was removed 3 years 5 months after insertion (due to abdominal pain). Acetazolamide treatment continued. Approx. 1 year after Mirena removal the patient reported in a follow-up examination that "over the past year she really did not showed signs of [IIH], either symptomatically with a headache or visual disturbances" (still using acetazolamide). At that time she was diagnosed with pregnancy (term delivery). Acetazolamide treatment continued during pregnancy with lower dose, use of metformin. After delivery the patient reported that she "had very few headaches during pregnancy but since giving birth she had headache increasing once again". Patient also used metformin. The latest entry from the medical records states that the patient was "stable". |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment*** <br> ***(information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-109567 <br> UNITED STATES <br> spontaneous/legal <br> 30 Years <br> female <br> BMI: 25.02 <br><br> LNG IUS: Mirena | 1) IIH (Idiopathic intracranial hypertension)/PTC (Pseudotumor cerebi)/Fluid pressure on my brain / pseudotumor in her brain / Benign intracranial hypertension; <br> 2) SEVERE MIGRAINES/headache/ severe headache / Migraine; <br> 3) PAIN/pain in back or kidneys / Flank pain; <br> 4) PERSONAL INJURIES/PERMANENTLY INJURED / Injury; <br> 5) DIZZINESS / Dizziness; <br> 6) TINNITUS / Tinnitus; <br> 7) PAPILLEDEMA / Papilloedema; <br> 8) VISION PROBLEMS / disturbed vision under Mirena / Visual impairment; <br> 9) BLURRED VISION / Vision blurred; <br> 10) NAUSEA / Nausea; <br> 11) Lost my eyesight / Blindness; <br> 12) Was really, really sick / Malaise; <br> 13) back problems and it was hurting very bad / Back pain; | Time to onset: 344 days <br> Time from product start to removal: 2107 days <br> Time from removal to improvement: improved before Mirena removal (improvement noted 1499 days before removal) | Non-medically confirmed case. <br> Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri approx. 1 year after Mirena insertion. Patient BMI 25.02. CT normal. Lumbar puncture performed, 4 months later a cerebral shunt was placed, treatment with acetacolamide. 4 months later (Mirena still in place) the patient reported that "she continued to do very well and stated vision essentially back to baseline". Mirena was removed 5 years 9 months after insertion. Shunt was still in place for at least 2 years 5 months after Mirena removal. No information on the further course available. |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type (Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)***<br>***Time to onset***<br>***Time from product start to removal***<br>***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-113404<br>UNITED STATES<br>spontaneous/legal<br>30 Years<br>female<br>BMI not reported<br><br>LNG IUS: Mirena | 1) IIH (IDIOPATHIC INTRACRANIAL HYPERTENSION)/PTC (PSEUDOTUMOR CEREBI) / Benign intracranial hypertension;<br>2) lost IUD/Misplaced IUD. / Device dislocation;<br>3) VISION PROBLEMS / Visual impairment;<br>4) BLURRED VISION / Vision blurred;<br>5) PERSONAL INJURIES/permanently injured / Injury;<br>6) SEVERE HEADACHES / Headache;<br>7) PAIN / Pain; | Time to onset: 1398 days<br>Time from product start to removal: 1896 days<br>Time from removal to improvement: 180 days | Medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of idiopathic intracranial hypertension approx. 3 years 10 months after Mirena insertion. Patient is obese. Lumbar puncture performed, acetazolamide treatment. Mirena removed 5 years 2 months after insertion. 6 months after Mirena removal it was reported that "she was still having headaches but it's only every now and then" and accompanied by visual disturbance. According to medical records treatment with acetazolamide continued and was stopped 1 year 4 months after Mirena removal because the patient was pregnant (term delivery). At the time of the diagnosis of the pregnancy it was also reported that "headaches continue and are not getting better" and chronic benign intracranial hypertension was mentioned. No further information on the course available. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment*** <br> ***(information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2014-115385<br>UNITED STATES<br>spontaneous/legal<br>34 Years<br>female<br>obesity reported (BMI not mentioned)<br><br>LNG IUS: Mirena | 1) PTC (Pseudotumor cerebri) IIH (Idiopathic intracranial hypertension)/My brain pressure is up / Benign intracranial hypertension;<br>2) PAPILLEDEMA / Papilloedema;<br>3) PERSONAL INJURIES/INJURIES/PERMANENTLY INJURED / Injury;<br>4) SEVERE MIGRAINES / Migraine;<br>5) VISION PROBLEMS / BLURRED VISION / Vision blurred;<br>6) bed rest / Bed rest;<br>7) PAIN/I am in so much pain / Pain;<br>8) Delivery on 29Sep2008, Mirena inserted on 31Oct2008 / Device use issue;<br>9) Mirena used beyond labelled duration / Device use error;<br>10) I get sick literally every other day. / Malaise; | Time to onset: 274 days<br>Time from product start to removal: 2370 days<br>Time from removal to improvement: improved before Mirena removal (improvement started 1607 days before removal) | Non-medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of idiopathic intracranial hypertension 10 months after Mirena insertion. Patient is obese. Medical history includes Chiari malformation. Lumbar puncture performed, acetazolamide treatment. One year two months after the diagnosis a cerebral shunt was placed and the patient started to recover (Mirena still in place). According to the information from the medical records the shunt was still existent approx. 3 years after placement, shunt removal was considered at some point but no details are given on whether it was removed. Mirena was removed 6 years 6 months after insertion. The medical records state that diagnosis of pseudotumor cerebri was present 5 months after Mirena removal, no diagnostic procedures mentioned at that time. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2015-462695<br>UNITED STATES<br>spontaneous/legal<br>21 Years<br>female<br>obesity reported (BMI not mentioned)<br><br>LNG IUS: Mirena | 1) PTC/IIH / Benign intracranial hypertension;<br>2) INTERMITTENT VISUAL LOSS / Blindness;<br>3) VISION PROBLEMS / Visual impairment;<br>4) WORSENED VISUAL ACUITY / Visual acuity reduced;<br>5) INCREASED PRESSURE ON BOTH EYES / Ocular discomfort;<br>6) FREQUENT HEADACHES / Headache; | Time to onset: 334 days<br>Time from product start to removal: 365 days<br>Time from removal to improvement: 1768 days | Non-medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri 11 months after Mirena insertion. Symptoms of blurry vision were present already 4 months before Mirena insertion (diagnosed as myopia). Patient is obese and has chronic arterial hypertension. CT showed no evidence of venous sinus thrombosis. The optic nerve sheaths were enlarged measuring approximately 7 mm. The sella was not empty and the ventricle sizes were normal. Lumbar puncture performed, treatment with acetazolamide. Mirena was removed one month later (one year after insertion). Three weeks after Mirena removal a cerebral shunt was placed. The shunt was still present 1 year 6 months after Mirena removal. A follow-up approx. 5 years after Mirena removal states that the patient "did not have any problems, her eyes were appeared healthy". No information was provided on whether the shunt was still existent at that time. |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2015-478156<br>UNITED STATES<br>spontaneous/legal<br>30 Years<br>female<br>obesity reported (BMI not mentioned)<br><br>LNG IUS: Mirena | 1) IDIOPATHIC INTRACRANIAL HYPERTENSION/ PSEUDOTUMOR CEREBRI (PTC) / Benign intracranial hypertension;<br>2) Papilledema / Papilloedema;<br>3) extreme neck pain / Neck pain;<br>4) tension headaches / Tension headache;<br>5) blurred vision / Vision blurred;<br>6) memory problems / Memory impairment;<br>7) double vision / Diplopia; | Time to onset: 1312 days<br>Time from product start to removal: 1358 days<br>Time from removal to improvement: improved before Mirena removal (improvement started 5 days before removal) | Medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of idiopathic intracranial hypertension with papilloedema 3 years 7 months after Mirena insertion. Patient is obese. MRI showed empty sella and "changes in the orbit size" suggestive for increased intracranial pressure. Lumbar puncture performed, treatment with acetazolamide and furosemide with improvement starting 5 days before Mirena removal. Mirena was removed 4 years 9 months after insertion. Several follow-ups for investigation of idiopathic intracranial hypertension provide limited information on diagnostic tests but include information that patient continued acetazolamide treatment for at least 1 year after Mirena removal. In a follow-up 2 years 2 months after Mirena removal it was reported that the patient "started on Diamox which has helped her tremendously". No further details provided regarding diagnostic findings at that time. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2015-478520<br>UNITED STATES<br>spontaneous/legal<br>29 Years<br>female<br>obesity reported (BMI not mentioned)<br><br>LNG IUS: Mirena | 1) PTC/IIH (Pseudotumor cerebri) / Benign intracranial hypertension;<br>2) PAPILLEDEMA / Papilloedema;<br>3) RECURRENT MIGRAINE HEADACHES / Migraine;<br>4) DIZZINESS / Dizziness;<br>5) SEVERE EAR PAIN / Ear pain;<br>6) NECK PAIN / Neck pain;<br>7) CHANGES IN VISION / Visual impairment; | Time to onset: 162 days<br>Time from product start to removal: 180 days<br>Time from removal to improvement: conflicting information | Non-medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri with symptoms of migraine and vision changes approx. 6 months after Mirena insertion. Mirena removed at the time of diagnosis. Long history of migraine. Patient is obese. Lumbar puncture performed, acetazolamide treatment (continued for approx. 1 year 5 months after Mirena removal). Improvement under treatment. Patient was diagnosed with pregnancy approx. 5 months after Mirena removal (preeclampsia and preterm labor/delivery). Information regarding outcome conflicting (reported as "resolved" 10 months after Mirena removal with acetazolamide treatment ongoing for additional 7 months - even though pregnancy at that time reported; according to medical records patient had "changes in vision, no headache" 2 years 5 months after removal during a IIH-follow-up examination). |

