# Exhibit 72

- Headache
- Nausea
- Mood changes
- Bloating
- Edema
- Weight gain
- Acne or greasy skin

Information on these side effects within the previous month were to be gathered at every post-insertion visit with specific questioning.

**Unexpected adverse drug reactions**

An AE was unexpected if its characteristic was not consistent with the reference documents as described above.

Reports were to be considered as unexpected if they added significant information on the specificity or intensity of an expected ADR.

The term ‘unexpected’ as used in this definition refers to an ADR currently not included in the reference document; it does not refer to the perspective of such an event not being anticipated from the pharmacological properties of the study drug.

### 6.5.5.1.5 Serious baseline findings / serious adverse events

**Serious baseline findings**

Definition

Baseline findings were to be regarded as serious if they met the same criteria used for SAEs (see below).

**Serious adverse events (SAEs)**

Definition

The following SAE definition is based on ICH guidelines and the final rule issued by the FDA and effective 06 Apr 1998. It was to be applied to both AEs and baseline findings.

A SAE is classified as any untoward medical occurrence that at any dose

- Results in death, or
- Is life threatening, or

By-subject information for all subjects who prematurely discontinued the study medication due to an AE can be found in Section 16.2.7 (subject listings) and Section 16.3.1 (individual CRFs).

**Symptoms of pelvic inflammatory disease**

Particular attention was paid to the 2 women (PID120216, LCS 16 and PID 130222, Mirena) who showed symptoms of pelvic inflammatory disease. See Table 221. Both women had pelvic tenderness, lower abdominal pain and other symptoms, but neither had a purulent or abnormal vaginal discharge. Only PID 120216 had increased body temperature. PID 120216 was diagnosed with severe pelvic inflammatory disease that was thought unlikely to be related to study treatment, but probably related to study conduct. Study treatment was withdrawn, the subject received drug and non-drug treatment, and recovered. PID 130222 had suspected severe pelvic inflammatory disease, 2 days after study treatment had been withdrawn due to other AEs (abdominal pain, ovarian cyst, subfebrility, appendicitis). The subject received drug and non-drug treatment and recovered. The SAE was thought unlikely to be related to study treatment and not related to study conduct. See also Section 16.2.8.2, Listings 33-37 and the patient narratives in Section 14.

One woman (PID 130266, LCS 12) was diagnosed with mild salpingo-oophoritis during her first year of treatment (see Table 131). The event was classified by the investigator as non-serious and unlikely to be related to study drug, and did not meet the protocol-defined criteria for PID (given in Section 6.5.5.1.1). LCS was not discontinued and the subject recovered with antibiotic treatment.

**Progestin-related side effects**

At each visit women were questioned about progestin-related side effects (breast tension, breast pain, headache, nausea, mood changes, bloating, edema, weight gain, and acne or greasy skin) experienced in the previous month.

Differences in individual symptoms, both among the treatment groups and over time, were small but there was a general trend towards fewer side effects later in the study. At Month 1, more women in the Mirena group experienced headache (LCS12: 16%, LCS16: 15%, Mirena: 19%) and breast tension (LCS12: 15%, LCS16: 16%, Mirena: 20%) than women in the LCS groups. At Month 6, more women in the Mirena group experienced acne (LCS12: 24%, LCS16: 22%, Mirena: 30%), although there was no difference at Month 1. For the other symptoms, no relevant differences among the treatment groups or over time were seen. A summary of the number of women experiencing progestin-related side effects by time point and treatment is shown in Section 15, Table 141.

The number of discontinuations due to progestin-related side-effects was very low in all treatment groups, but slightly higher in the LCS16 group than in the LCS12 group (9.0% vs. 5.9%; Mirena: 8.3%). In the first year of treatment the number of discontinuations due to progestin-related side effects was 3.5% overall (3.7% in the LCS16 group), but the predefined threshold of 6% over the whole treatment period of 3 years was just missed by the LCS16 group. It must be noted that the difference between the LCS12 and LCS16 groups consisted only of 8 women over a treatment period of 3 years (14 women for LCS12 and 22 women for LCS16, see Text table 6). This difference is not considered clinically relevant.