# Exhibit 73

CONFIDENTIAL

Schering Group - Global Medical Safety Surveillance
Cases concerning Mirena and MedDRA HLGT Vision disorders (10047518) received until 15.08.2005

Creation date of this report: 15/08/2005

| Schering no. Country of Origin Initial Report Date | Source Classification | Trial no. Study Design Reporter Type | Pat.-ID Pat. Age Pat.-Sex Primary Indication | Medical Confirmation Case Seriousness Case Listedness Case Causality Case Outcome | SAE/ADR Information: MedDRA Preferred Term Description as Reported | Seriousness |
|---|---|---|---|---|---|---|
| **Result # 21 : Case Number 01/02518-USE** | | | | | | |
| **01/02518-USE**<br>UNITED STATES<br>27-Apr-2001 | Report from Study<br>Study: Phase I - III | 303820<br>Not Blinded<br>1 Other Health Professional | 231004 / / 231004<br>23 years<br>female<br>Contraception | Medically Confirmed<br>Serious<br>Unlisted<br>Not related<br>Causality assessment as reported: unlikely<br>Causality assessment by the company: unlikely<br>recovered/resolved | Diplopia<br>double vision | /medically relevant |
| | | | | | Papilloedema<br>chronic papilledema | |
| | | | | | Allergic sinusitis<br>allergic sinusitis | |
| | | | | | Migraine<br>chronic migraines | |
| | | | | | Vomiting<br>vomiting (occasional) | |
| | | | | | Metrorrhagia<br>spotting (post Mirena insertion) | |
| | | | | | Abdominal pain upper<br>postprandial rt upper quadrant pain | |
| | | | | | Weight increased<br>weight gain | |

**Case Products**

| Product Name | Start Date | Stop Date | Dose Description | Route of Administration |
|---|---|---|---|---|
| 1.Suspect | | | | |
| Mirena | 08/01/2001 | | 0.02 mg daily | Intra-uterine |
| 2.Concomitant | | | | |
| None | | | | |
| 3.Treatment | | | | |
| Zyrtec (cetirizine) | | | | |

CONFIDENTIAL



| Schering no.<br>Country of Origin<br>Initial Report Date | Source<br>Classification | Trial no.<br>Study Design<br>Reporter Type | Pat.-ID<br>Pat. Age<br>Pat.-Sex<br>Primary Indication | Medical Confirmation<br>Case Seriousness<br>Case Listedness<br>Case Causality<br>Case Outcome | SAE/ADR Information: MedDRA Preferred Term<br>Description as Reported | Seriousness |
|---|---|---|---|---|---|---|

Claritin-D (loratadine/pseudoephedrine)
Nasacort AQ (triamcinolone) Other
Aleve (naproxen)
Tylenol (acetaminophen)
ibuprofen
Pepcid (famotidine)

**Patient Medical History:**

**Condition:**

**Note:**
Suppl. (03 May 01): Surgical history: appendectomy in 1997, cholecystectomy in 1998. Denies smoking. Four previous pregnancies and births; last one on 31 Oct 00. Baseline screening blood pressure: 112/78 mmHg. Pre-screening labs on 20 Dec 00 included a normal thyroid panel; other lab values were also unremarkable. Patient had no study baseline history of diplopia, visual abnormalities, migraines, diabetes, thyroid disorder, hypertension, facial trauma or recent head trauma.

**Case Narrative:**

A study report:

A 23 year old Hispanic female (#231004) enrolled in study #303820 and inserted with Mirena on 08 Jan 01 for contraception started to experience double vision on 09 Jan 01, one day after Mirena insertion. She is able to ambulate well and continues working with some difficulty, but states she has difficulty driving a car. She also reports chronic migraines and occasional vomiting with some spotting since insertion. She was evaluated by an ophthalmologist who performed a CT scan and found no cause for her symptoms. The investigator offered to remove Mirena, but the patient declined. The double vision is continuing.

Suppl. (03 May 01): Investigator reports the patient with no prior history of diplopia or visual disturbances experienced double vision that was constant and in both eyes one day after Mirena insertion. She denied having any pain, red eyes, headaches, vomiting, or other symptoms associated with the double vision. An ophthalmoscopic exam revealed no abnormalities and no treatment intervention was given. Study screening labs included a normal thyroid panel; other lab values at study screening were also unremarkable. The patient had no study baseline history of migraines, diabetes, thyroid disorder, hypertension, facial trauma or recent head trauma.

Suppl. (13 Jul 01): Additional information obtained from progress notes: according to office notes, the patient did report experiencing intermittent headaches as well as postprandial right upper quadrant pain. A CT scan of the head on 28 Mar 01 was negative except for some opicification of the visualized sphenoid sinus. The headaches were thought to be likely due to allergic sinusitis and she was treated with antihistamines and NSAIDs. A follow up brain MRI on 17 May 01 was essentially negative but did show maxillary and ethmoid sinusitis. She was treated with antihistamines, nasal decongestants and a topical nasal steroid for the sinusitis. A gallbladder ultrasound was negative and she was started on famotidine. She was sent for an ophthalmology consult on 21 May 01 and was noted to have continuing diplopia and chronic papilledema. Ophthalmologist consult recommended a repeat MRI and if normal to proceed with LP to rule out pseudotumor cerebri. On 05 Jun

CONFIDENTIAL



| Schering no. Country of Origin Initial Report Date | Source Classification | Trial no. Study Design Reporter Type | Pat.-ID Pat. Age Pat.-Sex Primary Indication | Medical Confirmation Case Seriousness Case Listedness Case Causality Case Outcome | SAE/ADR Information: MedDRA Preferred Term Description as Reported | Seriousness |
|---|---|---|---|---|---|---|

01 the patient also reported a weight gain since Feb 01. As of 05 Jun 01 the patient has not yet recovered from the diplopia. Mirena was scheduled to be removed.

Suppl. (14 Aug 01): Follow up report received: patient has recovered from double vision.

Suppl. (05 Nov 02): Study site reports the patient was lost to follow-up. She has since been unresponsive to requests for information. Patient refused to come to her required Pap/breast palpation visit and wants no further contacts in regards to the study. Mirena was not removed as the patient refused to return after reporting the diplopia and constantly refused to have Mirena removed. No repeat MRI or LP was performed and pseudotumor cerebri was not ruled out as of May 02. Diplopia spontaneously resolved on 26 Apr 01.

Reporter's comment: The event is unlikely related to study medication.

Study Title: A Multicenter, Open-Label, Uncontrolled Trial with Levonorgestrel-Releasing Intrauterine System (LNG IUS) to evaluate the Insertion and Counseling Procedures.
B2. Outcomes attributed to adverse event. 'Other': Medically relevant: double vision

<u>Company Comment:</u>

Company medical assessment:
There can be multiple reasons for double vision. In this case the diagnostic measures did not reveal any reason for double vision. Mirena is currently not suspected to cause double vision or any other disorder resulting in double vision or chronic papilledema. Double vision resolved without Mirena beeing removed. Currently causality to Mirena assessed as unlikely.