# Exhibit 74

**CIOMS FORM**

| **Suspect Adverse Reaction Report** | **BAYER CASE ID: 200815971GPV**<br>**ICSR ID: SE-BAYER-200815971GPV Type: COMPANY** |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET |
|---|---|---|---|---|---|
| Redacted: Personal Info | **SWEDEN** | **03-Apr-1970** | **37 years** | **female** | **08-Jan-2008** |

7+13. DESCRIBE REACTION(S) (including relevant tests/lab data)

**BENIGN INTRACRANIAL HYPERTENSION (LLT: Benign intracranial hypertension)**
**HEADACHE AFTER LUMBAR PUNCTURE (LLT: Lumbar puncture headache)**

Global narrative:
A clinical trial investigator reported on 01-Apr-2008 the occurrence of benign intracranial hypertension and headache after lumbar punction in a 37 year-old Caucasian female (patient ID 130105, EUDRACT no. 2006-000394-30) who entered study 309988, study title: Multicenter study to investigate the bleeding profile and the insertion easiness in women inserted with a second consecutive Mirena for contraception or menorrhagia. A subset of patients was assigned to the nested-randomized, placebo-controlled, double blind misoprostol arm.

8-12. CHECK ALL ITEMS APPROPRIATE TO ADVERSE REACTIO

- [ ] PATIENT DIED
- [X] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OR SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY/ BIRTH DEFECT
- [ ] MEDICALLY IMPORTANT EVENT

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG **Drug 1 of 3**
**Mirena (LEVONORGESTREL)**

| 15. DAILY DOSE(S) | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| **20 µG/D** | **INTRA-UTERINE** |

17. INDICATION(S) FOR USE
**contraception, menorrhagia**

| 18. THERAPY DATES | 19. THERAPY DURATION |
|---|---|
| **05-Mar-2007 continuing** | **NI** |

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES [ ] NO [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES [ ] NO [ ] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION
**Name: Ipren (IBUPROFEN [IBUPROFEN]), Route: ORAL, Indications: dysmenorrhea, headache**
**Name: Cefalexin (CEFALEXIN), Route: ORAL, Dates: 21-Feb-2007 to 25-Feb-2007, Duration: 5 days, Indication: pneumonia**

23. OTHER RELEVANT HISTORY
**History: non-smoker, multiparous (3 births), abortion**

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
**Bayer Schering Pharma AG - Global Pharmacovigilance**
**Muellerstrasse 178**
**Berlin - Germany**

24b. MFR CONTROL NO.
**BAYER CASE ID: 200815971GPV**

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| **30-Oct-2008** | [X] STUDY [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL |
| DATE OF THIS REPORT<br>**29-May-2009** | 25a. REPORT TYPE<br>[ ] INITIAL [X] FOLLOWUP 11 |

CASE VERSION: **6.0.64**
CASE STATUS:
**Serious / Unlisted / Not Associated**
MEDICALLY CONFIRMED: **YES**

STUDY ID: **SAG0224B / S309988+**
EUDRACT NO: **2006-000394-30**
PATIENT ID: **130105**
RANDOM NO: **17**
OTHER BSE: **01-04-08-1**

CIOMS FORM

| Suspect Adverse Reaction Report | BAYER CASE ID: 200815971GPV |
|---|---|
| | ICSR ID: SE-BAYER-200815971GPV Type: COMPANY |

**I. REACTION INFORMATION [continued]**

7+13. DESCRIBE REACTION(S) (including relevant tests/lab data)

Medical and drug history:

The patient's relevant medical history includes non-smoker, multiparous (3 births), and one abortion. The patient had previous and concomitant medication: Ipren for dysmenorrhea and headache; Cefalexin for pneumonia; Alvedon for uterine pain after insertion and Treo for headache.

Suspect drug(s), timing and conditions surrounding the onset of the reaction(s):

Patient had first Mirena from Mar-2002 to 5-Mar-2007. The patient received second Mirena (levonorgestrel releasing IUS) at a total daily dose of 20 µG/D intra-uterine for contraception on 05-Mar-2007. Patient also received single, sublingual, 200 mcg dose of misoprostol (Cytotec) or placebo 3 hours prior Mirena insertion on 5-Mar-2007.

The progression of the event(s) and its (their) outcome in the patient:

On 08-Jan-2008, approximately 10 months after starting treatment with second Mirena, the patient developed severe headache and was hospitalized. Computed tomography (CT), angiography, spinal puncture (liquor) and neurological examination were all normal. Intracranial benign hypertension was diagnosed. Patient was discharged on 9-Jan-2008. On 10-Jan-2008, patient experienced headache after lumbar punctuture considered serious due to re-hospitalization. No action taken. The patient was discharged on 11-Jan-2008.

It was reported that the patient has recovered.

The dose of Mirena was not changed

The original reporter's clinical assessment:
For benign intracranial hypertension no relationship to first and second Mirena , misoprostol (Cytotec) or study conduct.
For headache after lumbar puncture no relationship to first and second Mirena, misoprostol (Cytotec) or study conduct.

Suppl. (14-Apr-2008): Investigator's comment: The only information that is found in the journal, was that all of the examinations were normal (which was already written in the initial SAE report). The diagnosis seems to be very unsure and there are no really explanation more than that the examination findings were normal.

Suppl. (24-Apr-2008): The patient had a weight of 88 kg and a height of 168 cm (BMI 31). The physicial and gynecological examinations were performed. The palpation of breast was performed but no mammography. Baseline findings included mild dysmenorrhea since 1982, mild stress-related headache since 1988, and pneumonia from 21-Feb-2007 until 25-Feb-2007. The blood pressure was 115/80 mmHg.

