# Exhibit 75

| **Subject identifier** | **14371-440050008** | |
|---|---|---|
| **Year of birth** | 1995 | |
| **Sex** | Female | |
| **Height (cm)** | 156 | |
| **Baseline weight (kg)** | 65 | |
| **Race** | White | |
| **Study drug** | Low dose levonorgestrel contraceptive intrauterine system 12 micrograms/day (LCS12) | |
| **Start / stop dates of study drug** | 01 MAR 2012 / Ongoing | |
| **Event** | Pseudotumor cerebri (MedDRA: Benign intracranial hypertension) | |
| **Intensity** | Moderate | |
| **Serious (yes/no)** | Yes | |
| **Start / stop date of event** | 10 SEP 2012 / 18 SEP 2012 | |
| **Study drug action** | Dose not changed | |
| **Outcome of event** | Recovered / resolved | |
| **Relationship to study drug** | **Investigator's assessment**<br>No | **Sponsor's assessment**<br>No |
| **Relationship to study conduct** | No | No |

**Description**

This 16-year-old adolescent was enrolled in the Study 14371, a trial designed to evaluate the safety, efficacy discontinuation rate and pharmacokinetics of 12 µg / 24 h of the low dose levonorgestrel contraceptive intrauterine system 12 micrograms/day (LCS12) in post-menarcheal female adolescents under 18 years of age and entered the extension phase after 1 year of use for additional 2 years.

Her medical history included dysmenorrhea since 2006 (treated with Mexalen on 26 FEB 2012) and pseudotumor cerebri since 03 SEP 2009 (treated with Bicanorm and Diamox from 2009 to 18 SEP 2012). She was nulliparous and had no abortions. During the screening examination on 23 FEB 2012, she reported oral hormonal contraception as prior contraceptive methods she had ever used. Her blood pressure was 104/77 mmHg, her heart rate was 80 bpm. Laboratory test values at screening were in the normal range except for low hemoglobin at 10.9 g/dl (reference range: 12 to 15.5 g/dl) which was still low when she entered the extension phase of the study. No abnormal physical or gynecologic findings were observed at screening. Pathologist's assessment of cervical smear was normal.

Pelvic examination was normal at the baseline examination on 01 MAR 2012 and an anteverted uterus was noted. The subject reported oral hormonal contraception as current contraceptive method which was stopped on 23 FEB 2012. Her last menstruation date prior to start of treatment was 26 FEB 2012. Serum HCG at screening and urinary pregnancy test at baseline were both negative.

The LCS12 was inserted on 01 MAR 2012. No paracervical block was done and no local anesthetic given. Before the procedure, the subject received the analgesic Diclobene and oral Cyprostol for cervical priming. Dilatation was not required. The investigator assessed the insertion of the LCS as easy, the subject reported mild pain. Post-insertion check confirmed visibility of IUS threads.

On 10 SEP 2012, the subject was hospitalized for a planned stent implantation due to pseudotumor cerebri. The investigator assessed this event as moderate and as serious (due to inpatient hospitalization or prolongation of existing hospitalization). On 12 SEP 2012, treatment with oral Plavix and oral Thrombo ASS was started. Right transverse-sigmoid sinus stenting was performed on 13 SEP 2012 and she received the following medications: intravenous Aspirin, Dipidolor, Elo-Mel Isoton electrolyte solution, Heparin, Midazolam and Navoban, subcutaneous Lovenox and oral Lendorm. She was discharged from hospital on 18 SEP 2012 and the event was reported as resolved.

Investigator's assessment: The investigator considered the event as not related to study drug and as not related to study conduct. Sponsor's assessment: The sponsor also considered the event as not related to study drug and as not related to study conduct stating that it is a concomitant disease.

The subject completed the 1-year study and entered the extension phase of the study on 05 MAR 2012. Urinary pregnancy test performed on that day was negative and IUS threads were visible during gynecologic examination.

The following adverse event was reported during the study:

On 01 MAR 2012, the day of insertion of the LCS, the subject experienced vomiting which was assessed by the investigator as mild, non-serious and as not related to the study drug and as related to the study conduct. Remedial drug therapy was given (Felden Quick Solve) and the AE was reported as resolved on the same day.