# Exhibit 76

## FILED UNDER SEAL