# Exhibit 79

**Mason Eye Institute/University Eye Institute East**
UNIVERSITY OF MISSOURI

School of Medicine
Department of Ophthalmology

**Frederick W. Fraunfelder, M.D., M.B.A.**
**Chairman and Roy E. Mason and Elizabeth Patee Mason Distinguished Professor**
One Hospital Drive
Columbia, Missouri 65212
Telephone (573) 882-1029
Fax [573] 882-8474
Appointments (573) 882-1506

January 21, 2016

Mr. Lawrence L. Jones II
Jones Ward PLC
312 S. Fourth Street
6th Floor
Louisville, KY 40202

RE: Mirena Pseudotumor Cerebri Litigation

Dear Mr. Jones,

Thank you for the opportunity to review this case. Upon examination of the documents that your office has provided, and based upon my experience and expertise as a medical doctor and as an expert in drug safety monitoring, I have formed certain opinions, summarized below:

1. Based on adverse event reporting available in the National Registry of Drug-Induced Ocular Side Effects and from the World Health Organization's Uppsala Monitoring Centre, there are a number of reports of pseudotumor cerebri ("PTC") and/or papilledema associated with use of levonorgestrel ("LNG"), a progestin drug used in hormonal contraceptives, including the Mirena® intrauterine system.

2. The number of reports suggests a relationship between LNG-containing hormonal contraceptives, such as Mirena®, with PTC and/or papilledema.

3. Epidemiological evidence suggests a likelihood that LNG-containing contraceptives, including Mirena, are associated with the development of PTC and/or papilledema, such that, to a reasonable degree of medical certainty, it is more likely than not that Mirena causes or contributes to the development of PTC and/or papilledema.

4. Based on my education, experience, and training as a clinician practicing ophthalmological medicine, a label which provides a contraindication, warning, or precaution would cause ophthalmologists encountering a case of PTC and/or papilledema in a patient using Mirena to recommend removal of Mirena.

5. Based on my education, experience, and training as a clinician, a prescribing doctor would have warned patients considering Mirena of serious risks such as PTC if that risk had been included in the product labeling.

The bases of my opinions are described in further detail below.

## Education and Experience

In 1990, I received my Bachelor of Arts degree in Economics from Baylor University in Waco, Texas. That year, I matriculated to Oregon Health Sciences University in Portland, Oregon, from which I graduated and obtained my Medical Doctor degree in 1994. I entered residency at the Providence Medical Center in Portland Oregon from 1994 to 1995, and then served as Resident Medical Officer in Alice Springs, Australia at Alice Springs Hospital from 1995 to 1997. From 1997 to 2000, I worked as an ophthalmology resident at the University of Washington Medical Center in Seattle, Washington. I completed several fellowships from 2000 to 2002 with the following organizations: Casey Eye Institute, Portland, Oregon (Cornea/External Disease and Refractive Surgery); World Health Organization, Uppsala, Sweden; Food and Drug Administration, Baltimore, Maryland; Alcon Pharmaceuticals, Fort Worth, Texas. I obtained an MBA in Healthcare Management from Portland State University/OHSU from 2009 to 2012. I became certified by the American Board of Ophthalmology in July 2002, and I was recertified in January 2013.

My work experience includes both clinical practice and teaching. From 2001-2006 I was an Assistant Professor of Ophthalmology with the Casey Eye Institute in Portland Oregon. From 2006 to June 2014, I was promoted to Associate Professor at the Casey Eye Institute. My teaching focused primarily upon Cornea/External Disease, Ocular Oncology, and Refractive Surgery. From 2008 to June 2014, I was also the Director/Chief of Cornea/External Disease and Refractive Surgery at the Casey Eye Institute. I became a full professor at the Casey Eye Institute in July 2011. I was named the Peterson Endowed Professor in January 2012, and held that professorship until June 2014. During my time at the Casey Eye Institute, I was involved in several committees, residency and fellowship programs, and continuing medical education programs, which are outlined in further detail on my *curriculum vitae* ("C.V."). I served as the President of the International Society of Ocular Toxicology from 2008 to 2014.

In July 2014, I relocated to the University of Missouri in Columbia, Missouri. At that time, I was named the Chairman of the Mason Eye Institute. and was also named the Mason Distinguished Professor of Cornea/External Disease, Ocular Oncology and Refractive Surgery at the University of Missouri. I began clinical practice as the Medical Director in the Department of Ophthalmology in September 2014. I have continued my work as a professor and a clinician at the University of Missouri until the present. My work also includes directing the medical resident and fellowship programs at the University of Missouri since 2014.

My work has also included drug safety monitoring. Since 2000, I have acted as Director of the National Registry of Drug-Induced Ocular Side Effects. Based on the work of this Registry, I co-author a book entitled *Drug-Induced Ocular Side Effects*, which is currently in its 7th edition as of 2015. The Registry also publishes two other books which I have co-authored: *Current Ocular Therapy* (2008), and *Clinical Ocular Toxicology* (6th ed.) (2008). In addition to my work with the Registry, I have served as a consultant with the World Health Organization since 2001. I have published numerous medical articles and abstracts over the course of my career, and I have given many lectures. Further details are provided in my C.V.

I am and have been a member of several professional societies and organizations, including, for example, the Association for Research in Vision and Ophthalmology ("ARVO") (1993-2007, 2014 to present), American Academy of Ophthalmology (2001-present), International Congress of Ophthalmology (2002-2006), International Society of Ocular Pharmacology and Therapeutics (2002 to present), and the American Ophthalmological Society (2008 to present). I serve as a reviewer for several medical journals, such as the *Journal of Neuro-Ophthalmology*, *Drugs of Today*, *Expert Opinion on Drug Safety*, and the *Journal of Cutaneous and Ocular Toxicology*. I am a member of the Editorial Boards of *Drugs of Today*, *Drugs of the Future*, and the *Physicians' Desk Reference*.

A full listing of my education, training, and experience may be found in my C.V., which is attached to this report. My expertise qualifies me to opine on issues of drug safety, drug monitoring, ophthalmologic medical conditions, drug prescribing, and ophthalmologic medical practice.

## Abbreviations Used in This Report

| | |
|---|---|
| POP | Progestin-only Pill |
| PTC | Pseudotumor Cerebri |
| VP | Ventriculo-peritoneal |
| LP | Lumbo-peritoneal |
| CSF | Cerebro-spinal Fluid |
| LNG | Levonorgestrel |
| ADR | Adverse Drug Reactions |
| Registry | National Registry of Drug-Induced Ocular Side Effects |
| FAERS | FDA Adverse Event Reporting System |
| BCPNN | Bayesian Confidence Propagation Neural Network |
| IC | Information Component |
| FDA | Food and Drug Administration |
| WHO | World Health Organization |
| IUD | Intra-uterine Device |
| WHO-UMC | WHO Uppsala Monitoring Centre |

## Pseudotumor Cerebri and Papilledema

Pseudotumor cerebri ("PTC") is a chronic condition which occurs when too much cerebro-spinal fluid ("CSF") is present, resulting in increased intracranial pressure. The hallmark symptom of PTC is papilledema. Papilledema is swelling of the optic nerves due to intracranial pressure. Papilledema is detected with an ophthalmoscopic, or funduscopic, evaluation. This simply means looking at the back of the eye (fundus) with an ophthalmoscope. During an ophthalmoscopic evaluation, ophthalmologists look at the optic disc, which is the area where the optic nerve meets the back of the eye (retina). A healthy optic disc has sharp margins,

but a swollen optic disc has margins which may appear blurred or fuzzy. Fuzzy optic disc margins indicate that papilledema is occurring.

If the underlying cause of papilledema is left untreated, the swelling will cause the nerves of the retina to become ischemic, resulting in vision loss. Due to papilledema, progressive blindness may occur if PTC is not treated. Generally, optic nerve damage from papilledema presents as blurry vision, loss of peripheral vision, and transient visual obscurations, among other things. Permanent blindness due to papilledema is more likely to occur the longer PTC goes untreated. In addition, the more severe the intracranial pressure is, the more likely it is for permanent vision loss to occur. As a result of these drastic consequences, patients presenting with papilledema must be treated quickly in order to preserve their vision.

PTC is a diagnosis of exclusion. A diagnosis of exclusion means that other potential conditions should be excluded before making a final diagnosis of the condition at issue. Because papilledema may be a symptom of other conditions than PTC, these other conditions should be ruled out before PTC is diagnosed. Primarily, the conditions to exclude before making a PTC diagnosis are brain tumors and meningitis, which may also cause increased intracranial pressure resulting in papilledema. Thrombosis in the intracranial venous system may also cause increased intracranial pressure, as the resulting increase in venous blood pressure is thought to inhibit resorption of spinal fluid into the blood stream.

Thus, when papilledema is observed upon an ophthalmic examination, the patient should be evaluated for brain tumors, meningitis, and intracranial thrombosis. This is usually accomplished by obtaining images of the head (most usually via MRI) and a culture of the CSF. Once brain tumors, meningitis, and thrombosis have been ruled out, the patient is then likely to be diagnosed with PTC. Lumbar punctures also help to confirm the PTC diagnosis, because CSF pressure is directly measured. The diagnostic lumbar puncture should be performed prior to or close in time to initiating treatment in order to accurately assess the patient's intracranial pressure.

The symptoms of PTC are not limited to papilledema, although papilledema is the hallmark and most serious symptom. Other possible symptoms of PTC include severe headache, pulsatile tinnitus, nausea, vomiting, transient visual obscurations, blurred vision, diplopia, and 6th nerve palsy. Frequently, these symptoms may be debilitating in that they prevent PTC patients from working or enjoying a normal quality of life. These are among the reasons why, although the MedDRA preferred term for PTC is benign intracranial hypertension, it is certainly not a benign condition.

Although the underlying mechanism of the disease is not fully understood, several have been proposed. These mostly center upon increased production of CSF or reduced resorption of CSF into the blood. Thus, current treatments focus on either inhibiting production of, or draining off, excess CSF. First, patients are counseled to cease taking any drugs which may cause or contribute to their condition. Because overweight and weight gain may be contributing factors, overweight patients are counseled to lose weight. Pain relief is also usually prescribed. Diuretics, primarily Diamox (also known by the generic name acetazolamide), are considered the first-line treatment and are used to inhibit CSF production.

The other treatments are surgical in nature. Therapeutic lumbar punctures may be used to drain excess CSF on an as-needed basis in some cases. Optic nerve sheath fenestration (cutting into the sheath, or covering, of the optic nerve) may be used to decrease pressure on the optic disc, thereby preserving vision. Finally, shunts may be placed in either the brain ventricles or in the lumbar spine, which drain excess CSF via a tube into the abdominal cavity. These are referred to as ventriculo-peritoneal ("VP") or lumbo-peritoneal ("LP") shunts, respectively. Shunts are generally used as a last resort due to their invasiveness and due to their propensity to fail or require revisions. Of course, all of these treatments, including treatment with Diamox, have risks and benefits.

Currently, the reason why some patients develop PTC remains unknown. However, certain conditions and medications are so strongly associated with the disease that the medical community considers them to cause the condition. Chief among these is the disease's predilection for women of child-bearing age, and particularly those with obesity or recent weight gain.

**Table 2.** Epidemiologic studies on IIH and obesity

| Study location | IIH incidence in the general population | | IIH incidence in the overweight/obese population or percent of IIH patients who are overweight/obese | |
|---|---|---|---|---|
| Iowa, USA [27][2,4] | 0.9/100,000<br>3.5/100,000 | <br>RA ♀ | 13/100,000<br>19.3/100,000 | Overweight ♀<br>Obese ♀ |
| Louisiana, USA [27][3,4] | 1.07/100,000 | | 14.85/100,000 | Obese ♀ |
| Minnesota, USA [8][1,4] | 0.9/100,000<br>1.6/100,000<br>3.3/100,000 | <br>♀<br>RA ♀ | 7.9/100,000 | Overweight |
| Detroit Medical Center, USA [67][3,4] | - | | 90% | Obese |
| Northern Ireland [28][4] | 0.5/100,000<br>0.9/100,000 | <br>♀ | - | |
| Parma, Italy [29][1,4] | 0.28/100,000<br>0.65/100,000 | <br>RA ♀ | 2.7/100,000 | Overweight RA ♀ |
| Western Turkey [68][3] | - | | 30% | Obese |
| Hokkaido, Japan (2 patients) [31][1] | 0.03/100,000<br>(2/5,780,000) | | - | |
| Korea (10 patients) [34][1,4] | - | | 50%<br>7.1% | Overweight<br>Obese |
| China (12 patients) [35][1,4] | - | | 33% | Obese |
| Libya [32][2,4] | 2.2/100,000<br>4.3/100,000<br>12/100,000 | <br>♀<br>RA ♀ | 21.4/100,000 | Obese ♀ |
| Israel [30][1,3] | 0.57–0.94/100,000<br>1.82/100,000<br>4.02/100,000 | <br>♀<br>RA ♀ | 97.2% | Obese ♀ |
| Sheffield, UK [33][1] | 1.56/100,000<br>2.86/100,000 | <br>♀ | 11.9/100,000 | Obese ♀ |

Various methods were used to define overweight and obese. Unless otherwise specified, data includes both men and women of the general population. RA = Reproductive age; ♀ = women.
[1] Overweight: BMI >25 or 26 (variable study parameters); obese: BMI >30.
[2] Patients >10% over the ideal body weight (overweight) or >20% over the ideal body weight (obese).
[3] Obesity based on examiner impression or not specifically defined.
[4] Study includes patients less than 18 years of age.

