# Exhibit 81

Risk Factors

1) Obesity, overweight

2) Women child - bearing age

3) Recent weight gain

4) Medications

Corticosteroids
tetracyclines
retinoids

EXHIBIT 11
Fraunfelder
Date: 1-23-18
MLG, CSR, RPR, CRR