# Exhibit 82

**University of Cincinnati**
**Medical Center**

**College of Medicine**
**John E. Maggio, Ph.D.**
**Department of Pharmacology and Cell Biophysics**
University of Cincinnati
PO Box 670505
Cincinnati, OH 45237-0505
2120 East Galbraith Road
Room 237, Building A
Cincinnati, OH 45237-1625
Phone: (513) 558-2354
Email: John.Maggio@uc.edu

January 22, 216

## A. Introduction and Overview

I have been asked by Plaintiff's counsel to offer my expert opinions in her case relating to her use of Mirena and development of pseudotumor cerebri (IIH).

I reserve the right to provide testimony (at a hearing, in deposition, through declaration, etc.) that consists of, elaborates upon, or provides background/context concerning the opinions or information in this report, the testimony of other witnesses, or additional information. I further reserve the right to prepare and present demonstrative exhibits to illustrate points made in my reports or testimony.

In forming the opinions expressed herein, I have used the same analytical and decision-making processes that I customarily employ when rendering scientific opinions in my profession as a pharmacologist.

Pharmacology, in simple terms, is the science of how drugs interact with the body and how the body interacts with drugs. The former broad area is called pharmacodynamics, and the latter broad area is called pharmacokinetics. The discovery of drugs, the study of their therapeutic effects and adverse effects, the therapeutic use of drugs in medicine and the experimental use of drugs to understand biological systems are all parts of pharmacology. [Pharmacology is very different from pharmacy, which is the practice of dispensing drugs.]

My opinion is based on the science underlying reproductive endocrinology, hormonal contraception, idiopathic intracranial hypertension (also known as benign intracranial hypertension, pseudotumor cerebri, and pseudotumor cerebri syndrome), and the pharmacology of progestins (including levonorgestrel, the active ingredient of the *Mirena*® intrauterine device). I have considered textbook, confidential documents related to this case, drug labels and other public documents available on the website of the US Food and Drug Administration, and original scientific literature, all cited throughout this report.

1. When the identical dose of levonorgestrel is given to a group of patients, some of those patients have much higher levels of the drug in their blood than the average of the remaining patients. Higher systemic exposure to the drug means a higher risk of adverse effects of the drug.

2. It is biologically plausible that exposure to levonorgestrel could cause or significantly contribute to idiopathic intracranial hypertension though a mineralocorticoid receptor-based mechanism.

3. Epidemiology studies and case reports strongly suggest a significant association between levonorgestrel and idiopathic intracranial hypertension. In particular, these studies suggest a significant association between the levonorgestrel-releasing intrauterine device *Mirena*® and idiopathic intracranial hypertension.

within statistical uncertainty (*e.g.*, 180±66 pg/ml for *Mirena*®, 170±50 pg/ml for *Liletta*®, at 12 months). [*Mirena*® May 2014 label, *Liletta*® February 2015 label.] Bayer has brought a patent infringement case (13-cv-00978, D. Delaware) against Actavis claiming that *Liletta*® infringes the *Mirena*® patent.

Several underlying processes could explain the elevated intracranial pressure that is the essential symptom of IIH. Increased cerebral volume (blood or tissue or interstitial fluid) or increased CSF volume (increased production or decreased absorption of CSF, or increased resistance to CSF outflow) have been proposed (Walker, *J. Neurol.* Neurosurg. Psychiatry 71: 1-5, 2001; Degnan & Levy, *Am. J. Neuroradiol*. 32: 1986-1993, 2011; Friedman & Jacobson, *Neurology* 59: 1492-1495, 2002; Digre, *Curr. Pain Headache Reports* 6: 217-225, 2002) as mechanisms causing or contributing to IIH.

Salpietro *et al*. (*Neuroendocrinol. Lett.* 33: 569-573, 2012; *Headache* 54: 1229, 2014; *J. Pediatr. Endocrinol. Metab*. 27: 107-115, 2014) have proposed that various neuroendocrine and pharmacological effects on the mineralocorticoid receptor (MR) increase CSF production and intracranial pressure in some or most cases of IIH. The authors noted that the MR is abundant in choroid plexus epithelial cells, which regulate CSF production. Under this proposal, agonists (such as aldosterone, the native agonist) at the mineralocorticoid receptor of the choroid plexus create an osmotic gradient to drive CSF production and thus increase intracranial pressure. The following figures from Salpietro *et al*. display the hypothesis and explain the roles of various mediators (*e.g.*, aldosterone, progesterone, retinoic acid).

