# Exhibit 83

# Risk Factors for PTC

→ obesity
→ hyperaldosteronism
→ hyperandrogenia
→ recent weight gain
→ women childbearing age
→ overweight

EXHIBIT
Moye
4
2-2-18 RM