# Exhibit 84

# Lines of Evidence

1) Case reports

2) Valenzuela

3) Causal Mechanism

4) Biologic Gradiant / Dose Response

EXHIBIT
Moye
13
2-2-18 RM