# Exhibit 85

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHENIKA J. HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | 2:14cv00035-WMA |
| v. | ) | |
| | ) | |
| BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS INC., BAYER | ) | |
| PHARMA AG, and BAYER OY, | ) | |
| | ) | |
| Defendants. | ) | |

— — —

Tuesday, May 10, 2016

— — —

Videotaped Deposition of ROSA A. TANG, M.D., M.P.H., M.B.A., held at Shrader & Associates LLP, 3900 Essex Lane, Suite 390, Houston, Texas, commencing at 9:11 a.m., on the above date, before Michael E. Miller, Fellow of the Academy of Professional Reporters, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW TECHNOLOGIES, INC.
877.370.DEPS - fax 917.591.5672
deps@golkow.com

A P P E A R A N C E S:

JONES WARD PLC
BY: LAUREN HORNER, ESQUIRE
lauren@jonesward.com
CHRISTINA NATALE, ESQUIRE
christina@jonesward.com
Marlon E. Taylor Building
312 South Fourth Street, Sixth Floor
Louisville, Kentucky 40202
(502) 882-6000
Counsel for Plaintiff

GOLDMAN ISMAIL TOMASELLI BRENNAN &
BAUM LLP
BY: SHAYNA S. COOK, ESQUIRE
scook@goldmanismail.com
EMMA C. NEFF, ESQUIRE
eneff@goldmanismail.com
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
(312) 681-6000
Counsel for Defendants

VIDEOGRAPHER:
DOUG OVERSTREET,
Golkow Technologies, Inc.

— — —

INDEX


| | |
|---|---|
| APPEARANCES | 2 |
| PROCEEDINGS | 5 |
| EXAMINATION OF ROSA A. TANG, M.D., M.P.H., M.B.A.: | |
| BY MS. COOK | 7 |
| BY MS. HORNER | 327 |
| BY MS. COOK | 424 |
| CERTIFICATE | 436 |
| ERRATA | 438 |
| ACKNOWLEDGMENT OF DEPONENT | 439 |
| LAWYER'S NOTES | 440 |

A. They are not with the university. I don't think they keep 20-year-old data.

Q. Then you say, "Our results confirm the presence of pseudotumor cerebri in patients with Norplant which resolved in some patients upon removal of the device."

Now, it doesn't say how many of these patients also were treated with Diamox or weight loss or something else, correct?

A. Correct.

Q. And both of those treatments, weight loss or Diamox or some other treatment, could have led to the resolution of symptoms of IIH by themselves, correct?

A. Correct. But I distinctly remember -- I distinctly remember that I have patients that were not treated with other than the removal of the Norplant. And this is what I had the interest on, on finding out.

Q. Right.

A. Because we're talking about a small group, a small number, right, so --

Q. Well --
A. So the --
Q. -- but at this point you're going on your memory from over 20 years ago and not on any documents that you could show to me, correct?
A. Correct.
MS. HORNER: Were you finished with your answer, though, Dr. Tang?
THE WITNESS: Yes.
MS. HORNER: Okay.
BY MS. COOK:
Q. Did you follow these patients who had IIH to see if their symptoms and signs of IIH returned after Norplant was removed?
A. I followed them.
Q. For how long?
A. A year, two years, probably, or more than that.
Q. Your conclusion here in this poster was that Norplant can be associated with pseudotumor cerebri, correct?
A. Correct.

Q. You did not conclude here that Norplant causes PTC or IIH, correct?
A. No.
Q. Did you ever publish or present anywhere that Norplant causes IIH?
A. No.
Q. And you say, "Evaluation of risk factors will be forthcoming for this association." Was that evaluation of risk factors ever -- did it ever come?
A. Well, we were looking into it, the risk factors, and the only risk factor that we actually found was the obesity. That was a common theme on everybody, all the patients that I saw.
So I did not see a thin patient using Norplant and developing pseudotumor cerebri. I remember that distinctly because we were looking at whether we could eliminate obesity and still get it.
Q. The type of analysis that you did with Norplant in terms of reaching out to other clinicians and gathering cases and evaluating them and presenting them, that --

you have not done that with Mirena, correct?
A. No.
Q. Correct?
A. Correct.
Q. The -- in terms of how you are relying on Norplant in this litigation that involves Mirena, that analogy is -- well, let's look at your expert report, page 1. You say that Norplant contained the levonorgestrel as its active ingredient, the same active ingredient as in Mirena, right?
A. Yes.
Q. And the only connection that you're opining about in terms of Norplant and Mirena's similarity is that they both contain levonorgestrel, correct?
A. Correct.
Q. And I believe we talked about earlier that you're not giving any opinions about any relative serum levels or dosage of the two, correct?
MS. HORNER: Object to form.
A. Correct.
///

CERTIFICATE

I, MICHAEL E. MILLER, Fellow of the Academy of Professional Reporters, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter and Notary Public, do hereby certify that prior to the commencement of the examination, ROSA A. TANG, M.D., M.P.H., M.B.A. was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that pursuant to FRCP Rule 30, signature of the witness was not requested by the witness or other party before the conclusion of the deposition.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

____________________________________

MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
Certified Court Reporter

Notary Public in and for the
State of Texas
My Commission Expires: 7/9/2020

Dated: May 11, 2016