**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)**

**17-MD-2767 (PAE)**
**17-MC-2767 (PAE)**

***This Document Relates to All Actions***

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF CONRAD JOHANSON, PH.D.**

## TABLE OF CONTENTS

**PRELIMINARY STATEMENT** ..... **1**

**FACTUAL BACKGROUND** ..... **1**

I. Levonorgestrel is a Highly Androgenic Progestin Derived from Testosterone ..... 1

II. Steroid Hormones are Intrinsically Involved in Cerebrospinal Fluid Dynamics and Intracranial Hypertension ..... 2

**STANDARD OF REVIEW** ..... **3**

**ARGUMENT** ..... **4**

I. Biologically Plausible Mechanisms Pass Second Circuit *Daubert* Muster ..... 5

II. Dr. Johanson's Analysis Satisfies the *Daubert* Inquiry, Which Is Neither an Exclusive nor Rigid Checklist ..... 6

A. The Biological Association of Androgens and PTC/IH Has Been Tested ..... 7

B. Each Step of Dr. Johanson's Model Is Amply Supported by Peer-Reviewed Literature 8

C. *Daubert* Does Not Require Scientific "Nose-Counting" ..... 10

D. Dr. Johanson's Opinions Grow Naturally and Directly out of Independent Research .. 11

III. Dr. Johanson's Androgen Model Is Well-Supported by Reliably Synthesized Direct and Indirect Scientific Evidence ..... 12

A. Dr. Johanson Provides Reliable Evidence That LNG Binds with Androgen Receptors in the Choroid Plexus Causing Increased Sodium Transport ..... 13

B. Dr. Johanson Reliably Extrapolates from Existing Data to Conclude That LNG More Likely Than Not Increases CSF Production ..... 14

C. Dr. Johanson Reliably Concludes that Increased CSF Production Results in IH ..... 18

IV. Dr. Johanson is Qualified to Offer Opinions Based on Clinical Data and Does Not Intend to Offer Any Clinical Opinions Regarding Mirena Use ..... 20

**CONCLUSION** ..... **20**

# TABLE OF AUTHORITIES

## Cases

*Amorgianos v. Amtrak*,
303 F.3d 256 (2d Cir. 2002)........................................................................ 6, 8, 12, 13
*Arista Records LLC v. Usenet.com, Inc.*,
608 F. Supp. 2d 409 (S.D.N.Y. 2009)........................................................................ 13
*Astra Aktiebolag v. Andrx Pharms., Inc.*,
222 F. Supp. 2d 423 (S.D.N.Y. 2002)........................................................................ 7
*Bartoli v. Novartis Pharm. Corp.*, No. 3:13-0724,
2014 U.S. Dist. LEXIS 52956 (M.D. Pa. Apr. 17, 2014) ........................................ 19
*Beastie Boys v. Monster Energy Co.*,
983 F. Supp. 2d 369 (S.D.N.Y. 2014)........................................................................ 4
*Boucher v. U.S. Suzuki Motor Corp.*,
73 F.3d 18 (2d Cir. 1996)........................................................................ 13
*Danley v. Bayer (In re Mirena IUD Prods. Liab. Litig.)*,
169 F. Supp. 3d 396 (S.D.N.Y. 2016)........................................................ 7, 15, 16, 20
*Daubert v. Merrell Dow Pharm.*,
43 F.3d 1311 (9th Cir. 1995) ........................................................................ 11
*Daubert v. Merrell Dow Pharms., Inc.*,
509 U.S. 579 (1993)........................................................................ 3, 6, 8, 10
*Deutsch v. Novartis Pharms. Corp.*,
768 F. Supp. 2d 420 (E.D.N.Y. Mar. 8, 2011)............................................................ 4, 20
*FDIC v. Suna Assocs.*,
80 F.3d 681 (2d Cir. 1996)........................................................................ 6, 10, 12
*Fed. Hous. Fin. Agency v. JPMorgan Chase & Co.*, No. 11 Civ. 6188 (DLC),
2012 U.S. Dist. LEXIS 173768 (S.D.N.Y. Dec. 3, 2012) ........................................ 19
*Hart v. Rick's Cabaret Int'l, Inc.*,
60 F. Supp. 3d 447 (S.D.N.Y. 2014)........................................................................ 19
*In re Ephedra Prods. Liab. Litig.*,
393 F. Supp. 2d 181 (S.D.N.Y. 2005)........................................................................ 15
*In re M/V MSC Flaminia*, No. 12-cv-8892 (KBF),
2017 U.S. Dist. LEXIS 119146 (S.D.N.Y. July 28, 2017) ........................................ 12
*In re Rezulin Prods. Liab. Litig.*,
309 F. Supp. 2d 531 (S.D.N.Y. 2004)........................................................................ 10
*In re Zoloft Prods. Liab. Litig.*,
26 F. Supp. 3d 466 (E.D. Pa. 2014) ........................................................................ 15
*In re Zyprexa Prods. Liab. Litig.*,
489 F. Supp. 2d 230, 282 (E.D.N.Y. 2007) ........................................................ 20
*K.E. v. Glaxosmithkline LLC*, No. 3:14-cv-1294(VAB),
2017 U.S. Dist. LEXIS 13705 (D. Conn. Feb. 1, 2017) ........................................ 15
*Kumho Tire Co. v. Carmichael*,
526 U.S. 137 (1999)........................................................................ 6
*McCullock v. H.B. Fuller Co.*,
61 F.3d 1038 (2d Cir. 1995)........................................................................ 12

*Northbrook NY, LLC v. Lewis & Clinch, Inc.*, No. 09-CV-0792,
2012 U.S. Dist. LEXIS 134699 (N.D.N.Y. Sept. 20, 2012) ..... 15
*Prohaska v. Sofamor S.N.C.*,
138 F. Supp. 2d 422 (W.D.N.Y. 2001) ..... 20
*Raskin v. The Wyatt Co.*,
125 F.3d 55 (2d Cir. 1997) ..... 13
*Stagl v. Delta Air Lines, Inc.*,
117 F.3d 76 (2d Cir. 1997) ..... 20
*Tyler v. Bethlehem Steel Corp.*,
958 F.2d 1176 (2d Cir. 1992) ..... 13
*U.S. v. Lawton*,
84 F. Supp. 3d 331 (D. Vt. 2015) ..... 15
*Washington v. Kellwood Co.*,
105 F. Supp. 3d 293 (S.D.N.Y. 2015) ..... 12
*Zuchowicz v. United States*,
870 F. Supp. 15 (D. Conn. Sep. 15, 1994) ..... 4, 12
*Zwillinger v. Garfield Slope Hous. Corp.*, CV 94-4009 (SMG),
1998 U.S. Dist. LEXIS 21107 (E.D.N.Y. Aug. 17, 1998) ..... 10

