**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)**

**17-MD-2767 (PAE)**
**17-MC-2767 (PAE)**

***This Document Relates To All Actions***

---

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF CONRAD JOHANSON, PH.D.**

**Exhibit A1** November 21, 2017 30(b)(6) Deposition of Birte Hofmann

**Exhibit A2** November 29, 2017 30(b)(6) Deposition of Juliane Schoendorf, Volume II

**Exhibit B** December 4, 2017 Defendants' Objections and Responses to Plaintiffs' Second Set of Requests for Admissions

**Exhibit C1** Sitruk-Ware R, New Progestagens for Contraceptive Use, Human Reproduction Update, 2006;12(2):169–178, 2006

**Exhibit C2** Chen J & Wall M. Epidemiology and Risk Factors for Idiopathic Intracranial Hypertension. *Int Ophthal Clin* 2014;54(1):1-11

**Exhibit C3** Thurtell MJ, Bruce BB, Newman NJ, Biousse V. An Update on Idiopathic Intracranial Hypertension. *Rev Neurol Dis.* 2010;7(0):e56-e68

**Exhibit C4** Fraser JA et al., Risk factors for idiopathic intracranial hypertension in men: a case-control study, *J Neurol Sci*. 2010; 290(1-2):86-95

**Exhibit C5** Foley J. Benign forms of intracranial hypertension; toxic and otitic hydrocephalus. *Brain* 1955;78:1-41

**Exhibit C6** Ainat Klein, Naftali Stern, Etty Osher, Efrat Kliper & Anat Kesler (2013) Hyperandrogenism is Associated with Earlier Age of Onset of Idiopathic Intracranial Hypertension in Women, *Current Eye Research*, 38:9, 972-976

**Exhibit C7** Kempegowda P, O'Reilly M, Hornby C, et al. Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity. 18th European Congress of Endocrinology 2016. Endocrine Abstracts 41 EP728

**Exhibit C8** Westgate CSJ, Botfield H, O'Reilly M, Hodson D, Sinclair A: Evaluating the role of testosterone in cerebrospinal fluid secretion. *Endocrine Abstracts* 2017, 50:P325

**Exhibit C9** Hornby C, Mollan SP, Mitchell J, et al. (2017) What Do Transgender Patients Teach Us About Idiopathic lntracranial Hypertension? *Neuro-Ophthalmology*, 41:6, 326-329

**Exhibit C10** McGeeney BE & Friedman DI, Pseudotumor Cerebri Pathology, Headache 2014;54:445-458

**Exhibit C11** Sheldon CA, Kwon YJ, Liu GT, McCormack SE. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. *Pediatr. Res*. 2015; 77: 282-299

**Exhibit C12** Oldstone MB: Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri). *The Journal of Clinical Endocrinology and Metabolism* 1966, 26(12):1366-1369

**Exhibit D** MIR_JSEU_01362341, "Androgenic Side Effects of Mirena"

**Exhibit E1** Johanson CE. Choroid Plexus–Cerebrospinal Fluid Transport Dynamics: Support of Brain Health and a Role in Neurotherapeutics. In: Conn P. Michael, editor. Conn's Translational Neuroscience. Academic Press; 2017. p. 233–261

**Exhibit E2** Johanson CE: Fluid-forming functions of the choroid plexus: What is the role of aquaporin-1? In The Blood-Brain Barrier in Health and Disease, Vol. 1: Morphology, Biology and Immune Function. K. Dorovinizis, ed., CRC Press, pp. 140-71, 2015

**Exhibit E3** December 28, 2018 Expert Report of Dr. Conrad E. Johanson

**Exhibit E4** January 26, 2018 Deposition of Dr. Conrad E. Johanson

**Exhibit E5** 2017 Curriculum Vitae of Dr. Conrad E. Johanson

Dated: March 15, 2018

Respectfully submitted,

*<u>/s/ Lawrence L. Jones II</u>*
Lawrence L. Jones II
Jones Ward PLC
*Co-Lead Counsel for Plaintiffs*

Martin D. Crump
Davis & Crump PC
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
*Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed via the ECF/CM system with the Clerk of the Court, which will have sent notice to all attorneys of record in this matter on March 15, 2018.

/s/ *Lawrence L. Jones II*
Lawrence L. Jones