# EXHIBIT A1

## Nov. 21, 2017
## Deposition of Birte Hofmann, DVM, Ph.D.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - - - X

IN RE: 17-MD-2767 (PAE)

MIRENA IUS LEVONORGESTREL-RELATED 17-MC-2767 (PAE)

PRODUCTS LIABILITY LITIGATION (NO. II)

\- - - - - - - - - - - - - - - - - - - - X

VIDEOTAPED 30(b)(6) DEPOSITION OF

BAYER HEALTHCARE PHARMACEUTICALS, INC.,

BAYER PHARMA AG, AND BAYER OY

BY AND THROUGH ITS REPRESENTATIVE

BIRTE HOFMANN, DVM, Ph.D.

Washington, D.C.

November 21, 2017

9:00 a.m.

Job No. 38071

Reported by: Michele E. Eddy, RPR, CRR, CLR

* * * * *

that correct? They activate tasks?

MR. IMBROSCIO: Object to the form.

A Can you rephrase that? I'm sorry, that was too much information.

Q Okay.

So when -- the levonorgestrel in the endometrium and also in the blood, it binds to receptors like any other steroid hormone?

MR. IMBROSCIO: Same objection.

A Well, not like any other because it's levonorgestrel-specific action, but it would -- it's in the endometrium, and it would bind to respective receptors there.

Q Thank you for that clarification.

So levonorgestrel has its own set of receptors that it may bind to and cause activity --

A That's correct.

Q -- not like any other hormone in that sense. Correct?

MR. IMBROSCIO: Object.

A Well, it's the general -- if you're referring to the general capabilities of hormones, yes, that's general, but you're correct, they have different hormones they bind to.

* * * * *

A Well, the device can cause side effects as well but not systemic ones, I assume, but, yes. So levonorgestrel is the active ingredient in Mirena.

Q That's a very good way to put it. Thank you. That was much better than the way I said it.

Levonorgestrel is the only active ingredient of Mirena. Correct?

A Correct.

Q So any expected adverse drug reactions would be reactions to the active ingredient levonorgestrel. Is that correct?

A Well, it is -- as I said, this table reflects adverse reactions observed in people using Mirena --

Q Okay.

A -- yes.

Q Okay. So I'm going -- we're going to continue to go through the list. And just like you did there with edema, you can explain it to the extent that you understand it and let me know if you don't know any further. Is that fair?

A That's fair.

MR. IMBROSCIO: Before you begin, I want to just -- I won't do it with every question. I

will just note that this line of questioning about the chart is outside the scope. She can answer in her personal capacity.

MS. NATALE: Objection noted, not that she will answer in her personal capacity, but your objection is noted.

A But just for the record, I'm a pharmacokinetic expert, and this is a clinical table, yes.

Q Because it's a clinical table, okay. Do -- okay.

A That's not my responsibility.

Q The biological effects of levonorgestrel in the blood, is that a part of pharmacokinetics and pharmacodynamics?

A The general concept of pharmacodynamics is that, of course, but, I mean, that is -- the table is derived from clinical studies and what was observed in clinical studies, and they were conducted by clinical colleagues.

Q So the next category says, "metabolism and nutrition disorders," and under "Common undesirable effects," it says, "Weight gain." How might -- strike that.

How is it -- how do you understand

levonorgestrel causes weight gain?
A Well, I'm not sure that -- I do not know and I'm not aware that levonorgestrel causes that. It has been observed in people using --
Q Okay.
A -- Mirena.
Q Sorry to cut you off.
"Nervous system disorders," and it lists "headache" under "Common undesirable effects."
Do you have any understanding of how levonorgestrel causes headaches?
A I'm not aware of the progress that leads to it. Again, all these side effects have been observed, but I'm not aware of mechanism, if there is any.
Q Are these -- like earlier when you talked about how activity at the tissues by binding to receptors may cause biological activity. Correct?
A That's correct.
Q Are these biological activities that may be caused by levonorgestrel by binding at steroid receptors?
MR. IMBROSCIO: Object to the form.
A Could you just break it out and rephrase

that.
Q Sure.
A That was too long for me.
Q These are expected systemic -- you said that these would be systemic effects of levonorgestrel. Correct?
A Well, these are, as the title says, "Expected drug reactions," and they are -- I think it's taken from the label as it says. So adverse drug reaction observed in the study using -- with people using Mirena.
Q Okay. And there's systemic effects. Is that correct?
MR. IMBROSCIO: Object to the form.
A That's not what the table says.
Q Okay.
So, just for example, we just said headache. Correct? Is there any mechanism that you know of by which the local levels of levonorgestrel in the endometrium cause a headache?
A No, I don't know of any mechanism that could possibly lead to that.
Q And so then it says, under the category "Skin and subcutaneous skin disorders," under

"Common undesirable effects" is listed "acne." Correct?

A Yes, that's correct.

Q Is it your understanding that acne is an androgenic side effect of levonorgestrel?

A That could be the case in this case, yes.

Q Okay. Again, are you aware of any mechanism by which the local levels of levonorgestrel in the endometrium cause acne in Mirena users?

A Well, it is known that levonorgestrel has androgenic effects, so I assume -- well, it is also probably depending on the dose, but I assume that will be the reason why it could lead in some cases to acne, yes.

Q Okay. So the question is, is there -- do you know of a mechanism by which the local levonorgestrel in the endometrium directly causes acne?

A The local mechanism?

Q Is there one? Does the -- does the levonorgestrel in the endometrium cause acne?

A No, it's not in the endometrium. But if -- that is, I assume, a systemic effect and