# EXHIBIT C8

**Westgate C, Botfield H, O'Reilly M, et al. Evaluating the role of testosterone in cerebrospinal fluid secretion. Endocrine Abstracts 50 P325**

# Endocrine Abstracts

**November 2017** Volume 50
ISSN 1479-6848 (online)

## Society for Endocrinology BES 2017

***6–8 November 2017, Harrogate, UK***

SfE BES 2017
6-8 November
HARROGATE



EXHIBIT
tabbies
Johanson 18

published by bioscientifica

Online version available at
**www.endocrine-abstracts.org**

## P322

**Cholestatic pregnancy alters the gut incretin response to diet, affecting GLP-1, PYY and FGF19 secretion, with reversal of changes associated with ursodeoxycholic acid treatment**

Caroline Ovadia[1], Jenny Chambers[2], Marcus Martineau[2], Kevin Murphy[2], Julian Walters[2] & Catherine Williamson[1]
[1]King's College London, London, UK; [2]Imperial College London, London, UK.

Introduction
Intrahepatic cholestasis of pregnancy (ICP) is characterised by maternal pruritus and raised serum bile acids, and is associated with adverse fetal outcomes (e.g. preterm birth, neonatal unit admission and stillbirth). Maternal metabolic impacts include higher rates of gestational diabetes mellitus, hypertriglyceridaemia and hypercholesterolaemia. Glucose and lipid metabolism are influenced by gut incretin release, and bile acids are commonly ligands for receptors whose activation results in these hormones being released. We sought to assess the effects of pregnancy and cholestasis upon lipid, glucose and incretin levels, and whether these can be reversed by treatment with ursodeoxycholic acid (UDCA), the most commonly-used treatment for ICP.
Methods
100 women were given a standardised diet for 24 hours, during which serial blood sampling was performed at 9 timepoints. Participants were pregnant women with ICP or non-pregnant women with a history of ICP, with matched controls for each group. Bile acids, lipids, glucose, GLP-1, PYY, FGF19 and C4 were measured, and results compared using multiple measures of ANOVA and student's T tests.
Results
The gestational increases in serum triglycerides, total and LDL cholesterol were exacerbated by ICP. The GLP-1 response to a meal was lower for women with ICP, and was improved with UDCA treatment. Basal PYY was higher for women with ICP, and peaked at a higher level post prandially than for women with normal pregnancies, or non-pregnant controls. Normal pregnancy resulted in lower peak serum FGF19; this was unchanged in non-UDCA treated ICP, but serum concentrations increased with UDCA treatment. UDCA treatment also caused increased faecal lithocholic acid concentrations.
Conclusions
The metabolic disturbances of ICP are contributed to by altered intestinal responses to food. These can be ameliorated by treatment with UDCA, a new indication for the drug in treatment of ICP.

DOI: 10.1530/endoabs.50.P322

## P323

**A randomised controlled trial of vitamin D treatment on markers of liver fibrosis in obese women with Polycystic Ovary Syndrome**

Zeeshan Javed[1], Eric Kilpatrick[2], Vincent Mann[3], Lynsey Corless[3], George Abouda[3], Alan Rigby[4], Stephen Atkin[5] & Thozhukat Sathyapalan[1]
[1]Hull York Medical School/University of Hull, Hull, UK; [2]Sidra Medical and Research Center, Doha, Qatar; [3]Hull Royal Infirmary, Hull, UK; [4]University of Hull, Hull, UK; [5]Weill Cornell Medical College Qatar, Doha, Qatar.

Context
Polycystic ovary syndrome (PCOS) has been linked to non-alcoholic fatty liver disease (NAFLD) that carries an increased risk of liver cirrhosis. The Enhanced Liver Fibrosis (ELF) score comprises serum hyaluronic acid (HA), procollagen III N-terminal peptide (PIIINP) and tissue inhibitor of metalloproteinase-1 (TIMP1) that correlate with hepatic fibrosis staging.
*Objective*
To determine the effect of vitamin D supplementation on liver fibrosis markers.
Design
A randomized, double-blind, placebo-controlled study.
Setting
A tertiary care setting in the UK.
Participants
Forty obese women with PCOS.
Intervention
Randomization to either vitamin D 3200 IU daily or placebo for 3 months.
Main outcome measures
The primary outcome was ELF score change, with alanine aminotransferase (ALT), hormonal, metabolic and cardiovascular risk marker changes as secondary outcomes.
Results
Vitamin D supplementation showed an ELF score reduction compared to placebo ($-7.6\pm9.6\%$ vs. $0.4\pm8.9$; $P=0.02$) with a corresponding decrease in the component fibrosis markers; HA ($-31.2\pm31.9\%$ vs $16.9\pm57.1$; $P<0.01$) and PIIINP ($-18.6\pm20.4\%$ vs $8.0\pm27.2$; $P<0.01$), and a fall in ALT with vitamin D treatment ($-16.7\pm25.7\%$ vs $21.9\pm28.3$; $P<0.01$). Within group analysis revealed vitamin D alone showed ELF score reduction ($P<0.01$) with a reduction in HA ($P<0.01$), PIIINP ($P<0.01$) and TIMP-1 ($P<0.05$). There were no changes in the hormonal, metabolic or cardiovascular risk profiles between groups.
Conclusion
Vitamin D supplementation improved hepatic fibrosis markers (HA, PIIINP, TIMP-1) in obese women with PCOS with a reduction in the ELF score.

