# EXHIBIT D

**MIR_JSEU_01362341**

**Androgenic side effects of Mirena®**

**Purpose**

The Belgian Health Authority has requested adding an additional warning concerning known androgenic side effects in the labelling for Mirena®. As events like 'acne', 'alopecia' and 'hirsutism' are already listed in CCDS chapter 4.8., a cumulative analysis of postmarketing data from the company's database and a literature review to be addressed in PSUR 25 were agreed upon.

**Postmarketing data**

A cumulative analysis of the company's database until 28-Jul-2010 searching for terms related to androgenic side effects in the MedDRAra terminology was performed (list with retrieval criteria attached at the end of the document) to be added as appendix?). Three thousand and sixty cases were identified. Table 1 shows case characteristics and reporting frequencies for -androgenic side effects.

Comment [JS1]: Retrieval criteria

Table 1:

| **Cases** | All | Serious-medically confirmed (s-mc) | Indication Contraception in all/s-mc cases |
|---|---|---|---|
| All | 3060 | 116 | 1336/77<br>43,7%/66,4% |
| Reporting frequency | 0,000308<br>3/1000 Insertions | 0,0000116<br>0,1/1000 Insertions | |
| Prim. SOC skin and subc. tissue disorders | 2049 | 43 | 28 |
| Reporting frequency | 0,000206<br>2/1000 Insertions | 0,0000043<br>0,004/1000 Insertions | |

Comment [JS2]: Was ist das für eine reporting frequency?

Of the 116 serious, medically confirmed cases identified, 43 cases (37%) had a most important diagnosis falling under the primary SOC "skin and subcutaneous disorder", indicating that in almost 2/3 of the serious medically confirmed cases, effects on skin or hair were reported together with other events which also may account for the seriousness of the case.
Seriousness criterion: in allen Fällen "medically significant"? =Event Serious Criteria?

Comment [ST3]: Der trichterförmige approach ist etwas schwierig, weil es mehrere Stränge sind, deswegen drei kleine Trichter

Comment [ST4]: Meinst Du event seroius criteria damit?

Formatted: English (United Kingdom)

The mean age of all women was 33,95 years, which shows a normal distribution of age. In 43.7% of all women Mirena® has been inserted for indication contraception. The mean age in women who got fitted the Mirena® for indication contraception was 33,0 years. From the medically confirmed cases 66,4% have been fitted with the IUS for indication contraception.

A separate retrieval was performed searching in the narrative for the item 'remov' or 'withdraw'. The serious-medically confirmed cases out of these has been reviewed on the

single cases basis. The following diagrams show the distribution of age. Diagram 1 includes all cases with androgenic side effects in primary SOC skin and subcutaneous tissue disorders. Diagram 2 contains all serious medically confirmed cases with primary SOC skin and subcutaneous tissue disorders .

In 91 out of all serious medically confirmed cases (n=116) Mirena® has beenwas removed. because of side effects. Seventy-threetwo cases thereof were reported as having androgenic side effects related to Mirena® and being responsible for removal of the device according to the data available. Half of these cases (n=36) Thirty-five of these cases were reported with positive dechallenge after removal.

Comment [JS5]: Wie wurde das bestimmt/unterschieden?

The following diagrams show the distribution of age. Diagram 1 includes all cases with androgenic side effects in primary SOC skin and subcutaneous tissue disorders. Diagram 2 contains all serious medically confirmed cases with primary SOC skin and subcutaneous tissue disorders .

Diagram1:




Diagram 2:




Comment [JS6]: y-axis scale

**Literature review**

A systematic literature retrieval was performed regarding articles published over the last ten years.

**Background**

The effects of progestins are related to interactions not only with the progesterone receptor but also with other steroid hormone receptors, such -as the androgen receptor. These interactions may either induce transactivation of a steroid receptor or prevent activation. In the target organ, the balance between the receptor coactivators and corepressors recruited by a progestin determines whether the overall effect of the molecule will be agonistic or antagonistic[1].

