# EXHIBIT E1

**Johanson CE., Choroid Plexus-Cerebrospinal Fluid Transport Dynamics: Support of Brain Health and a Role in Neurotherapeutics. In: Conn P. Michael, editor. Conn's Translational Neuroscience. Academic Press; 2017 p. 233-261**

Author's personal copy

**Provided for non-commercial research and educational use only.**
**Not for reproduction, distribution or commercial use.**

This chapter was originally published in the book *Conn's Translational Neuroscience*. The copy attached is provided by Elsevier for the author's benefit and for the benefit of the author's institution, for non-commercial research, and educational use. This includes without limitation use in instruction at your institution, distribution to specific colleagues, and providing a copy to your institution's administrator.




All other uses, reproduction and distribution, including without limitation commercial reprints, selling or licensing copies or access, or posting on open internet sites, your personal or institution's website or repository, are prohibited. For exceptions, permission may be sought for such use through Elsevier's permissions site at:
http://www.elsevier.com/locate/permissionusematerial

From Johanson CE. Choroid Plexus–Cerebrospinal Fluid Transport Dynamics: Support of Brain Health and a Role in Neurotherapeutics. In: Conn P. Michael, editor. Conn's Translational Neuroscience. Academic Press; 2017. p. 233–261.
ISBN: 9780128023815
Copyright © 2017 Elsevier Inc. All rights reserved.
Academic Press

Author's personal copy

CHAPTER

11

# Choroid Plexus–Cerebrospinal Fluid Transport Dynamics: Support of Brain Health and a Role in Neurotherapeutics

*C.E. Johanson*

**Alpert Medical School at Brown University, Providence, RI, United States**

## INTRODUCTION

Even though having a mass about 500 times smaller than brain, the adult choroid plexus (CP) performs an astonishing number of functions that support the health of neurons and glia and their recovery following injury. Long recognized has been the hydrodynamic role of CP to form the cerebrospinal fluid (CSF) that percolates throughout the entire central nervous system (CNS). Much less appreciated have been the multiple ways that the CP–CSF furnishes neurotrophins and growth factors for brain growth and restoration as well as hormones and proteins that mediate a wide spectrum of actions on neuronal networks. Knocking out certain genes expressed by CP epithelial cells, with their many homeostatic functions, can devastate cerebral metabolism and behavior.

This chapter addresses the micro- and macrostructures of CP and the ventricles, the array of transporters that affect movement of water, solutes, and cells between plasma and CSF, the circulation of CSF and other aspects of hydrodynamics, multifunctional aspects of the CP–CSF nexus, injuries to the blood–CSF barrier (BCSFB) and ventricular wall, and the promising role of translational therapies to promote brain recovery by manipulating the CP–CSF dynamics in many disorders. Several comparative points are made of BCSFB versus blood–brain barrier (BBB), but the former is emphasized in this chapter.

## NEUROANATOMIC AND HISTOLOGICAL ASPECTS OF CHOROID PLEXUS–CEREBROSPINAL FLUID

When viewed by scanning electron microscopy, the CP organ three dimensionally takes on the appearance of a cauliflower. By this analogy, the individual “flowers” correspond to the separate fronds of CP that are grouped together in clusters. Each leaf-shaped frond consists of an outer single layer of choroid epithelial cells surrounding an inner core of interstitium

*Conn's Translational Neuroscience*
http://dx.doi.org/10.1016/B978-0-12-802381-5.00020-8

Copyright © 2017 Elsevier Inc. All rights reserved.

vasculature. A stalk-like structure attaches the CP base, where cells proliferate, to the ventricular wall ependyma.

Normally dangling in the ventricles from a foundation affixed to a brain–ependymal transition zone, the CP spreads out widely like a fishnet in the sea of CSF. Pulsations of CSF cause slight to-and-fro movement of the CP, thus maximizing the tissue exposure to potentially exchangeable materials in the ventricles. This continual motion of CSF is dynamically important for mixing substances both secreted and reabsorbed at the blood–CSF interface. Lateral ventricle CP lies on the floor of the cavities (curving with the caudate), while third and fourth choroidal tissues are attached to the roofs of their respective ventricles.

In humans, the total CP system weighs about 3 g. In rats, the CP collectively has a mass of about 0.004 g, and in mice an order-of-magnitude less. The diminutive size of CP in rodents and its relative inaccessibility situated deeply within the ventricular system have discouraged direct physiological experimentation. Consequently, CP transport modeling has lagged that of other epithelia, for example, kidney and intestine. Moreover, research of the BCSFB has been less extensive than that of the BBB. However, these gaps in research knowledge on the CP are rapidly being filled by current investigators who increasingly recognize the importance of integrating BCSFB and BBB data when modeling CNS homeostasis and disease.

Blood flows to the choroid plexuses at a brisk rate. Vascular perfusion of the plexuses is about 5–10 times the mean cerebral blood flow. High-level transport and synthetic activities in CP epithelial cells require great vascular perfusion to supply essential substances for the abundant metabolism and manufacturing. Disrupted CP blood flow seriously interferes with a plethora of CSF homeostatic processes. From fetal life to advanced aging, the brain counts upon a robust CP–CSF system to provide life-




FIGURE 11.1 Ultrastructure of typical mammalian choroid plexus epithelial cells: the fine structure of the epithelium from an untreated adult Sprague–Dawley rat lateral ventricle CP (image presented) has similar size and configuration as human counterpart. Portions of three cells are depicted. Tissue was fixed for electron microscopy with $OsO_4$. The hallmark feature is an abundant microvillous (Mv) apical membrane, immersed in CSF, providing an enormous surface area for molecular exchange between epithelial cells and ventricles. Numerous mitochondria (M) provide energy-rich ATP for transport and secretory activity. ER and G, respectively, refer to endoplasmic reticulum and Golgi synthetic apparatus. Basal labyrinth (BL) intertwines the membranes of adjacent cells. The oval nucleus (Nu) contains a nucleolus. Basal lamina (see *arrowheads*) divides the cell above from the ISF below. *C*, centriole scale: bar is 2 μm, *J*, tight junction. *From Johanson C. Cerebrospinal Fluid Res 2008;5:10.*

sustaining growth factors, hormones, enzymes, and micronutrients.

Structure intimately relates to function. Therefore, analyzing CP epithelial ultrastructure (Fig. 11.1) reveals a lot about BCSFB work. First and foremost, the CP specializes in solute and water transport. Transporters need considerable membrane surface area to move solutes in a high-capacity fashion. In the choroidal epithelium, a substantial surface area is provided by lush microvilli facing the CSF, and by an extensively intertwining basolateral membrane facing the interstitial fluid (ISF) between and under the epithelial cells.

Mitochondria provide energy to translocate molecules among BCSFB compartments (Fig. 11.1). Choroid cell cytoplasm is studded with mitochondrial organelles. A high density is observed at the apical side to provide energy substrate, ATP, to a myriad of CSF-facing transporters and to the nearby endoplasmic reticulum/Golgi complexes with their synthetic machinery. The general appearance of CP epithelial ultrastructure resembles the proximal tubule. Similar to the kidney, the CP transfers copious water and substrates to maintain a stable extracellular (CSF) environment.

## BLOOD–CSF BARRIER VERSUS BLOOD–BRAIN BARRIER: FUNDAMENTAL DIFFERENCES

Some authors consider the BCSFB as part of the generic BBB. As a first approximation, it is proved that both barriers have tight junctions (zonulae occludentes) that restrict the diffusion of most water-soluble solutes into the CNS. But the similarity stops there, because CP and cerebral/spinal microvessels have widely diverging functions. Choroidal capillaries are highly permeable; cerebral capillaries are markedly impermeable. The parenchymal cells of the BCSFB are the choroid epithelium; on the other hand, BBB is comprised primarily of endothelium. Astrocyte feet covers and modulates most of the BBB, but not the BCSFB.

Physically, the configuration of CP with parenchymal epithelial cells (Fig. 11.2) markedly differs from capillary wall histology, with the neurovascular unit of the BBB-CP, unlike the BBB, does not contain enveloping pericytes and astrocyte foot processes. Rather, the choroidal cells stand "independently" of ensheathments, and arrange as a single epithelial layer circumferentially surrounding the inner interstitial-vascular core (Fig. 11.2). This villous-like arrangement of CP, quite unlike the BBB/capillary endothelial wall, is anatomically suited for a great turnover of fluid.




FIGURE 11.2 Cross-sectional schema for a choroid plexus villus: diagram is reconstructed electron micrograph of an adult CP villus, comprised of an epithelial cell ring encompassing the inner interstitial–vascular core. Innermost capillaries lack tight junctions, allowing penetration of water-soluble agents including proteins. Endothelial cells (*unfilled arrowheads*) surround capillaries that contain red blood cells (RBC). Intermediate interstitial fluid (ISF) zone contains extracellular matrix components, including collagen and fibroblasts. ISF accommodates dendritic cells and macrophages–monocytes that conduct immunological surveillance and effector actions impacting CSF–brain immune status. Epithelial cells are fastened together by tight junction structures (see *arrows*), the true anatomic substrate of the BCSFB. Each cilium has motor (whip-like flagellar) or sensory function. Microvilli (*arrowheads*, black fill) stud the apical CSF-facing membrane, providing substantial surface area to mediate the transport/secretory phenomena undergirding CSF formation and biochemical homeostasis.

CP specializes in forming a large volume of CSF. Contrastingly, the brain capillaries secrete ISF slowly by a process insensitive to carbonic anhydrase inhibition by acetazolamide. This great difference points CP as the main driver of fluid movements in the CNS. Moreover, the cortical subarachnoid CSF flow along penetrating arteries into Virchow–Robin spaces not only promotes mixing with brain ISF but also the eventual clearance distally along glia-enveloping veins that exit the brain. Such fluid

Author's personal copy




clearance is designated as the glymphatics. In this fashion, CSF originating in CP flows, in part, to superficial cortical sites apparently to promote extracellular fluid clearance via the glymphatic system.

Perhaps the greatest differences between BCSFB and BBB exist in vast arrays of transporters that exchange water, solutes, and peptides throughout the CNS. Endothelial transporters mainly carry glucose, amino acids, and free fatty acids across BBB to nearby neurons and glia. On the other hand, BCSFB transporters deliver plasma glucose and organic acids for the local CP epithelial metabolism and also provide growth factors, hormones, and peptides to CSF for global brain distribution.

Intriguingly, water traffic into the CNS is differentially regulated via distinctive isoforms of water channels in the two major barrier systems. Aquaporin 4 (AQP4) facilitates water diffusion bidirectionally across the BBB astrocyte feet. On the other hand, AQP1 controls water fluxes via CSF-facing membrane channels in choroid epithelial cells. Isoforms one and four allow differential expression and thus control of water fluxes that is region-specific. Water exchange at CNS transport interfaces is dynamic. It is important to distinguish rapid exchange of water (BBB) from the net formation of the salt-rich fluid at the BCSFB.

Permeability differences exist in barrier tight junctions. The zonulae occludentes of BBB are extremely tight. They are a crucially important line of defense for the immediate neuronal environment. Tight junctions in the BCSFB are the "leaky type." Therefore, the electrical impedance of CP is 10 times less than the impervious BBB. The more permeable BCSFB allows slow leakage of plasma proteins into CSF. Due to dissimilar molecular constituents of tight junction complexes, the BCSFB and BBB are differentially vulnerable to pathophysiological breakdown caused by physicochemical insults to the CNS.

## BASIC TRANSPORT AND SECRETORY MECHANISMS IN CHOROID PLEXUS EPITHELIUM

$Na^+$ pumping on the CSF side of CP impacts fluid dynamics within the CNS. In addition, $Na^+$ pumping indirectly enables carrier-mediated transport of plasmaborne vitamins and other substances relying on the steep transmembrane $Na^+$ gradient for active accumulation in CSF. Hydrolysis of membrane-bound Na–K-ATPase generates high-energy $P_i$ for producing ATP to transport $Na^+$ electrochemically uphill from choroid cell to CSF. $Na^+$ extrusion across the apical membrane lowers the epithelial concentration to about 20–30 mM. At the steady state then, there is set up a downhill $Na^+$ chemical gradient (directed inward across the basolateral membrane) of >100 mM; moreover, the electrochemical gradient downhill for cationic $Na^+$ is even steeper since the choroid cell interior is about 45 mV negative to ISF. This enables basolateral cotransporters (eg, Na-glucose, Na-ascorbate, and Na-$HCO_3$) to use the $Na^+$ gradient to carry organic substrates and anions into the cell. Thereafter, other carriers in the CP apical membrane complete the delivery of intracellular substrates, for example, ascorbate and $HCO_3^-$ into CSF.

