# EXHIBIT E2

**Johanson CE: Fluid-forming functions of the choroid plexus: What is the role of aquaporin-1? In The Blood-Brain Barrier in Health and Disease, Vol. 1: Morphology, Biology and Immune Function. K. Dorovinizis, ed., CRC Press, pp. 140-71, 2015**

# 6

# Fluid-Forming Function of the Choroid Plexus

## What is the Role of Aquaporin-1?

*Conrad E. Johanson*

### Introduction

Water homeostasis in the central nervous system (CNS) is vital for optimal brain function. Diffusional fluxes of water between blood and CNS are rapid and bidirectional. In a seminal investigation of humans by Sweet and colleagues more than six decades ago, heavy water (deuterium oxide) was used as a marker to demonstrate the rapidity and regionality of water distribution between blood and CSF (Sweet et al. 1950). This pioneering study at Harvard importantly addressed rates and routes of water permeation. Later investigations of rapid tracer uptake by adult rat CSF and brain revealed that radiolabeled water and antipyrine (lipid-soluble) penetrated large cavity CSF and cortical regions to achieve distribution equilibrium in seconds to minutes (Johanson and Woodbury 1977, 1978); thus, neither permeability nor blood flow were rate-limiting factors in the uptake of these extensively-distributed tracers across the blood-CSF barrier (BCSFB) and blood-brain barrier (BBB).

Water transfer into and out of the CNS has many therapeutic implications for compartmental volumes and pressures. When fluid movements among neuronal networks and CSF compartments are accelerated or impeded, the resultant effects on fluid pressure and volume can compromise neurotransmission. Normally, water entry into CNS is exquisitely regulated and finds its greatest turnover across the epithelium

Professor Emeritus of Neurosurgery, Department of Neurosurgery, Alpert Medical School at Brown University, Providence, Rhode Island, 02903 USA.
Email: Conrad_Johanson@Brown.edu

of choroid plexus (CP). Water channels in CP, called aquaporins (AQP), likely mediate a portion of the 60–70% of the fluid transferred from blood to CNS. Throughput of water across the BCSFB via AQP1 is potentially a medicinal target to alleviate fluid disorders involving the cerebral ventricles and adjacent tissue.

The introduction of aquaporin models to biology in general, and to the CNS specifically, has revolutionized how we think about fluid homeostatic functions in the kidney peripherally and brain centrally. Hormonal modulation of water diffusion across aquaporins has opened the scientific dialogue to transcription factors that modify aquaporin gene expression; and to the molecular pathophysiology interface with pharmacologic manipulation of certain AQP1 gene-regulatory elements.

Water also fluxes across the microvessel walls of the blood-brain barrier, especially the astrocyte feet investment, via the so-called AQP4 channels. Distinctive regionalization, namely AQP1 in the CP and AQP4 in brain capillaries, points to the unique features of BCSFB and BBB physiology in effecting water balance in the CNS. Inclusion of both barrier sites engenders the most complete homeostasis modeling and integrates therapeutic modulation of various aquaporin channel isoforms. Although this chapter emphasizes AQP1, it also includes AQP4 in a coordinated model of brain water dynamics.

## A Comparison of Choroid Plexus vs. Blood-Brain Barrier

On occasion, choroid plexus (CP) is presented in the literature as part of the blood-brain barrier (BBB) system. True, there are several similarities between the CP epithelium of the blood-cerebrospinal fluid barrier (BCSFB) and the capillary endothelium of BBB. Structurally, a common feature of these two major transport interfaces is the tight junction complex (*zonulae occludentes*) that spot welds adjacent barrier cells (Brightman and Reese 1969, Brightman 1975). As a consequence of tight junction impermeability, both the BCSFB and the BBB greatly impede the diffusion of proteins/peptides into CNS (Rapoport and Pettigrew 1979). Moreover, both barriers restrict diffusion of small water-soluble molecules the size of urea (m.w. = 60) from plasma into CSF and brain (Bradbury and Davson 1964, Johanson and Woodbury 1978, Bradbury 1979, Parandoosh and Johanson 1982). Thus, a cardinal property shared by the BCSFB and BBB is that of an occluding interface that greatly limits macromolecule permeation, thereby keeping plasma proteins and cytokines at low levels in fluids bathing the neurons.

At the clearance transporter level (Welch 1962, Reed et al. 1965, Bradbury et al. 1972, Parmelee et al. 1991, Angeletti et al. 1997, Miller 2004, Spector and Johanson 2010), there are also similarities in CP vs. cerebral capillary removal (from CNS) of elevated levels of inorganic anions (e.g., iodide), organic anions (e.g., 5-OH-indoleacetic acid), and cations (e.g., potassium) in the CSF or brain interstitial fluid (ISF). The Na-K-Cl cotransporter is also expressed at both barriers (Bairamian et al. 1991, Keep et al. 1994, O'Donnell et al. 2004), providing additional protection for brain by stabilizing extracellular ion composition and osmolality. Moreover, even at the level of cytoplasm and organelles, both the choroid epithelium and brain endothelium display an unusually high density of mitochondria (Oldendorf et al.

1977). Substantial amounts of ATP are needed at both barrier interfaces to energize a plethora of transporters that provide nutrients to brain and remove harmful substances. Clearly, there are many common denominators regarding fundamental characteristics of the BCSFB and BBB.

Still, there are vast morphologic and teleologic differences in the respective barrier systems that guard and feed the brain. This is obvious at the gross anatomical level. Cerebral capillaries are diffusely and uniformly distributed throughout brain, each neuron typically served by its own microvessel. In contrast, choroid plexus tissue is concentrated en masse in the CSF-filled cerebroventricles (Netsky and Shuangshoti 1975), somewhat distant (at least by diffusional access) from neuronal networks. A critical point here, unappreciated by many neuroscientists, is that choroid-specific secretions (e.g., ascorbate and folate) gain brainwide access by three sequential distributional steps: bulk flow via ventricular CSF, diffusional penetration of the ependymal or pial walls, followed by solute diffusion/convection through brain ISF, to neuron targets (Johanson et al. 2010). Accordingly, the CP-CSF nexus (Redzic et al. 2005, Johanson et al. 2010, Johanson et al. 2011a), although anatomically grossly dissimilar to the BBB interface, can also supply trophic and nutritive substances to neuronal networks.

The aforementioned similarities notwithstanding, the CP and brain capillaries also vary widely in expression profiles for inorganic as well as organic solute transporters. Cortical capillaries are streamlined to deliver high levels of glucose, amino acids and free fatty acids to nearby neurons (Bradbury 1979). On the other hand, CP is uniquely specialized to supply organic substrates to neurons by the indirect, more circuitous CP-CSF route (Johanson 2008). Examples include micronutrients (vitamins B and C), hormones (prolactin, augurin and leptin), peptides (IGF-2), and proteins (transthyretin and cystatin C); these homeostatic transporters are effective even in late life and when challenged by neurodegeneration (Spector and Johanson 2013). BCSFB epithelium is also metabolically and enzymatically equipped to form CSF (Na, Cl & water) at a rate greater than cerebral capillary endothelium elaborates ISF (Cserr 1988). This CSF-generating capacity by CP is facilitated by carbonic anhydrase (Maren 1988, Johanson et al. 1992b) and AQP1 water channels (Oshio et al. 2005), both being much less abundant in cerebral microvessels. This treatise emphasizes the high-capacity fluid-forming functions of CP.

## Choroid Plexus as the Fluid Engine of the Brain

The central nervous system (CNS) receives most of its water supply via choroid plexus (CP) fluid secretion into the lateral, 3rd and 4th ventricles (Netsky and Shuangshoti 1975). There, at the blood-cerebrospinal fluid barrier (BCSFB) (Redzic et al. 2005), water continually streams across a regulated transport interface. This secretion vector is from blood into choroid epithelial cells, and then into CSF. Active fluid secretion, as evaluated by plasma $^{24}$Na turnover from human plasma to CSF (Sweet et al. 1948), flows sequentially from the lateral ventricles downstream to the 3rd and 4th ventricles.

In humans, the rate of CSF formation or production is ~0.34 ml/min (Edsbagge et al. 2004). Undergirding and sustaining this substantial fluid throughput into the

ventricles is a brisk blood flow of 4–6 ml/min per g of CP. This vascular perfusion of the plexus is ten times that of mean cerebral blood flow. Consequently, a high level of choroidal hemodynamics (Faraci et al. 1990, Faraci and Heistad 1992, Szmydynger-Chodobska et al. 1994, Yacavone et al. 1994) supports a vigorous rate of CP hydrodynamics and CSF turnover into CNS (Johanson et al. 2008).

Interestingly, net ion and water flux across the epithelial BCSFB into the ventricles is greater than corresponding uptake by cortex through capillaries of the blood-brain barrier (BBB) (Smith et al. 1982). Not coincidentally, the great quantitative inward transport of Na across CP mimics that of Cl (Smith et al. 1981). This is expected of a fluid translocation system in which water osmotically chases the actively-transported Na and Cl osmolytes. Such an intimate relationship between water and NaCl movements in CP is reminiscent of the structurally- and functionally-similar proximal tubular epithelial cells in kidney (Berry and Verkman 1988). Just as with renal function, CP is geared for a high volume of transepithelial water throughput (Spector and Johanson 1989) to purify the composition of the compartment (i.e., CNS extracellular fluid) that it regulates (Spector and Johanson 1989). Again, similar to the proximal tubule (Schultz 1977, Rosenthal and Fromm 2013), the CP likely conducts *paracellular* as well as transcellular movement of ions and water.

## Strategic Location of CP Relative to Other Brain Anatomical Compartments

Situated deeply in the innermost core of the CNS, and being able to propel fluid outward from the plexus, the choroid epithelial cell secretions reach virtually all neural regions. In a sense then, CP is a heart-like pump actively driving fluid throughout a multicompartmental system (Fig. 1).




**Figure 1.** Schematic overview of fluid flow routes within the CNS: Blood flow into, and fluid secretion across, the main transport interfaces (BCSFB and BBB) occur in parallel. Accordingly, CP epithelium (Fig. 2) generates CSF as an *active transcellular* secretion (#1, #2) into the ventricles (Figs. 3 and 4); simultaneously, the brain capillary wall (endothelium ensheathed by astrocyte feet) actively transports ions and water (#3, #4) *transcellularly* into the ISF compartment. Bulk flow of the secreted fluids occurs through the ventricular system (CSF, #9) and brain tissue (ISF). CSF and ISF readily exchange with each other (depending upon locally-prevailing hydrostatic and osmotic pressure gradients) across *permeable* gap junctions *paracellularly* at the ependymal (#5, #6) and pial (#7, #8) borders. Even as fluid mixes at these CSF-brain interfaces, the CSF and ISF are also being convected along parallel routes (#7, #9), respectively, towards arachnoid-lymphatic drainage sites (#10) in the cranio-spinal venous blood in dura mater.

The four ventricles receive fluid output from their resident CP tissues, and then distribute this CSF in many directions to numerous glial and neuronal targets. An example: vitamin C (ascorbate) conveyance from CP-CSF to cells within the brain (Spector 1981, Spector and Johanson 2006), a process integral to the control of neuronal DNA methylation and transcription (Minor et al. 2013). Moreover, the extensive CNS distribution of CSF-borne folate, derived from CP transport (Spector and Lorenzo 1975), is also vital for DNA methylation, nucleotide biosynthesis, and neural tube structural viability (Chang et al. 2011).

CSF is modified by several biophysical factors: the pulsating arterial pressure within the plexus (Bering 1955, 1962), a wave-like beating action by cilia (Hirst et al. 2000) of ependymal cells lining the ventricular walls (Johanson et al. 2011b), and the hydrostatic pressure gradient directed from large cavity CSF into venous blood of the dural sinuses (Johanson et al. 2008). Each ependymal cell has ~40 rapidly-beating cilia (at 20–30 Hz) that move CSF along the inner brain surface (O'Callaghan et al. 2012, Lee 2013). In humans, CSF completely renews about four times daily (Johanson et al. 2008). Therefore the continuous CSF bulk flow (or volume transmission) (Agnati et al. 1995, Johanson et al. 2003), like the steady cardiac output, nourishes and bathes cells within its anatomical 'jurisdiction'. Water and solutes, secreted or transported across the BCSFB, eventually exchange with CSF-contacting cells: the ependyma, pia-glia, and arachnoid membrane (Holman et al. 2005). CSF-carried solutes and water molecules also cross the permeable CSF-brain interface to access neurons and other parenchymal cells (Fig. 1).

## CP Ultrastructure: A Key to Understanding the Fluid-Forming Function

As a functional unit, the CP villi (fronds) are analogous to the renal tubule in that a string or nexus of epithelial cells surrounds an inner cavity or tubule (Smith et al. 2004). Going from this macrostructure down to the ultrastructure of the constituent epithelial cells (Keep and Jones 1990), it is evident from electron micrographs that choroid cells are equipped to perform a high degree of secretory and reabsorptive work. Since this chapter focuses on the unidirectional secretion vector, we now describe CP organelles supporting solute and water movement into CSF (Fig. 2).

CP epithelium is structurally characterized by: (i) a dense concentration of mitochondria (Cornford et al. 1997) that generate ATP for energizing the fluid turnover, (ii) numerous Golgi apparatuses and extensive endoplasmic reticulum to synthesize the proteins/peptides integral to the elaborated fluid, (iii) abundant basolateral membrane interdigitations with adjacent epithelial cells (Johanson et al. 1999), and multiple basal infoldings for taking up ions/water from interstitial fluid, and (iv) prominently, a lush microvillous apical membrane (Gath et al. 1997) with maximized surface area to mediate extensive solute and water movements into CSF (Johanson et al. 2011a).




**Figure 2.** Ultrastructural elements of lateral ventricle choroid plexus epithelial cells: J, tight junction joining two choroid cells together at their respective apical poles Mv, microvilli studding the CSF-facing membrane and providing a great surface area for active solute transport and passive water diffusion G, Golgi apparatus ER, endoplasmic reticulum C, centriole Nu, oval nucleus containing a nucleolus BL, basal labyrinth intertwining of adjacent cells' basolateral membranes. Arrowheads point to basal lamina that separates the epithelium from underlying interstitial fluid (Johanson et al. 2008). Scale bar, 2 μm Tissue from Sprague-Dawley rat was fixed in OsO4 for electron microscopy.

