# EXHIBIT E3

## Dec. 22, 2017 Expert Report of Conrad Johanson, Ph.D.

**Conrad E. Johanson, Ph.D.**
**Professor Emeritus of Neurosurgery**
**Alpert Medical School at Brown University**
**Providence, Rhode Island**



***Consultant, Cerebrospinal Fluid Dynamics***

December 22, 2017

**In re: Mirena® IUS Levonorgestrel-Related Products Liability Litigation (No. II)**
**Expert Report of Conrad Johanson, PhD**

## A. Introductory Overview

I herewith submit this testimonial document marshaling evidence for the likelihood that the Mirena® intrauterine (IUD) device, containing androgenic progestin levonorgestrel (LNG), causes, or is a substantial contributing factor to the cause of, and/or worsening of PTC in female patients. Pharmacologically speaking, LNG is a second-generation progestin intended to impart progesterone-like action to prevent pregnancy; unfortunately, the potent androgenicity of LNG can give rise to a plethora of complications related to induced distortions in endocrine and/or metabolic functions in susceptible women. Consequently, in these individuals, LNG more likely than not impairs fluid-regulating systems that normally help to control pressure in the cerebrospinal fluid (CSF) and arterial circulations. Serious outcomes of undue LNG exposure can include CSF hypertension-related visual and cognitive impairment.

As a long-time physiologist and neuroscientist, I have investigated and evaluated disorders of cerebrospinal fluid (CSF) dynamics and pressure. In constructing this document, therefore, I have used the same analytical and decision-making processes as for my scientific critiquing of peer-reviewed journal manuscripts and NIH grant applications. CSF pathophysiology, and its impact on brain fluid balance, is a critical aspect of evaluating the viability of injured neurologic and neurosurgical patients. This is especially true for those afflicted with hydrocephalus and PTC. In both disorders, top priority is given to managing the augmented CSF pressure that can impair eye functions and central nervous system (CNS) mentation processes.

In appraising CSF hypertension and its causes, I drew upon evidence from the current biomedical literature as systematized by PubMed, physiologic data bases and critical research reports, and state-of-the-art scientific papers at international symposia and society meetings. Additionally, I consulted various books and documents related to the subject matter of this litigation. The complexity of the biological/physical factors underlying PTC makes it essential to gain basic and clinical perspectives from a wide professional spectrum. Endocrinology, physiology, neurosurgery and neurology are salient disciplines for assessing/managing PTC created by hormonal disruptions. Accordingly, I drew upon knowledge of PTC from each of these disciplines.

When the data for an endocrine-physiologic model are woven together, there is a strong case, i.e., it is more likely than not, that CSF pressure is destabilized by endocrine/metabolic factors interfering with CP ion transport and fluid formation. There are multiple reasons,

documented in this Report, to conclude to a reasonable degree of medical and scientific certainty that more likely than not the androgenic levonorgestrel (LNG) released from the Mirena® device interferes with normal body fluid balance and CSF dynamics, thereby leading to the harmful PTC observed in Mirena® users.

**Table of Contents**


**A. Introductory Overview ........ 1**
**B. Background and Qualifications ........ 4**
**C. Perspective on Findings ........ 5**
**D. Overview on Cerebrospinal Fluid Formation and Reabsorption ........ 6**
**E. Strategic Location of CP Relative to Other Brain Anatomical Compartments ........ 7**
**F. Cerebrospinal Fluid Pressure: Normal vs. Elevated ........ 8**
**G. The CP Fluid Generator of CSF Pressure: Pharmacologic Effects ........ 10**
**H. Multi-Compartmental CNS Modeling of CSF Pressure: Relation to PTC ........ 11**
**I. Focus on CP Involvement in PTC ........ 12**
**J. Sensitivity of CSF Pressure to Hormone Titers ........ 13**
**K. Choroid Plexus: The Brain's 'Kidney' as a Target for Hormonal Signals ........ 13**
**L. Sodium Channel and Sodium Pump Activity: Driver of CSF Formation ........ 14**
**M. Hormones/Receptors That Augment CSF Formation and Pressure ........ 16**
**N. Hormonal Modulation of the Na pump, Na Channel and Aquaporin 1 ........ 19**
**O. Perspective on LNG's Harm to CNS Regions and Peripheral Organs ........ 22**
**P. How PCOS and Obesity Inform on LNG-induced Pathophysiology ........ 23**
**Q. Common Denominators of Hydrocephalus and PTC ........ 24**
**R. Linkage of Androgenic LNG to the Andro-Metabolic Signature of PTC ........ 24**
**S. LNG Impact on CP-CSF and PTC: Epidemiology vs. Experimentation ........ 30**
**T. Summary of Argument on the Endocrine-Metabolic Dyshomeostasis Resulting from Mirena® Usage: Pathways to PTC ........ 30**
**U. Tying It All Together: A Unified Model to Explain CSF Hypersecretion and the Elevated CSF Pressure of PTC ........ 33**
**V. Conclusions on the Endocrine Imbalance and Resulting PTC Caused by the Levonorgestrel-releasing Mirena® Device ........ 35**
**References ........ 38**
**List of Abbreviations ........ 51**
**List of Figures and Tables ........ 52**

**B. Background and Qualifications**

I have been professor of Neurosurgery at the Brown Medical School for three decades. My academic/research activities and interests have been in the field of brain fluid dynamics, choroid plexus-CSF transport, intracranial hypertension and hydrocephalus. Also, between 1985 and 2010, I directed the Cerebrospinal Fluid Laboratory in Neurosurgery at Rhode Island Hospital; and simultaneously was professor in the Brown University Department of Physiology.

My undergraduate degree in chemistry was obtained from Eastern Nazarene College in Quincy, MA. In 1970 I was awarded a Ph.D. degree in physiology from the Kansas University Medical School. Thereafter, I did a postdoctoral fellowship in CSF pharmacology at the University of Utah, and conducted research in anesthesiology. The research themes of my academic work have consistently been in the area of the choroid plexus-CSF physiology/pharmacology of transport phenomena in multiple regions of the CNS, both in health and disease. In this regard, I have conducted investigations in cerebral ischemia, hyperthermia, Alzheimer's disease, and arterial hypertensive effects on CNS barrier systems and CSF.

At the University of Utah in Salt Lake City, from 1974 to 1979, I was assistant professor of pharmacology and a research assistant professor of anesthesiology. In 1979, I was awarded tenure and an associate professorship in pharmacology at the University of Utah School of Medicine. In 1985, I became a professor of clinical neuroscience (neurosurgery) at Brown University Medical School in Providence, RI. Then in 2010, the emeritus title was awarded to me by the Department of Neurosurgery at Brown for 25 years of activities and accomplishments as professor and director of the Neurosurgery Laboratories. Considerable professional time has been devoted to reviewing grant applications on brain barrier systems/homeostasis for the NIH and private foundations; and serving as editor or referee for over 40 journals.

As research scientist, I have 150 articles for peer-reviewed journals, books and symposia; they span CSF-CNS barrier physiology, pharmacology and neuroscience. The National Institutes of Health awarded me funding as P.I. for a Research Career Development Award and six RO1 grants: for brain and choroid plexus-CSF development, acid-base balance, ischemia, neuropeptides and growth factors in CSF homeostasis, aging and Alzheimer's disease. I have been a faculty participant on Ph.D. and postdoctoral fellow training grants in pharmacology and anesthesiology. Other sources of funding have included the Epilepsy Foundation of America, the Grass Foundation and the Alzheimer's Association. For scientific research achievements in the fields of CSF physiology and hydrocephalus, I was awarded the international Pudenz Prize in 2005. Serving as a primary consultant for National Aeronautics and Space Agency on the VIIP project for five years, I informed on how hormonally-regulated choroid plexus transport mechanisms affect CSF dynamics and CSF pressure in astronauts during space flight microgravity, and their CSF hypertension upon return back to earth's gravity.

At Brown University and the University of Utah, I have been active in training master's degree and doctoral candidates, as well as postdoctoral fellows from abroad. In addition, I have mentored dozens of independent study and honors thesis projects (mainly CSF and blood-brain barrier) for undergraduate students at Brown University and other educational institutions. As director of the neurosurgery laboratories in Rhode Island Hospital, I trained neurosurgery residents in research rotations on clinical neuroscience projects (CSF dynamics and hydrocephalus), and presented CSF and blood-brain barrier lectures in neuroscience courses and at various departmental Grand Rounds (Neurology, Pediatrics and Neurosurgery). I have led a departmental journal club for medical/graduate students, who engage in active discussions on the latest

biomedical and clinical advances. As a member of several research committees at Rhode Island Hospital, I have guided neurology/neurosurgery research interests for various groups at the Brown University Medical Center.

An important arm of our Brown University research group has been annual presentations, by me and colleagues, of our research findings on CSF dynamics and choroid plexus transport mechanisms at national meetings and invitations to international symposia. The presentation topics have included the blood-brain barrier, blood-CSF barrier, CNS fluid compartments, intracranial hypertension and hydrocephalus (congenital and adult metabolic). At international hydrocephalus meetings, I have regularly chaired sessions on topics such as CSF dynamics and homeostasis, choroid plexus transport, and intracranial pressure elevation. Also, I have presented lectures on PTC issues at the meetings of the Intracranial Hypertension Research Foundation.

Over the decades of my professional activities, I have been a regular contributor and supporter of multiple professional societies: physiology, pharmacology, neurochemistry, anesthesiology, and neuroscience. Intimately related to my research has been the role as advisor to Hydrocephalus societies and the Intracranial Hypertension Research Foundation. I have been an online contributor to neuroscience lectures, including the theme of choroid plexus-CSF and blood-brain barrier. Moreover, as a founding member/editor of the BMC journal *Cerebrospinal Fluid Research (now, Fluids and Barriers of the CNS)*, it has been rewarding to help fill a gap in the journal coverage of matters relating to 'orphan diseases' that entail CSF pressure dysregulation. I and my colleagues have been highly committed to finding novel biomedical scientific ways to improve the wellbeing of patients challenged with disordered CSF dynamics and elevated CSF pressure.

### C. Perspective on Findings: 'Can Mirena® Cause Pseudotumor Cerebri (PTC)?'

The Report tendered below documents biomedical evidence supporting my conclusion that more likely than not the androgenic progestin levonorgestrel (LNG), delivered by the Mirena® intrauterine device, disrupts the systemic/central hormonal balance of recipients who then develop PTC. LNG is a synthetic hormone, derived from testosterone, designed for progesterone-like activity to bring about contraception. LNG has the capacity to bind to and activate multiple steroid hormone receptors, which more likely than not explains its potent actions on fluid balance and pressure. This Report deals with plausible adverse effects of the androgenic progestin LNG on fluid homeostasis and pressure regulation; other reports analyze the pharmacokinetics and dynamics of LNG in contributing to harmful disruption of endocrine and metabolic balance.

The sex hormones and corticosteroids greatly modulate ion transport in choroid plexus (CP), the main source of cerebrospinal fluid (CSF) formation and pressure generation. With Mirena® usage, the normally-balanced profile of serum androgen, estrogen and progesterone shifts to an unbalanced state in which androgen effects predominate in the face of progesterone deficiency. Moreover, the androgenic LNG released from the Mirena® implant adversely stimulates CP transport of Na into CSF, resulting in increased CSF formation. This hormonal imbalance/distortion harms CSF fluid dynamics, as formation overtakes reabsorption and intracranial hypertension (PTC) ensues.

Normally testosterone, estrogen and progesterone, as well as the corticosteroids regulated by these sex hormones, finely control fluid transfer across membranes at optimal rates. As a result, the volume and pressure of both plasma and CSF are stabilized. However, the progestin LNG, and

the disrupted endocrine-metabolic milieu that it creates, interferes with steroid hormone actions integral to maintaining endocrine-metabolic balance throughout the body. One unfortunate outcome among many is the CSF pressure elevation (PTC) that seriously harms the eye and brain.

Defining terms is important in understanding the context of a scientific argument. In this Report, the term 'PTC' is used rather than 'idiopathic intracranial hypertension' (IIH). The reason for deciding on PTC rather than IIH is that the latter does not realistically respect the considerable advances made recently in appreciating factors regulating CP-CSF dynamics and CNS fluid compartment volumes. Also, 'CSF pressure' is used rather than 'intracranial pressure' (ICP) because the CNS pressure data from most studies discussed herein are based on pressure quantified by access to CSF via a spinal lumbar tap rather than by an intracranial cavity.

Upon analyzing the biomedical literature, current clinical science textbooks, and intracranial hypertension patient data, I conclude that the androgenicity of Mirena®-delivered LNG is often not well tolerated by the female sex hormone system. Susceptible women with Mirena®-associated hormonal disruption more likely than not experience alterations in choroid plexus epithelial secretions that lead to CSF hypertension. It is more likely than not that the androgenic burden imparted by LNG from the Mirena® implant causes, substantially contributes to causing, or exacerbates PTC.

## D. Overview on Cerebrospinal Fluid Formation and Reabsorption

Because LNG-associated PTC is intimately linked to cerebrospinal fluid (CSF) dynamics, it is useful to delineate the formation and reabsorption phenomena that determine CSF pressure. CSF percolates down the neuraxis through the brain and spinal cord. It eventually drains out of the central nervous system (CNS) across arachnoidal interfaces separating subarachnoid CSF from venous blood and lymph. Formed mainly (~70-80%) by the choroid plexus (CP) tissues in four regions, the CSF flows down the ventricular system to arachnoid clearance sites [6]; see Fig. 1. When unimpeded by tumors or other masses, the CSF flows freely and the pressure is usually stable and optimal for neuronal function. Homeostatic transport mechanisms in CP normally maintain the CSF neurochemistry and pressure within narrow limits. Physically the CSF acts as a fluid shock absorber for the brain, protecting against external blows. Disrupted CSF volume and pressure lead to a pathophysiologic cascade that disrupts cerebral metabolism and blood flow.




***Fig. 1 legend:*** **Choroid plexus fluid generator in human brain** Located in lateral (top arrowhead), 3rd and 4th ventricle (bottom arrowhead), they produce CSF that moves through the ventricular system (center) to distal subarachnoid spaces (outer dark brown on diagram). BBB, blood-brain barrier Blue is venous sinus. Excessive CSF secretion, caused by hormonal imbalance, increases CSF pressure. Plexuses are known as the blood-CSF barrier (BCSFB) or transport interface with blood. Curved arrows: CSF flow routes

Situated within the cerebroventricular system, the CP is a multi-purpose organ with diverse duties [7]. Numerous choroidal physiologic actions are regulated by a wide spectrum of peptides and hormones. A primary role of CP is to produce CSF with a special array of constituents to support cerebral/spinal functions. Movement of CSF thus distributes trophic proteins, hormones and small organic molecules to many neuronal targets throughout the CNS. Free-flowing movement of fluid assures a clean extracellular environment for neurons, enabling efficient neurotransmission for cognition. In addition, the continually-flowing CSF, at the appropriate rate, helps to sustain the requisite ventricular pressure and volume. Normally 'upstream' CSF formation is balanced by 'downstream' reabsorption at the arachnoid membranes. [CSF formation, production and secretion are terms used interchangeably in this Report, as they also are in the literature.] The result is that CSF pressure remains stable in the healthy brain.

**E. Strategic Location of CP Relative to Other Brain Anatomical Compartments**

CP is intimately involved with altered secretory phenomena that result in PTC. Situated deeply in the inner core of the CNS, and propelling fluid outward, the choroid epithelial cell secretions reach virtually all neural regions. Consider the CP as a heart-like pump actively driving fluid throughout a multi-compartmental system. CSF is modified by several biophysical factors: the pulsating arterial pressure within the plexus, a wave-like beating action by cilia of ependymal cells lining the ventricular walls, and the hydrostatic pressure gradient directed from large cavity CSF into venous blood of the dural sinuses. Continuous bulk flow of CSF, known as volume transmission and resembling the steady cardiac output, nourishes and bathes cells (e.g., growth factors, vitamins, neurotrophins) within its anatomical 'jurisdiction'. Water and solutes, secreted or transported across the BCSFB, eventually exchange with CSF-contacting cells: the ependyma, pia-glia, and arachnoid membrane. CSF-carried solutes and water molecules also cross the permeable CSF-brain interface to access neurons and other parenchyma [2] (Fig. 2).




**Fig. 2. Schematic overview of fluid flow routes in CNS:** Blood flow into, and fluid secretion across, the main transport interfaces (BCSFB and BBB) occur in parallel. Accordingly, CP epithelium (BCSFB) generates CSF as a high-capacity *active transcellular* secretion (#1, #2) into the ventricles. Simultaneously, the BBB capillary wall (endothelium ensheathed by astrocyte feet) actively transports (net) ions and water (#3, #4) *transcellularly* at a much slower rate into ISF. Bulk flow of the secreted fluids occurs through the ventricular system (CSF, #9) and brain tissue (ISF). CSF and ISF readily exchange (depending upon locally-prevailing hydrostatic and osmotic pressure gradients) across *permeable* gap junctions *paracellularly* at the ependymal (#5, #6) and pial (#7, #8) borders. As fluid mixes at these CSF-brain interfaces, the CSF and ISF are also convected along parallel routes (#7, #9), respectively, towards arachnoid-lymphatic drainage sites (#10) in the cranio-spinal venous blood in dura mater. Reproduced from Johanson [2].

Disruption of the CP-CSF system by disease, or iatrogenic (induced by an exogenous drug, substance or treatment) disorders, has the potential for perturbing the intricate balance of pressure/volume/composition that CSF has with other compartments in the CNS, e.g., brain ISF. Augmented CSF pressure, such as in PTC, has the ability to distort physically various boundaries/compartments (e.g., the CSF-ependymal interface) thereby interrupting the normally efficient and optimally directed (vectorial) fluxes of water and solutes throughout the CNS.

**F. Cerebrospinal Fluid Pressure: Normal vs. Elevated**

To maintain cognitive abilities and other neural functions, the delicate brain depends upon many protective mechanisms to stabilize its volume, composition and pressure. Disrupted brain fluid from altered hormone levels can lead to harmfully-elevated CSF pressure, i.e., a condition known as pseudotumor cerebri (PTC). PTC occurs when formation of CSF by CP is not equalized by reabsorption of CSF across the arachnoid membrane drainage sites. Excessive formation of CSF or reduced reabsorption (Fig. 1) causes CSF pressure to build up. Papilledema is a cardinal sign of PTC, but not essential. Many patients with a CSF pressure >250 mm $H_2O$ (compared to normal ~75-125 $H_2O$) have papilledema; some clients at 200-250 mm $H_2O$ have papilledema. Thus, the clinical presentation of PTC varies, but is confirmed by elevated CSF pressure (typically, but not always >250 mm $H_2O$) and/or the presence of papilledema.

CSF pressures exceeding 250 mm $H_2O$ can cause structural as well as physiologic damage to cells in the central nervous system (CNS). In this Report, we consider PTC as a condition in which the opening CSF pressure at the lumbar sampling site is >250 mm $H_2O$ [8]; this elevated pressure is usually accompanied by ocular global flattening, papilledema and optic nerve disk damage. Excessively high CSF pressure can cause 'burrows' in structurally-damaged brain regions that promote CSF drainage by artefactual routes. Serious cognition damage over a wide domain of brain regions has also been reported to occur in PTC [9, 10]. Interestingly the Na transport inhibitor, spironolactone, more than likely protects against cognitive loss, in the context of imbalanced CP fluids and faulty insulin metabolism in CNS [11, 12] .

