# EXHIBIT E4

## Jan. 26, 2018
## Deposition of Conrad Johanson, Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | |
| MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II) | 17-MD-2767(PAE)<br>17-MC-2767(PAE) |
| This Document Relates to All Actions | |

*********************************************

ORAL/VIDEO DEPOSITION OF

CONRAD E. JOHANSON, Ph.D.

JANUARY 26, 2018

*********************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF CONRAD E. JOHANSON, Ph.D., produced as a witness at the instance of the Defendants, was duly sworn, was taken in the above-styled and numbered cause on JANUARY 26, 2018, from 9:23 a.m. to 6:51 p.m., before Chris Carpenter, RPR and CSR, in and for the State of Texas, reported by machine shorthand, at the Law Offices of Craig Eiland, 1220 Colorado Street, Suite 300, Austin, TX 78701, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

APPEARANCES

FOR THE PLAINTIFFS:

Trevor B. Rockstad, Esquire
Anderson R. Brown, Esquire
DAVIS & CRUMP, P.C.
2601 Fourteenth Street
Gulfport, MS 39501
(228) 863-6000
trevor.rockstad@daviscrump.com
anderson.brown@daviscrump.com

Christina T. Natale, Esquire
JONES WARD, PLC
1205 E. Washington Street, Suite 111
Louisville, KY 40206
(502) 882-6000
christina@jonesward.com

FOR THE DEFENDANTS:

Kenneth Baum, M.D., J.D.
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM, LLP
429 Santa Monica Blvd., Suite 710
Santa Monica, CA 90401
(310) 576-6900
kbaum@goldmanismail.com

Emma C. Neff, M.D., J.D.
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM, LLP
564 West Randolph Street
Suite 400
Chicago, IL 60661
(312) 881-5952
eneff@goldmanismail.com

ALSO PRESENT:

Peter Zierlein, Videographer
Chris Carpenter, CSR, RPR



INDEX

Appearances......................................2
CONRAD E. JOHANSON, Ph.D.
Examination by Mr. Baum.....................7
Examination by Mr. Rockstad...............342
Further Examination by Mr. Baum...........348
Signature and Changes...........................351
Reporter's Certificate..........................352

EXHIBITS



| NO. | DESCRIPTION | PAGE MARKED |
|---|---|---|
| 1 | Dr. Conrad Report, Dec. 22, 2017 | 25 |
| 2 | Deposition Notice | 25 |
| 3 | Plaintiffs' Objections and Responses to Defendants' Notice of Videotaped Deposition of Conrad Johanson, Ph.D. | 30 |
| 4 | Additional Documents Reviewed | 30 |
| 5 | Dr. Johanson Report, Dec. 22, 2017, Work Copy with Handwritten Notes | 41 |
| 6 | Two Invoices of Dr. Johanson | 46 |
| 7 | Article: Pediatric Idiopathic Intracranial Hypertension and the Underlying Endocrine-Metabolic Dysfunction: A Pilot Study | 58 |
| 8 | Article: Pediatric Pseudotumor Cerebri Syndrome: Recent Insights and Future Directions | 58 |
| 9 | Article: The History of Pseudotumor Cerebri Syndrome Among Courses and Recourses | 58 |
| 10 | Article: Recent Insights on Pseudotumor Cerebri Syndrome Pathophysiology: From the Unifying Neuroendocrine Perspective to the Integrated Bioenergetic-Hormonal Mechanism | 58 |







| | | |
|---|---|---|
| 11 | Molecular Modeling of Cerebrospinal Fluid Dynamics in Pediatric Pseudotumor Cerebri Syndrome: Altered Sodium Transport in Choroid Plexus by Lithium Treatment | 58 |
| 12 | Conn's Translational Neuroscience, Chapter 11 | 60 |
| 13 | Dr. Johanson CV | 103 |
| 14 | Reference 179: Description of Non-Clinical Studies for Integration into the Investigator's Brochure | 136 |
| 15 | Reference 30: Bayer Document: Three-Month Oral Toxicity Study of Levonorgestrel | 145 |
| 16 | Reference 5: Assessment of CSF Dynamics and Venous Flow in the Superior Sagittal Sinus by MRI in Idiopathic Intracranial Hypertension, a Preliminary Study | 167 |
| 17 | Reference 82: Guerra Study, Androgens Stimulate Preoptic Area NA, K, -ATPase Activity in Male Rats | 179 |
| 18 | Reference 66: Evaluating the Role of Testosterone in Cerebrospinal Fluid Secretion | 186 |
| 19 | Reference 118: Secondary Intracranial Hypertension from Testosterone Therapy in Transgender Patient | 194 |
| 20 | Reference 119: Regarding Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient | 203 |
| 21 | Reference 120: What Do Transgender Patients Teach Us About Idiopathic Intracranial Hypertension | 208 |
| 22 | Thomas Article: Medroxyprogesterone Acetate Binds the Glucocorticoid Receptor to Stimulate ENaC and sgk1 Expression in Renal Collecting Duct Epithelia | 216 |







| | | |
|---|---|---|
| 23 | Reference 160: Cerebrospinal Fluid Estrone in Pseudotumor Cerebri: A Change in Cerebral Steroid Hormone Metabolism | 224 |
| 24 | Article: Levonorgestrel Effects on Serum Androgens, Sex Hormone-Binding Globulin Levels, Hair Shaft Diameter and Sexual Function 5 | 241 |
| 25 | Reference 172, Bender Study: Effects of Progestin-Only Long-Acting Contraception on Metabolic Markers in Obese Women | 258 |
| 26 | Reference 184, Morin-Papunen Study: Comparison of Metabolic and Inflammatory Outcomes in Women Who Used Oral Contraceptives and the Levonorgestrel-Releasing Intrauterine Device in a General Population | 281 |
| 27 | Reference 13, Alperin Study: MRI Evidence of Impaired CSF Homeostasis in Obesity-Associated Idiopathic Intracranial Hypertension | 292 |
| 28 | Reference 180, Dal' Ava Study: Body Weight and Composition in Users of Levonorgestrel-Releasing Intrauterine System. | 305 |
| 29 | Reference 181, Modesto Study: Weight Variation in Users of Depot-Medroxyprogesterone Acetate, the Levonorgestrel-Releasing Intrauterine System and a Copper Intrauterine Device for up to Ten Years of Use | 309 |

THE VIDEOGRAPHER: We are now on the record. My name is Peter Zierlein. I'm a videographer representing Golkow Litigation Services. Today's date is January 26th, 2018, and the time is 9:23 a.m. This video deposition is being held in Austin, Texas, in the matter of Mirena Products Liability Litigation, MDL 2767, for the United States District Court, Southern District of New York. The deponent is Dr. Conrad Johanson.

Will counsel please identify yourselves for the record?

MR. ROCKSTAD: Trevor Rockstad for the plaintiffs.

MS. NATALE: Christina Natale for the plaintiffs.

MR. BROWN: Anderson Brown for the plaintiffs.

MR. BAUM: Ken Baum and Emma Neff for defendants.

THE VIDEOGRAPHER: The court reporter is Chris Carpenter and will now swear in the witness.

CONRAD E. JOHANSON, PH.D.,

having been first duly sworn to testify to the truth, the whole truth, and nothing but the truth, testified as follows:



EXAMINATION

BY MR. BAUM:

Q. Good morning, sir.
A. Good morning.
Q. Could you please state your name for the record?
A. Conrad Johanson.
Q. And, Dr. Johanson, you have been retained by lawyers who have brought lawsuits against Bayer, and you've been retained to provide opinions about Mirena and pseudotumor cerebri, correct?
A. That is correct, yes.
Q. Pseudotumor cerebri, sometimes that's referred to as PTC; is that right?
A. Yes, that's true.
Q. If I use the acronym PTC throughout our conversation today, will you understand that to be referring to pseudotumor cerebri?
A. I will use that term too.
Q. Okay. And PTC is also sometimes referred to in the medical community and in the medical literature that you cited in your report as idiopathic intracranial hypertension, correct?
A. That's right.
MR. ROCKSTAD: Object to form.



A. Yes, uh-huh.
Q. (By Mr. Baum) And sometimes -- that has its own acronym, IIH, correct?
A. Yes, yes.
Q. If I use the term IIH today, will you understand that I'm referring to idiopathic intracranial hypertension?
A. Understood.
Q. We'll also be discussing the progestin levonorgestrel today. If I use the acronym LNG, will you understand that --
A. Right.
Q. -- to be in reference to levonorgestrel?
A. That was my plan too.
Q. Excellent. And the last one I can think of right now is the acronym CSF. If I use that acronym, will you understand that to be in reference to cerebrospinal fluid?
A. Well, I've heard it for 50 years, so, yes, I will.
Q. Perfect. And do you understand that I represent Bayer in this litigation, and this is Bayer's opportunity to ask you questions about yourself, your opinions, and the bases for those opinions?
A. I certainly do understand that, yes.



Q. Have you ever given a deposition before?
A. First one today.
Q. Okay. Let's just go over a couple of ground rules that you've probably already discussed somewhat.
(Phone ringing.)
MR. BAUM: Actually, why don't we just go off for a second?
THE VIDEOGRAPHER: Going off the record. The time is 9:26.
(Brief recess.)
THE VIDEOGRAPHER: Back on the record. The time is 9:26.
MS. NATALE: Are we --
MR. BAUM: Yes, we're back on the record.
Q. (By Mr. Baum) So because we're having a transcript prepared of today's proceeding, it's imperative that we do our best to speak one at a time. So I will do my very best to wait for you to finish an answer before I ask the next question, and I'd ask that even if you know where I'm going with a question, you do your best to wait until I'm done with the question before you start your answer; is that fair?
A. That is fair.
Q. Similarly, for purposes of the transcript, we need audible responses rather than gesticulations or

Page 10

shaking of the head, so can you please do your best to answer audibly, and if for some reason you don't on a particular question, one of us will ask you to just to speak the answer; is that okay?
A. Understood.
Q. "Yes" and "no" are preferable to "yeah" or "nah," just because sometimes those can be mistranscribed, so --
A. Right.
Q. -- to the best of your ability, if you can use --
A. "Yes" or "no," that's it.
Q. Perfect. If you don't understand one of the questions I'm asking, which inevitably I'll ask some inartful questions today, please just let me know, and I will do my best to rephrase the question. Okay?
A. Glad to hear that.
Q. And, lastly, while it may feel as if it is at times, this is not an endurance test, so if you need a break at any time, just let us know. My only request is that if there's a question pending on the record, that we get an answer to that question before we take a break. Okay?
A. Yes, understood.
Q. All right. Is there any reason why you cannot

Page 11

give complete and accurate testimony today?
A. There's no reason at all.
Q. Can you tell me what you did to prepare for today's deposition?
A. Right. First of all, back in the summer, early summer, I was contacted as a possible witness, and I didn't give an immediate response. I wanted to think it over and try to get some preliminary information, understand the problem, and then make the decision. So during that process, and then later on, I used textbooks, and PubMed is a very valuable resource for a scientist, as you well know, 27-million articles online. The great thing about PubMed is -- and this is part of the -- major part of the preparation; I need to make this point. Historically, you can go back three, four or five, six decades, if you need to. And you can even get a review uploaded, maybe, a few days ago, in some cases, by experts perhaps in your area. So PubMed is an extremely valuable resource, and I relied upon it quite heavily.
Over the years, I have talked to quite a few people about this problem with intracranial hypertension. One of the foremost people is the president of the Intracranial Hypertension Research Foundation, Emanuel Tanne, and he sponsors meetings

Page 12

where patients come as well as the families and supporters. And I've been asked at that time to give lectures on intracranial hypertension, which I'd been glad to do. So my challenge has been in that case to communicate information to the people who are actually involved with the problem and still have some respectful science as well.
And I must say it's been well received. So I've had all kinds of opportunities to speak to all kinds of groups: professors at Brown, neurologists, neurosurgeons, neuropathologists, other institutions as well. And I've had communication with three laboratories, which I think I should really point out today, because this is on the cutting edge of research. I see a kind of a new paradigm or shift in the research on PTC, as caused by diet, as medications, et cetera, hormonal imbalances. And these labs, there's one in Birmingham, England, Sinclair lab; Salpietro at University College London; and at University of Pennsylvania; so I'm following these labs quite closely, their publications. Like I say, I think they're right on the edge of some very exciting things, the so-called andro-metabolic approach and, really, that's, to a large extent, the main flavor of my report today, to a large extent.

Page 13

Q. Well --
A. So my point is I -- you asked the question about, you know, preparation, so I've had all kinds of venues, people, different parts of the world, meetings, presentation of my work, international symposia, getting feedback on hydrocephalus, which is related to intracranial hypertension because of the pressure issue, CSF pressure increase, and what kind of agents do we use to control that, and what is the cause of hydrocephalus and intracranial hypertension, and that kind of related disease.
MR. BAUM: Okay. We need to go off the record. None of the realtimes are working.
THE VIDEOGRAPHER: Going off the record. The time is 9:32.
(Recess.)
THE VIDEOGRAPHER: Back on the record. The time is 9:33.
Q. (By Mr. Baum) So, Doctor, my question is specifically about today's deposition and what you did to prepare in the last few days or weeks for this deposition, not the preparation that went into or all the background knowledge --
A. Right.
Q. -- that you bring to bear on this issue. So

Page 14

focusing just on today's deposition --
A. Yes, right.
Q. -- and what you've done in terms of reviewing documents in the last few weeks to get ready for today or having meetings with the lawyers --
A. Right.
Q. -- about today or having discussions with anyone else about specifically the deposition, can you tell me what you did --
A. Right.
Q. -- to prepare for the deposition?
A. Yes. I didn't have a lot of time to read some of these scientific reports but -- by Darney, by Newman, Barnhart. I didn't read them fully. I read them in the context of seeing what they had to say, if anything, about the choroid plexus, CSF, and fluid dynamics and the different hormones, contraceptives, and I was very disappointed to see very little of that. I tried to read the Bayer deposition requested by the European federal agency, 2017, in response of Mirena and some of the problems of what Bayer's reaction was to that. And, again, I was very disappointed that, a long report, it was about one paragraph on the choroid plexus, and I'm shocked about that. And I'm wondering why Bayer, for example, hasn't done research in this area. It

Page 15

would be so straightforward. A week's research could answer some pivotal questions, and I'm sure it could be set up easily. So that was a result of preparation work, as you requested. And these are the thoughts that have come into my mind within the past month or past two months or so.
Q. You said one week's research could answer pivotal questions, correct?
A. I'm sorry?
Q. You said one week's research could answer pivotal questions, correct?
MR. ROCKSTAD: Object to form. Go ahead.
Q. (By Mr. Baum) In your last answer, did you just say that one week's research could answer pivotal questions?
A. Oh, yes, yes, right. If Bayer -- if it were subcontracted out. I really think that if that particular lab were in a position to do like ventriculocisternal perfusions of the brain to quantify CSF --
THE REPORTER: Ventricular?
A. Ventriculocisternal perfusions of the brain, indicator dilution that quantifies CSF formation rate. And you could test it with drugs like levonorgestrel. It would be such a straightforward experiment, and it

Page 16

wouldn't tell you everything, but it would give you a very big clue. If you found like a 40 percent drop as you do with acetazolamide and CSF formation rate, that would speak volumes. It would be just unbelievably valuable.
Q. (By Mr. Baum) Okay. So my question was: Did you just say that phrase? So I'm only asking you, yes or no, did you utter the phrase, one week's -- one week of research could answer pivotal questions?
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Was that what you said?
A. Yes, it is, because I think that's a pivotal question. To me, it is.
Q. Okay.
A. Maybe not to anyone else, but to me it's a pivotal question.
Q. And the pivotal question is, am I correct in understanding, what the effects of LNG are on CSF formation rate?
MR. ROCKSTAD: Object to form.
A. Yes, that's important; yes, right.
Q. (By Mr. Baum) Okay. Bayer is not the only organization that could run that study, right?
A. Exactly, of course.
Q. Have you ever run that study?

Page 17

A. Not on the levonorgestrel, of course, but over the years, definitely have. In fact, my thesis, Ph.D. thesis many years ago was using that preparation. So I appreciate that --
Q. So you're very familiar with and capable of conducting this one week's worth of research that could answer pivotal questions, including the effect of LNG on CSF production rate, correct?
MR. ROCKSTAD: Object to form.
A. That is correct, yes.
Q. (By Mr. Baum) You have not performed that study, correct, in all of your years of research --
A. Right.
Q. -- on this topic?
A. And the reason -- I mean, if I still had --
MR. ROCKSTAD: Object to form.
A. If I still had an active laboratory, I very well may have done something akin to that, but I don't have the resources and I couldn't do it. But I think it would be a very valuable experience to do, to get information generally for progestins, not just for levonorgestrel, I think is critical.
Q. (By Mr. Baum) And for decades you did have an active laboratory that was capable of doing that one week's worth of research that could answer pivotal

Page 18

questions, correct?
MR. ROCKSTAD: Object to form.
A. If you're talking about levonorgestrel, per se, yes, but back in those days when I was doing experiments, I had no reason to be exposed to Mirena and the problem with levonorgestrel.
Q. (By Mr. Baum) You had no reason to suspect at that time that levonorgestrel had any effect on intracranial hypertension?
MR. ROCKSTAD: Object to form.
A. Contraceptives, in general, problematic, causing hormonal imbalances, yes. LNG, per se, no.
Q. (By Mr. Baum) Did you do any of these studies, these one week's worth of research, that could answer pivotal questions for any progestin?
A. Did not.
Q. Okay. You're still active in the community -- research community, for example, in interacting with Dr. Salpietro in his laboratory --
A. Right.
Q. -- in London, correct?
A. Right. Not on a research basis in terms of actually doing bench work.
Q. Has Dr. Salpietro's laboratory ever done the one week's worth of research that could answer pivotal

Page 19

questions, including LNG's effect on CSF production?
MR. ROCKSTAD: Object to form.
A. To my knowledge, no, he has not, but he's not set up to do that kind of thing, so I see no reason why he would be expected to do that.
Q. (By Mr. Baum) Has anybody in the world, to your knowledge, ever conducted the one week's worth of research that could answer the pivotal question of the effect of LNG on CSF production rate?
MR. ROCKSTAD: Object to form.
A. I think no one has done that, as far as I know. That's the one that Bayer should have been responsible for.
Q. (By Mr. Baum) And nobody else in the world has conducted it either?
A. Well, there aren't that many --
MR. ROCKSTAD: Form.
A. -- laboratories doing these ventriculocisternal perfusions; just a handful. We're not talking about cancer research here or AIDS research or heart research. We're talking about choroid plexus CSF research. And there's just a handful of people in the world who do it and do it well and use these techniques. So I think it's unreasonable to expect what you're suggesting.

Page 20

Q. (By Mr. Baum) One of the people who has the capability -- had the capability for decades and conducted studies like this on other compounds was yourself, correct?
MR. ROCKSTAD: Objection; form. Go ahead.
A. I used the preparation, yes.
Q. (By Mr. Baum) And you never thought it was scientifically interesting or warranted to study either LNG or any other progestins' effect in one of those one week's worth of research that could answer pivotal questions?
A. I had so many other --
MR. ROCKSTAD: Object to form.
A. -- exciting projects. I don't know why you're focusing on why I should be doing that experiment, but there are so many other hormones that I've been analyzing.
Q. (By Mr. Baum) Did you manufacture any of those hormones?
MR. ROCKSTAD: Objection.
A. What do you mean, manufacture?
Q. (By Mr. Baum) Well, you're saying Bayer should have done the study on LNG. Is that because Bayer --
A. I think they --

Page 21

Q. -- has a -- manufactures --
A. -- should have.
THE REPORTER: We're talking over. You're not letting him finish the question.
THE WITNESS: Okay. I apologize.
THE REPORTER: And we -- I can't do this all day, so...
THE WITNESS: Okay. Yes, sir.
THE REPORTER: Okay, thank you.
Q. (By Mr. Baum) So you said several times that Bayer should have conducted the one week's worth of research to answer the pivotal question of whether LNG increases CSF production rate, and is that because Bayer manufactures an LNG compound?
A. Yes. It would be in their best interest. Bayer knows it's controversial, so why isn't that in the best interest, to do a straightforward experiment that does not take a lot of time.
Q. Do you know how many manufacturers in the world put out on the market LNG-containing compounds?
A. But some of these other companies have been responsible, and on their labels they have made the warning that LNG is a possible risk factor for PTC.
Q. Can you --
MR. BAUM: I'm going to move to strike as

Confidential - Subject to Protective Order



nonresponsive.
Q. (By Mr. Baum) Do you know how many other manufacturers in the world put out on the market LNG-containing compounds?
MR. ROCKSTAD: Objection; form.
A. I know there are at least several, in reading about some, but I -- no.
Q. (By Mr. Baum) To your knowledge, has any manufacturer of any LNG compound ever done the study that you say Bayer should have done?
MR. ROCKSTAD: Objection; form.
A. Not on levonorgestrel.
Q. (By Mr. Baum) To your knowledge, has any manufacturer ever done a similar study on any progestin?
A. I'm not in a position to answer that question.
Q. You offer opinions throughout your report on the effect of LNG on CSF production rate, correct?
A. Yes, I have a model here; it's a plausibility. I'm not saying that LNG definitely causes PTC or definitely decreases CSF formation rate, but based on the information that we have for other systems, it would seem likely.
Q. So you said that what you have is an opinion about plausibility and that you're not saying that LNG definitely causes PTC or decreased CSF



formation rate, but based on the information that we have for other systems, it would seem likely; is that correct?
A. Yes, based on --
MR. ROCKSTAD: Object to form.
A. -- what's in this report, yes.
Q. (By Mr. Baum) So the opinion that you're offering today about the effect of LNG on CSF formation rate, that's an opinion that in your view it's plausible, but it's not proven; is that correct?
A. It's more --
MR. ROCKSTAD: Objection; form.
A. It's more likely than not. Let's say 51 percent, the legal criterion. Now, if we talk about biological-biomedical research certainty, 95 percent confident -- confidence intervals or 95 percent confidence, I'm much closer to that number than I am to just 51 percent. So, yes, I'm confident that the information I have provided here makes a strong case for the plausibility that LNG could disorder CSF dynamics.
Q. (By Mr. Baum) With one week's worth of research you could have answered that question definitively, correct?
MR. ROCKSTAD: Objection; form.



A. I could have answered the question whether levonorgestrel decreases or increases CSF formation rate or does nothing. That is a critical -- it's a pivotal question, and that could have been ascertained.
Q. (By Mr. Baum) Okay. Did you have any meetings with the lawyers to discuss specifically your preparation for this deposition?
A. This was independent. No, I never traveled to Louisville or discussed it on the phone. This is my independent work here.
Q. So, again, I'm asking about your preparation for today's proceeding.
A. Okay.
Q. Did you have any discussions with the lawyers to prepare for today's proceeding?
A. We had a meeting yesterday, but you got to keep in mind, this is my first deposition in my lifetime, I have to understand the basic protocol. It's only fair.
Q. That's fine, sir, but all I asked you is: Did you have any meetings with the lawyers?
A. I told you. I gave you the answer; yes.
Q. Okay. So the answer is yes?
A. I gave you the answer.
Q. Was yesterday's meeting the only meeting or



discussion that you had with lawyers about today's proceeding?
A. That is true.
Q. How long did you meet with the lawyers yesterday?
A. We met for morning and afternoon.
Q. So would that be three hours in the morning approximately and three in the afternoon, or is it something different?
A. Let's see, 9:30 -- two in the morning and about three in the afternoon.
Q. Okay. Did you have discussions --
A. Not counting for lunch, and -- which we did not talk about the subject, if you want that for the record.
Q. Did you have discussions with anyone else such as Dr. Salpietro about today's deposition?
A. Absolutely not.
(Exhibit 1 marked for identification.)
Q. (By Mr. Baum) Okay. I'm handing you both what I'm marking as Exhibit 1, which we'll be using throughout today -- this is a clean copy of your report.
A. Okay.
(Exhibit 2 marked for identification.)
Q. (By Mr. Baum) I'm also handing you Exhibit 2, which is the notice setting forth the details of today's

deposition. Starting with Exhibit 2 there, the notice of today's deposition, have you ever seen this document before?

A. I have, yes.

Q. Okay. And so did you see that it requested in "Exhibit A," that starts on page 4, that you bring various materials with you today?

A. I do, yes.

Q. Okay. I just want to go through that list quickly and understand which -- for which of those requests you have responsive documents and for which of those requests you brought responsive documents, okay?

A. Okay, yes.

Q. So starting with number 1, it was asking for your current CV. We received a CV that was dated winter 2017 as part of your report. Is that your most recent CV?

A. It is.

Q. Okay. And does that CV include a complete list of your publications?

A. It does.

Q. Okay. Does that CV also include a list of your lectures and presentations and talks that you've presented?

A. I tried to put most of them on, but it doesn't



include everything.

Q. Is there any other list that you already have in existence that includes talks or presentations or lectures that aren't included on the CV?

A. Not a formal list, no.

Q. Okay. If you look at number 3 on page 4 -- we're on -- of the notice of deposition. Do you have any articles that you've authored on long-acting reversible contraceptives?

A. I do not.

Q. And do you have any articles that you've authored on levonorgestrel-containing contraceptives?

A. The answer is no.

Q. Okay. If you turn to number 4 on the next page, do you have any publications of any sort on the androgenic activity of levonorgestrel?

A. No.

Q. Do you have any publications on the mineralocorticoid activity of levonorgestrel?

A. No.

Q. Do you have any publications of any sort on the receptor-binding activity of levonorgestrel?

A. Do not.

Q. Do you have any publications on the effects of



exogenous levonorgestrel on endogenous hormone levels?

A. I do not.

Q. Okay. Number 5 asks about slides or handouts relating to any talks you've given about the topics I just went through, long-acting reversible contraception, levonorgestrel-containing contraception, androgenic effects of levonorgestrel, mineralocorticoid effects of levonorgestrel, or the effects of levonorgestrel on endogenous hormone levels. Have you given any lectures or presentations on those topics?

A. I have not.

Q. So is it fair to assume, then, that you don't have any slides or handouts related to those topics that you've created?

A. That's right, yes.

Q. Thank you. Number 6, have you ever given any talks or presentations where you've stated that Mirena or levonorgestrel cause PTC?

A. I have not.

Q. In number 7, have you ever given any talks or lectures or presentations where you've stated that androgens or androgenic activity causes PTC?

A. I don't recollect that I do -- have done so, yes.

Q. In number 8, do you know if you've ever given



any talks or lectures or presentations of any sort that state that levonorgestrel increases the production of CSF?

A. I have not, no.

Q. Okay. Do you know if you've -- strike that.

Have you ever given any lectures, presentations of any sort where you've stated that androgens or androgenic activity increased the production of CSF?

A. Not with a main theme or title of the lecture was such. I've given so many talks to so many people in venues, formats, that I can't actually -- can't absolutely rule it out, that I believe that I may well have done so.

Q. Okay. You can't rule out that you've given a presentation where you've stated that androgens or androgenic activity increase CSF production, but as you sit here today, you can't recall a specific lecture where you did so?

A. That's correct, yes.

Q. Okay. Number 10 asks for a list of all expert reports and depositions that you reviewed in connection with your report in this matter. Before the deposition began, counsel provided me with several materials, one of which I'm marking as Exhibit 4 to your deposition.

Page 30

And let me just say -- let me strike this for a second just so I can get on the record what Exhibit 3 is. Exhibit 3 is not something you need to worry yourself with. I'll hand it to you just so you have it. But when we requested various documents, plaintiffs' counsel provided their views and objections on which ones we should be entitled to, and I just -- that's contained in Exhibit 3.

A. Thank you.

Q. We don't need to waste any of our time on it.

A. Okay.

Q. That's something for the lawyers to waste each other's time with.

A. I understand.

Q. Okay. Going back to where I was before.

MR. ROCKSTAD: I'll state an objection to the form of that mischaracterization.

(Exhibit 3 and 4 marked for identification.)

Q. (By Mr. Baum) Before I had mentioned Exhibit 3, I was saying that I was provided with some materials right before the deposition began, which I appreciate. What I've had marked as Exhibit 4 is a one-page document that says, "Additional Documents Reviewed." I'm going to hand you this copy -- thanks so much -- that's been

Page 31

marked. On this Exhibit 4, the first thing that's listed, it says, "Plaintiffs' Expert Reports," and it says "Dr. Philip Darney" and "Dr. Vincenzo Salpietro," correct?

A. Correct, yes.

Q. Are those the only plaintiffs' expert reports that you've reviewed in this matter?

A. I think that's true, yes, uh-huh.

Q. Dr. Darney's expert report, did you review that before or after you completed your report?

A. After I completed my report.

Q. Okay. Dr. Salpietro's report, did you review that before or after you completed your report?

A. After.

Q. Okay. Were you provided any versions of Dr. Salpietro's report before you completed your report?

MR. ROCKSTAD: Objection.

A. You mean in the last month?

Q. (By Mr. Baum) At any time before you completed your report, did you receive a copy of a version of Dr. Salpietro's report?

A. Let's see. Yes, I did. Uh-huh.

Q. And who provided you with that, with Dr. Salpietro's report, before you completed your report?

A. I believe it was Dr. Salpietro, yes.

Page 32

Q. By what means did he transmit his report to you? Was that by e-mail?

A. Yes, by e-mail, correct.

Q. And so it was an attachment to an e-mail?

A. Yes, uh-huh.

Q. Do you recall when, approximately, you first received a version of Dr. Salpietro's report?

A. It was at an early stage, but I didn't -- in November or December, I did not receive it.

MS. NATALE: And I will just clarify for the record that I provided the report to Dr. Johanson. I understand his testimony. I'm just saying it -- preserving it for the record that there are no communications directly between the two experts, which you'll get to when you get to that question on your deposition notice.

MR. BAUM: Okay. Dr. Salpietro testified today that he did. So --

MS. NATALE: I don't have the testimony, but --

MR. BAUM: -- so I just need to clarify that --

MS. NATALE: -- that's fine.

MR. BAUM: -- that we've got different testimony there.

Page 33

MS. NATALE: Sure.

Q. (By Mr. Baum) So your -- is your -- let me just ask you: Have you had direct communications with Dr. Salpietro about this litigation?

A. We have talked about logistics and general theory, but we've been colleagues for, say, three or four years, and it's not out of the ordinary to keep that same conversation going on the mineralocorticoid receptors.

Q. But did you have conversations that were specifically concerning this litigation, as opposed to ongoing academic or collaborative discussions that predated your involvement in this litigation?

A. I don't recall that I did.

Q. Did Dr. Salpietro, to the best of your recollection, e-mail you a version of his report at any time?

A. As I said, I think it was early on, roughly October, perhaps, but not toward the later stages when he came to his conclusion or was forming his conclusion.

Q. Have you reviewed Dr. Salpietro's final report that was served in this litigation?

A. I have, yes, uh-huh.

Q. Do you know whether the early stage document that Dr. Salpietro sent to you is word for word the same

Page 34

as the final report that was served in this litigation?
MR. ROCKSTAD: Objection; form.
Q. (By Mr. Baum) You can answer.
MR. ROCKSTAD: Yeah, I -- you can answer.
A. Would you repeat the question, because I want to make sure I understand it?
Q. (By Mr. Baum) Sure. Do you know whether the early stage document --
MR. ROCKSTAD: Objection.
Q. (By Mr. Baum) -- as you described it, that Dr. Salpietro sent you, is identical word for word as the final version of Dr. Salpietro's report that was served to defense counsel in this litigation?
A. Word for word, I just can't say that.
Q. Do you recall if you -- if Dr. Salpietro sent you a version of his report on more than one occasion?
A. At the best of my memory, I think it was one, yes.
Q. Did you send a version of your report to Dr. Salpietro at any point?
A. I think on one occasion. Again, early on, like perhaps October, but not before I had formed all these conclusions here.
Q. Okay. So the -- to the best of your recollection, the version of your report that you sent

Page 35

to Dr. Salpietro was not word for word the same as the final report that was served in this litigation, correct?
A. That's a tough question to ask because there are so many words there. I can't say that it was word for word; I just can't say that.
Q. But what you did say was whatever you sent him, to the best of your recollection, was before you had formed all of the conclusions, correct?
A. Yes, definitely. That's right, yeah.
Q. Okay. So all of the conclusions that are in the final document, which is marked as Exhibit 1, did not appear in the earlier version that you sent to Dr. Salpietro?
A. That's absolutely true, yes.
Q. Okay.
MR. ROCKSTAD: Ken, for the record, sorry to interrupt your train of thought, but I just want to preserve an objection to this line of questioning and to preserve our right to meet and confer on any requests for documents related to these draft reports, as some of these may be privileged reports, draft reports that we can meet and confer on. And if we need to go to the court on this, we can. Just for the record, I want to preserve that.

Page 36

MR. BAUM: That -- that's fine, and I'm going to preserve our right to obtain any documents that were reviewed or considered by any of the experts prior to forming the conclusions in their reports. But, again, we can deal with that later.
Well, it wasn't your intent. Train of thought lost.
MS. NATALE: Maybe it was his intent.
MR. ROCKSTAD: It was not.
Q. (By Mr. Baum) Have you deleted, to your knowledge, e-mails that you sent to Dr. Salpietro, including the version of your report or the e-mails you received from Dr. Salpietro containing a version of his report?
A. I would have no reason to delete them.
MR. BAUM: Okay. Then we would request that until this issue is resolved, that those e-mails not be deleted at this point.
Q. (By Mr. Baum) Okay. Going back to Exhibit 2, which was the notice of deposition, number 11 asks for all materials that you reviewed, considered, or relied upon in the course of developing your opinions that were not listed in the materials list that accompanies your final report. Again, while I've received this one-page document today that lists the expert reports

Page 37

and an article by Thomas and the 2017 Mirena label, are there any other documents that you reviewed before you completed your report that are not listed in the materials section of your report?
A. I referred to the 2017 report by Bayer in response to the European regulatory agency. They wanted more information about Mirena and possible PTC. I don't think that's been provided but -- I read that and --
Q. Okay. So that's not listed in the materials list in your report, right?
A. Yes, that's correct; yeah, right.
Q. Did you review it as of the time -- as of December 22nd, 2017, which is the date of your final report?
A. Yes, I had recent -- reviewed it at that time; yeah, that's right.
Q. And nor does that document appear on Exhibit 4, the --
A. Right.
Q. -- "Additional Documents reviewed," correct?
A. The reason is that there's nothing about the science material in my report, the choroid plexus. That -- I mean, there's maybe two or three sentences. It just wasn't germane to the subject. So there's no

Page 38

reason for me to think that's, oh, this is an important document. It's more negative. I'm wondering why Bayer doesn't spend more time being more serious about choroid plexus CSF dynamics.
Q. Did you review any of the clinical studies on Mirena and IIH?
A. I did not. I have not, no.
Q. Do you know if the regulatory authority asked Bayer to comment on the clinical data on Mirena and IIH versus the laboratory research on CSF production?
A. That it no way relates to --
MR. ROCKSTAD: Objection.
A. -- to the science in my report here. I think we're going off tangent here. I'd like to talk about the science in my report.
Q. (By Mr. Baum) Sir, you've been very critical several times today about the contents of that response to the regulatory authority and how it didn't contain --
A. Yes.
Q. -- more information on the area you're interested in, correct?
A. Well, not just my interest, but it's germane to the topic, the critical content of my report here.
Q. And so my question was: Do you know whether

Page 39

the regulatory authority asked Bayer to focus on clinical data or on nonclinical research data?
MR. ROCKSTAD: Objection; form.
A. I don't know that, but to be balanced, I would think that the agency, if they didn't, they should have asked for basic and clinical to be complete and balanced.
Q. (By Mr. Baum) Do you know if the regulatory authority has come back and taken issue with the completeness of the information provided by Bayer?
A. I don't know that.
Q. Okay. Regardless, the document where Bayer responds to the regulatory authority is listed neither in the materials list on your report or on the additional documents that you apparently have reviewed, correct?
A. Uh-huh.
Q. Is there anything in that regulatory authority response document from Bayer that you're relying on for your opinions in this case?
A. No.
Q. Okay. There are three defense expert reports listed on Exhibit 4: Dr. Jusko, Dr. Newman, and Dr. Barnhart; correct?
A. Yes.

Page 40

Q. Are those the only defense expert reports you've reviewed?
A. Yes, right.
Q. There's one article on here, Thomas 2005, concerning medroxyprogesterone acetate?
A. Right.
Q. Did you review that article before or after you completed your report?
A. Probably after, because I think I would have -- it's so important, I think I would have cited it. I think it was probably after, yes.
Q. Okay. So in forming your opinions as expressed in your report, you did not review the Thomas 2005 article, correct?
A. That's correct, yes.
Q. Okay. And then the other document listed on Exhibit 4 is the 2017 Mirena label. Did you review that before or after you completed your report?
A. The Mirena label? I didn't -- I had discussions of it, but I didn't actually read it.
Q. At any point or -- I'm sorry, strike that.
When you say you didn't read it, are you saying you didn't read it before you completed your report, or you haven't read it to this day?
A. I haven't -- I have not read it, yes.

Page 41

Q. Okay. And who did you have discussions with about the Mirena 2017 label?
A. The Plaintiffs.
MR. ROCKSTAD: Objection. We're just getting into some privileged areas.
Q. (By Mr. Baum) All I'm asking is who you had the discussions with, not the substance of the discussions, and I'm not going to ask that.
MR. ROCKSTAD: All right. Go ahead.
Q. (By Mr. Baum) So just to make sure that the answer is on the record: The discussions about the 2017 Mirena label were with the plaintiffs' counsel, correct?
A. Yes.
(Exhibit 5 marked for identification.)
Q. (By Mr. Baum) Okay. Another document that I was provided at the beginning of the deposition, I'm marking as Exhibit 5, and this is just another copy of your report that's marked as Exhibit 1, but this one says "Work copy" at the top and has a number of handwritten statements in it; is that correct?
A. Can I see that, please.
Q. There's some stickies on the one you gave me.
A. The comments here, yes, yes, of course.
Q. And is that your handwriting?

