# EXHIBIT E5

## Winter 2017 Curriculum Vitae of Conrad Johanson, Ph.D.

Winter 2017

# CURRICULUM VITAE

Conrad Earl Johanson

## ***PERSONAL INFORMATION***

*Birth place:* Brockton, Massachusetts

*Citizenship:* United States of America

*Family:* Married to Nancy L. Williams
Children: Traci, Brent, Julie, Lance, Holly

*Home Address:*

## ***BUSINESS***

*Address:* Department of Neurosurgery
Alpert Medical School at Brown University
Rhode Island Hospital
593 Eddy Street,
Providence, Rhode Island 02903

*Contact numbers:*

*Computer Addresses:* www.brownneurosurgery.com
E-Mail Address: Conrad_Johanson@Brown.edu
www.brown.edu/Divisions/Medical_School/andera/person.php?id=860

*Undergraduate:* B.A., Chemistry, 1965
Eastern Nazarene College, Quincy, MA
*Honors and Awards*
Dieckhoff Scholarship Award

*Graduate:* Ph.D., Physiology, 1970
University of Kansas Medical School,
Department of Physiology, Kansas City, KS, 1965-1970
*Awards*
N.I.H. Predoctoral U.S.P.H.S. Traineeship

*Postgraduate:* Postdoctorate in Pharmacology,
University of Utah School of Medicine,
Department of Pharmacology, Salt Lake City, UT, 1970-1973
*Awards*
N.I.H. Postdoctoral U.S.P.H.S. Traineeship
Master of Arts *ad eundem*, Brown University

## ***ACADEMIC AND HOSPITAL APPOINTMENTS***

*Professor Emeritus*
Department of Neurosurgery, Program in Neurosurgery,
Brown Medical School, Providence, RI, 2010 to present

*Professor* Department of Neurosurgery, Program in Neurosurgery,
and Department of Physiology, Brown Medical School,
Providence, RI, 1985 to 2010

*Associate Professor*
Department of Pharmacology, University of Utah School of Medicine
Salt Lake City, UT, 1979 to 1985

*Assistant Professor*
Department of Pharmacology, University of Utah School of Medicine
Salt Lake City, UT, 1974 to 1979

*Research Assistant Professor*
Department of Anesthesiology, University of Utah School of Medicine
Salt Lake City, UT, 1978 to 1985

*Instructor* Department of Pharmacology, University of Utah School of Medicine
Salt Lake City, UT, 1973 to 1974

*Director of Cerebrospinal Fluid Laboratory*
Department of Neurosurgery, Rhode Island Hospital, 1985-2000

*Director of Neurosurgery Research*
Rhode Island Hospital, Providence, RI, 2001-2010

## ***COMMITTEES***

*University of Utah:*

Graduate Training Committee for Ph.D. program in Pharmacology, 1977-85

Review of Tenured Faculty Subcommittees, 1981 to 1985

Departmental Seminar Committee, Chair, 1979 to 1980

Doctoral Preliminary Examination Committees, service on 15 committees, 1975-84

Thesis Committees (12 committees, 6 as chairman), 1977 to1985

Prahl Memorial Committee for Graduate Research, 1980 to 1984

Nominations Committee for University Senate, 1978

*Brown University and Rhode Island Hospital:*

Department of Neurosciences Executive and Promotions Committee, 1988-2010
Faculty Search Committees, 1986-2010

Member, Graduate Program in Physiology, Pharmacology and Artificial Organs-Biomaterials, 1989-2010

Research Task Force (Faculty Issues), R.I. Hospital, 1992-1993

Lifespan Research Advisory Committee, 1996-2005

Annual Hospital Research Celebration Planning Committee, 1996-2010

Advisory Committee, Trauma-Sepsis-Inflammation Training Grant, 1998-2010

Academic Committee, Department of Clinical Neurosciences (Neurosurgery)

Chair of Planning Committee for 2008 Meeting at Brown University, in Providence, of the Society for Research on Hydrocephalus and Spina Bifida

Committee on Faculty Equity and Diversity, Brown University, 2008-9

*Industry/Bio-Technology, Societies and Foundations:*

Eunoe Inc., Palo Alto, CA and Stanford University: Advisory Committee on CSF, 2005

Omentum Project Advisory Committee, Alzheimer's Study, U. of California, Irvine

Intracranial Hypertension Research Foundation, Vancouver, WA; Advisory Board, 2005 to present

Society for Research on Hydrocephalus and Spina Bifida, Executive Committee, 2006-2010

Pudenz Award Committee for Excellence in CSF and Hydrocephalus Research (Medtronic), 2008 to present

International Society for Hydrocephalus and CSF Disorders- Member of International Advisory Board, 2009 to present

Hydrocephalus Association (San Francisco)- member of Research Advisory Board and reviewer of grant applications, 2009

UCB Biosciences, Neurotoxicology of choroid plexus-CSF, Raleigh, NC, 2012

## ***PROFESSIONAL AFFILIATIONS AND SOCIETY MEMBERSHIPS***

Society for Neuroscience and American Physiological Society
American Society for Pharmacology and Experimental Therapeutics
International Society for Developmental Neuroscience
International Society for Hydrocephalus and Cerebrospinal Fluid
International Society for Cerebral Blood Flow and Metabolism
American Society for Neurochemistry

Society for Research on Hydrocephalus and Spina Bifida
Intracranial Hypertension Research Foundation
International Association of Restoratology
Global College of Neuroprotection and Neuroregeneration

## ***OTHER PROFESSIONAL ACTIVITIES***

National Institutes of Health, NINCDS Study Section Ad Hoc Reviewer for Neurological Sciences 1 and Neurology A Sections, (1983-88); and NINCDS Special Rev. Comm. (site visits). NHLBI Research Review Committee B (reverse site visit, 1994); Neurology B1, 1995; and the Cardiovascular and Renal Study Section; Consultant, National Institute on Aging, Gerontology Research Center, NIH

National Aeronautics and Space Administration (NASA): Member of Science Advisory Board, Johnson Space Center, Houston- Visual Impairment and Intracranial Pressure (VIIP), 2010; NASA Research and Clinical Advisory Panel (VIIP), 2011-16; VIIP Study Section, Chair (NASA Research & Education Support Services), March 2012; Reviewer, NASA NSBRI Study Section on Smart Medicine- Intracranial Pressure Assessments in Astronauts, Arlington, VA, March 2012

Reviewer for Grant Foundations: National Science Foundation; Veterans Administration; Amyotrophic Lateral Sclerosis Society; Hydrocephalus Research Foundation; March of Dimes; Philip Morris External Research Program; Medical Research Council of Canada; Medical Research Fund of Australia; PPP Healthcare Medical Trust (England); The Wellcome Trust (United Kingdom); Biotechnology and Biological Sciences Research Council (United Kingdom); Hydrocephalus Association (San Francisco); Alzheimer's Society (United Kingdom); Alzheimer's Association (United States)

Reviewer for University and Hospital Research Committees: University of Utah Research Committee; Rhode Island Foundation; Research Advisory Committee for Lifespan Hospitals; Brown-Tufts Center for Aids Research; Lifespan Hospital Departmental Pre-review system

Journal Referee, Field Editor or Associate Editor for:

*American Journal of Physiology*
*Aviation, Space and Environmental Medicine*
*Biochemical Pharmacology*
*Biology of Reproduction*
*Brain Research*
*Cancer*
*Experimental Neurology*
*In Vitro Cellular & Developmental Biology*
*Insect Biochemistry*
*Journal of Applied Physiology*
*Journal of Biological Chemistry*
*Journal of CBF and Metabolism*
*Journal of Clinical Investigation*
*Journal of Experimental Zoology*
*Journal of Neurochemistry*
*Journal of Neurosurgery*
*Journal of Neuroscience*
*J. Pharmacology & Exper. Therapeutics*
*Life Sciences*
*Neuroscience*
*Neurosurgery*
*Peptides*
*Pharmaceutical Research*
*Proc. Natl. Acad. Science*
*Proc. Soc. Exp. Biol. & Medicine*
*Science*
*Shock*
*J. Pathology & Experimental*

*Neurology Cellular and Molecular Neurobiology*
*Neuroscience Letters*
*Endocrinology*
*European Journal of Neuroscience*
*Drug Development and Ind. Pharmacy*
*Neuropsychopharmacology*
*Biochimica et Biophysica Acta*
*Frontiers in Bioscience*
*Anatomical Record*
*Advanced Drug Delivery Reviews*
*Journal of Gerontology*
*Acta Physiologica*
*Physiology*
*Translational Psychiatry*
*Hypertension*
*The Anatomical Record*
*Journal of Cell Science*
*Hippocampus*
*Journal of Pineal Research*
*Diabetes*
*Experimental Brain Research*
*Comparative Biochemistry & Physiology*
*Neurobiology of Disease*
*Fluids and Barriers of the CNS*
*Int. J. Neuroprotection & Neuroregen.*
*Neuroendocrinology*
*Journal of Alzheimer's Disease*
*Journal of Neurorestoratology*

Community activities related to profession:

Have conducted numerous science demonstrations for elementary and high school students; organized scientific activities for Scout groups; chaired a long-range planning committee for educational reform in a private school; have been a National Science Foundation reviewer for the National Science Scholars Program (college scholarships); and have presented talks to the Alzheimer Foundation of Rhode Island as well as regional support groups for families of hydrocephalus and dementia patients.

## ***POSTGRADUATE HONORS AND AWARDS***

Recipient of Research Career Development Award, National Institute of Neurological and Communicative Disorders and Stroke, NIH, 1977 to 1982

Recipient of Tenure Award, Department of Pharmacology, University of Utah School of Medicine, 1981

Frontiers of Science and Technology, Marquis Who's Who, Inc., 2nd ed., 1985

Distinguished Alumnus Award for Professional Achievement, E. Nazarene College, Quincy, MA 2001

Distinguished Alumnus Award, Lexington Christian Academy, Lexington, MA 2005

Recipient of the Robert Pudenz Award for Excellence in CSF and Hydrocephalus Research, 2005

## ***RESEARCH PRESENTATIONS: SEMINARS, LECTURES & SYMPOSIA***

University of Colorado, Pfizer Symposium on Drugs and the Developing Brain, Denver, CO, 1972

Massachusetts General Hospital, Department of Anesthesia, Boston, MA, 1980

University of North Carolina, Department of Neurology, Chapel Hill, NC, 1981

Dartmouth Medical School, Department of Physiology, Hanover, NH, August 1981

Texas A & M University, Department of Medical Pharmacology and Toxicology, College Station, TX, 1983

National Institute on Aging, Laboratory of Neurosciences, Baltimore, MD, 1983

University of Texas, Southwestern Medical School, Dept. of Physiology, Dallas, TX, 1984

University of Kentucky, Department of Neurology, Lexington, KY, 1984

University of Oklahoma, Department of Surgery, Oklahoma City, OK, 1984

University of California, Department of Physiology-Anatomy, Berkeley, CA, 1985

Case Western Reserve University, Visiting Scientist in the Department of Neurology, Cleveland, OH, 1985

University of Massachusetts, Department of Pharmacology, Worcester, MA, 1987

Albany Medical College, Union University, Department of Pharmacology, Albany, NY, 1988

The George Washington University Medical Center, Department of Anatomy, Washington, DC, 1988

VIIth Symposium on Intracranial Pressure and Brain Injury, University of Michigan, Ann Arbor, MI, 1988

University of Florida College of Medicine, Department of Pharmacology and Therapeutics, Gainesville, FL, 1988

The Johns Hopkins University, Department of Environmental Health Sciences, Neurotoxicology Program, Baltimore, MD, 1988

Michigan State University, Department of Physiology, East Lansing, MI, 1988

University of Toronto, Department of Radiology, Toronto, Canada, 1988

University of Iowa, Department of Internal Medicine, Iowa City, IA, 1988

Brown University School of Medicine, Neurology Grand Rounds, 'Choroid Plexus', 1990

Harvard Medical School, Depts. of Neurosurgery and Neuropathology, Boston, MA, 1990

Pennsylvania State University, Depts. of Neurosurgery and Cellular and Molecular Biology, Hershey, PA, 1991

Brown University, Department of Physiology & Biophysics, 'Cotransport of Sodium and Chloride by Choroidal Epithelium', Providence, RI 1991

Symposium on 'Choroid Plexus as a Multifunctional Organ', American Society for Neurochemistry, Richmond, VA, 1993

Symposium on 'The Cerebrospinal Fluid', Oklahoma Center for Neurosciences, Oklahoma City, OK, 1993

Winter Conference on Brain Research, 'Choroid Plexus and Cerebrospinal Fluid: Maintaining Chemical Homeostasis', Snowbird, UT, 1994

Glaucoma Catalyst Meeting for Leading Scientists, Tucson, AZ, 1996

Brown University, Dept. of Physiology & Pharmacology, 'Neuropeptides and Growth Factors in Choroid Plexus and Cerebral Spinal Fluid', Providence, RI, 1996

Columbia University, Division of Environmental Sciences, 'Various Secretory Functions of the Choroid Plexus', New York, NY, 1996

Alzheimer's Association, Rhode Island Chapter, 'Choroid Plexus-CSF Function in Aging and Alzheimer Brains', Warwick, RI, 1996

University of South Dakota, Dept. of Physiology and Pharmacology, 'Vasopressin Effects on Choroid Plexus Transport and Epithelial Ultrastructure', Vermillion, SD, 1996

University of Iowa, Department of Anesthesia, 'Neuropeptide and Growth Factor Effects upon the Choroid Plexus-CSF System', Iowa City, IA, 1996

Albert Einstein College of Medicine, Department of Cell Biology, 'Neuropeptide Modulation of Choroidal Epithelium and CSF Secretion', Bronx, NY, 1997

Hydrocephalus-Glaucoma Catalyst Meeting, Co-organizer of Conference, Montreal, Canada, 1997

Lund University, Department of Molecular Neuroscience, 'Vasopressin and Angiotensin II Effects on the Choroid Plexus-CSF System', Lund, Sweden, 1997

University of South Carolina School of Medicine, Department of Ophthalmology, 'Fibroblast Growth Factor-2 and Blockage of Cerebrospinal Fluid Drainage Pathways'. Columbia, SC, 1997

Texas Tech University, Department of Pharmaceutical Sciences, School of Pharmacy. 'Vasopressin and Angiotensin II Effects at the Blood-CSF Barrier: Modulation of Choroid Plexus Blood Flow, Ion Transport, and CSF Secretion', Amarillo, TX, 1998

Cerebrovascular Biology 98 International Conference, Platform presentation: Recent Advances in Blood-CSF Barrier Research- Overview of the Cerebral Vasculature and the Blood-Brain Barrier, Gleneden Beach, OR, 1998

Food and Drug Administration Conference on Shunt Technology: Challenges and Emerging Directions. Platform presentation: 'Growth Factor Induction of Normal Pressure Hydrocephalus', Bethesda, MD, 1999

Summer Peptide Conference, 'Vasopressin and Fibroblast Growth Factor Modulation of CSF and Brain Fluid Dynamics', Key West, FL, 1999

Drew University, Designing Drugs to Minimize or Maximize Exposure to the Brain, Conference at the Residential School on Medicinal Chemistry, 'Overview of the Physiology of the Blood Brain and Blood-Fluid Barriers to Drug Delivery into the Central Nervous System', Princeton, NJ, 1999

Gordon Research Conference on the CNS Barriers Development of the Choroid Plexus-CSF System in the Mammalian Brain: An Overview, Tilton, NH, 1999

Graduiertenkolleg Westfalische Wilhelms-Universitat Munster, Co-localization of Arginine Vasopressin and Basic Fibroblast Growth Factor in the Choroid Plexus Epithelium: Possible Role in Brain Fluid Homeostasis, Munster, Germany, 1999

Merz Company, 'The Choroid Plexus as a Drug Transport Interface and Pharmacologic Target for Modulating CSF-Brain Functions', Frankfurt, Germany, 1999

Hydrocephalus Support Group and Wade Hydrocephalus Center, Basic Research on the Cerebrospinal Fluid System: How Does It Help to Understand Clinical Problems With Hydrocephalus? Orlando, FL, 2000

Texas Tech University, Departments of Pharmacy Practice and Pharmaceutical Sciences, School of Pharmacy. Growth Factor Modulation of CSF-Brain Functions: Basic and Clinical Considerations. Amarillo, TX, 2000

Eastern Nazarene College, Department of Biology, 'Growth factor expression in the choroid plexus', Quincy, MA, 2000

Institut National de la Sante' et de la Recherche Medicale, Unite de neuro-pharmaco-nutrition, Hopital Fernand Widal, 'Specialized functions of the choroid plexus transport systems: Implications for the global economy of the CSF and brain', Paris, France, 2000

Inserm Conference- Focus on Choroid Plexus: Physiology, Pharmacology and Physiopathology. Chair of section: 'Choroid plexus and brain homeostasis'. Lyon, France, 2000

Emory University, Society for Research into Hydrocephalus & Spina Bifida, 44th Annual Meeting, 'Growth factor excess in the CNS disrupts the normal flow of CSF and brain extracellular fluid: Implications for hydrocephalus'. Atlanta, GA, 2000

Chemistry Reunion Dinner, 'Neuroscience Research 2000: Opportunities and Challenges', Eastern Nazarene College, Quincy, MA, 2000

Institute for Child Development, University College, Neurosciences & Mental Health Theme Seminar: 'The Choroid Plexus-CSF System: Developmental, Pharmacologic and Neuroendocrine Considerations', London, UK, 2001

King's College, IVth International Conference, Cerebral Vascular Biology, 'CNS Endothelial and Epithelial Barriers: Cell and Molecular Biology', Cambridge University, Cambridge, England, 2001

University of California, Davis, Department of Human Physiology, 'Fluid secretion by choroid plexus: Role of the apical NaK2Cl cotransporter', Davis, CA, 2001

University of Uppsala, 45th Annual Meeting of Society for Research into Hydrocephalus & Spina Bifida, 'Reaction of choroid plexus and pituitary to fluid imbalance: Altered expression of FGF2', Uppsala, Sweden, 2001

Massachusetts Association of Science Supervisors- 33rd Annual Meeting: Windows on the New Century. Presented lectures on: 'Teaching neuroscience to high school students', and 'Physiology of brain fluids', Worcester, MA, 2001

Brown University, Neurosurgery Grand Rounds, 'Neurosurgery Research Program at Rhode Island Hospital', Providence, RI, 2001

Rhode Island Hospital, Renal Grand Rounds, Division of Renal Diseases,'NaK2Cl cotrans- port and CSF formation by choroid plexus, the kidney of the brain', Providence, 2002

Northwestern University Feinberg School of Medicine and Children's Memorial Hospital, Third International Hydrocephalus Conference, What's New in 2002? 'Modulation of CSF Dynamics by Growth Factors and Peptides: Implications for Hydrocephalus', Chicago, IL 2002

Brown Medical School, Neurosurgery Grand Rounds, 'Translational Research Prospects in Clinical Neurosciences', Rhode Island Hospital', Providence, RI, 2002

University Hospital Gasthuisberg, Katholieke Universiteit Leuven, ‘Are there neuroendocrine-type cells in the choroid plexus?’ Department of Paediatrics- Child Neurology, Leuven, Belgium, 2002

Wade Hydrocephalus Center, ‘Role of Ion Transport Proteins in Brain Fluid Balance’, Orlando, FL, 2002

Brown Medical School, Neurosurgery Grand Rounds, ‘CSF and Hydrocephalus Models: NaK2Cl Cotransport Expression in the HTX rat’, Rhode Island Hospital’, Providence, RI, 2002

King’s College, University of London, Second International Workshop on Choroid Plexus,
‘Neuropeptides, Na-K-Cl Co-Transport and Choroid Epithelial Dark Cells: Impact on CSF and Hydrocephalus’, London, UK, 2003

Texas Tech University, College of Pharmacy, Vth International Conference on Cerebral Vascular Biology, Chair of Session on ‘Physiology and Pathophysiology of Specialized Barrier Components’, Amarillo, TX 2003

University of Maryland School of Medicine, 47th Annual Meeting of Society for Research on Hydrocephalus & Spina Bifida, ‘Physical and Biochemical Reactions of the Choroid Plexus to High-Pressure Hydrocephalus,’ Baltimore, 2003

University of Dublin, Trinity College, 48th Annual Meeting of Society for Research on Hydrocephalus & Spina Bifida, ‘The changing choroid plexus-CSF system in Alzheimer’s disease’, Dublin, Ireland, 2004

Medtronic, Inc., ‘Brown Neurosurgery Research in Cerebrospinal Fluid Dynamics: Progress, Projects and Goals,’ Santa Barbara, CA, 2004.

