**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO.II)**

17-MD-2767(PAE)
17-MC-2767 (PAE)

***This Document Relates to All Actions***

---

**DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DEAN M. CESTARI, M.D.**

Shayna S. Cook declares the following under the penalties of perjury:

1. I am a partner with the law firm of Goldman Ismail Tomaselli Brennan & Baum LLP, and counsel for defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy.

2. Annexed hereto are true and accurate copies of the following documents submitted in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Opinions and Testimony of Dean M. Cestari, M.D.:

Exhibit A: FDA, Questions and Answers on FDA's Adverse Event Reporting System (FAERS), https://www.fda.gov/Drugs/GuidanceCompliance RegulatoryInformation/Surveillance/AdverseDrugEffects/ (last updated 2/21/18).

Exhibit B: Apter D, et al. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. *Fertility and Sterility*. June 2014;101(6):1656-1662.e4.

Exhibit C: Reliance List of Dean M. Cestari, M.D. (Appendix B to Expert Report of Dean M. Cestari, M.D.).

DATED: March 15, 2018

Respectfully submitted,

*/s/ Shayna S. Cook*

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Telephone: (312) 881-5947
Facsimile: (312) 881-5247
scook@goldmanismail.com

Paul W. Schmidt
Michael X. Imbroscio
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5272
Facsimile: (202) 778-5272
pschmidt@cov.com
mimbroscio@cov.com

E. James Shepherd
Shook, Hardy & Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77072
Telephone: (713) 546-5610
Facsimile: (713) 227-8008
eshepherd@shb.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2018, a copy of the foregoing has been served on the interested parties in this action via ECF:

Martin D. Crump
Davis & Crump PC
2601 Fourteenth Street
Gulfport, Mississippi 39501
martincrump@daviscrump.com
*Co-Lead Counsel for Plaintiffs*

Lawrence L. Jones II
Jones Ward PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
larry@jonesward.com
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
PO Box 30049
Elkins Park, Pennsylvania 19027
msk@thlawyer.com
*Liaison Counsel for Plaintiffs*

*/s/ Shayna S. Cook*
Shayna S. Cook