# Exhibit C

**Dean M. Cestari, MD**

**General Materials Reviewed (*in conjunction with materials cited in the report)*:**

**Articles:**

Alder JB, Fraunfelder FT, Edwards R. Levonorgestrel implants and intracranial hypertension. N Engl J Med 1995;332(25):1720-1.

American College of Obstetricians and Gynecologists, Clinical Management Guidelines for Obstetrician-Gynecologists, Practice Bulletin Number 73. Use of hormonal contraception in women with coexisting medical conditions. Obstet Gynecol. 2006 Jun; 107(6):1453-72.

American College of Obstetricians and Gynecologists, Publications December 2015. Withdrawn. Obstet Gynecol 2015.

Apter D, Gemzell-Danielsson K, Hauck B, Rosen K, Zurth C. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. Fertil Steril [internet]. 2014.

Ball AK, Clarke CE. Idiopathic intracranial hypertension. Lancet Neurol 2006 May;5:433-42.

Bhuva K, Kraschnewski JL, Lehman EB, Chuang CH. Does body mass index or weight perception affect contraceptive use? Contraception. 2017;95:59–64.

Biousse V, Bruce BB, Newman NJ. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 2012;83:488-94.

Boulet SL, D'Angelo DV, Morrow B, et al. Contraceptive use among nonpregnant and postpartum women at risk for unintended pregnancy, and female high school students, in the context of zika preparedness — United States, 2011–2013 and 2015. MMWR. 2016 Aug 5;65(30):780-7.

Bradford Hill A. The environment and disease: association or causation? Proc R Soc Med.1965;58(5):295-300.

Branum AM and Jones J. Trends in long-acting reversible contraception use among US women aged 15-44. NCHS Data Brief (Hyattsville, MD). 2015 Feb;188:1-8.

Burch RC, Loder S, Loser E, Smitherman TA. The prevalence and burden of migraine and severe headache un the United States: updated statistics from government health surveillance studies. Headache. 2015 Jan;55(1):21-34.

Burch RC, Loder S, Loser E, Smitherman TA. The prevalence and burden of migraine and severe headache un the United States: updated statistics from government health surveillance studies. Headache. 2015;55(1):21-34. Erratum for: Headache. 2015;55:356.

Centers for Disease Control and Prevention (US), Bernstein AB, Hing E, Moss AJ, Allen KF, Siller AB, Tiggle RB. Health care in America: Trends in utilization. Hyattsville, Maryland: National Center for Health Statistics. 2004.

Centers for Disease Control and Prevention (US). US medical eligibility criteria for contraceptive use, 2016. MMWR. 2016 Jul 29;65(3):1-108.

Cibula D. Women's contraceptive practices and sexual behaviour in Europe. Eur J Contracept Reprod Health Care. 2008 Dec;13(4):362-75. doi: 10.1080/13625180802511541

Creinin MD, Baker JB, Eisenberg DL, Ginde S, Turok DK, Westhoff CL. Levonorgestrel levels in nonobese and obese women using LNG20, a new intrauterine contraceptive [abstract]. Obstet

Gynecol. 2015 May;125(5 Suppl):84S-85S.

Curtis KM, Peipert JF. Long-Acting Reversible Contraception. N Engl J Med 2017;376:461-8.

Dal'Ava N, Bahamondes L, Bahamondes MV, de Oliveira Santos A, Monteiro E. Body weight and composition in users of levonorgestrel-releasing intrauterine system. Contraception 2012;86:350-3.

Daniels AB, Liu GT, Volpe NJ, Galetta SL, Moster ML, Newman NJ, Biousse V, Lee AG, Wall M, Kardon R, Acierno MD, Corbett JJ, Maguire MG, Balcer LJ. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). American J Ophthalmol 2007 Apr;143(4):635-41.

Daniels K, Daugherty J, Jones J, Mosher W. Current contraceptive use and variation by selected characteristics among women aged 15–44: United States, 2011–2013. NHCS, Natl Health Stat Rep (Hyattsville, MD). 2015;86:1-15.

Daniels K, Daugherty J, Jones J. Current contraceptive status among women aged 15-44: United States, 2011-2013. NCHS Data Brief (Hyattsville, MD). 2014 Dec;173:1-8.

