**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)**

**17-MD-2767 (PAE)**
**17-MC-2767 (PAE)**

***This Document Relates To All Actions***

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF VINCENZO SALPIETRO, M.D.**

**Exhibit A1** November 21, 2017 30(b)(6) Deposition of Birte Hofmann

**Exhibit A2** November 29, 2017 30(b)(6) Deposition of Juliane Schoendorf, Volume II

**Exhibit A3** November 29 Deposition of Christian Zurth

**Exhibit B1** December 4, 2017 Defendants' Objections and Responses to Plaintiffs' Second Set of Requests for Admissions

**Exhibit B2** November 7, 2017 Defendants' Objections and Responses to Plaintiffs' Requests for Admissions, Nos. 1, 18, 19, 20, 21 & 23

**Exhibit C** Mirena Prescribing Information. Whippany, NJ: Bayer HealthCare Pharmaceuticals Inc; May 2017

**Exhibit D1** Lu NZ, et al., International Union of Pharmacology. LXV. The Pharmacology and Classification of the Nuclear Receptor Superfamily: Glucocorticoid, Mineralocorticoid, Progesterone, and Androgen Receptors, PHARMACOLOGICAL REVIEWS 58(4):782-797 (2006)

**Exhibit D2** Sitruk-Ware R, New Progestagens for Contraceptive Use, Human Reproduction Update, 2006;12(2):169–178, 2006

**Exhibit D3** Chen J & Wall M. Epidemiology and Risk Factors for Idiopathic Intracranial Hypertension. *Int Ophthal Clin* 2014;54(1):1-11

**Exhibit D4** Thurtell MJ, Bruce BB, Newman NJ, Biousse V. An Update on Idiopathic Intracranial Hypertension. *Rev Neurol Dis.* 2010;7(0):e56-e68

**Exhibit D5** Fraser JA et al., Risk factors for idiopathic intracranial hypertension in men: a case-control study, *J Neurol Sci*. 2010; 290(1-2):86-95

**Exhibit D6** Markey KA, Mollan SP, Jensen RH, Sinclair AJ. Understanding idiopathic intracranial hypertension: mechanisms, Management, and future directions. *Lancet Neurology* 2016;15:78-91

**Exhibit D7** McGeeney BE & Friedman DI, Pseudotumor Cerebri Pathology, Headache 2014;54:445-458

**Exhibit D8** Bruce BB, Biousse V & Newman NJ. Update on Idiopathic Intracranial Hypertension. *Am J Ophthalmol* 2011;152:163–169

**Exhibit D9** Foley J. Benign forms of intracranial hypertension; toxic and otitic hydrocephalus. *Brain* 1955;78:1-41

**Exhibit D10** Sheldon CA, Kwon YJ, Liu GT, McCormack SE. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. *Pediatr. Res*. 2015; 77: 282-299

**Exhibit D11** Andrews LE, Liu GT, Ko MW. Idiopathic Intracranial Hypertension and Obesity. *Horm Res Paediatr* 2014;81:217-225

**Exhibit D12** Weber KT. Aldosteronism Revisited: Perspectives on Less Well-Recognized Actions of Aldosterone. *J Lab Clin Med* 2003;142(2):71-82

**Exhibit D13** Oldstone MB: Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri). *The Journal of Clinical Endocrinology and Metabolism* 1966, 26(12):1366-1369

**Exhibit D14** Rossier et al., "Epithelial Sodium Transport and Its Control by Aldosterone: The Story of Our Internal Environment Revisited." *Physiological Reviews* 2015 95:1, 297-340

**Exhibit E** MIR_PIEU-R_00377654 Expert report on the toxico-pharmacological documentation to the Mirena NDA

**Exhibit F1** Salpietro V, Polizzi A, Berte LF, et al. Idiopathic Intracranial Hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. *Neuroendocrinol Lett*., 2012;33(6):569-73

**Exhibit F2** December 28, 2017 Expert Report of Dr. Vincenzo Salpietro

**Exhibit F3** January 26, 2018 Deposition of Dr. Vincenzo Salpietro

**Exhibit F4** Salpietro V, et al. Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study. *J Pediatr Endocrinol Metab*. 2014;27(1-2):107–115

**Exhibit G** October 24, 2017 Transcript of MDL 2767 Case Management Conference

**Exhibit H** February 8, 2018 Deposition of William Jusko

Dated: March 15, 2018

Respectfully submitted,

*/s/ Lawrence L. Jones II*
Lawrence L. Jones II
Jones Ward PLC
*Co-Lead Counsel for Plaintiffs*

Martin D. Crump
Davis & Crump PC
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
*Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed via the ECF/CM system with the Clerk of the Court, which will have sent notice to all attorneys of record in this matter on March 15, 2018.

/s/ *Lawrence L. Jones II*
Lawrence L. Jones