| ***Case overview (case number country source age BMI medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2016-005563<br>UNITED STATES<br>spontaneous/legal<br>23 Years<br>female<br>obesity reported (BMI not mentioned)<br><br>LNG IUS: Mirena | 1) PTC/IIH(Pseudotumor cerebri/Idiopathic intracranial hypertension) / Benign intracranial hypertension;<br>2) SEVERE HEADACHES / Headache;<br>3) BLURRED VISION / Vision blurred;<br>4) TEMPORARY BOUTS OF BLINDNESS / Blindness transient;<br>5) DETERIORATING VISION / Visual impairment; | Time to onset: 23 days<br>Time from product start to removal:429 days<br>Time from removal to improvement: 760 days | Medically confirmed case.<br>Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri 3 weeks after Mirena insertion. According to the medical records the patient stated in the visit 3 weeks after Mirena insertion that she complained of "headaches since the past 2 months" and "blurry vision from past 2 months" (indicating start of the symptoms before insertion). Patient is obese. Neurological examination showed bilateral optic disc edema, otherwise normal. CT scan normal. Lumbar puncture performed, treatment with acetazolamide. Mirena was removed 1 year 2 months after insertion because of pregnancy wish. Patient became pregnant and delivered, during pregnancy no treatment with acetazolamide. After delivery headache reoccurred and acetazolamide treatment was continued. Approx. 2 years after Mirena removal (one year after delivery) the patient reported that headache has improved and blurred vision occurs "occasionally" (no information on whether treatment with acetazolamide continued, according to medical records acetazolamide was re-started after the pregnancy). |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment (information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2016-042655 <br> SOUTH AFRICA <br> spontaneous/-- <br> 26 Years <br> female <br> BMI not reported <br><br> LNG IUS: Mirena | 1) Increased intracranial pressure / Intracranial pressure increased; | Time to onset: not reported <br> Time from product start to removal: not reported <br> Time from removal to improvement: not reported | Medically confirmed case. <br> Limited information was provided in this case. Diagnosis of increased intracranial pressure with lumbar puncture and MRI on an unspecified time after Mirena insertion. Mirena was removed on an unspecified date (reported 3 months after diagnosis of increased intracranial pressure). After the removal "the swelling decreased, but not immediately after the removal". The physician reported that the diagnosis was made at another hospital and no further information was available. |
| 2016-070369 <br> UNITED STATES <br> spontaneous/-- <br> 27 Years <br> female <br> BMI not reported <br><br> LNG IUS: Jaydess | 1) Patient developed pseudo tumor cerebri / Benign intracranial hypertension; | Time to onset: 372 days <br> Time from product start to removal: 554 days <br> Time from removal to improvement: 11 days | Non-medically confirmed case. <br> Diagnosis of pseudotumor cerebri approx.1 year after Jaydess/Skyla insertion. Jaydess/Skyla was removed 5 months later as the consumer "has read that Mirena and Paragard has caused this on the internet". Patient stated "she was better than what she was, but not back to normal" (reported 11 days after removal). Patient denied provision of any further details. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment*** <br> ***(information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2016-094029 <br> UNITED STATES <br> spontaneous/legal <br> 30 Years <br> female <br> obesity reported (BMI not mentioned) <br><br> LNG IUS: Mirena | 1) PSEUDOTUMOR CEREBRI/IIH/spinal fluid it puts pressure on my brain / Benign intracranial hypertension; <br> 2) SEVERE HEADACHES/Pounding head/huge amount of issues like horrifiv headaches / Headache; <br> 3) VISION LOSS/blind / Blindness; <br> 4) NUMBNESS OF THE EXTREMITIES/numbness in her limbs / Hypoaesthesia; <br> 5) TINNITUS / Tinnitus; <br> 6) NAUSEA/extreme nausea/puking / Nausea; <br> 7) FATIGUE/feeling exhausted constantly / Fatigue; <br> 8) PAPILLEDEMA/inflammation on her optic nerve / Papilloedema; <br> 9) back pain/my back doesn't start hurting again / Back pain; <br> 10) Incredibly saddened / Depressed mood; <br> 11) pain in my hand/throbbing toe / Pain in extremity; <br> 12) sleepless night / Insomnia; | Time to onset: 892 days <br> Time from product start to removal: 1377 days <br> Time from removal to improvement: 166 days | Non-medically confirmed case. <br> Report received from a lawyer in the US. Diagnosis of pseudotumor cerebri with symptoms of headache, vision loss, tinnitus, numbness of extremities, nausea, fatigue starting approx. 2 years 6 months after Mirena insertion. Previous use of Mirena was reported (starting 6 years before insertion of second Mirena, treatment duration not mentioned). Patient is obese, use of levothyroxin. MRI: approx. 1 cm pineal cyst, cerebral ventricles of normal size and configuration. Several lumbar punctures performed, acetazolamide treatment. Headaches and visual disturbance improved under acetazolamide (already before Mirena removal). Mirena removed 3 years 9 months after insertion. Acetazolamide treatment continued for 4 months after Mirena removal. Approx. 6 months after Mirena removal the patient's "vision was good", however "her impression included papilloedema associated with increased intracranial pressure". No information on the further course available. |

| ***Case overview (case number country source age BMI*** <br> ***medicinal product)*** | ***Reaction type*** <br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment*** <br> ***(information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2016-171687 <br> UNITED STATES <br> spontaneous/legal <br> 29 Years <br> female <br> obesity reported (BMI not mentioned) <br> LNG IUS: Mirena | 1) Pseudotumor Cerebri / Benign intracranial hypertension; <br> 2) Light spotting / Vaginal haemorrhage; <br> 3) Severe headaches / Headache; <br> 4) Diminished night vision / Night blindness; <br> 5) Diminished peripheral vision / Visual field defect; <br> 6) Double vision / Diplopia; <br> 7) Blurry vision / Vision blurred; <br> 8) Weight gain / Weight increased; <br> 9) Short term memory loss / Amnesia; <br> 10) Tinnitus / Tinnitus; <br> 11) Dizziness / Dizziness; <br> 12) Pain in the neck and shoulders / Neck pain; <br> 13) Pain in the neck and shoulders / Musculoskeletal pain; | Time to onset: same year (conflicting information) <br> Time from product start to removal: 1520 years <br> Time from removal to improvement: 720 days | Medically confirmed case. <br> Report received from a lawyer in the US. Conflicting information. Report mentions that the patient experienced benign intracranial hypertension within the same year as insertion of Mirena. However, all diagnostic procedures and hospitalization were done 4 years later. CT without acute pathology. MRI: "anatomic variant with the outflow from the straight sinus/deep system draining into the left transverse sinus. The left basal vein of Rosenthal was not visualized. This may also be an anatomic variant or artifact rather than acute occlusion. There was no evidence for venous infarction or congestion in the deep brain structures which would be drained by this vein." Patient was obese and weight gain was reported. Mirena was removed 4 years after insertion. Treatment with topiramate and sumatriptan. At the time of the report (approx. 2 years after removal) the benign intracranial hypertension was resolving. |