Suppl. (12-Sep-2008): CORRECTION: The last follow-up was not received on 24-Apr-2008 but on 23-Apr-2008.

Follow up information was received on 30-Oct-2008:
Study was unblinded on 30-Oct-2008. The patient (PID 130104) received Placebo.

Addendum on 25-May-2009:
As a result of an internal review please read The patient (PID 130105) received Placebo. (instead of "The patient (PID 130104) received Placebo.")

BAYER Schering Global Comment (part one):
In the present case a 37 year old female developed severe headache approximately 10 months after insertion of second Mirena. The patient was hospitalized. Computed tomography (CT), angiography, spinal puncture (liquor) and neurological examination were all normal. Intracranial benign hypertension was diagnosed. Patient was hospitalized for one day and discharged as recovered. Next day the patient experienced headache after lumbar puncture and was re-hospitalization for one day. The patient recovered. Mirena treatment ongoing.
The event considered serious due to hospitalization. Benign intracranial hypertension is not listed.
The investigator considered benign intracranial hypertension as not associated to second Mirena.

**CIOMS FORM**

| **Suspect Adverse Reaction Report** | **BAYER CASE ID: 200815971GPV** |
|---|---|
| | **ICSR ID: SE-BAYER-200815971GPV Type: COMPANY** |

**I. REACTION INFORMATION [continued]**

7+13. DESCRIBE REACTION(S) (including relevant tests/lab data)

No relationship to first Mirena and misoprostol (Cytotec) or study conduct. For headache after lumbar puncture no relationship to Mirena, misoprostol (Cytotecc) or study conduct.
Idiopathic intracranial hypertension (IIH; also termed benign intracranial hypertension, and pseudotumor cerebri) is the clinical syndrome of raised intracranial pressure, in the absence of space-occupying lesions or vascular lesions, without enlargement of the cerebral ventricles, for which no causative factor can be identified. The cause of the disease is still unknown. Impairment of cerebrospinal-fluid re-absorption is discussed as the most likely underlying pathomechanism causing the raised pressure.

Bayer Global Comment:
(continued):
IIH shows a striking predilection for women of child-bearing age who are overweight. A number of other conditions have been reported in association with IIH, but confirmation in larger studies is lacking.
Anecdotical reports of IIH in users of levonorgestrel implants have been published in the past, but confirmed evidence for a causal association is lacking. Single cases have been reported in Mirena users, but the overall reporting frequency lies well below what would be expected in a population of women of childbearing age, and in the majority of reports, risk factors for IIH (overweight/obesity) are present.
In the current case, the temporal relationship between IUS insertion and symptom onset is considered very weak ( after in total 5 years and 10 months of Mirena use). Furthermore, results of the lumbar puncture were reportedly normal, which questions the diagnosis of IIH. In summary, the case details provided do not indicate a causal relationship between Mirena and the benign intracranial hypertension (unrelated to 2nd Mirena, 1st Mirena and Cytotec vs. Placebo).
Follow-up from 14 Apr 2008: no change in medical assessment.
Follow-up from 24 Apr 2008: no change in medical assessment.
CORRECTION of received date (23-Apr-2008): no change in assessment
Follow-up (30-Oct-2008):The complete study has been unblinded. This patient received treatment with Placebo. No change to previous assessment.
Addendum on 25-May-2009: Correction pf patient ID only, no change in assessment.

Other relevant tests:
08-Jan-2008: computed tomography (CT), angiography, spinal puncture (liquor), neurological examination: all normal;

**II. SUSPECT DRUG(S) INFORMATION [continued]**

| | | |
|---|---|---|
| 14. SUSPECT DRUG **Drug 2 of 3**<br>**Placebo (PLACEBO)** | | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br>☐ YES ☐ NO ☐ NA |
| 15. DAILY DOSE(S)<br>**NI** | 16. ROUTE(S) OF ADMINISTRATION<br>**SUBLINGUAL** | |
| 17. INDICATION(S) FOR USE<br>**NI** | | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION?<br>☐ YES ☐ NO ☐ NA |
| 18. THERAPY DATES<br>**05-Mar-2007 to 05-Mar-2007** | 19. THERAPY DURATION<br>**<1 day** | |

NI - No information available at this time UNK - information unknown Bayer CIOMS-I version 1.28



CONFIDENTIAL

CIOMS FORM

| Suspect Adverse Reaction Report | BAYER CASE ID: 200815971GPV<br>ICSR ID: SE-BAYER-200815971GPV Type: COMPANY |
|---|---|

## II. SUSPECT DRUG(S) INFORMATION [continued]

| | | |
|---|---|---|
| 14. SUSPECT DRUG **Drug 3 of 3**<br>**Mirena (LEVONORGESTREL)** | | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br>☐ YES ☐ NO ☐ NA |
| 15. DAILY DOSE(S)<br>**20 µG/D** | 16. ROUTE(S) OF ADMINISTRATION<br>**INTRA-UTERINE** | |
| 17. INDICATION(S) FOR USE<br>**contraception** | | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION?<br>☐ YES ☐ NO ☐ NA |
| 18. THERAPY DATES<br>**??-Mar-2002 to 05-Mar-2007** | 19. THERAPY DURATION<br>**5 years** | |

## III. CONCOMITANT DRUG(S) AND HISTORY [continued]

| |
|---|
| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION<br>**Name: Alvedon (PARACETAMOL), Dose: 1000 MG, Route: ORAL, Dates: 05-Mar-2007 to 05-Mar-2007, Duration: <1 day, Indication: uterine pain after insertion**<br>**Name: Treo , Route: ORAL, Indication: headache** |
| 23. OTHER RELEVANT HISTORY |