(Andrews LE, Liu GT, Ko MW: Idiopathic Intracranial Hypertension and Obesity, Horm. Res. Paediatr. 81:217-225, 2014.) Obese women have an incidence rate of between 11.9 to 21.4/100,000 for PTC, compared to about 1/100,000 in the general population, and from 3.3 to 3.5/100,000 in American women of reproductive age. Worldwide, incidence rates have been estimated at between 0.65 to 12/100,000 for reproductive age women. However, not all patients who present with PTC are obese, of reproductive age, or even female. Atypical cases present good opportunities to understand potential mechanisms, although PTC's overwhelming tendency to occur in obese young women cannot be ignored. The greatly increased risk of this rare disease among that particular population does suggest an underlying mechanism related to female hormones.

High rates of PTC have also occurred in association with certain drugs, the most notably vitamin A and its derivatives (retinoids). The mechanism by which retinoids cause PTC to develop is also unknown, although possible mechanisms have been suggested.[1] Yet the very strong association between these drugs and development of the disease is sufficient to show that retinoids do cause PTC—even though not every person who uses retinoids will develop PTC.

## Pseudotumor Cerebri Terminology

The term pseudotumor cerebri is more or less interchangeable with several other terms for the same condition, such as benign intracranial hypertension, idiopathic intracranial hypertension, secondary intracranial hypertension, among others. In fact, the MedDRA preferred term (which is used by spontaneous adverse event reporting systems described below), is benign intracranial hypertension, although that name is a misnomer because the condition is certainly not benign.

Some medical professionals may inaccurately describe PTC using other terms, such as hydrocephalus, intracranial pressure increased, or others. However, these other terms are either not actually the same condition as PTC according to standard medical terminology (hydrocephalus, e.g.), or may be inaccurate to the extent that they are not specific enough (increased intracranial pressure, e.g.). As you can see, there is great variety in the number of terms used in day-to-day medical practice with respect to this condition, a problem that results in quite a bit of confusion. This has led to several efforts by neuro-ophthalmologists to standardize the nomenclature, the most recent iteration being pseudotumor cerebri syndrome.

Similarly, simply because PTC, in a particular patient, may be idiopathic does not mean there is no cause. Rather, the term idiopathic merely indicates that the diagnosing physician does not have sufficient information to diagnose the cause. Other drugs with associations with PTC include corticosteroid (particularly corticosteroid withdrawal) and tetracycline use (a class of antibiotics), and again, the underlying mechanisms by which these drugs cause PTC are unknown—yet a patient who develops PTC while using them may be said to have secondary intracranial hypertension. In such patients, the contributing medication (retinoids, corticosteroids, or tetracyclines) is addressed upon discovering signs or symptoms of the PTC. It

[1] Roytman M, Frumkin A, Bohn TG: Pseudotumor cerebri caused by isotretinoin, *Cutis* 42:399-4001 1988.

is also important to note that regardless of whether a cause is identified, many clinicians will nevertheless refer to PTC as idiopathic intracranial hypertension.

Because there is such a strong association, patients who develop pseudotumor cerebri while on retinoids, tetracyclines, or steroids may be said to have "secondary" intracranial hypertension, meaning that the disease is secondary to (caused by) the retinoids. When a cause is not known to the diagnosing physician, the condition may be referred to as "idiopathic" intracranial hypertension. But as discussed above, idiopathic intracranial hypertension is still the same condition as PTC and secondary intracranial hypertension, and the term idiopathic does not mean that there is *no* cause.

## Drug Safety Databases and Methods

Drug safety databases are important because most drugs are not studied in large populations during the pre-marketing period. Therefore, certain adverse drug reactions ("ADR") may not be observed until after the drug is available to the general population. This is particularly true with respect to rare conditions such as PTC. The rule of 3 dictates that in order to observe an event that occurs at X% or more, you need Y study subjects where 3/Y = X.[2] Applying this formula to the incidence of PTC among American women of childbearing age 15-44 (3.3 per 100,000),[3] the study population required in order to detect *a single case* of PTC among potential Mirena users would be at least **90,910**. The number required to ascertain an increased risk of PTC in a prospective study would be much higher. Obviously, this is an impractical number of subjects for a pre-marketing study. As a result, post-marking spontaneous reports and epidemiology are extremely important for monitoring the safety profile of drugs.

### Spontaneous Reporting Databases

The Food and Drug Administration ("FDA") and the World Health Organization ("WHO") both maintain spontaneous reporting systems, the FDA Adverse Event Reporting System ("FAERS") and the WHO Uppsala Monitoring Centre ("WHO-UMC"), which enable doctors and scientists to look for "signals". A "signal" is defined by WHO as "reported information on a possible causal relationship between an adverse event and drug, the relationship being unknown or incompletely documented previously. Usually more than a single report is required to generate a signal, depending on seriousness of event and quality of information."[4] Signals are used to generate hypotheses (in other words, they raise suspicions), which are investigated by generating additional evidence—primarily by using epidemiological tools.

---

[2] Hanley JA, Lippman-Hand A: If nothing foes wrong, is everything all right? Interpreting zero numerators, *JAMA* 249:1743-1745, 1983.

[3] Durcan FJ, Corbett JJ, Wall M: The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana, *Arch Neurol* 45:875-7, 1988.

[4] Stahl M, Edwards R, Bowring G, Kiuru A, Lindquist M: Assessing the impact of drug safety signals from the WHO
database presented in 'SIGNAL': results from a questionnaire of national pharmacovigilance centers, *Drug Saf* 26:721–727, 2003.

Notably, however, this is not always necessary because even a single report could theoretically establish a causal association.[5]

Signals are detected based on primarily "spontaneous reports". Spontaneous reports are reports of an ADR volunteered by doctors and patients. Thus, the WHO-UMC and FAERS systems will not reflect all instances of an ADR, but only those that are volunteered. This phenomenon is called "underreporting". According to a systematic review of underreporting studies, only about 6% of ADRs are ever reported.[6] In the US, it has been found to be at least as low as 2%.[7] Common reasons for not reporting include a lack of time, different care priorities, uncertainty about the drug causing the ADR, difficulty in accessing reporting forms, lack of awareness of the requirements for reporting, and lack of understanding of the purpose of spontaneous reporting systems.

Thus, the numerator of a reporting rate (i.e., the number of ADRs reported) is almost always much smaller than the numerator of an incidence rate (i.e., the actual or estimated number of people who experience the adverse event). Additionally, reporting rates are notoriously difficult to calculate accurate denominators for. In a reporting rate, this would be the number of patients exposed to the drug. Denominators usually are derived from sales information, but they still may not be ascertained accurately for many reasons, such as the fact that drugs may not be used by patients even if purchased. For these reasons, reporting rates tend to vastly underestimate the rate at which an ADR is actually occurring, and should not be compared to the incidence rate in the general population in order to determine a signal.[8]

WHO, the Registry, and soon the FDA all evaluate signals via the Bayesian Confidence Propagation Neural Network ("BCPNN"). This program calculates an Information Component ("IC"), a figure that measures the statistical dependency between a drug and an adverse drug event, calculated on the frequency of reporting. The IC value is what allows WHO, and the Registry, to generate hypotheses about of associations between drugs and ADRs.[9] Others may use statistical methods, such as disproportionality analyses using proportional reporting ratios ("PRR") or reporting odds ratios ("ROR"). IC, ROR and PRR are all broadly comparable.[10] Each of these are considered to be more reliable in detecting signals than looking simply at the

---

[5] Goldman SA: Limitations and Strengths of Spontaneous Reports Data, *Clin Therapeutics* 20:C41-C44, 1998.

[6] Hazell L and Shakir AW: Under-Reporting of Adverse Drug Reactions: A Systematic Review, *Drug Safety* 29: 385-396, 2006.

[7] Classen D, Pestotnik S, Evans RS, et al.: Computerized surveillance of adverse drug reactions in hospital practice. *JAMA* 266: 2847-51, 1991.

[8] Alvarez-Requejo A, Carvajal A, Begaud B, Moride Y, Vega T, Martin Arias LH: Under-reporting of adverse drug reactions: Estimate based on a spontaneous reporting scheme and a sentinel system, Eur J Clin Pharmacol 54:483-488. Notably, this study found that only 1 of every 1144 ADRs were reported.

[9] Bate A, Lindquist M, Edwards IR, et al.: A Bayesian neural network method for adverse drug reaction signal generation, *Eur J Clin Pharmacol* 54:315-321, 1998.

[10] van Puijenbroek EP, Bate A, Leufkens HGM, Lindquist M, Orre R, Egberts ACG: A comparison of measures of disproportionality for signal detection in spontaneous reporting systems for adverse drug reactions *Pharmacoepidem & Drug Saf*, 11:3–10, 2002.

reporting rate. Although these statistical methods are very useful, it has been argued that even as few as three spontaneous reports may be sufficient to establish a signal for a rare event.[11]

### Epidemiological Methods

Reporting rates are distinguishable from incidence rates, which attempt to estimate the actual rates of an ADR within a population. Incidence rates may also be calculated for the rates at which a condition occurs in the general population. Incidence rates are usually generated by epidemiological studies, the main types being cohort studies and case-control studies.[12] Epidemiological studies are required to determine a risk ratio between the incidence of an ADR versus the occurrence of the condition at issue within the general population. As a result, epidemiology is needed in determining whether there is scientific certainty (95%) as to an increased risk of an ADR over baseline risk.

Because epidemiological studies are much more expensive and time consuming than calculating an IC, PRR, or ROR, however, they are not conducted as frequently. Especially when an ADR is relatively rare, it is common that no epidemiological studies may exist. Scholars require funding, usually obtained from grants or pharmaceutical companies, and it may therefore be difficult to pay for them. Additionally, interest is usually stronger for more common illnesses. Finally, pharmaceutical companies may not want an epidemiological study on the risk of an ADR with their drug, rendering funding even more scarce.

Due to these hurdles, spontaneous reports impact real-world clinical decision making, because frequently epidemiological studies are not available to "prove" a causal association to a scientific certainty. Within subspecialties that have limited markets, such as ophthalmology, sometimes signals are all we have. This problem led to the creation of the National Registry of Drug-Induced Ocular Side Effects ("Registry"), of which I am a director, and which is tailored specifically to the collection and analysis of drugs which may adversely impact the eye. The Registry has existed for more than three decades, and collects reports from ophthalmologists, WHO, and the FDA. Reports from pharmaceutical companies are supposed to ultimately end up in the FDA Adverse Event Reporting System ("FAERS"), and therefore are included as well.

## Levonorgestrel and Pseudotumor Cerebri

The drug component of the Mirena intrauterine system is levonorgestrel ("LNG"), a progestin. In addition to the Mirena, other hormonal contraceptives use LNG, including: oral contraceptives, subcutaneous (under the skin) implants, and other intrauterine devices ("IUD") (Skyla, Liletta). Currently, the IUDs are the only LNG-containing hormonal contraceptives marketed in the United States that do not also contain an estrogen. The subcutaneous implant form of LNG (Norplant and Norplant II, also known as Jadelle) are also LNG-only forms of hormonal contraception. Norplant was marketed in the United States mainly in the 1990s, and

---

[11] Begaud B, Moridei Y, Tubert-Bitter P, Chaslerie A, & Haramburu F: False-positives in spontaneous reporting: should we worry about them?, *Br J Clin Pharmac* 38: 401-404, 1994. Begaud et al. provided an example of toxic epidermal necrolysis, which occurs in approximately 1 in 100,000 people in the United States.
[12] Hennessy S: Postmarketing Drug Surveillance: An Epidemiologic Approach, *Clin Therapeutics* 20:C32-39, 1998.

Jadelle has never been marketed in the United States. Bayer manufactured and, outside of the United States, sold Norplant before it was removed from the market. It manufactures and currently sells Jadelle, Mirena, and Skyla around the world. Norplant, Jadelle, Mirena, and Skyla all use a hormonal core to continually release various doses of LNG.