## Salpietro *et al*.: MR Hypothesis of IIH



# Salpietro *et al*.: MR Hypothesis of IIH




The authors hypothesize that MR activation in epithelial cells of the choroid plexus (this is where CSF is produced) is a key mechanism in IIH caused by (at least) hyperaldosteronism, obesity, hypervitaminosis A, and recombinant growth hormone. For example, IIH associated with hyperaldosteronism in children has been successfully treated with spironolactone, an antagonist of aldosterone at the MR, after failure of acetazolamide treatment (Khan *et al*., *Am. J. Med. Sci.* 346: 194-198, 2013; Salpietro *et al*., *J. Hypertens*. 30: 629-630, 2012; Andrews *et al*., *Horm. Res. Paediatr*. 81: 217-225, 2014). Cortisol can act as an agonist at the MR of the choroid plexus, and human fat secretes factors that release cortisol, tying in obesity. Vitamin A induces expression (at least in cell culture) of steroids that could interact with MR signalling, tying in hypervitaminosis A and retinoid-induced IIH (Salpietro *et al*., 2012, *op. cit*.). Recombinant growth hormone is associated with increased aldosterone levels, tying in growth hormone (Malozowski *et al*., *NEJM* 329: 665-666, 1993). Thus all these IIH risk factors are unified through agonism at the mineralocorticoid receptor of the choroid plexus, resulting in increased CSF production and altered CSF dynamics, thus raising intracranial pressure.

Recently Sheldon *et al*. (*Pediatr. Res*. 77: 282-299, 2015) have extended Salpietro's hypothesis to include that not only steroid hormones but also mitochondrial metabolites regulate CSF production and absorption at epithelial cells of the choroid plexus. The insight of Sheldon *et al*. (*op. cit*.) has the potential to explain more of the drugs that induce IIH. For example, the significant risk of IIH linked to use of growth hormone (somatropin, *Nutropin*®, *Genotropin*®) in children (Reeves & Doyle, *J. Pediatr. Endocrinol. Metab*. 15(Suppl 2): 723-730, 2002; Darendeliler *et al., Horm. Res*. 68(Suppl 5): 41-47, 2007) may be further explained by the growth hormone-induced changed in fluid handling – excretion of water decreases and serum aldosterone increases (Lampit *et al*., *Horm. Res*. 50: 83-88, 1998), both processes leading to higher intracranial pressure.

According to the scheme shown above, agonists at the mineralocorticoid receptor, such as aldosterone, and cortisol would be expected to raise intracranial pressure. Antagonists or partial agonists at the MR, such as progesterone could have the opposite effect (Baker *et al*., *J. Steroid Biochem. Molec. Biol*. 137: 57-70, 2013). In addition to progesterone itself, several synthetic progestins interact with the MR. Among the latter are drospirenone and levonorgestrel.

Drospirenone, a fourth generation progestin, has high affinity at the MR and is an MR antagonist with significant antimineralocorticoid activity. LNG has significant affinity (17 to 75% the relative affinity of aldosterone) at the MR (Philibert *et al*., *Gynecol. Endocrinol*. 13: 316-326, 1999; Juchem & Pollow, 1990, *op. cit*.; Kuhl, 1996, *op. cit*.), but whether LNG is an agonist (*i.e*., with mineralocorticoid activity) or an antagonist (with antimineralocorticoid activity) is less clear. Kuhl (1996, *op. cit*.; *Climacteric* 8: 3-63, 2005) concluded that LNG is not an antagonist. In a review, Stanczyk *et al*. (*Endocrinol. Rev*. 34: 171-208, 2013) reported that while LNG is clearly not an antagonist, whether or not it is an agonist is unsettled. In the presence of estrogen, the antimineralocorticoid effect of drospirenone, an MR antagonist, is evident by the slight decrease in body weight and body temperature it induces in women (Oelkers, *Climacteric* 8(Suppl 3): 19-27, 2005). Under the same conditions, levonorgestrel has no effect on weight or body temperature, indicating that LNG is not an MR antagonist. Coupled with the fact that LNG binds with high affinity to MR, this suggests that LNG is an agonist at MR. As noted by Kuhl (1996, 2005, *op. cit*.) the norgestimate metabolites (levonorgestrel-3-oxime and levonorgestrel-17β-acetate) which are metabolically converted to LNG are both agonists at the MR. Thus the possibility that LNG is an agonist at MR seems reasonable. Further research may someday definitely establish whether or not LNG is an MR agonist.