**Rules**

Federal Rule of Evidence 702 ..... 3, 6, 20

**Scientific Literature**

Ainat Klein, Naftali Stern, Etty Osher, Efrat Kliper & Anat Kesler (2013) Hyperandrogenism is Associated with Earlier Age of Onset of Idiopathic Intracranial Hypertension in Women, *Current Eye Research*, 38:9, 972-976 ..... 3
Chen J & Wall M. Epidemiology and Risk Factors for Idiopathic Intracranial Hypertension. *Int Ophthal Clin* 2014;54(1):1-11 ..... 3
Foley J. Benign forms of intracranial hypertension; toxic and otitic hydrocephalus. *Brain* 1955;78:1-41 ..... 4,8
Fraser JA et al., Risk factors for idiopathic intracranial hypertension in men: a case-control study, *J Neurol Sci*. 2010; 290(1-2):86-95 ..... 3, 17
Hornby C, Mollan SP, Mitchell J, et al. (2017) What Do Transgender Patients Teach Us About Idiopathic lntracranial Hypertension? *Neuro-Ophthalmology*, 41:6, 326-329 ..... 3
Johanson CE. Choroid Plexus–Cerebrospinal Fluid Transport Dynamics: Support of Brain Health and a Role in Neurotherapeutics. In: Conn P. Michael, editor. Conn's Translational Neuroscience. Academic Press; 2017. p. 233–261 ..... 2, 9, 19
Johanson CE: Fluid-forming functions of the choroid plexus: What is the role of aquaporin-1? In The Blood-Brain Barrier in Health and Disease, Vol. 1: Morphology, Biology and Immune Function. K. Dorovinizis, ed., CRC Press, pp. 140-71, 2015 ..... 2, 18
Kempegowda P, O'Reilly M, Hornby C, et al. Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity. 18th European Congress of Endocrinology 2016. Endocrine Abstracts 41 EP728 ..... 3

McGeeney BE & Friedman DI, Pseudotumor Cerebri Pathology, *Headache* 2014;54:445-458 ........ 10

Oldstone MB: Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri). *The Journal of Clinical Endocrinology and Metabolism* 1966, 26(12):1366-1369 ........ 5

Salpietro V, Polizzi A, Berte LF, et al. Idiopathic Intracranial Hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. *Neuroendocrinol Lett*, 2012;33(6):569-73 ........ 3

Sheldon CA, Kwon YJ, Liu GT, McCormack SE. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. *Pediatr. Res*. 2015; 77: 282-299 ........ 17

Sitruk-Ware R, New Progestagens for Contraceptive Use, Human Reproduction Update, 2006;12(2):169–178, 2006........1

Thurtell MJ, Bruce BB, Newman NJ, Biousse V. An Update on Idiopathic Intracranial Hypertension. *Rev Neurol Dis.* 2010;7(0):e56-e68........ 3

Westgate CSJ, Botfield H, O'Reilly M, Hodson D, Sinclair A: Evaluating the role of testosterone in cerebrospinal fluid secretion. *Endocrine Abstracts* 2017, 50:P325........1

## PRELIMINARY STATEMENT

Dr. Johanson has frequently throughout his impressive career considered mechanistic models for intracranial hypertension including, specifically, the influence of hormones on the fluid transport systems of the brain. Here, he reliably applies the scientific process of synthesizing data and published literature, as well as his extensive knowledge and experience to conclude that Mirena more likely than not causes or substantially contributes to causing intracranial hypertension. Quite simply, Bayer has failed to disclose a single expert among its twelve qualified to rebut Dr. Johanson's opinions or the bases thereof, and so Bayer supplies instead empty rhetoric out of a misplaced belief that verbiage alone is dispositive. Bayer's ultimate disagreement with Dr. Johanson's well-supported conclusions is unquestionably *not* a proper ground for exclusion and Bayer's motion must be denied.

## FACTUAL BACKGROUND

### I. Levonorgestrel is a Highly Androgenic Progestin Derived from Testosterone

Levonorgestrel ("LNG") is a potent synthetic progestin derived from testosterone and is the only active ingredient in Mirena. Ex. A1, Hofmann 30(b)(6) Dep. at 163:7-9; *see also* Ex. B, Dfts' Rsps to Plfs' 2nd Set RFA, Nos. 1, 2. After LNG is released from Mirena into the uterine cavity, it goes to the endometrium (the lining of the uterus) and is then absorbed through the highly-vascularized lining into the systemic circulation, *i.e.*, the blood. *Id.* at 56:11-21; 57:3-6; 57:8-12. The presence and biological effects of LNG have been noted in organs and tissues throughout the body, including the brain. Ex. B, Dfts' Rsps to Plfs' 2nd Set RFA, Nos. 3, 13, 14.

"The effects of progestins are related to interactions not only with the [PR] but also with other steroid hormone receptors. Some progestins interact with the [AR], the estrogen receptor [ER], the glucocorticoid receptor [GR] or the mineralocorticoid receptor [MR]." Ex. C1, Sitruk-Ware 2006 at p. 169. Once in the blood, steroid hormones such as LNG can produce various

biological activities by binding at these receptors and subsequently causing DNA transcription (agonism) or transrepression (antagonism) at target tissues and organs. *Id.* "All progestins bind to the PR and have the expected effect on the uterine endometrium, but each progestin has a distinctive profile of activity in other target tissues, a profile not necessarily shared by other members of the same class." *Id. See also* Ex. A1, Hofmann Dep. at 58:6-25 (Q. So levonorgestrel has its own set of receptors that it may bind to and cause activity -- A. That's correct.")

Internally, Bayer has acknowledged: "In comparison to other progestins, LNG is known to have a high binding affinity to androgen receptors causing androgenic side effects." Ex. D, MIR_JSEU_01362341 "The androgenic side effects of levonorgestrel have been known for a long time." *Id. See also* Ex. A1, Hofmann Dep. at 167:4-168:10 ("Well, it is known that levonorgestrel has androgenic effects.") Thus, LNG mediates biological effects via its activity at the various hormone receptors including the androgen receptor.