DOI: 10.1530/endoabs.50.P323

## P324

**Leptin receptors localise to β-cells in the fetal ovine pancreas, but do not appear to influence β-cell mass *in utero***

Shelley Harris[1], Sharon Raja[1], Miles De Blasio[2], FB Peter Wooding[2], Dominique Blache[3], Abigail Fowden[2] & Alison Forhead[1,2]
[1]Oxford Brookes Universty, Oxford, UK; [2]University of Cambridge, Cambridge, UK; [3]University of Western Australia, Crawley, Australia.

Babies born to mothers with diabetes during pregnancy are exposed to high circulating leptin before birth and, in turn, are at increased risk of developing diabetes in later life. In pancreatic islets isolated from fetal sheep, leptin influences β-cell proliferation in a bimodal manner. This study examined the effect of exogenous leptin infusion and leptin receptor antagonism on pancreatic β-cell mass in the sheep fetus *in vivo*.
All procedures were performed under the UK Animals (Scientific Procedures) Act 1986. In 28 pregnant ewes at 118-120 days of gestation (d; term ~145d), the femoral artery and vein of the fetus was catheterized under general anaesthesia. For 5 days from 125d, fetuses were infused i.v with either saline (2 ml/day, 0.9% NaCl, $n=13$), recombinant ovine leptin (LEP1, 0.6 mg/kg/day, $n=8$ or LEP2, 1.4 mg/kg/day, $n=7$) or recombinant ovine long-form leptin receptor antagonist (LRA, 4.6 mg/kg/day, $n=5$). Arterial blood was collected before and during treatment. After maternal and fetal euthanasia, the fetal pancreas was weighed and examined for leptin receptor expression and β-cell mass using immunohistochemistry and stereological point counting. Data were analysed by two-way ANOVA.
Leptin receptor protein was localised to the β-cells of the fetal ovine pancreas at 130d of gestation. Plasma concentrations of leptin were increased on all days of infusion in LEP1 and LEP2-treated fetuses ($P<0.05$). Neither leptin nor LRA infusion influenced fetal body weight, absolute or relative measurements of pancreas or β-cell mass.
The expression of leptin receptors in pancreatic β-cells of the sheep fetus indicates a role for leptin in islet development before birth. In this preliminary study, however, pancreatic β-cell mass was not affected by exogenous leptin infusion or antagonism of the long-form leptin receptor. Further investigation is required to assess whether leptin regulates pancreatic development and secretory function *in utero* with consequences for the offspring of diabetic pregnancies.

DOI: 10.1530/endoabs.50.P324

## P325

**Evaluating the role of testosterone in cerebrospinal fluid secretion**

Connar Westgate, Hannah Botfield, Michael O'Reilly, David Hodson & Alexandra Sinclair
University of Birmingham, Birmingham, UK.

Idiopathic intracranial hypertension (IIH) is a condition characterised by raised intracranial pressure (ICP) that primarily affects obese women of reproductive age. The aetiology is poorly understood but involves imbalance of cerebrospinal fluid (CSF) secretion and absorption. IIH patients share similar phenotypic characteristics to PCOS patients, a condition with a distinct androgen signature. We hypothesise that obesity and androgen excess maybe pathogenic in IIH through dysregulation of CSF secretion and hence ICP.