In comparison to other progestins, levonorgestrel (LNG) is known to have a high binding affinity to ~~progesterone~~ androgen receptors causing androgenic side effects[2]. Thus, levonorgestrel among others progestins is known to display certain androgenic effects. Apart from direct androgen receptor interaction, binding to sex hormone binding globulin (SHBG) and displacement of testosterone is supposed to~~could~~ lead to an increase in free, metabolically active testosterone[3]. ~~Garcia-Becerra 2004, Kovalevski 2010~~Nevertheless, Kovalesvski found no effect on markers of androgen bioactivity like hair shaft diameters. SHGB and even other serum androgens decreased after implantation of LNG subcutaneous implant. No change was found on free testosterone[4]. As summarized by Garcia-Becerra the desired biological effect of progestins in fertility regulation is related to their progestin selectivity, estimations of undesired hormonal activities are of importance in predicting the clinical effects and acceptability of these compounds. Although studies indicate a putative intrinsic androgenic property of these compounds, the translation of receptor binding data into biological activity is generally missing[5].

Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)
Formatted: English (United Kingdom)

**Acne**

In many studies conducted for the endpoint of efficacy in treatment of menorrhagia, acne as a side effect has been reported. The percentages of women presenting with acne as side effect of treatment with Mirena® are reported to be 11% (n=547)[6],17,4% (n=69)[7], 35,2% (n=16,231)[8]. The study results were obtained by questionnaires. No statistical relevance derives from this study design as there are no control groups or standardized procedures to capture adverse events. Kriplani et al.[9] conducted a prospective clinical trial for evaluation of efficacy, acceptability and side effects in Mirena® users (n=63). Only one (1,7%) study participant had acne as a side effect. Lockhat B et al.[10] reported on a three-year follow-up study investigating efficacy and side effects in patients with endometriosis (n=34) in which 5.9% of women presented with acne. Istre[11] analysed the effect of Mirena® in menorrhagia in a one-year follow-up study. Two out of 30 women reported acne as side effect in this study. There is a trend of higher percentages in reported side effects in study designs with evaluation of events by means of questionnaires. Nevertheless, all these study results do not give statistical evidence due the small numbers of participants in study groups and due to study designs.

**Hair loss**

One study conducted in New Zealand reviewing the New Zealand Intensive Medicines Monitoring Programme (IMMP) and the World Health Organization (WHO) spontaneous reporting data, investigates alopecia as study endpoint in Mirena® users. In a cohort of women being fitted with Mirena® in the period from 2000 to 2001, there were 1676 insertions in 1670 women throughout New Zealand. In this population, three cases of alopecia could be identified. Used as a numerator, the cumulative incidence was estimated at 0.18% (95% CI 0.04–0.52%). A systemic effects follow-up questionnaire was returned to the IMMP for 920 of these women. Using this "responder population" as the denominator, the estimated cumulative incidence of alopecia was 0.33% (95% CI 0.07–0.95%).
In the WHO database 68 reports of alopecia associated with levonorgestrel administered by the intrauterine route were identified. Of these, 34 reports had sufficient evidence for a conclusive causality assessment. No incidences can be calculated from the WHO data[12].

The above-mentioned questionnaire based study revealed a percentage of hair loss reports of about 15.7% in the investigated cohort6. ~~(Backman 2000).Am Ende Endnote zuordnen~~

Several single case reports describing hair loss under treatment with Mirena®[13,14] were identified.

**Hirsutism**

No study was found investigating hirsutism under treatment with Mirena® as a primary endpoint. Nevertheless, hirsutism like 'acne' and 'alopecia' is known to be one of the hormonal side effects related to the androgenicity of levonorgestrel. Like other side effects it is considered to be mild in nature and more frequent at the start of therapy[15]. In a treatment satisfaction study conducted in the UK (n=161) by means of questionnaires asking for discontinuation reasons, progestogenic adverse effects were reported to contribute in 22% of cases to preterm removal of Mirena®. Under progestogenic adverse effects, excessive hair growth was added up without providing an exact quantification[16]. Backman et al. provide a percentage of 16.6% of women reporting 'excessive hairiness' occuring over the last five years~~ Backman 2000). Am Ende Endnote zuordnen~~6.