$Na^+$ pump activity is also integral to CSF formation. The primary step in generating CSF is active $Na^+$ extrusion into the ventricles. Agents such as digoxin directly inhibit the $Na^+$ pump and thereby lower CSF formation rate. Other drugs, like amiloride, exert an indirect effect on $Na^+$ pumping by blocking the basolateral $Na^+$ channel. Such blockage allows less $Na^+$ into the cell (from the interstitium) to feed the $Na^+$ pump on the other side of the cell facing the CSF. Other diuretics (eg, acetazolamide and benzolamide) alkalinize choroid cell pH (by elevating $HCO_3^-$), thereby slowing down basolateral Na–$HCO_3$ transport into the cell. Accordingly, this diminishes availability of interstitial $Na^+$ for key Na-K-ATPase activity.

Author's personal copy







FIGURE 11.3 Ion gradient driving forces for fluxes across external limiting membranes of choroid plexus epithelium: CSF formation is essentially a net flux of $Na^+$, $K^+$, $Cl^-$, $HCO_3^-$ and water from choroidal plasma into ventricular CSF (A). Transmembrane gradients are depicted for each major ion species in CSF production (B). An energetically downhill ion electrochemical gradient obtains for $Na^+$ across the plasma-facing membrane. The basolateral gradient for $Na^+$ is steep, directed inward, thereby allowing $Na^+$ cotransporters and the amiloride-sensitive $Na^+$ channel to move $Na^+$ (and cotransported ions or molecules) into choroidal cytoplasm. At the other pole, that is, the apical membrane, there are electrochemical gradients (directed outward to CSF) for $Cl^-$, $HCO_3^-$, and $K^+$. Accordingly, cellular $Cl^-$ and $K^+$ diffuse through apical membrane via ion-specific channels (Fig. 11.3) into the ventricles. $HCO_3^-$ is actively transported into CSF and may also diffuse outward via an anion channel. Ion electrochemical gradients (*arrows*) are set up by active ion transport into the cell ($Cl^-$, $HCO_3^-$, and $K^+$) or out of the epithelium ($Na^+$). *From Johanson C. Cerebrospinal Fluid Res 2008;5:10.*

Many other choroid cell membrane transporters and ion channels elaborate the CSF secretion. Carriers move plasma (interstitial) $Cl^-$ into the cell against an electrochemical gradient for $Cl^-$. Such actively accumulated $Cl^-$ by the epithelium sets up a favorable downhill electrochemical gradient for $Cl^-$ to diffuse via an anion channel into CSF. CSF formation is essentially the transport of $Na^+$, $Cl^-$, and $HCO_3^-$ from plasma to choroid cell to CSF; the gradients are depicted in Fig. 11.3. The net transport of ions into CSF sets up an osmotic gradient (ie, increased osmotic pressure relative to plasma and cell cytosol) that attracts water into the ventricles via AQP1 channels in the apical membrane. Conversely water moves down its chemical potential gradient from epithelial cell to hypertonic nascent CSF. Fig. 11.4 summarizes CP transporters and channels relevant to CSF formation.

## UNIQUE FEATURES OF CEREBROSPINAL FLUID CIRCULATION

CSF is originally extracted from vascular perfusion by way of the anterior (lateral CP) and posterior (4VCP) choroidal arteries (Fig. 11.5). Choroidal tissues specialize in forming fluid then circulates by bulk flow within the cerebral interstitial compartment and the ventriculo-subarachnoid system in brain/spinal cord. Eventually the CSF flows into cervical lymph glands and the craniospinal venous sinuses in the dural coverings. This completes the circulation back to the systemic vasculature.

CSF is 99% water. This highly watery medium enables volume transmission of hydrophilic substances transported by carrier systems across BCSFB into the ventricles. Such bulk flow of CSF is driven by several propelling "macro" forces: arterial pulsations in the plexuses, positive hydrostatic pressure gradients between CSF and venous blood, and the force generated by respiratory inspiration. Body posture, by affecting hydrostatic pressure gradients, also contributes to flow dynamics. On a "micro" scale, CSF propulsion occurs in an anterio-caudal direction along the ventricular borders (CP and ependyma) by rhythmic beating of cilia that thrust fluid forward. CSF moves to and fro with the systolic and diastolic phases of cardiac output, but the net motion of fluid proceeds inexorably toward drainage sites in the meninges.

Author's personal copy
Case 1:17-mc-02767-PAE-JLC Document 107-18 Filed 03/15/18 Page 8 of 31






**FIGURE 11.4** Ion transporters and channels that mediate CSF formation: an asymmetric localization (basolateral vs. apical) in membrane-bound transport proteins regulates ion and water fluxes. CSF formation results from the net transport of $Na^+$, $Cl^-$, $HCO_3^-$, and water from blood to CSF. On the interstitial side, the $Na^+$ channel, ENaC (not depicted) or Na–H exchange allows regulated diffusion of $Na^+$ into cell. Cellular $HCO_3^-$, generated by carbonic anhydrase (c.a.) activity, feeds membrane transporters to get $Cl^-$ into (basolateral membrane), and $Na^+$ out of (apical membrane), the choroid cell. Cotransporters (Na-linked Cl–$HCO_3$ and Na–$HCO_3$) and ion exchangers (Cl–$HCO_3$) move $Na^+$, $Cl^-$, and $HCO_3^-$ from plasma into the epithelium. Following cytoplasmic swirling of ions to the apical membrane, $Na^+$ is transported by carriers (Na–K–2Cl and $NaHCO_3$ cotransporters) and the $Na^+$ pump, from the choroid cell into CSF. In addition, ion-specific channels promote diffusion of $K^+$, $Cl^-$, and $HCO_3^-$ into CSF. Water diffuses into CSF via AQP1 channels by "chasing" the osmotically active ions into the ventricles, to complete CSF formation. *From Johanson C. Cerebrospinal Fluid Res 2008;5:10.*




**FIGURE 11.5** Coupling of cerebrospinal fluid turnover to vascular perfusion of choroid plexus: blood flow in adult mammals is autoregulated at about 4 ml/min/g of lateral ventricle choroid plexuses, considerably greater than the mean CBF of about 0.5 ml/min/g. Brisk blood flow to the plexuses sustains a relatively high rate of epithelial transport of solutes and water into the ventricles. About 10% of the vascular input is extracted as CSF produced by the CP epithelium. CSF formation, normalized for the mass of CP tissue, is fairly constant at about 0.4 ml/min/g for several laboratory mammals analyzed, but this ratio is less for adult humans.

Author's personal copy



When CSF formation rate is normal and the circulatory pathways not occluded, the intracranial pressure (ICP) in adults is about 100–120 mm $H_2O$. ICP can be elevated by any combination of the following: augmented CSF production by CP, blockage of flow pathways (especially Sylvian aqueduct narrowing), and increased resistance to outflow by inflamed meninges. Rising central venous pressure, due to a sinus thrombus, exerts "back pressure" that thwarts efficient CSF drainage. Intracranial hypertension consequently ensues. As ICP increases, the functions of CP, ependyma, and periventricular regions become impaired. Pathophysiology associated with several factors that impede CSF dynamics, and their disease states, are discussed later. Disabling disturbances in CSF circulation highlight the fact that the homeostatic roles of the CP–CSF for brain, for example, anabolite provision and catabolite clearance, depend upon smoothly flowing CSF.

## CHOROID PLEXUS AS A MULTIFUNCTIONAL ORGAN SERVING THE BRAIN

CP is well known for producing CSF. Another dominant role, however, is to stabilize CNS extracellular fluid composition. To accomplish homeostasis for the brain, CP carries out a variety of transport and stabilizing functions (Table 11.1). In mediating homeostatic, nutritive, and neurotrophic roles, the choroid epithelial cells engage in both transfer and synthetic functions. In transferring vitamins, hormones, and growth factors from plasma to CSF, the epithelium uses a variety of specialized transporters (and endocytosis/exocytosis mechanisms) to move polar solutes across the basolateral and apical membranes. Synthesizing/secreting peptides, proteins, and small organic molecules from CP to CSF is another mechanism for furnishing neurotrophic and metabolism-supporting agents to neurons and glia. Transcriptomes for protein synthesis/secretion vary between lateral and fourth CP epithelium, presumably due to forebrain versus hindbrain differences in modulatory effects of CSF proteins, respectively, on target cells in cerebrum versus cerebellum. Table 11.2 categorizes polypeptide/protein factors by mechanisms of distribution, as well as trophic versus hormonal and other modulatory effects.

### Neurotrophic Stimulation of Fetal Brain Growth

Certain growth factors and neurotrophins are integral to normal brain growth and to restoration following CNS disruption. CP–CSF has a major role in biochemically driving the fetal brain development of glial and neuronal networks. A vast array of factors (Table 11.2), secreted by choroid epithelial cells into CSF, modulates CNS cell survival, growth, mitosis, neurogenic lineages (differentiation), and migration. Subgranular and subventricular regions are primary targets for polypeptides conveyed by CSF flow. Choroidal secretions are especially pivotal for brain development in early embryonic life when the cerebrovascular blood supply is primitive. Members of the fibroblast- and epidermal-growth factor families regulate the neurogenesis-driven mitotic expansion of brain in utero. The critical importance of these CSF neurotrophic systems in early life is evident when gross deterioration of brain follows experimental removal of the life-supporting choroid plexuses.

Upon injury to adult brain, members of the transforming growth factor-β and insulin-like growth factor families, respectively, promote central inflammation control and wound healing. TGFβ2, an immunosuppressant, is upregulated by CP after acute ischemia. Following traumatic brain injury, a biosensing function of CP detects the distant disturbance and responds by upregulating IGF-2 for CSF distribution of the peptide to repair the wound. Another choroidal expression altered by cerebral trauma is

Author's personal copy




**TABLE 11.1** Choroid Plexus, a Multifunctional Organ Supporting the CSF–Brain Compartments

| Function Type | Receptors, Transporters and Enzymes Involved | Functional Impact on CNS |
|---|---|---|
| Kidney like | CSF K and Cl homeostasis, mediated by Na/K pumping activity and Na-Cl-K cotransporter in apical membrane. Acid–base homeostasis, CP and CSF, regulated by Na-H exchanger, Na-$HCO_3$ cotransport and anion channel activities in CSF-facing membrane. | CSF K concentration regulation is important for stabilizing neuroexcitability. CSF pH and $HCO_3$ levels have a modulatory effect in the brainstem on respiratory control. |
| Liver like | NADPH-cytochrome P-450 and reductase 7-benzoxyresorufin-O-dealkylase activities, similar to liver, found by Ghersi-Egea[a] to express in CP. Membrane-bound epoxide hydrolase and UDP–glucuronosyltransferase activities, like the hepatic levels, have also been measured in CP. | The BCSFB epithelium has a metabolic and enzymatic component. CSF entry of drugs and xenobiotics, as well as endogenous bilirubin, are reduced or regulated to minimize harm to neurons. |
| Neuroendocrine | CP basolateral receptors for leptin, prolactin, and IGF-1 mediate uptake of these hormone "signals" from the blood. Efflux mechanisms then extrude these peptides into ventricular CSF for hormonal distribution to target cells around the CNS. | CP acts like a "relay station," conveying plasma hormone signals from blood, across the BCSFB, into the ventricles for flow distribution to hypothalamic nuclei for integrating "feedback signals." Consequently, pituitary hormone release adjusts for reproductive and metabolic needs. |
| Immunological | Ten toll-like receptors in CP, for pattern recognition, recognize certain pathogens, then trigger an immune response. Immune cells in CP participate in immuno-detection and immuno-effector actions. Dendritic cells and monocyte-like macrophages in the interstitium relay immune signals across CP into CSF–brain. Antigen-presenting Kolmer cells embedded in apical membrane detect CSF changes that reflect central immune status. | In adjusting to infections and injuries, involving introduction of "foreign" antigens to blood–CNS barriers, the BCSFB is an important immune–neural interface to minimize neural damage and neuroinflammatory complications. Disease relapse associates with modified leukocyte and cytokine traffic across CP. |
| Excretory | Reabsorption transporters in both CP membranes facilitate the removal of catabolite waste products from CSF. Organic anion transporter-1 and transporter-3, and the multidrug resistance-associated protein-1, -4, and -5 are inserted, respectively, on the apical and basolateral membranes. | Buildup of organic anions and other brain metabolites in CSF harms neuronal function. Active removal of excess metabolites and uremic toxins, by OAT and MRP transport at BCSFB, improves brain milieu. Avid removal of antibiotics in CSF, to subtherapeutic levels, is a big pharmacological challenge. |

[a] *Ghersi-Egea JF, Leninger-Muller B, Suleman G, Siest G, Minn A. Localization of drug-metabolizing enzyme activities to blood–brain interfaces and circumventricular organs. J Neurochem 1994;62:1089–96.*

the newly discovered augurin polypeptide. An ecrg4 gene product, augurin, displays unusually high expression in CP. After stab wounding, the choroidal expression of augurin (a mitosis inhibitor) is downregulated, presumably to allow the production of new cells in targeted neurogenic regions. This likely fosters recovery in brain regions afflicted by traumatic injury.