## The Molecular 'Backbone' of CSF Secretion

What are the essential ingredients or 'guts' of CSF formation by CP? CSF secretion tightly links ion and water movements. CSF formation (~99% water flux) is directly proportional to actively transported Na and Cl from blood to ventricular CSF (Smith et al. 1982). Diuretic agents that inhibit CSF formation by 40–50% also reduce CNS-inward transchoroidal Na and Cl transport to the same degree (Knuckey et al. 1991, Johanson et al. 1994). Such pharmacologic inhibition confirms the nature of the physiological transporters delineated (Millar et al. 2007).

In trafficking across CP, the Na and Cl ions advance by a two-step process: (i) interstitial entry into cell from plasma ultrafiltrate, followed by (ii) extrusion into CSF at the other pole of the epithelium (Fig. 3) (Johanson 2011). First then, Na enters the choroid epithelial cell at the basolateral (plasma-facing membrane) by carrier-mediated transport via a Na-H exchanger (Murphy and Johanson 1990) or Na-$HCO_3$ linked carrier, i.e., a facilitating membrane transport protein (Praetorius and Nielsen 2006). Secondly, after moving through cytoplasm, Na is extruded from the cell by Na-K

A.




B.




**Figure 3.** Net ion transport and downhill electrochemical gradients for CSF formation: CSF production by CP occurs as the result of net transport of $Na^+$, $K^+$, $Cl^-$, $HCO_3^-$ and water, from plasma into ventricles. Arrow for $Na^+$ symbolizes a steep inward concentration and electrochemical gradient at the plasma-facing membrane. $K^+$, $Cl^-$ and $HCO_3^-$ diffuse down their electrochemical gradients into CSF via ion channels in apical membrane. Water follows the active translocation of $Na^+$ into CSF, mainly by $Na^+$ pumping (Vates et al. 1964) which creates a hyperosmolar environment (relative to cell cytoplasm) on the luminal side of the apical membrane (Johanson et al. 2008). Reabsorption of ions from CSF to choroid cell to plasma is quantitatively much less than the CNS-inward secretory flux.

pumping (Vates et al. 1964, Parmelee and Johanson 1989) and Na-K-Cl cotransport (Bairamian et al. 1991, Keep et al. 1994) at the apical (CSF-facing) membrane (Fig. 4).

Basically the Cl active transport in CP resembles the Na vector, but differentially involves other Cl uptake mechanisms (e.g., basolateral Cl-$HCO_3$ exchange or Na-dependent Cl-$HCO_3$ exchange (Praetorius and Nielsen 2006)). This is followed by apical release of Cl into CSF by an anion channel (Brown et al. 2004) or the ion cotransporter. The resultant net movement of Na and Cl into CSF sets up an osmotic gradient attracting water movement, passively via diffusion, through the AQP1 channel into hypertonic (relative to cell fluid) ventricular CSF. Human CP has a transporter and water channel distribution profile similar to the rodent configuration (Praetorius and Nielsen 2006).

## Water Movement Through AQP1 in CP

In addition to choroidal blood flow as a factor, the CSF formation is rate-limited by the extent to which water molecules permeate AQP1 channels into ventricular fluid. Although AQP1 and AQP4 have both been reported for the BCSFB, the preponderance of aquaporin expressed and inserted in CP epithelium is AQP1 at the apical membrane. AQP4, when found in CP, is cytoplasmic (Speake et al. 2003). Downregulated and upregulated expression of choroidal AQP1 channels, varying with brain disorders or diseases, results in respectively lesser or greater volume flow of CSF. This fluid




**Figure 4.** The array of transporters and channels in CP that engage in mammalian CSF formation and ion homeostasis: Numerous transporters and channels insert into the basolateral and apical membranes of choroidal epithelium (Brown et al. 2004, Millar et al. 2007, Praetorius 2007, Johanson et al. 2008). Polarized localization of the membrane-associated transport proteins and channels drive a net flow of ions and water into CSF. Exact functions of several membrane-bound proteins await characterization, e.g., a particular transporter may simultaneously regulate cell pH and volume as well as mediate fluid throughput. Choroidal cell concentrations (mM) for $Na^+$, $K^+$, $Cl^-$ and $HCO3^-$, respectively, are estimated at about 40, 145, 65, and 9.5 for the rat (Johanson et al. 2008). Cell pH is ~7.1 (Johanson 1978). Potential difference across CP epithelial membranes is 45 to 50 mV, the CSF being ~5 mV positive to plasma at pH 7.4.

dynamic significantly and markedly impacts intracranial pressure (ICP) on the brain (Johanson et al. 2008). Pharmacologic inhibition or facilitation of AQP1 in CP reduces or enhances CSF turnover rate, modifying ICP consequentially.

Variation in CSF flow rate alters CSF protein levels (Chen et al. 2010) and brain catabolite concentrations in ventricular fluid. As CSF turnover dwindles, the macromolecule concentrations increase (Chen et al. 2010). Consequently, the rise in CSF osmotic pressure can thereby alter the resolution of an edema course associated with buildup of brain ISF. Therefore, controlling AQP1 activity/expression levels at the BCSFB ties in with ICP- and edema-related clinical issues.

## Functional Aspects of Choroid Plexus AQP1

Historically, AQP1 was first presented to the biomedical world in 1991 as the CHIP28 cDNA/ 'ancient channel' protein (Preston and Agre 1991). The CHIP protein designation has been replaced by aquaporin terminology. AQP1 research, by generating a wealth of data for water channel phenomena, has yielded valuable insights on the

dynamic interplay between ion and water transfer throughout body compartments (Benfenati and Ferroni 2010).

We now examine several facets of AQP1 physiology in CNS: First, AQP1 expression will be analyzed at several stages of the life span: from fetal development through healthy adulthood to late-life senescence. Mainly, AQP1 will be treated thoroughly for CP, but also for other CNS regions (especially altered AQP1 expression in brain fluid imbalances). Transgenic models are described because the resultant functional phenotypes provide deductive insight about the impact of AQP1 levels on CSF formation rate and ICP. AQP1 expression plasticity in hydrocephalus, intracranial hypertension and cerebral edema provide clues for therapy. Models of AQP1 function in CP presented herein should shed insight on restoring, when necessary, the proper balance of CSF volume and water turnover rate in brain compartments.

Pharmacologic and hormonal regulation of AQP1 will also be treated, with attention drawn to identifying agents (Huber et al. 2012) that modulate AQP1 expression or functional capacity. Breakthroughs in AQP1 drug discovery, and the pharmacotherapy of CNS health disorders, will likely be predicated on the type of basic information discussed herein.

## Location and Chronological Expression of AQP1 in Choroid Plexus

AQP1 initially appeared in the literature as a 28 kDa protein in native red blood cells. CHIP28 was first described as an homotetramer with each subunit containing a pore (Agre et al. 1993). Nearly 1500 papers on AQP1 have been published since its introduction two decades ago (Preston et al. 1994). AQP1 resides in bodily regions mediating copious fluid flow between transcellular compartments, either reabsorptive as in the proximal tubule of kidney and efferent tubule of testes (Oliveira et al. 2005), or secretory as in the ciliary process (aqueous humor former) of the eye (Yamaguchi et al. 2006) and in choroid plexus-CSF.

In the CNS, AQP1 is universally expressed in mammals most highly in CP. Choroidal AQP1 is extant in at least five species, including human (Nielsen et al. 1993, Mobasheri and Marples 2004, Filippidis et al. 2011). Cellular 'topographical distribution' is polarized, being especially prominent on the CNS-facing side (apical membrane) of the BCSFB. Rare reports also place AQP1 on the plasma-facing side of CP, particularly in embryonic life (Johansson et al. 2005). By and large, though, the preponderance of AQP1 channels occurs in microvilli at the apical pole of adult choroid epithelial cells. Even with subpopulations of CP epithelial cells [based on differential lectin staining of glycoconjugates in choroid membranes (Johanson et al. 2011b)], there is invariably widespread immunostaining of AQP1 encompassing the entire CP parenchyma. Therefore in ontogenetic studies in which AQP1 immunostaining highlights the plexus, the chronology of the demarcated staining (4th ventricle, then lateral, and lastly the 3rd) follows the same order as the regional histology of CP in developing fetal ventricles (Johansson et al. 2005).

Fetal CP displays AQP1 in early ontogeny, well before the birth of mammals. This contrasts the later expression of AQP1 in kidney, closer to birth or thereafter (Bondy et al. 1993). Another difference in renal vs. choroidal systems is AQP1 presence on

both the apical and basolateral membranes in water-permeable segments of kidney; this dual localization permits efficient transcellular reaborption of glomerular filtrate. This is in marked contrast to the polarized AQP1 distribution in CP, preponderantly apically but faintly basolaterally (Johansson et al. 2005, Praetorius and Nielsen 2006). Sparse expression of AQP1 basolaterally in adult CP prompts the question of how water molecules copiously penetrate choroidal cells, from the plasma-interstitial nexus, to initiate CSF formation.

In healthy adults, AQP1 water conductance at the BCSFB is essential for normal CSF production. Transgenic mouse experimentation by Manley and colleagues importantly provided information on how expression levels of AQP1 in adult CP affect CSF dynamics (Oshio et al. 2003, Oshio et al. 2005). In mice rendered AQP1 deficient by gene deletion, the extent of osmotic flow of water across CP epithelium (blood to ventricles) was tested. The presumption was that, if AQP1 channels were the main conduits for water transfer across the BCSFB, their absence would greatly reduce water flow in response to an imposed osmotic pressure gradient between plasma and CSF. When hypertonic fluid is presented to the ventricles, the water in blood perfusing the plexus moves down a chemical potential gradient (responding to CSF hypertonicity) across choroidal cells into the ventricles (Johanson et al. 1974). This osmotic flow experiment, using a spatial-filtering optical method, was performed in Tg mice in which CP AQP1 was knocked out (Oshio et al. 2003). Consequently, the osmotic flow from plasma into hypertonic CSF in AQP1-depleted animals was reduced nearly 5-fold (Oshio et al. 2003). This implicated a role of CP AQP1 in translocating water across BCSFB.

Knocking out AQP1 in adult CP greatly reduces CSF formation. This functional diminution was demonstrated in transgenic mice by elegant microtechnical CSF cannulation, along with dye dilution, in the Manley Laboratory. Using Tg mice, Oshio et al. thus found a 25% reduced CSF formation rate in AQP1 null mice (Oshio et al. 2003) (AQP1 deletion did not alter size or structure of murine CP). As a result, CSF pressure decreased by 56%, enabling the mice to withstand better the sequelae of induced focal brain injury (Oshio et al. 2005). This prompts consideration of strategies to downregulate or inhibit AQP1 channels in CP following acute brain injury, for neuroprotection in acute disorders. On the other hand, a few people are *chronically* deficient in AQP1; while seemingly healthy, these adults respond poorly in being able to concentrate urine (King et al. 2001). It would be interesting to assess these AQP1-deficient, gene-mutated individuals for CSF flow and pressure status.

In late life, the expression of CP proteins falters. AQP1 is one such BCSFB protein that attenuates in old age. In aged Fisher rats (>18 mo), there is less expression of CP AQP1 mRNA compared to younger controls (C. Johanson, unpublished data); this correlates with reduced CSF production in senescent rats (Preston 2001, Johanson et al. 2008, Chiu et al. 2012). Similarly, Massequin et al. observed lower levels of AQP1 transcript in naive 20-mo-old Sprague-Dawley rats compared to young controls (Masseguin et al. 2005). Overall, in aging as in other compromised states, the dwindling capacity of choroidal tissue to manufacture CSF follows closely the progressively-dissipating AQP1 expression in CP.

## Involvement of CP in Brain Fluid Imbalances and Restoration

Normally CSF flows uninterrupted through cavities and foramina in the ventriculo-subarachnoid system, to arachnoidal exit sites and eventually venous blood (Johanson 1998, Boulton et al. 1999, Pollay 2010). Simultaneously, the brain ISF percolates alongside cranial nerves and white matter fiber tracts. The ISF outflow destination is extrusion sites at the arachnoid-lymphatic interfaces with cerebral and spinal venous blood. Where major blood vessels penetrate the superficial cortex, the Virchow-Robin spaces allow mixing of ISF and CSF in the subarachnoid space, basal cisterns and ventricles (Johanson 1993, Tsutsumi et al. 2011). In healthy CNS with autoregulated cerebral blood flow, the unimpeded formation and reabsorption of both CSF and ISF enable a hydrodynamic balance of brain fluids. These balanced factors make possible a steady state of ICP.

In health, the appropriate expression of AQP1 in CP and AQP4 in brain capillary walls permits free transfer of water across the BCSFB and BBB. Consequently, with multiple balancing factors intact, the brain and ventricular systems are adequately perfused at blood, CSF and ISF pressures within a physiological range. Accordingly, the normal brain tissue volume and ISF pressure allow optimal neurotransmission.

Unfortunately, over a lifetime, sundry chemical and physical insults perturb this delicate balance in fluid turnover across the delimiting membranes that surround various CNS compartments. Hydrocephalus, intracranial hypertension and cerebral edema are fluid distortions that adversely affect synapse configuration and neuronal impulse conduction. When such fluid imbalances occur, ICP is altered—usually upward and occasionally life threatening. Below we discuss three states of fluid disruption: how they impact ICP and ventricular volume (Linninger et al. 2009), and how compensatory changes in AQP expression at compartmental interfaces help to restore normal pressure-volume relationships.

### Hydrocephalus

Hydrocephalus is excessive accumulation of CSF in the cerebral ventricles, usually leading to elevated ICP and brain water retention (Edwards et al. 2004). CSF accumulates when fluid outflow from the ventricles or across subarachnoid drainage sites is blocked or greatly impeded. Severely-rising ICP reduces blood flow into brain, causing stroke or cerebral ischemia. Therefore, it is imperative to lower ICP or prevent a further increase. When ICP is raised and cerebral interstitial (hydrocephalic) edema results, the CP and cortical capillary wall respond homeostatically by altering expression of AQP1 and AQP4, respectfully, at the BCSFB and BBB. Aquaporin expression at CSF transport interfaces (ependyma and pia-glia membranes) in some hydrocephalic states is also altered in response to ventricular water loading (Castaneyra-Ruiz et al. 2013).