Elevated CSF pressure in PTC is a serious disorder because, when sustained, causes severe headaches, loss of vision (even blindness, when severe) and failure of mental faculties. In evaluating new drugs, pharmaceutical firms and the FDA usually pay strict attention to adverse side effects of new agents with potential for disturbing fluid dynamics in the CNS, venous as well as CSF. Pharmacologic agents modulating steroidal hormonal systems have historically been problematic in altering fluid homeostatic systems (causing pressure changes) such as the ciliary process-aqueous humor in the eye and the CP-CSF-arachnoid nexus in the brain. CSF pressure homeostasis, a hallmark feature of eye and brain health, is thus disrupted by agents that interfere with Na transporters and Na channels in CP epithelial cells.

Choroid plexus is a region of primary interest in CSF hypertension problems. The blood-CSF 'gateway' for most fluid transfer from blood into CNS occurs by ion/water transport across the CP as nascent CSF. Careful therapeutic consideration/management of this 'gateway' transport step in CP can avoid neurologic damage to 'downstream' CSF regions; i.e., harm to ependyma, neurons and arachnoid ensuing from fluid/pressure overloading of the CSF system (Fig. 3). Because of brain vulnerability to elevated CSF pressure, it is crucial for pharmacologic regimens to avoid drug-induced imbalance of fluid movement through CP and distal drainage sites.




**Fig. 3: Neuroanatomic components of CSF circulatory system** CSF system (blue) composed of two components: ventricular (interior) and subarachnoid (exterior). Four ventricles house the CP tissue. The subarachnoid space, covering the brain and spinal cord, interfaces with the venous blood sinuses, into which CSF drains. Total CSF volume is ~10% of the brain volume. CSF production, ~0.4 ml/min normally, arises mainly from the CP tissues. However, there is MRI evidence from PTC patients for hypersecretion of CSF [5].

CSF volume can markedly impact CSF pressure. In PTC, ventricular volume is stable. However, subarachnoid space CSF volume over the cortex dilates in some PTC patients [13]. Pressure-volume curves (Fig. 4) relate CSF (or intracranial) pressure to the changing volume of the total CNS content (brain mass, CSF plus residual blood). Up to a certain buffering point, the CSF pressure changes minimally with each volume increment (say, CSF buildup); thereafter, CSF pressure rises sharply with relatively small volume increments inside the cranial cavity.

Pressure susceptibility of the CP-CSF-brain nexus is due its encasement within the rigid skull. When 'volume loading' of added fluid in brain reaches saturation, the CSF pressure rises to a hypertensive level [14], as in PTC. Thus, exceeding the volume-buffering capacity created by the retained intracranial water/blood, causes CSF pressure to rise dangerously [15] (Fig. 4).




**Fig. 4: The pressure-volume curve for CSF** Pressure rises rapidly when the CSF volume buffering capacity is exceeded. The normal CSF pressure of ~100-150 mm $H_2O$ rises gradually as CSF volume starts to increase, e.g., from accelerated CSF formation from papillomas, obesity, and inflammation [1], as well as hormonal imbalances. Encased in the rigid skull, the brain has limited compliance when challenged with water (CSF) loading. Whether acutely (trauma) or chronically (diseases; PTC), the resulting CSF hypertension imparts increased resistance to cerebral blood flow.

Patients suffering from severe, sustained PTC incur damage to the optic nerve, retina and periventricular regions. High CSF pressure attenuates blood flow to the CNS. If PTC intensifies and is not timely treated, visual impairment and cognitive losses can occur; it is worth considering that irreversible PTC-inflicted damage, due to untimely treatment, explains persisting severe headaches. Therefore, it is urgent that physicians and drug development teams understand the importance of devising pharmacologic strategies, such as for CP-CSF management, that recognize drug side-effect potential for triggering or exacerbating this devastating PTC disorder.

## G. The CP Fluid Generator of CSF Pressure: Pharmacologic Effects

The great secretory ability of CP has been recognized by many disciplines for a century. CP is a key player in CSF pressure regulation [16]. Critical points are that: *i)* most formed CSF originates from CP [17], and *ii)* inhibiting Na transport in CP reduces CSF formation rate/pressure, while increasing the ion/water transport places a greater volume/pressure burden on the CNS.

*i)* Choroid cells are highly equipped to generate a large volume of CSF (~500 ml/day). To maintain CNS fluid homeostasis, the CSF volume of ~150 ml in adult humans is replaced ~4 times daily by the continual turnover of choroidal fluid [6, 18]. Uniquely for CNS, the dense microvilli at the CSF-facing membrane of CP (with great surface area for transport) support extensive fluid transfer into ventricles [19]. Brisk vascular perfusion of the plexus (~5 times cerebral blood flow), bringing in water and substrate for secretion, also indicates that CP is a major site of fluid generation in CNS [20]. Moreover in experimental isolation experiments, in vivo [21] and in vitro [22], nascent CSF is directly observed exuding 'actively' against pressure, at the CP apical side.

Clinically, hydrocephalus patients with too great a CSF formation relative to reabsorptive capacity get relief from augmented pressure when lateral ventricle CP is surgically cauterized [23, 24]. Surgical removal of CP in hydrancephaly (excessive CSF) substantially reduces CSF pressure [25]. On the other hand, patients with CP papilloma hypersecrete CSF [26]. Relief of elevated CSF volume/pressure by surgically-ablated papilloma tissue [27] speaks to significant CP generation of volume/pressure [28, 29]. Papilloma-associated hypersecretion and hypertension mimics PTC in displaying papilledema [30]. Moreover, the hypersecreted CSF in earth-returning astronauts developing PTC [31] links to upregulated transport in CP. Collectively these various maneuvers and manifestations point to pivotally increased CP fluid output in raising CSF pressure.

*ii)* Pharmacologic experimentation reinforces the concept of a high-capacity fluid production at the blood-CSF interface. Davson and Segal convincingly linked CSF flow inhibition (pharmacologically) to reduced $^{22}Na$ transport at the BCSFB [3]. Ouabain, a Na-K-ATPase inhibitor, acetazolamide, spirolactone (aldosterone antagonist) and amiloride (Na channel blocker) all reduced Na transport into ventricles as well as CSF formation rate (Fig. 5). Inhibitory effects on Na transport were markedly greater at BCSFB than BBB. This important research pointed to CP as the key player in CNS global fluid dynamics.




**Fig. 5. Diuretic inhibition of CSF flow** Rate of CSF formation at BCSFB in rabbits was reduced 64% by acetazolamide, 55% by ouabain, 71% by spirolactone and 50% by amiloride. All these agents also significantly decreased plasma $^{22}Na$ transport into ventricular CSF [3]. Na transport across BBB was not affected by these 4 agents [3]. ACTZ=acetazolamide *P < 0.001 CONT=control

For decades acetazolamide, a carbonic anhydrase inhibitor, has been the mainstay of PTC therapy to lower CSF pressure. The fluid-generating enzyme, carbonic anhydrase, abounds in human and rodent choroidal epithelium [32, 33] but is lacking at the capillary wall of BBB. Carbonic anhydrase facilitates Na flux into ventricular CSF [34], but not across the BBB into ISF [3]. Much is known about acetazolamide's inhibitory action on CP. Acetazolamide consistently

reduces by 30-35% the uptake of radio-$^{22}$Na marker in plasma by CSF [3, 4, 35], an inhibition of CP transepithelial Na flux [36]; see Fig. 6. Acetazolamide does not alter Na flux across BBB.




**Fig. 6. Sodium influx coefficients in CP-CSF: BCSFB vs. BBB:** The radio-Na-22 uptake by CSF via CP greatly exceeds Na-22 uptake by brain (parietal cortex) [4]. Limits are SEM. *P<0.01 These Na kinetics data indicate that net fluid transfer across rat CP into CSF exceeds by 10-fold that across the cerebral capillaries into ISF. CP is a great water transfer site in CNS. ACTZ, acetazolamide, 25 mg/kg, 1hr

In addition, acetazolamide, when fully inhibiting carbonic anhydrase in CP epithelium [37], reduces CSF formation rate by about half [3, 38, 39]. Overall CSF formation rate correlates positively with active Na transport, from CP to ventricles. Consistent with inhibited ion transport, acetazolamide treatment is associated with lower CP Na-K-ATPase activity and CSF pressure, down by ~60% [40]. Accordingly, acetazolamide decreases CSF pressure in therapy for PTC [41, 42] and in laboratory experiments [40, 43]. Altogether for PTC patients and animal models, these data tightly link choroidal Na transport, fluid formation and CSF pressure.

Consequently, it is now widely accepted by neuroscientific and neurosurgical communities that CP, not the BBB [3], is the focal point of fluid production within the CNS [17, 44]. This point of view of CP as the main fluid generator is rarely challenged, except when not considering evidence [45] from the several lines presented above. Clearly, there are now substantial reasons to sharply focus on CP function, pharmacologically and endocrinologically, as a site for regulating CSF formation and pressure. CP function should also be considered toxicologically as a sensitive epithelial tissue, the fluid production of which is adversely affected by inappropriate exposure to drugs [46] and unnatural synthetic products, e.g., LNG.

### H. Multi-Compartmental CNS Modeling of CSF Pressure: Relation to PTC

Although CP is the major transport interface of interest for CNS fluid dynamics, other regions have potential for impacting CSF flow/pressure. Extrachoroidal regions of interest for fluid dynamics include the: *i)* brain interstitial fluid compartment, *ii)* arachnoid membrane, and *iii)* cerebral venous system. Each CSF-bordering compartment discussed below is potentially problematic in PTC.

*i)* Brain interstitial fluid (ISF) constitutes the microenvironment for neuronal networks. ISF is bounded on one side by cerebral capillaries (BBB), and on the other by the ependymal wall (interior brain) and pia-glia interface (exterior). When ISF volume expands after BBB injury, e.g. traumatic cerebral edema, the ISF pressure increase contributes to an overall CSF pressure rise. However because the non-injured BBB, as in PTC, secretes Na and fluid at a rate far less [3] than the BCSFB (Fig. 4), it is rare to hear discussion of a cerebral capillary secretion, that by markedly increasing, overfills the interstitium with excess fluid. This secretory/transport modeling is consistent with findings in PTC patients, analyzed by MRI, who display no expansion of ISF volume (or minimal, ~10%, due to transependymal flow from hypertensive ventricular CSF) even when CSF pressure is augmented [13, 47]. Nor is there significant histological evidence for ISF injury/edema in PTC. It seems likely, then, that major ISF expansion in brain is not the main reason for elevated CSF pressure in LNG-associated PTC.

*ii)* The arachnoid membrane covers the CSF system thereby acting as an extensive blanket

over the brain-spinal cord. CSF flows, usually unimpeded, out of CNS via specialized structures in the arachnoid that contact the venous sinuses and lymph. CSF outflow is a function of the positive hydrostatic pressure gradient, from CSF to venous blood at lower pressure. Arachnoidal defects, structural and functional, have been considered problematic for retaining CSF in the PTC brain. Severely-elevated, sustained CSF pressure in PTC (~300-500 mm $H_2O$) may inflict damage (as it does to ependyma) to the structure of arachnoidal drainage sites. However, rarely is there direct evidence for arachnoid damage by hormones, or from disorders of high CSF pressure, e.g., acute post-hemorrhagic hydrocephalus, where some investigators are now shifting focus away from arachnoid involvement to CP hypersecretion [1, 48]. There are instances, though, in which the arachnoid is physically stressed by central venous hypertension, and this may inflict tissue damage and alter CSF outflow.

*iii)* The cerebral venous sinus regions are implicated in some forms of PTC. In intracranial hypertension, a genetic defect in clotting (thrombophilic C677T MTHFR mutation) causes 35-40% of PTC patients to have sinus thrombosis [49]. Contraceptive agents rarely cause blood clots that get lodged at venous sites draining the brain's blood [50]. Such blockage results in cerebral venous hypertension, that reduces the facility of CSF outflow into regions such as the straight sinus. Consequently, the retained fluid (behind clot blockage) causes CSF pressure to rise, often to hypertensive levels. In contraceptive regimens, though, cerebral venous sinus clots are not frequently a primary problem causing PTC. However, the above discussion notwithstanding, and although the patient subpopulation is small, progestin usage in genetically-susceptible women should be cautiously considered due to increased risk (C677T MTHFR mutation) of cerebral venous sinus clotting and resulting PTC.

Transverse sinus narrowing, that occludes venous outflow from brain, in some cases (extrinsic) may be a true anatomic narrowing that increases resistance to venous outflow, causing PTC (reviewed by Mollan [51]). However, in many cases of PTC involving venous outflow problems, the PTC is the primary cause of the narrowing.

## I. Focus on CP Involvement in PTC

Previous discussion centered on plausible causative factors of PTC originating in various CNS regions. Four compartments, i.e., CP, BBB-ISF, arachnoid and sinus venous blood, have traditionally been analyzed as possibly connected to PTC (idiopathic, dietary and iatrogenic causes). Of these compartments, CP is the most likely region for hormone interference (e.g., by LNG, or secondary effects) with ion transport and CSF dynamics in PTC. Hypersecreted CSF, including endocrine-disorder patients, has been analyzed by several techniques [52-54]. Modern technology, novel methodological approaches, and a deeper appreciation of hormonal modulation have combined to furnish molecular biology data for strengthening the CP 'hypersecretion model'.

An intricate array of fluid-regulating hormones coordinates movements of ions and water among CNS regions. The end result is to stabilize tissue pressure and volume. Homeostasis of CNS extracellular fluid (CSF plus ISF) critically depends on regulated fluxes across the BCSFB. Once formed by CP, the CSF moves down the ventricular system exchanging solutes and water across the ependymal, pia-glia and arachnoid epithelial cells. Thus, normal CSF pressure in healthy brain is set by physical phenomena (compliance and hemodynamics) as well as the exquisitely balanced bioactivities of diverse transporters in multiple CNS compartments. Transporter expression in rodent tissue models mimics that of human CP [55].

Hormones upregulate/downregulate the expression/activity of ion transporters/channels

and water-conducting aquaporins at these sites. Plasma levels of aldosterone, cortisol, insulin, androgens, estrogens and progesterone, for example, are normally adjusted at titers that control fluid movement through the peripheral kidneys to maintain arterial pressure, and through the CP at a rate to stabilize CSF pressure. Therefore, maintaining optimal CSF pressure is a balancing act of interacting fluid dynamics in plasma, CSF, ISF and cerebral/spinal venous blood.

**J. Sensitivity of CSF Pressure to Hormone Titers**

Multiple neuropeptides and hormones impact CSF dynamics. CSF pressure is adversely affected by unstable levels of hormone in CP-CSF. What is the reason that, with respect to steroid molecules, the CSF pressure is greatly perturbed to the point of PTC onset, by either increased or decreased concentration of the steroid in CSF? Corticosteroids elevate CSF pressure after discontinuation as well beginning steroid therapy for endocrine disorders. Gender differences are intriguing: low serum androgen in hypogonadic males [56], but elevated androgen in females, causes PTC. Moreover, chronic vitamin disorders, presenting as either hypovitaminosis A [57] or hypervitaminosis A [58], can trigger harmful CSF pressure rises and PTC. Although capable of fine adjustments, the CP-CSF endocrine regulatory system does not accommodate well rapid 'swings' in titers of molecules such as corticosteroids/vitamins; therefore, CSF pressure rises.

Fine sensitivity of CSF to perturbed levels of steroid or steroid-like substances prompts care for pharmacologic strategies to minimize changes in hormones (e.g., levels of estrogens, progesterone and androgenic levonorgestrel) that alter Na/water transport across epithelial membranes like CP to control CSF pressure. In females, the sustained hormonal upregulation of androgens and mineralocorticoids, just as in polycystic ovarian syndrome (PCOS) and primary aldosteronism, enhances CP fluxes that result in continuously elevated CSF pressure.

**K. Choroid Plexus: The Brain's 'Kidney' as a Target for Hormonal Signals**

Choroid plexus, a renal-type organ [59], shares many common features of structure/function with tissues such as the plasma-filtering kidney. Indeed, CP is called the brain's 'kidney' for purifying and regulating CSF/brain extracellular fluid [59]. Like the kidney, the CP transfers fluid copiously across epithelial membranes. Transporters, ion channels and aquaporins function comparably in various epithelia. Insulin (diabetes), for example, stimulates Na-K-ATPase (Na pump) in the kidney [60], eye [61] and CP [11, 62]. The CSF renin-angiotensin system (RAS) has been proposed as a PTC marker [63]. Accordingly, one can compare physiology of kidney and eye (aqueous) for insight on CP transport phenomena and fluid turnover. Comparison reliably reinforces ion transport modeling, and informs on CP pathophysiologic mechanisms.

A primary renal function is to reabsorb Na from tubular fluid back into the vascular system. The renal mineralocorticoid receptor and ENaC [64], functionally coupled with the Na pump, has an integral reabsorptive role (Fig. 7) [65]. As Na is thus retained, the plasma volume and blood pressure are maintained. Renal Na reabsorption is stimulated by aldosterone. Excessive aldosterone tone (hormonal level and cognate receptor expression) leads to greater kidney fluid reabsorption, causing arterial hypertension. The diuretic antagonist of the Na channel ENaC, spironolactone, reduces aldosterone-stimulated Na reabsorption. As a result, hypervolemia is attenuated and better control of blood pressure is attained. Similarly, plasma Na transport across CP into CSF is stimulated by aldosterone [3]. Predictably then, spironolactone, by curtailing Na transport into CSF [3], is being used as an antimineralocorticoid, antiandrogenic agent to alleviate PTC, by reducing CP Na transport stimulated by aldosterone [3] and testosterone [66].




**Fig. 7. Fluid-regulating Na transporters in CP vs. kidney** CP is a unique epithelium with the Na pump at the membrane away from blood, i.e. facing the CSF. CP epithelium is a Na *secretor* (into CSF), while kidney is a Na *reabsorber* (into blood). With this polarized arrangement, CP can use Na pump to regulate CSF pressure, while the kidney tubule uses the Na pump activity to help control arterial pressure.

From an epithelial/vectorial standpoint, CP functions as a ‘reverse’ kidney in that the preponderance of Na transport is secretory (into CSF) rather than reabsorptive from CSF (Fig. 6). Thus, the great flux of Na from plasma to CSF, across CP, maintains ventricular volume and CSF dynamics. Diuretic agents interfering with renal absorption of Na (acetazolamide, amiloride, spironolactone) also inhibit CP Na secretion and CSF formation rate, thereby attenuating PTC.

A baseline level of CSF formation essentially maintains CSF volume. Cerebroventricular collapse occurs if CP is removed [67], or if choroidal Na transport is drastically reduced by transporter gene ablation [68]. Just as kidney regulates plasma volume/pressure, similarly the CP maintains CSF volume/pressure. In both cases, Na transport (under hormonal modulation) is a prime moving force in regulatory fluid dynamics and volume homeostasis, for plasma and CSF.

### L. Sodium Channel and Sodium Pump Activity: Driver of CSF Formation

PTC is a condition that results, in large part, from altered transport of Na by CP. Net Na transport into the ventricles followed by water is the ‘guts’ of CSF formation. Pioneer investigators in neurology surmised that PTC is a problem with CSF/CNS electrolyte dyshomeostasis related to sex hormone imbalance [69, 70]. Their prediction was right on target. The effectiveness of a ‘low Na diet’ in relieving PTC symptoms points to the relevance here of focusing on Na transporters, and their modulation, to explain the basic origin of PTC.