Page 42

A. It is; that's right, yeah.
MR. ROCKSTAD: Do you mind if I take a look at that.
MR. BAUM: Do you want to just take a look at that?
MR. ROCKSTAD: Yeah.
MS. NEFF: That has our stickies in it.
MS. NATALE: So there's no confusion --
MR. BAUM: Let me take those off, because I've marked this one as -- can you take those off?
MS. NATALE: Are you clawing them back?
MR. BAUM: I'm not going to ask any questions about the work copy. I just want it in the record.
THE WITNESS: All right.
Q. (By Mr. Baum) Okay. Now, finishing up the documents that we requested that you bring with you today, number 12 had asked for all communications that you've had with any -- anybody other than the lawyers, including the other plaintiffs' experts, relating to the Mirena litigation. Do you see that one is number 12?
A. I do, yes, right.
Q. Do you have any communications with people other than the lawyers relating in any way to this litigation?

Page 43

A. I don't recall that I do, no. I would say my answer is no.
Q. What about the e-mails that you recall between you and Dr. Salpietro, where you sent each other the reports?
A. Right, we'd already --
MR. ROCKSTAD: Objection; form.
A. We had already talked about that, so why are you bringing that up again?
Q. (By Mr. Baum) Well, you do have documents responsive to number 12, correct? You do have --
MR. ROCKSTAD: Objection; form.
Q. (By Mr. Baum) -- communications with people other than the lawyers relating to this litigation, correct?
MR. ROCKSTAD: Objection; form.
A. It's a -- all this legalese, I'm not -- this is my first deposition. All these legal challenges or whatever you call them, it's just -- okay, I just -- I need to kind of adjust to it. Go ahead.
MR. ROCKSTAD: Ken, your request for preservation will be observed and all the -- and any communications that may exist will be preserved.
You understand that, Dr. Johanson, no e-mails will be deleted, and then we'll have further --

Page 44

THE WITNESS: Right.
MR. ROCKSTAD: -- meet and confers. And if necessary, we'll produce anything that exists to you.
MR. BAUM: That's fine.
Q. (By Mr. Baum) All I want to establish is that there are at least the e-mails with Salpietro and --
A. Yes.
Q. -- and possibly others. Maybe or maybe not. I'm still trying to get that answer. There are some communications that you've had with people other than the lawyers relating to this litigation, correct?
A. I don't think so, not.
MS. NATALE: Are you asking him if there are any communications other than the draft reports that were sent between them? Is that what you're asking him?
MR. BAUM: Nope. I'm asking him, does he have any communications, including e-mails that may or may not have been sent between him --
MS. NATALE: Sure.
MR. BAUM: -- and Dr. Salpietro --
MS. NATALE: And we're just --
MR. BAUM: -- that relate to the Mirena litigation.
THE WITNESS: Yes.

Page 45

MR. ROCKSTAD: You can answer that.
MS. NATALE: We're just trying --
THE WITNESS: I already answered that.
MS. NATALE: -- to create a clean record here. He's --
THE WITNESS: Yeah.
MR. BAUM: Okay.
MS. NATALE: -- he has responded about the e-mails with the draft report. If you want to ask him if there's anything else, it may help to clarify. Otherwise, he might just keep saying yes because he said including those e-mails that you've already discussed.
MR. ROCKSTAD: I think we know --
MS. NATALE: I mean, we --
MR. ROCKSTAD: I think we know --
MR. BAUM: So let me ask the questions.
MS. NATALIE: That's all. I mean --
Q. (By Mr. Baum) My first question is: Do you have any? And the answer is yes, because we've identified the Salpietro communications.
A. That's right, yes.
Q. My next question is: Other than the Salpietro communications, do you know if you have other communications with people other than lawyers about this litigation?

Page 46

A. Not to the best of my memory.
Q. Okay. So you've never had any communications with any of the authors listed in request number 13, correct?
A. So is the question have I communicated with --
Q. With the authors of the Valenzuela article --
A. No.
Q. -- or the Etminan article?
A. That's a definite no.
Q. Okay. And then we can skip 14 and 15. Going to number 16. Do you have a consulting contract or a retention letter regarding your work in this case?
A. I do not.
(Exhibit 6 marked for identification.)
Q. (By Mr. Baum) Okay. And number 17 asks for all time sheets or billing records that reflected your time in this litigation, and I'm handing you what's been marked as Exhibit 6, which was provided prior to the deposition --
A. Yes.
Q. -- by counsel. That has two invoices, one dated November 29, 2017, and one dated December 19, 2017, correct?
A. Yes, that's correct, yes.
Q. Are those the only invoices you've submitted at

Page 47

this point --
A. They are.
Q. -- in this litigation?
A. Yes.
Q. Okay. And we'll come back to this in a minute, but I have one question right now. If you look at the first invoice, the last entry is two one-hour telephone conversations on Mirena reports with Dr. Salpietro. Do you see that?
A. Yes, I do, yes.
Q. Okay. So in addition to the e-mails, you've also had telephone conversations with Dr. Salpietro about this litigation, correct?
A. Yes, I have, right.
Q. Okay. What do you recall discussing with Dr. Salpietro during those two one-hour telephone conversations?
A. I don't actually recall.
Q. Okay. Do you have any reason to doubt that those two one-hour telephone conversations concerned the Mirena reports that you and Dr. Salpietro prepared in this litigation?
A. There may have been something peripheral but not central to my pivotal conclusions here.
Q. Okay. But it was certainly related to those

Page 48

reports, such that you billed for those two-hour calls, right?
A. Right. Right.
Q. Okay. We'll come back to these --
A. But we discussed other things, like his attendance at a meeting, totally unrelated to the Mirena things. It was just a small part of the conversation.
Q. Okay. You have a Ph.D. in physiology, correct?
A. I do, yes.
Q. And you have a specific interest in cerebrospinal fluid dynamics and pressure, correct?
A. Very much.
Q. Do you consider yourself a scientific researcher?
A. Absolutely.
Q. Have you ever been licensed to practice medicine?
A. Have not.
Q. Are you a medical doctor?
A. Am not.
Q. Did you attend medical school?
A. Did not.
Q. Have -- strike that.
Do you plan to be an expert in the

Page 49

practice of medicine?
MR. ROCKSTAD: Object to form.
A. No.
Q. (By Mr. Baum) Okay. You have an academic appointment at Brown Medical School, correct?
A. I do, yes.
Q. And that appointment is in the department of neurosurgery, correct?
A. It is; that's right.
Q. But you're not a neurosurgeon, correct?
A. Exactly.
Q. Have you ever participated in any way in the medical care of a patient with PTC or IIH?
MR. ROCKSTAD: Object to form.
A. I have not.
Q. (By Mr. Baum) Okay. Have you ever reviewed the U.S. labeling regulations that are applicable to an IUD?
A. Not the regulatory aspects, no.
Q. Do you agree that you're not an expert on the regulations governing medical drug and device labeling in the United States?
A. That's true.
Q. Do you agree that you're not an expert in the labeling of pharmaceutical products?
MR. ROCKSTAD: Object to form.

Page 50

A. That's right.
Q. (By Mr. Baum) Okay. Do you claim to have any specific expertise that qualifies you to give opinions about pharmaceutical labeling in the United States?
A. No.
Q. Okay. Have you ever consulted for Bayer?
A. I have not.
Q. Now, I know you said you've never given a deposition before, but have you ever served as an expert witness in any capacity in litigation before?
A. I have not.
MR. BAUM: Okay. It's been about an hour. Why don't we take like a real quick break.
A. Okay.
MR. BAUM: I think that's what you're all thinking.
THE VIDEOGRAPHER: Going off the record. The time is 10:14.
(Recess.)
THE VIDEOGRAPHER: Back on the record. The time is 10:36.
Q. (By Mr. Baum) Doctor, you have Exhibit 6, the two invoices in front of you, correct?
A. I do, yes.
Q. Looking at the first invoice, it has a line for

Page 51

28 hours research/analysis at $450 an hour for $12,600, correct?
A. Right.
Q. The $450 an hour for research and analysis, does that include anything you review, like literature, expert reports, transcripts? Anything that you're reading, would that be at the $450 an hour?
A. It does, yes.
Q. Okay. And then the next line has 38 hours of scientific writing --
A. Right.
Q. -- at $650 an hour, correct?
A. Uh-huh.
Q. And that came out to --
A. Yes.
Q. Thank you.
-- $24,700, right?
A. Right.
Q. And then for writing, that would, obviously, include writing your report, correct?
A. Mainly.
Q. Is there anything else that falls into that category of scientific writing that you would be billing for in this litigation?
A. No. It's -- it's the report, yes.

Page 52

Q. Okay. And then there is the third entry, the two one-hour telephone conversations on Mirena reports with Dr. Salpietro --
A. Right.
Q. -- at $250 an hour, correct?
A. Yes, uh-huh.
Q. The $250 an hour, is that also the rate for conversations with plaintiffs' counsel, or is that at one of the other rates?
A. The plaintiff counsel? What do you mean?
Q. So when you -- for example, you met for, I think you said, maybe it was five or six hours yesterday in preparation for today's deposition?
A. It was.
Q. And that was a meeting with the lawyers where you were having discussions. What rate would that be billed at?
A. I think the 650, yes, right.
Q. The 650?
A. Right.
Q. Okay.
MR. BAUM: Sorry, guys. I was trying to help you out.
MR. ROCKSTAD: (Laughing.)
MR. BAUM: I did my best.

Page 53

THE WITNESS: I trust you.
MS. NATALE: Just to clarify, I don't mean to testify into the record or anything like that. I think that what he is saying, that rate would be his deposition preparation/his depo rate.
THE WITNESS: Yes, that's what I meant to say.
MS. NATALE: He's not saying that's his communication with lawyers rate.
Q. (By Mr. Baum) Okay. So if you were to have a phone call with counsel next week unrelated to this deposition, at what rate would you charge that one?
A. Well, so far, we haven't had any charges for it. It's gratis on my part, right?
Q. Okay.
A. Yeah.
Q. And then what about -- so I see that -- I see research and analysis, scientific writing. At what rate are you billing for your time here today for your deposition?
A. The same, 650; right.
Q. Okay. And then if you were to ever give courtroom testimony, would that be at 650?
A. It would be, yes.
Q. And then do you charge at all for, you know,

Page 54

travel time? If you had to travel to a courtroom somewhere and testify, would there be travel time?
A. Definitely.
Q. And at what rate would that be charged?
A. I haven't considered that yet.
Q. Okay. And the money that -- the money that's billed here, does that money go to you personally?
A. Yes. The check is written out to me. That's right.
Q. Okay. And then are you -- do you keep that money, or are you -- for example, does that all go to the Brown neurosurgery department or to some other source?
A. No, it does not go to neurosurgery.
Q. Okay.
A. That's the last place that I would send it.
Q. Okay. But all I'm trying to establish is whether you are keeping that money as personal income or whether it's then being sent on to some other --
A. I see what you mean, yeah.
Q. -- entity?
A. It's personal, right.
Q. Okay.
A. Right.

Page 55

Q. So the first invoice came to a total of 37,000 -- $37,800, correct?
A. Uh-huh.
Q. And then the second invoice, dated December 19, 2017, that contained 27 more hours of research and analysis at 450 an hour for a total of $12,150, correct?
A. Yes.
Q. And 36 more hours of scientific writing, at $650 an hour, for a total of $23,400, correct?
A. That's right.
Q. And the grand total on the second invoice was $35,550, correct?
A. Yes.
Q. And adding the two invoices together, we get a total of $73,350, correct?
A. Yes.
Q. Is there any additional time that you have spent on the litigation after December 19th?
A. Yes.
Q. Are you able to estimate for me the amount of time that you have spent on research analysis versus scientific writing versus any other activities that you're billing for since December 19th that are not reflected on these two invoices?
MR. ROCKSTAD: Object to form. You

Page 56

can answer.
THE WITNESS: Yeah.
MR. ROCKSTAD: If you can.
A. You want a time estimate from me for that -- for the time after December 19th that I spent on this?
Q. (By Mr. Baum) An estimate for the time that is beyond what is reflected on the two invoices in Exhibit 6?
A. Yes. All right. So that was to put the polish on the report here. The final stage is to make sure that it was just right, so I would estimate about 10 to 12 hours of time for that.
Q. Okay. And so that would have been at the $650 an hour rate, because it was the polishing the report, correct?
A. That's correct. That's right.
Q. Okay.
A. However, that did have a dimension of research, too, still. So it would be mixed again.
Q. Numbers coming down?
A. Right.
Q. Okay. So some combination of 450 an hour and 650 an hour for those hours --
A. Yeah.
Q. -- for those hours?

Page 57

A. Right.
Q. And then we talked about the time spent yesterday would have been at the 650 an hour, correct?
A. Yes, right.
Q. Okay. Anything else that -- any other time that you anticipate invoicing for work done up until today that isn't reflected on the invoices in Exhibit 6?
A. Didn't we already discuss what -- I thought we already discussed for the month of January that I've been preparing for the deposition here.
MR. ROCKSTAD: Yeah. And you can answer with that.
A. Oh, I thought we had already -- okay. Yes. There's preparation time for the deps. I have 200 references here, so I have -- I can't memorize everything. I have to kind of go back and look at it, so it would be another, I'd say, roughly 10 to 15 hours.
Q. Okay. So --
A. I have a log book at home. I didn't add all the hours up. I never expected this. I thought we were going to talk about science today mainly. But anyway, I have it on the log, and I can get that for you if you need me to.
Q. This is standard fare for a deposition. I know

Page 58

you haven't been through it before. But rest assured, all of our experts get asked about their time and invoices, too.
A. Okay. I don't take it personally.
Q. So then just to make sure I have it all in one place. Ten to 12 more hours, you said, on polishing the report?
A. Right.
Q. Ten to 15 hours in the month of January preparing for this deposition --
A. Right.
Q. -- and largely rereviewing the nearly 200 references?
A. Right.
Q. And the five or six hours yesterday spent with counsel in anticipation of today, correct?
A. Correct. Yes, that's it.
Q. Is that a -- any other categories I'm missing there?
A. I think not.
(Exhibits 7, 8, 9, 10, and 11 marked for identification.)
Q. Okay. So I want to hand you what I'm marking as Exhibit 7.
A. Okay.

Page 59

Q. Exhibit 8, Exhibit 9, Exhibit 10, and Exhibit 11, and these are five of your publications, correct?
A. Yes, they are.
Q. And in terms of publications reflected on your CV, can you think of any other publications specifically on pseudotumor cerebri or IIH that are on your CV?
A. I have -- in different review articles, I have referred to intracranial hypertension, for example, case in point.
Q. Okay. Let me mark what you are holding up as Exhibit 12.
A. Okay.
Q. Is that a clean copy?
A. I think so; yes, sir.
Q. Okay. I'm going to mark as Exhibit 12 a chapter from Conn's Translational Neuroscience. This is the 2017 --
A. Yes. It's current.
Q. -- edition that was generously provided before the deposition by counsel. And I understand that this is -- is this still in press?
A. No. It's -- the book has come out.
Q. Okay. But as with all the other literature, it will be used for purposes of this deposition transcript and not reproduced for any --

Page 60

A. Of course.
Q. -- financial purposes.
A. Of course, right.
MR. BAUM: Does that suit --
MR. ROCKSTAD: Fair enough. Thank you.
MR. BAUM: Okay.
(Exhibit 12 marked for identification.)
Q. (By Mr. Baum) So there is a section on IIH in this chapter marked as 12, correct?
A. Yes.
Q. Are there any other publications you can think of that you have where the focus, the primary focus of the publication was pseudotumor cerebri or IIH, other than what we've just marked as Exhibit 7 through 12?
A. I wouldn't say the focus; but, again, I have written so many review articles, I can't keep track. But I have -- I won't say frequently, but I have, on several occasions, referred to intracranial hypertension in these reviews. Not a lot of pages, but perhaps a half a page or a page or -- just to make it relevant and put it into perspective, the other CSF disorders.
Q. Okay. Let's start with Exhibit 7. This is the 2014 publication of yours, correct?
A. Which one is that? I don't see it.
Q. Exhibit 7. There should be an exhibit sticker

Page 61

at the bottom --
A. Oh, yeah.
Q. -- right of each one.
A. I got it. I got it, yes.
Q. And do you see in the abstract, there is this -- it starts with the section "Aim." Do you see that?
A. Uh-huh. Right.
Q. And in the second sentence it says, "IIH is a disorder of unclear pathophysiology." Do you see that?
A. Yes.
Q. Do you still stand by this statement that is made to the medical and scientific community in your publication that the pathophysiology of IIH is unclear?
A. There is so much more to learn, but we've made excellent progress in the last three, four, or five years, the labs that focus on the endocrine-metabolic, which is really the theme of this paper.
Q. Okay. But have you ever tracked it or amended this statement in the literature, that IIH is a disorder of unclear pathophysiology?
MR. ROCKSTAD: Object to form.
A. In fact, for this report, I would like to refer you to -- take a minute to find it. I can just speak to it. I make a point that I prefer, at this point,

Page 62

knowing what I know over the last couple -- two years, to use IIH less and PTC more, because I think we're gaining more and more knowledge about the mechanisms. This endocrine-metabolic really excites me. I think -- it's not just me. It's three other major labs in the world. It's kind of new look, a new paradigm, a new angle, but it's bearing fruit. And it's just a matter of time before IIH is going to disappear, and PTC is -- or intracranial hypertension, is going to come more to the fore, and we're going to see less and less about the IIH as we keep unraveling the mechanisms.

MR. BAUM: Okay. I'm going to move to strike.

Q. (By Mr. Baum) Because my question was: Have you ever retracted this statement from the medical literature that IIH is a disorder of unclear pathophysiology?

MR. ROCKSTAD: Object to form.

A. It's a fairly recent article, right?

Q. (By Mr. Baum) 2014?

A. Oh, '14. I'm sorry. I haven't had an occasion to write to -- if I were to write a review on IIH, I would do it. But if I had written one recently, in the last one or two years, I would probably put the same flavor that I put right in this report, that I don't

Page 63

like IIH. I think we need to move towards PTC. So it's documented in this report. This would be my attitude in future reviews, imminent, I will -- I plan on PTC. And I definitely will not be referring to IIH, only historically. As we keep making progress on data acquisition, we become -- we understand it better, so it justifies more PTC. Let's get rid of IIH.

Q. Have you ever published the positions that you have in this litigation report in the peer-reviewed medical literature?

MR. ROCKSTAD: Object to form.

A. I have not, no.

Q. (By Mr. Baum) Okay. And have you ever published a statement that the pathophysiology of either IIH or PTC is clear?

A. I never made that statement. No one would in their right mind.

Q. Because the pathophysiology of PTC is not clear today, correct?

A. Yeah, that's true. Yeah, it's right.

Q. Okay.

A. But my report is more than likely -- more likely than not, it's not being arbitrary or definitive in saying that we have all the answers. It's a more likely than not legal scenario, to satisfy you

Page 64

lawyers.

Q. But I'm asking you about your peer-reviewed publications written for the education of the medical and scientific community, not --

A. Right.

Q. -- the expert report --

A. I know. But I'm just saying --

Q. -- that you made in this litigation.

A. -- this is my attitude.

Q. Hold on. You got to let me finish the question.

A. Okay. Right.

Q. So I understand that you've expressed an attitude, as you're calling it, in the expert report. But I'm asking you about all of the peer-reviewed publications that you have written about, not the report.

A. Right.

Q. And so for the peer-reviewed publications, they do not reflect the attitudes that you have in the expert report, correct?

MR. ROCKSTAD: Object to form.

A. I have learned so much the last three months that even my attitude is changing. I think we know a lot more about this than most people realize.

Page 65

Q. (By Mr. Baum) I understand that, but so I still need the answer to my question: Do any of the peer-reviewed publications that you have written on PTC or IIH include the attitudes that are reflected in your expert report?

A. Then the next one definitely will, and it's coming out soon.

Q. But do any of your publications reflect those attitudes?

A. No, because I haven't published a lot on -- this is Dr. Salpietro's -- you know, mainly his thing. I'm a coauthor. When you are a coauthor, sometimes you have to defer. Not everyone agrees on everything perfectly. So this, I think, is largely Dr. Salpietro's position.

Q. Okay. But I'm just trying to understand, you're referring to your next publication.

A. Right.

Q. I'll get to that one in a second.

A. Okay.

Q. In your existing publications, do any of them reflect the attitudes that are reflected in your expert report?

A. I thought I said no, but if I didn't, I'll say it now.

Q. Okay. Is there another publication in press?
A. Not in press now, no.
Q. Have you started drafting another publication?
A. I have not.
Q. The most recent publication that you've provided -- or that I've been able to find is the one that was handed to me today, which is Exhibit 12, that has a section on intracranial hypertension, correct?
A. Yes. Right.
Q. In the 2017 book chapter, do you state anywhere that the pathophysiology has been established for pseudotumor cerebri?
A. Not definitively, no; it has not been. I would never say that.
Q. Do you have any statement about LNG whatsoever in your 2017 chapter on intracranial hypertension?
A. This chapter was -- it takes about a year, a year and a half delay before, when you write and when it's published.
Q. Okay. 2016 maybe it was written?
A. Probably started in 2015. These book chapters go on sometimes for -- books -- two, three or four years honestly. It's not good, but that's -- it takes a while to get things done with the publisher, everyone working together.



Q. And is there any reference to LNG in this book chapter?
A. There's not, but at that time, I was not familiar with this controversy.
Q. Okay. And so when did you become familiar with this controversy?
MR. ROCKSTAD: Object to form.
A. It's been pretty much since this past summer.
Q. (By Mr. Baum) I --
A. Let's make -- make myself clear here. It's been known for decades and decades, for generations, that pseudotumor cerebri is a hormonal disorder. So, I mean, this fits in with that idea. But, I mean, think of the thousands of molecules that one could study. Why would someone -- I mean, I have some excellent other projects going on independently, and so I have been focusing on other hormones, like atrial natriuretic peptide, like insulin, like arginine vasopressin, like fibroblast factor 2.
THE REPORTER: Say those terms again slower.
A. Like fibroblast factor 2. These are all factors, hormones; they affect CSF dynamics. So I've had all these projects going on, to expect me just to choose a LNG out of the blue.



Q. (By Mr. Baum) Well, there was nothing that stopped you from studying LNG just like you studied ANP, correct?
A. Right. In science, you got to appreciate there are thousands of things, so you can -- you know, be more realistic, I think, in your question.
Q. Well, let's be realistic. As a researcher, you study the compounds that you think are most relevant to the disorder you are studying, correct?
MR. ROCKSTAD: Objection; form.
A. I think pertinent to pseudotumor cerebri.
Q. (By Mr. Baum) And one thing that you didn't find pertinent enough to study at any time was LNG, correct?
A. I mean, how many --
MR. ROCKSTAD: Form.
A. The scientific literature is so voluminous. Someone else could ask me why didn't I study that one, or why didn't I study this one, or --
Q. (By Mr. Baum) But that's not what I asked, right? What I asked was: And one thing you didn't think pertinent enough to study at any time was LNG, correct?
A. That's correct.
Q. And can you identify anybody in the world who



thought it was pertinent enough to study LNG specifically in one of these studies measuring CSF production?
MR. ROCKSTAD: Object to form.
A. Right. As I said, so few people are doing it, maybe -- I'm going to guestimate four or five, six labs that I know of that are doing these ventriculocisternal perfusions. So, I mean, if it was like AIDS, cancer research, where you had 200 labs doing something, I think your question would be quite fair.
Q. (By Mr. Baum) Well, the question stands. Can you identify anybody in the world who thought it was pertinent enough to study LNG specifically in one of these studies measuring --
A. I can't --
Q. -- CSF production?
A. Yeah. I can't for the reason I just explained to you.
Q. Okay. And you mentioned that you have several projects still going on; is that correct?
A. That's correct.
Q. So you're still actively involved in research into PTC and IIH?
A. Or into Alzheimer's disease. But, again, CSF

Page 70

disorders of -- that's the common theme here. That's why I'm the expert in CSF. This would be CSF disorders and Alzheimer's disease.
Q. And through what laboratory are your ongoing studies of --
A. Right.
Q. -- CSF conducted?
A. Dr. Edward Stopa, neuropathologist at Brown University.
Q. Okay. Is that laboratory --
A. One more person, if I may?
Q. Absolutely.
A. Okay. A neurologist, Dr. Brian Ott, and he is quite interested in CSF disorders, changes in CSF pressure, compensation, so it makes a nice team -- teamwork we have at Brown. It's still going.
Q. And the laboratory that you're referring to with Dr. Ott and the other individual, are those laboratories capable of studying the effect of LNG on CSF production?
A. Definitely not.
Q. Definitely not. Which laboratories are capable?
A. I would think Alexandra Sinclair at University of Birmingham, UK. In fact, they are doing research

Page 71

pretty close to that. In other words, they're the -- one of the labs that's going down the andro-metabolic theory of IIH or the PTC. I think she still refers to it as -- surprisingly to me, as IIH.
Q. Any other laboratories that you think are capable of conducting studies on LNG effect on CSF production rate?
A. Well, back in the 1990s, for example, I probably could have named about four or five for you. But I -- probably two or three in London, there are -- yeah. There are some people in London. That would be Jane Preston. She possibly could do that. But she's more interested in aging phenomena and has to, kind of, focus on that, I believe.
Q. Okay. Looking at Exhibit 7, the 2014 publication, again.
A. Yes.
Q. If you turn -- actually, on the front page under "Introduction," the last sentence under "Introduction" on the first page.
THE WITNESS: Which exhibit now?
MR. ROCKSTAD: On 7.
A. Oh, 7. Yes. Okay. Yeah.
Q. (By Mr. Baum) It says, "Although IIH is by definition idiopathic, a number of systemic diseases"

Page 72

-- and then it -- there's a parenthetical, "(e.g., endocrinopathies, infections, hematological disorders) and risk factors" with another parenthetical. It reads, "(e.g., pregnancy, drugs, cranial venous outflow abnormalities) are associated with it." Correct?
A. That statement that was written by doctor -- I presume Dr. Salpietro. There's more than one author on the author line, so I can't say for sure. But you could confirm this with Dr. Salpietro, that that was his statement. I did not compose that statement.
Q. Okay. But you -- your name appears on this article, correct?
A. Yes, it does.
Q. Do you stand by the statements that are in this article?
A. Well, one thing about an article with such a complex topic, you're going to have opinions that -- especially with multi-authors -- many authors on line, not everyone is going to agree perfectly with each other. That just never happens in science. We try to effect a compromise position -- maybe not a compromise, but a position where all of our interests are as best represented as possible.
Q. So this article says, "Although IIH is by definition idiopathic," what does the term "idiopathic"

Page 73

mean within the medical and scientific community?
A. It means it is unclear.
Q. If you turn the page to 108, do you see the second sentence on page 108, it says, "The most renowned risk factor for IIH is obesity, and with the increasing obesity epidemic in the United States and other parts of the world, the incidence and prevalence of IIH is rising."
A. Yes.
Q. Do you agree that obesity is the most renowned risk factor for IIH?
MR. ROCKSTAD: Object to form.
A. It's one. I think hormonal imbalance covers -- it -- it's the best description. It covers so many things. Obesity would be under that heading of IIH.
Q. (By Mr. Baum) So does obesity -- am I under-standing you to say that obesity can cause hormonal imbalance?
A. Yes.
Q. And that hormonal imbalance from obesity may be a link between obesity and IIH?
A. Possibly, yes.
Q. Okay. Do you agree that the incidence and prevalence of IIH is increasing in the United States as a result of the increasing obesity epidemic?

Page 74

A. I haven't seen recent figures, but I agree with that concept. It's just logical.
Q. Okay. And then if you turn to page 111, the "Discussion" section, the second sentence in the "Discussion" section says that "various comorbidities and/or pathogenic risk factors have been proposed for the etiology of IIH, including endocrine-metabolic abnormalities, drugs administration, infections, systemic diseases. However, the exact pathogenic mechanism has yet to be fully elucidated." Did I read that correctly?
A. Yes, that's right.
Q. What does the word "etiology" mean?
A. Cause.
Q. Okay. Do you agree with this statement, as of 2014, that the exact pathogenic mechanism for IIH had not been fully elucidated?
A. There are so many different parts of the CNS, like the choroid plexus, that are relevant for PTC, the brain interstitial fluid, blood-brain barrier, arachnoid membrane, venous sinuses. There's just -- there's so much to cover here that it's hard to make a statement that will be definitive and cover all of those phenomena.
Q. Okay. But my question is: As of 2014, do you

Page 75

agree that the exact pathogenic mechanism for PTC had yet to be fully elucidated?
MR. ROCKSTAD: Object to form.
A. We are farther along the road than definitely the '60s or '70s, '80s. There's definitely progress in the area.
Q. Okay. But was it fully elucidated as of 2014?
A. Well, nothing is --
MR. ROCKSTAD: Object to form.
A. -- fully elucidated. That's ridiculous.
Q. (By Mr. Baum) So it's not fully elucidated as of today what the exact pathogenic mechanisms --
A. No disease is fully elucidated. No disease.
Q. Okay. So it's not fully elucidated as of today what the exact pathogenic mechanisms are for PTC, correct?
MR. ROCKSTAD: Object to the form.
A. As is the case with all other diseases; they are not fully elucidated.
Q. (By Mr. Baum) Okay. All right. If we turn to page 112.
A. Uh-huh.
Q. On the right side of the page, about halfway down, do you see a sentence that starts, "The most renowned etiology of IIH is obesity"?

Page 76

A. Yes, I see that.
Q. Okay. And so in lay speak, that would be that the most renowned cause of IIH --
A. Yes.
Q. -- is obesity, correct?
A. I agree, yes.
Q. Okay. You can put Exhibit 7 to the side.
Let's look at Exhibit 8. In fact, Exhibits 8, 9, 10, and 11 are all articles that appeared in the same special issue of one medical journal in 2015, right?
A. That's right. Journal of Neurology.
Q. And am I correct that the goal of that journal issue was to present the latest information and understanding about the pathophysiology of pseudotumor cerebri?
A. That was certainly a very important goal.
Q. Okay.
A. Not the only one, perhaps, but an important one, yes.
Q. And you were an author on several of the articles that appeared in that issue, correct?
A. Yes.
Q. You were also an author on the forward to that issue, correct? That's what we're looking at in

Page 77

Exhibit 8.
A. Yes. Yes. Right.
Q. So beyond being an author, did you have some role in soliciting or editing the articles that appeared in this special issue?
MR. ROCKSTAD: Object to form.
A. I think I was asked to read one other paper, maybe two, but not the entire spectrum.
Q. (By Mr. Baum) Do you recall which other paper or two or what the topics were of those papers --
A. I do not.
Q. -- that you reviewed?
A. I do not recall.
Q. Okay. So looking at Exhibit 8, the second paragraph starts with the statement, "This special issue focuses on PTCS pathophysiology particularly. Significantly, the actual molecular physiology basis for the elevated cerebrospinal fluid pressure is unknown," correct?
A. Yes.
Q. And as of 2015, you would agree that the actual molecular physiology basis for the elevated CSF pressure in pseudotumor cerebri was unknown, correct?
MR. ROCKSTAD: Object to form.
A. That's 2015. This is '18 or -- 2017, when

Page 78

he wrote the reports. And I think there has been so much progress in 2017 on this endocrine-metabolic -- I keep coming back to that. These laboratories in Europe, they are right on the cutting edge. And so since this has been published, there literally have been some advances, and they're presented at meetings. I have seen some of the reports, the posts. It's just amazing what's happening. Some tremendous progress is being made recently.
MR. BAUM: So move to strike.
Q. (By Mr. Baum) All I asked was as of 2015, not about advances since 2015.
A. Right.
Q. So I'm going to ask the question again.
A. Right.
Q. As of 2015, would you agree that the actual molecular physiology basis for the elevated CSF pressure in PTC was unknown?
A. I would agree with that.
Q. Okay. And then two sentences later, it says, "Recent research perspectives shed new light on possible mechanisms that underlie PTCS, correct?
MR. ROCKSTAD: Object to form.
A. I see that, yeah. "Recent" -- yeah.
Q. (By Mr. Baum) Did I read that correctly?

Page 79

A. Yes. Right. Yes.
Q. Have you ever published that recent research perspectives, such as those discussed in this special issue, identify proven mechanisms that underlie PTC?
A. No, not proof. Yeah.
MR. ROCKSTAD: Object to form.
A. Not proof.
Q. (By Mr. Baum) Have you ever published that research perspectives discussed in this special issue identify mechanisms that probably underlie PTC?
MR. ROCKSTAD: Object to form.
A. There are so many publications, I can't remember them all. So I would say I can't exactly remember that.
Q. (By Mr. Baum) Can you recall any publication where you stated that research perspectives, such as those discussed in this special issue, more likely than not underlie PTC?
MR. ROCKSTAD: Object to form.
A. Would you repeat the question? I want to make sure I understand.
Q. (By Mr. Baum) Sure. Do you recall any publications where you stated that research -- that recent research perspectives, such as those discussed in this special issue, more likely than not underlie PTC?

Page 80

A. No.
MR. ROCKSTAD: Same objection.
A. No.
Q. (By Mr. Baum) Okay. Going to Exhibit 9 now. This is the history of PTC article.
A. Yes.
Q. Do you have that one?
A. I do.
Q. Let me just ask you generally. Was PTC a recognized condition long before Mirena or any other LNG-containing products became available for use?
A. Say that again. Was PTC?
Q. Was PTC or IIH --
A. Yes.
Q. -- or any name we want to use --
A. Yeah.
Q. -- for the condition, was that condition recognized as a medical state before Mirena or any LNG-containing products became available for use?
A. Oh, yeah. PTC is a -- has been a -- used to call it IIH or benign. You've probably seen the term intracranial -- benign intracranial hypertension. So the concept is that CSF is somehow with hormones, imbalance involved in PTC. That concept has been around for decades.

Page 81

Q. Okay. But it's not as if PTC never manifested before LNG became available --
A. Oh, that's true.
Q. -- on the market?
A. For sure. Of course.
Q. Okay. And then if you look at the very last paragraph of this Exhibit 9, the last two sentences, do you see the second to the last sentence -- the second to the last sentence says, "Indeed, some authors suggest that an impaired endocrine-metabolic homeostasis plays a universal etiologic role in explaining most cases of primary PTCS related to well-known risk factors." Did I read that correctly?
A. Yeah. That's right. Uh-huh.
Q. And then you cite the authors, at the end of that sentence, who have suggested --
A. Yes.
Q. -- that impaired endocrine-metabolic homeostasis plays a universal etiologic role, correct?
A. Yes.
Q. And that includes -- you know, the references you cite are 26 to 28 -- that includes Dr. Salpietro, right?
A. Yes. Mainly, right. I would think that's his good -- his main thing. Right.

Page 82

Q. Okay. And then you see in the next sentence, "However, further studies are needed to explain the elevation of intracranial pressure in this historically mysterious but yet fascinating and challenging disease," correct?
A. Uh-huh.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Yes?
A. Repeat the question. I got --
Q. But you just said "uh-huh," so I was just --
A. Yeah. Yeah. Repeat the question.
Q. Sure. And then all I did was read the sentence. But --
A. Okay.
Q. -- does the next sentence --
A. Go ahead.
Q. -- say, "However, further studies are needed to explain the elevation of intracranial pressure in this historically mysterious but yet fascinating and challenging disease"?
A. Right. Of course. That's true with any disease. That's a logical statement.
Q. Okay. Go to Exhibit 10. This is the article that -- where the title starts, "Recent Insights." Do you have that one?

Page 83

A. I do.
Q. Okay. Among other topics, this article discusses whether increased CSF production or decreased CSF outflow is the underlying --
A. Yes.
Q. -- pathophysiology of PTC, right?
A. Yes.
Q. Okay. And on page 12 of this article, let's see. If we start in the second paragraph on page 12, it's says -- we see this language, "The patho-physiology of PTCS is still poorly understood," correct?
A. That's what it says.
Q. And that would have been an accurate statement as of 2015, right?
A. Yes.
Q. Okay. And then the next sentence reads, "Being an enclosed compartment, in the absence of any intracranial structural anomaly, an increase in intracranial pressure may occur due to either increased CSF production at the choroid plexus level and/or reduced CSF outflow in the arachnoid membrane and the cerebral venous system," correct?
MR. ROCKSTAD: Object to form.
A. Yes.

Page 84

Q. (By Mr. Baum) Okay. And then in the next -- in the rest of the column on the left, you have further discussions about this question of CSF production versus CSF outflow, right?
A. Yes, correct.
Q. And then that carries over onto the right column, and at the first sentence of the new paragraph on the right column, does it read, "There is a more generally accepted hypothesis describing hampered outflow of CSF into the venous system as a cause of PTCS"?
A. Right. That has been a bias in the field which I think is unfortunate, but it is true.
Q. Okay. And so you refer to the CSF outflow as the cause of PTCS as a hypothesis, right?
A. Yes.
Q. You refer to it as the more -- as a more generally accepted hypothesis, right?
A. Not by me.
MR. ROCKSTAD: Object to form.
A. But by others.
Q. (By Mr. Baum) Sure. More -- by "more generally," are you saying, you know, taking everybody, not specifically Dr. Johanson?
A. Right.