Fidelity Foundation, site visit to Brown; ‘Disrupted Functions of the Blood-Brain and Blood-CSF Barriers in Alzheimer’s Disease: A New Paradigm to Evaluate β-Amyloid Retention in Brain, Providence, RI, 2005

Society for Research on Hydrocephalus and Spina Bifida, Aging rat brain: A model for analyzing interactions among CSF dynamics, ventriculomegaly and the beta-amyloid retention of Alzheimer’s disease. Barcelona, Spain, 2005.

The Global College of Neuroprotection and Neuroregeneration Annual Conference, Neuroprotection by the choroid plexus-CSF system: Its alteration in Alzheimer’s disease. Invited platform speaker, Innsbruck, Austria, 2005.

University of Wisconsin, American Society For Neurochemistry, Linkage of FGF2 with AVP in brain fluid homeostasis: Role of the choroid plexus. Madison, WI, 2005.

Ohio State University, Biomedical Engineering and Clinical Medicine in Basic Neural Hydrodynamics Research, Keynote address: Disruption of Choroid Plexus-CSF Homeostatic Systems in Aging and Alzheimer’s Disease. Columbus, OH 2005.

University of Michigan, International Symposium on Brain Edema and Tissue Injury, Is the choroid plexus involved in regulating ICP? Putative natriuretic peptide modulation of CSF formation. Ann Arbor, MI, 2005.

Annual Alzheimer’s Research Forum- Enabling Technologies for Alzheimer’s Research: ‘Regulatory Systems at the Blood-CSF Barrier’, Bar Harbor, Maine, 2005.

University of Aarhus, Institute of Anatomy, Neuropeptides, NKCC1 cotransport and choroid epithelial neuroendocrine cells: Impact on CSF and hydrocephalus. Aarhus, Denmark, 2006.

Twelfth Annual Neuro-Oncology and Blood-Brain Barrier Disruption Consortium Meeting: Delivery and Neurotoxicity Issues in CNS Malignancy, 'Chemotherapy Delivery to CSF,' Sun River, Oregon, March 2006.

Society for Research into Hydrocephalus and Spina Bifida, 50th Anniversary Scientific Meeting, Expression of the Beta-Amyloid Transporter, LRP-1, in Aging Choroid Plexus: Implications for the CSF-Brain System in NPH and Alzheimer's disease, Cambridge, UK, September 2006.

International Brain Conference, University of Central Florida: 'Aging and CSF Homeostasis: Role of Choroid Plexus'. Orlando, FL, January 2007.

The Science of Prevention: New Insights into the Importance of Intra-CSF Prophylaxis- 'Novel strategies and targets for intra-CSF chemoprophylaxis involving the choroid plexus, vascular endothelium and growth factors', St. Thomas, Virgin Islands, February 2007.

Fourth Annual Meeting, The Global College of Neuroprotection & Neuroregeneration, 'Normal pressure hydrocephalus: Is it part of the continuum from aging to Alzheimer's disease?' Garmisch-PartenKirchen, Germany, March 2007

Neurology Grand Rounds. 'Disrupted Cerebrospinal Fluid Circulation and Dementia', Presented to NGR at Rhode Island Hospital, Providence RI, June 2007.

51st Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida, Chair of Session on *Shunts*. Heidelberg, Germany, May 2007.

Medtronic Product Platform Meeting, 'CSF formation and reabsorption: Can CSF peptides and growth factors usefully complement shunting systems for more effective management of hydrocephalus?' San Francisco, CA, July 2007

BrainChild Foundation Workshop- Cytopathology of Hydrocephalus: 'Injuries to, and homeostatic adjustments by, choroid plexus in hydrocephalus, aging and Alzheimer's disease: How can CSF-brain be better managed at all life stages?' University of Utah, Salt Lake City, October 2007.

Eastern Nazarene College, Dept. of Chemistry Seminar- 'The choroid plexus-CSF system: Its impact on brain development, metabolism and repair', Quincy, MA November 2007.

Fifth Congress of the Global College of Neuroprotection and Neuroregeneration, Chairperson of Plenary Session II, 'Neurodegeneration and Neuroregeneration', Bucharest, Romania, March 2008.

52nd Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida, meeting organizer, Brown University, Providence, RI, June 2008.

Gordon Research Conference, 'Differential expression of LRP-1 at the aging blood-CSF and blood-brain barrier: Implications for A-Beta peptide clearance from CNS.' Tilton, NH, June 2008

Intracranial Hypertension Research Foundation, Patient Conference, ‘Cerebrospinal Fluid: The Incredible Voyage’, Houston, TX June 2008

Hydrocephalus 2008, Co-Chair of Session on ‘Brain Biomarkers and Brain Metabolism in Hydrocephalus’, Hannover, Germany, September 2008

8th Congress of the Global College of Neuroprotection and Neuroregeneration, Co-Chair of Session 1: Blood-Brain Barrier and Brain Edema, Vienna, Austria, March 2009

University of Goteborg, Neurology Department, Sahlgrenska Institute, ‘Ageing of the choroid plexus-CSF system: Implications for NPH and Alzheimer’s disease’, Goteborg, Sweden, March 2009

Pediatric Research Colloquium, Women and Infants Hospital, ‘Functional significance of the choroid plexus and blood-brain barrier in hydrocephalus’, Providence, RI, April 2009

Grand Rounds Neurology, RI Hospital, ‘Choroid plexus, amyloid, aging and NPH’, Providence, RI, April 2009

Memory Clinic, Lifespan, ‘Dyshomeostasis of brain fluids in aging: Implications for neurodegeneration and cognitive losses’, Providence, RI, May 2009

Animal Model Pre-Conference at SRHSB, ‘Molecular, cognitive and epigenetic profiling for aging models: Implications for hydrocephalus and neurodegeneration’, Belfast, Ireland, June 2009

Society for Research on Hydrocephalus and Spina Bifida, Co-Chair of Session #2: ‘Hydrocephalus’, Belfast, Ireland, June 2009

NIH-Sponsored Workshop on Hydrocephalus, moderator of breakout session: ‘The Influence of Cerebrospinal Fluid Circulation on Brain Function in Hydrocephalus’. Baltimore, MD, September 2009

Hydrocephalus 2009, Chair of Sessions: ‘Anatomy, Physiology, and Pathophysiology of CSF Circulation’; ‘Animal Models; Biomarkers and Metabolic Monitoring’; and ‘Injury and Recovery Mechanisms’. Baltimore, MD, September 2009

College of Pharmacy, University of Rhode Island, MiniNeuroscience Symposium, ‘Aging of the blood-brain barrier and CSF system: Does compromised clearance of amyloid peptide lead to cognitive losses?’ Kingston, RI, December 2009

Department of Neurosurgery, Barrow Neurological Institute, ‘Definition and classification of hydrocephalus’, Phoenix, AZ, January 2010

Universidad Austral de Chile, Institute of Anatomy, Histology and Pathology, Lectures on ‘Adult normal pressure hydrocephalus: An intermediate state between aging and Alzheimer’s disease?’ and ‘Neuropeptides, Na-K-Cl co-transport and choroid epithelial ‘dark’ cells: Impact on CSF and hydrocephalus’, Valdivia, Chile, January 2010

Department of Neurosurgery, Grand Rounds lecture, ‘Experimental Modeling of NPH vs. Aging and Alzheimer's Disease’, University of Louisville Medical School, Louisville, KY, June 2012

CSF and Neurotrauma Symposium, 'Putative neuroendocrine regulation of intracranial pressure: Implications for the intracranial hypertension of spaceflight' & 'Therapeutic attempts to modulate the effects of ependymal denudation and subcommissural organ impairment and modulate trophic factor delivery in hydrocephalus', University of Birmingham, Edgbaston, United Kingdom, July 2012

Universidad Austral de Chile, Institute of Anatomy, Histology and Pathology, 'Altered choroid plexus, CSF and ependymal wall in aging and brain injury: Relations to neurogenesis, regeneration and cognition', Valdivia, Chile, March 2012

Animal Models in Hydrocephalus Research, 'Augurin, a choroid plexus-CSF hormone for restoring brain homeostasis after injury: Implications for hydrocephalus', Satellite conference at the SRHSB annual meeting, York, England, July 2012

Smart Medical Systems and Technology: Unraveling VIIP Etiology- An Exploratory Symposium- 'Neuropeptide regulation of choroid plexus-CSF dynamics: Emerging role for central atrial natriuretic peptide', Houston, TX, February 2014

VII Annual Conference of International Association of Neurorestoratology, 'Agrin expression level in the blood-brain barrier affects the content of beta-amyloid in the brain of transgenic mice', Mumbai, India, March 2014

Department of Neurology, Rhode Island Hospital, 'Breakdown of blood-brain and blood-CSF barriers disrupts the CNS in aging and Alzheimer's: Pathophysiology, diagnostics and repair potential', Providence, RI, 2014

Pediatric Neurological Surgery, Annual Meeting, 'Elevated intracranial pressure: CSF hypertension on earth vs. spaceflight', Orlando, FL, 2016

## ***RESEARCH GRANTS***

*Research Career Development Award*, National Institute of Neurological and Communicative Disorders and Stroke, 1977-1982

*Ontogeny of Homeostatic Transport in Choroid Plexus*, NINDS R01 Research Grant, C.E. Johanson, P.I., 1977-1980

*Maturation of CSF Secretory Mechanisms*, NINDS R01 Research Grant, C.E. Johanson, P.I., 1980-83

*Acid-Base Transporters and pH in the Immature CNS*, NINDS R01 Research Grant, C.E. Johanson, P.I., 1983-86

*Development of Choroid Plexus-CSF Transport Systems*, NIH NINCDS RO1 Research Grant, C.E. Johanson, P.I., 1989-1995

*Choroid Plexus, Growth Factors, Aging and Injury*. NIH NINDS RO1 Research Grant, C.E. Johanson, P.I., 1995-1999

*Peptide Regulation of the Choroid Plexus-CSF System.* NIH NINDS RO1, C.E. Johanson, P.I., 1999-2004

*Age-Related Decrease in A-Beta Peptide Clearance Pathways: CSF and BBB*, NIH *esearch Training in Pharmacological Sciences*, NIH Training Grant, research supervisor, 1974-1984

*Neuropharmacology and Neurochemistry Program Project*, research instructor, 1973-5

*Training Grant for Post-Clinical Anesthesia Training*, National Institutes of Health, research advisor, 1980-85

*Pathophysiological Responses to Injury*, NIH, National Institute of General Medical Sciences, Institutional Postdoctoral NRSA (T32) M. Epstein, P.I.; C.E. Johanson, Co-P.I., 1990-1992

*Trauma, Sepsis and Inflammation* National Institute of General Medical Sciences Trauma Training Grant, I. Chaudry, P.I., C. Johanson, research supervisor, 1999-2002

*Trauma and Inflammation Research Training Grant*, National Institute of General Medical Sciences Trauma Training Grant, J. Albina, P.I., C. Johanson, research supervisor, 2010-14

*Apolipoprotein E, amyloid-beta, and blood-brain barrier permeability in Alzheimer disease*, K08, National Institutes of Health, 2006-9, J. Donahue, P.I., and C. Johanson, mentor.

*Biomarkers for Drug Targeting in Alzheimer's Disease*, American Health Assistance Foundation, A. Baird, P.I., and C. Johanson, Co-P.I., pending.

*Agrin, Amyloid and Alzheimer's Disease*, Veterans Administration, C. Johanson, P.I. and E. Stopa, co-investigator, pending.

National Science Foundation:

*Multi-User Equipment Grant*, National Science Foundation, 1979-1980

Private Foundations:

*Biochemical Control of CSF Production*, March of Dimes Foundation, M. Epstein and C. Johanson, Co-P. I., 1985-1988

*Effect of Phenytoin on the Transport and Distribution of Sodium and Potassium Between Various Compartments in the Central Nervous System*, Epilepsy Foundation of America, C. Johanson, P.I., 1975-1976

*Microdialysis of Cerebrospinal Fluid from the Cisterna Magna.* Grass Foundation, C.E. Johanson, P.I., 1990-1993

*Serotonin Effects on Chloride Transport by Choroid Plexus*, Grass Foundation, C.E. Johanson, P.I, 1994

*Cystatin C and TUNEL Immunostaining in Spinal Cord in Amyotrophic Lateral Sclerosis*, George Robinson Foundation, C.E. Johanson, P.I., 1996-97

*Growth-factor Induced Hydrocephalus in a Transgenic Alzheimer Mouse Model*, Alzheimer's Association, C. Johanson and E. Stopa, co-principal investigators, 2004-7

*Neurobiological Interventions for the Treatment of Hydrocephalus*, Hydrocephalus Association, San Francisco, P. McAllister, P.I., E. Rodriguez and C. Johanson, Co-P.I., 2012-13

Corporations:

*Minimally-Invasive and Metabolic Models of Hydrocephalus*, Medtronic Neurologic Technologies, C. Johanson and J. Duncan, co-principal investigators, 2006-7.

Local Funding Sources:

*Protection of the pH of the Extracellular Fluid of the Brain During Systemic Metabolic and Respiratory Acidosis: The Role of the Choroid Plexus*, C. Johanson, P.I., Dean's Research Fund, University of Utah, 1976-1977

*Physiological Characteristics of the Cerebrospinal Fluid Secretory Process*, C. Johanson, P.I., Dean's Research Fund, University of Utah, 1974-1975

*Immunohistochemical Analyses of ALS Brains*, Brown University UTRA collaborative study with Jinn-Wien Teng, 1998.

## RESEARCH INTERESTS AND SUPERVISION

The *Cerebrospinal Fluid Research Laboratory* is dedicated to investigating the following aspects of central nervous system physiology and biochemistry: regional analysis of developmental changes in blood-brain and blood-CSF barrier permeability and transport; neurohormonal regulation of cotransport and antiport mechanisms in the choroid plexuses; comparative pharmacology of epithelial systems that secrete transcellular fluids; functional relationships among choroid cellular physiology, blood flow and CSF formation; effects of growth factors on extracellular fluid dynamics and ventriculomegaly in the central nervous system; the pathophysiologic continuum of aging, normal pressure hydrocephalus and Alzheimer's disease; the deleterious effects of elevated intracranial pressure; and the modulation of choroidally-secreted peptides and hormones on periventricular neurogenesis and cognition.

Have served as Ph.D. thesis supervisory chairman at University of Utah to Q. Smith (1980), S. Burton (1982), R. Harbut (1983), V. Murphy (1984) and Q. Deng (1986).

Brown University Honors Thesis/ independent study project director for: A. Fowler, J. Sonnenblick, R. Yacavone, P. Budhijara, A. Linn, M. Vanorrsdall, M. Rahman, S. Moore, P. Chan, Y. Kang, M. Lebow, J. Teng, J. Andrews, J. Shin, Z. Chan, J. Oen, S. Lahajani, H. Nguyen, A. Kubal, A. Intrator, N. Sharma, T. Berzin, K. Jones, S. Soltman, J. Andreozzi, C. Deng, V. Paulino, M. Miller, L. Luo, I. Caralopoulos, C. Marcaccio, A. Juan, M. Boylan, and K. Vasudevan.

Research mentor at Brown Medical School to Neurosurgery and Neuropathology residents: D. Bairamian, M. Guglielmo, M. Mittler, C. Weaver, J. Donahue, and M. Park

University thesis examiner: Ph.D theses- J. Melton, Dartmouth; N. Knuckey, University of Western Australia; N. Krunic, University of Toronto; J. Park, Brown University

Masters theses- S. Hasan, Kuwait University; D. Hahn, Brown University; C. Pascale, Rhode Island College, M. Miller, Brown University

## *TEACHING*

My teaching experience has encompassed cerebral blood flow and metabolism; CSF hydrodynamics; CNS transport phenomena; blood-brain barrier techniques; extracellular

fluid homeostasis; cell pH; developmental pharmacokinetics; ontogeny of transport enzymes; nutrient carrier systems; diuretics; autonomic agents; antihypertensive drugs; cardiac glycosides; local and general anesthetics; psychopharmacological agents; sulfonamide drugs; insulin/calciotropic hormones; etc.

University of Kansas (1968-1970):

Physiology 270: Graduate renal physiology

Physiology 271: Graduate cardiovascular and CNS physiology

University of Utah (1971-1985):

Pharmacology 601-602-603: Sophomore medical pharmacology

Pharmacology 791: Pharmacokinetics

Pharmacology 727: Neurochemistry

Pharmacology 721: Acid-base and electrolytes

Pharmacology Summer Courses (e.g., Food and Drug Administration pharmacology)

Brown University (1986-):

Basic Neuroscience Course (Program in Neurosurgery)

Cell Volume Regulation Seminar (Physiology Department)

Advanced Physiology BI 208: Peptides and Growth Factors

## ***ARCHIVAL PUBLICATIONS IN REFERENCED JOURNALS***

**Johanson, C.E.** The effect of cerebrospinal fluid osmolarity on the clearance of urea and sucrose from the goat ventriculo-cisternal perfusion system. *Ph. D. Dissertation*, University of Kansas, University Microfilms, Order no. ADG71-13320, Ann Arbor, MI, 1970.