Dasheiff, R. Letter to the Editor: Ducks in a Row; Freidman, DI, et al Author Response. Neurology March 18, 2014, 82:1012.

De Simone R, Marano E, Fiorillo C, Briganti F, Di Salle F, Volpe A, Bonavita V. Sudden re-opening of collapsed transverse sinuses and longstanding clinical remission after a single lumbar puncture in a case of idiopathic intracranial hypertension - pathogenetic implications. Neurol Sci. 2005:25:342–4. doi:10.1007/s10072-004-0368-3.

Diedrich JT, Zhao Q, Madden T, Secura GM, Peipert JF. Three-year continuation of reversible contraception. Am J Obstet Gynecol. 2015 Nov;213:662.e1-e8.

Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology 1984 Jun; 34:721-9.

Dinkin MJ and Patsalides A. Venous sinus stenting for idiopathic intracranial hypertension: where are we now. Neurol Clin [Internet]. 2017 [cited 2018 Jan 14];35:59–81.

dos Santos P, Madden T, Omvig K, Peipert JF. Changes in body composition in women using long-acting reversible contraception. Contraception. 2017;95:382–9.

Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. Arch Neurol 1988 Aug;45:875-7.

Edelman A and Kaneshiro B. Contraception counseling for obese women. UpToDate [Internet]. 2017 Aug [cited 2018 Jan 14].

Edelman AB, Cherala G, Blue SW, Erikson DW, Jensen JT. Impact of obesity on the pharmacokinetics of levonorgestrel based emergency contraception: single and double dosing (manuscript). Contraception. 2016;94(1):52-7. doi: 10.1016/j.contraception.2016.03.006.

Etminan M, Kuo H, Gustafson P. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf 2015;6(3):110-3. doi:10.1177/2042098615588084.

Etminan M. Revised disproportionality analysis of Mirena and benign intracranial hypertension (letter). Ther Adv Drug Saf. 2017;8(9):299–300. doi:10.1177/2042098617709768.

Etminan M. Risk of intracranial hypertension with intrauterine levonorgestrel: reply (letter). Ther Adv Drug Saf. 2016;7(1):25-6. doi:10.1177/2042098615588084.

Fisayo A, Bruce BB, Newman NJ, Biousse V. Overdiagnosis of idiopathic intracranial

hypertension. Neurology. 2016 Jan 26;86:341–50.

Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, Newman NJ, Biousse V. Risk factors for idiopathic intracranial hypertension in men: a case–control study. J Neurol Sci. 2010;290:86-9. doi:10.1016/j.jns.2009.11.001.

Friedman DI, Liu GT, Digre KB. Letter to the editor: Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. Author response. Neurology 2014 Mar 18;82:1012.

Friedman DI, Liu GT, Digre KB. Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. Neurology 2013 Sep 24;81:1159-65.

Friedman DI, McDermott MP, Kieburtz K, et al. The idiopathic intracranial hypertension treatment trial: design considerations and methods. J Neuro-ophthalmol. 2014;34:107-17. doi:10.1097/WNO.0000000000000114.

Friedman DI. Idiopathic Intracranial Hypertension. Current Pain and Headache Reports 2007;11:62-8.

Friedman DI. Letter to the Editor: Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf 2016;7(1):23-4.

Friedman DI. Medication-induced intracranial hypertension in dermatology. AM J Clin Dermatol 2005;6(1):29-37.

Galetta SL and Digre KB. Misdiagnosing idiopathic intracranial hypertension - You've got some nerve [editorial]. Neurology. 2016 Jan 26;86:318–9.

Gemzell-Danielsson K, Schellschmidt I, Apter D. A randomized, phase II study describing the efficacy, bleeding profile, and safety of two low-dose levonorgestrel-releasing intrauterine contraceptive systems and Mirena. Fertil Steril. 2012 Mar;97(3):616–22. doi:10.1016/j.fertnstert.2011.12.003.

Gerstman BB, Gross TP, Kennedy DL, Bennett RC, Tomita DK, Stadel BV. Trends in the Content and Use of Oral Contraceptives in the United States, 1964-88. Am J Public Health. 1991;81(1):90-8.