| ***Case overview (case number country source age BMI*** <br><br> ***medicinal product)*** | ***Reaction type*** <br><br> ***(Event as reported / MedDRA PT)*** | ***Temporal relationship (product start, event start, product stop, recovery date)*** <br><br> ***Time to onset*** <br> ***Time from product start to removal*** <br> ***Time from removal to improvement*** | ***Comment*** <br> ***(information on diagnostic procedures, treatment, concurrent conditions or co-medication or other relevant findings)*** |
|---|---|---|---|
| 2017-057673 <br> PORTUGAL <br> literature/– <br> 27 Years <br> female <br> BMI: 32.83 <br><br> LNG IUS: Mirena | 1) Intracranial hypertension / Benign intracranial hypertension; <br> 2) progressive headache located in occipital region, radiating to entire head / Headache; <br> 3) intense photophobia / Photophobia; <br> 4) phonophobia / Phonophobia; <br> 5) feeling of dizziness / Dizziness; <br> 6) Pulsatile tinnitus / Tinnitus; <br> 7) she noticed a mobile spot in her right eye/ scintillating scotoma in her right eye / Scintillating scotoma; <br> 8) folliculitis in the groin / Folliculitis; <br> 9) extensive papilloedema (grade 4 on the modified Frisen scale) / Papilloedema; <br> 10) central moderate vitreous haemorrhage / Vitreous haemorrhage; | Time to onset: not reported <br> Time from product start to removal: not reported <br> Time from removal to improvement: not reported | Ros Forteza et al. 2017 (80): IIH associated with minocycline. see section 2.2.1 for case description |

### 3.2.3 Conclusion from ICSRs with LNG IUS

The observed reporting frequency of post-marketing reports on IIH in Mirena users has in recent years been influenced by the ongoing litigation in the US. The majority of cases have been submitted in the context of US litigation, and the public attention around the lawsuits has further stimulated spontaneous reporting. In view of this the increase in reporting rates per se does not represent a safety signal. Overall, the reporting rate for IIH is low and does not indicate an increased risk in a population which is more likely to develop IIH (women of childbearing age) compared to the overall population.

In the majority of cases where information on the patient's weight is given, the woman was reported to be obese or overweight. With regards to temporal relationship, no conclusive pattern can be observed. Information on recovery or improvement in patients reporting LNG IUS removal is difficult to interpret because remedial therapy was used to treat the IIH in the vast majority of the cases or incomplete information was provided (i.e. the time interval between removal and recovery was not specified, no information on treatment was provided). The nature of the disease which is predominantly transient, or may take a fluctuating course, and the observation that resolution often occurs after (diagnostic) lumbar puncture, or initiation of acetazolamide treatment have to be considered when interpreting information further course after LNG IUS removal. These cases cannot be considered "positive dechallenge" in a sense that these would indicate a causal association.

A similar number of cases with documented removal of LNG-IUS reported recovery/improvement, and no recovery. In addition, in a smaller number of cases in which LNG IUS was not removed, both removal/recovery and no improvement was reported. The overall picture on further clinical course speaks against a causal association between LNG-IUS and IIH.

## 3.3 ICSR on IIH with other LNG- or progestin-containing products

A search was performed for all ICSRs including a product from the Bayer Women's Health Care (WHC) portfolio. Cases not including any sex hormones were excluded.

All cases identified for LNG IUS are described in section 3.2.

All cases identified for LNG only-products are described in section 3.3.1.

All cases identified for LNG combination products are described in section 3.3.2.

The remaining cases were reviewed per case and relevant information is presented in section 3.3.3.

### 3.3.1 LNG only-products (other than LNG IUS)

***<u>LNG implant (Jadelle)</u>***

The retrieval identified two cases of idiopathic intracranial hypertension in Jadelle users that were received via the New Zealand Health Authority (2012-103026, 2012-103030). These cases are presented below. In addition, one further spontaneous case was received by a gynecologist in New Zealand (2013-019797[14]). Details in the latter case are limited (physician

[14] The case also reports exposure to 3 LNG IUSs (Mirena), the temporal relationship is not clear (The physician reported that "with Mirena the patient was ok, other than 3 of them falling out"). The case was included in the

reports that removal of Jadelle was recommended in a woman "due to concerns regarding papilloedema and benign intracranial hypertension", no further relevant information), and duplication cannot be completely excluded.

Case ***2012-103026*** is the case of a 17 year-old woman who was noted to have loss of vision approx.7-8 months after receiving Jadelle implants, and benign intracranial hypertension was suspected. The patient's further medical history was not specified, the only other concomitant medicine reported was antihistamines taken as required. The patient had been experiencing nocturnal and early morning headaches for a few weeks with binocular horizontal diplopia, worse in the evenings. On optometrist examination she was noted to have bilateral papilloedema, 6th nerve palsy on the left with nystagmus on leftward gaze. Visual acuity was normal (company comment: This is inconsistent with the previously mentioned "loss of vision"). MR scan showed no hydrocephalus or abnormal intracranial enhancement, a minor deformity of the posterior aspect of the left globe consistent with papilloedema and no cavernous sinus abnormality. There was moderate focal narrowing of the distal portion of a dominant right transverse sinus with no clear evidence of arachnoid granulation or sinus thrombosis. Possible venogenic cause for intracranial hypertension was postulated. On lumbar puncture, opening pressure was 50cm H2O, approximately 40ml of CSF (cerebrospinal fluid) was taken. Repeat pressure taken following this was 20cm H2O. CNS (central nervous system) had three white cells and 30 red blood cells, normal protein and normal glucose. It was noted that the patient had a history of weight gain over the last months following administration of Jadelle. No further information on Jadelle removal, further course or outcome were reported for this case.

Case ***2012-103030*** refers to a 29 year-old female patient who was diagnosed with benign intracranial hypertension after 14 days of Jadelle use. The patient had a history of migraines, five in total with no neurological features, whilst taking a combined oral contraceptive. Reported concomitant medicines included fluticasone, salbutamol and loratadine. Following Jadelle insertion she developed continuous frontal headache with left facial numbness. The implant was removed on 14 days after insertion and 2 days later she was admitted for investigation. She was found to have papilloedema with peripheral visual field loss bi-temporally and numbness of the left cheek. Brain scans were negative but on lumbar puncture pressure was 47.5cm H2O. Treatment was with diuretics and repeat lumbar puncture but ventriculoperitoneal shunt was required on 02-Mar-2011. On examination, 24-Jun-2011, visual fields were improved but still reduced; colour vision was 70% of normal. Optic discs were still pale but no longer swollen.

---

case analysis for LNG IUS in section 3.2.2 and the CIOMS I form is included in **Appendix 3**. For completeness, the CIOMS I form is also included in **Appendix 5** (LNG only products other than LNG IUS).

*Company comment on both cases: The case details of these two cases appear similar to previously published reports on Norplant (see section 2.3). Time to onset of symptoms was 7-8 months in the first case, and 14 days in the second case. While in the first case information on dechallenge is missing, in the other case the dechallenge information can be interpreted as negative. Patient weight is missing in both cases, but the first case mentions recent weight increase under Jadelle as an important risk factor for IIH.*

*Reporting rate:*

Taking the estimated post-marketing exposure to Jadelle (estimated based on cumulative sales by end of 2016 of almost 25.9 million and assuming an average use of 3 years), the reporting rate for IIH cases in Jadelle users is 0.1 per 1 million woman-years.

***LNG only emergency contraception (Levonelle)***

The retrieval identified one medically confirmed report (02/00202-SHC) and one non-medically confirmed report (2016-010008) of IIH. Both cases included limited information, single administration of Levonelle was reported. Case 2016-010008 was triggered by the question on whether there is an association between hormone use and IIH as the consumer had read this on the internet.

*Company comment on both cases: Both cases lack relevant information precluding further assessment.*

***CIOMS I reports for LNG only products***

The CIOMS I reports of the 5 cases identified for LNG only products (other than LNG IUS) are attached in **Appendix 5**.

### 3.3.2 LNG combination products

***LNG containing combined oral contraceptives (COCs) (Ethinylestradiol (EE)+LNG)***

Overall, 15 cases involving EE+LNG COCs were identified matching the retrieval criteria (please refer to **Appendix 2** for a general overview of the Bayer WHC portfolio).

As described above, the MedDRA search criteria used to identify (potential) relevant cases were not restricted to the MedDRA PT Idiopathic intracranial hypertension but included a search for reported symptoms of papilloedema and increased intracranial pressure. The cases were searched for relevant information regarding the cause of the reported events. In a total of five cases[15] the diagnosis was not IIH (i.e., cerebral venous sinus thrombosis (two cases), retinal artery occlusion (one case), "venous stasis" (one case), optic neuritis (one case).