## Experience with Norplant

The Norplant subcutaneous implant—which releases 85-30 µg LNG per day—preceded Mirena and the other hormonal IUDs. Marketed in the United states from 1991 to 2000, the Norplant was plagued by allegations of harmful side effects.[13] Similar to the Mirena, the Norplant and its successor Jadelle (which has never been marketed in the United States) contains a hormonal core which releases LNG. However, the Norplant and Jadelle release LNG from under the skin rather than from within the uterus. Both the Norplant, Jadelle, and Mirena (as well as the other hormonal IUDs: Skyla and Liletta) result in systemic exposure to LNG. Norplant and Jadelle were manufactured and sold by Leiras, a predecessor company to Bayer. The Jadelle is currently sold by Bayer overseas, and releases 100 to 25 µg LNG per day.

In 1993, Norplant's label was changed to include warnings about reports of benign intracranial hypertension (a synonym for PTC) in conjunction with Norplant. Later in 1993, Sunku et al. reported two cases of PTC which they had observed.[14] In 1995, Alder et al. examined the National Registry of Drug-Induced Ocular Side Effects ("Registry") and reported 56 cases of intracranial hypertension (presumably PTC) or optic disc edema (papilledema) found therein, and provided more detail about two cases which they had seen in their clinic.[15] PTC has been listed as a possible side effect of Norplant/LNG in my book, *Drug-Induced Ocular Side Effects*, for many years, based on the data within the Registry and based on the Sunku et al. and Alder et al. publications. Also in 1995, Wysowski & Green discussed these reports, agreeing with Alder and Sunku that epidemiological research was needed in order to investigate the potential increased risk of PTC with use of the Norplant.[16]

However, no large epidemiological study was ever undertaken by Bayer, its predecessor companies, or any other pharmaceutical company to compare the incidence rate of PTC while using Norplant with the incidence rate among non-users or users of other hormonal contraceptives. Rather, the company responded that the *reporting* rate was close to the *incidence* rate[17]—a strange comparison, because these are distinct measurements, as discussed above. Norplant was withdrawn from the U.S. market in the early 2000s. The Jadelle label still contains a warning regarding the potential increased risk of developing PTC.

As of October 2013, there were 85 reports of PTC (including preferred terms: Benign intracranial hypertension, Brain oedema, and Intracranial pressure increased) associated with

---

[13] Morrow DJ: Maker of Norplant Offers a Settlement In Suit Over Effects, *NYT*, Aug. 27, 1999.

[14] Sunku AJ, O'Duffy AE, Swanson, JW: Benign Intracranial Hypertension Associated with Levonorgestrel Implants, *Ann Neurol* 34:299 (abstract), 1993.

[15] Alder JB, Fraunfelder FT: Levonorgestrel Implants and Intracranial Hypertension, *NEJM* 332:1720-1721, 1995.

[16] Wysowski DK, Green L: Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System, *Obstet & Gynecol* 85:538-542, 1995.

[17] Weber ME, Rofsky HE, Deitch MW: Levonorgestrel Implants and Intracranial Hypertension (Reply), *NEJM* 332: 1721, 1995.

Norplant, and 168 reports of PTC (including preferred terms: Benign intracranial hypertension, Brain oedema, Cerebrospinal fluid retention, Hydrocephalus, and Intracranial pressure increased) associated with LNG in the Registry. In the most recent edition of my book, *Drug-Induced Ocular Side Effects*, published in early 2015, causality of the association indicated by the foregoing evidence was assessed as possible. As a practicing physician, however, all of this information regarding the Norplant affects clinical decision making, and therefore in my opinion, a prescribing doctor would more likely than not warn about PTC when prescribing Norplant, and certainly would do so if a patient were particularly at-risk. A treating physician would certainly also counsel Norplant's removal upon diagnosing PTC.

## Mirena and Pseudotumor Cerebri

Similar to the Norplant and the Jadelle, the Mirena releases approximately 20 μg LNG per day from a hormone cylinder. However, the Mirena is an IUD, and therefore releases LNG into the uterine cavity instead of subcutaneously. Unlike Norplant and Jadelle, Mirena's label does not include a warning about PTC.

Reports of PTC associated with Mirena use have increased in the 15 years it has been marketed in the United States. According to the Registry, the first report of PTC associated with Mirena occurred in 1999. Defendants have identified more than 115 reports of PTC and/or papilledema within their database from 2000 to present as of November 2015. Three of these were detected during the course of clinical trials, which is highly significant due to the low incidence of PTC in the general population—recall that only about 3.3 out of 100,000 women of reproductive age will develop PTC, and that in order to encounter a single case, defendants would need about 90,000 study subjects.

On December 3, 2015, there were 105 reports in the Registry's spontaneous reporting system, using the search terms Benign intracranial hypertension, Papilloedema, Intracranial pressure increased, and Optic nerve disorder. Notably, positive dechallenge was present in at least one patient, and two others were noted to have had improved symptoms. Five patients were noted to have had negative dechallenge for PTC. Only 12 of the 105 cases had positive or negative dechallenge data at all.

Medical literature has demonstrated an increasing concern regarding the growing number of these reports. In 2010, a case report described a patient who developed PTC while on Mirena, although with a somewhat atypical presentation.[18] In 2015, two important pieces of literature were also published. Etminan et al. generated an ROR for Mirena at a 1.78, and also attempted to evaluate the impact of confounders to yield statistically significant results with Bayesian analysis. Etminan et al. also performed a cohort analysis and found that risk of PTC was similar to norgestimate, while norethindrone had a lower risk associated with the use.[19] These findings could suggest a possible class effect.

[18] Martínez H, Arana M, Braccia Gancedo ML, De Virgiliis M, Maggiora PZ: Atypical Pseudotumour Cerebri, *Neuro-ophthalmology* 34:255-256, 2010.
[19] Etminan M, Luo H, Gustafson P: Risk of intracranial hypertension with intrauterine levonorgestrel, *Ther Adv Drug Saf* 6:110–113, 2015.

In addition to these useful findings, Rai et al. published an abstract with Association for Research in Vision and Ophthalmology ("ARVO"), indicating that they had obtained extremely significant results in a cohort study comparing PTC patients to non-PTC patients.[20] Their symptoms were similar, and the authors ensured that only cases where PTC developed while the patient was using Mirena were counted. They were not significantly different from the non-users in terms of known confounders BMI, age, or recent weight gain. Exposure to LNG-IUS was **7.7** times more likely among PTC patients than the non-PTC cohort.

## Conclusion

Based on my review of the above evidence, as well as my background, training, experience, and expertise, to a reasonable degree of certainty Mirena causes, or is a substantial factor contributing to, the development of PTC. This is due not only to experience with Norplant, which contains the same hormone, but also because of increased reporting which also associates Mirena with PTC. In addition, a 7.7-fold increased incidence of Mirena use among PTC is a health risk to the population of patients prescribed this medication.

Assuming he or she were aware of the risk, for the same reasons as for the Norplant, a prescribing doctor would more likely than not warn a patient considering Mirena of the risk of developing PTC, especially considering the severe injury that could result. Further, a prescribing doctor would certainly warn patients who may be at increased risk already, such as overweight women or obese women. Finally, a treating physician would be inclined to ask a woman who has been diagnosed with PTC whether she is currently on Mirena, and if so, would advise her to discontinue.

Sincerely,

Frederick W. Fraunfelder, M.D.

[20] Rai R, Kirk B, Sanders J, Valenzuela R, Sundar S, Warner J, Digre KB, Ambati B, Crum AV, Katz BJ: The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension, *Invest. Ophthalmol. Vis. Sci.* 56:2228, 2015.

**Updated 10/27/14**

**Frederick** (Rick) **W. Fraunfelder, M.D., M.B.A.**
Professor and Chair
Mason Eye Institute
University of Missouri
#1 Hospital Drive
Columbia, MO 65212
573-882-1029
573-882-8474 FAX
fraunfer@ohsu.edu

**Date of Birth:** September 29, 1967
**Place of Birth:** Baltimore, Maryland, U.S.A.
**Marital Status:** Married – 4 children

***Faculty:***

| | |
|---|---|
| 7/1/14 | Chairman and Roy E. Mason and Elizabeth Patee Mason Distinguished Professor, Cornea/External Disease, Ocular Oncology and Refractive Surgery, Mason Eye Institute, University of Missouri, Columbia, Missouri |
| 9/11/14 | Clinic Medical Director. Department of Ophthalmology, University of Missouri, Columbia, Missouri. |
| 7/1/2011-6/30/14 | Professor of Ophthalmology, Cornea/External Disease, Ocular Oncology, and Refractive Surgery, Casey Eye Institute, Oregon Health & Science University, Portland, Oregon |
| 1/1/2012-6/30/14 | Martha and Eddie Peterson Endowed Professor |
| 2008-6/30/14 | Director/Chief, Cornea/ External Disease/ Refractive Surgery Division Casey Eye Institute, Portland, Oregon |
| 2006 –6/30/14 | Associate Professor of Ophthalmology, Cornea/External Disease, Ocular Oncology, and Refractive Surgery, Casey Eye Institute, Oregon Health & Science University, Portland, Oregon |
| 2001-2006 | Assistant Professor of Ophthalmology, Cornea/External Disease, Ocular Oncology, and Refractive Surgery, Casey Eye Institute, Oregon Health & Science University, Portland, Oregon |
| Board Certification: | American Board of Ophthalmology, July 2002<br>Recertification January 2013 |

Education:

| | |
|---|---|
| 2009-2012 | Masters in Business Administration in Healthcare Management<br>Portland State University/ OHSU<br>Portland, OR |
| 2001-2002 | Fellowships:<br>World Health Organization, Uppsala, Sweden<br>Food and Drug Administration, Baltimore, Maryland<br>Alcon Pharmaceuticals, Fort Worth, Texas |
| 2000-01 | Fellow, Cornea/External Disease and Refractive Surgery, Casey Eye Institute, Oregon Health Sciences University, Portland, Oregon |
| 1997-00 | Ophthalmology Resident, University of Washington Medical Center<br>Seattle, Washington |
| 1995-97 | Resident Medical Officer, Alice Springs Hospital<br>Alice Springs, NT Australia |
| 1994-95 | Medical Resident, Providence Medical Center<br>Portland, Oregon |
| 1990-94 | M.D., Oregon Health Sciences University<br>Portland, Oregon |
| 1986-90 | B.A. Economics, Baylor University<br>Waco, Texas |

Offices:

| | |
|---|---|
| 2014-present | Director of the cornea resident rotation University of Missouri |
| 2014-present | Director of the cornea fellowship University of Missouri |
| 2013-2014 | Zoster Eye Disease Study (ZEDS) Steering Committee |
| 2010-2012 | Selection Committee for Claes Dohlman Award |
| 2008-present | Chair of Ocular Toxicology session for International Symposium on Ocular Pharmacology and Therapeutics (ISOPT) |
| 2009-2014 | Course director of the resident lecture series OHSU/ CEI |
| 2009-2014 | OHSU Laser Committee |
| 2009-2014 | Laser credentialing at Casey Eye Institute |
| 2008-2014 | President International Society of Ocular Toxicology |
| 2008-2014 | Director of the cornea resident rotation Oregon Heath & Science University |
| 2008-2014 | Director of the cornea fellowship Oregon Heath & Science University |
| 2006-2010 | Lions Eye Bank of Oregon, Medical Advisory Committee |
| 2006-2009 | Director of Continuing Medical Education, Casey Eye Institute |
| 2005-2014 | Associate Faculty Member for the Cornea Fellowship – Devers Eye Institute |
| 2003-2005 | Casey Eye Institute Residency Selection Committee |
| 2003-2007 | Executive Board of Oregon Academy of Ophthalmology |
| 2003-2007 | HIPAA Faculty Representative at Oregon Health & Science University |

| | |
|---|---|
| 2002-2004 | Institutional Review Board Member at Oregon Health & Science University |
| 2001-present | Consultant, World Health Organization's Uppsala Monitoring Center, Uppsala, Sweden |
| 2000-present | Director, National Registry of Drug-Induced Ocular Side Effects |

**Editorial Board:**

| | |
|---|---|
| 2003-present | Drugs of the Future |
| | Drugs of Today |
| | Physicians Desk Reference |
| 2003-2010 | EyeNet |

**Reviewer:**

| | |
|---|---|
| 2009-present | Journal of Neuroophthalmology |
| 2001-present | American Journal of Ophthalmology |
| | Archives of Ophthalmology |
| | British Journal of Ophthalmology |
| | Comprehensive Ophthalmology Update |
| | Cornea |
| | Drugs of Today |
| | Expert Opinion on Drug Safety |
| | Journal of Cutaneous and Ocular Toxicology |
| | Journal of Glaucoma |
| | Journal of Refractive Surgery |
| | Ophthalmic and Physiological Optics |
| | Ophthalmology |