Whether or not LNG is an agonist at certain mineralocorticoid receptors is a basic research question which may not be answered soon. Basic research is supported by public funds, such as from the US National Institutes of Health, and there are far more worthy basic research projects proposed than can be supported. Currently, less than 15% of worthy basic research proposals to NIH are typically funded.

Levonorgestrel is an agonist at androgen receptors (Stanczyk *et al*., *Endocrinol. Rev*. 34: 171-208, 2013), the highest affinity agonist of more than a dozen progestins whose activities are summarized in Table 4 (pg. 181) of this review. In addition, by suppression of SHBG levels, LNG increases the free (unbound) fraction of testosterone (Fotherby, 1995, *op. cit*.; Stanczyk, 2013, *op. cit*.). By direct agonism at androgen receptors and by increasing of free testosterone levels, LNG displays androgenicity. Thus labels for levonorgestrel products list acne and hirsutism (androgenic effects) as (systemic) adverse reactions (*e.g*., *Mirena*® October 2015 label). To the extent that androgenicity is linked to risk factors for IIH, LNG could increase the risk of developing IIH by that mechanism.

Based on the evidence above, I find the mineralocorticoid hypothesis of IIH, and the potential role of LNG in inducing IIH through interaction at the mineralocorticoid receptor, biologically plausible. I hope that more basic research can someday provide a rigorous test of this important concept.

## M. Disclosures

I have offered testimony in the following matters over the past five years:

- *In re Ortho Evra Products Liability Litigation*, 1:06-40000, MDL No. 1742, (N.D. Ohio) (submission of expert report and deposition testimony on behalf of all MDL Plaintiffs). Product: ethinylestradiol/norelgestromin contraceptive transdermal patch (*Ortho Evra*®).
- *In re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, 09-md-02100-DRH-CJP, MDL No. 2100 (S.D. Ill.) (Submission of expert report and deposition testimony on behalf of all MDL Plaintiffs). Product: ethinylestradiol/drospirenone combination oral contraceptive (*Yasmin*®, etc.).
- *In re Certain Vaginal Ring Birth Control Devices*, Inv. No. 337-TA-768 (Int'l Trade Comm.) (submission of expert reports, deposition testimony and trial testimony on behalf of Respondent, Merck & Co., Inc.). Product: ethinylestradiol/etonorgestrel contraceptive vaginal ring (*NuvaRing*®).
- *Merck & Co., Inc., Organon USA Inc., MSD Oss B.V., and Roche Palo Alto LLC v. Sun Pharmaceutical Industries, Ltd., Sun Pharmaceutical Industries, Inc., and Caraco Pharmaceutical Laboratories, Inc.*, 3:12 CV 5374 (FLW)(DEA), D. NJ. (submission of expert reports and deposition testimony on behalf of Plaintiffs, Merck et al.). Product: *Ganirelix Acetate Injection*® for assisted reproduction.
- *In re: Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592 (E.D. LA)* (testimony on behalf of all MDL Plaintiffs). Product: rivaroxaban oral anticoagulant (*Xarelto*®).
- *In re: Shire LLC v. CorePharma LLC, 14-cv-05694-RMB-JS (D.N.J); Shire LLC v. Amerigen Pharms. Limited, 14-cv-06095-RMB-JS (D.N.J.); Shire LLC v. Par Pharm. Companies, Inc., 15-cv-1454 (D. NJ)* (submission of expert reports on behalf of Plaintiff Shire LLC). Product: controlled release dextroamphetamine (*Adderall XR*®).

Most of the above, like the current matter, are cases related to pharmacology of reproduction and/or contraception.

For work in connection with this case, I am being compensated at $475/hr. My compensation does not depend in any way on the opinions that I express or the outcome of this litigation.

My Curriculum Vitae accompanies this Report as a separate document.

John Maggio