## II. Steroid Hormones are Intrinsically Involved in Cerebrospinal Fluid Dynamics and Intracranial Hypertension

Cerebrospinal fluid (CSF) is mainly produced at the epithelial cells of the choroid plexus (CP) in the brain. Ex. E1, Johanson 2017 at p. 233 ("Long recognized has been the hydrodynamic role of CP to form the [CSF] that percolates throughout the entire central nervous system (CNS).") Fluid dynamic changes in the CSF are clearly involved in intracranial pressure disorders including IH. Ex. E2, Johanson 2015 at p. 152 ("Hydrocephalus, intracranial hypertension and cerebral edema are fluid distortions that adversely affect synapse configuration and neuronal impulse conduction. When such fluid imbalances occur, ICP is altered […]")

Although no *definitive* mechanism for PTC/IH has been established, *no one* – including Bayer or its agents – denies that sex hormones are intrinsically connected to its pathophysiology. *See, e.g.*, Ex. A2, Schoendorf 30(b)(6) Dep. Vol. II (Nov. 29, 2017) at 100:16-20 (Q. In Bayer's

view is it biologically plausible that hormones play a role in causing IIH? A. […] it is a valid hypothesis to investigate further whether there is influence of sex hormones on the development of IIH") (objection omitted). Descriptions of this "likely" connection abound in the scientific literature, often authored by Bayer's own paid experts. *See, e.g.*, Ex. C2, Chen & Wall 2014 at p. 5;[1] Ex. C3, Thurtell 2010 at p. 6;[2] Ex. C4, Fraser 2010 at p. 88.[3]

As early as 1955, scientists have suggested that "an underlying endocrine imbalance with presumably a disturbance of electrolytes is in some way connected with the alteration of intracranial pressure." Dkt 167-55 (Salpietro 2012) at p. 569 (citing Foley 1955, Ex. C5 hereto). More recently, several publications have supported a mechanistic role for circulating androgens. *See, e.g.*, Ex. C6, Klein 2013 ("Increased levels of circulating androgens are associated with earlier age of onset of IIH in women"); Ex. C7, Kempegowda 2016 ("IIH is characterized by increased testosterone but not androstenedione"); Ex. C8, Westgate 2017 ("testosterone may have a pathogenic role in IIH through modulation of CSF formation"); Ex. C9, Hornby 2017 ("This interesting case presents the possibility of androgens having a pathogenic role in IIH.")

## STANDARD OF REVIEW

Federal Rule of Evidence 702 requires that expert testimony be "not only relevant, but reliable." *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 590 (1993). To be reliable, "[t]he subject of an expert's testimony must be 'scientific . . . knowledge.'" *Id.* at 589-90. Yet, as the United States Supreme Court stressed in *Daubert*: "Of course, it would be unreasonable to

[1] "Because female sex and obesity are the main risk factors for IIH, endocrine and hormonal changes likely play a role in the disease through an undetermined pathway."

[2] "The likely role of sex hormones in its pathogenesis is highlighted by the predilection for post-pubertal pre-menopausal women, as well as the absence of a gender preference before puberty." Frequent co-author Newman is a disclosed Bayer expert in this matter and Bruce, a consulting expert for Bayer, has submitted materials in support of Bayer's filings in this matter. *See* Dkt 53-14, Affidavit of Beau B. Bruce, M.D., Ph.D.

[3] "The likely role of sex hormones in the pathogenesis of IIH is highlighted by the clear predilection of IIH for postpubertal, premenopausal women and the absence of a gender preference before puberty." Bayer experts Bruce and Newman are also co-authors of this piece.

conclude that the subject of scientific testimony must be 'known' to a certainty; arguably, there are no certainties in science … 'Indeed, scientists do not assert that they know what is immutably 'true' – they are committed to searching for new, temporary, theories to explain, as best they can, phenomena.'" *Zuchowicz v. United States,* 870 F. Supp. 15, 20 (D. Conn. Sep. 15, 1994) (quoting 509 U.S., at 590). Thus, "[s]cience is not an encyclopedic body of knowledge about the universe. Instead, it represents a *process* for proposing and refining theoretical explanations about the world that are subject to further testing and refinement." *Daubert*, 509 U.S., at 590 (emphasis in original).

An expert's inference or assertion must, then, "be derived by the scientific method in order to qualify as 'scientific knowledge.'" *Id.* Under *Daubert*, "an expert need not base his opinion on the best possible evidence, but upon 'good grounds, based on what is known.'" *Deutsch v. Novartis Pharms. Corp.*, 768 F. Supp. 2d 420, 453 (E.D.N.Y. Mar. 8, 2011) (quoting 509 U.S., at 590). "Rule 702 codifies a liberal admissibility standard and '[v]igorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof are the traditional and appropriate means of attacking shaky but admissible evidence.'" *Id.*, at *426 (quoting 509 U.S. at 596); *accord Beastie Boys v. Monster Energy Co.*, 983 F. Supp. 2d 369 (S.D.N.Y. 2014).

**ARGUMENT**

Bayer oversimplifies and decontextualizes both Dr. Johanson's opinions and the evidence he cites in support thereof, to suggest that Dr. Johanson's testimony is no more than unsupported speculation. However, Dr. Johanson clearly elucidates both his methodology and his actual synthesis of the relevant, reliable scientific knowledge drawn from an entire career devoted to the understanding of cerebrospinal fluid regulation and disorder:

> As a long-time physiologist and neuroscientist, I have investigated and evaluated disorders of cerebrospinal fluid (CSF) dynamics and pressure. In constructing this document, therefore, I have used the same analytical and decision-making processes as for my scientific critiquing of peer-reviewed journal manuscripts and NIH grant applications. […]

> In appraising CSF hypertension and its causes, I drew upon evidence from the current biomedical literature as systematized by PubMed, physiologic data bases and critical research reports, and state-of-the-art scientific papers at international symposia and society meetings. Additionally, I consulted various books and documents related to the subject matter of this litigation. The complexity of the biological/physical factors underlying PTC makes it essential to gain basic and clinical perspectives from a wide professional spectrum. Endocrinology, physiology, neurosurgery and neurology are salient disciplines for assessing/managing PTC created by hormonal disruptions. Accordingly, I drew upon knowledge of PTC from each of these disciplines.

Ex. E3, Johanson Rpt. at p. 1. Bayer's refusal to engage in this comprehensive scientific process renders neither Dr. Johanson's methodology nor his conclusions unreliable.

## I. Biologically Plausible Mechanisms Pass Second Circuit Daubert Muster

While Bayer never argues here that biologic plausibility is insufficient in the Second Circuit, Bayer claims in its "Preliminary Statement" that "'a plausible working model' falls short of what is required under *Daubert*." Dfts' Br. (Dkt 146). Plaintiffs dispel Bayer's incorrect interpretation of the law in their Opposition to Defendants' Motion to Exclude Dr. Salpietro, at §I (pp. 7-10), which Plaintiffs hereby adopt and incorporate herein.