In this study we aimed to develop an *in vitro* CSF secretion assay and then evaluate the impact of testosterone on CSF secretion. An immortalised rat choroid plexus epithelial cell line (Z310 cells) was infected with an adenoviral vector containing the ATP:ADP ratio sensor Perceval. $Na^+/K^+$ ATPase activity is the rate limiting step in CSF secretion and a validated surrogate for CSF secretion. $Na^+/K^+$ ATPase activity was determined following acute administration of the specific inhibitor ouabain (1 mM), the change in ATP:ADP ratio indicated $Na^+/K^+$ ATPase activity. The assay was validated and additionally challenged with acetazolamide (1 mM, 2 days), a drug used clinically to reduce CSF secretion. Acetazolamide reduced the ATP:ADP ratio (indicating a reduction in CSF secretion) ($P<0.05$) compared to control. Ultimately, Z310 cells were incubated with testosterone (100 nM, 2 days) and the ATP:ADP ratio was noted to be increased ($P<0.0001$) compared to vehicle, indicating increased $Na^+/K^+$ ATPase activity and hence increased CSF secretion. Furthermore real-time quantitative PCR demonstrated increased expression of carbonic anhydrase II and III ($P<0.05$), key components in generating the ion gradients required for CSF secretion.

We have developed a novel *in vitro* CSF secretion assay though quantification of $Na^+/K^+$ ATPase activity. Testosterone increased $Na^+/K^+$ ATPase activity, indicating increased CSF secretion. We speculate that testosterone may have a pathogenic role in IIH through modulation of CSF formation and increasing ICP.

DOI: 10.1530/endoabs.50.P325

## P326

### Low vitamin B12 induces *de novo* lipogenesis in human hepatocytes

Joseph Boachie, Antonysunil Adaikalakoteswari, Jinus Samavat, Victor Zammit, Zehra Irshad & Ponnusamy Saravanan
Division of Metabolic and Vascular Health, Clinical Sciences Research Laboratories, Warwick Medical School, University of Warwick, University Hospital-Walsgrave Campus, Coventry, UK.

Background

Vitamin B12 (B12) deficiency results in disturbance of 1-carbon metabolites [methylmalonyl coenzyme A (MMA), homocysteine and S-adenosyl homocysteine (SAH), S-adenosyl methionine (SAM) and methionine] that collectively affect lipogenesis leading to risk of cardiovascular diseases. In clinical studies, B12 deficiency is associated with higher BMI and dyslipidaemia (high triglycerides and low HDL). The role of B12 in hepatic metabolism of lipids in humans is unexplored. Therefore, we investigated whether B12 deficiency affect hepatic *de novo* lipogenesis.

Methods

Human HepG2 cell line was cultured using custom made B12 deficient Eagle's Minimal Essential Medium (EMEM) and seeded in four different concentrations of B12 media such as 500nM (control), 1000pM, 100pM and 25pM (low) B12. Oil Red O (ORO) staining, RT-qPCR, total intracellular triglyceride (TG) assay and *de novo* TG biosynthesis using radioactive flux assay were employed to examine the effect of B12 on lipogenesis

Results

Hepatocytes in low B12 (25pM) had more lipid droplets compared with control (500 nM). Total intracellular TG levels were higher in low B12 hepatocytes. Gene expressions of nuclear transcription factors sterol regulatory element binding protein (SREBF1) and low density lipoprotein receptor (LDLR) were higher in low B12 conditions than control. Similarly, the gene expressions of the enzymes involved in *de novo* fatty acid synthesis [ATP citrate lyase (ACLY), Acetyl CoA carboxylase (ACC), fatty acid synthase (FASN) and elongation-of very-long-chain fatty acid (ELOVL6)], cholesterol biosynthesis [3-hydroxy-3-methylglutaryl-CoA reductase (HMGCR), 3-hydroxy-3-methylglutaryl-CoA synthase 1 (HMCS1), Isopentenyl-Diphosphate delta Isomerase 1 (IDL1)] and TG biosynthesis [stearoyl CoA desaturase (SCD), glycerol-3-phosphate acyltransferase (GPAT), acylglycerol-3-phosphate acyltransferase (AGPAT), phosphatidic acid phosphatase-1 (Lipin1) and diacylglycerol acyl transferase 2 (DGAT2)] were upregulated in low B12 conditions. Cellular uptake of radiolabelled fatty acid ($^{14}$C-oleate) for *de novo* TG biosynthesis assessed by scintillation was about 80% higher in low B12 hepatocytes.

Conclusion

Our data provide novel evidence that B12 deficiency dysregulates lipid metabolism in hepatocytes.