**Conclusion**

The androgenic side effects of levonorgestrel have been known for a long time. Yet, there is no evidence on disposition factors which make women more susceptible to these effects. According to the product label acne counts among the common side effects whereas alopecia and hirsutism are classified as uncommon side effects. The review of the scientific literature does not give any sign that this needs to be changed. Neither does the retrieval in the company's database. Although reporting frequencies are not sufficient for statistical evidence, they indicate that the androgenic adverse effects of Mirena® are rare.

---

[1] Liu Z et al. Coactivator/corepressor ratios modulate PR-mediated transcription by the selective receptor modulator RU486. Proc Natl Acad Sci USA 2002;99,7940–4

[2] Sitruk-Ware R. New progestagens for contraceptive use. Human Reproduction Update 2006;12:169-178
[3] Nilsson B. Binding of levonorgestrel, norethisterone and desogestrel to human sex hormone binding globulin and influence on free testosterone levels. Gynecol Obstet Invest 1989;27:151–4.
~~8. Darney PD. The androgenicity of progestins. Am J Med 1995~~
[4] Kovalevski G et al. Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function. Fertil Steril. 2010;93(6):1997-2003. Epub 2009 Apr 25

[5] Garcia-Becerra R. Comparative evaluation of androgen and progesterone receptor transcription selectivity indices of 19-nortestosterone-derived progestins. Journal of Steroid Biochemistry & Molecular Biology 2004; 91 21–27.

[6] Ber A. Acceptability and drawbacks of levonorgestrel interuterine system. Personal experience and follow up of 600 insertions over 7 years. The European Journal of Contraception and Reproductive Health Care 2006;11:126
[7] Dolan LM. The levonorgestrel intra-uterine system: Therapeutic application in family planning. British Journal of Family Planning, 2001:27; 9-21

[8] Backman T. Lengh of use and symptoms associated with premature removal of the levonorgestrel intrauterine system: a nation-wide study of 17,360 users. Br J Obstet Gynecol 2000;107:335-9

[9] Kriplani A. Efficacy, acceptability and side effects of the levonorgestrel intrauterine system for menorrhagia. Int J Gynaecol Obstet 2007; 97, 3: 190-194, epub: 2007 Mar 21
[10] Lockhat B. The efficacy, side-effects and continuation rates in women with symptomatic endometriosis undergoing treatment with an intra-uterine administered progestogen (levonorgestrel): a 3 year follow-up. Human Reproduction 2005;20,3:789-793
[11] Istre O. Treatment of menorrhagia with the levonorgestrel intrauterine system versus endometrial resection. Fertility and Sterility 2001;76/2:304-9
[12] Paterson H. Hair loss with use of the levonorgestrel intrauterine device. Contraception 2006; 76: 306-9

[13] Cohen EB. Acne vulgaris in connection with the use of progestagens in a hormonal IUD or a subcutaneous implant. Nederlands Tijdschrift voor Geneeskunde 2003;147/43:2137-9
[14] Pinault AL. Intrauterine device and hair loss [1]. Nouvelles Dermatologiques 2008; 27/1:35
[15] Sitruk-Ware R. The levonorgestrel intrauterine system for use in peri- and postmenopausal women. Contraception 2007;75:S155-S160
[16] Daud S. Levonorgestrel-releasing intrauterine system: why do some women dislike it? Gynecol Endocrinol 2008;24/12):686-690

APPENDIX
Retrieval criteria

**Formatted:** English (United Kingdom)
**Formatted:** English (United Kingdom)
**Formatted:** English (United Kingdom)
**Formatted:** English (United Kingdom)
**Formatted:** English (United Kingdom)
**Formatted:** English (United Kingdom)
**Formatted:** English (United Kingdom)
**Formatted:** English (United Kingdom)
**Formatted:** Font: Not Italic
**Formatted:** Font: Not Italic
**Formatted:** English (United Kingdom)

Hyperandrogenism
Androgens increased

HLT acne

Dermatitis acneiform
Oil acne
Acne pustular
Acne
Acne conglobata
Acne cystic
Acne infantile

HLT alopecias

Alopecia
Alopecia areata
Alopecia effluvium
Alopecia totalis
Alopecia universalis
Androgenetic alopecia
Madarosis

Increased hair growth

Hirsutism
Hypertrichosis