## Micronutritional and Trace Element Support

Brain requires an exceptionally high level of ascorbate or vitamin C. Neurons, having a concentration of about 10-mM ascorbate, use vitamin C as an antioxidant. Ascorbate is also a key modulator of DNA metabolism, serving as a cofactor for

Author's personal copy




TABLE 11.2 Choroid Plexus Growth Factors, Hormones, Neurotrophins, and Proteins, Transported or Secreted Into CSF, That Support Choroidal and Cerebral Metabolism and Growth

| |
|---|
| ***GROWTH FACTORS SYNTHESIZED/SECRETED BY CP*** |
| Basic fibroblast growth factor-1 (FGF-1) |
| Acidic fibroblast growth factor-1 (FGF-2) |
| Transforming growth factor β (TGFβ1; β2; β3) and TGF latent binding proteins (LTBP-1 and LTBP-3) |
| Hepatocyte growth factor (HGF) |
| Insulin-like growth factor-2 (IGF-2) and binding protein |
| Vascular endothelial growth factor (VEGF) and VEGFC ligand |
| Granulocyte colony-stimulating factor (G-CSF), a hematopoietic factor |
| Amphiregulin, a member of epidermal growth factor family |
| ***GROWTH FACTORS TRANSPORTED/DISTRIBUTED BY CP FROM BLOOD TO CSF*** |
| Insulin-like growth factor-1 (IGF-1) |
| ***HORMONES SYNTHESIZED/SECRETED BY CP INTO CSF*** |
| Arginine vasopressin (AVP) fluid regulator |
| Augurin, an ecrg4 product that regulates mitosis |
| Hepicidin, an iron regulator |
| Orexin A or hypocretin-1, an arousal and appetite hormone |
| ***HORMONES TRANSPORTED/DISTRIBUTED BY CP FROM BLOOD TO CSF*** |
| Leptin, an appetite and metabolism regulator |
| Prolactin, a reproductive hormone and lactotroph |
| Adipsin and adiponectin, fat hormones that regulate neuroinflammation |
| ***NEUROTROPHINS/NEUROTROPHIC FACTORS SYNTHESIZED/SECRETED BY CP INTO CSF*** |
| Brain-derived neuronal factor (BDNF) |
| Glial-derived neuronal factor (GDNF) |
| Neurotrophin-3 (NT-3) |
| Neurotrophin-4 (NT-4) |
| Nerve growth factor (NGF) |
| Ciliary neurotrophic factor (CNTF) |
| ***PROTEINS SYNTHESIZED/SECRETED BY CP INTO CSF*** |
| Transthyretin, thyroid hormone carrier and β-amyloid conformation modulator |
| Cystatin C, a protease inhibitor upregulated in neural injuries |
| Klotho, a calcium metabolism and aging regulator |
| ***CYTOKINES SYNTHESIZED/SECRETED BY CP INTO CSF*** |
| Cardiotrophin-1, a member of interleukin-6 (IL-6) superfamily |

the 10–11 translocation enzyme reaction (Fig. 11.6). Vitamin C, not synthesized by humans, is water soluble and therefore does not penetrate the BBB. Rather, sodium ascorbate transporters (SVCT-2) at the BCSFB actively transport blood vitamin C into CP; then, another carrier moves ascorbate from choroid epithelium to CSF for an accumulation level 4–5 times above plasma. Such thorough regulatory transport assures stability of ascorbate in CSF–brain in the face of systemic deficiency.

Author's personal copy





FIGURE 11.6 Distribution route from blood into CNS of ascorbic acid (AA) that serves as a cofactor for TET enzymes in neuronal nuclei: AA in plasma does not permeate BBB but reflects off the endothelial luminal membrane and tight junction (upper left). Rather, AA penetrates the BCSFB reaching brain by a circuitous route involving CP, CSF, and ependyma. Thus AA is transferred (*unfilled arrow*) from leaky blood vessels in CP through epithelial cells into ventricular CSF by the $Na^+$-dependent vitamin C transporter 2 (SVCT-2) in the basolateral membrane. From CSF, AA diffuses freely through permeable gap junctions in ependyma into brain extracellular fluid. There, AA reaches parenchyma and is greatly concentrated by SVCT-2 in neuronal membranes. Upon accessing neuronal cytoplasm, AA penetrates the nuclear membrane. Within the nucleoplasm, AA acts as an essential cofactor for TET (with $Fe^{2+}$ and α-KG) to oxidize certain methyldeoxycytidine (mdC) molecules in the same DNA strand to hydroxymethyldeoxycytidine (hmdC). hmdC is further oxidized and removed from DNA by thymine DNA glycosylase with subsequent DNA repair. SVCT-2 transporters for AA in CP and brain are concentrative homeostatic systems for AA in CSF and neurons. *From Spector R, Johanson C. Mol Brain 2014;7:3.*

Folic acid, or vitamin B9, is also actively transported from plasma into CSF–brain. CP, not the BBB, mainly provides folate for the CNS parenchyma. Three distinct, sequential steps translocate folate across the BCSFB. They are, in sequence, starting from the basolateral membrane: the folate receptor-α (FRα) binding the methyltetrahydrofolate (MTHF) into a pinched-off vesicle, the proton-coupled folate transporter (PCFT) releasing the vesicle-enclosed folate into cytoplasm, and finally the extrusion of MTHF into CSF by the reduced folate carrier in the apical membrane. CSF volume transmission then carries folate throughout the entire ventriculo-subarachnoid space, from which it readily penetrates the permeable ependyma or pia-glia to access neurons for uptake.

Folate is vitally important for neural tube development, acting as a 1-C group for methylation steps in DNA and RNA synthetic reactions. Cerebral folate deficiency associates with spina bifida–hydrocephalus and other CNS disorders. When certain genes are mutated (eg, PCFT or FRα), the CP cannot concentrate vitamin B9 in CSF at a level 3–4 times that of plasma. Patients with neurological disease- or death-threatening cerebral folate deficiency syndromes benefit from therapeutic mega doses of folate. With such supplementation, the increased flux by diffusion (not the usual active transport) attains a CSF folate level meeting the needs of cerebral metabolism.

Trace elements have essential roles in neural metabolism. CP and brain microvessels display markedly-different capabilities for transporting elements into CNS. Iron ($Fe^{2+}$) in plasma is transported across CP much more slowly than the BBB. On the other hand, manganese ($Mn^{2+}$) and copper ($Cu^+$) are carried through the BCSFB considerably more rapidly than across brain microvessels. $Mn^{2+}$ is a trace element that penetrates both barriers in a regulated fashion, albeit at substantially different rates. Too much $Mn^{2+}$ in brain, or manganism, is toxic to neurons. Permeation of $Mn^{2+}$ across BCSFB and

Author's personal copy



BBB depends upon molecular species, that is, whether free ($Mn^{2+}$) or bound. $Mn^{2+}$ binding to transferrin, citrate or albumin alters permittivity into brain. In rats, the $K_{in}$ for $^{54}Mn^{2+}$ uptake by CP was about 100 times greater than at BBB, as assessed by in situ perfusion. In a steady-state intravenous $Mn^{2+}$ loading/brain uptake investigation, $Mn^{2+}$ uptake by carriers in CP was about 700 times greater than BBB. Accordingly, $Mn^{2+}$ penetration rate into CP–CSF is >2 orders of magnitude more than cerebral capillaries. Rapid permeation of $Mn^{2+}$ across the BCSFB enables MRI analysis that tracks the $Mn^{2+}$ distribution pathway from plasma into CP–CSF, then reaching periventricular areas, and finally distributing to all brain regions. This uptake kinetics profile is reminiscent of the model that CSF serves as a source for distributing CP-derived materials (eg, $Na^+$, $Cl^-$, ascorbate, and folate) throughout the brain.

Another trace element, $Cu^+$, also rapidly accesses the CSF from blood. Copper has an essential cofactoring role for many enzyme reactions in brain. In two studies, $Cu^+$ had a $K_{in}$ at the rat CP considerably greater than BBB. Substantial uptake of plasma $Cu^+$ by the CP epithelial copper transporter-1, however, does not necessarily lead to subsequently extensive throughput into CSF (especially if the apical ATP7A efflux transporter is not expressed/inserted sufficiently, as in Menkes disease). Mice with a Menkes-like phenotype ($Cu^+$ deficiency in CSF–brain) can be rescued by transgenetic insertion, via a CSF vector, of a healthy *ATP7A* gene. This restores ability of CP to secrete $Cu^+$ across apical membrane into CSF to attain $Cu^+$ homeostasis in brain. *ATP7A*-mutated infants have a low CSF [$Cu^+$]. By analyzing tissues from multisources, investigators concluded that the CP *ATP7A* transporter in CP provides essential $Cu^+$ for developing brain viability. The regulated carrier system of $Cu^+$ delivery across barriers assures that sufficient, but not excessive (toxic oxidative stress) $Cu^{2+}$ is available to neurons and glia.

## Neuroendocrine Regulation

Hormonal regulation of CSF dynamics essentially stabilizes ICP and ventricular volume. Several neurohormones impact the rate of fluid formation by CP, the pivotal parameter in maintaining ICP within a normal range. $Na^+$ flux at the BCSFB is primary in generating water movement into the ventricles. Accordingly, drugs and hormones that diminish $Na^+$ transport in CP also reduce CSF formation rate. Amiloride, a weak diuretic, blocks the $Na^+$ channel in CP basolateral membrane. Consequently, radiolabeled tracer $^{22}Na$ turnover from plasma to ventricles is curtailed; CSF production is thereby reduced. Aldosterone, a supporter of $Na^+$ permeation via ENaC channels, is antagonized by the CSF-formation inhibitor, spironolactone.

Atrial natriuretic peptide (ANP) is the prime candidate as the main endogenous inhibitor of CSF flow. In the kidney, ANP is a natriuretic/diuretic agent that augments urine flow by blocking $Na^+$ reabsorptive transport in the tubule. Diuretic agents usually reduce CSF formation rate because CP acts like a reverse kidney (since the choroidal $Na^+$ pump is reversed in polarity being on the CSF-facing, not plasma-facing membrane).

Substantial evidence supports a major ANP role in modulating $Na^+$ transport at the BCSFB. Over 70 studies have characterized binding sites/receptors in CP for the natriuretic hormones—ANP, BNP, and CNP. ANP exerts many inhibitory actions in adult CP: decreases $^{22}Na$ uptake, blocks the basolateral ENaC and apical AQP1 channels, and converts a proportion of epithelial cells to the dark, neuroendocrine-like genre (lower CSF-producing capacity). In both in vivo and in vitro (culture) preparations, ANP slows down CSF formation and/or lowers ICP. Four clinical studies revealed that the ANP titer in CSF rises in proportion to ICP augmentation. A servomechanistic model proposed by the author describes the increased ANP in CSF (derived from a homeostatic action by hypothalamus to

Author's personal copy




secrete ANP into the ventricles in response to incremented CSF pressure) feeding back to the BCSFB to curtail CSF production. Consequently, ICP reflexly drops.