Is CSF formation rate adjusted downward in response to a chronic rise in ICP? Biophysical and hormonal evidence point to homeostatically-reduced CSF production, by a feedback 'servomechanism' in hydrocephalus (Johanson et al. 2006). Altered ultrastructure and neuroendocrine responses by the choroidal epithelium reveal CSF pressure-sensitive phenomena (Weaver et al. 2004). Accordingly, as ICP increases,

atrial natriuretic peptide (ANP) is released from circumventricular neurohormonal regions (hypothalamic) into CSF for convective distribution to CP apically-located natriuretic receptors (Johanson et al. 2006). ANP then curtails CSF formation (Steardo and Nathanson 1987), ostensibly through a neuropeptide fluid-inhibitory action on AQP1 (Boassa et al. 2006) at the CSF face of CP epithelium. Collectively, these BCSFB findings integrate hormonal, structural and pharmacologic data conceptually supporting a servomechanism to regulate AQP1-mediated fluid transfer in high-pressure hydrocephalus (Johanson et al. 2006).

The servomechanistic model of ICP control, involving adaptive expression of AQP1 in CP, is strengthened by findings with AQP1 immunohistochemistry and mRNA transcription. Parallelism exists between water channel expression and CSF turnover. For clinical reasons, it is advantageous to explore human findings (Longatti et al. 2004). Informing on this matter, nature has 'run experiments' in the form of hydrocephalus and CP tumors. Accordingly, in papilloma and carcinoma the BCSFB is transformed and CSF dynamics stimulated (Haliasos et al. 2013). Greater CSF formation and enhanced AQP1 expression in CP occur in papilloma. In carcinoma, however, the increased blood supply (Haliasos et al. 2013), rather than upregulated AQP1 in the plexus, may better explain higher CSF production. Even though CP papillomas exhibit considerable heterogeneity in AQP1 expression (related to phenotype/genotype variability), some of these benign tumors display reduced AQP1 levels. This diminished expression is a presumed compensatory homeostatic response to the ↑ICP that accompanies tumor-associated hydrocephalus.

The adaptive level of AQP1 expression likely depends upon the pathophysiologic stage of hydrocephalus. For the adjustment, it seems reasonable to postulate that human CP AQP1 eventually downregulates to reduce CSF turnover and ICP. Indeed there is compiled evidence for this type of response (Kalani et al. 2012), regarding both primary obstructive hydrocephalus and CP tumors [complicated by secondary hydrocephalus, either obstructive (aqueduct/foramina occlusion by ventricular tumor bulk mass) or non-obstructive]. In the latter case, CP overproduces CSF (Smith et al. 2007) that is not completely reabsorbed. Additional information is needed to clarify AQP1 expression profiles in various CP tumors, in order to treat better the often-ensuing hydrocephalus.

Human CP AQP1 findings have prompted complementary animal investigations. Experimental hydrocephalic models allow sampling of multiple specimens concurrently from several transport interfaces and CSF. Then, AQP expression in various regions can be quantified. A common approach to create hydrocephalus is by injecting kaolin (aluminum silicate) into cisternal CSF just under the 4th ventricle. Subsequently, CSF outflow resistance increases proportionally to the degree of arachnoiditis appearing days-to-weeks post-injection. Ventricular expansion occurs as CSF outflow is compromised. ICP in kaolin-treated animals usually rises several millimeters of Hg before eventually adjusting back towards normal. Thus the kaolin model usefully describes the brain's adaptation to chronic, modest elevations in ICP. Based on evidence from hydrocephalus induction experiments, a role for CP in ICP homeostatic adjustments seems likely.

Significantly, the BCSFB and BBB aquaporin expression profiles respond *qualitatively* differently to kaolin-induced hydrocephalus. This reflects compensatory

fluid redistribution in reaction to the hydrocephalus water burden. In severe hydrocephalic states, AQP1 in CP epithelium typically *down-regulates* (Paul et al. 2011) whereas AQP4 in the BBB (astrocyte feet surrounding the capillary) usually *up-regulates* (Mao et al. 2006). Thus it appears that coordinated physiologic mechanisms react to reduce ICP in hydrocephalic animals by lowering the overall fluid burden: CSF flow into the ventricles *decreases* due to fewer inserted AQP1 channels in CP while, concurrently, brain ISF reabsorption *increases* because an enhanced number of inserted AQP4 channels in cortical capillary walls can clear excess water. Net result: water burden is unloaded from the CNS.

Another CP compensation to cope with hydrocephalus is to *shift* AQP1 protein from the apical membrane into endocytotic vacuoles that then move into cytoplasm. This reduces the secretory capacity of CP by removing 'water conduits' out of the microvillous apical membrane. Accordingly, even though the CP AQP1 *protein* level does not change in mouse kaolin-hydrocephalus (Wang et al. 2011), the AQP1 channel protein relocates from the CSF-facing membrane into vesicles that migrate to the choroid cell interior. In hydrocephalus, then, there are three AQP1-associated mechanisms in CP that lead to ICP reduction: (i) redistribution of AQP1 from apical membrane (physiologically active) to cytoplasm (inactive), (ii) downregulation of AQP1 mRNA (leading to fewer channels for insertion into apical membrane), and (iii) inhibition of AQP1 channel conductance by CSF-borne ANP that is reflexly increased when ICP rises.

## Intracranial Hypertension

Another condition featuring a sustained rise in ICP is intracranial hypertension (IH). Occurring mainly in young, overweight female adults, IH etiology is incompletely understood. Curiously in IH, unlike hydrocephalus, there is usually no ventriculomegaly. This differential CSF pattern of hydrodynamics, i.e., ICP-ventricular volume relationships in IH vs. hydrocephalus, informs on the nature of fluid redistribution and the etiology of IH. Fluid formation by CP, the arachnoidal resistance to CSF egress, and ISF pressure in brain (edema present or absent), are all composite factors affecting ventricular volume and pressure. Thus, both choroidal and extrachoroidal factors are implicated in IH onset: (a) CP hypersecretion of CSF, (b) arachnoidal deficits in CSF reabsorption, and (c) brain ISF accumulation. Factors *a*, *b* and *c* are not mutually exclusive and indeed are probably functionally interactive.

### *CP Hypersecretion of CSF*

A well-known postulated cause of IH is oversecretion of CSF by CP (Gideon et al. 1994). Evidence demonstrating enhanced AQP1 expression in CP of uncompensated IH patients, or in animal ICP models that mimic IH, would support the notion of persistent CSF hypersecretion.

Here we focus on the putative CP hypersecretory role in IH (Iencean 2003). CP mass effect has been examined, the rationale being that an individual with a greater amount of CP tissue (per unit volume of ventricle) would have a larger total number

of AQP1 channels to generate proportionally more CSF than normal. However, CT studies of IH patients undergoing clinico-imaging morphometric analyses revealed no evidence for choroidal tissue burden correlating with the degree of ICP (Horsburgh and Massoud 2013).

Another fluid dynamic hypothesis for IH is that certain therapeutic agents, such as corticosteroids, increase CSF formation rate. This is predicated on substantial evidence that steroids enhance transcellular water transport, most likely by upregulating AQP1 (Stoenoiu et al. 2003, Devuyst et al. 2005, de Arteaga et al. 2011). Water transport across peritoneal capillaries (rate-limiting step) (Devuyst and Rippe 2013) increases when AQP1 expression rises but decreases when AQP1 levels fall. [CP water transfer is more rate-limiting in the epithelium, less so in the highly permeable choroidal capillaries.] The upregulatory AQP1 response to corticosteroids is related to the glucocorticoid response element in aqp1 (chromosome 7) (Moon et al. 1997). That patients treated with corticosteroid drugs develop an IH-like syndrome supports the notion of a corticosteroid usage link to CP hypersecretion and CSF hypertension (Walker and Adamkiewicz 1964).

A retinoic acid response element (RARE) upregulates the AQP1 gene. In the AQP1 promoter, RARE is present in the –2218 to –2202 region (Umenishi and Schrier 2002). Intracranial hypertension patients have a nearly 10-fold elevation of retinoic acid (RA) in CSF (Tabassi et al. 2005). All-trans-RA (ATRA) and 9-cis-RA (9CRA) both strongly induce AQP1 mRNA and protein dose-dependently. Human ATRA therapy (Takeoka et al. 2004), as well as of RA in CSF in IH enhances expression of CP AQP1. This leads to CSF overproduction in humans.

It would be enlightening to obtain CP tissue from IH patients, say, autopsied specimens or residual plexus snagged in shunting catheters, to ascertain if AQP1 is upregulated as a primary disease factor. [On the other hand, as the IH disorder progresses and ICP steadily rises, the AQP1 expression may eventually downregulate to lower CSF pressure.] Answers to queries about human CP expression patterns would guide a therapeutic approach to IH, i.e., whether or not (and when) to administer AQP1-modifying agents to CSF.

### *Arachnoidal Deficits in CSF Reabsorption*

An alternative but not mutually exclusive explanation for IH is curtailed CSF drainage across arachnoid membranes into venous sinuses. This would manifest as increased CSF outflow resistance. Do aquaporin channels participate in CSF clearance across arachnoid villi, possibly in a manner similar to renal tubule fluid reabsorption via aquaporin channels? Altered drainage of CSF in IH (if extant) is evidently not mediated by reduced AQP1 expression in the arachnoid tissue that pouches into the dura mater. This seems likely because there is a reported lack of AQP1 normally at the CSF-venous interface in arachnoid villi (Johnson and O'Connell 2013). Clearly, with pharmacotherapy in mind, there is a great need for systematic studies of AQP expression in arachnoid villi and surrounding tissue.

Another CSF drainage route not involving arachnoid villi is the cranial nerve sheath-subarachnoid space-lymphatic nexus. Cranial perineum (an arachnoid extension) in the mouse mandible displayed colocalized AQP1 and lymphatic

endothelium (LYVE-1 immunoprobe). This intimates that CSF flow into cranial lymph vessels (dural) is facilitated by isoform-specific water channels (Furukawa et al. 2008). Water molecules in CSF ultimately draining into the more distal lymph nodes are reabsorbed into the high endothelial venules containing AQP1 (Ohtani and Ohtani 2008). This projected pathway completes the circuit of CSF originating as flow through CP AQP1 channels into the ventricles and brain ISF, then percolating downward along cranial nerve sheaths (through lamina cribrosa) into lymphatic capillaries, and finally distributing to the superior cervical ganglion lymph node for reabsorption into venous blood. Extensive blockage of CSF-lymph flow at any point along the drainage axis would cause cranial CSF retention and a subsequent ICP increment. In sum, then, AQP1 channels convey fluid that is both secreted, and reabsorbed, respectfully, at the proximal (CP) and distal (arachnoid) regions of the CSF circulatory system.

### *Brain ISF Accumulation*

Another factor causing or complicating IH is brain ISF edema that contributes to ↑ICP. Edema results from modified bidirectional water fluxes, facilitated by AQP4, at the ependyma and BBB. Early in IH, there is likely increased transependymal water distribution into brain from CSF (ultimately derived from CP); and reduced water reabsorption by cerebral microvessels (secondary to augmented cerebral venous sinus pressure). Consequently, in IH there is an increase both in brain ISF volume (Gideon et al. 1994, Iencean 2003) and turgor pressure. Hypothetically, the increased interstitial pressure triggers a series of physiologic adjustments, including adaptive changes in AQP expression. To compensate for IH edema, it is teleological to think that AQP4 upregulates at both the ependyma (promoting greater flow of brain ISF into ventricular CSF) and at the BBB (to clear excess ISF into capillaries). Awaiting clarification is whether local changes in osmotic pressure gradients also drive adaptive changes in water redistribution, to alleviate the elevated ICP. Knowledge of aquaporin expression in *human* CP, ependyma and brain capillaries can elucidate CNS fluid redistribution mechanisms in IH. In parallel, though, sound research with *animal* models of IH is expected to generate relevant information for water channel status.

## Cerebral Edema

Brain edema occurs not only in hydrocephalus and IH, but also in stroke, traumatic brain injury (TBI) and hyperthermia. In hydrocephalus and IH, the cerebral edema is interstitial rather than vasogenic (caused by injury to cortical endothelia) as in physical brain injuries. Consequently, the reactionary changes in aquaporin expression profiles in parenchyma and vasculature vary with the abovementioned disorders. While beyond the scope here to cover BBB aquaporin expression in various brain insults, it is worthwhile exploring the CP epithelial response to the ↑ICP and altered CSF neurochemistry in ischemic stroke (Palm et al. 1995), TBI (Johanson et al. 2003) and hyperthermia (Sharma et al. 2006).

Injury states are multiphasic. They include a recovery stage in which the ↑ICP (from many major insults to brain) needs downward adjustment by reducing CSF

volume. A key target for modifying ICP, either endogenously or pharmacologically, is the CP secretory apparatus. By decreasing CSF flow into the ventricles, the ICP is lowered. Following injury, the CP is biosensitive and reactive (homeostatic changes in mRNA) to changes in ICP and CSF/ISF chemical composition (Johanson et al. 2010). Hormones and growth factor secretions from CP expedite repair of injuries at sites distant from the BCSFB (Walter et al. 1999, Gonzalez et al. 2011, Podvin et al. 2011). These endogenous healing agents are made accessible to neurons by bulk flow of CSF to distant CNS regions (Johanson et al. 2003, Johanson et al. 2010). Neuropeptide hormones and serotonin released from circumventricular areas (e.g., hypothalamus and ependymal wall) into CSF, in reaction to raised ICP, are convected to CP apical membrane receptors to downregulate CSF production (Brusco et al. 1998, Johanson et al. 2006, Johanson 2008). One example is ANP (Johanson et al. 2006), a neuropeptide modulator of AQP1 channels (see pharmacology section below).