Many transporters and channels at the BCSFB participate in CSF production [18, 71]. The basic Na 'players' are simplified in Fig. 8 below. Coordinated Na transport between the basolateral and apical membranes [60] allows tandem transport of Na across the cell. Secretion of plasma Na at the BCSFB involves two steps. First, Na crosses the plasma-facing membrane down its electrochemical gradient through epithelial Na channels (ENaC). Then intracellular Na is actively extruded into CSF by Na,K-ATPase along the apical membrane. Discussed separately below are ENaC and the Na pump, as well as the aquaporin 1 channel allowing water passage for osmotic balance of transported Na.




**Fig. 8: Sodium transport and distribution in CSF formation**: First, Na diffuses down gradient (left) into choroid cell by ENaC. Next, Na is actively extruded by Na pump on CSF-facing membrane. Then, water moves down osmotic gradient, via aquaporin 1, into CSF. Hormones modulate various aspects of the CSF secretory process.

*i)* Na channels, ENaC, are integral membrane proteins that form ion channels, highly selective to conduct $Na^+$. The α unit, forming the channel core, associates with the β subunit protein involved with gating of the pore. Aldosterone binds to the mineralocorticoid receptor (MR) and increases renal Na reabsorption via up-regulation of the epithelial ENaC. Epithelial Na channel activity in kidney/colon is induced by aldosterone also acting on the glucocorticoid receptor (GR). ENaC presence in CP epithelial membranes, demonstrated by immunostaining and transcript analyses [72-74], have been implicated in hypertension phenomena. ENaC channels allow Na to diffuse down its electrochemical gradient set up by the Na pump.

*ii)* The Na pump in human CP epithelium [75], energized by ATP, actively extrudes 3 Na ions into CSF in exchange for 2 K. In this electrogenic process, the choroidal epithelium becomes low in Na concentration and electronegative (relative to outside of cell). Continually-extruded Na into the ventricles 'powers' CSF formation. Agents like ouabain, inhibiting the Na-K-ATPase (α subunit) [76, 77], curtail fluid formation [3]. Hormones such as progesterone and atrial natriuretic peptide [16] slow down the Na pump [78-80], reducing CSF formation rate [81]. Conversely, testosterone speeds up choroidal Na pumping [66] via stimulated ATPase activity [82].

*iii)* Aquaporin 1 (AQP1) channels are widely expressed. They have been extensively analyzed in kidney water transfer phenomena. Humans have highly-expressed levels of AQP1 in renal cortex and CP [75, 83]. Aquaporins are a family of small integral membrane proteins that facilitate transcellular water movements. When gated in the open mode, AQP1 lets water diffuse down its chemical potential gradient, into a hypertonic region. [Active Na pumping sets up hypertonicity near the apical membrane where Na is extruded.] Expression of AQP1 channels correlates highly with the degree of fluid turnover across epithelial membranes. Abundant AQP1 channels exist in the ciliary body, an epithelium that secretes the aqueous humor [84]. AQP1 channels are expressed prominently on the apical, CSF side of the choroid epithelial cells. An increasing number of AQP1 channels in CP usually means additional fluid transfer into CSF; a decreasing number, less fluid transfer. Table 1 below summarizes AQP1 up- and downregulation.

***Table 1. Plasticity of AQP1 expression in CP: Relation to fluid transfer and pressure***

| *Location of AQP1* | *Effect of Expression Change* | *Study* |
|---|---|---|
| Third Ventricle CP (rat) | ↑AQP1 expression in hyponatremia, when large water influx crosses BCSFB | Moon [85] |
| Human CP papilloma | ↑AQP1 expression led to large CSF cysts and more severe hydrocephalus | Longatti [86] |
| Spontaneously-hypertensive rats | ↑AQP1 expression is associated with hypertension and with increased CSF formation rate | Tomassoni [87] |
| Zucker rats (overweight) | ↑AQP1 expression in CP is associated with an elevated CSF pressure | Uldall [88] |
| Cultured CP cells | ↓AQP1 expression resulted from exposure of in vitro cells to curcumin; proposed for PTC therapy | Nabiuni [89] |
| Aging Sprague-Dawley rats | ↓AQP1 expression in late life is associated with lower rate of CSF formation | Masseguin [90] |
| Mouse CP | ↓AQP1 expression (deficiency) caused ventricles to be smaller than controls | Wang [91] |
| Mouse AQP1 KO | ↓AQP1 expression resulted in impaired CSF production, and less osmotic flow through CP | Oshio [92] |

Information gained from various CP models (Table 1) consistently implicates a role for AQP1, by expression change, to enhance or slow down water transfer across the BCSFB. Corticosteroids facilitate water transfer across peritoneal membrane preparations [93], likely by modulating the AQP1 expression upward [94, 95]. Interestingly, corticosteroids as well as vitamin A, both causing PTC, also induce upregulation of AQP1. Evidence is steadily emerging for a marked role of CP AQP1 in CSF flow, and its dysregulation in PTC [96]. The model of Stiebel-Kalish et al. postulates that overexpressed AQP1 in CP increases CSF pressure [96]. Retinoid compound usage, extensively linked to PTC onset, increases AQP1 expression [97, 98].

### M. Hormones/Receptors That Augment CSF Formation and Pressure

CSF regulation is a complex balancing process. Some hormones increase, others decrease CP fluid production. This **Report** emphasizes hormonal systems, disrupted by LNG (progestin) exposure, that increase fluid turnover at the BCSFB. There are obvious implications for PTC onset when CP epithelial transport/channel systems are upregulated pathophysiologically, resulting in greater fluid throughput in the ventricles. Progesterone, a distinctive hormone in this series as a factor that decreases CSF formation rate, causes renal diuresis [99]. When progesterone's physiologic 'braking action' on Na transport however is diminished in altered endocrine states, a counter-modulating effect more than likely accelerates CSF formation rate.

Several reasons, then, justify centering on CP to evaluate contraceptive agent disruption of CSF dynamics: *i)* CP forms most fluid in CNS, *ii)* CP is a significant CSF pressure generator, and *iii)* CP epithelial expression includes many receptors that bind fluid-regulatory hormones: mineralocorticoids and glucocorticoids; insulin, insulin-like growth factor (IGF), and growth hormone (GH); testosterone, estrogen and progesterone. Hormonal actions and interactions by these CP systems, in adjusting Na/water transport secondary to endocrine dyshomeostasis (e.g., PCOS and obesity), impact CSF pressure. They consequently merit consideration for cumulative

effects on brain fluid dynamics.

Regulatory hormones that impact CSF formation/pressure ramify into 3 classes: *i)* corticosteroids; *ii)* insulin, IGF-1and GH family; and *iii)* sex hormones.

*i) Mineralocorticoid and glucocorticioid receptors/effects*

Mineralocorticoid receptors (MR) and glucocorticoid receptors (GR), in animals and humans, perform aldosterone-mediated and cortisol-associated actions promoting CSF formation. Receptors for corticoids abound in CP epithelial cells [74, 100, 101]. Aldosterone excess in hyperaldosteronism strongly ties in to the elevated pressure of PTC [102]. Furthermore, cortisol generation in CP by 17-hydroxysteroid-dehydrogenase (HSD1) is a metabolic control point to regulate CSF pressure [103]; loss of body weight in PTC leads to less HSD1. The **Salpietro Report** further emphasizes how excess corticoids elevate CSF pressure by CP transporters stimulated by MR activity. Significant weight gain, a side effect in some Mirena® users, stimulates the renin-angiotensin-aldosterone (RAAS) system; this promotes an aldosterone increase that stimulates Na reabsorption from kidney to plasma. Comparable phenomena in CP allow more Na to reach CSF and increase pressure. Spironolactone's effectiveness in PTC relief reflects countering of enhanced MR tone.

*ii) Insulin, IGF-1 and growth hormone receptors/effects*

Receptors in CP are first in line to initiate hormonal cascading effects on CSF dynamics. Insulin receptors were demonstrated by Marks and colleagues by mRNA transcript analysis in rat CNS tissues, including CP [104]. Carro has provided evidence for a functional IGF-1 receptor in CP [105]. Extensive GH receptor mapping of CNS revealed abundant expression in CP [106] and nearby regions; additionally, receptors for GH secretagogues reside in human CP. Clearly, the insulin/IGF-1/GH group of receptors 'populate' the BCSFB.

Hyperinsulinemia attends Mirena® patients. Insulin resistance and hyperinsulinemia in metabolic syndrome stimulate the ENaC-Na pump nexus, enhance renal tubular reabsorption of Na and contribute to arterial hypertension [107]. Similarly in CNS, higher titers of insulin in LNG patients likely increase Na pumping in CP (evidence presented below that insulin activates ENaC and the Na pump, both integral to CSF formation).

Growth hormone and its mediator, IGF-1, promote extracellular fluid retention. Extracellular fluid expansion in acromegalic patients stems from excessive GH/IGF-1; this acromegaly fluid burden attenuates with amiloride [108]. In CSF, also an extracellular fluid, PTC occurs in those receiving GH treatment [102]. GH-stimulated CSF flow/pressure is more likely than not mediated by IGF-1, which increases in CSF of patients on GH therapy [109]. GH also activates the RAAS, which promotes fluid accumulation and hypertension (see also **Salpietro Report**). This CSF hypertension induced by GH is more likely than not connected to stimulated fluid transfer across BCSFB.

PTC onset with GH therapy can occur quickly, within 2 months [110]; and PTC reverses shortly after GH discontinuation [111]. These temporal factors in treatment imply a causation effect of recombinant human GH on PTC occurrence. Although PTC in one GH-treated patient was attributed to heightened resistance to arachnoid outflow, there are reasons to think that the primary problem with GH therapy is upregulated fluid formation by CP. The wealth of

information for stimulated Na transporters by certain hormones is detailed below in section **N**.

*iii) Sex hormone receptors/effects*

Altered serum titers of androgen, estrogen and progesterone, occurring in PCOS and PTC, have a close link to intracranial hypertension. CP involvement in central fluid disorders prompts the matter of sex hormone receptor activity at the BCSFB. Androgen receptors (AR) have been characterized in CP of female and male mice [112]. Responsive estrogen receptors (ER), that translocate to the CP epithelial nucleus, were identified by Quintela and colleagues [113]. Choroidal receptors for progesterone, initially located by immunohistochemistry [114], were later confirmed in functional experiments [115]. Therefore, receptors for all major sex hormones are established for CP by a variety of methodologies.

Comparing arterial and CSF pressure regulation reveals functional common denominators across the two systems. Pharmacologic agents/treatments elevating arterial pressure often exert similar effects on CSF pressure. High androgen concentrations in blood associate with greater tubular Na reabsorption and higher arterial pressure. Testosterone and dihydrotestosterone bind to androgen receptors in CP. Testosterone increases renal Na reabsorption in the female spontaneously hypertensive rat (SHR), thereby raising arterial blood pressure [116]. Exogenous testosterone given to female and male rats increased arterial pressure [117]. By functional analogy, kidney vs. CP, one expects that testosterone [66] given to sexual reassignment patients (born female) would be risky for CSF hypertension. As expected, PTC onset was observed in two separate cases of testosterone supplementation in biological females [118, 119].

Interestingly, the similar CP vs. kidney epithelial transporters of Na, and their hormonal control, predicts comparable outcomes for hypertension. Significantly, the adverse PTC onset, clinically, in testosterone-treated transgender (reassignment) patients [118-120] prompts serious consideration of the potential of androgenic-LNG to distort CP-CSF dynamics in women with Mirena® implants. Spironolactone's ability to relieve PTC fits its anti-androgenic property.

High estrogen levels also enhance tubular Na reabsorption, and promote peripheral edema. Comparably, the central effect of excess estrogen is to increase Na/water movement across BCSFB (section **N** below). These fluid-modifying actions are manifested with estrogen oral contraceptive agents that promote water retention, body weight gain and arterial hypertension. Glueck et al. found that 28% of PTC patients took estrogen-progesterone contraceptive agents [49]. The fact that estrogen imbalance (relative to androgen and progesterone) also harms CNS fluid dynamics is evident in a cohort of 65 PTC patients, 17% of whom were in menopause replacement therapy or pregnancy [49]. A striking 57% of 65 PTC patients suffered PCOS, a disorder characterized by markedly-imbalanced sex hormone titers: too much androgen and estrogen, and too little progesterone. Consequently, a compelling case is made that estrogen out of balance with progesterone and androgens more likely than not markedly alters water and metabolic balance (with accompanying fluid pressure distortions) peripherally and in CSF-brain.

Progesterone has a delicate balancing action with estrogen. Progesterone's effects can be amplified by estrogen (that upregulates progesterone receptors). Both endogenous and exogenous progesterone increase urinary flow and excreted Na [121]. That progesterone acts as a diuretic predicts this female hormone to be a CP Na transport inhibitor. Progesterone binds its cognate receptor and, significantly, is also a mineralocorticoid receptor antagonist [121]; these factors in CP would combine to place an inhibitory tone on CSF formation. This collective favorable action prevents CSF pressure escalation. Progesterone plus estrogen in a ventriculo-cisternal experiment (to quantify CSF formation rate) substantially decreased choroidal fluid production [81].

Neuroprotective effects of progesterone and estrogen are widespread, including reduced edema and CSF pressure following brain injury [122, 123]. Clearly a weaker progesterone effect on CP cognate receptors, resulting from Mirena®-LNG or other androgenic progestins, would adversely reduce progesterone's benefits for the CNS, including CSF pressure control. Because LNG (unlike progesterone) does not antagonize MRs (**Salpietro Report**), exposure to LNG gives rise to 'mineralocorticoid activation syndrome' that promotes hypertension (arterial and CSF).

Table 2 below summarizes effects of various fluid-modulating hormones (either upregulated in disease or enhanced experimentally/clinically) on flow and pressure in the choroid plexus vs. kidney epithelial (distal tubule) systems.

**Table 2.** ***Effects of fluid-regulating hormones on hydrodynamics***

| | | CHOROID PLEXUS-CSF | | KIDNEY-PLASMA |
|---|---|---|---|---|
| **Aldosterone**<br>**Cortisol**<br>**Insulin**<br>**Testosterone**<br>**Estrogen** | ↑ | ***CSF Formation Rate***<br>***CSF Pressure (PTC)*** | ↑ | ***Tubular Fluid Reabsorption***<br>***Arterial Pressure (Hypertension)*** |
| **Progesterone** | ↓ | ***CSF Formation Rate***<br>***CSF Pressure (predicted)*** | ↓ | ***Tubular Fluid Reabsorption***<br>***Arterial Pressure decrease*** |

The tabular summary above covers steroid hormones and insulin, and how they modify fluid dynamics and pressure in the compartment (CSF or plasma) governed by that particular epithelial system. Progesterone, as a 'brake' on fluid turnover, is emphasized. Loss of progesterone tone (decreased ligand, cognate receptor) in the female (e.g., Mirena® user) likely results in greater fluid transfer with resultant pressure augmentation.

### N. Hormonal Modulation of the Na pump, Na Channel and Aquaporin 1

Levonorgestrel-induced PTC stems from altered CSF dynamics having its molecular origins in Na transport control. The hormones listed in Table 2 have consistent effects on ENaC, the Na pump and aquaporin expression. Specific examples below are in two groupings: *i)* corticosteroids and insulin/GH (to illustrate stimulated ion and water transport at the BCSFB), and *ii)* the major sex hormones (to document stimulated and inhibited Na and water movement across CP and related epithelia). Specific Na transport phenomena connect to the CSF dynamics-pressure phenomena treated in sections **D-G** of this Report.

*i)* Aldosterone stimulates expression/activity of ENaC channels, and the functionally-connected Na-K-ATPase (pump) [124], in CP and other epithelia. Leenen et al. emphasized that the aldosterone-enhanced movement of Na through CP leads to a salt-sensitive hypertension from increased Na in CSF [125]. Aldosterone/Na induces AQP expression in cortical collecting duct, an effect inhibited by MR blockade [126]. These Na-water-linked factors provide the molecular

basis for augmented CP-CSF formation/pressure in aldosteronism (see **Salpietro Report**).

Cortisol impact on CP function mimics aldosterone in stimulating the ENaC/Na pump [127]. Cortisol upregulates ENaC (β and γ units) in mammary epithelium, an effect linked to secretion [128]. This glucocorticoid also stimulates Na-K-ATPase in CP and kidney [129]. Dexamethasone also augments Na transport [130] and AQP expression [131] in collecting duct. Such effects fit clinical observations that PTC associates with elevated serum cortisol [132] and increased adrenal steroid production. Would local cortisol reduction in CP epithelial cells help to lower CSF pressure? To test this working hypothesis, a clinical trial under way is ascertaining the effects of an HSD1 inhibitor predicted to relieve PTC [133].

The hyperinsulinemia attending some LNG users prompts consideration that elevated serum insulin titers facilitate fluid transfer across BCSFB. Insulin- and glucocorticoid-stimulated Na transport act by glucocorticoid-inducible kinase 1 [130]. Insulin enhances Na uptake by in vivo CP at the plasma-facing membrane [62]. In many epithelia, insulin stimulates ENaC and the Na pump [134]. Selective KO of the insulin receptor in principal cells of collecting duct reduced ENaC expression, thus lowering Na reabsorption and blood pressure [135]; this points to a major role of insulin receptor activity in controlling pressure via Na transport. Cross talk between insulin and IGF-1 receptors allows insulin to stimulate Na transport by binding to its cognate receptor as well as the IGF-1 receptor [136]. Collectively, the findings point to a related concern that LNG-associated hyperinsulinemia more likely than not contributes to kidney-associated arterial hypertension, and to PTC by increased Na transport (mediated by insulin) from CP to CSF.

Growth hormone treatment of children is a therapy iatrogenically inducing PTC [137]. The inductive mechanism functionally associates GH action with IGF-1, in the context of Na (fluid) transport. Recombinant human IGF-1, to treat GH-resistant dwarfism, also causes PTC [138]. IGF-1 activates the renin-angiotensin-aldosterone system, leading to greater Na-$H_2O$ uptake from cortical tubular fluid [139]. Similarly in kidney, GH effects are mediated by increased Na-$H_2O$ reabsorption in the distal nephron [140]. This net reabsorption of tubular fluid is initiated by stimulated ENaC and Na-K-ATPase in the late distal nephron, mediated by GH in concert with IGF-1 [141]. A similar mechanism obtains in CP, whereby GH/IGF-1 excess stimulates CP (via boosted ENaC and Na pump activity) to generate more CSF and pressure. PTC is the outcome.

*ii)* Sex hormones and progestins, upon alteration of their titer in serum, have potential to modify fluid generation by CP. Progestins, such as LNG, are significant endocrine disrupters; unwanted side effects of LNG take a toll on the CSF-CNS as well as peripheral organs. LNG is harmful in not antagonizing the MRs, as progesterone normally does. Dysregulated Na transport caused by endocrine-imbalances such as LNG exposure, and PCOS, give rise to CSF hypertension.

Androgen excess in PCOS associates with CSF oversecretion and the resulting PTC. Experimentally, sub-chronic testosterone treatment upregulated ENaC (all units) in the nephron distal tubule and collecting duct; the effect was specifically mediated by the androgen receptor [142]. Testosterone increases Na pump activity in rat CP, and the ratio of ADP/ATP, a positive indicator of a CSF formation increase [66]. Testosterone upregulates aquaporins at multiple loci in the uro-genital system. An interesting sex difference is that testosterone upregulates AQP-2, -3, -4 and -6 in the collecting duct of female SHR [143], but not in males; this points to a possible sensitivity in the female system to androgenic stimuli. Accordingly, representative findings are combined to demonstrate unequivocally that androgens stimulate ENaC, Na pump, and aquaporins, in CP and kidney, to transport more fluid into pressure-sensitive compartments: CSF and plasma. This constitutes the molecular basis for generating both the CSF and arterial

hypertensions, in females subjected to androgenic burdens.