Page 85

MR. ROCKSTAD: Object to form.
A. I think if you took most neurologists, again, unfortunately, in the field, they're not up -- my opinion, they're not really up to the latest. That was evident by Newman's comments in her report here. Very evident. And she didn't have a clue about choroid plexus.
Q. (By Mr. Baum) Did you read her whole report?
A. I did not read her full report, no.
Q. Okay.
A. Yeah.
Q. She discussed the clinical data showing whether that Mirena users --
A. Right.
Q. -- have an increased rate of IIH, right?
A. Yeah. Yes.
Q. You didn't review that literature, did you?
MR. ROCKSTAD: Object to form.
A. Say it again.
Q. (By Mr. Baum) Did you review the literature showing whether patients who used Mirena have an increased rate of IIH as compared to controls?
A. My impression is, there's not a lot of data about that, but...
Q. Whether there is or isn't --

Page 86

A. Correct.
Q. -- a lot of data, did you review any of it?
A. No.
Q. So do you think it would be a fair criticism of you that you didn't review that data?
MR. ROCKSTAD: Object to form.
A. Again, that has nothing to do with my conclusions that I have formed here. Nothing at all.
Q. (By Mr. Baum) Okay.
A. That's a total afield. This is a distraction to me.
Q. Okay. But you're critical of Dr. Newman for not reviewing the material you reviewed. Should she be critical of you for not reviewing the material she reviewed?
A. I think --
MR. ROCKSTAD: Object to form.
A. -- the choroid plexus is more relevant than what she is talking about.
Q. (By Mr. Baum) Than whether a study that actually tested whether Mirena users develop IIH more frequently than nonusers, right?
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Correct? Your view is that the mechanisms that you posit in your report are

Page 87

more relevant to the question of whether Mirena increases IIH use -- IIH incidence than studies that actually measure IIH incidence in Mirena users, correct?
A. Yes.
MR. ROCKSTAD: Object to form.
A. That's correct. Yeah.
Q. (By Mr. Baum) Okay. Now, if the CSF outflow as the cause of PTCS was the more generally accepted hypothesis as of 2015, would that mean that CSF production was the less generally accepted hypothesis as of 2015?
MR. ROCKSTAD: Object to form.
A. It depends. Yeah. It actually, theoretically. But, again, more or less, they have to be carefully defined.
Q. (By Mr. Baum) Okay. But they are both hypotheses as of 2015, correct?
A. Yes.
Q. And then this article then goes on to discuss topics including the role of -- strike that.
This article discusses what you call recent insights into the role of IGF-1, derangements of electrolyte transport, endocrine-metabolic derangements, neuroendocrine effects on the mineralocorticoid receptor pathway, the choroid plexus

Page 88

sodium pump, and aldosterone in the development of increased CSF formation and pressure that leads to PTC, right?
A. Yes.
Q. Those are many of the same concepts that you talk about in your report in this litigation, correct?
A. That's true.
Q. Now -- so let's look about -- I want to ask you about some of the statements that are in the publication as opposed to the report. Okay? We'll get to the report, but now we're going to talk about the publication. Okay? Yes?
A. Yes, correct.
Q. All right. So on page 12 of the publication, do you see this section that starts on the right column called "Changes in CSF Pressure"?
A. I do.
Q. And at the end of that first paragraph, does it state: "It has been therefore proposed that increased CSF pressure, due to derangements in electrolyte transport," paren, "(often in the context of an impaired metabolic endocrine homeostasis)" close paren, "has the main pathophysiologic role in initiating PTCS." Did I read that correctly?
A. Right. I was half listening. I didn't pick it

Page 89

up here. Where is it now?
Q. The last sentence of the first paragraph of that section.
A. Where is it? I'm sorry.
MR. ROCKSTAD: This section here.
Q. (By Mr. Baum) The sentence, "It has been, therefore."
A. Yes. Right. Okay. Yeah.
Q. So in this publication in 2015, it says that electron transport mechanism, that that's been proposed as a cause for the increased CSF pressure, right?
A. Uh-huh. Yes.
Q. In PTC patients, right?
A. Right.
Q. Have you ever written for the medical community that derangements in electrolyte transport probably is the main pathophysiologic role --
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) -- in initiating PTC?
A. I'm sure I have made some allusion to that. I can't remember exactly what the publication or publications were.
Q. So you believe -- sorry.
A. I'm thinking about this all the time, the ion transport and the CSF disorders, including the PTC.

Q. Okay. So you believe that in one of your publications reflected -- one or more of your publications --
A. Yes.
Q. -- reflected on your CV, you've made an allusion to the fact that derangements of electron transport, as opposed to just being proposed, that they probably are the main pathophysiologic role in initiating --
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) -- PTC?
A. I would take the word "probably" out of it. I wouldn't say probably.
Q. What term do you think you have used other than "proposed"? Do you recall the question, Doctor? Do you need me to repeat it?
A. Yes, I do. I understand, yeah. So you're asking about the proposed, that word there.
Q. I'm asking you what word do you think you -- how you -- strike that.
I'm asking you what characterization you think you've made in published literature regarding derangements in electrolyte transport as the main pathophysiologic role in initiating PTC other than that it's been proposed or suggested?



A. Right. Proposed.
MR. ROCKSTAD: Object to form.
A. Right.
Q. (By Mr. Baum) Okay. And can you think of any other characterization you have provided in the literature other than "proposed" for the role of derangements in electrolyte transport in initiating PTC?
A. No.
Q. Okay. If you go to page 14, do you see the last sentence of the first paragraph on page 14 reads, "Accordingly, this emerging perspective suggests that many (if not all) of the aforementioned PTCS-related comorbidities may have a unified action on the MR pathway in the CPEC, through the adrenal brain access, resulting in elevated ICP pressure," paren, "(i.e., due to the raised osmolarity)," close paren, "and subsequently altered CSF fluid dynamics." Is that what --
A. Again, this is -- Salpietro is the first author, and so he's entitled to his -- to have a large -- so what's expressed in the paper, to a great extent, not completely, but to a great extent, reflects his position.
Q. Okay.
A. And I think it's influenced by the -- his amazing findings about the patients, but he held a



strongism that they have PTC and it's improved by the antagonist, spironolactone. I think that that is encouraged him -- encouraging him to make this kind of a statement.
Q. Okay. So all I asked was whether I read that text correctly. Did I read the text correctly?
A. Of course you read it correctly.
Q. Okay. And so the publication that reflects Dr. Salpietro's position primarily, the position it reflects is that the MR pathway, being a central role in PTC development, is an emerging perspective, correct?
MR. ROCKSTAD: Object to form.
A. It is definitely, yes, right.
Q. (By Mr. Baum) And it says that it's something that -- that's suggested, not that it's established, correct?
A. Right. Always need more evidence in science.
Q. Have you ever published that the MR pathway mechanism is probable or more likely than not an explanation for the cause of PTC?
A. I have not.
Q. Then go to Exhibit 11. This is the last of the publications of yours in this special issue on IIH, correct?



A. Yes.
Q. You know what; I have no questions for you about Exhibit 11.
A. Oh, okay.
Q. And then Exhibit 12 was the 2017 book chapter that was provided this morning?
A. Right. Let's see where it is. Okay.
Q. Do you -- and you may know this right off the bat. Do you know if there is any reference to levonorgestrel or LNG anywhere in this chapter?
A. There is not, no.
Q. Okay. And then if you turn to page 250, that's where the "Intracranial Hypertension" section is. Let me know when you're there. The page numbers are in the upper left corner.
A. Okay. What page was it, again?
Q. 250.
A. Okay. Okay. Yes.
Q. Okay. And so in this section on intracranial hypertension, if you go to the second paragraph.
A. Yes.
Q. Do you see the second sentence reads, "Neuroendocrine imbalance has been described for many IIH patients. Therefore, therapeutic approaches would benefit from prospective systematic studies of how

Page 94

levels of certain hormones," with the parenthetical, "(estrogen, progesterone, testosterone, and corticosteroids) modulate CSF dynamics and brain fluid balance," correct?
A. Yes. That's correct. Right.
Q. So are you aware of since the time that this chapter was written, prospective systematic studies of how levels of these hormones, estrogen, progesterone and testosterone, and corticosteroids, modulate CSF dynamics and brain fluid balance?
MR. ROCKSTAD: Object to form.
A. Am I aware of what, that there have been publications in that area since this publication?
Q. (By Mr. Baum) Are the prospective systematic studies that have come out --
A. Oh, have come out, yeah.
Q. -- since --
A. Right.
Q. -- you wrote this chapter?
A. Prospective? There is one interesting clinical trial being done by the Sinclair group at Birmingham where they are testing a HSD, the hydroxysteroid dehydrogenase 1, its inhibition. The idea being -- and this is in patients -- the idea being that by blocking the production of cortisol in the choroid

Page 95

plexus -- and this has been shown for the ciliary process, aqueous humor in the eye -- that it has been effective, and the two systems are very analogous. So there's good reason to believe that cortisol in the choroid plexus, when its production is lowered by this new test agent in a clinical trial, it may bear some fruit clinically. So it -- it's current, prospective, but I think we're going to see some more very encouraging studies in that area.
Q. Okay. Have there been any prospective systematic studies of how levels of estrogen, progesterone, or testosterone modulate CSF dynamics and brain fluid balance since you wrote this chapter?
A. Well, that's ongoing, and it is a prospective study. And I don't know exactly what month it started, but it's definitely right in track with this, the spirit here, that there needs to be more work done in this area, and that clinical trial does -- it is prospective. It does meet the need.
Q. But the study you were just referring to in the Sinclair lab, that had to do with cortisol, right?
A. Cortisol, right. Yes.
Q. And so my question was estrogen, progesterone, or testosterone. So I'll ask it again.
A. Well, cortisol is a corticosteroid, and it's

Page 96

part of my report.
Q. But I -- the question I asked you was: Are there any prospective studies, any prospective systematic studies of how levels of estrogen, progesterone, or testosterone modulate CSF dynamics?
A. Not those three, but for corticosteroids, yes.
Q. Okay. Your report, which has been marked as Exhibit 1 -- and you can use either copy you prefer, the clean copy marked as Exhibit 1 or the --
A. Right.
Q. -- annotated copy --
A. Yeah. Right.
Q. -- we marked as something else.
MS. NATALE: 5. Exhibit 5.
MR. BAUM: 5. Thank you.
Q. (By Mr. Baum) Can you tell me -- let me -- strike that.
The -- we saw that the date of your final report is December 22nd, 2017, correct?
A. Right.
Q. Do you know when you were first contacted by the attorneys in this litigation?
A. Yes. It was May or June 2017, early summer.
Q. And do you know how it was that the attorneys found you?

Page 97

MR. ROCKSTAD: Object to form.
A. The president of the Intracranial Hypertension Research Foundation, Emanuel Tanne, said that he recommends me on many occasions for -- to do what I can to help in the field, including something like this. So I don't know exactly if he made a tip. I can't say that, but --
Q. (By Mr. Baum) Okay.
A. -- it's kind of implied by him that it could have well been the case.
Q. Before the lawyers in this litigation first contacted you, had you already formed the opinion that Mirena causes PTC or IIH?
A. I had not, no.
Q. Okay. So you formed the opinion that Mirena causes PTC or IIH specifically in the context of your work as an expert witness in this litigation, correct?
A. That's correct.
MR. ROCKSTAD: Object to form.
A. Yes. Yeah.
Q. (By Mr. Baum) Okay. Now, you know Dr. Salpietro is also serving as an expert in this litigation, right?
A. That's right, yes.
Q. And Dr. Salpietro is a colleague and a research

Page 98

collaborator of yours, right?
A. That's right.
Q. A coauthor of yours as we've seen, right?
A. Yes. Right.
Q. Do you consider Dr. Salpietro to be a personal friend?
A. I have never met him face-to-face.
Q. Okay. Have you ever heard of any of the -- strike that.
Do you know any of the other experts who are serving on behalf of plaintiffs in this litigation?
A. Can we repeat it, all of them?
Q. Sure.
A. I want to make sure of that.
Q. Sure.
A. Right.
Q. Do you know Laura Plunkett?
A. I do not.
Q. Ever heard of her before?
A. No, I have not. No.
Q. Do you consider Dr. Plunkett to be an expert in CSF dynamics and pressure?
MR. ROCKSTAD: Object to form.
A. I think she is more pharmacokinetics. That's my impression. So --

Page 99

Q. (By Mr. Baum) Okay.
A. And that's not my field, so I would have really no compelling reason to know her.
Q. Okay. Dr. Lemuel Moye; do you know him?
A. I do not.
Q. Dr. Frank Fraunfelder?
A. Do not.
MS. NATALE: Rick.
Q. (By Mr. Baum) Sorry. Rick. How about Rick Fraunfelder.
A. Don't know Rick.
Q. Dr. Philip Darney?
A. I've heard the name.
Q. You read the report.
A. Yeah. No. Even before then, like last summer when I was starting my research. I've never met him, though. Not a friend, no.
MR. BAUM: What's Dr. Wheeler's first name?
MS. NATALE: James.
Q. (By Mr. Baum) Dr. James Wheeler; do you know Dr. James Wheeler?
A. I don't, no.
Q. Okay.
A. Yeah.

Page 100

Q. Thank you. Okay. In your report, you reference at various times, you say, "Salpietro report."
A. Yes.
Q. Do you remember doing that?
A. Right. Yes.
Q. And you refer the reader generally to the Salpietro report, but you don't say, you know, "See page 12 of Salpietro report," right?
A. Yes. Right.
Q. Are you relying on Dr. Salpietro's report and opinions for your own opinions?
A. Oh, no.
Q. No. Okay.
A. No.
Q. Are you --
A. This is entirely independent.
Q. Okay.
A. He is not an expert on ion transport, and I am not an expert on the steroids that he is, so that's the difference. He's independent with his -- the receptors, and I'm independent with the choroid plexus sodium transport mechanism. That's not to say he does -- he is not familiar with them and hasn't studied them, but he hasn't done it for 40 years like I have.
Q. Okay. And so while he's the expert on the --

Page 101

sorry. Strike that.
So while you're the expert on ion transport -- I'm sorry.
A. In -- oh, sorry. Go ahead.
Q. I'm just trying to -- unfortunately, I -- can you -- you said he is not an expert. And tell me if I'm getting this wrong, and I may be getting this --
A. Right.
Q. -- wrong, but I'm trying to discern it from the transcript: He is not an expert on the ion transport, and I am not an expert on the steroids that he is, that's the difference. Is that --
A. Well, I mean it's -- fundamentally.
Q. -- the point you're making?
A. It's the flavor of his report and the flavor of my report. Now, it depends on what you mean by expert. I have studied this for 40 years, so I'm an expert. He hasn't studied ion transport for 40 years or 30 or 20, or maybe even 10. I can't say for sure. But he is knowledgeable enough to relate the ion transport to his the MR theory, but he's not the physiology -- transport physiologist expert that I am.
Q. Okay. So your main expertise would be in the transport -- ion transport physiology?
A. Yes.

Page 102

Q. His main expertise would be more in the -- for example, the mineralocorticoid receptor pathway; is that --
A. Plus --
MR. ROCKSTAD: Object to form.
A. Plus clinical.
Q. (By Mr. Baum) Plus clinical.
A. He's clinical, and I'm not. Yes.
Q. Okay. And so your expertise does not lie in the MR receptor pathway or the clinical, correct?
MR. ROCKSTAD: Object to form.
A. It doesn't say I'm not knowledgeable or that I haven't -- that I don't have a good appreciation of it. It just means that I don't -- I'm not a card-carrying steroid receptor person.
Q. (By Mr. Baum) Okay. And is that why, when you refer to the mineralocorticoid receptor in your report, you refer the reader to Dr. Salpietro's report?
A. I think that's fair to say, yeah.
Q. Okay. So the main opinion that you're offering in your report is about the ion transport mechanism and the role of androgens or androgenicity in the development of PTC, correct?
A. And many other hormones. There are several hormones that I think modulate the sodium transport and

Page 103

cause the problem. So it's not just androgen. It's just not just steroid. It's many others. So it's not -- we're not putting everything in one line of evidence or one bag. We have multiple lines of evidence.
Q. Okay. But the mineralocorticoid bag, that's Dr. Salpietro's bag, not your bag, right?
A. It is. That's true. Yeah.
Q. Okay.
A. Yeah.
MR. ROCKSTAD: Vague, ambiguous.
MR. BAUM: It's not my bag either.
Q. (By Mr. Baum) Okay. Looking at for a moment your CV, which I am marking as Exhibit 13.
(Exhibit 13 marked for identification.)
Q. (By Mr. Baum) It's coming your way. Sorry. I think you've seen this one before.
A. It's coming by. Yes, I have.
Q. Did you prepare the CV that's marked as Exhibit 13?
A. Yes, I did.
Q. Okay. And as of Winter 2017, was this complete and accurate and up to date, as far as you know?
A. As far as I know.
Q. Okay. And at least as far as you know, up until Winter 2017, this would reflect all of your

Page 104

education and training, work experience, research, and publications?
A. Yes.
Q. Right? Is there anything that's not included in this CV that you think is relevant to your opinions in this case?
A. I can't say for sure. I'd have to think about that. I've had so many diversified experiences, I really don't want to rule something out that could be appropriate. But off the top of my head, I can't pull anything on it.
Q. Okay. And to narrow it, maybe making an easier question: Anything that's occurred since winter 2017, in terms of your work experience or your research, your lectures or your presentations that you think is relevant to your opinions in this case?
A. No.
Q. Okay.
A. Except for -- well, I have an invitation to a symposium in Copenhagen in a little bit, but even though I have the invitation, I wait until I actually go before I put it on my CV here, yes.
Q. And is the topic of your presentation related to your opinions in this litigation?
A. It's going to be on hormones and how they

Page 105

modulate CSF formation, but it's going to emphasize atrial natriuretic peptide. That doesn't mean that I can't refer or compare other peptides. But I haven't really completed the outline for the lecture, so I can't say for sure.
Q. Okay. As it stands today, does the outline for the lecture include evidence on the role of LNG in CSF production?
A. No. No.
Q. Okay. If you could turn to page 5 of your CV. Starting on page 5, there's a section called "Research Presentations, Seminars, Lectures, and Symposia." Let me know when you're there.
A. Yep. I got it.
Q. Okay. And that section runs from page 5 to page 12, and has about a hundred presentations that you have delivered, correct?
A. Yes.
Q. And then on page 12, the next section is "Research Grants," and that runs until page 14, correct?
A. That's correct.
Q. And, generally, when you are applying for a research grant, do you have to submit some sort of written application to obtain the grant?
A. Oh, yes. Right. Yeah.

Page 106

Q. And then on page 15, there's a section starting "Archival Publications in Referenced Journals," right?
A. Yes.
Q. And that runs all the way to page 27, and it includes about 170 articles and book chapters and manuals that you have published, right?
A. Yes.
Q. And then on page 28 starts a section Abstract, Paper -- Abstract Paper -- "Abstracts of Papers Presented at Society Meetings and Symposia," correct?
A. That's correct.
Q. And that runs to page 35 and has somewhere in the area of 80 to 90 presentations that you had given at conferences, correct?
A. That's right.
Q. And then on page 35 to pages 46 are presentations or publications of mentored research projects, correct?
A. That's right.
Q. In any of those presentations, research grant applications, published articles, book chapters, manuals, abstracts or paper presentations at conferences or presentations or publications of mentored research projects, in any of those, do they state that Mirena or LNG causes PTC or IIH?

Page 107

A. No, but there are some on hormones that affect CSF dynamics. For example, I gave a talk fairly recently in Orlando. It was on my NASA work.
THE REPORTER: In where; Orlando?
THE WITNESS: Yeah.
A. It was on my work at NASA where I consult with a problem that the astronauts, some of them, are having with intracranial hypertension. And I don't want to go into depth about that, but the point is that I've given talks about related subjects. So the same principles that pertain to my discussion with the astronauts, these same principles pertain to some of the logic and the discussion being developed in this Mirena report.
Q. (By Mr. Baum) Okay. And we can get to some of the related principles. But for now, I'm just asking whether any of the --
A. In this -- I'm sorry.
Q. Any of the presentations or grant applications or publications, if any of them state that Mirena or LNG cause pseudotumor cerebri or idiopathic intracranial hypertension?
A. They do not.
Q. Do any of your publications, whether abstracts or papers or book chapters or manuals, state that

Page 108

androgens or androgenic activity cause pseudotumor cerebri or IIH?
A. Again, what was -- repeat the first part of that question.
Q. Sure. Do any of your publications or presentations that you have ever given state that androgens or androgenic activity cause pseudotumor cerebri or IIH?
A. I can't recall per se about androgens, but I've discussed with you so many hormones, so many growth factors and so many reviews, I can't keep track of exactly what I said in each one. So I can't say that there's been one or it's been the theme or the central point. But then again, I don't want to exclude the possibility that some of the hormones that we've talked -- that we'll talk about today and the science, that I believe that I have discussed them along the way.
Q. So you said you can't recall any per se with androgens, but you don't want to rule out the possibility, correct?
A. In terms of talks and some of the lectures, the whole spectrum of academic activity.
Q. Okay. But as you sit here today, you can't think of any presentation or publication where you did say androgens cause IIH?

Page 109

A. Right, not with the central focus or theme.
Q. Whether it was the central focus or theme, can you think of any publication or presentation where you've told the readers or the audience androgens cause IIH?
A. I wouldn't say definitively cause, but a -- kind of a working hypothesis or proposal.
Q. And so before being hired as an expert in this litigation, am I correct, then, that you had never published the opinion that Mirena or LNG causes PTC --
A. That's correct.
Q. -- or IIH?
A. Uh-huh.
Q. Before being hired as an expert in this litigation, have you ever submitted for peer review the opinion that Mirena or LNG causes PTC --
A. No.
Q. -- or IIH?
A. No.
Q. Before being hired as an expert in this litigation, had you ever presented, in any public forum, the opinion that Mirena or LNG causes PTC, IIH?
A. No.
Q. And before being hired as an expert in this litigation, had you ever conducted any studies on

Page 110

whether Mirena or LNG specifically can cause PTC, IIH?
A. No.
Q. And then is it true that as of today, you still have not published, submitted for peer review, presented in any public forum, or conducted any studies on whether Mirena or LNG specifically can cause PTC, IIH?
A. That's correct.
Q. Are you aware of any regulatory -- strike that.
You referred a couple of times to a submission to a regulatory authority that Bayer made in 2017, right?
A. Yes. Right.
Q. Are you -- so when I use the term "regulatory authority," do you understand that I'm talking about the FDA or the FDA equivalent in another country?
A. That's what I'm thinking, yes, sir.
Q. Okay. Are you aware of any regulatory authority anywhere in the world that has concluded that Mirena causes PTC, IIH?
MR. ROCKSTAD: Object to form.
A. I don't think anyone has concluded that.
Q. (By Mr. Baum) Okay.
A. But a lot of people have suspected it. Many, many people have suspected it. And where's there so much suspicion, I think it's worthy of analysis, further

Page 111

analysis.
Q. Okay. And so then is it -- am I correct, then, that you're not aware of any scientific institution, like NIH or the World Health Organization that has concluded that Mirena causes PTC, IIH?
A. I have not reviewed those or looked at them. I can't say yes or no on that.
Q. Are you aware of any peer-reviewed publication that has concluded that Mirena causes PTC or IIH?
A. No.
MR. BAUM: I am being told we have four minutes left on the tape, so let's stop and let him change the tape.
THE VIDEOGRAPHER: Going off the record. The time is 11:46.
(Recess.)
THE VIDEOGRAPHER: Back on the record. This marks the beginning of disk number 2. The time is 12:00.
Q. (By Mr. Baum) Doctor, we had just been discussing whether you could identify publications that had specific conclusions, and I have a couple more questions --
A. Sure.
Q. -- along those lines.

Page 112

A. Yes.
Q. Are you aware of any peer-reviewed publication that says that androgens or androgenic activity are established to cause pseudotumor cerebri, IIH?
A. What I am aware of is if -- the kidney literature, the androgenic stimuli of the sodium transport is just like in the plexus, they cause arterial hypertension. The two are very close related, kidney transport, arterial volume/pressure, choroid plexus, and CSF. So there's been quite a few publications then on the androgenicity, the androgen tone, stimuli, to facilitate sodium reabsorption and increase arterial pressure.
So, by comparison, as a physiologist, as a comparative physiologist, I would be comfortable making the conclusion that there are publications on androgenic stimulation of sodium transport resulting in arterial hypertension. And even though for your case for the CSF, no. And I did find that one report in the medroxyprogesterone that we have --
THE REPORTER: In the what?
A. Medroxyprogesterone. And just very simply, to make it simple: This progestin stimulates the glucocorticoid receptor, GR, and significantly induces a sodium channel. That's big for me, as a transport

Page 113

physiologist, linking progestin, not Mirena, not LNG, but a close cousin, progestin, that is stimulating the induction of the sodium channel. I think that's significant.
Q. Okay. Do you recall what my question was?
A. I do.
Q. Okay. And my question was --
A. And for the plexus there's not. But for the kidney, there's related information that could be pertinent.
Q. Okay. So the question wasn't about the choroid plexus either. The question was: Are you aware of any peer-reviewed publication that has concluded that androgens are established to cause PTC, IIH?
A. No.
Q. And I understand that you have a view on an analogy between the effects of the kidney sodium transporter and the CSF choroid plexus sodium --
A. Yes, right.
Q. -- transporter, and we can discuss that in a little bit. Okay?
A. Okay.
Q. Right, but that's not the question for right now.
A. Yes, I understand. Okay, yes.

Page 114

Q. Are you aware of any publication -- well, strike that.
I was going to ask you about the publications on the effect of LNG at the mineralocorticoid receptor in the choroid plexus, but is that a better -- is that a question better directed to Dr. Salpietro because that's his area of expertise rather than your area of expertise?
A. I think that's fair to say.
Q. Okay. So let's -- I'll skip that one.
And then are you aware of any peer-reviewed publication that has tested LNG and found that it disrupts the normal balance of androgens, estrogens, and progesterone in the serum?
A. LNG in the serum. LNG does decrease certain progesterone, and I've cited one of those. Here, I believe there's one. That was an important publication.
Q. Is that Jarvela publication, J-A-R-V-E-L-A?
A. Yeah, that's right, 150, I think it is. Yeah.
Q. Okay. And so that's progesterone specifically. But so -- and maybe my question wasn't clear --
A. Yes.
Q. -- and that's my fault. So new question: Are you aware of any peer-reviewed publication that studied LNG and found that it disrupts the levels of androgens

Page 115

and estrogens and progesterone?
A. All together?
Q. Right.
A. All three of them?
Q. Right. In serum or CSF?
A. Yeah, yeah, that would be more difficult, all three of them. No, no.
Q. And then the Jarvela paper, that looked at serum levels of progesterone, right?
A. Yes.
Q. Okay. Are you aware of any study that has tested LNG and found that it alters the levels of progesterone in the CSF?
A. No.
Q. Okay. And have you --
A. But if I may make a comment on it, if I can?
Q. Please.
A. Yeah. I mean, it's a fair question on the CSF, but the receptors here are on the blood side of the barrier, so it's a little less relevant, although not entirely so, that we're talking about the CSF steroids. It's not entirely irrelevant, but I think the more pertinent application would be that the receptors for the steroids and the sex hormones in the choroid plexus are on the blood-facing membrane.

Page 116

So, therefore, they would have access mainly from the blood side. So in case one of them didn't gain access to CSF, that would be relevant.
Q. Are those receptors on the other side of the blood-brain barrier?
A. Well, blood-brain barrier is different from blood-CSF barrier --
Q. Right.
A. -- which is the choroid plexus, as you know. So for the blood-brain barrier, the tight junctions for the barrier are in the cerebral capillaries, not so on the choroid plexus. They're wide-open, fenestrations, big gaps, big pores, so even large molecules, proteins, huge molecules can gain access to the interstitium of the plexus from the plasma in the choroid plexus circulation. And they have ready access to the receptor sitting on the basolateral membrane in the choroid plexus. So it's a different, really, from the blood-brain barrier because of the anatomy.
Q. Okay. So that I -- just so I'm clear, you're saying that serum progesterone or a progestin can gain access to those basolateral membrane of the choroid plexus where the receptors exist --
A. Right.
Q. -- without having to cross the blood-brain

Page 117

barrier first?
A. That's correct, yes.
Q. Okay.
A. Right, right.
Q. I just wanted to make sure we're --
A. Yeah.
Q. -- all on the same page here.
A. Right.
Q. Now, you cited some studies in your report that looked at both serum levels and CSF levels of these reproductive hormones at the same time in PTC patients, right?
A. Right.
Q. And in those studies, the levels in the serum didn't always line up with the levels in the CSF in that the levels in the serum might be normal but the levels in the CSF might be elevated or decreased, right?
A. Right, and that's not surprising because that -- that pull or distribution or the asymmetry of the distribution is quite common with peptides and hormones.
Q. Okay.
A. Now, some of the steroids, as you know, are lipid soluble, so it doesn't really matter about the barrier, but some are not, and so it's relevant to

Page 118

some hormones and not others, lipid soluble or not.
Q. And when you talk about insulin in your report and its potential role --
A. Yes.
Q. -- in elevating CSF production rate, you specifically talk about insulin titers at the CP-CSF, right, you use that term CP-CSF.
A. Right.
Q. That's -- that's choroid plexus --
A. Yes.
Q. -- CSF, right?
A. Yes, that's correct, yeah.
Q. So is insulin any different than these reproductive hormones that we're talking about in terms of whether you should be distinguishing between the concentration in the CP-CSF versus in the serum?
A. It could be because, as you know, insulin is a -- is a peptide and the steroids are the other, sex hormones and corticosteroids. So they have different access profiles to the CSF. So some of them, like insulin, may have to have carrier transport across the barrier. And so that's significant; it's not a free diffusion like some of the lipid-soluble steroids.
Q. Okay. And then I have one more question along this vein for the moment, and if I've already asked this

Page 119

one, I have no doubt that there will be an objection, asked and answered, but I'm going to just make sure.
New question: Are you aware of any study, whether it was done in animals or humans, that found -- that tested LNG specifically and found that it increased CSF production?
MR. ROCKSTAD: Objection; form.
A. Yeah, we talked about that, right. No, I'm not aware. No.
Q. (By Mr. Baum) All right. Now, you've conducted studies on the effects of various compounds on choroid plexus ion transporters, right?
A. That's right.
Q. And, so, obviously, it is possible to take a compound and to have some study paradigm where you test its effects on the choroid plexus ion transporters?
A. That's right, that's right.
Q. So now specifically on LNG again, have you ever tested the effect of LNG on choroid plexus ion transporters?
A. I have not.
Q. Are you aware of any study that has tested the effects of LNG on choroid plexus ion transporters?
A. I don't think such a study has been done.

Page 120

Q. All right. More broadly, have you ever conducted any scientific research of any sort on Mirena or LNG?
A. I have not.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) And have you published any articles that reference Mirena or LNG, to your knowledge?
A. I'm trying to review the Salpietro literature; I had the coauthorships with him. So give me a second, please.
Q. Please.
A. (Looking through documents.)
My answer is I don't think so, but I just want to check to make sure. I want to be careful here.
Q. Okay. And you're looking at Exhibits 7 through 11 right now?
A. Yes, that's right, yes, that's right, right, yes. I don't think so. I just want to make sure.
No.
Q. Okay. And do you know whether you've ever -- strike that.
To your knowledge, have you ever lectured to a medical audience on Mirena on LNG?
A. I have not.

Page 121

Q. Okay. Have you conducted any scientific research involving any progestin, any synthetic progestin?
MR. ROCKSTAD: Object to form.
A. Synthetic, no.
Q. (By Mr. Baum) Have you conducted any scientific research on progesterone, the endogenous?
A. Right, no, I have not, no.
Q. Have you conducted any scientific research involving estrogen?
A. I have not.
Q. Have you conducted any scientific research involving testosterone or another form of androgen?
MR. ROCKSTAD: Object to form.
A. I have not.
Q. (By Mr. Baum) Have you conducted any scientific research studies of any sort on any hormonal contraceptive?
A. Have not.
Q. Now, the report that you've provided, it's, you know, I want to say it's like 37 pages --
A. Right.
Q. -- and then it has maybe 13 pages of --
A. A lot of --
Q. -- 197 references at the end --

A. Yes.
Q. -- give or take.
A. Yes.
Q. New question: Do you understand that the purpose of the expert report was to disclose all of the opinions that you intend to offer as well as the bases for those opinions?
A. Yes.
Q. Does your report contain a complete statement of all the opinions that you intend to offer in this case?
A. I've had new insights to enhance the model since the report was officially submitted. I wish it were legally possible to discuss them, but I understand the legality of it, so, no.
Q. Let me ask it this way: As you sit here today, are there any opinions related to this case that you intend to offer in court that are not contained in your report?
A. I mean, no, but if it was legal I would do it, but like I say, this is a legal issue so I won't do it, I guess.
Q. Okay. So the -- okay. So the answer is, under the circumstances, no?
A. Can I ask you -- no, can I ask you, is it legal



to do so?
Q. I am not the arbiter of the law in this room --
A. Well, I must know --
Q. -- as much as I would like to be.
A. Someone has to tell me that.
Q. So all I can ask you is whether there are specific opinions that you intend to offer in this case that are not contained in your report. That's all I can ask you.
A. I have information. I would like to add them. If legally possible, I will, because it will strengthen the case.
Q. Okay. But you have not written any supplemental report, for example, correct?
A. I have not.
Q. Okay. And so there's nothing -- there's nowhere where you set forth any additional evidence or opinions beyond what's in the report marked as Exhibit 1, correct?
A. That's correct.
Q. Okay.
A. Is the answer present in the room by the legal experts? Can I add information?
MS. NATALE: We can discuss that at a



later time.
MR. BAUM: Yeah, but unfortunately none of us can get into that.
A. Okay.
Q. (By Mr. Baum) New question: So for the opinions that are expressed in your report, does the report contain all of the bases and reasons that you intend to use to support those opinions?
A. Yes, oh, yes.
Q. Okay.
A. Yeah, 197 references for sure.
Q. Okay. And so the report has all the facts and data that you considered in forming the opinions that are --
A. Yes.
Q. -- reflected in that report?
A. Absolutely, yes, right.
Q. Okay.
A. Yeah.
Q. And so then let's look at the reference list in the report. So it's attached to -- it's at the back of Exhibit 1?
A. Can I follow-up with one point and ask a question?
Q. Sure.



A. You --
MS. NATALE: Let's just --
Q. (By Mr. Baum) You know what, asking questions is really not a great idea. If you want to have a discussion with counsel --
A. I just want to make sure that I completed the answer.
Q. If you want to add to your answer, that's fine.
A. That's what I meant.
Q. Okay.
A. Because you were inquiring about the different hormones, have I studied, ion transport in the choroid plexus. And I have, for one, insulin and it's in the report, and it's significant, but you didn't ask it, so I just wanted to clarify that for the record.
Q. Sure. And my questions --
A. Okay.
Q. -- were about estrogen, progesterone, and androgens --
A. I realize that.
Q. -- specifically.
A. Right, but you didn't ask insulin, and it's significant for the report, and I have done research on it.
Q. Great. Thank you for adding that and

Page 126

clarifying that.
A. Thank you very much.
Q. I appreciate it.
A. Thank you.
Q. So if you turn to page 38 of your report, that's where the reference list starts.
A. Okay.
Q. And it runs all the way to page 50 and has 197 entries, right?
A. That's the transport physiology. I mean, I'm very thorough.
Q. Okay. Now, of the 197 entries, all but two of them are medical journal articles, abstracts, or poster presentations --
A. Right.
Q. -- with the two exceptions being entry number 179?
A. Yeah.
Q. And entry number 193; is that correct?
A. Okay, 179 and 193. (Checking.) That's correct. And 179. Let me check 193, please.
Q. Sure.
A. That's correct, yes.
Q. So entries 179 and 193, those are two documents that came from Bayer's files, correct?

Page 127

A. Right.
Q. Who selected those two Bayer documents for you to review, was that -- did you say -- did you select them, or were those selected by the lawyers and given to you?
MR. ROCKSTAD: Object to the form.
A. I don't honestly remember the answer to that question. I don't remember.
Q. (By Mr. Baum) Well, did you have access to Bayer's entire production of documents in this litigation?
A. No, no.
Q. Would you have had any way to have selected those two documents out of the entire production on your own accord?
A. I'm not sure.
Q. Well, how could you have possibly selected those two documents out if you didn't have access to Bayer's entire production?
MS. NATALE: I think -- I'm not trying to -- I think your question was would he have had any way to, so maybe he was just being precise in saying he's not sure that he would have had access. I don't think that you're on the same page. That's all.
Q. (By Mr. Baum) Same question. How -- is there

Page 128

any way that you could have -- you could have picked out those two documents from some big collection of documents?
A. Again, I don't recall, honestly.
Q. So you have no recollection of how it came to be that you had in your possession two and only two --
A. Okay.
Q. -- documents produced by Bayer?
A. I'm just looking at a bunch of numbers or letters. Let me check the original in the context in the report. Like, for example, I would like to look up 193 and see what the context is there.
Q. We'll do it together.
A. Okay.
Q. Let's do that together. Give me a second and then we'll look at -- we'll start with 179 in a second. Okay?
A. Yes, okay.
Q. But first let me ask you this.
A. Right.
Q. The reference list that we just looked at, 38 through 50, that was a complete and accurate list of all the materials that you had considered and relied upon to form --
A. I'm sorry, say that again, please, so I don't

Page 129

mean to interrupt you.
Q. Sure. The reference list that's attached on pages 38 to 50 of your report --
A. Yes, yeah.
Q. -- that was a complete and accurate list of all the materials that you considered and relied upon in forming your opinions expressed in the report, right?
A. Right, to the best of my ability and knowledge.
Q. Okay. There's not -- it's not as if there's some other document or material out there that you -- you know you relied on for those opinions and you just --
A. No.
Q. -- it's just not listed?
A. No, no, absolutely not.
Q. Okay. Got it.
A. I wish I had such a document, not to hide it, but I wish I had that kind of a potent document.
Q. The binder, white binder that's sitting in front of you, is that your set of the --
MS. NATALIE: Two binders.
Q. (By Mr. Baum) Or two binders or however many binders there are --
A. Yes.
Q. -- is that your hard copy set of these 197

Page 130

materials?
A. Yes, it is, yes.
Q. Are there any handwritten annotations on the articles or highlighting or anything like that?
A. I don't think so, but I can't say for absolutely sure. I know I'm under oath, so I got to be careful, but I don't recall.
Q. Okay. And --
A. I don't think so, no.
Q. Okay.
MS. NATALE: I --
MR. ROCKSTAD: We --
THE WITNESS: You made them, right?
MR. ROCKSTAD: There could not be.
THE WITNESS: Yeah.
MR. ROCKSTAD: We made these copies, and they've been in our possession --
THE WITNESS: Okay.
MR. ROCKSTAD: -- the entire time, and I've seen no handwritten notes.
Q. (By Mr. Baum) Okay.
A. Right. So the answer is no.
Q. Okay.
A. I didn't make any annotations.
Q. And whether it's on those sets or another set,

Page 131

do you recall ever like annotating or marking up the references in -- that are listed in your report?
A. You mean here?
Q. Whether -- yeah, whether it was in those physical copies in those binders or other versions of them, do you ever --
A. I did in the report, as you know. You have a copy of that.
Q. In the report.
A. Yeah, right.
Q. But I'm asking about the --
A. No.
Q. -- materials themselves.
A. No.
Q. Okay, great.
MR. ROCKSTAD: Ken, you can look through these three binders if you want.
THE WITNESS: Yeah.
MS. NATALE: Feel free (laughing.)
THE WITNESS: You want me to?
MR. BAUM: No.
MR. ROCKSTAD: No, no, no. It's okay.
MR. BAUM: And, remember, you've got your mic on, so you don't want to do that. Let me give you this back.