**Johanson, C.E.**, Reed, D.J. and D.M. Woodbury. Active transport of sodium and potassium by the choroid plexus of the rat. *J. Physiol. (London)* **241**: 359-372, 1974.

**Johanson, C.E.**, Foltz, F.M. and A.M. Thompson. The clearance of urea and sucrose from isotonic and hypertonic fluids perfused through the ventriculo-cisternal system. *Exper. Brain Res.* **20**: 18-31, 1974.

**Johanson, C.E.**, Woodbury, D.M. and C.D. Withrow. Distribution of bicarbonate between blood and cerebrospinal fluid in the neonatal rat in metabolic acidosis and alkalosis. *Life Sci.* **19**: 691-700, 1976.

**Johanson, C.E.**, Reed, D. J. and D.M. Woodbury. Developmental studies of the compart-mentalization of water and electrolytes in the choroid plexus of neonatal rat brain. *Brain Res.* **116**: 35-48, 1976.

**Johanson, C.E.** and D.M. Woodbury. Penetration of C-14 barbital and C-14 antipyrine into the choroid plexus and cerebrospinal fluid of the rat. *Exper. Brain Res.* **30**: 65-74, 1977.

**Johanson, C.E.** and D.M. Woodbury. Uptake of C-14 urea by the in vivo choroid plexus-cerebrospinal fluid-brain system: Identification of sites of molecular sieving. *J. Physiol. (London)* **275**: 167-176, 1978.

**Johanson, C.E.** Choroid epithelial cell pH. *Life Sci.* **23**: 861-868, 1978.

Hise, M.A. and **C.E. Johanson**. The sink action of the cerebrospinal fluid in uremia. *Eur. Neurol.* **18**: 328-337, 1979.

**Johanson, C.E.** Distribution of fluid between extracellular and intracellular compartments in the heart, lungs, liver and spleen of neonatal rats. *Biol. Neonate* **36**: 282-289, 1979.

Smith, Q.R. and **C.E. Johanson**. Effect of ouabain and potassium on ion concentrations in the choroidal epithelium. *Am. J. Physiol. (Renal Fluid Elec.)* **238:** F399-F406, 1980.

Smith, Q.R. and **C.E. Johanson**. Effect of carbonic anhydrase inhibitors and acidosis on choroid plexus epithelial cell sodium and potassium. *J. Pharmacol Exper. Ther.* **215**: 673-680, 1980.

**Johanson, C.E.** Permeability and vascularity of the developing brain: cerebellum vs. cerebral cortex. *Brain Res.* **190:** 3-16, 1980.

Smith, Q.R., Woodbury, D.M. and **C.E. Johanson**. Uptake of Cl-36 and Na-22 by the choroid plexus-cerebrospinal fluid system: Evidence for active chloride transport by the choroidal epithelium. *J. Neurochem.* **37**: 107-116, 1981.

Smith, Q.R., **Johanson, C.E.** and D.M. Woodbury. Uptake of Cl-36 and Na-22 by the brain-cerebrospinal fluid system: Comparison of the permeability of the blood-brain and blood-cerebrospinal fluid barriers. *J. Neurochem.* **37**: 117-124, 1981.

Smith, Q.R., Pershing, L.K. and **C.E. Johanson**. A comparative analysis of extracellular fluid volume of several tissues as determined by six different markers. *Life Sci.* **29**: 449-456, 1981.

Parandoosh, Z. and **C.E. Johanson**. Ontogeny of the blood-brain barrier to, and cerebrospinal fluid sink action on, C-14 urea. *Am. J. Physiol.* **243**: R400-R407, 1982.

Smith, Q.R., Woodbury, D.M. and **C.E. Johanson**. Kinetic analysis of Cl-36, Na-22 and H-3 mannitol uptake into the in vivo choroid plexus-cerebrospinal fluid system: Ontogeny of the blood-brain and blood-CSF barriers. *Devel. Brain Res.* **3**: 181-198, 1982.

Pershing, L.K. and **C.E. Johanson**. Acidosis-induced enhanced activity of the Na-K exchange pump in the in vivo choroid plexus: An ontogenetic analysis of possible role in cerebrospinal fluid pH homeostasis. *J. Neurochem.* **38:** 322-332, 1982.

**Johanson, C.E.** Differential effects of acetazolamide, benzolamide and systemic acidosis on hydrogen and bicarbonate gradients across the apical and basolateral membranes of the choroid plexus. *J. Pharmacol. Exp. Ther.* **231:** 502-511, 1984.

Murphy, V.A. and **C.E. Johanson**. Adrenergic-induced enhancement of brain barrier system permeability to small non-electrolytes: choroid plexus vs. cerebral capillaries. *J. Cereb. Blood Flow Metabol.* **5**: 401-412, 1985.

**Johanson, C.E.**, Parandoosh, Z. and Q.R. Smith. Chloride-bicarbonate exchange in the choroid plexus: Analysis by the DMO method for cell pH. *Am. J. Physiol.* **249** *(Renal Fluid and Elec. 18)* : F478-F484, 1985.

Smith, Q.R. and **C.E. Johanson**. Active transport of chloride by lateral ventricle choroid plexus of the rat. *Am. J. Physiol.* **249** *(Renal Fluid and Elec. 18)* **:** F470-F477, 1985.

Harbut, R. and **C.E. Johanson**. Third ventricle choroid plexus function and its response to acute perturbations in plasma chemistry. *Brain Res.* **374**: 137-146, 1986.

**Johanson, C.E.**, Allen, J. and C.D. Withrow. Regulation of pH and $HCO_3$ in brain and CSF of developing mammalian central nervous system. *Devel. Brain Res.* **38:** 255-264, 1988.

Murphy, V.A. and **C.E. Johanson**. Alteration of sodium transport by the choroid plexus with amiloride. *Biochim. Biophys. Acta* **979**: 187-192, 1989.

Spector, R. and **C.E. Johanson**. The mammalian choroid plexus. *Sci. Amer.* **260**(11): 68-74, 1989.

Murphy, V.A. and **C.E. Johanson**. Acidosis, acetazolamide and amiloride- Effects on $^{22}Na$ transfer across the blood-brain and blood-CSF barriers. *J. Neurochem.* **52**:1058-63, 1989.

Parmelee, J. T. and **C.E. Johanson**. Development of potassium transport capability by choroid plexus of infant rats. *Am. J. Physiol.* **256**: (Reg. Int. Comp. 25): R786-R791, 1989.

Deng, Q-S. and **C.E. Johanson**. Stilbenes inhibit exchange of chloride between blood, choroid plexus and cerebrospinal fluid. *Brain Res.* **501**: 183-187, 1989.

**Johanson, C.E.**, Sweeney, S.M., Parmelee, J.T. and M.H. Epstein. Cotransport of sodium and chloride by the adult mammalian choroid plexus. *Am. J. Physiol.* **258** (Cell Physiol. 27): C211-C216, 1990.

Murphy, V.A. and **C.E. Johanson**. $Na^+$-$H^+$ exchange in choroid plexus and CSF in acute metabolic acidosis or alkalosis. *Am. J. Physiol. (Renal 258)*: F1528-F1537, 1990.

Spector, R. and **C. Johanson**. Les reins du cerveau. *Pour La Science* **147**: 82-89, 1990.

**Johanson, C.E.** and V.A. Murphy. Acetazolamide and insulin alter choroid plexus epithelial cell [$Na^+$], pH and volume. *Am. J. Physiol. (Renal)* **258***:* F1538-F1546, 1990.

Bairamian, D., **Johanson, C.E.**, Parmelee, J.T. and M.H. Epstein. Potassium cotransport with sodium and chloride in the choroid plexus. *J. Neurochem.* **56**: 1623-1629, 1991.

Knuckey, N. W., Fowler, A.G., **Johanson, C.E.**, Nashold, J.R. and M.H. Epstein. Cisterna magna microdialysis of $^{22}Na$ to evaluate ion transport and cerebrospinal fluid dynamics. *J. Neurosurg.* **74**: 965-971, 1991.

armelee, J., Bairamian, D. and **C.E. Johanson**. Response of infant and adult rat choroid plexus potassium transporters to increased extracellular potassium. *Dev. Brain Res.* **60**: 229-233, 1991.

Smith, Q.R. and **C.E. Johanson**. Chloride efflux from isolated choroid plexus. *Brain Res.* **562** (2): 306-310, 1991.

**Johanson, C.E.**, Parandoosh, Z. and M.L. Dyas. Maturational differences in acetazolamide-altered pH and $HCO_3$ of choroid plexus, CSF and brain. *Am. J. Physiol* **262**: R909-R914, 1992.

Deng, Q.S. and **C.E. Johanson**. Cyclic AMP alteration of chloride transport into the choroid plexus-cerebrospinal fluid system. *Neurosci. Lett.* **143**: 146-150, 1992.

**Johanson, C.E.**, Murphy, V.A. and M. Dyas. Ethacrynic acid and furosemide alter Cl, K and Na distribution between blood, choroid plexus, CSF and brain. *Neurochem. Res.* **17**: 1079-1085, 1992.

Knuckey, N. W., Preston, J., Palm, D., Epstein, M.H. and **C. Johanson**. Hydrocephalus decreases chloride efflux from the choroid plexus epithelium. *Brain. Res.* **618**: 313-317, 1993.

Preston, J. E., Dyas, M. and **C.E. Johanson**. Development of chloride transport by the rat choroid plexus, in vitro. *Brain Res.* **624**: 181-187, 1993.

Szmydynger-Chodobska, J., Chodobski, A. and **C.E. Johanson**. Postnatal developmental changes in blood flow to choroid plexuses and cerebral cortex of the rat. *Am. J. Physiol.* **266**: R1488-R1492, 1994.

**Johanson, C.E.**, Palm, D.E., Dyas, M.L. and N.W. Knuckey. Microdialysis analysis of effects of loop diuretics and acetazolamide on chloride transport from blood to CSF. *Brain Res.* **641**: 121-126, 1994.

Yacavone, R.F., Dyas, M., and **C.E. Johanson**. A developmental analysis of differences in the uptake of [$^{123}$I]-Isopropyliodoamphetamine versus $^{99m}$Tc-Pertechnetate by the choroid plexus and brain. *Neurochem. Res.* **19**: 379-384, 1994.

**Johanson, C.E.** and J.T. Preston. Potassium efflux from infant and adult rat choroid plexuses: Effects of CSF anion substitution, N-ethylmaleimide and Cl transport inhibitors. *Neurosci. Lett.* **169**: 207-211, 1994.

Chodobski, A., Szmydynger-Chodobska, J., Vannorsdall, M.D., Epstein, M.H., and **C.E. Johanson.** $AT_1$ receptor subtype mediates the inhibitory effect of central angiotensin II on cerebrospinal fluid formation in the rat. *Regul. Pept.* **53**(2): 123-129, 1994.

Palm, D., Knuckey, N., Guglielmo, M., Watson, P., Primiano, M. and **C. Johanson**. Choroid plexus electrolytes and ultrastructure following transient forebrain ischemia. *Am. J. Physiol.* **269**: R73-R79, 1995.

Chodobski, A., Szmydynger-Chodobska, J., Epstein, M.H., and **C.E. Johanson**. The role of angiotensin II in the regulation of blood flow to choroid plexuses and cerebrospinal fluid formation in the rat. *J. Cereb. Blood Flow Metabol.* **15**: 143-151, 1995.

Knuckey, N.W., Palm, D., Primiano, M., Epstein, M.H. and **C.E. Johanson**. N-Acetyl-cysteine enhances hippocampal neuronal survival induced by transient cerebral ischemia. *Stroke* **26**: 305-311, 1995.

Palm, D., Knuckey, N. W., Primiano, M. J., Spangenberger, A. G. and **C.E. Johanson**. Cystatin C, a protease inhibitor, in degenerating rat hippocampal neurons following transient forebrain ischemia. *Brain Res.* **691**: 1-8, 1995.

Szmydynger-Chodobska, J., Lin, A. Y.-J., Rahman, M. P., Monfils, P.R., **Johanson, C.E.** and A. Chodobski. NADPH-diaphorase histochemistry of rat choroid plexus. *Neurosci. Lett.* **208**: 179-182, 1996.

Lin, A. Y.-J., Szmydynger-Chodobska, J., Rahman, M.P., Mayer, B., Monfils, P.R., **Johanson, C.E.** and A. Chodobski. Immunohistochemical localization of nitric oxide synthase in rat anterior choroidal artery, stromal blood microvessels, and choroid plexus epithelial cells. *Cell and Tissue Research* **285**: 411-418, 1996.

Knuckey, N.W., Finch, P., Palm, D.E., Primiano, M.J., **Johanson, C.E.**, Flanders, K.C. and N.L. Thompson. Differential neuronal and astrocytic expression of transforming growth factor beta isoforms in rat hippocampus following transient forebrain ischemia. *Mol. Brain Res.* **40**: 1-14, 1996.

Chodobski, A., Loh, Y.P., Corsetti, S., Szmydynger-Chodobska, J., **Johanson, C.E.**, Lim, Y-P and Monfils, P.R. The presence of arginine vasopressin and its mRNA in rat choroid plexus epithelium. *Mol. Brain Res.* **48**: 67-72, 1997.

Guglielmo, M.A., Chan, P.T., Cortez, S., Stopa, E.G., McMillan, P., **Johanson, C.E.**, Epstein, M. and C. E. Doberstein. The temporal profile and morphologic features of neuronal death in human stroke resemble those observed in experimental forebrain ischemia: The potential role of apoptosis. *Neurol. Res.* **20**: 1-14, 1998.

Chodobski, A., Szmydynger-Chodobska, J. and **C.E. Johanson**. Vasopressin mediates the inhibitory effect of central angiotensin II on cerebrospinal fluid formation. *Eur. J. Pharmacol.* **347**: 205-209, 1998.

**Johanson, C.E.**, Preston, J.E., Chodobski, A., Stopa, E.G., Szmydynger-Chodobska, J., and P. N. McMillan. Arginine vasopressin $V_1$-receptor-induced decrease in Cl transport and increase in dark cell frequency in choroid plexus. *Am. J. Physiol.(Cell)* **276**: C82-C90, 1999.

Chodobski, A., Szmydynger-Chodobska, J. and **C.E. Johanson**. Angiotensin II regulates blood flow to choroid plexuses by interacting with the sympathetic nervous system and nitric oxide synthesis. *Brain Res.* **816**: 518-526, 1999.

**Johanson, C.E.**, Szmydynger-Chodobska, J., Chodobski, A., Baird, A., McMillan, P. and E.G. Stopa. Altered formation and bulk absorption of cerebrospinal fluid in FGF-2-induced hydrocephalus. *Am. J. Physiol. (Reg. Integ. Comp.)* **277**: R263-R271, 1999.

**Johanson, C.E.**, Palm, D.E., Primiano, M.J., McMillan, P.N., Chan, P., Knuckey, N.W. and E.G. Stopa. Choroid plexus recovery after transient forebrain ischemia: Role of growth factors and other repair mechanisms. *Cellular and Molec. Neurobiol.*, **20** (2): 197-216, 2000.

Hakvoort, A. and **C.E. Johanson**. Growth factor modulation of CSF formation by isolated choroid plexus: FGF-2 vs. TGF-B1. *Eur. J. Pediatr. Surg*. **10** (Suppl. I- Hydrocephalus): 44-46, 2000.

Stopa, E.G., Berzin, T.M., Kim, S., Song, P., Kuo-LeBlanc, V., Rodriquez-Wolf, M., Baird, A. and **C.E. Johanson**. Human choroid plexus growth factors: What are the implications for CSF dynamics in Alzheimer's Disease? *Exper. Neurology* **167**: 40-47, 2001.

Hayamizu, T.F., Chan, P.T. and **C.E. Johanson**. FGF-2 immunoreactivity in adult rat ependyma and choroid plexus: Response to global forebrain ischemia and intraventricular FGF-2. *Neurol. Res.* **23**: 353-358, 2001.

**Johanson, C.**, Del Bigio, M., Kinsman, S., Miyan, J., Pattisapu, J., Robinson, M. and H. Jones. New models for analyzing hydrocephalus and disorders of CSF volume transmission. *Br. J. Neurosurg*. **15**(3): 281-283, 2001.

**Johanson, C.E.** and H.C. Jones. Promising vistas in hydrocephalus and cerebrospinal fluid research. *Trends in Neuroscience* **24**: 631-32, 2001.

**Johanson, C.E.**, Gonzalez, A.M. and E.G. Stopa. Water-imbalance induced expression of FGF-2 in fluid-regulatory centers: choroid plexus and neurohypophysis. *Eur. J. Pediatr. Surg*. **11** (Suppl. I- Hydrocephalus): 7-8, 2001.

Szmydynger-Chodobska, J., Chun, Z.G., **Johanson, C.E.** and A. Chodobski. Distribution of fibroblast growth factor receptors and their co-localization with vasopressin in the choroid plexus epithelium. *Neuroreport* **13**: 257-259, 2002.

**Johanson, C.E.**, Jones, H.C., Stopa, E.G., Ayala, C., Duncan, J.A. and P.N. McMillan. Enhanced expression of the Na-K-2Cl cotransporter at different regions of the blood-CSF barrier in the perinatal H-Tx rat. *Eur. J. Pediatr. Surg*. **12** (Suppl.1 - Hydrocephalus): S47-

Anthony, S.G. Schipper, H.M., Tavares, R., Hovanesian, V., Cortez, S.C., Stopa, E.G. and **C.E. Johanson**. Stress protein expression in the Alzheimer-diseased choroid plexus. *J. Alzheimer's Disease* **5**: 171-7, 2003.

Preston, J.E., McMillan, P.N., Stopa, E.G., Nashold, J.R., Duncan, J.A., and **C.E. Johanson**. Atrial natriuretic peptide induction of dark epithelial cells in choroid plexus: Consistency with the model of CSF downregulation in hydrocephalus. *Eur. J. Pediatr. Surg*. **13**, S40-42, 2003.

Smith, D.E., **Johanson, C.E.** and R.F. Keep. Peptide and peptide analog transport systems at the blood-CSF barrier. In Drug Transfer in the Choroid Plexus. Multiplicities and Substrate Specificities of Transporters. Y. Sugiyama and J-F. Ghersi-Egea, eds., *Adv. Drug Deliv. Rev.* **56**: 1765-1791, 2004.

**Johanson, C.**, McMillan, P., Tavares, R., Spangenberger, A., Silverberg, G. and E. Stopa, Homeostatic capabilities of the choroid plexus epithelium in Alzheimer's disease, *Cerebrospinal Fluid Research* **1**:1-16, 2004.

**Johanson, C.**, Duncan, J., Baird, A., Stopa, E. and P. McMillan, Choroid plexus: A key player in neuroprotection and neuroregeneration. *Int. J. Neuroprotect. and Neuroregen.* **1**(2): 77-85, 2005.