Giuseffi V, Wall M, Siegel PZ, Rojas PB. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): A case-control study. Neurology 1991 Feb;41:239-44.

Ireland B, Corbett JJ, Wallace RB. The search for causes of idiopathic intracranial hypertension: A preliminary case-control study. Arch Neurol 1990 Mar;47:315-20.

Johnson LN, Krohel GB, Madsen RW, March GA. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). Ophthalmology 1998 Dec;105(12):2313-7.

Jones J, Mosher W, Daniels K. Current contraceptive use in the United States, 2006–2010, and changes in patterns of use since 1995. NHCS, Natl Health Stat Rep (Hyattsville, MD). 2012;60:1-26.

Jusko WJ. Clarification of contraceptive drug pharmacokinetics in obesity. Contraception. 2017;95:10–6.

Kavanaugh ML, Jerman J, Finer LB. Changes in Use of Long-Acting Reversible Contraceptive Methods Among U.S. Women, 2009–2012. Obstet Gynecol. 2015;126:917–27. doi: 10.1097/AOG.0000000000001094

Kilgore KP, Lee MS, Leavitt JA, Mokri B, Hodge DO, Frank RD, Chen JJ. Re-evaluating the incidence of idiopathic intracranial hypertension in an era of increasing obesity. Ophthalmology. 2017;124:697-700.

Ko MW, Chang SC, Ridha MA, Ney JJ, Ali TF, Friedman DI, Mejico LJ, Volpe NJ, Galetta SL, Balcer LJ, Liu GT. Weight gain and recurrence in idiopathic intracranial hypertension: A case-control study. Neurology 2011 May 3;76:1564-7.

Koerner JC and Friedman DI. Inpatient and emergency service utilization in patients with idiopathic intracranial hypertension. J Neuro-ophthalmol. 2014;34:229-32. doi:10.1097/WNO.0000000000000073.

Lee AG and Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate [Internet]. 2014 Mar [cited 2018 Jan 14];1-11.

Lee AG and Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate [Internet]. 2017 Nov [cited 2018 Jan 14];1-13.

Lindh I, Skjeldestad FE, Gemzell-Danielsson K, Heikinheimo O, Hognert H, Milsom I, et al. Contraceptive use in the Nordic countries. Acta Obstet Gynecol Scand. 2017;96:19–28. doi:10.1111/aogs.13055.

Markey KA, Mollan P, Jensen RH, Sinclair A. Understanding idiopathic intracranial hypertension: mechanisms, management, and future directions. Lancet Neurol. 2016;15:78-91.

Marnach ML, Lomg ME, Casey PM. Current issues in contraception. Mayo Clin Proc [Internet]. 2013;88(3):295-9.

Martinez H, Mirta A, Braccia Gancedo LM, De Virgiliis M, Maggiora PZ. Abstract: Atypical pseudotumour cerebri. Neuro-ophthalmology 2010;34(3):131-288.

Miller M, Digre KB, Bair CM, Bair CM, Crum A, Katz BJ, Kinard K, Warner JEA. A comparison of clinical features of pseudotumor cerebri secondary to tetracyclines and idiopathic intracranial hypertension. Poster presented at: NANOS. 40th Annual Meeting; 2014 Mar 1-6; Rio Grande, PR.

Modesto W, de Nazar é Silva dos Santos P , Machado Correia V, Borges L, Bahamondes L. Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel- releasing intrauterine system and a copper intrauterine device for up to ten years of use. Eur J Contracept Reprod Health Care. 2015;20:57–63. doi:10.3109/13625187.2014.951433.

Mosher WD, Lantos H, Burke AE. Obesity and contraceptive use among women 20–44 years of age in the United States: results from the 2011–15 National Survey of Family Growth (NSFG). Contraception. 2017.

NORDIC Idiopathic Intracranial Hypertension Study Group Writing Committee. Effect of acetazolamide on visual function in patients with intracranial hypertension and mild visual loss: The idiopathic intracranial hypertension treatment trial. JAMA 2014 Apr 23/30;311(16):1641-51.