In the remaining 10 cases[16] the following events were coded: two cases of IIH (including one literature case (94)), six cases of intracranial hypertension (IH, including one literature case (95)), one case of IH and papilloedema, one case of papilloedema. Seven of the 10 cases were reported with rather limited information (i.e. incomplete information regarding treatment dates, start of event/onset latency and further course of the disease; no information regarding dechallenge or rechallenge). The two literature cases (DE-2004-033771, 2016-204337), are described and discussed in chapter 2.4.2. In addition, one non-medically confirmed case (GB-2007-039904) with the reported diagnosis of IIH is described in the following:

---

[15] 95/02290-USA, 201014510GPV, 00/00133-SHC, 200718156GPV, J200635954
[16] 88/750850/9, 98/00769-CDS, DE-2004-033771, GB-1982-000002, GB-1982-000048, GB-1987-000106, GB-2007-039904, 201015085BYL, 2016-204337, J200333853

The non-medically confirmed case ***GB-2007-039904*** describes the recovery of the patient after withdrawal of Microgynon therapy. The case was identified from the lay press. Eight years after start of Microgynon use, the patient developed benign intracranial hypertension with symptoms of thumping headaches, burning sensation in the head, pounding noise in the ears and distorted and blurred vision leading to temporary blindness. Initially, she was treated for a suspected eye inflammation with nasal spray and tablets. She was re-examined at a hospital a few days later, when her eyesight failed to improve. A series of unspecified tests were performed and she was told to continue taking the same medicine. After an unspecified period of time, she went on a trip to Hong Kong and on the second day her vision deteriorated to completely blurred and she couldn't see anything. She states it felt like a painful light was being shone in her face. She returned to the United Kingdom and had a "brain scan" that revealed increased intracranial pressure (reported as "build-up of fluids") which was drained by lumbar puncture. Microgynon 30 (21) was withdrawn on an unspecified date. The patient partly recovered vision in her right eye at the time of report (reported as "her sight has not returned to normal and she still has partial vision in her right eye"). It was mentioned that "further lumbar punctures" might be required. Reportedly, the patient was overweight.

*Company comment: Time to onset of symptoms in this case was 8 years after start of EE+LNG. Reportedly the woman was overweight at the time of diagnosis which is an important risk factor for IIH. The case reports partial recovery after lumbar puncture and EE+LNG withdrawal, it was mentioned that further therapeutic interventions might be required. Information on additional diagnostic measures to exclude secondary IH and information on the further course is missing.*

*Reporting rate:*

Post-marketing user exposure calculations for EE+LNG COC are based on the cumulative sales volume assuming 13 cycle-packs per year and subject. The total cumulative post-marketing experience since launch (until end of Jun 2017) is estimated at more than 490 million women-years for all EE+LNG COC. Excluding the cases reporting an underlying pathology responsible for the IH/papilloedema, the cumulative reporting rate for (potential) IIH cases (including literature cases) for LNG+EE is less than 1 per 10 million women-years of exposure for all products.

*Conclusion on EE+LNG COCs:*

Single cases matching the retrieval criteria in association with the EE+LNG use were identified. The reporting rate is very low with less than 1 in 10 million woman-years of estimated exposure (considering all of Bayer's EE+LNG COCs). 1/3 of the cases report an underlying disease (i.e. cerebrovascular disease, ophthalmological disease) serving as alternative explanation for the reported increased intracranial pressure/papilloedema. These cases cannot be interpreted as IIH. In the remaining cases it is often unclear whether an underlying condition is present. The information in the majority of the cases is too limited to evaluate the cases. Thromboembolism is a known risk for all COCs and misdiagnosis cannot be excluded in the cases providing limited information (with some ICSRs dating back till 1982). Review of the cases providing more detailed information (e.g. literature cases) shows the presence of important risk factors (overweight). The review of the cases with EE+LNG COCs provided no reliable evidence that its use may lead to the development of IIH.

***LNG containing HRT (estradiol valerate + estriol + levonorgestrel)***

The retrieval identified two reports for CycloÖstrogynal, both medically confirmed, one reporting IIH/papilloedema in a patient with cerebral venous sinus thrombosis (02/00007-

ASC) and one case reporting papilloedema (01/00019-ASC). In the second case the diagnosis was made 6 months after start of the product. No tumor, no "cerebral blocking" and no sign for any ischemic process or thromboembolism could be identified. The patient suffered from epilepsia, patient age was not provided. The product was stopped. At the time of the report (3 months after CycloÖstrogynal withdrawal) the patient was not recovered, the information provided in the case is limited.

*Company comment on both cases:*

One case is not an IIH case, in the other case the diagnosis is unclear and limited information was provided. There is no indication that the use of Cyclo-Progynova is associated with idiopathic intracranial hypertension.

*Reporting rate:*

The total cumulative post-marketing experience since launch is estimated at more than 599.000 women-years for estradiol valerate + estriol + levonorgestrel. Excluding the case reporting an underlying pathology responsible for the IH/papilloedema, the cumulative reporting rate for (potential) IIH cases is 0.17 per 100,000 women-years of exposure.

***CIOMS I reports for LNG combination products***

The CIOMS I reports of the 17 cases are attached in **Appendix 6**.

### 3.3.3 ICSRs involving other progestins

As mentioned above, a search was performed for all ICSRs including a product from the Bayer Women's Health Care (WHC) portfolio (see section 3.1 and **Appendix 2**). Cases not including any sex hormone as suspected drug were excluded. All cases including LNG were described in section 3.2 (LNG IUS), 3.3.1 (other LNG-only products) or 3.3.2 (LNG combination products), respectively.

Using the conservative approach by including the symptoms of papilloedema and increased intracranial pressure in the retrieval criteria a total of 141 ("non-LNG") cases were identified. These cases (with the earliest dating back to 1978) were searched for information on other causes for the experienced papilloedema or increased intracranial pressure (i.e. secondary intracranial hypertension – see section 1.2.1.3). A total of 77 cases clearly described other diagnoses such as cerebrovascular events (cerebral venous sinus thrombosis, other venous or arterial cerebral thromboembolic events, cerebrovascular bleeding), brain tumors (e.g. meningioma) or other head neoplasm (e.g. fibrous dysplasia of the sphenoid) and ophthalmologic diseases (e.g. optic neuritis) or the initial suspicion of IIH was not confirmed with follow-up examinations. The most often reported main diagnoses in these cases were thromboembolic events. Of note, in 14.5% of these cases use the term "pseudotumor cerebri" or "benign intracranial hypertension" indicating the inconsistent terminology in clinical practice (see section 1.2.1.3). These 77 cases do not represent IIH and are not further discussed in the following. The cases are presented as CIOMS I reports in **Appendix 7** (77 cases[17]).

In the remaining 64 cases it is unclear how many of these represent "real" cases of IIH. The retrieval criteria applied in the retrieval for this analysis are rather broad and the retrieval results include cases of unspecific papilloedema and intracranial hypertension (approximately

---

[17] Including 6 literature cases 200718616GPV, 99/01063-CDS, 2013-126449, 2014-187617, 2016-079259, 2017-052865

half of the cases). The information provided in the majority of the cases is too limited to verify the existence of IIH in these patients. In addition, in cases reporting "idiopathic intracranial hypertension" / "pseudotumor cerebri" / "benign intracranial hypertension" the diagnostic accuracy is unknown in several cases (no diagnostic measures mentioned). Before introduction of a consistent classification system, the term "pseudotumor cerebri" or "benign intracranial hypertension" was often applied to cases of secondary intracranial hypertension. A considerable part of the cases (in particular older cases) might not fulfill the criteria used for the diagnosis of IIH or the lack of reliable imaging techniques might have resulted in higher rates of misdiagnoses. All 64 cases are presented as CIOMS I reports in **Appendix 8**.

The 64 ICSRs include a wide range of products including estrogen-progestin combinations (containing ethinylestradial, estradiol or estradiole valerate as estrogen-component and drospirenone ,cyproterone acetate, desogestrel, gestoden, dienogest or norethisterone acetate as progestin-component) or progestin-monopreparations (containing cyproterone acetate, desogestrel, norethisterone, norethisterone acetate or norithisterone enantate) or estradiol valerate mono-preparation with progesterone (non-Bayer product) or GnRH agonist (non-Bayer product).