**Societies and Organizations:**

| | |
|---|---|
| 2014 – present | Missouri Ophthalmology Society of Eye Physicians and Surgeons |
| 2014 – present | Association for Research in Vision and Ophthalmology |
| 2014 – present | Boone County Medical Society |
| 2008-present | American Ophthalmological Society |
| 2003-present | Oregon Academy of Ophthalmology |
| 2002-present | Cornea Society- Member with Thesis |
| 2002-present | International Society of Ocular Pharmacology and Therapeutics |
| 2002-present | International Society of Ocular Therapeutics |
| 2002-2007 | American Society of Cataract and Refractive Surgery |
| 2002-2006 | International Congress of Ophthalmology |
| 2002-2005 | Oregon Medical Association |
| 2001-present | American Academy of Ophthalmology |
| 1993-2007 | Association for Research in Vision and Ophthalmology |

**Research/Award/Scholarship:**

| | |
|---|---|
| 2012-2013 | Portland Top Doctors |
| 2011-present | Marquis Who's Who in Medicine and Healthcare |
| 2009-2012 | School of Medicine MBA in Healthcare Management scholarship PSU/OHSU |
| 2008 | Poster award at American Academy of Ophthalmology: Fraunfelder, F.W., Richards, A.B.: Diplopia, Blepharitis, and Ophthalmoplegia Associated with the use of HMG-CoA Reductase Inhibitors. American Academy of Ophthalmology (AAO), Atlanta, Georgia, November 2008. |
| 2007 | American Academy of Ophthalmology Outstanding Achievement Award |
| 2002 | Collins Medical Trust: Decreased Tumor Recurrence After Excision and Cryotherapy for Surface Eye Tumors |
| 2000-present | American Academy of Ophthalmology annual instruction course in top ten percent within subject area. |
| 2000 | Heed Ophthalmic Foundation Fellowship award |
| 1993 | Ophthalmology Research Assistant: Keith Green, Ph.D., Medical College of Georgia, Augusta, Georgia. Research project: Effects of Calcium Channel Blockers on Rabbit Corneal Endothelial Function. |
| 1991 | Sigma Xi Grants-in-Aid of Research. John C. Morrison, M.D. and Frederick W. Fraunfelder, B.A. - "Corrosion Casting & Scanning Electron Microscopy of Aqueous Outflow Pathways of the Adult Rat Eye." |
| 1990-94 | Research to Prevent Blindness Medical Student Fellowship |
| 1990-93 | Research Assistant for John C. Morrison, M.D., Casey Eye Institute & Oregon Regional Primate Center, Portland, Oregon. |
| 1990 | Outstanding Senior Man Baylor University |

University of Missouri Committees:

Operating Room Operations Committee
Professional Liability/Compliance Committee
MUHC Waiting Room Committee
Fundraising Campaign Cabinet – chair

**Publications:**

**Books**

1. Fraunfelder, F.W., Fraunfelder, F.T. & Chambers, W.A. (2014). Drug-Induced Ocular Side Effects, 7th edtion, London: Elsevier.

2. Roy, F.H., Fraunfelder, F.W. & Fraunfelder, F.T. (2008). Roy and Fraunfelder's Current Ocular Therapy, Sixth Edition. London: Elsevier.

3. Fraunfelder, F.T., Fraunfelder, F.W. & Chambers, W.A. (2008). Clinical Ocular Toxicology, Sixth Edition. Philadelphia, Pennsylvania: Saunders.

4. Fraunfelder F.T. & Fraunfelder, F.W. (2001). Drug-Induced Ocular Side Effects, Fifth Edition. Woburn, Massachusetts: Butterworth-Heinemann.

**Peer-Reviewed Journal Articles**

**Published:**


1. Mitsuyoshi Azuma, Chihi Yabuta, **F.W. Fraunfelder**, Thomas Shearer: Dry Eye In LASIK Patients, BMC Ophthalmology (2014) July 3; 7-420 DOI: 10.1186/1756-0500-7-420..

2. Holt H.D., Hinkle D.M., Falk N.S., Fraunfelder F.T., **Fraunfelder FW**. Human papilloma virus vaccine associated uveitis. Curr Drug Saf. (2014) Mar; 9(1):65-8.

3. Jacqueline K. Ng, **Frederick W. Fraunfelder** & Kevin L. Winthrop. Review and Update on the Epidemiology, Clinical Presentation, Diagnosis, and Treatment of Fungal Keratitis. Curr Fungal Infect Rep (2013) 7:293-300 DOI 10.007/s12281-013-0163-9.

4. **Fraunfelder F.W**. Liquid nitrogen cryotherapy of pterygia. Ophthalmology. 2013 Oct;120(10):e70. DOI: 10.1016/j.ophtha.2013.07.009.

5. Tehrani S, **Fraunfelder F.W.** Cryotherapy in Ophthalmology. OJOph: Vol.3 No.4: 103-117; Oct 2013.

6. **Fraunfelder F.W.**, Fraunfelder F.T. Restricting Topical Ocular Chloramphenicol Eye Drop use in the United States. Did We Overreact? Am J Ophthalmol. 156 (3): 420-2. 2013 Sept.

7. **Fraunfelder F.W**., Fraunfelder, F.T. Conjunctival and Corneal Ulceration Associated with Nicorandil. Cutaneous and Ocular Toxicology epub ahead of print 7/2013.

8. Patel M, **Fraunfelder FW**. Toxicity of topical ophthalmic anesthetics. Expert Opin Drug Metab Toxicol. 9(8):983-8. 2013 Apr.

9. **Fraunfelder, F.W.** Common Ocular Adverse Drug Reactions From Systemic Medications: A Review: Ophthalmology International. 2013:8(1); 30-33.

10. Winthrop KL, Chen L, **Fraunfelder FW**, et al. Initiation of Anti-TNF Therapy and the Risk of Optic Neuritis; From the Safety Assessment of Biologic ThERapy (SABER) Study. Am J Ophthalmol 155(1):183-189.e1, 2013 Jan.

11. Schwab P, Harmon D, Bruno R, **Fraunfelder FW**, Kim DH. A 55-Year Old woman with orbital inflammation. Arthritis Care Res 64(11):1776-82, 2012. Nov.

12. Wilkinson, J.T., **Fraunfelder, F.W.:** Use of Herbal Medicines and Nutritional Supplements in Ocular Disorders: An Evidence-based Review. Drugs. 2011 Dec 24;71(18):242-34

13. Fraunfelder, F.T., **Fraunfelder, F.W**. Trichomegaly and Other External Eye Side Effects Associated with Epidermal Growth Factor Inhibitors. Cutan Ocul Toxicol 31(3):195-7, 2012 Sep

14. Rush, S.W., **Fraunfelder, F.W.,** Mathers, M.D., Chamberlain, W.D. Femtosecond laser-assisted keratoplasty in failed penetrating keratoplasty and globe trauma. Cornea. 2011 Dec;30(12):1358-62.

15. Fraunfelder, F.T., Steinkamp, P., **Fraunfelder, F.W.:** Casey Eye Institute Camera System for Recording Cortical Lens Opacities. Experimental Eye Research. 2011 Nov;93(5):790-4

16. David M. Hinkle, Mark S. Dacey, Efrem Mandelcorn, Partho Kalyani, John Mauro, James H. Bates, Sarkis H. Soukasian, Gary N Holland, C. Stephen Foster, Frederick T. Fraunfelder, Janet L. Davis, **Frederick W. Fraunfelder**. Bilateral uveitis associated with fluoroquinolone therapy. Cutan Ocul Toxicol 31(2):111-6, 2012 Jun.

17. Chamberlain WD, Rush SW, Mathers WD, Cabezas M, **Fraunfelder FW**. Comparison of Femtosecond Laser Assisted Keratoplasty versus Conventional Penetrating Keratoplasty. Ophthalmology. 118(3):486-91. 2011 Mar.

18. **Fraunfelder FW**. Cabezas M. Treatment of recurrent corneal erosion by extended-wear bandage contact lens. Cornea. 30(2): 164-6. 2011 Feb.

19. **Fraunfelder FW**. Fraunfelder FT. Interferon Alfa Associated Anterior Ischemic Optic Neuropathy. Ophthalmology. 118(2):408-11, e1-2, 2011 Feb.

20. **Fraunfelder FW**. Dhoot DS. Successful Treatment of Conjunctival Sarcoidosis with Local Cryotherapy. Ophthalmic Surg Lasers Imaging 2010 Apr 2. [Epub ahead of print]

**21.** **Fraunfelder FW**. Suhler EB, Fraunfelder FT. Hepatitis B vaccine and uveitis: an emerging hypothesis suggested from 32 case reports. Cutaneous and Ocular Toxicology. 29(1):26-9, 2010 Mar.

22. **Fraunfelder FW**. Liquid Nitrogen Cryotherapy for Conjunctival Lymphangiectasia: A Case Series. Archives of Ophthalmology. 127(12):1686-87, 2009 Dec.

23. **Fraunfelder FW**. Liquid Nitrogen Cryotherapy for Conjunctival Lymphangiectasia. Trans Am Ophthalmol Soc. 107;229-32 2009 Dec.

24. Page MA. **Fraunfelder FW**. Safety, efficacy, and patient acceptability of lidocaine hydrochloride ophthalmic gel as a topical ocular anaesthetic for use in ophthalmic procedures. Clinical Ophthalmology. 2009;3:601-9 Epub 2009 Nov.

25. **Fraunfelder FW**. Fraunfelder FT. Diplopia Associated with Fluoroquinolones. Ophthalmology. 116(9):1814-17, 2009 Sep.

26. **Fraunfelder FW**. Liquid Nitrogen Cryotherapy of Lymphangiectasia. Cornea. 28(5):594-6, 2009 Jun.

**27.** **Fraunfelder FW**. Liquid Nitrogen Cryotherapy of Conjunctival Amyloidosis. Archives of Ophthalmology 2009;127:645-8.

28. **Fraunfelder FW**. Winthrop K. Suhler E. Choi D. Fraunfelder FT. Postmarketing surveillance rates of uveitis and scleritis with bisphosphonates among a national veteran cohort. Retina. 29(2):285-6; author reply 286-7, 2009 Feb.

29. **Fraunfelder, FW**. Liquid Nitrogen Cryotherapy of Superior Limbic Keratoconjunctivitis. American Journal of Ophthalmology. 147(2):234-238.e1, 2009 Feb.

30. **Fraunfelder FW**. Cryotherapy for pterygia. [Letter] Ophthalmology. 115(12):2314-2314.e2, 2008 Dec.

31. **Fraunfelder FW**. Richards AB. Diplopia, blepharoptosis, and ophthalmoplegia and 3-hydroxy-3-methyl-glutaryl-CoA reductase inhibitor use. Ophthalmology. 115(12):2282-5, 2008 Dec.

32. Lim LL, **Fraunfelder FW**, Rosenbaum JT. Reply. Arthritis Rheum. 2008 May;58(5):1556-7.

33. **Fraunfelder FW**, Fraunfelder FT. Central serous chorioretinopathy associated with sildenafil.
    a. Retina. 2008 Apr;28(4):606-9.

34. Myers TD, **Fraunfelder FW**. Bilateral anterior uveitis associated with clomiphene citrate. Ocul Immunol Inflamm. 2008 Jan-Feb;16(1):23-4.

35. McGee HT, **Fraunfelder FW**. Toxicities of topical ophthalmic anesthetics.
    a. Expert Opin Drug Saf. 2007 Nov;6(6):637-40. Review.

36. Lloyd MJ, **Fraunfelder FW**. Drug-induced optic neuropathies. Drugs Today (Barc). 2007 Nov;43(11):829-38.

37. **Fraunfelder, F.W.**, Harrison, D.: Peripheral Ulcerative Keratitis Associated With Filgrastim. Cornea October 2007;26(3):368-369.

38. Limm, L.L., **Fraunfelder, F.W.**, Rosenbaum, J.T. Do tumor necrosis factor inhibitors cause uveitis? A registry-based study. Arthritis Rheum. 2007 Sep 28;56(10):3248-3252.

39. **Fraunfelder, F.W**. Drug-induced ocular inflammatory diseases. Drugs of Today (Barc). 2007;43(2):117-123.

40. Santaella, R.M., **Fraunfelder, F.W.**: Ocular Side Effects Associated With Systemic Medications. Drugs 67(1):75-93, 2007.

41. **Fraunfelder, F.W.**, Sadun, A.A., Wood, T.: Update on ethambutol optic neuropathy. Expert Opinion on Drug Safety 124(5):733-734, 2006.