Dr. Johanson offers reliable opinions regarding a biologically plausible mechanism, supported by peer-reviewed science. As Dr. Johanson explained both in his report and at his deposition, "[i]t's been known for decades and decades, for generations, that pseudotumor cerebri is a hormonal disorder." Ex. E4, Johanson Dep. at 67:10-12; *see also id.* at 80:21-25 ("That concept has been around for decades"); *see also* Ex. E3, Johanson Rpt. at p. 14. ("Pioneer investigators in neurology surmised that PTC is a problem with CSF/CNS electrolyte dyshomeostasis related to sex hormone imbalance. Their prediction was right on target") (citing Foley 1955, Ex. C5 hereto; Oldstone 1966, Ex. C12 hereto). Drawing from this background, Dr. Johanson reliably applied the available evidence to levonorgestrel, a synthetic steroid hormone with far-ranging biological capacity.

## II. Dr. Johanson's Analysis Satisfies the *Daubert* Inquiry, Which Is Neither an Exclusive nor Rigid Checklist

Certainly, the Supreme Court, in *Daubert*, did not "presume to set out a definitive checklist or test." 509 U.S. at 593. For example, "the Court stated that 'publication . . . does not necessarily correlate with reliability;' that 'in some instances well-grounded but innovative theories will not have been published;' and that 'some propositions . . . are too particular, too new, or of too limited interest to be published.'" *FDIC v. Suna Assocs.*, 80 F.3d 681, 687 (2d Cir. 1996) (internal citations omitted). "The *Daubert* Court expressed confidence in the capacity of federal judges to make the appropriate validity and relevance inquiries." *Id.*

Accordingly, a court "determining the admissibility of [ ] expert[] testimony *may* consider one or more of the specific *Daubert* factors. The emphasis on the word 'may' reflects *Daubert*'s description of the Rule 702 inquiry as 'a flexible one.' The *Daubert* factors do *not* constitute a definitive checklist or test, and the gatekeeping inquiry must be tied to the particular facts. Those factors *may or may not* be pertinent in assessing reliability, depending on the nature of the issue, the expert's particular expertise, and the subject of his testimony." *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 141 (1999) (internal citations omitted) (emphasis added). Furthermore, "no one denies that an expert might draw a conclusion from a set of observations based on extensive and specialized experience." *Id.* at 156. Therefore, "[a]lthough an expert's qualifications go primarily to the first prong of Daubert's inquiry, 'an expert's overwhelming qualifications may bear on the reliability of his proffered testimony' even if 'they are by no means a guarantor of reliability.'" *Tampa Bay Water v. HOR Engineering, Inc.*, 731 F.3d 1171, 1185 (11th Cir. 2013). Thus, the Second Circuit has instructed that the court's inquiry "is fluid and will necessarily vary from case to case." *Amorgianos v. Amtrak*, 303 F.3d 256, 266 (2d Cir. 2002) (internal citations omitted).

### A. The Biological Association of Androgens and PTC/IH Has Been Tested

"Pursuant to Rule 703, an expert may rely on any facts or data 'of a type reasonably relied upon by experts in the particular field,' including facts, data, and opinions that are otherwise inadmissible. There is no requirement that an expert must run his own tests." *Astra Aktiebolag v. Andrx Pharms., Inc.*, 222 F. Supp. 2d 423, 491 (S.D.N.Y. 2002) (denying motion to strike portions of expert's testimony and report); *see also Danley v. Bayer (In re Mirena IUD Prods. Liab. Litig.)*, 169 F. Supp. 3d 396, 412 (S.D.N.Y. 2016) ("[e]xperts need not conduct studies of their own in order to opine on a topic; a review of other studies and scientific literature can be enough to qualify experts to testify and to make that proposed testimony reliable").

Apparently, Bayer faults Dr. Johanson for extrapolating from relevant, available studies because, Bayer claims, a reliable opinion concerning a plausible biological mechanism must be based upon a study of "Mirena users, in a clinical setting." Dkt 146 at pp. 8-9. However, it is neither feasible nor ethical to monitor the levels or effect of LNG in the choroid plexus (CP) of a Mirena user, or any other person for that matter, and more importantly, *Daubert* certainly does not require this type of direct testing.

Preliminarily, Dr. Johanson does not simply "claim[] to have spent some forty years researching the choroid plexus region of the brain," Dkt 146 at p. 4; he *is* one of the world's foremost researchers in this area and his CV is more than illustrative of this fact. Ex. E5, Johanson CV. Likewise, Bayer convolutes Dr. Johanson's testimony that "[a] week's research could answer some pivotal questions, and I'm sure it could be set up easily." Dkt 146 at p. 4 (quoting Johanson Dep. at 17:5–18:6, 18:13–16). Yet, Dr. Johanson explained that "ventriculocisternal perfusions of the brain" would not be monetarily feasible, and that at the time he *was* conducting experimental

tests of CSF levels, LNG was not directly on his radar. Ex. E4, Johanson Dep. at 17:17-19; 18:3-12. Rather, he suggested that *Bayer* could easily answer these questions. 14:24-14:3; 19:11-13.

**B. Each Step of Dr. Johanson's Model Is Amply Supported by Peer-Reviewed Literature**

"Publication (which is but one element of peer review) is not a *sine qua non* of admissibility; it does not necessarily correlate with reliability, and in some instances well-grounded but innovative theories will not have been published." *Daubert*, 509 U.S. at 593. "Some propositions, moreover, are too particular, too new, or of too limited interest to be published." *Id.*; *accord Zwillinger v. Garfield Slope Hous. Corp.*, CV 94-4009 (SMG), 1998 U.S. Dist. LEXIS 21107, at *52-53 (E.D.N.Y. Aug. 17, 1998). *See also Amorgianos*, 303 F.3d at 266-67 ("This is not to suggest that an expert must back his or her opinion with published studies that unequivocally support his or her conclusions.")

Unconvincingly, Bayer claims that Dr. Johanson has "*never* submitted *any* of the opinions he is offering in this litigation for peer review." Dkt 146 at p. 4 (emphasis added). Yet, Dr. Johanson has spent a lifetime publishing and teaching about "Cerebrospinal Fluid Formation and Reabsorption," "Pharmacologic Effects" of the "CP Fluid Generator of CSF Pressure," "Focus of CP Involvement in PTC," "Sensitivity of CSF to Hormone Titers," the Choroid Plexus as "The Brain's 'Kidney' as a Target for Hormonal Signals," "Sodium Channel and Sodium Pump Activity" as a "Driver of CSF Formation," "Hormones/Receptors That Augment CSF Formation and Pressure," and "Hormonal Modulation of the Na pump, Na Channel and Aquaporin 1." Ex. E3, Johanson Rpt. at 3 (Table of Contents); *see also* Ex. E5, Johanson CV. Here, Dr. Johanson synthesizes from his background and published literature regarding the pharmacology of LNG and other steroid hormones to opine as to how LNG may increase intracranial pressure.