DOI: 10.1530/endoabs.50.P326

## P327

### Male sexual dysfunction and hypogonadism improves following bariatric surgery

Jan Hoong Ho[1,2], Safwaan Adam[1,2], Shazli Azmi[1], Shaishav Dhage[1,2], Yifen Liu[1], Maryam Ferdousi[1], Akheel Syed[1,3], Basil Ammori[3], Rayaz Malik[4], Rachelle Donn[1] & Handrean Soran[1,2]
[1]University of Manchester, Manchester, UK; [2]Central Manchester University Hospitals NHS Foundation Trust, Manchester, UK; [3]Salford Royal NHS Foundation Trust, Manchester, UK; [4]Weill Cornell Medicine-Qatar, Qatar.

Background

Male sexual dysfunction is common in obesity with complex underlying mechanisms. Testosterone replacement has often been initiated in clinical practice in the presence of sexual dysfunction and male obesity-associated secondary hypogonadism. The benefits to sexual functioning, however, are not well documented. The aims of the study were to investigate the relationship between sexual function and hypogonadism in severe obesity and to understand the impact of bariatric surgery (BS)-induced weight loss.

Methods

Sexual function was assessed using the European Male Ageing Study-Sexual Function Questionnaire in 26 men (mean age 49.4±9.8, mean body mass index (BMI) 47.6±7.0) before and in 14 of them (mean BMI 33.2±5.3) reassessed between 6 to 12 months after BS. Participants were divided into two groups (low and high) based on the median values of the overall sexual function (OSF) domain of the questionnaire. Fasting morning blood samples were obtained for androgen profile.

Results

Erectile dysfunction was present in 73% of men before surgery. Fifty seven percent of men had a testosterone level of less than 9.5 nmol/l. Testosterone levels, however, were not significantly different between men with low (median 8.4) and high (median 9.4) OSF scores ($P=0.598$). OSF ($P=0.003$) and other domains of sexual function including erectile function ($P=0.04$) and sexual function-related distress ($P=0.004$) improved after BS. Serum testosterone increased ($P=0.003$) from median 9.4 nmol/l at baseline to (6.5–12.1) to 16.1 nmol/l (11.6–17.3) after BS. Similarly, sex hormone-binding globulin improved ($P=0.002$) from median 31.8 nmol/l (21.6–39.3) to 50.2 nmol/l (38.8–68.2). Changes in sexual function scores before and after BS did not correlate with changes in serum testosterone.

Discussion

Male sexual function improves after BS though this appears to be independent of changes in testosterone. Other factors like nerve and vascular function may have a more significant role. For symptoms of sexual dysfunction alone in the context of severe obesity, testosterone replacement may not be beneficial.

DOI: 10.1530/endoabs.50.P327

## P328

### DNA methylation differs between lean and obese placenta and is influenced by maternal environment and fetal sex

Liu Yang[1], Jessy Cartier[2], Amanda Drake[3] & Rebecca Reynolds[3]
[1]Centre for Cardiovascular Science, University of Edinburgh, Edinburgh, UK; [2]Centre for Cardiovascular Science, University of Edinburgh, Centre for Cardiovascular Science, University of Edinburgh, UK; [3]Centre for Cardiovascular Science, University of Edinburgh, Edinburgh, UK.

Obesity in pregnancy is associated with an increased risk of complications for mother and child. Epigenetic modifications have been proposed as an important underlying mechanism. As the placenta plays a key role in fetal nutrition and metabolism we hypothesized there would be placental DNA methylation differences between lean and obese placenta. DNA methylation array (Human Methylation 450K) was performed on placentas from $n=31$ obese (BMI > 40 kg/m$^2$) and $n=29$ lean (BMI < 25 kg/m$^2$) women. MiR-411 and *FABP1*, with false discovery rate (FDR) adjusted $P<0.05$, were selected for validation of DNA methylation differences by Pyrosequencing and measurement of mRNA levels by RT-qPCR. The mean (SD) percentage DNA methylation at miR-411 and FABP1 was significantly higher in obese placenta vs lean (68.9 (13.4)% vs 58.9 (15.8)%, $P=0.01$ and 89.7(2.76)% vs 85.8(7.16)%, $P=0.01$, respectively). MiR-411 DNA methylation was significantly higher in placenta from non-smoking obese vs non-smoking lean (70.42(9.6)% vs 58.63(17.4)%, $P=0.02$) women. MiR-411 DNA methylation percentage was highest in placentas from male babies born to obese mothers. There were no correlations between methylation levels and mRNA levels of miR-411 in either obese or lean placentas (miR-411 obese $r=0.21$,