Arginine vasopressin (AVP) and basic fibroblast growth factor (FGF2) are two other hormones, potentially interactive, in CSF-regulatory functions. AVP and FGF2 colocalize in CP epithelium and in certain hypothalamic nuclei; in both cases, modulations of fluid dynamics are implicated. Both AVP and FGF2 induce dark, neuroendocrine-like cells in CP; and each one separately curtails CSF production by CP in animals and cell cultures. Their hormonal inhibitory effects on CP–CSF are receptor mediated. Endocrine interactions between CP and hypothalamus are known for many hormones but deserve more attention for the AVP-FGF2 functional tandem. Ang II is another hormone that interacts with AVP. Ang II, like AVP, reduces CP blood flow; this partially explains Ang II inhibition of CSF production. ANP, AVP, FGF2, and Ang II are on a lengthy list of hormones that curtail CSF dynamics. Due to many adverse effects of elevated ICP on brain function, nature has provided multiple mechanisms to regulate fluid movement into the ventricles. This affords pharmacological opportunities to reduce ICP by intervening therapeutically at many control points in these CSF homeostatic systems.

## Systemic Immunological Interfacing/ Interaction with Neural Systems

CP–CSF is at the heart of immunosurveillance in the semi-immune-privileged CNS. Choroid epithelial cells receive inflammatory signals from both peripheral immune cells and systemic (plasma) cytokines. BCSFB permeability is altered by tight junction protein rearrangements, induced by disease and infection, that allow diapedesis of "activated" leukocytes through modified paracellular tight junctions. Neuropathologists regard the BCSFB as a primary gateway for pathogens to enter the CNS. Chasing viruses and bacteria into CSF are chemical/cellular components of the immune system that attempt to counteract the perturbing effects of microbes on brain homeostasis. Altogether, the CP portal is a physiologically strategic point for peripheral immune system communication with the CNS.

Even though barrier tight junctions protect the delicate neuronal networks against gross systemic inflammatory reactions, there are mechanisms that orderly convey immune system information across the BCSFB. Cytokines in plasma bind to choroidal membrane toll-like receptors (TLR), thereby generating "immune signals" for conveyance by CSF volume transmission to multiple brain targets. TLRs are pattern recognition receptors that crucially identify pathogens and then trigger the innate immune response. As many as 10 members of the TLR family have been identified and cloned. TLRs in CP sense the presence of plasma bacterial and viral components and then for brain protection effect responses to eliminate the invading microorganisms.

Considerable leukocyte trafficking transpires in the BCSFB, subsequent to spinal cord and traumatic brain injury (TBI). Expression of CP adhesion molecules and chemokines controls the immune gateway for leukocyte transepithelial migration into CSF. After spinal cord injury, M2 monocyte-derived macrophages from CP home, via CSF flow, to the spinal trauma site to promote healing. Thus, by a BCSFB epithelial transmigration involving VCAM-1-VLA-4 and CD73 enzyme as mediators, Schecter et al. demonstrated that a favorable anti-inflammatory milieu for spinal repair was precluded by impeded CSF flow delivery of M2 macrophages from CP. Following TBI, it was observed by Szmydynger–Chodobska et al. that chemoattractant CCL2 released into CSF attracts monocytes, occasionally along with neutrophils, for recruitment/movement to brain injury sites. Thus the homing of monocytes and macrophages to injured spinal cord/brain via CP–CSF critically affects the immunological status related to repair.

Author's personal copy


Dendritic cells, in addition to macrophages, reside in the interstitial–vascular core of CP. They have an "interfacing role" in protecting the CNS against neurodegeneration, infections, and brain tumors. Dendritic cells present antigen on their surface for processing by T cells; as such, they are "messengers" between the innate and adaptive immune systems. Dendritic cells in CP also penetrate CSF to serve a variety of immune functions for the CNS. One function proposed for dendritic cells is to restimulate T cells that invade CSF–brain. In experimental autoimmune encephalitis (EAE) and multiple sclerosis (MS), T cells penetrating the BCSFB are accompanied by dendritic cells coinvading the CSF. The coinfiltration of myelin-specific T cells and dendritic cells targets periventricular sites. Quantification of dendritic and T-cell copenetration into regions around the ventricles affected by EAE/MS, as carried out by Clarkson et al. has provided valuable insight on immunological mechanisms and treatment of myelin-associated diseases.

Cytokines and peptides secreted by CP into CSF diffuse readily across the ependyma and gain access to multiple periventricular regions (Fig. 11.7). Cardiotrophin-1, a member of the IL-6 superfamily, exemplifies CP-derived peptides carried by CSF to sites in the ventricular wall and subjacent brain for modulatory functions. Cardiotrophin-1, originally discovered in cardiac hypertrophy studies, is pleiotropic with neuroprotectant properties to counter glucose-uptake defects and cognitive decline. When injected intracerebroventricularly, cardiotrophin attenuates memory/learning losses induced by either β-amyloid or high-fat diet. It reduces neuroinflammation by decreasing levels of pro-inflammatory TNFα and IL-1β, and increasing anti-inflammatory IL-10. Cardiotrophin-1 mRNA and protein are constitutively high in rat from birth through adulthood in CP, but undetectable in brain parenchyma. Also present in human CP and CSF, the cardiotrophin cytokine shows promise as a neuroprotective agent in adjusting the inflammatory balance in brain.

## Cross-Talking (Signaling) Among Blood, CP–CSF and Brain

Interposed between blood and the CSF–brain nexus, the CP is ideally situated (and histologically structured) to receive immune signaling from both the periphery and the CNS; and then to integrate this information for executing the appropriate




FIGURE 11.7 Relative permeabilities of the blood–brain–CSF cellular interfaces in adult mammals. Two impervious barriers (ie, low permeability to water-soluble materials) are the BBB and the BCSFB, respectively, comprised of endothelial and epithelial cells joined by tight junctions. Hydrophilic solute diffusion from plasma across the cerebral microvessels and CP is impeded by tight junctions (depicted by angular arrows to portray deflection of diffusing solutes). In contrast, readily free diffusion of even large water-soluble molecules (including proteins) occurs between ventricular CSF and brain interstitium, as demonstrated by bidirectional arrows (unfilled) through the discontinuous ependymal border. The great permeability of the ependyma interfacing the ventricles and brain allows CSF proteins, hormones, antibodies, cytokines, and so on to permeate rapidly and extensively the periventricular regions of hippocampus and hypothalamus, in order to modulate neurogenic, neuroendocrine, and autonomic functions.

Author's personal copy




action on the BCSFB interface to regulate CSF immunity. Due to extensive exchange of materials between the leaky choroidal capillaries and interstitium, there is facilitated transfer of immune signals (via leukocytes and cytokines) directly to receptors in the parenchymal epithelium of CP. Thus the ISF milieu in CP (unlike the brain interstitial milieu) reflects peripheral immune status.

In analogical contrast, the BBB with tight capillary junctions does not have the same histological and functional relationship to ISF and targeted neurons/glia. Moreover, the CSF, flowing more freely than brain ISF, is better suited than the later to convey immune signaling by convection to target cells (eg, to the spinal cord, following spinal injury). Accordingly, the CP–CSF is particularly well suited as an immunosurveilance system for the brain, and as a regulator of leukocyte traffic across a selective, immunologically educative barrier to remote injury sites via bulk flow.

The choroidal epithelium, unlike the cerebral endothelium, has antigen-presenting Kolmer cells at the apical (CNS-facing) surface. Kolmer cells take self-antigens, brought by CSF to CP from injured brain and present the "self" material to T cells in, or trafficking through, the BCSFB. This is important CSF immunosurveillance of the brain. Homeostatic responses by CP to present the appropriate inflammation-resolving monocyte-derived macrophages to CSF–brain curtail neuroinflammatory events that exacerbate neurodegeneration.

At another level of cross-talk, the CSF-mediated exchange of immune information [via neural interferon (IFN) forms] between CP and brain triggers adaptive gene expression in choroid epithelial cytokines. This feedback signaling protects neurons from adverse biochemical changes linked to cognitive loss. Brain has the proclivity to convert metabolic signaling from a healthy IFN-II in young adults to a less viable IFN form (IFN-I) in old age. Choroidal secretion of factors, such as BDNF and IGF-1, which favorably affect neuronal growth, differentiation, and survival, is reduced by IFN-I modulation at the BCSFB. Baruch et al. report that as a result of the rising level of IFN-I in aging brain–CSF, the neurotrophic effect of CP secretions on the CNS is curtailed. This manifests in experimental animals as declining neurogenesis in hippocampus and reduced cognition. Such a cognitive/neurogenic decline in aging mice reverses when IFN-II is reestablished. Lower levels of IFN-II are found in aging human CP. This raises the intriguing possibility that therapeutic manipulation of IFN-II/IFN-I ratios in human aging might produce better cognitive outcomes. Cerebral IFN status is thus communicated/adjusted by bidirectional cross-signaling between brain and CP via CSF.

## Excretory Mechanisms for Catabolite Disposal

Optimal neurotransmission requires healthy, clean synapses. Therefore, to prevent synaptic clogging, it is essential for CNS catabolite and protein disposal systems to remain fully operative in aging. Efficient clearance systems prevent neurotoxic catabolites from accumulating in the neuronal networks, cerebrovasculature, and CP/meninges. CP epithelial transporters remove unwanted molecular debris from the ventricles. In addition, the CSF bulk flow route clears unneeded proteins and other macromolecules into lymph and venous blood. Similarly, there are analogous BBB transporters to remove organic anions and peptides from ISF, and a glymphatic outflow pathway to convect large molecules into cervical lymph glands. Later, we exemplify how the potentially toxic product of amyloid precursor protein, β-amyloid (Aβ), is cleared from the CNS into blood at four distinct loci.

### *Choroid plexus Epithelial Transporters*

CP apical membrane is studded with transporters not only to move beneficial substrates into CSF, but also to reabsorb unneeded substances from ventricular fluid. Several studies have characterized Aβ removal from CSF by the lipoprotein receptor-related protein, LRP-1, at

Author's personal copy




the apical side. Such homeostatic reabsorptive transport by LRP-1 is relevant in neurodegeneration with excessive Aβ in brain. Consequently, the lowered concentration of Aβ in CSF, in Alzheimer's disease (AD) for example, helps to set up CSF sink action on free Aβ (unbound, nonsequestered by interstitial plaque) in ISF. Vigorous removal of Aβ by CP in aging and AD compensates for the simultaneous deficient LRP-1 activity in cerebral capillaries.

### *CSF Bulk Flow*

Normally circulating CSF exerts a sweeping effect, or sink action, on brain substances. Sink action importantly eliminates unwanted products of cerebral catabolism and harmful plasma proteins that incrementally leak across more permeable interfaces in advanced aging. As CSF formation rate declines with aging, the sink action of the ventricles becomes progressively less effective in clearing solutes. In senescence, NPH, and AD, there are the common denominators of expanding ventricular volume and decreasing CSF turnover rate. The reduced fluid dynamics promotes Aβ retention by brain and the encompassing meninges. Severely diminished CSF bulk flow impairs cerebral metabolism if misfolded proteins accumulate in the CSF–brain compartments.

### *Brain Microvessel Endothelial Transporters*

The LRP-1 and P-gp transporters, respectively, in the abluminal and luminal membranes of the cerebral endothelium remove Aβ from ISF. Downregulation of these Aβ-removing transporters occurs in aging, NPH, and AD. A biochemically vicious cycle ensues such that as greater amounts of Aβ are retained, there is consequently more downregulation of the Aβ-removing transporters LRP-1 and P-gp. The outcome is greater damage to vessels walls and brain parenchyma. As a result of injured tissue, the Aβ burden in CNS continually climbs upward in late-life stages. Accordingly, Aβ progressively builds up in cells and ISF with a devastating pathology that includes burgeoning neuroinflammation. As the BBB fails, more pressure is placed on the BCSFB to maintain cerebral homeostasis. Significantly, the CP retains or even upregulates LRP-1 expression in NPH and AD. Sound expression of LRP-1 at the BCSFB helps to buffer the Aβ dys-homeostasis in the environment of glia and neurons.