While clinical control of acutely-elevated ICP and brain edema has been multimodal and modestly successful with diuretic agents (Dennis and Mayer 2001), still, new CP-sensitive agents (Sharma et al. 2006, Sharma and Johanson 2007) are needed to restore the CSF-ISF dynamic balance upset in periventricular edema. The role of aquaporin expression changes at the BCSFB in ischemia, TBI and hyperthermia, and how they impact recovery of damaged ventricles and adjacent edematous brain, are understudied research areas that deserve attention.

## Agents or Conditions that Modulate AQP1 Expression/Activity

Analysis of endogenous agents that affect AQP1 phenomena helps to develop novel drug regulators of isoform-specific water channels. Whereas *suppressing* CP AQP1 seems desirable to treat CSF hypertension and relieve fluid overloads, conversely, there may be indications for *enhancing* AQP1 and fluid formation (Johanson et al. 2004). An example of the latter is countering a diminished CSF turnover rate, to benefit neural function, by increasing CSF clearance of retained interstitial catabolites (as in dementia). The importance of enhanced CSF-ISF turnover rate for nocturnal brain metabolism (catabolite removal) has recently been stressed (Xie et al. 2013). Therefore, we now discuss both up- and down-regulation of AQP1 expression as well as pharmacologic modulation of water channels to modify brain fluid turnover rate.

Several types of epithelia and endothelia have been analyzed for expression responses to stressors and stimuli. Observations in extraneural tissues help to contextualize expression phenomena in CP and ependymo-arachnoid tissues. Conditions that increase AQP1 levels can be documented for several epithelia. Kidney genes for AQP1 and AQP2 upregulate in response to ascites in cirrhosis. Terlipressin, for treating ascites, reduces the upregulated expression of AQP2 but not AQP1. These differential responses encourage pursuit of pharmacologic control at the isoform-specific level (Huang et al. 2012). Placental epithelial water transfer has been studied with a trophoblast model. Incrementing the cell cAMP concentration, by forskolin treatment, stimulated a proportionate rise in trophoblast AQP1 levels. On a related point, boosting cAMP in CP epithelium enhanced Cl transport into CSF, a major step in fluid production (Deng and Johanson 1992). Finally, AQP1 is highly expressed in

CP of spontaneously hypertensive rats (SHR) (Tomassoni et al. 2010); this is consistent with a greater CSF formation rate in SHR (Al-Sarraf and Philip 2003) associated with upregulated epithelial water channels.

Endothelial AQP1 is also upregulated in a variety of states. Myocardial AQP1 is augmented after cardiac surgery trauma, leading to edema in heart muscle (Yan et al. 2013). AQP1 in fenestrated capillary endothelium of CP and other circumventricular organs (e.g., pineal gland and median eminence) (Wilson et al. 2010) likely expedites water transfer from plasma to underlying interstitium to meet the great demand of fluid input to the epithelium. Yet to be examined is the role of CP endothelial AQP1 in promoting (and perhaps resolving) edema formation at the BCSFB injured either chemically or physically (Sharma et al. 2006). Estrogen promotes tubulogenesis by inducing AQP1 mRNA in endothelial cells; this action is mediated via stimulation of an estrogen-responsive element in the AQP1 gene (Zou et al. 2013). Hypoxia (chronic, 6 wk) increases AQP1 in the rat ocular system (choroid-retina) (Kadam et al. 2013); this may foster angiogensis, and the adaptive neovascularization would increase capillary density to support AQP1-related fluid functions.

On the other hand, many conditions or agents *reduce* AQP1 expression. A high-sodium diet reduced AQP1 expression in rat proximal tubule (Della Penna et al. 2012); this induction was prevented by losartan, an Ang II receptor antagonist for high blood pressure. Acute ischemia lowered expression of AQP1 transcript and protein in cardiac endothelial cells (Rutkovskiy et al. 2013). TNF$\alpha$, an inflammatory cytokine, decreased AQP1 protein expression in B6-RPE07 cells of mouse retinal pigmented epithelium (RPE) (Motulsky et al. 2010). Eye RPE cells are similar to CP epithelium in protecting nearby neurons via homeostatic fluid secretions.

Pharmacologic interruption of AQP1-mediated processes covers a wide range of agents. Diethylstilbestrol, an estrogen function disruptor, decreased AQP1 in the testes efferent duct; the resultant blockage of testicular fluid reabsorption led to tubule swelling (Fisher et al. 1998). Agmatine, formed by L-arginine decarboxylation, reduced cerebral edema in part by decreasing expression of AQP1 (Kim et al. 2010). Because CNS AQP1 expression is mainly in CP, this raises the question of whether agmatine decreases choroidal fluid turnover and, by reducing CSF hydrostatic pressure, facilitates clearance of edema fluid from brain ISF into the ventriculo-subarachnoid drainage spaces. Finally, curcumin in turmeric spice has a wide spectrum of inhibitory properties, including AQP3 channel blocking. Curcumin downregulated AQP1 in cultured CP cells dose-dependently (Nabiuni et al. 2013), suggesting a role in curtailing CSF formation. Curcumin also attenuates cerebral edema secondary to traumatic brain injury (Laird et al. 2010). Research needs to address postulated inhibition by curcumin at the BCSFB to reduce intraventricular pressure, thereby enhancing CSF sink action (drainage) on excess brain ISF (Johanson et al. 2008).

The aquaporin modulation examples cited above indicate that fluid disequilibration or re-equilibration occurs after actions of chemicals or hormones on AQP1 channels. These recent observations in aquaporin research encourage identification of medicinal agents to facilitate or block water channel function.

## Should Diuretics that Regulate CSF Formation Rate Be Supplanted with Newer Drugs That Directly Interfere with Water Channels?

Currently, the pharmacologic armamentarium for regulating CSF production by CP is limited to *diuretic-type agents* (Johanson et al. 2008). CSF flow can be reduced, and elevated ICP consequently relieved, by agents interfering with CP enzyme activities (e.g., acetazolamide and topiramate inhibition of carbonic anhydrase) (Johanson 1984) and interrupt epithelial Cl secretion (e.g., bumetanide and furosemide inhibition of Na-K-Cl cotransport) (Johanson et al. 1990). Common to these agents is an aryl sulfonamide group (Huber et al. 2012), a drug moiety with potential to modify the functional state of aquaporins 1, 4 and other isoforms (Fig. 5).

Another candidate inhibitor of CSF formation is ANP (Johanson et al. 2006), also a modifier of kidney function by effecting compensatory natriuresis. ANP is a well-known hormonal regulator of extracellular fluid volume (reduction) by inhibiting Na and water transport.

The five aforementioned diuretic/natriuretic agents exert multiple actions on epithelial cells (choroidal, renal, etc.), including effects on aquaporin channels in various organs. Sulfonamide and hormonal agents discussed below are useful tools for elucidating aquaporin and non-aquaporin mechanisms of action to alter water transfer across kidney and CP epithelial membranes. Knowledge of the active moieties (e.g., aryl sulfonamides) of long-standing drugs also expedites *in silico* modeling (Huber et al. 2012) for creating a new generation of agents that finely modulate aquaporin activity (Migliati et al. 2009, Baetz et al. 2012).




**Figure 5.** Chemical structures of established and newer agents that interfere with aquaporin water channels. TGN-020 [2-(nicotinamide)-1,3,4-thiadiazole], a potent AQP4 inhibitor, reduces cerebral edema after ischemia (Igarashi et al. 2011); $^{11}$C labeling of TGN-020 allows PET imaging of AQP4 in mouse BBB (Nakamura et al. 2011). Acetazolamide, bumetanide and furosemide: longstanding CSF-formation inhibitors with a sulfonamide (-$SO_2$NH2) group. AqB013, a bumetanide derivative; selectivity for AQP4 > Na-K-Cl cotransporter (Migliati et al. 2009). NSC670229, 1 of 4 compounds in NCI chemical library that differentially inhibits water transport via AQP1 & AQP4 (Mola et al. 2009). Reproduced with permission from V. Huber (Huber et al. 2012).

Because translational AQP research is in its infancy, it will take time to explain apparent contradictions in the reported efficacies of diuretic agents on water channels (Yang et al. 2008). Discrepancies in test results presented below, however, are likely attributable to experimental preparation (*in vitro* vs. *in vivo*), cell type (epithelial vs. endothelial), hormonal state, age, dose, drug exposure time, or administration route of test agent.

## Acetazolamide

For half a century, acetazolamide has been used by neurosurgeons and neuro-opthalmologists to curtail CSF formation rate when treating high-pressure hydrocephalus and chronic IH. Short-term employment of acetazolamide (Diamox) has benefited *acute* situations of ↑ICP, e.g., obstructive hydrocephalus, to 'buy time' for shunting set-up. By inhibiting carbonic anhydrase (an enzyme that fuels CSF secretion by generating bicarbonate), acetazolamide *increases* choroid cell pH by 0.4 unit (Johanson 1984, Johanson and Murphy 1990) and suppresses $Cl^-$ (and $HCO_3^-$) efflux from CP to ventricular CSF (Smith and Johanson 1991, Johanson et al. 1994). Acetazolamide usage *chronically* for managing IH is problematic due to side effects (Mincione et al. 2008, Biousse et al. 2012). Accordingly, the search continues for novel agents and molecular targets to inhibit CSF production by CP.

Cumulative evidence indicates that an action of acetazolamide, perhaps the major one, is to inhibit or suppress expression of AQP1 channels. AQP1 promotes angiogenesis in response to myocardial ischemia; however, AQP1 mRNA induction by day 3 post-ischemia is tempered by acetazolamide curtailment of AQP1 expression (Ran et al. 2010). AQP1 is also implicated in cell growth and migration, and is therefore of oncological interest. Xenografted tumor growth (colon) in nude mice *in vivo* is thwarted ~90% by acetazolamide, an effect attributed to inhibition of AQP1 mRNA and protein (Bin and Shi-Peng 2011). Of interest is whether AQP1 downregulation following exposure of myocardial and colonic cells to acetazolamide in these models is mediated, in part, by cellular alkalinization from carbonic anhydrase inhibition *in vivo* (Johanson and Murphy 1990). The AQP1 system is sensitive to pH changes.

In AQP1 modulation studies, small organic molecules have been examined for ability to interfere with (e.g., block) the water channel. Acetazolamide and chemically-related compounds are of great interest to evaluate AQP1 function. Acetazolamide inhibition of AQP1 (cRNA produced/inserted) in *Xenopus* oocytes ($K_m$ in low micromolar range) significantly reduced water transport (Ma et al. 2004). In RNA-loaded HEK cells, acetazolamide-inhibition of AQP1 (rat) also decreased osmotic water flow; moreover, acetazolamide binding to AQP1 was established by surface plasmon resonance, and a $K_D$ of 174 μm determined by *in vitro* binding (Gao et al. 2006). Similar experimentation, using *Xenopus* assay (Huber et al. 2012) or liposomes (Tanimura et al. 2009), revealed that AQP4 channels are also inhibited (reversibly) by acetazolamide. Thus there is considerable evidence, though not complete concurrence (Yang et al. 2008), from experimental findings suggesting that water flow across both AQP1 and AQP4 in human CNS is diminished by acetazolamide treatment of patients.

## Topiramate

As a sulfonamide agent, topiramate inhibits carbonic anhydrase, but less potently than acetazolamide (Dodgson et al. 2000). Still, topiramate is used for IH therapy of ICP elevation, with clinical effectiveness matching that of acetazolamide (Celebisoy et al. 2007). In basic research, topiramate has been less studied than acetazolamide, especially regarding CP ion transport and CSF formation. However, topiramate decreased sweat secretion (independent of carbonic anhydrase inhibition) and lowered AQP5 expression in sweat glands; this intimates reduced water flux via AQP water channels (Ma et al. 2007). Employing *in silico* and *in vitro* binding approaches, Huber and colleagues hypothesized that topiramate slows water flux in AQP4 channels (Huber et al. 2009). This fits the working model that substances with an aryl sulfonamide motif (Fig. 5) have therapeutic potential to adjust water flux through aquaporins.

## Furosemide

Furosemide greatly reduces turnover of Na, Cl and fluid (water + ions) from blood to CSF, via transport across CP (Lorenzo et al. 1986, Johanson et al. 1992a, Johanson et al. 1994). Interestingly, furosemide does not reduce CSF formation when given i.v., thus having limited access (due to the BCSFB) to the apical membrane of CP containing AQP1 and the Na-K-Cl cotransporter (Miller et al. 1986). This loop diuretic agent, however, decreases CSF formation when infused into the ventricles, having access to apically-located AQP1 (Johanson et al. 2008), Na-K-Cl cotransport, and carbonic anhydrase (all of which furosemide inhibits) (McCarthy and Reed 1974, Johanson et al. 1990).

Furosemide was tested for ability to modify water permeation through human AQP1 channels transgenetically expressed/inserted into the *Xenopus* oocyte membrane. By imposing anisotonic gradients across the oocyte external limiting membrane, and then measuring water flux through AQP1 in response to a series of altered osmotic gradients, Ozu and colleagues observed that AQP-1 channels (without furosemide) behaved as a perfect osmometer; when furosemide was introduced intracellularly (assuring drug access to intracellular AQP1 binding sites), there was significantly inhibited water flux (Ozu et al. 2011).

Oocyte AQP1 functions, tested with agents having putative ability to inhibit water transfer, help to interpret water transport in various epithelia. Renal findings indirectly shed insight on CP-CSF water dynamics, i.e., the relationship between fluid-associated ion transporters and AQP1. Compiled CP epithelial data (addressed above) reveal coupling or close interaction between AQP1 and the expression, or functional activity, of ion transporters involved in CSF formation. Similarly, in SHR rats, there is simultaneously-upregulated AQP2, Na-K-ATPase and Na-K-Cl cotransport in the inner medulla where tubular fluid transfer is distorted (Sonalker et al. 2004). Accordingly, AQP fluid-transfer models for CP and other epithelia should characterize the complex, but circumscribed operational relationships between ion transporters and AQP water transfer functions. By thus providing additional physiologic information, this may lead to efficacious multi-drug pharmacologic regimens.