Estrogen imbalance in women is extensively associated with PTC development. Patients with hysterectomy or ERT display substantial changes in ER densities in CP; this indicates ER plasticity at the BCSFB in response to endocrine/metabolic changes in systemic organs [144]. When the serum estrogen-to-progesterone ratio is excessive, then this 'estrogen dominance' adversely impacts fluid retention. CP estrogen receptors help modulate CSF formation. By what putative mechanism does estrogen enhance CSF formation? Corresponding evidence from other epithelia elucidates the matter. Estrogen enhances ENaC channel open probability and activity in alveolar epithelium [145]; this estrogen modulation is greatest in proestrus and least in diestrus, respectively, when estrogen in serum is highest and lowest; again this reflects the sensitive, dynamic responses in epithelial transport systems when serum estrogen fluctuates.

Estradiol in pathophysiological obesity (with insulin resistance) stimulates expression and activity of Na-K-ATPase [146]. As for AQP-1 expression, gonadectomy led to decreased AQP1 expression in both female and male rat kidneys, indicating that sex steroids normally support AQP1 protein synthesis [147]. Exogenous estrogen (or testosterone) increased mRNA for AQP1 in uteri, causing altered uterine fluid volume [148]. Altogether, compelling evidence affirms that estrogen and testosterone upregulate fluid transfer, by augmenting expression of ENaC, Na-K-ATPase and AQP1, in CP and other organs regulating fluid dynamics. This constitutes strong evidence that an excess (or imbalance) of estrogen, or its androgen counterpart (as with LNG), modifies CP function in pathophysiologic states to increase CSF pressure.

Progesterone is more likely than not a 'countering' player in CP-CSF fluid dynamics. Acting as a 'diuretic' [99] that reduces BCSFB Na transport to CSF, progesterone likely *inhibits* CP ENaC (initial step in CSF formation) by reducing channel opening time [145] and lowering channel expression (i.e., by countering or opposing aldosterone's facilitating effect on ENaC). Na pumping via ATPase is inhibited by progesterone [78]. Testing the Na-K-ATPase in rat kidney revealed progesterone-induced inhibition (50-70%) over several regions of the nephron [149]. Progesterone downregulates AQP in multiple tissues. Thus, progesterone has the ability, at various steps, to block the series of transporters/channels that move Na-$H_2O$ from plasma to CSF.

As serum progesterone concentration is lowered, as in Mirena® LNG toxico-physiology [150, 151] and other pathophysiologic states such as PCOS, the inhibitory tone on CP is lessened, thereby taking the 'brake' off the CSF turnover across choroidal epithelium. Another study of LNG-related pathology determined a profound decrease in serum progesterone, and downregulation of cognate PRs [152]. Consequently, a lowered progesterone tone on CP (Table 3) is likely a factor contributing to accelerated CSF formation, with attending risks for PTC onset. Furthermore, the inability (or weak ability) of contraceptive progestins [153] to antagonize the MR is more than likely another factor explaining a reduced 'brake' on CSF formation with Mirena®.

**Table 3.** ***Recapitulation of hormonal modulation of Na transport and water flow***

| Ligands | Choroid Plexus | Distal Tubule |
|---|---|---|
| Aldosterone | | |
| Cortisol | ↑ ENaC activity | ↑ ENaC activity |
| Insulin | ↑ Na-K-ATPase | ↑ Na-K-ATPase |
| Testosterone | ↑ AQP expression | ↑ AQP expression |
| Estrogen | | |
| Progesterone | ↓ ENaC activity | ↓ ENaC activity |
| | ↓ Na-K-ATPase (predicted) | ↓ Na-K-ATPase |

AQP expression in many tissues is consistently *downregulated* by progesterone.

The tabular data above show that hormones upregulated by disease and pathophysiologic state (aldosterone, cortisol, insulin, testosterone, etc.), by increasing ENaC, Na pumping, and AQP expression, are the same ones linked to enhanced renal tubular fluid reabsorption, and to increased CSF formation rate/pressure in female patients (as in PTC) (Table 2). Conversely, progesterone-reduced Na transport would correlate with attenuated CSF dynamics; and in the kidney, diuresis, due to less Na reabsorption. Certainly, some Mirena® users have a pathophysiology that augments Na-water transport (CSF and plasma retention) with resultant PTC and arterial hypertension.

### O. Perspective on LNG's Harm to CNS Regions and Peripheral Organs

Substantial evidence links Mirena®-released LNG to discombobulated endocrine and metabolic systems bodywide (see **Salpietro Report**). The CP-CSF system set point for CP transport and CSF flow are likewise disequilibrated. PTC is an endpoint of perturbed CNS fluid-balance. Central fluid compartments (e.g., CSF, ISF, vascular volume/permeability) are functionally interdependent; harm to one impacts another. CP is emphasized here, but extrachoroidal regions also suffer LNG-associated harm. Examples include obesity-linked dilated subarachnoid CSF [13] that damages delicate arachnoid microanatomy, the BBB-ISF relationships across the ependyma, and lymphatic-venous drainage sites vulnerable to elevated CSF pressure.

Outside the CNS, effects of Mirena®-released LNG on kidney, fat, liver (sex hormone binding globulins) and ovary are concerning due to adverse outcomes of distorted biochemical cascades. Metabolic syndrome (metS), including arterial hypertension and dyshomeostatic insulin resistance, more likely than not stems from (or is exacerbated by) the chemical stressor LNG in serum. MetS-like pathophysiology more likely than not has untoward effects on brain fluids and the BCSFB.

Sex hormone ratios deserve consideration to understand endocrine disorders. LNG's androgenicity disturbs the optimal ratio of androgen/estrogen, and the critically-important estrogen/progesterone relationship in susceptible individuals. Hormonal 'dominance' of androgen and estrogen in CP, and diminished progesterone modulation, cause adverse CSF overproduction.

Systemic and local endocrine imbalances caused by Mirena®-released LNG lead to a state that modifies CP epithelial status to CSF hypersecretion (see **Salpietro Report**). The effect of

LNG androgenicity to alter CSF dynamics can be better understood by analyzing the androgenicity factor associated with PCOS and obesity in PTC onset. Comparing malfunctional common denominators for PCOS, obesity and LNG toxico-physiology sheds light on the latter issue.

### P. How PCOS and Obesity Inform on LNG-induced Pathophysiology

Due to LNG's undesirable side effects on many organs, especially to metabolically imbalancing the ovaries (PCOS) and fat tissue (weight gain), it is reasonable to explore how a certain set of altered metabolic-endocrine factors lead to PTC onset. When considering PCOS, obesity, non-progestin-linked PTC, and LNG-induced CSF hypertension, there becomes evident a constellation of commonly-disrupting factors. Certain features are shared by these disorders; and analyzing them informs on the particular LNG-induced hypertension at hand. The interaction between PCOS and obesity is diagrammed in Fig. 9.




**Fig. 9. The interaction between PCOS and obesity: insight on PTC development** Interactions involve adipose tissue (adipocytes), hyper-insulinemia and hyperandrogenism; some reactions are bidirectional, allowing for intensifying cycling and worsening of the endocrine-metabolic pathophysiology. Many Mirena® users also are hyperinsulinemic and hyper-androgenic. In addition, LNG alters ovarian function in many users, leading to more androgen in serum.

PCOS, likely of genetic origin, prominently displays hyperandrogenemia. There is also estrogen dominance, because progesterone production is minimal. Many adverse endocrine conditions of PCOS occur in the Mirena®-LNG patients afflicted with PTC. PCOS associates with weight gain, high blood pressure, dyslipidemia and chronic inflammation. Symptom severity is exacerbated by level of obesity and insulin resistance. Higher levels of insulin promote androgen generation. Accordingly, metS attends PCOS. Predictably, many PCOS patients (>50%) have PTC. Hyperandrogenicity, with its metabolic effects, is a common link between PCOS and PTC; and likely between Mirena®-LNG exposure and PTC.

Obesity, which includes comorbidities found in metS, is a substantial risk factor for PTC. Obesity exacerbates many of the reproductive and metabolic abnormalities associated with PCOS. One obesity model includes raised CSF pressure [88]. Increased body fat alters response to insulin, and creates a pro-inflammatory state [1]. With anovulation, progesterone decreases. Serum androgen and estrogen, which both stimulate Na transport in CP and kidney, rise in obesity. With weight loss, the testosterone and estrogen levels fall; interestingly, PTC patient symptoms often improve upon weight loss. This likely explains how LNG-PTC patients also improve following weight loss, even with Mirena® in situ.

Obesity activates RAAS, causing disproportionately high aldosterone [154]. Thus, plasma aldosterone levels positively correlate with BMI; weight loss in obese patients results in decreased

aldosterone levels [155]. Weaker aldosterone 'tone' on CP lessens Na transport, and is in a direction to reduce CSF formation rate/pressure. Altogether, obesity usually displays the augmented androgen, estrogen, insulin and aldosterone titers predisposing to PTC; and weight loss attenuates these hormone levels, leading to improved endocrine-metabolic status and possibly improved CSF pressure status in hypertension patients.

Clearly there is a constellation of 'common factors' when comparing the four disorders (listed above) that associate with PTC. The hormonal imbalance findings common to PCOS, obesity, and non-progestin PTC (discussed elsewhere in this Report) also coincide with the LNG-associated PTC (Mirena® side effects). Therefore, it is reasonable to conclude that Mirena® user exposure to LNG more likely than not causes, or is a substantial contributing factor to causing, a certain imbalanced hormonal milieu that fosters PTC onset in susceptible individuals. Reversal of LNG-PTC, upon Mirena®-implant removal in some individuals, strongly implicates LNG in originally triggering PTC.

### Q. Common Denominators of Hydrocephalus and PTC

Hydrocephalus (HC) and PTC patients both struggle with abnormal CSF pressure- and the ocular and cerebral damage inflicted by CSF hypertension. In classic hydrocephalus [congenital and adult metabolic normal pressure hydrocephalus (NPH)], CSF accumulates in the cerebral ventricles, causing expansion (ventriculomegaly). As is the case for PTC, the HC is sometimes caused by CP oversecretion (e.g., papilloma), and/or arachnoid under-reabsorption (due to increased resistance to CSF outflow).

In PTC, the cerebral ventricles display normal volume, but CSF volume expansion occurs in the subarachnoid space overlying cerebral cortex [13]; thus in PTC, the CSF retention is extraventricular, i.e., outside the ventricles. Again, PTC resembles HC in that CSF pressure elevation can result from stimulated CP secretory function as well as compromised CSF drainage (clearance). Not surprisingly, several medications for both HC and PTC are diuretics such as acetazolamide (Figs. 5 & 6), that inhibit Na transport by CP to achieve a better balance between CSF formation and downstream reabsorption at arachnoidal sites in the brain-spinal coverings. Acetazolamide's ability to lower CSF pressure in both papilloma-associated HC and PTC, due to effects on choroid epithelial Na transport at the BCSFB, speaks to CP as the hypersecretion source.

### R. Linkage of Androgenic LNG to the Andro-Metabolic Signature of PTC

Early indications for LNG as a suspected agent in PTC onset came in a 1995 article in the *New England Journal of Medicine* [156]. Alder et al. reported two healthy, non-obese females implanted subdermally with Norplant who developed florid bilateral disk edema and lumbar-puncture opening CSF pressures >550 mm $H_2O$; one patient continued episodic for PTC and was placed on acetazolamide [156]. Responding to Alder's article, Wyeth-Ayerst acknowledged that from 1991-1995 (period of initial usage of LNG) there were 44 reports of PTC; in 55% of these cases, the intracranial hypertension did not resolve after implant removal. This raises the question of PTC induction by LNG damage that in some patients is persistent or irreversible.

Over the past 25 years, there has been a steady succession of new PTC cases ensuing from LNG usage, including Mirena® implants. Serious adverse events in Norplant users, reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System, included PTC. Physicians and biostatisticians have called for investigation on the nature of the link between LNG

exposure and PTC onset [157]. Analyzing the reported rates, and the relationship of CNS disorders with contraceptives, raises the suspicion that PTC causally associates with LNG. Unfortunately, failure to timely diagnose/treat PTC causes visual impairment (even blindness) and cognitive losses [158]. Therefore, the appropriate caveat should be given to prospective LNG users, that PTC more likely than not results from Mirena® usage in susceptible recipients.

How does exposure to the LNG burden pathophysiologically lead to PTC in Mirena® patients? There are many altered endocrine-metabolic pathways, central and peripheral, that lead to CSF pressure elevation. One direct mechanism involves the binding/activation of Mirena® implant-released LNG to mineralocorticoid and androgen receptors in CP (Route #1, Fig. 10, next page). The consequent downstream signaling in the epithelial cells enhances Na transport and CSF formation (see **Salpietro Report**). The compelling nature of this BCSFB ion transport model is seen from clinical evidence that spironolactone, that antagonizes at both the MR and AR, and decreases CSF formation rate [3], beneficially relieves pressure/symptoms in some PTC patients.




**Fig. 10. Levonorgestrel distribution routes and actions** LNG released from the Mirena® implant is taken up by the endometrium and its vascular network. Upon entering blood, the androgenic LNG molecules distribute to all organs. A direct route (#1) brings LNG unaltered to CP, where it binds MR and some sex steroid receptors, thereby increasing CSF formation rate. Other LNG molecules are brought (route #2) to abdominal organs, where LNG impacts the metabolism and upsets endocrine balance. The overall endocrine effect of LNG is to unbalance the normal hormonal profile, so that serum androgen (A), estrogen (E), and insulin increase, while progesterone (P) decreases, in the blood supply to CP. The LNG effect, to increase CSF formation and pressure in susceptible patients implanted with Mirena®, is described in the **Salpietro Report** and in sections **M** to **Q** of this Report.

Other actions of LNG, mediated by circuitous (indirect, but potentially impactful) pathways (Route #2 pathway, Fig. 10), involve LNG effects on organs such as the ovaries, adipose tissue, kidneys, liver and adrenals. Discussed below are some of the untoward effects that generate pathophysiology by way of: *i)* endocrine distortions of sex hormone profile, *ii)* corticosteroid imbalance, *iii)* hyperinsulinemia, *iv)* obesity (adiposity), *v)* inflammation, *vi)* hypertension, and *vii)* introduction of elements of the metabolic syndrome (metS). Altogether these seven factors

intimately associate with the systemic hormonal-endocrine imbalance triggered or exacerbated by androgenic molecules, such as LNG.

The overall upset of the peripheral hormonal/metabolic homeostasis adversely impacts CSF dynamics/pressure, by way of LNG-induced increases in serum androgen, aldosterone and insulin; the problem is exacerbated by LNG-induced progesterone deficiency. This pathophysiology of disrupted peripheral endocrine balance, throughout the female body, provides an imbalanced profile of serum hormones to CP via cerebrovascular blood flow. This state predisposes to PTC.

*i) Endocrine distortions of sex hormone profile-*

Even when the term = idiopathic intracranial hypertension ('IIH'), was still popular in the literature, there were allusions to sex hormones as being likely agents in provoking rises in CSF pressure: "As IIH predominantly affects post-pubertal females, one must strongly suspect female sex hormones as being etiologic" [159]. Serum estrogen in PTC was found by Toscano et al. to be stable, even in the face of an imbalanced sex hormone profile at the cerebral-CSF level [160]. In a study of Mirena® users, serum estrogen did not significantly change, but the estrogen (pmol/l)-to-progesterone (nmol/l) ratio increased from a non-LNG control of 12.2 to a value of 42.5 (LNG exposure) just 3 months after Mirena® was implanted [150]. Such estrogen 'dominance', relative to progesterone deficiency, is certain significantly to alter the modulation of CP-CSF formation in favor of estrogen-stimulated Na transport.

Androgen dysregulation is a key feature of PTC. In pre-pubertal patients, neither gender nor obesity differentially explains PTC; rather, sex hormone imbalances are considered the primary cause. In post-pubertal subjects, female gender and obesity add a layer of confounding factors on top of the basic hormonal disruptions. Mirena®/LNG users display a significantly altered serum sex hormone profile. Androgenicity is the prominent characteristic of LNG. Hyperandrogenism in females plays a big role in PTC onset from progestins; with exposure to LNG, the excessive androgen tone on receptors results in insulin resistance and hyperinsulinemia. An earlier age of onset of PTC in women was associated with increased levels of circulating androgens, including bioavailable testosterone [161]. This suggested androgen excess as an initial trigger for PTC. A study of 25 PTC females found elevated testosterone [162, 163].

Hyperandrogenemia impacts metabolism and fluid secretion at diverse sites, e.g., kidney, liver, ovaries, adrenals and adipose tissue. Accordingly, upon being taken up from the Mirena® implant into the bloodstream (see **Salpietro Report**), LNG acts as an agonist on androgen and corticosteroid receptors in various tissues. In CP, this translates into enhanced CSF production and PTC. Androgen excess is highly implicated in the increasingly prevalent hypertension [164]. Sex hormones compete for binding to SHBG; so the more LNG that is bound to SHBG should increase circulating endogenous androgens. Overall, CSF hypertension would worsen.

Progesterone is substantially lowered in Mirena® patients [150]. After 3 months implantation with Mirena®, the serum progesterone level decreased by 76% ($P < 0.001$). Unfortunately, progesterone curtailment essentially reduces the hormonal signal input for decreasing Na transport. The result is a greater effect on renal Na reabsorption, and an enhanced Na secretion into CSF; these factors, respectively, predispose to arterial and CSF hypertension, both being complications in PTC patients. Conversely, the potent anti-pressure effect of progesterone is seen in clinical strategies. Thus, exogenous progesterone given to patients with estrogen-associated PTC exerts a countering effect, to lower CSF pressure, thereby clearing the headache and optic disk edema [165].

*ii) Corticosteroid imbalance-*

Corticosteroids, and hormones such as androgen/estrogen that facilitate their production, are manufactured in adrenal/gonadal tissue. Due to stimulation by aldosterone/cortisol of CSF formation by CP, it is pertinent to evaluate androgenic excess (or precursor DHEA loading), as well as LNG-androgenicity, on steroid production. Androgen, as well as estrogen, upregulates RAAS [166, 167]; more aldosterone synthesis follows. Greater aldosterone production, induced by testosterone or DHEA (androgen precursor), promotes human renal aldosterone-sensitive Na reabsorption and arterial hypertension [168, 169]. Serum cortisol, a stress hormone capable of increasing CP-CSF formation rate, increases in LNG-IUD users vs. other contraceptive forms [170]. Overall, hyperandrogenic individuals display stimulated biogenesis of steroids, with elevated testosterone, aldosterone and cortisol to prime the CP fluid pump.

*iii) Hyperinsulinemia-*

PTC patients and some progestin-exposed individuals have imbalanced androgen-insulin relationships. Hyperinsulinemia reflects glucose intolerance/insulin resistance, a problem encountered in metS. Mirena®-treated women who are overweight/sedentary (metS risk factors) at implantation are already at risk for PTC. The Physician Instruction Booklet for Mirena® acknowledges possible glucose-insulin glycemic issues (intolerance, insensitivity) with LNG exposure, especially in diabetics. Hyperinsulinema destabilizes many metabolic parameters (related to PTC), and so therefore should be analyzed in the context of reproductive hormone imbalance.