Page 132

MR. ROCKSTAD: Bad joke.
MS. NATALE: Good job, Trevor.
Q. (By Mr. Baum) Do you know, sir, whether there are any published case reports of PTC or IIH in a Mirena user that are included on this reference list?
A. I know I've discussed different progestins being implicated. I don't -- the problem with having so many references, it's hard to keep track of everything, to be honest about it, but I don't want to exclude it. It's possible, but I can't put it -- it's not on my fingertips.
Q. Let me make it easier.
A. Yes.
Q. If you had reviewed a published case report of pseudotumor cerebri or IIH in a Mirena user, it would appear on this list, right?
A. Yes, yes, yes, yes.
Q. Okay. And if you had reviewed any epidemiological studies of IIH and Mirena, it would appear on this list, correct?
A. Yes.
Q. And if you had reviewed any epidemiologic studies of IIH in any form of LNG, it would appear on this list, correct?
A. Yes, to the -- yes.

Page 133

Q. Okay. And to the extent that no case reports or epidemiological studies of IIH and Mirena or IIH and LNG are on this list, I can assume, then, that you did not review any such studies, right?
A. Right.
Q. Okay.
A. Yes.
Q. By virtue of the materials that you reviewed in this case, are you -- do you have any basis to say how the rate of pseudotumor cerebri or IIH in Mirena users compares to the rate of pseudotumor cerebri, IIH, in reproductive-age women generally?
A. By "rates," do you mean incidence?
Q. Sure, incidence rate.
A. Okay. Could you please repeat the question.
Q. Sure. By virtue of the materials that you reviewed, do you have any basis to say how the incidence rate of PTC, IIH in Mirena users --
A. Right.
Q. -- compares to the incidence rate of PTC, IIH in the reproductive-age women generally?
A. No, I know the incidence rates are very hard to determine. There's a challenge there. So I'm not surprised that there wasn't a lot of information that was glaringly apparent.

Page 134

Q. Okay. Do you have any basis to say what the -- strike that.
Do you know what a reporting rate is as opposed to an incidence rate?
A. That doesn't really pertain to my document, so I'm not responsible -- there are, as you well know better than I do, there's so many other expert witnesses, other people have touched on that. I'm here to kind of to talk about the science if I could.
Q. I understand that, but I also need to know the materials and information that you used as the basis for your opinions, and that's why I need to --
A. I understand.
Q. -- ask these questions.
A. That's true.
Q. So let me ask it this way: Can you identify any clinical data, as opposed to, you know, nonclinical data, in animals or test tube studies or in vitro studies, can you identify any clinical data showing that Mirena users have an increased incidence rate of pseudotumor cerebri or IIH compared to a group of matched women who didn't use Mirena?
A. Right, yeah. I would love to have that information, and I wish -- I'm not picking on Bayer, but I wish Bayer and other companies would publish that kind

Page 135

of data. I wasn't aware -- I'm not -- aware of the articles, but if there are some, that would be very helpful to know that.
Q. So it would be -- it would be very helpful to know if there were articles out there that were comparing the rate of PTC, IIH in Mirena users to nonusers, correct?
A. Yes, of course.
Q. And so before developing the argument that's set forth in your expert report for how Mirena can cause pseudotumor cerebri, am I correct that you did not review any clinical data showing that Mirena users are at increased risk for pseudotumor cerebri?
MR. ROCKSTAD: Object to form.
A. Yes, right.
Q. (By Mr. Baum) That's correct?
A. Yes.
Q. Okay. And then so document 179, I said we could -- we could talk about that because you asked to look at it in the report, and I think it's on page 28 of your report that you talk about document 179. So let me know when you get to page 28.
A. Yep, there we go.
Q. And in this -- this context of a weight gain discussion --

Page 136

A. Yes.
Q. -- and in the second paragraph, the second sentence says, "A 2006 report by Berlex," with a parenthetical, "(predecessor of Bayer) on Mirena documented weight gains in experimental studies of LNG in female rats, dogs and monkeys," and the reference is 179, right?
A. Right, yes.
Q. Okay. Does that refresh your recollection, one way or another, how it is you came to have reference number 179 in your possession?
A. Could I look at that article there?
Q. I'll hand it to you. Why don't we do that?
A. Okay.
(Exhibit 14 marked for identification.)
Q. (By Mr. Baum) I'm handing you what's been marked as Exhibit 14.
A. Okay.
Q. And this is the document that's reference number 179 in your report?
A. Okay.
Q. And you see that's the -- that alphanumeric string at the bottom?
A. Yes.
Q. We call those Bates numbers.

Page 137

A. Right.
Q. It's to help us keep track of like individual pages --
A. Yeah.
Q. -- when there's lots of pages at issue in a litigation.
This is the 2006 report that you reference on weight gain in experimental studies of LNG in females, rats -- in female rat, dog and monkey, right?
A. Uh-huh.
Q. Now, was this document provided to you by counsel?
A. It must have been because I don't know how else I would get it.
Q. Okay. And then you then considered this document in forming your opinions, right?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. Okay. So because this was a document provided by counsel and because it was considered in forming your opinions, I'm entitled to ask about the communications in which counsel identified this document for you. And that's -- I want to narrow it to that. I

Page 138

don't want to go beyond that. Okay?
MR. ROCKSTAD: Not communications about the document.
MR. BAUM: Communications that identified this document.
MR. ROCKSTAD: Fair enough.
MS. NATALE: Okay.
MR. BAUM: So I'm trying to stick --
MS. NATALE: Sure.
MR. BAUM: -- right to Rule 26. Okay?
Q. (By Mr. Baum) And so, Doctor, I'm not asking -- to be clear, I'm not asking you to tell me about, I don't know, after you got the document, you then had a conversation with any of the lawyers about the contents of the document. I'm only asking you about communications, whether it was by e-mail or phone, where they said, "You know, hey, here is the document that we want you to look at." Okay? That's the distinction I'm trying to draw here?
A. Right.
Q. And it's important because I'm not entitled to know sort of the broader substance of your discussions with counsel. I'm only entitled to know very limited things, so I really want to -- if you start to slip, one of us will -- because it's not something that you

Page 139

would normally think of.
Okay. So limiting it to, you know, whether it was an e-mail that sent you this document or a phone call where they said, "Hey, we're going to send you this document" --
A. That didn't happen.
Q. -- can you remember any communication in which the lawyers identified this document for you?
A. It must have been e-mail. As a scientist who's not used to dealing with these kind of things, it would be the only way I could get access to it if I had heard about it --
Q. Okay.
A. -- some other way. And I very well could have seen it someplace else.
Q. Okay.
A. We referred to, and so...
Q. Okay. And then all I'm asking is: Do you, as you sit here today, do you recall anything about the e-mail that would have sent this document?
A. I do not, no.
Q. Okay. That's the only thing I want to ask about this. Let's move on.
Okay. Now, you see at the top, this says that it's the nonclinical portion of a document for

Page 140

integration into something called an investigator's brochure, right?
A. Right, okay.
Q. Did you review the clinical portion, as well, or just the nonclinical portion?
A. I usually scan the entire article, not necessarily read, peruse everything carefully, but try to scan the salient points. That's my usual mode of operation.
Q. Let me clarify. This entire document in front of you --
A. Yeah.
Q. -- all 23 pages is the nonclinical --
A. Okay.
Q. -- portion of a broader document.
A. Okay.
Q. There's another entire document that would be the clinical portion, and what I --
A. Right.
Q. -- am just trying to understand is, you only looked at the --
A. Yeah, this, right.
Q. -- the nonclinical portion, right?
A. Yes, that's right, yeah, right.
Q. Okay. And so if you turn to the page ending

Page 141

with the number 413 at the bottom, or if you want to use the numbers at the top, it's page number 10.
A. Oh, I see it here. I got it.
Q. Are you right here at that page?
A. Yeah, I'm there, yeah.
Q. Okay. So if you look at the first sentence underneath Table 7, do you see that it says, "Prolonged administration of LNG alone resulted in increased body weight values in rats"?
A. Yeah.
Q. And then it gives references 27-29. Dogs, and it gives reference 30. And monkeys, reference 28. Do you see that?
A. Yes, I do, yes.
Q. Now, that's the sentence that -- that's the only sentence in this document that talks about weight gain, body weight values --
A. Yes.
Q. -- so is that the sentence that is the basis of your sentence in your report?
A. I think so.
Q. Okay. And, now, if you turn to the end, we can see references 27, 28, 29, and 30 at the end of this document. Let me know when you're at the list of references?

Page 142

A. Yeah, there we are.
Q. Okay. And then did you review the actual studies, 27, 28, 29, and 30, or just the one sentence describing those studies in the document?
A. Yeah, this --
MR. ROCKSTAD: Objection.
A. -- "Hite" here doesn't sound familiar, so I must have relied on the content that was in here, yes.
Q. (By Mr. Baum) Okay. So you relied on --
A. I was stressing this.
Q. Okay. So you're relying on this statement in this document, but you didn't independently go and pull the --
A. Right.
Q. -- underlying references; is that right?
A. That's correct. That's correct.
Q. And -- and you weren't provided those references --
A. That's right; no, I wasn't.
Q. -- by anyone else, right?
A. No, that's right.
Q. Okay. If we look at the titles of those references, do you see the --
A. Uh-huh.
Q. -- the first one says it was an oral toxicity

Page 143

study of LNG. The second one says it was an oral toxicity study of LNG. The third one says it was an oral toxicity study of LNG. And then the third one, reference 30, doesn't reference any specific study, right? Doesn't tell us what form of LNG was used?
A. 30 you said, number 30?
Q. Yeah.
A. Yeah. Hoffmann?
Q. Right. So the first three all said --
A. Right.
Q. -- it was oral?
A. Exactly.
Q. Right?
A. Yes.
Q. Okay. Do you have any basis to say that any of those studies involved the use of Mirena?
A. I do not.
Q. Okay. Do you know how the oral doses of LNG used in those studies compared to the doses of LNG released by an intrauterine Mirena?
A. I do not. I was looking for general principles of progestins and --
Q. Okay.
A. Okay.

Page 144

Q. Do you know how the serum levels of LNG in those animals compared to the serum LNG levels that result from Mirena use in humans?
A. I do not.
Q. Do you know how much weight gain there was in any of those studies?
A. No.
Q. Do you know if any of those studies showed a statistically significant change in weight?
A. I assume since it was in the report it was significant enough to report, so...
Q. Okay. Other --
A. I'm trusting the document here, right.
Q. Other than your assumption -- and, well, the report doesn't say that there was a statistically significant change, right?
A. Well, usually -- my style is if it's not significant, I don't report it. And I'm, again, trusting the Berlex people.
Q. But, again, the Berlex people didn't say that it was statistically significant, right?
A. I know, but they quoted it. I assume they thought it was reliable.
Q. Whether it was reliable or not doesn't tell us whether it was statistically significant, right?

Page 145

A. No, I -- I'm relying upon the credibility of Berlex.
Q. What about the statement in this document would be not credible if those changes were not statistically significant?
A. I can't think of anything.
Q. Okay. So whether the changes were statistically significant or not doesn't impact the credibility of the statement, does it?
A. I don't think so.
Q. Okay. Do you know whether there were any comparison groups in any of those studies?
A. I do not.
Q. Do you know if the weight gain in the LNG group was significantly different than the weight gain in any comparator group in any of those studies?
A. I do not.
(Exhibit 15 marked for identification.)
Q. (By Mr. Baum) Okay. Let's take a look at one of those studies. Let me hand you what's been marked as Exhibit 15. And Exhibit 15 corresponds to reference 29 in the Bayer document that you looked at, and you can compare the title of Exhibit 15 to the title of reference 29 to make sure that that's correct.
A. Okay. (Reviewing documents.) Okay.

Page 146

Q. Now, this abstract is in English, but if you look through, the rest of the article is in Japanese, right?
A. That's right, yes.
Q. Do you read Japanese?
A. Not that well, no.
Q. Okay. But turn to page 392 at Figure 2, okay? Are you there?
A. I am now.
Q. And that figure provides the body weight results for the rats treated with LNG as compared to an untreated control group, right?
A. Okay.
Q. And luckily for all of us, that figure is in English, right?
A. Good.
Q. Now, the body went up for -- the body weight went up for all of the LNG-treated groups, according to that figure, right?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. But the body weight also went up for the untreated control group, right?
A. Are there statistics down here?

Page 147

Q. Well, do you see the untreated control group?
A. Yeah, I do, but still -- I don't know what the variation is here among the groups.
Q. Well, at the end of the study, the untreated control group had the highest weight, right?
A. Well, that's the mean, but what about the variation?
Q. Do you have any basis to say that there was any statistically significant increase in weight in any LNG group in the study as compared to the untreated control group?
A. I'm going back to the Berlex statement and the other document that I trust.
Q. But the Berlex document that you say you trust doesn't say that there was weight gain in the LNG group that was greater than in the untreated control group, does it?
A. No, that's right.
MR. ROCKSTAD: Object to form.
A. Yeah.
Q. (By Mr. Baum) Am I correct?
MS. NATALE: He said, "No, that's right."
MR. BAUM: "No, that's right"?
MS. NATALE: That's what -- I don't know if he typed it yet, but he said, "No, that's right."

Page 148

A. That's my understanding.
Q. (By Mr. Baum) When you say, "No, that's right," you mean --
A. Sorry.
Q. -- my statement is correct? The --
A. Yes.
Q. -- the Berlex document does not suggest in any way that the weight gain was higher in the LNG group than in the untreated control group, right?
A. That's right.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) All the Berlex document says is that there was increased body weight in the LNG group, right?
A. Yes.
Q. And that's true, based on what we can see in Figure 2, right? The weights did go up in the LNG groups, right?
A. Uh-huh.
Q. But the weights also went up in the untreated control group, right?
A. They did.
Q. And at least the mean weight in the untreated control group went up more than it did in the LNG groups, right? Yes?

Page 149

A. Yeah.
Q. And we have -- you have no basis to say that there where was a statistically significant increase in weight in any LNG group compared to that untreated control group, right? Correct?
A. Yes.
Q. And the highest dose here of LNG that was tested, it says it was 25.0 milligrams per kilogram of body weight, right?
A. 25, yes.
Q. Do you have any understanding of how that dose compares to the dose of LNG released by a Mirena?
A. It's 20 micrograms per day.
Q. Okay. And so how many milligrams per kilogram would that be?
MR. ROCKSTAD: Object to form.
A. Someone would have to calculate that. Who could calculate that in their mind?
Q. (By Mr. Baum) Okay. But just knowing the difference between 20 micrograms and 25 milligrams per kilogram, would you agree that the dose 25 milligrams per kilogram is --
A. No, because the 20 micrograms is for a human being. These are for small animals.
Q. Right, so --

Page 150

A. How can you compare apples with oranges here?
Q. Well, I don't know. You're relying on this evidence, so are you telling me that it's not relevant?
MR. ROCKSTAD: Object to form.
A. Well, I was citing the statements in a document, the Berlex document.
Q. (By Mr. Baum) A statement that doesn't tell you whether LNG-treated animals gained more weight than untreated animals, right?
A. Okay. Fair enough.
Q. We now look at one of the articles that you didn't review, that's being summarized in that sentence, and it doesn't show that LNG-treated animals gained any more weight than the untreated controls, right?
A. Correct.
Q. Is there anything about this study that supports that LNG-treated animals gained more weight than animals who don't use LNG?
A. No.
Q. Do you have any basis to say that any of the animal studies summarized in the one sentence of the Bayer document that you cited show that LNG treatment at any dose resulted in significantly greater weight gain as compared to the untreated controls?

Page 151

A. No.
MR. BAUM: Okay, we can move on. Your call. Is it here?
MS. NATALE: I don't know.
MR. BAUM: Do you want to stop and check?
MS. NATALE: It's up to you. If you were going to move on to like another line of questioning, maybe it is a good time to break, no matter what.
MR. BAUM: Don't care. Let's go off the record.
THE VIDEOGRAPHER: Going off the record. The time is 12:41.
(Recess.)
THE VIDEOGRAPHER: Book on the record. The time is 1:23.
Q. (By Mr. Baum) All right. Good afternoon, Doctor. Can you take your report out and turn to page 5. And do you see in the -- there's a Section C on page 5. And near the bottom of that first paragraph it says: "This report deals with plausible adverse effects of the androgen" -- "androgenic progestin LNG on fluid homeostasis and pressure regulation." Do you see that?
A. Yes.
Q. Okay. You refer to LNG throughout your report as an androgenic progestin, right?

Page 152

A. Right.
Q. Now, LNG is a second-generation progestin?
A. Yes, it is.
Q. And LNG, is it your understanding, is prescribed for the purpose of exerting progestogenic effects in the body?
A. (Witness nods head yes.)
Q. Yes?
A. Uh-huh. Yes.
Q. Okay. I know it's --
A. I'm sorry.
Q. -- a bit arbitrary, but we have to do the yeses.
A. Yes. I understand.
Q. And then there are -- there are synthetic hormones that have greater activity at the androgen receptor than at the progesterone receptor, right?
A. Yes.
Q. And there are synthetic hormones that have greater activity at the androgen receptor than does LNG, right?
A. Yes.
Q. And there are hormones that are prescribed for the purpose of exerting androgenic effects in the body,

Page 153

right?
A. (Witness nods head yes.)
Q. Yes?
A. Yes. Right. Okay.
Q. And so like those hormones are sometimes prescribed to treat conditions that are due to insufficient androgen activity in a hypoandrogenic patient, right?
A. Yes. That's correct.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) To your knowledge, is LNG prescribed for the purpose of exerting androgenic effects in the body?
MR. ROCKSTAD: Object to form.
A. Yeah. I'm not a clinician, so that's not in my bailiwick.
Q. (By Mr. Baum) Do you have any knowledge of whether LNG is approved for the purpose of treating conditions due to insufficient androgenic activity?
A. I don't have that knowledge.
Q. Okay. And are you aware of any clinical study finding that LNG is an effective form of treatment for any condition due to insufficient androgenic activity?
MR. ROCKSTAD: Object to form.
A. No.

Page 154

Q. (By Mr. Baum) When you reference -- the sentence that we looked at where you talk about plausible adverse effects, are -- is it your position that those effects are established or that it's -- or that they're possible or what?
A. Right.
MR. ROCKSTAD: Object to form.
A. That's why I used the word plausible. Right. Yeah. Possible. Plausible.
Q. (By Mr. Baum) Okay. So you're -- okay. So you're saying that the adverse effects are possible or plausible?
A. Yes.
Q. In particular, you reference, for example, fluid homeostasis. Have you conducted any studies or tests on LNG's effects on fluid homeostasis?
A. I have not.
Q. You know what, I can probably short-circuit some of these. Your answer to any question I ask about "have you conducted any tests on LNG's effects on," the answer is going to be no, right, because you haven't conducted any tests on LNG specifically?
A. Even though I answer no, it doesn't invalidate my report in any way.
Q. We -- we can agree to disagree on the

Page 155

implications of the statement. But am I correct that I -- I don't -- I'm going to get the same answer asking you any question that starts with, "Have you conducted any tests on LNG's effects on" fill in the blank, because the answer is going to be no, because you haven't conducted studies on LNG specifically?
A. Well, you got to hold in mind that there's some general principles that could apply to other compounds. So just because I haven't done LNG per se doesn't mean that I haven't done other work that could bear insight, that would help us to understand LNG mechanism better.
Q. And I'm not quibbling with you on that question right now, sir, so maybe I'll just ask the affirmative questions so that we can just move on.
Have you conducted any studies on LNG's effects on anything? LNG?
A. Levonorgestrel? The answer is no.
Q. And then if we turn to page 25 in your report, do you see in the second paragraph on the page, you directly pose the question of how LNG can lead to pseudotumor cerebri in Mirena users, right?
A. Right.
Q. And then you set forth or identify what you think are the mechanisms in play, right?

Page 156

A. Yes. That's correct.
Q. And you identify what you refer to as two routes --
A. Yes, right.
Q. -- by which you say LNG and Mirena could lead to pseudotumor cerebri, right?
A. Right.
Q. And actually, Figure 10 sort of illustrates or depicts those two different routes, right?
A. Right. There is some overlap, though, like Route 1 is primarily a direct -- just to make the point -- direct, kind of in the spirit of Salpietro's report. Then on the other side --
THE REPORTER: Hold on.
MR. BAUM: Salpietro's report.
A. -- also -- you also see LNG there, too. So there's a bit of overlap between the routes. Route 1 isn't pure by itself. There are other implications of LNG delivery by blood to the choroid plexus. Some might go direct from endometrium right to choroid plexus through the heart and circulation. Others might go more a circumventive route or circuitous route by the other organs, other circulations.
Q. (By Mr. Baum) Okay. So --
A. That's all I'm saying. Yeah.

Page 157

Q. So let me just try and break that down.
What -- what's labeled as route number 1 is what you call the direct mechanism involving the binding of LNG to receptors in the choroid plexus, right?
A. It could theoretically not go through the other organs if it did evolve from the endometrium, get into the blood, go through the heart, up to the brain, and just direct to the plexus without complicating any of these other organs as confounders.
Q. Okay. And so one, sort of, category of mechanism would be, you know, LNG's effects, when it binds to receptors that are located at that basolateral membrane of the choroid plexus --
A. Yes.
Q. -- right?
A. Right. Right.
Q. And that's the primary mechanism that you sort of -- you spend the most time on in your report, right? Not the only mechanism, but --
A. Right. LNG has effects on other organs, changing them, blood composition, so there are things like insulin, aldosterone, other things.
Secondary to LNG stimulation are -- cause, then go up and modify the choroid plexus. So this is

Page 158

a multi-evidence, several lines of evidence. One would be insulin, another aldosterone, another androgen, another LNG. They're interaction -- they're interactional, but they're also kind of independent lines of evidence. So that's why I try to distinguish between the kind of a direct mechanism involving the plasma proteins, the binding globulins after it gets absorbed. I mean, that could easily just go into Route 1 or Route 2, so...
Q. And I'm not trying to knock out, you know, one or the other. I'm just trying to conceptually put them all into buckets and then talk --
A. Yes, I understand.
Q. -- about each one.
A. Yes. Right.
Q. So understanding that you also have used on sort of LNG's effects as mediated through aldosterone or insulin or any host of other compounds that you think are relevant --
A. Yes, which are secondary to the LNG problem.
Q. Right. So I want to put those to the side for the second and just -- apart from effects that you say, you know, LNG has this effect on aldosterone, and then aldosterone has this effect --
A. Yes.

Page 159

Q. -- distinguish -- I want to distinguish that from -- you also have this direct mechanism theory where it's not that LNG has to be -- has to raise aldosterone levels, for example, you think that LNG itself can directly affect --
A. Sure. Exactly. Yeah. Right.
Q. -- receptors in the choroid plexus, right?
A. Right.
Q. Okay. And so on that direct mechanism, you say -- for example, you say, "LNG can have a direct effect on CSF production through its actions at the androgen receptor," right?
A. Uh-huh.
Q. Yes?
A. Yes. Yes.
Q. And you say that it's biologically plausible that Mirena could cause PTC or IIH through that direct mechanism, right?
A. If the woman were susceptible.
Q. Okay.
A. I'm not including all the Mirena users by any stretch. There's a certain subgroup of people who are probably ultrasensitive to LNG.
Q. Is there any way to identify those women --
A. I certainly wish there are. And I think that

Page 160

there should be action between the physicians, the pharmaceutical firms, to really try to nail that one down. I think it would be a great thing to do.
MS. NATALE: And continue to try to let each other finish the sentences.
THE WITNESS: Oh, did I interrupt him? I'm sorry.
MR. BAUM: It's okay. Thank you.
MS. NATALE: I couldn't tell either way. I just --
MR. BAUM: That's fine. Thank you.
MS. NATALE: We could all be better at it.
Q. (By Mr. Baum) As we sit here today, do you know of any way to tell ahead of time which women are susceptible to developing pseudotumor cerebri or IIH as a result of LNG use?
A. Right. I think that obese women would be at higher risk than the lean people.
Q. Okay. But even amongst obese women who use Mirena, only a very small percentage develop PTC, right?
MR. ROCKSTAD: Object to form.
A. A small percentage, but when you multiply percent times the population, it's a significant number of people.
Q. (By Mr. Baum) And that's -- but my question is:

Page 161

Is there any way, as we sit here today, to -- ahead of time, determine which obese Mirena users are going to develop IIH?
A. I wish there was some phenotypical or -- or genotypical analyses developed. There certainly could be if the companies wanted to invest their money in it.
Q. Do you agree that the idea that Mirena can cause -- sorry. Strike that.
Do you agree that the idea that LNG can cause PTC through direct -- a direct mechanism at the androgen receptor is still controversial in the medical community?
MR. ROCKSTAD: Objection.
A. I don't know if there's been enough published to be a controversy.
Q. (By Mr. Baum) I'm sorry. I didn't --
A. I didn't -- I don't know if there's enough published to be controversial. There's just so little research on this by the drug companies, by everyone, really. There needs to be more research. That's why I'm here today.
Q. Okay. So the current state of the published research is not enough to establish that LNG causes PTC through the androgen receptor, correct?
A. Not to establish, but there is strong evidence

in that direction. That's why I keep coming back to the term "plausible."
Q. Okay. So there's strong evidence that it's plausible that LNG can cause PTC through the androgen receptor?
MR. ROCKSTAD: Object to form.
A. Not necessarily by itself. Especially in combination with these other hormones like aldosterone and the other ones that are raise -- insulin that stimulate the receptors to make more CSF. So you can isolate the LNG by itself, but I think being abstract like that doesn't do justice to the integration of all these organs in the body that we must consider as the total picture.
Q. (By Mr. Baum) So taking all of the mechanisms that you set forth in your report, is it the same that the current state of the published evidence is -- establishes that it's plausible that LNG causes PTC through those mechanisms?
MR. ROCKSTAD: Object to form.
A. Once this -- once this is published, though, I'm sure there will be more support for that in the field.
Q. (By Mr. Baum) Okay. But I don't think that that was -- that answered my question, at least not the



question I was asking.
A. Okay.
Q. So let me try it again.
A. Try again.
Q. Not picking out one potential mechanism versus another.
A. Yes. Okay.
Q. So not isolating androgen receptor or aldosterone --
A. Correct.
Q. -- or insulin or anything like that.
A. Right.
Q. The current state of the published evidence, would you characterize that as sufficient to show that it's plausible that LNG causes PTC, IIH?
A. Could be plausible, yeah.
Q. Okay. Do you think that the current state of the published evidence is sufficient to establish that LNG causes PTC or IIH?
A. The more evidence we have about metabolic syndrome, how this -- how LNG causes bad effects, adverse effects on them, and these secondary factors go into the choroid plexus and elevate the CSF, integrating all the information, I think it's a strong argument.
Q. And do you think it's a strong argument for



biologic plausibility, or do you think that it's a -- are you saying that there is a strong argument that the current state of the evidence establishes that LNG, in fact, causes PTC?
MR. ROCKSTAD: Object to form.
A. I'd say biologic plausibility. Yeah.
Q. (By Mr. Baum) Okay. Now, when we get to the Route 2 -- number 2 in Figure 10 --
A. Yes. Right. Yes.
Q. -- which I'm going to refer to here as the indirect --
A. All right. Sure. Fair.
Q. -- to contrast it to the direct we were --
A. Yeah. That's good.
Q. -- just talking about.
A. That's great.
Q. The Route 2 includes, as you say in the sentence underneath the figure, that includes a number of actions that you say LNG has on organs other than the choroid plexus, such as the ovaries and adipose tissue, kidneys, liver, and adrenal glands, right?
A. That's correct, yes.
Q. And as to those Route 2 actions, you refer to those -- you refer to those in that sentence as



"indirect, but potentially impactful" pathways leading to pseudotumor cerebri, right?
A. Right, because to the extent that LNG, for example, affects the ovaries or the adrenals to make more aldosterone, and that goes to the plexus and stimulates this sodium channel, definitely. So LNG has multiple effects, direct, and many indirect, but each is as powerful potently -- potentially potent as the other.
Q. Okay. So on that "potentially," which is the word you used in your report, the Route 2, those indirect actions, is it your opinion that those are potentially clinically meaningful for the development of PTC in Mirena users, or that they are established as being clinically meaningful for the development of PTC in Mirena users?
MR. ROCKSTAD: Objection.
A. I wouldn't say they're established, but they're plausible. I think there's a lot of evidence that some -- the symptoms that these -- some of the susceptible Mirena users have, it looks to me like, if not metabolic syndrome, it's something very close to it, and that's not a good thing to have, as you know.
Q. (By Mr. Baum) Okay. Okay. So in -- in your report, is it fair to say that, sort of, one of the initial arguments that you set forth in your report

is that pseudotumor cerebri is caused by CSF overproduction?
A. Correct.
Q. Okay. And then after you talk about that, you then you offer opinions on how LNG can cause CSF overproduction, right?
A. Yes.
Q. So let's talk about some of those. On page 9 -- there's a Figure 3 on page 9.
A. Yes.
Q. And in the legend that accompanies Figure 3 at the end, it says, "There is MRI evidence from PTC patients for hypersecretion of CSF," and you reference article 5, right?
A. Yes.
Q. And then -- and you're welcome to confirm this is right. But article 5 is the Gideon 1994 publication; is that correct?
A. Yes. Right.
Q. Okay. So let me ask you a couple of questions about Gideon, which I have marked at Exhibit 16.
MS. NATALE: I think it's 15.
MR. ROCKSTAD: 16.
MS. NATALE: Oh, 15 is -- got it.
MR. BAUM: And if I screwed up, let me


know.
MS. NATALE: Never mind. Sorry. I missed the Japanese article. (Laughing.)
MR. BAUM: Ah. Okay. I marked it in English, so...
(Exhibit 16 marked for identification.)
Q. (By Mr. Baum) Okay. So Exhibit 16 is the Gideon 1994 article that you referenced for MRI evidence of PTC patients having hypersecretion of CSF, right?
A. Correct. Uh-huh.
Q. If we look in the abstract, a couple of sentences down in the abstract, it says that they examined 12 patients with IIH or PTC with 10 healthy volunteers, correct?
A. Yes.
Q. And then if we want to look at the results, we can turn to page 352. And if you look, I'm on the right column of page 352 in the second paragraph. That second paragraph starts with the sentence, "The mean supratentorial CSF production was 0.70 milliliters per minute" --
A. Yes.
Q. -- in the controls and 0.79 milliliters per minute in the patients; this difference was not statistically significant," correct?


A. That's correct, yes.
Q. And then on the next page, the Gideon authors sort of give their discussion of their results, right?
A. Yes.
Q. And if you turn to that page, 353, in the right column, it's the third sentence in that right column on 353, the Gideon authors say, "Our results do not support the suggestion that hypersecretion is an important factor in the majority of patients with IIH," correct?
A. The majority, but it doesn't take into account, unfortunately, individual patients. I believe there were three that kind of stood out. When they put in -- those three included in the total mean, yes, the means aren't impressive, the differences. But if you look at -- I won't call them outliers, but maybe the hyper-responders, the three that had, you know, pretty brisk CSF formation, right.
So, again, it's kind of the -- how you manage the numbers. The problem with the statistics for hypersecretion by MRI, the population is so small. Not just this study. But it's hard to get, as you know, good statistics on such small "n" values.
So you have to be very careful how you present the data. Perhaps they had a misjudgment here. Rather than emphasizing the difference between the


means, they should have said, "Well, two or three patients really stood out as" -- and that's what you -- what you'd probably expect a -- not a lot of patients with hypersecretion, but a few. And when you see evidence you should respect each individual patient.
Q. Okay. So you cite Gideon for the proposition that there is MRI evidence from PTC patients for hypersecretion of CSF, right?
A. Okay. I'll tell you why, if I may.
Q. Sure.
A. Back to the previous page, it says, "There was relatively large standard deviation in the calculated values in the patients." Then it says, "three had CSF hypersecretion." I believe them when they state that. So maybe they contradicted themselves, but they still -- later on, but they still say they had three with hypersecretion defined as -- sorry. My eye -- my vision is not very good. "Defined as production exceeding the mean value of the controls plus two standard deviations." So I'll give them credit for factoring that in. I'm disappointed that later on, they weren't careful to respect those individual data.
Q. Okay. So you would disagree with the way they chose to phrase it on page 353 --
A. Yeah. In the discussion, right. Yeah.

Page 170

Q. -- when they say, "Our results do not support the suggestion that hypersecretion is an important factor in the majority the patients with IIC"?
A. Yeah. With small "n" values, you know better than I, with small "n" values, you've got to be very careful about looking at the means. You've got to look at the individual values. I'm very big on that.
Q. Okay. And for any individual Mirena user who has pseudotumor cerebri, do you have any evidence that they would qualify as an outlier as defined in the Gideon study?
A. Would you please repeat that.
Q. Sure. You're saying, well, there were three patients who had CSF production rates that were outliers --
A. Yes.
Q. -- in the Gideon study, and so while taken together, there was no difference; if you just look at those outliers, there was a difference, right?
A. Yes, that's right. Yeah.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) And so what I'm asking you is: Do you have any evidence that in any Mirena user who developed PTC, that their CSF production rate would have qualified as an outlier as you're defining it

Page 171

in the Gideon study?
A. Right.
MR. ROCKSTAD: Objection.
A. I do not have -- do not have evidence.
Q. (By Mr. Baum) Okay. You can put that paper aside.
At page 11 in your report, you -- let's see. I'll let get you there. Do you see the last sentence before section H, that sentence says that -- when -- you're talking about the choroid plexus, and you say that its fluid production, quote, "is adversely affected by inappropriate exposure to drugs," and you cite Reference 46, and then you go on to say, "and unnatural synthetic products, e.g., LNG," correct?
A. That's what's stated there, yes.
Q. But there -- while there's that reference 46 to drugs, that reference wasn't about LNG specifically, right?
A. That's correct. Yeah. Right.
Q. And then at the end when you talk about LNG, there is not a specific reference or references included, correct?
A. Yeah. This is part of the scenario. Maybe I implied that there was evidence. I -- I should have perhaps carefully -- more carefully constructed

Page 172

this sentence. I should have said more likely than not. One has to be careful about that. But I put so much more likely than not all over the report here, that I -- because I hoped it would be obvious or that this is an implication or a plausible scenario.
Q. I don't mean to be critical about the way you wrote the sentence. I just need to make sure that I understand what you saying.
A. Yes. Right.
Q. So when you say, "I guess I hoped it would be obvious or that this is an implication or a plausible scenario" --
A. Right.
Q. -- are you saying more likely than not --
A. Yes.
Q. -- it's a plausible scenario?
A. 51 percent, more likely than not. Just kidding. More likely than not.
Q. But what's more likely than not; that it's plausible? I'm just trying to understand what it is you're saying, and I don't want to articulate it for you.
A. More likely than not that LNG can modify the fluid production.
Q. Okay. Can you identify any study that has

Page 173

measured CSF production rate in patients using any progestin, in any form or dose, and found that it is elevated compared to nonusers?
A. I cannot. It's not a well-studied area, unfortunately.
Q. Can you identify any case report, of just like a single patient, where they presented measurements of CSF production rate in a patient using any progestin in any form or any dose and found that it was elevated?
A. It would be very unusual. In reading the literature over the over many decades, it's rare. I don't recall any cases where you'd have CSF information data for one patient. I'm not saying it hasn't happened. I just have never seen it. So I wouldn't necessarily expect that for LNG either.
Q. Okay. What about studies, whether in humans or animals or test tubes or Petri dishes, whatever they use, can you identify any studies that -- that found that LNG dysregulates sodium transport in the choroid plexus?
A. No, I cannot.
Q. All right. Have you ever -- put aside whether it was a study or not, have you ever published or submitted an article for publication that says that LNG stimulates sodium transport in the choroid

Page 174

plexus?
A. I have not, no. No.
Q. Do you recall if you have ever presented that opinion to a medical audience?
A. I have not.
Q. Okay. It's good when I turn pages.
MR. ROCKSTAD: We appreciate it.
MS. NATALE: He actually asked, during our lunch break, if I could pressure you into letting us out of here by 5:00 p.m., so I thought I'd --
MR. BAUM: If we don't want to take any breaks, maybe.
Q. (By Mr. Baum) You cite evidence throughout your report that progesterone reduces CSF formation rate, correct?
A. Correct.
Q. So, for example, on page 15, if you turn there in your report, if you go to the paragraph in the middle of the page that has the Roman numeral, small Roman numeral 2, I guess. Do you see that?
A. Yes. Yes, I do. Yes, sir.
Q. Okay. Near the end of that paragraph, it says, "Hormones such as progesterone and atrial natriuretic peptide slow down the sodium pump, reducing CSF formation rate," correct?