**Johanson, C.**, Duncan, J., Stopa, E., and A. Baird, Enhanced prospects for drug delivery and brain targeting by the choroid plexus-CSF route, *Pharmaceut. Res*. **22**: 1011-37, 2005.

Sharma, H.S., Duncan, J.A., and **C.E. Johanson**. Whole-body hyperthermia in the rat disrupts the blood-cerebrospinal fluid barrier and induces brain edema. *Acta Neurochir.* **96**:426-31, 2006.

Chan, C., Cotman, C.W., Okano, H., Tavares, R., Hovanesian, V., Pinar, H., **Johanson, C.E.**, Svendsen, C.N. and E. G. Stopa. Antigenic determinants of neural progenitor cells during human fetal development, *Exper. Neurol.* **201**: 515-18, 2006.

**Johanson, C.E.**, Donahue, J.E., Spangenberger, A., Stopa, E.G., Duncan, J.A. and H. S. Sharma. Atrial natriuretic peptide: Its putative role in modulating the choroid plexus-CSF system for intracranial pressure regulation. *Acta Neurochir.* **96**: 481-486, 2006.

Donahue, J.E., Flaherty, S.L., **Johanson, C.E.**, Duncan, J.A. 3rd, Silverberg, G.D., Miller, M.C., Tavares, R., Yang, W., Wu, Q., Sabo, E., Hovanesian, V., and E. G. Stopa. RAGE, LRP-1, and amyloid-beta protein in Alzheimer's disease. *Acta Neuropathol (Berl).* **112**: 405-15, 2006.

Spector, R. and **C.E. Johanson**. Micronutrient and urate transport in choroid plexus: Implications for drug therapy. *Pharm. Res.* **23**: 2515-24, 2006.

Sharma, H. and **C.E. Johanson**. Blood-cerebrospinal fluid barrier in hyperthermia. *Progress in Brain Research* **162**: 459-78, 2007.

Zipser, B., **Johanson, C.**, Gonzalez, L., Berzin, T., Tavares, R., Hulette, C., Vitek, M., Hovanesian, V., and E. Stopa. Microvascular injury and blood-brain barrier leakage in Alzheimer's disease. *Neurobiol. of Aging* **28**(7): 977-86, 2007.

Spector, R. and **C.E. Johanson**. The origin of deoxynucleosides in brain: Implications for the study of neurogenesis and stem cell therapy. *Pharm. Res.* **24**: 859-67, 2007.

Muldoon, L. L., Soussain, C., Jahnke, K., **Johanson, C.**, Siegal, T., Smith, Q.R., Hall, W., Hynynen, K., Senter, P., Peereboom, D.M., and E.A. Neuwelt. Chemotherapy delivery issues in central nervous system malignancy: A reality check. *J. Clin. Oncol*. **25**: 2295-305, 2007.

Spector, R. and **C.E. Johanson**. Vitamin transport and homeostasis in mammalian brain: focus on vitamins B and E. *J. Neurochem*. **103**: 425-38, 2007.

Sharma, H.S. and **C.E. Johanson**. Ventricularly-administered neurotrophins attenuate blood-cerebrospinal fluid barrier breakdown and brain pathology following whole body hyperthermia. *Ann. N.Y. Acad. Sci*., **1122**: 112-129, 2007.

Stopa, E., Butala, P., Salloway, S., **Johanson, C.**, Gonzalez, L., Tavares, R., Hovanesian, V., Hulette, C.M., Vitek, M.P. and R.A Cohen. Cerebral cortical arteriolar angiopathy, vascular Beta-amyloid, smooth muscle actin, Braak stage and APOE genotype. *Stroke* **39**:814-21, 2008.

**Johanson, C.E.**, Duncan, J.A., Klinge, P.M., Brinker, T., Stopa, E.G. and G.D. Silverberg. Multiplicity of cerebrospinal fluid functions: New challenges in health and disease. *CSF Research*, **5**:10, 2008.

Donahue, J. E. and **C.E. Johanson**. Apolipoprotein E, amyloid-β, and blood-brain barrier permeability in Alzheimer Disease. *J. Neuropathol. Exp. Neurol*. **67**: 261-70, 2008.

Miller, M., Tavares, R., **Johanson, C.E.**, Hovanesian, V, Donahue, J.E., Gonzalez, L., Silverberg, G.D., and E.G. Stopa. Hippocampal RAGE immunoreactivity in early and advanced Alzheimer's disease. *Brain Res.* **1230C**:273-280, 2008.

Sharma, H.S., Zimmermann-Meinzingen, S., Sharma, A., and **C.E. Johanson**. Cerebrolysin attenuates blood-brain barrier and brain pathology following whole body hyperthermia in the rat. Brain Edema XIV, *Acta Neurochirg Suppl.* **106**:321-5, 2009.

Shapiro, W.R., **Johanson C.E.**, Boogerd W. Treatment modalities for leptomeningeal metastases. *Semin. Oncol*. **36**(4 Suppl 2): S46-54, 2009.

Deren, K.E., Forsyth, J., Abdullah, O., Hsu, E.W., Klinge, P.M., Silverberg, G.D., **Johanson, C.E.**, McAllister, J.P. 2nd. Low levels of amyloid-beta and its transporters in neonatal rats with and without hydrocephalus. *Cerebrospinal Fluid Res*. **6**:4, 2009.

Silverberg, G.D., Messier A.A., Miller M.C., Machan J.T., Majmudar S.S., Stopa E.G., Donahue J.E., **Johanson C.E**. Amyloid efflux transporter expression at the blood-brain barrier declines in normal aging. *J Neuropathol Exp Neurol*. **69**(10):1034-43, 2010.

Ott, B.R., Cohen R.A., Gongvatana A., Okonkwo O.C., **Johanson C.E.**, Stopa E.G., Donahue J.E., and G.D. Silverberg. Alzheimer's Disease Neuroimaging Initiative. Brain ventricular volume and cerebrospinal fluid biomarkers of Alzheimer's disease. *J Alzheimers Dis.* **20**(2):647-57, 2010.

Gonzalez, A.M., Taylor W.M., **Johanson C.E.**, King J.C., Leadbeater W.E., Stopa E.G. and A. Baird. Co-localization and regulation of basic fibroblast growth factor and arginine vasopressin in neuroendocrine cells of the rat and human brain. *Cerebrospinal Fluid Res.* **7**:13, 2010.

Spector, R. and **C.E. Johanson**. Vectorial ligand transport through mammalian choroid plexus. *Pharm Res.* **27**(10):2054-62, 2010.

Silverberg, G.D., Miller, M.C., Machan, J.T., **Johanson, C.E.**, Caralopoulos, I.N., Pascale, C.L., Heile, A. and P.M. Klinge. Amyloid and tau accumulate in the brains of aged hydrocephalic rats. *Brain Res.*, 1317: 286-96, 2010.

Sharma, H.S., Zimmermann-Meinzingen, S., and **C.E. Johanson**. Cerebrolysin reduces blood-cerebrospinal fluid barrier permeability change, brain pathology and functional deficits following traumatic brain injury in the rat. *Ann N Y Acad Sci*. **1199**:125-37, 2010.

Gonzalez, A.M., Leadbeater W., Podvin S., Borboa A., Burg M., Sawada R., Rayner J., Sims K., Terasaki T., **Johanson C.**, Stopa E., Eliceiri B., Baird A. Epidermal growth factor targeting of bacteriophage to the choroid plexus for gene delivery to the central nervous system via cerebrospinal fluid. *Brain Res.* **1359**:1-13, 2010.

Silverberg, G., Miller M.C., Messier A.A., Majmudar S., Machan J.T., Donahue J.E., Stopa E.G., and **C.E. Johanson**. Amyloid deposition and influx transporter expression at the blood-brain barrier increase in normal aging. *J. Neuropathol. Exper. Neurology* **69**:98-108, 2010.

Spector, R. and C.E. **Johanson**. Choroid plexus failure in the Kearns-Sayre syndrome. *Cerebrospinal Fluid Res*. **7**:14, 2010.

Gonzalez, A.M., Leadbeater W.E., Burg M., Sims K., Terasaki T., **Johanson C.E.**, Stopa E.G., Eliceiri B.P. and A. Baird. Targeting choroid plexus epithelia and ventricular ependyma for drug delivery to the central nervous system. *Biomed Central Neurosci*. **12**:4, 2011.

Podvin, S., Gonzalez A.M., Miller M.C., Dang X., Botfield H., Donahue J.E., Kurabi A., Boissaud-Cooke M., Rossi R., Leadbeater W.E., **Johanson C.E.**, Coimbra R., Stopa E.G., Eliceiri B.P. and A. Baird. Esophageal cancer related gene-4 is a choroid plexus-derived injury response gene: evidence for a biphasic response in early and late brain injury. *PLoS One.* **6**(9):e24609, 2011.

**Johanson, C.E.**, Stopa E.G. and P.N. McMillan. The blood-cerebrospinal fluid barrier: structure and functional significance. *Methods Mol Biol.* **686**:101-31, 2011.

Pascale, C.L., Miller M.C., Chiu C., Boylan M., Caralopoulos I.N., Gonzalez L., **Johanson C.E.** and G.D. Silverberg. Amyloid-beta transporter expression at the blood-CSF barrier is age-dependent. *Fluids Barriers CNS.* **8**:21, 2011.

Gonzalez, A.M., Podvin S., Lin S.Y., Miller M.C., Botfield H., Leadbeater W.E., Roberton A., Dang X., Knowling S.E., Cardenas-Galindo E., Donahue J.E., Stopa E.G., **Johanson C.E.**, Coimbra R., Eliceiri B.P. and A. Baird. Ecrg4 expression and its product augurin in the choroid plexus: impact on fetal brain development, cerebrospinal fluid homeostasis and neuroprogenitor cell response to CNS injury. *Fluids Barriers CNS.* **8**(1):6, 2011.

Baird, A., Eliceiri B.P., Gonzalez A.M., **Johanson C.E.**, Leadbeater W., and E.G. Stopa. Targeting the choroid plexus-CSF-brain nexus using peptides identified by phage display. *Methods Mol Biol.* **686**:483-98, 2011.

**Johanson, C.**, Stopa E., McMillan P., Roth D., Funk J., and G. Krinke. The distributional nexus of choroid plexus to cerebrospinal fluid, ependyma and brain: Toxicologic/pathologic phenomena, periventricular destabilization, and lesion spread. *Toxicol Pathol.* **39**(1):186-212, 2011.

Rauch, S.M., Huen K., Miller M.C., Chaudry H., Lau M., Sanes J.R., **Johanson C.E.**, Stopa E.G., and R.W. Burgess. Changes in brain β-amyloid deposition and aquaporin 4 levels in response to altered agrin expression in mice. *J Neuropathol Exp Neurol.* **70**(12):1124-37, 2011.

**Johanson, C.**, Stopa E., Baird A., and H. Sharma. Traumatic brain injury and recovery mechanisms: peptide modulation of periventricular neurogenic regions by the choroid plexus-CSF nexus. *J Neural Transm* **118**(1):115-33, 2011.

Chiu, C., Miller M.C., Caralopoulos I.N., Worden M.S., Brinker T., Gordon Z.N., **Johanson C.E.**, and G.D. Silverberg. Temporal course of cerebrospinal fluid dynamics and amyloid accumulation in the aging rat brain from three to thirty months. *Fluids Barriers CNS* **9**(1):3, 2012.

Rodríguez, E.M., Guerra, M.M., Vío, K., González, C., Ortloff, A., Bátiz, L.F., Rodríguez, S., Jara, M.C., Muñoz, R.I., Ortega, E., Jaque, J., Guerra, F., Sival, D.A., den Dunnen, W.F., Jiménez, A.J., Domínguez-Pinos, M.D., Pérez-Fígares, J.M., McAllister, J.P., **anson, C.** A cell junction pathology of neural stem cells leads to abnormal neurogenesis and hydrocephalus. *Biol Res.* **45**(3):231-42, 2012.

Spector, R. and **C.E. Johanson**. Sustained choroid plexus function in human elderly and Alzheimer's disease patients. *Fluids Barriers CNS.* **10**(1):28, 2013.

Lavezzi, A.M., Matturri L., Del Corno G., and **C.E. Johanson**. Vulnerability of fourth ventricle choroid plexus in sudden unexplained fetal and infant death syndromes related to smoking mothers. *Int J Dev Neurosci.* **31**(5):319-27, 2013.

Church, R.M., Miller M.C., Freestone D., Chiu C., Osgood D.P., Machan J.T., Messier A.A., **Johanson C.E.,** and G.D. Silverberg. Amyloid-beta accumulation, neurogenesis, behavior, and the age of rats. *Behav Neurosci.* **128**(4):523-36, 2014.

Spector, R. and **C.E. Johanson**. The nexus of vitamin homeostasis and DNA synthesis and modification in mammalian brain. *Mol Brain.* **10**;7:3, 2014.

Salpietro, V., Mankad K., Kinali M., Adams A., Valenzise M., Tortorella G., Gitto E., Polizzi A., Chirico V., Nicita F., David E., Romeo A.C., Squeri C.A., Savasta S., Marseglia G.L., Arrigo T., **Johanson C.E.**, and M. Ruggieri. Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study. *J Pediatr Endocrinol Metab.* **27**(1-2):107-15, 2014.

Spector, R., Keep, R. F., Snodgrass, S.R., Smith, Q.R. and **C.E. Johanson**. A balanced view of choroid plexus structure and function: Focus on adult humans. *Exper. Neurol*. **267**: 78-86l 2015.

**Johanson, C.E.** Brain natriuretic peptides and receptors: Homeostatic roles in cerebrospinal fluid formation, volume and pressure, *Fluids and Barriers of CNS*, to be submitted.

Gonzalez-Marrero, I., Giménez-Llort, L., **Johanson, C.E.,** Carmona-Calero, E.M., Castañeyra-Ruiz, L., Brito-Armas, J.M., Castañeyra-Perdomo, A., and R. Castro-Fuentes. Choroid plexus dysfunction impairs beta-amyloid clearance in a triple transgenic mouse model of Alzheimer's disease. *Front. Cell. Neurosci*. **9**:17, 2015.

Podvin, S., Miller, M. C., Rossi, R., Chukwueke, J., Donahue, J.E., **Johanson, C.**, Baird, A., Stopa, E. The orphan c2orf40 gene is a neuroimmune factor in Alzheimer's disease. *JSM Alz. Dis. and Related Dementia*, 3(1); 1020, 2016.

Spector, R., Snodgrass, S.R., **Johanson, C.E**. A balanced view of the cerebrospinal fluid composition and functions: Focus on adult humans. *Exp Neurol.* **273**:57-68, 2015.

Guerra, M.M., Henzi, R., Ortloff, A., Lichtin, N., Vío, K., Jiménez, A.J., Dominguez-Pinos, M.D., González, C., Jara, M.C., Hinostroza, F., Rodríguez, S., Jara, M., Ortega, E., Guerra, F., Sival, D.A., den Dunnen, W.F., Pérez-Fígares, J.M., McAllister, J.P., **Johanson, C.E.**, Rodríguez, E.M. Cell junction pathology of neural stem cells is associated with ventricular zone disruption, hydrocephalus, and abnormal neurogenesis. *J Neuropathol Exp Neurol.* **74**(7):653-71, 2015.

Izzo, N., Staniszewski, A., To, L., Fa, M., Teich, A., Saeed, F., Wostein, H., Walko, T., Vaswani, A., Wardius, M., Syed, Z., Ravenscroft, J., Mozzoni, K., Silky, C., Rehak, C., Yurko, R., Finn, P., Look, G., Rishton, G., Safferstein, H., Miller, M., **Johanson, C.**, Stopa, E., Windisch, M., Hutter-Paier, B., Shamioo, M., Arancio, O., LaVine, H., Catalano, S. Alzheimer's therapeutics targeting amyloid beta 1–42 oligomers I: Abeta 42 oligomer binding to specific neuronal receptors is displaced by drug candidates that improve cognitive deficits. *PLoS One*, **12**; 9(11): e111898, 2014.

**Johanson, C.E.**, and Salpietro, V. Molecular modeling of cerebrospinal fluid dynamics in pediatric pseudotumor cerebri syndrome: Altered sodium transport in choroid plexus by lithium treatment. *J Pediatr. Neurol.* **13**:26–30, 2015.

Ruggieri, M., Salpietro, V., and **C.E. Johanson**. The history of pseudotumor cerebri syndrome among 'courses' and 'recourses'. *J Pediatr. Neurol.* **13**:1-5, 2015.

**Johanson, C.**, Johanson, N. Merging transport data for choroid plexus with blood-brain barrier to model CNS homeostasis and disease more effectively. *CNS Neurol. Disord. Drug Targets*. **15**(9):1151-1180, 2016.

Lavezzi, A.M., **Johanson C.E.** Editorial: New approaches to the pathogenesis of sudden intrauterine unexplained death and sudden infant death syndrome. *Front. Neurol.* **8**:441, 2017.

## PUBLICATIONS IN BOOKS, MANUALS AND ENCYCLOPEDIAS

**Johanson, C.E.** and D.M. Woodbury. Changes in CSF flow and extracellular space in the developing rat. In Drugs and the Developing Brain, A. Vernadakis and N. Weiner, eds., Plenum Press, New York, pp. 281-287, 1974.

Woodbury, D.M., **Johanson, C.E.** and H. Brondsted. Maturation of the blood-brain and blood-CSF barriers and transport systems. In Narcotics and the Hypothalamus, E. Zimmermann and R. George, eds., Raven Press, New York, pp. 225-247, 1974.

**Johanson, C.E.** In Food and Drug Administration Manual, D. Reed and E. Fingl, eds., Univer. of Utah Press, 1983.

Chapter 9, Sulfonamides, pp. 9-1 to 9-6.

Chapter 24, Local Anesthetics, pp. 24-1 to 24-5.

Chapter 25, General Anesthetics, pp. 25-1 to 25-11.

Chapter 26, Psychopharmacological Agents, pp. 26-1 to 26-10.

Chapter 34, Cardiac Glycosides, pp. 34-1 to 34-9.

Chapter 35, Antianginal Drugs and Vasodilators, pp. 35-1 to 35-9.

Chapter 36, Agents Used in Hyperlipidemias, pp. 36-1 to 36-8.

Chapter 40, Thyroid Pharmacology, pp. 40-1 to 40-10.

Chapter 43, Insulin, Oral Hypoglycemia Agents and Glucagon, pp. 43-1 to 43-9.

**Johanson, C.E.** Commentary on osmotic modification of the blood-brain barrier. *Neurosurgery* 17(2): 423-424, 1985.

**Johanson, C.E.** The choroid plexus. In Encyclopedia for Neuroscience, G. Adelman, ed., Birkhauser Boston, Vol. I., pp. 236-239, 1987; 2nd edition, pp. 384-87, 1999.