Peipert JF, Zhao Q, Allsworth J, Petrosky E, Madden T, Eisenberg D, Secura G. Continuation and satisfaction of reversible contraception. Obstet and Gyne. 2011 May;117(5):1105-13. doi:10.1097/AOG.0b013e31821188ad.

Praditpan P, Hamouie A, Basaraba CN, Nandakumar R, Cremers S, Davis AR, Westhoff CL. Pharmacokinetics of levonorgestrel and ulipristal acetate emergency contraception in women with normal and obese body mass index. Contraception. 2017;95:464–9.

Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumor cerebri): Descriptive epidemiology in Rochester, Minn, 1976 to

1990. Arch Neurol 1993 Jan;50:78-80.

Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: A prospective and case-control study. JNS 1993;116:18-28.

Rai R, Kirk B, Sanders J, Valenzuela R, Sundar S, Warner J, Digre KB, Ambati B, Crum AV, Katz BJ. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster session presentation at ARVO 2015 Annual Meeting. May 4, 2015.

Raoof N, Sharrack B, Pepper IM, Hickman SJ. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. Eur J Neurol 2011;18:1266-8.

Ros Forteza and Pereira Marques, I. Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel. Neurología. 2017. (Spanish)

Saito-Tom LY, Soon R, Harris S, Salcedo J, Kaneshiro B. Levonorgestrel intrauterine device use in overweight and obese women. Hawaii J Med Public Health. 2015 Nov;74(11):369-74.

Sanders JN, Turok DK, Gawron LM, et al. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review. Am J Obstet Gynecol [Internet]. 2017;216:590.e1-e8.

Scott-Ram R, Chor J, Bhogireddy V, Keith L, Patel A. Contraceptive choices of overweight and obese women in a publically funded hospital: possible clinical implications. Contraception. 2012;86:122-6. doi:10.1016/j.contraception.2011.12.004

Sivin I, Lahteenmaki P, Ranta S, et al. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. Contraception. 1997;55:81-5.

Sivin I. Serious adverse events in norplant users reported to the food and drug administration's medwatch spontaneous reporting system [letter]. Obstet and Gynecol. 1995 Aug;86(2):318-9.

Sunku A, O'Duffy A, Swanson J. Benign intracranial hypertension associated with levonorgestrel implants [abstract]. Ann Neurol. 1993 Aug;34(2):299-300.

Tang RA, Pardo G, Woon CC, Hamlin M, O'Neal T, Schiffman J. Pseudotumor cerebri associated with the Norplant contraceptive device. Invest Ophthalmol Vis Sci. 1995 Mar 15;36(4):3100-87S677.

Tepper K, et al. Progestin-only contraception and thromboembolism: A systematic review. Contraception. 2016 Dec;94(6)678-700.

Thon OR and Gittinger Jr., JW. Medication-related pseudotumor cerebri syndrome. Semin Ophthalmol. 2017;32(1):134–43. doi: 10.1080/08820538.2016.1228415

Valenzuela RM, Rai R, Kirk BH, et al. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. Neuroophthalmology [Internet]. 2017;41(4):1-6.

Valenzuela RM, Rai R, Kirk BH, Sundar S, Sanders JN, Warner JEA, Digre KB, Crum AV, Katz BJ. Exploratory study of the relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster 102 session presented at: 41st Annual Meeting of the North American Neuro-Ophthalmogy Society; 2015 Feb 21-26; San Diego CA.

Vickery Z, Madden T, Zhao Q, Secura GM, Allsworth JE, Peipert JF. Weight change at 12 months in users of three progestin-only contraceptive methods. Contraception 2013;88:503-8.

Wall M, Kupersmith MJ, Kieburtz KD, Corbertt JJ, Feldon SE, Friedman DI, Katz DM, Keltner JL, Schron EB, McDermott MP. The idiopathic intracranial hypertension treatment trial: Clinical

profile at baseline. Jama Neurol. 2014;71(6):693-701. doi:10.1001/jamaneurol.2014.133.

Wall M. Idiopathic intracranial hypertension. Neurol Clin. 2010;28:593-617. doi:10.1016/j.ncl.2010.03.003.