These products are approved for a variety of indications. Several are used in indications other than contraception which are associated with an increased baseline risk for IIH (e.g. polycystic ovary syndrome (PCOS), acne) or with an increased exposure to medication known to be associated with IIH (e.g. several medications used in dermatology, particularly those used in the treatment of acne vulgaris, are associated with intracranial hypertension, like tetracyclines and isotretinoin (50)). The vast majority of cases provide very limited information precluding further assessment. In more than ¾ of cases with information on patient body habitus, obesity/overweight is mentioned.

Using the most conservative approach (i.e. by including cases with unclear diagnosis and cases that might not refer to Bayer products (e.g. literature cases or spontaneous cases not specifying the brand name)) the cumulative reporting rates[18] for the estrogen-progestin combination products range from zero to 0.03 per 100,000 woman years of exposure, for progestin-only preparations the highest reporting rate was observed for Androcur® 10/50 with 0.13 per 100,000 woman years of exposure. For the majority of the other progestin-preparations only one single case could be identified. In general, the calculated reporting rates are considered very low.

### 3.3.4 Conclusion from ICSRs with other LNG- or progestin-containing products

Isolated case reports of IIH or potential IIH in temporal association with other LNG- or progestin-containing products have been received. The range of products involved is broad and includes Bayer's estrogen-progestin combinations as well as progestin-monopreparations. The observed post-marketing reporting frequency of IIH (including cases of IH/papilloedema without further specification) in users of other LNG- or progestin-containing products is extremely low and does not indicate an increased risk in a population which is more likely to develop IIH compared to the overall population (depending on the indication e.g., women of childbearing age but also women with PCOS or acne patients who have an increased exposure to medication known to be associated with IIH such as tetracyclines or retinoids).

[18] Reporting rates were calculated for marketed products for which exposure estimates based on sales data are available and for which more than one case was reported.

The retrieval criteria applied for this analysis were rather broad and identified a large number of cases that clearly reported diagnoses that excluded IIH (mostly sinus vein thromboses). Even after removal of these cases from further analysis it cannot be excluded that single reports (in particular earlier cases dating back several decades) misdiagnosed secondary IH as IIH. Furthermore, the exact diagnosis remains unclear in cases that only report IH/papilloedema without any further specification (which were included in the analyses). Thromboembolism is a known risk for combined estrogen-progestin combinations and a considerable part of the cases might refer to an undiagnosed cerebrovascular event.

The information on the outcome in association with the withdrawal of the products reported in isolated cases is difficult to interpret given the fact that the patients received treatment for the condition. In those cases where information on the weight is provided, the vast majority report overweight (approximately 80%), which is an important risk factor for both IIH and thromboembolic events. Based on the data provided in the ICSRs received by Bayer there is no evidence for a causal association between use of progestin-containing products (including LNG-containing products) and development of IIH.

## 4. Discussion

The presented comprehensive review of all relevant data from studies, literature and spontaneous reports does not indicate that LNG IUS use is associated with an increased risk of IIH. The available data do not support that IIH would be a side effect of levonorgestrel use, either as sole active substance or in combination, nor do they provide grounds to postulate a progesterone/ progestin class effect.

IIH is a disorder of unknown etiology which predominantly affects women of childbearing age (111). It is, therefore, not surprising that a number of publications hypothesize a possible link of IIH to various factors associated with the female reproductive cycle (56, 57), or to medications with a high utilization rate in this population, such as hormonal contraception (27). None of the postulated associations have been substantiated in case-control studies (10, 11, 28). On the other hand, these and other case-control studies (18, 52) have repeatedly demonstrated a strong association of increased BMI and recent weight gain and the development of IIH.

A discussion on a possible link between levonorgestrel implants (Norplant) and IIH was prompted by publications of single cases (81, 86) and a case series retrieved from the FDA MedWatch Spontaneous Reporting System (72) in the 1990s. Most of the patients in these cases were obese or had recently gained weight, and the authors of the case series concluded that based on their analysis it was not possible to determine whether Norplant, obesity or weight gain, or both factors were related to IIH. Despite the authors' advice for caution in the interpretation of their results (72), these reports have been cited as evidence for an association by some (50, 73). A statement that "There have been reports of idiopathic intracranial hypertension in NORPLANT SYSTEM users" was included in the warnings section of the product information for Norplant. Similar language on IIH has later been included in the label of its successor product Jadelle (formerly also called Norplant-II, 2-rod LNG implant).The evidence base for this statement is isolated spontaneous case reports in users with risk factors for IIH. No cases of IIH were reported in a large post-marketing surveillance study of Norplant that accumulated 78,323 woman-years of observation (39,337 in women initiating Norplant use, 31,915 in women initiating IUDs, and 7,071 in sterilized women) (107).

The company has performed several signal investigations on LNG IUS and IIH in the past, and has repeatedly refuted the signal.

The analyses performed in external spontaneous reporting databases (FDA Adverse Event Reporting System [FAERS database] and the WHO Global ICSR Database System [VigiBase]) performed by the company (see **Appendix 1**) emphasize the importance of confounders when interpreting data that derive from spontaneous reporting systems and do not provide a signal for an increased risk. This was also acknowledged by Etminan (3), who retracted the main conclusion of his earlier paper on his disproportionality analyses in FAERS in which he proposed a higher than expected number of IIH reports in Mirena users (2).

In the company's view, the publication by Valenzuela et al. (1) which triggered the most recent signal investigation on LNG IUS and IIH by the company, and which is mentioned in BfArM's request for information, supports the conclusion that there is no increased risk of LNG IUS use and development of IIH for the following reasons:

- The study could not identify any distinct form of IIH associated with LNG IUS use (with regards to patient characteristics or clinical presentation).
- The exposure estimates in the control cohorts used for risk analysis are considerably lower than published LNG IUS utilization data in the respective background populations (Utah, Denmark), and therefore have to be regarded as under-estimates. Using estimates based on the published data for calculation of unadjusted odds ratios, there is no difference in risk between cases and the control cohort.

Overall, the company agrees with the authors' assessment that their findings do not suggest that use of an LNG IUS can cause IIH, and that the results of their risk analyses must be interpreted with great caution as they were unable to capture information on relevant confounders such as body weight or age distribution.

With the start of product liability litigation cases in the US in 2013, an increasing number of cases of IIH in LNG IUS users have been submitted to the company, either directly originating from the litigation process or as a consequence of the associated public attention. The reporting frequency of post-marketing reports on IIH in Mirena users has in recent years been influenced by the ongoing litigation; the observed increase in reporting rates per se does not, therefore, represent a safety signal. Overall, the reporting rate for IIH in LNG IUS users (0.22 per 100,000 woman-years) is low. Even when considering the under-reporting that spontaneous reporting rates are subject to under-reporting, the observed rates do not indicate an increased risk in a population which is more likely to develop IIH (annual incidence in women of childbearing age 2-4 per 100,000 women (66-69)) compared to the overall population. In the majority of cases obesity or overweight is mentioned, indicating an even higher risk in a population that has a background annual incidence of more than 20 per 100,000 woman-years (66, 69). Similar to the findings of Valenzuela et al, the patient characteristics in the single case reports mostly correspond to "typical" IIH patient profiles. No conclusive temporal pattern in relation to LNG IUS exposure can be identified. This speaks against "medication-induced" IIH when compared to published case series on minocycline-induced intracranial hypertension which rather uniformly presents a short time after start of treatment (54). In a disease with a predominantly transient, or fluctuating course, and which resolves often after (diagnostic) lumbar puncture, or initiation of acetazolamide treatment, any single-case analysis based on course of symptoms after removal of IUS is of limited relevance in the assessment of a possible causality. The overall picture shows cases with resolution under treatment, relapse after initial improvement and cases without improvement at time of report, with or without discontinuation of LNG IUS, and can,

therefore, be considered to reflect an expected pattern of disease course in a typical sample of IIH patients.

Isolated case reports of IIH or potential IIH in temporal association with other LNG- or - products containing progestin have been published, or received as spontaneous reports by the company. The observed post-marketing reporting frequency of IIH (including cases of IH/papilloedema without further specification) in users of other LNG- or progestin-containing products is very low. Even after exclusion of cases that report diagnoses not compatible with IIH, it cannot be ruled out that the numbers include cases of secondary intracranial hypertension, either misdiagnosed as IIH or reported as "increased intracranial pressure" or "papilloedema" without further specification. Over-diagnosis of IIH is common (25), and incorrect classification of cases of cerebral venous thrombosis as IIH occurs frequently even in an era of modern imaging techniques (24), which may explain some of the cases reported for - preparations containing estrogen. Obesity is mentioned in the vast majority of reports that contain information on weight, which is an important risk factor for both IIH and thromboembolic events.