42. **Fraunfelder, F.W.**: Ocular Adverse Effects Associated With Cyclooxygenase-2 Inhibitors (in reply). Archives of Ophthalmology 124(2)277-279, 2006.

43. **Fraunfelder, F.W.**, Fraunfelder, F.T.: Scientific Challenges In Post-Marketing Surveillance of Ocular Adverse Drug Reactions. American Journal of Ophthalmology 143(1):145-149, 2007.

44. Mathers, W.D., **Fraunfelder, F.W.**, Rich, L.F.: Risk of Lasik Surgery vs Contact Lenses. Archives of Ophthalmology 124(10):1510-1511, 2006.

45. **Fraunfelder, F.W.**: Corneal Toxicity From Topical Ocular and Systemic Medications. Cornea 25(10):1133-11-38, 2006.

46. **Fraunfelder, F.W.,** Shults, T.: Non-arteritic Anterior Ischemic Optic Neuropathy, Erectile Dysfunction Drugs, and Amiodarone. Journal of Neuro-Ophthalmology 26(1):1-3, 2006.

47. **Fraunfelder, F.W.,** Pomeranz, H., Egan, R.A.: Non-arteritic ischemic optic neuropathy and sildenafil. Archives of Ophthalmology 124(5):733-4, 2006.

48. **Fraunfelder, F.W.:** Clomifene and optic neuritis. WHO SIGNAL March 2006.

49. **Fraunfelder, F.W.,** Solomon, J., Mehelas, T.J.: Ocular Adverse Effects Associated With Cyclooxygenase-2 Inhibitors. Archives of Ophthalmology 124:277-279, 2006.

50. **Fraunfelder, F.W.:** Liquid Nitrogen Cryotherapy of Advancing Wavelike Epitheliopathy. Cornea 25(2):196-8, 2006.

51. **Fraunfelder, F.W.**: Pegaptanib (Macugen) for Wet Macular Degeneration. Drugs of Today 41:703-709, 2005.

52. **Fraunfelder, F.W.**: Ocular Side Effects Associated With Dietary Supplements and Herbal Medicines. Drugs of Today 41(8):537-45, 2005.

53. **Fraunfelder, F.W.**: Visual Side Effects Associated with Erectile Dysfunction Agents. American Journal of Ophthalmology 140(4):723-724, 2005.

54. **Fraunfelder, F.W.**: The Science and Marketing of Dietary Supplements. American Journal of Ophthalmology 140(2):302-304, 2005.

55. **Fraunfelder, F.W.**: Reply - Twice-Yearly Exams Not Necessary for Patients Taking Quetiapine. American Journal of Ophthalmology 140(2):348-349, 2005.

56. Falkenhagen, K.M., Braziel, R.M., **Fraunfelder, F.W.**, and Smith, J.R.: B Cells in Ocular Adnexal Lymphoproliferative Lesions Express B Cell Attracting Chemkine 1 (CXCL13). Archives of Ophthalmology 140(2):335-337, 2005.

57. Egan, R.A., **Fraunfelder, F.W.**: Viagra and Anterior Ischemic Optic Neuropathy. Archives of Ophthalmology 123(5):709-710, 2005.

58. **Fraunfelder, F.W.**, Fraunfelder, F.T.: Liquid Nitrogen Cryotherapy of a Conjunctival Vascular Tumor. Cornea 24(1):116-117, 2005.

59. **Fraunfelder, F.W.**: Twice-Yearly Exams Not Necessary for Patients Taking Quetiapine. American Journal of Ophthalmology 138(5):870-871, 2004.

60. **Fraunfelder, F.W.**: Epinastine Hydrochloride for Atopic Disease. Drugs of Today 40(8):677-83, 2004.

61. **Fraunfelder, F.W.**: Ocular Side Effects Associated with Herbal Medicines and Nutritional Supplements. American Journal of Ophthalmology 138(4):639-647,2004.

62. **Fraunfelder, F.W.**, Fraunfelder, F.T.: Evidence for a Probable Causal Relationship Between Tretinoin, Acitretin, and Etretinate and Intracranial Hypertension. Journal of Neuro-Ophthalmology 24(3):214-216, 2004.

63. **Fraunfelder, F.W.**: Adverse Ocular Side Effects from Over-the-Counter Lice Shampoo (letter). Archives of Ophthalmology 122(10):1575, 2004.

64. **Fraunfelder, F.W.**, and Fraunfelder, F.T.: Ocular Side Effects Recently Identified by the National Registry of Drug-Induced Ocular Side Effects. Ophthalmology 111(7):1275-1279, 2004.

65. **Fraunfelder, F.W.**: Ocular Adverse Drug Reactions and the National Registry of Drug-Induced Ocular Side Effects Insight XXIX(2):7-11, 2004.

66. **Fraunfelder, F.W.**, Fraunfelder, F.T., Corbett J.J.: Isotretinoin-Associated Intracranial Hypertension. Ophthalmology 111(6):1248-1250, 2004.

67. **Fraunfelder, F.W.**, Rich, L.F.: LASIK Using the Nidek EC-5000 or the Alcon LADARVision 4000 systems. Journal of Refractive Surgery 20(2):127-131, 2004.

68. Wheeler, D., **Fraunfelder, F.W.**: Ocular Motility Dysfunction Associated With Chemotherapeutic Agents. Journal of American Association for Pediatric Ophthalmology and Strabismus 8(1):15-17, 2004.

69. **Fraunfelder, F.W.**: Ocular Side Effects Associated with Isotretinoin. Drugs of Today 40(1):23-7, 2004.

70. **Fraunfelder, F.W.**: Ocular Hemorrhage Possibly Due to HMG-CoA Reductase Inhibitors. Journal of Ocular Pharmacology and Therapeutics 20(2):179-82, 2004.

71. **Fraunfelder, F.W.,** Fraunfelder, F.T.: Oculogyric Crisis in Patients Taking Cetirizine. American Journal of Ophthalmology 137(2):355-57, 2004.

72. Esmaeli, B., Diba, R., Ahmadi, A., Saadati, H.G., Faustina, M.M., Shepler, T.R., Talpaz, M., **Fraunfelder, F.W.**, Rios, M.B., Kantarjian, H.: Periorbital Edema and Epiphora as Ocular Side Effects of Imatinib Mesylate (Gleevec). Eye advance online publication 23 January 2004.

73. **Fraunfelder, F.W.**, Fraunfelder, F.T.: Topiramate Associated Acute, Bilateral, Secondary Angle-Closure Glaucoma. Ophthalmology 111(1):109-11, 2004.

74. **Fraunfelder, F.W.**: HMG-CoA Reductase Inhibitors and Ocular Haemorrhage. WHO

Pharmaceuticals Newsletter 5:7, 2003.

75. **Fraunfelder, F.W.:** Ocular Side Effects Associated with Bisphosphonates. Drugs of Today 39(11):829-835, 2003.

76. **Fraunfelder, F.W**., Fraunfelder, F.T.: Adverse Ocular Side Effects From Over-the-Counter Lice Shampoo. Archives of Ophthalmology 121:1790-1791, 2003.

77. **Fraunfelder, F.W**.: Ocular Adverse Drug Reactions. Expert Opinion of Drug Safety 2(4):411-420, 2003.

78. **Fraunfelder, F.W**., Solomon, J., Druker, B.J., Esmaeli, B., Kuyl, J.: Ocular Side Effects Associated with Imatinib Mesylate (Gleevec®). Journal of Ocular Pharmacology and Therapeutics 19(4):371-5, 2003.

79. **Fraunfelder, F.W.,** Fraunfelder, F.T.: Bisphosphonates and Ocular Inflammation. New England Journal of Medicine 348(12):1187-1188, 2003.

80. **Fraunfelder, F.W**., Fraunfelder, F.T.: Scleritis Associated With Pamidronate Disodium Use. American Journal of Ophthalmology 135(2):219-222, 2003.

81. **Fraunfelder, F.W.,** Rich, L.F.: Possible Adverse Effects of Drugs Used in Refractive Surgery. Journal of Cataract and Refractive Surgery 29(1):170-175, 2003.

82. **Fraunfelder, F.W.,** Fraunfelder, F.T.: Adverse Systemic Effects from Pledgets of Topical Ocular Phenylephrine 10%. American Journal of Ophthalmology 134(4):624-625, 2002.

83. **Fraunfelder, F.W.,** Rich, L.F.: LASIK complications in Diabetes Mellitus. Cornea 21(3):246-8, 2002.

84. Fraunfelder, F.T., **Fraunfelder, F.W.,** Edwards, R.: Ocular Side Effects Possibly Associated With Isotretinoin Usage. American Journal of Ophthalmology 132(3):299-305, 2001.

85. **Fraunfelder, F.W.,** Wilson, S.E.: LASIK versus PRK In the Correction of Myopic Astigmatism. Cornea 20(4):385-387, 2001.

86. **Fraunfelder, F.W**., Fraunfelder, F.T., Edwards, R.: Diplopia and HMG-CoA Reductase Inhibitors. Journal of Toxicology – Cutaneous and Ocular Toxicology 18(4):287-289, 1999.

87. **Fraunfelder, F.W**., Rosenbaum, J.T.: Drug-Induced Uveitis: Incidence, Prevention and Treatment. Drug Safety 17(3):197-207, 1997.

88. Morrison, J.C., **Fraunfelder, F.W**., Milne S.T., and Moore, C.G.: Limbal Microvasculature of the Rat Eye. Investigative Ophthalmology 36(3):751-756, 1995.

89. **Fraunfelder, F.W.,** Fraunfelder, F.T., and Illingworth, D.R.: Adverse Ocular Effects Associated with Niacin Therapy. British Journal of Ophthalmology 79(1):54-56, 1995.

90. Fraunfelder, F.T., Samples, J.R., and **Fraunfelder, F.W.**: Possible Optic Nerve Side Effects Associated with Nonsteroidal Anti-Inflammatory Drugs. Journal of Toxicology - Cutaneous and Ocular Toxicology 13(4):311-316, 1994.

91. Fraunfelder, F.T., **Fraunfelder, F.W.,** and Jefferson, J.W.: The Effects of Lithium on the Visual System. Journal of Toxicology - Cutaneous and Ocular Toxicology 11(2):97-169, 1992.

92. Fraunfelder, F.T., and **Fraunfelder, F.W.**: Short-term Use of Carbonic Anhydrase Inhibitors and Hematologic Side Effects. Archives of Ophthalmology 110:446-447, 1992.

93. Fraunfelder, F.T., Coster, D.J., Drew, R., and **Fraunfelder, F.W.**: Ocular Injury Induced by Methyl Ethyl Ketone Peroxide. American Journal of Ophthalmology 110:635-640, 1990.

**Peer-Reviewed Journal Articles**

**In Progress:**

1. **Fraunfelder, F.W.**, Hills, W., Fraunfelder, F.T. Oculogyric Crisis and Ocular Side Effects Associated with Aripiprazole. Drugs of Today 2014 [in press].

5. **Fraunfelder, F.W.**, Fraunfelder, F.T. Oculogyric Crisis Associted with Lamortrigine. Accepted to Cutaneous and Ocular Toxicology. 2014 [in press].

**6.** **Fraunfelder, F.W.,** Fraunfelder, F.T. Oculogyric Crisis Associated with Lamortrigine. Submitted Current Drug Safety. 2014 [in perss].

**Thesis**

**Fraunfelder, F.W**. Liquid Nitrogen Cryotherapy for External Eye Disease. Transanctions of the American Ophthalmological Society Trans Am Ophthalmol Soc. 106:301-24 2008.

**Chapters in Books**

1. **Fraunfelder, F.W.**: Conjunctival and Corneal Intraepithelial Neoplasia. In Roy (ed.). Master Techniques in Ophthalmic Surgery. Lea & Febiger, Philadelphia, London, 2012 [*in* press].

2. **Fraunfelder, F.W**. Conjunctival and Cornea Intraepithelial Neoplasia Mann's Pharmacovigilance. 3rd Edition. R.D. Mann and Elizabeth Andres (Eds.), John Wiley and Sons Ltd., Hoboken, NK, 2012.

3. **Fraunfelder, F.W.**: Ocular Toxicology. Duane's Clinical Ophthalmology, Lippincott Williams & Wilkins, 2012.

4. Fraunfelder, F.T., **Fraunfelder, F.W.** Toxic Optic Neuropathies. Ocular Disease Mechanisms and Management, edited by Leonard A. Levin, M.D., and Daniel M. Albert, M.D., M.S. 2010

5. **Fraunfelder, F.W.:** Ocular and Systemic Side Effects of Drugs. Vaughan and Asbury's General Ophthalmology, 18th ed. McGraw-Hill. (Paul Riordan-Eva and Emmett Cunningham eds.), 2010.