Outside of his own publications, Dr. Johanson's opinions find additional support in the peer-reviewed literature, specifically regarding the role of fluctuating levels of sex hormones in

IH pathophysiology. Ex. E3, Johanson Rpt. at pp. 18-19, §M*(iii) Sex hormone receptors/effects* (citing references 112-123. More specifically, Dr. Johanson's opinions regarding *androgens* and IH find are well-supported by the literature. *Id.* at p. 26, §R*(i) Endocrine distortions of sex hormone profile* (citing references 150, 159-164). Additionally, Dr. Johanson described peer-reviewed literature regarding the impact of androgens on the kidney, explaining that "the androgenic stimuli of the sodium transport is just like in the plexus, they cause arterial hypertension. The two are very close related, kidney transport, arterial volume/pressure, choroid plexus, and CSF. So there's been quite a few publications then on the androgenicity, the androgen tone, stimuli, to facilitate sodium reabsorption and increase arterial pressure." Ex. E4, Johanson Dep. at 112:2-18. *See also* Ex. E3, Johanson Rpt. at pp. 13-14 ("CP is called the brain's 'kidney.'")

Although no study has directly measured the effect of *Mirena* or *LNG* on CSF production, as Dr. Johanson explained, only five or six labs in the world "are doing these ventriculocisternal perfusions. So, I mean, if it was like AIDS, cancer research, where you had 200 labs doing something, I think [the] question would be quite fair." Ex. E4, Johanson Dep. at Dep. at 69:6-11. Moreover, "there has been so much progress in 2017 on this endocrine-metabolic -- […] Some tremendous progress is being made recently." *Id.* at 78:1-9. The fact that direct measurements of *LNG*'s impact on CSF production is "too particular," or "too new," a proposition for publication does not make Dr. Johanson's well-supported opinions unreliable.

Finally, Bayer points to recent review articles co-authored by Dr. Johanson, arguing that he "recently published that the molecular physiology basis for elevated CSF pressure in PTC is unknown and '[t]he pathophysiology of PTCS is still poorly understood.'" Dkt 146 at p. 5. Yet, as Dr. Johanson explained, with "many authors on line, not everyone is going to agree perfectly with each other. That just never happens in science." Ex. E4, Johanson Dep. at at 72:16-23.

Contrastingly, Dr. Johanson has published as *sole* author that "[a]lthough IH etiology is not crisply defined, several factors are implicated," including overproduced CSF. Ex. E1, Johanson 2017 at p. 250. Furthermore, as Dr. Johanson explained in a recent publication: "[n]euroendocrine imbalance has been described for many IH patients. Therefore, therapeutic approaches would benefit from prospective systematic studies of how levels of certain hormones (estrogen, progesterone, testosterone, and corticosteroids) modulate CSF dynamics and brain fluid balance." *Id.* Here, Dr. Johanson reliably opines on a biologically plausible mechanism based in decades of peer-reviewed literature including his own published work.

### *C. Daubert* Does Not Require Scientific "Nose-Counting"

"To be sure, *Daubert* explicitly dispensed with the *Frye* general-acceptance standard and held that 'some propositions . . . are too particular, too new, or of too limited interest to be published.'" *In re Rezulin Prods. Liab. Litig.*, 309 F. Supp. 2d 531, 564 (S.D.N.Y. 2004) (quoting 509 U.S. at 593); *accord Fed. Deposit Ins. Corp.*, 80 F.3d at 687. Thus, Bayer's argument that "there is not even enough awareness of the theory in the scientific community for [the causal mechanism of PTC/IH] to be a controversy," is non-dispositive. Dkt 146 at p. 5 (citing Johanson Dep. at 161:9–21). General acceptance under *Daubert* does not require "the process of scientific 'nose-counting' that would appear to be compelled by a careful reading of *Frye*," or Bayer's motion. *United States v. Downing*, 753 F.2d 1224, 1238 (3d Cir. 1985)

Rather, as *Daubert* requires, each step of Dr. Johanson's mechanism is firmly grounded in well-accepted scientific knowledge. Preliminarily, it is well-established that most "of the CSF is produced by the choroid plexus (CP) epithelium in the cerebral ventricles," and that "[t]he production of CSF involves energy dependent Na+/K+-ATPase situated on the luminal membrane of the CP epithelium transporting Na+ from the epithelial cytoplasm into the CSF space." Ex. C10,

McGeeney & Friedman 2014 at p. 446, 449. It is also well-accepted that LNG is "a suspected agent in PTC onset." Ex. E3, Johanson Rpt. at p. 24.

Finally, as described in detail, *supra*, Dr. Johanson began his application to LNG with the well-accepted premise that hormonal imbalance has a likely role in IH causation. *Id*. at p. 14; Ex. E4, Johanson Dep. at 67:10-12; 80:21-25. Dr. Johanson then synthesized evidence of the role of *androgens* specifically in IH pathophysiology, which has been accepted, presented and published by one of the world's leading institutes of metabolism and endocrinology research. Ex. E4, Johanson Dep. at 70:24-71:3. The acceptance of Dr. Johanson's opinions and their scientific premises in the relevant scientific communities is far from *de minimis*.

**D. Dr. Johanson's Opinions Grow Naturally and Directly out of Independent Research**

Although not one of the four *Daubert* factors set out by the Supreme Court, district courts may also consider "whether [ ] experts are proposing to testify about matters *growing naturally and directly* out of research they have conducted independent of the litigation, or whether they have developed their opinions expressly for purposes of testifying." *Daubert v. Merrell Dow Pharm.*, 43 F.3d 1311, 1317 (9th Cir. 1995) (emphasis added). The opinions offered by Dr. Johanson here grow naturally and directly out of his decades of research on the anatomy and physiology of the choroid plexus, and the pathological mechanisms whereby hormones impact CSF formation and regulation in disorders including Alzheimer's, hydrocephalus and IH.