### *ISF Flow Along Glymphatic Pathways*

Bulk flow clearance of brain ISF is an emerging model. Although certain aspects of glymphatic drainage need bolstering, there is sufficient evidence to warrant attempts to consolidate this model of brain fluid dynamics. Subarachnoid CSF flows along pial/cortical arteries into Virchow–Robin spaces. There CSF mixes with ISF and then drains outward along glial sleeves around veins that exit back into subarachnoid space. Glymphatic fluid follows vascular pathways into cervical lymphatic drainage depots. When glymphatic clearance is disrupted, Aβ builds up in cortex. The energy for driving the glymphatic circulation starts with the pressure head of CSF flow into the Virchow–Robin spaces. Therefore, the diminishing CSF dynamics with aging/senescence likely provides less "drive" on glymphatic flow/drainage. In addition, the pulsations of arteries and veins, with each cardiac cycle of systole and diastole, may contribute to glymphatic fluid movement toward lymphatic glands. Healthy glymphatics is evidently important in the physiological integration that fosters normal cerebral Aβ homeostasis.

## Stabilization of the Declining Brain in Aging

With aging, the brain loses the full capacity of homeostatic mechanisms operating via CSF distributive functions that target many CNS regions. Part of this curtailment is due to reduced transporter/enzyme expression in CP slowing the local epithelial metabolism, another part to the reduced dynamics of CSF streaming across the BCSFB into the ventricles, and a third part to the damaged ependyma–subependyma

Author's personal copy


that normally maintains balance between CSF and periventricular ISF. Still, despite these functional attenuations, the CP–CSF–ependyma nexus remains surprisingly able to aid brain in warding off infections, diseases, and trauma.

One system, however, that merits greater attention is the downturn in subventricular neurogenic regions to spawn the birth and migration of new neurons/glia. Neurogenesis in the dentate gyrus is modulated by factors derived from the cerebral capillaries on one side and the CP-CSF on the other (Fig. 11.8). Because CSF content of growth factors and neurotrophins critically modulates neurogenesis (Fig. 11.9), it follows that a promising aspect of translational research is finding ways to sustain CP peptide secretions in aging.




FIGURE 11.8 Idealized schema to portray the functional parallelism in the two major vascular systems serving brain tissue (BBB) and the choroid plexuses (BCSFB): capillaries of brain and spinal cord contain arrays of transporters to carry amino acids, glucose, and free fatty acids into the CNS to supply glia and neurons. Plasma peptides and micronutrients also penetrate the BBB, by vesicular or facilitated mechanisms. Choroid epithelial cells in BCSFB have transporters to convey (actively or by facilitation) plasma-derived growth factors and hormones into ventricular CSF. Plasma amino and fatty acids, as well as glucose, are carried into choroid cells mainly for the local epithelial metabolism rather than for cells in the more distant CSF–brain. CP also synthesizes/secretes proteins and peptides into CSF, for transependymal distribution into brain (including neurogenic regions proximate to the ventricles). Thus neurogenic niches receive peptides from both vascular and CSF circulations. *Adapted from Johanson C. Cerebrospinal Fluid Res 2008;5:10.*

# PRINCIPLES AND STRATEGIES TO GUIDE CSF TRANSLATIONAL RESEARCH

During early brain development, there is profuse expression of many growth factors and neurotrophins by CP that are secreted into CSF to help build the CNS. These trophic factors are distributed to fetal periventricular neurogenic regions for the regulation of mitosis, differentiation, and migration of nascent cells. Much of this peptide/protein secretory activity by CP, prevalent before birth, becomes relatively quiescent in young adulthood when the brain is generally healthy. With onset of middle age, and especially later stages of life, there is




FIGURE 11.9 The interior CSF ventricular system interfacing the ependymal border: CSF secreted by lateral ventricle CP (*dark-filled arrows*) contains growth factors, peptides, and hormones (Table 11.2) delivered by bulk flow to neuronal, neuroendocrine, and progenitor cell targets. These are predominantly in regions bordering the lateral, third and fourth ventricles. The ependymal lining (*unfilled arrows*), separating CSF from underlying brain, can be disrupted early in development (congenital hydrocephalus) or late in life (NPH and AD). Single wedges point to brain microvessels. Brown reaction product, nestin, marks for the type VI intermediate filament protein essential for stem cell self-renewal (immature neural cells). Although less efficient in aging, neurogenesis/renewal persists in adult rat periventricular or subependymal niches (*double wedges*). CP–CSF proximity to subependymal niches facilitates trophic and hormonal regulation of neurogenesis.

Author's personal copy




considerable reactivation or "reexpression" of growth factors and other neuron-supporting peptides as the aging brain faces disorders at an ever-increasing frequency. These debilitations require the birthing of new neurons to replace dying ones. Accordingly, basic knowledge gained from ontogenetic peptide–expression/regulatory patterns can apply in therapeutic strategies to promote restitution of the weakening CNS in aging.

CP is often compared to kidney, and for good reasons. Choroidal fluid secretory activities are comparable to the renal fluid reabsorptive functions. Drugs that enhance urinary fluid outflow, that is, diuretics, also curtail CSF formation rate. Therefore, the pharmacology of controlling CSF volume and ICP relates closely to the kidney control of plasma volume and arterial blood pressure. Consequently, certain drugs approved by FDA for modifying renal and cardiovascular functions may be useable in CNS fluid–imbalance disorders once dosing and administration routes are refined.

Moreover, the ciliary body-aqueous secretory system closely mimics epithelial transport phenomena in the CP–CSF. Similarly, certain drugs used to control intraocular pressure, for example, antiglaucoma agents, find usage for controlling CSF production and ICP. At the very least, basic physiological mechanisms delineated for ciliary, renal, and other epithelia may well abet construction of CP physiological paradigms for transport and secretion.

Finally, multiple factors need evaluation for the best interpretation of CSF phenomena. Diurnal and even seasonal (light-sensitive) variations in transport can be challenging when comparing data from other species to human findings. Titers of many fluid-regulating hormones in CSF oscillate over a 24-h cycle and may explain how the CP formation of fluid varies considerably, day versus night, in humans. Gene expression, or the transcriptome, varies with CP region: lateral versus third and fourth ventricle. Not surprisingly then, the transport activity differs from one choroidal tissue to another.

A protein expression variable should be considered when deciding to pool CPs from lateral and fourth ventricles; and upon sampling fluid at specific regions within the ventricular and spinal CSF systems. Diverse inflammatory responses at the BCSFB introduce the regionality variable in choroid epithelial and immune–cell interactions. For reliable translational research, careful attention should be paid to many complexly related variables (structure, region, biochemistry, species, gender, experimental time, and life stage) encountered in the dynamic, heterogeneous CP–CSF nexus of mammals.

## CSF INVOLVEMENT IN BRAIN PATHOPHYSIOLOGY AND NEUROTHERAPEUTICS

CSF malfunction initiates or exacerbates many brain disorders/diseases. Structural and functional damage to CP, ependyma, arachnoid, and pia-mater—all CSF interfaces—can profoundly affect the course and severity of neural diseases. It stands to reason, then, that translational therapeutic strategies to alleviate or cure brain disorders should include improving the distorted functions of these diverse CSF-bordering regions.

### Hydrocephalus

Hydrocephalus is CSF retention, usually with ventriculomegaly and elevated ICP. Complications relate more to faulty functions of CP, ependymal, and arachnoid, than to BBB disruption. In congenital hydrocephalus, there is commonly an ependymal histopathology (dyscrasia) of the third ventricle–aqueductal region impeding CSF flow through the midbrain region. In chronic adult, metabolic hydrocephalus or NPH, there are expanded ventricles along with increased resistance to CSF outflow at arachnoidal drainage

sites. ICP is raised in NPH, but not to the extent occurring in congenital hydrocephalus.

For more than a half century, CSF shunting via catheters to the peritoneal cavity has been frequently done to unload excess CSF and ICP. Over the past decade, however, cauterized ablation of the lateral ventricle CPs, sometimes with endoscopic third ventriculostomy, has successfully reduced CSF formation and relieved ICP. By the same principle, extirpation of CP papillomas attenuates both CSF volume and pressure. The mainstay pharmacological agent for hydrocephalus is acetazolamide, an inhibitor of carbonic anhydrase that curtails CSF production by CP. However, systemic acidosis and other side effects of acetazolamide have limited use mainly to acute situations in which this CSF inhibitor brings down high levels of ICP.

New therapeutic strategies to minimize surgeries associated with shunt complications are needed to manage hydrocephalus. Acetazolamide would be more valuable for ICP control upon minimizing side effects caused by systemic administration-related multiorgan actions. Recently intranasal instillation of peptide drugs, which rapidly access the CSF–brain, has ameliorated neural disease. Intranasal administration of "diuretic" agents like acetazolamide would produce a more local (topical) effect on CP compared with the widespread inhibition of systemic renal function. Intracerebroventricular ANP, an inhibitor of CP-CSF function, reduces ICP in experimental animals. Although there is a BBB and BCSFB to ANP, intranasal instillation in humans circumvents these barriers to plasma peptide penetration into the CNS. It is worth testing intranasal ANP, with or without acetazolamide, for the palliation of elevated ICP without major systemic side effects.

## Intracranial Hypertension

Otherwise known as pseudotumor cerebri, the rare disorder (1:100,000) of intracranial hypertension (IH) is characterized by elevated ICP >250 mm $H_2O$ without ventricular expansion. Overweight females of child-bearing age comprise most of the IH patient cohort. Although IH etiology is not crisply defined, several factors are implicated: overproduced CSF, under-reabsorbed CSF at arachnoidal sites, cerebral interstitial edema, and impaired cerebral venous drainage.

Pharmacological remediation of IH is not well developed. Neuroendocrine imbalance has been described for many IH patients. Therefore, therapeutic approaches would benefit from prospective systematic studies of how levels of certain hormones (estrogen, progesterone, testosterone, and corticosteroids) modulate CSF dynamics and brain fluid balance. Acetazolamide and shunting benefit some IH patients but have limitations due to the same undesirable effects encountered with usage in hydrocephalus. Many IH patients suffering from poor control of ICP await new pharmacological breakthroughs.

The low incidence of IH poses challenges in new drug development for this "orphan disease." However, some pharmacological opportunities with already approved drugs present themselves. Intranasally instilled acetazolamide is expected to lower CSF formation and ICP without causing the difficult side effects of systemic usage. ANP not only reduces CSF formation and ICP, but also has the attractive property of being antifibrotic. Fibrosis in the arachnoid membrane reduces the facility of CSF outflow into the venous sinuses; this occurs, for example, after subarachnoid hemorrhage. Thus, using intranasal ANP for posthemorrhagic hydrocephalus might confer the double benefit of reducing CSF formation/ICP and maintaining normal outflow across arachnoidal interfaces with lymph and venous circulations.

## Choroid Plexitis and Meningitis

Microbes have a great proclivity for binding and/or penetrating the CP. The neuropathologist Seymour Levine alerted his colleagues that the BCSFB is a preferential site of pathogen passage

Author's personal copy




into CNS via CSF. CP is the initial dissemination point for many infections, such as intracranial tuberculosis, cryptococcosis, cytomegalovirus, bacteria, and parasites. Cryptococcal fungal infections cause choroid plexitis. Imaging findings (enlarged Virchow–Robin spaces) differ between immunocompetent and immunodeficient individuals; inflammatory responses are greater in the former cohort. Inflammation, however, is generally subdued since the polysaccharide capsule of the fungus hinders phagocytosis and leukocyte migration. Anti-cryptococcal factors are in serum, but not CSF, hence the unrestrained spreading of cryptococcus, once in CSF, throughout the ventricles, ependyma, and meninges. Drugs to mimic antifungal factors deserve exploration for usage in the deficient ventricular CSF. Cryptococci and their associated gelatinous pseudocysts can impede CSF flow, isolating the lateral ventricle temporal horn. Cryptococcus-induced choroid plexitis is currently treated with antifungal azole compounds, for example fluconazole.