## Bumetanide

Bumetanide, like furosemide, is a loop diuretic that suppresses water turnover in kidney and CP. These agents interfere with Cl binding to the Na-K-Cl cotransporter, but likely exert other effects. Bumetanide reduces ion fluxes via the apical cotransporter at the BCSFB (Bairamian et al. 1991), which translates into less CSF formation (Javaheri and Wagner 1993). Both bumetanide and furosemide are considerably more effective at decreasing water flow across CP when presented intraventricularly on the CSF side of the epithelium. This is due to the basolateral-tight junction complex in CP that restricts diffusion of water-soluble agents (administered i.v., i.p. or s.c.) from blood to CSF (Johanson and Woodbury 1978).

Does bumetanide alter water flux through AQP1 at the BCSFB? Although this query has not been tested directly on *in vivo* CP, experiments on other epithelia provide clues. Accordingly, in nephrosis induced by adriamycin (a state in which urine-concentrating ability is attenuated by compromised tubular water flux) there is *reduced expression* of AQP1 (the major water channel in the loop of Henle) and the bumetanide-sensitive Na-K-Cl cotransporter (that normally creates an osmotic gradient across the tubule membrane).

Direct evidence for a bumetanide-AQP1 inhibition of water flux comes from *in vitro* investigations with *Xenopus* eggs. Thus, Migliati et al. demonstrated in oocytes that bumetanide (100 µm, applied extracellularly) decreased water influx; a greater inhibition of water diffusion occurred when the drug was placed intracellularly, closer to the AQP1 cytoplasmic binding site (Migliati et al. 2009). Bumetanide decreases both CSF formation (Javaheri and Wagner 1993) and cerebral edema after stroke injury (an inhibited Na-K-Cl cotransporter effect). Therefore, it is tempting to think that this 'loop agent' curtails water traffic through CNS water channels, as well as inhibiting Na-K-Cl cotransport (O'Donnell et al. 2004).

Nearly four dozen bumetanide derivatives have been tested on oocytes expressing human and rat aquaporins. Particularly effective was the 4-aminopyridine carboxamide analog, AqB013, which inhibited AQP1 and AQP4 ($IC_{50}$ ~20 um) applied extracellularly (Migliati et al. 2009). The 'extracellular sensitivity' could be advantageous for obtaining *in vivo* actions of certain drugs applied systemically. Evidently the putative binding site for AqB013 is the internal vestibule of the water pore; this region contains amino acid residues located in the AQP loop D gating domain (Yool et al. 2010). This new agent, AqB013, may therefore serve as a guide for developing additional agents to modify the gating domain of aquaporins.

## Atrial Natriuretic Peptide (ANP)

Following ANP receptor binding, there are downstream effects via cGMP to reduce water flow through AQP1 channels in CP. The result is curtailed CSF formation. Using cultured CP cells, Boassa et al. found that ANP presented to the 'synthetic CSF' culture medium alters ion conductance of AQP1 and decreases secretion of CSF *in vitro* (Boassa et al. 2006). This natriuretic hormone effect on AQP1 is indirect and mediated through ANP receptor stimulation and consequent cGMP generation.

Unlike aryl sulfonamide agents that act directly on AQP non-transmembrane segments (domains), the ANP action on AQP-1 is mediated through stimulation of a natriuretic peptide receptor (NPR) on the cell surface. To elucidate mechanistic effects on water channels, antagonists of NPR are available as competitive inhibitory tools: S-142-1, a polysaccharide compound (Zhang et al. 1994) and anantin, specific for receptor subtype NPR-A (Maeda et al. 2013). Increased CSF formation rate from treatment with S-142-1 and anantin would be expected if there is, as expected, a normal inhibitory tone exerted on CP epithelial NPR's by ANP. An important pharmacologic goal is to be able, using aryl sulfonamides and ANP analogs, to titrate CSF formation rate both up and down.

## Concluding Remarks and Future Projections

Numerous studies implicate a role for AQP1 and AQP4 as channels in barrier interfaces that mediate water transfer into and out of the CNS. However, the precise role(s) of AQP1 in CP await clarification. Many physiologic questions need answers: Does AQP1 participate normally in CSF formation by CP, or is its role primarily one that helps to adjust water balance after injury to the CSF-brain nexus? If AQP1 has a role in normal CSF formation, what proportion of the total CSF output occurs via the water channels; and does this fraction change with diurnal and nocturnal rhythms? What are the cytosolic factors, e.g., choroid cell pH, which regulate the open/closed states of AQP1 channels at the BCSFB? Are there extrinsic neurohormonal factors, e.g., ANP, that modulate AQP1 water channel activity? And finally, is the expression of AQP1 in CP regulated by circulating systemic as well as central/CSF factors?

Several lines of evidence support the hypothesis that choroidal AQP1 is linked to CSF dynamics, at least under particular experimental conditions. In certain murine K.O. experiments, there are consequent *reductions* in CSF formation rate, ICP and osmotic fluid flow across the BCSFB (Oshio et al. 2003, Oshio et al. 2005). In animal hydrocephalus models, an apparently compensatory decrease in CSF formation and ICP (Weaver et al. 2004) is often accompanied by reduced expression of CP AQP1 channels, or their displacement from the apical membrane to the cytosol (for functional inactivation) (Owler et al. 2010, Filippidis et al. 2011, Wang et al. 2011, Kalani et al. 2012). In aging animals, there is lowered CSF formation rate (Johanson et al. 2008) and reduced CP AQP1 expression (Masseguin et al. 2005).

Still, the overall evidence for a tight relationship between AQP1-CSF formation is not congruent because in at least one AQP1 K.O. experiment in mice (Igarashi et al. 2014), water flux into the ventricles (assessed by MRI) was evidently not altered; this observation needs reconciliation with the Manley laboratory findings (Oshio et al. 2005). Moreover, the exact linkage (or not) between active CP Na secretion and water flux from blood into the ventricles, especially in humans (Sweet et al. 1948, Sweet et al. 1950), awaits elucidation. The most complete models of CSF dynamics will include not only CP secretory AQP1 but also ependymal (periventricular) AQP4 channels that mediate water movement between brain and CSF (Igarashi et al. 2014).

Comparative analysis of CP with other epithelia sheds light on possible *common denominators* of function. Upregulation of AQP1 channels in proximal tubule (PT) and

peritoneal membranes are associated with greater fluxes of water (Bouley et al. 2009, de Arteaga et al. 2011) to maintain the chemical stability of plasma. In addition to the paracellular transfer of water in the kidney tubule, AQP1 in the epithelial cells of PT and descending limb is associated with the normal *reabsorption* of water filtered across the glomerulus. Because CP functions like a 'reverse PT', the choroidal AQP1 channels (by analogy) would be expected to have a *secretory* function. Salivary gland, because of its secretory ability, is another interesting AQP1-containing tissue for epithelia comparisons. In minipigs, the parotid epithelial tissue destroyed by irradiation loses its ability (up to 85%) to elaborate saliva; however, the salivary flow can be restored close to normal by transfecting (via adenovirus) hAQP1 cDNA into the damaged gland (Gao et al. 2011). This reproducible functional restoration in parotid tissue raises the possibility that fluid turnover (e.g., CP-CSF formation, when hypodynamic) might be boosted by transfection with hAQP1 cDNA. However, before water transfer in any epithelial tissue can be therapeutically manipulated by altering AQP1 expression, considerably more basic experimentation is essential.

For the past two decades, aquaporin research has mainly identified a dozen isoforms as well as provided a descriptive physiology of AQP function in a plethora of cell and tissues. Currently the regulation of water channels by endogenous agents is being widely investigated. Evaluating these diverse regulatory phenomena serves as the rational basis for developing pharmacologic agents to modulate water transfer. Acetazolamide is drawing a lot of interest due to its ability to inhibit water channels and interrupt fluid flow across various epithelial membranes. This CSF-inhibiting agent, together with a group of other aryl sulfonamide agents, is providing a pharmacologic base from which to develop newer generations of related drugs.

Precise control of CSF dynamics has been an elusive therapeutic accomplishment. For decades, pharmacologic control of CSF turnover across CP has been sought, with limited success, by using diuretic-type agents. Acetazolamide (Diamox) is the CSF inhibitor prototype agent, or 'gold standard', but the 'gold' has impurities in the form of undesirable side effects related to carbonic anhydrase inhibition. Acetazolamide disrupts plasma chemistry, and also distorts choroid epithelial cell volume, pH and inorganic ion concentrations (Johanson and Murphy 1990).

A great need exists for new CSF flow-regulatory agents that do not severely alter cellular and extracellular fluid ion composition. Drugs that modify water flux through aquaporins show promise. Currently-used aryl sulfonamide agents (i.e., acetazolamide, furosemide, bumetanide and topiramide) unfortunately cause redistribution of ions across CP membranes; this contributes to adverse side effects. It is essential that a *new generation* of derivatives of these same agents minimizes chemical imbalances; in this regard, AqB013 is encouraging in having a low potency of ~20% in inhibiting the Na-K-Cl cotransporter (compared with bumetanide at ~90%) while it substantially inhibits water flow through AQP1 and AQP4 (Migliati et al. 2009). A direct effect of AqB013 on AQP1 was demonstrated in retinal pigmented epithelium (RPE) where this agent prevented cGMP- and ANP-stimulated fluid reabsorption (Baetz et al. 2012). Consequently, AqB013 and analogs may attenuate more specifically both reabsorptive (RPE) as well as secretory (CP) fluid transfer.

Many CNS diseases/disorders cause severe fluid distributional imbalances in the brain-CSF nexus of compartments, leading to morbidity and mortality. The ability of

physicians to tune more finely the water re-distribution among blood, brain and CSF, when treating diseases, is a cherished goal. In stroke, trauma and hyperthermia, as well as in hydrocephalus and intracranial hypertension (*pseudotumor cerebri*), there is a compelling need to suppress CSF formation while simultaneously increasing outward clearance of brain edema fluid; as an outcome, the elevated ICP is brought down to a viable level. Chemical and hormonal manipulation of AQP1 and AQP4, respectively, should help to achieve this goal at the BCSFB and BBB.

On the other hand, there are CNS disorders in which pharmacologically-*enhanced* CSF turnover might benefit the brain by facilitating removal (sink or drainage effect) of harmful catabolites and injurious misfolded proteins. Examples are Alzheimer's disease, normal pressure hydrocephalus (NPH) and severe sleep-deprivation; at least some of these subjects have defective CSF composition and flow. Xie and colleagues recently proposed that increased CSF and ISF flow (endogenous, not pharmacological) during nocturnal sleep promotes brain health and functioning (Xie et al. 2013). Pharmacologic boosting of CSF turnover rate may eventually be applied to the aforementioned compromises in brain fluid dynamics. Melatonin stimulates CP epithelial secretion (Decker and Quay 1982) and consequently should be investigated for AQP1expression; if upregulation occurs at the BCSFB, this would fit MRI observations of enhanced CSF flow in humans at night (Nilsson et al. 1994). Clearly, investigations of AQP-1 channel properties and new aquaporin-modifying drugs are cutting-edge areas of neuroscience and pharmaceutical research.

## Acknowledgements

Gratitude is expressed to N. and J. Johanson for assistance in preparing this manuscript, and to R. Spector, V. Huber, L. Castaneyra-Ruiz and R. Gonzalez for critical reading of this review. The author thanks the National Institutes of Health for awards NS RO1 27601 and NIA RO1 AG027910, which enabled procurement of experimental data for publications cited in this chapter.

## References

Agnati, L. F., B. Bjelke and K. Fuxe. 1995. Volume versus wiring transmission in the brain: a new theoretical frame for neuropsychopharmacology. Med. Res. Rev. 15: 33–45.

Agre, P., G. M. Preston, B. L. Smith, J. S. Jung, S. Raina, C. Moon, W. B. Guggino and S. Nielsen. 1993. Aquaporin CHIP: the archetypal molecular water channel. Am. J. Physiol. 265: F463–476.

Al-Sarraf, H. and L. Philip. 2003. Effect of hypertension on the integrity of blood brain and blood CSF barriers, cerebral blood flow and CSF secretion in the rat. Brain Res. 975: 179–188.

Angeletti, R. H., P. M. Novikoff, S. R. Juvvadi, J. M. Fritschy, P. J. Meier and A. W. Wolkoff. 1997. The choroid plexus epithelium is the site of the organic anion transport protein in the brain. Proc. Natl. Acad. Sci. U.S.A. 94: 283–286.

Baetz, N. W., W. D. Stamer and A. J. Yool. 2012. Stimulation of aquaporin-mediated fluid transport by cyclic GMP in human retinal pigment epithelium *in vitro*. Invest. Ophthalmol. Vis. Sci. 53: 2127–2132.

Bairamian, D., C. E. Johanson, J. T. Parmelee and M. H. Epstein. 1991. Potassium cotransport with sodium and chloride in the choroid plexus. J. Neurochem. 56: 1623–1629.

Benfenati, V. and S. Ferroni. 2010. Water transport between CNS compartments: functional and molecular interactions between aquaporins and ion channels. Neuroscience 168: 926–940.

Bering, E. A., Jr. 1955. Choroid plexus and arterial pulsation of cerebrospinal fluid; demonstration of the choroid plexuses as a cerebrospinal fluid pump. AMA Arch. Neurol. Psychiatry 73: 165–172.