Can hyperinsulinemia in progestin recipients result from enhanced secretion of insulin? Some authors found that LNG induces secretion of pancreatic insulin [171]. This effect seems most profound in obese or otherwise predisposed individuals [172]. Though several clinical trials found minimal metabolic effects for progestin-only contraceptive methods (finding no statistically significant difference in women of normal BMI), it is important to note that these studies were conducted in healthy, non-obese cohorts. Therefore, it is important to consider the potential clinical implications in metS-vulnerable women presenting with an already elevated risk for cardiovascular disease and diabetes [173]. In these susceptible individuals, as Bender and others have found, LNG may induce a state of relatively high insulin in serum.

Hyperinsulinemia can drive androgen production in the ovaries [174] and female subcutaneous adipose tissue [175]. Thus, insulin and testosterone adversely affect each other's metabolism [176]. This unfortunate cycling likely intensifies hyperandrogenism in LNG-exposed and PCOS patients with hyperinsulinemia. Hyperandrogenic anovulation, typical of PCOS, also occurs in LNG recipients.

Because both insulin and testosterone increase CP epithelial ATPase activity, their elevated titers more-than-likely contribute to augmented CSF production in PTC. Another complicating issue of hyperinsulinemia is reduced serum SHBG titer. Lower SHBG leads to higher levels of free bio-active testosterone (see **Salpietro Report**), that can ratchet up CSF retention/pressure. Altogether the hyperinsulinemia ensuing from progestins, such as LNG, ramps up undesirable androgenicity in the female hormone system.

*iv) Weight gain/obesity-*

McGeeney et al. presented the possibility that female sex hormones, along with endocrinologically active adipose tissue, directly result in weight gain/obesity in genetically-predisposed women [159]. Gaining weight is a common denominator in many patients afflicted with PTC and PCOS, and by definition in obesity (BMI >40). In some PTC patients, weight loss

and regain, associate respectively with attenuation and relapse of symptoms [177].

Weight gain is a common clinical problem with females in excessive androgen states, and can occur with Mirena® usage. In this Report, although weight gain/obesity is not presented as the primary explanation for LNG-induced PTC, nevertheless the gain of weight is worth evaluating as a secondary factor (in causing PTC (route # 2, Fig. 10) that can add to the effects of the primary (route #1). Unfortunately, most contraceptive clinical trials, including for LNG, often focus on lean women participants (rather than including overweight subjects, who are frequent users of progestins). Still, there is firm evidence from clinical practice that Mirena®-LNG recipients, after being implanted, gain, or continue to gain weight.

Weight gain in PTC pathophysiology is a highly-studied topic [178], particularly in this Report on the androgenic progestins. A 2006 report by Berlex (predecesor of Bayer) on Mirena® documented weight gains in experimental studies of LNG in female rats, dogs and monkeys [179]. A study of LNG-IUS by Dal'Ava et al. reported a weight gain of ~7 lb in a year [180]; for the progestin depot-medroxyprogesterone, the corresponding weight gain was ~15 lb. Modesto and colleagues found an average weight gain of ~9 lb after a decade of LNG-IUS usage [181]. In addition to LNG, the androgenic progestin etonogestrel (given alone) caused weight gain in healthy recipients (2 case studies), of up to 44 lb over several months; the *rate* of this weight gain was considered critical in onset of PTC (up to 500 mm $H_2O$) [182]. Etonogestrel was observed in another investigation, by Bhatia et al., to cause weight gains >11lb in 7.5% of 200 recipients [183]. Clearly weight gain is a progestin side effect. Altogether, these progestin observations more likely than not link LNG usage, specifically, to weight gain.

Weight gain distorts adipose metabolism. Body mass index (BMI) positively relates to serum insulin level in PTC patients [161]. Unfortunately, LNG-releasing intrauterine device users display a lower titer of high-density lipoprotein [184]. Visceral adipose tissue is likely adversely affected by glucocorticoid excess, promoting metabolite pathogenesis [185]. Moreover, in obese subjects the adipocyte fat cells secrete more adipokines, leptin and inflammatory cytokines, some of which more likely than not contribute biochemically to raise CSF pressure.

Comparing PTC, PCOS and obesity provides the concept of 'andro-metabolic' signature [162]. This signature regularly features androgen excess and obesity at the pathophysiologic base, with the potentially additional features of anovulation (PCOS) and PTC. Thus, obesity perturbations complexly interconnect with and intensify androgen disorders. Accordingly, androgen-like steroids, such as LNG, more likely than not upset adipose metabolic balance, leading to obesity and associated disorders. The andro-metabolic imprint therefore explains high coincidence of PTC with obesity, LNG, PCOS, and excessive corticosteroids (with affinity for androgen as well as corticosteroid receptors).

In spite of the obesity epidemic, and the PTC prevalence in obese people, the PTC syndrome affects mainly women rather than men. Females typically have a gynoid (gluteal-femoral) fat distribution, males primarily an abdominal locus. That androgen modifies adipose tissue in a depot-specific manner, females being more vulnerable, is a reasonable model to explain PTC prevalence in women. Men, who have decreased androgen with increasing abdominal mass [186], have substantially fewer problems with PTC. Accordingly, when breaking down androgen as a factor in PTC, higher levels of serum testosterone in females positively link to a greater occurrence of obesity and intracranial hypertension.

*v) Inflammation-*

Androgens impact inflammation. LNG's androgenicity begs the question of induced androgen-related inflammation in the female body. Given the ability of inflammatory states to increase CSF production at the BCSFB, it is germane to assess androgen effects on inflammatory parameters [1]. Androgen supplements attenuate inflammation in males. In females, however, androgen increments in the serum associate with an augmentation in inflammatory cytokines; significantly, reducing the androgens curtails inflammation in women [187]. Because some systemic inflammatory responses can be transmitted to the CP, CSF and CNS, it is important to avoid/minimize hyperandrogenism in females.

Chronic low-grade inflammation is linked to hyperandrogenism and adipocyte hypertrophy in females. Thus when exposed to androgen excess, adipocytes in women secrete adipokines and other pro-inflammatory cytokines; this dyslipidemic state associates with increased insulin resistance and PCOS-related endocrine disturbances [188]. Elevated C-reactive protein, a low-grade inflammation marker, relates to hyperandrogenism/oxidative stress in a rat endocrine model [189]. In excessive androgen states (comparable to PCOS), the proinflammatory cytokine, TNFα, is released in response to glucose ingestion [190]. Even in lean women, hyperandrogenemia induces an inflammatory response [191]. LNG-implanted patients have higher leucocyte levels than reference control subjects [184]. Thus, the inflammation associated with LNG-androgenicity, and androgen excess in females, is a concerning factor in the state of augmented CSF dynamics-PTC onset [1].

*vi) Hypertension-*

Androgenicity, a liability with certain contraceptives such as Mirena®, sets in motion a series of hormonal/biochemical action that cause kidney reabsorption Na and water. Consequently, arterial hypertension may ensue. Similarly, excess androgen in females promotes metS, thereby stimulating RAAS (aldosterone) and insulin secretion to upregulate CSF formation rate by CP. CSF hypertension (PTC) may result. Thus, with LNG in the body, there can be similarly-altered endocrine/metabolic cascades in kidneys and CP of susceptible women, respectively, resulting in the malfunctional endpoint of hypertension in the arterial and CSF circulatory systems.

*vii) Metabolic syndrome-*

Androgen excess has been considered part of the female metS [176]. In men, obesity and metabolic syndrome associate with *reduced* testosterone levels. But in women, obesity and metabolic syndrome (metS) occur with *increased* androgen levels [187]. Metabolic syndrome is characterized largely by arterial hypertension, insulin resistance/hyperinsulinemia, and dyslipidemia. Adrenal dysregulation, in the zonae *glomerulos*a (aldosterone excess), *fasciculata* (cortisol overabundance) and *reticularis* (androgen excess), is a large factor in metS onset [192]; these hormones stimulate Na transport in many organs, including CP. Elevated cortisol in LNG-IUD users [170] may contribute to endocrine dyshomeostasis, such as occurs in metS.

Given that LNG imparts androgenic effects, it is pertinent to ascertain if Mirena®-implanted individuals have higher risk for developing metS complications, in young adulthood and especially later in life. Attention should be paid to certain forms of PTC (e.g., from LNG exposure) possibly being associated with a metS-like state of the CP-CSF-brain system. MetS typically correlates with fluid volume and pressure increases, outside and inside the CNS.

## S. LNG Impact on CP-CSF and PTC: Epidemiology vs. Experimentation

To recapitulate, a considerable body of evidence now points to harmful side effects of the LNG released by Mirena® in susceptible recipients. A most serious LNG-promoted adversity is PTC. Evidence for LNG-induced CSF pathology comes in two forms: epidemiological and experimental/clinical. Epidemiologic considerations are addressed first below, followed by experimental and clinical evidence that LNG is unsafe in certain individuals.

Early epidemiologic findings spawned curiosity on the problematic nature of LNG (and other earlier generation progestins) in impairing fluid-metabolic balance. The salient principles arising from decades of analyzing androgenic LNG shed light on the *temporal* course of PTC development; and its probable cause. Relatively quick induction (months, not years) of PTC by LNG is expected for an agent that starts to unravel normal CSF physiology. PTC relief from removing the Mirena® implant (even without ensuing weight loss) is 'dechallenge' evidence [193] for a causal LNG effect on CSF and systemic pathophysiology. LNG replacement with newer-generation (less androgenic) progestins, that rescue the patient from PTC, implicates the initially-implanted androgenic LNG in causing CSF hypertension. Finally, LNG's ability to cause PTC in patients over a wide period, from healthy teenage years to menopause, attests to a fundamental LNG toxicity imparted over a wide age span, that overrides the changing physiologic variables over decades.

Epidemiological findings for LNG/Mirena®, casting suspicion on safety, have prompted wide-scale experimental efforts to understand pathophysiologic mechanisms. Clinical analyses of LNG-PTC patients and animal experimentation jointly point to a severely-distorted relationship among testosterone, estrogen and progesterone. A great problem with LNG is marked androgenicity. By stimulating ARs and MRs locally in CP, the combined LNG agonism can boost CSF production to a hypertensive level. Systemically, LNG activates the RAAS system, detrimentally increasing aldosterone production.

LNG also disrupts the reproductive hormonal systems (ovary and adrenals) so that the serum endocrine profile tilts to an unhealthy PCOS-like state: *i)* androgen excess, *ii)* estrogen dominance over progesterone, and *iii)* progesterone deficiency. All three systemic hormonal signal changes, transmitted to the CNS, predispose to accelerating the CSF formation rate.

LNG reduces serum SHBG, raising bioavailable (free) androgens in susceptible individuals. This further exacerbates the sex hormone imbalance. LNG's capacity for unfavorable actions on the kidney, liver and adipose tissue can alter the endocrine-metabolic milieu. Some of these metS-like changes are transmitted to the CSF-CNS. Fig. 10 schematizes how LNG pervasively disrupts multiple endocrine-metabolic systems, and includes a putative final common pathway of adverse effects on CP-CSF dynamics. The epidemiologic and experimental/analytical data, taken together, make a compelling case that Mirena®-LNG, more likely than not, disorders the pressure-regulation apparatus of the CSF system. The ultimate outcome is PTC.

## T. Summary of Argument on the Endocrine-Metabolic Dyshomeostasis Resulting from Mirena® Usage: Pathways to PTC

Implanted levonorgestrel has long been implicated in producing PTC, or as a condition that masquerades as idiopathic intracranial hypertension [194]. To firmly implicate LNG in PTC onset, however, one must first supply evidence for a target organ involved in CSF pressure regulation [16]. Evidence has been continually building, and is now herein marshalled, that CP is the main source of CSF within the CNS, and that biochemical agents, hormones and synthetic drugs that

inhibit CSF production also reduce CSF pressure. A reasonable corollary, then, is that agents (hormones) that increase CSF formation would increase CSF pressure. Functioning as the CNS 'kidney' (Fig. 7), the CP transfers an abundance of fluid using transporters/channels that closely resemble counterparts in the renal tubular epithelium (section **K**). CP and kidney, then, are both 'pressure regulators'.

Choroid plexus-CSF system malfunction is important for the argument that usage of the LNG-releasing Mirena® IUD leads to the endocrine imbalance of CNS fluid dynamics. CSF formation is tightly linked to Na and water fluxes across BCSFB into the ventricles (section **G)**. Accordingly, undue stimulation of Na transport at the BCSFB, as more likely than not happens with LNG, fosters PTC development.

A large body of evidence characterizes the nature of Na transport/distribution at the CP interface with CSF. Uptake of plasma Na by the choroidal epithelium occurs via ENaC and other Na transporters. In the kidney, the ENaC in the collecting duct epithelium (regulated by aldosterone/MR) importantly controls arterial blood pressure. The diuretic amiloride, an ENaC blocker, inhibits CP-CSF uptake of Na as well as renal epithelial absorption of Na. Therefore, in this Report I focus on the plasma-facing ENaC in CP, along with the established apical membrane Na pump to which the Na taken up is delivered (Fig. 8). The AQP1 water channel, unequivocally located at the CSF-facing membrane of CP, conducts water that osmotically 'chases' the net Na transport into CSF (Table 1). The overall result is CSF formation.

Significant in evaluating PTC, all three major transport components described herein (i.e., ENaC, the Na pump & AQP1) are regulated by hormones that impact fluid balance (section **N**). The biomedical literature provides a plethora of basic and clinical evidence that this 'trio' of ENaC, the Na pump and AQP1 is modulated by hormones connected with the following functions: reproductive (testosterone, estrogen & progesterone), steroid (aldosterone and cortisol) and metabolic/endocrine (insulin, IGF-1 & GH). Receptors, documented for all these hormones in CP (section **M**), are available to mediate regulatory changes in CSF formation rate.

It is relevant to the Mirena®-linked PTC argument that the abovementioned hormones are able to modulate the activity or expression of: *i)* ENaC, *ii)* the Na pump, and *iii)* AQP1. Moreover, an excess of, or rapid change in, the titers of certain endogenous hormones (e.g., androgens, estrogens, aldosterone, cortisol, insulin and GH) consistently associate with upregulated CSF dynamics, manifesting as PTC (Table 2). In addition, xenobiotic agents (e.g., synthetic LNG) more likely than not increase CSF formation by binding/activating certain receptors in CP, e.g., AR and MR (see **Salpietro Report**).

Although many transport interfaces demarcate fluid compartments in CNS, this Report focuses on CP-CSF for reasons stated in the document. Extra-choroidal models for PTC have been proffered by various investigators over the years. Neuroanatomic complexity and intricate compartmental functional interactions (e.g., CSF and brain ISF exchange, across the ependyma) make it challenging to determine a primary locus or origin for the onset of PTC pathophysiology. These non-choroidal compartments are more likely than not impacted by hypersecreted fluid at the BCSFB, e.g., CSF accumulation in the cortical subarachnoid space of some PTC patients. Moreover, markedly increased CSF pressure can compress and cause narrowing of the Straight Venous Sinus; this would exacerbate the PTC malfunction by thwarting cerebral venous drainage. Accordingly, many CNS regions are more likely than not impacted/distorted by PTC. Still, the preponderance of evidence supports the conclusion that CSF oversecretion by CP (relative to the arachnoidal reabsorptive capacity) is the root problem in Mirena® users with PTC.

By what mechanism(s) does the androgenic LNG released from the Mirena® implant harm sensitive females? Women exposed to the potent progestin, LNG, particularly those ultrasensitive to changing titers of reproductive hormones, undergo major changes in metabolism/endocrine balance in several organs. Such LNG-induced alterations manifest at various levels. Presented below are three major concerns (levels of involvement) about LNG effects on CP-CSF to generate or exacerbate hypertension: *i)* adverse LNG actions on regulated transporters/channels in CP and kidney, *ii)* LNG-associated effects on reproductive hormone-producing organs (e.g., ovaries, adrenals) to disrupt levels of serum A, E and P, with consequent harmful stimulating actions on CP fluxes of Na and water, and *iii)* LNG effects on liver and adipose tissue, to bring about a metabolic syndrome-like state, with increasing levels of insulin, adipokines and inflammatory cytokines, that more likely than not contribute to increased CSF formation rate and pressure.

*i) LNG actions on CP and kidney Na transporters/channels-*

Of primary importance, the LNG released from the IUD spreads much farther than the local endometrium. Upon being absorbed by endometrial microvessels, the LNG distributes via the vascular circulation to all organs, central and peripheral. When SHBG is lowered (as in some Mirena®-implanted patients), relatively more of the unbound LNG and testosterone is freely available to receptors that help to control CSF as well as arterial pressure. Accordingly, greater LNG binding to androgen and corticosteroid receptors stimulates Na-linked fluid transfer across the BCSFB into the cerebral ventricles (route #1, Fig. 10); see also **Salpietro Report** for mechanistic details. Increased Na transport across the BCSFB promotes CSF hypertension. Similar LNG-induced effects on kidney epithelial cells correspondingly lead to arterial hypertension. Elevated blood pressure harms microvascular systems in eye and kidney, as well as the BBB and CP. Simultaneous with arterial pressure elevation, the augmented intracranial pressure of PTC exerted on the CSF-bordering cells (ependyma, arachnoid and pia mater) inflicts damage to subependyma, cortex and meninges. Thus the elevated fluid pressure on the brain (exerted by interior ventricular CSF, exterior subarachnoid CSF, and arteriolar-capillary blood) can destabilize neurophysiologic functions to the extent of cognitive loss.

*ii) LNG-induced destabilization of ovaries and adrenals, distorting the serum sex hormone profile that leads to untoward modulating effects on the CP-CSF system-*

In addition to having significant LNG levels in plasma, some Mirena®-implanted patients have altered titers of A, E and P. As the main source of sex hormones in females, the ovaries normally provide the appropriate balance of A, E and P. The androgenic LNG, a potent suppressor of the endometrium, more likely than not distorts the ovarian (and adrenal) production of reproductive hormones. The prevalent androgenicity of PCOS drives an unbalanced hormonal manifestation of elevated testosterone and lowered progesterone (section **P**). A similar sex hormone imbalance obtains in plasma when Mirena®-implanted patients are exposed to the potent androgenicity of LNG. Consequently, the higher androgenic stimulus in patients burdened with LNG, coupled with a marked deficiency in progesterone, is expected to modulate CSF formation rate upward (route #2, Fig. 10).

*iii) LNG-induced destabilization of liver and adipose tissue, distorting the serum profile of insulin and products of lipid metabolism (obesity-linked) that leads to an undesired stimulation of CSF formation rate-*

The adverse side effect of LNG to cause weight gain or obesity leads to numerous metabolic, hormonal and inflammatory complications (section **P**). These metS-like complications more likely than not contribute to increased CSF formation rate. Many Mirena®-PTC patients

have hyperinsulinemia, a reflection of the liver-associated glucose intolerance presumably related to unfavorable metabolite secretion from an abundancy of fat cells (section **R**). Because an elevated level of insulin can potentially stimulate Na-$H_2O$ transport, drugs are sought to inhibit the CP Na pump; interestingly, exendin-4 (the anti-diabetes, weight-loss drug), a glucagon-like peptide-1 (GLP-1) receptor agonist, binds GLP-1 receptors in CP and inhibits Na-K-ATPase [195]. As a result, the excessive insulin-associated effect can be countered, causing CSF pressure to decrease.

Increasing BMI values enhance the risk of developing PTC and visual impairment [196]. Weight loss is important for attenuating the deleterious effects of weight gain/obesity on the CSF dynamics. Immune system regulatory phenomena are provoked by metabolic distortions associated with excessive adipose tissue. Pro-inflammatory adipokines/cytokines (IL-1β, IL-8 and TNF-α) in serum are raised in PTC patients with relapse, but disappear in remission [197]. This is significant because CSF formation rate increases in some inflammatory states.