Page 175

A. Yes.
Q. Then you cite, you know, a number of studies here that find that progesterone slows down the sodium pump, including in the kidney and the choroid plexus, right?
A. That's correct, yes.
Q. And so you would agree that -- that one way, at least, that progesterone decreases CSF formation rate would be by slowing down that sodium pump?
A. Yes, right.
Q. And then sticking with progesterone, if you go to page 18 now. You say -- in the bottom paragraph, do you see where you're talking about progesterone in the bottom paragraph on page 18?
A. I see it.
Q. And you say that progesterone also decreases CSF formation by acting as an antagonist at the mineralocorticoid receptor, correct?
A. That's correct.
Q. Okay. So that I understand your position, your opinion is that progesterone is an antagonist at the mineralocorticoid receptor, right?
A. Right.
Q. And then -- then the net effect of progestogenic activity, progesterone activity is to --

Page 176

A. But there's a difference. Progesterone or progestin. Progestogenic or progesterone are entirely different.
Q. Okay. Let's stick with progesterone. Its effects that reduce CSF formation, are those progestogenic effects?
A. No, because they don't bind to -- yes. Progesterone, of course, binds to the progesterone receptor, but I don't think it has anything to do with fluid regulation. I think progesterone's effect on fluid inhibition is through antagonism of the MR receptor. There's a fair amount of literature, I think primarily kidney, that that's the case; that progesterone antagonizes -- I'm sorry. There's aldosterone at the MR and progesterone sometimes competes with it, and aldosterone being the agonist, progesterone the antagonist.
Q. Well, to make sure I'm -- I understand that you're saying one of the way -- you know, progesterone can affect fluid regulation through its effects at the mineralocorticoid receptor, right?
A. Yes. Yes.
Q. But are you saying that's the only way that progesterone can impact fluid regulation?
A. I cannot say that. I would not say that.

Page 177

Q. Because, for example, in the studies in references 78 to 81 that you had cited for the proposition that progesterone slows down the sodium pump, those were -- those were References 78 to 81. Those studies weren't specifically looking at effects at the MR receptor -- at the mineralocorticoid receptor, right?
A. But the MR activity is definitely coordinated, functionally coordinated with the sodium pump, so they both go up -- they both go up or down together. It's a beautiful integration.
Q. Right. I guess what I'm getting at is: Are you -- are you -- is it your view that the only way that progesterone can -- I guess -- no, let me strike that.
Is it your view that progesterone doesn't have any effects mediated solely by its binding to the progesterone receptor that impact fluid regulation?
A. I don't -- as I said, I don't think the PR stimulation by progesterone has anything to do with fluid production. It may have in the future, so I want to make sure. But I haven't seen that evidence.
Q. Okay. That's helpful. Okay.
As you understand it, does LNG have greater activity at the progesterone receptor or the

androgen receptor?
A. In terms of fluid regulation, I don't think it makes any difference, because I don't -- as I said, the PR receptor, I don't think is involved in fluid production, so I think a comparison of the affinities is irrelevant.
Q. Okay. Let me confer with my brain over here for a minute. Okay. Sorry.
A. No problem.
Q. We're going to get back to it. Let's talk about the effect of androgens on the sodium pump. Okay?
A. Okay.
Q. And so I think -- I don't know where we were, but let's go to page 15 in your report, because I think you talk about it there. We had -- we had looked at this sentence on page 15, sort of in the middle of the page, where you had said that progesterone slows down the sodium pump reducing CSF formation rate.
A. That's correct. Yes.
Q. And then the next sentence says, "Conversely, testosterone speeds up choroidal sodium pumping via stimulated ATPase activity," right?
A. Yes. Yes.
Q. And you cite two specific articles in that sentence, references 66 and 82, correct?



A. Right.
Q. Okay. So reference -- I'm going to start with 82. That's the Guerra, G-U-E-R-R-A, 1987 study. So let me mark that as Exhibit 17, ask you some questions about that one. For you. For you.
A. Thank you.
(Exhibit 17 marked for identification.)
Q. (By Mr. Baum) Okay. I have handed you Exhibit 17. That's Guerra 1987, which is reference 82 in your report, correct?
A. Yes.
Q. And this is a study in rats, correct?
A. Uh-huh. That's correct.
Q. And this study found that giving testosterone to rats caused the sodium pump to speed up, right?
A. Yes.
Q. And, in fact, that's what's depicted in Figure 1, where they show the sodium pump activity levels, whether you -- whether the rats had received testosterone or not, correct?
A. Yes. Right.
Q. And then I think as you explain in your report, that's not a good thing when it comes to pseudotumor cerebri because --
A. Yes.



Q. -- increase in the sodium pump increases CSF production which can increase intracranial pressure, which can result in pseudotumor cerebri?
A. Exactly.
Q. Okay. So my question on this particular study, unfortunately, requires us to take a look at something else you wrote in your report, and then we'll jump back to the study. But on page 13 of your report, you have this Section J, and one, two, three, four -- five lines down in Section J, there's a sentence, "Gender differences are intriguing: Low serum androgen in hypogonadic males, but elevated androgen in females, causes PTC," right?
A. Yes.
Q. Now, so in females, you say it's elevated androgens that can cause PTC, but in males, it appears to be lower levels of androgen --
A. Yes.
Q. -- right? The rats that were used in the Guerra study --
A. Yeah.
Q. -- were those male or female rats?
A. I don't recall.
Q. So if we look at the title of the study, it says that it's a study in male rats, right?



A. Yes.
Q. And if it is low androgen that causes PTC in males, how is it that giving testosterone increases CSF formation in male rats?
MR. ROCKSTAD: Object to form.
A. It's interesting that at the kidney level, which you can compare with the choroid plexus, testosterone definitely does increase sodium channels, sodium pump, increases sodium reabsorption and the pressure in the artery. So there are conditions. There are states, physiological states where that is true, testosterone in males enhances the activities of these pumps. So it's a curious phenomenon why -- these gender differences. It's very intriguing why, in the hypo -- the low testosterone males, why they are sometimes vulnerable for the PTC.
And I don't know what other conditions are affected, other than there are many other hormones involved. You just can't isolate the -- the testosterone. There are other factors at play which we don't know about, at least not here in the paper or what you're talking about. So it's a -- it's difficult to say why. The female and the male are different, at least in the fat cells. They are different in their responses to androgen. Whether it's cycling pathways in

Page 182

the cells, gender differences, I don't know. But that's -- it's a fact in medicine that women don't do well with high androgen in their fat tissue, but men do better with high androgen in their fat tissue. So it's -- some of these things are hard to explain, but those are the experimental observations.
Q. (By Mr. Baum) So testosterone increases the sodium pump activity in the male human kidney, you said, right?
A. Right.
Q. Does testosterone increase the sodium pump in the male human choroid plexus?
A. It definitely does. I have a citation here. And that's from that very good laboratory in Birmingham, Sinclair laboratory. They have done -- this is what's so beautiful about it. They have done direct studies with the choroid plexus, and they found with testoster- one incubation with cell culture, that the testosterone definitely revved up, increased the sodium-potassium activity. That's in the choroid plexus, so it's direct information for the choroid plexus.
Q. Okay. So whether in males or females, androgens increase the sodium pump in the choroid plexus, right?
A. Yes. That's experimentally shown.

Page 183

Q. And whether in males or females, androgens, through that mechanism, increase CSF production, correct?
A. Yes.
Q. And yet it is low androgen levels, not high androgen levels, that cause PTC in human males?
A. Well, if I can speak now.
Q. Well --
A. Go ahead. Go ahead.
Q. Well, you can certainly answer, but in doing so, please answer the question --
A. Okay. Fair enough.
Q. -- which is --
A. Yes. Right. Right.
Q. Even though androgens increase CSF production in human males, it's decreased androgens, not increased androgens, that cause PTC in males, correct?
A. Like I say, there could very well be other factors of other hormones. You just can't isolate just the testosterone. It's kind of an algebraic summation of other hormones all stimulating or not the sodium pumps in the channels.
Now, the nice thing about the -- the culture work, it was isolated in vitro, so that way, you can control. You don't have a lot of extraneous

Page 184

variables. It's a very simple, basic experiment. You expose the choroid plexus to testosterone, and the sodium pump increases. And so that you don't have to worry about confounding factors like other hormones going up or down in an in-vivo system, like these hypokinetic people we're talking about -- or hypotestosterone people we're talking about.
Q. Okay. But even if there are other mechanisms at play, all other mechanisms aside, if androgens increase CSF formation in human males, just like it does in human females, then having higher androgen levels for males should make the problem even worse, right?
MR. ROCKSTAD: Object to form.
A. I think so, yeah. That's right.
Q. (By Mr. Baum) And yet the studies show that PTC in human males is correlated with reduced androgen levels, not increased androgen levels, right?
A. Yeah. Well, it's -- it's a very small population. Very small. I think six people maybe, roughly. And I like I say, we don't know the physiological state in those people of the other -- the hormone profile. We only -- it only says low testosterone. I'd have to know the other hormones before I could agree with that.
Q. Okay. But is it the case that low serum

Page 185

androgen in hypogonadic males causes PTC, as you say in your report?
A. Yes, I think that is true.
Q. And so, again, would you agree that that is a peculiar finding, if the more androgens a male --
A. Yes.
Q. -- human has, the more --
A. Yes.
Q. -- CSF production they have?
A. It seems paradoxical, but you got to realize, these patients, who are rare, they may have other genetic problems which bear on the problem.
Q. Right. But were any of those differences -- were any of those found to be differences -- strike that.
The study that you cite for the --
A. Yes.
Q. -- for hypogonadic males --
A. Right. Right.
Q. -- did they find differences in anything else other than androgen levels?
A. I don't recall that they measured them, honestly.
Q. Are you aware of any study that has found that increased androgens are associated with PTC in males?

Page 186

A. Increased androgens in males. No.
Q. Okay. Then the second reference you cited was number 66, and that is the Westgate abstract, so I'm going to hand you that as Exhibit 18.
A. Good.
(Exhibit 18 marked for identification.)
Q. (By Mr. Baum) Exhibit 18 is the Westgate 2017 abstract that is cited as reference number 66 in your report. And the abstract, it starts on page -- it doesn't have page numbers. It's Abstract P325. Do you see that? It carries over from --
A. Yes.
Q. -- one page to the next?
A. I do.
Q. Okay. And so this is the other publication that you had cited in support of the statement that testosterone increases CSF production rate, right?
A. Right. Yes.
Q. Now, in the abstract, the authors in 2017 state that the etiology of IIH is poorly understood, correct?
A. Yes.
Q. Let me take a moment. It's small text. Are you reaching for your glasses?
A. Yes. I'm listening. The font is so small.

Page 187

Q. That's fine.
A. I need my glasses.
Q. Okay. We'll strike whatever question was pending, and we'll do it again now that you've got your glasses on.
New question. Do you see that the authors here include -- you know, the first author is Westgate. That's what I was referring to. The senior author is Sinclair, right?
A. Yes.
Q. This is that University of Birmingham and Birmingham UK group, right?
A. Exactly, yes.
Q. And in 2017, Dr. Sinclair and colleagues, they -- they refer to this as idiopathic intracranial hypertension, right?
A. Yes.
Q. So they are still using the term IIH?
A. I'll speak to them about that one.
Q. Okay. And in 2017, they say that the etiology of IIH is poorly understood, correct?
A. Yes.
Q. And then they do an in-vitro study, one of those either test tube or Petri dish studies, right?
A. Right, yes.

Page 188

Q. And they incubated rat choroid plexus epithelial cells in testosterone, and then they measured activity of the sodium pump as a surrogate for CSF production, right?
A. That's correct, yes.
Q. Okay. Do you know whether these were male or female rats? Cells? Sorry. Rat cells?
A. It's cell culture. Who knows what line they are. I probably couldn't tell unless they specified it.
Q. I couldn't see, and I didn't know --
A. Yeah.
Q. -- if you knew. Okay.
A. I don't see it.
Q. Putting aside the gender from which the rat epithelial cells were taken -- strike that. New question.
Westgate found that the sodium pump sped up when the cells were incubated in testosterone, right?
A. Yes, correct.
Q. And -- and then they thought that indicated increased CSF production, right?
A. Yes.
Q. Okay. And then if we look at their conclusion, the last sentence, they say, "We speculate that testosterone may have a pathogenic role in IIH through

Page 189

modulation of CSF formation and increasing intracranial pressure," correct?
A. Yes.
Q. So Westgate, would you agree, they did not conclude that androgens were established to cause IIH by increasing CSF production?
A. It's very encouraging evidence.
Q. Okay. But what they say is that -- is that it's -- even in 2017, speculation that androgens may have a pathogenic role in IIH, correct?
MR. ROCKSTAD: Object to form.
A. Well, that's how it is. In science, we have to be conservative. We have to be careful. But like I say, this is, I think, very strong evidence.
Q. (By Mr. Baum) Would you agree with the Westgate authors' characterization of the state of the evidence as articulated in their conclusion?
MR. ROCKSTAD: Object to form.
A. You mean about the state of the field, IIH being -- or that model -- PTC being unproven, the mechanism?
Q. (By Mr. Baum) That whether testosterone has a pathogenic role in IIH is a matter of speculation as of 2017?
A. It depends how you define speculation. I'd go

a notch higher. I think this kind of evidence is pretty good. I'd like to see it reproduced. I'd like to see another lab do it, another variation of the theme here experimentally. But I think this is really powerful information.

Q. That last sentence, do you read that sentence to be commenting only on the results of this study, or do you read that to be commenting on the entire body of evidence as of 2017 --

A. I can't --

Q. -- with regard to testosterone?

A. I can't say. Yeah.

Q. Okay.

A. Yeah.

Q. Can you identify any publication that says androgens or androgenic activity have been established to cause PTC?

MR. ROCKSTAD: Object to form.

A. Another encouraging aspect, if I could, about this assay. They just didn't do the incubation with the ATPase, they quantified the fluid turnover by a new technique I thought was quite interesting, ATP and ADP ratios. It's very -- a very interesting approach. So they had, really, two lines of evidence that connected, reinforced each other. That may not have been your



question, but I wanted to follow that point up here.

Q. (By Mr. Baum) Okay. Nonetheless, based on those two lines of evidence --

A. Yes.

Q. -- they certainly don't conclude that they -- that they've established testosterone --

A. No. No.

Q. -- as having a pathogenic role, right?

A. They couldn't. I wouldn't either.

Q. Okay.

A. I wouldn't use the word established. That's your word, not mine.

Q. Okay. And are you aware of any published literature that's either said it's established or proven or probable or more likely than not that testosterone plays a pathogenic role in IIH?

A. Well, of course, in the scientific literature, we don't say more likely than not. That's a thing with you, you lawyers. But we -- we go towards, as you know, the probability, the confidence, 95 percent level. And I think we're kind of inching our way towards that. This is -- this stuff by the Sinclair lab is another step in that direction.

Q. So is the answer you have not seen any article that uses language "established," "probable," "more



likely than not" --

A. No.

Q. -- "proven" --

A. No.

Q. -- when talking about testosterone?

A. Yeah. No.

MR. ROCKSTAD: Object to form.

A. Yeah. There's so few investigators in the field. I wish it was heart or AIDS or research where you have, you know, hundreds of laboratories you can compare notes with. But we do the best we can.

Q. (By Mr. Baum) So I didn't get my whole question out again, so I'm going to have to ask it again.

A. Okay. No, it's just not established. It's not established, if that's what you're looking for.

Q. It's -- what's not established?

A. That -- the role of testosterone in increasing CSF formation rate.

Q. Okay. And then you said in reference to "more likely than not" being a legal construct, not a medical or scientific construct.

A. That's my understanding.

Q. Is there anything that prevents an author from writing "more likely than not" in the discussion section of their article?



A. I'm going to think about that in my future writing. Really. I think it's -- it's an interesting concept, because it implies to me greater than 50-50 or so. It gives -- it gives the reader some idea where you are as you head up towards the 95 percent probability.

Q. You're not taking the position, are you, that medical journal articles don't say likely or probably --

A. Oh, no, they -- they say that. But "more likely than not" --

Q. Okay.

A. -- that's unique.

Q. Okay. So sticking with likely or probably --

A. Yes.

Q. -- can you identify any article that says testosterone likely or probably plays a pathogenic role in PTC?

A. I cannot.

Q. Okay. You continue talking about androgens on page 18 of your report, so if you could turn there.

A. Okay.

Q. And in the middle of the page, end of the second paragraph, you make reference to testosterone again, and this time it's in the -- in the context of sexual reassignment patients. Do you see that? The last sentence of the second paragraph.

Page 194

A. I see it.
Q. Okay. And specifically, you reference two case reports of PTC, IIH developing in patients born female who were taking testosterone supplements, right?
A. Right. If I could amend that a bit before -- maybe save time on your question, maybe not.
Q. Sure. Go ahead.
A. But the Reference 120 should be up there, too. 118, 119 and 120. In my endnoting it, I didn't get it in there, but it should have.
Q. Let me just check what 120 is. Oh, okay. Fine. We can talk about all three of them.
A. Sure.
Q. I just happen to have them all in my box here.
A. Okay.
Q. So let me hand you first reference number 118. And I'll mark as Exhibit 19, reference 118 in your report. And this is the Park 2014 case report, right?
A. Correct.
(Exhibit 19 marked for identification.)
Q. (By Mr. Baum) Thanks. And so if we look at this case report, they discuss one patient, right?
A. One.
Q. And on page 157, at the bottom of the left column, they actually tell us that there is one other

Page 195

case report out there. Do you see the sentence that starts "Furthermore"?
A. Yes.
Q. "Furthermore, there has been only one case report showing an association with testosterone with intracranial hypertension in a transgender patient."
A. Yes.
Q. "But this case was confounded by the presence of Chiari 1 malformation, which in itself has shown to be associated with intracranial hypertension," right?
A. But that's for a physical reason. CSF drainage has nothing to do with the choroid plexus.
Q. So all I asked so far was --
A. Okay. Sorry.
Q. -- was the text, so --
A. Okay.
Q. Let's start with this. Did I -- did I read that sentence correctly?
A. Yes.
Q. Okay. And is the reference that they are making to this other case report, is that the Mowl, M-O-W-L, 2009 publication, reference number 7?
A. Yes, it is.
Q. Okay. Now, Mowl 2009 is not on your reference list, right? Let me do it this way. I'm going to

Page 196

represent to you that Mowl 2009 is not on your reference list --
A. Thank you.
Q. -- rather than having you look at it all. And if in the future, I'm shown to be wrong, then I'm wrong. Okay?
A. Sure.
Q. Now, in referencing the Mowl case, the -- these authors, in part, said that it was confounded by the presence of Chiari 1 malformation, and I think you may have been providing an answer on your thoughts on that earlier?
A. Yes.
Q. So do you want to --
A. Because that's down --
Q. -- explain what you were --
A. It's down at the base of the brain, where the brain is -- herniates and goes out near the fourth ventricle area. And so that would be a blockage problem or CSF blockage, reabsorption of it. It had nothing to do with choroid plexus, I don't think, which is way higher up in the ventricles of the brain.
Q. Okay. But are you taking issue with the idea that Chiari 1 malformation in itself can be associated with intracranial hypertension?

Page 197

A. No, I'm not. No.
Q. Okay.
A. No.
Q. You're just saying that to the extent that there is some relationship between Chiari 1 malformation and intracranial hypertension --
A. It was fortuitous.
Q. -- it's not through the choroid plexus?
A. Yeah. It was fortuitous, yeah.
Q. Okay. So now, sticking with the Park case report.
A. Yeah.
Q. If we go to the next -- the next paragraph on page 157, the second sentence says, "The exact mechanism of how raised testosterone causes intracranial hypertension" --
A. I'm sorry. Where are you --
Q. -- is not known."
A. What are you, sir?
Q. I'm sorry. On page 157, the right column, sentence.
A. Okay. Yes.
Q. And that -- that sentence -- a new question. The Park authors write: "The exact mechanism of how raised testosterone causes intracranial hypertension is

not known."
A. That's what I've been saying.
Q. Okay. So you would agree with that statement?
A. Yes.
Q. Okay. And then they say, "It is thought that raised estrogen from peripheral aromatization of testosterone stimulates CSF production and increases intracranial pressure." Did I read that right?
A. Yes.
Q. Do you agree or disagree with that -- that thought on how raised testosterone causes intracranial hypertension?
A. No. I think estrogen is another subject entirely. But when you look at the estrogen literature, like for the kidney, there's evidence that it stimulates sodium transport and causes arterial hypertension. So it depends upon the ratio of the estrogen to the progesterone. That's the context here. So I don't know what the ratio of the two here is. But I do believe that estrogen by itself, under some conditions, could be a factor in increasing CSF formation rate by stimulating sodium transport. It's consistent with the kidney literature, collecting duct.
Q. Okay. Is it true that when they say -- when they say that estrogen is raised -- estrogen levels are



elevated from peripheral aromatization of elevated androgen levels, is that basic physiology true, that elevated androgen levels can lead to elevated estrogen levels?
A. Yeah. There's the enzyme called aromatase. It does that conversion.
Q. Okay. And does that enzyme aromatase, does that generally reside in adipose tissue?
A. I know it's in a lot of the visceral tissues, but if you take them all together, I can't tell you exactly if it is. I'd be surprised if it was not, but I cannot say.
Q. Do you know how the levels of estrogen compare between women with elevated testosterone levels and men with elevated testosterone levels?
A. Well, men typically have a low level of estrogen, so I would think that the women's estrogen would be higher in most situations --
Q. Do you agree --
A. -- compared to men. I'm sorry.
Q. Do you agree that it's possible that the way that androgens can cause -- elevated androgens can cause intracranial hypertension in women but not in men is because they do so through increased estrogenic levels and activity?



A. It's a possibility.
Q. Okay. One that hasn't been ruled out for sure?
A. Exactly. Yes.
Q. Okay. But in all fairness, the Park authors then go on to say, sort of as an alternative, they say, "It is plausible that raised testosterone may increase CSF production by directly stimulating the choroid plexus," right?
A. Yes, as the Sinclair group found, yes. Right.
Q. Okay. So there's -- you know, again, we're sort of at a direct and indirect route --
A. Yes, right.
Q. -- point again where it could be that the androgens are directly increasing the CSF production leading to PTC, or it could be that the androgens are leading to elevated estrogen levels which --
A. Yes.
Q. -- themselves lead to the --
A. Right.
Q. -- increased CSF production?
A. Exactly. That's why I have Route 1 and Route 2. Route 2 takes care of that. Route 2 does.
Q. Okay. But if it were this estrogen as the mediator between androgens and elevated intracranial pressure, would that then be consistent with the --



would that explain the gender difference, that you can have elevated androgens in women that lead through estrogen to PTC, but you don't have --
A. If they have the --
Q. -- don't have it in males?
A. If they have the aromatase enzyme, which I assume they do.
Q. Okay. So that could be an explanation for that gender difference?
A. It could. A good point. Yes.
Q. Okay. Now, the Park authors conclude at the very end by saying, "The role of sex hormones in intracranial hypertension cannot be entirely ruled out," right?
A. Yes.
Q. Do you interpret that to mean that the role of sex hormones in intracranial hypertension has been ruled in or what?
A. I think they're hedging their bets. I think they're allowing -- open-minded, they're allowing for the possibility.
Q. They're allowing for the possibility that sex hormones do play a role or that sex hormones don't play a role?
A. That they do.

Q. Oh, so they're leaving open the possibility that sex hormones do play a role?
A. I think so, yes.
Q. Okay. And would you agree that the role of sex hormones in intracranial pressure cannot be entirely ruled out?
A. Oh, yes.
Q. Okay.
A. In fact, for 60 years or 70, whatever the decade number is, it's always been -- the first thing on the list, hormonal problems, imbalances in females, so therefore, it's the female hormones, estrogen and progesterone, their ratio, and in relationship to androgen. But it's definitely, this hormone thing won't go away in causing PTC. It's been around for 60, 70 years, and it keeps appearing. The cases just keep popping up. It won't go away.
Q. Can you identify, in all of those publications you say over the 60 years, can you identify any publication that said that it was progesterone or progestin that may be the cause of intracranial hypertension as opposed to estrogen?
MR. ROCKSTAD: Object to form.
A. Yeah. I take your point. I think estrogen has been the -- for the oral contraceptives, that's been the



one that's been kind of suspected as being problematic for the intracranial hypertension, estrogen.
Q. (By Mr. Baum) Would you agree that there is not a fulsome collection of published literature pointing the finger at progestins or progesterone as the cause of intracranial hypertension?
A. I agree. Progesterone and progestin have received less attention than estrogen for the CSF dynamics.
Q. Okay.
A. That's why when I heard that, in studying for this for the last two months, that progesterone was a diuretic, it puts the brake on CSF formation, it was a Eureka moment for me; I couldn't believe it. At that point, I really started to build confidence for the report that I was building, and that's honest.
(Exhibit 20 marked for identification.)
Q. Okay. I'm handing you Exhibit 20, which is Reference 119 in your report. This is the Kapoor 2015 that you cite. And I just want to make sure we're all clear here. So what I just handed you in a prior exhibit -- sorry, strike this. Let me start this over.
We just finished talking about reference number 118 in your report, and now we're going to talk about number 119. Okay?



A. Yes. Okay.
Q. And the reason I am giving you those two articles is because you wrote this sentence in your report, "PTC onset was observed in two separate cases of testosterone supplementation in biological females," right?
A. Right. Yes.
Q. Okay. So first -- and so what I understood, and maybe I misunderstood. What I understood you to be saying was that references 118 and 119 were the two separate cases. Is that --
A. No. I just -- I told you five minutes ago that 120, I -- my mistake. I should have included it up with 118, 119, and 120. It was an endnote overlooking on my part.
Q. Okay.
A. But 120 should be up there with them.
Q. Okay. So between the three publications, those are the two separate cases?
A. Exactly.
Q. Got it. All right. Thank you.
So since we have it in front of us, let's quickly look at --
A. Okay.
Q. -- what I marked as Exhibit 20. This is the



Kapoor 2015 article, reference 119 in your -- in your report. And this one is -- this is -- rather than being the second case report, this is a commentary on the Park --
A. Yeah.
Q. -- case report?
A. Exactly.
Q. Okay.
A. A letter to the editor, right.
Q. Okay. I'm with you. And then referring to the Park case report, Kapoor says, in the first paragraph, "This case highlights that this may be an area of needed research, but there remains some skepticism if a direct association with the elevated testosterone levels is present." So first, did I read that correctly?
A. Right.
Q. Okay. Second, do you agree with Kapoor's view that while the Park case highlights that elevated testosterone levels may be an area of needed research, there remains some skepticism if a direct association with elevated testosterone levels and intracranial hypertension is present?
A. This author said skepticism. Myself, if I had written this for this case, I wouldn't have said skepticism. I would have said it definitely -- it's

Confidential - Subject to Protective Order

Page 206

encouraging, but it needs substantiation or more information. I think it was negative. I would have been positive about it.

Q. Okay. And then Kapoor goes through sort of his analysis of the Park case report, and in the final paragraph, Kapoor says -- his view is that the Park case report indicates only a possible adverse drug reaction, correct?

A. Drug reaction, I'm not sure what that could mean. Yes. Yes, it's what it says.

Q. Okay. And then Kapoor goes on to say, "While testosterone levels may play a role in these cases" -- referring to intracranial hypertension, right?

A. Yes.

Q. "While testosterone levels may play a role in these cases, it seems there is insufficient evidence to draw these conclusions definitively." Did I read that correctly?

A. Comment if I could?

Q. Sure. But first let's --

A. Okay. Yes. Go ahead. Yeah, right.

Q. Okay. And what's your comment? So I did read it correctly?

A. Yes.

Q. And what's your comment?

Page 207

A. These are two case reports. N is the equal to two What's two? You know, not much. But, boy, is this powerful information for the testostore theory for CSF secretion and pseudotumor. It is really potent in my mind.

Q. Okay. Would you agree, though, with Kapoor's characterization that there is insufficient evidence to draw the conclusion that testosterone levels play a role in cases of intracranial hypertension?

A. I can see why he made the conclusion, but I don't think he's had four decades of ion transport experience that I've have had. So I look at it entirely -- I look at it differently. He's really being conservative, fine, he's holding back; he's saying it's -- he needs more information. I agree. But as a physiologist, I see something very powerful here that I think Kapoor may have missed. This is a great opportunity to keep on going --

Q. Okay.

A. -- in this testosterone model.

Q. Okay. And then in the next sentence, Kapoor says, "The role of endocrinologic homeostasis in intracranial hypertension remains elusive," correct?

A. Yes.

Q. Would you agree with that one?

Page 208

A. I guess it depends what you mean by "elusive." Like I say, I'm encouraging the use of PTC, because I see a lot of encouraging results, more information, more progress towards the goal of really getting rid of IIH, and that's just my philosophy.

(Exhibit 21 marked for identification.)

Q. (By Mr. Baum) Okay. I'm handing you what's marked as Exhibit 21, which is Reference number 120 in your report. This would be the -- the Hornby 2017 case --

A. Yes.

Q. -- report, and this is that second case report you're talking about --

A. Right.

Q. -- right?

A. Exactly. Yes.

Q. Okay. And this one in 2017, they refer to it as IIH, not PTC, as well, right?

A. I'll have to speak to Dr. Sinclair about that.

Q. Okay. So there's -- oh, this is Dr. Sinclair again, right?

A. Actually, I'm kind of her mentor, if you will. She asks me to write letters for grant applications, so I'm her mentor.

Q. Okay. So your mentee is still using IIH --

Page 209

A. Like I said, when I see her next time, I'll mention it.

Q. Okay.

A. I won't bother her with an e-mail, but I will mention it when I see her.

Q. There are another -- there are a number of other publications from 2016 and '17 on your reference list that refer to it as IIH, not PTC, right?

A. Yeah. Right.

Q. And not just Dr. Sinclair's group, right?

A. I have to be direct with you. My research over the last two or three months, I've had kind of a change in my thinking. It's been revolutionary. I mean, I've been this -- in this for a long time. But I am beginning to see light at the end of the tunnel, a lot of light, for this metabolic-endocrine pathway to getting to understand intracranial hypertension, how it's caused, and how we're going to resolve it. I mean, I respect epidemiology. I respect statistics. But we can talk until the cows come home. It's going to be this basic research that I'm proposing, and someone takes the ball and runs with it, that's going to solve the problem.

Q. Okay. But even for you, somebody who has been involved in this and focused on CSF pressure and

Page 210

dynamics for decades --
A. Yes.
Q. -- it was only in the last few months in the context of reviewing the information to prepare your expert report that --
A. Right.
Q. -- you had this -- I think you defined it as a paradigm shift, as a --
A. Yeah.
Q. -- as a -- as a light at the end of the tunnel --
A. I think that's how fast things are changing. It's good.
Q. Okay. But even for you, it was only in the last few months, right?
A. Yes. I'm greatly encouraged. I feel a lot better about the state of the field than I did a half a year ago.
Q. Okay. So the Hornby publication, this second case report, if we look in the abstract, we again see this language that the pathogenesis is currently unknown, right?
A. Right. Right.
Q. And --
A. I think people say that because they want to

Page 211

encourage research. That's -- that's why I would say it.
Q. Okay. I mean, nobody is out there writing that the pathogenesis is known --
A. That's right.
Q. -- right?
A. That's correct. Yeah.
Q. And then in that same sentence, Hornby says, "Dysregulation of androgens may be implicated," right?
A. Yes.
Q. And they say that they're going to present a case report, and then they say, "This interesting case presents the possibility of androgens having a pathogenic role in IIH," correct?
A. Right.
Q. All right. If we move down to the introduction section, near the bottom of the left column, do you see the second to the last sentence on the left column reads: "It is interesting to speculate that IIH, akin to PCOS, could be driven by androgen excess."
A. Yes.
Q. Do you see that?
A. Yes, I do.
Q. Okay. So we saw Dr. Sinclair's group --

Page 212

A. Yeah.
Q. -- talk about it in terms of speculation, and now I'm assuming Dr. Hornby --
A. The same group, yeah.
Q. Yes. I'm sorry. The same group. The same group, right, using -- characterizing it as speculation again, right?
A. Yes. But it's interesting, she brings up the PCOS, which I think is huge, because about two thirds -- two thirds -- this is remarkable. Two thirds of the PTC patients in one study had PCOS, and PCOS has elevated androgen and reduced progesterone, and that's right at the heart of my scientific report.
MR. BAUM: (to court reporter) PCOS is the term --
THE WITNESS: Polycystic ovary syndrome.
MR. BAUM: -- the term that he's using.
Q. (By Mr. Baum) And then if we go to the "Discussion" section of Hornby, if you see the second paragraph in the "Discussion" section, it says, "Transgender patients who develop IIH provide an insight into the potentially pathogenic role of testosterone in IIH," correct?
A. I agree with that 100 percent.
Q. Okay. And so we see the Hornby authors using

Page 213

terms like "may" and "possibly" and "potentially" --
A. Yes.
Q. -- and "speculate," right?
A. Yes. Right.
Q. The Hornby authors don't say "probably" or "likely," correct?
A. She has probably learned that from her boss.
Q. Okay. And that was in -- with respect to whether androgens play a role in the development of IIH, right?
A. Yes.
Q. Let's go to -- let me ask a couple -- just a couple of questions, because I think we have to change the tape. So what am I going to ask? A new question.
A. Yes.
Q. In these last few months that you were talking about when you said it sort of all come together for you --
MR. ROCKSTAD: Object to form.
A. A least in terms of the sex hormones.
Q. (By Mr. Baum) Okay.
A. Yeah. That's just one part of the physiology I'm doing. Okay.
Q. Sure. Let me be clear. I am not suggesting that you had no understanding of --

Page 214

A. No. Good.
Q. -- CSF fluid dynamics prior to a couple of months ago. And if that's what it sounded like I was saying, let me be very clear that's not what I was suggesting.
New question: Do you agree that this role for androgens in the development of intracranial hypertension would be properly characterized as a plausible hypothesis at this point?
A. I do, especially because the second -- another effect, androgen stimulates the RAAS, as you know, renin-angiotensin-aldosterone system. And aldosterone that comes out of that goes to the plexus, too, and can stimulate it. So it's kind of a one-two punch.
Q. So we looked at a couple of the articles that you relied on, and those articles were talking -- those case reports were talking about androgens like testosterone, not about androgen activity of LNG or other progestins, right?
A. Yes. That's correct.
Q. Are you aware of any articles that discuss LNG and its androgenic activity in the context of pseudotumor cerebri or IIH?
A. I'm not. But it's not asking too much, is it, to make the extrapolation between the androgenic LNG

Page 215

effects and the androgen, the testosterone. Is it such a leap?
Q. Well --
A. Not for me.
Q. Well, progestins like LNG have effects that aren't androgenic as well, right?
A. Right. And -- and they could add to the problem.
Q. They could or they could subtract from the problem, right?
A. I think they add to the problem.
Q. Well, but you don't --
A. That's why I got Route 2 here.
Q. You do, but do you have any studies testing LNG, looking at any of the Routes 1 or 2 with LNG?
A. Not direct experimental studies. But you can extract data from a lot of literature, a lot of pieces of the puzzle, and I think very cleverly build it together to make a plausible working model. It's not established, but it's heading in the right direction, my opinion.
Q. Okay. So you can -- you think that you can very cleverly build together and make a working model that's not established, but that is heading in the right direction, in your opinion, for the role of LNG in

Page 216

pseudotumor cerebri --
A. And I would say close --
Q. -- right?
A. Yes. Closer to 95 percent confidence than the 51 percent legal criterion, more likely than not.
MR. BAUM: Okay. I think we have to go off.
THE VIDEOGRAPHER: Going off the record. The time is 2:44.
(Recess.)
THE VIDEOGRAPHER: Back on the record. This marks the beginning of disk number 3. The time is 3:02.
Q. (By Mr. Baum) Doctor, I think I'm about time to move on from the androgen -- strike that.
I think I'm about ready to move on from the androgen mechanism to talk about some of the other things, but I wanted to confirm one more aspect with you. Okay?
A. Yes.
Q. Am I correct that none of the articles that you cite for the androgen mechanism opinion involve the testing of Mirena or LNG or any other progestin?
A. That's correct.
(Exhibit 22 marked for identification.)

Page 217

Q. (By Mr. Baum) Okay. You had mentioned this Thomas article, and you had said that there was something important in there, and I wanted to --
A. Right, okay.
Q. -- hand you that article --
A. Okay.
Q. -- which I've marked as number 22, so that you could tell us what it was about the Thomas article that you thought was supportive of your opinions?
A. Okay. So kidney cells, isolated. The important thing here for our discussion is the progestin, which is medroxyprogesterone.
Q. Uh-huh.
A. So they did their incubations to see what would happen to the sodium channel.
Q. Uh-huh.
A. I guess their hypothesis was something like, with this progestin, binding to the PR receptor -- I'm sorry, the GR, the glucocorticoid receptor. There was a possibility that it might stimulate the sodium channel. I presume that's why they did the experiment. And that's exactly what they found that, after incubation of the renal cells with this progestin, it stimulated the production, the synthesis, the induction of the sodium channel. That's about it.

Page 218

Q. Okay. Just a couple questions on that. As you mentioned, the progestin was medroxyprogesterone --
A. Yes, right.
Q. -- acetate, right?
A. Yes, right.
Q. Do you know the relative glucocorticoid receptor activity of medroxyprogesterone acetate versus LNG?
A. I don't, but it's not relevant to my argument. It doesn't affect it either way.
Q. Well, if LNG does not have as much activity at the glucocorticoid receptor as medroxyprogesterone acetate, how could we extrapolate the results from the medroxyprogesterone acetate study to levonorgestrel?
A. Okay. So what was your original question? It was the relative affinities of the -- are these two progestins for the GR receptor?
Q. My first question was: Do you know how the glucocorticoid receptor activity of medroxyprogesterone acetate --
A. Yes.
Q. -- compares to that of LNG? And you said, "I don't, but that's not relevant to my argument. It doesn't affect it either way," correct?
A. That's what I said, yes, yes, uh-huh.

Page 219

Q. And then I asked you, well, if LNG does not have as much glucocorticoid receptor activity as medroxyprogesterone acetate, then how can we extrapolate from a medroxyprogesterone acetate study to LNG?
A. Okay. I would want to know what the differences is -- are -- what difference is in the relative affinities of the two progestins. If they're very close or one is bigger than the other, no big deal. If they're wide apart, then, okay, I'll concede the point.
Q. Okay. So depending on the difference, it could be a relevant factor, right?
A. It could be.
Q. Okay. And then just for medroxyprogesterone acetate, if you could turn to the last page of the Thomas article, it's page 311.
A. Okay.
Q. The second paragraph starts, "MPA" -- that's the medroxyprogesterone acetate --
A. Right.
Q. -- right?
A. Yes.
Q. It says, "MPA, like dexamethasone and aldosterone, increases the abundance of alpha ENaC1 and sgk1 in cultured CCD cell lines," right?