**Johanson, C.E.** Developmental neurobiology and neurochemistry. In Biomedical Research at Brown, Div. of Biol. and Med., Brown U., p. 108, 1986-87.

Epstein, M.H. and **C.E. Johanson.** The Dandy-Walker syndrome, In Handbook of Clinical Neurology, Vol. 6 (50): Malformations. N. Myrianthopoulos, ed., Elsevier Sci. Pub., Amsterdam, Chapter 19, pp. 1-14, 1987.

**Johanson, C.E.** The choroid plexus-arachnoid-cerebrospinal fluid system. In Neuromethods, Vol. 9: Neuronal Microenvironment-Electrolytes and Water Spaces, A. Boulton, G. Baker and W. Walz, eds., Humana Press, Clifton, NJ, pp. 33-104, 1988.

**Johanson, C.E.** Ontogeny of the blood-brain barrier, Chapter 7, In Implications of the Blood-Brain Barrier and Its Manipulation, Vol. 1: Basic Sci. Aspects, E. Neuwelt, ed., Plenum Press, New York, pp. 101-129, 1989.

Epstein, M. and **C.E. Johanson**. Myelomeningocele. In Current Therapy in Neurological Surgery-2, D.M. Long, ed., B.C. Decker Inc., pp. 319-321, 1989.

**Johanson, C.E**. Potential for pharmacological manipulation of the blood-cerebrospinal fluid barrier, Chapter 9, In Implications of the Blood-Brain Barrier and Its Manipulation, Vol.1: Basic Sci. Aspects, E. Neuwelt, ed., Plenum Press, New York, pp. 223-260, 1989.

**Johanson, C.E.** Book critique of Physiology and Pathophysiology of the Cerebrospinal Fluid, by H. Davson , K. Welch and M. Segal. *J. Neurosurg.* 68: 982-984, 1988.

**Johanson, C.E.**, Murphy, V.A., Bairamian, D. and M. H. Epstein. Exchange vs. cotransport of Na and Cl across the barriers interfacing cerebrospinal fluid and brain with blood. In Intracranial Pressure VII, J. Hoff and A. Betz, eds., Springer-Verlag, New York, pp. 303-311, 1989.

**Johanson, C.**, Parmelee, J., Bairamian, D., Sweeney, S. and M. Epstein. Cotransport of sodium, potassium and chloride in the isolated choroid plexus. In Barriers and Fluids of the Eye and Brain, MacMillan Press, pp. 203-207, 1992.

**Johanson, C.E.** Tissue Barriers: Diffusion, bulk flow and volume transmission of protein within the brain. In Pharmaceutical Biotechnology, Vol. 5: Biological Barriers to Protein Delivery, K.L. Audus and T.J. Raub, eds., pp. 467-486, Plenum Pub. Corp., New York, 1993.

**Johanson, C.E.** Ventricles and cerebrospinal fluid. In Neuroscience in Medicine, P. Michael Conn, ed., J.B. Lippincott Co., pp. 171-196, 1995.

**Johanson, C.E.** Arachnoid membrane, subarachnoid CSF and pia-glia. In An Introduction to the Blood-Brain Barrier: Methodology and Biology, W. Pardridge, ed., Cambridge University Press, 259-269, 1998.

Chodobski, A., Wojcik, B., Peng Loh, Y., Dodd, K.A., Szmydynger-Chodobska, J., **Johanson, C.E.**, Demers, D.M., Chun, Z.G. and N.P. Limthong. Vasopressin gene expression in rat choroid plexus. In Vasopressin and Oxytocin, Zing et al., eds., Plenum Press, 59-65, 1998.

**Johanson, C.** The choroid plexus-CSF nexus: gateway to the brain, In Neuroscience in Medicine, P. Michael Conn, ed., Humana Press, 165-195, 2003.

**Johanson, C.E.** Choroid plexus and volume transmission. In Encyclopedia for Neuroscience, G. Adelman, ed., Birkhauser Boston, Vol. I., 3rd, electronic edition, 2003.

**Johanson, C.E.**, McMillan, P.N., Palm, D.E., Stopa, E.G., Doberstein, C.E. and J.A. isease, H.S. Sharma and J. Westman, eds., Academic Press, San Diego, 361-384, 2003.

**Johanson, C.E.**, editor. Cerebrospinal Fluid and Ependymal Interactions with Brain. In Frontiers in Bioscience, www.bioscience.org, in press.

Weaver, C.E., McMillan, P.N., Duncan, J.A., Stopa, E.G. and **C.E. Johanson**. Hydrocephalus disorders: Their biophysical and neuroendocrine impact on the choroid plexus epithelium. In Non-Neuronal Cells of the Nervous System: Function and Dysfunction. L. Hertz, ed., Elsevier Press, Advances in Molecular and Cell Biology, 31: 269-293, 2004.

**Johanson, C.E.**, Silverberg, G.D., Donahue, J.E., Duncan, J.A., and E.G. Stopa. Choroid plexus and CSF in Alzheimer's disease: Altered expression and transport of proteins and peptides. In The Blood-Cerebrospinal Fluid Barrier, W. Zheng and A. Chodobski, eds., CRC Press LLC, 307-339, 2005.

**Johanson, C.E.**, Donahue, J., Stopa, E. and A. Baird. Fibroblast growth factor and the blood-brain barrier. Chapter 202 In The Handbook of Biologically Active Peptides, A. Kastin, ed., Elsevier Press, 1467-72, 2006.

**Johanson, C.** Report on BrainChild hydrocephalus conference. Cerebrospinal Fluid Research 4:4, 2007.

**Johanson, C.** The blood-cerebrospinal fluid transport interface: choroid plexus. Henry Stewart Talks (London), 48 min audio/visual, online August 2008.

**Johanson, C.** Choroid plexus-CSF circulatory dynamics: Impact on brain growth, metabolism and repair. In Neuroscience in Medicine, 3rd edition, P. Michael Conn, ed., Humana Press, 173-200, 2008.

Glantz M., **Johanson C.** Report on a conference analyzing the role of cerebrospinal fluid prophylaxis for brain tumors. *Cerebrospinal Fluid Res.* Mar 26;5:6, 2008.

**Johanson, C.E.** Production and flow of cerebrospinal fluid (Geriatric Neurosurgery: Evaluation of Adult Hydrocephalus), In Youmans *Neurological Surgery*, Elsevier, Part 3, Chapter 34, pp. 487-93, 2011.

Baird, A., Eliceiri, B., Gonzalez, A.M., **Johanson, C.**, Leadbeater, W. and E. Stopa. Targeting the choroid plexus-CSF-brain nexus using peptides identified by phage display. In The Blood-Brain and Other Neural Barriers- Biology and Research Protocols, S. Nag, editor, Humana Press, Methods Mol. Biol. 686: 483-98, 2011.

**Johanson, C.E.**, Stopa, E.G. and P. N. McMillan. The blood-cerebrospinal fluid barrier: structural and functional significance. In The Blood-Brain and Other Neural Barriers- Biology and Research Protocols, S. Nag, ed., Humana Press, Methods Mol. Biol. 686: 101-31, 2011.

**Johanson, C.E.,** Gonzalez, A., Miller, M., Podvin, S., Stopa, E. and A. Baird. Augurin and *Ecrg4*-derived neuropeptides. In The Handbook of Biologically Active Peptides, 2nd ed., A. Kastin, ed., Elsevier Press, Chapter 226, pp. 1655-67, 2013.

**Johanson, C.E.**, Fluid-forming function of the choroid plexus: What is the role of aquaporin-1? In The Blood-Brain Barrier in Health and Disease, Vol. 1: Morphology, Biology and Immune Function. K. Dorovini-Zis, ed., CRC Press, pp. 140-71, 2015.

**Johanson, C.E.** Production and flow of cerebrospinal fluid (Geriatric Neurosurgery: Evaluation of Adult Hydrocephalus), In Youmans *Neurological Surgery*, Winn R., ed., Elsevier, in press, 2016.

**Johanson, C.E.** Physiology and pathology of cerebrospinal fluid: Pressure, formation, composition, flow and reabsorption, In Cerebrospinal Fluid Shunts, Kombogiorgas D., ed., Nova Science Publishers, Hauppauge, New York, pp. 21-68, 2016.

**Johanson, C.E.** Choroid plexus – cerebrospinal fluid transport dynamics: Support of brain health and a role in neurotherapeutics. In Conn's Translational Neuroscience, Conn P.M., ed., Academic Press, 233-261, 2017.

## ABSTRACTS OF PAPERS PRESENTED AT SOCIETY MEETINGS & SYMPOSIA

**Johanson, C.E.**, Foltz, F.M. and A.M. Thompson. Effect of cerebrospinal fluid osmolarity on clearance of urea and sucrose from a goat ventriculo-cisternal perfusion system. *Fed. Proceed.* **30**: 365. Presented at F.A.S.E.B. Meeting in Chicago, IL, 1971

**Johanson, C.E.** and D.M. Woodbury. Evidence for active Na-K transport in the rat choroid plexus. *Physiologist* **15**: 183, 1972. Presented at Physiology Meeting at Pennsylvania State University, College Park, PA, 1972

**Johanson, C.E.**, Reed, D.J. and D.M. Woodbury. Ontogenetic changes in the water and electrolyte content of rat choroid plexus. *Fed. Proceed.* **34:** 317. Presented at F.A.S.E.B. Meeting in Atlantic City, NJ, 1975

**Johanson, C.E.** and D.M. Woodbury. Transport studies utilizing antipyrine and urea to evaluate the sieving effect of the choroid plexus. *Physiologist* **18:** 264. Presented at Physiology Meeting in San Francisco, CA, 1975

**Johanson, C.E.** and D.M. Woodbury. Distribution of C-14-barbital in the rat choroid plexus: Use to estimate choroid cell pH. *Fed. Proceed.* **35:** 603. Presented at F.A.S.E.B. Meeting in Anaheim, CA, 1976

**Johanson, C.E.**, Woodbury, D.M. and C.D. Withrow. Distribution of bicarbonate between blood and cerebrospinal fluid in the neonatal rat in metabolic acidosis and alkalosis. *Physiologist* **19**: 241. Presented at Physiology Meeting in Philadelphia, PA, 1976

**Johanson, C.E.** Acute effects of phenytoin on the Na, K and $H_2O$ content of the submaxillary salivary gland. *The Pharmacologist* **19:** 206. Presented at Pharmacology Meeting in Columbus, OH, 1977

**Johanson, C. E.** and Q.R. Smith. Phenytoin-induced stimulation of Na-K pump in the choroid plexus-cerebrospinal fluid system. *Soc. Neurosci. Abstr.* **3:** 316. Presented at Neuroscience Meeting in Anaheim, CA, 1977

**Johanson, C.E.** Determination of choroid cell pH from the steady-state distribution of C-14-dimethyloxazolidinedione (DMO). *Fed. Proceed.* **37**: 514. Presented at F.A.S.E.B. Meeting in Atlantic City, NJ, 1978

**Johanson, C.E.** Penetration of H-3 mannitol into compartments of neural and extraneural tissues in young rats. *The Pharmacologist* **20:** 201. Presented at Pharmacology Meeting in Houston, TX, 1978

**Johanson, C.E.** Choroid epithelial cell pH during acute metabolic acidosis or alkalosis in young rats. *Physiologist* **21:** 60. Presented at Physiology Meeting in St. Louis, MO, 1978

**Johanson, C.E.** and Wong, K. C. Developmental changes in the distribution of fluid between extracellular and intracellular compartments in heart, lungs, liver and blood. *Annual Meeting of Amer. Soc. of Anesthesiologists*, p. 275. Presented at Anesthesiology Meeting in Chicago, IL, 1978

**Johanson, C.E.** Effect of acetazolamide on the concentration of C-14 urea and C-14-thiourea in the epithelium of the choroid plexus. *Soc. Neurosci. Abstr.* **4:** 244. Presented at Neuroscience Meeting in St. Louis, MO, 1978

**Johanson, C.E.** Effect of enzyme inhibitors on epithelial cell pH in choroid plexus and salivary gland. *The Pharmacologist* **21**: 242. Presented at Pharmacology Meeting in Portland, OR, 1979

**Johanson, C.E.** and K. C. Wong. Permeability and vascularity of the developing brain: Cerebellum vs. cerebral cortex. *Anesthesiology* **51:** S147. Presented at Anesthesiology Meeting in San Francisco, CA, 1979

**Johanson, C.E.**, Parandoosh, Z. and Q.R. Smith. Development of the cerebrospinal fluid secretory process evaluated by three methods. *Fed. Proceed.* **40:** 469. Presented at F.A.S.E.B. Meeting in Atlanta, GA, 1981

**Johanson, C.E.** and Z. Parandoosh. Ontogenetic and methodological differences in the response of choroid plexus pH to acetazolamide. *Soc. Neurosci. Abstr.* **7:** 86. Presented at Neuroscience Meeting in Los Angeles, CA, 1981

**Johanson, C.**, Harbut, R., Murphy, V., Parandoosh, Z., Pershing, L. and Q. Smith. Ontogenetic differences in relationships between Na-H antiport, acidosis, and carbonic anhydrase inhibition in choroid plexus. *Int. Soc. for Develop. Neurosci. Abs.* p. 42. Presented at Developmental Neuroscience Meeting in Salt Lake City, UT, 1983

**Johanson, C.E.** and V.A. Murphy. Effect of acidosis and alkalosis on choroid plexus (CP) cellular fluid volumes and electrolytes. *The Pharmacologist* **25** (3): 251. Presented at Pharmacology Meeting in Philadelphia, PA, 1983

**Johanson, C.E.** and R.E. Harbut. Ionic homeostasis of the choroid plexus-csf system in ganglionectomized or adrenalectomized rats stressed with acidosis. *Soc. for Neurosci. Abstr.* **10**(2): 1162. Presented at Neuroscience Meeting in Anaheim, CA, 1984

**Johanson, C.E.** and Q.R. Smith. Efflux of Cl-36 from choroid plexus by chloride-bicarbonate exchange. *Physiologist* **27**(4): 272. Presented at Physiology Meeting in Lexington, KY, 1984

**Johanson, C.E.** and Q.R. Smith. Disruption of [Cl] homeostasis in CNS fluids and tissues by nephrectomy, perchlorate, or acetazolamide. *Fed. Proceed.* **44(**5): 1746. sPresented at the F.A.S.E.B. Meeting in Anaheim, CA, 1985

**Johanson, C.E.** Ontogenetic changes in the Na and H gradients across basolateral membrane of choroid plexus: A clue to the maturation of the CSF secretory process. *Soc. Neurosci. Abstr.* **11**(2): 839. Presented at the Neuroscience Meeting in Dallas, TX, 1985

**Johanson, C.E.** Ontogenetic analysis of effects of $PGE_2$ and DIDS on Cl-36 transport in choroid plexus and CSF. *The Pharmacologist* **27**(3): 253. Presented at the Pharmacology Meeting in Boston, MA, 1985

**Johanson, C.E.** and Q.S. Deng. Ontogeny of the inhibitory effect of disulfonic stilbene and other agents on Na-22 transport in the choroid plexus-CSF system. *Fed. Proceed.* **45**(4): 892. Presented at the F.A.S.E.B. Meeting in Washington, DC, 1986

**Johanson. C.E.**, Deng, Q.S. and V.A. Murphy. Choroid plexus antiport and symport mechanisms that drive the secretion of cerebrospinal fluid. *Soc. for Neurosci. Abs.* **12**(2): 1259. Presented at the Neuroscience Meeting in Washington, DC, 1986

**Johanson, C.E.**, Epstein M. and J. Parmelee. Ontogenetic, biochemical and pharmacological analyses of the choroid plexus-CSF system. Presented at the Brown University Neurosci. Symposium, May 1987

**Johanson, C.E.**, Murphy, V., Bairamian, D. and M. Epstein. Exchange vs. cotransport of Na and Cl across the barriers interfacing CSF and brain with blood. *Intracranial Pressure* **VII**: 83, Presented at ICP Meeting in Ann Arbor, MI, 1988

**Johanson, C.E.**, Bairamian, D., Parmelee, J., Sweeney, S. and M. Epstein. Use of bumetanide and furosemide to test for NaK2Cl cotransport in the isolated rat choroid plexus. *Soc. for Neurosci. Abs.* **14**(2): 1038, Presented at Neuroscience Meeting in Toronto, Canada, 1988

**Johanson, C.**, Bairamian, D., Parmelee, J. and M. Epstein. Choroid plexus transport of potassium: Inhibition by piretanide or CSF medium low in [Na] and [Cl]. *The FASEB Journal* **3**(3): A860. Presented at the FASEB Meeting in New Orleans, LA, 1989

**Johanson, C. E.**, Knuckey, N. and A. Fowler. Microdialysis, in the cisterna magna, of Na transport into the cerebrospinal fluid (CSF) system. *Soc. for Neurosci. Abs.* **15**(2): 1025. Presented at Neuroscience Meeting in Phoenix, AZ, 1989

**Johanson, C.**, Parmelee, J., Bairamian, D., Sweeney, S. and M. Epstein. Cotransport of sodium, potassium and chloride in the isolated choroid plexus. Presented in London at the Symposium to Honor Hugh Davson's 80th Birthday, December 1989

**Johanson, C.**, Nashold, J.R.B., Preston, J.E., Dyas, M. and N. Knuckey. Effects of vasopressin and atriopeptin on chloride transport in choroid plexus. *Soc. for Neurosci. Abs.* **16**: 45. Presented at Neuroscience Meeting in St. Louis, MO, 1990

**Johanson, C.E.** and R. Yacavone. Use of isopropylamphetamine to measure developmental changes in blood flow to the choroid plexuses of infant rats. *The FASEB Journal* **4**. Presented at FASEB Meeting in Atlanta, GA, 1991

**Johanson, C.**, Palm, D., Dyas, M. and N. Knuckey. Cisternal microdialysis to evaluate effects of furosemide and ethacrynic acid on blood-to-CSF transport of chloride. *Soc. for Neurosci. Abs.* **17**: 240. Presented at Neuroscience Meeting, New Orleans, LA, 1991

**Johanson, C.**, Budhiraja, P. and D. Palm. Ketanserin blocks the inhibition of chloride efflux from choroid plexus induced by serotonin or ergotamine. *Soc. for Neurosci. Abs.* **18**: 153. Presented at Neuroscience Meeting in Anaheim, CA, 1992

**Johanson, C.** Choroid plexus as a multifunctional organ: Pharmacologic modification and neuropeptidergic regulation. *Am. Soc. Neurochem.*, Meeting in Richmond, VA, 1993

**Johanson, C.E.**, Szmydynger-Chodobska, J. and A. Chodobski. Changes in blood flow and vascular resistance of choroid plexuses of postnatally developing rats. *Soc. for Neurosci. Abs.* **19**: 1220. Presented at Neuroscience Meeting in Washington, DC, 1993