Wysowski DK, Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet & Gynecol 1995 Apr;85(4):538-42.

Yeung EH, Zhang C, Abert PS, Mumford SL, Ye A, Perkins NJ, Wactawaski-Wende J, Schisterman EF. Adiposity and sex hormones across the menstrual cycle: the BioCycle study. Int J Obes. 2013;37:237-43. doi:10.1038/ijo.2012.9.

**Company Documents:**

MIR_IIH_EU00606946
MIR_IIH_EU01015398
MIR_IIH_EU01083403
MIR_IIH_EU01156144
MIR_IIH_EU01156239
MIR_IIH_EU01156267
MIR_IIH_EU01157532
MIR_IIH_EU01157644
MIR_IIH_EU01157654
MIR_IIH_EU01157689
MIR_IIH_EU01158039
MIR_IIH_EU01158200
MIR_IIH_EU01205373
MIR_INDNDA_00246213 at -6312, -9110 to -9114
MIR_INDNDA_00473411 at -3902 to -3903
MIR_ INDNDA_00481727 to -749
MIR_JSEU_01057343 at -383 to -385
MIR_JSEU_01445975 at -6069 to -6071
MIR_ PIEU_00157045
MIR_PKEU_00699321

**Depositions:**

Deposition Transcript of Maggio, PhD, John, taken on 4/6/16
Deposition Transcript of Etminan, PharmD, Mahyar, taken on 4/15/16
Deposition Transcript of Fraunfelder, MD, Frederick W., taken on 4/12/16
Deposition Transcript of Ross, MD, PhD, David B., taken on 4/8/16
Deposition Transcript and Exhibits of Tang, MD Rosa., taken on 5/10/16
Deposition Transcript and Exhibits of Asiimwe, Alex, taken on 12/05/17
Deposition Transcript and Exhibits of Francuski, Maja, taken on 11/29/17
Deposition Transcript and Exhibits of Hofmann, Birte, taken on 11/21/17
Deposition Transcript and Exhibits of Kaipomaki, Mirja-Leena, taken on 11/15/17 - 11/16/17
Deposition Transcript and Exhibits of Koelm, Petra, taken on 12/06/17
Deposition Transcript and Exhibits of Lukkari-Lax, Eeva, taken on 11/27/17 - 11/28/17
Deposition Transcript and Exhibits of Machlitt, Andrea, taken on 12/05/17
Deposition Transcript and Exhibits of Manlik, Katrin, taken on 12/07/17

Deposition Transcript and Exhibits of Schoendorf, Juliane, taken on 11/28/17 - 11/29/17
Deposition Transcript and Exhibits of Zurth, Christian, taken on 11/30/17

**Reports:**

Expert Report of Mahyar Etminan, PharmD, dated 1/22/16
Expert Report of Frederick W. Fraunfelder, MD, MBA, dated 1/21/16
Expert Report of John Maggio, PhD, dated 1/22/16
Expert Report of David B. Ross, MD, PhD, dated 1/22/16
Expert Report of James M. Wheeler, MD dated 12/21/2017 with appendices and literature cited
Expert Report of Frederick W. Fraunfelder, MD, MBA dated 12/23/2017 with appendices and literature cited
Expert Report of Laura M. Plunkett, PhD, DABT dated 12/27/2017 with appendices and literature cited
Expert Report of Philip Darney, MD, MSc dated 12/27/2017 with appendices and literature cited
Expert Report of Vincenzo Salpietro, MD dated 12/28/2017 with appendices and literature cited
Expert Report of Conrad Johanson, PhD dated 12/22/2017 with appendices and literature cited
Expert Report of Lemuel A. Moye, MD, PhD dated 12/28/2017 with appendices and literature cited

**Other:**

Affidavit of Mayar Etminan, PharmD, dated 12/17/16
Consolidated Amended Complaint, dated 7/10/17
FAERS Q&A (from FDA website):
https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/
FDA Guidance for Industry (2005)
CDC website: BRFSS: https://www.cdc.gov/brfss/

**Labels:**

Alesse Label 2008
Jadelle Label 2002
Jadelle Label 2016
Mirena Label 2017
Norplant Label 1997