No conclusive or biologically plausible hypothesis exists for a theoretical pathomechanism by which progestins would cause the development of IIH. In single cases, a weight increase preceding the diagnosis of IIH has been attributed to an effect of the hormonal contraceptive (96) , thus proposing an indirect link. LNG IUS is not considered to cause weight increase; the weight gain observed in LNG IUS users over time corresponds to the average increase in weight associated with ageing in the general female population. This is supported by published studies and systematic reviews showing no difference in the weight increase observed in copper IUD users compared to LNG IUS users (112-114). As there is no plausible biological pathomechanism by which copper IUDs would lead to an increase of body weight, it can be assumed that the weight gain is related to aging and life circumstances, mainly sedentary life and excessive food intake.

As mentioned above, IIH is a disorder of women of childbearing age, a population that uses hormonal contraceptives. LNG IUS is used in a population that is at highest risk of developing IIH. Preferential prescribing of progestin-only methods to obese women who should not use combined hormonal contraceptives due to increased risk for thrombosis is likely.

## 5. Overall conclusion and recommendation

Based on the comprehensive review of all relevant data, the company concludes that there is no increased risk of IIH associated with the use of LNG IUS. IIH is not considered a side effect of levonorgestrel (neither as single active substance, nor in combination), or a class effect of progestins in general.

## 6. Appendices

**Appendix 1** 2015 Signal Investigation – LNG IUS and IIH

**Appendix 2** Overview of Bayer's Woman's Health Care (WHC) Portfolio

**Appendix 3** CIOMS I Forms – LNG IUS retrieval for cases registered up to 29 May 2017 (generated on 30 May 2017)

**Appendix 4** CIOMS I Forms – LNG IUS retrieval for cases registered after 29 May 2017 up to 11 August 2017 (CIOMS I Forms generated on 27 Sep 2017)

**Appendix 5** CIOMS I Forms – LNG only products (other than LNG IUS) retrieval for cases registered up to 11 August 2017 (CIOMS I Forms generated on 27 Sep 2017)

**Appendix 6** CIOMS I Forms – LNG combination products retrieval for cases registered up to 11 August 2017 (CIOMS I Forms generated on 27 Sep 2017)

**Appendix 7** CIOMS I Forms – ICSRs involving other progestins – secondary intracranial hypertension – retrieval for cases registered up to 11 August 2017 (CIOMS I Forms generated on 27 Sep 2017)

**Appendix 8** CIOMS I Forms – ICSRs involving other progestins – IIH/IH/papilloedema excluding secondary intracranial hypertension – retrieval for cases registered up to 11 August 2017 (CIOMS I Forms generated on 27 Sep 2017)

## 7. References

1. Valenzuela RM, Rai R, Kirk BHea. An Estimation of the Risk of Pseudotumor Cerebri among Users of the Levonorgestrel Intrauterine Device. Neuro-Ophthalmology. 2017.
2. Etminan M, Luo H, Gustafson P. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf. 2015;6(3):110-3.
3. Etminan M. Revised disproportionality analysis of Mirena and benign intracranial hypertension. Ther Adv Drug Saf. 2017;8(9):299-300.
4. Smith JL. Whence pseudotumor cerebri? J Clin Neuroophthalmol. 1985;5(1):55-6.
5. Friedman DI, Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology. 2002;59(10):1492-5.
6. Friedman DI, Liu GT, Digre KB. Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. Neurology. 2013;81(13):1159-65.
7. Dasheiff R, Friedman DI, Liu GT, Digre KB. Ducks in a row. Neurology. 2014;82(11):1012.
8. Friedman DI, Liu GT, Digre KB. Author response. Neurology. 2014;82(11):1012.
9. Wall M, Kupersmith MJ, Kieburtz KD, Corbett JJ, Feldon SE, Friedman DI, et al. The idiopathic intracranial hypertension treatment trial: clinical profile at baseline. JAMA Neurol. 2014;71(6):693-701.
10. Giuseffi V, Wall M, Siegel PZ, Rojas PB. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. Neurology. 1991;41(2 ( Pt 1)):239-44.
11. Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. J Neurol Sci. 1993;116(1):18-28.
12. Friedman DI, Quiros PA, Subramanian PS, Mejico LJ, Gao S, McDermott M, et al. Headache in Idiopathic Intracranial Hypertension: Findings From the Idiopathic Intracranial Hypertension Treatment Trial. Headache. 2017;57(8):1195-205.
13. Dhungana S, Sharrack B, Woodroofe N. Idiopathic intracranial hypertension. Acta Neurol Scand. 2010;121(2):71-82.
14. Corbett JJ, Savino PJ, Thompson HS, Kansu T, Schatz NJ, Orr LS, et al. Visual loss in pseudotumor cerebri. Follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss. Arch Neurol. 1982;39(8):461-74.
15. Taktakishvili O, Shah VA, Shahbaz R, Lee AG. Recurrent idiopathic intracranial hypertension. Ophthalmology. 2008;115(1):221.
16. Shah VA, Kardon RH, Lee AG, Corbett JJ, Wall M. Long-term follow-up of idiopathic intracranial hypertension: the Iowa experience. Neurology. 2008;70(8):634-40.
17. Kesler A, Hadayer A, Goldhammer Y, Almog Y, Korczyn AD. Idiopathic intracranial hypertension: risk of recurrences. Neurology. 2004;63(9):1737-9.
18. Ko MW, Chang SC, Ridha MA, Ney JJ, Ali TF, Friedman DI, et al. Weight gain and recurrence in idiopathic intracranial hypertension: a case-control study. Neurology. 2011;76(18):1564-7.
19. Rowe FJ, Sarkies NJ. Visual outcome in a prospective study of idiopathic intracranial hypertension. Archives of ophthalmology (Chicago, Ill : 1960). 1999;117(11):1571.
20. Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumor cerebri). Descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol. 1993;50(1):78-80.
21. Bruce BB, Preechawat P, Newman NJ, Lynn MJ, Biousse V. Racial differences in idiopathic intracranial hypertension. Neurology. 2008;70(11):861-7.

22. Lee A, Wall M. UpToDate. Idiopathic intracranial hypertension (pseudotumor cerebri): Clinical features and diagnosis. www.uptodate.com last accessed 29MAY2017. 2017.
23. Biousse V, Ameri A, Bousser MG. Isolated intracranial hypertension as the only sign of cerebral venous thrombosis. Neurology. 1999;53(7):1537-42.
24. Lin A, Foroozan R, Danesh-Meyer HV, De Salvo G, Savino PJ, Sergott RC. Occurrence of cerebral venous sinus thrombosis in patients with presumed idiopathic intracranial hypertension. Ophthalmology. 2006;113(12):2281-4.
25. Fisayo A, Bruce BB, Newman NJ, Biousse V. Overdiagnosis of idiopathic intracranial hypertension. Neurology. 2016;86(4):341-50.
26. Ball AK, Clarke CE. Idiopathic intracranial hypertension. Lancet Neurol. 2006;5(5):433-42.
27. Walsh FB, Clark DB, Thompson RS, Nicholson DH. Oral contraceptives and neuro-ophthalmologic interest. Archives of ophthalmology (Chicago, Ill : 1960). 1965;74(5):628-40.
28. Ireland B, Corbett JJ, Wallace RB. The search for causes of idiopathic intracranial hypertension. A preliminary case-control study. Arch Neurol. 1990;47(3):315-20.
29. Sakka L, Coll G, Chazal J. Anatomy and physiology of cerebrospinal fluid. Eur Ann Otorhinolaryngol Head Neck Dis. 2011;128(6):309-16.
30. McGeeney BE, Friedman DI. Pseudotumor cerebri pathophysiology. HEADACHE. 2014;54(3):445-58.
31. Wall M, McDermott MP, Kieburtz KD, Corbett JJ, Feldon SE, Friedman DI, et al. Effect of acetazolamide on visual function in patients with idiopathic intracranial hypertension and mild visual loss: the idiopathic intracranial hypertension treatment trial. Jama. 2014;311(16):1641-51.
32. Smith SV, Friedman DI. The Idiopathic Intracranial Hypertension Treatment Trial: A Review of the Outcomes. Headache. 2017;57(8):1303-10.
33. Salpietro V, Polizzi A, Berte LF, Chimenz R, Chirico V, Manti S, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. Neuro endocrinology letters. 2012;33(6):569-73.
34. Markey KA, Uldall M, Botfield H, Cato LD, Miah MA, Hassan-Smith G, et al. Idiopathic intracranial hypertension, hormones, and 11beta-hydroxysteroid dehydrogenases. Journal of pain research. 2016;9:223-32.
35. Stiebel-Kalish H, Eyal S, Steiner I. The role of aquaporin-1 in idiopathic and drug-induced intracranial hypertension. Med Hypotheses. 2013;81(6):1059-62.
36. Malm J, Kristensen B, Markgren P, Ekstedt J. CSF hydrodynamics in idiopathic intracranial hypertension: a long-term study. Neurology. 1992;42(4):851-8.
37. Farb RI, Vanek I, Scott JN, Mikulis DJ, Willinsky RA, Tomlinson G, et al. Idiopathic intracranial hypertension: the prevalence and morphology of sinovenous stenosis. Neurology. 2003;60(9):1418-24.
38. Rohr A, Dorner L, Stingele R, Buhl R, Alfke K, Jansen O. Reversibility of venous sinus obstruction in idiopathic intracranial hypertension. AJNR American journal of neuroradiology. 2007;28(4):656-9.
39. King JO, Mitchell PJ, Thomson KR, Tress BM. Manometry combined with cervical puncture in idiopathic intracranial hypertension. Neurology. 2002;58(1):26-30.
40. Hainline C, Rucker JC, Balcer LJ. Current concepts in pseudotumor cerebri. Curr Opin Neurol. 2016;29(1):84-93.
41. Friedman DI. Cerebral venous pressure, intra-abdominal pressure, and dural venous sinus stenting in idiopathic intracranial hypertension. Journal of neuro-ophthalmology