6. **Fraunfelder FW**., Michael Page, MD. 49 Clinical Questions. Question 23 Curbside Consultation in Cornea, Slack Inc 2010.

7. **Fraunfelder, F.W**.: Toxic Retinopathies. Duane's Clinical Ophthalmology, 2009 edition, Lippincott Williams & Wilkins.

8. **Fraunfelder, F. W**.: Toxic Retinopathies. Duane's Clinical Ophthalmology, Vol. 3, Ch. 33, Toxic Retinopathies, 2007 edition, Lippincott Williams & Wilkins.

9. **Fraunfelder, F.W**.: Ocular Toxicology. PDR for Ophthalmic Medicines. Montvale, New Jersey: Medical Economics, Inc., 2007.

10. Fraunfelder, F.T., **Fraunfelder, F.W.** Toxic Optic Neuropathies. Mechanisms and Management, edited by Leonard A. Levin, M.D., and Daniel M. Albert, M.D., M.S. 2008.

11. **Fraunfelder, F.W**.: Ocular Toxicology. Duane's Clinical Ophthalmology, Lippincott Williams & Wilkins, 2007.

12. McGee, H., **Fraunfelder, F.W**.: Clinical Systemic Manifestations of Ocular Therapy. Ocular Therapeutics - An Eye on Discoveries, Elsevier. (Abbot Clark, Tom Yorio and Marty Wax eds.) 2006 [*in progess*].

13. **Fraunfelder, F.W**.: Ocular and Systemic Side Effects of Drugs. Vaughan and Asbury's General Ophthalmology, 17th ed. McGraw-Hill. (Paul Riordan-Eva and Jack Whitcher eds.), 2006.

14. **Fraunfelder, F.W**.: Ocular Side Effects of Prescription Medications. Pharmacovigilance. 2nd Edition. R.D. Mann and Elizabeth Andres (Eds.), John Wiley and Sons Ltd., Hoboken, NK, 2005 [*in* press].

15. **Fraunfelder, F.W**.: Ophthalmic Principles. Goldfrank's Toxicologic Emergencies, 8th edition, L.R. Goldfrank, N.E. Flomenbaum, N. A. Lewin, R.S. Weisman, M.A. Howland, R.S. Hoffman (Eds.), Appleton and Lange, Stamford, Connecticut, 2006.

16. **Fraunfelder, F.W**.: Ocular Toxicology. PDR for Ophthalmic Medicines. Montvale, New Jersey: Medical Economics, Inc., 2005.

17. **Fraunfelder, F.W**.: Ocular Toxicology. PDR for Ophthalmic Medicines. Montvale, New Jersey: Medical Economics, Inc., 2003.

18. **Fraunfelder, F.W**.: Ocular and Systemic Side Effects of Drugs. Vaughan and Asbury's General Ophthalmology, 16th ed. McGraw-Hill. (Paul Riordan-Eva and Jack Whitcher eds.), 2002.

19. **Fraunfelder, F.W.**: Ocular Adverse Drug Reactions. Pharmacovigilance. R.D. Mann and Elizabeth Andres (Eds.), John Wiley and Sons Ltd., Hoboken, NK, Sept. 2002, pp. 475-482.

20. Smilkstein, M., **Fraunfelder, F.W.**: Ophthalmic Principles. Goldfrank's Toxicologic Emergencies, 7th edition, L.R. Goldfrank, N.E. Flomenbaum, N. A. Lewin, R.S. Weisman, M.A. Howland, R.S. Hoffman (Eds.), Appleton and Lange, Stamford, Connecticut, April 2002, pp. 411-419.

21. **Fraunfelder, F.W.** and Fraunfelder, F.T.: Ocular Toxicology. Duane's Clinical Ophthalmology, Vol. 5, Ch. 37, 2002 edition. Lippincott Williams & Wilkins.

22. **Fraunfelder, F. W.**, Fraunfelder, F. T., and Wood, T.: Toxic Retinopathies. Duane's Clinical Ophthalmology, Vol. 3, Ch. 33, 2002 edition, Lippincott Williams & Wilkins.

23. **Fraunfelder, F.W.**, and Rich, L.F.: Epithelial Adhesion Disorders. Ocular Surface Disease: Diagnosis and Management. E.J. Holland and M.J. Mannis(Eds.), Springer Verlag, New York, Inc., Nov. 2001, pp. 58-64.

24. **Fraunfelder, F.W.**, and Fraunfelder, F.T.: Schistosomiasis. Current Ocular Therapy, 5th Edition. F.T. Fraunfelder and H. Roy (Eds.), W. B. Saunders, Philadelphia, PA, Nov. 1998, pp. 134-135.

25. Fraunfelder, F.T., **Fraunfelder, F.W.**: Ocular Toxicology. Oxford Textbook of Ophthalmology, volume 2 Sections 2.11-3.24. D.L. Easty, J.M. Sparrow (Eds.), Oxford University Press, New York 1999, pp767-774.

26. Fraunfelder, F.T., **Fraunfelder, F.W.**: Ocular Toxicology. Oxford Textbook of Ophthalmology, volume 2 Sections 2.11-3.24. D.L. Easty, J.M. Sparrow (Eds.), Oxford University Press, New York 1999, pp767-774.

27. Fraunfelder, F.T., **Fraunfelder, F.W.**: Side-effects of Topical Ocular Medication. Oxford Textbook of Ophthalmology, volume 1 Sections 1-2.10. D.L. Easty, J.M. Sparrow (Eds.), Oxford University Press, New York 1999, pp80-85.

28. Fraunfelder, F.T., and **Fraunfelder, F.W.**: Erythema Multiforme Major. Current Ocular Therapy, 5th Edition. F. T. Fraunfelder and H. Roy (Eds.), W. B. Saunders, Philadelphia, PA., Nov. 1998, pp. 204-206.

29. **Fraunfelder, F.W.**, and Fraunfelder, F.T.: Hypothermal Injury. Current Ocular Therapy, 5th Edition. F. T. Fraunfelder and H. Roy (Eds.), W. B. Saunders, Philadelphia, PA., Nov. 1998, pp. 366-368.

30. **Fraunfelder, F.W.**, and Fraunfelder, F.T.: Schistosomiasis. Current Ocular Therapy, 4th Edition. F.T. Fraunfelder and H. Roy (Eds.), W. B. Saunders, Philadelphia, PA, 1995, pp. 134-135.

31. Fraunfelder, F.T., and **Fraunfelder, F.W.**: Erythema Multiforme Major. Current Ocular Therapy, 4th Edition. F. T. Fraunfelder and H. Roy (Eds.), W. B. Saunders, Philadelphia, PA., 1995, pp. 204-205.

32. **Fraunfelder, F.W.,** and Fraunfelder, F.T.: Hypothermal Injury. Current Ocular Therapy, 4th Edition. F. T. Fraunfelder and H. Roy (Eds.), W. B. Saunders, Philadelphia, PA., 1995, pp 366-388.

**Recent Abstracts/ Posters:**

1. Alloju Shashi, Michelle Patel, **Fraunfelder, F.W.** Liquid Nitrogen Cryotherapy Treatment of Herpes Simplex Epithelial Keratitis. American Ophthalmological Society May 15 – 18, 2015. Newport, Rhode Island.

2. **Fraunfelder, F.W.** Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology (AAO). Chicago, Illinois. October 19, 2014.

3. **Fraunfelder, F.W**. Manufacturing process Tools applied To Ophthalmology: Quality, Profits, and Pitfalls. American Ophthalmological Society May 17-20, 2012. Charleston, South Carolina.

4. Page, M.A., **Fraunfelder, F.W.**: Liquid Nitrogen Cryotherapy is a Safe and Effective Adjunctive Treatment for Primary Pterygium. American Ophthalmological Society (AOS), Dana Point, CA, May 2011.

5. Chamberlain, WD. **Fraunfelder, RW**. Rush, S. Mathers, WD. Comparison of Femtosecond Laser-Assisted Keratoplasty with Conventional Penetrating Keratoplasty. American Academy of Ophthalmology. Chicago, IL 2010.

6. **Fraunfelder, F.W**.: Diplopia Associated with Fluoroquinolones. American Academy of Ophthalmology. San Francisco, California, October 2009.

7. **Fraunfelder, F.W.**, Richards, A.B.: Diplopia, Blepharitis, and Ophthalmoplegia Associated with the use of HMG-CoA Reductase Inhibitors. American Academy of Ophthalmology (AAO), Atlanta, Georgia, November 2008.

8. **Fraunfelder, F.W**., Richards, A.B.: Diplopia, Blepharitis, and Ophthalmoplegia Associated with the use of HMG-CoA Reductase Inhibitors. International Society of Ocular Toxicology (ISOT), Philadelphia, Pennsylvania, September 2008.

9. Giegengack, M., Rich, L.F., Mathers, W.D., **Fraunfelder, F.W**.: DSAEK Experience Including Eyes With Altered Anterior Chamber Architecture. The Association for Research in Vision and Ophthalmology (ARVO), Fort Lauderdale, Florida, May 2007.

10. Lim, L.L, **Fraunfelder, F.W.**, Fraunfelder, F.T., Rosenbaum, J.T.: TNF inhibitors and uveitis – is there a causal relationship? The American Academy of Ophthalmology (AAO), Las Vegas, Nevada, November 2006.

11. Lim, L.L, **Fraunfelder, F.W.**, Fraunfelder, F.T., Rosenbaum, J.T.: TNF inhibitors and uveitis – is there a causal relationship? The Association for Research in Vision and Ophthalmology (ARVO), Fort Lauderdale, Florida, May 2006.

12. **Fraunfelder, F.W.**: B Cells in Ocular Adnexal Lymphoproliferative Lesions Express B Cell Attracting Chemokine 1. The Association for Research in Vision and Ophthalmology (ARVO), Fort Lauderdale, Florida, May 2005.

13. Steele, E.A., **Fraunfelder, F.W.**: Thick Versus Thin Laser In Situ Keratomileusis Flaps in the Correction of Myopic Astigmatism. The Association for Research in Vision and Ophthalmology (ARVO), Fort Lauderdale, Florida, May 2005.

14. Kiuru, A.K., **Fraunfelder, F.W.,** Edwards, I.R.: Bisphosphonates and ocular side effects. 8th World Congress on Clinical Pharmacology & Therapeutics, Brisbane, Australia (Brisbane Convention & Exhibition Centre), August 2004.

15. **Fraunfelder, F.W.,** Fraunfelder, F.T.: Scleritis and other ocular side effects associated with pamidronate disodium. The International Symposium of Ocular Pharmacology and herapeutics (ISOPT), Monte Carlo, Monaco, March 2004.

16. Fraunfelder, F.T., **Fraunfelder, F.W.**: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist, Anaheim, CA, November 2003.

17. Watkins, A., Macaluso, D.C., **Fraunfelder, F.W.**, Rich, L.F., Mathers, W.D.: Late Traumatic Flap Dislocation Two Years Following LASIK. American Society of Cataract and Refractive Surgery, San Francisco, CA, April 2003.

18. **Fraunfelder F.W.**, Rich, L.F. LASIK Complications in Diabetes Mellitus. International Congress of Ophthalmology, Sydney, Australia. June 2002.

19. **Fraunfelder, F.W.**, Mathers, W.D. Enhanced Culture Detection of Acanthamoeba Organisms. International Congress of Ophthalmology, Sydney, Australia June 2002.

20. **Fraunfelder F.W.**, Fraunfelder F.T. Ocular Side Effects Associated with Isotretinoin. International Congress of Ophthalmology, Sydney, Australia, June 2002.

21. Fraunfelder F.W., Fraunfelder, F.T. Systemic Side Effects Associated with Topical Ocular Phenylephrine 10% in Pledglet Form. International Society of Ocular Pharmacology and Pharmaceutics, Seville, Spain, February 2002.

22. **Fraunfelder, F.W.**, Harrison, D.A.; Survey of Treatment of Bacterial and Viral Conjunctivitis. Association of Research in Vision and Ophthalmology (ARVO) Conference, Fort Lauderdale, FL, 1999.

23. **Fraunfelder, F.W.**, Milne, S.T., and Morrison, J.C.: Anterior Segment Microvasculature of the Rat Eye. Association of Research & Vision in Ophthalmology (ARVO) Conference, Sarasota, FL, 1992.

**Invited Lectures and Courses:**

1. Frederick W. Fraunfelder. Sports Eye Injury. Invited speaker- Missouri Orthopedic Institute, University of Missouri. October 24, 2014.

2. Frederick W. Fraunfelder. Intracameral antibiotics for the prevention of post-cataract surgery endophthalmitis. 57th Annual Physicians Alumni Weekend. October 24, 2014.

3. Frederick W. Fraunfelder. Global Freezing – Diagnosis and Treatment of Surface Ocular Tumors. 57th Annual Physicians Alumni Weekend. October 24, 2014.