Contrary to Bayer's claim that "Dr. Johanson's hypothesis was manufactured solely for litigation," Dr. Johanson testified that he spent several months considering the question and reviewing the literature *as a scientist* before even *responding* to Plaintiffs' counsel, no less before agreeing to offer his opinions here. Ex. E4, Johanson Dep. at 11:5-11. Furthermore, Dr. Johanson has published and lectured extensively on the effects of hormones on sodium transport in the choroid plexus. Ex. E4, Johanson Dep. at 125:11-15 ("Because you were inquiring about the

different hormones, have I studied, ion transport in the choroid plexus. And I have, for one, insulin and it's in the report, and it's significant, but you didn't ask it, so I just wanted to clarify that for the record"); 106:20-107:14 (discussing his consulting work with NASA regarding IH in astronauts, including hormones that affect CSF dynamics); 108:5-20 ("I can't recall per se about androgens, but I've discussed with you so many hormones, so many growth factors.") Dr. Johanson's opinions were not "developed solely for litigation," and this criterion does not weight against their reliability. *Danley*, 169 F. Supp. 3d at 430.

## III. Dr. Johanson's Androgen Model Is Well-Supported by Reliably Synthesized Direct and Indirect Scientific Evidence

There is no requirement that "an expert must back his or her opinion with published studies that unequivocally support his or her conclusions." *Amorgianos*, 303 F. 3d at 266-67 (collecting cases including: *Fed. Deposit Ins. Corp.*, 80 F.3d at 687 (finding no abuse of discretion in the admission of expert testimony based on a hybrid of two widely used methods); *McCullock v. H.B. Fuller Co.*, 61 F.3d 1038, 1043 (2d Cir. 1995) (affirming district court's admission of expert testimony despite the fact that the expert "could not point to a single piece of medical literature" that specifically supported the expert's opinion, finding that, "[w]here an expert otherwise reliably utilizes scientific methods to reach a conclusion, lack of textual support may 'go to the weight, not the admissibility' of the expert's testimony"); *Zuchowicz,* 140 F.3d at 387).

Furthermore, "[e]ven if movants are correct that there are flaws in [an expert's] factual premises, 'unless the information or assumptions that the expert relied on were so unrealistic and contradictory as to suggest bad faith, inaccuracies in the underlying assumptions or facts do not generally render an expert's testimony inadmissible. Less egregious suggestions that the assumptions are unfounded go to the weight, not the admissibility, of the testimony.'" *In re M/V MSC Flaminia*, No. 12-cv-8892 (KBF), 2017 U.S. Dist. LEXIS 119146, at *280-81 (S.D.N.Y. July

28, 2017) (quoting *Washington v. Kellwood Co.*, 105 F. Supp. 3d 293, 306 (S.D.N.Y. 2015)). Courts within the Southern District of New York have frequently "decline[d] movants' invitation to predetermine the[] facts as a basis to preclude an expert," finding that "[t]he appropriate means to test any alleged weaknesses in [an expert's] data, calculations, or factual premises is therefore cross-examination, not preclusion." *Id.* (citing *Amorgianos*, 303 F.3d at 267 ("Only serious flaws in reasoning or methodology will warrant exclusion")); *see also Arista Records LLC v. Usenet.com, Inc.*, 608 F. Supp. 2d 409, 423 (S.D.N.Y. 2009) ("'contentions that assumptions are unfounded go to the weight, not the admissibility of the testimony'") (quoting *Boucher v. U.S. Suzuki Motor Corp*., 73 F.3d 18, 21 (2d Cir. 1996) (quoting *Tyler v. Bethlehem Steel Corp*., 958 F.2d 1176, 1188 (2d Cir. 1992); *see also, Raskin v. The Wyatt Co.*, 125 F.3d 55, 66 (2d Cir. 1997) ("disputes as to the validity of underlying data [ ] go to the weight of the evidence," not the admissibility of the proffered expert testimony) (internal citations and quotations omitted).

Attempting to tie Dr. Johanson to its "leap" framework, Bayer plays both judge and jury, foisting its own factual and legal conclusions on the Court. Bayer's contention that Dr. Johanson's underlying factual premises are unfounded and its ultimate disagreement with his conclusions are not proper grounds for exclusion of his testimony, and its motion must be denied.

### A. Dr. Johanson Provides Reliable Evidence That LNG Binds with Androgen Receptors in the Choroid Plexus Causing Increased Sodium Transport

Bayer's first "leap" oversimplifies both Dr. Johanson's testimony and the scientific method itself. Essentially, Bayer takes issue with a lack of *direct* evidence of LNG binding with receptors in the choroid plexus (CP). Dkt 146 at p. 7. However, Dr. Johanson reliably applies his expertise in CP physiology to the available data regarding LNG to conclude that LNG likely acts in this way. Dr. Johanson begins with two well-established factual premises. ***First***, LNG interacts with the steroid receptors in the circulation. Ex. E3, Johanson Rpt. at p. 5 ("LNG has the capacity to

bind to and activate multiple steroid hormone receptors”). ***Second***, the choroid plexus (CP) is rich with steroid receptors. (“[AR] have been characterized in CP of female and male mice. Responsive [ER], that translocate to the CP epithelial nucleus, were identified by Quintela and colleagues. Choroidal receptors for progesterone, initially located by immunohistochemistry, were later confirmed in functional experiments. Therefore, receptors for all major sex hormones are established for CP by a variety of methodologies.”) *Id.* at p. 18 (citing references 112-115).

Far from “pure[] speculat[ion]” that LNG is present in the CP, Dr. Johanson explained that the steroid receptors of the CP are on the blood-facing membrane of the blood-brain-barrier (BBB), so steroid hormones such as LNG have access mainly from the blood side of the CSF-blood barrier. Ex. E4, Johanson Dep. at pp. 115:10-116:3. Furthermore, as Dr. Johanson described at his deposition, basic anatomical differences between the BBB and the blood-CSF barrier explain how even large hormone molecules may enter the choroid plexus. *Id.* at 116:6-117:2 (“So for the blood-brain barrier, the tight junctions for the barrier are in the cerebral capillaries, not so on the choroid plexus. They’re wide-open, fenestrations, big gaps, big pores, so even large molecules, proteins, huge molecules can gain access to the interstitium of the plexus from the plasma in the choroid plexus circulation. And they have ready access to the receptor sitting on the basolateral membrane in the choroid plexus.”) Therefore, as Dr. Johanson explained, serum LNG need not cross the BBB to gain access to the CP. *Id.* at 116:20-117:2. Reliably synthesizing his unparalleled expertise in the blood- and CSF-barriers of the brain, Dr, Johanson concluded that LNG binds with androgen receptors in the CP, where it may increase sodium transport and thereby increase CSF production.