Viruses and bacteria also permeate the CP epithelial barrier, transcellularly, and eventually gain access by CSF bulk flow to the meninges. Viral meningitis is much more common than bacterial inflammation of the meninges. Bacterial meningitis is treated with certain antibiotics, for example, ceftriaxone or imipenem, because the later drugs are not extensively reabsorbed from CSF (by CP uptake transporters) after having gained access to the ventricles. Inflamed meninges, by particularly virulent strains of bacteria, can be life threatening. Because CSF circulation, starting in CP, has a widespread reach to the corners of the CNS, it is imperative that research be directed toward preventing the initial binding of microbes and parasites to the CP epithelial membranes. Design/development of antipathogenic agents to minimize movement of viruses and bacteria into CSF is a paradigm shift to identify new approaches to block initiation of CNS infections at the BCSFB. A pharmacological blocking strategy directed at the "upstream" lateral CPs would likely help to prevent "downstream" CSF-facilitated infections in periventricular and meningeal regions.

## Stroke/Ischemia

Acute forebrain ischemia, with reperfusion, devastates not only the CA1 region of hippocampus but also the nearby lateral ventricle CP. Programmed cell death, or apoptosis, occurs in both regions. Many CA1 neurons are lost after severe ischemia, with the destructive biochemical cascades and structural damage culminating 2–3 day after the insult. Concurrently in CP following an acute ischemic episode, there is widespread epithelial damage and breaching of the BCSFB; however, the severely injured epithelial cells are restored so that by 24-h postischemia, the CP regains ultrastructural and homeostatic integrity. Still, it is therapeutically desirable to minimize CP damage in ischemia so that homeostasis-mediated phenomena can provide trophic support quickly to acutely stressed brain areas.

The proximity of the lateral CPs to hippocampal regions enables many functional interactions between these two areas. Many growth factors and neurotrophins secreted by lateral CP into CSF (Table 11.2) modulate the development of the forebrain, including the hippocampus, and repair after injury. Pharmacotherapeutic strengthening of the BCSFB just after stroke, possibly with supplemental growth factors, has been proposed. The notion is that a more rapid recovery of the disrupted BCSFB would accomplish at least two things: (1) attenuate the leakage of potentially deleterious plasma proteins and cytokines, immediately following ischemic damage to the CP epithelial/tight junction barrier, into the CSF and adjacent hippocampal regions and (2) provide a quicker, more robust secretory response to provide healing agents to damaged CA1 neurons. Pharmacologically boosted trophic support of CP, then, would have the goal of quickly restoring CSF-mediated homeostasis to minimize hippocampal damage.

Author's personal copy




## Traumatic Brain Injury

Acute physical trauma to brain, as with concussive cortical injury, leads to breakdown of both the BBB and BCSFB, even at a considerable distance from the traumatized CNS region. The totality of the damage manifests as structural harm to the barriers, leakage of plasma proteins into CSF, ventriculomegaly, tissue edema, and behavioral/cognitive deficits (Fig. 11.10). Damage to the barrier and epithelial functions of CP, with choroidal edema in TBI patients, was initially recognized by Hoff, and by Rand and Courville, in the early 1930s. Modern investigations have confirmed BCSFB breakdown in TBI, but with the CP in many instances still retaining ability to participate in the recovery of the physically traumatized brain. The ability of CP to biosense injury to neurons/glia (over a considerable distance away) prompts the question: what are the injury signals (cytokines?) conveyed to the BCSFB by way of ISF, CSF, blood, or innervation? Even more intriguing is the ability of CP to respond to TBI by upregulating/secreting growth factors into CSF for flow delivery back to the targeted neural tissue injury for repair.




FIGURE 11.10 Injury-model schema for the flow (sequence) of pathophysiological events in the anatomically interconnected compartments of the CP–ventricular CSF–ependyma–periventricular regions: in the experimental insult models of forebrain ischemia, TBI and hyperthermia, there is a sequence of "common denominator" events in the CSF–brain interior. Soon after the experimental stressor is imposed on the CNS, the lateral ventricle CP tight junctions break down, interstitial edema forms, and parenchymal epithelium destabilizes (vacuole formation, microvilli stripping, cell swelling, gain of $Na^+$, loss of $K^+$). BCSFB permeability increases, allowing plasma proteins into the ventricles; this attracts water, leading to ventriculomegaly and elevated ICP that harm periventricular zones. Cerebral microvessels (BBB) also break down, allowing protein leakage, with consequent exacerbation of subependymal and brain injuries. The collapse in barrier integrity perturbs cerebral interstitial homeostasis, synaptic phenomena, and neurotransmission. Cognitive/behavioral deficits ensue but can be minimized by early-experimental intervention with exogenous growth factors and neurotrophins.

Choroidal secretions have been shown time and again, in various models of healthy and diseased CNS, to provide CSF trophic and maintenance support for distant brain parenchyma. The critical importance of choroidally derived peptide and protein factors for brain development was demonstrated by Russian physiologists 6–7 decades ago in infant dogs that suffered extensive neural pathophysiology upon surgical removal of CP tissues. The same growth factor systems in CP highly expressed in fetal/neonatal development are reactivated in later adult life in reaction to harm, for example, TBI.

Accordingly, physiologists and neurosurgeons alike have suggested administering a "cocktail" of regenerative growth factors and glio-/neurotrophins to patients severely compromised by TBI or other injuries. Many growth factors and peptide hormones in blood do not significantly penetrate the BCSFB and BBB. To circumvent the barriers, though, a "cocktail" mixture of healing factors can be given by indwelling ventricular catheters or by intranasal instillation following human brain injury. The growth factor "cocktail" approach for patients has been encouraged especially by the success of many investigators injecting "protective peptides" into the CSF of animals with injured brains, and observing favorable experimental outcomes (Fig. 11.11) to minimize central damage. Such rapid CSF-access regimens would expedite delivery of "repair peptides" to the CSF–brain system not only for TBI and stroke but also for certain psychiatric disorders.

## Autism/Social Disorders

The prevalence of autism and related spectral disorders (ASD) in the United States, as of

Author's personal copy
Case 1:17-mc-02767-PAE-JLC Document 107-18 Filed 03/15/18 Page 23 of 31






FIGURE 11.11 Acute experimental protocol for adult rat barrier disruption by whole-body hyperthermia or traumatic brain injury (TBI): experiments evaluated extent of injuries to CP, CSF and brain, and sought minimization of neural damage by pretreatment with, or early postinsult administration of, healing factors. Agents tested were a growth factor (IGF-1), neurotrophins [brain-derived neuronal factor (BDNF) or glia-derived neuronal factor (GDNF)], and Cerebrolysin (a mixture of neurotrophic peptides). Test factors injected into a lateral ventricle reduced damage, that is, by minimizing barrier breakdown, edema, tissue pathology, ventriculomegaly, and learning/motor deficits. Pharmacology effects are explained in the text. Intracerebroventricular injection of neuroprotective factors experimentally mimics the "boosted secretion" of endogenous peptides by CP into CSF.

2015, is one in 68 children. Key social functions integrated by brain involve oxytocin modulation of specific neuronal networks. Like the nonapeptide AVP secreted by hypothalamic nuclei into CSF, the nonapeptide oxytocin undergoes neuroendocrine diurnal rhythms and targets receptors in CNS. Oxytocin is considered a prosocial or "social-bonding" hormone. Oxytocin deficiency in CSF exacerbates certain social and psychological disorders. As a social-affiliation hormone, oxytocin has been analyzed before and after birth, often in the context of mother–child bonding. Just before birthing, CSF oxytocin tends to increase in mothers to be. Mean CSF oxytocin is about half the plasma-level prepartum, but twofold greater postpartum (conscious sheep). Mother-reared rhesus monkeys have more positive emotional and social behaviors than nursery-reared counterparts; this is reflected by persistently greater levels of CSF oxytocin titers in the mother-reared animals compared to nursery-raised infants.

Low levels of oxytocin in CSF have been consistently related to problematic socialization. A CSF deficiency in the neuropeptide oxytocin in children predicts anxious behavior syndromes; moreover, blood levels of oxytocin predict CSF levels, pointing to the utility of analyzing blood specimens in anxiety-ridden children (when CSF samples are unavailable). Some studies report an inverse relationship between childhood adversity (including suicide attempts) and CSF–plasma oxytocin levels. A recent study of childhood trauma and revictimization, however, has stressed complex rather than straightforward negative (inverse) associations between CSF oxytocin levels and untoward behaviors. In a long-term follow-up study (>20 years) of adults, lifetime violent behavior negatively correlated with CSF oxytocin.

ASD manifests with many aspects of social dysfunction and therefore has been the subject of extensive approaches to oxytocinergic evaluation and treatment. Oxytocin concentrations in plasma of children with autism is considerably less than in controls. One study of autism found an increased level of the inactive form of oxytocin, indicating a defect in peptide processing. An association has been found between autism and two SNPs of the oxytocin receptor (OXTR). Hypermethylated suppression of OXTR gene expression has also been observed in autism, indicating possible epigenetic modulation. Gene defects (deletions) are also found in the metabolic generation of oxytocin peptide. To date, the numerous deficits in oxytocin neuroendocrinology in patients with ASD point to a great need for rectifying specific malfunctions of the oxytocinergic system.

Pharmacological supplementation of neuropeptide-deficient patients is an area of wide clinical interest. CSF is commonly suggested as pharmacological access point. Oxytocin, an enhancer of emotional perception in autistic children, is under scrutiny as a potential

Author's personal copy



pharmacotherapy to improve social functioning. Since plasma oxytocin, like vasopressin, does not readily penetrate CNS barrier systems, various routes of peptide administration have been evaluated. A human assessment revealed that oxytocin reached a maximal level in CSF about 75 min after intranasal administration, at a time when plasma oxytocin had begun to fall; the half-life of oxytocin in CSF was a favorable 2–4 h (versus 3 min in plasma), reflecting a slower rate of decomposition in enzyme-deficient CSF. In macaque monkeys, intranasal spray and intranasal nebulizer were equally effective in raising CSF concentrations of oxytocin. In another study of monkeys, aerosolized oxytocin (delivered by oro-nasal mask) was more effective than intravenous and even intranasal administration to elevate the CSF concentration of oxytocin. It is important to emphasize the caution that oxytocin intranasal supplementation to CSF has been effective in some but not all clinical trials. Additional formation is needed on oxytocin doses, timing (in development), and neuropsychological response profiles in the complex constellation of ASD.

## Multiple Sclerosis

A prominent feature of MS is the altered trafficking of self-antigenic (myelin) T cells across the BCSFB, sometimes even preceding the BBB crossing. Is this aberrant immune cell traffic through CP the main cause of MS, as suspected for decades? Autoreactive, myelin-specific T helper cells reside interstitially in peripheral lymphoid organs such as CP. Penetration of T "helpers" into CSF–brain likely initiates an immune response that destroys myelin sheaths. However, T immune cells also have a normal CNS-patrolling function, via the CSF, to detect brain disturbances and then facilitate any repair process needed. Therefore, it is a challenge to distinguish the dual roles of the CSF T-cell population in resolving versus fulminating specific CNS immunological problems.

The variable movement of T cells across CP in disease stages of relapse versus remission is well known. The rodent EAE model of MS informs on the nature of leukocyte movements through the BCSFB into CSF. Starting the immunopathological process, myelin components (antigens) stripped from nerve fibers drain by bulk flow from ISF into CSF, and thence into the superior cervical lymph glands. There, antibodies formed against the self-antigenic "foreign" myelin, gain entrance to the venous blood for circulatory transit back to the CNS (efferent arm of the immunological response). Upon gaining entrance to CSF by permeating the CP, the myelin antibodies (T cells) reach/destabilize periventricular regions, cortex and cord where the ongoing myelinopathy is destructive.