Bering, E. A., Jr. 1962. Circulation of the cerebrospinal fluid. Demonstration of the choroid plexuses as the generator of the force for flow of fluid and ventricular enlargement. J. Neurosurg. 19: 405–413.
Berry, C. A. and A. S. Verkman. 1988. Osmotic gradient dependence of osmotic water permeability in rabbit proximal convoluted tubule. J. Membr. Biol. 105: 33–43.
Bin, K. and Z. Shi-Peng. 2011. Acetazolamide inhibits aquaporin-1 expression and colon cancer xenograft tumor growth. Hepatogastroenterology 58: 1502–1506.
Biousse, V., B. B. Bruce and N. J. Newman. 2012. Update on the pathophysiology and management of idiopathic intracranial hypertension. J. Neurol. Neurosurg. Psychiatry 83: 488–494.
Boassa, D., W. D. Stamer and A. J. Yool. 2006. Ion channel function of aquaporin-1 natively expressed in choroid plexus. J. Neurosci. 26: 7811–7819.
Bondy, C., E. Chin, B. L. Smith, G. M. Preston and P. Agre. 1993. Developmental gene expression and tissue distribution of the CHIP28 water-channel protein. Proc. Natl. Acad. Sci. U.S.A. 90: 4500–4504.
Bouley, R., Z. Palomino, S. S. Tang, P. Nunes, H. Kobori, H. A. Lu, W. W. Shum, I. Sabolic, D. Brown, J. R. Ingelfinger and F. F. Jung. 2009. Angiotensin II and hypertonicity modulate proximal tubular aquaporin 1 expression. Am. J. Physiol. Renal Physiol. 297: F1575–1586.
Boulton, M., M. Flessner, D. Armstrong, R. Mohamed, J. Hay and M. Johnston. 1999. Contribution of extracranial lymphatics and arachnoid villi to the clearance of a CSF tracer in the rat. Am. J. Physiol. 276: R818–823.
Bradbury, M. 1979. The Concept of a Blood-Brain Barrier. Wiley and Sons, Ltd, Chichester.
Bradbury, M. W. and H. Davson. 1964. The transport of urea, creatinine and certain monosaccharides between blood and fluid perfusing the cerebral ventricular system of rabbits. J. Physiol. 170: 195–211.
Bradbury, M. W., M. B. Segal and J. Wilson. 1972. Transport of potassium at the blood-brain barrier. J. Physiol. 221: 617–632.
Brightman, M. W. 1975. Ultrastructural characteristics of adult choroid plexus: relation to the blood-cerebrospinal fluid barrier to proteins. pp. 86–89. *In*: M. G. Netsky and S. Shuangshoti (eds.). The Choroid Plexus in Health and Disease. NAME OF THE PUBLISHER MISSING, Charlottesville.
Brightman, M. W. and T. S. Reese. 1969. Junctions between intimately apposed cell membranes in the vertebrate brain. J. Cell Biol. 40: 648–677.
Brown, P. D., S. L. Davies, T. Speake and I. D. Millar. 2004. Molecular mechanisms of cerebrospinal fluid production. Neuroscience 129: 957–970.
Brusco, A., J. J. Lopez-Costa, P. Tagliaferro and J. Pecci Saavedra. 1998. Serotonergic ependymal fibres in rat and monkey: light and electron microscopic immunocytochemical study. Biocell 22: 115–122.
Castaneyra-Ruiz, L., I. Gonzalez-Marrero, J. M. Gonzalez-Toledo, A. Castaneyra-Ruiz, H. de Paz-Carmona, A. Castaneyra-Perdomo and E. M. Carmona-Calero. 2013. Aquaporin-4 expression in the cerebrospinal fluid in congenital human hydrocephalus. Fluids Barriers CNS 10: 18.
Celebisoy, N., F. Gokcay, H. Sirin and O. Akyurekli. 2007. Treatment of idiopathic intracranial hypertension: topiramate vs. acetazolamide, an open-label study. Acta Neurol. Scand. 116: 322–327.
Chang, H., T. Zhang, Z. Zhang, R. Bao, C. Fu, Z. Wang, Y. Bao, Y. Li, L. Wu, X. Zheng and J. Wu. 2011. Tissue-specific distribution of aberrant DNA methylation associated with maternal low-folate status in human neural tube defects. J. Nutr. Biochem. 22: 1172–1177.
Chen, R. L., C. P. Chen and J. E. Preston. 2010. Elevation of CSF albumin in old sheep: relations to CSF turnover and albumin extraction at blood-CSF barrier. J. Neurochem. 113: 1230–1239.
Chiu, C., M. C. Miller, I. N. Caralopoulos, M. S. Worden, T. Brinker, Z. N. Gordon, C. E. Johanson and G. D. Silverberg. 2012. Temporal course of cerebrospinal fluid dynamics and amyloid accumulation in the aging rat brain from three to thirty months. Fluids Barriers CNS 9: 3.
Cornford, E. M., J. B. Varesi, S. Hyman, R. T. Damian and M. J. Raleigh. 1997. Mitochondrial content of choroid plexus epithelium. Exp. Brain Res. 116: 399–405.
Cserr, H. F. 1988. Role of secretion and bulk flow of brain interstitial fluid in brain volume regulation. Ann. N. Y. Acad. Sci. 529: 9–20.
de Arteaga, J., F. Ledesma, G. Garay, C. Chiurchiu, J. de la Fuente, W. Douthat, P. Massari, S. Terryn and O. Devuyst. 2011. High-dose steroid treatment increases free water transport in peritoneal dialysis patients. Nephrol. Dial. Transplant. 26: 4142–4145.
Decker, J. F. and W. B. Quay. 1982. Stimulatory effects of melatonin on ependymal epithelium of choroid plexuses in golden hamsters. J. Neural Transm. 55: 53–67.
Della Penna, S. L., G. Cao, A. Fellet, A. M. Balaszczuk, E. Zotta, C. Cerrudo, M. Pandolfo, J. E. Toblli, B. E. Fernandez and M. I. Roson. 2012. Salt-induced downregulation of renal aquaporins is prevented by losartan. Regul. Pept. 177: 85–91.

Deng, Q. S. and C. E. Johanson. 1992. Cyclic AMP alteration of chloride transport into the choroid plexus-cerebrospinal fluid system. Neurosci. Lett. 143: 146–150.

Dennis, L. J. and S. A. Mayer. 2001. Diagnosis and management of increased intracranial pressure. Neurol. India 49 Suppl. 1: S37–50.

Devuyst, O. and B. Rippe. 2013. Water transport across the peritoneal membrane. Kidney Int. INCOMPLETE REFERENCE. VOL. NO. PAGE NOS. MISSING

Devuyst, O., J. Ni and J. M. Verbavatz. 2005. Aquaporin-1 in the peritoneal membrane: implications for peritoneal dialysis and endothelial cell function. Biol. Cell 97: 667–673.

Dodgson, S. J., R. P. Shank and B. E. Maryanoff. 2000. Topiramate as an inhibitor of carbonic anhydrase isoenzymes. Epilepsia 41 Suppl. 1: S35–39.

Edsbagge, M., M. Tisell, L. Jacobsson and C. Wikkelso. 2004. Spinal CSF absorption in healthy individuals. Am. J. Physiol. Regul. Integr. Comp. Physiol. 287: R1450–1455.

Edwards, R. J., S. M. Dombrowski, M. G. Luciano and I. K. Pople. 2004. Chronic hydrocephalus in adults. Brain Pathol. 14: 325–336.

Faraci, F. M. and D. D. Heistad. 1992. Does basal production of nitric oxide contribute to regulation of brain-fluid balance? Am. J. Physiol. 262: H340–344.

Faraci, F. M., G. L. Baumbach and D. D. Heistad. 1990. Cerebral circulation: humoral regulation and effects of chronic hypertension. J. Am. Soc. Nephrol. 1: 53–57.

Filippidis, A. S., M. Y. Kalani and H. L. Rekate. 2011. Hydrocephalus and aquaporins: lessons learned from the bench. Childs Nerv. Syst. 27: 27–33.

Fisher, J. S , K. J. Turner, H. M. Fraser, P. T. Saunders, D. Brown and R. M. Sharpe. 1998. Immunoexpression of aquaporin-1 in the efferent ducts of the rat and marmoset monkey during development, its modulation by estrogens, and its possible role in fluid resorption. Endocrinology 139: 3935–3945.

Furukawa, M., H. Shimoda, T. Kajiwara, S. Kato and S. Yanagisawa. 2008. Topographic study on nerve-associated lymphatic vessels in the murine craniofacial region by immunohistochemistry and electron microscopy. Biomed. Res. 29: 289–296.

Gao, J., X. Wang, Y. Chang, J. Zhang, Q. Song, H. Yu and X. Li. 2006. Acetazolamide inhibits osmotic water permeability by interaction with aquaporin-1. Anal. Biochem. 350: 165–170.

Gao, R., X. Yan, C. Zheng, C. M. Goldsmith, S. Afione, B. Hai, J. Xu, J. Zhou, C. Zhang, J. A. Chiorini, B. J. Baum and S. Wang. 2011. AAV2-mediated transfer of the human aquaporin-1 cDNA restores fluid secretion from irradiated miniature pig parotid glands. Gene Ther. 18: 38–42.

Gath, U., A. Hakvoort, J. Wegener, S. Decker and H. J. Galla. 1997. Porcine choroid plexus cells in culture: expression of polarized phenotype, maintenance of barrier properties and apical secretion of CSF-components. Eur. J. Cell Biol. 74: 68–78.

Gideon, P., P. S. Sorensen, C. Thomsen, F. Stahlberg, F. Gjerris and O. Henriksen. 1994. Assessment of CSF dynamics and venous flow in the superior sagittal sinus by MRI in idiopathic intracranial hypertension: a preliminary study. Neuroradiology 36: 350–354.

Gonzalez, A. M., S. Podvin, S. Y. Lin, M. C. Miller, H. Botfield, W. E. Leadbeater, A. Roberton, X. Dang, S. E. Knowling, E. Cardenas-Galindo, J. E. Donahue, E. G. Stopa, C. E. Johanson, R. Coimbra, B. P. Eliceiri and A. Baird. 2011. Ecrg4 expression and its product augurin in the choroid plexus: impact on fetal brain development, cerebrospinal fluid homeostasis and neuroprogenitor cell response to CNS injury. Fluids Barriers CNS 8: 6.

Haliasos, N., S. Brew, F. Robertson, R. Hayward, D. Thompson and A. Chakraborty. 2013. Pre-operative embolisation of choroid plexus tumours in children. Part II. Observations on the effects on CSF production. Childs Nerv. Syst. 29: 71–76.

Hirst, R. A., K. S. Sikand, A. Rutman, T. J. Mitchell, P. W. Andrew and C. O'Callaghan. 2000. Relative roles of pneumolysin and hydrogen peroxide from Streptococcus pneumoniae in inhibition of ependymal ciliary beat frequency. Infect. Immun. 68: 1557–1562.

Holman, D. W., D. M. Grzybowski, B. C. Mehta, S. E. Katz and M. Lubow. 2005. Characterization of cytoskeletal and junctional proteins expressed by cells cultured from human arachnoid granulation tissue. Cerebrospinal Fluid Res. 2: 9.

Horsburgh, A. and T. F. Massoud. 2013. Is higher choroid plexus 'load' an aetiologic factor in idiopathic intracranial hypertension? A clinico-imaging morphometric correlative study. Cephalalgia 33: 20–24.

Huang, Y. Y., J. Y. Sun, J. Y. Wang, C. X. Bai and B. M. He. 2012. Terlipressin resolves ascites of cirrhotic rats through downregulation of aquaporin 2. J. Int. Med. Res. 40: 1735–1744.

Huber, V. J., M. Tsujita, I. L. Kwee and T. Nakada. 2009. Inhibition of aquaporin 4 by antiepileptic drugs. Bioorg. Med. Chem. 17: 418–424.

Huber, V. J., M. Tsujita and T. Nakada. 2012. Aquaporins in drug discovery and pharmacotherapy. Mol. Aspects Med. 33: 691–703.

Iencean, S. M. 2003. Simultaneous hypersecretion of CSF and of brain interstitial fluid causes idiopathic intracranial hypertension. Med. Hypotheses 61: 529–532.

Igarashi, H., V. J. Huber, M. Tsujita and T. Nakada. 2011. Pretreatment with a novel aquaporin 4 inhibitor, TGN-020, significantly reduces ischemic cerebral edema. Neurol. Sci. 32: 113–116.

Igarashi, H., M. Tsujita, I. L. Kwee and T. Nakada. 2014. Water influx into cerebrospinal fluid is primarily controlled by aquaporin-4, not by aquaporin-1: 17O JJVCPE MRI study in knockout mice. Neuroreport 25: 39–43.

Javaheri, S. and K. R. Wagner. 1993. Bumetanide decreases canine cerebrospinal fluid production. *In vivo* evidence for NaCl cotransport in the central nervous system. J. Clin. Invest. 92: 2257–2261.

Johanson, C. 1993. Tissue barriers: diffusion, bulk flow and volume transmission of protein within the brain. pp. 467–486. *In*: K. Audus and T. Raub (eds.). Pharmaceutical Biotechnology: Volume 5: Biological Barriers to Protein Delivery. NAME OF THE PUBLISHER MISSING, New York.

Johanson, C. 1998. Arachnoid membrane, subarachnoid CSF and pia-glia. pp. 259–269. *In*: W. Pardridge (ed.). An Introduction to the Blood-Brain Barrier: Methodology and Biology. NAME OF THE PUBLISHER MISSING, Cambridge.

Johanson, C. 2008. Choroid plexus-CSF circulatory dynamics: impact on brain growth, metabolism and repair. pp. 173–200. *In*: P. Conn (ed.). Neuroscience in Medicine. NAME OF THE PUBLISHER MISSING, Totowa, New Jersey.

Johanson, C., P. McMillan, D. Palm, E. Stopa, C. Doberstein and J. A. Duncan. 2003. Volume transmission-mediated protective impact of choroid plexus-CSF growth factors on forebrain ischemic injury. pp. 361–384. *In*: H. Sharma and J. Westman (eds.). Blood-Spinal Cord and Brain Barriers in Health and Disease. NAME OF THE PUBLISHER MISSING, San Diego.

Johanson, C., P. McMillan, R. Tavares, A. Spangenberger, J. Duncan, G. Silverberg and E. Stopa. 2004. Homeostatic capabilities of the choroid plexus epithelium in Alzheimer's disease. Cerebrospinal Fluid Res. 1: 3.

Johanson, C., E. Stopa, A. Baird and H. Sharma. 2010. Traumatic brain injury and recovery mechanisms: peptide modulation of periventricular neurogenic regions by the choroid plexus-CSF nexus. J. Neural Transm. 118: 115–133.

Johanson, C. E. 1978. Choroid epithelial cell pH. Life Sci. 23: 861–868.

Johanson, C. E. 1984. Differential effects of acetazolamide, benzolamide and systemic acidosis on hydrogen and bicarbonate gradients across the apical and basolateral membranes of the choroid plexus. J. Pharmacol. Exp. Ther. 231: 502–511.

Johanson, C. E. 2011. Production and flow of cerebrospinal fluid. pp. 1–7. *In*: H. R. Winn (ed.). Youmans Neurological Surgery. NAME OF THE PUBLISHER MISSING, Philadelphia.