The physical factor of elevated intra-abdominal pressure in obesity, formerly thought to promote an increase in cerebral venous and CSF pressure, has been largely disproven as a cause of PTC. Rather, biochemical distortions have gained more credence in explaining the origin and exacerbation of PTC. Thus, in overweight/obese individuals, the imbalanced endocrine factors as well as altered lipid metabolites are being considered more likely than not as contributing to rises in CSF pressure.

## U. Tying It All Together: A Unified Model to Explain CSF Hypersecretion and the Elevated CSF Pressure of PTC

Box 1, on the following page, schematically brings together the various arguments based in sound scientific evidence for CP as the main source of CSF for the CNS, the CP as the generator of CSF pressure, and the CP as the overproducer of CSF under various pathophysiologic states, that lead to elevated CSF pressure and the adverse outcomes of PTC.

**Box 1. A Diagram Unifying the Various Causes of CSF Pressure Elevation from CSF Hypersecretion**




**Legend for Box 1.** Hypersecretion (overproduction) of CSF by CP is more likely than not the cause of the elevated CSF pressure of PTC in those Mirena® recipients susceptible to androgenic effects of levonorgestrel (arrow #III). Early generations of progestins have problematic androgenicity. Some PTC patients with PCOS and/or obesity (arrow #IV) (with genetic issues causing endocrine-metabolic imbalance) produce too much CSF due to dominating androgen/estrogen effects that likely stimulate CP Na transport. CP tissue removal in certain hydrocephalus/hydrancephaly patients (#I) alleviates CSF pressure, pointing to CSF hypersecretion/volume as the source of the pressure problem. Another manifestation of raised CSF pressure, linked to stimulated CP transport, occurs in some returning astronauts (#II) as they adjust from micro-gravity to 1G on earth. Astronaut CSF pressure as well as that of other PTC forms (#III & IV) are treated with acetazolamide to decrease CSF formation rate.

## V. Conclusions on the Endocrine Imbalance and Resulting PTC Caused by the Levonorgestrel-releasing Mirena® Device

1. In regard to the question- Can Mirena®-implants cause pseudotumor cerebri (PTC)?-, my answer *yes* is based on evidence presented at several levels: molecular, cellular, systemic physiologic (interaction among organs), pathophysiologic, and clinical.

2. Two foundational facts for the argued points are: *i)* the androgenic nature of levonorgestrel, and *ii)* the absorption of levonorgestrel from the uterine/endometrial implant site into the circulating blood.

3. In regard to determinations in Mirena®-PTC patients, the clinical observation of the androgenicity-associated effects, acne and hirsutism, and the measurements of levonorgestrel in blood, corroborate that levonorgestrel accesses the vascular system for widespread distribution.

4. The documented presence of ENaC, Na-K-ATPase and AQP1 in choroidal epithelium, and of hormonal receptors that modulate the Na-$H_2O$ fluxes mediated by these channels/transporters, constitute strong support for a physical substrate in choroid plexus on which xenobiotic molecules such as levonorgestrel can act, leading to deleterious PTC.

5. Levonorgestrel binds/activates receptors for androgen and aldosterone at the blood-CSF interface. The presence in choroid plexus of corticosteroid and reproductive hormone receptors, both mediating increases in Na transport-linked CSF formation, are the microstructural sites to which LNG likely binds/activates to promote augmentation of CSF formation/pressure.

6. Enhanced ENaC activity/conductance in CP promotes a greater level of Na transport. The functionality of the mineralocorticoid receptor-ENaC nexus in choroid plexus, as evident in patients with aldosteronism, is made manifest by altered CSF dynamics and PTC. Receptor involvement is demonstrated by spironolactone antagonism.

7. Activity of the Na-K-ATPase (Na pump) in choroid plexus reliably reflects CSF formation rate. Stimulation of CP Na-K-ATPase by the androgen, testosterone, makes it more likely than not that the androgenic LNP also augments Na pump activity, CSF formation rate and CSF pressure.

8. CSF formation rate/pressure is proportional to AQP1 expression/conductance at the BCSFB. Choroid plexus has the renal-type function of changing fluid transfer rates to adjust pressure. Upregulated AQP1, as in experimental obesity and arterial hypertension models, facilitates greater water flow leading to the documented increase in CSF pressure.

9. The established pharmacologic mechanism of acetazolamide to inhibit CSF production by CP is entirely consistent with clinical applicability of this carbonic anhydrase inhibitor to reduce choroidal hypersecretion in PTC, thereby reducing CSF pressure. In an important outcome from the recent comprehensive Idiopathic Intracranial Hypertension Treatment Trial, acetazolamide was approved as the agent of choice to improve symptoms and CSF hypertension in PTC patients.

10. In the kidney distal tubule, testosterone upregulates AQP1, ENaC and ATPase-driven Na reabsorption. Similarly, enhanced androgenic tone on CP in transgender reassignment patients receiving testosterone results in PTC. Androgenic LNG more likely than not has similar actions.

11. Fluid-regulating hormones comparably affect arterial pressure and CSF pressure. This consistency enables kidney transport data, e.g., aldosterone- and androgen-modulated Na fluxes, to reinforce interpretations of steroid-regulatory phenomena in choroid plexus. Accordingly, the model of LNG-induced arterial hypertension fits the LNG-associated PTC.

12. Levonorgestrel, designed to disrupt reproductive functions, distorts ovarian and uterine hormone profiles. LNG androgenicity curtails production of progesterone, which normally promotes diuresis and inhibits CSF formation. Lower serum progesterone, from LNG exposure, promotes renal fluid reabsorption and increases CSF formation. Thus, progesterone deficiency is an endocrine factor in the onset of hypertension and PTC.

13. The androgen prominence and progesterone deficiency of polycystic ovarian syndrome (PCOS) functionally mimics the fluid-imbalance state caused by exposure to androgenic LNG in Mirena®-PTC patients. More than half of PTC-afflicted individuals suffer from PCOS hormonal imbalance. This is further evidence that LNG androgenicity is more likely a cause or contributing cause for PTC.

14. Optimal endocrine balance depends on absolute hormone concentration, as well as the ratio of hormones involved in certain 'countering' phenomena. Thus, the ratio of estrogen to androgen, as well as estrogen to progesterone, need to be at a particular level to effect sound regulatory physiology. The androgenic levonorgestrel unfortunately distorts the normal ratios for the sex hormones, more likely than not leading to endocrine 'dominance' phenomena. PTC development from Mirena® more likely than not results from androgen prominence, and from a progesterone deficit relative to estrogen.

15. LNG's prominent androgenicity increases androgenic tone on AR in the central CP-CSF and the peripheral adrenals, ovaries and abdominal viscera. Greater androgenicity disrupts the female sex hormone system. Dysregulated insulin/glucose actions lead to hyperinsulinemia. Elevated serum insulin stimulates Na transport and fluid retention; thereby, hypertension is imposed on CSF and arterial blood.

16. Some Mirena®-LNG recipients become overweight or obese, or increasingly so, and develop PTC. LNG-induced malfunction of adipocytes generates adipokines and metabolites leading to biochemical distortions that predispose to fluid imbalances. The so-called andro-metabolic signature characterizes PTC with its endocrine-metabolic distortions.

17. Another overweight/obesity consequence in Mirena®-LNG patients is inflammation, stemming from manufacture/release of cytokines/adipokines in fat cells. Rising and falling levels, respectively, of the cytokines ILβ-1 and TNFα are linked to relapse and remission of PTC. Consistent with these observations, increased CSF formation rate associates with inflammation.

18. Exposure to levonorgestrel, in sensitive patients impaired by synthetic hormone release from Mirena® IUD, more likely than not causes metabolic syndrome (or similar pathophysiology). Untoward effects include arterial hypertension, hyperinsulinemia, dyslipidemia, inflammation, water retention and weight gain. Impaired concentrations of steroid hormones, fat metabolites and cytokines disrupt homeostatic transporters in the CP-CSF, with resultant PTC.

19. Complementary information from the **Salpietro Report**, relating to the content in items of Sections **L-P** and **R,** are used to bolster, but are not otherwise dependent upon, the arguments outlined in this **Conclusion** section.

20. In clinical matters involving PTC, the androgenic levonorgestrel released from Mirena® has been problematic in creating the pathophysiologic disorders (addressed above) in susceptible individuals. In view of multiple problems (including PTC) with pharmacologically early-generation LNG, as still used in Mirena®, Bayer and other pharmaceutical firms have recognized the LNG androgenicity-related problems and consequently have seen fit to develop newer generations of progestins with less androgenicity.

21. Given the extensive androgenicity-related side effects associated with Mirena® use, including the most serious, PTC as described herein, a prudent course for companies that provide LNG commercially is to warn, as other pharmaceutical firms have done, prospective users specifically about the risks of developing PTC.

My compensation in this matter is $450 per hour for scientific research and anaylsis. For scientific writing, my compensation is $650 per hour. I have never before testified in any litigation.

Conrad E. Johanson
Conrad E. Johanson (Dec 28, 2017)

## References


1. Karimy JK, Zhang J, Kurland DB, Theriault BC, Duran D, Stokum JA, Furey CG, Zhou X, Mansuri MS, Montejo J *et al*: **Inflammation-dependent cerebrospinal fluid hypersecretion by the choroid plexus epithelium in posthemorrhagic hydrocephalus**. *Nature medicine* 2017, **23**(8):997-1003.

2. Johanson CE: **Fluid-forming functions of the choroid plexus: What is the role of aquaporin-1?**, In The Blood-Brain Barrier in Health and Disease, Vol. 1: Morphology, Biology and Immune Function. K. Dorovini-Zis, ed., CRC Press, pp. 140-71, 2015.

3. Davson H, Segal MB: **The effects of some inhibitors and accelerators of sodium transport on the turnover of 22Na in the cerebrospinal fluid and the brain**. *The Journal of physiology* 1970, **209**(1):131-153.

4. Murphy VA, Johanson CE: **Acidosis, acetazolamide, and amiloride: effects on 22Na transfer across the blood-brain and blood-CSF barriers**. *Journal of neurochemistry* 1989, **52**(4):1058-1063.

5. Gideon P, Sorensen PS, Thomsen C, Stahlberg F, Gjerris F, Henriksen O: **Assessment of CSF dynamics and venous flow in the superior sagittal sinus by MRI in idiopathic intracranial hypertension: a preliminary study**. *Neuroradiology* 1994, **36**(5):350-354.

6. Tumani H, Huss A, Bachhuber F: **The cerebrospinal fluid and barriers - anatomic and physiologic considerations**. *Handb Clin Neurol* 2017, **146**:21-32.

7. Redzic ZB, Preston JE, Duncan JA, Chodobski A, Szmydynger-Chodobska J: **The choroid plexus-cerebrospinal fluid system: from development to aging**. *Current topics in developmental biology* 2005, **71**:1-52.

8. Friedman DI, Liu GT, Digre KB: **Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children**. *Neurology* 2013, **81**(13):1159-1165.

9. Zur D, Naftaliev E, Kesler A: **Evidence of multidomain mild cognitive impairment in idiopathic intracranial hypertension**. *J Neuroophthalmol* 2015, **35**(1):26-30.

10. Yri HM, Fagerlund B, Forchhammer HB, Jensen RH: **Cognitive function in idiopathic intracranial hypertension: a prospective case-control study**. *BMJ Open* 2014, **4**(4):e004376.

11. Egleton RD, Campos CC, Huber JD, Brown RC, Davis TP: **Differential effects of diabetes on rat choroid plexus ion transporter expression**. *Diabetes* 2003, **52**(6):1496-1501.

12. Sakata A, Mogi M, Iwanami J, Tsukuda K, Min LJ, Jing F, Ohshima K, Ito M, Horiuchi M: **Improvement of cognitive impairment in female type 2 diabetes mellitus mice by spironolactone**. *J Renin Angiotensin Aldosterone Syst* 2012, **13**(1):84-90.

13. Alperin N, Ranganathan S, Bagci AM, Adams DJ, Ertl-Wagner B, Saraf-Lavi E, Sklar EM, Lam BL: **MRI evidence of impaired CSF homeostasis in obesity-associated idiopathic intracranial hypertension**. *Ajnr* 2013, **34**(1):29-34.

14. Kosteljanetz M: **Intracranial pressure: cerebrospinal fluid dynamics and pressure-volume relations**. *Acta Neurol Scand Suppl* 1987, **111**:1-23.

15. Shapiro K, Marmarou A, Shulman K: **Characterization of clinical CSF dynamics and neural axis compliance using the pressure-volume index: I. The normal pressure-volume index**. *Annals of neurology* 1980, **7**(6):508-514.

16. Johanson CE, Donahue JE, Spangenberger A, Stopa EG, Duncan JA, Sharma HS: **Atrial natriuretic peptide: its putative role in modulating the choroid plexus-CSF system for intracranial pressure regulation**. *Acta Neurochir Suppl* 2006, **96**:451-456.

17. Spector R, Keep RF, Snodgrass SR, Smith QR, Johanson CE: **A balanced view of choroid plexus structure and function: Focus on adult humans**. *Experimental neurology* 2015, **267**:78-86.

18. Johanson CE, Duncan JA, 3rd, Klinge PM, Brinker T, Stopa EG, Silverberg GD: **Multiplicity of cerebrospinal fluid functions: New challenges in health and disease**. *Cerebrospinal Fluid Res* 2008, **5**:10.

19. Keep RF, Jones HC: **A morphometric study on the development of the lateral ventricle choroid plexus, choroid plexus capillaries and ventricular ependyma in the rat**. *Brain research* 1990, **56**(1):47-53.

20. Faraci FM, Mayhan WG, Heistad DD: **Effect of vasopressin on production of cerebrospinal fluid: possible role of vasopressin (V1)-receptors**. *The American journal of physiology* 1990, **258**(1 Pt 2):R94-98.

21. de Rougemont J, Ames A, 3rd, Nesbett FB, Hofmann HF: **Fluid formed by choroid plexus; a technique for its collection and a comparison of its electrolyte composition with serum and cisternal fluids**. *J Neurophysiol* 1960, **23**:485-495.

22. Hakvoort A, Haselbach M, Wegener J, Hoheisel D, Galla HJ: **The polarity of choroid plexus epithelial cells in vitro is improved in serum-free medium**. *Journal of neurochemistry* 1998, **71**(3):1141-1150.

23. Warf BC, Tracy S, Mugamba J: **Long-term outcome for endoscopic third ventriculostomy alone or in combination with choroid plexus cauterization for congenital aqueductal stenosis in African infants**. *J Neurosurg Pediatr* 2012, **10**(2):108-111.

24. Nimjee SM, Powers CJ, McLendon RE, Grant GA, Fuchs HE: **Single-stage bilateral choroid plexectomy for choroid plexus papilloma in a patient presenting with high cerebrospinal fluid output**. *J Neurosurg Pediatr* 2010, **5**(4):342-345.

25. Wellons JC, Tubbs RS, Leveque JC, Blount JP, Oakes WJ: **Choroid plexectomy reduces neurosurgical intervention in patients with hydranencephaly**. *Pediatric neurosurgery* 2002, **36**(3):148-152.

26. Milhorat TH, Hammock MK, Davis DA, Fenstermacher JD: **Choroid plexus papilloma. I. Proof of cerebrospinal fluid overproduction**. *Child's brain* 1976, **2**(5):273-289.

27. Hallaert GG, Vanhauwaert DJ, Logghe K, Van den Broecke C, Baert E, Van Roost D, Caemaert J: **Endoscopic coagulation of choroid plexus hyperplasia**. *J Neurosurg Pediatr* 2012, **9**(2):169-177.

28. Warren DT, Hendson G, Cochrane DD: **Bilateral choroid plexus hyperplasia: a case report and management strategies**. *Childs Nerv Syst* 2009.

29. Turcotte JF, Copty M, Bedard F, Michaud J, Verret S: **Lateral ventricle plexus papilloma and communicating hydrocephalus**. *Surgical neurology* 1980, **13**(2):143-146.

30. Singh P, Khan A, Scott G, Jasper M, Singh E: **Lesson of the month 2: A choroid plexus papilloma manifesting as anorexia nervosa in an adult**. *Clin Med (Lond)* 2017, **17**(2):183-185.

31. Kramer LA, Hasan KM, Sargsyan AE, Wolinsky JS, Hamilton DR, Riascos RF, Carson WK, Heimbigner J, Patel VS, Romo S *et al*: **MR-derived cerebral spinal fluid hydrodynamics as a marker and a risk factor**

**for intracranial hypertension in astronauts exposed to microgravity**. *J Magn Reson Imaging* 2015, **42**(6):1560-1571.

32. Kida E, Palminiello S, Golabek AA, Walus M, Wierzba-Bobrowicz T, Rabe A, Albertini G, Wisniewski KE: **Carbonic anhydrase II in the developing and adult human brain**. *Journal of neuropathology and experimental neurology* 2006, **65**(7):664-674.

33. Parkkila S, Parkkila AK, Rajaniemi H, Shah GN, Grubb JH, Waheed A, Sly WS: **Expression of membrane-associated carbonic anhydrase XIV on neurons and axons in mouse and human brain**. *Proceedings of the National Academy of Sciences of the United States of America* 2001, **98**(4):1918-1923.

34. Maren TH: **The kinetics of HCO3- synthesis related to fluid secretion, pH control, and CO2 elimination**. *Annual review of physiology* 1988, **50**:695-717.

35. Vogh BP, Doyle AS: **The effect of carbonic anhydrase inhibitors and other drugs on sodium entry to cerebrospinal fluid**. *The Journal of pharmacology and experimental therapeutics* 1981, **217**(1):51-56.

36. Vogh BP, Maren TH: **Sodium, chloride, and bicarbonate movement from plasma to cerebrospinal fluid in cats**. *The American journal of physiology* 1975, **228**(3):673-683.

37. Maren TH, Conroy CW, Wynns GC, Godman DR: **Renal and cerebrospinal fluid formation pharmacology of a high molecular weight carbonic anhydrase inhibitor**. *The Journal of pharmacology and experimental therapeutics* 1997, **280**(1):98-104.

38. McCarthy KD, Reed DJ: **The effect of acetazolamide and furosemide on cerebrospinal fluid production and choroid plexus carbonic anhydrase activity**. *The Journal of pharmacology and experimental therapeutics* 1974, **189**(1):194-201.

39. Vogh BP, Langham MR, Jr.: **The effect of furosemide and bumetanide on cerebrospinal fluid formation**. *Brain Res* 1981, **221**(1):171-183.

40. Uldall M, Botfield H, Jansen-Olesen I, Sinclair A, Jensen R: **Acetazolamide lowers intracranial pressure and modulates the cerebrospinal fluid secretion pathway in healthy rats**. *Neuroscience letters* 2017, **645**:33-39.

41. Smith SV, Friedman DI: **The Idiopathic Intracranial Hypertension Treatment Trial: A Review of the Outcomes**. *Headache* 2017, **57**(8):1303-1310.

42. Hoffmann J: **Impaired cerebrospinal fluid pressure**. *Handb Clin Neurol* 2017, **146**:171-185.

43. Senay LC, Tolbert DL: **Effect of arginine vasopressin, acetazolamide, and angiotensin II on CSF pressure at simulated altitude**. *Aviation, space, and environmental medicine* 1984, **55**(5):370-376.

44. Davson H, Segal M. In: *Physiology of the CSF and Blood-Brain Barriers.* edn. Boca Raton, FL: CRC; 1996: 822.

45. Oreskovic D, Klarica M: **A new look at cerebrospinal fluid movement**. *Fluids Barriers CNS* 2014, **11**:16.

46. Levine S: **Choroid plexus: target for systemic disease and pathway to the brain**. *Laboratory investigation; a journal of technical methods and pathology* 1987, **56**(3):231-233.