Page 220

A. Yes, right.
Q. And then it says, "Yet, this increase in gene expression is not sufficient to increase sodium transport in these cells," right?
A. Right.
Q. And similarly down in the summary, the last paragraph, it says in the third sentence, "Unlike dexamethasone and aldosterone which increase sodium transport in CCD cells via glucocorticoid receptor and mineralocorticoid receptor, respectively, we could not demonstrate a significant effect of medroxyprogesterone acetate on sodium transport," correct?
A. That's what it says, yes.
Q. Okay. So this study in Thomas, it did not find that medroxyprogesterone acetate had a significant effect on sodium transport, correct?
A. That's correct.
Q. Okay.
A. If they had used a higher dose, they might have found it.
Q. They might have, they might have not, right?
A. That's right. It could go either way.
Q. And even if they did, since we don't know how the GR activity of MPA compares to the GR activity of LNG, that may or may not have any -- that may or may not

Page 221

have any relevance to LNG, right?
A. Right. But what this article did for me was it kind of brought into play another line of evidence that a progestin can stimulate a glucocorticoid receptor and get a sodium channel in response, and further experimentation, higher doses, could reveal, possibly, enhanced sodium transport. But the big thing here is the sodium channel induction, which is the rate limiting the big step in sodium transport, very encouraging work.
Q. Okay. So now on page 26 of your report, if you could turn there, do you see on page 26 that you cite reference number 160, a study by Toscano, et al., in the third paragraph?
A. Yes, yes.
Q. Okay. And you cite Toscano for the proposition that serum estrogen levels in some PTC, IIH patients were normal, even though those same patients had imbalanced estrogen levels at the cerebral CSF level, correct?
A. Right, yes.
Q. Based on our conversation earlier, I understood you to be saying that there's no point in drawing a distinction between serum levels and cerebral CSF --
A. Not --
Q. -- levels --

Page 222

A. Not for -- go ahead.
Q. -- because -- because for estrogen, it shouldn't matter because it has access to the basolateral receptors in the choroid plexus without having to cross -- having to cross the choroid plexus, so it really shouldn't matter whether you're talking about serum levels or CSF levels, right?
A. Correct.
MR. ROCKSTAD: Object to form.
A. Yes.
Q. (By Mr. Baum) So what's the relevance, then, that Toscano found normal serum estrogen levels in PTC patients and yet imbalanced levels in the CSF?
A. I don't know what the exact explanation for this. I'd have to get the context of so many other factors in the experiment.
Q. And I'm not asking you about the experiment right now. I'm asking you what relevance is it to put into the -- into your report that the serum levels of estrogen were normal in PTC patients but were imbalanced in the CSF when you said that the serum level is really the important level anyways?
A. Well, it could be that the receptor -- it could be some kind of receptors on the other side of the cell that could influence CSF formation on the CSF side.

Page 223

And, therefore, in some situations, which in the CSF were ligand, potentially could be important in affecting what goes on in the cell for forming fluid.
Q. Okay. So CSF levels may, in fact, be relevant to this question, not just serum levels?
A. If there -- if there are receptors on the apical membrane, the CSF side, and I'm not sure if that's been looked at yet. I can't -- yeah.
Q. So why did you put this sentence in your report and why did you cite Toscano? I guess that's what I'm trying to get at here? What is the relevance of this sentence in your report?
A. Well, I guess I was trying to be fair and balanced. I mean, it's not substantiating evidence, but it is perhaps evidence that, you know, should be considered in the total scheme of things.
Q. Okay. You said "trying to be fair and balanced." When you talked about Toscano you only mentioned the estrogen results, right?
A. That's correct.
Q. But Toscano also measured progesterone and androgen levels, right?
A. Yes.
Q. And so in all fairness and all fair balance --
A. That's correct.

Page 224

Q. -- we should look at those as well, right?
A. That's right. I agree.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Okay. But you don't discuss those in the report, right?
A. That's correct.
(Exhibit 23 marked for identification.)
Q. (By Mr. Baum) Okay. So why don't we look at what Toscano found for all of the hormones. Let me hand you what I've marked as Exhibit 23. This is the Toscano publication, right?
A. Yes.
Q. And it compared patients with pseudotumor cerebri to normal controls, right?
A. Yes.
Q. And if we look in the abstract, for example, and I'm just going to point you to the general area to help you.
A. Yeah, good, yeah, good, yeah.
Q. As you say in your report, the estrogen levels in the plasma or serum were normal, but in the CSF, the estrogen levels were increased, right?
A. Yes, that's correct.
Q. Okay. But what about the androgen levels? The androgen levels were markedly, they say, decreased in

Page 225

the CSF, right?
A. Uh-huh.
Q. Yes?
A. Yes, that's right, yeah.
Q. So how does that -- how does -- I guess, strike that.
So if it's meaningful that the estrogen levels were increased in the CSF, but androgen levels were decreased in the CSF, what does that tell us, if anything?
A. Well, the model that I have is focusing on the basolateral membrane, that's the plasma-facing side, and most of the measurements for the ligands come from serum samples. There are much -- there are far few or less CSF samples for the evidence. I agree with your, I guess, implication; yes, we should have CSF models for getting CSF along with serum samples, because I think you get a, you know, better picture of the total situation.
So, but as far as CSF formation goes, it's the events that transport phenomena at the plasma face that are really critically important. That's the first step in moving the solids, ions, sodium, from the blood into the choroid cell. That's the rate-limiting step.
Q. Okay. But that takes me back -- so that takes me back to wondering why you're referencing the CSF

Page 226

level at all in your report if it's the plasma level that's the rate-limiting step when it comes to effects on CSF formation rate?
A. Well, I don't think we can discard the CSF data. We may not understand it now, because we don't have enough information, but I think it's more evidence -- not evidence, but it's more data to contribute to a model.
Q. Okay. And so when it comes to androgen levels, the study you cite for estrogen levels being increased in CSF finds that androgen levels are decreased in the CSF of PTC patients, right?
A. Yeah. I'd like to know what the extent of the decreased was, like a 5 percent or 80 percent? I mean, that would be very important to know that.
Q. Okay. Well, the article is in your binders.
A. Yeah.
Q. I'm sure you'll have every opportunity --
A. Yeah.
Q. -- to look at that, to the extent you haven't already, but for now I'm going to ask you some more questions because they also looked at progesterone, right?
A. Yes, right.
Q. Okay. So if we look at page 83 for the

Page 227

progesterone results, the second sentence of "Results" says that "plasma hormone levels were comparable in controls and in patients affected by PTC," right?
A. Yes.
Q. That includes the estrogen levels, the androgen levels, and the progesterone levels, right?
A. Right.
Q. So these PTC patients didn't have reduced progesterone levels in their plasma, right?
A. Yes.
Q. And as you've said, it's the plasma levels of progesterone that are the rate-limiting step and the important levels when it comes to effects on CSF production rate, right?
A. Right, but that doesn't mean the CSF side of the cell couldn't also impact upon it, yeah.
Q. I understand that, but --
A. Right.
Q. -- you know, it either needs to be that the plasma level is the most important or that the CSF level is the most important or that we don't know.
MR. ROCKSTAD: Objection.
Q. (By Mr. Baum) So all I'm asking you is --
A. Yes.
Q. -- which is your position, that the plasma

Page 228

level is the most important when it comes to hormones and CSF production rate, the CSF level is most important, or we don't know which is most important?
A. Well, most of these steroids are lipid soluble so they should shoot right through the cell into the CSF.
Q. I understand that reasoning, and yet this study is showing us that while the levels were normal in the serum for estrogen, they're increased in the CSF, and while they're normal for androgen in the serum, they're decreased in the CSF, right?
A. Yeah, it's more for a more total, complete model, what's going on in the choroid cell epithelium. We know very little about what's going on in the CSF and the brain. We know very little of the plasma, the serum, which is one compartment. And I think it's an important compartment, possibly the most important compartment, but we can't ignore all the other compartments, like in the choroid cell itself, its ability to generate cortisol. That new clinical trial, they're trying to prevent the formation of cortisol in the choroid plexus cell, not in the serum, not in the periphery, but in the choroid cell. So when we look at CNS compartments, choroid cell, CSF, brain, is there might be potential contributors. It's more -- it's a

Page 229

more complete model.
At this point in time, the data is much -- there's many more data for the serum for hormones than for the CSF, and it's really -- plus the rate-limiting step, I think, is important. So those are the two reasons why I'm kind of biasing the plasma membrane, because that's where the receptors are, but at the same time we can't rule out the other compartments in the CNS, their hormones, their ligands, as having -- and in the choroid plexus itself, to having -- to have an effect. You got to look at the complete picture.
Q. Okay. So we shouldn't ignore the CSF levels, right?
A. Oh, I agree, yes.
Q. But we also shouldn't ignore the serum levels, right?
A. Oh, for sure.
Q. Okay. And when it comes to serum levels, the Toscano study shows that for androgen, estrogen, and progesterone, the serum levels were similar in PTC patients as in normal controls, right?
A. Yeah, I'd like to see more data for the PTC patients, what other factors they have going on, medications, or whatever they're taking.

Page 230

Q. Be that as it may, this was one of the studies you chose to rely on, right?
A. For completeness.
Q. Okay.
A. And it may not support the plasma membrane or the basolateral membrane, but it's part of -- I thought it was kind of interesting that there was a change in the CSF but none in serum. I think that opens the door for opportunities to look at central nervous system steroids and ligands and receptors in their role as well as the serum side on the basolateral membrane. It's a more complete picture. And it certainly doesn't make or break my argument, for sure. It's just for thoroughness.
Q. Okay. And just so that we can summarize the results in the plasma and the CSF in Toscano, am I correct that when it comes to plasma, testosterone -- I'm sorry -- androgen, estrogen and progesterone levels were similar between PTC patients in normal controls, right?
A. Yes.
Q. And when it comes to CSF, the estrogen levels were increased, the androgen levels were decreased and the progesterone levels were similar when you compare PTC patients to normal controls?

Page 231

A. Right, okay.
Q. This study came out in 1991, right?
A. Yes.
Q. That was before Mirena was available on the market; is that correct?
A. That's my understanding, about 2001 or so for Mirena, something like that, early 2000s.
Q. But in all fairness, this study was in Italy. It may have been available earlier in Italy, but do you have any basis to say that Mirena was available for use at the time that this study was conducted?
A. There could have been some other progestins in there.
Q. Do you know if any LNG-containing IUD was available for use in Italy when this study was conducted?
A. I don't, but it doesn't really affect the substance of my argument at all.
Q. And Toscano found that these imbalanced hormone levels in PTC patients existed even in women not using an LNG IUD, correct?
A. Yes.
Q. Okay. Then at page 25 of your report, if you could turn to Figure 10 for me?
A. Yes.

Page 232

Q. This is one that we've looked at before and discussed, but I wanted to ask you a question about the text in the legend that accompanies it. Okay?
A. Right.
Q. So in that text it says, about two-thirds of the way down there's a sentence that reads, "The overall endocrine effect of LNG is to unbalance the normal hormonal profile so that serum androgen, estrogen and insulin increase while progesterone decreases in the blood supply to choroid plexus," correct?
A. Right.
Q. Putting aside LNG for the moment, are there other things that you say can cause that same shift in hormone levels with serum androgen, estrogen and insulin increasing and progesterone decreasing?
A. That would be the PCOS syndrome, polycystic ovary.
Q. Okay. Anything else that can cause that same shift in hormonal profile?
A. I would say the fat tissue.
Q. So obese --
THE REPORTER: The what?
THE WITNESS: Fat --
MR. BAUM: Fat tissue.
THE REPORTER: Okay.

Page 233

Q. (By Mr. Baum) So obesity can cause the unbalance of the normal hormonal profile so that serum androgen, estrogen, and insulin increase while progesterone decreases, correct?
MR. ROCKSTAD: Object to form.
A. In --
MR. ROCKSTAD: Mischaracterizes his testimony.
A. In sensitive women, also sensitive to too much androgen. I think the androgen is a big part of the story here.
Q. (By Mr. Baum) You mentioned this sensitive -- sensitive women again or sensitized women again. You had mentioned that before with respect to LNG, right?
A. Yes, right.
Q. And you had said, well, in some women, LNG can have these effects but not --
A. Yes.
Q. -- not in all women, right?
A. Right.
Q. And the same would be true for obesity, that in some women, obesity can cause this unbalance of the normal hormonal profile, but not necessarily in all women, right?
A. Yes.

Page 234

Q. Okay. So the sentence that I just read to you from the legend where you say, "The overall endocrine effect of LNG is to," would it be equally true if that sentence said, "The overall endocrine effect of obesity is to," and completed the sentence the same way as it's written?
A. It would be.
Q. Okay.
A. But I think the point I'd like to make is that LNG as an androgenic material affects the fat metabolism. So you could have two effects going on, on obese people. One is kind of a baseline up for these problems with the profile that's distorted here. And then on top of that you have the LNG insult, which further aggravates or exacerbates the problem and makes this profile even more intense and adverse.
Q. Okay. And one way that somebody could put that hypothesis to the test through clinical data would be to see if there was a difference in PTC rates between obese women who use Mirena and obese women who don't use Mirena, right?
A. (Witness nods head yes.) Yep.
Q. Okay. Now, is it your view that the increased estrogen on top of the increased androgen further compounds PTC risk?

Page 235

MR. ROCKSTAD: Objection; form.
A. I don't think that there's -- I think the androgen and progesterone story is the big story here. Estrogen, it's not likely to go up so much. I mean, it does in PCOS, I believe, and in obesity. But -- I think the main point here, I have a arrow up for the E here, estrogen. And I think it's more estrogen dominance relative to progesterone with LNG; you lose -- the progesterone drops. That increases the activity or the dominance ratio of estrogen to progesterone. And I think that's -- that's an important story about the estrogen is its relationship to the amount of progesterone, which they kind of counter each other and balance each other out.
Q. (By Mr. Baum) Okay. So as I understand you're saying that the LNG can reduce the progesterone, right, or create a progesterone deficiency I think is how you phrase it, right?
A. Yeah, well, a serum lower level, right.
Q. Okay. But if you were then to -- say the patient's got LNG in their -- in their serum and say that you're right, that the progesterone level goes down as a result of the LNG -- are you with me so far?
A. Yes, right.
Q. And then you were to add exogenous estrogen

Page 236

into that patient as well, would that -- wouldn't that further imbalance the estrogen/progestin balance, ratio in that patient?
A. It would appear to, yes.
Q. And so wouldn't that under your mechanisms that you articulate, wouldn't that be even a greater risk for PTC than just giving LNG alone without the additional estrogen?
MR. ROCKSTAD: Object to form.
A. It depends upon so many things, the form of estrogen, the dose of estrogen. I can't say.
Q. (By Mr. Baum) In forming your opinions, did you consider any literature on LNG plus estrogen contraceptives in PTC?
A. At one place I referred to the LNG and estrogen together.
Q. So you -- you're saying in your report you referred --
A. I believe. As I recall, I think I did mention that, yes.
Q. Okay. So you think that there's a -- there's something in your report about contraceptives that include both LNG and estrogen in their relationship to PTC?
A. Right, there could be. I know I read about it.

Page 237

Whether I actually incorporated it as part of this 197 list, I --
Q. Okay.
A. -- can't say for sure.
Q. Let's talk about not the androgen mechanism theory but just androgen levels and the effect of LNG on androgen levels. Okay?
A. Right.
Q. So as depicted in this -- or as articulated in Figure 10's legend, you say that LNG has the effect of increasing serum androgen levels, right?
A. Yes.
Q. Okay. Have you ever published or submitted an article that says that LNG increases androgen levels?
A. I have not.
Q. Have you ever -- strike that.
Can you identify any study conducted by somebody else where LNG was used, and they found that serum androgen levels increased?
A. I think the Darney report covers that.
Q. The what?
A. The Darney report.
Q. So you think that the Darney -- strike that.
The Darney report you're referring to, another expert report submitted in this litigation on

behalf of the plaintiffs, right?
A. Yes, I am, right.
Q. And you think that in the Darney report, he discusses studies where Mirena was tested and serum androgen levels were found to increase?
A. Yes.
Q. Okay. Other than the Darney expert report submitted in this litigation, can you identify any peer-reviewed publication -- strike that.
The Darney report is not a peer-reviewed publication, right?
A. Right, right.
Q. Okay. Can you identify any --
A. Excuse me. It summarizes many reports, so even though Darney doesn't have the original report, he's using his wisdom, gained over many years, to interpret the literature, other papers, other labs, that do make their measurements, so I think that the Darney report has to be taken seriously.
Q. So do you defer to Dr. Darney on the accuracy of the contents of his report?
A. In regard to the androgen levels and the serum, I do.
Q. Okay. You certainly don't cite any studies in your report where Mirena was tested or LNG was tested


and androgen levels were found to increase, correct?
A. That's correct.
Q. Did you look in the medical literature for published studies on the effect of LNG on serum androgen levels?
A. I did literally thousands of searches on PubMed and I can't say for sure that I did, but I was pretty exhaustive on quite a -- did a wide spectrum of searching, so...
Q. Well, I'm trying to understand. You make the statement in your report that LNG increases serum androgen levels, right?
A. Right.
Q. You don't cite to Dr. Darney's report in your report, right?
A. I don't, but I read the material and -- if I cited everything that -- like, for example, like you said, I'd have 3- or 400 references, so at some point there's a practical -- and I agree, it's important. I'm not arguing that point.
Q. You told me before that you didn't read Dr. Darney's report until after you finished your report, right?
A. That's correct, yes, correct, yeah.
Q. Okay. So it's not that you just decided --


A. But I read some of his papers, no.
Q. It's not that you just decided not to cite Dr. Darney's report as number 198 on your list of references, you hadn't reviewed Dr. Darney's report at the time you submitted a report saying that LNG increases serum androgen levels, right?
A. Not his -- not his report, but I had -- I distinctly remember the name Darney in reading some of the papers that I did in the fall. And, very well, I could have read one his papers and had that in my mind as a factor.
Q. Do you think that Dr. Darney had -- let me just make sure I understand this. You think that Dr. Darney may have published a study that measured androgen levels in LNG users?
A. His report certainly gives that information. I'm not responsible for his report.
Q. I'm trying to understand the basis for the statement in your report, and since you didn't read Dr. Darney's report until after you wrote your report, can we agree that Dr. Darney's report was not the basis for your statement in your report?
A. That's correct, yes.
Q. So coming back to what the basis was for the statement in your report, can you identify for me any


study that has tested LNG's effects on serum androgen levels and found that LNG causes serum androgen levels to increase?
MR. ROCKSTAD: Objection; form.
A. I can't recall.
Q. (By Mr. Baum) You said that -- you talked about PubMed and what a great resource it is, and that it has 27 million articles --
A. Yes.
Q. -- on it, right?
A. Exactly.
Q. Did you ever type in "levonorgestrel serum androgen" into PubMed?
A. It's very possible and that I just didn't record it.
(Exhibit 24 marked for identification.)
Q. (By Mr. Baum) Okay. Let me show you what I'm marking as Exhibit 24, and this is an article by Kovalevsky, titled: "Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function," right?
A. Yes.
Q. If you were type in "levonorgestrel serum androgens" on PubMed, this is the seventh hit that returns.

Confidential - Subject to Protective Order



A. Okay.
Q. You don't recall seeing this article; is that right?
A. Let me study the abstract, please.
Q. Sure.
A. (Reading.) Okay. I've finished the abstract.
MR. ROCKSTAD: Having read the abstract, if you need to read the full article, if you've not seen it, feel free to do that as well.
THE WITNESS: Sure, okay.
MR. BAUM: Do you still need to put meter money in?
THE VIDEOGRAPHER: (sotto voce)
Q. (By Mr. Baum) Why don't -- if you're going to read -- is your intention to read the entire article right now, sir?
A. Not the whole thing, but I'm just trying to --
Q. If that's your intention, that's fine. I'm not telling you, you can't.
MR. BAUM: If it is, then let's kill two birds here and have him put the money in the meter.
MR. ROCKSTAD: That's fine.
THE WITNESS: That's fine, yeah, sure.
MR. BAUM: Let's go off the record.
THE VIDEOGRAPHER: Going off the record.



The time is 3:36.
(Recess.)
THE VIDEOGRAPHER: Back on the record. The time is 3:42.
Q. (By Mr. Baum) Doctor, you've had a chance to review the Kovalevsky article that's been marked as Exhibit 24, correct?
A. I have.
Q. Now, this study used an LNG-only subdermal implant to study the effects of LNG on serum androgen levels, correct?
A. Right.
Q. Okay. And as you know from having just reviewed the article, the serum androgen levels either went down or did not change with LNG exposure, correct?
A. Except the free testosterone did not change.
Q. Right, I said --
A. It's very important, yeah, it didn't decrease like the total did.
Q. Right. So the serum androgen levels either went down or did not change, but not a single measure of serum androgen level went up, correct?
A. It's the free one -- yeah, okay, yes.
Q. Okay. And then if you go to the "Discussion" session on page 2001, actually, you know what, we



can -- why don't we skip ahead. I'll skip that sentence, but still on -- go to 2001, the discussion.
A. Yes, got it.
Q. And in the second paragraph of the "Discussion" section, first they tell us about the results, right, that the levels either went down or did not change, right?
A. That's correct, yes.
Q. And then they say, "These data are similar to those previously reported," and they cite three more published studies, right?
A. Yes.
Q. Do you have any basis to contest that those three studies, like the Kovalevsky study, found that LNG did not increase serum androgen levels?
MR. ROCKSTAD: Object.
A. No.
Q. (By Mr. Baum) Can you identify any study that tested LNG and found that it increased any serum androgen level?
A. I think I'll have to refer back to the Darney literature paper that I recall that I read. It was in my mind, but I just -- I guess I just didn't put his point of view into the report here.
Q. And are you, again, are you talking about his



expert report or some study that he conducted?
A. The expert report, yes, expert, yeah.
Q. Okay. So let's cut it in time to the time when you finalized your report and said that LNG increases serum androgen levels. As of the time that you -- at the time you wrote that in your final report, had you reviewed any study that tested LNG and found that it increased serum androgen levels?
A. I'm trying to think if I may have one in this list of 197 references here.
Q. Do you cite any studies when you make the statement that LNG increases serum androgen levels?
A. Not in this box but there may have been in another part of the report. I can't rule that out.
Q. Other than what's cited in this report -- strike that.
So as you sit here today, you can't identify a study that you included in your report that measured LNG's effects on serum androgen levels, right?
A. Well, I'm going through the list here to make sure that I -- that I haven't cited one or that I did cite one.
Q. And while you're going through the list, look for CSF levels, as well, so any study that tested LNG

Page 246

and found that it increased serum androgen levels or CSF androgen levels.
A. (Reading document.) Okay. Let's talk about it.
Q. So having just gone through all of the references in your report, can you identify any study that tested LNG and found that it increased either serum or CSF androgen levels?
A. Not in this list, but one of the -- some of the papers I read may have discussed the problem, and then I inadvertently didn't include it in the list. For example, there's a paper by Jarvela, the effect of LNG on uterine blood flow, hormone concentrations, ovarian cysts in fertile women.
Q. What number entry is that on your list?
A. 150.
Q. Okay. Other than 150, which you say may have discussed serum androgen levels, any other article on your reference list that you think may have looked at serum androgen levels?
A. Here's one, 152, "Effects of levonorgestrel on reproductive hormone levels and their receptor expressions in Mongolian gerbils."
Q. In Mongolian?
A. Gerbils.

Page 247

Q. And who's the lead author of that?
A. That would be Lv, that's his last name, L-v, Lv.
Q. Anything else, you think?
A. There could be some other titles here that don't have LNG in the title but -- or androgen, but they could have been measured, so. But the point is, I've never -- the paper that you put in front of me, I've never seen that paper.
Q. Right, that one --
A. Yeah.
Q. -- that one actually did study the effects of levonorgestrel --
A. Exactly, yes.
Q. -- on serum androgens, right?
A. I didn't see that one.
Q. And it refers to three other published studies that also looked at that --
A. Right.
Q. -- and at least according to these authors had similar --
A. Right.
Q. -- results, right?
A. Right.
Q. And as you sit here today, you're unable to

Page 248

point me to an article that you know tested LNG and found that it increased serum or CSF androgens, right?
MR. ROCKSTAD: Object to form.
A. Well, I'd have to refer back to the Darney expert report, not that I read it in the time frame that you're referring to it, but I know I read some of his papers back in the fall and perhaps there was a key one I inadvertently didn't put in the list here.
Q. (By Mr. Baum) Well, so there's nothing I can do to -- I can't identify references you didn't -- you didn't list.
A. I understand that, sure, yes.
Q. So the best I can do is ask you: Did you cite any article for the proposition that LNG increases androgen levels? Or ask you: Is there a specific article that you didn't cite but you're relying on for the proposition that LNG increases androgen levels? That's kind of the limits of what I can --
A. Yeah.
Q. -- I can do.
A. Yes.
Q. So I've asked you: Can you identify -- so a new question: I've asked you: Can you identify a study that tested LNG and found that it increased serum androgen levels that served as the basis for this

Page 249

statement in your report?
A. There could be something in this 197 reference list here that makes the point. It's not in the title. Maybe not even in the abstract. Unlikely, granted, but it is a possibility. So I will not say absolutely that I --
Q. Okay.
A. -- did not cite the evidence. That's the best I can do it.
Q. You can't definitively rule out that you cited anything, but you also --
A. Sure.
Q. -- can't tell me with any assurance that you did cite anything?
A. That's correct, yeah, right.
Q. Right?
A. Yeah, yeah.
Q. And then the Darney report, am I -- I want to make sure I understand your testimony earlier today. I thought you said that you're not relying on other experts' reports for your own opinions. Are you relying on Dr. Darney's report now for your opinions?
MR. ROCKSTAD: Object to form.
A. It's not his report, per say. It's the information in it that I could have read in a paper or

Page 250

two last fall, and I neglected to cite it.
Q. Okay. But so, as we sit here today, there's nothing that I can find in your -- there's nothing that I can --
A. Yeah.
Q. -- see in your report where you're citing --
A. Yeah.
Q. -- citing LNG --
A. Sure.
Q. -- increases androgen levels, right?
A. Yeah, you can't find it.
Q. Okay. Well, that's all I can do with this. And you would agree that the findings of the Kovalevsky study that we do have would not support the idea that LNG level -- LNG increases serum androgen levels, correct?
A. That's correct.
Q. Okay.
A. Based on the patients that he used. So, once again, there's all kinds of patient populations. One has to be very careful, so...
Q. Okay.
A. I have to qualify with that.
Q. Sure. On page 26 of your report, if you could turn there?

Page 251

MS. NATALE: Page?
MR. BAUM: Page 26.
Q. (By Mr. Baum) There's a statement in the second to last paragraph, second to last sentence of the second to last paragraph --
A. Yes.
Q. -- that says, "Sex hormones compete for binding to SHBG;" --
A. Right.
Q. -- "so the more LNG that is bound to SHBG should increase circulating endogenous androgens." Do you see that sentence?
A. Yes.
Q. Now, is that sentence referring to unbound serum androgen or free androgen?
A. Yes, right.
Q. Now, have you tested whether -- strike that. I think that's covered by my other questions.
New question: Can you identify any study conducted by anyone in which LNG was tested in humans or animals and the free androgen levels were found to increase?
A. It's possible the information is in this long list of references someplace.
Q. Okay. But as you sit here, you can't point

Page 252

me to a particular article?
A. I cannot.
Q. Okay. I mean, as we saw in the Kovalevsky study, the free androgen level did not increase with LNG exposure, correct?
A. Yep.
Q. So let's talk about insulin. You've identified that as a relevant factor --
A. Yes.
Q. -- during our discussion today, correct?
A. Right.
Q. In your report you say that elevated insulin levels more likely than not cause or contribute to pseudotumor cerebri by increasing sodium transport into the CSF --
A. Right.
Q. -- which then increases CSF pressure, right?
A. That's correct, yes, sir.
Q. Okay. That ability of elevated insulin levels to cause or contribute to pseudotumor cerebri, that would be true no matter what caused the patient to develop elevated insulin levels, right?
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) You can answer.
A. Yeah.

Page 253

Q. Yes?
A. Yes.
Q. In other words, whether it's somebody's diet that causes them to have elevated insulin levels or their genetics that causes them to have elevated insulin levels or obesity that causes them to have elevated insulin levels, that's the effect of insulin when it comes to sodium transport in the choroid plexus, right?
A. It is, yes. To fit my model, it would have to be that way, yes.
Q. Okay. But in your report you have this statement -- I mean, I will show it to you. On page 17 you have this statement that says, "Hyperinsulinemia attends Mirena patients." Do you remember that statement?
A. Yes, it sounds familiar.
Q. Okay. If you want to -- if you want me to point you to it, I'm happy to do so.
A. Right.
Q. On page 17, it's, like, the middle of the page on 17, it's the second paragraph in the "Insulin" section.
A. Yes, okay.
Q. Do you see, "Hyperinsulinemia attends Mirena patients"?

Page 254

A. I see that.
Q. What do you mean when you say, "Hyperinsulinemia attends Mirena patients"?
A. Occurs, yeah.
Q. Okay. So some Mirena patients have hyperinsulinemia, right?
A. Yes.
Q. Are you -- when you make that statement, are you -- are you taking the position that Mirena causes hyperinsulinemia?
A. It causes increase in weight, which then leads to problems with glucose metabolism, insulin resistance, and then the -- the reactive -- or secondary hyperinsulinemia.
Q. Okay. We'll talk about Mirena and weight gain in a couple of minutes.
A. Right.
Q. And so to the extent that you're saying Mirena causes insulin levels to increase because it causes weight to increase, we'll address that then. Okay?
A. Okay.
Q. Apart from weight gain, are you saying that Mirena can cause insulin levels to increase otherwise?
A. I would think that would -- let's see. There was an article I recorded here that said that one of the

Page 255

progestins increased secretion of insulin from the pancreas, I believe. Increased secretion in insulin.
Q. Okay. Do you know if that was LNG?
A. I think it was.
Q. All right. Well, I'll see if I can find that as we go through.
Let me ask you this. New question: Have you seen any study that tested whether Mirena users developed elevated insulin levels at greater rates than, you know, matched patients, so matched on weight, obesity, who don't use Mirena?
MR. ROCKSTAD: Object to form.
A. Yes, I wish that kind of information were more readily available. I think the people who sell these LNG products should be analyzing things like that because I think it's important.
Q. (By Mr. Baum) Do you know whether Bayer measured insulin levels in their clinical trials for Mirena?
A. I did not inspect their clinical trial data.
Q. Okay. So, you're not suggesting to the jury in this litigation that Bayer didn't measure insulin levels in their Mirena clinical trials, right, because you don't know --
A. Yeah, that's right.

Page 256

Q. -- one way or another, right?
A. Yeah, that's true, yeah.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Okay.
A. But I've seen on the label that, the Mirena label, that insulin metabolism, glucose, whatever, carbohydrates, that's a risk or a problem. I've seen that on the label.
Q. And so the -- on that document that I was given today of additional materials, that had the 2017 Mirena label; is that what you're talking about?
A. I don't know what year it was.
Q. Do you recall reviewing any Mirena label other than the one that's been disclosed on Exhibit 4 today, which was the 2017 Mirena label?
A. I've gone online to review a lot of the stuff. I haven't recorded it, but just for my information. Yeah, I believe that's when I saw it.
Q. Do you know if the current FDA-approved label for Mirena has any statement along the lines that you just suggested?
A. I don't know that.
Q. Okay. So going back to my question, have you seen any study where Mirena users developed elevated insulin levels at greater rates than a control group?

Page 257

MR. ROCKSTAD: Doctor, if you need to look at your report --
THE WITNESS: Okay.
MR. ROCKSTAD: -- your welcome to look at your report.
A. (Reading report.)
(Discussion off the record.)
Q. (By Mr. Baum) On page 27 of your report, if you look at your report just for context, sir.
A. Sure.
Q. Page 27.
A. Sure.
Q. Okay. So look for that section called "Hyperinsulinemia." Do you see that?
A. I have it, yes.
Q. Okay. Now, do you see in the second paragraph it says, "Can hyperinsulinemia in progestin recipients result from enhanced secretion of insulin?"
A. Yes. Right.
Q. "Some authors found that LNG induces secretion of pancreatic insulin." That's what you're referring to, right?
A. Yes, right, uh-huh.
Q. So if you look at the reference for 171, that was in oral contraceptive users, right?

A. Okay.
Q. So those were not Mirena users, right?
A. Right.
Q. Do you know if any of the oral contraceptives that were tested in reference 171 contained levonorgestrel?
A. I think it did, yes.
Q. So you -- okay.
A. Been a while since I've read the article, but I think it did.
Q. All right. So you -- okay. Well, the article either says that it included levonorgestrel or it doesn't, right?
A. Of course, of course.
Q. And if it doesn't say it included levonorgestrel, do you have any basis to say that it did?
A. No.
Q. Okay. And then in the next sentence it says, "This effects seems most profound" or -- "most profound in obese or otherwise predisposed individuals." And you cite to reference 172, which is the Bender study I just handed you. Okay?
A. Yes.
Q. And at the end of the paragraph you say, "As



Bender and others have found, LNG may induce a state of relatively high insulin in serum," right?
A. Yes.
(Exhibit 25 marked for identification.)
Q. (By Mr. Baum) Okay. So let's look at Bender, which I just handed you, marked as Exhibit 25, and this is the study that you say found that LNG may induce a state of relatively high insulin in serum, right?
A. Correct.
Q. If we look in the "Introduction" section, the second sentence in the "Introduction" section. Let's start there. It says, "Compared to normal-weight women, obese women have an increased risk of developing hypertension, Type 2 diabetes mellitus, and the cluster of obesity-related conditions known as the metabolic syndrome," correct?
A. I see it.
Q. And you would agree with that statement, right?
A. I do.
Q. And it goes on to say, "As complications of pregnancy occur more frequently in the obese population than in normal-weight women, the need for effective long-acting reversible contraception is of extreme importance," right?
A. I see that.



Q. And you would agree with that --
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) -- statement too, right?
A. Reversible, yes, long-acting, right, okay.
Q. And you would agree with that statement?
A. I don't know if I would. I wouldn't say I disagree with it. I would have to think about it in context and read other literature and get some perspective on it before I would pronounce "yes" or "no."
Q. Okay. So you don't know whether you agree or disagree with the it, as you sit here, right?
A. That's correct, yeah.
Q. Okay, fair enough. Now, the Bender study compared a number of metabolic markers, including insulin in obese women using Mirena, obese women using the etonogestrel subdermal implant --
A. Right.
Q. -- and obese women using nonhormonal contraceptives, right?
A. Yeah, yes.
Q. Okay. And is the -- the results in the abstract tell us they had eight women using normal -- nonhormonal contraceptives, eight women using the etonogestrel subdermal implant, and nine women using an LNG IUS, right?



A. Yeah.
Q. So that's a total of 25 patients, right?
A. Yes.
Q. And nine of whom were using the LNG IUS, right?
A. Yes.
Q. Okay. Okay. So if we want to look at the results, we can turn to Table 3 on page 422.
A. Oh, yes.
Q. And they list 14 different metabolic markers that they tested in this study, right?
A. I see them.
Q. And of the 14 different metabolic markers tested, for 13 of them, there was no significant difference between Mirena users and users of nonhormonal contraceptives, right?
A. Yes.
Q. Yes?
A. I want to make sure. I think so, but repeat this, so I want to make sure before I agree to it. Repeat your question, please.
Q. Sure. Of the 14 metabolic markers that they tested --
A. Right, yes, I see.
Q. -- 13 of them, they found no significant difference between Mirena users and users of nonhormonal

Page 262

contraceptives?
A. Right, there was just one at the .01 level. I see that. The rest were not, yes.
Q. And one of the markers that was not different between Mirena users and users of nonhormonal contraceptives was the insulin level, right?
A. Yes.
Q. And we know that because on that same page, if you look up in the text right above the -- right above the table, it says, "No statistically significant differences in fasting insulin levels occurred," right?
A. I see that, yes.
Q. Okay. Now, so the Bender study did not find that LNG induces a relatively high insulin in serum, right?
A. Yes.
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Correct?
A. The Bender, right, yeah.
Q. So when you say, "As Bender and others have found, LNG may induce a state of relatively high insulin in serum," what are you referring to in the Bender study?
MR. ROCKSTAD: Object to form.
A. Where is this page, 27?

Page 263

Q. (By Mr. Baum) Yeah, 27. It says, "As Bender and others have found, LNG may induce a state of relatively high insulin in serum." Do you see that?
A. I do see it, yes, right.
Q. That's a statement in your report.
A. Right.
Q. And when we look at the Bender results, Bender says there was no statistically significant differences in fasting insulin between the Mirena users and the users of nonhormonal contraceptives, right?
A. Yes.
Q. And so what I'm asking you is: What are you referring to in your report when you say that Bender found that LNG may induce a state of relatively high insulin in serum?
MR. ROCKSTAD: Object to form.
A. I'm wondering if this is Bender. There should be -- there should be a number there for the Bender work, and I don't see a number. I should have put one in, but I'm not sure that the Bender report --
Q. (By Mr. Baum) It's 172. You put the number up higher in the --
A. Oh, I see, yeah.
Q. -- in the paragraph.
A. Yes.