**Johanson, C.E.** Development of the choroid plexus. Second Annual Symposium of the University of Oklahoma Health Sciences Center (Michael Pollay festschrift), p. 19, Presented in Oklahoma City, OK, 1993

**Johanson, C.E.** Choroid plexus and cerebrospinal fluid: Maintaining chemical homeostasis. Twenty-Seventh Winter Conference on Brain Research, Panel 2. Presented in Snowbird, UT, 1994

**Johanson, C.**, Palm, D., Primiano, M., Chan, P., Knuckey, N. and E. Stopa. An aged rat study of alterations in choroid plexus epithelium after ischemia induced by carotid occlusion. *Soc. for Neurosci. Abs*. **21**: 1084, Presented at Neuroscience Meeting in San Diego, CA, 1995

**Johanson, C. E.**, Szmydynger-Chodobska, J., Mittler, M., Chodobski, A., Kuo-LeBlanc, V., Stopa, E. and P. McMillan. Ultrastructural changes in choroid plexus and arachnoid villi in hydrocephalus induced by 2-wk infusion of FGF-2 into lateral ventricle. *XXXIII Int. Cong. Physiol. Sci.*, St. Petersburg, Russia, P096.06, 1997

**Johanson, C.E.**, Chodobski, A., Stopa, E., Andrews, L., Shin, J. and J. Szmydynger-Chodobska. Fibroblast growth factor-2 induced hydrocephalus: disruption of cerebrospinal fluid formation and bulk absorption in the rat. *Soc. for Neurosci. Abs.* **23**: 1165. Presented at Neuroscience Meeting in New Orleans, LA, 1997

**Johanson, C.E.**, Szmydynger-Chodobska, J., Chodobski, A., McMillan, P. and E. Stopa. A growth factor model for normal pressure hydrocephalus in adult rats. Advances in the biology of the cerebral vasculature and the blood-brain barrier. *In* Cerebral Vascular Biology Conference Scientific Proceedings. Page P-4. Meeting held in Gleneden Beach, OR, March 1998

**Johanson, C.**, Szmydynger-Chodobska, J., Wojcik, B., Stopa, E., Chan, P., Baird, A. and A. Chodobski. A time-course analysis of the effects of intraventricularly-infused FGF-2 on ependymal wall structure and resistance to CSF outflow. Neuroscience Meeting in Los Angeles. *Soc. for Neurosci. Abs.* **24**: 1563, 1998

**Johanson, C.** Growth factor induction of normal pressure hydrocephalus. *In* Shunt Technology: Challenges and Emerging Directions, FDA Conference held at the National Naval Medical Center, Bethesda, MD, January 1999

**Johanson, C.**, Hayamizu, T., Chan, P., Nguyen, H.-T., and P. McMillan. Quantification, via lectin binding, of subpopulations of choroid plexus epithelium treated with fibroblast growth factor-2 or arginine vasopressin. *Soc. for Neuroscience Abs.* **25**: 1762, Presented at Neuroscience Meeting in Miami, FL, 1999

**Johanson, C.**, Chodobski, A., Taylor, W., Szmydynger-Chodobska, J., Hakvoort, A. and E. Stopa. Peptide modulation of brain fluid balance by basic fibroblast growth factor and arginine vasopressin. *Summer Peptide Conference*, Key West, FL, 1999

**Johanson, C**. Development of the blood-brain and blood-CSF barriers. *Gordon Research Conference: Barriers of the Central Nervous System*, Tilton, NH, August 1999

**Johanson, C.** and Hakvoort, A. FGF-2 and TGF-B induced alterations in fluid formation by choroid plexus: Relation to growth factor-induced hydrocephalus. *Soc. for Research into Hydrocephalus & Spina Bifida. 44th Annual Scientific Meeting*, p. 35, Atlanta, GA, 2000

**Johanson, C.**, Nguyen, H., Stopa, E. and McMillan, P. Surface domains on the choroid plexus epithelium: Biochemical differentiation, by lectin binding, of basal vs. lateral membranes. *Soc. for Neuroscience Abs.* **26**: 338. Presented at Neuroscience Meeting in New Orleans, LA, 2000

**Johanson, C.E.**, Hayamizu, T., Stopa, E. and McMillan, P. Peptide-induced alterations in the expression of galactose-binding sites in the lateral membrane of choroid plexus epithelium. IVth International Conference of Cerebral Vascular Biology: Blood-Brain Barrier, page 2. Presented at Cambridge University, Cambridge, England, 2001

**Johanson, C.**, Hakvoort, A and Galla, H.-J. Fluid formation by cultured porcine choroid plexus epithelium: Inhibition by furosemide and bumetanide. *Soc. for Neuroscience Abs.* **27**, Presented at Neuroscience Meeting in San Diego, CA, 2001

**Johanson, C.E.**, Jones, H.C., Nguyen, T.T., Ayala, C., Weaver, C., Duncan, J.A. and P.N. McMillan. Enhanced expression of the NaK2Cl cotransporter in the neonatal HTx hydrocephalus rat brain. Presented at the *10th Annual Lifespan Hospital Research Celebration*, Providence, RI, 2002

**Johanson, C.E.**, Nguyen, T.T., Weaver, C.E., Spangenberger, A.G., Flaherty, S.L., Duncan, J.A., Stopa, E.G. and P.N. McMillan. Neuroendocrine-type cells in the choroid plexus epithelium: Putative inhibitory regulators of cerebrospinal fluid formation in response to elevated intracranial pressure. Presented at the *Vth International Conference on Cerebral Vascular Biology*, p. 908, Amarillo, TX, 2003

**Johanson, C.E.**, Jones, H.C., Ayala, C., Duncan, J.A. and McMillan, P.N. Altered spatial expression of the NaK2Cl cotransporter in the neonatal HTx rat CNS. Presented at the *Soc. for Research into Hydrocephalus & Spina Bifida. 46th Annual Scientific Meeting, Abs. #19.* Leuven, Belgium, 2002

**Johanson, C.E.** Neuropeptides, choroid epithelial 'dark cells,'and Na-K-Cl co-transport: Significance for CSF dynamics. Presented at the *29th Annual Meeting of the John Hanbery Society* (Stanford University School of Medicine), held at Prouts Neck, Maine, 2003

**Johanson, C.**, McMillan, P., Duncan, J., Doberstein, C., and Stopa, E. Volume transmission of cerebrospinal fluid: A role for promoting brain repair after injury to the CNS. *The Global College of Neuroprotection and Neuroregeneration Annual Conference*, Zermatt, Switzerland, p. 5, 2004

**Johanson, C.**, McMillan, P., Duncan, J., and E. Stopa. Volume transmission of CSF: Complications in aging and Alzheimer's disease. *48th Annual Meeting of Society for Research on Hydrocephalus & Spina Bifida*, 'The changing choroid plexus-CSF system in Alzheimer's disease', Dublin, Ireland, 2004

**Johanson, C.**, Stopa, E., McMillan, P., and J. Duncan. Neuroprotection by the choroid plexus-CSF system: Its alteration in Alzheimer's disease. *The Global College of Neuroprotection and Neuroregeneration Annual Conference*, Innsbruck, Austria, 2005

**Johanson, C.**, Baird, A., Duncan, J., Stopa, E. and A. Gonzalez. Linkage of FGF2 with AVP in brain fluid homeostasis: Role of the choroid plexus. *Amer. Soc for Neurochemistry*, Madison, WI, 2005

**Johanson, C.**, Nguyen, T., Flaherty, S., Sharma, H., and Duncan, J. Is the choroid plexus involved in regulating ICP? Putative natriuretic peptide modulation of CSF formation. *XIII International Symposium on Brain Edema and Tissue Injury*, Ann Arbor, MI, 2005

**Johanson, C.**, Disruption of Choroid Plexus-CSF Homeostatic Systems in Aging and Alzheimer's Disease. *Focus on Integration of Biomedical Engineering and Clinical Medicine in Basic Neural Hydrodynamics Research.* Ohio State University, Columbus, OH, 2005

**Johanson, C.**, Flaherty, S., Duncan, J., Stopa, E. and G. Silverberg. Aging rat brain: A model for analyzing interactions among CSF dynamics, ventriculomegaly and the beta-amyloid retention of Alzheimer's disease. *Soc. for Research on Hydrocephalus and Spina Bifida*, Barcelona, Spain, June 2005

**Johanson, C.E.**, Stopa, E., Klinge, P., and Silverberg, G.D. Malfunctions of the choroid plexus and blood-brain barrier in aging: Implications for the progression of Alzheimer's disease. Third annual meeting of the *Global College of Neurodegeneration and Neuroregeneration*, Uppsala, Sweden, March 2006

**Johanson, C.E.**, Flaherty, S., Messier, A., Duncan, J.A., and Silverberg, G.D. Expression of the beta-amyloid transporter, LRP-1, in aging choroid plexus: Implications for the CSF-brain system in NPH and Alzheimer's disease. *Soc. for Research on Hydrocephalus and Spina Bifida*, Cambridge, UK, September 2006.

**Johanson, C.E.**, Klinge P., Donahue, J., Stopa, E., Duncan, J. and Silverberg, G. Normal pressure hydrocephalus: Is it part of the continuum from aging to Alzheimer's disease? Fourth annual meeting of the *Global College of Neurodegeneration and Neuroregeneration*, Garmisch-PartenKirchen, Germany, March 2007

**Johanson, C.E.**, Stopa, E., Duncan, J., Donahue, J., and Silverberg, G. A-Beta clearance from CNS in aging, NPH and Alzheimer's: Difference in LRP-1 expression in the bloodCSF vs. blood-brain barriers. *Strategies for Advancing Brain Barriers Translational Research*, Stevenson, WA, March 2007

**Johanson, C.E.**, Klinge, P.M., Soltman, S., Slone, S., Miller, M., Brinker, T., Duncan, J.A., Silverberg, G.D. Maintained LRP-1-mediated A-Beta transport at the choroid epithelial blood-CSF interface in aging, NPH and AD: A peptide clearance response opposite to that at the blood-brain barrier (BBB). *4th International Hydrocephalus Workshop: Progress and Controversies in Hydrocephalus*, Rhodes, Greece, May 2007

**Johanson, C.E.**, Klinge, P.M., Soltman, S., Slone, S., Messier, A., Duncan, J., Stopa, G., and Silverberg, G.D. Enhanced expression of the LRP-1 transporter at the blood-CSF interface in chronic hydrocephalus. *51st Annual Meeting of the Society for Research into Hydrocephalus and Spina Bifida.* Paper 44, Heidelberg, Germany, June 2007

**Johanson, C.E.**, Slone, S., Messier, A., Miller, M., Kenney S, Majmudar, S., Saul, T., Stopa, E., Donahue, J., Duncan, J. and Silverberg, G. 'Amyloid increase in the aging rat brain: Association with decreased expression of the LRP-1 and P-gp transporters at the blood-brain barrier in cortex and hippocampus.' *5th Congress of the Global College of Neuroprotection and Neuroregeneration*, Bucharest, Romania, March 2008

**Johanson, C.**, Messier, A., Pascale, C., Miller, M., Klinge, P., Silverberg, G. Differential expression of LRP-1 at the aging blood-csf and blood-brain barrier: Implications for A-beta clearance from CNS. Barriers of the CNS. *Gordon Research Conference,* Tilton, NH, June 2008

**Johanson, C.E.**, Zimmermann-Meinzingen, S., and Sharma, H. S. Cerebrolysin attenuates blood-cerebrospinal fluid barrier, brain pathology and functional outcome following traumatic brain injury in the rat. *Ninth International Conference on Neuroprotective Agents*, Marine Biological Laboratory, Woods Hole, MA, September 2008

**Johanson, C.** The choroid plexus blood-CSF barrier: A dynamic homeostatic transport interface. *4th Pannonian Symposium on Central Nervous System Injury*, Pecs, Hungary, September 2008

**Johanson, C.** CSF biomarkers for chronic adult hydrocephalus: Advances and challenges. *Hydrocephalus 2008*, Hannover, Germany, September 2008

**Johanson, C.**, Miller M., Vasudevan K., Messier A., Donahue J., Silverberg G., Stopa E. Aging rat dentate gyrus: Amyloid retention, inflammatory reaction and gliosis in relation to reduced neural stem cell activity and poorer water maze performance. 6th Congress of the Global College of Neuroprotection and Neuroregeneration, Vienna, Austria, p. 77, March 2009

**Johanson, C.,** Zimmermann-Meinzingen, Sharma, H.S. Cerebrolysin stabilizes blood-CSF and blood-brain interfaces, and reduces neuropathology and sensory-motor malfunctions, in adult rats after traumatic brain injury. 5th Congress of the Society for the Study of Neuroprotection and Neuroplasticity, Vienna, Austria, March 2009

**Johanson, C.**, Miller, M., Messier, A., Pascale, C., Donahue, J., Kenney, E., Stopa, E., and Silverberg, G. Enhanced expression of RAGE at the blood-brain barrier: Congruence between Alzheimer's disease and the aging rat model. *9th International Conference-AD/PD*, Prague, Czech Republic, March 2009

**Johanson, C.**, Messier, A., Miller, M., Pascale, C., Vasudevan, K., Donahue, J., Stopa, E., Caralopoulos, I., Klinge, P., Brinker, T., and Silverberg, G. Periventricular destabilization and ventriculomegaly in aging rats: Implications for reduced neurogenesis and cognition. *53rd Annual Meeting of the Society for Research into Hydrocephalus and Spina Bifida.* Paper 17, Belfast, Ireland, June 2009

**Johanson, C.E.** Regulation of CSF secretion and transport: Changes in late stages of life. Workshop on 'Functional Neurochemistry of CSF-Handling Cells', *22nd Biennial Meeting of the International Society for Neurochemistry*, Busan, South Korea, 2009

**Johanson, C.E.** Choroid plexus pathophysiology: Implications for CSF dynamics and brain fluid balance. *Improving Outcomes in Hydrocephalus: Bridging the Gap Between Basic Science and Clinical Management.* Baltimore, MD, September 2009

**Johanson, C.E.,** Miller, M., Stopa, E. and H.S. Sharma. Disruption of the choroid plexus-CSF-ependymal wall nexus in CNS injury and aging models: Rescue by i.c.v. peptides. *7th Congress of the Global College of Neuroprotection and Neuroregeneration,* Stockholm, Sweden, February 2010

**Johanson, C.E.** Fluid homeostasis and protection of the brain by CSF-bordering cells: Role of the choroid plexus, ependyma and circumventricular organs. *ATP/IFSTP 2010 Joint Session/ Toxicology-Neuropathology*, Chicago, June 2010

**Johanson**, **C.E.** Altered choroid plexus-CSF function in aging and brain injury: How is it related to neurodegeneration and cognition? *VIII Global College of Neuroprotection and Neuroregeneration*, Amman, Jordan, April 2011

**Johanson, C.E.**, Podvin, S., Gonzalez, A., Miller, M., Sharma, H., Stopa, E, and A. Baird. Augurin: A choroid plexus-CSF secreted peptide derived from the Ecrg4 gene with a putative role in regulating periventricular neurogenesis following traumatic brain injury. *IXth Congress of the Global College of Neuroprotection and Neuroregeneration*, Xi'an, China, May 2012

**Johanson, C.E.** Elevated CSF pressure in astronauts during and after spaceflight: spaceflight: Impairment of vision and other functions. 56th *Annual Meeting of Society for Research into Hydrocephalus and Spina Bifida.* University of York, England, July 2012

**Johanson, C.E.**, Podvin, S., Gonzalez, A., Miller, M., Stopa, E, and A. Baird. Augurin, a choroid plexus-secreted peptide, modulates mitotic activity in CSF periventricular neurogenic niches. Symposium: Blood-brain Barrier Interactions with Peptides: Diverse Roles, Bright Future. *3rd meeting of the Japan Branch of the International Neuropeptide Society (*INPS*)*, Kitakyushu, Japan, September 2012

**Johanson, C.E.**, *Smart Medical Systems and Technology: Unraveling VIIP Etiology- An Exploratory Symposium*- 'Neuropeptide regulation of choroid plexus-CSF dynamics: Emerging role for central atrial natriuretic peptide', Houston, TX, February 2014

**Johanson, C.E.**, *VII Annual Conference of International Association of Neurorestoratology*, 'Agrin expression level in the blood-brain barrier affects the content of beta-amyloid in the brain of transgenic mice', Mumbai, India, March 2014

## MENTORED RESEARCH PROJECTS FOR GRADUATE STUDENTS, PRE-MEDICAL STUDENTS, NEUROSURGERY RESIDENTS & POST-DOCTORAL FELLOWS

Wong, K.C. Ohmura, A., **Johanson, C.E.**, Shaw, C.L and S. Sullivan. The effects of deep hypothermia and diethylanesthesia on serum and myocardial extracellular space and nitrogen content. *Ann. Meeting of Amer. Soc. of Anesthes.* p. 495, 1976.

Smith, Q.R. and **C.E. Johanson**. Ouabain and acetazolamide induced changes in choroid plexus electrolyte concentrations. *The Pharmacologist* **19:** 206, 1977.

Hise, M.A. and **C.E. Johanson**. Role of the choroid plexus in enhancing the cerebrospinal fluid sink effect during uremia. *Soc. Neurosci. Abstr.* **3:** 315, 1978.

Smith, Q.R. and **C.E. Johanson**. Distribution of Na and K in the submaxillary salivary gland subsequent to carbonic anhydrase inhibition. *The Pharmacologist* **20:** 195, 1978.

Hise, M.A. and **C.E. Johanson**. Inhibition of cerebrospinal fluid flow by dibutyryl guanosine-3'-5'-cyclic monophosphoric acid. *Fed. Proceed.* **37:** 514, 1978.

Smith, Q.R. and **C.E. Johanson.** Stimulation of the choroid plexus Na-K pump after acetazolamide treatment. *Fed. Proceed.* **37**: 514, 1978.

Smith, Q.R. and **C.E. Johanson**. Localization of rat blood-CSF barrier Na-K-ATPase. *Soc. Neurosci. Abstr.* **4**: 249, 1978.

Pershing, L.K. and **C.E. Johanson**. Effect of acute metabolic acid-base distortions on choroid plexus Na and K in the developing postnatal rat. *Fed. Proceed* **38:** 375, 1979.

Parandoosh, Z. and **C.E. Johanson**. Ontogenetic changes in the movement of C-14-urea across the blood-brain and blood-CSF barriers. *Fed. Proceed.* **38**: 376, 1979.

Allen, J.L., **Johanson, C.E.** and C.D. Withrow. Effect of acute metabolic acid-base distortions on the intracellular pH of various tissues in neonatal rats. *Fed. Proceed.* **38**: 439, 1979.