: the official journal of the North American Neuro-Ophthalmology Society. 2006;26(1):61-4.
42. Johnston I, Paterson A. Benign intracranial hypertension. II. CSF pressure and circulation. Brain. 1974;97(2):301-12.
43. Gjerris F, Soelberg Sorensen P, Vorstrup S, Paulson OB. Intracranial pressure, conductance to cerebrospinal fluid outflow, and cerebral blood flow in patients with benign intracranial hypertension (pseudotumor cerebri). Ann Neurol. 1985;17(2):158-62.
44. Skau M, Brennum J, Gjerris F, Jensen R. What is new about idiopathic intracranial hypertension? An updated review of mechanism and treatment. Cephalalgia : an international journal of headache. 2006;26(4):384-99.
45. Glueck CJ, Aregawi D, Goldenberg N, Golnik KC, Sieve L, Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. The Journal of laboratory and clinical medicine. 2005;145(2):72-82.
46. Griffin JP. A review of the literature on benign intracranial hypertension associated with medication. Adverse Drug React Toxicol Rev. 1992;11(1):41-57.
47. Darendeliler F, Karagiannis G, Wilton P. Headache, idiopathic intracranial hypertension and slipped capital femoral epiphysis during growth hormone treatment: a safety update from the KIGS database. Hormone research. 2007;68 Suppl 5:41-7.
48. Thon OR, Gittinger JW, Jr. Medication-Related Pseudotumor Cerebri Syndrome. Seminars in ophthalmology. 2017;32(1):134-43.
49. Fishman RA. Polar bear liver, vitamin A, aquaporins, and pseudotumor cerebri. Ann Neurol. 2002;52(5):531-3.
50. Friedman DI. Medication-induced intracranial hypertension in dermatology. Am J Clin Dermatol. 2005;6(1):29-37.
51. Libien J, Kupersmith MJ, Blaner W, McDermott MP, Gao S, Liu Y, et al. Role of vitamin A metabolism in IIH: Results from the idiopathic intracranial hypertension treatment trial. J Neurol Sci. 2017;372:78-84.
52. Daniels AB, Liu GT, Volpe NJ, Galetta SL, Moster ML, Newman NJ, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol. 2007;143(4):635-41.
53. Miller MA, Digre KB, Bair CM, Crum A, Katz BJ, Kinard K, et al. A Comparison of Clinical Features of Pseudotumor Cerebri Secondary to Tetracyclines and Idiopathic Intracranial Hypertension. Abstract of the 2014 NANOS conference, North American Neuro-Ophthalmological Society. 2014.
54. Chiu AM, Chuenkongkaew WL, Cornblath WT, Trobe JD, Digre KB, Dotan SA, et al. Minocycline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol. 1998;126(1):116-21.
55. Regen F, Hildebrand M, Le Bret N, Herzog I, Heuser I, Hellmann-Regen J. Inhibition of retinoic acid catabolism by minocycline: evidence for a novel mode of action? Experimental dermatology. 2015;24(6):473-6.
56. Greer M. BENIGN INTRACRANIAL HYPERTENSION. V. MENSTRUAL DYSFUNCTION. Neurology. 1964;14:668-73.
57. Greer M. BENIGN INTRACRANIAL HYPERTENSION. III. PREGNANCY. Neurology. 1963;13:670-2.
58. Donaldson JO, Horak E. Cerebrospinal fluid oestrone in pseudotumour cerebri. Journal of neurology, neurosurgery, and psychiatry. 1982;45(8):734-6.

59. Toscano V, Sancesario G, Bianchi P, Cicardi C, Casilli D, Giacomini P. Cerebrospinal fluid estrone in pseudotumor cerebri: a change in cerebral steroid hormone metabolism? Journal of endocrinological investigation. 1991;14(2):81-6.
60. Soelberg Sorensen P, Gjerris F, Svenstrup B. Endocrine studies in patients with pseudotumor cerebri. Estrogen levels in blood and cerebrospinal fluid. Arch Neurol. 1986;43(9):902-6.
61. Klein A, Stern N, Osher E, Kliper E, Kesler A. Hyperandrogenism is associated with earlier age of onset of idiopathic intracranial hypertension in women. Current eye research. 2013;38(9):972-6.
62. Lee A, Kardon R, Wall M, Schlechte J. Endocrinologic abnormalities in pseudotumor cerebri in men. In: 28th Annual North American Neuro-Ophthalmology Society Meeting, Copper Mountain, CO 2002. 2002.
63. Samad F, Ruf W. Inflammation, obesity, and thrombosis. Blood. 2013;122(20):3415-22.
64. Kuhl H. Pharmacology of estrogens and progestogens: influence of different routes of administration. Climacteric. 2005;8 Suppl 1:3-63.
65. Funder JW. Aldosterone and Mineralocorticoid Receptors-Physiology and Pathophysiology. International journal of molecular sciences. 2017;18(5).
66. Kilgore KP, Lee MS, Leavitt JA, Mokri B, Hodge DO, Frank RD, et al. Re-evaluating the Incidence of Idiopathic Intracranial Hypertension in an Era of Increasing Obesity. Ophthalmology. 2017;124(5):697-700.
67. Sundholm A, Burkill S, Sveinsson O, Piehl F, Bahmanyar S, Nilsson Remahl AI. Population-based incidence and clinical characteristics of idiopathic intracranial hypertension. Acta Neurol Scand. 2017.
68. Raoof N, Sharrack B, Pepper IM, Hickman SJ. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. Eur J Neurol. 2011;18(10):1266-8.
69. McCluskey G, Mulholland DA, McCarron P, McCarron MO. Idiopathic Intracranial Hypertension in the Northwest of Northern Ireland: Epidemiology and Clinical Management. Neuroepidemiology. 2015;45(1):34-9.
70. Kesler A, Stolovic N, Bluednikov Y, Shohat T. The incidence of idiopathic intracranial hypertension in Israel from 2005 to 2007: results of a nationwide survey. Eur J Neurol. 2014;21(8):1055-9.
71. PI-Norplant. Norplant System Prescribing Information - Distributed by Wyeth Laboratories, AWyeth-Ayerst Company, Philadelphia, PA 19101. Issued october 12, 2001. http://www.vidyya.com/2pdfs/209nor.pdf last accessed 02 July 2014. 2001.
72. Wysowski DK, Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet Gynecol. 1995;85(4):538-42.
73. Friedman DI. Idiopathic intracranial hypertension. Curr Pain Headache Rep. 2007;11(1):62-8.
74. Schöndorf J. Justification Document no. 008 for Jadelle., Levonorgestrel 2 x 75 mg Implants. Changes from CCT version 04 to CCDS 05; Special warnings and precautions for use (4.4) Update of warning on idiopathic intracranial hypertension. 13 January 2015. 2015.
75. Friedman D. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf. 2016;7(1):23-4.
76. Etminan M. Risk of intracranial hypertension with intrauterine levonorgestrel: reply. Ther Adv Drug Saf. 2016;7(1):25-6.