4. Frederick W. Fraunfelder. Course: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology (AAO). Chicago, Illinois. October 19, 2014.

5. Frederick W. Fraunfelder. Drug related immunotoxicity in ophthalmology. 13th Congress of the International Socity of Ocular Toxicity (ISOT). Ishikawa, Japan. October 10, 2014.

6. Frederick W. Fraunfelder. Ocular Oncology. Table Rock Regional Round-Up. Branson, Missouri. September 19, 2014.

7. Frederick W. Fraunfelder. Ophthalmology and Health Reform. Yale School of Medicine. New Haven, CT. August 29, 2014.

8. Frederick W. Fraunfelder. Drug induced Ocular Side Effects of Clinical Importance to Ophthalmologists. University of Missouri 21st Annual Resident and Alumni Day, May 30, 2014.

9. Frederick W. Fraunfelder. Global Freezing: Diagnosis and Treatment of Surface Ocular Tumors. University of Missouri 21st Annual Resident and Alumni Day, May 30, 2014.

10. Frederick W Fraunfelder. Business practices in Ophthalmology with Healhcare reform and surface ocular tumors. Yale Department of Ophthalmology. August 30, 2013.

11. Frederick W Fraunfelder. Surface Ocular Oncology: Treatment and Imaging Techniques. Resident lecture, Yale Department of Ophthalmology. August 29, 2013

12. Frederick W Fraunfelder. Business practices in Ophthalmology with healthcare reform. Ophthalmology. Mount Sinai Medical Center August 28, 2013.

13. Frederick W. Fraunfelder: Cryotherapy of Surface Eye Disease. 97th Pacific Coast Oto-Ophthalmological Society Meeting June 21-24 2013.

14. Frederick W. Fraunfelder: Novel Treatment for Herpes Simplex Viral Keratitis. Oregon Ophthalmological Alumni Association (OOAA) Portland OR June 14, 2013.

15. Frederick W. Fraunfelder: Diagnosis and Treatment of Surface Eye Tumors. Oregon

Ophthalmological Alumni Association Technician meeting, Portland OR June 14, 2013.

16. Frederick W. Fraunfelder, M.D.: Adverse Ocular Drug Reactions Recently Identified by the National Registry of Drug-Induced Ocular Side Effects. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT), Paris, France 03/2013.

17. Frederick W. Fraunfelder, M.D.: OCT of Surface Eye Tumors. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT), Paris, France 03/2013.

18. Frederick W Fraunfelder. Cryotherapy for Surface Eye Disease: Indications and Surgical Techniques. Yale Department of Ophthalmology. August 31, 2012.

19. Frederick W Fraunfelder. Surface Eye Tumors and Ocular Oncology. Resident lecture, Yale Department of Ophthalmology. August 30, 2012

20. Frederick W Fraunfelder. Manufacturing Production Techniques Applied to Ophthalmology. Mount Sinai Medical Center August 29, 2012.

21. Frederick W. Fraunfelder. Ophthalmology Management and Health Care Reform. University of Florida Department of Ophthalmology, Grand Rounds, Jacksonville, Florida. June 2012.

22. Frederick W. Fraunfelder. Toxicology and the Eye. University of Florida Department of Ophthalmology, Jacksonville, Florida. Resident Banquet. June 2012.

23. Frederick W Fraunfelder. Cryotherapy for Surface Eye Disease: Indications and Surgical Techniques. Texas Ophthalmological Association. May 18, 2012.

24. Frederick W Fraunfelder. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. Texas Ophthalmological Association. May 18, 2012.

25. Frederick W Fraunfelder. Cryotherapy for Surface Eye Disease: Indications and Surgical Techniques. American Academy of Ophthalmology, Orlando, FL Oct 2011.

26. Frederick W Fraunfelder, Frederick T. Fraunfelder. "Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist" American Academy of Ophthalmology, Orlando, FL Oct 2011.

27. Frederick W. Fraunfelder, M.D. Ocular Surface Tumors. Columbia University Medical Center, Edward S. Harkness Eye Institute. New York, NY, September 2011.

28. Frederick W. Fraunfelder, M.D. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist, American Academy of Ophthalmology, Chicago, IL Oct 2010.

29. Frederick W. Fraunfelder. Drug-Induced Ocular Side Effects of Clinical Importance in Primary Care. 2010 Family Medicine & Primary Care group, Portland OR, 2/2010.

30. Frederick W. Fraunfelder, M.D.: Pharmacovigilance in Ophthalmology. International

Symposium on Ocular Pharmacology and Therapeutics (ISOPT), Rome Italy, 12/2009.

31. Frederick Fraunfelder, M.D.: World Health Organization (WHO) classification system. International Symposium on Ocular Pharmacology and Therapeutics (ISOPT), Rome Italy, 12/2009.

32. Frederick W. Fraunfelder, M.D.: Side Effects of Drugs on the Macula and the Eye, Macular Degeneration Center Advisory Board Meeting, Casey Eye Institute, Portland, OR, 12/2009.

33. Frederick W. Fraunfelder, M.D.: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist, American Academy of Ophthalmology, San Francisco, CA., 10/2009.

34. Frederick W. Fraunfelder, M.D.: Liquid Nitrogen Cryotherapy of Conjunctival Lymphangiectasia: A Case Series" American Ophthalmological Society, Half Moon Bay, CA., 5/2009.

35. Frederick W. Fraunfelder, M.D.: Ocular Toxicology. Wake Forest University Eye Center, Winston-Salem, NC., 1/2009.

36. Frederick W. Fraunfelder, M.D.: Cryotherapy For Surface Eye Disease, Wake Forest University Eye Center, Winston-Salem, NC., 1/2009.

37. Frederick W. Fraunfelder, M.D. & Frederick T. Fraunfelder, M.D.: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist, American Academy of Ophthalmology, Atlanta, GA., 11/2008.

38. Fraunfelder, F.W., Richards, A.B.: Diplopia, Blepharitis, and Ophthalmoplegia Associated with the use of HMG-CoA Reductase Inhibitors, American Academy of Ophthalmology Atlanta, GA., 11/2008.

39. Frederick W. Fraunfelder, M.D.: Resident Lecture series: Basic and Clinical Science Course, Clinical Optics. Casey Eye Institute, Portland, OR., 10/2008.

40. Frederick W. Fraunfelder, M.D., Resident Lecture: Ocular Emergencies & Surface Eye Disorders. Casey Eye Institute, Portland, OR., 7/2008.

41. Frederick W. Fraunfelder, M.D. & Frederick T. Fraunfelder, M.D.: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology, New Orleans, La., 11/2007.

42. Frederick W. Fraunfelder, M.D.: Drug-Induced Ocular Side Effects of Clinical Importance, 6th International Symposium on Ocular Pharmacology and Therapeutics, Budapest, Hungary, 3/2007.

43. Frederick W. Fraunfelder, M.D. & Frederick T. Fraunfelder, M.D.: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology, Las Vegas, NV, 11/13/2006.

44. Frederick W. Fraunfelder, M.D.: Preservative in Glaucoma Medications. Alcon African American Glaucoma Advisory Meeting, Vancouver, British Columbia, 7/8/06.

45. Frederick W. Fraunfelder, M.D.: Definitely DSAEK (Descemet Stripping Automated Endothelial Keratoplasty). 31st University of Washington Department of Ophthalmology Annual Resident/Alumni Day, Seattle, Washington, 6/17/2006.

46. Frederick W. Fraunfelder, M.D.: Drug-Induced Ocular Side Effects of Clinical Importance, 6th International Symposium on Ocular Pharmacology and Therapeutics, Berlin, Germany, 3/31/2006.

47. Frederick W. Fraunfelder, M.D.: Common Eye Problems, 37th Annual Family Medicine Review, Portland, OR, 2/15/2006.

48. Frederick W. Fraunfelder, M.D. & Frederick T. Fraunfelder, M.D.: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist, American Academy of Ophthalmology, Chicago, IL, 10-16-2005.

49. Frederick W. Fraunfelder, M.D.: Drug-Related Adverse Effects. Joint Commission on Allied Health Personnel in Ophthalmology (JCAHPO) Annual Continuing Education (ACE) Program for Ophthalmic Medical Personnel, Chicago, IL, 10-15-2005.

50. Frederick W. Fraunfelder, M.D.: Liquid Nitrogen Cryotherapy for Surface Eye Disease, Corneal and External Disease Update, Portland, OR, 4-9-2005.

51. Frederick W. Fraunfelder, M.D.: The Red Eye, 36th Annual Family Medicine Review, Portland, OR, 2-15-2005.

52. Frederick W. Fraunfelder, M.D.: Drug-Induced Ocular Side Effects of Clinical Importance. Ophthalmology Grand Rounds, Portland, OR, 2-4-2005.

53. Frederick T. Fraunfelder, M.D. & Frederick W. Fraunfelder, M.D.: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology, New Orleans, Louisiana, 10-24-2004.

54. Frederick W. Fraunfelder, M.D.: The Aging Eye. Oregon Academy of Ophthalmology – The Hollywood Senior Center, Portland, OR, 10-21-2004.

55. Frederick W. Fraunfelder, M.D.: Ocular Tumors. Current Issues in Ophthalmology for Ophthalmic Personnel, Portland, OR, 9-17-2004.

56. Frederick W. Fraunfelder, M.D.: Liquid Nitrogen Cryotherapy for Surface Eye Disease. 59th Annual Oregon Ophthalmological Alumni Association Meeting, Portland, OR 9-14-2004.

57. D.S. Rajguru, M.D. & Frederick W. Fraunfelder, M.D.: Cataracts Associated with Quetiapine (Seroquel). 4th International Symposium on Ocular Pharmacology and Therapeutics, Monte Carlo, Monaco, 3-13-2004.

58. Frederick W. Fraunfelder, M.D. & Frederick T. Fraunfelder, M.D.: Scleritis and Other Ocular Side Effects Associated with Pamidronate Disodium. 5th International Symposium on Ocular Pharmacology and Therapeutics, Monte Carlo, Monaco, 3-12-2004.

59. Chairperson Free Paper Session, Frederick W. Fraunfelder ISOPT Monte Carlo, Monaco 3-12-2004.

60. Frederick W. Fraunfelder, M.D.: The Red Eye: When to Treat and When to Refer, 35th Annual Family Practice Review, Portland, OR, 2-2-2004.

61. Frederick W. Fraunfelder, M.D.: Opening Comments and Updates, Refractive Surgery Clinical Case Conference, Portland, OR, 1-23-2004.

62. Frederick W. Fraunfelder, M.D. & Frederick T. Fraunfelder, M.D.: Adverse Ocular Drug Reactions Recently Identified by the National Registry of Drug-Induced Ocular Side Effects. American Academy of Ophthalmology, Anaheim, CA, 11-16-2003.

63. Frederick W. Fraunfelder, M.D.: Ocular Toxicity – Common and Uncommon Causes. Ophthalmology Grand Rounds, Portland, OR, 5-2-2003.

64. Frederick W. Fraunfelder, M.D.: Opening Comments and Updates. Refractive Surgery Clinical Case Conference, Portland, OR, 3-28-2003.

65. Frederick W. Fraunfelder, M.D.: LASIK Complications. Oregon Academy of Ophthalmology – OAO Technicians/Assistants Programs, Portland, OR, 2-28-2003.

66. Frederick W. Fraunfelder, M.D.: The Red Eye: When to Treat and When to Refer. 34th Annual Family Medicine Review, Portland, OR, 2-13-2003.

67. Frederick W. Fraunfelder, M.D.: Diagnosis and Treatment of Surface Eye Tumors. Ophthalmology Grand Rounds, Portland, OR, 2-7-2003.

68. Frederick W. Fraunfelder, M.D.: Macular Function Testing; Glare Testing; Contrast Sensitivity Function. Ophthalmology Grand Rounds, Portland, OR 10-25-2002.

69. Frederick T. Fraunfelder, M.D. & Frederick W. Fraunfelder, M.D.: Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist. American Academy of Ophthalmology - AAO/PAAO Joint Meeting, Orlando, Florida, 10-23-2002.

70. Frederick W. Fraunfelder, M.D.: Dry Eye: A Feedback Model. Ophthalmology Grand Rounds, Portland, OR, 10-4-2002.

71. Frederick W. Fraunfelder, M.D.: The Human Eye as an Optical System. Ophthalmology Grand Rounds, Portland, OR, 9-20-2002.

72. Frederick W. Fraunfelder, M.D.: Surface Eye Tumors & Current Issues in Drug-Induced Ocular Side Effects/Issues in Ophthalmology in Other Countries, 57th Annual Oregon Ophthalmological Alumni Association Meeting, Portland, OR, 9-13-2002.