### B. Dr. Johanson Reliably Extrapolates from Existing Data to Conclude That LNG More Likely Than Not Increases CSF Production

Limitations of *in vitro* methodology relied upon do not constitute “methodologic *flaws* which render [an] opinion on plausible biological mechanism of injury inadmissible,” and “these

limitations can be effectively addressed on cross-examination." *In re Zoloft Prods. Liab. Litig.*, 26 F. Supp. 3d 466, 471 (E.D. Pa. 2014) (emphasis in original); *accord K.E. v. Glaxosmithkline LLC*, No. 3:14-cv-1294(VAB), 2017 U.S. Dist. LEXIS 13705, at *34-35 (D. Conn. Feb. 1, 2017) (finding animal studies admissible when the "gap between what these sources reasonably imply and more definitive scientific proof of causality is not too great," and when "the inferences are of a kind that physicians and scientists reasonably make from good but inconclusive science") (quoting *In re Ephedra Prods. Liab. Litig.*, 393 F. Supp. 2d 181, 197 (S.D.N.Y. 2005)); *see also Danley v. Bayer (In re Mirena IUD Prods. Liab. Litig.)*, 169 F. Supp. 3d 396, 432 n.23 (S.D.N.Y. 2016) ("the expert's 'extrapolation from studies to support [his or her] conclusions, as well as [his or her] use of *in vitro* versus *in vivo* studies [goes] to the weight and not the admissibility of expert testimony'") (citing *In re Ephedra*, 393 F. Supp. at 189); *Northbrook NY, LLC v. Lewis & Clinch, Inc.*, No. 09-CV-0792, 2012 U.S. Dist. LEXIS 134699, at *6 (N.D.N.Y. Sept. 20, 2012) ("generally, extrapolation is an acceptable method that . . . experts . . . use in making their conclusions"); *U.S. v. Lawton*, 84 F. Supp. 3d 331, 339 (D. Vt. 2015) ("To the extent there is a lack of peer-reviewed materials and a reliance upon animal studies, those issues go to weight rather than admissibility") (citation omitted).

Accordingly, Dr. Johanson reliably extrapolates from the Westgate study, *among other evidence* carefully synthesized throughout his report, to conclude a likely role for androgenic compounds such as LNG in increasing CSF production via sodium pump activity. Ex. E3, Johanson Rpt. at pp. 24-29. Indeed, Dr. Johanson describes several lines of evidence that androgens are *associated* with IH, and then describes the mechanistic evidence proffered by Westgate and others to reliably conclude a likely pathophysiologic role. As he explained in his report and at his deposition, he also drew from literature regarding the impact of androgen tone on

sodium reabsorption and increased arterial pressure. Ex. E3, Johanson Rpt. at p. 29; Ex. E4, Johanson Dep. at 112:5-18. Thus, Dr. Johanson reviewed multiple lines of evidence *including* the Westgate study, concluding, "[c]loser to 95 percent confidence than the 51 percent legal criterion, more likely than not," that androgens including LNG increase CSF production. *Id.* at 216:4-5.

Dr. Johanson's application of the sources he relies upon, including Westgate, to LNG is far from unsupported or overreaching. Bayer provides Dr. Johanson's alleged "conce[ssion] that LNG is not an androgen; it is a progestin with other effects," to confuse the issue. Dkt 146 at p. 11 citing Johanson Dep. at 215:5–21 (footnote omitted, *pro tem*). The androgenic capacity of LNG is well-documented in the literature, as described in Dr. Johanson's report, (citation), and conceded by Bayer's corporate designee. Ex. A1, Hofmann 30(b)(6) Dep. at 167:4-168:10 ("Well, it is known that levonorgestrel has androgenic effects, so I assume -- well, it is also probably depending on the dose, but I assume that will be the reason why it could lead in some cases to acne, yes.") *See also* Ex. D, MIR_JSEU_01362341 ("In comparison to other progestins, LNG is known to have a high binding affinity to androgen receptors causing androgenic side effects.") Thus, Bayer's citation to *In re Mirena* is unconvincing, as Dr. Johanson does not attempt to equate all progestins, and his premise that LNG has high androgenic binding affinity and biological capacity is well-supported. Dkt 146 at p. 11 (quoting 169 F. Supp. 3d at 433 ("To conclude that Mirena would cause the same effect as Depo-Provera because they both contain progestin . . . is to impermissibly draw grossly 'overreaching conclusions,' which are connected solely to the data by [the witness's] say-so."))

Finally, Bayer further compounds its erroneous criticism of the androgen mechanism by cherry-picking quotations from another Plaintiffs' expert and manipulating the context to suggest scientific incompatibility. For example, Bayer argues in a footnote that Dr. Moye "pointed out the inherent contradiction of assuming that testosterone is driving IIH when it is almost exclusively

women who get IIH." Dkt 146 at p. 11, n.3 (citing Dkt 167-8, Moye Dep. 269:21-24, 270:4-6). Bayer's citation to Dr. Moye's testimony, has two factual premises: 1) IH is more prevalent in women; and 2) women have lower endogenous testosterone levels than men. Thus, Bayer implies that androgenic compounds including testosterone *cannot* cause IH because men typically have higher circulating androgens than women, but do not develop IH more frequently.

While Bayer's argument is superficially compelling, it is sophomoric and incompatible with scientific reality. Numerous studies, including those authored by Bayer's own paid experts, evidence that there are undeniable biological differences in the responses of men and women to fluctuating levels of sex hormones including, specifically, testosterone. *See, e.g.*, Ex. C11, Sheldon 2015 at p. 286 ("It is interesting to suggest that the differential effects of sex hormones on CSF dynamics may, in part, explain the clear gender bias of PTCS in the older adolescent and adult patients"); *see also* Ex. C4, Fraser 2010 at p. 88 ("Low testosterone levels in men are associated with increased visceral fat; accordingly, when hypogonadal men receive testosterone supplementation, they show a decreased amount of visceral fat. In women, the association seems to be reversed, and higher free testosterone levels are associated with increased visceral obesity.") Thus, as Dr. Johanson explained throughout his report and deposition, IH is not necessarily driven by *increased* sex hormones but rather by *imbalanced* sex hormones. Ex. E3, Johanson Rpt. at p. 26 ("The overall upset of the peripheral hormonal/metabolic homeostasis adversely impacts CSF dynamics/pressure"); Ex. E4, Johanson Dep. at 80:21-25 ("So the concept is that CSF is somehow with hormones, imbalance involved in PTC. That concept has been around for decades.")