Myeloid cells, including antigen presenters residing in CP, perform immunosurveillance and immunomodulatory functions. Dendritic cells in the choroidal interstitium (on the blood side of the epithelial BCSFB) present their antigens to specific T cells. In addition, CP-surrounding antigen-presenting elements, for example, Kolmer cells fastened to the apical membrane of the BCSFB, also participate in the stages of initiation, progression and resolution of MS. Current CP/MS research emphasis places priority on elucidating the phenotypes/functions of various myeloid cells that stream through CP.

Immunopathological mechanisms in CP are being sought. Animal and human data intimate how the BCSFB is breached by immune system components in EAE and MS. The C—C chemokine receptor 6, regulating entry of TH-17 cells across CP, is essential for EAE initiation in mice; accordingly, abolishing receptor six thwarts EAE development. Disassembly of a tight junction claudin three component in human CP and BBB (in gliomas), resulting in enhanced barrier permeability, may be directly induced by immune cells. While these promising leads await further pursuit, it is becoming clearer that certain T cells have both deleterious and potentially helpful functions. An immunological research challenge

Author's personal copy




introduced by Schwartz and Baruch, and reinforced by Kooij and de Vries, is to fully characterize various immune cell phenotypes in CP; and how each participates temporally, functionally and spatially in their distribution across CP in normal immunophysiology versus disease-associated immunopathologies.

## Amyotrophic Lateral Sclerosis

A long-observed phenomenon has been CNS barrier breakdown relatively early in the course of amyotrophic lateral sclerosis (ALS). Increasing credence in the significance of barrier breaching in ALS progression is upheld by the continually reported barrier disruptions that exacerbate MS and AD. Nearly half of ALS patients show evidence of BCSFB breakdown, as manifested by rising levels of plasma-derived albumin or IgG in CSF. However, allusion has also been made to disrupted CSF flow in the subarachnoid space, another factor potentially contributing to elevated concentration of plasma proteins and immunoglobulins in CSF. Thus both altered CSF dynamics and barrier permeability need differential analysis for specific roles in modifying the CSF neurochemistry in ALS.

Up to 90% of ALS is sporadic rather than familial. Given that the CP controls CSF formation and regulates fluxes of plasma solutes and leukocytes into the ventricles, it is especially pertinent then to understand how epigenetic factors cause a malfunctioning CP–CSF system capable of exacerbating ALS. This could happen, for example, by inappropriate T-cell penetration into CSF, or the excessive movement of cytokines, albumin, globulins, and oxidative products into the ventricles. In addition, the role of CP-secreted exosomes, via apical membrane pinched-off vesicles, deserve examination as "vectors" of CSF-transferred proteins (mutated or misfolded, such as superoxide dismutase 1, SOD1?) to spinal motor neurons. Toxic CSF procured from ALS patients experimentally degenerates cultured neurons. By CSF bulk flow to upper and lower spinal cord, there could be seeding and spreading of harmful materials (including inappropriate T cells) to the extracellular microenvironment of vulnerable motor neurons. Consequent neuroinflammatory events would destabilize vulnerable motor neurons.

Deficient CSF neurochemistry also harms ALS patients. Transthryetin and cystatin C in CSF originate mainly in CP. Both of these neuroprotectant CSF proteins are lowered in ALS. Decreasing levels in CSF beg the question whether the CP synthesis of these protective proteins is curtailed in ALS by a malfunctioning BCSFB. Transthyretin stabilizes protein and β-amyloid conformation and therefore is likely protective against AD neurodegeneration. Unfortunately, post-translational transthyretin is altered in ALS patients. Cystatin C, a cysteine protease inhibitor, undergoes longitudinal changes in CSF concentration in ALS that reflect fast-slow stages of the disease, and predict survival. These clinical and research observations prompt the consideration of beneficial "booster" therapy to shore up the impoverished cystatin C and transthyretin levels in ALS-patient CSF.

## Parkinson's Disease

Aggregated α-synuclein (α-Syn), including the toxic oligomer of this presynaptic protein, is the characteristic focal point in Parkinson's disease (PD) pathophysiology. Normally α-Syn coordinates with the SNARE proteins in the basal ganglia neurons to manage the vesicular packing, fusion and release of dopamine from axon terminals into adjacent synapses. Epigenetic factors, coupled with genetic predispositions, can lead to conditions that alter the three-dimensional structure of α-Syn. Neurotransmission is adversely affected when α-Syn undergoes aberrant protein conformation; such misfolding predisposes to α-Syn aggregation (oligomers and fibrils) and consequently the onset of PD and Lewy body disease.

Author's personal copy


Upon export (leakage) from neurons, the extracellular misfolded α-Syn can spread widely by flow into CSF and thereafter to many brain regions. Ependymal and supependymal α-Syn immunoreactivity (5G4 antibody to β-sheet component of α-Syn) correlates with Braak stages of Lewy-related pathology. Moreover, human astrocytes and neurons internalize disease-associated extracellular α-Syn. This prompts consideration of cell-to-cell spread of the misfolded α-Syn among CNS regions, and evaluation of the possible destabilizing role of ISF–CSF bulk flow in seeding/spreading the PD or Lewy Body neurodegeneration phenomena.

Epigenetic and familial factors in trace element handling by the BBB and BCSFB are subjects of wide interest in regard to impact on PD, ALS, and AD. Dyshomeostasis of Fe, Cu, and Mn distribution between blood and CNS regions affects the onset and exacerbation of several types of neurodegeneration, including PD. Excessive trace element concentrations in the CSF–brain result from barrier breakdown or inappropriate expression of transporters that move Fe, Cu, and Mn into and out of CNS. Ceruloplasmin and transferrin, respectively, in CP facilitate Cu and Fe movement across BCSFB into CSF. Choroidal apical membrane transporters, both secretory (ATP7a) and reabsorptive, control net flux of Cu into the ventricles; their expression levels require precision and coordination to stabilize the CSF level of Cu. Excesses or deficiencies of trace elements in CNS distort neuronal functions and provoke neuroinflammation. Copper-dependent enzymes require precise amounts of the element. Too much Cu binding to α-Syn and Aβ predisposes the formation of heterodimers that promote peptide (eg, α-Syn) aggregation and thereby increment harmful reactive oxygen species. Manganism, or excessive Mn ions in the CNS, has also been strongly implicated in PD. In terms of pathophysiological cascades that worsen PD (ie, the "upstream" vs. "downstream" metabolic defects), the failure of the CNS barrier–regulatory systems for Cu, Fe, and Mn translocation likely ranks as one of the initial ("upstream") factors that impact early stages of neurodegeneration.

## Alzheimer's Disease

Several facets of CP–CSF functioning have a bearing on the cascading neurodegeneration of AD. Foremost is the progressive decrease in CP viability and reduced CSF formation with advancing age and senescence (Fig. 11.12). Coupled with curtailed production of CSF by CP is the enlarging ventricular system as the brain




FIGURE 11.12 Histological and biochemical aspects of choroid plexus senescence: aging exacts a toll on human CP, leaving interstitial immune deposits, collagenous fibrosis, calcification, and pathological cellular inclusions (ring-like lipoid Biondi bodies and lysosomal lipofuscin granules) in the epithelium. Deposits of immunoglobulins and collagen in extracellular space impair diffusion of substrates exchanged between plasma and CSF. In the electron microscopy image inserted in this diagram of aging (36 months) rat CP, there is substantial interstitial fibrosis (F) between the outer (top of figure) epithelial cells and the inner (bottom) choroidal vasculature. Choroid cells in some humans undergo atrophy in advanced aging, bringing about epithelial shrinkage, and vacuole formation. These structural changes accompany curtailed expression of membrane-associated enzymes (Na–K-ATPase), the water channel AQP1, and functional proteins, such as transthyretin. Such structural and biochemical alterations lead to reduced CSF turnover and lower secretion of certain proteins. Alzheimer's disease-altered CP is usually more damaged than in aging. Significantly, though, the ability of CP to retain stability of CSF $Na^+$, $K^+$, pH, $HCO_3^-$, folate, and ascorbate remains remarkably intact in AD. *Adapted from Johanson C. Cerebrospinal Fluid Res 2008;5:10.*

Author's personal copy




**TABLE 11.3** Cerebrospinal Fluid Dynamics and Volumetrics in Aging and Neurodegeneration

| | Rat Aging[a] | | | Human Disease[b] | | |
|---|---|---|---|---|---|---|
| | **3 Month** | **19 Month** | **30 Month** | **Normal** | **NPH** | **AD** |
| CSF formation rate (ml/min) | 0.00121 | 0.00148 | 0.00065 | 0.40 | 0.25 | 0.20 |
| CSF volume (space) (ml) | 0.156 | 0.196 | 0.308 | 150 | 300 | 250 |
| CSF turnover rate (volumes/day) | 11 | 10.8 | 3.0 | 4.0 | 1.2 | 1.2 |

[a] *CSF formation rate and volume in rats were determined by indicator dilution during ventriculo-cisternal perfusion.*
[b] *CSF formation rate and volume in patients were quantified by a modified Massermann technique.*
*AD*, Alzheimer's; *NPH*, normal pressure hydrocephalus.
Volumes/day = number of times each day that the entire CSF volume is renewed.
CSF turnover rate = formation rate/volume.
*Johanson CE, Duncan JA 3rd, Klinge PM, Brinker T, Stopa EG, Silverberg GD. Multiplicity of cerebrospinal fluid functions: new challenges in health and disease. Cerebrospinal Fluid Res 2008;5:10.*

undergoes atrophy; together these factors set a lower turnover rate of CSF (Table 11.3) with a concomitant reduction in sink clearance action on brain catabolites. The consequent buildup in "neural debris" in the CNS extracellular fluid (ISF + CSF), resulting from less flushing action by CSF, adversely affects cerebral metabolism and neurotransmission.

Permeabilities of both the BCSFB and BBB increase with aging and degeneration of the parenchymal and vascular structural elements. Aβ oligomers, for example, augment BCSFB disassembly/permeability by stimulating production of matrix metalloproteinases and upregulating inflammatory genes/cytokines in CP–CSF. Moreover, the expression of six human CP–regulatory proteins implicated in apoptosis and mitochondrial dysfunction has been identified in AD. Thus barrier breakdown is accelerated by the aging-associated greater damage from cumulative oxidative and nitrogen-reactive products; and by interactions of pathogens, immune cells and cytokines with barrier cells/tight junctions. Barrier disruption in advanced aging and AD enables leakage of plasma proteins and other large molecules (normally excluded) into CSF and ISF. Such protein leakage increases osmotic pressure and stresses the central microenvironment in AD, already compromised by neuronal dyshomeostasis (eg, misfolded proteins) and slower excretion of catabolites secondary to compromised CSF sink action.

How effectively can CP mediate CSF homeostasis even in senescence and AD? Neuropathologists have commented on the gross structural changes in CP histopathology in autopsied tissue from very old and AD patients (Fig. 11.12). The presence of interstitial fibrosis, epithelial cell flattening, psammoma bodies, immune molecule accumulation (IgG, IgM and C1q) and amyloid deposition give the impression of a tissue incapable of effectively carrying out a wide array of homeostatic roles. Yet, CSF compositional studies of AD patients reveal concentration stability of ascorbate, folate, $Na^+$, $K^+$, pH, and $HCO_3^-$. CSF transthyretin tends to be lower in AD, but nevertheless still at a level likely to help counter further instabilities in brain Aβ conformation. Consistent changes in CSF Aβ, tau, and F2-isoprostane concentrations in AD almost certainly reflect brain more than CP metabolic distortions. Interestingly, the ability of CP in senescence and dementia states continually to remove Aβ efficiently from CSF (in contrast to the dwindling number of LRP-1 and P-gp

Author's personal copy



transporters in BBB) speaks to persisting choroidal transporters for preventing an even greater Aβ burden in CNS.

## NEW OPPORTUNITIES FOR MODIFYING THE CHOROID PLEXUS–CSF NEXUS IN BRAIN DISORDERS

With an ever-increasing appreciation of the diverse ways that CP serves the brain, to confer stability of fluid dynamics and a healthy environment for neurons, there is the growing realization that a sound BCSFB is fundamentally important for brain viability. Working hand-in-hand, the CP and BBB microvessels are complementary partners to keep the neural parenchyma supplied with essential substrates and protected from perturbations in extracellular solutes and pathogens. Breakdown of one or both barriers places the neuronal networks at risk.