Johanson, C. E. and D. M. Woodbury. 1977. Penetration of 14C-antipyrine and 14C-barbital into the choroid plexus and cerebrospinal fluid of the rat *in vivo*. Exp. Brain Res. 30: 65–74.

Johanson, C. E. and D. M. Woodbury. 1978. Uptake of [14C]urea by the *in vivo* choroid plexus—cerebrospinal fluid—brain system: identification of sites of molecular sieving. J. Physiol. 275: 167–176.

Johanson, C. E. and V. A. Murphy. 1990. Acetazolamide and insulin alter choroid plexus epithelial cell [Na+], pH, and volume. Am. J. Physiol. 258: F1538–1546.

Johanson, C. E., F. M. Foltz and A. M. Thompson. 1974. The clearance of urea and sucrose from isotonic and hypertonic fluids perfused through the ventriculo-cisternal system. Exp. Brain Res. 20: 18–31.

Johanson, C. E., S. M. Sweeney, J. T. Parmelee and M. H. Epstein. 1990. Cotransport of sodium and chloride by the adult mammalian choroid plexus. Am. J. Physiol. 258: C211–216.

Johanson, C. E., V. A. Murphy and M. Dyas. 1992a. Ethacrynic acid and furosemide alter Cl, K, and Na distribution between blood, choroid plexus, CSF, and brain. Neurochem. Res. 17: 1079–1085.

Johanson, C. E., Z. Parandoosh and M. L. Dyas. 1992b. Maturational differences in acetazolamide-altered pH and HCO3 of choroid plexus, cerebrospinal fluid, and brain. Am. J. Physiol. 262: R909–914.

Johanson, C. E., D. E. Palm, M. L. Dyas and N. W. Knuckey. 1994. Microdialysis analysis of effects of loop diuretics and acetazolamide on chloride transport from blood to CSF. Brain Res. 641: 121–126.

Johanson, C. E., J. E. Preston, A. Chodobski, E. G. Stopa, J. Szmydynger-Chodobska and P. N. McMillan. 1999. AVP V1 receptor-mediated decrease in $Cl^-$ efflux and increase in dark cell number in choroid plexus epithelium. Am. J. Physiol. 276: C82–90.

Johanson, C. E., J. E. Donahue, A. Spangenberger, E. G. Stopa, J. A. Duncan and H. S. Sharma. 2006. Atrial natriuretic peptide: its putative role in modulating the choroid plexus-CSF system for intracranial pressure regulation. Acta Neurochir. Suppl. 96: 451–456.

Johanson, C. E., J. A. Duncan, 3rd, P. M. Klinge, T. Brinker, E. G. Stopa and G. D. Silverberg. 2008. Multiplicity of cerebrospinal fluid functions: New challenges in health and disease. Cerebrospinal Fluid Res. 5: 10.

Johanson, C. E., E. Stopa and P. N. McMillan. 2011a. The blood-cerebrospinal fluid barrier: Structure and functional significance. pp. 475–XX?. *In*: S. Nag (ed.). The Blood-Brain and Other Neural Barriers. NAME OF THE PUBLISHER, PLACE OF PUBLICATION MISSING???.

Johanson, C. E., E. Stopa, P. N. McMillan, D. R. Roth, J. Funk and G. Krinke. 2011b. The distributional nexus of choroid plexus to CSF, ependyma and brain: toxicologic/pathologic phenomena, periventricular destabilization and lesion spread. Toxicol. Pathol. 39: 186–212.

Johansson, P. A., K. M. Dziegielewska, C. J. Ek, M. D. Habgood, K. Mollgard, A. Potter, M. Schuliga and N. R. Saunders. 2005. Aquaporin-1 in the choroid plexuses of developing mammalian brain. Cell Tissue Res. 322: 353–364.

Johnson, M. D. and M. O'Connell. 2013. Na-K-2Cl cotransporter and aquaporin 1 in arachnoid granulations, meningiomas, and meningiomas invading dura. Hum. Pathol. 44: 1118–1124.

Kadam, R. S., P. Ramamoorthy, D. J. LaFlamme, T. A. McKinsey and U. B. Kompella. 2013. Hypoxia alters ocular drug transporter expression and activity in rat and calf models: implications for drug delivery. Mol. Pharm. 10: 2350–2361.

Kalani, M. Y., A. S. Filippidis and H. L. Rekate. 2012. Hydrocephalus and aquaporins: the role of aquaporin-1. Acta Neurochir. Suppl. 113: 51–54.

Keep, R. F. and H. C. Jones. 1990. A morphometric study on the development of the lateral ventricle choroid plexus, choroid plexus capillaries and ventricular ependyma in the rat. Brain Res. Dev. Brain Res. 56: 47–53.

Keep, R. F., J. Xiang and A. L. Betz. 1994. Potassium cotransport at the rat choroid plexus. Am. J. Physiol. 267: C1616–1622.

Kim, J. H., Y. W. Lee, K. A. Park, W. T. Lee and J. E. Lee. 2010. Agmatine attenuates brain edema through reducing the expression of aquaporin-1 after cerebral ischemia. J. Cereb. Blood Flow Metab. 30: 943–949.

King, L. S., M. Choi, P. C. Fernandez, J. P. Cartron and P. Agre. 2001. Defective urinary-concentrating ability due to a complete deficiency of aquaporin-1. N. Engl. J. Med. 345: 175–179.

Knuckey, N. W., A. G. Fowler, C. E. Johanson, J. R. Nashold and M. H. Epstein. 1991. Cisterna magna microdialysis of 22Na to evaluate ion transport and cerebrospinal fluid dynamics. J. Neurosurg. 74: 965–971.

Laird, M. D., S. Sukumari-Ramesh, A. E. Swift, S. E. Meiler, J. R. Vender and K. M. Dhandapani. 2010. Curcumin attenuates cerebral edema following traumatic brain injury in mice: a possible role for aquaporin-4? J. Neurochem. 113: 637–648.

Lee, L. 2013. Riding the wave of ependymal cilia: genetic susceptibility to hydrocephalus in primary ciliary dyskinesia. J. Neurosci. Res. 91: 1117–1132.

Linninger, A. A., M. Xenos, B. Sweetman, S. Ponkshe, X. Guo and R. Penn. 2009. A mathematical model of blood, cerebrospinal fluid and brain dynamics. J. Math. Biol. 59: 729–759.

Longatti, P. L., L. Basaldella, E. Orvieto, A. Fiorindi and A. Carteri. 2004. Choroid plexus and aquaporin-1: a novel explanation of cerebrospinal fluid production. Pediatr. Neurosurg. 40: 277–283.

Lorenzo, A. V., G. Hornig, L. M. Zavala, V. Boss and K. Welch. 1986. Furosemide lowers intracranial pressure by inhibiting CSF production. Z. Kinderchir. 41 Suppl. 1: 10–12.

Ma, B., Y. Xiang, S. M. Mu, T. Li, H. M. Yu and X. J. Li. 2004. Effects of acetazolamide and anordiol on osmotic water permeability in AQP1-cRNA injected Xenopus oocyte. Acta Pharmacol. Sin. 25: 90–97.

Ma, L., Y. G. Huang, Y. C. Deng, J. Y. Tian, Z. R. Rao, H. L. Che, H. F. Zhang and G. Zhao. 2007. Topiramate reduced sweat secretion and aquaporin-5 expression in sweat glands of mice. Life Sci. 80: 2461–2468.

Maeda, M., Y. Mizuno, M. Wakita, T. Yamaga, K. Nonaka, M. C. Shin, K. Shoudai and N. Akaike. 2013. Potent and direct presynaptic modulation of glycinergic transmission in rat spinal neurons by atrial natriuretic peptide. Brain Res. Bull. 99C: 19–26.

Mao, X., T. L. Enno and M. R. Del Bigio. 2006. Aquaporin 4 changes in rat brain with severe hydrocephalus. Eur. J. Neurosci. 23: 2929–2936.

Maren, T. H. 1988. The kinetics of $HCO_3$- synthesis related to fluid secretion, pH control, and $CO_2$ elimination. Annu. Rev. Physiol. 50: 695–717.

Masseguin, C., S. LePanse, B. Corman, J. M. Verbavatz and J. Gabrion. 2005. Aging affects choroidal proteins involved in CSF production in Sprague-Dawley rats. Neurobiol. Aging 26: 917–927.

McCarthy, K. D. and D. J. Reed. 1974. The effect of acetazolamide and furosemide on cerebrospinal fluid production and choroid plexus carbonic anhydrase activity. J. Pharmacol. Exp. Ther. 189: 194–201.

Migliati, E., N. Meurice, P. DuBois, J. S. Fang, S. Somasekharan, E. Beckett, G. Flynn and A. J. Yool. 2009. Inhibition of aquaporin-1 and aquaporin-4 water permeability by a derivative of the loop diuretic bumetanide acting at an internal pore-occluding binding site. Mol. Pharmacol. 76: 105–112.

Millar, I. D., J. Bruce and P. D. Brown. 2007. Ion channel diversity, channel expression and function in the choroid plexuses. Cerebrospinal Fluid Res. 4: 8.

Miller, D. S. 2004. Confocal imaging of xenobiotic transport across the choroid plexus. Adv. Drug. Deliv. Rev. 56: 1811–1824.

Miller, T. B., H. A. Wilkinson, S. A. Rosenfeld and T. Furuta. 1986. Intracranial hypertension and cerebrospinal fluid production in dogs: effects of furosemide. Exp. Neurol. 94: 66–80.

Mincione, F., A. Scozzafava and C. T. Supuran. 2008. The development of topically acting carbonic anhydrase inhibitors as antiglaucoma agents. Curr. Pharm. Des. 14: 649–654.

Minor, E. A., B. L. Court, J. I. Young and G. Wang. 2013. Ascorbate induces ten-eleven translocation (Tet) methylcytosine dioxygenase-mediated generation of 5-hydroxymethylcytosine. J. Biol. Chem. 288: 13669–13674.

Mobasheri, A. and D. Marples. 2004. Expression of the AQP-1 water channel in normal human tissues: a semiquantitative study using tissue microarray technology. Am. J. Physiol. Cell Physiol. 286: C529–537.

Mola, M. G., G. P. Nicchia, M. Svelto, D. C. Spray and A. Frigeri. 2009. Automated cell-based assay for screening of aquaporin inhibitors. Anal. Chem. 81: 8219–8229.

Moon, C., L. S. King and P. Agre. 1997. Aqp1 expression in erythroleukemia cells: genetic regulation of glucocorticoid and chemical induction. Am. J. Physiol. 273: C1562–1570.

Motulsky, E., P. Koch, S. Janssens, M. Lienart, A. M. Vanbellinghen, N. Bolaky, C. C. Chan, L. Caspers, M. D. Martin-Martinez, H. Xu, C. Delporte and F. Willermain. 2010. Aquaporin expression in blood-retinal barrier cells during experimental autoimmune uveitis. Mol. Vis. 16: 602–610.

Murphy, V. A. and C. E. Johanson. 1990. Na(+)-H(+) exchange in choroid plexus and CSF in acute metabolic acidosis or alkalosis. Am. J. Physiol. 258: F1528–1537.

Nabiuni, M., Z. Nazari, Z. Safaeinejad, B. Delfan and J. A. Miyan. 2013. Curcumin downregulates aquaporin-1 expression in cultured rat choroid plexus cells. J. Med. Food 16: 504–510.

Nakamura, Y., Y. Suzuki, M. Tsujita, V. J. Huber, K. Yamada and T. Nakada. 2011. Development of a novel ligand, [C]TGN-020, for aquaporin 4 positron emission tomography imaging. ACS Chem. Neurosci. 2: 568–571.

Netsky, M. and S. Shuangshoti. 1975. The Choroid Plexus in Health and Disease. University Press of Virginia, Charlottesville.

Nielsen, S., B. L. Smith, E. I. Christensen and P. Agre. 1993. Distribution of the aquaporin CHIP in secretory and resorptive epithelia and capillary endothelia. Proc. Natl. Acad. Sci. U.S.A. 90: 7275–7279.

Nilsson, C., F. Stahlberg, P. Gideon, C. Thomsen and O. Henriksen. 1994. The nocturnal increase in human cerebrospinal fluid production is inhibited by a beta 1-receptor antagonist. Am. J. Physiol. 267: R1445–1448.

O'Callaghan, C., K. Sikand and M. A. Chilvers. 2012. Analysis of ependymal ciliary beat pattern and beat frequency using high speed imaging: comparison with the photomultiplier and photodiode methods. Cilia 1: 8.

O'Donnell, M. E., L. Tran, T. I. Lam, X. B. Liu and S. E. Anderson. 2004. Bumetanide inhibition of the blood-brain barrier Na-K-Cl cotransporter reduces edema formation in the rat middle cerebral artery occlusion model of stroke. J. Cereb. Blood Flow Metab. 24: 1046–1056.

Ohtani, O. and Y. Ohtani. 2008. Structure and function of rat lymph nodes. Arch. Histol. Cytol. 71: 69–76.

Oldendorf, W. H., M. E. Cornford and W. J. Brown. 1977. The large apparent work capability of the blood-brain barrier: a study of the mitochondrial content of capillary endothelial cells in brain and other tissues of the rat. Ann. Neurol. 1: 409–417.

Oliveira, C. A., K. Carnes, L. R. Franca, L. Hermo and R. A. Hess. 2005. Aquaporin-1 and -9 are differentially regulated by oestrogen in the efferent ductule epithelium and initial segment of the epididymis. Biol. Cell 97: 385–395.

Oshio, K., Y. Song, A. S. Verkman and G. T. Manley. 2003. Aquaporin-1 deletion reduces osmotic water permeability and cerebrospinal fluid production. Acta Neurochir. Suppl. 86: 525–528.

Oshio, K., H. Watanabe, Y. Song, A. S. Verkman and G. T. Manley. 2005. Reduced cerebrospinal fluid production and intracranial pressure in mice lacking choroid plexus water channel Aquaporin-1. FASEB J. 19: 76–78.

Owler, B. K., T. Pitham and D. Wang. 2010. Aquaporins: relevance to cerebrospinal fluid physiology and therapeutic potential in hydrocephalus. Cerebrospinal Fluid Res. 7: 15.