47. Connolly MB, Farrell K, Hill A, Flodmark O: **Magnetic resonance imaging in pseudotumor cerebri**. *Dev Med Child Neurol* 1992, **34**(12):1091-1094.

48. Karimy JK, Duran D, Hu JK, Gavankar C, Gaillard JR, Bayri Y, Rice H, DiLuna ML, Gerzanich V, Marc Simard J *et al*: **Cerebrospinal fluid hypersecretion in pediatric hydrocephalus**. *Neurosurgical focus* 2016, **41**(5):E10.

49. Glueck CJ, Aregawi D, Goldenberg N, Golnik KC, Sieve L, Wang P: **Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia**. *J Lab Clin Med* 2005, **145**(2):72-82.

50. Dorton HE: **Internal jugular vein thrombosis with fatal iatrogenic pulmonary embolism: a case report**. *Am Surg* 1975, **41**(11):753-754.

51. Mollan SP, Ali F, Hassan-Smith G, Botfield H, Friedman DI, Sinclair AJ: **Evolving evidence in adult idiopathic intracranial hypertension: pathophysiology and management**. *Journal of neurology, neurosurgery, and psychiatry* 2016, **87**(9):982-992.

52. Donaldson JO: **Cerebrospinal fluid hypersecretion in pseudotumor cerebri**. *Trans Am Neurol Assoc* 1979, **104**:196-198.

53. Gideon P, Sørensen PS, Thomsen C, Ståhlberg F, Gjerris F, Henriksen O: **Assessment of CSF dynamics and venous flow in the superior sagittal sinus by MRI in idiopathic intracranial hypertension: a preliminary study**. *Neuroradiology* 1994, **36**(5):350-354.

54. Gasparian SS, Serova NK, Sherbakova EY, Belova TN: **Compensatory mechanisms in patients with benign intracranial hypertension syndrome**. *Acta Neurochir Suppl* 2002, **81**:31-33.

55. Damkier HH, Nielsen S, Praetorius J: **Molecular expression of SLC4-derived Na+-dependent anion transporters in selected human tissues**. *Am J Physiol Regul Integr Comp Physiol* 2007, **293**(5):R2136-2146.

56. Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, Newman NJ, Biousse V: **Risk factors for idiopathic intracranial hypertension in men: a case-control study**. *Journal of the neurological sciences* 2010, **290**(1-2):86-89.

57. Dotan G, Goldstein M, Stolovitch C, Kesler A: **Pediatric Pseudotumor Cerebri Associated With Low Serum Levels of Vitamin A**. *J Child Neurol* 2013, **28**(11):1370-1377.

58. Benzimra JD, Simon S, Sinclair AJ, Mollan SP: **Sight-threatening pseudotumour cerebri associated with excess vitamin A supplementation**. *Pract Neurol* 2015, **15**(1):72-73.

59. Spector R, Johanson CE: **The mammalian choroid plexus**. *Scientific American* 1989, **261**(5):68-74.

60. Feraille E, Dizin E: **Coordinated Control of ENaC and Na+,K+-ATPase in Renal Collecting Duct**. *J Am Soc Nephrol* 2016, **27**(9):2554-2563.

61. Shahidullah M, Mandal A, Delamere NA: **Src Family Kinase Links Insulin Signaling to Short Term Regulation of Na,K-ATPase in Nonpigmented Ciliary Epithelium**. *J Cell Physiol* 2017, **232**(6):1489-1500.

62. Johanson CE, Murphy VA: **Acetazolamide and insulin alter choroid plexus epithelial cell [Na+], pH, and volume**. *The American journal of physiology* 1990, **258**(6 Pt 2):F1538-1546.

63. Brettschneider J, Hartmann N, Lehmensiek V, Mogel H, Ludolph AC, Tumani H: **Cerebrospinal fluid markers of idiopathic intracranial hypertension: is the renin-angiotensinogen system involved?** *Cephalalgia* 2011, **31**(1):116-121.

64. Soundararajan R, Pearce D, Ziera T: **The role of the ENaC-regulatory complex in aldosterone-mediated sodium transport**. *Mol Cell Endocrinol* 2012, **350**(2):242-247.

65. Marunaka Y: **Characteristics and pharmacological regulation of epithelial Na+ channel (ENaC) and epithelial Na+ transport**. *J Pharmacol Sci* 2014, **126**(1):21-36.

66. Westgate CSJ, Botfield H, O'Reilly M, Hodson D, Sinclair A: **Evaluating the role of testosterone in cerebrospinal fluid secretion**. *Endocrine Abstracts* 2017, **50**:P325 DOI:310.1530/endoabs.1550.P1325

67. Dandy WE: **Extirpation of the Choroid Plexus of the Lateral Ventricles in Communicating Hydrocephalus**. *Ann Surg* 1918, **68**(6):569-579.

68. Jacobs S, Ruusuvuori E, Sipila ST, Haapanen A, Damkier HH, Kurth I, Hentschke M, Schweizer M, Rudhard Y, Laatikainen LM *et al*: **Mice with targeted Slc4a10 gene disruption have small brain ventricles and show reduced neuronal excitability**. *Proceedings of the National Academy of Sciences of the United States of America* 2008, **105**(1):311-316.

69. FOLEY J: **Benign forms of intracranial hypertension; toxic and otitic hydrocephalus**. *Brain* 1955, **78**(1):1-41.

70. Oldstone MB: **Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri)**. *The Journal of clinical endocrinology and metabolism* 1966, **26**(12):1366-1369.

71. Damkier HH, Brown PD, Praetorius J: **Cerebrospinal fluid secretion by the choroid plexus**. *Physiological reviews* 2013, **93**(4):1847-1892.

72. Amin MS, Wang HW, Reza E, Whitman SC, Tuana BS, Leenen FH: **Distribution of epithelial sodium channels and mineralocorticoid receptors in cardiovascular regulatory centers in rat brain**. *Am J Physiol Regul Integr Comp Physiol* 2005, **289**(6):R1787-1797.

73. Wang HW, Amin MS, El-Shahat E, Huang BS, Tuana BS, Leenen FH: **Effects of central sodium on epithelial sodium channels in rat brain**. *Am J Physiol Regul Integr Comp Physiol* 2010, **299**(1):R222-233.

74. Nakano M, Hirooka Y, Matsukawa R, Ito K, Sunagawa K: **Mineralocorticoid receptors/epithelial Na(+) channels in the choroid plexus are involved in hypertensive mechanisms in stroke-prone spontaneously hypertensive rats**. *Hypertens Res* 2013, **36**(3):277-284.

75. Praetorius J, Nielsen S: **Distribution of sodium transporters and aquaporin-1 in the human choroid plexus**. *American journal of physiology* 2006, **291**(1):C59-67.

76. Smith QR, Johanson CE: **Effect of ouabain and potassium on ion concentrations in the choroidal epithelium**. *The American journal of physiology* 1980, **238**(5):F399-406.

77. Zlokovic BV, Mackic JB, Wang L, McComb JG, McDonough A: **Differential expression of Na,K-ATPase alpha and beta subunit isoforms at the blood-brain barrier and the choroid plexus**. *The Journal of biological chemistry* 1993, **268**(11):8019-8025.

78. Weinstein SP, Kostellow AB, Ziegler DH, Morrill GA: **Progesterone-induced down-regulation of electrogenic Na+, K+-ATPase during the first meiotic division in amphibian oocytes**. *J Membr Biol* 1982, **69**(1):41-48.

79. Mohanty BK, Gupta BL: **A marked animal-vegetal polarity in the localization of Na(+),K(+) -ATPase activity and its down-regulation following progesterone-induced maturation**. *Mol Reprod Dev* 2012, **79**(2):138-160.

80. Fronius M, Rehn M, Eckstein-Ludwig U, Clauss W: **Inhibitory non-genomic effects of progesterone on Na+ absorption in epithelial cells from Xenopus kidney (A6)**. *J Comp Physiol B* 2001, **171**(5):377-386.

81. Lindvall-Axelsson M, Owman C: **Actions of sex steroids and corticosteroids on rabbit choroid plexus as shown by changes in transport capacity and rate of cerebrospinal fluid formation**. *Neurological research* 1990, **12**(3):181-186.

82. Guerra M, Rodriguez del Castillo A, Battaner E, Mas M: **Androgens stimulate preoptic area Na+,K+-ATPase activity in male rats**. *Neuroscience letters* 1987, **78**(1):97-100.

83. Mobasheri A, Marples D: **Expression of the AQP-1 water channel in normal human tissues: a semiquantitative study using tissue microarray technology**. *American journal of physiology* 2004, **286**(3):C529-537.

84. Nielsen S, Smith BL, Christensen EI, Agre P: **Distribution of the aquaporin CHIP in secretory and resorptive epithelia and capillary endothelia**. *Proceedings of the National Academy of Sciences of the United States of America* 1993, **90**(15):7275-7279.

85. Moon Y, Hong SJ, Shin D, Jung Y: **Increased aquaporin-1 expression in choroid plexus epithelium after systemic hyponatremia**. *Neuroscience letters* 2006, **395**(1):1-6.

86. Longatti P, Basaldella L, Orvieto E, Dei Tos A, Martinuzzi A: **Aquaporin(s) expression in choroid plexus tumours**. *Pediatric neurosurgery* 2006, **42**(4):228-233.

87. Tomassoni D, Bramanti V, Amenta F: **Expression of aquaporins 1 and 4 in the brain of spontaneously hypertensive rats**. *Brain Res* 2010, **1325**:155-163.

88. Uldall M, Bhatt DK, Kruuse C, Juhler M, Jansen-Olesen I, Jensen RH: **Choroid plexus aquaporin 1 and intracranial pressure are increased in obese rats: towards an idiopathic intracranial hypertension model?** *Int J Obes (Lond)* 2017, **41**(7):1141-1147.

89. Nabiuni M, Nazari Z, Safaeinejad Z, Delfan B, Miyan JA: **Curcumin downregulates aquaporin-1 expression in cultured rat choroid plexus cells**. *J Med Food* 2013, **16**(6):504-510.

90. Masseguin C, LePanse S, Corman B, Verbavatz JM, Gabrion J: **Aging affects choroidal proteins involved in CSF production in Sprague-Dawley rats**. *Neurobiology of aging* 2005, **26**(6):917-927.

91. Wang D, Nykanen M, Yang N, Winlaw D, North K, Verkman AS, Owler BK: **Altered cellular localization of aquaporin-1 in experimental hydrocephalus in mice and reduced ventriculomegaly in aquaporin-1 deficiency**. *Molecular and cellular neurosciences* 2011, **46**(1):318-324.

92. Oshio K, Song Y, Verkman AS, Manley GT: **Aquaporin-1 deletion reduces osmotic water permeability and cerebrospinal fluid production**. *Acta Neurochir Suppl* 2003, **86**:525-528.

93. Devuyst O, Ni J, Verbavatz JM: **Aquaporin-1 in the peritoneal membrane: implications for peritoneal dialysis and endothelial cell function**. *Biology of the cell / under the auspices of the European Cell Biology Organization* 2005, **97**(9):667-673.

94. Stoenoiu MS, Ni J, Verkaeren C, Debaix H, Jonas JC, Lameire N, Verbavatz JM, Devuyst O: **Corticosteroids induce expression of aquaporin-1 and increase transcellular water transport in rat peritoneum**. *J Am Soc Nephrol* 2003, **14**(3):555-565.

95. de Arteaga J, Ledesma F, Garay G, Chiurchiu C, de la Fuente J, Douthat W, Massari P, Terryn S, Devuyst O: **High-dose steroid treatment increases free water transport in peritoneal dialysis patients**. *Nephrol Dial Transplant* 2011, **26**(12):4142-4145.

96. Stiebel-Kalish H, Eyal S, Steiner I: **The role of aquaporin-1 in idiopathic and drug-induced intracranial hypertension**. *Medical hypotheses* 2013, **81**(6):1059-1062.

97. Umenishi F, Schrier RW: **Induction of human aquaporin-1 gene by retinoic acid in human erythroleukemia HEL cells**. *Biochemical and biophysical research communications* 2002, **293**(3):913-917.

98. Labrador J, Puig N, Ortín A, Gutierrez NC, González-Díaz M: **Multiple cranial neuropathy and intracranial hypertension associated with all-trans retinoic acid treatment in a young adult patient with acute promyelocytic leukemia**. *Int J Hematol* 2012, **96**(3):383-385.

99. O'Brien PM, Selby C, Symonds EM: **Progesterone, fluid, and electrolytes in premenstrual syndrome**. *Br Med J* 1980, **280**(6224):1161-1163.

100. Martinho A, Gonçalves I, Costa M, Santos CR: **Stress and glucocorticoids increase transthyretin expression in rat choroid plexus via mineralocorticoid and glucocorticoid receptors**. *J Mol Neurosci* 2012, **48**(1):1-13.

101. Martinho A, Gonçalves I, Santos CR: **Glucocorticoids regulate metallothionein-1/2 expression in rat choroid plexus: effects on apoptosis**. *Molecular and cellular biochemistry* 2013, **376**(1-2):41-51.

102. Salpietro V, Mankad K, Kinali M, Adams A, Valenzise M, Tortorella G, Gitto E, Polizzi A, Chirico V, Nicita F *et al*: **Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study**. *J Pediatr Endocrinol Metab* 2014, **27**(1-2):107-115.

103. Sinclair AJ, Walker EA, Burdon MA, van Beek AP, Kema IP, Hughes BA, Murray PI, Nightingale PG, Stewart PM, Rauz S *et al*: **Cerebrospinal fluid corticosteroid levels and cortisol metabolism in patients with idiopathic intracranial hypertension: a link between 11beta-HSD1 and intracranial pressure regulation?** *The Journal of clinical endocrinology and metabolism* 2010, **95**(12):5348-5356.

104. Marks JL, Porte D, Stahl WL, Baskin DG: **Localization of insulin receptor mRNA in rat brain by in situ hybridization**. *Endocrinology* 1990, **127**(6):3234-3236.

105. Carro E, Trejo JL, Spuch C, Bohl D, Heard JM, Torres-Aleman I: **Blockade of the insulin-like growth factor I receptor in the choroid plexus originates Alzheimer's-like neuropathology in rodents: new cues into the human disease?** *Neurobiology of aging* 2006, **27**(11):1618-1631.

106. Lobie PE, García-Aragón J, Lincoln DT, Barnard R, Wilcox JN, Waters MJ: **Localization and ontogeny of growth hormone receptor gene expression in the central nervous system**. *Brain research* 1993, **74**(2):225-233.

107. Tiwari S, Riazi S, Ecelbarger CA: **Insulin's impact on renal sodium transport and blood pressure in health, obesity, and diabetes**. *Am J Physiol Renal Physiol* 2007, **293**(4):F974-984.

108. Kamenicky P, Blanchard A, Frank M, Salenave S, Letierce A, Azizi M, Lombès M, Chanson P: **Body fluid expansion in acromegaly is related to enhanced epithelial sodium channel (ENaC) activity**. *The Journal of clinical endocrinology and metabolism* 2011, **96**(7):2127-2135.

109. Johansson JO, Larson G, Andersson M, Elmgren A, Hynsjö L, Lindahl A, Lundberg PA, Isaksson OG, Lindstedt S, Bengtsson BA: **Treatment of growth hormone-deficient adults with recombinant human growth hormone increases the concentration of growth hormone in the cerebrospinal fluid and affects neurotransmitters**. *Neuroendocrinology* 1995, **61**(1):57-66.

110. Loukianou E, Tasiopoulou A, Demosthenous C, Brouzas D: **Pseudotumor Cerebri in a Child with Idiopathic Growth Hormone Insufficiency Two Months after Initiation of Recombinant Human Growth Hormone Treatment**. *Case Rep Ophthalmol Med* 2016, **2016**:4756894.

111. Rogers DL: **A review of pediatric idiopathic intracranial hypertension**. *Pediatr Clin North Am* 2014, **61**(3):579-590.

112. Alves CH, Gonçalves I, Socorro S, Baltazar G, Quintela T, Santos CR: **Androgen receptor is expressed in murine choroid plexus and downregulated by 5alpha-dihydrotestosterone in male and female mice**. *J Mol Neurosci* 2009, **38**(1):41-49.

113. Quintela T, Gonçalves I, Baltazar G, Alves CH, Saraiva MJ, Santos CR: **17beta-estradiol induces transthyretin expression in murine choroid plexus via an oestrogen receptor dependent pathway**. *Cellular and molecular neurobiology* 2009, **29**(4):475-483.

114. Quadros PS, Pfau JL, Wagner CK: **Distribution of progesterone receptor immunoreactivity in the fetal and neonatal rat forebrain**. *The Journal of comparative neurology* 2007, **504**(1):42-56.

115. Quintela T, Gonçalves I, Martinho A, Alves CH, Saraiva MJ, Rocha P, Santos CR: **Progesterone enhances transthyretin expression in the rat choroid plexus in vitro and in vivo via progesterone receptor**. *J Mol Neurosci* 2011, **44**(3):152-158.

116. Liu B, Ely D: **Testosterone increases: sodium reabsorption, blood pressure, and renal pathology in female spontaneously hypertensive rats on a high sodium diet**. *Adv Pharmacol Sci* 2011, **2011**:817835.

117. Loh SY, Salleh N: **Influence of testosterone on mean arterial pressure: A physiological study in male and female normotensive WKY and hypertensive SHR rats**. *Physiol Int* 2017, **104**(1):25-34.

118. Park S, Cheng CP, Lim LT, Gerber D: **Secondary intracranial hypertension from testosterone therapy in a transgender patient**. *Semin Ophthalmol* 2014, **29**(3):156-158.

119. Kapoor KG: **Regarding secondary intracranial hypertension from testostereone therapy in a transgender patient**. *Semin Ophthalmol* 2015, **30**(4):241-242.

120. Hornby C, Mollan SP, Mitchell J, Markey KA, Yangou A, Wright BLC, O'Reilly MW, Sinclair AJ: **What Do Transgender Patients Teach Us About Idiopathic Intracranial Hypertension?** *Neuroophthalmology* 2017, **41**(6):326-329.

121. Oelkers WK: **Effects of estrogens and progestogens on the renin-aldosterone system and blood pressure**. *Steroids* 1996, **61**(4):166-171.

122. Maghool F, Khaksari M, Siahposht Khachki A: **Differences in brain edema and intracranial pressure following traumatic brain injury across the estrous cycle: involvement of female sex steroid hormones**. *Brain Res* 2013, **1497**:61-72.

123. Shahrokhi N, Khaksari M, Soltani Z, Mahmoodi M, Nakhaee N: **Effect of sex steroid hormones on brain edema, intracranial pressure, and neurologic outcomes after traumatic brain injury**. *Canadian journal of physiology and pharmacology* 2010, **88**(4):414-421.

124. Studer RA, Person E, Robinson-Rechavi M, Rossier BC: **Evolution of the epithelial sodium channel and the sodium pump as limiting factors of aldosterone action on sodium transport**. *Physiol Genomics* 2011, **43**(13):844-854.

125. Leenen FH: **The central role of the brain aldosterone-"ouabain" pathway in salt-sensitive hypertension**. *Biochimica et biophysica acta* 2010, **1802**(12):1132-1139.

126. de Seigneux S, Nielsen J, Olesen ET, Dimke H, Kwon TH, Frøkiaer J, Nielsen S: **Long-term aldosterone treatment induces decreased apical but increased basolateral expression of AQP2 in CCD of rat kidney**. *Am J Physiol Renal Physiol* 2007, **293**(1):F87-99.