Page 264

Q. It's 172. And if you look in your reference list, 172 is --
A. Yeah.
Q. -- the Bender study.
A. Yeah, okay.
MS. NATALE: I think the context has gotten a bit attenuated.
Q. (By Mr. Baum) That's okay, go ahead. So the Bender study that you have in your hands is the study that you say in your report found that LNG may induce a state of relatively high insulin in serum, correct?
MR. ROCKSTAD: Object to form.
Be sure you read the context.
A. Okay. Let's look at Bender again here. (Reading document.) Okay, yeah.
Q. (By Mr. Baum) Okay. So the only question that was on the table right now is --
A. Yeah.
Q. -- is the Bender study that you were just looking at, that's marked as Exhibit 25 --
A. Right.
Q. -- is that the study that you say, "Bender and others have found, LNG may induce a state of relatively high insulin in serum"?
MR. ROCKSTAD: Objection; form.

Page 265

A. I think it is. Again, there's -- I don't have a number down there. I may have had another article that I should have a number with. So I can't say.
Q. (By Mr. Baum) Do you know if you have any other article by Bender on your materials list?
A. I don't know. I'd have to go through the list.
Q. Okay. But we do know that you have an article by Bender that you cite in the same paragraph, right?
A. Exactly.
Q. And that study did look at the effect of LNG on insulin levels, right?
A. It did.
Q. And it did not find that it increased insulin levels, right?
A. Right.
MR. ROCKSTAD: Objection; form.
Q. And of the 14 markers measured, the only thing that was elevated was fasting glucose, right?
A. Yes.
MR. ROCKSTAD: Objection; form.
Q. (By Mr. Baum) And for the Mirena users, the change in fasting glucose went from -- if you want to look at Bender, I'll give you this. If you look at Table 1 was baseline. I'm going to have you use your copy in front of you.

Page 266

A. Okay.
Q. If you look at Table 1, it gives us the baseline fasting glucose in Mirena users. Sorry, LNG-IUS users. You see that it was 88.0 fasting glucose in LNG-IUS users --
A. I see it, yes.
Q. -- at baseline?
A. 88, right, yeah.
Q. And at the end of the study in Table 3, the fasting glucose level was 92.6. Do you see that in Table 3, on the next page?
A. I see that number, yes.
Q. And then the authors discuss that finding in their "Discussion" section on page 424, so let's go to page 424. And if you -- I'll point you in the general area so you can find where I'm looking at. At the bottom of the left column, do you see where it says, "While a small overall increase in fasting glucose occurred among LNG-IUS users in this study (4 milligrams per deciliter), the mean final glucose was within normal range (less than 100)" -- paren, "(less than 100 milligrams per deciliter)"?
A. Right.
Q. And that -- that's consistent with the data we just looked at in Tables 1 and 3, right?

Page 267

A. Right. Well, again, these are means and there could be two or three patients that are not typical responders here that could have, you know.
Q. There could have been --
A. Yeah.
Q. -- but there aren't patient-level data presented in this study, are there?
A. I wish there were -- I wish there were though. It would be much more informative. And then I could make a better call for you.
Q. Sure. But otherwise it's just speculation to say that some of them were outliers, right?
MR. ROCKSTAD: Objection; argumentative.
THE WITNESS: He objects. So I keep quiet.
MR. ROCKSTAD: No, you can answer.
Q. (By Mr. Baum) You can answer.
Do you have any basis other than speculating to say that some of the Mirena users had large increases in fasting insulin?
A. No, I'm not speculating.
Q. Or fasting glucose?
MR. ROCKSTAD: Same objection.
A. I would not do that. I'm just pointing out the possibility that on page 27, that middle paragraph, bottom line, where it says, "In these susceptible

Page 268

individuals, as Bender and others have found, LNG may induce a state of relatively high insulin in serum." I don't have a number there. There should be one there. There's a possibility it could refer to another article and that I just didn't put it in there.
Q. (By Mr. Baum) Okay. But you can't identify that article or any other article by Bender or any article that has found that LNG induces a state of relatively high insulin in serum?
A. No, I can't see it in here, but if I go home and do the searches, I very well might pull something up.
Q. You might, sir, but --
A. Yeah.
Q. -- all I can ask you, again, is what evidence you have for the statements that are in your report now, and I can't ask you what might you find if you were to go home and search PubMed for additional articles.
A. Right.
MR. ROCKSTAD: Object to form.
A. I'm saying I agree with you that there should be a reference there, and if it was inadvertent that I didn't put one there and I should have, then that's on me, but that's a possible explanation in my

Page 269

mind.
Q. (By Mr. Baum) Do you know if Bender has ever published any other article beyond the one that's marked as Exhibit 26, on LNG and insulin?
A. It would be surprising if -- it wouldn't be surprising if he has other insulin, LNG publications.
Q. It wouldn't be surprising, but you don't know one way or the other, do you, sir? Do you?
MR. ROCKSTAD: Objection.
A. Not off the top of my head. I have a lot of references to contend with, that you're asking some very specific questions.
Q. I'm just trying to understand the basis --
A. Yeah.
Q. -- for this statement in your report, sir.
A. I gave you my best explanation.
MR. ROCKSTAD: Objection.
Q. (By Mr. Baum) Okay. And that is that as you sit here today, you don't know -- you don't know what study you're referring to when you made this statement in your report --
MR. ROCKSTAD: Object to the form.
Q. (By Mr. Baum) -- that Bender and others have found that LNG may induce a state of relatively --
A. That's correct.

Page 270

Q. -- high insulin in serum?
A. Right.
Q. Okay.
MS. NATALE: Ken, at the next convenient break, if we could just clean up the --
MR. BAUM: Sure.
MS. NATALE: -- stack of exhibits, et cetera.
MR. BAUM: Yep.
MS. NATALE: Thank you.
Q. (By Mr. Baum) And let's put aside what you cited in the report. As you sit here today, can you identify any study that has tested LNG and found that it induces a state of relatively high insulin in serum?
A. Like I said before, on the Mirena label, at one point, as I recall, there was a statement about problems with LNG for Mirena causing carbohydrate-metabolism instability.
MR. BAUM: Move to strike as nonresponsive.
Q. (By Mr. Baum) My question was: Can you identify any study that has tested LNG and found that it can induce a state of relatively high insulin in serum?
A. I will keep to my point --
Q. Well, you're referring to --

Page 271

A. -- that I'm talking about.
Q. -- a statement in a label, but is the label a study?
A. Well, if a company -- if they have put it on there, I would hope it's responsible.
Q. And so if the company didn't put anything on about IIH, is that reasonable?
MR. ROCKSTAD: Objection; form; argumentative.
A. If they didn't put on a statement about IIH, in my mind, there should be a warning about it.
Q. Okay. So back to my question, because you still haven't identified -- let me strike that.
Have you identified for me any study that has tested LNG and found that it increases serum insulin levels?
MR. ROCKSTAD: Objection; form. You can look to your report if you want.
A. I presume that Bayer has, otherwise they wouldn't have put it on their label at one time.
Q. (By Mr. Baum) Do you know if that was based upon spontaneous adverse event reports of elevated insulin in Mirena users as opposed to a study?
A. Oh, I don't know, but I'm Bayer should have -- I'm sure Bayer was responsible in doing it.

Page 272

Q. Okay. So it was responsible of Bayer to put that sentence in. Great. We can agree to agree on that one, I guess.
My question remains, because I still don't have an answer to it, so I'm going to keep asking it: Can you identify any study that tested LNG and found that it increases serum insulin levels?
MR. ROCKSTAD: You can look to your report if it will help you.
THE WITNESS: Okay. (Reading report.)
Q. (By Mr. Baum) And I'll strike the question and ask a narrower question so maybe we can move along.
Can you identify any study that's tested Mirena or any LNG IUS and found that it increases serum insulin levels?
A. I'm going to go back to that label. If the company put it on, they did it for a reason.
MR. BAUM: Move to strike as nonresponsive.
Q. (By Mr. Baum) Can you identify any study that tested Mirena or any LNG IUS and found that it increases insulin levels?
A. I would refer to Bayer's good judgment in putting the warning on the label. They must have had some literature to base that on or some clinical

Page 273

studies.
MR. BAUM: Okay. We're going to take a break and call the Court.
MS. NATALE: We're not going to do that.
MR. ROCKSTAD: No, we're not going to do -- we don't need to call the Court.
MS. NATALIE: We're not going to call the Court.
MR. BAUM: It's not your choice. He's not answering the question, and I've asked it --
MS. NATALE: So we can take a break off the record.
MR. BAUM: -- 15 times.
THE VIDEOGRAPHER: Do y'all agree to go off the record?
MR. BAUM: Yes. Off the record.
THE VIDEOGRAPHER: Going off the record. The time is 4:22.
(Recess.)
THE VIDEOGRAPHER: We're back on the record. This marks the beginning of disk number 4. The time is 4:33.
Q. (By Mr. Baum) All right, Doctor, I want to ask you a question and see if we can move on from this.
A. Sure.

Page 274

Q. New question: Are you able to identify any study that tested Mirena or any other LNG IUS and found that it increased serum insulin levels?
A. I am not.
Q. Are you aware of any study that tested Mirena or any other LNG IUS and found that it increased CSF insulin levels?
A. CSF, no.
Q. Okay.
A. No.
Q. To finish up for the moment on the Bender article, I was going to ask you to turn to the "Conclusion." This was Exhibit 25 of -- not in your report, the article. There you go.
A. Yeah.
Q. If you can just turn to the "Conclusion." The first sentence of the "Conclusion" reads, "Since obese women using the ENG implant appear" -- ENG implant, that that was the etonogestrel implant that we spoke of?
A. Yes, okay.
Q. Right?
A. Thank you. Yeah.
Q. Okay. "Since obese women using the ENG implant appear to have a greater increase in fasting glucose and decline in percent S" -- which is another measure of

Page 275

insulin sensitivity, right?
A. Yes, right.
Q. "The LNG-IUS may be a preferable first-line progestin-only LARC agent among obese women." Did I read that correctly?
A. You did.
Q. Do you have any opinion as to whether you agree or disagree with that statement?
A. Okay. I agree with it.
Q. Okay. And just so we don't have to come back to this article, I'm going to point your attention to one sentence, and we may refer back to this, but the last sentence above "Discussion" section, where they're presenting the results, do you see that?
A. Yes, okay.
Q. They say, "There were no...statistically significant changes among the groups in BMI or any other markers of the metabolic syndrome"?
A. Yes, okay.
Q. And they list blood pressure, AC, TGs, HDL, and other lipid markers?
A. Yes, right.
Q. Okay. And you agree that based on Table 3, that their summary of their data is -- is correct, right?

Page 276

A. Yes.
Q. Okay. So let's put aside --
A. I do have a --
Q. Go ahead?
A. -- comment about the obese women. There are different levels of obesity, and I don't know which ones were used in this study. So --
Q. Fair enough.
A. -- I have to be a little careful about that.
Q. Okay. So do you agree that PTC or IIH occurs more frequently in women with an elevated BMI than women of normal weight?
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Okay. And to be clear, it's not a question about the Bender study in any way.
A. Yeah, okay.
Q. So if that's confusing to you --
A. Right, okay.
Q. -- we can put that aside.
A. Right.
Q. So let's -- let's just talk about this just generally, okay? And if you want, I can repeat the question, if that's --
A. Please do.
Q. Okay. Do you agree that pseudotumor

Page 277

cerebri occurs more frequently in women with elevated BMI than in women with normal BMI?
MR. ROCKSTAD: Object to form.
A. Normal BMI, you mean lean people?
Q. (By Mr. Baum) Uh-huh, yes.
A. It would seem that the obesity factor or the weight factor would have an impact on the occurrence or not of a risk factor for PTC. It would seem that way to me.
Q. Okay.
A. Yeah.
Q. So based on sort of the mechanisms that you've laid out for obesity, for example, that obesity can cause this imbalance in the normal hormone levels and that obesity can increase insulin levels and that obesity can increase aldosterone levels --
A. Yes.
Q. -- you would expect, then, that obese women would be more prone to develop PTC than nonobese women, right?
A. It would seem that way. The -- I mean, comparatively relatively so few people study for PTC that -- I mean, I have an intuition about it, but I can't cite data for it.
Q. And that's fair. So I guess, you know, it

may be that you can only answer from a mechanistic perspective because, in all fairness, your focus, I think as you said before, was not the clinical data, for example, it was the mechanistic data, right?
A. Exactly, yeah, right.
Q. And so, for example, as part of the focus in your report, you didn't, you know, look for epidemiology studies comparing the rate of --
A. Exactly, yeah.
Q. -- PTC in obese women as compared to nonobese --
A. Yeah.
Q. -- women?
A. That's a critical point. Thank you for making that.
Q. Okay. And, similarly, do you -- did you look at any clinical data that looked at, for example, how commonly Mirena is used in obese women versus how commonly Mirena is used in nonobese women?
MR. ROCKSTAD: Objection; form.
A. I did not look for that.
Q. (By Mr. Baum) Okay.
A. Yeah.
Q. And as you sit here today, do you have any basis to say whether Mirena is used more commonly in


obese women than normal-weight women?
MR. ROCKSTAD: Objection.
A. It's my impression or understanding that Mirena doesn't know exactly what percent of its users -- or the company doesn't know what percent of the Mirena users are obese.
Q. (By Mr. Baum) And did you look for any peer-reviewed publications that quantified Mirena use by BMI category?
A. Again, like you pointed out, and I agree that my emphasis is mainly basic. I bring out some complementary clinical data. I just couldn't, you know, practically go out another 20 pages here on this really trying to shore up, bring in more clinical data to reinforce the basic. My model really is largely basic information with some complementary clinical.
Q. And I understand that, but just to be clear, of the complementary clinical data --
A. Yes, right.
Q. -- that you did bring in was any of that data looking at the prevalence of Mirena use in obese patients as compared to nonobese patients?
MR. ROCKSTAD: Objection. I think he just answered that.


A. Yeah, I thought I did answer that.
Q. (By Mr. Baum) Well, I don't, so I ask the question. So if you're able to answer it, great. So I'll ask it: Did you look at any clinical data -- strike that.
You kept referring to some complementary clinical data that you brought in, right?
A. Right.
Q. And so now I'm asking: Of the complementary clinical data that you brought in, did that include any data on how frequently Mirena is used in obese patients as compared to nonobese patients?
A. Like I say, it was my understanding that there's not information for -- by the company now. I could be wrong, and --
MS. NATALE: And I just -- I don't want --
THE WITNESS: Yeah.
MS. NATALE: I'm sorry. I don't want to cut you off. I'm sorry.
I just don't want to get into the situation we were in before. You can instruct him for the time being that he can answer "yes" or "no." I apologize. That's all I want to say.
THE WITNESS: Okay.
MR. BAUM: Thank you.


Q. (By Mr. Baum) But, Doctor, finish your answer.
MS. NATALE: I --
A. No, I have not.
Q. No, you --
A. Yeah.
Q. Okay. No, you have -- just now, because we've got -- we screwed it up. You didn't.
MS. NATALE: But -- that's my --
MR. BAUM: Me and I'm not saying you.
MS. NATALE: It's me.
Q. (By Mr. Baum) So let me just do a clear, clean and answer here.
Am I correct that of all of the information that you have reviewed --
A. Yes.
Q. -- that did not include data on how frequently Mirena is used in obese women as opposed to normal-weight women?
A. That's correct.
Q. Okay. Great.
There's another study, we can put Bender away. I don't want to talk about Bender anymore. I want to show you what is reference number 184 in your report. I'm marking this as Exhibit 26.
(Exhibit 26 marked for identification.)

Page 282

MR. BAUM: Sorry, there's two copies there, but you can keep the top one. It has the sticker.
Q. (By Mr. Baum) This is the study by Morin-Papunen from 2008, and so that you know, I believe you cited on page 28 of your report, in case you were wondering, and you cited in the middle of page 28 of your report for some lipid results. Okay?
A. Okay.
Q. But I want you to take a look at this because we've been talking about insulin right now and the only study we've talked about was the Bender study, but the Morin-Papunen study also looked at insulin levels, so I want to talk about those with you. Okay?
A. Let's do.
Q. Now, this Morin-Papunen study was in -- it was in -- it tells us in the "Study Design." It looked at women who used oral contraceptives, and there were 687 of them; women who used levonorgestrel-releasing IUDs, there were 168 of those women; and then women who didn't use any hormonal contraception, that was the reference group, and there were 1959 of those women. Right?
A. Yes.
Q. And so there were a total of 2,814 women they

Page 283

tell us in this study, right?
A. Good sample size.
Q. Right. And the Bender study we just looked at, that was 25 women?
A. Yeah, yeah. This is better, yeah.
Q. And then if we look at the "Results," which I think -- the results I want to ask you about first are on page 529.E3, is sort of how they do their numbers here.
A. Yes, I have it.
Q. Do you see it says, "LNG-IUD use versus reference group," over here?
A. Yes, I do.
Q. And do you see there that they say, "Compared with the reference sample, LNG-IUD users were not significantly different with respect to levels of glucose and insulin," and then in a parenthetical "(and the derived HOMA measures)," correct?
A. Yes.
Q. Okay. And then a little bit further down they -- they say that systolic blood pressure and diastolic blood pressures did not differ between the groups either, right?
A. Right.
Q. Okay. So would you agree that the Morin-

Page 284

Papunen study that you cite, that found no difference in glucose or insulin measures between Mirena users and women who do not use hormonal contraception?
A. In this patient population.
Q. Okay. Right. Sure. And we don't know, for example, whether as in the Bender study, if all of these were obese women, right?
A. Exactly, that's critical, yeah, correct.
Q. Okay.
A. So that's why I have a little more caution here because it's -- it's a better "n" number, granted, but not knowing the nature of the patients, I think is -- makes it a little risky to --
Q. Okay.
A. -- make a lot of conclusions from this. I don't feel comfortable.
Q. Sure. But -- but it's also true, right, that not all Mirena users were obese?
A. Oh, yes, of course.
Q. Okay.
A. Of course.
Q. So we have the obese study in Bender and we have the -- we don't know BMI study --
A. Right.
Q. -- in Morin-Papunen, right?

Page 285

A. Yes, right.
Q. Okay. But neither one found a difference in the insulin levels, right?
A. Right.
Q. Okay. Now --
A. But in the second one, I'm really concerned that we don't know the nature of the patient population. I think it's -- for the sake of the argument here, it's kind of a weak thing you're asking me, in my opinion.
Q. But that would be -- that same concern would apply to the lipid results too, right?
MR. ROCKSTAD: Object to form.
Q. (By Mr. Baum) Not just the insulin results?
A. Just to interpret, to contextualize, you have to know the nature of your patients and especially in this area where there's a subgroup in millions of normal people in here who were tested. And then there are others who are at perhaps higher risk, out of the subgroup, like the obese or some other aspect of their pathology. And that small group is mixed in with a very large normal, lean group, perhaps mainly. So it's just difficult to --
Q. Okay.
A. -- really make anything of this. I don't -- my opinion is that I'm glad they did the study, and it has

Page 286

some value, but I don't think it's a critical point for the dispute and the argument here.
Q. Okay. But you did think it was reliable enough to cite it on page 28 of your report for its lipid results, right?
A. Yes.
Q. And so what I'm trying to understand is, is there something that is different about the reliability of the insulin results than the lipid results in this study or is it -- are the statements you just made equally applicable to the lipid results as the insulin results?
A. That may not be the case because we're talking about two entirely different types of metabolism, carbohydrate and lipid, so...
Q. So can you articulate for me why not knowing the BMI distribution leads you to have some level of skepticism about the insulin results but does not lead you to have the same level of skepticism about the lipid results?
A. Again, it depends upon the nature of the quality of the metabolism, lipid versus insulin. The subgroup we're talking about may be more susceptible to one type of -- one type of metabolic disorder than another one.

Page 287

Q. I know that you said that it depends, but are you willing to rely on the results of this study for the lipid results or are you not -- are you saying, "I can't rely on it for that either"?
MR. ROCKSTAD: Object to form.
A. Right. Well, this information, of course, has value for lipids. I don't dispute that.
Q. (By Mr. Baum) Okay. And lipids --
A. Yeah.
Q. -- correlate with BMI, right?
A. They do.
Q. Insulin correlates with BMI, right?
A. Right.
Q. So what is it that your -- what is it that you're distinguishing the insulin results and lipid results from this one study, on what dimension?
A. I think both the insulin -- or the glucose and the lipid data have to be taken cautiously here.
Q. Okay. You can put that study to the side for the moment.
In your report you have some discussion about IGF-1, correct?
A. Right.
Q. Are you offering the opinion that Mirena use increases IGF-1?

Page 288

A. I'd be surprised if it has been tested. I would like to see those numbers if they have, but I would be surprised if that information is available.
Q. Okay. So let me break that down. Am I correct, based on what you just said, that you're not -- you don't recall seeing any study that tested Mirena and measured IGF-1?
A. I don't recall that, yes.
Q. Do you recall seeing any study that tested LNG and measured IGF-1 levels?
A. I do not.
Q. Okay. Now, separate and apart from whether you've seen a study conducted on that topic, are you offering the opinion in this case that Mirena use does increase IGF-1 levels?
A. I don't have any reason to say that for sure.
Q. Okay.
MS. NATALE: Can we -- I'm sorry, are you asking about an opinion that -- I'm not saying it is or isn't, are you asking about an opinion that you believe is in the report or not?
MR. BAUM: No, I don't see --
THE WITNESS: That's --
MR. BAUM: -- see it in the report but --
MS. NATALE: I just thought that might be

Page 289

helpful.
THE WITNESS: That seems out of context with the report, yeah. I don't recall ever coming even close to that one in the report.
MR. BAUM: Okay.
THE WITNESS: Where's it coming from?
MR. BAUM: That's fine.
THE WITNESS: Why did you ask it, could I ask?
MS. NATALE: No, no, you can't.
THE WITNESS: Oh, I'm sorry. I am at a disadvantage. This isn't science. This is law, and I'm at a disadvantage.
Q. (By Mr. Baum) So let me sum this portion of our discussion up with the following: I see that there's a discussion in your report about IGF-1 levels. I don't see an opinion in your report that Mirena increases IGF-1 levels, but I just want to make sure I'm not missing something or failing to read between the lines or anything like that. So I'm simply just confirming, I guess, that you're not offering the opinion in this case that Mirena increases IGF-1 levels?
A. That is true.
Q. Okay.
A. Yes.

Page 290

Q. Thank you. In a similar vein, you talk about --
MR. ROCKSTAD: Wait. Sorry.
MR. BAUM: Oh, yeah. Thanks.
MR. ROCKSTAD: Lost our mic.
(Reattaching mic to witness.)
THE WITNESS: Thanks.
Q. (By Mr. Baum) New question: Like IGF-1, you also discuss this concept of aquaporins --
A. Uh-huh.
Q. -- in your report.
A. Uh-huh.
Q. Do you recall that?
A. Certainly do.
Q. And aquaporins, to be a layperson about it, that's -- those are basically water channels in that choroid plexus lining, right?
A. That's good. That's right.
Q. And are you offering the opinion in this litigation that -- that the LNG in Mirena upregulates aquaporin expression or activity?
A. Being an androgenic molecule, I think that it could.
Q. You think that it could, but are you offering the opinion that to a reasonable degree

Page 291

of medical probability that Mirena use does, in fact, upregulate aquaporin expression or activity?
A. Is there clinical information for it? I can't imagine there would be, and I didn't see any and I didn't use any, so I don't know what else you want me to do with that one.
Q. Okay. So I think you've answered the question, then. Is it fair to say you don't recall seeing any study that tested LNG and found that it upregulated aquaporin expression or activity?
A. I would be shocked if it was in the literature. I don't know who would do that study.
Q. Okay. On pages -- in your report, if we look at pages 22 and 23, you have this Section O, which is the "Perspective on LNG's Harm to CNS Regions and Peripheral Organs." Do you see that?
A. Right. Yes, uh-huh.
Q. And in this section you say that the Mirena-released LNG has adverse effects on various peripheral organs, including the kidney, the liver and ovaries, correct?
A. Yes.
Q. And you also have some statements in here that LNG more likely than not causes metabolic syndrome. Do you recall that?

Page 292

A. Yes.
Q. Now, in this Section O, I see -- and you can correct me if I'm wrong, I see two different things that you refer to. You see there's the Salpietro report, right?
A. Yes.
THE REPORTER: Sorry?
MR. BAUM: Salpietro report.
Q. (By Mr. Baum) And then the only other thing that's cited in this Section O that I was able to find is there's a reference number 13 here. Do you see that? There's 13?
A. Yes, I do.
Q. Other than the Salpietro report and reference 13, do you see any references in Section O of your report?
A. I do not, no.
Q. Now, when it comes to the Salpietro report, you're referring the reader to his report generally rather than identifying anything specific in Dr. Salpietro's report, correct?
A. That's correct yes.
Q. Okay. And then Reference 13 is the Alperin 2013 study, and I just wanted to ask you one question about that.

Page 293

(Exhibit 27 marked for identification.)
Q. (By Mr. Baum) So I'm handing you what I've marked as Exhibit 27. That's the Alperin study, which is reference 13. And I just want to confirm with you, Doctor, that this Alperin study didn't involve testing Mirena or LNG or any form of reproductive hormone, right?
A. That's correct. That's correct.
Q. Okay. That was my only question --
A. Yes, yeah.
Q. -- about that article.
A. Okay, yeah.
Q. On this question of metabolic syndrome, remember, I pointed you, before we left Bender, I said I don't want to --
A. Yes.
Q. -- come back to Bender --
A. Right.
Q. -- but I pointed you to the --
A. I remember seeing that, yes, yeah.
Q. -- statement about metabolic syndrome?
A. Yes, right. And, again, if I could?
Q. Yes.
A. I'm concerned about the patient population. I need more information about it. If there's a -- another

Page 294

analysis where it focuses on the people at risk, not the lean people, but just the people at risk, it might have had an entirely different outcome.
Q. Okay. And the people at risk, are you referring to obese patients again?
A. In part.
Q. Okay. Now, Bender was obese patients, right?
A. Right, yes.
Q. And so in the obese patients, that at-risk population, Bender found no difference in any elements of metabolic syndrome between the Mirena users and the uses of nonhormonal contraceptives, right?
A. Right. But, again, we didn't define, did we, the obese -- obesity population, the different degrees of it. And I think that's critical, like BMI of 45 versus BMI of 32, how that breaks down. And the higher, you know, the higher degree of obesity, the more of a risk, the more chance you'll see something statistically that is adverse.
Q. Okay. So, I don't want to go back to Bender.
A. I thought he was around the bend.
Q. I know, I'm with you, man.
So as I understand it, you're saying if you did a study in just morbidly obese patients, it's possible that you could see a difference in some of

Page 295

those factors between Mirena users and nonusers; is that what you're saying?
MR. ROCKSTAD: Object to form.
A. I think so, yes.
Q. (By Mr. Baum) Okay. But as you sit here today, you don't actually have any data set or study that looked at that --
A. Right.
Q. -- and actually showed it, right?
A. Right. Again, I wouldn't feel -- the more studies like this, more investment of resources to ascertain -- these are important points you raise, and I would like to see the companies get more involved in that kind of research. It's so important.
Q. Okay. Regardless of any BMI limitations, are you able to point me to any study that shows an increased risk of metabolic syndrome in Mirena users as compared to a matched population of nonusers?
A. No formal studies, but it's just kind of an impression in reading a lot of papers. This one has elevated arterial pressure. This one has insulin resistance. And it would be nice to have a systematic study, a comprehensive study. That would be great. At this point we only have data that are kind of -- I wouldn't say anecdotal, but more piecemeal, not

Page 296

systematic, and so I think that's a problem.
Q. Okay. So now I want to put LNG to the side and talk for a few minutes just about obesity itself, okay?
A. Sure. Okay.
Q. I think you -- you mentioned before that obesity can increase CSF pressure through its activation of the mineralocorticoid receptor, correct, mediated through aldosterone levels?
A. Right.
Q. I'm sorry. Did you want to add to that?
A. Please, yes.
Q. Yes.
A. And also the aquaporin 1. Because the Zucker rat is a great model for that, more expression of aquaporin 1, and they've measured the intracranial pressure of an obesity model.
Q. Okay.
A. I think that's quite interesting.
Q. So I had asked you about, sort of going through the -- the idea that obesity can increase aldosterone, which can activate the MR receptor. And you're saying that in addition to that, there's research showing that obesity can upregulate those aquaporin water channels?

Page 297

A. Exactly, right, yes.
Q. Okay.
A. Right, right.
Q. Which can also then lead to increased CSF production and pressure?
A. Right, yes.
Q. And then I think you said before that obesity can also disrupt the normal endocrine homeostasis, which can then impact CSF pressure, right?
A. Yes, just like PCOS, you have the testosterone up and the progesterone down. And I think that's a very important common denominator that gives us a lot of clues, because the PCOS people, they're highly represented in the PTC population. So I think there's an important message there, a link, a signal, so then it fits together in the puzzle.
Q. And those PCOS patients, polycystic ovarian syndrome patients, there is -- they tend to be obese as well, correct?
A. They tend to be, yes, uh-huh.
Q. Okay.
A. Yeah, right.
Q. And then you just mentioned that obesity can result in lower progesterone levels, right?
A. Yes.

Q. Do you know whether obesity has the same correlation with LNG levels that it has with progesterone levels, by which I mean, do you know, one way or the other, whether LNG levels are lower in obese users of Mirena than in nonobese users of Mirena?
A. I'd like to --
MR. ROCKSTAD: Object to form.
A. -- see such a study. I don't think it's been done, but I don't know of any information about that.
Q. (By Mr. Baum) Okay. And so having not seen any information on that, am I correct that you don't have an opinion on that one way or another?
A. Not a strong opinion.
Q. Do you have --
A. I think that the LNG and the androgen responses or relationship to what you're talking about could be similar. So I don't think it would be preposterous to make a working hypothesis to test.
Q. Okay. Putting aside a working hypothesis to test, I'm just trying to understand whether you have an opinion that you're offering on whether LNG levels in obese Mirena users are higher, lower or the same as LNG levels of nonobese Mirena users?
A. I'm trying to think if I've seen any --
MR. ROCKSTAD: I'm really -- I'm really



sorry to do this, but he's asking you questions, Doctor, about your report and the opinions you have sitting here today, not potential opinions, so just keep that in mind.
THE WITNESS: Okay. All right.
Q. (By Mr. Baum) And I'll represent to you that, as we've done before, I do not see an opinion and I'm not suggesting you have one. I do not see --
A. Right.
Q. -- see an opinion in your report addressing comparative LNG levels in obese Mirena users versus nonobese Mirena users.
A. That's correct, yes, yeah.
Q. If it's in the report, it's in the report --
A. Yeah.
Q. -- and I missed it, but --
A. Yeah.
Q. -- putting aside the report, are you offering an opinion on that topic?
A. No, I'm not going to offer an opinion on that.
Q. All righty. Let's see. You also say in your report that obesity can activate something you call the R-A-A-S or RAAS?
A. Yes.



Q. What is RAAS?
A. It's the renin-angiotensin aldosterone system.
Q. Okay.
A. Sequential enzymatic, once -- running first, acting on angiotensin -- angiotensinogen to to form angiotensin 2, that goes in the enzymatic conversion after stimulation of the adrenal finally to aldosterone.
Q. Okay. So that's -- that's sort of -- that's part and parcel of what we already talked about where you said that obesity can elevate aldosterone levels, right?
A. Yes.
Q. Okay.
A. Yeah.
Q. And then it was the aldosterone that you said can speed up the sodium pump and increase CSF, right?
A. Exactly.
Q. Got it. Now, aldosterone levels, I think you say in your report, but correct me if this is not consistent with your view, aldosterone levels correlate with BMI; is that right?
A. Certainly, obese people have more -- especially markedly, have more aldosterone, so I would think that, yeah, BMI, by definition, would correlate with it, too,



yeah.
Q. Are you aware of any studies that correlate LNG levels with aldosterone levels?
A. I'm not.
Q. Are you aware of any studies that show that LNG activates that RAAS, the renin-angiotensin aldosterone system?
A. You're becoming a physiologist here, Ken.
Q. Right, just for today.
A. Okay. Back to the question. LNG, does it activate RAAS? Since androgen does, I would be surprised if LNG did not.
Q. Okay. And I understand that -- I understand your view that androgen mechanisms can be attributed to LNG because of its androgenic potential or activity, but I'm asking a slightly different question.
So new question: Have you seen any studies that tested LNG specifically and measured activity of the RAAS and found that it was increased?
A. Right. I mean, no. In general, the pharmaceutical firms should do this, but they don't.
Q. And has anyone else outside of a pharmaceutical manufacturer, to your knowledge, conducted a study finding that LNG activates the RAAS?
A. Not to my knowledge, no.

Page 302

Q. Okay. Weight, obesity can also increase cortisol levels, correct?
A. Yes, right.
Q. And cortisol can increase CSF pressure, correct?
A. Yes, that's -- that's the rationale, as we talked about before for the clinical study in Birmingham, England, looking at a HSD enzyme inhibitor that will hopefully shut down the production or lower the production of cortisol inside the choroid plexus and then decrease the pressure that may have been elevated. It works in the eye. A similar process, aqueous humor in the eye is very similar to the choroid plexus CSF. I think there's a good bet it will work.
Q. And then obesity, you say in your report, can also impair insulin sensitivity and create a pro-inflammatory state, correct?
A. Yes, that's correct.
Q. So on page 23, I think sort of after you've gone through a lot of the obesity information, you have this statement that says, "Obesity...is a substantial risk factor for PTC." Do you see that? It's sort of --
A. Yes.
Q. -- down there --
A. I do see it, yes.

Page 303

Q. And you would agree that Mirena-treated women who are overweight at the time that they have their Mirena placed are already at risk for PTC, correct?
A. Yes.
Q. And Mirena-treated women who are obese at the time of their Mirena placement are already at higher risk for PTC than overweight nonobese --
A. Yes.
Q. -- women, right?
A. Uh-huh.
MR. ROCKSTAD: Object to the form.
Q. (By Mr. Baum) Are you aware of any studies that find that Mirena causes obesity?
A. Causes? That would be pretty hard to prove.
Q. And we can talk about --
A. Yeah.
Q. -- the weight gain studies?
A. Let's say it's associated, but I wouldn't say a causal relationship or factor. Yeah, that's too strong.
Q. Okay.
MS. NATALE: I'm sorry, this is totally unrelated. I just want to note for the record that the realtime has been complete gibberish almost the entire

Page 304

deposition, and I'm sure you wouldn't not disagree with that. I just want to throw it out there, it's a bit hard to follow.
MR. BAUM: Okay.
THE REPORTER: Thank you.
Q. (By Mr. Baum) The -- there are obese women who don't use Mirena and get PTC, right?
A. That's correct, yes.
Q. And then there are obese women who do use Mirena and get PTC, correct?
A. I'm sorry, say that again.
Q. There are obese women --
A. Yeah.
Q. -- who do use Mirena and develop PTC, correct?
A. Yes, right.
Q. In an obese woman who also uses Mirena and develops PTC, are you aware of any way to determine whether the obesity itself could have led to her PTC as opposed to the obesity plus the Mirena?
MR. ROCKSTAD: Object to form.
A. That's pretty hard to disassociate the two. There's so much interconnection there. So I'm not aware of that, no. Sometimes correlation and association, even though it's not causal, can be persuasive.
Q. (By Mr. Baum) Let's talk a little bit about

Page 305

weight gain, because you had mentioned weight gain before?
A. Right.
Q. Remember, we had looked at pages 27 and 28 in your report early on because you had that -- you had that statement on page 28 where you refer to that Berlex study report on the animals and weight.
A. Yes.
Q. And we already talked about that one, and we don't need to go back to that. Okay?
A. Okay, thank you.
Q. But in that -- in that same paragraph on page 28 where you referred to the -- the animal data, you then go on to cite two studies looking at weight gain in humans using Mirena, right?
A. Yes, right, right.
Q. Those are references 180 and 181, correct?
A. Yes.
Q. Reference 180 is the Dal'Ava study, D-A-L-'-A-V-A?
A. Right.
Q. And reference 181 is the Modesto study, correct?
A. Yes, right.
(Exhibit 28 marked for identification.)

Page 306

Q. (By Mr. Baum) Okay. So I wanted to discuss those two studies with you. First, I'm going to hand you what I have marked as Exhibit 28, and that's the Dal'Ava study, which is reference 180 in your report?
A. Okay.
Q. And before we look at the study, let's just see what you have in your report. Okay?
A. Okay.
Q. Your report says, "A study of LNG IUS."
A. So what page is it?
Q. 28.
A. Does that begin at paragraph -- right there.
Q. Uhm.
A. Okay, I see, "A study."
Q. Okay. I'm going to start the sentence over. New question: Do you see on page 28 where you say, "A study of LNG IUS by Dal'Ava et al." --
A. Yes, I see it.
Q. "-- reported a weight gain of about 7 pounds in a year." And then it says, "For the progestin depot-medroxyprogesterone, the corresponding weight gain was about 15 pounds"?
A. Yes, I see that.
Q. Okay. So now let's look at the Dal'Ava study that you were referencing, and if you look in the

Page 307

abstract in -- just in the "Background" section, right at the top, it says that they compared body weight in LNG-IUS users compared to users of a copper IUD, right?
A. Yes.
Q. There's no depot-medroxyprogesterone group in the Dal'Ava study, correct?
A. Evidently. Let me just read it a little more carefully --
Q. Sure.
A. -- the whole paragraph. I don't see medroxyprogesterone.
Q. Okay. So to the extent that you're referring to a medroxyprogesterone group in the Dal'Ava study, perhaps that was just a misstatement?
A. I think so, yes.
Q. Okay. Then that's fine --
A. Yes, yes.
Q. -- I just want to make sure --
A. Right.
Q. -- again, I'm not missing something.
A. Okay. Sure.
Q. And, in fact, I think that that may be -- I think that that maybe should have been part of the Modesto study, but we'll see that in a minute.
A. Okay, great.