Smith, Q. R., **Johanson, C.E.** and D.M. Woodbury. Uptake of chloride-36 by the in vivo rat choroid plexus. *Fed. Proceed.* **38:** 698, 1979.

Allen J.K., Withrow, C.D. and **C.E. Johanson**. Response of infant rat brain to changes in plasma concentration of bicarbonate. *Soc Neurosci. Abstr.* **5**: 151, 1979.

Pershing, L.K. and **C.E. Johanson**. Redistribution of Na and K in rat CNS during respiratory acidosis and alkalosis. *Soc. Neurosci. Abstr.* **5**: 308, 1979.

Smith, Q.R., **Johanson, C.E.** and D.M. Woodbury. Kinetics of Na-22 and Cl-36 distribution in the postnatal rat choroid plexus. *Soc. Neurosci Abstr.* **5:** 180, 1979.

Parandoosh, Z. and **C.E. Johanson**. Effect of vasopressin on the penetration of C-14-urea into brain compartments protected by barrier systems. *Soc. Neurosci. Abstr.* **5**: 308,1979.

Burton, S.A. and **C.E. Johanson**. Single-pass uptake of Zn-65 in the choroid plexus, pineal body, olfactory bulb and hippocampus. *Fed. Proceed.* **39:** 898, 1980.

Smith, Q.R., **Johanson, C.E.** and D.M. Woodbury. Regulation of the in vitro choroid plexus cell electrolytes. *Fed. Proceed.* **39**: 737, 1980.

Parandoosh, Z. and **C. E. Johanson**. Effect of organic anion loading on the pH of the choroid plexus-cerebrospinal fluid system. *Fed. Proceed.* **39**: 617, 1980.

Burton, S.A. and **C.E. Johanson**. A new technique to evaluate regional blood-brain barrier permeability to zinc. *Soc. Neurosci. Abstr.* **6**: 830, 1980.

Smith, Q.R., **Johanson, C.E.** and D. M. Woodbury. Relative permeability of the blood-brain and blood-CSF barriers to Na-22 and Cl-36. *Soc. Neurosci. Abstr.* **6**: 829, 1980.

Parandoosh, Z. and **C.E. Johanson**. Changes in the concentration of bicarbonate and hydrogen ion in the in vitro choroid plexus epithelium in response to alteration in cerebrospinal fluid bicarbonate and pH. *Soc. Neurosci. Abstr.* **6**: 830, 1980.

Smith, Q.R., Woodbury, D.M. and **C.E. Johanson**. Ontogeny of the blood-brain and blood-cerebrospinal fluid barriers. *Fed. Proceed.* **40:** 470, 1981.

Madsen, J., **Johanson, C.E.** and D. M. Withrow. Extracellular fluid volume of several tissues in severely acidotic rats. *Fed. Proceed.* **40**: 470, 1981.

Burton, S.A. and **C.E. Johanson**. Regional distribution of calcium in the CNS of infant and adult rats. *Soc. Neurosci. Abstr.* **7**: 88, 1981.

Harbut, R. and **C.E. Johanson**. Metabolic acidosis and rat choroid plexus tissue [K]: A model for investigating the regulation of Na-K-ATPase by catecholamines. *Fed. Proceed.* **41**(5): 1552, 1982.

Murphy, V.A. and **C.E. Johanson**. Vincristine alters the acute uptake of mannitol and urea into the CNS. *The Pharmacologist* **24**(3): 166, 1982.

Burton, S.A. and **C.E. Johanson**. Pentobarbital, morphine and lead decrease Ca-45 uptake in rat central nervous system. *Fed. Proceed.* **41(**5): 1734, 1982.

Murphy, V.A. and **C.E. Johanson**. Effect of epinephrine-induced hypertension on the acute uptake of H-3 mannitol and C14 urea by CSF. *Fed. Proceed. 41***(**5): 1653,1982.

Burton, S.A. and **C.E. Johanson**. Calcium influx into the in vitro rat choroid plexus is inhibited by sodium. potassium, amiloride and ouabain. *Fed. Proceed.* **42(**4): 989, 1983.

Harbut, R.E. and **C.E. Johanson**. Metabolic acidosis and alkalosis: The effect of plasma [H] and [K] on the regulation of choroid plexus and CSF [K]. *Fed. Proceed.* **42:** 1284, 1983.

Murphy, V.A. and **C.E. Johanson**. Ethacrynate and furosemide alter Cl-36 distribution volume in choroid plexus. *Fed. Proceed.* **42(**5): 1283, 1983.

Murphy, V.A. and **C.E. Johanson**. Na/H exchange in the rat choroid plexus (CP). *Soc. Neurosci. Abstr.* **9**(2): 889, 1983.

Murphy, V.A. and **C.E. Johanson**. Amiloride and insulin alter choroid plexus (CP) sodium. *The Pharmacologist* **25(**3): 251, 1983.

Deng, Q.S. and **C.E. Johanson**. Effects of different temperatures, pH and pharmacological agents on chloride transport in rat choroid plexus. *Fed. Proceed.* **43**(4): 1088, 1983.

Murphy, V.A. and **C.E. Johanson**. Uptake of H-3 alpha-aminoisobutyric acid (AIB) into central and peripheral tissues of the rat. *Fed. Proceed.* **43(**4): 673, 1984.

Murphy, V.A. and **C.E. Johanson**. Effect of treatments which alter Na-22 uptake into CSF on Na-22 uptake into brain regions proximate or distant to the ventricles. *Soc. Neurosci. Abstr.* **10(**2): 1163, 1984.

Murphy, V.A. and **C.E. Johanson**. Intracellular/ extracellular ratios for Cl and $HCO_3$ across apical and basolateral membranes of in vivo choroid plexus after acid-base distortions. *Physiologist* **27**(4): 222, 1984.

Murphy, V.A. and **C.E. Johanson**. Effect of metabolic acidosis and alkalosis, carbonic anhydrase inhibition, amiloride, and insulin on brain extracellular volume determined by Na-22 uptake. *The Pharmacologist* **26(**3): 220, 1984.

Deng, Q.S. and **C.E. Johanson**. Stilbene and autonomic agents alter Cl penetration into the in vivo choroid plexus-CSF system. *Fed. Proceed.* **44**(5): 1746, 1985.

Deng, Q.S. and **C.E. Johanson**. Acute ethanol toxicity and the permeability / transport characteristics of the choroid plexus blood-CSF barrier. *The Pharmacologist* **27**(3): 282, 1985.

Deng, Q.S. and **C.E. Johanson**. Correlation of cAMP stimulation with chloride transport in the choroid plexus-CSF system. *Fed. Proceed.* **45**(4): 892, 1986.

Deng, Q.S. and **C.E. Johanson**. The effects of disulfonic stilbene and prostaglandin $E_2$ on CSF production rate in adult rats. *Soc. Neurosci. Abs.* **12**(2): 1259, 1986.

Parmelee, J.T., Epstein M.H. and **C.E. Johanson**. Developmental aspects of potassium transport by the choroid plexus in the rat. *Soc. Neurosci. Abs.* **13:** 771, 1987.

Parmelee, J.T. and **C.E. Johanson**. Development of Na-K-ATPase regulation in the choroid plexus (CP) of the neonatal rat. *The FASEB Journal* **2:** A748, 1988.

Parmelee, J.T. and **C.E. Johanson**. Choroid plexus (CP) potassium transport is enhanced by insulin and IGF-I in adult but not infant rat. *The FASEB Journal* **3**(3): A860, 1989.

Parmelee, J.T., Bairamian, D. and **C. Johanson**. Response of rat choroid plexus (CP) potassium (K) transporters to increased K concentration. *The FASEB Journal* **4**(3): A2677, 1990.

Epstein, M.H., Knuckey, N. and **C. Johanson**. Current concepts in CSF production with special reference to the pathophysiology of syringomyelia. *Forty-third annual meeting of The Neurosurgical Society of America* pp. 61-62, 1990.

Preston, J.E., **Johanson, C.E.** and J.T. Parmelee. Chloride efflux from the choroid plexus of infant and adult rats. *Soc. Neurosci. Abs.* **16**: 45, 1990.

Knuckey, N.W., Epstein, M.H. and **C.E. Johanson**. Hormonal regulation of choroid plexus by vasopressin and atriopeptin, Cushing Meeting, *Amer. Assoc. Neurolog. Surg.* 1991.

Knuckey, N.W., Bairamian, D., Preston, J., Dyas, M., Jenkins, R., Epstein, M.H., Palm, D. and **C.E. Johanson**. Decreased chloride transport in choroid plexus associated with chronically elevated intracranial pressure. *Soc. Neurosci.* **17**: 241, 1991.

Palm, D., Watson, P., Osborne, J., Guglielmo, M., **Johanson, C.** and N. Knuckey. Effects of acute transient ischemia on choroid plexus function and structure. *The FASEB Journal* **6**: A1062, 1992.

Szmydynger-Chodobska, J., Chodobski, A., Palm, D.E. and **C.E. Johanson**. Effect of angiotensin II on CSF formation and Cl transport in the choroid plexus of the rat. *The FASEB Journal* **6:** A1775, 1992.

Chodobski, A., Szmydynger-Chodobska, J. and **C.E. Johanson**. Effect of angiotensin II on blood flow to the choroid plexuses of the rat. *Soc. Neurosci. Abs.* **18**: 153, 1992.

Szmydynger-Chodobska, J., Chodobski, A. and **C.E. Johanson**. The role of vasopressin and the sympathetic nervous system in mediating the inhibitory effect of angiotensin II on CSF formation in the rat. *Soc. Neurosci. Abs.* **18**: 153, 1992.

Palm, D., Watson, P., Knuckey, N. and **C. Johanson**. The effect of N-Acetylcysteine on choroid plexus tissue viability following transient cerebral ischemia. *Soc. Neurosci. Abs.* **18**: 1261, 1992.

Chodobski, A., Szmydynger-Chodobska, J. and **C.E. Johanson**. The role of nitric oxide and the sympathetic nervous system in mediating the effects of angiotensin II on blood flow to choroid plexuses of the rat. *Soc. Neurosci. Abs.* **19**: 1400, 1993.

Primiano, M., Palm, D., **Johanson, C.** and N.W. Knuckey. N-Acetylcysteine prevents hippocampal neuronal death induced by transient cerebral ischemia. *Soc. Neurosci. Abs.* **19**: 883, 1993.

McMillan, P.N., Verdier, P.A., Monfils, P.R., Spangenberger, A.G. and **C.E. Johanson**. Correlation of lectin binding with developmental stages in rat choroid plexus. *Molecular Biol. of the Cell* 4: 371a, 1993.

Palm, D., Knuckey, N., Primiano, M., Spangenberger, A. and **C. Johanson**. Immuno-histochemical distribution of human cystatin C in the rat hippocampus following acute transient ischemia. *Soc. for Neurosci. Abs.* **19**: 884, 1993.

Wahlberg, L., Boethius, J. and **C. Johanson**. Polymeric implants containing amsacrine and mitomycin C for the treatment of malignant glioma in a rat model. *Soc. Neurosci. Abs.* **20**: 835, 1994.

Szmydynger-Chodobska, J., Chodobski, A. Lin, A. Y.-J., Rahman, M.P., Mayer, B., Monfils, P.R. and **C.E. Johanson**. Nitric oxide synthase immunohistochemistry of rat choroid plexus. New Concepts of a Blood-Brain Barrier (Symposium to honor M.W.B Bradbury), 1994.

Knuckey, N., Finch, P., Thompson, N., Palm, D., Primiano, M., **Johanson, C.**, Flanders, K. and M. Sporn. The pattern of neuronal expression and the neuroprotective role of transforming growth factor beta isoform following transient cerebral ischemia. *The FASEB Journal* **8:** A654, 1994.

Chodobski, A., Szmydynger-Chodobska, J. and **C.E. Johanson**. Vasoregulatory mechanisms mediating hemodynamic actions of angiotensin II in choroid plexuses. New Concepts of a Blood-Brain Barrier (Symposium to honor M.W.B Bradbury), 1994.

Palm, D., Knuckey, N., Spangenberger, A., Primiano, M. and **C.E. Johanson**. Distribution of human cystatin C in the rat cortex and hippocampus following 2-10 minutes of transient cerebral ischemia. *Soc. Neurosci. Abs.* **20**: 251, 1994.

Chodobski, A., Szmydynger-Chodobska, J., Monfils, P.R., Lin, A.Y.-J., Rahman, M.P. and **C.E. Johanson**. NADPH-Diaphorase histochemistry of rat choroid plexus. *Soc. Neurosci. Abs.* **20**: 1333, 1994.

Szmydynger-Chodobska, J., Chodobski, A., Lin, A.Y.-J., Rahman, M.P., Mayer, B., Monfils, P.R. and **C.E. Johanson**. Immunohistochemical localization of nitric oxide synthase in rat choroid plexus. *Soc. Neurosci. Abs.* **20**: 1333, 1994.

Cortez, S., **Johanson, C.**, Kuo-LeBlanc, V., Rodriguez-Wolf, M., Baird, A., Gonzalez, A.M., Seddon, A., Bohlen, P. and E.G. Stopa. Heparin-binding growth factors in control and Alzheimer choroid plexus. *Soc. Neurosci Abs.* **21**: 741, 1995.

Szmydynger-Chodobska, J., Corsetti, S., Limthong, N., Monfils, P.R., **Johanson, C.E.** and A. Chodobski. Immunohistochemical localization of arginine vasopressin in rat choroid plexus. *Soc. Neurosci. Abs.* **21**: 826, 1995.

Palm, D., Knuckey, N., Primiano, M., Cascio, S. and **C.E. Johanson**. The expression of cystatin C, a cysteine protease inhibitor, in the rat hippocampus following transient forebrain ischemia. *Soc. Neurosci. Abs*. **21**: 993, 1995.

Chodobski, A., Corsetti, S., Szmydynger-Chodobska, J., Monfils, P.R. and **C.E. Johanson**. The presence of arginine vasopressin in the choroid plexus of the Brattleboro rat. *Soc. Neurosci. Abs*. **21**: 826, 1995.

Primiano, M., Palm, D., Stopa, E.G., Corona, R., Chan, P. and **C.E. Johanson**. Bax immunoreactivity in aged and Alzheimer's brains. *Soc. Neurosci. Abs.* **21**: 1724, 1995.

Knuckey, N., Primiano, M., Palm, D., Guglielmo, M., Epstein, M. and **C.E. Johanson**. The distribution of bcl-2 protein in the rat hippocampus following transient forebrain ischemia. *Soc. Neurosci. Abs.* **21**: 1728, 1995.

Mittler, M.A., Lebow, M.H., Stopa, E.G., Kuo-LeBlanc, V., Chan, P.T., Chodobska, J., Chodobski, A., Gonzalez, A.M., Baird, A., Epstein, M.H. and **C.E. Johanson**. Ventriculomegaly after chronic infusion of FGF-2 into the lateral ventricles of adult rats. *Soc. Neurosci. Abs*. **22**: 1958, 1996.

Stopa, E.G., Mittler, M.A., Lebow, M.H., MacMillan, P.N., Kuo-LeBlanc, V., Chodobski, A., Chodobski, J., Baird, A. and **C.E. Johanson**. Effect of chronic FGF-2 infusion on the choroid plexus. *Soc. Neurosci. Abs.* **22**: 773, 1996.

Guglielmo, M., Chan, P., Doberstein, C., Demers, D., Primiano, M., Palm, D., Knuckey, N., **Johanson, C.E.** and M. Epstein. Delayed neuronal death following transient forebrain ischemia in rat hippocampus: A comprehensive temporal analysis. *Soc. Neurosci. Abs*. **22**: 1177, 1996.

Demers, D. M., Szmydynger-Chodobska, J., **Johanson, C.E.**, Cascio, S.M. and A. Chodobski. The characterization of a unique form of vasopressin-neurophysin (VP-NP) gene product found in rat choroid plexus. *Soc. Neurosci. Abs.* **22**: 773, 1996.

Chodobski, A., Loh, Y.P., Pu, L-.P., **Johanson, C.E.**, Corsetti, S. and J. Szmydynger-Chodobska. The presence of arginine vasopressin (AVP) and its mRNA in rat choroid plexus. *Soc. Neurosci. Abs.* **22**: 772, 1996.

Datseris, M., **Johanson, C.E.**, Schipper, H.M., Kuo-Leblanc, V. and E.G. Stopa. Effect of aging on heme oxygenase-1 in the human choroid plexus. *Amer. Assoc. of Neuropathologists Abs*. in press, 1997.

Chodobski, A., Loh, Y.P., Wojcik, B.E., **Johanson, C.E.** and J. Szmydynger-Chodobska. The presence of AVP mRNA in rat choroid plexus. In situ hybridization and reverse transcription-polymerase chain reaction analysis. *Proceedings of the World Congress of Neurohypophysial Hormones*, Montreal, 1997.

Szmydynger-Chodobska, J., Corsetti, S., Limthong, N.P., Lim, Y.-P., **Johanson, C.E.**, and A. Chodobski. Immunohistochemical localization of AVP, VP-associated neurophysin, and glycopeptide in rat choroid plexus epithelium. *Proceedings of the World Congress of Neurohypophysial Hormones*, Montreal, 1997.

Guglielmo, M.A., Chan, P.T., Doberstein, C.E., **Johanson, C.E.** and M. Epstein. A comparison of the TUNEL and ISEL techniques in experimental transient forebrain ischemia and a decapitation model of necrosis. *Soc. Neurosci. Abs.* **23**: 2176, 1997.

Khan, A., Chan, P.T., Sunwoo, L., **Johanson, C.E.**, and C.E. Doberstein. Neuroprotective effects of intravenous ATP-$MgCl_2$ infusion following forebrain ischemia in the rat. *Soc. Neurosci. Abs.* **24**: 216, 1998.

Chodobski, A., Szmydynger-Chodobska, J., Dodd, K.A., Kil, E.H., Stopa, E.G., Baird, A. and **C.E. Johanson**. Central administration of fibroblast growth factor-2 causes neuronal death and cerebroventricular enlargement. *Soc. Neurosci. Abs.* **24**: 1807, 1998.

Szmydynger-Chodobski, J., Chodobski, A., Wojcik, B.E., Dodd, K.A., Trimble, W.S., Burkart, A., **Johanson, C.E.** and A.C. Frick. The presence of membrane fusion proteins in choroid plexus epithelium. *Soc. Neurosci. Abs.* **24**: 1312, 1998.

Hayamizu, T.F., Chan, P.T., Doberstein, C.E., Sunwoo, L.W., Guglielmo, M.A. and **C.E. Johanson**. The role of FGF-2 in the response to cerebral ischemia: FGF-2 expression in the hippocampus and choroid plexus, and the neuroprotective effects of intraventricular FGF-2 infusion in a rat model of transient forebrain ischemia. *Soc. Neuroscience Abs.* **25**: 1851, 1999.