77. Valenzuela RM, Rai R, Kirk BH, Sundar S, Sanders JN, Warner JEA, et al. Exploratory Study of the Relationship between the Levonorgestrel-Releasing Intrauterine System and Idiopathic Intracranial Hypertension. 41st Annual Meeting of the North American Neuro-Ophthalmology Society (NANOS); 21/2/2015-26/2/2015; San Diego, CA; USA: ABSTR 102 (2015). 2015.
78. Rai R, Kirk B, Sanders J, Valenzuela R, Sundar S, Warner J, et al. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. 2015 Annual Meeting of the Association for Research in Vision and Ophthalmology (ARVO); 3/5/2015-7/5/2015; Denver, CO; USA: ABSTR 2228. 2015.
79. Martinez H, Arana M, Braccia LG, Virgiliis MD, Maggiora Z. Atypical pseudotumour cerebri. Neuro-Ophthalmology. 2010;34(3):255-6.
80. Ros Forteza FJ, Pereira Marques I. Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device. Neurologia (Barcelona, Spain). 2017.
81. Alder JB, Fraunfelder FT, Edwards R. Levonorgestrel implants and intracranial hypertension. N Engl J Med. 1995;332(25):1720-1.
82. Sanders JN, Turok DK, Gawron LM, Law A, Wen L, Lynen R. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review. Am J Obstet Gynecol. 2017;216(6):590 e1- e8.
83. Daniels K, Daugherty J, Jones J, Mosher W. Current Contraceptive Use and Variation by Selected Characteristics Among Women Aged 15-44: United States, 2011-2013. Natl Health Stat Report. 2015(86):1-14.
84. Boulet SL, D'Angelo DV, Morrow B, Zapata L, Berry-Bibee E, Rivera M, et al. Contraceptive Use Among Nonpregnant and Postpartum Women at Risk for Unintended Pregnancy, and Female High School Students, in the Context of Zika Preparedness - United States, 2011-2013 and 2015. MMWR Morb Mortal Wkly Rep. 2016;65(30):780-7.
85. Lindh I, Skjeldestad FE, Gemzell-Danielsson K, Heikinheimo O, Hognert H, Milsom I, et al. Contraceptive use in the Nordic countries. Acta Obstet Gynecol Scand. 2017;96(1):19-28.
86. Sunku AJ, O'Duffy AE, Swanson JW. Benign Intracranial Hypertension Associated with Levonorgestrel Implants. Ann Neurol. 1993;34:299.
87. Singh K, Chye GC. Adverse effects associated with contraceptive implants: incidence, prevention and management. Adv Contracept. 1998;14(1):1-13.
88. Frank ML, DiMaria C. Levonorgestrel subdermal implants. Contraception on trial. Drug Saf. 1997;17(6):360-8.
89. Tang RA, Pardo G, Woon CC, Hamlin M, O'Neal T, Schiffman J. Pseudotumor cerebri associated with the Norplant contraceptive device. Investigative Ophthalmology and Visual Science. 1995;36(4):677.
90. Hannerz J, Antovic JP, Blomback M, Edman G, Khademi M, Piehl F. Inflammatory and haemostatic markers in idiopathic intracranial hypertension. J Intern Med. 2011;270(5):496-9.
91. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. Arch Neurol. 1988;45(8):875-7.
92. Contreras-Martin Y, Bueno-Perdomo JH. Idiopathic intracranial hypertension: descriptive analysis in our setting. Neurologia (Barcelona, Spain). 2015;30(2):106-10.
93. Lete I, Perez-Campos E. Differences in contraceptive use between Spanish female healthcare providers and Spanish women in the general population aged 23 to 49 years: the HABITS Study. Eur J Contracept Reprod Health Care. 2014;19(3):161-8.

94. Ivancic R, Pfadenhauer K. Pseudotumor cerebri after hormonal emergency contraception. Eur Neurol. 2004;52(2):120.
95. Triggiani V, Giagulli VA, Moschetta M, Guastamacchia E. An unusual case of reversible empty sella. Endocr Metab Immune Disord Drug Targets. 2015.
96. Kassen N, Wells CL, Moodley A. Pseudotumor Cerebri and Implanon: Is Rapid Weight Gain the Trigger? Neuro-ophthalmology (Aeolus Press). 2015;39(6):281-4.
97. Merck. Nexplanon (etonogestrel implant) Prescribing Information. Revised 05/2017. Accessed 09/2017 under http://www.merck.com/product/usa/pi_circulars/n/nexplanon/nexplanon_pi.pdf.
98. Chan JW. Idiopathic intracranial hypertension associated with depot medroxyprogesterone. Eye (Lond). 2006;20(12):1396-7.
99. Pfizer. Depo-Provera 150mg/ml Injection Summary of Product Characteristics. Updated 14-DEC-2016, accessed 09/2017 under https://www.medicines.org.uk/emc/print-document?documentId=11121.
100. Bahall M, Reyes AJ, Ramcharan K, Hosein N, Seegobin K, Bahall K, et al. Neuro-Ophthalmological Manifestations after Intramuscular Medroxyprogesterone: A Forme Fruste of Idiopathic Intracranial Hypertension? Neurology international. 2016;8(3):6132.
101. Bahemuka M. Benign intracranial hypertension associated with the use of depo-provera (depot medroxyprogesterone): a case report. East Afr Med J. 1981;58(2):140-1.
102. Elrherbi A, Elkarimi ME, Filali H, Tazi A, Hakkou F. Benign intracranial hypertension associated to progesterone utrogestan: about one case. . Drug Safety. 2011;34(10):945.
103. Finsterer J, Kues EW, Brunner S. Pseudotumour cerebri in a young obese woman on oral contraceptives. Eur J Contracept Reprod Health Care. 2006;11(3):237-40.
104. Yunisova G, Gungor I, Kocasoy Orhan E, Baykan B. Stabbing Headache as the Presenting Symptom of Idiopathic Intracranial Hypertension. Headache. 2017;57(7):1152-3.
105. Rogalinska I, Czaplicka E, Rospond-Kubiak I, Kociecki J. Recurrent bilateral papilloedema secondary to pseudotumor cerebri caused by oral contraception - case report // Nawracajacy obustronny obrzek tarczy nerwu wzrokowego w przeblegu guza rzekomego mozgu indukowanego doustna antykoncepcja - opis przypadku. Case reports conference network ophthalmology, November 13-14, Poznan, Poland 2009: program & abstract book. 2009.
106. Sheehan JP. Hormone replacement treatment and benign intracranial hypertension. Br Med J (Clin Res Ed). 1982;284(6330):1675-6.
107. Post-marketing surveillance of Norplant((R)) contraceptive implants: II. Non-reproductive health(1). Contraception. 2001;63(4):187-209.
108. WHO-UMC. The use of the WHO-UMC system for standardized case causality assessment. World Health Organization (WHO) — Uppsala Monitoring Centre. Available from: http://www.who.int/medicines/areas/quality_safety/safety_efficacy/WHOcausality_assessment.pdf (last accessed 22 May 2017). 2005.
109. EMA. European Union Individual Case Safety Report (ICSR)1 Implementation Guide.
110. EMA. Guideline on good pharmacovigilance practices (GVP) Module VI – Management and reporting of adverse reactions to medicinal products.

111. Mollan SP, Ali F, Hassan-Smith G, Botfield H, Friedman DI, Sinclair AJ. Evolving evidence in adult idiopathic intracranial hypertension: pathophysiology and management. Journal of neurology, neurosurgery, and psychiatry. 2016;87(9):982-92.
112. Silva Dos Santos PN, Madden T, Omvig K, Peipert JF. Changes in body composition in women using long-acting reversible contraception. Contraception. 2017;95(4):382-9.
113. Modesto W, de Nazare Silva dos Santos P, Correia VM, Borges L, Bahamondes L. Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel-releasing intrauterine system and a copper intrauterine device for up to ten years of use. Eur J Contracept Reprod Health Care. 2015;20(1):57-63.
114. Lopez LM, Ramesh S, Chen M, Edelman A, Otterness C, Trussell J, et al. Progestin-only contraceptives: effects on weight. Cochrane Database Syst Rev. 2016(8):Cd008815.