73. Frederick W. Fraunfelder, M.D.: Current Issues in Drug-Induced Ocular Side Effects/Issues in Ophthalmology in Other Countries, 57th Annual Oregon Ophthalmological Alumni Association Meeting, Portland, OR, 9-13-2002.

74. Frederick W. Fraunfelder, M.D.: Assessment and Treatment of Common Eye Conditions in Primary Care. Washington State University Class – Advanced Assessment of Differential Diagnosis, Vancouver, WA, 5-10-2002.

75. Frederick W. Fraunfelder, M.D.: Adverse Effects of Topical Ocular 10% Phenylephrine in Pledglet Form. 4th International Symposium on Ocular Pharmacology and Pharmaceutics (ISOPP), Seville, Spain, 3-2-2002.

76. Frederick W. Fraunfelder, M.D.: Opening Comments and Updates. LASIK Complications and Diabetes & Adverse Effects of Pledgets of 10% Phenylephrine. Refractive Surgery Clinical Case Conference, Portland, OR, 2-24-2002.

77. Frederick W. Fraunfelder, M.D.: Refractive Surgery. 33rd Annual Family Medicine Review, Portland, OR, 2-11-2002.

78. Frederick W. Fraunfelder, M.D.: Refractive Surgery and Who Makes a Good Candidate. Central Coast Medical Update, Newport, OR, 9-29-2001.

**Clinical Trials** (approved by OHSU institutional review board)

1. Co-Investigator LALAK for Opacities IRB00009282

2. Co-Investigator Multi-center clinical trial of OCT-based IOL power formula. (IRB 00006612)

3. Co-Investigator Observational study of corneal power, astigmatism & aberration changes after LASIK. (IRB 00006612)

4. Co-Investigator Clinical trial of OCT-guided transepithelial PTK. (IRB 00006612)

5. Co-Investigator Observational study of KCN and post-keratoplasty eye. (IRB 00006612)

6. Co-Investigator Randomized clinical trial of OCT guided lamellar keratoplasty in adults. (IRB 00007884)

7. Co-Investigator Randomized clinical trial comparing the measurement of uveitis response comparing OCT grading to slit lamp grading. (IRB 00008052)

8. Principal Investigator Opthtec artificial iris lens IRB 00005307 (unfunded)

9. Principle investigator for IRB and Co-investigator for NIH. Guiding the treatment of anterior eye diseases with optical coherence tomography (IRB 00006612). "Guiding the Treatment of Anterior Eye Disease with Optical Coherence Tomography" (NIH/NEI R01 EY018184 $751,926) 9/1/2011-8/31/2016.

10. Principle investigator Recovery times for corneal sensitivity and visual acuity after LASIK/PRK (sponsored by Senju pharmaceutical Co., Ltd.) (IRB 00006245)

11. Co-principle investigator INTACS (unfunded) (IRB 00006747).

12. Principle investigator Corneal Crosslinking with Avedro Laser (Phase III trial) (IRB 00006783).

Past Clinical Trials

1. Principle investigator Endothelial survival with femtosecond laser creation of Deep Lamellar Endothelial Keratoplasty corneal buttons. (sponsored by Medical Research Foundation of Oregon) (IRB 00001050)

2. Principle investigator Outcomes following excision and cryotherapy for conjunctival primary acquired melanosis. (sponsored by Research to Prevent Blindness) (IRB 00002808)

3. Principle investigator Liquid Nitrogen Cryotherapy of Surface Eye Disease. (unfunded) (IRB 00004678)

State Society Meetings and Alumni Days & Keynote Address:

1. Oregon Ophthalmology Alumni Association. Surface Eye Tumors. June 2012.

2. Utah Ophthalmology Society Annual Meeting, February 2011

3. Texas Ophthalmological Association. Keynote lectures on Ocular Toxicology and Surface Eye Tumors. May 18, 2012.

4. Frederick W. Fraunfelder Orphans Oversees Keynote Lecture, Portland OR, 2/2010.

5. Drug-Related Adverse Effects of Clinical Importance to the Ophthalmologist, Orange County Ophthalmology Society February 2008.

6. Global Freezing; Alternative Treatments of External Eye Disease With Liquid Nitrogen Cryotherapy. Oregon Ophthalmology Alumni Association, May 2008.

7. DSAEK and the History of Corneal Transplantation.: Oregon Ophthalmology Alumni Association. May 2007.

8. Definitely DSAEK (Descemet Stripping Automated Endothelial Keratoplasty), 31st University of Washington Department of Ophthalmology Annual Resident/Alumni Day, Seattle,

Washington, 6/17/2006.

**Non-Peer Reviewed Articles**

1. Ocular adverse drug reactions from systemic medications: a review: Ophthalmology International Spring 2013. FW Fraunfelder.

2. Watch out for Ocular Effects of Breast Cancer Drugs. Eye Net. March 2013. Interviewing K.V. Chalam, Alvin Eisner, PhD, and Rick W. Fraunfelder.

3. Some Supplements Can Damage Eyes
International News Network
Fraunfelder, who is based at the Casey Eye Institute in Portland, Oregon, explained that most people are unaware of how damaging supplements can be to the ...1/23/2013

4. Liquid nitrogen cryotherapy for primary pterygia may prevent recurrence. Ocular Surgery News, by Frederick W. Fraunfelder. 2/25/2012.

5. Superior limbic keratoconjunctivitis can be treated with liquid nitrogen cryotherapy. Ocular Surgery News. Authors: Rick W Fraunfelder, Thomas John. 1/25/2012.

6. Ophthalmology Management. Article date 1/1/2012
Game Plan for a Winning Practice: Ten strategies to improve efficiency, simplify workflow, cut costs and eliminate waste-without compromising care. By F.W. Fraunfelder, MD.

5. Ophthalmology Management. Article date 12/1/2011
Make Yours a "LEAN" Practice
*Yes, you* can *apply manufacturing efficiencies to medicine without compromising quality.* Here's how. By F.W. Fraunfelder, MD

6. Systemic Drugs with Ocular Side Effects: Elderly patients are often taking medications for osteoporosis, erectile dysfunction and prostate conditions that are known to have ocular side effects. Review of Ophthalmology. Michelle Stephenson contributing editor, interviewing Rick W. Fraunfelder. 10/4/2011.

7. Ocular Surgery News U.S. Edition December 25, 2011
Surgical Maneuvers
Liquid nitrogen cryotherapy an effective surgical alternative for treating conjunctivochalasis
In this technique, redundant conjunctiva is tacked down to the underlying globe via a cryogenic burn.by Frederick W. Fraunfelder, MD

8. Ophthalmology Managemaent: Article Date: 10/1/2011
Keep Alert for These Drug-Related Adverse Effects
*Here's a guide to the most common ones affecting ophthalmology patients.*
By F.W. (Rick) Fraunfelder, MD

9. Clinical Update: External Disease. Liquid Nitrogen for Ocular Surface Disease. Eye Net.

By Marianne Doran, Contributing Writer Interviewing Frederick W. Fraunfelder, MD, and Matthew Giegengack. October 2011.

10. Comprehensive. Do Ask, Do Tell: Herbs and Your Patients. Eye Net. By Jean Shaw, Senior Editor 2011.

11. Ocular anesthesia: using lidocaine gel. EyeWorld. By MaxineLipner, interviewing Rick W. Fraunfelder. Feb 2010.

12. News in Review: A look at today's Ideas and Trends. CSC May Be Associated With Viagra. Eye Net. July 2008.

13. Rx Side Effects: New Plaquenil Guidelines and More. Eye Net. By Miriam Karmel, Contributing Writer Interviewing Frederick W. Fraunfelder, MD.

14. Refractive. Watch Out: Refractive Surgery and Drug Side Effects. Eye Net. By Lori Baker Schena, Contributing Writer interviewing Frederick W. Fraunfelder, MD.

15. News in Review. A Look at Today's Ideas and Trends. Statins Linked to Diplopia, Ptosis, Ophthalmoplegia, Eye Net. By Lori Baker Schena Interviewing Frederick W. Fraunfelder, MD.

16. Morning Rounds. Sudden, Painful Vision Loss in a Young, Healthy Woman. Eye Net. By Kenneth C. Mathys, MD, Edited by Thomas A. Oetting, MD, Interviewing Frederick W. Fraunfelder, MD.

17. Ophthalmic Pearls: Cornea. Diagnosing and Treating Neurotrophic Keratopathy. Eye Net. By Jill R. Wells, MD, and Marc A. Michelson, MD, Edited by Ingrid U. Scott, MD, MPH, Sharon Fekrat, MD, and Frederick W. Fraunfelder, MD.

18. Clinical Update: Comprehensive: When Non-ophthalmic Drugs Cause Ocular Toxicity. Eye Net Magazine. By Jean Shaw, Contributing writer, interviewing Rick W. Fraunfelder, 2006.

19. News in Review: Patient Care: One Thing Leads to Another. News compiled by Linda Roach, interviewing Rick W Fraunfelder.

20. Going Beyond an Approved Use: When Off-Label is on Target: Eye Net Magazine: Contributing writer Miriam Karmel, interview Rick W Fraunfelder.

**Resident Lectures:**

1. Laterality of Pterygia, melanoma and CIN. Resident research day. May 4, 2012.

2. OCT of Ocular squamous neoplasia. Resident research day. May 4, 2012.

3. "Cornea" Resident Lecture, Ocular Oncology 11-11-2011

4. "Cornea" Resident Lecture, Ocular Oncology 10-16-2009

5. "Optics" Resident Lecture, 10-24-08.

6. "Cornea" Resident Orientation 7-3-08.

7. "Optics" – Resident Lecture, 8-11-06.

8. "Congenital anomalies of the Cornea" - Resident Lecture, 9-23-2005.

9. "Cornea Conference" - Resident Orientation, 7-26-2005

10. "Cornea" - Resident Orientation, 7-12-2005

11. "Corneal Diseases, esp. Dry Eye" - Continuity Curriculum Clinics, 6-1-2005

12. "The human eye as an optical system, schematic eye, visual acuity", "Entopic phenomenon", "Automated referaction, macular testing, glare testing", "Aberratons, irregular astigmatism, wavefront analysis" - Resident Course: "Optics and Refraction and Contact Lenses", 8-13-2004

13. "OKAP Review/ Cornea and Optics" - Resident Lecture, 4-14-2004

14. "Introduction to Surgery of the Ocular Surface" - Resident Lecture, 10-31-2003

15. "Corneal Dystrophies and Metabolic Disorders Involving the Conjunctiva, Cornea and Sclera" Resident Lecture, 10-24-2003

16. "Current Ocular Therapy" - Resident Lecture, 8-29-2003

17. "Refractive Surgery" - Resident Lecture, 5-23-2003

18. "LASIK" - Ophthalmology Medical Student Lectures, 11-10-2002

19. "External, Anterior and Slit-lamp Exam" - Resident Orientation, 7-8-2002

20. Quarterly Resident Lectures at a Cornea Case Conference year round.

**Radio and Video**

1. I-Care Village 2009-present. How to put in eye drops. http://www.icarevillage.com/health-vision-video-fraunfelder-eyedrops.aspx

2. FM News KXL 101. April, 2012 The Aging Eye. http://www.youtube.com/watch?v=ZQkw5gT7ZeQ

3. Web MD. 2006-present. Descemet Stripping Endothelial Keratoplasty. http://www.webmd.com/eye-health/video/dsaek-corneal-transplant-surgery

4. AAO video. LASIK. 2006-present. http://www.youtube.com/watch?v=txZN1mIwURU

5. Acne medicine (isotretinoin) tied to visual side effects. March 2012.
http://www.foxnews.com/health/2012/04/19/acne-drug-tied-to-doubled-risk-eye-problems/

# Rick Fraunfelder, MD
# Fees for medicolegal services*
# 812 Shakertown Way
# Columbia, MJO 65203

## Trials and Testimony

| | |
|---|---|
| Time out of office to attend trial | $5,000/day |
| Travel time to and from trial | $3000/day |
| Travel expenses (additional, including first class flight) | per case |
| Consultation interview with attorney | $700/hour |
| Depositions, hearings, testimony | $1,000/hour |

## Other Legal Consultation

***Please Note: A $3,000 retainer is required in advance before reviewing records**

| | |
|---|---|
| Chart Review | $700/hour |
| Dictated reports, summaries | $75 per page |
| Photocopies of charts ($20 minimum) | $1.00/page |
| Color copies | $5.00/page |
| Photograpic reprints | $40/each |
| Videotape preparation | $700/hour |

**Please note: If scheduled trial attendance is changed with less than 14 days notice, a $1,500 charge will apply per change.**

Dr. Fraunfelder has not testified in a deposition or at trial in the last four years.