Therefore, Bayer's citations to Dr. Moye's testimony agreeing that men typically have higher testosterone levels than women, are actually *supportive* of Dr. Johanson's mechanism: abnormally low androgen levels in men and abnormally high androgen levels in women should

produce similar results. This notion is further supported by the finding that men with PTC/IH are more likely to have signs and symptoms of *hypo*gonadism, as demonstrated by Fraser and colleagues. *See* Ex. C4, Fraser 2010 at p. 86 (abstract); *see also* Ex. E3, Johanson Rpt. at p. 13 ("Gender differences are intriguing: Low serum androgen in hypogonadic males, but elevated androgen in females, causes PTC."). Therefore, Dr. Johanson neither ignores nor contradicts these scientific principles. Conveniently, Bayer draws false, outcome-determinative conclusions by ignoring and confusing the well-established scientific context. Bayer's superficial, unscientific criticism of Dr. Johanson's opinions does not make his methodology, or its application, unreliable.

**C. Dr. Johanson Reliably Concludes that Increased CSF Production Results in IH**

Finally, Bayer claims that Dr. Johanson "lack[s] support in the published literature (including his own)" to conclude that IH "is caused by hypersecretion (i.e., overproduction) of CSF," and that his citation to Gideon undermines his conclusion. Dkt 146 at p. 12. Yet, Dr. Johanson has published this *exact* premise, *including* citation to Gideon for support: "A well-known postulated cause of IH is oversecretion of CSF by CP (Gideon et al. 1994). Evidence demonstrating enhanced AQP1 expression in CP of uncompensated IH patients, or in animal ICP models that mimic IH, would support the notion of persistent CSF hypersecretion." Ex. E2, Johanson 2015 at p. 152; *see also* Ex. E3, Johanson Rpt. at p. 12 ("Modern technology, novel methodological approaches, and a deeper appreciation of hormonal modulation have combined to furnish molecular biology data for strengthening the CP 'hypersecretion model.'") Moreover, Dr. Johanson has specifically described this evidence in connection with steroid hormones: "Another fluid dynamic hypothesis for IH is that certain therapeutic agents, such as corticosteroids, increase CSF formation rate. This is *predicated on substantial evidence* that steroids enhance transcellular water transport." *Id.* at p. 153 (emphasis added).

Dr. Johanson never claims that this is a *proven* mechanism, nor does he disregard other potential mechanistic models; rather, he explains every line of evidence and explains why his chosen model is the most likely. Ex. E1, Johanson 2017 at p. 250 ("Although IH etiology is not crisply defined, several factors are implicated: overproduced CSF, under-reabsorbed CSF at arachnoidal sites, cerebral interstitial edema, and impaired cerebral venous drainage"); Ex. E3, Johanson Rpt. at pp. 11-12 ("Of these compartments, CP is the most likely region for hormone interference (*e.g.*, by LNG, or secondary effects) with ion transport and CSF dynamics in PTC"). *See Bartoli v. Novartis Pharm. Corp.*, No. 3:13-0724, 2014 U.S. Dist. LEXIS 52956, at *29 (M.D. Pa. Apr. 17, 2014) (expert allowed to testify as to mechanism where: "[he] is not offering his opinion as *the* mechanism, but rather indicating that it is a plausible one given his understanding of the relevant medical literature.") (emphasis added).

Although Bayer criticizes Dr. Johanson for not pointing to *direct* measures of CSF formation rates in Mirena users, Dr. Johanson explained that hardly *any* studies in *any* population measure CSF production rates in individual patients. Ex. E4, Johanson Dep. at 172:23-25; 173:1-15. ("It would be very unusual. In reading the literature over the over many decades, it's rare. I don't recall any cases where you'd have CSF information data for one patient. I'm not saying it hasn't happened. I just have never seen it. So I wouldn't necessarily expect that for LNG either.") Thus, Dr. Johanson drew from his substantial experience and existing data to conclude that increased CSF production results in IH. Dr. Johanson "has reliably applied [scientific] principles and methods to the facts of the case." *Hart v. Rick's Cabaret Int'l, Inc.*, 60 F. Supp. 3d 447, 65 (S.D.N.Y. 2014) (quoting 509 U.S., at 597) (quoting *Fed. Hous. Fin. Agency v. JPMorgan Chase & Co.*, No. 11 Civ. 6188 (DLC), 2012 U.S. Dist. LEXIS 173768, at *6 (S.D.N.Y. Dec. 3, 2012).

### IV. Dr. Johanson is Qualified to Offer Opinions Based on Clinical Data and Does Not Intend to Offer Any *Clinical Opinions* Regarding Mirena Use

Where an expert "has educational and experiential qualifications in a general field closely related to the subject matter in question, the court will not exclude the testimony solely on the ground that the witness lacks expertise in the specialized areas that are directly pertinent." *Danley*, 169 F. Supp. 3d at 412 (quoting *In re Zyprexa Prods. Liab. Litig.*, 489 F. Supp. 2d 230 (E.D.N.Y. 2007) (citing *Stagl v. Delta Air Lines, Inc.*, 117 F.3d 76, 80 (2d Cir. 1997)); *see also* Deutsch, 768 F. Supp. 2d at 439 (finding testimony admissible where the expert had expertise in "a closely related field at the heart of th[e] case. 'Rule 702's liberal policy of admissibility extends to the substantive as well as the formal qualification of experts. We have eschewed imposing overly rigorous requirements of expertise and have been satisfied with more generalized qualifications.'")

Dr. Johanson's "admi[ssion] that he would defer to clinical experts about clinical endpoints" is not a proper basis for exclusion of well-informed opinions based on available clinical data, and Bayer's citation to *Prohaska v. Sofamor, S.N.C.* 138 F. Supp. 2d 422, 437 (W.D.N.Y. 2001) is far from analogous. Dkt 146 at p. 14. There, the court excluded an expert that lacked "both practical and formal training, experience, and knowledge" in the areas in which he [wa]s seeking to opine." *Prohaska*,138 F. Supp. 2d at 437. However, Dr. Johanson has held teaching appointments for the last several decades at the University of Utah, and Brown University Medical School in neurosurgery, pharmacology, and related disciplines. Ex. E5, Johanson CV. Dr. Johanson is more than qualified to offer opinions as to how the demonstrated clinical effects of LNG fit in a multifactorial mechanistic model of IH, and his opinions in this regard are admissible.

## CONCLUSION

Wherefore, Plaintiffs respectfully request that this honorable Court deny Bayer's Motion to Exclude the Expert Testimony of Conrad Johanson, Ph.D (Dkt 146).

Dated: March 15, 2018

Respectfully submitted,

*/s/ Lawrence L. Jones II*
Lawrence L. Jones II
Jones Ward PLC
*Co-Lead Counsel for Plaintiffs*

Martin D. Crump
Davis & Crump PC
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
*Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I served all counsel of record with the foregoing via the Court's CM/ECF System, which will provide notice of filing to all counsel of record.

/s/ *Lawrence L. Jones II*
Lawrence L. Jones II