Although homeostatic and compensatory systems in the CNS protect and heal the CSF–brain, it is sometimes necessary to have additional medicinal support to rescue the failed systems “inside” the barriers. Pharmacological repair of the injured/infected brain has been hampered by the protective barriers that minimize drug penetration to needy targets. However, new approaches in CSF pharmacology offer considerable hope for more efficacious therapies of neural disorders.

Hydrocephalus and intracranial hypertension (pseudotumor cerebri) both wreak havoc on the CNS due to elevated ICP. Patients of neurosurgeons and neurologists would benefit from new agents to reduce ICP. Since diuretics have limited efficacy in controlling ICP, the search is on for agents from other pharmacological classes. A neuroendocrine approach, using recombinant peptides (or analogs) of endogenous fluid-regulating hormones, may provide the answer to the decades-long question of what agents can best attenuate ICP. ANP, or similar agents that bind to and activate natriuretic peptide receptors, show promise in relieving ICP. Especially attractive is the potential use of intranasal instillation to enable peptides to circumvent the BBB and gain access to CP–CSF by directly penetrating the interior of the brain. This approach bypasses the BBB and BCSFB that typically preclude permeation of plasma-borne peptides across the tight junctions into brain and CSF.

Meningitis usually involves an inflamed CP and meninges. Antibiotic drugs to treat bacterial meningitis have been designed to “escape” reabsorption from CSF by CP transporters, once the drug has penetrated the ventricles from blood. Standard doses of drugs, such as penicillin and cephalothin, however, have limited usefulness in meningitis due to their rapid regulatory removal from CSF; however, newer antibiotics, such as imipenem and ceftriaxone stay in CSF, once transported there, and attain therapeutic concentrations against bacteria in the CNS. A novel approach to minimize or prevent entry of pathogens across the BCSFB into CSF, and then their ventriculo-subarachnoid transit “downstream” to the arachnoid membrane, would be to thwart binding (the initial step in barrier translocation) of the virus or bacteria to the epithelial cells at the interface. Now recognized by neuropathologists as the main port of entry of certain pathogens into the CNS, the CP is a logical target for (1) assessing ways to preclude the penetration of viruses/bacteria across the BCSFB and (2) attenuating neuroinflammatory responses in CP to reduce cytokine access to CSF.

Stroke/ischemia and TBI have been the subjects of scores of investigations to characterize the postinsult homeostatic upregulation of numerous growth factors and neurotrophins in CP, ependyma, CSF, and brain parenchyma. With acquired information about endogenous responses, investigators have successfully used boosting doses of the candidate factors (introduced into CSF by injection, perfusion, or osmotic pump infusion) to ascertain the nature

of specific repair responses. Dozens of peptides, alone or in combination and delivered before or after injury, have proven effective in minimizing damage or restoring normal functions. This encourages "peptide cocktails," instilled directly into the CNS (by intraventricular, intraparenchymal, or intrathecal routes), for the purpose of expediting healing responses. As more of these "cocktails" are tested, the benefits of such exogenous peptide supplementations to CSF will become more evident as to usage by neurosurgeons and other clinicians. A methodological corollary of this approach is to enhance peptide presentation via the BCSFB either by the expression of transgenes delivered to CP/ependyma via vectors, or by identifying new therapeutic peptides through bacteriophage display.

Peptide therapy for autism and other social disorders, to shore up levels of oxytocin deficiency in the CNS, will also likely benefit from regimens to adjust CSF–brain levels of peptides. Intranasal instillation of oxytocin has the considerable advantage of bypassing the BBB, but additional investigations are necessary to ascertain why not all ASD patients benefit from the supplemented peptide. Is this due to limited access of exogenous oxytocin to receptors in some but not all children, or to an unappreciated pharmacodynamic variable? As recently treated by Young and Barrett, context is critical in hormonal therapy for ASD; and so oxytocin treatment should be combined with behavioral therapy. Moreover, an important pharmacokinetic/pharmacodynamic consideration is neuronal network maturation, which may be less harmed by intermittent than with continuously administered oxytocin (in this regard, early-developmental, sustained exogenous oxytocin reduces cognate receptor expression). Combining oxytocin with another peptide, the melanocortin-4 receptor (MC4R) agonist, deserves consideration because the later enhances several positive responses associated with oxytocin. Furthermore, the reliability/efficiency of intranasal delivery of peptides to CSF in young children versus adults deserves attention in rigorously-controlled studies of age and developmental effects.

MS and the experimental counterpart, EAE, have been extensively analyzed for the BCSFB role in regulating immune cell traffic and cytokines into ventricular CSF. The IFN system, α- and β-families, has a critical anti-inflammatory role in the CNS. IFN therapy shows promise for controlling adverse inflammatory phenomena in human MS and animal EAE. Central versus peripheral aspects of IFN modulation need clarification. Mice injected intracisternally with polyinosinic-polycytidylic acid (poly I:C) demonstrated stimulation of dendritic cells/macrophages (CD45/CD11b positive) in CP and meninges to upregulate IFN-β. The CP–CSF–brain IFN-β surge was associated with neuroprotection as the anti-inflammatory IL-10 and CXCL10 were also increased enabling microglia and astroglia to reclaim axonal function. Early EAE in this mouse model was stabilized as long as IFN-α/β was expressed. This Danish study by Korooshi et al. exemplifies how the ability to access CNS-innate IFN-driven regulatory processes in CP is a promising clinical immunological approach to target MS and other neural diseases.

ALS benefits from MS research that has elucidated how CP controls leukocyte movement into the ventricles and effects cytokine neuroinflammatory responses impacting the brain. Neuroinflammation in ALS hastens the development of spinal cord pathology. Immunization with a myelin-derived antigen activates CP, resulting in recruitment of immunoregulatory cells into the CNS that attenuates disease progression in an ALS mouse model. Mutations in SOD1 have been implicated as a risk factor for ALS development. However, the intracerebroventricular infusion of monoclonal antibody or the derived Fab fragment, against misfolded forms of mutant SOD1, delays mortality in a mouse model of ALS. Viral vectors have been used to carry growth factor transgenes to cells

Author's personal copy



surrounding the CSF system: CP and the ependyma surrounding the ventricles and spinal cord central canal. In this regard, the adeno-associated virus serotype-4 (AAV4)-mediated expression of VEGF and IGF-1 by CSF-bordering cells helped to improve survival outcome in familial ALS mice of the SOD1(G93A)-mutated strain. In several experimental studies, then, the introduction of antibodies or viral vectors to CSF has helped to remediate ALS-like symptoms and associated neuropathology.

PD and AD share pathological features, such as misfolded protein accumulation and consequent interference with synaptic neurotransmission. The subsequent aggregation and deposition, of both the Syn and Aβ proteins, remain a primary problem awaiting better therapeutic resolution. Any successful attempt to increase CSF turnover rate, perhaps by intervening at the regional level of the CP or arachnoid in the aging brain, will likely lessen the burden of misfolded protein conglomerates in the brain extracellular space. Another pharmacological approach is augmenting the expression of BCSFB and BBB transporters that remove protein fragments associated with Syn and Aβ. For example, intravenous immunoglobulin contains autoantibodies against Aβ, removable from the brain of AD and MS patients; the removal mechanism, demonstrated in transgenic AβPP (precursor protein) mice, is actively reabsorbed Aβ in CSF by the LRP-1 transporter in CP apical membrane. An alternative but perhaps supplemental approach is to regulate immunologically the entrance of macrophages and leukocytes across CP:epithelial and CSF:ependymal membranes to accelerate removal of misfolded protein debris, by phagocytosis or antigen presentation to the disposing cells. Clearly, pharmacological manipulation of barrier transporters, leukocyte-transfer mechanisms and CSF dynamics shows promise for cleaning and repairing the neuronal interstitial microenvironment.

## SUMMARY AND OVERVIEW

CP-CSF has been an under-utilized system for treating a variety of neurological disorders. The "cross-talk" or signaling between CP and brain, involving hormones, antibodies, vesicles, trophic proteins, and leukocytes, points to numerous targets or CSF-mediating "vehicles" for remediating brain diseases. The experimental effectiveness of intranasally instilled compounds, including macromolecules, to access rapidly the CSF and brain, opens many doors of opportunity for "topically" treating CNS pathology. The intranasal route thus overcomes a plethora of difficulties, historically encountered, to access neurons and glia by designing agents to "outwit" the BBB impenetrability.

Pharmacological control over neurogenic regions, to modify the nascence, subtype molding and migration of cells, is most promising to promote healing of neural/glial injuries or deficits. Ependymal cells that are neurogenically dormant are identifiable by single-cell transcriptome analysis in regard to the specific molecules (such as VEGF) that activate them following injury. Endogenous CSF modulation of fetal periventricular neurogenesis predicts that exogenous hormone/drug presentation to the ventricular system will be effective in fostering neuron birthing in disease-compromised adults. Here, indwelling ventricular catheters can aid in delivering pharmacological agents into CSF of neurosurgical patients (eg, parenchymal stroke, subarachnoid hemorrhage, and TBI). Introduction of therapeutic neurospheres, and quite possibly CP explants, to the ventricles represents an emerging new clinical paradigm in strategies to restore brain viability.

Finally, the current explosive growth in identifying extensive and highly specific panels of human CSF chemical biomarkers is a key translational area of modern neuromedicine. The wider availability of newer-generation technology facilitates the acquisition of finer

Author's personal copy




clinical data for differential diagnosis. A panel of seven tau peptides in human CSF, for example, is now available by antibody-free, mass spectrometry. With the advent of more sophisticated methodologies to delineate CSF peptides, proteins and glycoproteins, and resolve a wider array of lipids, greater progress will be made on distinguishing metabolic groups of CSF neurochemical biomarkers and subsets of neurodegenerative disorders. CSF biomarking needs to separate the origins of biochemical molecules, that is, those derived from CP and ependyma versus those emanating from neurons and glia. Significant advances in CSF biomarker identification, classification, and computational informatics are on the horizon. Thus the future looks sound for advancing CSF tools to aid neural disease diagnosis, prognosis and therapy evaluation.

## Acknowledgments

Appreciation is expressed to J. Johanson for help in constructing illustrations and figures. The National Institutes of Health is thanked for sponsoring NIH RO1grants, C.E.J., P.I. (NINDS NS27601 and AG 027901) that have furnished choroid plexus and blood–brain barrier data, some of which is recapitulated in this chapter.

## Further Reading

[1] Baruch K, Deczkowska A, David E, Castellano JM, Miller O, Kertser A, et al. Aging. Aging-induced type I interferon response at the choroid plexus negatively affects brain function. Science 2014;346:89–93.

[2] Clarkson BD, Walker A, Harris M, Rayasam A, Sandor M, Fabry Z. Mapping the accumulation of co-infiltrating CNS dendritic cells and encephalitogenic T cells during EAE. J Neuroimmunol 2014;277:39–49.

[3] Gonzalez AM, Podvin S, Lin SY, Miller MC, Botfield H, Leadbeater WE, et al. Ecrg4 expression and its product augurin in the choroid plexus: impact on fetal brain development, cerebrospinal fluid homeostasis and neuroprogenitor cell response to CNS injury. Fluids Barriers CNS 2011;8:6.

[4] Johanson C, Stopa E, Baird A, Sharma H. Traumatic brain injury and recovery mechanisms: peptide modulation of periventricular neurogenic regions by the choroid plexus-CSF nexus. J Neural Trans 2010;118:115–33.

[5] Lun MP, Johnson MB, Broadbelt KG, Watanabe M, Kang YJ, Chau KF, et al. Spatially heterogeneous choroid plexus transcriptomes encode positional identity and contribute to regional CSF production. J Neurosci 2015;35:4903–16.

[6] Spector R, Snodgrass SR, Johanson CE. A balanced view of the cerebrospinal fluid composition and functions: focus on adult humans. Exp Neurol 2015;273:57–68.

[7] Stolp HB, Liddelow SA, Sá-Pereira I, Dziegielewska KM, Saunders NR. Immune responses at brain barriers and implications for brain development and neurological function in later life. Front Integr Neurosci 2013;7:61.