Ozu, M., R. A. Dorr, M. Teresa Politi, M. Parisi and R. Toriano. 2011. Water flux through human aquaporin 1: inhibition by intracellular furosemide and maximal response with high osmotic gradients. Eur. Biophys. J. 40: 737–746.

Palm, D., N. Knuckey, M. Guglielmo, P. Watson, M. Primiano and C. Johanson. 1995. Choroid plexus electrolytes and ultrastructure following transient forebrain ischemia. Am. J. Physiol. 269: R73–79.

Parandoosh, Z. and C. E. Johanson. 1982. Ontogeny of blood-brain barrier permeability to, and cerebrospinal fluid sink action on, [14C]urea. Am. J. Physiol. 243: R400–407.

Parmelee, J. T. and C. E. Johanson. 1989. Development of potassium transport capability by choroid plexus of infant rats. Am. J. Physiol. 256: R786–791.

Parmelee, J. T., D. Bairamian and C. E. Johanson. 1991. Response of infant and adult rat choroid plexus potassium transporters to increased extracellular potassium. Brain Res. Dev. Brain Res. 60: 229–233.

Paul, L., M. Madan, M. Rammling, S. Chigurupati, S. L. Chan and J. V. Pattisapu. 2011. Expression of aquaporin 1 and 4 in a congenital hydrocephalus rat model. Neurosurgery 68: 462–473.

Podvin, S., A. M. Gonzalez, M. C. Miller, X. Dang, H. Botfield, J. E. Donahue, A. Kurabi, M. Boissaud-Cooke, R. Rossi, W. E. Leadbeater, C. E. Johanson, R. Coimbra, E. G. Stopa, B. P. Eliceiri and A. Baird. 2011. Esophageal cancer related gene-4 is a choroid plexus-derived injury response gene: evidence for a biphasic response in early and late brain injury. PLoS One 6: e24609.

Pollay, M. 2010. The function and structure of the cerebrospinal fluid outflow system. Cerebrospinal Fluid Res. 7: 9.

Praetorius, J. 2007. Water and solute secretion by the choroid plexus. Pflugers Arch. 454: 1–18.

Praetorius, J. and S. Nielsen. 2006. Distribution of sodium transporters and aquaporin-1 in the human choroid plexus. Am. J. Physiol. Cell Physiol. 291: C59–67.

Preston, G. M. and P. Agre. 1991. Isolation of the cDNA for erythrocyte integral membrane protein of 28 kilodaltons: member of an ancient channel family. Proc. Natl. Acad. Sci. U.S.A. 88: 11110–11114.

Preston, G. M., B. L. Smith, M. L. Zeidel, J. J. Moulds and P. Agre. 1994. Mutations in aquaporin-1 in phenotypically normal humans without functional CHIP water channels. Science 265: 1585–1587.

Preston, J. E. 2001. Ageing choroid plexus-cerebrospinal fluid system. Microsc. Res. Tech. 52: 31–37.

Ran, X., H. Wang, Y. Chen, Z. Zeng, Q. Zhou, R. Zheng, J. Sun, B. Wang, X. Lv, Y. Liang, K. Zhang and W. Liu. 2010. Aquaporin-1 expression and angiogenesis in rabbit chronic myocardial ischemia is decreased by acetazolamide. Heart Vessels 25: 237–247.

Rapoport, S. I. and K. D. Pettigrew. 1979. A heterogenous, pore-vesicle membrane model for protein transfer from blood to cerebrospinal fluid at the choroid plexus. Microvasc. Res. 18: 105–119.

Redzic, Z. B., J. E. Preston, J. A. Duncan, A. Chodobski and J. Szmydynger-Chodobska. 2005. The choroid plexus-cerebrospinal fluid system: from development to aging. Curr. Top. Dev. Biol. 71: 1–52.

Reed, D. J., D. M. Woodbury, L. Jacobs and R. Squires. 1965. Factors affecting distribution of iodide in brain and cerebrospinal fluid. Am. J. Physiol. 209: 757–764.

Rosenthal, R. and M. Fromm. 2013. Significant water absorption goes paracellular in kidney proximal tubules. Am. J. Physiol. Renal Physiol.

Rutkovskiy, A., M. Bliksoen, V. Hillestad, M. Amin, G. Czibik, G. Valen, J. Vaage, M. Amiry-Moghaddam and K. O. Stenslokken. 2013. Aquaporin-1 in cardiac endothelial cells is downregulated in ischemia, hypoxia and cardioplegia. J. Mol. Cell. Cardiol. 56: 22–33.

Schultz, S. G. 1977. The role of paracellular pathways in isotonic fluid transport. Yale J. Biol. Med. 50: 99–113.

Sharma, H. S. and C. E. Johanson. 2007. Intracerebroventricularly administered neurotrophins attenuate blood cerebrospinal fluid barrier breakdown and brain pathology following whole-body hyperthermia: an experimental study in the rat using biochemical and morphological approaches. Ann. N. Y. Acad. Sci. 1122: 112-129.

Sharma, H. S., J. A. Duncan and C. E. Johanson. 2006. Whole-body hyperthermia in the rat disrupts the blood-cerebrospinal fluid barrier and induces brain edema. Acta Neurochir. Suppl. 96: 426–431.

Smith, D. E., C. E. Johanson and R. F. Keep. 2004. Peptide and peptide analog transport systems at the blood-CSF barrier. Adv. Drug Deliv. Rev. 56: 1765–1791.

Smith, Q. R. and C. E. Johanson. 1991. Chloride efflux from isolated choroid plexus. Brain Res. 562: 306–310.

Smith, Q. R., D. M. Woodbury and C. E. Johanson. 1981. Uptake of 36Cl and 22Na by the choroid plexus-cerebrospinal fluid system: evidence for active chloride transport by the choroidal epithelium. J. Neurochem. 37: 107–116.

Smith, Q. R., D. M. Woodbury and C. E. Johanson. 1982. Kinetic analysis of [36Cl]-, [22Na]- and [3H] mannitol uptake into the *in vivo* choroid plexus-cerebrospinal fluid brain system: ontogeny of the blood brain and blood-CSF barriers. Brain Res. 255: 181–198.

Smith, Z. A., P. Moftakhar, D. Malkasian, Z. Xiong, H. V. Vinters and J. A. Lazareff. 2007. Choroid plexus hyperplasia: surgical treatment and immunohistochemical results. Case report. J. Neurosurg. 107: 255–262.

Sonalker, P. A., S. P. Tofovic and E. K. Jackson. 2004. Increased expression of the sodium transporter BSC-1 in spontaneously hypertensive rats. J. Pharmacol. Exp. Ther. 311: 1052–1061.

Speake, T., L. J. Freeman and P. D. Brown. 2003. Expression of aquaporin 1 and aquaporin 4 water channels in rat choroid plexus. Biochim. Biophys. Acta 1609: 80–86.

Spector, R. 1981. Penetration of ascorbic acid from cerebrospinal fluid into brain. Exp. Neurol. 72: 645–653.

Spector, R. and A. V. Lorenzo. 1975. Folate transport in the central nervous system. Am. J. Physiol. 229: 777–782.

Spector, R. and C. E. Johanson. 1989. The mammalian choroid plexus. Sci. Am. 261: 68–74.

Spector, R. and C. Johanson. 2006. Micronutrient and urate transport in choroid plexus and kidney: implications for drug therapy. Pharm. Res. 23: 2515–2524.

Spector, R. and C. E. Johanson. 2010. Vectorial ligand transport through mammalian choroid plexus. Pharm. Res. 27: 2054–2062.

Spector, R. and C. E. Johanson. 2013. Sustained choroid plexus function in human elderly and Alzheimer's disease patients. Fluids Barriers CNS 10: 28.

Steardo, L. and J. A. Nathanson. 1987. Brain barrier tissues: end organs for atriopeptins. Science 235: 470–473.

Stoenoiu, M. S., J. Ni, C. Verkaeren, H. Debaix, J. C. Jonas, N. Lameire, J. M. Verbavatz and O. Devuyst. 2003. Corticosteroids induce expression of aquaporin-1 and increase transcellular water transport in rat peritoneum. J. Am. Soc. Nephrol. 14: 555–565.

Sweet, W., A. Solomon and B. Selverstone. 1948. Studies of formation, diffusion and absorption of cerebrospinal fluid; preliminary studies on sodium24. Trans. Am. Neurol. Assoc. 73: 228–230.

Sweet, W. H., B. Selverstone, S. Soloway and D. Stetten, Jr. 1950. Studies of formation, flow and absorption of cerebrospinal fluid. II. Studies with heavy water in the normal man. Surg. Forum 376–381.

Szmydynger-Chodobska, J., A. Chodobski and C. E. Johanson. 1994. Postnatal developmental changes in blood flow to choroid plexuses and cerebral cortex of the rat. Am. J. Physiol. 266: R1488–1492.

Tabassi, A., A. H. Salmasi and M. Jalali. 2005. Serum and CSF vitamin A concentrations in idiopathic intracranial hypertension. Neurology 64: 1893–1896.

Takeoka, Y., R. Yamamura, S. Iwasaki and J. Morioka. 2004. MR imaging provides important clues for the diagnosis of benign intracranial hypertension by all-trans retinoic acid in a patient with acute promyelocytic leukemia. Rinsho Ketsueki 45: 139–143.

Tanimura, Y., Y. Hiroaki and Y. Fujiyoshi. 2009. Acetazolamide reversibly inhibits water conduction by aquaporin-4. J. Struct. Biol. 166: 16–21.

Tomassoni, D., V. Bramanti and F. Amenta. 2010. Expression of aquaporins 1 and 4 in the brain of spontaneously hypertensive rats. Brain Res. 1325: 155–163.

Tsutsumi, S., M. Ito, Y. Yasumoto, T. Tabuchi and I. Ogino. 2011. The Virchow-Robin spaces: delineation by magnetic resonance imaging with considerations on anatomofunctional implications. Childs Nerv. Syst. 27: 2057–2066.

Umenishi, F. and R. W. Schrier. 2002. Induction of human aquaporin-1 gene by retinoic acid in human erythroleukemia HEL cells. Biochem. Biophys. Res. Commun. 293: 913–917.

Vates, T. S., Jr., S. L. Bonting and W. W. Oppelt. 1964. Na-K activated adenosine triphosphatase formation of cerebrospinal fluid in the cat. Am. J. Physiol. 206: 1165–1172.

Walker, A. E. and J. J. Adamkiewicz. 1964. Pseudotumor cerebri associated with prolonged corticosteroid therapy. Reports of four cases. JAMA 188: 779–784.

Walter, H. J., M. Berry, D. J. Hill, S. Cwyfan-Hughes, J. M. Holly and A. Logan. 1999. Distinct sites of insulin-like growth factor (IGF)-II expression and localization in lesioned rat brain: possible roles of IGF binding proteins (IGFBPs) in the mediation of IGF-II activity. Endocrinology 140: 520–532.

Wang, D., M. Nykanen, N. Yang, D. Winlaw, K. North, A. S. Verkman and B. K. Owler. 2011. Altered cellular localization of aquaporin-1 in experimental hydrocephalus in mice and reduced ventriculomegaly in aquaporin-1 deficiency. Mol. Cell. Neurosci. 46: 318–324.

Weaver, C., P. McMillan, J. A. Duncan, E. Stopa and C. Johanson. 2004. Hydrocephalus disorders: their biophysical and neuroendocrine impact on the choroid plexus epithelium. pp. 269–293. *In*: L. Hertz (ed.). Non-Neuronal Cells of the Nervous System: Function and Dysfunction. NAME OF THE PUBLISHER MISSING?, Amsterdam.

Welch, K. 1962. Active transport of iodide by choroid plexus of the rabbit *in vitro*. Am. J. Physiol. 202: 757–760.

Wilson, A. J., C. J. Carati, B. J. Gannon, R. Haberberger and T. K. Chataway. 2010. Aquaporin-1 in blood vessels of rat circumventricular organs. Cell Tissue Res. 340: 159–168.

Xie, L , H. Kang, Q. Xu, M. J. Chen, Y. Liao, M. Thiyagarajan, J. O'Donnell, D. J. Christensen, C. Nicholson, J. J. Iliff, T. Takano, R. Deane and M. Nedergaard. 2013. Sleep drives metabolite clearance from the adult brain. Science 342: 373–377.

Yacavone, R. F., M. L. Dyas and C. E. Johanson. 1994. A developmental analysis of differences in the uptake of [123I]isopropyliodoamphetamine versus 99mTc-pertechnetate by the choroid plexus and brain. Neurochem. Res. 19: 379–384.

Yamaguchi, Y., T. Watanabe, A. Hirakata and T. Hida. 2006. Localization and ontogeny of aquaporin-1 and -4 expression in iris and ciliary epithelial cells in rats. Cell Tissue Res. 325: 101–109.

Yan, Y., J. Huang, F. Ding, J. Mei, J. Zhu, H. Liu and K. Sun. 2013. Aquaporin 1 plays an important role in myocardial edema caused by cardiopulmonary bypass surgery in goat. Int. J. Mol. Med. 31: 637–643.

Yang, B., H. Zhang and A. S. Verkman. 2008. Lack of aquaporin-4 water transport inhibition by antiepileptics and arylsulfonamides. Bioorg. Med. Chem. 16: 7489–7493.

Yool, A. J., E. A. Brown and G. A. Flynn. 2010. Roles for novel pharmacological blockers of aquaporins in the treatment of brain oedema and cancer. Clin. Exp. Pharmacol. Physiol. 37: 403–409.

Zhang, P. L., H. S. Mackenzie, J. L. Troy and B. M. Brenner. 1994. Effects of an atrial natriuretic peptide receptor antagonist on glomerular hyperfiltration in diabetic rats. J. Am. Soc. Nephrol. 4: 1564–1570.

Zou, L. B., S. Shi, R. J. Zhang, T. T. Wang, Y. J. Tan, D. Zhang, X. Y. Fei, G. L. Ding, Q. Gao, C. Chen, X. L. Hu, H. F. Huang and J. Z. Sheng. 2013. Aquaporin-1 plays a crucial role in estrogen-induced tubulogenesis of vascular endothelial cells. J. Clin. Endocrinol. Metab. 98: E672–682.