127. Sheldon CA, Kwon YJ, Liu GT, McCormack SE: **An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics**. *Pediatr Res* 2015, **77**(2):282-289.

128. Quesnell RR, Han X, Schultz BD: **Glucocorticoids stimulate ENaC upregulation in bovine mammary epithelium**. *American journal of physiology* 2007, **292**(5):C1739-1745.

129. Petershack JA, Nagaraja SC, Guillery EN: **Role of glucocorticoids in the maturation of renal cortical Na+-K+-ATPase during fetal life in sheep**. *The American journal of physiology* 1999, **276**(6 Pt 2):R1825-1832.

130. Mansley MK, Watt GB, Francis SL, Walker DJ, Land SC, Bailey MA, Wilson SM: **Dexamethasone and insulin activate serum and glucocorticoid-inducible kinase 1 (SGK1) via different molecular mechanisms in cortical collecting duct cells**. *Physiol Rep* 2016, **4**(10).

131. Chen M, Cai H, Klein JD, Laur O, Chen G: **Dexamethasone increases aquaporin-2 protein expression in ex vivo inner medullary collecting duct suspensions**. *Front Physiol* 2015, **6**:310.

132. Tepe D, Demirel F, Seker ED, Arhan EP, Tayfun M, Esen I, Kara O, Kizilgun M: **Prevalence of idiopathic intracranial hypertension and associated factors in obese children and adolescents**. *J Pediatr Endocrinol Metab* 2016, **29**(8):907-914.

133. Markey KA, Ottridge R, Mitchell JL, Rick C, Woolley R, Ives N, Nightingale P, Sinclair AJ: **Assessing the Efficacy and Safety of an 11β-Hydroxysteroid Dehydrogenase Type 1 Inhibitor (AZD4017) in the Idiopathic Intracranial Hypertension Drug Trial, IIH:DT: Clinical Methods and Design for a Phase II Randomized Controlled Trial**. *JMIR Res Protoc* 2017, **6**(9):e181.

134. Lang F, Stournaras C, Alesutan I: **Regulation of transport across cell membranes by the serum- and glucocorticoid-inducible kinase SGK1**. *Mol Membr Biol* 2014, **31**(1):29-36.

135. Li L, Garikepati RM, Tsukerman S, Kohan D, Wade JB, Tiwari S, Ecelbarger CM: **Reduced ENaC activity and blood pressure in mice with genetic knockout of the insulin receptor in the renal collecting duct**. *Am J Physiol Renal Physiol* 2013, **304**(3):F279-288.

136. Ilatovskaya DV, Levchenko V, Brands MW, Pavlov TS, Staruschenko A: **Cross-talk between insulin and IGF-1 receptors in the cortical collecting duct principal cells: implication for ENaC-mediated Na+ reabsorption**. *Am J Physiol Renal Physiol* 2015, **308**(7):F713-719.

137. Rogers AH, Rogers GL, Bremer DL, McGregor ML: **Pseudotumor cerebri in children receiving recombinant human growth hormone**. *Ophthalmology* 1999, **106**(6):1186-1189; discussion 1189-1190.

138. Vos PE, Koppeschaar HP, de Vries WR, Wokke JH: **Insulin-like growth factor-I: clinical studies**. *Drugs Today (Barc)* 1998, **34**(1):79-90.

139. Marsh AC, Gibson KJ, Wu J, Owens PC, Owens JA, Lumbers ER: **Insulin-like growth factor I alters renal function and stimulates renin secretion in late gestation fetal sheep**. *The Journal of physiology* 2001, **530**(Pt 2):253-262.

140. Hansen TK, Møller J, Thomsen K, Frandsen E, Dall R, Jørgensen JO, Christiansen JS: **Effects of growth hormone on renal tubular handling of sodium in healthy humans**. *Am J Physiol Endocrinol Metab* 2001, **281**(6):E1326-1332.

141. Kamenicky P, Viengchareun S, Blanchard A, Meduri G, Zizzari P, Imbert-Teboul M, Doucet A, Chanson P, Lombès M: **Epithelial sodium channel is a key mediator of growth hormone-induced sodium retention in acromegaly**. *Endocrinology* 2008, **149**(7):3294-3305.

142. Loh SY, Giribabu N, Salleh N: **Sub-chronic testosterone treatment increases the levels of epithelial sodium channel (ENaC)-α, β and γ in the kidney of orchidectomized adult male Sprague-Dawley rats**. *PeerJ* 2016, **4**:e2145.

143. Loh SY, Giribabu N, Salleh N: **Effects of gonadectomy and testosterone treatment on aquaporin expression in the kidney of normotensive and hypertensive rats**. *Experimental biology and medicine (Maywood, NJ* 2017, **242**(13):1376-1386.

144. Hong-Goka BC, Chang FL: **Estrogen receptors alpha and beta in choroid plexus epithelial cells in Alzheimer's disease**. *Neuroscience letters* 2004, **360**(3):113-116.

145. Greenlee MM, Mitzelfelt JD, Yu L, Yue Q, Duke BJ, Harrell CS, Neigh GN, Eaton DC: **Estradiol activates epithelial sodium channels in rat alveolar cells through the G protein-coupled estrogen receptor**. *Am J Physiol Lung Cell Mol Physiol* 2013, **305**(11):L878-889.

146. Obradovic M, Zafirovic S, Jovanovic A, Milovanovic ES, Mousa SA, Labudovic-Borovic M, Isenovic ER: **Effects of 17β-estradiol on cardiac Na(+)/K(+)-ATPase in high fat diet fed rats**. *Mol Cell Endocrinol* 2015, **416**:46-56.

147. Herak-Kramberger CM, Breljak D, Ljubojević M, Matokanović M, Lovrić M, Rogić D, Brzica H, Vrhovac I, Karaica D, Micek V *et al*: **Sex-dependent expression of water channel AQP1 along the rat nephron**. *Am J Physiol Renal Physiol* 2015, **308**(8):F809-821.

148. Salleh N, Mokhtar HM, Kassim NM, Giribabu N: **Testosterone Induces Increase in Aquaporin (AQP)-1, 5, and 7 Expressions in the Uteri of Ovariectomized Rats**. *J Membr Biol* 2015, **248**(6):1097-1105.

149. Mujais SK, Nora NA, Chen Y: **Regulation of the renal Na:K pump: role of progesterone**. *J Am Soc Nephrol* 1993, **3**(8):1488-1495.

150. Järvelä I, Tekay A, Jouppila P: **The effect of a levonorgestrel-releasing intrauterine system on uterine artery blood flow, hormone concentrations and ovarian cyst formation in fertile women**. *Hum Reprod* 1998, **13**(12):3379-3383.

151. Barbosa I, Olsson SE, Odlind V, Goncalves T, Coutinho E: **Ovarian function after seven years' use of a levonorgestrel IUD**. *Adv Contracept* 1995, **11**(2):85-95.

152. Lv XH, Shi DZ: **Effects of levonorgestrel on reproductive hormone levels and their receptor expression in Mongolian gerbils (Meriones unguiculatus)**. *Exp Anim* 2011, **60**(4):363-371.

153. Wambach G, Higgins JR, Kem DC, Kaufmann W: **Interaction of synthetic progestagens with renal mineralocorticoid receptors**. *Acta endocrinologica* 1979, **92**(3):560-567.

154. Morales E, Gutiérrez E, Caro J, Sevillano A, Rojas-Rivera J, Praga M: **Beneficial long-term effect of aldosterone antagonist added to a traditional blockade of the renin-angiotensin-aldosterone system among patients with obesity and proteinuria**. *Nefrologia* 2015, **35**(6):554-561.

155. Dinh Cat AN, Friederich-Persson M, White A, Touyz RM: **Adipocytes, aldosterone and obesity-related hypertension**. *J Mol Endocrinol* 2016, **57**(1):F7-F21.

156. Alder JB, Fraunfelder FT, Edwards R: **Levonorgestrel implants and intracranial hypertension**. *N Engl J Med* 1995, **332**(25):1720-1721.

157. Wysowski DK, Green L: **Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System**. *Obstet Gynecol* 1995, **85**(4):538-542.

158. Kharkar S, Hernandez R, Batra S, Metellus P, Hillis A, Williams MA, Rigamonti D: **Cognitive impairment in patients with Pseudotumor Cerebri Syndrome**. *Behav Neurol* 2011, **24**(2):143-148.

159. McGeeney BE, Friedman DI: **Pseudotumor cerebri pathophysiology**. *Headache* 2014, **54**(3):445-458.

160. Toscano V, Sancesario G, Bianchi P, Cicardi C, Casilli D, Giacomini P: **Cerebrospinal fluid estrone in pseudotumor cerebri: a change in cerebral steroid hormone metabolism?** *J Endocrinol Invest* 1991, **14**(2):81-86.

161. Klein A, Stern N, Osher E, Kliper E, Kesler A: **Hyperandrogenism is associated with earlier age of onset of idiopathic intracranial hypertension in women**. *Curr Eye Res* 2013, **38**(9):972-976.

162. Hornby C, O'Reilly M, Botfield H: **The andro-metabolic signature of IIH compared with PCOS and simple obesity**. *J Neurol Neurosurg Psychiatry* 2016, **87**:e1.

163. Kempegowda P: **Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity** *18th European Congress of Endocrinology* 2016, **Endocrine Abstracts**( 41 ):EP728.

164. Moretti C, Lanzolla G, Moretti M, Gnessi L, Carmina E: **Androgens and Hypertension in Men and Women: a Unifying View**. *Curr Hypertens Rep* 2017, **19**(5):44.

165. Soysa ND: **The oral contraceptive pill and benign intracranial hypertension**. *N Z Med J* 1985, **98**(784):656.

166. Elger W, Beier S, Pollow K, Garfield R, Shi SQ, Hillisch A: **Conception and pharmacodynamic profile of drospirenone**. *Steroids* 2003, **68**(10-13):891-905.

167. Komukai K, Mochizuki S, Yoshimura M: **Gender and the renin-angiotensin-aldosterone system**. *Fundam Clin Pharmacol* 2010, **24**(6):687-698.

168. Schunkert H, Hense HW, Andus T, Riegger GA, Straub RH: **Relation between dehydroepiandrosterone sulfate and blood pressure levels in a population-based sample**. *Am J Hypertens* 1999, **12**(11 Pt 1):1140-1143.

169. Reckelhoff JF: **Gender differences in the regulation of blood pressure**. *Hypertension* 2001, **37**(5):1199-1208.

170. Aleknaviciute J, Tulen JHM, De Rijke YB, Bouwkamp CG, van der Kroeg M, Timmermans M, Wester VL, Bergink V, Hoogendijk WJG, Tiemeier H *et al*: **The levonorgestrel-releasing intrauterine device potentiates stress reactivity**. *Psychoneuroendocrinology* 2017, **80**:39-45.

171. Godsland IF, Walton C, Felton C, Proudler A, Patel A, Wynn V: **Insulin resistance, secretion, and metabolism in users of oral contraceptives**. *The Journal of clinical endocrinology and metabolism* 1992, **74**(1):64-70.

172. Bender NM, Segall-Gutierrez P, Najera SO, Stanczyk FZ, Montoro M, Mishell DR: **Effects of progestin-only long-acting contraception on metabolic markers in obese women**. *Contraception* 2013, **88**(3):418-425.

173. Dorflinger LJ: **Metabolic effects of implantable steroid contraceptives for women**. *Contraception* 2002, **65**(1):47-62.

174. Kopera D, Wehr E, Obermayer-Pietsch B: **Endocrinology of hirsutism**. *Int J Trichology* 2010, **2**(1):30-35.

175. O'Reilly M, Gathercole L, Capper F, Arlt W, Tomlinson J: **Effect of insulin on AKR1C3 expression in female adipose tissue: in-vivo and in-vitro study of adipose androgen generation in polycystic ovary syndrome**. *Lancet* 2015, **385 Suppl 1**:S16.

176. Corbould A: **Effects of androgens on insulin action in women: is androgen excess a component of female metabolic syndrome?** *Diabetes Metab Res Rev* 2008, **24**(7):520-532.

177. Ko MW, Chang SC, Ridha MA, Ney JJ, Ali TF, Friedman DI, Mejico LJ, Volpe NJ, Galetta SL, Balcer LJ *et al*: **Weight gain and recurrence in idiopathic intracranial hypertension: a case-control study**. *Neurology* 2011, **76**(18):1564-1567.

178. Ooi LY, Walker BR, Bodkin PA, Whittle IR: **Idiopathic intracranial hypertension: can studies of obesity provide the key to understanding pathogenesis?** *British journal of neurosurgery* 2008, **22**(2):187-194.

179. MIR_AC_00035404 aMA.

180. Dal'Ava N, Bahamondes L, Bahamondes MV, de Oliveira Santos A, Monteiro I: **Body weight and composition in users of levonorgestrel-releasing intrauterine system**. *Contraception* 2012, **86**(4):350-353.

181. Modesto W, de Nazaré Silva dos Santos P, Correia VM, Borges L, Bahamondes L: **Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel-releasing intrauterine system and a copper intrauterine device for up to ten years of use**. *Eur J Contracept Reprod Health Care* 2015, **20**(1):57-63.

182. Kassen N, Wells CL, Moodley A: **Pseudotumor Cerebri and Implanon: Is Rapid Weight Gain the Trigger?** *Neuroophthalmology* 2015, **39**(6):281-284.

183. Bhatia P, Nangia S, Aggarwal S, Tewari C: **Implanon: subdermal single rod contraceptive implant**. *J Obstet Gynaecol India* 2011, **61**(4):422-425.

184. Morin-Papunen L, Martikainen H, McCarthy MI, Franks S, Sovio U, Hartikainen AL, Ruokonen A, Leinonen M, Laitinen J, Järvelin MR *et al*: **Comparison of metabolic and inflammatory outcomes in women who used oral contraceptives and the levonorgestrel-releasing intrauterine device in a general population**. *Am J Obstet Gynecol* 2008, **199**(5):529.e521-529.e510.

185. Nikolić M, Macut D, Djordjevic A, Veličković N, Nestorović N, Bursać B, Antić IB, Macut JB, Matić G, Vojnović Milutinović D: **Possible involvement of glucocorticoids in 5α-dihydrotestosterone-induced PCOS-like metabolic disturbances in the rat visceral adipose tissue**. *Mol Cell Endocrinol* 2015, **399**:22-31.

186. Blouin K, Boivin A, Tchernof A: **Androgens and body fat distribution**. *J Steroid Biochem Mol Biol* 2008, **108**(3-5):272-280.

187. Moulana M, Lima R, Reckelhoff JF: **Metabolic syndrome, androgens, and hypertension**. *Curr Hypertens Rep* 2011, **13**(2):158-162.

188. Spritzer PM, Lecke SB, Satler F, Morsch DM: **Adipose tissue dysfunction, adipokines, and low-grade chronic inflammation in polycystic ovary syndrome**. *Reproduction* 2015, **149**(5):R219-227.

189. Pandey V, Singh A, Krishna A, Pandey U, Tripathi YB: **Role of oxidative stress and low-grade inflammation in letrozole-induced polycystic ovary syndrome in the rat**. *Reprod Biol* 2016, **16**(1):70-77.

190. González F, Sia CL, Bearson DM, Blair HE: **Hyperandrogenism induces a proinflammatory TNFα response to glucose ingestion in a receptor-dependent fashion**. *The Journal of clinical endocrinology and metabolism* 2014, **99**(5):E848-854.

191. González F, Sreekumaran Nair K, Basal E, Bearson DM, Schimke JM, Blair HE: **Induction of hyperandrogenism in lean reproductive-age women stimulates proatherogenic inflammation**. *Horm Metab Res* 2015, **47**(6):439-444.

192. Roberge C, Carpentier AC, Langlois MF, Baillargeon JP, Ardilouze JL, Maheux P, Gallo-Payet N: **Adrenocortical dysregulation as a major player in insulin resistance and onset of obesity**. *Am J Physiol Endocrinol Metab* 2007, **293**(6):E1465-1478.

193. MIR_KCOPLEY_JSEU_00000022.

194. Friedman DI, Jacobson DM: **Diagnostic criteria for idiopathic intracranial hypertension**. *Neurology* 2002, **59**(10):1492-1495.

195. Botfield HF, Uldall MS, Westgate CSJ, Mitchell JL, Hagen SM, Gonzalez AM, Hodson DJ, Jensen RH, Sinclair AJ: **A glucagon-like peptide-1 receptor agonist reduces intracranial pressure in a rat model of hydrocephalus**. *Sci Transl Med* 2017, **9**(404).

196. Subramaniam S, Fletcher WA: **Obesity and Weight Loss in Idiopathic Intracranial Hypertension: A Narrative Review**. *J Neuroophthalmol* 2017, **37**(2):197-205.

197. Samancı B, Samancı Y, Tüzün E, Altıokka-Uzun G, Ekizoğlu E, İçöz S, Şahin E, Küçükali C, Baykan B: **Evidence for potential involvement of pro-inflammatory adipokines in the pathogenesis of idiopathic intracranial hypertension**. *Cephalalgia* 2017, **37**(6):525-531.

**List of Abbreviations**

A, androgen
ACTZ, acetazolamide
AR, androgen receptor
AQP, aquaporin
BBB, blood-brain barrier
BCSFB, blood-cerebrospinal fluid barrier
BMI, body mass index
CSF, cerebrospinal fluid
CNS, central nervous system
CP, choroid plexus
E, estrogen
ENaC, electrogenic Na channel
ER, estrogen receptor
ERT, estrogen replacement therapy
GH, growth hormone
GR, glucocorticoid receptor
HC, hydrocephalus
HRT, hormone replacement therapy
HSD1, hydroxysteroid dehydrogenase 1
IGF-1, insulin-like growth factor
IL-1β, interleukin-1β
IUD, intrauterine device
ISF, interstitial fluid
KO, knock out (of gene)
LNG, levonorgestrel
metS, metabolic syndrome
MR, mineralocorticoid receptor
MRI, magnetic resonance imaging
Na-K-ATPase, Na,K-activated adenosinetriphosphatase (Na pump)
P, progesterone
PCOS, polycystic ovarian syndrome
PR, progesterone receptor
RAAS, renin-angiotensin-aldosterone system
RAS, renin-angiotensin system
SHBG, sex hormone binding globulin
SHR, spontaneously hypertensive rat
TNFα, tumor necrosis factor α

**List of Figures and Tables**

**Fig. 1** **Choroid plexus fluid generator in human brain**

**Fig. 2** **Schematic overview of fluid routes in CNS**

**Fig. 3** **Neuroanatomic components of cerebrospinal fluid circulatory system**

**Fig. 4** **The pressure-volume curve for CSF**

**Fig. 5** **Diuretic inhibition of CSF**

**Fig. 6.** **Sodium influx coefficients in CP-CSF: BCSFB vs. BBB**

**Fig. 7** **Fluid-regulating Na transporters in CP vs. kidney**

**Fig. 8** **Sodium transport and distribution processes in CSF formation**

**Fig. 9** **The interaction between PCOS and obesity: insight on PTC development**

**Fig. 10** **Levonorgestrel distribution routes and actions**

**Table 1.** **Plasticity of AQP1 expression in CP: Relation to fluid transfer and pressure**

**Table 2.** **Effects of fluid-regulating hormones on hydrodynamics**

**Table 3.** **Recapitulation of hormonal modulation of Na transport and water flow**

**Box 1.** **A diagram unifying the various causes of CSF pressure elevation from CP hypersecretion**