Page 308

Q. So I -- but we can confirm that in a minute.
A. Right.
Q. But let's look at what's in the Dal'Ava study. So they've got -- they've got the copper IUD users serving as the control group, right?
A. Yep.
Q. And then they've got the LNG IUS as sort of the exposed group or the -- or the experimental group, right?
A. Yes, that's correct.
Q. And copper IUDs, they don't contain LNG or any hormones, right?
A. That's correct.
Q. Okay. Do you have any basis to say that copper IUDs cause weight gain?
A. I do not have such a statement.
Q. Okay. So if we look in the abstract, middle of the abstract they say -- this was a 12-month study, and they say, "There was no significant difference in body weight change between the two groups of users at 12 months," right?
A. Yes.
Q. So would you -- would you agree that in the Dal'Ava study, the LNG-IUS group did not gain

Page 309

significantly more weight than the nonhormonal IUD users?
A. That's correct.
Q. Okay. But now I want to show you the Modesto study, in part, to see if we can clear up sort of that --
A. Yeah.
Q. -- that reference to medroxyprogesterone. So I'm marking as Exhibit 29 the Modesto study, which is reference number 181 in your report.
(Exhibit 29 marked for identification.)
Q. (By Mr. Baum) And in the abstract or in the title, do you see that this study compared weight gain in users of depot-medroxyprogesterone acetate injections --
A. Uh-huh.
Q. -- LNG-IUS users and copper-IUD users?
A. Right, right.
Q. And then, again, the copper-IUD users were the control group, right?
A. Yes.
Q. And then in the abstract it tells us this was for up to ten years, and they say, "After ten years of use, the mean weight had risen by 6.6 kilograms, 4.0 kilograms, and 4.9 kilograms among the DPMA-, LNG-IUS,

Page 310

and Copper-IUD users, respectively," right?
A. Right.
Q. 6.6 kilograms in the DMPA group, that's about 15 pounds, right?
A. 6.2 times 2. -- yeah, 6.6 times 2.2 would be, yeah, about 15, right, yeah.
Q. So is it possible that when you reference the depot-medroxyprogesterone as gaining about 15 pounds, you accidentally put that in your description of the Dal'Ava study when it should have been part of --
A. It could be.
Q. -- your description of Modesto?
A. It could be, yes, it could be.
Q. Okay.
A. Yes, yeah.
Q. And looking at the group of LNG-IUS users, they say the weight gain after ten years was 4.0 kilograms, right?
A. Yes.
Q. And that's 8.8 pounds, right?
A. Right.
Q. And then if we look at the copper-IUD users, their weight gain was 4.9 kilograms, right?
A. Yes.
Q. And that's 11 pounds, right?

Page 311

A. Yes.
Q. And so the copper-IUD users gained 2.2 pounds more than the LNG-IUS users did, right?
A. Yep, that's correct.
Q. And so if we look, then, at what the authors say about their findings, if you turn to page --
A. Could we -- excuse me?
Q. Yeah.
A. Could we talk about the appropriateness of the copper IUD as the best control? True, it has no hormones, granted.
Q. Okay.
A. But it could well impact the uterine environment, changing a lot of physiology in a differential manner than LNG IUS. So I'm fine to have the copper IUD. I'd like to see another control group to be a little more persuaded there.
Q. Okay. I'm just -- you cited three different pieces of evidence on weight gain and Mirena in your report. One were the animal studies that we already talked about and then there were the Dal'Ava and Modesto studies. Those are the only studies with Mirena -- I'm sorry, strike that.
The animal studies didn't use Mirena. So am I correct that the Dal'Ava and Modesto studies are

Page 312

the only studies of Mirena and weight gain that you cite in your report?
A. I think that's true.
Q. And I understand you to now be saying it would be a better study if there was some other control group, as well, that didn't use even a copper IUD?
A. Exactly, right, right.
Q. Okay. Nonetheless, those are the two studies that you used in your report so --
A. Right.
Q. -- those are the two studies that I'm going to ask you questions about.
A. Right.
Q. And I'll give you an opportunity to tell me about any other studies in a minute. Okay?
A. Uh-huh.
Q. So looking at the Modesto study, if we go to page 60, when the authors are talking about their results, they have this sentence in page 60 that says, "Copper-IUD users were included as control group and compared with women relying on hormonal contraceptives with regard to weight changes," right?
A. That's correct, yes.
Q. And then on the next page they continue, if you

Page 313

turn over to the next page, they say -- are you on page 61?
A. I am.
Q. They say up -- near the top, they say, "There is no plausible reason why the presence of a copper IUD in utero would influence weight." Do you see that?
A. That's their opinion, yeah.
Q. Okay.
A. That's their opinion, right, yeah.
Q. And you said that maybe the copper IUD has some effect on endometrial --
A. It could be, yes.
Q. -- function, but do you have -- is there anything you're relying on to show that copper IUD use does have any effect on endometrial function that would plausibly lead to weight gain?
A. I don't. It was just a -- I think a logical possibility given that copper itself can be toxic if it's at -- I don't know how much copper would be released from the IUD, but if a significant amount were released, copper does have some toxicity at some concentrations. So I'm concerned about that as a -- as the best control. I think -- I think it can be a control. I'm not against it. I would just like to see another control that doesn't involve copper. That's

all.
Q. Okay. And then in the next paragraph, do you see where the authors, one, two, three, four, five lines down, they say, "Additionally, there is no evidence that weight increase observed in women fitted with an LNG IUS differs from that associated with the use of nonhormonal contraceptive methods." Do you see that sentence?
A. Yes, I do, yes.
Q. And then they cite four -- four additional studies --
A. Yes.
Q. -- References 12 through 15, right?
A. Right, right.
Q. So we looked at -- the Dal'Ava study showed no significant difference, and the Modesto study showed no increased weight gain with Mirena users --
A. Right.
Q. -- compared to copper IUD, right?
A. Yes, right.
Q. So can you identify for me any studies showing that Mirena users gained significantly more weight than users of nonhormonal contraceptives? Let's start with that.
A. Like copper?



Q. Sure.
A. No, I can't.
Q. Can you identify for me any study showing that Mirena users gained significantly more weight than age-matched, reproductive-aged women generally?
A. I cannot. My intent here for these data from patients has been complementary. I'm not a -- as you know, an epidemiologist. And so the intent of my report, really, the basic thrust of it was basic science. These other papers that I recited clinical data, if I had expanded my report and did a very comprehensive analysis that you're going over with me right now, then I'm sure I would have come up with some of the same insight.
On the other hand, we're hoping that this author here, these authors, have cited any contrary evidence that would exist. And I'm not in a position to say that they did not. But it is a possibility that they didn't make a thorough comparison of their weight-gain literature that favors their report versus others. I see it in science, sometimes, a little biased like that.
Q. Let me ask you this and maybe this will end the discussion on weight gain.
A. Okay.



Q. Are you offering the opinion in this litigation that Mirena use significantly -- causes significant weight gain?
A. That's certainly the impression I've had in reading the reports that I have read. It seems to be an issue.
Q. Which reports are you referring to? Are you talking about expert reports? Are you talking about studies? I'm not sure what you're -- you're referring to.
A. Right. Well, there's probably literature that I've been probing all over the map here. It's just a -- it's an impression I have. I can't substantiate now with you with references, but...
Q. Okay. So it's your impression that you have that you can't substantiate with references, but are you offering the opinion in this litigation, Mirena use causes significant weight gain?
MR. ROCKSTAD: Objection; mischaracterizes the testimony.
A. Once again, we're talking about populations of patients analyzed statistically. If the statistical signal from this very small group that's prone, the obese, that are prone to the PTC, if they -- if they're included in with this massive population of normal lean



people, then you're not going to see that signal statistically. So that's why I appeal to other statistical studies that really pay attention to the obese subgroup, because it's fairly small and can get left out statistically by these huge -- these millions and millions of people who are not obese or not pathological. They're healthier. They're smaller. They're leaner.
Q. (By Mr. Baum) But I want to make sure. Are you saying -- you say I defer to or I -- you said, you know, that you had referred to these -- the studies in obese people. Are there any studies in the obese subgroup that you've seen showing that there's greater weight gain in obese Mirena users than obese nonusers?
A. Right, I can't -- I can't say that. I'm not a person who specializes, as you do, in LNG epidemiology, so I can't say that.
Q. Okay. So am I correct, then, that you're not going to be offering the clinical opinion, Mirena users gain significantly more weight than nonusers? You know, that opinion would be for somebody who is approaching it from the clinical perspective?
A. Right, well, based on the papers we've discussed today, that would be true. But if I had a chance to do a comprehensive analysis and expand my

Page 318

basic science here with all of this clinical complementary data, I might well uncover some things that have not been uncovered.
Q. Okay. But as you sit here today, you haven't done that, right?
A. That's correct, yes.
MR. BAUM: Okay. Let's take a quick break, and we'll be on the home stretch.
MS. NATALE: Sure.
THE VIDEOGRAPHER: Going off the record. The time is 5:27.
(Recess.)
THE VIDEOGRAPHER: Back on the record. The time is 5:43.
Q. (By Mr. Baum) Doctor, on page 28 of your report you discuss the effects of Mirena on lipids, and, specifically, I'm referring to the third paragraph on and the page -- do you see you have a sentence that says --
A. I do, yes.
Q. -- "LNG releasing intrauterine" --
A. I'm sorry.
Q. "LNG-releasing intrauterine device users display a lower titer of high-density lipoprotein," and --

Page 319

A. Yes.
Q. -- and you reference --
A. Yes.
Q. -- study 184, right?
A. Right, yes.
Q. And 184, that's the Morin-Papunen study, which we've already marked as Exhibit 26 to your deposition, correct?
A. Yes, right.
Q. To your knowledge, do you cite any studies of lipid levels in LNG IUS users other than this reference 184?
A. I do -- I think I do not.
Q. Okay. Now, this Morin-Papunen study, this is the study that you were talking about earlier, and you were expressing concern that it was difficult to interpret some of the findings because of the general patient population, right?
A. Yes.
Q. Okay. Now, in the -- you cite the Morin-Papunen study for a lower titer of high-density lipoprotein, right?
A. Yes.
Q. And I'll only ask you this to see if we can short-circuit it, and if not, we'll look at the article.

Page 320

But do you recall that of all of the measures of lipids in the Morin-Papunen study, HDL, high-density lipoprotein, was the only one that differed in the Mirena users than in the --
A. Correct.
Q. -- controls, right?
A. Right.
Q. And so you would agree that for the LDL and the total cholesterol and the triglycerides --
A. Right.
Q. -- and even the HDL2 total --
A. Right.
Q. -- cholesterol ratio, they were the same in the Mirena users as the other group, right?
A. Right.
Q. Okay. Now, while you cited the one study, the Morin-Papunen study, on lipids, do you feel that you had done a comprehensive review of the studies on Mirena and lipids? And I'm asking that because I think --
A. Right.
Q. -- that was what sort of you talked about on weight gain that --
A. Yes.
Q. -- that really wasn't your -- the focus of your report so you hadn't done a comprehensive review

Page 321

of that?
A. Exactly, that's true.
Q. And the same would be true for lipids, right?
A. Yes.
Q. Okay. So would the question of the -- sort of the body of evidence of Mirena use's effect on lipids be a better question for somebody, maybe a clinical expert or somebody, who had made that the -- one of the focuses of their report?
A. I think so, yes.
Q. So are you intending to offer an opinion in this litigation that the clinical data show that Mirena causes dyslipidemia or would that be an opinion that you would look to a clinical expert to give?
A. Yes, it would be helpful to have clinical expertise on the problem.
Q. Okay. So --
A. Right.
Q. So --
MR. BAUM: And my question was compound so I'll object to it myself.
Q. (By Mr. Baum) I asked two questions in one question is what I'm saying, and so because I asked an inartful question, the answer is ambiguous, so let me

Page 322

do a better job.
You agree that it would be helpful to have input from a clinical expert on the question of whether Mirena causes dyslipidemia, right?
A. Of course, yes.
Q. And so are you offering the opinion in this litigation that Mirena causes dyslipidemia?
A. This is just one piece of evidence that to me means that at least some aspects of lipid metabolism may be disordered. I'm not saying that the whole profile of lipids is. There might be just something specific about the -- these lipoproteins.
Q. Okay. Then you said that "this is just one piece of evidence that to me means that at least some aspects of lipid metabolism may be disordered," right?
A. Yeah, that was my point, to show that LNG, it may not be affecting a whole battery of lipids, but at least -- this is an important protein for our health and so I think it was worth citing in the sense this is a general statement that LNG interferes with at least some aspects of lipid metabolism.
Q. And, again, not to go back and pull out the study but -- that's why I sort of focused your attention on it when we had the study out. The Bender study also measured Mirena's effects on lipids in obese patients

Page 323

and found no difference in --
A. Right.
Q. -- HDL, right?
A. Right. Well, fortunately, this lipid profile has very little to do with my model, the science model of the choroid plexus. It was put in here just to make the general statement that LNG has many problems, and this could be another aspect to the whole spectrum of pathophysiology.
Q. And I'm not trying to make a bigger deal out of this or make this to be your central thesis --
A. It's not, believe me.
Q. -- or anything -- strike that.
As I understand it, the central thesis of your opinion, as you just said, is actions of the -- of Mirena's LNG at the level of the choroid --
A. Yes.
Q. -- plexus, right?
A. That's correct, right.
Q. And so all I'm trying to understand is whether we need to have a discussion about -- about whether Mirena causes dyslipidemia or not, and if you're offering the opinion that Mirena causes dyslipidemia, then you are and we can discuss it, but if you're not offering the opinion that Mirena causes

Page 324

dyslipidemia, then we don't need to discuss it. It's --
A. That's fair.
Q. -- as simple as that. So that's all I'm asking.
A. Yeah, that's okay. I agree, yeah.
Q. So that's what I'm trying to get an answer on.
A. Yeah, right.
Q. Are you offering the opinion that Mirena causes dyslipidemia?
A. I have no opinion on that.
Q. Okay, then let's put that article aside and go on to the next topic. Let's talk briefly about chronic inflammation.
A. Yes.
Q. You talk about this on page 29 of your report. And I'll point you to the second paragraph on page 29?
A. Yes.
Q. And you say that "chronic low-grade inflammation is linked to hyperandrogenism," right?
A. Yes.
Q. And then you cite -- you talk about things like C-reactive protein, a low-grade inflammation marker, right?
A. Right.
Q. And a pro-inflammatory -- pro-inflammatory

Page 325

cytokine, TNF alpha, which is tumor necrosis factor alpha, right?
A. Correct.
Q. And then you cite a study -- it's actually the same study, reference 184, the Morin-Papunen study?
A. Right.
Q. And you say that "LNG-implanted patients have higher leukocyte levels than reference control subjects," right?
A. Right.
Q. Leukocytes, that's a -- that's the medical term for white blood cells, right?
A. That's right.
Q. Let me ask you: Do you know of any studies showing that tumor necrosis factor alpha is elevated in LNG users?
A. I do not.
Q. Do you know of any study showing that CRP, C-reactive protein, is elevated in LNG users?
A. I do not. Again, because I'm basic science oriented, which is complementary data from the clinical -- from the clinical side, I -- no.
Q. Okay. Maybe I can do the same thing that I just did with lipids. Are you offering an -- a clinical opinion on whether Mirena use causes chronic

inflammation, or is that an opinion that you would defer to one of the clinical experts?
A. I would prefer to defer it to clinicians.
Q. Fine. And then the last one in this category, and maybe we can -- maybe it's a short discussion too. You have some statements about hypertension in your report, and you talk about how androgens can increase arterial blood pressure?
A. Right.
Q. Would the -- would this issue of hypertension be similar to the issues of chronic inflammation and lipids in that you're not offering a clinical opinion on whether Mirena causes arterial hypertension; that would be something you would defer to one of the clinical experts?
A. That's correct.
Q. Okay. On page -- apparently, we're going backwards. On page 12 of your report, I wanted to ask you about something. Do you see the section --
A. I do.
Q. -- section three on page 12?
A. Yes, yes, sir.
Q. And you -- you have this paragraph where you're discussing clotting in cerebral venous sinuses as a possible cause of PTC, IIH, right?



A. Right.
Q. And there's this sentence in here, I think it's the second sentence, that says, "Contraceptive agents rarely cause blood clots that get lodged at venous sites" during -- sorry-- "draining the brain's blood" --
A. Yeah.
Q. -- and you cite to reference number 50, correct?
A. Correct.
Q. And if you look in your reference list, number 50 is a case report by somebody named Dorton, D-O-R-T-O-N?
A. Right.
Q. Do you -- and just so you can see that that case report was published, Dorton was published in 1975.
A. Yes.
Q. Do you know whether -- do you have any basis -- sorry, strike that.
Do you have any basis to say whether the Dorton case report had anything to do with the use of an LNG IUD or an LNG implant?
A. I'd be surprised if it did.
Q. Because I think -- it's 1975, I --
A. Yeah, right.



Q. -- I think it predates those products, right?
A. Exactly. That's my feeling, thought.
Q. And I'm happy to show you, but, again, in the interest of time, if we can get there without doing it, any reason to dispute that the Dorton case report involved the use of an oral contraceptive?
A. Yes.
Q. Do you have any basis to think that the oral contraceptive that was used by the patient in the Dorton publication was an LNG-containing oral contraceptive as opposed to containing something other than LNG?
A. I would be surprised if it were LNG, yes.
Q. Okay.
A. Yeah.
Q. And just so we're clear here -- I did it again.
Do you have any reason to think that the oral contraceptive in the Dorton case report included LNG?
A. No.
Q. Okay. And have you seen any clinical data -- or I'm sorry, strike that.
Have you seen any data on Mirena specifically in thrombotic events?
A. Yeah, I did, as I recall, a PubMed search on



the LNG and the blood clots, the venous sinus and all that, with LNG and levonorgestrel, and I just didn't come up with hardly anything, so I thought why spend time with it.
Q. Okay. Fair enough.
A. And even if it did, was significant, this section here doesn't really pertain to the choroid plexus, which is my main thrust of the report.
Q. Okay. And then the last thing you say in this section is the "transverse sinus narrowing" -- I'm sorry, strike that. Losing my ability to read.
You say -- new question: You say, "Transverse sinus narrowing that occludes venous outflow from brain, in some cases (extrinsic)" --
A. Yeah.
Q. "-- may be a true anatomic narrowing that increases resistance to venous outflow, causing PTC"?
A. Right. Well -- okay, are you done?
Q. Yeah. Did I read that correctly?
A. Yes, right.
Q. And my question is, I just want to understand, are you saying that in some cases of PTC, that the cause can be a structural anomaly as opposed to a clot that forms?
A. Exactly, yes.

Q. Okay. All right. We can be done with that section.
The last little bit here, on page 24 of your report, there's this sentence, it's the last sentence before Section Q that reads --
A. Yes.
Q. -- "Reversal of LNG PTC, upon Mirena implant removal in some individuals, strongly implicates LNG in originally triggering PTC." Do you see that?
A. Yes, I do.
Q. Now, for that particular sentence there are no cites listed, right?
A. That's correct.
Q. But there's another similar statement on page 30 along those same lines. If you go to page 30.
A. Yes.
Q. And I'm looking in the second paragraph. It says, "PTC relief from removing the Mirena implant (even without ensuing weight loss) is" dis -- "is 'dechallenge' evidence." And there you have a cite, 193, right?
A. Yes, that's correct, yeah.
Q. And 193, that's that second Bayer document that appears on your reference list?
A. Okay, yes.



Q. Do you happen to recall what that Bayer document was?
A. On the top of my head, I can't think.
MS. NATALE: Only --
Q. (By Mr. Baum) And that's fine.
MS. NATALE: Only because Shayna had e-mailed a clarifying question about whether it was PDF or an Adobe, you know, or an Excel spreadsheet. I believe that he was -- was provided with the Excel spreadsheet.
MR. BAUM: Okay.
MS. NATALE: That's all.
MR. BAUM: Thank you.
Q. (By Mr. Baum) Do you recall reviewing an Excel spreadsheet that came from Bayer in the course of your work in this case?
A. I reviewed so many materials, I can't honestly say what I did.
Q. Okay. I will represent that if it's the Excel spreadsheet I'm thinking about, it's almost impossible to print it out in a meaningful format, which is probably why you were provided it in electronic format.
A. Okay.
Q. But it also is virtually impossible for me to -- to show you a hard copy format now. So



recognizing that I don't have the document to put in front of you and that that necessarily limits your ability to answer any questions about it --
A. Yes, okay.
Q. -- do you recall sort of what information it was in that spreadsheet that was meaningful to you?
MR. ROCKSTAD: Object to form.
A. I do not recall.
Q. (By Mr. Baum) Okay. Regardless, in both cites in your report you say that the fact that some women improved when their Mirena was removed implicates Mirena as triggering the PTC in that woman; is that right?
A. Implicates, right.
Q. Would you agree that the converse is true, improvement of a woman's PTC while she continues to use her Mirena would exculpate Mirena as originally triggering the PTC in that patient?
MR. ROCKSTAD: Objection.
A. I don't have an opinion on that.
Q. (By Mr. Baum) Okay. So you have no opinion on what improvement with continued Mirena use signifies, but you do have an opinion on what improvement once Mirena is removed signifies?
A. Well, they're going in opposite directions.



One is not necessarily equal to the other. You know, I feel better about this, what I've put here. What you're introducing, I haven't really had a chance to consider, so I'll have no opinion, please.
Q. Do you know how many patients improved -- do you know how many patients PTC improved after they had their Mirena removed?
A. I don't know the hard numbers.
MR. ROCKSTAD: Objection.
Q. (By Mr. Baum) Do you know how many, if any, of the patients who improved after their Mirena was removed, were not also receiving affirmative treatment for their PTC at the same time?
MR. ROCKSTAD: Objection.
A. I do not know that.
Q. (By Mr. Baum) Do you have any sense what percent of the PTC patients using Mirena improved when they had their Mirena removed?
A. I do not.
Q. Do you have any sense what percentage of the PTC patients using Mirena improved in the face of continued Mirena use?
A. Since I am not an expert epidemiologist, I do not.
Q. So do you have any -- do you have any basis

Confidential - Subject to Protective Order

Page 334

to say that a significantly higher percentage of PTC patients using Mirena improved when the Mirena is removed as compared to when it's not removed?
A. I don't have a feeling, one versus the other.
Q. Okay. I'm not going to represent to you what those data show, but if it's the case that similar percentages improve whether or not the Mirena is removed, how would it be that improvement in some patients tells you that Mirena caused it?
MR. ROCKSTAD: Object to form; assumes facts not in evidence.
A. There are quite a few anecdotal reports in the literature by physicians, and equal to one, but a lot of them, that when patients go on progestin treatment something happens, sometimes quickly, days, weeks, months; when it's removed, it reverses quickly. It's not a systematic study; it's anecdotal. And it just -- and it equals one to each case, but cumulatively over the years, many, many, many anecdotal cases. And I think the physicians have some good wisdom here that perhaps is being misplaced on other people.
Q. (By Mr. Baum) And I appreciate that, but if there's no -- if there's no difference in the percentage of people who improve when the Mirena is removed than when the Mirena is not removed, what does it matter --

Page 335

A. Well --
Q. -- that some patients improved when the Mirena was removed?
A. It could be many other factors, lifestyle, who knows what the variables are. I don't know.
Q. So you would have to actually review the details of any particular case --
A. Right.
Q. -- to be able to give a -- you know, an informed opinion --
A. Right.
Q. -- on whether Mirena removal is evidence of causation in that case, right?
A. It's just --
MR. ROCKSTAD: Object to form.
A. -- that some of these progestins, once they started their problem, they're removed, withdrawn, and the patient improves. It doesn't prove it, it's not causality, but it is strong association and it's persuasive, and I think physicians believe that.
Q. (By Mr. Baum) And do you consider yourself to be an expert on adverse event reports like that?
A. I do not.
Q. Okay.
A. I say many times, I'm not a professional

Page 336

epidemiologist. I'm a basic scientist, and that is what my report is mainly about. I just introduce complementary evidence to the best I can to hopefully strengthen the report in some cases.
Q. Okay, but -- and I appreciate that, but since it's in the report, I'm obligated to ask you --
A. I understand.
Q. -- about it.
A. Yeah, I understand.
Q. So if Mirena were to be the causative factor, would you expect that more patients would improve after their Mirena was removed than patients improving without removing their Mirena?
A. Well, there's psychological --
MR. ROCKSTAD: Object to the form.
A. -- as well as physical factors. It's a very complicated issue.
Q. (By Mr. Baum) Okay. Do you know if Bayer submitted these what you're calling dechallenge cases to the regulatory authorities --
A. I don't know.
Q. -- like FDA?
A. I don't know.
Q. The sentence right before that, and I think you may have been making reference to this in some respect

Page 337

just now, says, "Relatively quick induction (months, not years) of PTC by LNG is expected for an agent that starts to unravel normal CSF physiology."
A. Right.
Q. Do you see that?
A. Yes, yes.
Q. What do you mean by that?
A. Well, sometimes the -- the quick induction, by quick, like Plan B, I've read one case, 1500 micrograms taken by a patient, well, what a stress on their system. And they get really sick. And there's at least one case where -- one -- as a matter of not repeating it, helped the patient. I mean, if someone were to do -- to continue with Plan B, and it was every week, then it's another thing, but once they stop doing that, then they get better. So this -- it may be just a weak association, but it is -- it's kind of a dechallenge issue, I think.
Q. But that sentence that I just read to you where you say that "relatively quick induction (months, not years) of PTC by LNG is expected," is it your view that if LNG is causing PTC, that you would expect it to do so within months of introduction to the patient as opposed to several years later?
MR. ROCKSTAD: Objection; form.

Page 338

A. That depends upon the physiological state of the patient and what other pathophysiologies they might have on board. So, again, there's so many variables here, you just really can't say this versus that. It's just impossible to compare them.
Q. (By Mr. Baum) Did you do any analysis of any sort of the duration between Mirena introduction and PTC onset in any of the reported cases?
A. I did not, no.
Q. Okay. Thinking about the causal mechanisms that you articulate in your report, should the risk of PTC from those mechanisms be the highest when a patient's LNG level is the highest?
A. I think there's some -- probably some rough correlation, at least, it may be more than rough. But, you know, as a pharmacologist, there's a dose-response thing that one has to pay attention to.
Q. Have you analyzed the Mirena adverse event reports to see if the PTC development tended to occur when patients' LNG levels were at their highest?
A. I have not, no.
Q. Okay.
A. No.
Q. And then -- and then correct me if I'm wrong, but for LNG to have activity at the androgen receptor or

Page 339

the mineralocorticoid receptor and thereby affect the CSF production rate, LNG would actually have to be present in the body at that time, right?
A. Yes, of course.
Q. So if a patient stopped taking LNG weeks or months or years earlier --
A. Right, right.
Q. -- the LNG can't still exert the mechanistic effects on CSF production that you talk about in your report, right?
A. Yeah, that's true, yeah, right.
Q. Okay. And do you -- are you offering an opinion in your report that a patient who's stopped taking LNG weeks or months or years earlier and then develops PTC, that it was the prior LNG use that caused the PTC --
A. No.
Q. -- through those mechanisms?
A. I'm not saying that, no.
Q. Okay.
MR. ROCKSTAD: Objection to form.
Q. (By Mr. Baum) And then in that same section you have a sentence that reads, "LNG replacement with newer generation (less androgenic) progestins, that rescue the patient from PTC, implicates the initially implanted

Page 340

androgenic LNG in causing CSF hypertension," right?
A. Yes.
Q. What are you referring to there?
A. Again, this is not a specified comprehensive epidemiology of what -- what you're referring to here. It's kind of complementary, in general, just to make some general points. And it's based on, again, a lot of things that I've read I haven't cited. You can't cite everything you read. But that doesn't mean that you can't use your knowledge sometimes, even if you don't quote it, to develop an argument. I agree that as much as possible, it's best to document. But, in some cases, if something is really obvious, evident, or general, a lot of people think that way. Or, from my point of view, an impression gained upon reading some papers, then rather than try to go find seven papers on it, I might just make a general statement without a reference. And, again, it's not central to the argument, the basic argument that I developed in my report anyway.
Q. So that I understand, are you making a claim that any manufacturer has replaced an LNG-containing product with a less androgenic progestin for any reason having to do with PTC?
MR. ROCKSTAD: Object to form.
A. I can't say specifically, but my impression,

Page 341

why Bayer would try to develop more recent generations, feeling the need to do so, is they're not happy or pleased with the earlier versions, like the LNG.
Q. (By Mr. Baum) Right, but do you know if any of that had to do with PTC as opposed to, I don't know, acne or hirsutism or whatever other androgenic effects it may have?
A. Yeah, right. Yeah, I can't say.
Q. Okay. And are you aware of any patient with PTC who was switched from an LNG-containing product to a less androgenic progestin and that this switch rescued the patient from PTC?
A. Right, I can't specify that.
Q. Okay. You have a number of mechanisms in your report where -- by which you claim that LNG could increase CSF pressure, right?
A. Right.
Q. And, admittedly, you say, well, there are no studies that Bayer or others have done showing that LNG does increase CSF pressure, right?
A. Correct, yes.
Q. Do you agree that the mechanisms that you set forth in your report are a theory that is as of yet unproven?
MR. ROCKSTAD: Object to form.

A. It's unproven but it's plausible. And that was the challenge from my report, to come up with a plausible mechanism whereby the LNG or the Mirena could cause PTC. It's plausibility. It's not definite. It's not established. It's plausibility. It's less than -- it's greater than 50 percent.

MR. BAUM: Those are all the questions I have now, sir.

THE WITNESS: Thank you.

MS. NATALE: Let's take a break off the record.

THE VIDEOGRAPHER: Going off the record. The time is 6:14.

(Recess.)

THE VIDEOGRAPHER: Back on the record. The time it 6:41.

EXAMINATION

BY MR. ROCKSTAD:

Q. Dr. Johanson, we're almost finished up. I'm Trevor Rockstad. I'm going to ask you a few more questions on behalf of the plaintiffs.

Dr. Johanson, what was the -- or what is the primary focus of your involvement in -- strike that.

What was the primary focus of the report that is attached as Exhibit 1 that we've discussed



today?

A. It was to elaborate the physiology, especially transport physiology, and pathophysiology. I've had a lot of experience with that with the choroid plexus, but physiology and pathophysiology of this blood-CSF interface, going to the different systems, the critical ones, in my opinion, the fundamental ones, the sodium channel, ENaC, the sodium pump, the water channel. There's so many other transporters, but to make it simple, these are the salient ones in CSF formation. So I kind of focused on that, on those.

So after going through the physiology and pathophysiology, in my mind, for the model development, I tried to apply as much as possible the LNG information to see if there were a plausible mechanism by which the LNG could not necessarily cause PTC, but at least substantially contribute to it. So that's a very important distinction. I'm not talking about causality or establishment or something being definite here. This is a plausible explanation of a cause, plausible, but, again, also -- or substantially contributing to it.

Q. Okay. And as you've mentioned previously in the deposition, you cite a number of pieces of scientific literature. Do you rely on any one piece of scientific literature to support your opinions?



A. I do not. The system is so complicated, so complex, it would be foolish to rely on any one piece of evidence. So I have to take evidence from many lines, using clinical as much as possible, but here mainly basic, but different techniques, different levels from the molecular up to the systemic physiology, so I'm looking at this at various levels.

Q. And then when you look at all that, tell me just a little bit about your methodology of how you use that to form your opinions and reach your ultimate conclusion?

A. Okay. At one point I looked at -- this is kind of pieces of the puzzle, putting them together, laying them down and a nice picture starts to emerge, not a complete picture, but it's a picture where we're starting to get a pretty good idea of what the picture could very well be. A lot of research to do, of course. There always is, any disease, any system. Because research goes on and on and on. We keep trying to improve and to refine.

Q. Is it important to consider all of those pieces of evidence together as one picture?

A. Right. Another way looking at this is like strands of a rope, one strand, two strands, three strands, a few strands, not a very strong rope. The



more strands you can put to the rope, the stronger it becomes. And that has been my philosophy or approach.

Q. Okay, Doctor, I want to, if I can find it, give you back Exhibit 13 that you've looked at previously. That's your CV?

A. Right.

Q. The experience that is evidenced by this CV, you believe that experience is relevant to your opinions here today?

A. Right, absolutely. And there are so many components of it. The hour is late, we're not going to go through all the -- the long list of components of why I'm the person to write this kind of a report.

Q. What about -- what about the -- the publications that are listed in here, are they relevant to your opinions today?

A. Most of my publications are around the choroid plexus, CSF. And people around the world, when they have a question on the choroid plexus, quite commonly I get e-mail, phone call, letter, whatever, approached at a meeting, I'm the go-to person for choroid plexus physiology and pathophysiology.

Q. Do you know anyone else in the world who's more knowledgeable about the choroid plexus?

A. No, I don't, but then, again, no one has worked

Page 346

40 years on it as I have.
Q. Okay. And is it -- well, strike that.
The literature that you've published, although it does not necessarily study Mirena or LNG, is it still relevant to your work here?
A. Absolutely. There's some general principles of transport that are applicable to many tissues across the body, some of which are more like the choroid plexus than the others. So the kidney is a very beautiful parallel, very consistent, very reliable.
Q. Why is that?
A. Well, the choroid plexus is like the kidney for the brain. We had an article in Scientific American that really gave a lot of interest in the work, I think, after it was published, and we made the point just like that, that the mammalian choroid plexus is like the kidney for the brain. It turns over a lot of fluid. It's involved in pressure regulation. So when you're talking about PTC and pressure issues, the choroid plexus is the generator of the fluid that makes the pressure happen. This is the focal point. This is the one that you want to focus on.
When we're talking about the CV, I didn't quite finish.
Q. Go ahead. Go ahead.

Page 347

A. Just -- I know it's late. Just a few comments. I've been privileged to have so many opportunities to work with so many students, postdocs, neurosurgery residents, the faculty, Brown students, undergraduate for mentorships, for honors theses, independent studies. So I've had a great time being able to pass on my knowledge about the choroid plexus, CSF blood-brain barrier, fluid problems in the brain, cerebral edema, hydrocephalus, it's all related. It's a very complex picture. And I've taught over the years with my funding from NIH, very competitive, to get money from there, but I've had consistent support for almost 30 years running. Very people -- very few people can say that. It's peer-reviewed. High standards. And the standards that I applied to writing this report are essentially those which I've used in competitive endeavors like NIH funding reviews, serving -- serving as a reviewer for NIH as well.
Q. So, Doctor, is there any difference in the methodology that you've used to draft this report and form the opinions in this report --
A. No, not really.
Q. -- any difference --
A. Right.
Q. -- with your work as a researcher throughout

Page 348

your career?
A. No, I mean, sound science is sound science. You pick your venue. It doesn't matter. The same principles, the -- what has served me well in so many different endeavors to come up with a quality piece of, you know, a scientific document, including my own-- I've reviewed for 40, at least 40, more than that, scientific journals as a section editor or referee, so I'm quite familiar with the process of critiquing and trying to anticipate what other people are looking for. And it's true in the grant applications as well.
So it's a very highly disciplined way of life. Takes a lot of pouring over the literature, talking to colleagues about problems. I especially enjoy talking with clinicians at Brown about my physiology work, and we've had a lot of collaborations in that regard.
MR. ROCKSTAD: Okay. Doctor, we'll preserve all the remaining questions we may have for you for trial.
THE WITNESS: Okay.
MR. ROCKSTAD: Thank you very much for your time today.
THE WITNESS: Thank you.
MR. BAUM: Just a couple of follow-up

Page 349

questions.
FURTHER EXAMINATION
BY MR. BAUM:
Q. Doctor, you said the kidney is a very good model for the choroid plexus, right?
A. Yes.
Q. So are you able to point me to any study showing the effects of LNG on ion transporters in the kidney?
A. I'm not, no.
Q. Okay. Have you ever presented the opinion that you're expressing here on Mirena and PTC anywhere in the world outside of this litigation?
MR. ROCKSTAD: Objection.
A. I have not.
Q. (By Mr. Baum) And would you agree that plausible basic science mechanisms do not always translate into clinical outcomes?
MR. ROCKSTAD: Object to form.
A. I mean, that could be the case, but if they're done well, a lot of thought put into it, there's a much higher -- as I have done, much more probable that it's going to translate into something beneficial for people.
Q. (By Mr. Baum) Do you agree that to determine if a drug has a clinical effect, you have to look at the

Page 350

clinical data to make that decision?
A. Absolutely, right.
MR. BAUM: Okay. I have no further questions.
MR. ROCKSTAD: All right. That's it.
MR. BAUM: This concludes the deposition of Dr. Conrad Johanson. Going off the record. The time is 6:51.
(Deposition concluded at 6:51 p.m.)

Page 351

CHANGES AND SIGNATURE

IN RE: MIRENA IUS LEVONORGESTREL PRODUCTS LIABILITY

PAGE LINE CHANGE REASON

________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________

I, CONRAD E. JOHANSON, Ph.D., have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Page 352

____________________________
CONRAD E. JOHANSON, Ph.D.

THE STATE OF __________________)
COUNTY OF______________________)

Before me,__________________________, on this day personally appeared CONRAD E. JOHNSON, Ph.D., known to me (or proved to me under oath or through______________________ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this__________day of ________________, 2018.

___________________________
NOTARY PUBLIC IN AND FOR
THE STATE OF ___________

Page 353

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_________________________________
)
IN RE: )
)
MIRENA IUS LEVONORGESTREL- )
RELATED PRODUCTS LIABILITY ) 17-MD-2767(PAE)
LITIGATION (NO. II) ) 17-MC-2767(PAE)
)
This Document Relates to )
All Actions )
_________________________________)

REPORTER'S CERTIFICATION
ORAL/VIDEO DEPOSITION OF
CONRAD JOHANSON, Ph.D.
JANUARY 26, 2018

I, Chris Carpenter, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, CONRAD E. JOHNSON, Ph.D., was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on the _______day of __________, 2018, to the witness or to the attorney for the witness for examination, signature and return to________________________________________________, by ______________________, 2018; and if returned, the original transcript will forwarded to Kenneth Baum, the custodial attorney;

That the amount of time used by each party at the

deposition is as follows:

Mr. Baum: 7 hours, 13 minutes

Mr. Rockstad: 10 minutes

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 29th day of January, 2018.

______________________________

Chris Carpenter, Texas CSR 1151
Expiration Date: 12/31/2018
Golkow Global Litigation Services
8 Penn Center, 12th Floor
1628 JFK Boulevard
Philadelphia, PA 19103
877.370.DEPS