Hakvoort, A., Szmydynger-Chodobska, J., McMillan, P., Stopa, E., Chodobski, A. and **C. Johanson**. Localization of basic fibroblast growth factor and its receptor in the adult porcine choroid plexus. *Soc. Neuroscience Abs.* **25**: 1762, 1999.

Stopa, E., Berzin, T., Kuo-Leblanc, V., Szmydynger-Chodobska, J., Chodobski, A. and **C. Johanson**. Growth factor receptor expression in the choroid plexus and arachnoid villi in Alzheimer's disease. *Soc. Neuroscience Abs.* **25**: 1759, 1999.

Chodobski, A., Summy-Long, J.Y., Lin, M.W., Wojcik, B.E., Bui, V., Kill, E., **Johanson, C.E.**, and J. Szmydynger-Chodobska. Regulation of choroidal vasopressin secretion by the cAMP/PKA signaling pathway and the possible autocrine peptide actions. *Soc. Neuroscience Abs.* **26**: 337, 2000.

Zipser, B.D., Berzini, T.M., Gurl, T.L., Kuo-LeBlanc, V., Hovanesian, G., **Johanson, C.E.**, Chang, H.T., Hulette, C., Rosenberg, C., Vitek, M.P. and E.G. Stopa. Blood-brain barrier integrity in Alzheimer's disease. *Soc. Neuroscience Abs.* **26**: 537, 2000.

Szmydynger-Chodobska, J., Chun, Z.G., Baird, A., **Johanson, C.E.** and Chodobski, A. Cellular distribution of FGF-2 and its receptor in the choroid plexus and co-localization with vasopressin. *Soc. Neuroscience Abs.* **26**: 337, 2000.

Chan, C., Cotman, C.W., Okano, H., Hovanesian, V., Tavares, R., Pinar, H., Burke, S., **Johanson, C.E.**, Svendsen, C.N. and E.G. Stopa. Antigenic determinants of neural progenitor cells during human fetal development. *Soc. Neuroscience Abs.* **27**: 2001.

McMillan, P.N., Donahue, J.E., Stopa, E.G. and **C.E. Johanson**. Lectin-binding analyses of differences in glycoconjugate expression in rat, pig and human choroid plexus membranes. *Soc. Neuroscience Abs.* **27**: 2001.

Stopa, E.G., Fallon, J.R., Salloway, S., Butala, P., Zipser, B.D., Morales, X., Hovanesian, V., Hulette, C., Rosenberg, C., Tavares, R., **Johanson, C.E.** and M.P. Vitek. Differential distribution of smooth muscle actin and agrin in the microvasculature of the Tg APP670, 671 mouse and Alzheimer brain. *Soc. Neuroscience Abs.* **27**: 2001.

McMillan, P.N., Ayala C., Jones, H., Spangenberger, A., Duncan, J. and **C. Johanson**. Alterations in lectin binding to perinatal brain parenchyma in hydrocephalic HTX rat. *American Society for Experimental Biology*, abs., 2002.

Kefalas, N., Gruppuso, P., Nguyen, T., McMillan, P., Goodwin, G., and **Johanson, C**. Growth hormone treatment: Relationship to benign idiopathic intracranial hypertension. *10th Annual Lifespan Hospital Research Celebration*, 2002.

Anthony, S., Tavares, R., Hovenesian, V., Schipper, H., **Johanson, C.E.**, Stopa, E.G. and Cortez, S.C. Stress protein expression in the Alzheimer-diseased choroid plexus. *Soc. Neuroscience Abs.* **28**: 2002.

Zipser, B.D., Berzin, T.M., Tavares, R., Fallon, J., Hovanesian, V., **Johanson, C.E.**, Hulette, C., Vitek, M.P. and Stopa, E.G. APOE 4/4 genotype and increased serum protein leakage in Alzheimers disease. *Soc. Neuroscience Abs.* **28**: 2002.

Butala, P., Salloway, S., **Johanson, C.E.**, Gonzalez, L., Tavares, R., Hovanesian, V., Donahue, J.E., Hulette, C., Vitek, M.P. and Stopa, E.G. Microvascular damage in Alzheimer's disease. *Soc. Neuroscience Abs.* **28**: 2002.

Nguyen, T.T., Reid, S.L., Flaherty, S.L., Ong, H., McMillan, P.N. and **Johanson, C.E.** Expression of natriuretic peptides and their receptors in the rat choroid plexus. *Second International Choroid Plexus Workshop, King's College, London, UK, 2003.*

McMillan, P., Ayala C., Spangenberger, A., Monfils, P., Flaherty, S., Jones, H. and **C. Johanson**. Alterations in glycoconjugate expression as revealed by lectin binding to choroid plexus in perinatal hydrocephalic rat brain. *Second International Choroid Plexus Workshop, King's College, London, UK, 2003.*

Nguyen, T.T., Flaherty, S.L., Reid, S.L., Ong, H., McMillan, P.N., Duncan, J.A., and **C.E. Johanson**. Mismatch of atrial natriuretic peptides and receptors at the blood-cerebrospinal fluid barrier. *Vth International Conference on Cerebral Vascular Biology*, C-11, 2003.

McMillan, P.N., Jones, H.C., Nguyen, T.T., Spangenberger, A.G., Flaherty, S.L., Duncan, J.A., and **C.E. Johanson**. Heterogeneity of inter- and intraventricular glycoconjugate expression in rat choroid epithelial cells as revealed by glycosylation probes. *Vth International Conference on Cerebral Vascular Biology*, A-15, 2003.

Stopa, E.G., **Johanson, C.E.** and J. Fallon. Microvascular injury and blood brain barrier defects in Alzheimer's disease. *10th Annual Neuro-Oncology and Blood-Brain Barrier Disruption Consortium Meeting*, 2004.

McMillan, P., Spangenberger, A., Stopa, E., Duncan, J. and **C. Johanson**. Variations in glycoconjugate expression related to neuropathology. *Glycomics: Carbohydrates in Drug Development, Cambridge*, MA, 2004.

Flaherty, S., Nguyen, T., Tavares, R., Donahue, J., Stopa, E., **Johanson, C.**, and G. Silverberg. Possible translocation of low density lipoprotein receptor-related protein 1 (LRP-1) from vascular endothelial cells to neurons in Alzheimer's disease. *Gordon Research Conference on CNS Barriers*, Tilton, NH, 2004.

Donahue, J.E., **Johanson, C.E.**, Duncan J.A. III, Silverberg, G.D., Tavares R., Hovanesian, V., and E.G. Stopa. RAGE, LRP-1, and vascular amyloid in Alzheimer's disease, *9th International Conference on Alzheimer's Disease and Related Disorders*, Philadelphia, PA, 2004.

Sharma, H., Duncan, J., and **C. Johanson**. Whole body hypothermia induces brain edema and disrupts blood-cerebrospinal fluid barrier in the rat. *XIII International Symposium on Brain Edema and Tissue Injury*, Ann Arbor, MI, 2005.

Silverberg, G.D., Flaherty-Slone, S., Messier, A., Soltman, S., Miller, M., Szmydynger-Chodobska, J., Chodobski, A. and **C. Johanson**. Amyloid transporter expression is altered by aging at the blood-brain barrier and choroid plexus in a reciprocal fashion. *Gordon Research Conference: Barriers of the CNS*, Tilton, NH, 2006.

Sharma, H. and **C.E. Johanson**. Neurotrophins attenuate blood-cerebrospinal fluid barrier and brain pathology following whole body hyperthermia. *8th International Conference on Neuroprotection*, Mackinac Island, MI, 2006.

Klinge, P.M., **Johanson, C.E.**, Samii, A., Brinker, T., and Silverberg, G.D. Increased brain amyloid accumulation and specific BBB receptor changes mimick the effects of aging in Kaolin-hydrocephalus of senescent rats. *Hydrocephalus 2006*, Goteborg, Sweden.

Baird, A., Berry, M., Burg, M., Eliceiri, B., Gonzalez, A.M., **Johanson, C.**, Larocca, D., Logan, A., Sawada, R. and Stopa. E. Phage display identifies biomarking peptides for drug delivery to brain vasculature, parenchyma, choroid plexus and CSF. *Cerebrovascular Biology*, Ottawa, Canada, 2007.

Eliceiri, B., Gonzalez, A.M., **Johanson, C.**, Logan, A., Stopa. E. and Baird, A. The biological solenoid: Can engineering principles describe the role of the basal lamina in cell-cell communication in the neurovascular unit. *Cerebrovascular Biology*, Ottawa, Canada, 2007.

Donahue J.E., Coffin, D., **Johanson, C.E.**, Van Nostrand, W.E., Vitek, M., Blay, E., Miller, M.C., Monfils, P., McMillan, P. and Stopa, E. Effects of FGF-2 overexpression in the Dutch/Iowa APP transgenic mouse, *Soc. for Neurosci. Abs*., San Diego, CA, 2007.

Gonzalez, A., Sims, K., Sawada, R., **Johanson, C.**, Logan, A., Berry, M., Stopa, E., Elicieri, B., Burg, M., Terasaki, T. and Baird, A. Identification of biomarking peptides for drug delivery to the choroid plexus, *Soc. for Neurosci. Abs*., San Diego, CA, 2007.

Klinge, P., **Johanson, C.**, Slone, S., Messier, A., Akhmetshina, A., Duncan, J., Brinker, T. Silverberg, G. A-beta transport at the blood-brain barrier (BBB) is decreased in ageing and in Kaolin-induced hydrocephalus leading to A-beta and tau accumulation. *4th International Hydrocephalus Workshop: Progress and Controversies in Hydrocephalus*, Rhodes, Greece, 2007.

Silverberg, G., **Johanson, C.**, Duncan, J., Brinker, T., Slone, S., Messier, A., Soltman, S., Klinge, P. Does NPH equal ischemia? Paper 2. *51st Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida*, Heidelberg, Germany, 2007.

Klinge, P., Messier, A., Heile, A., Nouri, M., **Johanson, C.**, Duncan, J., Brinker, T. and Silverberg, G. Paper 3. *51st Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida*, Heidelberg, Germany, 2007.

Silverberg, G.D., **Johanson, C.**, Duncan, J.A., Slone, S., Soltman, S., Brinker, T., Klinge, P.M. Expression of choroid plexus amyloid transporters is upregulated in NPH. *Intracranial Pressure and Brain Monitoring*, San Francisco, CA, 2007.

Klinge, P., Akhemtshina, A., **Johanson, C.E.**, Samii, A., Duncan, J. A., Brinker, T., and Silverberg G.D. Alzheimer-related pathology in aged rats with kaolin-induced hydrocephalus. *Intracranial Pressure and Brain Monitoring*, San Francisco CA, 2007.

Stopa, E.G., **Johanson, C.E.**, Donahue, J.E., Chaudhry, H., Miller, M.C., Fallon, J.R., Reugg, M., Rauch, SM., Burgess, R.W., Altering agrin expression influences A-beta deposition in APP (swe)/PS1(exe) transgenic mice. *Soc. for Neurosci. Abs*., San Diego, CA, 2007.

Sharma, H., Zimmermann-Meinzingen, S., Sharma, A., and **Johanson, C.E.** Cerebrolysin attenuates blood-brain barrier and brain pathology following whole body hyperthermia. *XIV International Symposium on Brain Edema and Brain Tissue Injury*, Warsaw, Poland, 2008.

Baird, A., Smith, C., Gonzalez, A., Stopa, E., **Johanson, C.**, Eliceiri, B., Dissection of signaling networks in the neurovascular unit. *Fourteenth Annual Blood-Brain Barrier Consortium Meetin*g, Portland, OR, 2008.

Deren, K., Forsyth, J., Klinge, P., Silverberg, G., **Johanson, C.**, and McAllister, P. Clearance of amyloid-Beta in experimental neonatal hydrocephalus. Paper 6. *52nd Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida*, Providence, RI, 2008.

Donahue, J.E., Stopa, E.G., **Johanson, C.E.**, Chaudhry, H., Miller, M., Fallon, J., Ruegg, M., Rauch, S., and Burgess, R. Altering agrin expression influences A-Beta deposition in APP (Swe)/PS1(ex9) transgenic mice. The *FASEB Journal* **22**:707.5, 2008.

Grzybowski, D.M., Long, A.C., Allred, C.W., Holman, D.W., Donahue, J.E., Glimcher, S.A., **Johanson, C.**, Stopa, E., and M. Lubow. Human arachnoid membrane: Active transport of amyloid-beta. *52nd Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida*, Providence, RI, 2008.

Silverberg, G.D., Caralopoulos, I., Slone, S., Miller, M., Messier, A., Kenney, E., Majmudar, S., Saul, T., Duncan, J.A. and **Johanson, C.E.** Amyloid and tau accumulation precede CSF production decline in normal aging. *Ninth International Conference on Neuroprotective Agents*, Marine Biological Laboratory, Woods Hole, MA, September 2008.

Duncan, J. III, Caralopoulos, I., Noren, G., Stopa, E., Silverberg, G., Klinge, P., Donahue, J., Park, M., Miller, M. and **Johanson, C.E**. A porcine model of hydrocephalus induced by gamma knife irradiation. Poster 1. *53rd Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida*, Belfast, Ireland, 2009.

Harmening, K., Heile, A., Miller, M., **Johanson, C.E.**, Wallrapp, C., Brinker, T., Silverberg, G.D., and Klinge, P.M. Microglial downregulation in a double transgenic mouse model associated with early-onset Alzheimer's disease (AD) after intraventricular implantation of alginate encapsulated glucagon-like peptide-1 (GLP-1) producing human mesenchymal stem-cells. Paper 16. *53rd Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida*, Belfast, Ireland, 2009.

Podvin, S., Gonzalez, A.M., Stopa, E., Roberton, A., Cheng, R., **Johanson, C.**, Coimbra, R., Eliceiri, B. and Baird, A. Esophageal cancer-related gene-4 (ecrg4) and its products augurin, ecilin, and argilin in the mammalian choroid plexus. 5A-34, *Hydrocephalus 2009*, Baltimore, MD, 2009.

Pascale, C.L., Miller, M.C., Caralopoulos, I.N., Messier, A.A., **Johanson, C.E.**, and Silverberg, G.D. Amyloid-beta efflux transporter expression is increased at the blood-CSF barrier in aging. 2B-11, *Hydrocephalus 2009*, Baltimore, MD, 2009.

Stopa, E., **Johanson, C.**, Klinge, P., Donahue, J., Salloway, S., Ott, B., Mernoff, S., Stoukides, J., de la Monte, S., Miller, M.C., Alvarez, V., Geller, M. and Silverberg, G. Cognitive improvement after ventriculoperitoneal shunt placement in Alzheimer's disease and non-Alzheimer's patients. 2B-17, *Hydrocephalus 2009*, Baltimore, MD, 2009.

Podvin S.G., Roberton, A., **Johanson, C**., Stopa, E., Eliceiri, B.P., Baird, A.: Augurin, ecilin and argilin: Characterization of neuropeptide candidates encoded by the esophageal cancer related Gene-4 (ecrg4) and their localization in the mouse choroid plexus. *Society for Neuroscience Planner*; 85.88/CC32, 2009.

Stopa, E., Miller, M., Blay, E., McMillan, P., Coffin, D., Baird, A. Donahue, J. and **C. Johanson**. Altered ependyma and leptomeninges in transgenic mice that overexpress FGF2 and amyloid precursor protein: evidence for early hydrocephalus. *Cerebrospinal Fluid Research*, 6(Suppl 1):S4, 2009.

Stopa E., Nikonova E., Tanis K., Podtelezhnikov A., Finney E., Stone D., Camargo M., Parker L., Verma A., Baird A., Miller M., Donahue J., Gonzalez A., Eliceiri B., Silverberg G., Klinge P., and **Johanson, C.** Microarray analysis of choroid plexus gene expression in Alzheimer's disease: implications for CSF dynamics. *5th International Hydrocephalus Workshop*, Crete, May 2010.

Podvin, S., Dang, X., Knowling, S., Gonzalez, A.M., Stopa, E., Miller, M., **Johanson, C.**, Coimbra, R., Eliceiri, B. and Baird, A. Augurin production in the mammalian choroid plexus: Implications for CSF and hydrocephalus. *54th Annual Meeting of the Society for Research on Hydrocephalus and Spina Bifida*, Vancouver, B.C., 2010.

Donahue, J., Miller, M., Breese, V., Podvin, S., Eliceiri, B., Jackson, C., **Johanson, C**., Stopa, E., Gonzalez, A., and A. Baird. ECRG-4 expression in normal and neoplastic choroid plexus. *CSF Research* **7**(Suppl 1):532, 2010.

Podvin, S., Botfield, H., Leadbeater, W., Dang, X., Hill, L., Boissaud-Cooke, M., Knowling, S., Logan, A., Bansal, V., Coimbra, R., Stopa, E., **Johanson, C.,** Eliceiri, B.P. and A. Baird. The choroid plexus response to CNS injury: Augurin, a secreted ligand encoded by the tumor suppressor gene, ecrg4. *Society for Neuroscience Planner*. 4 902.910/JJJ912, 2010.

Mozzoni K., Cromer E., Rehak C., Yurko R., Izzo N., Rishton G., Safferstein H., Hefti F., Miller M., **Johanson C.**, Stopa E. and Catalano S.M. Drug candidates that block effects of Abeta oligomers on membrane trafficking. Cognition Therapeutics Inc., Pittsburgh, PA, 15203 and Brown University Hospital. *Soc. for Neurosci. Abs*., Washington, D.C., 2011.

Church, R. M., Miller, M., Freestone, D., Osgood, D., Machan, J., Chiu, C., Messier, A., **Johanson, C.** and G. Silverberg. Aging, Alzheimer's disease, amyloid clearance, and cognition. *Soc. for Neurosci. Abs*., Washington, D.C., 2011.

Rehak C., Yurko R., Izzo N., Cromer E., Rishton G., Safferstein H., Hefti F., Miller M., **Johanson C.**, Stopa E., Walker L. C., LeVine H. and Catalano S.M. Key signaling pathways linking membrane trafficking to behavorial deficits are differentially affected by human Alzheimer's disease patient-derived Abeta vs. synthetic Abeta preparations. *Soc. for Neurosci. Abs*., Washington, D.C., 2011.

Gonzalez, A., Podvin, S., Miller, M., Dang, X., Coimbra, R., Eliceiri, B., **Johanson, C.**, Stopa, E., and A. Baird. The potential for the choroid plexus-derived peptide hormone augurin to restore brain homeostasis after sustained injury and inflammation endured during hydrocephalus, 56th *Annual Meeting of Society for Research into Hydrocephalus and Spina Bifida.* University of York, England, 2012.

Rodriguez, E., Wilde, C., Guerra, M., **Johanson, C.**, and P. McAllister. Development of neurospheres from human and rodent CSF in congenital hydrocephalus: opening the door for transplantation therapy. *Hydrocephalus 2012*, Kyoto, Japan.