# EXHIBIT A1

## Nov. 21, 2017
## Deposition of Birte Hofmann, DVM, Ph.D.

# In the Matter Of:

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

## 30(b)(6) VIDEOTAPED

## DEPOSITION OF BIRTE HOFMANN, DVM, PH.D.

*November 21, 2017*

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

IN RE: 17-MD-2767 (PAE)

MIRENA IUS LEVONORGESTREL-RELATED 17-MC-2767 (PAE)

PRODUCTS LIABILITY LITIGATION (NO. II)

- - - - - - - - - - - - - - - - - - - - X

VIDEOTAPED 30(b)(6) DEPOSITION OF

BAYER HEALTHCARE PHARMACEUTICALS, INC.,

BAYER PHARMA AG, AND BAYER OY

BY AND THROUGH ITS REPRESENTATIVE

BIRTE HOFMANN, DVM, Ph.D.

Washington, D.C.

November 21, 2017

9:00 a.m.

Job No. 38071

Reported by: Michele E. Eddy, RPR, CRR, CLR

Videotaped Deposition of BIRTE HOFMANN, DVM, Ph.D., held at the offices of:

COVINGTON & BURLING
850 10th Street, Northwest
Washington, D.C. 20001

(202) 662-6000

Pursuant to Notice, before Michele E. Eddy, Registered Professional Reporter, Certified Realtime Reporter, and Notary public in and for the District of Columbia.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

CHRISTINA T. NATALE, ESQUIRE
JONES WARD PLC
The Pointe
1205 E. Washington Street
Suite 111
Louisville, Kentucky 40206
Telephone: (502) 882-6000
christina@jonesward.com
- AND -
TREVOR B. ROCKSTAD, ESQUIRE
DAVIS & CRUMP P.C.
2601 Fourteenth Street
Gulfport, Mississippi 39501
Telephone: (228) 863-6000
trevor.rockstad@daviscrump.com
- AND -
MAX KENNERLY, ESQUIRE
KENNERLY LOUTEY
601 Walnut Street, Suite 1150w
Philadelphia, Pennsylvania 19106
Telephone: (216) 261-7070

APPEARANCES, Continued

ON BEHALF OF THE DEFENDANTS:

MICHAEL X. IMBROSCIO, ESQUIRE
COVINGTON BURLING LLP
One CityCenter
850 Tenth Street, Northwest
Washington, D.C. 20001
Telephone: (310) 229-9934
mimbroscio@cov.com

- AND -

MICHELLE R. MANGRUM, ESQUIRE
SHOOK HARDY & BACON
1155 F Street, Northwest
Suite 200
Washington, D.C. 20004
Telephone: (202) 783-8400
mmangrum@shb.com

ALSO PRESENT:

Alejandro Barrientos, Covington & Burling
Lily Olm, German Interpreter
Daniel Holmstock, Videographer

EXAMINATION INDEX


| | PAGE |
|---|---|
| EXAMINATION BY MS. NATALE | 27 |
| EXAMINATION BY MR. IMBROSCIO | 366 |
| FURTHER EXAMINATION BY MS. NATALE | 397 |
| FURTHER EXAMINATION BY MR. IMBROSCIO | 415 |


E X H I B I T S

(Attached to the Transcript)


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 1 | Amended Notice of Video Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) of Corporate Representative of Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, and Bayer Oy | 27 |
| Exhibit 2 | Article titled "Progestogens Used in Postmenopausal Hormone Therapy: Differences in Their Pharmacological Properties, Intracellular Actions, and Clinical Effects" by Frank Z. Stanczyk, etc. | 32 |

EXHIBIT INDEX CONTINUED

| DEPOSITION | EXHIBIT | PAGE |
|---|---|---|
| Exhibit 3 | Document of topics (No. 1 titled "The serum levels of LNG during use of Mirena") and a compilation of articles: "Idiopathic intracranial hypertension: A unifying neuroendocrine hypothesis through the adrenal-brain axis" by Vincenzo Salpietro, etc.; "Idiopathic intracranial hypertension, hormones, and IIB-hydroxysteroid dehydrogenases" by Keira A. Markey, etc.; "Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: A pilot study"; "The effect of continuous levonorgestrel on endometrial cavity cytokines and growth factors in women with uterine fibroids," MIR_EZ_00028966-80; | 35 |

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 continued

"End of Study Report," "The effect of continuous levonorgestrel on endometrial cavity cytokines and growth factors in women with uterine fibroids" by Principal Investigator Thomas D. Kimble, M.D., MIR_JR_00290451-52; "Immunologic evaluation of the endometrium with a levonorgestrel intrauterine device in solid organ transplant women and healthy controls" by Caron R. Kim, etc.; "Effects of the levonorgestrel-releasing intrauterine device on the immune microenvironment of the human cervix and endometrium" by Uma Shanmugasundaram, etc.; "Effect of intrauterine contraceptive devices on cytokine messenger ribonucleic acid expression in the human endometrium" by Martti Ammala, etc., MIR_PIEU_00683830-35;

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 continued

"The effect of a levonorgestrel-releasing intrauterine system on angiogenic growth factors in the endometrium" by B.A. Roopa, etc.; Intrauterine progestin induces continuous insulin-like growth factor-binding Protein-1 production in the human endometrium" by Fredrika Pekonen, etc., MIR_IIH_US00113537-41; "Influence of different hormonal regimens on endometrial microvascular density and VEGF expression in women suffering from breakthrough bleeding"; "Endometrial response to hormone replacement therapy as assessed by expression of insulin-like growth factor-binding protein-1 in the endometrium" by Satu Suhonen, M.D., etc.;

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 Continued

"mRNA expression of insulin-like growth factor-I (IGF-I) is suppressed and those of IGF-II and IGF-binding protein-1 are constantly expressed in the endometrium during use of an intrauterine levonorgestrel system" by E.M. Rutanen, etc., MIR_IIH_US00364622-27; "The effect of intrauterine and oral levonorgestrel administration on serum concentrations of sex hormone-binding globulin, insulin, and insulin-like growth factor binding protein-1" by Paivi Pakarinen, MIR_IGP_00055387-394; "Local levonorgestrel regulation of androgen receptor and 17B-hydroxysteroid dehydrogenase type 2 expression in human endometrium," MIR_PSEU_00166685-92;

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 Continued

"Therapeutic effects of the levonorgestrel-releasing intrauterine system in treatment of idiopathic menorrhagia" by Bilian Xiao, M.D., MIR-PIEU_00683836-45; "Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function" by George Kovalevsky, M.D., MIR_JSEU-R_01243778-784; "Ovarian function in amenorrheic and menstruating users of a levonorgestrel-releasing intrauterine device" by Carl Gustaf Nilsson, M.D., etc.; "Pharmacology of estrogens and progestogens: Influence of different routes of administration" by H. Kuhl; "Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception" by Donita Africander, etc.;

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 Continued

"The preclinical biology of a new potent and selective progestin: Trimegestone" by Richard C. Winneker, etc.; "Nomegestrol acetate, a novel progestogen for oral contraception" by Alfred O. Mueck"; "The pharmacological profile of a novel norpregnane progestin (trimegestone) by D. Philibert, etc.; "classification and pharmacology of progestins" by Adolf E. Schindler, etc.; "Progestogen therapies: Differences in clinical effects?" by Inka Wiegratz and Herbert Kuhl; Pharma Research Report dated 25.6.84; "Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells" by Nicole L. Moore;

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 Continued

"Drospirenone: Pharmacology and pharmacokinetics of a unique progestogen" by Rolf Krattenmacher; "Drospirenone: A novel progestogen with antimineralocorticoid and antiandrogenic activity" by Peter Muhn, etc.; "Comparative pharmacology of new progestogens" by Herbert Kuhl"; Nonclinical Study Report No. A36505 by Bayer HealthCare; MIR_IIH_EU00159606-644; "Integrated pharmacokinetic analysis of levonorgestrel-containing contraceptives with various routes of administration" by Birte Maria Hofmann, etc.; MIR_IIH_EU01205373-406; "Meta-analysis of levonorgestrel pharmacokinetics (PK) for different administration routes using a population PK modeling approach" by Isabel Reinecke, Ph.D., etc.;

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 Continued

"A pharmacokinetic study with a low-dose oral contraceptive containing 20 micrograms ethinylestradiol plus 100 micrograms levonorgestrel" by J. Endrikat, etc.; "Levonorgestrel Clinical Pharmacokinetics" by Kenneth Fotherby; "Justification Document for Mirena Intrauterine delivery system changes from CCDS version 3 to 4 (A) Lactation (B) Pharmacokinetics," MIR_ELEU_00889384-393; "Mirena serum levels MB WH Meeting" by Dr. Christian Zurth dated 2-2-07, MIR_PIEU_Unredacted_00644302-321; "Levonorgestrel-releasing intrauterine system - the discontinuing story" by Ayman A.A. Ewies, BAYERM_PG_00400945; "Variability of pharmacokinetic parameters for contraceptive steroids" by K. Fotherby;

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT PAGE

Exhibit 3 Continued

"Pharmacokinetics of gestagens: Some problems" by K. Fotherby, Ph.D.; "Pharmacokinetics and pharmacodynamics of acetylsalicylic acid after intravenous and oral administration to healthy volunteers" by J. Nagelschmitz; "Pharmacokinetic interactions between protease inhibitors and statins in HIV seronegative volunteers: ACTG Study A5047," by Carl J. Fichtenbaum; "Absolute oral bioavailability of rosuvastatin in healthy white adult male volunteers" by Paul D. Martin, Ph.D.; "Expanded Company Core Data Sheet for Mirena, levonorgestrel, 20 micrograms/24 hours, intrauterine delivery system, Version 19, based on GLC decision dated 06 Dec 2016, MIR_IIH_EU00540639-667;

EXHIBIT INDEX CONTINUED

| DEPOSITION EXHIBIT | PAGE |
|---|---|
| Exhibit 3 Continued | |
| "Highlights of Prescribing Information" for Mirena (NDA 21225 Mirena FDA Approved 08 June 2017); "Highlights of Prescribing Information" for Jadelle (Reference ID: 4030537); "Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: Pooled analyses of phase II and III studies" by Dan Apter, M.D., etc.; "Pharmacokinetics of levonorgestrel following oral application of 0.150 mg levonorgestrel for one treatment cycle in 12 young women" by Dr. W. Kuhnz/A. Fuhrmeister, MIR_IIH_EU01016897-938; | |

EXHIBIT INDEX CONTINUED


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 3 Continued | | |
| | "Pharmacokinetics of levonorgestrel in 12 women who received a single oral dose of 0.15 mg levonorgestrel and, after a wash-out phase, the same dose during one treatment cycle" by W. Kuhnz, etc.; "Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin" by A. Phillips, etc.; "Binding of oral contraceptive progestogens to serum proteins and cytoplasmic receptor" by Michael Juchem, etc.; "Statement on the use of FLI (free levonorgestrel index) for comparison of different estrogen/LNG combinations"; MIR_JR_00183776-777 | |
| Exhibit 4 | E-mail chain; top e-mail dated 11-13-17 from Michael Imbroscio to Christina Natale, etc. | 37 |

EXHIBIT INDEX CONTINUED

| DEPOSITION | EXHIBIT | PAGE |
|---|---|---|
| Exhibit 5 | "An integrated population pharmacokinetic analysis to characterize levonorgestrel pharmacokinetics after different administration routes" by Isabel Reinecke, Ph.D., etc.; MIR_IIH_EU01015398-449 | 38 |
| Exhibit 6 | "Integrated pharmacokinetic analysis of levonorgestrel-containing contraceptives with various routes of administration" by Birte Maria Hofmann, etc.; MIR_IIH_EU01205373-406 | 39 |
| Exhibit 7 | E-mail chain; top e-mail dated 8-28-12 from Nicola Wittke to Christian Zurth; MIR_IIH-EU00369984-85 | 42 |
| Exhibit 8 | Lotus Notes Reply by Antonio Costales to Paul Korner, etc., with attachment, dated 9-12-05; MIR_CH_00073426-432 | 69 |

EXHIBIT INDEX CONTINUED


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 9 | E-mail chain; top e-mail dated 26.02.2007 from Pirjo Inki to Pirjo Sallinen, with attachment; MIR_ELEU_00717168-173 | 79 |
| Exhibit 10 | E-mail chain; top e-mail dated 02.03.2005 from Christian Zurth to Elvira Baumann, etc.; MIR_PIEU_00913710-11 | 90 |
| Exhibit 11 | "Serum and peritoneal fluid levels of levonorgestrel in women with endometriosis who were treated with an intrauterine contraceptive device containing levonorgestrel" by Farhana B. Lockhat, Mb.Ch.B., etc. | 90 |
| Exhibit 12 | Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device by Bilian Xiao, etc., April 1990, Vol. 41, No. 4 | 91 |

EXHIBIT INDEX CONTINUED


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 13 | Lotus Notes Memo dated 11-23-09 from Jo-Ann Ruane to Antonio Costales, etc., with attachment; MIR_AC_00210615-632 | 110 |
| Exhibit 14 | Mirena label | 114 |
| Exhibit 15 | E-mail dated 31.01.2007 from Pirjo Inki to Christian Zurth, with attachment; MIR_PIEU_00295793-5885 | 127 |
| Exhibit 16 | "The effect of a levonorgestrel-releasing intrauterine system on uterine artery blood flow, hormone concentrations, and ovarian cyst formation in fertile women," by I. Jarvela, etc. | 146 |
| Exhibit 17 | "Mechanism of Action of levonorgestrel: In vitro metabolism and specific interactions with steroid receptors in target organs," by Ana E. Lemus, etc. | 153 |

EXHIBIT INDEX CONTINUED


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 18 | Clinical Study Report No. A46796 by Bayer dated 07 Dec 2009; MIR_BSR-R_00138205-9504 | 157 |
| Exhibit 19 | "Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin" by A. Phillips, etc. | 174 |
| Exhibit 20 | "Justification Document No. 037 for Mirena IUS, levonorgestrel 20 micrograms/24 hours, intrauterine system, changes from CCDS version 13 to 14, Section 5.2: Pharmacokinetic properties, linearity/non-linearity section, dated 18 March 2011 by Dr. Christian Zurth; MIR_IIH_EU00369935-37 | 184 |
| Exhibit 21 | E-mail chain; top e-mail dated 12-4-16 from Birte Maria Hofmann to Susanne Kaufmann; MIR_IIH_EU00023841-43 | 191 |

EXHIBIT INDEX CONTINUED


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 22 | "Impact of obesity on the pharmacokinetics of levonorgestrel-based emergency contraception: Single and double dosing" by Alison B. Edelman, M.D. | 207 |
| Exhibit 23 | "Justification Document for Mirena intrauterine delivery system, changes from CCDS version dated 20 Mar 2007 (A) Lactation (B) Pharmacokinetics," dated 29 Jan 2008, by Dr. Christian Zurth; MIR_FA_00096099-106 | 209 |
| Exhibit 24 | "Obesity and oral contraceptives: A clinician's guide" by Kate A. Shaw, M.D., etc. | 219 |
| Exhibit 25 | Excerpt of Clinical Study Report No. A36340 dated 15 Jun 2007 by Murray Jensen; MIR_ELEU_00184789-4806 | 220 |
| Exhibit 26 | R&D Trends:  Women's Health, dated December 2011; MIR_FA-R_00002831-2929 | 223 |

EXHIBIT INDEX CONTINUED


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 27 | "Endometrial angiogenic response in Norplant users" by S.B. Subakir, etc. | 235 |
| Exhibit 28 | "Sex Hormone Binding Globulin and Free Levonorgestrel Index in the First Week After Insertion of Norplant Implants" by Francisco Alvarez | 253 |
| Exhibit 29 | E-mail chain, top e-mail dated 10-15-12 from Dan Apter to Christian Zurth, etc.; MIR_IIH_EU00026409-413 | 255 |
| Exhibit 30 | E-mail chain; top e-mail dated 23.02.2004 from Pirjo Sallinen to Christian Zurth; MIR_PSEU_Unredacted_00285735-37 | 263 |
| Exhibit 31 | "Steroid Contraceptives and Women's Response - Regional Variability in Side Effects and Pharmacokinetics" by Rachel Snow and Peter Hall | 268 |

EXHIBIT INDEX CONTINUED


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 32 | "Statement on the use of FLI (free levonorgestrel index) for comparison of different estrogen/LNG combinations" by Dr. Christian Zurth; MIR_PIEU_00913665-666 | 275 |
| Exhibit 33 | "Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: Pooled analyses of phase II and III studies" by Dan Apter, M.D., etc. | 298 |
| Exhibit 34 | Nonclinical Study Report No. A36505 dated 12 Jan 2010; MIR_IIH_EU00159606-644 | 305 |
| Exhibit 35 | Clinical Study Report No. A46796, Appendix number 16.2.10 by Renate Kroll; MIR_BSR_IIH_00010900-984 | 309 |
| Exhibit 36 | Clinical Study Report No. A46796, Appendix number 16.2.7, by Renate Kroll; MIR_BSR-R_00143036-1447 | 314 |

EXHIBIT INDEX CONTINUED

| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 37 | "Androgenic side effects of Mirena"; MIR_JSEU_01362341-346 | 336 |
| Exhibit 38 | E-mail chain; top e-mail dated 14.03.2011 from Dr. Laura Popper to Dr. Juliane Schoendorf; MIR_JSEU_00725583-85 | 347 |
| Exhibit 39 | E-mail dated 13.08.2007 from Dr. Andrea Machlitt to CN=GPV TAG Coordination/OU@Schering Group, etc.; MIR_JSEU_00204764-65 | 350 |
| Exhibit 40 | E-mail dated 6-8-05 from Karen Iannarone to Antonio Costales, with attachment; MIR-IIH_US00002938-40 | 354 |
| Exhibit 41 | E-mail chain; top e-mail dated 2-22-05 from Jutta Breitfeld to Antonio Costales, etc.; MIR_AC_00363378-383 | 358 |
| Exhibit 42 | Statement on serum levonorgestrel concentrations in Mirena users, dated 27th June 2008, by Dr. Pirjo Inki and Dr. Christian Zurth; MIR_PIEU_00447779-782 | 372 |

EXHIBIT INDEX CONTINUED

| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 43 | Clinical Study Report No. A46796, protocol number: 308901 alias 91412; pages 5 through 25 of 1084; MIR_ISEU_Unredacted_00370693 | 376 |

P R O C E E D I N G S

Washington, D.C.

November 21, 2017, 9:01 A.M.

- - -

THE VIDEOGRAPHER: This is video number 1 in the video recorded deposition of Dr. Birte Hofmann, taken in the matter of Mirena IUS Levonorgestrel-Related Products Liability Litigation, MDL number 17-MD-2767, pending before the United States District Court for the Southern District of New York.

This deposition is being held at the law offices of Covington & Burling at 850 10th Street, Northwest, in Washington, D.C., on November 21st, 2017. The time on the video screen is 9:02 a.m.

My name is Daniel Holmstock and I'm the videographer. The court reporter is Michele Eddy. And we are in association with Discovery Litigation Services. Counsel present will be noted on the stenographic record.

And will the court reporter please administer the oath to the interpreter, followed by the witness.

LILY OLM,

was duly sworn to translate to the best of her ability

from English into German and from German into English the testimony as follows:

- - -

BIRTE HOFMANN, DVM, Ph.D.,

having been duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFFS

BY MS. NATALE:

Q Good morning, Dr. Hofmann.
A Good morning.
Q My name is Christina Natale, and we are here today representing the plaintiffs in the lawsuit that was just announced on the videographic record, the Mirena IUS Products Liability Number II.
You were served with a deposition notice -- actually, sorry. Strike that.
The corporations were served with a deposition notice that we're going to mark as Exhibit 1.

(Exhibit 1 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q I understand that there is a standby translator here for you today, and we understand that you are going to be testifying in English.

MR. IMBROSCIO: She'll take the marked one.
MS. NATALE: I think we were going to do it on the Elmo.
THE VIDEOGRAPHER: Normally what they do is they give the witness the original and you have a working copy.
MS. NATALE: Okay.
MR. IMBROSCIO: If I may just ask a technical question. Is the Elmo screen being grabbed, screen grabbed, as well?
THE VIDEOGRAPHER: Correct.
MS. NATALE: Yes.
THE VIDEOGRAPHER: Correct.
MR. IMBROSCIO: And are you --
MS. NATALE: Do we want to --
THE VIDEOGRAPHER: I'll adjust that for you so that you have it better.
MS. NATALE: Let's just not use the Elmo. We have copies of everything for you as well.
MR. IMBROSCIO: Thank you so much.
MS. NATALE: Let's just put it down.
Okay.

BY MS. NATALE:
Q So you'll see the notice is directed to -- it states, "Video Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) of Corporate Representative of Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, and Bayer Oy."
Do you understand that you are testifying today on behalf of the three corporations that I just listed?
A Yes, I do.
Q And before we got interrupted, I was asking about -- we have a standby interpreter here today. And I understand that you'll be testifying in English, but is it correct that German is your native language?
A That's correct.
Q So if I ask you a question in English and you respond in English, is it fair to assume that you've understood my question?
MR. IMBROSCIO: Object to the form.
Q You can answer.
A To --
Q To the best of your --
A Yes, that's correct, to the best of my

abilities. I might not get all the little side words of -- that I'm not familiar with in English.

Q I would just ask that if you have any trouble with any of the questions that I ask, that you utilize the translator that's been provided for you today. Okay?

A Okay.

Q So if we take a look at this notice, and if you just flip to the second page of what's been marked as Exhibit 1 --

MR. IMBROSCIO: Do you need a copy?

MS. NATALE: I've got it. Thank you.

BY MS. NATALE:

Q On the second page, it says, "The deponent shall be prepared to address the following topics."

Has anyone assisted you in preparing for today's deposition?

A Yes, there were some people.

Q Were the -- did the attorneys in the room help you prepare for today's deposition?

A They did.

Q And was anyone else present when you prepared for today's deposition?

MR. IMBROSCIO: Other than attorneys,

you mean?

MS. NATALE: Other than attorneys, that's fine. Thank you.

A Yes, I talked to a few colleagues of mine to prepare for this.

Q Who were the colleagues that you spoke with to prepare?

A Well, there was in the research -- in the Bayer research department, I spoke to Bernhard Lindenthal to find out about one of the topics, and I talked to a colleague in the preclinical pharmacokinetics department, Hille Gieschen.

MR. IMBROSCIO: You can spell those names at the break for the court reporter.

MS. NATALE: We'll deal with that later. Thank you.

BY MS. NATALE:

Q So the first topic that's listed on here, kind of the overall, in bold and underline you see pharmacokinetics and pharmacodynamics.

What -- to the best of your ability, could you define, what is pharmacokinetics?

A Well, to put it in simple terms, pharmacokinetics is what the drug -- what the body does to the drug, so once the drug gets into the

body, it is absorbed, distributed, metabolized, and excreted, and that is described by pharmacokinetics.

Q Are you -- are you familiar with a Dr. Frank Stanczyk?

A I don't know him personally, but he did write some articles on levonorgestrel and other hormones.

Q I'm just going to mark quickly Exhibit 2. I just wanted to ask you a question about that definition.

(Exhibit 2 was marked for identification and attached to the deposition transcript.)

MS. NATALE: Trevor has a copy for you.

MR. IMBROSCIO: No worries.

MS. NATALE: Thank you.

BY MS. NATALE:

Q Have you -- are you familiar with this piece at all? It's titled "Progestogens used in postmenopausal hormone therapy: Differences in their pharmacological properties, intracellular actions, and clinical effects"?

A No, I'm not familiar with this paper.

Q You can feel free to take a look, read through it, maybe, on the break, but for now if

you could just turn to page -- at the top it says 176.
A Okay.
Q So there's a subheading V, "Pharmacokinetics of progestogens."
A Correct.
Q The piece states, "Pharmacokinetics (absorption, distribution, and excretion) determine how much of the progestogen administered is available to tissues primarily by measuring its blood levels, and the amount that enters the cells is determined by the extent to which it is bound to carrier proteins that cannot cross the cell membranes."
Did I read that correctly?
A Yes, you did.
Q Do you agree with that statement?
A Well, in general, I do. There is a certain assumption in here that you determine with the pharmacokinetics calculations, but it's a calculation, yes? It's not a measurement in the tissue, for example.
Q Okay.
A Just to make that clear.
Q So you don't take issue with the factual

statement. You are just stating that when it says "primarily by measuring," you are saying there might be an estimation versus an actual measurement?

MR. IMBROSCIO: Object to the form.

A Well, what I was saying is that you can measure after a drug is given to a patient -- I'm sorry for that -- to a person, you can measure the drug concentration in the blood or the serum, but you cannot measure it in the tissues.

Q Okay.

A So you cannot confirm your assumptions.

Q Okay. Got it.

So when we talk about pharmacokinetics, is it fair to say that we are talking about both the levels in the blood and any assumptions we might make about how those levels in the blood would interact with the tissues? Is that fair?

A Yes.

Q Thank you. You can put that aside.

MR. IMBROSCIO: I'm going to -- give me the papers. I'll try to hold on to the exhibits in front of you.

Q So back to what you did to prepare for today, I see that you have some materials and

they're kind of spread out. And we will mark that as collective Exhibit 3. And we'll just get that, and we'll take a look at those on the next break.

Thanks, Mike, if you could just mark it somewhere on the front.

MR. IMBROSCIO: I'm going to put the -- just for the record, I'm going to put the collective exhibit on the document that she prepared. And we'll have attached to Exhibit 3, essentially, copies of the articles that she brought with her.

(Brief interruption.)

MS. NATALE: Do we need to take a break?

THE VIDEOGRAPHER: I don't know who's calling for Michele.

(Discussion off the record.)

MR. IMBROSCIO: Let me just -- I just want to make sure this is clear. So what I'll do, Christina, is I've marked the document that she prepared as Exhibit 3. We will then assemble all the materials at the end of the day that she brought and have that be one, big collective Exhibit 3 for the record.

(Exhibit 3 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:
Q Okay.
To be clear, when counsel says "prepare," did you create this document for purposes of preparing for today's deposition?
A Yes, that's correct. This document, not the -- (indicating).
Q The first part of the whole exhibit.
A Yes.
Q And I see you've got some tabs on there as well, just kind of --
A They are related to the different topics that were given in the notice.
Q Speaking of, going back to the notice, so you said the tabs relate to the different topics that are --
DIGITAL VOICE: Your line has been unmuted by the moderator.
MS. NATALE: -- included in the notice.
THE VIDEOGRAPHER: People over the telephone, could you mute your end.
MR. ROCKSTAD: We're getting feedback.
BY MS. NATALE:
Q So we will go through this kind of as we go. It may be kind of out of order.

But do I understand that you have been prepared to discuss each of the topics included in this notice that was marked as Exhibit 1?
A That's correct.
(Exhibit 4 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q I'm going to mark Exhibit 4. It's just -- I'm going to represent to you it's just an e-mail that we received from counsel, Mr. Imbroscio, explaining to us and attaching two most recent copies of a publication that you were involved in writing. And you'll see that Mr. Imbroscio directed us to a -- the first one he mentions says, "is a Bates-stamped copy of the latest draft of the article that Dr. Hofmann and colleagues are working on for submission to the Journal of Clinical Pharmacology." And he states that it's the most recent version. Did I read that mostly correctly, abbreviated?
A Yes.
Q Okay. And it's my understanding from the attachments and the way that he explained the Journal of Clinical Pharmacology piece, the first author is Ms. or --

A Doctor.
Q -- Dr. --
A Reinecke.
Q Reinecke.
So we're going to just mark that as Exhibit 5 for now just so that we have that on the record for later use.
(Exhibit 5 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q That one is titled "An integrated population pharmacokinetic analysis to characterize levonorgestrel pharmacokinetics after different administration routes."
Is that correct?
A Correct.
Q You are the second listed author on that piece?
A That's correct as well.
Q And we'll talk about in a second the other piece, but I guess it's our understanding that this first piece is a more comprehensive kind of -- it details the methods that were used for the population samples and the estimations, and that is to be published in the Journal of Clinical

Pharmacology.

And then is it correct that there's a second piece on which you are the lead author that is a more kind of, as Mr. Imbroscio explained, to be submitted to the journal Contraception, intended for a more general audience, covering the same topics in a shorter, higher level form? Is that a correct characterization?

A That's a correct characterization.

(Exhibit 6 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q So we'll mark that one as Exhibit 6. That one is titled "Integrated pharmacokinetic analysis of levonorgestrel-containing contraceptives with various routes of administration." Is that correct?

A That's correct.

Q You are listed as the first author on that document. Is that correct?

A Correct.

Q I just wanted to ask a quick -- it says, "Corresponding author, Dr. Birte Maria Hofmann, director, pharmacokinetics expert."

Is that your title within the company?

A Yes, that's correct.
Q I guess you are -- it states, "Bayer AG." So is that the actual company that employs you?
A Yes, yes.
Q But you're here today -- do you understand that if I -- would it be fair if I say Bayer to refer to all three corporations that have designated you to testify today?
A I think that's okay.
Q And is it Byer (phonetic) or Bayer?
A Well, in German it's Byer (phonetic), but Bayer is fine.
Q I will do my best. I can't promise.
A That's okay.
Q I might go back and forth.
We'll probably come back and forth and talk about those pieces throughout as they apply. But just so that we have them here today, we know that those are -- what, I guess, is the purpose of these articles? What is the purpose of this publication?
MR. IMBROSCIO: Object to the form. But go ahead.
A Well, the title describes already the

purpose, but we initiated these publications or the analysis of the PK of different levonorgestrel-containing products after the approval for Kyleena, which is another LNG-IUS. Because there was -- we felt there is a need to explain or to evaluate all the data we have for levonorgestrel following different routes of administration.

Q So when we talk about the pharmacokinetics of levonorgestrel, is it correct that in some instances the route of administration matters and in some it may not? Is that fair or is that correct?

MR. IMBROSCIO: Object to the form.

A From the pharmacokinetic point of view, the route of administration can be different, as if you have oral or you have intrauterine or you have intravenous. And that defines how the blood is getting into -- the drug is getting into the bloodstream. So that can vary. But once it is in the bloodstream, then properties of the compounds or the PK properties are similar.

Q Okay. So I will do my best to specify if I'm asking questions that I believe relate specifically to Mirena or if I'm asking about the

pharmacokinetic properties of levonorgestrel once it's entered the blood as you've explained. Is that fair?

A That seems okay.

Q And if you believe that the answer is dependent on the route of administration, I would ask that you do your best to clarify that as well. Is that fair?

A That's fair.

MS. NATALE: I'm just going to mark Exhibit 7, I believe.

(Exhibit 7 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q Are you familiar with -- at some point, I think probably within the last few months, you were asked to -- or maybe not -- someone collected some documents from you in relation to this litigation, and they were produced to the plaintiffs. Do you understand that?

A Yes.

Q And so this document, you'll see at the bottom, has what's called a Bates stamp.

MR. IMBROSCIO: It's that number right there (indicating).

THE WITNESS: This one? Okay.
BY MS. NATALE:
Q Do you see that?
A Yes.
Q Okay. And the Bates stamp on this document is MIR_IIH_EU00369984.
A Correct.
Q I just wanted to ask a quick background question.
Is it -- thank you.
The e-mail discusses a study proposal regarding certain pharmacokinetic aspects of Mirena. It says, "Request for review of study" --
MR. IMBROSCIO: Are you on page 2 or page 1? Just so I know.
MS. NATALE: It's -- the subject line of the e-mail is "Request" --
MR. IMBROSCIO: I'm sorry.
MS. NATALE: That's okay.
BY MS. NATALE:
Q -- is "Request for review of study proposal," some other word, "Mirena FC - Safety and Efficacy of Mirena in HIV-positive women."
And I just wanted to direct you. On the first page it looks like Dr. Zurth says, "I am not

responsible -- I am not anymore responsible for Mirena. Please forward the request to Birte Hofmann. She should already be in the responsibility list."

Did I read that correctly?

A Yes, you did.

Q This e-mail is dated August 28th, 2012. Is that correct?

A The one from this?

Q Yes.

A Yes, that's correct.

Q Is it accurate to the state that at some point prior to this e-mail, you took over responsibility for Mirena?

A That's correct.

Q Do you know when that was, by any chance?

A Well, I think it was shortly before that because I joined clinical pharmacology in 2011, that group, and Christian left, I don't know -- I don't know exactly when he left, but like a year or a year and a half after that, and then when he left for another -- to work in another PK group, I got the LNG-IUS responsibility from him. So that must be shortly around this time.

Q So is the department that you work in clinical pharmacology? Is that correct? Is that what you said?
A Yes. The group is the clinical pharmacology group, which consists of pharmacokinetic experts and pharmacodynamic experts.
Q Okay. Is it clinical pharmacology women's healthcare?
A Yes.
Q Is that accurate?
A That's correct. Women's healthcare -- well, today, now I think it is gynecological therapies and special therapeutics.
Q What were -- I'm sorry, what were the three things that you said under -- it's like clinical pharmacology, and there were three things you listed. Is that --
A Two things.
Q Two things?
A Yes.
Q What were they?
A Pharmacodynamic experts working in that group and pharmacokinetic experts.
Q Okay.

So I believe Mr. Imbroscio explained that there was someone who was an expert in pharmacodynamics but is no longer with the company and so you've been designated today to testify about both pharmacokinetics and pharmacodynamics. Is that fair? Is that correct?

MR. IMBROSCIO: Note my objection, but you can answer.

A Well, that is the reason. And also, in -- for later stage projects, it's usually pharmacokinetics that is of interest. That's why.

Q Could you just explain your understanding of what the differentiation is between -- would pharmacodynamics be what we discussed earlier, that interaction with the tissues once the drug has entered the blood? Is that correct?

A Well, it defines what the drug does in the body, in terms of where does it go and bind, to which -- what is the biological action.

Q So let's take a step back, and, actually, that's really helpful. Let's talk about that a little bit.

So Mirena is -- what is Mirena?

A Mirena is an intrauterine device that

has a T-shaped body and it has a core, an elastomer core that contains levonorgestrel in a silicon, and it releases slowly over time levonorgestrel.

Q Just referring back, just for reference sake, if we look at Exhibit 6, which is the piece that you authored, it talks about LNG-20, LNG-16, and LNG-12. Is that correct?

A No, it's 20, 12, and 8.

Q 12 and 8, okay. 20, 12, and 8.

Is Mirena LNG-20?

A Yes.

Q Okay. What is LNG-12?

A That's Kyleena.

Q And LNG-8?

A Is Skyla.

Q Is Skyla.

Is there an LCS-16? There's so many of them.

A Yes, there is, but that's the same as Kyleena. That was like the name during the development when there were not yet name assigned to it, and there was one LCS-12, which was Skyla, and LCS-16, which is Kyleena.

Q So that was kind of -- what do you call

that, like a dose-finding stage?
MR. IMBROSCIO: Objection.
A Correct. Well, that is correct. Because we had to name the devices somehow.
Q Okay. So we have Mirena, which is now LNG-20, referred to in your publication. Yes? Is that correct?
A Yes, 20.
Q In the publication, when you say "LNG-20," you're referring to Mirena.
A Correct.
Q And LNG-12 is referring to Kyleena?
A Correct.
Q And LNG-8 is referring to Skyla.
A Correct.
Q Thank you very much.
What is levonorgestrel?
A Levonorgestrel is a progestin. So it's a hormone, a synthetic hormone of progestin --
Q A synthetic hormone.
A Yes.
Q Is it a steroid hormone?
A It is.
Q And also it's a sex -- a synthetic sex hormone. Is that accurate?

A That's accurate.
Q Okay.
And you mentioned -- I'm sorry, do we have the realtime up?
You had explained that the pharmacodynamics -- I'm going to say this wrong, but the basic gist of what you said about pharmacodynamics is how the drug -- once it's in the blood, how it binds to receptors and there was something else you said, but is that part of what you explained?
A Generally, it's what the -- what the drug does in the body, yes. Where it goes, where it binds, yes.
Q Where it goes and where it binds.
So could you explain that a little bit. How do steroid hormones generally act in -- just the basic explanation, I guess, of -- you said receptors. So how do steroids and receptors generally interact, in like a very basic level?
A Well, if you're going to be basic for all, then if you have steroids, they circulate, they are produced in certain tissues of the body, and then when they need to act, they do bind to a receptor. Then this is internalized -- the

complex is internalized into the cell and into the cytoplasm, and it goes to the nucleus. That can be varying. I mean, there are different mechanisms, how this complex acts. But then by this, some processes are activated so that in the end, the action can display.

Q And when you say "action," do you mean biological action?

A Yes.

Q Is that fair?

A That's fair.

Q And there are families of steroid hormones and receptors. Is that correct? Like estrogen, and then there's an estrogen receptor. There are androgens and an androgen receptor. Is that correct?

A That's correct.

Q If I refer to them by -- just to keep it simple for us, if we were to say the "progesterone receptor," I might say "PR"? Is that typically used?

A Yes, that is.

Q So there's progesterone, which is -- what is progesterone?

A Well, that's a natural sex hormone, and

it is involved in the menstrual cycle and in pregnancy --
Q And then that corresponding receptor, we can say "PR" or "progesterone receptor."
A Uh-hmm. Yes.
Q Thank you. It's my fault. I would ask that, just to help our court reporter out here as well, that we give verbal responses instead of uh-hmms and huh-uhs.
A I apologize. I have to get used to it.
Q You've done a great job so far. That was the first time I think you did it. So thank you.
Then another category is androgens. Is that correct?
A That's correct.
Q What are the natural androgens?
A Testosterone, for example.
Q Testosterone, for example, or like androstenedione?
A That's another one.
Q And that corresponding receptor, we would say "AR," androgen receptor?
A Androgen receptor, uh-hmm. Yes.
Q And then there's glucocorticoids.

Correct?
A Right.
Q And then is that cortisol? Is that the natural --
A That's -- yes. The glucocorticoids bind into the glucocorticoid receptor.
Q Okay. And then mineralocorticoids. That would be like the MR?
A Correct, yes.
Q And aldosterone, is that a natural mineralocorticoid?
A That's a natural agonist.
Q Do these steroid hormones, do they bind to receptors other than the one that shares their name? Does that make sense, or do you need me to rephrase it?
A Well, the way I understand your question is you want to know if it's only one --
Q Yes.
A -- hormone is binding only to the --
Q Does progesterone only bind to the PR, does androgen only bind to the AR.
A Okay. So this is a steroid family, and they are structurally relatively similar so they can also bind to some other receptors due to their

structural similarity.
Q So you said that levonorgestrel is a progestin, which is a synthetic steroid hormone. Is that correct?
A Correct.
Q What -- is it derived from a natural hormone?
A It comes from -- it is structurally similar to testosterone.
Q Okay. Is it derived from testosterone?
A Oh, I'm not a chemist, and I cannot really tell you the whole -- the steps, but if you look at certain papers where they describe it, you can see the differences and the way, how it gets there.
Q Okay.
A That it's -- yes.
Q It's structurally similar to testosterone is, I believe, what you said. Is that correct?
A Well, the basic structure is related to testosterone, but it has -- there have been changes.
Q Okay.
MR. IMBROSCIO: Christina, while you're

pulling the next document, you mentioned realtime. Do we not have realtime?
MS. NATALE: Let's take a break. Let's go off the record.
THE VIDEOGRAPHER: The time is 9:29 a.m. We're going off the record.
(A brief recess was taken.)
THE VIDEOGRAPHER: The time is 9:33 a.m. We are back on the record.
BY MS. NATALE:
Q You -- when we were talking about the families of -- the steroid hormone family, you -- I think you used the word "agonist" --
A For the aldosterone.
Q -- when you were talking about a specific hormone and its receptor.
What is, generally, an agonist?
A It's a compound, or it's the protein that binds to the receptor and then activates the receptor and sets it to the task that it's supposed to do.
Q Okay. And the different hormones, when they -- if they are agonists, like you just said, the task that it's supposed to do, are there different tasks that each hormone would activate

if it's an agonist?
A It's --
Q Strike that. I'll rephrase.
So say -- we talked about the families of hormones. So androgens, for example. If something were an agonist at the androgen receptor, what sort of tasks would that activate?
A Well, that would just do the androgenic effects that's in the body, that are needed in the normal cycle or in also in -- in males, whatever the hormones are supposed to do. But there can be in different tissues different tasks.
Q So what are some androgenic effects?
A For sex hormones in general?
Q Sure.
A So, for example, the development of the gonads and the breasts in women also androgens do work in there. So that's one of the effects. I'm not too familiar --
Q Okay.
A -- with all the biology behind that, but --
Q Okay.
Would -- would the opposite of agonism be antagonism?

A Well, yes, that would be the -- that's the opposite meaning, but it might also just be that it inhibits an agonist to do its work, yes.

Q Okay.

So let's back up a little bit. You talked about the Mirena IUD releases the synthetic steroid hormone levonorgestrel. That's correct?

A That's correct.

Q What happens to the levonorgestrel when it's released from Mirena?

A So the IUS is inserted into the uterine cavity, and there it is released at a slow rate, which means 20 microgram initially over one day. So you can imagine it is a very slow -- very low rate over the complete day, even, yes? You have to divide that whole ... and then that -- once it's in the uterus, it is -- of course, where it goes to first is the endometrium, which is the surface of the uterus. Then it is absorbed through the uterines and the vessels into the systemic -- circulation, sorry.

Q I see.

So the hormones -- the levonorgestrel released by Mirena first enter the endometrium, where it is also absorbed through the blood

vessels into the systemic circulation. Is that correct?

A Yes, it is in the tissue. It's in the epithelial tissue and in the muscular tissue, and this is all vascularized. And that's how it gets then absorbed.

Q Okay.

And when -- would another word for systemic circulation be -- might you say that the levonorgestrel is in the serum or the plasma? Do you sometimes --

A Into the blood.

Q Into the blood?

A Yes.

Q Say -- and we'll look at it a bit later, but say like in the label, if it refers to the serum, is that talking about the blood, the systemic circulation?

A That's correct, because you can measure -- you cannot measure bioanalytically in blood. We have to take plasma or serum, depending on the method.

Q Okay. What are -- you talked about when -- steroid hormones, they bind to receptors and that's how they act. They cause activity. Is

that correct? They activate tasks?

MR. IMBROSCIO: Object to the form.

A Can you rephrase that? I'm sorry, that was too much information.

Q Okay.

So when -- the levonorgestrel in the endometrium and also in the blood, it binds to receptors like any other steroid hormone?

MR. IMBROSCIO: Same objection.

A Well, not like any other because it's levonorgestrel-specific action, but it would -- it's in the endometrium, and it would bind to respective receptors there.

Q Thank you for that clarification.

So levonorgestrel has its own set of receptors that it may bind to and cause activity --

A That's correct.

Q -- not like any other hormone in that sense. Correct?

MR. IMBROSCIO: Object.

A Well, it's the general -- if you're referring to the general capabilities of hormones, yes, that's general, but you're correct, they have different hormones they bind to.

Q Okay. So levonorgestrel is a steroid hormone. Correct?

A That's correct.

Q And it binds to certain steroid receptors.

A It binds to certain steroid receptors, not to all.

Q And by binding to those receptors, it may activate or inactivate some sort of biological process.

A Well, theoretically. Binding in itself, the binding ability does not necessarily mean that it's active there.

Q Okay. But it may.

A Yes, it may.

Q Okay.

A But you need to test that.

Q Okay. What are some activities that levonorgestrel causes by binding to the various receptors?

MR. IMBROSCIO: Object to the form.

A We should go back first, what it binds to, I guess.

Q Sure. Okay. Again, let's pause for a second on that.

So you said it would be helpful to go back to what receptors levonorgestrel binds to.

We might come back to some documents later to discuss this, but in the meantime, I'm just going to ask you a series of questions about the various receptors. So -- and, I guess, we received some -- which we'll mark once we can find it.

We -- the corporation that you are testifying on behalf of today responded to what are called requests for admissions. And what that means is that the plaintiffs asked them some questions about some of these pharmacokinetic properties of Mirena, and they either admitted or denied those requests.

And so one of those questions was, does levonorgestrel bind to the progesterone receptor. And so aside from those admissions, you are free to respond to that question.

So does levonorgestrel bind to the progesterone receptor?

A There are in vitro investigations showing that it does bind.

Q And does levonorgestrel bind to the androgen receptor?

A Well, yes, there again, there are some investigations that shows that there's a certain binding.
Q Does levonorgestrel bind to the glucocorticoid receptor?
A It does not.
Q Would you -- if -- if the -- if the receptor --
A Let me correct myself, I am sorry --
Q That's okay.
A -- because I've been to various articles.
It does not bind, but there -- to a certain extent. I think there have been some in vitro assays that had a very, very low binding affinity. So I just want to be correct there.
Q Does levonorgestrel bind to the estrogen receptors?
A It does not.
Q I think I read -- if we pull up -- just really quickly, if we pull up your Exhibit 7, which was the piece that you were the lead author on -- or is that Exhibit 6? Exhibit 6 is the piece that you were the lead author on?
MR. IMBROSCIO: Right there. She has it

in front of her.
MS. NATALE: Thank you very much.
BY MS. NATALE:
Q If we turn to on page -- on the bottom of the page, it ends in Bates stamp 1205377. Do you see at the bottom there's those Bates -- oh, does she have the Bates?
MR. IMBROSCIO: Yes. She's got it in front of her.
A Oh, that's --
Q 377.
A -- the page number?
Q Yes.
A Oh, okay.
Q You're fine. I know it's a little bit confusing.
MR. IMBROSCIO: We call them Bates numbers because there was a guy named Bates who invented the machine that when you stamp --
MS. NATALE: It just stamped them all.
A I didn't know that the last two are the page numbers, but I see it.
Q Perfect.
377 being the ending.
Are you there?

A Yes.

Q The first full paragraph says, "LNG is a potent, well-established progestin of the 19-nortestosterone class." Am I starting that correctly?

A Yes, you are.

Q I'm just curious and I don't know. It says on the third line that "LNG possesses antiestrogenic activity." What does that mean?

A Well, it does seem to -- well, it does reduce the estrogen levels, but it does not seem to be -- that's the way I understand it. It seems to be some -- by central effect but not by binding to the ER receptor.

Q So levonorgestrel could have an impact on other hormones in the body without necessarily binding to those receptors. Is that fair?

MR. IMBROSCIO: Object to the form.

A Well, I cannot really because I don't -- but it seems to be the case for estrogen.

Q Okay. We'll come back to that later.

And then does levonorgestrel bind to the mineralocorticoid receptor?

A There are in vitro assays that I saw which did -- which investigated binding

affinities, and it is always done in relation to the original, to the natural binder. And it does seem to show some binding.

Q Are those -- on the notice, which was Exhibit 1, just to bring us back -- I'll try to loop it together, tie it together. Topic number 7 says, "the relative binding affinities" or RBA. Is that what you're talking about compared to a natural hormone? Is that what you were just talking about?

A That's correct, because to establish the binding affinities, you do compare it to a reference compound because that's where relative comes from. And usually what I saw in the literature is they do it to -- to the normal -- to the natural binding.

Q So, for example, when we talked about the natural steroid hormones -- and you listed as one of the androgens testosterone. Correct?

A Yes.

Q So perhaps a relative binding affinity might be compared to testosterone. Is that correct?

A That's correct, that's what they do in these in vitro assays. And then for the androgen

receptor, they usually use testosterone or dihydrotestosterone.

Q Is that DHT?

A Correct.

Q So if a hormone were an agonist at the androgen receptor, what are some of the biological processes that that might produce?

A Can I take a look at my little --

Q Sure.

A -- because I'm not too -- I don't want to say anything wrong, but there are so many receptors and so many --

Q Okay.

A Yes. So for the -- so your question, again, was what -- if it's an agonist at the androgen receptor --

Q What sort of biological processes might an androgen agonist activate?

A But we were just talking -- just to be clear, we were talking about the binding affinities.

Q Correct.

A But you were just talking about if it binds or not. It does not tell you anything if it's -- what it does there --

Q Absolutely. So --
A -- just to be clear here.
Q Okay.
A It's a new point.
So the androgen receptor has a role in the male reproduction and in the ovary -- in the ovaries. That's normal -- the female, in the breasts. And it also is helping sustaining fertility. And then you have also virilizing effects. That's why it's also -- the levels are higher in men and they do look different for women, like facial hair and things like that. So these are all effects -- if you have agonistic effects.
Q Is acne an androgen agonist effect?
A That would be related to that.
Q What is hirsutism?
A I think that is -- well, that is a phoneme I would have to look up.
Q That's okay. Hair growth?
A Yes.
(Witness and Interpreter speaking German.)
MS. NATALE: Thank you.
BY MS. NATALE:
Q Is -- might hair loss be an androgenic

effect of the hormone?
A I don't know that.
Q Okay. I just want to -- you are testifying today on behalf of the corporation. So I just want to clarify if you testify that you don't know, that means that the corporation does not know.
MR. IMBROSCIO: I think this is beyond -- it's probably beyond the scope because it doesn't relate to Mirena or even LNG. Ask a general -- ask a general question. You're free to ask her questions in her personal capacity.
MS. NATALE: I'm going to ask that you keep any objections to form. And, additionally, I think that as -- she brought up the binding affinities and the biological activities. So we're trying to understand what those biological activities are. So you can take that up with the court at some point after this, but I think that we're going to continue with this. And please keep your objections to form.
MR. IMBROSCIO: Well, my objection is it's beyond the scope of the notice.
MS. NATALE: Okay. Again.
Why don't we take a quick break.

THE VIDEOGRAPHER: The time is 9:49 a.m., and we are going off the record.
(A brief recess was taken.)
THE VIDEOGRAPHER: The time is 9:50 a.m. and we're back on the record.
BY MS. NATALE:
Q Okay. Let's step back to your definition of pharmacokinetics. We talked about when levonorgestrel enters the blood and what it does in the blood. Okay?
A Okay.
Q So, some of the hormone released by Mirena -- some of the levonorgestrel released by Mirena enters the blood. Is that correct?
A That's correct.
Q And let's -- let's take a look at the Exhibit 6, which is your publication.
A That's the main publication. Yes.
Q Yes, and the one that you're the first author on.
A Uh-hmm.
MR. IMBROSCIO: You have to say yes.
A Yes.
MS. NATALE: Thank you.
Q So is it -- would it be accurate to

state that this publication discusses the blood levels of levonorgestrel for various routes of administration. Is that correct?
A That's correct.
Q And different factors that may impact the blood levels of levonorgestrel with any different route of administration. Is that correct?
A That's correct.
Q Okay. And --
MS. NATALE: I'm going to mark Exhibit 8. And this is an e-mail with an attachment that we're going to talk about.
(Exhibit 8 was marked for identification and attached to the deposition transcript.)
MR. IMBROSCIO: Are we up to 8?
MS. MANGRUM: Uh-hmm.
MR. IMBROSCIO: Take a look at it.
BY MS. NATALE:
Q If you look, this one is -- that Bates stamp we talked about at the bottom starts with MIR_CH_00073426. Is that correct?
A That's correct.
Q And it looks like, if you look up at the top of this e-mail, kind of the bottom of that

first section, it says, "Attachment: Systemic absorption of levonorgestrel in Mirena.ZIP." Is that correct?
A That's correct.
Q So if you turn to the attachment, which starts at the Bates ending in 73429 --
A Uh-hmm.
Q -- this looks to be the attachment titled "Systemic absorption of levonorgestrel in Mirena." Is that correct?
A That's correct.
Q Okay.
A That says "systemic concentrations."
Q The title --
A Oh, I'm sorry. I wasn't looking at the title.
Q The title says -- sorry. Yes.
MR. IMBROSCIO: One at a time would be a lot easier for Michele.
Q "Systemic absorption of levonorgestrel in Mirena." Is that the title of this?
A That's correct.
Q The first sentence states, "After the insertion of the levonorgestrel-releasing intrauterine system Mirena, the progestin

component levonorgestrel (LNG) can be detected in plasma in 15 minutes."
Did I read that correctly?
A You did.
Q So is the levonorgestrel -- as we discussed, plasma might be used synonymously with a measure of the levels in the blood. Is that correct?
A Correct.
Q So the levonorgestrel can be detected in the blood in 15 minutes. Is that correct?
A That's correct.
Q Are the levels of levonorgestrel in the blood the same in every person who uses Mirena?
A No, it's not the same. For all the drugs, we have a variability between persons using it.
Q With levonorgestrel, is there a high level of variability?
A Well, I would say it's a moderate level of variability because what you do is you measure the concentrations in several individuals. You do descriptive statistics, and so you can calculate something that is called coefficient of variation. That usually ends to be between 30 to 40 percent,

and that's something we consider as moderate variability.
Q Okay.
A Same with other drugs as well.
Q A few sentences later, it says, "Although interindividual variation in plasma LNG concentrations is wide."
Did I read that correctly?
A You did.
Q Would you say that there's wide interindividual variation in plasma LNG concentrations?
A Well, the way I learned to look at the data of Mirena, and I've seen in the latest study, I would not call it wide. And I would need to know what their CV -- they calculated here. But I would think, because it's probably the same study, that they do calculate the CV.
Q The what?
A I would not consider it wide.
Q Calculate the what?
A Sorry. The coefficient of variation that I just explained before.
Q Okay.
So going back to your publication, which

was the Exhibit 6, we discussed that there are different factors that might influence the blood levels of LNG in different individuals. Correct?
A Correct.
Q So here on that page 1205377, where we were at, which is the, I think, the third full page of the publication.
A I lost the page again.
Q 5377 at the bottom.
A Uh-hmm. Yes. I have it.
Q About -- there's a second paragraph starting with "Pharmacokinetics." Do you see where I'm at, "Pharmacokinetics (PK)"?
A (Nodding head.)
Q Okay. If we go about halfway through that paragraph, it says, "Other factors that may influence the PK" -- is PK an abbreviation for pharmacokinetic?
A That's correct.
Q -- "include body weight." Is that correct?
A Correct.
Q "And serum concentrations of EE." Is that ethinyl estradiol?
A That's correct.

Q What's EE?
A Ethinyl estradiol.
Q I'm sorry. What specifically is ethinyl estradiol?
A That's an estrogen that is given commonly in combined oral contraceptives together with a progestin.
Q Such as levonorgestrel in this case?
A In this case, yes.
Q "And sex hormone-binding globulin (SHBG)." Is that correct?
A That's correct.
Q Is it okay if we just say SHBG from now on?
A That's fine for me.
Q Okay.
So is it fair to say that part of this publication assesses what the influence of those factors might be on the PK of levonorgestrel?
A Correct.
Q Is that one of the aims of this study?
A No, the main aim was to really look at the levonorgestrel concentrations and where they end up after the different products. So to put them into the -- into perspective and to be able

to compare the kinetics among the different levonorgestrel-containing products.
And then an additional aim was, because that is able with -- that is a possibility with the population PK method, then you can assess certain other factors.
Q So just to kind of list them out, and we'll, I guess, take them in different orders, but factors that may influence the PK include body weight being one, serum concentrations of EE being number two, and serum concentrations of sex hormone-binding globulin, that would be a third factor.
A Correct. But then the EE is only then influencing if it is given together with LNG, of course.
(Pause in proceedings.)
Q So your publication, like you mentioned, aimed to discuss kind of the blood levels of those different routes of administration. Correct?
A Correct.
Q And, as we discussed, there is, I think you put it, a moderate variability between different individuals using levonorgestrel. Correct?

A That we see in our analysis, yes.

Q Does that apply regardless of the route of administration?

A I mean, if you look at the tables and the values we reported, you do see slight differences between the different routes of administrations, but they are all relatively similar.

Q And I understand that Exhibit 5, which was the Reinecke publication, explains the methods that you all used to determine what samples to use and how you calculated the estimations. Is that correct?

A Correct. And how the model was established because it's a mathematical model describing the pharmacokinetics.

Q Do you have any sense of how many individual users were included in the final analysis?

MR. IMBROSCIO: Object to the form.

A We can have a look at the table if you want to.

Q Let's take a look at Exhibit 5.

A That would be the Reinecke paper.

MR. IMBROSCIO: Here, I'll give you --

just use this one. That way, we have the same Bates number.

THE WITNESS: Okay.

MR. IMBROSCIO: Great.

A So if you go -- I think it's in -- yes, it's -- it's table 1.

Q Okay.

MR. IMBROSCIO: Tell her the number on the bottom.

A On page -- on page 429.

MR. IMBROSCIO: I'll give you the sticker version.

MS. NATALE: Thank you.

Q Okay.

A So this table describes or gives an overview of the clinical studies that we used for this, or the data from the clinical studies that we used for the analysis. And it does list all the products that were included and the subject numbers in the second row. And SDs are all different studies. You might just add them up.

Q Okay. So speaking of adding them up, as we discussed, the LNG-IUS 20, that refers to Mirena. Correct?

A Correct.

Q So it looks -- there look to be two studies included describing LNG-IUS 20. Is that correct?

A That's correct.

Q And the first had 239 subjects. Is that correct?

A That's correct.

Q And then the second had 94. Is that correct?

A That's correct.

Q So my math isn't great. We've got about --

A 320, 333.

Q 333. So there's about 330 subjects included for the Mirena arm. Correct?

A Correct.

Q And -- okay.

And Mirena has -- has been on the market at least in the United States since early 2000 or 2001. Is that correct?

A I believe so. I don't know the year exactly, but it's early 2000.

Q Okay. So it's -- it's safe to say there have probably been blood levels measured in more than those 333 subjects. Is that correct?

A That's correct. We did only include, as you just stated, two studies.

Q Okay.

Let's -- I'm going to enter Exhibit 9, which is another e-mail that was produced to the plaintiffs here.

(Exhibit 9 was marked for identification and attached to the deposition transcript.)

MR. IMBROSCIO: Take a moment.

BY MS. NATALE:

Q It looks like the attachment to this e-mail, which is Bates stamped MIR_ELEU_00717168, it lists an attachment, "LNG serum levels Q&A first version.zip." Is that correct? Sorry. Up at the top it says "Attachments."

A That's correct.

Q So if we turn one page, it looks like we have "Mirena Q&A, LNG serum concentrations Q&A." Is that correct?

A That's correct.

Q Okay. And the authors are listed, Collares, Inki, Cronin, Zurth, Wessel. Is that correct?

A That's correct.

Q As we mentioned earlier, there was an

e-mail that discussed that you were taking over Mirena responsibilities in 2012. Is that correct?

A That's correct.

Q Was Dr. Zurth the -- I guess your position is director, pharmacokinetics expert. Is that correct?

A That's correct.

Q Did he hold that position before you?

A Correct.

Q About halfway down the page it states, "It is already well-known that there are marked interindividual differences in the LNG plasma levels during Mirena use (Luukkainen, et al., 1990; Nilsson, et al., 1984)." Is that correct?

A That's correct.

MR. IMBROSCIO: You asked her did you read it correctly. If you can break it up.

MS. NATALE: If you cannot obstruct my questioning of the witness and you can make objections to the form of the question, that would be great.

MR. IMBROSCIO: I object to the form of the question --

MS. NATALE: You can object to the form.

MR. IMBROSCIO: I object to the form of

the question --
MS. NATALE: Keep it concise and nonargumentative. I would ask that you object simply to the form.
MR. IMBROSCIO: Are you finished?
MS. NATALE: Well, you're objecting to the form, and then you're continuing to speak so I -- I'm not sure what ...
MR. IMBROSCIO: Are you done? I just want to get my objection clear on the record. I object to the form of the question. Ambiguous.
MS. NATALE: Again, if you could keep your objections to form, that would be great. Thank you.
A But to make it clear, you were still reading, just -- you were reading and asking me if you were reading correctly.
Q Okay. That's not what I was asking, but I can ask it again.
Did I read that correctly? "It is already well-known that there are marked interindividual differences in the LNG plasma levels during Mirena use," with the citations. Did I read that correctly?
A You did read that correctly.

Q Do you disagree with that statement?

A Well, I don't see -- I have to see the values. I mean, they just -- that is -- that's the way how I can judge if that is different from what we see in later studies. So it's just ...

Q Do you generally agree with the statement "It is already well-known that there are marked interindividual differences"? Do you have any reason to dispute that it was well-known?

A Well, it's well-known that we do have a wide range of measurements from minimum to maximum, yes, that was --

Q And, again, the population PK analysis that you and your colleagues performed included 333 individuals using Mirena.

A That's correct.

Q Okay.

A But the analysis is based on the whole data set.

Q Can you explain that?

A I mean, that's what population PK analyses are for. What has been done earlier with these pharmacokinetic studies, it was usually done in a small group of subjects, usually subsets of the population involved in the complete clinical

study. And in these, of course, you have -- you have only measured whatever, maybe 10 or 12 samples -- or subjects. We would have to verify that for different studies.

And then the PopPK measure -- method is a method where you do not look at individual subjects to start with, but you plot all the concentration measurements you have. Then this is assessed. So this gives you a huge pool of data that you can look at. And that assesses mathematically in a different way.

It is a well-established method. I'm not a pharmacometrics person. I cannot explain the math behind it. But the advantages is that it looks at the whole population and can assess variability better than in a small subset, because you were referring to the number of subjects included, and we have -- in all the samples included is -- from all the LNG concentrations we have in it, just to make that clear.

Q Okay.

A It's a different analysis.

Q Do you know if -- do you know if that analysis included -- strike that.

Are you aware of a study A10982 in

Japanese individuals with Mirena?
A That's the report -- I'm aware of that. Is that the report A10 --
Q 982?
A Yes. I'm aware of that study.
Q Is that included in the full PopPK analysis?
A No, it wasn't.
Q So when you say that you plotted all of the data, are you referring to all of the data from the two studies that were included, but the full body of sub- -- of the PopPK, the full sample, that still only encompasses the two studies that are listed on that table 1. Is that correct?
MR. IMBROSCIO: Object to the form. Vague.
A Can you repeat that? That was too many information in the question. Break it down, please.
Q Sorry.
I'm a little bit confused about -- you mentioned that there's those 333 subjects, but then you talked about how it plots out all of the data that you had.

So is that -- all of the data that's plotted out, does it still begin with the total subjects from those two studies listed in table 1?
A Yes, it is. That's the Mirena subjects in the model --
Q Right.
A -- and then we have LNG subjects, and we have oral contraceptive subjects, and all these data points, the concentration measurements go into the data set for the evaluation. It's a holistic view.
Q In that model, though, when you talked about all of the subjects that are plotted out beyond those 333 subjects, does that still only encompass subjects from those two trials that are listed in table 1?
A That's correct.
Q Okay. So there are not other trials included. It's just the full body of patients included in -- as -- I guess it lists the trial number -- phase 2 study, 308901. Is that correct?
A Yes, that's correct.
Q And phase 3 study, 89532. Is that correct?
A That's correct.

Q So we talked about the number of subjects, 333. Those are the specific data points included in the estimation, but in the full scatter plot you were talking about, it's still just however many subjects were included in those two studies.

A That's the number of subjects, and in the -- one, two, three, four -- in the fourth row you see the number of data points included for Mirena.

Q So 500 LNG data points were taken from phase 2 study 308901?

A Correct.

Q 510 SHBG measures were taken from that study?

A Yes, correct.

Q And then 64 residual content measurements were taken from that study?

A Yes.

Q What does that mean, residual content measurements?

A That is what is left in the IUS once it is removed from the woman.

Q What sort of data does that give you? How does that relate to pharmacokinetics?

A That relates to the dose because, as you know, we have that core that has a certain amount of LNG in it to start with. For Mirena, it's 52 milligrams, and it does release LNG over time slowly. So if you -- we collect it after a certain time -- well, if you have it for three years, then you measure the residual content, and that would give you the amount of the drug released during that period of years. And then it gives you an idea on the dose that was delivered.

Q Okay.

So like when we say LNG-20, you discussed, it's -- the release rate is listed as 20 micrograms per day, but is it -- I guess I'm understanding from your answer that may not always be the exact case. You can figure out what the actual dose was from this residual content? Is that --

A That's correct, that they dose over that time, of course. I cannot say -- I cannot break it down to the day for that specific IUS. I just know what it has released over these three years or whatever time it was used.

Q And then in the phase 3 study, 89532, there were 478 LNG measurements. Correct?

A Correct.
Q And it looks like there were no SHBG measurements. Correct?
A That wasn't measured in that study.
Q So in the total results that you all included in this, it looks like there are 978 LNG measurements. Correct?
A Yes, correct, for Mirena.
Q I just want to try to understand this. That doesn't mean that there were 978 people in the study. It just means that of the 333 subjects, 978 measurements were taken. Is that correct?
A Correct. So it can be several per individual.
Q Okay. So just to get back to kind of my original question, that means that there are still only measurements taken from 333 subjects. Is that correct?
A That's correct.
Q Okay.
A Which is quite a -- quite a lot.
Q How did you determine -- how did you or your coauthors determine which studies to include in this publication?

A Well, we had to go through the database and what we already have and then what was representative. And this is -- the main study was the phase 2 study over the three years. And that gave us a lot of PK measurement points, much more than in other studies. And that was already done in comparison to LNG-12 and 8. So that was measured with the same analytical method in the same -- so we had no bias here because it's from so many other studies. So that was -- we focused on that study. Oh, you get confused by the numbers?

Q I'm just trying -- so, basically, the question is, we talked about in the other publication, which is the one that you authored, it mentioned serum concentrations of SHBG as a factor that influences pharmacokinetics of LNG. Correct?

A Correct.

Q But of these sub- -- so only the first study, the 239 subjects, measured SHBG. Is that correct?

A That's correct.

Q Okay. So I had asked kind of a starter question, and then we got sidetracked about the

Japanese study.
A Okay.
Q Okay. So I'm going to mark Exhibit -- is it 10 now -- Exhibit 10.
(Exhibit 10 was marked for identification and attached to the deposition transcript.)
MR. IMBROSCIO: Okay. Take a look.
A (Document review.)
Q This one is Bates marked MIR_PIEU_00913711 on the first page. Is that correct?
A That's correct.
Q It appears to be an e-mail from Dr. Zurth. Correct?
A That's correct.
Q Are you familiar with a publication by Lockhat from 2005?
A I heard the name, but do you have that?
Q Yes. We can -- we'll grab that for you.
We'll mark this one Exhibit 11.
(Exhibit 11 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q So -- okay. And then there's a -- are you familiar with a 1990 study by Xiao and

Luukkainen also discussing the pharmacokinetics of the LNG IUD?
A I think I am, but I would also need to have a look at it because I don't recall all the --
Q So that will be Exhibit 12, will be Xiao.
(Exhibit 12 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q So right now you've got Lockhat -- the 2005 article by Lockhat, which is titled, "Serum and peritoneal fluid levels of LNG in women with endometriosis treated with LNG IUD." Is that correct?
A That's correct.
Q Is there any reason -- strike that.
Might endometriosis be a factor that might impact serum levels of LNG?
A I mean, endometriosis is a disease of the endometrium, and it might change the absorption process.
That might be more -- how do you say it?
(Witness and Interpreter speaking German.)
MS. OLM: Penetrable.

THE WITNESS: Yes, that's the word.
BY MS. NATALE:
Q So you don't know definitively, but it may be?
A Uh-hmm, yes.
Q And then we're marking Exhibit 12, and this is the Xiao study that I mentioned. And this one is titled "Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device." Is that correct?
Did I read that correctly?
A That's correct.
Q Okay.
MR. IMBROSCIO: Christina, can I just ask you. This doesn't look like a publication. Is this the way it came on the Internet? I'm just curious.
MS. NATALE: Yes.
THE WITNESS: It's an old one. I think that's why it looks like that.
MS. NATALE: It's just an old publication. It's from 1990.
Okay.
MR. IMBROSCIO: I was making sure it wasn't a translation of something.

MS. NATALE: No.
MR. ROCKSTAD: I don't think it's that old.
BY MS. NATALE:
Q So these appear to be -- sorry. Strike that.
Do these appear to be two pharmacokinetic studies of -- involving the Mirena intrauterine -- the levonorgestrel-releasing intrauterine device?
A That seems to be the case, as the title says that, yes.
Q If we turn back to Exhibit 10, which was the e-mail from Dr. Zurth, on the bottom of the page -- I just want to make sure we kind of understand this.
It says -- there's an e-mail from Dr. Inki?
A Correct.
Q Do you see that?
A Yes.
Q It says, "I'm familiar with the work of Xiao. However, you are confusing units here. The values given in the Xiao publication are picomoles per liter not picograms per milliliter."

Did I read that correctly?
A You did read that correctly.
Q What -- what unit -- strike that.
What is the difference between picomoles per liter and picograms per milliliter?
A So picomole give the molar weight of a certain molecule, and milligram give what you measure as gram -- in grams. So it's just a different way of displaying the weight in relation to the molecular level.
Q So she continues, "The molecular weight of LNG is 312.45 grams per mole."
Did I read that correctly?
A You did read that correctly.
Q Do you understand that to be correct?
A And that's the right molar weight.
Q That is the correct molar --
A Yes.
Q -- weight of LNG. Okay.
So if the -- so it says here -- it looks like they converted the values. They say that "Xiao used picomoles per liter." Is that correct?
A Yes.
Q And so it looks like they did a calculation here, "The values of," and it looks

like they're pulling the values from Xiao, which is the paper that you have, Exhibit 12 --
A Yes.
Q -- and it says, "The values of 492.3 picomoles per liter" -- correct?
A Correct.
Q -- "at one month," and then if we skip over, "would turn into 157 picograms per milliliter."
Did I read that correctly?
A You read that correctly.
Q So it looks like what the calculation would be -- because the molar weight is 312.45, it looks like what they did was divide by 3.13. Is that correct?
A Well, you would -- is that what I -- no, that would not be the way. So do you want me to calculate that the way I usually do it?
Q Sure. That would be very helpful.
A Because I -- I have already an example here, because it's -- you don't -- where is my little paper? Here.
MR. IMBROSCIO: If you need that, there's a calculator.
THE WITNESS: Okay.

A So what you have to understand is that if you have a 1 molar concentration, that means you have -- in that mole you have 312.4 grams per liter. And here they are, I think, talking about picogram per milliliter, which is the same as nanogram per liter. That is why I prefer to use nanogram per liter, but that would refer to that given here.

Q Not to cut you off. I just want -- so pg per mL equals ng per L.

A Correct.

Q Is that correct?

A That's correct.

Q Okay.

A That's the -- the way it is nowadays given in the papers, and in the label, I think, as well. But it's the same. It's just a unit conversion.

So 1 nanomolar would equal to 312 nanogram per liter. So we have measures -- we had 390- --

Q 492.3.

A 492. Then we would need to -- 492 times 312, divided by 1,000 --

Q So you did -- sorry. You did 312

divided by -- times 312 and then divided by 1,000. Correct?
A No, I multiplied it. I multiplied the 492 times 312 and divided by 1,000 to get to the right units.
Q So -- I'm sorry to cut you off.
Instead of multiplying by 312 and then dividing by 1,000, could you divide by 3.12?
A No. That would end up with a different number. 492 divided by 312. It's 172. Then you would need to multiply by 100. It ends up -- if you divide only 492 by 312 --
Q 3.12.
A So if you divide 492 -- I leave behind the comma, I leave it, and I divide that by 312 --
Q 3.12.
A 312. Oh --
Q You multiplied by -- we can do it either way --
A Yes, okay.
Q -- but we're getting the same number.
You multiplied by 312, and then you divided by 1,000. Correct?
A Yes, we're getting the same number. I didn't hear -- now I know what you said. You had

3.12, and I thought you just divided by 312.

Q That's okay.

A Okay, good.

Q So we could do it either way, and we would get the same information.

A Yes.

Q Whichever way you feel comfortable with. We can do it either way.

A Yes, because I didn't hear the dot. That leaves with the same. I was wondering why the number was so different. That's fine.

Q Okay.

So in picograms per milliliter at one month, they say that the Xiao figure would be 157. Is that accurate?

A That's accurate.

Q And is that within the average range reported in, say, the Mirena label?

A That is.

Q And is that within the average range that your analysis found? What is the average?

A That's -- how do you find -- that's the question. How do you find average range.

Q What was the range that you found in your analysis?

A Well, the range we did -- if you want to turn to the table in my analysis where it does give different serum concentrations at different time points.

Q Okay.

A That would be a good description of --

Q Let's look at that. Let's go back to the publication, which was Exhibit 6.

MR. IMBROSCIO: The main publication. Right?

MS. NATALE: Yes.

THE WITNESS: That's the main publication. And it should be table -- table 2.

MR. IMBROSCIO: Christina, let me just give you one hint. She sometimes refers to the contraception as the main publication.

MS. NATALE: That's what I'm trying to --

THE WITNESS: I'm sorry for the -- I don't know the exhibit numbers.

MS. NATALE: That's okay.

BY MS. NATALE:

Q The contraception one is the one where you are the lead author. Correct?

A Correct.

MR. IMBROSCIO: And she sometimes calls it the main publication. I'm not sure why.
MS. NATALE: Because she wrote it. I get it.
THE WITNESS: No, no, no.
No, I think the main method was definitely the other paper, but that's beyond my abilities.
MS. NATALE: That's okay.
BY MS. NATALE:
Q Okay.
So your -- is it fair to say you are not a statistician?
A I'm not a mathematician.
Q You're not a mathematician. Clearly, I'm not either.
Okay. But this analysis we'll refer to as the main publication. We can do that. This is the kind of, as Mr. Imbroscio explained, the more -- intended for more a general audience and cover the same topics in a shorter, higher level form.
A Yes. It's intended for gynecologists.
Q Okay.
So, yes, let's take a look at the range

at those various time points. Where are you looking?
A So if you look at the table 2, which is on page 394.
Q Okay.
A So the last three numbers on that Bates number. And then go to the row with LNG-IUS 20. It starts -- the first value we calculated we determined was day 25. So it starts at about 200, and then it slowly decreases down over the five years.
Q Okay. And day 25, that's, just for comparative purposes, fairly close to one month.
A Yes.
Q And so if we look back to Exhibit 10, which was the e-mail about the Xiao study, they found at month one, 157 picograms per milliliter, which is actually lower than what your study found. Correct?
A That's correct.
Q And the sentence actually goes on to say, "Which are actually relatively low values." Correct?
A Uh-hmm, correct.
Q And --

A And to be precise, we are talking about average values here, I guess in both publications -- in both cases.
Q And because there's, you said, about 40 percent variability -- is that what you said, in LNG?
A It depends what your patient number is that you're looking in a certain study. If it's really small, that would be higher. Like just for the statistical reason of calculating it, if you have a high number of subjects, you can determine the variability better.
Q Okay.
A And you would -- it would decrease, and it would give you the probability of where -- if the mean or the values are in between two standard deviations. So we also give the coefficient of variations in our paper.
Q Okay.
A And they end up at about 20 percent here for LNG-IUS. 21, 22.
Q So would you say that 300 -- in terms of you said the less subjects, you might see more variability. Is that correct? Am I understanding that correctly?

A You might see the same range of measurements.

Q Okay.

A But if you do the same, like calculate the mean on six subjects and the standard deviation, it might be different from having the same range of the minimum and maximum, but have -- looking at 100 patients, because then the major part is usually distributing the 68 percent of the values of the patient would show a concentration within one standard deviation to the top and to the bottom.

So it would just give you another basis for calculation and make more -- and give you better -- a better statistical description of your group.

Q What is a standard deviation?

A Well, that is something you calculate from a mean, and that would just represent -- if you have -- if you have a mean. You have to calculate the mean. I'm trying to put that in --

Q That's okay.

A -- in like -- I'm not a statistician either. In simple terms, you have the mean and you have a standard deviation from the mean, one

to upper and one to the lower end. That would mean between two ranges -- these two ranges, 68 percent of your population in the study would be between these two values.

Q Okay.

A And what you do for the coefficient of variation, which is given here or it's also in other studies, you take -- you take the mean, that is 100 percent, and then you calculate how much percent the standard deviation is from the mean. So in our case it deviates like 20 percent.

Q Okay.

A Or 30 in other cases, yes.

Q For the -- for the subjects included in your analysis.

A In our big analysis, it is -- it's 20 percent, and it might be -- if you look at other studies, that it might be 30 percent, maybe, because you look at smaller subsets.

Q Okay.

A Yes, it's just there.

Q Okay. And so I'm just trying to understand. The variability that your covariate analysis measured, does that -- is that just measuring the variability between the different

subjects, or does it also account for, say -- we had 333 subjects total and 900-something measures. Right? Does that also account for variability within the same person over time?
A No. It accounts -- I cannot really explain that in complete detail, but it does -- you build a model, a mathematical model with all the variations on the databases, and then this model simulates other subjects, like a huge population group, and I think that's what it -- and then, based on this huge population group, it determines the variability.
So it is really -- that's why it's called population PK model. It is a method trying to give you a glimpse of what it would be in a broader way.
Q So your --
A If you look at like the whole, I don't know --
Q The entire population of Mirena users or --
A Possible. I mean, you cannot all measure these, of course, but it would just try to predict that.
Q So it's trying to predict the -- A, the

average blood levels; and, B, the level of variation in a large population of Mirena users based on data from these 333 subjects.

A Yes. That's a good summary, yes.

Q Okay. If we look back to Exhibit 10, it looks like the top half of this e-mail is Dr. Zurth's response to Dr. Inki. And he says -- the second bullet point says -- sorry. The first bullet point says, "The author, not Elvira" --

A Elvira? I don't know her.

Q Actually, let's start from the top. So scratch that.

"From my point of view" -- how do you pronounce that?

A Pirjo.

Q Pirjo.

A I mean, it's Finnish. I don't think I pronounced it correctly, but that's my way to pronounce it.

Q And that's Dr. Inki -- "Pirjo Inki already mentioned the most important critics to the LNG measurements in the publication from Lockhat, et al."

Did I read that correctly?

A Uh-hmm. Yes, you did.

Q And I provided you with Exhibit 11, which was the Lockhat study. You don't need to -- you can turn to it, but I just wanted to let you know that's the publication to which they refer.
So then the next sentence says, "The author, not Elvira, mixed up the units."
Did I read that correctly?
A That's correct.
Q So it looks like what the Lockhat authors did was they took the picomoles per liter and assumed that that was picograms per milliliter. And so they were saying at one month that it was 492.3 picograms per milliliter.
Does that sound like what -- do you want to take a look at Lockhat and see if that's what they did?
A Yeah, the way I understand it is that Lockhat is citing Xiao. Yes?
Q Yes.
A Where would that be in this discussion? Do you know where that is?
Q Do we have it? Oh, here we go. Yes. Okay. So, yes. Let's see. (Document review.)
Oh, here we go.
If we look at table 2 on page 401 -- I'm

trying to find the Xiao citation. But it looks like they cite at month 1, 34 subjects, 425.9 as the mean, and a standard deviation of 100.2.
Did I read that correctly?
A You did read that correctly, but that's probably what --
Q That's what this Lockhat study found?
A -- that Lockhat measured, uh-hmm.
Q And, so, plus one standard deviation would be 525.9. Is that correct? Or 500 -- sorry, 526.1?
A I think that behind the dot you don't need to calculate that. Just take the --
Q So about 526.
A Yes.
Q So if we look back at the e-mail from Dr. Zurth. It says, "The LNG serum concentrations are relatively high compared to those usually cited by us, 430 versus CA 250 picograms per milliliter after one month" -- did I read that correctly?
A Yes.
Q -- "and 350 versus CA 200 picograms per milliliter after three months."
Did I read that correctly?

A Correct.

Q So the Lockhat number, this 425.9 plus or minus 100 is relatively high compared to those usually cited by Bayer. Correct?

A Correct.

Q For the first month of use and for the third month of use.

Then it goes on. "The mean values in this publication are therefore clearly higher than in other studies."

Did I read that correctly?

A Uh-hmm, correct.

Q "Nevertheless, individual results from our own studies are up to 500 picograms per milliliter after three months."

Did I read that correctly?

A That's correct.

Q "In addition, data from about 350 Japanese women showed a mean value of 360 picograms per milliliter after one month's treatment and individual values up to 1,000 picograms per milliliter, indicating that the recently published data are high but within the min/max range covered by our own studies."

Did I read that correctly?

A You did.
Q So we're talking about averages, I think that was what you said, to be more accurate, that we're talking about averages and then your PopPK analysis as well. Correct?
A Correct.
Q But there is a range in any study of a minimum and a maximum. Is that correct?
A That's correct.
Q And so because there is quite a bit of variation with LNG PK levels, it might be -- would you agree that you would want a picture of more of a range or at least a standard deviation than just necessarily a mean value?
A Well, I would prefer the average plus standard deviation or plus the coefficient of variation just to describe generally the variability observed in my study, yes.
MS. NATALE: We're going to mark Exhibit --
MR. IMBROSCIO: 13.
MS. NATALE: -- 13. Thank you.
(Exhibit 13 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:
Q And this appears to be -- sorry. Strike that.
This one is an e-mail Bates stamped MIR_AC_00210615?
A Correct.
Q And this one says up at the top when we talk about the headings again, "Attachments: FDA meeting slides."
Is that correct? Did I read that correctly?
A You did.
Q If you flip to the second full page of this, which ends in 210617 --
MR. IMBROSCIO: The second page of --
MS. NATALE: Mine is double-sided so yes, it's -- I guess that's one, two --
A Say that again.
Q The second page of the PowerPoint attachment starting with "Timely analysis of serum concentrations."
A Okay.
Q The bullet, the first bullet says, "Serum concentration of LNG is highly variable."
Did I read that correctly?

A Correct.
Q And do you agree with that?
A When you take -- yes, when you take the min/max into account, sure.
Q Then the next bullet says, "One reason is high variability of SHBG concentration."
Did I read that correctly?
A You did.
Q And do you agree with that, that one reason for --
A That's one reason for the changes in the serum concentrations, yes.
Q So just to say that as one full sentence so we make sure we're on the same page, one reason for high variability of serum LNG concentration is high variability of serum SHBG concentration. Is that correct?
A That is correct, yes, as a general -- I think the way it is stated here, it refers to general LNG characteristics.
Q So I'm asking you the second question, which is, do you agree with that, that serum SHBG level variability is one factor that accounts for LNG variability.
A Yes, I agree with that.

Q Then the last bullet on this point says -- it looks like they measured 15 patients in this set and said, "It's difficult to extrapolate from 15 subjects on the outcome of the complete study population."

Did I read that correctly?

A Well, if that is on the beginning of the e-mail?

Q The same page of the PowerPoint.

MR. IMBROSCIO: Still on the PowerPoint page.

A Oh, I'm sorry. I thought that's from the e-mail. Okay.

Q "Difficult to extrapolate from 15 subjects on the outcome of the complete study population."

Did I read that correctly?

A You did.

Q Is that because, as you explained, the fewer subjects, the greater the standard deviation might be?

A That's correct.

Q We're getting there. Okay.

Okay. You can put that to the side for now. Thank you.

MR. IMBROSCIO: I'll take the sticker copies. Let me have the sticker copies of everything, and then I'll page feed them to you. Anything with a sticker on them, give them to me. That one, too. That's yours. You keep it.

(Exhibit 14 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q I just marked Exhibit 14. This is the -- you'll see on the last page, the 2008 FDA-approved Mirena label.

MR. IMBROSCIO: I'll actually just take them just to make -- just to compare mine with them, just to make sure.

MS. NATALE: Okay.

MR. IMBROSCIO: That will minimize the chance of me knocking over this water.

MS. NATALE: Sounds good.

BY MS. NATALE:

Q So this is the 2008 FDA-approved Mirena label. If you flip to the last page, it shows, "Manufactured for Bayer Healthcare Pharmaceuticals July 2008."

Did I read that correctly?

A That is on the last -- right here?

Q Sorry. Mine is double-sided. I'm sorry.
A July 2008. That's what you said.
MR. IMBROSCIO: And you're presenting this as the final version of it?
MS. NATALE: Yes.
MR. IMBROSCIO: I accept that. That's fine.
MS. NATALE: Drugs@FDA.
MR. IMBROSCIO: Great.
BY MS. NATALE:
Q Have you seen this before, this document before, the 2008 Mirena label?
A I've seen the label, of course, but I'm not always sure which version -- that is not the last version that is now?
Q No.
A Okay.
Q Thank you. That's a good point. So this is the label that was finalized in July 2008.
A Uh-hmm.
Q If you flip to the -- on yours it will be the third page, and there's a heading, "Clinical Pharmacokinetics."
A Uh-hmm.

Q In the last full paragraph of that section that starts, "The pharmacokinetics of levonorgestrel itself have been extensively studied and reported in the literature," did I read that correctly?

MR. IMBROSCIO: So she's right there.

A On the third, sorry.

Q "The pharmacokinetics" --

A Yes.

Q Okay. "Levonorgestrel in serum is primarily bound to proteins (mainly sex hormone-binding globulin) and is extensively metabolized to a large number of inactive metabolites."

Did I read that correctly?

A That's correct.

Q "Metabolic clearance rates may differ among individuals by several fold, and this may account, in part, for wide individual variations in levonorgestrel concentrations seen in individuals using levonorgestrel-containing contraceptive products."

Did I read that correctly?

A You did.

Q Do you agree with that statement?

A Well, this is a hypothetical statement just the way it is written here. I do agree that levonorgestrel is highly metabolized and that there can be changes in the metabolism, but I don't think it has been studied for Mirena in that way.

Q So you think that --

A The --

Q I'm just --

A Yes.

Q Sorry. I'm going to finish my -- I'm doing it, too. So I apologize.

A I apologize.

Q This is the FDA-approved Mirena label. Correct?

A Correct.

Q And you think that the statement that -- so you're saying it's hypothetical, the word "may." Can you explain -- do you believe that metabolic clearance rates may differ among individual users of Mirena?

A I agree with that.

Q Okay. Do you agree that they may vary by several fold?

A That, I'm not aware of. I don't know.

I haven't seen the data for that.
Q So you said that it's a hypothetical statement, but the first sentence of this paragraph says, "The pharmacokinetics of levonorgestrel itself have been extensively studied and reported in the literature."
Do you agree with that statement?
A Yes, it has been studied, levonorgestrel, that's correct.
Q Do you agree that the metabolic clearance rates -- let me rephrase this. And maybe this will help.
Is the metabolic clearance rate of LNG a factor that impacts the blood levels of LNG?
A Yes, it does, because metabolism is a mechanism to clear the body from the drug.
Q And I believe --
A The drug from the body, sorry.
Q And I believe in your -- I believe in your study, the main study that we referred to, the Exhibit 6 -- let's take a look at the Exhibit 6, which is the main publication, the Hofmann publication.
I -- just as a general -- I believe in your publication you refer to --

A He's taken it from me.
Q I'll wait for you to get it back.
MR. IMBROSCIO: It's 7, right?
MS. NATALE: 6.
MR. IMBROSCIO: I'm sorry. I'll keep this close to you. That's my fault.
BY MS. NATALE:
Q On the Bates stamp ending in 5383 at the bottom --
A 5383 -- yes. Yes.
Q Toward the bottom, and I don't know if you need the context, but it says, "total clearance," and in parentheses, "CL."
A Yes.
Q Is that metabolic clearance?
A Well, total clearance comprises several -- it comprises elimination and also clear- -- metabolism, yes, so it does also include metabolic clearance.
Q Could you define, first, elimination and then metabolism for me. So could you define elimination.
A Well, elimination is the part, how it is excreted from the body. I mean, there are several processes. For drugs, you can -- first of all, as

soon as it gets into the systemic -- into the systemic circulation -- sorry -- there's too many Ss in here -- into the systemic circulation, then it is metabolized and glucoronized, whatever -- it is specific for each drug. So the body or the liver does something with it, sometimes also in the kidney. And then it can be eliminated from the body, really, and excreted. That means either by the kidneys or via the liver and then via the feces out of the body.

So sometimes the drug does not get changed metabolically, or a part of the drug is not metabolically changed, but it's still eliminated.

Q Okay.

A But -- yes.

Q Okay. Is there any different -- strike that.

Does the route of administration impact the variability of serum levels?

A That would be another factor for the -- for oral administration, for example, the body has to absorb the drug. It depends on -- it's a drug-specific characteristic how it is absorbed. It can be -- that can have also interindividual

variabilities. Some patients or some subjects need longer to absorb the drug and others don't, but -- so that can -- the time and also the amount that is absorbed, and then that would lead to different serum levels. So many factors.

Q Does -- is there greater variability with intrauterine levonorgestrel than with, say, subcutaneous levonorgestrel administration?

A The way it turned out in our meta-analysis, it seems that there's less variability with the intrauterine device, especially compared to oral, because it's -- it is such a constant release. It doesn't have to dissolve or anything. It's a constant release. So it seems to be absorbed. The absorption processes seem to be quite stable for Mirena.

Q Are we talking about -- when you say "the variability," are we talking about the standard deviations, or are you talking about your covariate analysis?

A I was talking about the coefficient of variation.

Q Coefficient --

A Which relates to the standard deviation.

Q That relates to standard deviation.

A It's just a percentage.
Q Okay.
So we've got your -- okay. Okay.
In the 2008 label you said that the -- it's a -- okay.
The first sentence said, that we looked at on the label, which was Exhibit 14, the first sentence that I read was "The pharmacokinetics of levonorgestrel itself have been extensively studied and reported in the literature."
And you said it has been studied, levonorgestrel, but not necessarily Mirena itself. Is that correct?
A Yes. The statement comes from the experience and the studies with levonorgestrel after other routes of administrations, but we have not done -- we did not investigate the metabolism after Mirena has been inserted. They have no -- there haven't been any dedicated studies. That was also discussed with FDA, so we just transferred what we know already from other products, we transferred to Mirena, the knowledge about LNG itself.
Q Is that still true today?
A That's still true because the levels are

so small with Mirena, and there's also no reason why, once systemically available, the body would react differently. But you would have a hard time to measure it. Compared to oral contraceptive, you have low systemic exposure, and then if it's metabolized, that gets, of course, even lower, also the concentration for the metabolites. And that means it's difficult to measure.

Q So earlier when we were talking about the notice for your deposition, I believe I mentioned that every once in a while the pharmacokinetic parameter, it might depend on the route of administration, and sometimes it might not. It might just apply to levonorgestrel just generally. Is that correct?

A Correct.

Q Okay. And so when we talk about -- you said that the pharmacokinetics of -- I'm sorry, strike that.

Okay. So you said there is also no reason why, once systemically available, the body would react differently. Is that your testimony about the pharmacokinetics of Mirena?

MR. IMBROSCIO: Just a minute. I'll object to the form. You can answer.

A What I want to tell -- wanted to say -- maybe I did not make myself so clear, but I was talking about metabolism of levonorgestrel. So once it is absorbed, independent of the route of administration, once it is in the -- it will be metabolized by the same enzymes. So that will be the same. So that's why we did not need to perform additional studies.

Q So when we talk about the metabolism of levonorgestrel, that is an area where the literature regarding levonorgestrel generally you would say applies specifically to Mirena fully. Is that correct?

A I'm sorry, that was too long for me. Could you please break that down.

Q When we talk about the metabolism of levonorgestrel, you believe that it's been studied extensively with different routes of administration but not specifically with Mirena. Correct?

A That's correct.

Q So when we talk about the metabolism of levonorgestrel with Mirena, it is appropriate to discuss the literature regarding those different routes of administration. Is that correct?

MR. IMBROSCIO: Object to the form.
A Yes, but that's where we take our information on the label from.
Q That's where the information in the label about the metabolism of Mirena comes from sources regarding routes of administration that are not Mirena.
A Correct.
Q So in order to discuss the metabolism of levonorgestrel in Mirena users, we have to talk about literature discussing other routes of administration. Is that correct?
A That's correct.
MR. IMBROSCIO: Christina, I would ask you, we're kind of going almost a couple hours. Do you want to take a break now?
MS. NATALE: We were just -- I think that we might be able to get through the next subset in like 30-ish, and then we can take our lunch break if that's okay.
MR. IMBROSCIO: It's your deposition. It's 11:00. It would be an early lunch but --
MS. NATALE: You've got central time on here.
MR. IMBROSCIO: Okay.

MS. NATALE: Do you want to take a break, a short break?
THE WITNESS: It's okay for now.
MR. IMBROSCIO: I've got to take a bio break. Why don't we take, like, five minutes, we can get organized and see where we are before lunch.
THE WITNESS: A bio break would be good.
MS. NATALE: Let's take a five-minute break.
THE VIDEOGRAPHER: The time is 11:02 a.m., and we're going off the record.
(A brief recess was taken.)
THE VIDEOGRAPHER: The time is 11:15 a.m., November 21st, 2017. And we are on the record with video 2.
BY MS. NATALE:
Q Welcome back, Dr. Hofmann.
We just finished up talking about -- a little bit about metabolic clearance rates of levonorgestrel. Correct?
A Uh-hmm. Sorry. That's correct.
Sorry, I keep forgetting that.
Q You're okay. You've done very well so far. Okay.

So what we left off talking about was the sentence in the label talking about how the pharmacokinetics of levonorgestrel have been extensively studied in the literature. Correct?

A Correct.

Q And so we were discussing the fact that some of the parameters have been measured specifically with Mirena, and for others that haven't, we depend on literature discussing levonorgestrel either generally or with another type of route of administration. Is that correct?

A Correct.

(Exhibit 15 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q So I'm going to -- I've marked Exhibit 15, and it's got this big old binder clip on it because it's a really big document instead of a staple.

If you'll look, this is also an e-mail with an attachment. And this e-mail is from Dr. Inki to Dr. Zurth. It says, "Attachments: Mirena label PK graphs."

Do you see that?

A I see that.

Q And the subject is "Mirena label PK references." Correct?
A Correct.
Q We talked about earlier, PK refers to pharmacokinetics. Is that correct?
A Correct.
Q So I would like you to take a look through quickly, and we'll talk about some of the sources attached to this. Do these look to be sources regarding the pharmacokinetics of levonorgestrel?
A Well, the first -- Sisenwine, I think he's pronounced --
Q So you've got 1975 Sisenwine, "Excretion and stereoselective biotransformations of dl-, d-, and norgestrel in women." Is that correct?
A "And l-norgestrel in women."
Q L-norgestrel. Thank you.
A Yes.
Q Is d-(-)-Norgestrel levonorgestrel?
A Well, norgestrel is a racemate. That means it has different stereois- -- it is different isomers, different -- no, that's not isomers. But it's a form of the molecule, and d- and l- stands for dextro and levo -- but -- no,

it's confusing. But it's -- the levonorgestrel is the d-(-)-Norgestrel and --
Q D-(-)-Norgestrel is the active form --
A Of norgestrel.
Q -- of norgestrel.
A Norgestrel, correct. Yes.
Q And that is the same as levonorgestrel?
A Correct.
Q Then if we flip, the next one is a 1990 Fotherby -- 1990 source written by Fotherby, "Potency and pharmacokinetics of gestagens." Correct?
A That is correct.
Q What is a gestagen?
A Well, that's also progestin or progestogen.
Q Synthetic progestin.
A Yes.
Q Of which levonorgestrel is one.
A Is part, yes.
Q Okay.
A So he is talking about the pharmacokinetics. So the title doesn't say what -- what exactly is investigated.
Q The next one is a 1982 source by

Hammond, and it's titled "Distribution and percentages of non-protein bound contraceptive steroids in human serum." Is that correct?

A Yes, that's the title.

Q Then there is a 1977 source by Huempel, titled, "Intraindividual comparison of pharmacokinetic parameters of d-norgestrel, lynestrenol, and cyproterone acetate in six women." Is that correct?

A That's correct.

Q And, again, d-(-)-Norgestrel is levonorgestrel?

A Levonorgestrel.

Q Then there's another one that starts -- that's also by Huempel in 1978, titled, "Investigations of pharmacokinetics of levonorgestrel to specific consideration of a possible first-pass effect in women."

Did I read that correctly?

A Correctly.

Q Does a first-pass effect typically refer to drugs administered orally?

A Yes.

Q What is a first-pass effect?

A It describes when the drug is absorbed

through the intestines, and then it goes directly through the liver and is already metabolized before it circulates. So it is a very fast process of metabolism and excretion that is sometimes reabsorbed, and then it would result in a ...

Q Okay. So it passes through -- it hasn't been metabolized when it passes through so it may still be active. Is that ...

MR. IMBROSCIO: Object to the form.

A No, I think that's not -- I mean, first of all, I think levonorgestrel doesn't have a first-pass mechanism. It's estrogens that usually display that. And it makes the body reabsorb something that is excreted, and then you -- you have a peak again after six hours, approximately --

Q So even with --

A -- and that can be -- that can be the estrogen, so the compound that is reabsorbed again.

Q So I guess the question that I think answers that, and hopefully we can move on, is that even with oral administration, levonorgestrel does not have a first-pass effect.

A That's correct.
Q That's correct?
A Yes.
MR. IMBROSCIO: Christina, if I may, allow the witness to -- let each other finish before -- just to make it easier. I apologize.
MS. NATALE: I thought that she had finished. So that was my fault.
A Sorry, I was still thinking.
Q That's okay.
There's a 1992 Kuhnz, titled, "Pharmacokinetics of levonorgestrel and ethinylestradiol in nine women who received a low-dose oral contraceptive over a treatment period of three months and, after a washout phase, a single oral administration of the same contraceptive formulation."
Did I read that correctly?
A Yes, you did.
Q Then there is a 1994 source by Kuhnz --
MR. IMBROSCIO: Let her catch up before you start reading just so she can follow along with you.
MS. NATALE: Yes.
A So that's on page 874?

Q Yes. Actually, 866 should be the next one. There's one in the middle. Thank you, that's a good thought.

MR. IMBROSCIO: She's been trying to keep up.

BY MS. NATALE:

Q This one is called "Influence of changes in the concentration of sex hormone-binding globulin in human serum on the protein binding of the contraceptive steroids levonorgestrel, 3-keto-desogestrel, and gestodene." Is that correct?

A That's correct.

Q Then the last one is another 1992 source by Kuhnz starting at 295874, titled, "Pharmacokinetics of levonorgestrel in 12 women who received a single oral dose of .15 micrograms levonorgestrel and, after a washout phase, the same dose during one treatment cycle."

Did I read that correctly?

A Yes, you did.

Q These are references cited in the PK section of the Mirena label. Is that correct?

A That seems to be the case. I cannot verify that now, but that's all the attachment

that were in the e-mail. That seems to be the case.

Q So, as we discussed, various of these sources, and perhaps all of them -- we'll take a look through them -- at different points refer to the pharmacokinetics of levonorgestrel generally, not Mirena specifically. Is that correct?

A That's correct. And sometimes in conjunction with another hormone, yes.

Q And so because those -- strike that.

And so that is compatible with our understanding that there is a lot of literature regarding the pharmacokinetics of levonorgestrel and not necessarily regarding certain of those pharmacokinetic parameters with Mirena specifically. Is that correct?

A That's correct. If I understand your sentence -- that was kind of long for me, but I understand that you want to say there is a lot of literature investigating levonorgestrel with other routes of administrations --

Q Yes.

A -- not necessarily Mirena.

Q And those provide the basis for the pharmacokinetic information listed about Mirena in

the Mirena label. Is that correct?
MR. IMBROSCIO: Object to the form.
A Well, part of -- part of the information in the label is referenced by these articles, but we also have other information, PK information that is done, derived from PK studies with Mirena.
Q With Mirena specifically.
A Yes.
Q Okay. Okay.
So if we flip to the 1990 piece by Fotherby, which is at 295803 --
A That one, I looked up.
Q I think you might have just been at it.
A Yes, yes.
MR. IMBROSCIO: 8 what?
MS. NATALE: 803 at the end.
MR. IMBROSCIO: 803.
MS. NATALE: I thought she was just on it. It's the second one. It's right after Sisenwine, maybe.
MR. IMBROSCIO: Okay.
BY MS. NATALE:
Q Okay.
So if we look at just the top of this abstract, it says, "Serum concentrations of

gestagens were compared after single doses and after multiple doses (steady state conditions) of four widely used oral contraceptives," and then it goes on.

Did I read that correctly so far?

A Yes, you did read that correctly.

Q So this appears to be a study involving oral contraceptives, and one of the drugs included we see is levonorgestrel, LNG. Correct?

A That's correct.

Q About halfway down there's a sentence that starts -- do you see "Thus"? It's like in the middle of the paragraph, "Thus, there was no correlation"?

A Uh-hmm. I see that.

Q "There was no correlation between serum concentration and dose."

Did I read that correctly?

A Yes. Let me just read the sentence above that.

Q Sure. Why don't you read the full abstract for now, and then we'll -- okay.

A (Document review.)

Okay.

Q Okay?

So the sentence that I had brought your attention to says, "Thus, there was no correlation between serum concentration and dose."

Did I read that correctly?

A Yes, you did.

Q Is it your understanding that that is applicable to -- with Mirena use as well, or is that something that is specific to oral administration?

A What -- that's why I wanted to read the sentence before. What he was doing was taking the dose for the different progestins, which is DSG, which are just listed here, and whatever, looked at -- I don't know exactly the doses they administered but looked at the dose, for example, 10 milligram for desogestrel, that resulted in a concentration X, and 10 milligram for LNG resulted in a concentration Y.

Q Okay.

A So that's what he was doing. I think the sentence relates to the different progestins and then comparing how much progestin you can measure for the same dose.

Q It says that these were measured "under steady state conditions."

What does that mean?
A Well, that does mean that if you -- usually, oral contraceptives or other drugs, when they're given multiple times or you have to take them daily or even twice daily, then the concentration in the serum builds up slightly. Not for every case, it depends on the elimination, but it can build up. And after a certain time you reach the so-called steady state, and that means the same amount of drug goes in as comes -- well, goes in and goes out. So the concentration remain on that level. They don't build up further.
Q Is it your understanding that with the LNG IUD with Mirena is that -- is it fair to say that there's a steady state with use of Mirena?
A Yes.
Q Yes?
A Yes.
Q So I guess my question again is that sentence about there's no correlation between serum concentration and dose, does that apply to Mirena?
A The way he is phrasing it, it is just in general for progestins so that there are differences between different progestins in this

study, the way I understand the abstract. So we cannot conclude if you give one -- or 10 milligrams with one progestin and it ends up in 5 whatever picogram per ml, then the next progestin, if you give the same dose, would also end up in 5. I mean, that's what he's trying to say. But for Mirena, there is, of course, a -- there is a relation dose to --

Q There is a relation between dose and serum concentration --

A Serum concentration.

Q -- with Mirena?

A Yes.

Q Okay.

Earlier we talked about the binding of LNG to various steroid hormone receptors. Correct?

A Correct.

Q And how -- I do understand that it's a bit more complex, but on a basic level, that may or may not create some sort of biological activity or response. Is that correct?

A Yes. As a general concept, that may be the case or not, yes.

Q It's just the general concept of how

steroid hormones act.
A Act, correct.
Q Let's take a look back at the Xiao study, which was Exhibit 12.
I believe it was 12. Am I right?
MR. IMBROSCIO: Is that the one that has the different font?
MS. NATALE: Yes, the one that you were asking if it was translated or something.
MR. IMBROSCIO: She's got one.
MS. NATALE: Okay.
MR. IMBROSCIO: There you go.
BY MS. NATALE:
Q So if we look -- do you want to read the abstract quickly?
A I can -- yes, that would be great.
Q Take your time. We've got some time.
MR. IMBROSCIO: Thank you.
MS. NATALE: I forgot about my tea here.
A (Document review.)
Q I think for the questions that I'm going to ask you, for now, at least, hopefully we should be able to address just from the abstract. Okay? You're absolutely more than welcome at any time, if you need, you can take a break and you can read

through anything you'd like.
Just a few quick background. As we mentioned, the title of this one is "Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device." Correct?
A That's correct.
Q I guess this is from 1990 so that's before Mirena was approved in the United States. Correct?
A That's correct.
Q Is it -- if you don't know, you can say that, but would it be fair to say that this -- the device at the time was called Levo Nova?
A Oh, I don't know that.
Q No idea? Okay.
A But it was -- Mirena was already approved in Europe. I think it was always Miranova, but I -- anyway.
Q I guess a better question might be are you aware of any other, like, non-Bayer LNG IUD that was -- that this might refer to at the time?
A I don't know. I don't know. But I know that there are several devices probably for testing, but -- there's one now, but not at the

time, I don't know.

Q The third listed author on this piece is Hannu Allonen. Are you familiar with that name?

A Zhang, Xuling?

Q Oh, the third name, sorry, Hannu Allonen. I don't know how to say that, I'm sorry.

A Oh, I thought it was all the names, but it's the institution.

Yes. I'm not fam- -- I've read -- I've seen Allonen on some papers, but ...

Q Do you see the author affiliation says "Leiras Clinical Research"?

A Yes, I see that.

Q Are you familiar with Leiras?

A Yes, Leiras was purchased -- or whatever you call it in English.

MS. OLM: Acquired.

A -- acquired by Schering at that time.

Q And how -- is Schering related to Bayer?

A They joined in 2007.

Q Okay.

So about halfway through this abstract paragraph, you'll see there's a colon and then a capital A with a parenthesis like a list that's going to start.

A Yes.
Q If we trace that sentence back it says, "The hormone profiles were divided into four types of reaction."
Did I read that correctly?
A Correct.
Q It says, "A) anovulatory, B) anovulatory but with high follicular activity, C) ovulatory but with luteal insufficiency, and D) ovulatory."
Did I read that correctly?
A Correct.
Q And they say, "Among the 29 treatment cycles, there were 10 D-type" -- which is ovulatory. Correct?
A Uh-hmm.
MR. IMBROSCIO: You have to say yes or no.
A Yes.
MS. NATALE: Thank you.
I've done it, too. I keep forgetting to ask you.
A That's correct.
Q -- "3 C-type" -- which is, it looks like, ovulatory but with luteal insufficiency. Correct?

A Correct.
Q -- "13 B-type," which is anovulatory but with high follicular activity.
A Correct.
Q And then "3 A-type," which is anovulatory. Correct?
A Correct.
Q So they say, "44.8 percent of the cycles were ovulatory." And that's groups C and D. Correct?
A Correct.
Q And then "55.2 percent were anovulatory," and that's A and B; is that correct?
A Correct.
Q So just -- I added up the numbers. It's the type A, which is 3, plus the 13 type B, so 16 out of the 29 calculates to that 55.2 percent. Correct?
A Correct.
Q Is anovulation, is that a local effect in the endometrium of levonorgestrel, or is that a systemic effect in the blood?
A That is a systemic effect.
Q Could you explain how levonorgestrel causes anovulation?

A Well, levonorgestrel, usually that's the mechanism that is observed with higher doses for COCs. It gets into the bloodstream, and then it can act in the brain on the hypothalamus. And then it affects the LSH and FSH, luteinizing hormone and follicular stabilizing hormone. It can -- it can decrease the menstrual activity and by that inhibit ovulation.
Q So 55.2 percent of the subjects in this study had sufficient systemic LNG to cause anovulation. Is that correct?
A Well, in ten women, yes, and -- in that -- that's correct. That's what he states here, in these ten women in the first -- I forgot --
Q Sorry.
A The period of time he did that study?
Q In -- it says, "29 treatment cycles."
A Okay. That's about three weeks each. Three weeks a cycle, one month, so it's like half -- three weeks -- 30 months -- sorry. I'm getting confused by this.
Q It's probably almost two years?
A Yes. I just wanted to make sure what -- yes.

Q So over the first two years of use in this study, 55 percent of --
A That's a year and a half, yes.
Q A year and a half of cycles, the systemic levels were sufficient to suppress ovulation. Is that correct?
A Yes, that's correct.
MS. NATALE: I'm going to mark Exhibit 16 for the record. And this is another -- thank you, yes, you can put that aside. Thank you very much.
(Exhibit 16 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q And then, this is a 1998 piece by Jarvela. Are you familiar with this piece?
A No, I am not.
MR. IMBROSCIO: Is this 16?
MS. NATALE: Yes. Exhibit 16.
(Pause in proceedings.)
BY MS. NATALE:
Q And then this one is titled "The effect of a levonorgestrel-releasing intrauterine system on uterine artery blood flow, hormone concentrations and ovarian cyst formation in

fertile women."
Did I read that correctly?
A You did.
Q Earlier we were talking about -- I read from your publication that LNG has antiestrogenic properties. Correct?
A Correct.
Q And you explained that that may not be due to direct binding at the ER. It may have another mechanism by which LNG decreases estrogen levels. Is that correct?
A Well --
MR. IMBROSCIO: I'll object to the form. You can answer.
A I'm not aware -- I don't know exactly that it decreases the levels, but it sort of inhibits the action or decreases the action of estradiol.
Q Okay. So -- and we talked about LNG binds at the PR, correct, the progesterone receptor?
A Correct.
Q Does LNG have agonistic or antagonistic effects at the PR?
A LNG is an agonist there.

Q It's an agonist at the PR.
A Yes. It acts like progesterone.
Q Okay. And I guess that's helpful. When we say "agonism," we mean that it acts as a natural hormone.
A Yes, I think that's easier than using the word "agonistic" or "antagonistic," yes.
Q Let's do that, then.
Okay. If you want to read through at least this abstract here, then we can ...
A (Document review.)
(Witness and Interpreter speaking German.)
THE WITNESS: We were talking about the word "impedance" because I'm not --
MS. OLM: It's like a resistance, like stalls.
MS. NATALE: Impodence ...
MR. IMBROSCIO: That's not an English word anyway.
(Witness and Interpreter speaking German.)
BY MS. NATALE:
Q So I think that the sentence I'm going to read includes the word that you were asking about so I'll do my best. Toward the end of it, we start with "Mean progesterone concentrations."

Do you see where I'm at?
A Do you see that before -- that's -- "the increase in mean" -- no.
Q About three sentences back. "We conclude" and then, before that, "Mean progesterone," it starts.
A Oh, yes, okay.
Q "Mean progesterone concentrations were lower with the LNG-IUS in place in both groups."
Did I read that correctly?
A You did.
Q And "We conclude that a levonorgestrel-releasing intrauterine device appears to increase the impedance to blood flow in the uterine arteries during the mid-luteal phase in correlation with serum concentrations of LNG and a concomitant decrease in serum progesterone concentrations."
Did I read that correctly?
A You did.
(Witness and Interpreter speaking German.)
MS. OLM: I just said the word "impedance" in that context because I heard the word out of context so I gave her the German word for that.

BY MS. NATALE:

Q Is it your understanding that the levonorgestrel intrauterine device decreases serum progesterone users [sic] in Mirena users?

A Well, that's what this study concludes based on their investigations. That's my understanding.

Q So that's fair. I guess there's two parts to that question, then. Was that your understanding prior to reading this?

A I guess the -- yes, the general possible -- the general effect that levonorgestrel does is also decrease of progesterone, and so that is my understanding of what levonorgestrel can do.

Q Levonorgestrel can decrease serum progesterone levels.

A Correct.

Q Okay.

If you look back to the, I think it was exhibit -- maybe -- let's see, Exhibit 15 was the Mirena label PK references.

MR. IMBROSCIO: You mean the e-mail with attachment?

MS. NATALE: The e-mail with the attachment.

MR. IMBROSCIO: The big, thick one.
MS. NATALE: Thank you. Thank you.
BY MS. NATALE:
Q Okay. And if we flip to -- it's not in here -- it's not in here -- the Sisenwine, which is the first reference, it talks about excretion and stereoselective biotransformations of the hormones that we discussed, including levonorgestrel. Correct?
A Correct.
Q What are the metabolites of levonorgestrel?
A I can tell you what -- the metabolism enzymes are the CYP3A4. And if you go to the label, because I always have a hard time remembering these metabolite names, they are listed there.
Q I know we have the 2008 label already. I don't know that they're in the 2008 label. Let's take a look, and if not, I might be able to provide you with another label that --
A Yes, we can do that.
Q -- does include that.
Yes, it doesn't appear to be in the label.

A Yes, because it's the general statement in that one. I think it was updated.
Q So we'll get to that in just a second. Let me change the question slightly.
Are -- when LNG -- when levonorgestrel is metabolized, are the metabolites still hormonally active, still biologically active?
A No, there are no real -- no active metabolites with levonorgestrel.
Q Let's --
A At least not -- I mean, I'm not aware of all the studies, but what you usually do when you have metabolites or when you investigate metabolism of a drug, you test that in vitro and you also test activity in vitro.
Q Okay.
A But then this has to be related to the amount the metabolite appears in vivo.
Q Could you -- just as a quick aside, could you explain what in vivo versus in vitro --
A Oh, in human. In vitro is a test tube, so to speak, and in vivo means in human.
So that is just a general statement because I don't know all the tests that have been done at that stage, and I think they weren't

performed at Bayer.

But if you look at the metabolism of a drug and what it is then metabolized to, the metabolites, you might -- you look at the structure and you do test them in certain in vitro or test tube systems to check for activity because what you don't want is an active metabolite because that would add an uncertainty to your own drug that is active.

So my understanding with levonorgestrel is -- because I don't know all the different metabolites. We can look that up somewhere. But we don't have any active metabolites in humans that are of relevance in high enough quantity there to have an action.

(Exhibit 17 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q I've marked Exhibit 17 for you. This is a study by Lemus called "Mechanism of action of levonorgestrel: In vitro metabolism and specific interactions with steroid receptors in target organs." Did I read that correctly?

A You did.

Q Why don't you take a minute to read

through the summary.

A (Document review.)

Q So about halfway through the paragraph, in the middle -- maybe this will help -- on the left-hand side, you'll see "Reduction of LNG was NADPH dependent."

A Yes.

Q So I'm starting with the next sentence.

A Okay.

Q It says, "Assessment of the relative binding affinities of LNG and its derivatives to progesterone (PR), androgen (AR), and estrogen (ER) receptors by displacement analysis revealed that unchanged LNG binds with high affinity to PR and AR but not to ER."

Did I read that correctly?

A You did.

Q Do you agree with that statement?

A Yes.

Q LNG binds with high affinity to PR and AR?

A I agree with that. That's affinity, not action.

Q Okay. "5 alpha-LNG exhibited a diminished though significant interaction with PR

and an enhanced binding affinity for AR as compared with LNG, indicating that 5 alpha reduction of LNG increases its affinity for AR."
Did I read that correctly?
A You did.
I mean, in the abstract they don't say what it's compared to, but I -- can I just have a look at the table --
Q Please do.
A -- what kind of tests they do?
Q Yes.
A Because if it's relative, you always look to reference.
Q Okay.
A It's not -- (document review).
Q It looks like -- I was going to say --
A Table 2 (reading).
Okay. They put the number "or 2058," whatever that is. That is put to 100 there, so that's probably the reference, but I don't know what that is.
Q And I don't want you to testify to anything --
A Anyway.
Q -- that you don't understand or don't

know the answer to. I was just asking if you had
any reason to -- if you --
A No, I just wanted to see -- because the relative binding affinities needs to be looked at in regard to -- but it doesn't say.
Q So according to this study, at least, the reduction of LNG to 5 alpha-LNG significantly enhanced binding affinity for the androgen receptor. Is that correct?
A That's what it states.
Q Okay.
A I'll look at the table again. So the 5 alpha-LNG --
Q Let's --
A I was just looking at the numbers in table 2. So for levonorgestrel, the relative binding affinity is 68.
Q Okay. To the androgen receptor?
A To the androgen receptor. And that's what they were talking about, if I understand that correctly. And the alpha -- 5 alpha-LNG is 85. So I guess that is in comparison to DMNT, if you go down. So it's lower than reference, but it obviously increased for the -- by like 68 to 84 by converting it to the metabolite, yes. Okay. I

just wanted to look at the numbers.
Q Of course.
MS. NATALE: I think that this is a good place for us to take a lunch break.
THE WITNESS: All right.
MS. NATALE: Let's go off the record.
THE VIDEOGRAPHER: The time is 11:58 a.m., and we're going off the record.
(A lunch recess was taken.)
THE VIDEOGRAPHER: The time is 12:53 p.m. on November 21st, 2017. And we are on the record with video 3.
BY MS. NATALE:
Q Welcome back from lunch, Dr. Hofmann.
Did you do anything over the lunch break to help you prepare for the rest of the deposition?
A No. I ate.
Q That's helpful.
(Exhibit 18 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q Okay. So let's -- I have marked for the record Exhibit 18. And I'm going to provide you with a clinical study report, number A46796. And

are you aware this is a dose-finding study comparing Mirena, I believe, Skyla and Kyleena?
A Correct. I am aware of that.
Q So we talked about earlier in your -- the Exhibit 6 which was your main publication, in that publication, Kyleena is LNG-12, and Skyla is LNG-8.
A Correct.
Q Correct? Okay.
So in this study LCS-16 is Kyleena.
A Correct.
Q And LCS-12 is Skyla.
A Correct.
Q So this is a comparative pharmacokinetic study of Mirena, Kyleena, and Skyla. Correct?
A Well, that's part of the study. It's a clinical study investigating the pyrolytics -- I don't think so, not the pyrolytics -- but it's just -- it's part of the investigation related to pharmacokinetics.
Q Is it accurate to say, though, the PK part or a pharmacokinetic --
A Correct.
Q -- part?
A That's --

Q We did really, really well before the break so let's continue to make sure that we allow each other to finish our sentences before we move on. I know that I'm bad at it, too, so we'll do our best.

Okay. So there was a pharmacokinetic arm of this study.

A Correct.

Q Correct. Okay.

If you could turn to page -- so at the bottom -- it says 1 of 1300. Do you see that?

A It says --

Q It might be covered by --

A Oh, here. There it is, I see it.

Q 1 of 1300.

So obviously this isn't 1300 pages. So if you flip to the last page, I just want to show you the page before the last page says 1300 of 1300. Correct?

A Correct.

Q Then if you turn, the page before that, it says 181 of 1300. Do you see that?

A Okay. I see that.

Q So I will represent to you this is the first 181 pages of this study just for the sake of

saving trees. And if we want or we need to, we can pull up the full study for you at any point. Okay?

A Okay. Fine.

MR. IMBROSCIO: We have no objection. That's perfectly fine, and I'm in line with the tree-saving idea behind it.

MS. NATALE: Okay.

BY MS. NATALE:

Q So if we turn to what says page 42 of 1300, and that ends in Bates number MIR_BSR-R_00138246.

A Correct.

Q Do you see there's a, I guess, like a section title, "6.5.5.1.4 Adverse Drug Reactions"?

A Yes, I see that.

Q Okay. We're on the same page.

And then it says "Expected Drug Reactions." Is that correct?

A That's correct.

Q Then there's a text table 4, "Expected Adverse Drug Reactions for Mirena."

Is that correct?

A That's correct.

Q So one of the -- I'd just like to kind

of -- we talked earlier about how binding to steroid receptors may correlate -- correspond with biological effects activity. Is that correct?
A Yes, we did.
Q So what I'd like to do is, if you could help me out, I'd like to just go through these, and if you do have an understanding of what that effect might be, I would like to ask you what it would be for some of these effects. Is that okay -- does that make sense?
MR. IMBROSCIO: Object to the form.
A Well, I -- can you --
Q We'll give it a shot. We'll give it a shot.
So the first thing that's listed, it says, "Endocrine disorders" as the organ system, and then it says, "Common undesirable effects, greater than 1 in 100, less than 1 in 10." Is that correct?
A Yes, that's what it says.
Q So under that endocrine disorder system, it says, "Edema (peripheral and abdominal)."
Did I read that correctly?
A You did.
Q Do you have any understanding of by what

mechanism Mirena would cause edema?

A That's by -- well, generally, it's -- I have to apologize for searching for words. But, generally, edema is the retention of water, of water in certain tissue parts.

Q By what mechanism would Mirena cause retention of water in the tissues?

A I really cannot answer that question. I'm not aware. I know that it might happen in some cases or it is observed, not that Mirena does it, but it is observed in people using Mirena. But I have no idea what the mechanism is.

MR. IMBROSCIO: I'll just note I think that's outside the scope, but you can keep asking.

MS. NATALE: Your objection is noted.

MR. IMBROSCIO: Thank you.

BY MS. NATALE:

Q Is it fair to say that because this is -- these are listed as expected adverse drug reactions of Mirena. Correct?

A Correct.

Q So is it fair to say that there is some -- strike that.

Is levonorgestrel the only -- the only aspect of Mirena that would cause side effects?

A Well, the device can cause side effects as well but not systemic ones, I assume, but, yes. So levonorgestrel is the active ingredient in Mirena.

Q That's a very good way to put it. Thank you. That was much better than the way I said it.

Levonorgestrel is the only active ingredient of Mirena. Correct?

A Correct.

Q So any expected adverse drug reactions would be reactions to the active ingredient levonorgestrel. Is that correct?

A Well, it is -- as I said, this table reflects adverse reactions observed in people using Mirena --

Q Okay.

A -- yes.

Q Okay. So I'm going -- we're going to continue to go through the list. And just like you did there with edema, you can explain it to the extent that you understand it and let me know if you don't know any further. Is that fair?

A That's fair.

MR. IMBROSCIO: Before you begin, I want to just -- I won't do it with every question. I

will just note that this line of questioning about the chart is outside the scope. She can answer in her personal capacity.

MS. NATALE: Objection noted, not that she will answer in her personal capacity, but your objection is noted.

A But just for the record, I'm a pharmacokinetic expert, and this is a clinical table, yes.

Q Because it's a clinical table, okay. Do -- okay.

A That's not my responsibility.

Q The biological effects of levonorgestrel in the blood, is that a part of pharmacokinetics and pharmacodynamics?

A The general concept of pharmacodynamics is that, of course, but, I mean, that is -- the table is derived from clinical studies and what was observed in clinical studies, and they were conducted by clinical colleagues.

Q So the next category says, "metabolism and nutrition disorders," and under "Common undesirable effects," it says, "Weight gain." How might -- strike that.

How is it -- how do you understand

levonorgestrel causes weight gain?
A Well, I'm not sure that -- I do not know and I'm not aware that levonorgestrel causes that. It has been observed in people using --
Q Okay.
A -- Mirena.
Q Sorry to cut you off.
"Nervous system disorders," and it lists "headache" under "Common undesirable effects."
Do you have any understanding of how levonorgestrel causes headaches?
A I'm not aware of the progress that leads to it. Again, all these side effects have been observed, but I'm not aware of mechanism, if there is any.
Q Are these -- like earlier when you talked about how activity at the tissues by binding to receptors may cause biological activity. Correct?
A That's correct.
Q Are these biological activities that may be caused by levonorgestrel by binding at steroid receptors?
MR. IMBROSCIO: Object to the form.
A Could you just break it out and rephrase

that.
Q Sure.
A That was too long for me.
Q These are expected systemic -- you said that these would be systemic effects of levonorgestrel. Correct?
A Well, these are, as the title says, "Expected drug reactions," and they are -- I think it's taken from the label as it says. So adverse drug reaction observed in the study using -- with people using Mirena.
Q Okay. And there's systemic effects. Is that correct?
MR. IMBROSCIO: Object to the form.
A That's not what the table says.
Q Okay.
So, just for example, we just said headache. Correct? Is there any mechanism that you know of by which the local levels of levonorgestrel in the endometrium cause a headache?
A No, I don't know of any mechanism that could possibly lead to that.
Q And so then it says, under the category "Skin and subcutaneous skin disorders," under

"Common undesirable effects" is listed "acne." Correct?
A Yes, that's correct.
Q Is it your understanding that acne is an androgenic side effect of levonorgestrel?
A That could be the case in this case, yes.
Q Okay. Again, are you aware of any mechanism by which the local levels of levonorgestrel in the endometrium cause acne in Mirena users?
A Well, it is known that levonorgestrel has androgenic effects, so I assume -- well, it is also probably depending on the dose, but I assume that will be the reason why it could lead in some cases to acne, yes.
Q Okay. So the question is, is there -- do you know of a mechanism by which the local levonorgestrel in the endometrium directly causes acne?
A The local mechanism?
Q Is there one? Does the -- does the levonorgestrel in the endometrium cause acne?
A No, it's not in the endometrium. But if -- that is, I assume, a systemic effect and

that would be binding to -- that would be due to the systemic Mirena -- levonorgestrel, sorry. Mirena is not systemic.

Q That's helpful.

The levonorgestrel released from Mirena, correct?

A Correct. It is -- as we discussed earlier, it's absorbed into the blood, so in the systemic circulation, and that is a possible reason for the effects.

Q Okay. And -- okay. That's helpful. Thank you. You can put that aside. Thank you very much.

MR. IMBROSCIO: We've got to improve the tree-to-question ratio.

MS. NATALE: I know. I was like how many pages of this do I have to print. I didn't want to just stop at the one page that we needed.

MR. IMBROSCIO: That's fine.

MS. NATALE: We did our best.

BY MS. NATALE:

Q Okay. It might be a little bit difficult to find, but in the spirit of saving trees, let's go back to Exhibit 2, which was the 2013 Stanczyk piece.

MR. IMBROSCIO: We have it.

MS. NATALE: Okay. I'm hoping I do. Okay.

BY MS. NATALE:

Q So earlier we talked about the sentence on page 176 about how pharmacokinetics determine how much of the progestogen administered is available to the tissues. Do you recall that? Why don't we take a look back at page 176.

A That is now a single -- is that the -- I don't recall what --

Q That's okay. So this -- we talked about this article earlier. This is the Stanczyk piece titled "Progestogens used in postmenopausal hormone therapy: Differences in their pharmacological properties, intracellular actions, and clinical effects." Correct?

A Correct.

Q And I took you to page 176, with the subheading "Five pharmacokinetics of progestogens." Correct?

A Yes, correct.

Q It says, "Pharmacokinetics (absorption, distribution, and excretion)" --

A Yes.

Q -- "determine how much of the progestogen administered is available to tissues," comma.

Did I read that correctly?

A Correct.

Q And you agreed in spirit with that. I believe that you said the issue you took was, it says primarily by measuring its blood level. Correct?

A Correct.

MR. IMBROSCIO: I'm just going to object to the form. But go ahead.

MS. NATALE: Okay.

BY MS. NATALE:

Q "... and the amount that enters the cells is determined by the extent to which it is bound to carrier proteins that cannot cross the cell membranes."

Did I read that correctly?

A You did.

Q Okay. And so earlier I think you explained, but please correct me if I'm wrong, that the amount that enters the -- strike that.

Any biological activity that may be caused is by the hormone entering into the cell.

Is that correct?
A The biological is -- yes, activity is by the hormone binding to a receptor, and then if that -- then this complex needs to activate the whole process --
Q Okay.
A -- and that might lead to an action, yes.
Q That is helpful. Okay.
Then it says, "Is determined by the extent to which it is bound to carrier proteins that cannot cross the cell membranes."
Is that an accurate statement, that the amount that enters the cell is determined by the extent to which the hormone is bound to carrier proteins that cannot cross the cell membranes?
A It is actually a pretty difficult sentence. I think it makes some conclusions --
Q Okay.
A -- the way I understand that, because if the hormone is circulating and bound to a protein, the general understanding is that if it's bound, it cannot enter a cell.
Q Okay. That's helpful.
Let's -- let's bring this specifically

to levonorgestrel and see if we can find where -- some common ground here. Okay.
So, let's take a look at -- let's do Phillips. Okay.
If we take a quick look back to Exhibit 6, which is the main Hofmann article that we keep talking about, your PopPK study, we talked about how one of the factors that affects the serum levels of levonorgestrel is the serum concentration of SHBG. Is that correct?
A That's correct.
Q What is sex hormone-binding globulin, or SHBG?
A Well, that's a transport protein in the plasma that is specifically binding sex hormone steroids. Not all of them, but some.
Q Okay. And did you say carrier protein -- transport protein?
A Transport protein.
Q Transport protein.
I don't want you to speak for the author, obviously, but is that transport protein, is that the same as carrier protein, perhaps?
A I would assume so, carrier.
Q Okay.

Let's take a look at your article, which is Exhibit 6. Let's go to the page ending at the bottom in 5385.
A Okay.
Q Okay?
The second full paragraph starts "Estimated." Do you see that?
A I see that.
Q Okay. The fourth line down says, "Serum concentrations of LNG are at the same time influenced by SHBG." We already established that. Correct?
A Correct.
Q And then it says, "LNG is highly protein bound, mainly to either albumin or SHBG."
Did I read that correctly?
A You did.
Q And so are those the two carrier proteins that LNG binds to?
A That's correct.
Q SHBG being one of them.
A And albumin, which is a -- which is a -- which is a protein that a lot of drugs bind to. It's just a general transport protein or carrier protein.

Q Okay. And then it says, "Less than 2 percent of LNG is available as unbound drug in the circulation."

Did I read that correctly?

A Yes, you did.

Q Okay. Then it says, "LNG binds with high affinity to SHBG."

Did I read that correctly?

A You did.

Q And is that correct?

A That is correct.

Q Okay.

A But, again, here you have to see it, I mean, in relation to the reference, for example, but that's fine.

Q Okay.

(Exhibit 19 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q Okay.

Are you familiar with -- let me hand you Exhibit 19, a piece by Phillips. Are you familiar with this piece?

A Yes, I think I have seen it.

Q It's called "Relative binding affinity

for SHBG." Correct?
A "Of norgestimate and other proteins -- progestins for SHBG," yes.
Q Okay. So this one is called "Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin."
Did I read that correctly?
A You did.
Q Okay. You said we would want to look at the reference. Correct?
A Correct.
Q So relative binding affinity means that it's been compared to a reference. Is that correct?
A That's correct.
Q Let's take a look -- why don't you take a look and let's see what it was compared to and what the -- what they found. You see there, yes, there's a table 1 on 375?
A Yes. So -- well, what this table shows is the comparison of the relative binding affinities in a rat prostatic androgen receptor and human sex hormone-binding, or SHBG. So let's take the abbreviation. So that would be on the

right. So the SHBG results, the RBA would be the last column here. You can --
Q You're fine.
A Yes. And in the first column, all the progestins are listed. The way I understand the table, that for the SHBG, testosterone was taken as the reference.
Q And what is the relative binding affinity of levonorgestrel for SHBG compared to testosterone?
A So that is the third row from the bottom.
Q Okay.
A And you see it's 0.87. So if testosterone is 1, then SHBG -- well, levonorgestrel -- levonorgestrel binds with a bit lower affinity but similar to testosterone.
Q Okay. And so just going back to your publication, you said LNG binds with high affinity to SHBG. Is that compatible with that 87 percent RBA?
A Yes, it is.
Q Okay.
MR. IMBROSCIO: Are you done with that one, Christina?

MS. NATALE: Yes. Thank you.

BY MS. NATALE:

Q If you could pull up Exhibit 9 for me, what we already used. That was the e-mail about the LNG serum levels Q&A.

MR. IMBROSCIO: Exhibit 9?

MS. NATALE: Yes.

MR. IMBROSCIO: Scalpel.

BY MS. NATALE:

Q On page -- the first page of the actual statement, the attachment, which ends in 717170.

A Yes, I have that.

Q So we looked earlier. About halfway down there was a bullet starting with "It is already well-known."

Do you see that?

A Yes, correct.

Q So we're going to go to the next bullet. Do you see that?

A Yes, I do.

Q "The tissue activity/cellular expression of steroidal hormones depends on the serum free fraction (unbound)."

Did I read that correctly?

A You did.

Q Do you agree with that statement?
A I agree with it, yes.
Q It continues, "LNG is bound nonspecifically to serum albumin."
Did I read that correctly?
A You did.
Q What does that mean, "nonspecifically"?
A Well, because it's such a -- this albumin is just a general transport protein so it does bind and gets off like any -- many other drugs. But it's -- yes, it's just there because -- well, it's probably to be understood in the context that SHBG is such a specific binding protein.
Q I think I heard you say, and it might have just been I didn't hear you correctly, that it binds and then gets off albumin? Is that what you said?
A Well, that's what it always does, what things always do at receptors, but specifically and nonspecifically is also related to albumin can bind many drugs --
Q Okay.
A -- and then SHBG cannot. It's only a few drugs.

Q Okay. So perhaps it's a different thought, but I do want to understand what you meant when you said that it binds and then gets off. What does that mean?
A Well, that's what molecules do generally when binding because it has to get off at some stage. It does also get off from SHBG. Otherwise it couldn't be -- there couldn't be any free because free gets eliminated also. And then you cannot -- you cannot eliminate the protein-bound drug from the body. You only eliminate the free.
Q I see. Okay.
A So it needs to get off.
Q Okay. That makes -- it gets off to be eliminated or metabolized.
A Well, that is part of elimination.
Q Okay.
A But it -- yes.
Q I think we're good on that.
A Good.
Q Okay. Back to the sentence "And specifically to SHBG," which I think you already spoke to. That is, there are a lot of things that bind to albumin but not so, so many that bind to SHBG. Is that what you -- how you explained it?

A Yes.
Q And then it says, "About 1 to 2 percent of the circulating LNG is present as free steroid."
Did I read that correctly?
A You did.
Q Do you agree with that?
A I do.
Q "42 to 62 percent are specifically bound to SHBG."
Did I read that correctly?
A You did.
Q And do you agree with that?
A Yes.
Q And it cites to Kuhnz, et al., 1992. I think that was one of the sources contained in the e-mail of the references that we looked at earlier.
A Yes, it's a well-known paper. It's our reference for the protein binding with LNG.
Q And, actually, you don't have to look to it, but earlier we were provided with that -- part of Exhibit 3 was a document that you prepared while you were preparing for today. Correct?
A Correct.

Q And I think that you may have actually reviewed that source when you were preparing for today. Is that correct?
A I did.
Q Okay.
The next sentence says, "Binding of levonorgestrel to serum proteins is strongly dependent on the concentration of SHBG."
Did I read that correctly?
A Yes, you did read that correctly.
Q Okay. Let's look back to Exhibit 6, which was your main publication, where we were. And if you could flip to the page ending in -- it's earlier on, on 1205377.
A 77?
Q Uh-hmm.
A Yes.
Q Okay. And then that middle paragraph that starts with "Pharmacokinetics" again.
A Yes, I have it.
Q The last sentence, you write, "LNG itself decreases SHBG serum concentrations, thus, decreasing its own serum concentrations."
Did I read that correctly?
A You did.

Q You wrote this, right? So you agree with that. Is that correct?
A That's correct.
Q Okay.
How does LNG itself decrease SHBG serum concentrations?
A Well, the exact mechanism, how it does decrease it, it is not -- I haven't come across. But it's just a fact that there are certain things influencing the SHBG levels, and it is an observation that levonorgestrel does influence or does decrease -- levonorgestrel alone does decrease SHBG concentration, and it does so dose dependently.
Q Okay. Within this analysis, you state -- one second. Okay. If we go to on the page ending in 1205382.
A Okay.
Q The first full paragraph starts "SHBG concentrations."
Do you see where I am?
A I do see it.
Q "SHBG concentrations are listed in supplementary table S2 for LNG-IUS 8," and then it says 12 and then 20. And we discussed LNG-IUS 20

is Mirena. Correct?

A Correct.

Q "SHBG concentrations decreased slightly by," and then for the third one, being LNG-IUS 20, "17 percent, respectively, within the first two months."

Did I read that correctly with those additions?

A Yes, you did.

Q So in your study, in your PopPK analysis, you found that in the first two months, the Mirena IUD decreased SHBG concentrations by 17 percent. Correct?

A That's correct. That was also observed by other authors.

Q So you state that decrease is slight. Is that -- that refers to this full range, 11, 13, and 17, with Mirena being on the higher end of that 17?

A Well, that refers to what levonorgestrel can do in general, like, for example, for higher doses, as investigated in the Kuhnz paper we just talked, there a much higher dose was given, 150 microgram, and there the decrease was more pronounced, I think up to 60 -- 50 or 60 percent.

Q Okay.

A So in relation to that, it's --

Q Okay.

MR. IMBROSCIO: You can finish. I don't know if you finished your answer.

A Yes, I didn't finish. Sorry, I didn't finish. In relation to that other --

Q Your voice was going down. I thought you reached the end. Please continue.

A Yes, in relation to that, with higher doses, 17 percent is a slight decrease -- slighter decrease, yes.

Q Okay. Let's take a look at -- I'm going to hand you a new document in a minute.

(Exhibit 20 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q So this is Exhibit 20. Do you know what a justification document is?

A I do.

Q What is a justification document?

A Well, in this case -- it's probably a general term, but in this case it is a document that is written by the respective experts if something is changed in the core -- in the company

core data sheet, which is the basis for the labels in the countries.

Q Okay. And this one is titled "Justification document number 37 for Mirena IUS, levonorgestrel 20 micrograms for 24 hours intrauterine system, section 5.2, pharmacokinetic properties, linearity/non-linearity section." Is that correct?

A That's correct.

Q Are you familiar with this document?

A I think I am. I just have to open it.

Q Okay. And this might be -- it looks like this explains pretty much exactly what you just said. It talks about -- under "Evaluation" it says, "The dependency of the pharmacokinetics of total (unbound and bound) levonorgestrel on the concentration of SHBG was studied in detail after oral administration of levonorgestrel," and the -- that reference 1 looks to correspond to Kuhnz 1994. Correct?

A It was --

Q Do you see --

A Yes, I was just -- I see it, yes.

MR. IMBROSCIO: Do you need a -- do you need a moment to look at it?

THE WITNESS: I was trying to figure out which paper that was.

BY MS. NATALE:

Q Absolutely.

A Kuhnz has written many papers.

Q Yes. So this 1, this superscript, like a reference, it's like an end note, and then do you see under "References" on the last page it says 1, and that corresponds to the Kuhnz "influence of changes in the concentration of sex hormone-binding globulin in human serum on the protein binding of the contraceptive steroids levonorgestrel, 3-keto-desogestrel, and gestodene"? Is that correct?

A That's correct.

Q Then back to "Evaluation," it says -- we'll skip a few lines, but then it says, "The data show that the administration of levonorgestrel alone" -- and in that study they were talking about oral contraceptives. Correct? I guess it says, "was studied in detail after oral administration" in the paragraph.

A Yes.

Q Does that appear to be correct?

A It does.

Q It says, "The data show that the administration of levonorgestrel alone results in an SHBG decrease of about 50 percent and in a corresponding decrease in the serum concentration of total levonorgestrel."

Did I read that correctly?

A You did.

Q Then that corresponds to reference 2, which is the other -- the Kuhnz 1992 piece from Contraception, "Pharmacokinetics of levonorgestrel in 12 women who received a single oral dose of .15 micrograms levonorgestrel and, after a washout phase, the same dose during one treatment cycle." Correct?

A That's correct.

Q And I think you said with oral administration it was something like a 50 or 60 percent decrease.

A Well, it doesn't -- it doesn't depend on the way of administration but the amount -- the amount --

Q The dose.

A -- or the dose, yes.

Q Okay. Thank you.

So then if we go to the next paragraph

it begins, "The change."

Do you see that?

A Yes, I do.

Q Okay. "The change in the concentration of SHBG prior to and up to six months after insertion of Mirena was investigated in ten healthy young women." Then that reference is 4 to, I want to say, Jia? Gee-a (phonetic)?

A Gee-a (phonetic).

Q Gee-a (phonetic).

A Yes.

Q And it's titled "Serum SHBG levels during normal menstrual cycle and after insertion of levonorgestrel-releasing IUD." Correct?

A That's correct.

Q And then the paper says, "The mean SHBG concentration declined about 30 percent after insertion."

Did I read that correctly?

A You did.

Q That's quite a bit higher than the 17 percent that was estimated in your PopPK analysis. Correct?

A Well, the PopPK analysis is based on a broad data set, and we talked about statistics

before. And I don't know -- we have to look at the Jia paper, but I think that has been done in a small subset of --

Q It says ten people. Right?

A Yes, it does. Sorry.

Q That's okay. No, I think that's what it says.

A Then my assumption is right.

Q So is it fair to say that there is also some variability in the level to which LNG decreases SHBG?

A Yes, you can say that.

Q And 30 percent is almost double the 17 percent so it could be a pretty significant variation.

A Well, we are talking about -- yes, but SHBG in itself is a very highly variable measure, and if you look at the baseline values at the normal range given in the books, it's wide anyway. So it's only with regard to the average values, yes.

Q And it says, the next sentence, "In addition, a highly significant correlation between the SHBG and levonorgestrel concentration was seen in this study, indicating that a similar change in

the pharmacokinetics of levonorgestrel, as with oral products, can be expected during the use of Mirena."
Did I read that correctly?
A Yes, you read that correctly.
Q Okay. You can put that aside. Thank you very much.
Okay. And then -- I -- there's -- did we take it out yesterday?
I just have an e-mail that is written by you in German, and I just wanted you -- to ask you some questions about it because --
A Okay.
Q -- I tried to very loosely translate it, but I don't really know what it means.
Give me one moment.
A I'm not going anywhere.
MS. MANGRUM: For a while.
(Pause in proceedings.)
MR. IMBROSCIO: I'm happy, if you don't have it convenient --
MS. NATALE: We can plug the computer in, even, if we have to.
MR. IMBROSCIO: I'm happy to have her use -- just without having a copy, just look at it

quickly.

MS. NATALE: It's fine. I can literally have it up.

MR. IMBROSCIO: Okay.

MS. NATALE: You can take a look. It's not -- there's nothing -- (handing).

BY MS. NATALE:

Q Okay. So this is -- we're going to get it marked in a minute for you. It's an e-mail Bates stamped MIR_IIH_EU00023841. We're going to mark it Exhibit 21.

(Exhibit 21 was marked for identification and attached to the deposition transcript.)

MR. IMBROSCIO: Christina, I've got no objection if you want to use this one.

MS. NATALE: Just the e-mail or something?

MR. IMBROSCIO: Just use it.

MS. NATALE: Okay. Let's just do that. Let's just do that. Thank you.

Okay. We're going to mark it.

BY MS. NATALE:

Q This is an e-mail titled "Distribution Mirena" and then some words in German. If you could tell me what the subject line says.

A So let me see. (Document review.)
So that is from November 2016. So the title says, "Distribution Mirena." I took your wording now, but it was in -- but in the JD -- this is a very -- anyway, so what is meant, I guess, by that is -- in the title, I just took your wording, and I adapted it in the JD regarding what was in the CCDS.
Q Then it says something about 20 to 30 percent in there. Is that --
A Correct. That is the updated sentence that we have in the CCDS now.
Q Okay. Then if you flip to the front page, I guess you responded to that e-mail, and what is it that you said?
A I said, "Dear Susanne, sorry, this e-mail I didn't" --
(Witness and Interpreter speaking German.)
MS. OLM: It slipped through the cracks.
A "And it's a bit late," because I did not respond in time, "but I still looked into the document, and from my side, everything is okay."
Q Everything is okay.
So were you agreeing to the inclusion of that 20 to 30 percent for the decrease of SHBG

with Mirena?

A What this was about was we were doing the CCDS update for the whole LNG-IUS family. And you have to write the -- as you see, the justification documents for that, and we have also -- the CCDS takes in the JD documents. But once -- they always have to be updated simultaneously.

And so what it was, was that in the CCDS, where the wording -- the correct wording already was, it was also supposed to be in the JD, so it was just the same -- so that we have the same sentence everywhere.

Q So do you agree that according to the CCDS, the decrease of SHBG in Mirena users is 20 to 30 percent?

A Yes. I think it was never the question to discuss the values, but just how to phrase it.

Q Do you agree with those values?

A Yes. I put them in there --

Q Okay. Thank you.

A -- based on our data and Jia.

MS. NATALE: That's fine for now.

MR. IMBROSCIO: We can sub it out with a new 21 sticker, which I would prefer, just so your

handwriting is not on it.

MS. NATALE: Thank you.

MR. IMBROSCIO: Christina, you used the word "JD." You might want to say what that is, just for clarity.

MS. NATALE: Oh.

BY MS. NATALE:

Q Before, we talked about the justification doc -- document. And that is --

A That is our abbreviation for justification document.

Q Thank you very much. Okay.

So something that -- back to your main publication, that's the 2017 publication for Contraception, is that you, I believe, used a model to estimate both the total and the unbound LNG. Is that correct?

A Correct.

Q Sorry. And I haven't used that yet, but when I say "LNG," I meant levonorgestrel. Is that fair?

A That's fine for me.

Q You know what I'm saying?

A Yes, I'm always using that as well.

Q So in your PopPK model you estimated

both the -- you did -- you estimated the average serum levels of LNG with different routes of administration. Correct?

A Correct.

Q And you did a -- I'm going to say the coefficient variant? Is that what you said you did?

A Oh, that is related to the body fat effect.

Q Then you estimated the unbound fraction of LNG. Correct?

A That's correct.

Q For the different routes of administration. Correct?

A Correct.

Q To -- what does -- what does the estimation of unbound LNG tell you about the pharmacokinetics of levonorgestrel?

A Well --

MR. IMBROSCIO: Object to the form. You may answer.

A It doesn't -- that's a very general question. So what exactly would you want to know?

Q To what pharmacokinetic parameters, to what end point is the unbound amount of

levonorgestrel relevant?

MR. IMBROSCIO: Object to the form.

A I mean, I think -- I believe we talked about this before, about the bound drug and free drug.

Q Okay.

A And due to the common understanding of this free hormone hypothesis, is that only the free part of the drug, so -- or unbound LNG, as we called it in the paper, is the one that will be excreted or can do -- can perform its biological action.

Q Okay.

A So you can ...

Q Okay. So only the free fraction, the unbound fraction, is capable of biological effect. Is that correct? Is that what you're explaining?

A Well, the fraction is not the one that does it, but the concentration, the free concentration.

Q Free concentration. Okay.

The free concentration is what is capable of biological activity.

A Correct.

Q That's correct. Okay.

And when we talk about biological activity, part of that would be contraceptive efficacy. Is that correct?
A That's correct.
Q So the biologically active levonorgestrel prevents pregnancy by some hormonal mechanism. Correct?
A Correct.
Q And also there are other what we call maybe "side effects," desired or not, that would also be biological activity. Is that correct?
A As a general concept, yes, that's correct. It always depends on how big your concentration of the free hormone is.
Q Okay.
And some of the -- earlier when we looked at that clinical study report A46796, we talked about some of the -- I know you said that was a clinical document. But we talked about some of the expected adverse drug reactions of Mirena. Correct?
A Correct.
Q And those would also correspond to -- that's an example of, perhaps, biological activity. Is that correct?

MR. IMBROSCIO: Object to the form.
A They have never been linked one-to-one.
Q Okay.
A I mean, you cannot say, I have this concentration, this free hormone, and this will lead to this effect. So this is not -- but as a general concept, the free hormone or drug is the one that is linked to therapeutic and adverse effects.
Q Thank you for that clarification. It sounds like my question was just unclear.
Not -- right now, not -- not discussing concentration, just generally speaking, the free hormone is what is capable of causing biological activity, including both contraceptive effect and any other biological effects.
A That's correct, what I was meaning with concentration, because we were talking about free, was the free part.
Q That makes perfect sense. So I'm sorry for that being unclear.
Okay. And so in your study, which is Exhibit 6, you talk about the total levels and the unbound levels for different routes of administration. Correct?

A Correct.
Q Let's take a quick look at that.
With oral or -- let's start with oral levonorgestrel -- is the contraceptive effect systemic?
A That's right.
Q And also any potential adverse progestin-related effects are also systemic. Is that correct?
A For the potential effects, they are also systemically related then.
Q That's correct?
A Yes.
Q And how about with subcutaneous or under the skin, like -- would that be like Norplant or Jadelle?
A Yes, that's correct.
Q Is the contraceptive effect local or systemic?
A Well, that's also a systemic mode of action, because it has to be absorbed from -- in the muscle it doesn't do anything. It has to be absorbed into the circulation to then exhibit its effects.
Q And then any potential adverse effects

are also systemic, also would be caused by systemic levonorgestrel. Is that correct?

A That's correct.

Q And with Mirena, is the contraceptive effect local or systemic?

A The contraceptive effect with Mirena is local.

Q Okay. And so I do understand, we looked at the label earlier. There are several mechanisms by which the label states Mirena may prevent pregnancy through its local levels. Is that correct?

A That's correct.

Q And -- but also we talked about that there is sufficient levonorgestrel in the systemic circulation with Mirena to inhibit ovulation. Correct?

A In certain women, not in every -- it's not -- mainly during the first year and in some of the women, it can inhibit ovulation. That's correct.

Q Okay.

When we were talking about that clinical study report and some of those expected adverse drug reactions, we talked about, for example,

bloating. Correct?
MR. IMBROSCIO: Object to the form.
A Bloating means what?
Q Like the water retention? Remember we talked about that earlier as a potential adverse -- expected adverse effect of Mirena?
A Well, it is listed in the adverse effect table in Mirena users, yes.
Q And we talked about how you don't know of any mechanism by which the local levels of levonorgestrel with Mirena in the endometrium would cause water retention. Correct?
A No, I wouldn't -- I'm not aware of that. I mean, that wasn't studied, I guess, of --
Q If there is a mechanism -- I'm sorry.
A I'm a pharmacokinetic person so --
Q Absolutely.
A -- that's not my task.
Q If Mirena cause -- if the levonorgestrel released by Mirena causes water retention, it does so systemically, not in the endometrium. Correct?
A Well, in --
MR. IMBROSCIO: I'm going to just object to the form. You can answer.
A I mean, I think we've been talking about

this --
Q Right.
A -- that it's not related to the local concentration.
Q Okay.
A Mirena is absorbed in the body and has also certain systemic effects but to a low extent compared to oral contraceptives.
Q The levels of levonorgestrel in the systemic circulation are what would cause any potential adverse effects. Correct?
A As we just discussed, yes, it will be through -- if there is a relation or if it is caused, then via the systemic route.
Q Okay. And it's the unbound hormone that is capable of biological effect. Correct?
A That's correct.
Q Okay.
Exhibit 3 was the -- it's the whole stack of documents used to prepare, but the first one is a document that you created. Correct?
A Correct.
Q Okay. And I just want to ask you about -- if I can find my copy. Here we go.
On -- you have a -- let's go -- one,

two, three, four, five, six pages in. There's a title, "Obese Women." Correct?
A That's correct. Yes.
Q And you say, "SHBG is lower in obese women."
Is that correct?
A That's correct.
Q And you wrote that. Correct?
A That's what I was citing from the -- yes, I wrote that.
Q Okay.
Does that correspond to this citation that you have, Akin and Tchernof, perhaps? Are those the sources you used for this section?
A I believe so, yes.
I did not know exactly where I took this from, but it's my general ...
MS. NATALE: It says, "Obese Women." There's no page number, really. It's like five pages in.
MR. IMBROSCIO: About five in?
MS. NATALE: It's five or six in.
MR. IMBROSCIO: I was looking for it. I couldn't find it.
THE WITNESS: It's after the

concentrations are normal --
MR. IMBROSCIO: Got it.
BY MS. NATALE:
Q Let's -- let's look again at your main publication, the integrated PopPK analysis. You say -- I'm sorry.
So we talked about how there were -- on that kind of second main page ending in 5377, there were three factors that you listed that may influence the pharmacokinetics. Correct? Do you remember we talked about that?
A In the main paragraph?
Q Yes --
A Yes.
Q -- starting with, "Pharmacokinetics is an important factor." Then it says, "Other factors that may influence the PK include, one, body weight." Correct?
A Correct.
Q And so is that to say that body weight independently influences the serum concentrations of LNG?
A Well, there are several factors why the concentration in obese women is lower than in normal weight women. First of all, they're all --

all these women, if you have like a 50-kilogram -- I'm sorry, I'm only used to kilograms -- and a 150-kilogram woman, they do receive the same dose. So it does distribute in a much -- in much more volume in an obese woman so the concentration gets lower. That's a general effect that would be true for all the drugs.

Another factor that was observed is that SHBG is lower in obese women. So that, as we discussed earlier, as SHBG decrease, it leads also to decrease in LNG concentration. So that adds to that distribution phenomenon.

And there's a third component that we observed in the meta-analysis that the clearance is changed in obese women. That means that it is increased -- the clearance of levonorgestrel in obese women is increased. That again contributes to somewhat lower.

Q Could you quantify the extent to which obesity decreases SHBG?

A You would have to measure that, and you have to look at different studies and measure it. But I think -- I do believe we have analyzed it, and other studies have looked into it.

Q Okay. Are you -- are you aware of

any -- could you name any of those studies off the top of your head?

A Well, I did refer in my notes to, for example, Edelman, et alia, she did look at it. Levonorgestrel -- I have to take my glasses off because I can't read with them.

Q Do you have that piece with you, the 2016 Edelman? If you don't, we do. I can provide that to you.

A Yes, but I have a summary here. I don't have it with me.

Q Let's mark that piece for you and let's take a look.

MR. ROCKSTAD: 2016?

MS. NATALE: Uh-hmm.

BY MS. NATALE:

Q Let's see if we can figure out what you were citing to there.

Just really quickly, though, I guess, before we get into it, do you believe that that source talks about how obesity decreases SHBG, or does that just talk about -- were you referring to the impact of obesity on the PK of levonorgestrel?

A Well -- as we were talking if there is a factor or anything and I said it has to be

measured, and this is the study where it was measured.

Q Okay.

A Yes, so it --

Q Let's take a look.

A I don't think -- I'm not aware that it talks about all the factors.

Q Let's take a look. My point is, I'm not sure -- I don't know if this study tells us a quantitative measure of how obesity affects SHBG. Let's take a look and see.

(Exhibit 22 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q Why don't you take a look through and let me know if this piece -- I don't know the answer either. I'm not telling you that you will or won't find it -- if this piece informed your understanding of how obesity impacts SHBG.

A Yes, but generally I -- this is about measuring the LNG concentration. So that was what it was about.

Q Okay.

A So --

Q Is it your understanding that this piece

discusses how obesity affects SHBG?
MR. IMBROSCIO: I'll object to the form.
A Yes. Let me read through this.
Q Okay.
A (Document review.)
Okay. If you like, we can talk about this now.
Q Sure.
In your reading of it, is there -- did you find anything in there that describes how obesity affects SHBG?
A Well, they do have a chart, I mean --
Q Okay. Let's take a look.
A So if you go to figure 1, which is on page 10 of the paper --
Q Okay.
A -- they -- in the first -- in the left graph --
Q Okay.
A -- they -- they display the fraction unbound of levonorgestrel in percent.
Q Okay.
A And in the right graph they give the concentration in nanomoles for SHBG for the different -- for the different body weight groups.

You can see that the normal -- the SHBG concentration in the normal weight women is higher than in the obese women.

Q It looks to be actually about 50 percent. Is that correct? The normal is at 70 and then the obese group is at 35?

A Yes, almost 40 and 70. So it's like, yeah, roughly 50 percent.

Q About 50 percent.

A Yes. In this set of patients. I don't know how many they had, but --

Q Okay. That's helpful. Thank you.

A Yes.

Q Okay.

(Pause in proceedings.)

MS. NATALE: Okay. We're going to mark Exhibit 23. This is another one of those justification documents, or JDs, that we spoke about earlier.

(Exhibit 23 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q This one doesn't appear to have a number on it. But this one says, "Justification Document for Mirena."

A That's 21.
Q Number 21?
A That's JD 21.
Q JD number 21. Okay.
MR. IMBROSCIO: How do you possibly know that?
MS. NATALE: I was like, okay, thanks for that.
MR. IMBROSCIO: That's impressive.
MS. NATALE: That is really impressive. Sorry, give me one second. I've got it. No, I don't.
MR. IMBROSCIO: Do you need mine?
MS. NATALE: If you don't mind. I swear we have one somewhere here.
MR. IMBROSCIO: I take it that's something from an electronic version, may or may not be final? Do you know?
MS. NATALE: I think it's a draft. It looks like a draft version because it's not signed.
MR. IMBROSCIO: Okay.
BY MS. NATALE:
Q Okay. So this one is changes to lactation and pharmacokinetics. Does that appear

to be what this is discussing?

A That's correct.

Q So if we turn to -- there's a -- starting at 96102, "5.2, Pharmacokinetic Properties." Do you see that?

A 96102?

Q That Bates stamp at the bottom.

A Oh, okay. I see it.

Q Do you see -- you see "5.2, Pharmacokinetic Properties"?

A I do.

Q Okay. So one more page over, and it ends in 6103?

A I have it.

Q Okay. And it looks like we have that first sentence that we've talked about before, the first full paragraph, "The pharmacokinetics of levonorgestrel itself have been extensively studied and reported in the literature." Correct?

A That's correct.

Q "Orally administra- -- orally administered levonorgestrel is rapidly and completely absorbed and the absolute bioavailability is about 90 percent."

Did I read that correctly?

A You did.
Q Do you agree with that?
A I do.
Q "Levonorgestrel is bound to serum albumin and to sex hormone-binding globulin (SHBG)."
Did I read that correctly?
A You did.
Q And you agree with that?
A Yes, I do.
Q Then the next sentence says, "The relative distribution (free, albumin bound, SHBG bound) depends on the SHBG concentration in the serum."
Did I read that correctly?
A Yes, you did.
Q So we discussed earlier that levonorgestrel itself with Mirena use decreases SHBG somewhere from -- you have 17 percent in your publication and then up to 30 percent in the label. Is that --
A Yes, different studies show that, yes.
Q Okay.
MR. IMBROSCIO: Let her finish before you begin to answer.

MS. NATALE: Thank you.
BY MS. NATALE:
Q So LNG decreases SHBG somewhere from 17 to 30 percent with Mirena use. Correct?
A Yes, that's correct.
Q If we use the Edelman data -- which it looks like may have been what you relied on while you were preparing for today. Correct?
A Correct.
Q Okay. It looks like obesity decreased SHBG about 50 percent. Is that --
A In that one study it --
Q In that study.
A -- it seemed to be the case, yes.
Q Okay.
A So it probably depends on what the weight really is.
Q Okay.
So this says, "The relative distribution of free versus carrier protein bound LNG depends on the SHBG concentration in this serum." Is that correct?
A That's correct.
Q So is it -- is it accurate to say that the less SHBG that there is in the serum, the more

LNG is unbound. Is that correct?
A Well, that's not totally correct because there's also albumin that it binds to. So whenever SHBG is reduced and the part not bound to SHBG is then -- a part of that is going to albumin. But, in general, there's a slight increase of the free fraction.
Q Okay.
A That was also shown by Kuhnz, if you recall the table.
Q You can put that aside for now. Thank you.
MR. IMBROSCIO: I'll take that.
Q If we look at your -- the main piece again from Contraception, you -- if we turn to, I think, the last full page of the article itself so it ends in 5386 --
A Yes.
Q Okay?
The only full paragraph on that page starts, "SHBG serum concentrations decrease with increasing body weight, which was already described by ..."
It looks like maybe you're looking for a citation to put there. Is that accurate?

A That's accurate.
Q Okay. But you do agree that SHBG serum concentrations decrease with increasing body weight. Correct?
A That's correct.
Q And then it says, "The identified covariate effects led to a decrease of total LNG exposure with increasing body weight."
Did I read that correctly?
A Yes, you did.
Q Then it says, "In the integrated analysis, body weights of 39 to 160 kilograms were considered with a mean body weight of 61 to 66 kilograms depending on the study."
Did I read that correct?
A "A median body weight," but that's it.
Q What did I say?
A You said "median."
Other than that, the sentence was correct.
Q Okay. Thank you for that. Thanks.
Is that accurate, that the body weights included in the study included a range of 39 to 160 with a median of 61 to 66?
A I'm pretty sure -- positive because

this -- well, if we did mistake here with one of the kilograms, then this will be found by QC, by the quality check, but this is, I guess, the way -- the weight range given in these studies.
Q I wasn't suggesting it was inaccurate. I was just asking if it was. So thank you for that.
Then you said, "However, interpretation for very low or high body weights is limited because only a few women with weight near the lower or upper limit were included."
Did I read that correctly?
A Yes, you did.
Q Is that a correct statement?
A Well, that is -- that has to be seen together with the simulation my colleague performed, which are displayed in the last figure of that paper, if you want to take a look.
Q Sure.
A It's on 402. The Bates number ends with 402.
Q Perfect. 399, 401. It's figure 4?
A It's figure 4, correct.
Q Okay.
A So what we were trying to show here or

Isabel was trying to do is to simulate how body weight will affect the serum concentration, and as body weight, we've already just discussed that, it's not the only factor decreasing the levonorgestrel concentration. It's also the SHBG level getting to that. She has three lines here. So they are all based on different baseline SHBG concentrations.

Q When you said "she," did you mean --

A I'm sorry --

Q -- Dr. Reinecke?

A -- yes.

Q That's okay.

A Yes.

Q Is that who you were referring to?

A I was. Because she did the model development and simulations.

Q Okay. Thank you.

A And you can see that there's different -- I mean, it's meant to be in color. So you cannot see that in the black-and-white copy so well, but you see the gray shaded areas.

Q Uh-hmm.

A And so the white area that you see is for the COC Miranova -- we took that from a study

with Miranova. That would cover the area of body weights that were observed in the study, covers so we can really directly confirm that our measured values. And the other -- the gray shaded is a simulation, a prediction, so to say. So what we would expect the body weight -- the body weight to be like, it would go up. But there were no women with more than 80 -- what they said, the 85 kilos in this study by Endrikat. So that was what the sentence was referring to.

Q Do clinical trials -- do clinical trials of -- do clinical trials of contraceptives typically exclude overweight or obese women?

A No, not typically. It depends on what study phase you are in, but later studies do not because we want to see what the typical population looks like. But if you want to describe other parameters, you would restrict it in the early studies.

MR. IMBROSCIO: Christina, it just dawned on me, it looks like the production version is in black and white. I don't know whether we can get a color version.

MS. NATALE: That's fine. Well, it would be cool at some point.

MR. IMBROSCIO: At a break I'll see if we can get it.

MS. NATALE: Okay. Thank you.

MR. IMBROSCIO: It probably won't be Bates numbered but --

MS. NATALE: So I'm going to -- okay. You can mark that one.

We're marking Exhibit 24, I think.

(Exhibit 24 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q This is a 2013 piece by Shaw and Edelman, who I guess was the lead author on the other piece that you reviewed in preparation for today.

And you see this one is titled "Obesity and oral contraceptives: A clinician's guide"?

A Yes, I see that.

Q If you turn to the page at the top that says 63. Okay? There's a gray box. Toward the bottom it says, "Research Agenda." Is that accurate?

A Yes, I see that.

Q Okay. The first bullet says, "The majority of contraceptive research to date has

excluded women more than 30 percent over ideal body weight."

Did I read that correctly?

A You did.

Q Do you agree with that?

A Well, I'm not aware of what has been included in which studies so I do not know if that figure is correct.

Q So this is one where we really tried to conserve some trees.

So we've got an excerpt from another clinical study report for you. And I'm going to mark that as -- we're going to mark this one Exhibit 25.

(Exhibit 25 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q This one is a randomized, open label, multicenter study comparing the efficacy and safety of Mirena to Minastrin over a 12-month period in women aged over 30 with functional menorrhagia. Is that correct?

A That's the title of this study, yes.

Q So if you flip past the -- let's see. It looks like -- it starts at the beginning and

goes in numerical order -- there should be a Table of Contents.

If you turn to the Bates ending in 184796.

A Yes.

Q We've got a Table of Contents. Correct?

A Correct.

Q Then about a third of the way down, it says, "9.3 Selection of Study Population" is at page 15, which in here corresponds to Bates number ending in 804.

MR. IMBROSCIO: While she's there, I have no objection to not having the entire document, that's fine, other than it looks like, because of the page number at the top, this is probably a draft, I would assume.

MS. NATALE: Okay.

MR. IMBROSCIO: Okay.

A Page 804?

Q It ends in 804.

A Okay.

Q Do you see "9.3 Selection of Study Population"?

A I do.

Q Then at the bottom we have "9.3.2

Exclusion Criteria." Correct? Did I read that correctly?
A Correct.
Q It says, "A patient was considered ineligible and should not have entered the study if any of the following criteria applied."
Did I read that correctly?
A You did.
Q Okay. If you turn to the page ending in 806.
A Oh, 806, not 805. Okay.
Q Does number 21 say "Obesity, body mass index greater than 30"?
A It does say that.
Q Okay.
A But it was a -- let me read it.
(Document review.)
Okay. That was from the heavy menstrual bleeding.
Q Okay.
MS. NATALE: I did print out the whole document of this just because it's not like a clinical trial or anything, but we are going to look at one page specifically. We're going to mark this one as Exhibit 26.

(Exhibit 26 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q Do you have any understanding of what R&D means?

A Research and development.

Q Research and development. Okay.

MR. IMBROSCIO: 26.

Q So the title of this -- this one is Bates stamped MIR_FA-R_00002831. If you look at the top it's called "Data Monitor," and it says, "Therapy Area Series, R&D Trends: Women's Health." Correct? Is that what it says? Just the title up here, "R&D Trends: Women's Health."

A Okay.

Q Then it says, "Publication date, December 2011." Correct?

A That's correct.

Q If you turn to -- once you flip the first page, you'll see that starting on page 2 it says -- there are actual page numbers, not just the Bates. Do you see it says page 2 at the bottom?

A I see it.

Q Okay. So if you could flip to 57.

Okay?
A So I'm not familiar at all with this document. So what is that?
Q Okay. I didn't create it so I couldn't tell you specifically. It appears to be a collection of research and development -- different articles regarding trends in women's health research and development.
A So ideas what -- where it goes, from gynecologists or who is --
Q Correct, correct.
So at the top of this page 57, do you see it says, "Clinical Trial Design in Women's Health"?
A Yes, I see that.
Q So it appears to be a publication series about clinical research -- clinical trial research and development. And then this section is titled "Clinical Trial Design in Women's Health."
A Okay, I see that.
Q Okay? So we're on page 57. Okay?
A Yes, we are.
Q It says, "Patient Inclusion." "Women included in hormonal contraceptive trials should be reflective of the label that the company is

seeking."
Did I read that correctly?
A That's correct.
Q Do you agree with that statement?
A Well, it depends, of course, which phase of development you are in. In early studies you would not have the whole population but then later on you would enlarge your population.
Q "For example," it says, "companies often exclude women over 35 years of age, smokers, and obese women."
Did I read that correctly?
A You read that correctly.
Q Do you agree with that statement?
A I cannot say that because it's a trend that seems to be.
Q Okay.
A I am not a clinician, and I am not conducting clinical studies.
Q It says, "This results in the clinical trial data not being reflective of the 'real-world' efficacy and safety in a group of women which is not so defined."
Did I read that correctly?
A You did.

Q If it is correct that obese women are often excluded from clinical trials of contraceptives, hormonal contraceptives, do you agree that that is not reflective of real-world data?

MR. IMBROSCIO: Objection.

A Well, I cannot really talk about that question because that's a position, and I'm not familiar with all what is done. There are different phases not only during -- up to marketing but also observational studies afterwards. So that would be certainly something pharmacovigilance could better judge than I can or the clinicians.

So I cannot even be sure that's totally true, but I'm not sure what kind of contraceptive they talk about here, is it oral or is it long-acting.

Q I definitely understand what you're saying. The question is that if it is true that hormonal contraceptive trials exclude obese women typically, do you agree that that's not reflective of the real-world use of hormonal contraceptives?

MR. IMBROSCIO: Object of the form of the question. Also just note my objection, beyond

the scope. You can answer.

A Well, if they did not look at certain factors, as mentioned here, then -- over the development, that would certainly lead to -- to the exclusion of statements for these patients in the label, or you need to say you're not supposed to do that.

Q Let's try this a different way. Let's go back to your main publication and that last page that we were just looking at where you said that there's a range of 39 to 160 kilograms considered. Correct?

A That's correct.

Q Okay. But that there's only a few women with weight near the lower or upper limit included. Correct?

A That's correct.

Q Okay. And is it your understanding that women who use Mirena may be in the higher range of that or maybe even above that range?

A Mirena is marketed for such a long time, and I'm not aware of any exclusion criterias that gynecologists use, but I do think because it's a local action, and systemic availability of levonorgestrel is not important, it might be used

also in women that are heavier than normal weight.
Q Okay. So you said, "because it's a local action, and systemic local availability of levonorgestrel is not important." Is that correct, you said that?
A Well, I said it's a local action so for the contraceptive effect, we don't need a certain systemic exposure like we do with oral contraceptives.
Q For the contraceptive effect, the systemic availability is not necessarily relevant.
A That's correct.
Q But as we described a few times, and I know -- I could tell you were getting a little frustrated, I'm just trying to understand it in context. For undesired effects, effects other than contraceptive efficacy, the systemic availability is relevant. Is that correct?
A That's correct for -- for all the contraceptives and all the drugs.
Q Correct.
A That's a general concept, yes.
Q For all of the routes of administration.
A Yes. Yes.
Q So for Mirena, for the contraceptive

effect, we're talking about the local levels of
the hormone, correct --
A Right.
Q -- in the endometrium? Is that correct?
A Yes, that's correct.
Q And for any other biological effects, we
are talking about systemic circulation. Is that
correct?
A Well, what other biological effects are
you talking about, to be precise?
Q Okay. I feel like I tried to do this,
and hopefully we can iron this out here, for
example, acne.
A I mean, it is in the label that it does
occur at a relatively low incidence or frequency
with Mirena, and we already discussed that. Then
the systemic levels might lead to that.
Q So the systemic levels would be relevant
to whether or not Mirena causes acne. Is that
correct?
A Yes.
Q Okay. And is it the unbound
biologically active serum concentrations that
would cause, say, acne? Is that correct?
A If it -- if it is the case in some

women, then that would be the unbound levonorgestrel.
Q It would be the unbound levonorgestrel.
A Yes.
Q Okay.
A Which is a very low percentage of the total.
Q Okay. But the -- when we looked at this justification document, which was Exhibit 23, it says that the relative distribution, meaning free, albumin bound, and SHBG bound, depends on the SHBG concentrations in the serum. Correct?
A That's correct.
Q And LNG decreases SHBG somewhere between 17 and 30 percent with the use of Mirena. Correct?
A Depending on the dose of LNG. As Mirena --
Q With Mirena.
A Oh, you said 17?
Q 17 to 30 percent --
A I understood 17.
Q -- with Mirena.
A 17 to 30, yes.
Q Yes.

A We discussed that.

Q Okay. And that would affect the relative distribution of LNG that is bound to albumin, bound to SHBG, and free. Correct?

A That's correct. And if you want to look at the numbers, then we should go to the Kuhnz paper and have -- and we can see that, generally, the free fraction is changed from about 1 point -- percent, and in women with lower SHBG to about 2 percent. Or less than that, even.

Q Okay. And then obesity decreases SHBG, according to the Edelman paper that you reviewed in preparation for today, potentially up to about 50 percent. Correct?

A That was in that paper, correct.

Q In that paper.

A Yes.

Q So that also would affect relative distribution of LNG that is bound to SHBG, bound to albumin, and free or unbound. Correct?

A Yes. As it was described also in the Kuhnz paper, yes. That's actually the similar decrease that was seen in there.

Q Okay.

A So in the SHBG concentration. But the

effect on the free concentration is not like the 50 percent. It changes by a factor of 2. So from 1.1 to 1.7.

MS. NATALE: Okay. Let's take a five-minute break, and then we'll get back to it.

MR. IMBROSCIO: Sure.

THE VIDEOGRAPHER: The time is 2:27 p.m., and we're going off the record.

(A brief recess was taken.)

THE VIDEOGRAPHER: The time is 2:40 p.m. on November 21st, 2017, and we're on the record with video 4.

BY MS. NATALE:

Q Let's start by looking at your -- the main publication. We talked about how one of the parts of this study was a method -- a model by which you -- you and your coauthors estimated the unbound LNG in users of different routes of administration of LNG contraceptives. Correct?

A That's correct.

Q I know you mentioned that Dr. Reinecke --

A Yes.

Q -- was kind of the mathematician. So I assume that she was highly involved in that. But

could you explain -- do you know what the model was that was used to estimate the unbound LNG?

A Well, the model was built describing all the concentration data and the residual content data that we talked about this morning and then also the SHBG concentration as far as is available for the different studies.

So this was the database, and the model describes the concentration in relation to the -- it's not only the residual content because that goes in for the LNG-IUSs, but it's also the dose by the COC and by the progestin-only pill, the LNG doses.

Q Okay.

A So this all went into the model, and it describes the pharmacokinetics, independence of the dose, and the way it's absorbed. So all the information that we know about levonorgestrel are in there.

In addition to that, we also have the demographic -- demographic factors in there, so body weight. And that's how you can -- like using that description of the PK, the concentration time profile by your model, you can also assess, well, these are the -- this is the body weight and what

happens -- when the women get heavier, what happens to the levonorgestrel concentrations.

Q And also the unbound concentration?

A That was calculated based on the SHBG concentration that went in there. Albumin was also in the model, the fact that it binds to albumin, but that was kept constant, more or less.

Q Okay.

A Because, while it does change -- while the level of albumin remains constant but the SHBG, we talked about that, does -- is decreased by the levonorgestrel. So that was implemented into the model as well.

Q Okay.

A But don't ask me for the formula behind that. It looked really complicated.

Q I am going to get into a little bit of it, and just let us know if you don't understand anything or that's not your area and we'll take it from there. Okay?

A Okay.

Q We're going to look at some literature that hopefully might be able to help us.

So let's start with what we're going to mark as Exhibit 27.

Is that right?
MR. ROCKSTAD: Correct.
(Exhibit 27 was marked for identification and attached to the deposition transcript.)
MS. NATALE: Thank you.
BY MS. NATALE:
Q This one is a piece by, I think it's Subakir, titled, "Endometrial angiogenic response in Norplant users."
A Okay.
Q There's really not too, too much in here I want to talk about right now, but why don't you read through the abstract while I -- okay.
A That's fine.
Q Just while you read through that, basically, my understanding of slash why we're going to talk about this is just that this study measured both LNG and SHBG levels in Norplant users and attempted to figure out kind of what you were talking about, like what the unbound levels might be.
A Okay. (Document review.)
MS. NATALE: Michele, while she's reading that, I just wanted to let you know we are swapping out -- Michelle Mangrum was kind enough

to get us a clean copy of Exhibit 21, and we're going to swap the clean copy in for the record.

A (Document review.)

Q Let me know whenever you're ready.

So I'm going to take you to, at the bottom of the second page, it says 52. Do you see that?

A Yes, but I'm not understanding, and I guess it's not explained in the -- in the summary, what is meant by "Norplant acceptors."

Q Okay. I can tell you that we are not going to discuss that so I -- I couldn't tell you what that means right now either.

A Because it says, "The results showed that the median score of endometrial angiogenic activity in the 30 women used as" -- oh, now I understand.

Q Oh, controls versus -- got it.

A I didn't see that word.

Q Perfect. So Norplant acceptors would be the people who had Norplant inserted.

A Yes, and the control group did not.

Q Okay.

So on page 52, on the left-hand column, two paragraphs above "Materials and methods."

Do you see where I am?
A Yes, I do.
Q It says, "LNG is bound to sex hormone-binding globulin (SHBG) with a high affinity, and this form is not biologically active."
Did I read that correctly?
A You did.
Q Do you agree with that statement?
A Yes, I do agree.
Q "A 'free LNG index' can be calculated as the ratio between LNG and SHBG (LNG in nanomoles per liter)" -- sorry --
A "Divided by."
Q -- "divided by SHBG in nanomoles per liter times 100."
Did I read that correctly?
A You did.
Q Are you familiar with a free levonorgestrel index?
A Well, I have heard about it when I was asked to prepare for this.
Q And that's because one of the topics on the deposition notice said "Free levonorgestrel index (or FLI) with use of Mirena." Correct?

A Correct.
Q It says, "It has been reported that the free levonorgestrel index is a better parameter for assessing the biological effect of LNG in the endometrium than LNG plasma concentrations." And it cites to Olsson, et al., 1987.
This is a study with Norplant users so the -- like we talked about, the biological effect is caused by systemic levels. Correct?
MR. IMBROSCIO: Object to the form. Go ahead.
Q Is that correct? Any biological effect of levonorgestrel with Norplant is -- starts in the systemic circulation. Is that correct?
A That's correct.
Q So when you were preparing for this deposition and you said that you heard about the free levonorgestrel index, is it your understanding that it is a ratio between the LNG serum concentration in nanomoles per liter over the concentration of SHBG in nanomoles per liter times 100?
A Yes, and that's all it is.
Q That's all it is.
A It's a calculation.

Q And it's one way of estimating what the unbound hormone might be. Is that correct?
MR. IMBROSCIO: Object to the form.
A In my view it is not correct because it does not take into account the albumin binding.
Q Okay. Let's take a look at Exhibit 15, which was the e-mail attaching the various PK references for the Mirena label. Do you have that?
A It's this big thing?
Q Yes, it's the big, old set. So the second piece --
A I don't have that anymore.
Did you take it?
MR. IMBROSCIO: Which one is it?
MS. NATALE: It has a big binder clip.
A Is that the one? Exhibit 15?
Q Yes.
A Yes.
Q So the second piece, which we talked about a little bit, is the 1990 Fotherby piece, "Potency and pharmacokinetics of gestagens."
A The second -- was that second document attached?
Q Yes. K. Fotherby.

A Yes.
Q Do you see that one?
A Uh-hmm.
Q Okay.
So the first thing let's talk about, is, in this abstract, down at the bottom about one, two, three, four, five lines up, it says, "Measurement of the serum total concentration is unlikely to correlate with their pharmacological activity." It looks like "their" is referring to the gestagens included in this study. Correct?
A I haven't read the whole abstract, but it seems to, because they have been mentioned before that.
Q Do you agree that measurement of serum total concentration is unlikely to correlate with the pharmacological activity of the gestagen?
MR. IMBROSCIO: Object to form.
A Well, I don't know the whole -- the whole article, but what I understand about pharmacokinetics and the relation -- I mean, it's easy to measure pharmacokinetic levels, but you can -- it's not that easy to correlate it to the effects. That's why you do clinical studies and see what happens.

Q And we'll -- we'll go through this article quite a bit more, but that also refers to the serum total concentration is unlikely to correlate with pharmacological activity. And is that because, as we discussed, it is the unbound drug that is capable of biological effect? Is that correct?

MR. IMBROSCIO: Object to the form.

A Well, I cannot say really exactly what he means with his sentence, but from what we discussed earlier, he is comparing different progestogens.

Q It is your understanding that the unbound levels of levonorgestrel correspond to potential biological activity. Is that correct?

A Yes, as we discussed earlier, the unbound levels are responsible for the biological activity.

Q I think maybe this is a good, finally, explanation of what we started to talk about earlier about the interaction with the cells and the receptors. So let's turn to 534, which is the second page of the article, and the second full paragraph.

A Yes, I have that.

Q Okay. The author states, "The biological activity of a compound will depend on its pharmacokinetic characteristics, which will determine how much of the dose reaches the target tissues in a biologically active form and on the ability of the target organ to respond, which will depend on the extent to which the compound interacts with the cellular mechanism responsible for triggering and maintaining the response."
Did I read that correctly?
A Yes, you did.
Q Do you agree with that statement?
A Yes, I think that's a correct general statement about pharmacokinetics and biological activity.
Q Then it says, "For the gestagen, the latter," meaning the extent to which the compound interacts with the cellular mechanisms responsible for triggering and maintaining the response, "the latter will depend in many tissues on the interaction of the steroid with various cellular receptors."
Did I read that correctly?
A Yes, you did.
Q Do you agree with that?

A Yes, I do agree.
Q Okay. If we turn to page 537, there is a subheading, "Binding of gestagens in serum."
Do you see that?
A Yes, I do.
Q It states, "Estimating the total concentration of the gestagen in serum may not reflect the concentration of the biologically active component."
Did I read that correctly?
A You did.
Q Do you agree with that statement, generally?
A Well, in a general fashion, that's right, yes.
Q It continues, "Binding of the gestagens to serum proteins, mainly albumin and sex hormone-binding globulin, occurs" -- sorry -- "occurs, and only the unbound fraction, representing less than 5 percent of the total, appears to be biologically active."
Did I read that correctly?
A Yes.
Q Do you agree with that statement?
A Yes. We discussed that earlier.

Q "Presumably, the gestagen can readily dissociate from albumin to which the binding is weak, but the binding to SHBG is much tighter, and dissociation will therefore occur less readily."
Did I read that correct?
A You did.
Q Do you agree with that statement?
A Yes. I'm not totally aware of how strong it binds, but it is a general understanding of how these transfer proteins work.
Q Okay. Let's -- let's turn to page 554.
A 554. I went too far.
MS. NATALE: But you end at 550?
MS. MANGRUM: Of what study?
MS. NATALE: It's that whole e-mail attaching all the PK references, and it's got the full Fotherby article in there.
THE WITNESS: Yes, and that ends?
MS. NATALE: Yours ends?
THE WITNESS: 53 -- 44, I mean. 45.
MS. NATALE: Yes, it should keep going.
MR. IMBROSCIO: You said what, 50? What page are we on?
MS. NATALE: 545.
MR. IMBROSCIO: Oh.

THE WITNESS: You said 54.

MS. NATALE: Oh, I'm sorry. I'm like -- it's been a long day already.

MR. IMBROSCIO: That's why we were all --

MS. NATALE: I was like, I swear it's all in there.

THE WITNESS: I have 45.

BY MS. NATALE:

Q 545, okay. And it says, "Unbound gestagen in serum." Correct?

A Correct.

Q It states, "As shown in table 1, the gestagens are extensively (greater than 95 percent) bound in serum."

Did I read that correctly?

A You did.

Q Do you agree with that?

A I have to check on table 1.

Q Okay.

A But, I mean, he is talking about several progestogens, right?

Q You agree that -- okay. So let's get more clear.

Do you agree that levonorgestrel is

extensively bound in the serum?
A Yes.
Q "The major proportion of the binding is with albumin, which has a high capacity for binding drugs but to which the affinity of binding of the gestagens is low so that the albumin-gestagen complexes readily dissociate."
Did I read that correctly?
A You did.
Q Earlier you said something that I was trying to understand, and we kind of talked around it a little bit, but you said something about it binds and then it gets off. Is that dissociation?
A Yes, that's probably -- yes, that's what it is, yes.
Q And so it says that "The dissociation constants KD." Do you have any understanding of what that is?
A That's the constant of dissociation, so the K for constant and --
Q "The dissociation constants for binding of the gestagens to albumin are low, and all appear to be within the same range, 3 to 4 times 10 to the 6th." I don't know what that means.
A To the minus 6 molar.

Q Do you have any understanding of what that means or tells us?

A Well, it does tell you something about the concentration that's needed or the time. I don't -- I'm not familiar with these essays.

Q So according to Fotherby, the binding to albumin has high capacity but low affinity. Correct?

A That's correct.

Q And that it -- the albumin-gestagen complexes readily dissociate. Correct?

A That's what it says.

Q So when the gestagen dissociates from albumin, is it biologically -- is it capable of crossing the cell barrier?

A It is capable -- one part of it would be capable to cross the barrier, but the other part of it would also be eliminated. So it would just be free for all these processes going on.

Q So the binding to SHBG is high affinity so it does not readily dissociate. Correct?

A Yes. That's what the constants say, and that, I believe, is correct because it has been shown early on in the studies. But you don't -- you cannot -- it still is an on-and-off binding

and not. So whenever they float, they might bind again. And so that's what it -- it's a --
(Witness and Interpreter speaking German.)
MS. OLM: Equilibrium.
A It's equilibrium.
Q Generally, is it appropriate to say that -- I guess most pharmacokineticists, from everything we've read today, would say that the LNG bound to SHBG is not biologically active. Correct?
A It's also the part that's bound to albumin is not biologically active.
Q That's fair.
I'm just trying to get -- understand. If it dissociates more readily, when it dissociates, it may be biologically active.
MR. IMBROSCIO: Object to the form. Mischaracterizes the testimony.
MS. NATALE: I wasn't -- really, I wasn't characterizing her testimony. I was asking a question.
A Yes, but, nevertheless, the important point is even if it's dissociating or not, fast or not fast, it's how much is free.
Q Okay. If we skip down, just one

sentence, at the start of the next sentence, "At the concentrations of the gestagens" --

A On the same page?

Q Yes. I'm sorry.

"At the concentrations of the gestagens in serum, only about 1 percent of the total serum binding capacity is occupied."

Did I read that correctly?

A You did.

Q Then it says, "As for all drugs which are extensively bound in serum, small changes in binding may have important implications. If the total bound were to decrease, for example, by 2 percent from 96 percent to 94 percent, the change would be insignificant in terms of the bound fraction, but it would produce a significant 50 percent increase from 4 percent to 6 percent in the unbound biologically active fraction."

Did I read that correctly?

A You did.

Q Do you agree with that sentence?

A Yes. I mean, it's factor 2 percent.

Q So earlier we were talking about -- you said something about -- you said something about the unbound fraction and something about how even

with decreases in SHBG, the unbound fraction, I think you said, only might change from, say, 1.5 to 1.7. Correct?

MR. IMBROSCIO: Object to the form. I don't think that's what she said.

Q Let's find -- let's find what you said about that. Okay. Oh, here we go.

You said in the SHBG -- I asked -- so we were talking about how obesity decreases SHBG, according to Edelman, potentially up to about 50 percent. Correct?

A Correct.

Q And then I said, "So that also would affect relative distribution of LNG that is bound to SHBG, bound to albumin, and free or unbound. Correct"?

And you said, "Yes. As it was described in the Kuhnz paper, yes, that's actually the similar decrease that was seen in there." Then you said, "So in the SHBG concentration. But the effect on the free concentration is not like the 50 percent. It changes by a factor of 2. So from 1.1 to 1.7."

A Yes. And that's the percentage, but the concentration that you measure is still a very low

concentration, yes.
Q So as Dr. --
A It can -- sorry, I have to correct myself.
Q Feel free.
A Of course, if you have like 10 picograms per ml free and then if you have like a 1.5 change, then you have 15 free.
Q Okay.
A So you always -- but you always have to look that -- it's an individual -- the change, like factor 1.5 or double change is an important change, but we're talking about Mirena, which has very low concentrations anyway.
Q But when we talk about the biologically active hormone, that's the fraction that is unbound. Correct? And you've testified to that several times today.
A That's correct, yes.
Q So we're talking about the biologically active fraction, as Dr. Fotherby put it, just a small increase in the -- sorry, a small decrease in the SHBG bound fraction may correspond with a significant increase in the biologically active fraction. Is that correct?

A Yes. He's speaking in a general manner here, yes, that's correct.
Q Okay. About levonorgestrel.
A Yes, and other -- he's talking about all the gestagens, if I understand that correctly.
Q Okay. So he's talking about all of the gestagens, but, as we discussed earlier, LNG binds highly to SHBG. Correct?
A Yes.
Q Okay. Let's put that aside.
Oh, actually -- give me one second. Let's -- still on Fotherby. Oh, here we are.
So we're going to go down a few more lines so the next sentence starts with -- we're back on 545. Sorry about that. I said it right that time, 545. So the next sentence starts with "Changes." We're going to skip that sentence, okay?
A Uh-hmm.
Q Then the next sentence starts "Because."
Do you see that?
A Yes.
Q He says, "Because the gestagen can readily dissociate from albumin and the possibility that the albumin-gestagen complex may

be able to permeate some tissues, e.g., the liver, the tighter binding to SHBG may be important in preventing rapid metabolism of the gestagen."

Did I read that correctly?

A You did.

Q So is that what you were talking about when the -- when levonorgestrel, for example, dissociates from albumin, some of it may be biologically active and some may be metabolized?

A And eliminated.

Q And eliminated. Is that correct?

A That's correct.

Q Thank you. We can move on from that one.

Thank you.

(Pause in proceedings.)

(Exhibit 28 was marked for identification and attached to the deposition transcript.)

MS. NATALE: So we're marking Exhibit 28. And this is a 1998 article by Alvarez, titled, "Sex hormone-binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants."

Once you've seen it, let me know if you've ever seen this before. This is Alvarez and

Brache.

A I haven't -- I'm not aware that I've seen this before.

Q Okay. The first sentence of the abstract says, "Levonorgestrel has an inhibitory effect on sex hormone-binding globulin (SHBG). This decrease in SHBG leads to an increase in the free levonorgestrel index (FLI), which has a stronger biological effect."

Did I read that correctly?

A You did, but --

Q Do you agree with that?

A Well, I don't understand why the free levonorgestrel index, which is the ratio, should have a stronger biological effect. So I cannot really relate to that sentence.

Q So the ratio is a type of estimation of the unbound hormone. Correct?

MR. IMBROSCIO: Object to the form.

A No. It is just a calculation of the theoretical of the molar concentration of SHBG and the molar concentration of total levonorgestrel, and it doesn't say if it's bound or not. It just makes a ratio -- you put that yourself earlier, you said that yourself -- of these two compounds.

And it does not say much about the free because the albumin is not taken into account.

Q Okay. As we discussed, LNG is highly bound to SHBG. Correct?

A That's correct.

Q And it does not readily dissociate from SHBG. Correct?

A Well, the percentage remains over time. So if something from the free is eliminated and then even from SHBG, even though the binding is tighter, then something dissociates from that complex as well. So, yes, the free levonorgestrel index is just a calculation and it can have a -- cannot have a stronger biological effect.

Q We're going to mark Exhibit 29.

(Exhibit 29 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q This is an e-mail from -- if we look really quickly at your -- the Reinecke -- the Reinecke publication, which was Exhibit 5, it looks like, I think -- let's see, Dan Apter, is that one of your coauthors, potentially? I can't remember now.

A Yes, that's correct.

Q Yes?
A Yes.
Q And then you are also included on this e-mail chain. Correct?
A Yes. But that was not on the Reinecke publication. That is the Apter paper.
Q Okay.
A That was in 2015 -- 2012.
Q So you're saying this e-mail is discussing another publication.
A Correct.
Q To clarify, I was not suggesting that this e-mail refers to your publication. I just wanted to know if you knew who Dan Apter was.
A Oh, because you mentioned Reinecke, so I think she wasn't involved here.
Q Fair enough. Thank you for that.
This e-mail is from 2012. Correct?
A Yes.
Q And it is an e-mail chain on which you are also cc'd. Correct?
A Correct.
Q And are you familiar with -- it sounds like you're familiar with the publication it discusses. Correct?

A Yes, correct.
Q So if we -- if we go back to the page ending in 26411.
A Yes.
Q Okay. It looks like -- is it Dr. Apter, Mr. Apter?
A I think it's Dr. Apter.
Q Okay. Dr. Apter says, "Dear Michael & all." Do you see that at the top?
A I see that.
Q So about halfway through that first e-mail it says, "Could you please still send me the following to be prepared for questions," and the first line says, "Description or formula for calculation of unbound LNG."
Did I read that correctly?
A You did.
Q It looks like the response came from Dr. Zurth. Correct? If we flip back --
A Can I just go --
Q Sure.
A -- where it's cited?
Q I was trying to go in order. Just to really quickly clarify, because this is an e-mail chain, it starts at the end and goes back to the

beginning. So why don't you take a minute to read through this.

MR. IMBROSCIO: While she's doing that, one thing I do want to state for the record is that we've given you an -- an openness of the draft articles. They're obviously drafts.

MS. NATALE: Oh, yes.

MR. IMBROSCIO: And just, I'm concerned about the publication process, to make sure that things get published --

MS. NATALE: Sure.

MR. IMBROSCIO: -- you know, and so we would maintain the confidentiality of them just based on that issue.

MS. NATALE: They're Bates stamped so they're already marked confidential.

MR. IMBROSCIO: Great.

MS. NATALE: Thank you.

A (Document review.)

Okay.

Q Okay?

So it looks like on the page ending in 411, Dr. Apter asks for a description of formula for calculation of unbound LNG. Is that correct?

A Yes, that's correct.

Q And then Dr. Zurth responds, on page ending in 409, he doesn't have a simple description on the calculation of the free concentration of LNG, but he will try to explain it briefly. Correct?
A Correct.
Q Okay. And he says, "The total concentration of a drug, Ctot, is given by the following equation, which was taken out of the internal report." And I don't see an attachment. I will represent to you I don't know if it was included in this "E-mail family" that was produced.
But it says -- he says, "Where C is always the concentration of the drug, in our case, LNG, Stot is the total SHBG concentration; Atot, the respective albumin concentration; n denotes the number of binding sites; and KD_" -- which we talked about earlier -- "is the respective dissociation constant for SHBG and albumin." Correct?
A Correct.
Q It says, "You can solve this equation to Cu, but then it is not any more understandable. I, therefore, use this equation to illustrate the

calculation."
Did I read that correctly?
A You did.
Q "In the internal report, the KD values" -- and those are the dissociation constants. Correct?
A Correct.
Q -- "and the number of binding sites were determined based on an ex vivo protein binding data from clinical studies."
Did I read that correctly?
A You did.
Q "The calculated data are thus also in accordance with the ex vivo determined free concentration of LNG. For the calculation of the unknown LNG concentration, you only need the total drug concentration, the SHBG, and albumin concentration."
Did I read that correctly?
A You did.
Q Do you happen to know the final title of this study we talked about from 2015? Is Dr. Apter the lead author?
A It is. It's a paper that I also have in my --

Q Do you have it with you today?
A Yes. Let me think.
MR. IMBROSCIO: You have your cheat sheets there.
THE WITNESS: Yes, but I have the publication --
BY MS. NATALE:
Q Is it called "Subgroup analyses of a randomized phase II study comparing two low-dose LNG" --
A I'm trying to --
Q I was just reading the subject line of this e-mail.
A The article is -- it all went in.
MS. NATALE: Can we get copies made of that, please.
MR. IMBROSCIO: Sure. The Dan Apter?
THE WITNESS: The Dan Apter paper.
MS. MANGRUM: That's the one you used repeatedly with Jusko. You don't have that with you?
MS. NATALE: Lauren would have used that one.
MS. MANGRUM: You weren't there.
MS. NATALE: Thanks. It's almost two

years ago.
MS. MANGRUM: Yes, but it's not a surprise. We sure can.
MS. NATALE: No, I'm not saying it was a surprise. We just want to be able to review it. So it would be helpful.
MR. IMBROSCIO: Do you want to stop the examination, or can we go through the examination and get a copy made?
MS. NATALE: We can continue.
MR. IMBROSCIO: Okay.
MS. NATALE: Okay. We'll take a look at that later.
BY MS. NATALE:
Q So let's keep going.
A The subgroup analysis was done, and it went into this publication.
Q Okay. Thank you.
MR. IMBROSCIO: Here you go. Here's a copy for you.
MS. NATALE: Thank you.
MR. IMBROSCIO: We have our own copies.
MS. NATALE: Okay.
MS. MANGRUM: Do you need another one?
MR. IMBROSCIO: No. Leave it here just

in case.
BY MS. NATALE:
Q Are you familiar with Dr. Frits Riphagen?
A No, I don't know him.
(Exhibit 30 was marked for identification and attached to the deposition transcript.)
MS. NATALE: We just marked Exhibit 30.
BY MS. NATALE:
Q The subject of -- sorry. This e-mail is Bates stamped MIR_PSEU_Unredacted_00285735. Is that correct?
A That's correct.
Q The subject of this e-mail is "LNG and SHBG." Correct?
A Correct.
Q It looks like some various people within Bayer were e-mailing Dr. Zurth some questions about LNG and SHBG. Do you want to give a quick read through?
A Yes, I'll just have a quick look at this.
Q Sure.
A (Document review.)
Q I will just -- we -- I believe, but it's

not super relevant right here, that the redacted sections refer to a combination LNG/EE product.
A Yes, I cannot tell what it referred to.
Q Like Climara Pro or something like that.
A But it seems to be that they speak about peri and postmenopausal women treated with oral estrogens.
Q Just as a quick aside, in your publication the second factor that you listed that affects serum LNG concentrations is the concomitant administration of ethinyl estradiol. Correct?
A That's correct.
Q And EE increases SHBG. Is that correct?
A That's correct. (Document review.)
Okay.
Q Okay?
So on the second page, which ends in 5736, about halfway down, do you see "In the literature"?
A We start with "Clearly"? No.
Q It says --
A "In the literature."
Q Just above that. Perfect.
A Sorry. I'm losing the thread.

Q That's okay.
It looks like Dr. Riphagen -- actually, if we look at the last page, ending in 737, it says, "Frits E. Riphagen, director, clinical development, and project support, Schering Oy."
A Oy is for Finland.
Q And then Schering, as we mentioned, is now some -- in some way a part of Bayer.
A Correct.
Q He says, "In the literature," back on 736, "I found two publications on an LNG-specific correction factor, the free levonorgestrel index (FLI)." The first one, it looks like, is Olsson, "Plasma levels and free levonorgestrel index in women using Norplant implants or two covered rods." And then Alvarez -- sorry. It looks like a typo. I think that's the same Brache, B-R-A-C-H-E-E, and Alvarez, "Free levonorgestrel index and its relationship to luteal activity during long-term use of Norplant implants."
Did I mostly represent that correctly?
A Yes. So I understand there are two publications, Olsson and Odlind, and then whatever is --
Q Brache.

Then it says, "The FLI was calculated as follows. Serum LNG in nanomoles per liter to serum SHBG in nanomoles per liter times 100."
Did I read that correctly?
A You did.
Q Is that also in accordance with the calculation of FLI that we discussed earlier?
A Yes, that's the same formula.
Q Then it says, "Clearly, the background of this was that, in some women using Norplant, ovulation was not inhibited while their LNG serum levels were similar to others where ovulation took place, the conclusion being that the biologically active, unbound fraction of LNG was reduced below minimum effective levels."
Did I read that correctly?
A Yes. That's obviously what he did -- what Riphagen -- what's his name?
Q Riphagen.
A -- Riphagen concludes.
Q And so it at least looks like he concluded that the unbound fraction of LNG is what is biologically active. Correct?
A Correct.
Q So changes in biological activity would

have -- would -- strike that.

Because, in some women using Norplant, ovulation was not inhibited while their serum levels were similar to others where it was inhibited, the conclusion that he draws or perhaps that the papers draw, but from what it says here, is that it must be due to changes in the unbound fraction. Is that your understanding?

A Well, he obviously is looking for reasons why, with women with the same total concentrations due to have several -- no, different observations, and he was thinking -- I mean, obviously, of the serum concentrations, yes.

Q Okay.

A Certainly they discussed other factors in general. I'm not familiar with the project, but you look into all the factors that could affect this.

Q Okay.

Okay. I have -- the next exhibit that we're going to mark is a photocopied article from, I guess, a book that's a symposium. I would be happy to provide this to you. I'm also going to give you a photocopied version of it for your response. And then this book is titled "Steroid

Contraceptives and Women's Response: Regional Variability in Side Effects and Pharmacokinetics."

I'm sorry, we're going to mark this photographed article as Exhibit 31. That way you can -- that's fine. She can use either version.

(Exhibit 31 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q So we talked about earlier that there is variability in various pharmacokinetic parameters with levonorgestrel. Correct?

A Correct.

Q And if you -- if you --

Are you in the book, Michael? Okay.

If you open -- the front page is a photocopy of the title page, but then there is a specific article photocopied behind it. Do you see that?

A And that would be page 239 in the book?

Q Yes. Okay.

And this is by Dorflinger. Do you know that name?

A No, I don't. When is the book from?

Q 1993 -- 1990.

A It's rather old.

Q Sure, sure.
This one says, actually, "Edited by Snow, 1994." So --
MR. IMBROSCIO: Let me show this to her.
MS. NATALE: Sure. And it's actually at the bottom of this page too, but yes.
A Okay.
Q Okay. And you can see the first kind of reference to her name, Dorflinger, says, "Research Division, Office of Population, U.S. Agency for International Development."
Do you see that?
A Yes, I do.
Q So this article is called "Variability in steroid pharmacokinetics: Needs for future research." As you mentioned, it was from the 1990s. Correct?
A Correct.
Q If you turn to page 243, there's a title "3, Bioavailable or Free Hormone."
A I see that.
Q Okay. So the second sentence says, "However, the true bioavailability of a hormone is strongly determined by its binding to plasma proteins such as sex hormone-binding globulin

(SHBG)."

Did I read that correctly?

A You did.

Q Do you agree with that statement?

A Yes. We had that before.

Q Then we're going to skip the next sentence. It says, "In a review of the potency of progestins, Fotherby," with a reference 6, "recently concluded that serum concentrations do not correlate with dose or pharmacologic activity. Rather, it is the unbound (free) fraction that is important."

Did I read that correctly?

A You did.

Q Do you agree with that statement?

A Yes, I do.

Q If we turn, it looks like, to the last page, it says, "References" --

MR. IMBROSCIO: When you say "last page," do you have a specific reference?

MS. NATALE: I'm sorry, of that article. 245.

MR. IMBROSCIO: Okay.

MS. NATALE: Sorry.

BY MS. NATALE:

Q -- "references, number 6, Fotherby, K., Potency and Pharmacokinetics of Gestagens, 1990."

Is that the source that we looked at earlier by Dr. Fotherby?

A That seems to be the case.

Q If we turn back to 244. 244. The first full paragraph starts, "The values for free hormones are almost never reported; however, such determinations are critical to the understanding of the link between pharmacokinetic response and physiologic end response."

Did I read that correctly?

A You did.

Q Do you agree with that statement?

A That was a statement from the '90s.

Q Sure.

A I guess at that time it might have been correct that it wasn't reported, yes.

Q Okay. So if we scratch the first part of the sentence and we read, "Such determinations," the value for free hormones, "are critical to the understanding of the link between pharmacokinetic response and physiologic end response," do you agree with that?

A Let me read that sentence again.
Q Sure.
A (Document review.)
I mean, yes, I agree because we already discussed the free or the unbound fraction is the one that is biologically active.
Q Great. Okay.
It continues, "This fact is clearly illustrated in one study of Norplant users where Olsson et al. showed that women who conceived while using Norplant had a lower 'free levonorgestrel index.' While the free levonorgestrel index (the ratio of total levonorgestrel to SHBG times 100) is not an exact reflection of the amount of free levonorgestrel because it does not take into consideration other binding proteins or other steroids bound to SHBG, it is a reasonable proxy and is clearly a better reflection of levonorgestrel effects than plasma total levels of this steroid."
Did I read that correctly?
A That's what he's written here, yes.
Q Do you agree with that statement?
A I don't agree because I don't think that the free levonorgestrel index tells you much. We

discussed that.
Q Okay. These authors found in a -- this author found in a study of Norplant that the free levonorgestrel index, while not an exact reflection of the amount of free steroids, it was a reasonable proxy and clearly a better reflection than the plasma total levels.
Is that what the author concluded?
MR. IMBROSCIO: Object to the characterization.
A The author -- that's what the author says here. Well, the author of this article, but I think he's referring to the Olsson article.
Q Okay. Then it states, "Future research that attempts to correlate hormone concentrations with various effects or side effects should therefore use free hormone values rather than total serum concentrations."
Do you agree with that statement?
MR. IMBROSCIO: Object to the form.
A Well, that's why in new studies we do report both, the total and -- and the free. For example, in the Apter papers it's given. We also do that in the meta-analysis. But we can also show that with levonorgestrel only, there's not

such a huge change -- especially with the lower dose products, it's not such a huge change. But we do report that now.

Q Sure. And that's -- so when -- for example, you're the main one that we come back -- keep coming back to, your piece, the Exhibit 6 that we keep looking at. The reason that you would report both the total levels and the unbound fraction is because the unbound fraction is a better indicator of potential biological effect. Is that correct?

MR. IMBROSCIO: Object to the form. Asked and answered.

A Yes. We discussed that.

Q Okay.

A Yes.

Q I'm just trying to make sure we --

A Yes, yes. I understand.

MR. IMBROSCIO: I think she's now given that answer at least six or seven times.

MS. NATALE: Do we want a standing -- let's just -- okay.

MR. IMBROSCIO: We're getting to a lily-gilding point. Please continue.

MS. NATALE: Sure. Let's move on.

BY MS. NATALE:
Q Let's go back to the -- let's see, which one was that -- back to Exhibit 27, which was the Subakir piece. Actually, sorry, you can put that aside.
We're going to mark Exhibit 32.
(Exhibit 32 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q This document is Bates stamped MIR_PIEU_00913665. It looks at the top to be dated April 28th, 2004. Is that correct?
A That's correct.
Q This appears to be authored by Dr. Christian Zurth. Correct?
A That's correct.
Q We discussed earlier he was your predecessor as the director of pharmacokinetics. Correct?
A Correct.
Q Okay. This is titled "Statement on the use of FLI (free levonorgestrel index) for comparison of different estrogen/LNG combinations."
Is that correct?

A That's correct.
Q Have you seen this document before?
A I've seen it.
Q Do you want to give it a read through, or can we --
A No, I think you can go --
Q Okay.
A -- ahead with your questions.
Q So Dr. Zurth explains without -- not to beat a dead horse. I know that you feel that you've already answered it. He explains that "Serum levels of LNG are strongly dependent on concentrations of SHBG," that "LNG binds with high affinity to SHBG," and that because of that "the SHBG bound fraction cannot be easily distributed into the tissue or eliminated from the body."
Is that correct?
A That's what he writes.
Q That's what he writes and you agree with that.
A Yes.
Q Okay.
The last sentence of that first paragraph states, "Based on these facts, the unbound or free fraction of LNG are considered to

be more important for any comparison between different estrogen/LNG combinations."

Did I read that correctly?

A You did.

Q And you agree with that?

A Well, he's talking about estrogen and LNG combinations.

Q Sure.

It also says, "Treatment with" -- sorry, let's go back a few sentences. "Treatment with LNG alone or in combination with a low transdermally administered estrogen dose results in decreasing SHBG concentrations, which subsequently leads to decreasing serum levels of LNG." Correct?

A That's correct.

Q So that applies to levonorgestrel alone as well. Correct?

A Yes, that if you have an SHBG change, you have that also with LNG only, but if you have estrogen, you have another complexity in this because it increases it.

Q Because it increases SHBG.

A Yes.

Q Okay.

So the start of the next paragraph says, "The FLI represents the ratio of the total LNG concentration divided by the SHBG concentration in molar units times 100. Calculation of FLI are based on investigations of Olsson, et al., and Barche or Brache, et al., and are closely related to the calculation of the more popular free androgen index (FAI) for testosterone."
Did I read that correctly?
A You did.
Q Do you agree with that?
A Well, I think that's what we discussed before, that Olsson was the one --
Q And those are --
A -- who was looking into that.
Q Sorry.
Those are the same citations that we just looked at in the Dorflinger piece. Correct?
A Yes, correct.
Q Okay. Let's skip down to the last paragraph. It starts, "The FLI reflects the changes of the free fraction of LNG in relation to SHBG changes. The ratio will represent the truth if a linear relationship between the free fraction of LNG and the SHBG concentration exists.

However, the relationship may only be linear in a specific concentration range due to the non-linear dependency of the free fraction from the ligand and the binding protein concentrations. Nevertheless, the FLI should better reflect the available free fraction of LNG between different estrogen/LNG combinations than just using the total drug concentration."

Did I read that correctly?

A You did.

Q Do you agree with that statement?

A Well, as I already said, I'm not convinced that this FLI does represent that better --

Q Okay.

A -- and because it just calculates the molar ratio between the two compounds.

Q And so kind of similarly to what it looks like the Dorflinger piece states, it looks like Dr. Zurth is saying that even though it may not be an exact calculation, it should still better reflect the available fraction than the total drug concentrations. Is that accurate?

A That's what he writes.

Q That's what Dr. Zurth wrote.

A Yes.

Q Okay. All right. Let's put that aside.

So I think you testified that -- you said, "I'm not convinced that this FLI does represent it better."

We talked about -- I know you're frustrated with this. We talked about that the free levels, the unbound levels of levonorgestrel correspond to potential biological activity. Correct?

A That's correct.

Q Okay. So you don't believe that a measure of -- an estimation of the free levels that, granted, does not take into account albumin binding, you don't believe that an estimation of the free levels based on binding to SHBG is a better indicator of biological activity than total serum concentration.

A I mean, the -- let me put it in other words. We do -- we did talk about it, and the free concentration or the unbound concentration is important, but it does not help you to take just SHBG and levonorgestrel. It does need to -- you have to take both proteins into account, and that's something we did lately. It's reported in

the Apter paper, and we did it also in the -- so the free -- the FLI does not help you much.

Q Okay.

A So that has been -- when was it discussed? Like in the '80s, '90s, or whenever Olsson, I think, in '87 was thinking about this possibility to assess that. Maybe the methods weren't as good or, I don't know, because he was thinking maybe of an easy way to predict that.

Q Sure.

A But, obviously, because it hasn't been -- lately in any hormonal products been mentioned, I haven't come across this. And, obviously, it's out of discussion, and it's -- the way we do it now is like looking at the free fraction with regard to albumin and SHBG is more correct.

(Pause in proceedings.)

Q Let's go back to the 2016 Edelman piece, which is Exhibit -- I'll find it.

MS. MANGRUM: Edelman?

MS. NATALE: Yes, Edelman.

BY MS. NATALE:

Q I was trying to think. It was one of the things that you reviewed, but I think I

entered it.

A You gave it to me.

Q Exhibit 22.

MR. IMBROSCIO: Exhibit 22. I think I have it over here so stand by.

MS. NATALE: Okay. I'm going to have to find it, too. Here it is. Here is mine.

MR. IMBROSCIO: Here you go (handing).

BY MS. NATALE:

Q Okay. So this one was called "Impact of obesity on the pharmacokinetics of levonorgestrel-based emergency contraception: Single and double dosing." Correct?

A Correct.

Q This is one of the pieces that you reviewed in preparing for today's deposition.

A Yes, I looked at the plasma concentrations.

Q Okay.

So we already talked about that this article found that compared to normal BMI women, levels of SHBG are lower in obese women. Correct?

A That's correct.

Q There's also, if you look at page 3 of this article -- I know we looked at the chart

earlier, but on page 3 it says -- it says that sentence, "Compared to normal BMI women, levels of SHBG are lower in the obese." Correct?
A (Nodding head.)
Q And there's a citation to reference 17. Let's just see what she cited.
A Lindstedt.
Q Lindstedt, 1991. Are you familiar with that piece?
A No, I am not.
Q But it looks like the authors are not just referring to the table that we looked at earlier, figure 1, for the fact that obesity decreases SHBG. They're citing to another source as well. Is that correct?
A That's correct. And I think it's a well-known fact that SHBG is lower in obese women.
Q Okay. Okay.
So if we flip to page 5 of this -- sorry, let's -- okay.
Are you familiar -- have you familiarized yourself with the methods utilized by the authors in this publication?
A No.
Q Okay. It looks like they -- if we go

back to the beginning, the first page, it says that -- it looks like they developed a specific assay to measure both the total and unbound fraction of the drug, but let's take a look. Under "Study Design" on the very first page, it says, "Healthy, reproductive-aged women with obese and normal BMIs received 1.5 micrograms LNG orally." And then --
A Are you still on the abstract side?
Q Yes, I'm sorry, on the abstract under "Study Design." It says, "Total and free LNG PK parameters were obtained via serum samples through an indwelling catheter at various hours" and that "The primary outcome was a difference in total and free LNG concentration maximum between the single dose and double dose of emergency contraceptive in the obese group." Correct?
A Yes, that's what it states, correct.
Q So -- and by all means, we can take some time to read through their method, but it does appear that they actually measured, through an assay, the total -- both the total and the free LNG concentration. This is not an estimation based on a population model. Correct?
A That seems to be the case.

Q So if we turn back to page 5, and we see there's a heading pharmacokinetics. Are you there?

A Yes, I am.

Q The last paragraph on that page says, "Levels of free LNG were approximately 1 percent of the total levels." And this is with single- and double-dose emergency contraceptive. Correct? This study?

A Yes, that's correct.

MR. IMBROSCIO: Just object to the form.

MS. NATALE: Sure.

BY MS. NATALE:

Q But that 1 percent total, the -- strike that.

That figure that they -- that they represent they found, levels of free LNG were approximately 1 percent of the total levels, is that in line with what you were explaining that LNG is highly bound and that about 1 to 2 percent is present as free steroid?

A Yes.

Q Okay.

They say, "Although there was no significant difference in the free Cmax between

obese and normal BMI women that received emergency contraceptive single dose, the absolute proportion of free drug was somewhat higher in the obese group, 1.2 percent versus .8 percent in figure 1."
Is that -- did I read that correctly?
A You did read that correctly.
Q Is that in line with your understanding and the explanation you've given several times now that obese women have less sex hormone-binding globulin and therefore -- sorry. That obese women have less sex hormone-binding globulin?
MR. IMBROSCIO: Object to the form.
A Well, as we have already discussed, they do have lower levels of SHBG.
Q Okay. And when we -- when we talk about combination -- the combination of LNG and ethinyl estradiol --
A Which is not in this study.
Q Absolutely. So we're taking a -- we're walking away from this for a second. When we talk about LNG combined with EE, EE increases SHBG. Correct?
A Correct.
Q And so more LNG is bound. Is that fair? Is that accurate?

A It increases the total LNG concentration and the free fraction is slightly decreased.
Q So an increase in SHBG increases the total concentration of LNG but decreases the free fraction?
A It does decrease the free fraction, which might not be a huge amount in the concentration.
Q Okay. And then when we decrease SHBG, is the opposite true, that we decrease total serum levels but we increase the unbound fraction?
A That's correct. If you want to -- why don't we take a look at the Kuhnz publication where it is nicely depicted in a graph, and we don't have to go over that all the time, again and again.
Q So I really appreciate that. It's just, unfortunately, it's relevant to some of what I'm trying to understand here. So I am unfortunately going to keep asking you that.
A Yes, but sometimes it's easier to get a grasp of that if we look at a graph.
Q Okay. Sure. So we can do that. I don't believe we've ever discussed that exact fact before, that decrease in SHBG increases the total

concentration of LNG and -- sorry, decrease in SHBG decreases the total concentration of LNG but increases the unbound fraction. And that's what you just --
A Yes.
Q -- said that that's correct.
A Sorry. My understanding was that we were discussing that already.
Q Okay. Okay.
And this basically confirms that -- at least in this study, it says that the absolute proportion of free drug in obese women was higher. Is that correct?
A It states here it's 1.2 percent versus 0.8.
Q Versus 0.8.
A Yes.
Q Even though that -- sorry. Strike that.
So it says somewhat higher, right, and we talked about in the Fotherby article, Dr. Fotherby explained that even though the actual increase from .8 to 1.2 percent may seem relatively small, that actually represents -- we just calculated a two thirds increase, a 66 percent increase in the unbound fraction. Is

that significant?

MR. IMBROSCIO: Hold on. Object to the form. Compound and characterization. You can go.

A Well, it -- it -- I'm looking for the words. I have to apologize.

Q That's fair. Take your time.

A I'm getting tired.

Q So are we.

A It is important, but what do you mean by significant? That would be --

Q Sure. So you're going to be really upset with me for asking this, but we've already established many times that the unbound free fraction is relevant to biological activity. Correct?

A That's correct.

Q So this is -- this change from .8 percent to 1.2 percent represents a 66 percent increase in the unbound biologically active fraction. Is that correct?

MR. IMBROSCIO: Object to the form.

A Well, it represents -- yes, it represents an increase of onefold -- 1.6 fold. It's not even twofold. But it is related to this study and in emergency contraception in very high

doses. So it might, in this case, be significant or not. But you have to define what you mean by significant.

Q Sure. Okay.

A Yes?

Q That makes sense.

Here they found in this study that increase is a 66 percent increase in the unbound biologically active fraction, in this study. Is that correct?

A That's correct. And what happened then to that? I mean --

Q Sure. Let's continue.

If we turn to page 6, the last paragraph before "Discussion" states, "The fraction of LNG unbound or free fraction percentage was inverse to SHBG levels," which we've discussed several times. Correct?

A Correct. Yes, we did.

Q I know. I promise, we're getting close.

"Serum SHBG levels were significantly lower in obese compared to normal BMI women," which we've also discussed several times. Correct?

A Correct.

Q The last sentence states, "Compared to normal BMI women, the increase in fraction unbound was approximately 35 percent in obese women at both doses."
Did I read that correctly?
A You did.
Q Okay. So this study found that the increase in the unbound fraction was approximately 35 percent in obese women. And they say in both doses, one being a single dose and the other being double that. Correct?
A Twice a single dose, yes --
Q Twice --
A -- not the multiple dosing, but they received the dose twice, yes.
Q So you mentioned that it might be different based on dose. Right? I think you mentioned -- and we can pull it up if you need. I think you said something about that change in the unbound fraction might have something to do with dose. It might be dependent on dose. Is that accurate? I don't want to mischaracterize what you said.
A This is general talking.
Q Sure.

A And this one talks about emergency contraception, and I think they were looking at if that works in obese women.
Q Sure.
A Because we do know SHBG is reduced, and we know that also, consequently, the LNG levels are reduced. So for emergency contraception, there might be the problem that it doesn't work in obese women. And they were looking at this in this study.
Q Sure.
A And they found, that was an observation, that there's a 35 percent increase in the free fraction in the obese women, which means you have to calculate your unbound amount times 1.35, and then you have a little bit higher unbound amount. And for these women they could find that it obviously was good for them because it still worked in obese women.
Q Sure. And that was at both doses. Both at a single dose and a double dose, they found an approximately 35 percent increase in the free fraction. Correct?
A That's correct.
Q Okay.

So you mentioned that there was a good finding here because emergency contraception -- strike that.

I'm not characterizing what you stated. This is now me asking a separate question. It was a positive finding for these authors, and that may be because emergency contraception in this case is orally administered. Correct?

MR. IMBROSCIO: Hold on. Object to the form. Compound. No foundation.

Q Emergency contraception in this study is orally administered. Correct? Is that correct?

A That's correct.

Q And, as we discussed earlier with oral or subcutaneous levonorgestrel, the -- both the contraceptive efficacy and any other biological activity is all regulated, all created by the systemic levels of the hormone. Correct?

MR. IMBROSCIO: Object to the form.

A But that's what we -- that's what we discussed earlier.

Q Sure.

A So -- it's a systemically available compound that acts by that way.

Q Sure. Absolutely.

So in these people -- in the people in this study, it was a good thing that the unbound fraction was higher because it was still able to exert the contraceptive effect. Is that correct?

A I mean, they had -- they looked at clinical end points and they observed something, and they also measured. And their conclusion was, because it was higher, that may be the reason that luckily it still works. So that's how I understand the article.

Q So you said it may be, but you've established numerous times that the free -- the free hormone is what's biologically active. Correct?

A Yes. And that's why the -- it's a conclusion you can draw, but it's not necessarily proven, yes.

Q Sure.

But it's not hypothetical. Right? We know that the free fraction is what's biologically active. Right?

A That's correct. But with this contraceptive, it's not only the serum concentration that is related to efficacy or the other -- or the adverse effects. Because if it

was, it was so easy, we wouldn't have to do the clinical studies. There are other compounds, obviously, that we don't understand. That's why people like Edelman and -- was it Edelman here?

Q Yes.

A I think.

They do investigate in clinical studies, and they look at parameters that may explain -- help explain. And in this case, as you stated correctly, the free fraction was higher.

Q Sure. And so, again, I'm just trying to -- I know you're frustrated, but I'm really -- I'm just trying to understand, get a final answer from you --

A You're fine.

Q -- this -- this is not hypothetically that the free fraction is what causes both contraceptive efficacy and any other effects. The biological activity of this -- of levonorgestrel orally administered is directly related to the free hormone. Is that correct?

MR. IMBROSCIO: Object to the form. Compound.

A I mean, yeah, we're talking about an oral --

Q Sure.

A -- an oral levonorgestrel product that is supposed to work like this and --

Q Sure.

A Yes.

Q So that's -- that's a fact. Again -- and I'm sorry to belabor. I really am just trying to get this in the order of those two questions so that they make sense.

It is a fact that it is the free hormone, when orally or subcutaneously administered, that has any biological effect, desired or otherwise. Is that correct?

MR. IMBROSCIO: Object to the form.

A As we already discussed, the free hormone is the part of the drug measured of the total that exhibits its action. That's correct.

Q Okay. And as we discussed earlier with Mirena, the contraceptive effect is local in the endometrium mainly. Correct?

A That's correct.

Q But any other biological activity, desired or otherwise, is due to the free biologically active hormone in the systemic circulation. Is that correct?

A Well, they are not many systemic effects seen with Mirena because it is also very low dose, which leads --
Q Sure.
A -- in comparison especially to emergency contraception, to a very low free concentration.
Q Okay.
A Yes.
MS. NATALE: Let's take a quick break.
THE VIDEOGRAPHER: All right. The time is 4:04 p.m., and we're going off the record.
(A brief recess was taken.)
THE VIDEOGRAPHER: The time is 4:35 p.m., November 21st, 2017. And we are on the record with video 5.
BY MS. NATALE:
Q Okay. I believe you already have a copy of the Apter article that we discussed earlier.
A That's correct.
Q I just have the copy that you gave me.
Is that okay for now?
MR. IMBROSCIO: Sure.
MS. NATALE: I know Michelle mentioned that she's seen it many times.
MR. IMBROSCIO: We have extra copies,

right?

What I'm going to recommend -- why don't we make it a -- make this one an exhibit just so it's separate.

MS. NATALE: Sure. Let's mark that as an exhibit.

MR. IMBROSCIO: So it doesn't get lost in Exhibit 3.

MS. NATALE: We'll mark it Exhibit 33, and just this Apter piece we'll do as a separate exhibit. And we know that it's already included as well in the materials for Exhibit 3. Okay.

(Exhibit 33 was marked for identification and attached to the deposition transcript.)

MS. NATALE: Thank you. Then if you want to take the --

MS. MANGRUM: She'll use this.

MS. NATALE: Okay.

BY MS. NATALE:

Q So this is the study that we talked about earlier, and it's titled "Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: Pooled analyses of phase II and III studies." Is that correct?

A That is correct.
Q If we look at the interventions, it lists -- and here we are with yet another set of doses. So let's just go through and make sure. The pharmacokinetics interventions, levonorgestrel intrauterine system 13.5 micrograms, is that Skyla?
A That's milligrams.
Q Oh, thank you. Milligrams, thank you.
A And that's the content of Skyla.
Q That's Skyla.
LNG-IUS 19.5 milligrams, and that is Kyleena?
A Correct.
Q And then LNG-IUS 20 is Mirena.
A Correct.
Q Okay. So this analysis, they looked at -- they took PK measures from Mirena, Kyleena, and Skyla. Correct?
A That's correct.
Q And I just wanted to -- it looks like on page 7.e2, it's about the second to last page, there's a chart, supplemental table 2.
A Yes.
Q Okay. It says, "Estimated total and

unbound LNG concentration at different time points after placement of LNG-IUS, 13.5 and 19.5" -- which are Kyleena and Skyla, correct?
A That's correct.
Q -- "using a population PK compartmental model using samples from all subjects in the phase III study only."
Did I read that correctly?
A Yes, you did.
Q And can you tell me how that estimate was reached in this publication, of the unbound levels?
A Well, that's -- this paper is about the pharmacokinetics of these two LNG-IUSs that you mentioned, Skyla and Mirena -- no, Skyla and Kyleena. And all the PK samples that were collected during the phase III studies were taken as the database for the population PK analysis, and the results are listed here.
And in that model, the SHBG concentrations, which was also measured, was implemented with a certain factor -- well, with a certain formula accounting also for the changing fraction.
Q Okay. So it looks --

A And that --
Q Sorry to cut you off.
A That's how it continuously calculated over the time here.
Q It looks like they calculated it based on a measure of LNG concentration and SHBG concentration. Is that correct?
A That's correct. And in the model, the albumin concentration is implemented as well.
Q Where does it say that in this article?
A Well, it does not say it in the article, I think, but it's -- I know the reporter that did it, and that's also the model -- a similar model -- no, the model we used in the meta-analysis derived from this one, established for this study, and that's how it was done.
Q Okay. So they don't mention in the study that they measured or took into account the albumin levels.
A Let's have a look at where the --
Q Sure.
A -- where the evaluation method is described.
Q Sure. If we take a look at -- even on page 6, that might be helpful. On page 6.

A Well, it's --
Q Sure. I would like to direct you very quickly to page 6 if that's okay.
A Is that 6? Okay.
Q It says, on the right-hand side, first full paragraph, "Levonorgestrel."
A My page numbers are thousand --
Q On the bottom left-hand corner.
A Oh, it's a different version. I'm sorry.
Q Oh, okay.
MR. IMBROSCIO: Take a look at this one. I think it's just the printout from the main journal, where she's --
MS. NATALE: Okay. I'm like, you gave it to me.
MR. IMBROSCIO: Understood.
BY MS. NATALE:
Q So page 6, right-hand column, the first full paragraph.
A Right-hand column, yes.
Q Are we on the same page?
A That's in the --
Q Yes, we're on the same page.
A In the discussion section, yes.

Q The first full paragraph starts "Levonorgestrel binds with high affinity to SHBG, and less than 2 percent of LNG is available as unbound drug in the circulation."
Did I read that correctly?
A You did.
Q Is there any mention to binding to albumin there?
A No.
Q Then it continues, "Accordingly, high concentrations of SHBG in serum leads to high concentrations of total LNG serum in -- concentration in serum and vice versa."
Did I read that correctly?
A You did.
Q "Changes in SHBG during treatment with an IUS can be expected to lead to changes in total LNG concentration over time, indicating non-linear PK of LNG with respect to time. However, the effect was small, SHBGD" -- strike that -- "SHBG decline of approximately 15 percent."
Did I read that correctly?
A You did.
Q It looks like that was with respect to Kyleena or Skyla. Is that correct?

A That's correct.
Q Okay. And, as we talked about earlier, it's less so with the corresponding dose, like Mirena, the effect of Mirena -- the LNG with Mirena on SHBG is less than the effect of the LNG with Norplant or Jadelle on SHBG. Correct?
A Yes -- depending on the dose.
Q Then the effect on SHBG is less with Kyleena or Skyla than it is with Mirena.
A Yes.
Q Is there any mention in that section of albumin?
A No, this is a discussion section, and I would expect it to be in -- if at all --
Q Sure.
A -- because this is not a main evaluation in here -- in the materials and methods sections, and if you go to page 2, "Drug concentration determination for population PK evaluation."
Q Page 2, you said?
A Page 2.
Q Okay.
A Let me read this quickly, if it mentions it.
Q Sure. And I will represent to you that

from my reading, there is no mention of albumin in this entire article.

A Could be. It could be, because there are not the whole model. There is no space to describe it.

Q Okay. Let's move on, unless you wanted to read through it.

A No. I mean, I know where it is written elsewhere.

Q Okay. We're going to mark Exhibit 34.

This is the one they just printed out. Did you all keep those copies?

MR. KENNERLY: You've got the whole pile.

MR. IMBROSCIO: We gave you all of them.

MS. NATALE: Okay.

(Exhibit 34 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q We're going to hand you a nonclinical study report with the Bates number MIR_IIH_EEU -- sorry -- EU00159606. This one is titled "Evaluation of a mathematical model for estimating the fraction of unbound drug in plasma as a function of total drug concentration and the

concentration of two main binding partners."
A That's correct.
Q These titles are very long.
Okay. If we turn to page -- sorry. On the front page it says, "INN/INNM, gestodene, levonorgestrel," and then "NA." Is that correct?
A That means that the compound doesn't have a INN, and the numbers are written on the right-hand side.
Q Are those the interventional drugs used in this study, those three?
A What do you mean by "interventional drugs"?
Q I'm sorry. I guess this is a PK study. So those are the three drugs that had measures in this study?
A That's correct. It's not a PK study. It is a mathematical evaluation of measurements.
Q Are you familiar with this study?
A I am.
Q Okay. Let's turn to page 6, which also ends in Bates stamp 59611. Okay. You see the big box, "Other Bayer Products"?
A Yes, I do.
Q And then right under that, "Summary of

Results," it states, "For all three compounds" -- and would that be gestodene, levonorgestrel, and NA?
A And that other, zed K something, yes.
Q "For all three compounds, the calculated and experimental free fractions decreased with increasing SHBG concentration, and the mean experimental data are in good agreement with the simulations."
Did I read that correctly?
A You did.
Q "Actual albumin concentrations in the plasma samples were of minor importance for the calculated free fractions."
Did I read that correctly?
A You did.
Q Do you have any reason to disagree with that?
A No.
Q Okay. We can put that aside.
A But just to make it make clear how it was implemented into -- in this report and in this study, and because we were discussing it earlier, if you want to turn to a graph on page 27 --
Q Okay. Is it the actual page 27, not the

Bates number?
A Yes, but it's both the same.
Q Oh, okay.
A 27, 27, and the Bates number is 632.
Q 632. Okay.
A And in this graph you can really nicely see the correlation of the fraction bound to SHBG and albumin, which is FA --
Q Sure.
A -- and to the two -- at two albumin levels with increasing SHBG concentration. So on the X axis you see the plasma concentrations of SHBG going up.
Q Okay.
A And on the Y axis it's the unbound fraction, and you see that the fraction binding to SHBG goes down, and then at the same time, the fraction binding to albumin goes up.
Q Okay. Sure.
And the summary of the results states, "Actual albumin concentrations in the plasma samples were of minor importance for the calculated free fractions." And that's what -- they summarize the results. Correct?
A Yes. But it just doesn't -- the actual

concentration, but it obviously did impact the free fraction.

Q Okay. Thank you.

Okay. So we've talked about a few times, more than a few times, how the free -- the free hormone is capable of biological effect. Correct?

A Correct.

Q And earlier we talked about some clinical study expected adverse reactions of Mirena. Do you remember that?

A I did -- I do. "I did."

Q We talked about some of the listed expected adverse effects of Mirena, which you explained are -- were events found -- reported during clinical trial use of Mirena. Is that correct?

A That's correct.

Q I'm going to mark Exhibit -- Exhibit 35.

(Exhibit 35 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q This is the pharmacokinetic data from the clinical study report A46796, which is the one we looked at earlier, and that's the comparative

study of -- the dose-finding study of Mirena, Kyleena, and Skyla. Is that correct?

A That's correct.

Q And this is the full pharmacokinetic section of the report in its full part. Okay?

A That's the listings, correct.

Q Yes. All right.

So I will direct you to page 36 -- sorry, strike that. Page 63.

MR. IMBROSCIO: Of 85?

MS. NATALE: Of 85. Thank you.

BY MS. NATALE:

Q So the Bates starts with MIR_BSR_IIH_00010900, but at the top of the pages, we see page 1 of 85. So we're going to go to page 63 of 85. Okay?

A Okay.

Q Okay?

So it looks like all of the study medication has this code BAY 86-5028. Is that levonorgestrel, generally?

A That's the BAY number for levonorgestrel.

Q Levonorgestrel, okay.

Then next to that we have "Subject

Number" and then "Single Dose of Medication."
Do you see that?
A I do.
Q So 20, which should correspond with Mirena. Correct?
A Correct.
Q And then 16 should correspond with Kyleena?
A Correct.
Q And then 12 should correspond with Skyla. Correct?
A Correct.
Q So any of these subject numbers that correspond to 20, their drug in this study was Mirena. Is that correct?
A That's correct.
Q Okay. So most of the way down the page you'll see a subject number 120217. Do you see that?
A 120217, I do, yes.
Q And the study drug is 20, which is Mirena. Correct?
A Correct.
Q If you will flip to page 36.
MR. IMBROSCIO: I'm sorry, I missed you.

What page?
MS. NATALE: 36 of 85.
MR. IMBROSCIO: Thank you.
BY MS. NATALE:
Q The last subject on that page is subject 120217. Correct?
A That's correct.
Q There appear to be both LNG concentration data and SHBG concentration data at various time points throughout the study. Is that accurate?
A That is accurate.
Q It says -- the first one, for example, says "Year 1, day 1." Is that correct?
A Correct.
Q Then there are various other data points from year 1, day 3; year 1, day 5; year 1, day 7; year 1, day 9; year 1, day 11. Does that appear correct?
A Yes, it does.
Q Okay.
And so we talked about earlier average values of LNG serum concentrations. Correct?
A We did.
Q And I don't know if we -- we kind of

talked about the average that's presented in the label and the average that's presented in various studies. What -- maybe using your PopPK or whatever works for you, what would you say is a fair representation of the average LNG serum concentrations in Mirena users?

A Well --

Q In a range. Sorry.

A Well, that is -- well, you cannot give one concentration because, as you know, the dose is decreasing over time so you would look at the higher concentrations --

Q Sure.

A -- at the beginning after insertion, and then it slows down. So you would need to give several concentrations in relation to time.

Q Okay. That's fair.

So it looks like -- let's see. Give me one second. Page 20 on my outline.

Okay. So let's -- so I'm going to mark Exhibit 36 for the record. And that is -- to save trees, we have a 4,175-page adverse event section of this clinical study report so we have printed out some pages that correspond with that.

So we've got -- the title page -- and

we're marking it 36. We've got the title page that says -- okay, this is the adverse event section of this same study report, A46796, and then some pages from within the study report. Okay?

A Okay.

MS. NATALE: We're okay with that?

MR. IMBROSCIO: As far as it not being the complete one, that's totally fine, subject to if there's something more she needs, she can ask you.

MS. NATALE: Absolutely.

(Exhibit 36 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q So that's for you. And we'll get Mike a copy in a second.

So if we look at the first page of this, after the title page, we see "Listing 3, Adverse Event, All Randomized Subjects."

Do you see that?

A That is on page 321. Yes.

Q 320 -- perfect. It says, "Page 320 of 4175." Do you see that?

A Yes.

Q Okay. And so it says, "Subject," "Age," "Weight," "Height," "Subject 120217."
Is that correct?
A That's correct.
Q That appears to be the same subject that we were just looking at in the PK set. Is that correct?
A That's correct.
Q Okay. So I will represent to you that the first several pages of this, 320 through 328 -- no, 327, represent every adverse event reported by that subject throughout the course of this study. Okay?
A Okay.
Q And so on the first page we have dysmenorrhea, which is -- what is dysmenorrhea?
A The bleeding is not as usual.
Q Okay. And that's on -- it's says, "Onset after IUS 14 days."
Do you see that?
A Actually, I don't, but --
Q So over here on the right-hand column, we have "Entry." Do you see "Entry" right here?
A Yes.
Q And then about five, six lines down, it

says, "Onset after IUS," "Insertion," "Days."
"Onset" --
A Okay.
Q "Onset after IUS insertion in days," and it says, "14." Do you see that?
A Do we -- maybe I'm looking at the wrong page.
Q Under "Item" it says --
A Are you looking at 320?
Q Yes, page 320.
A I have to apologize.
Q That's okay.
A I was looking at the next page.
Q I said the first page, and it was the title page.
A And I looked at -- okay. Now I see it, "Dysmenorrhea."
Q These first seven pages, 320 through 327, are -- refer to adverse events reported by subject 120217. Correct?
A Correct.
Q This one says, "Dysmenorrhea." Then under "Item" it says, "Duration" -- sorry, "Onset after IUS insertion in days." Then under "Entry" it says, "14."

Do you see that?
A I do.
Q Then the next page, which is page 321, says, "Ovarian cyst greater than 3.0 centimeters."
Do you see that?
A I do.
Q Then it says, "Onset after IUS insertion days, 33."
Do you see that?
A I do.
Q Are ovarian cysts an expected adverse reaction of Mirena?
A That's correct.
Q They are?
A Yes, they are. They're observed. Not frequently, but it's known and it's also in the label.
Q Okay. Is that an androgenic side effect of Mirena?
MR. IMBROSCIO: Object to the form. Outside the scope.
A I think that is -- we would need to discuss that with my colleagues, but it's just -- the ovu- -- the follicle doesn't rupture and then cysts might develop in the menstrual cycle.

Q So regardless of the mechanism, it is a known expected adverse effect of Mirena in some users.
A Correct.
Q Okay.
The next page we can skip over. I just, for purposes of completeness, just wanted to include all of the AEs reported by this person. So we'll skip the next page.
On page 323 it says, "Headache." You'll see it's reported 213 days after insertion. Is that correct?
A Correct. And duration was one day.
Q Then if we skip to page 325, you see acne was reported. Correct?
A That's correct.
Q Is acne a known side effect of Mirena?
A Yes. It is also in the label as a known side effect.
Q And it's reported at day -- it looks like there is maybe no day reported here. "Onset date" --
A It doesn't say.
Q -- May 2006." Okay.
I will represent to you that we've

calculated, from the day of insertion to the date of onset May 2006, that this is at day 210.

A 210?

Q 210. Okay?

A Okay. I'll take that.

Q Then on the next page we see weight gain reported. Is weight gain a known side effect of Mirena in some women?

A I am not aware that it is a known side effect. It's just observed in women using Mirena, as in many other women. I mean, I do gain weight sometimes, too.

Q So, for example, when we were looking at the original study report earlier under "Expected adverse drug reactions of Mirena," weight gain was listed as a common undesired effect of Mirena occurring in more than 1 in 100 women and less than 1 in 10. Is that correct?

MR. IMBROSCIO: Object to the form. Go ahead.

A Well, the table we talked about, there it was listed as an observation made with women bearing Mirena, but as I -- I think that has been investigated. You would need to discuss that with my colleagues from clinical, but I don't think

there is a relation.
Q So if we look back at the pharmacokinetic data, where we were at page 36, which was the LNG and SHBG levels for that patient, that subject, we have -- we have serum, LNG, and SHBG calculation -- measurements at -- sorry. Page 36 -- at day 192, which --
A 36, right?
Q Yes.
A Yes, I have it.
Q So the first measure is at day 192. I'll represent that to you. From the insertion date, you can see 15th May 2006.
Then at day -- so that measurement at day 192, which says, "Year 1, day 1, May 15th, 2006," the LNG concentration is 375.3.
A I'm a bit --
Q 120217 on page 36 of the PK set.
A No, I -- I'm not too sure -- I'm a bit surprised.
Q Sure.
A "That the same concentration of levonorgestrel," and that -- are you saying that these -- these are taken at one year, one day, one year, and three days?

Q Give me one second. These might be the --

A Because that should be the days right after insertion.

Q Sure. Let me take a look at the next -- I think you're correct on that one. Give me one sec.

I might have just pulled the wrong one. Okay. Let's do this one. Let's do that one.

So let's -- I think you're correct on that. So we're going to move on to a different subject just for ease of --

A Yes, that's fine with me.

Q -- to one that has the days calculated properly.

A Fine.

Q So let's go to page 16 of that Exhibit 35, which is the PK data.

A Okay. 16 --

Q Page 16. Okay. And if we go -- you'll see on page 16 we have a subject 120810. Do you see that is the first person?

A 1208 -- yes.

Q And it looks like we have actually for this subject a baseline of LNG and SHBG. Is that

correct?
A No, that's not correct. We do have a baseline for SHBG.
Q Oh, right.
A But LNG is below 30, which is the limit of quantification.
Q Okay. And it's because it's baseline so the LNG-IUS presumably has not been inserted yet. Is that correct?
A Yes.
Q Thank you very much for that distinction. Thank you.
So we have a baseline SHBG measurement, and then we have various LNG and SHBG concentrations over the course of the study. Is that correct?
A That's correct.
Q Okay. If we -- what is area under the curve?
A Well, that's not --
Q I know it's not here. I'm sorry. We're going to -- what is area under the curve?
A Well, if you look at the concentration time curve of the drug, or levonorgestrel in this case, then you do calculate the area under that

concentration time curves, and it gives you a measure of how the subject is -- the exposure of the subject to the -- to the drug.

Q Okay.

If we flip really quickly -- and I'm sorry to keep going back and forth, but if we flip to the very last page of this document, which is page 85, do you see that this includes a parameter AUC?

A Correct.

Q Does AUC stand for area under the curve?

A That's correct.

Q And if you look, the third item down is subject 120810. Is that correct?

A That's correct.

Q Does that correspond with the subject number we just saw on page 16?

A Yes, it does.

Q It says that area under the curve is 415,136.4, et cetera. Correct?

A That's correct.

Q I will represent to you, and I will do my best to locate it for you at some point, that the average AUC measured in this study was 237 -- 237,703. Does that sound about accurate?

A I think you are correct there.

Q Is that about -- would you expect or does that sound like a reasonable average for this study?

A Yes. I remember the number, sort of, like 238,000.

Q Sure.

A Not all the digits, yes.

Q How about 415,136 -- earlier we talked about kind of variation and whether it's significant or slight or how you would categorize it. How would you categorize an area under the curve of 415,000 some odd in relation to an average of 237,000?

A Well, if you want to look at the statistical table for this, then it sure -- certainly gives you the average, the standard deviation, and then we could put it in there. But it is -- it is less than double the area under the curve of the average. So it is on the higher end than this.

Q It's almost -- it's pretty close to double. It's somewhere around between --

A Yeah, it's a measured value and is reported here.

Q Sure, okay.
Would a greater area under the drug curve, does that also -- does that correspond to greater potential for biological activity?
A Well, it is -- as it -- it's a derived -- it's a derived parameter from the concentration time curve over time. And it represents -- it does tell you that this person had higher drug levels over time.
So it does -- as we discussed earlier, it will also relate to a higher biological activity, possibly.
Q Okay. Okay.
So if we look -- we'll flip this document back to page 16, and then we'll go to Exhibit 36, which was the adverse event reports. Then we go to page -- after --
A 16.
Q Yes, sure.
A 16, right?
Q So the first subject was pages 320 through 327. Now we are at, if you skip past that, pages 14 -- page 1454 out of 4175. Do you see that, 1454?
MR. IMBROSCIO: We need to go back to

that.
A 1454, okay. I see now. Okay.
MR. IMBROSCIO: I'm sorry to do this to you. Now what?
MS. NATALE: We're on Exhibit 36, page 1454.
BY MS. NATALE:
Q Does this -- does this set of adverse events appear to relate to subject 120810?
A Yes, the subject number is given on top.
Q And it's up to you if you want to flip. I just will help you out. On page -- on page 68 it states that this subject received the dose of 20, which is Mirena. Correct?
A Mirena, okay.
Q Is that correct, 20 is Mirena?
A 20 is Mirena.
Q Okay.
So for purposes of completeness, I think this set includes every adverse event reported by this individual, but I'm going to direct you to certain specific ones. Okay?
A Okay.
Q On page 1455, which is the next page in this set, you see "Bloating"?

A I do.
Q Okay. And it says -- it looks like the -- from the onset to the stop date was from September 2005 until February 2006, so approximately five months. Is that pretty accurate?
A Yes. That's what it states here.
Q Is bloating an expected adverse drug effect of Mirena?
A Actually, I cannot answer this. I don't know that.
Q Okay.
I believe that earlier --
A It's in the table.
Q -- when you -- in the table, or from this --
A Sorry.
Q That's okay.
A I don't know.
Q Is that accurate or fair? If it is listed in that chart, is bloating an expected adverse reaction of Mirena according to this clinical study protocol?
MR. IMBROSCIO: Bear with me one second. I'm going to object to the form, lack of

foundation and outside the scope. You may answer.
A As we discussed, again, it's listed in this adverse drug reaction table, and --
Q Okay.
A For Mirena.
Q And it stopped 185 days after insertion of that -- of the IUD, and it started about five months before that. Is that correct?
A That's correct.
Q The next page lists "greasy skin." Do you see that?
A I do.
Q It says, "AE onset date September 2005." Is that correct?
A That's correct.
Q And I will represent to you that that is day 15 of treatment.
A Okay.
Q Okay? Is greasy skin an expected adverse -- an expected drug reaction of levonorgestrel?
MR. IMBROSCIO: Object. Beyond the scope.
A Well, I believe it's also listed in that table.

Q Sure.
A But I'm not sure.
Q You're not aware in your own right.
A Yes.
Q Okay. And then the next page states, "Lowering of libido." Is that an expected adverse reaction of levonorgestrel?
A Again, I think it is in that table and it must have been observed with women using Mirena.
Q Okay. And then --
MR. IMBROSCIO: Just note my objection. Lack of foundation. On all these, on the adverse events, if I can just have a standing objection, outside the scope and no foundation.
MS. NATALE: Sure.
MR. IMBROSCIO: Thank you.
BY MS. NATALE:
Q And then the next page is listed "ovarian cyst." Is that correct?
A Yes, it is listed there.
Q Okay. You did state that ovarian cyst is a known expected adverse reaction of Mirena. Correct?
A Yes, that's what I'm --

Q And then this --
A -- aware of.
Q I'm sorry.
A That's fine.
Q Then this was reported at 185 days after insertion. Correct?
A Okay. Yes, it's correct. It's listed there.
Q If we look at the -- back to Exhibit 35, which is the pharmacokinetic data on page 16, we do have a measurement at day 185, which corresponds to February 24th, 2006. And you'll see even on here as well it says, in the Exhibit 36, which is the adverse events, "AE onset date, February 24th, 2006."
Do you see that?
A I do see that, yes.
Q So it appears that this adverse event was reported on that day and we have a measurement of LNG and SHBG on that day. Is that correct?
A That's correct. That's probably when the woman came to get her values taken.
Q Okay. And the LNG concentration level is reported as 398 nanograms per liter. Is that correct?

A That's correct.
Q Does that equate to picomoles per liter?
A No. It's nanogram per liter and -- I believe so -- the unit nanogram per liter.
Q Sure, sure.
A That equates to picogram per milliliter.
Q Which is the unit used in the Mirena label. Correct?
A That's correct.
Q So nanograms per liter equal picogram per milliliter. Correct?
A That's correct.
Q And then earlier we talked about the conversion to picomoles per liter, which we used, either multiply by 3.12 or multiply by 312 and then divide by 1,000. Correct?
A That's correct.
Q Okay. So -- okay.
So if we could just do a quick -- we've got 398 nanograms per liter, and so we can multiply that by 3.12 to calculate the picomoles per liter. Correct?
A Why would you want to do that? We could do that back and forth for all the values.
Q Sure. Sure.

A It's in relation. It's just a factor.
Q Sure.
A So what -- we could do that, sure.
Q We could do that so that we could calculate the free levonorgestrel index in nanomoles per liter. Right?
A So then what would that give you?
Q So that we could --
A The numbers. Okay. We can do that. We can calculate a lot of things.
Q Okay. Sure.
So let's multiply 398 by 3.13.
MS. NATALE: Do we have a calculator, Michael?
MR. IMBROSCIO: No. I'm responding to my wife for a moment.
MS. NATALE: Sure.
MR. IMBROSCIO: Let me switch to calculator mode. One second. I'll get it for you. Here you go (handing).
A The way it was done last -- with the other, it was from mole to nanogram per liter or pico in that --
Q Sure.
A -- e-mail. So we converted in the other

direction.
Q Yes.
A And we calculated times 3 point. So we divided by --
Q We divided.
A Okay. Good. I just don't want to make a mistake here.
Q For sure. I'm really glad you said that. Absolutely.
So let's multiply it by 3.12 to get picomoles per liter. That is -- the value is 398.
A (Complying)
Q What is that in picomoles per liter?
A That give you 1,240 picomoles.
Q Picomoles.
So to convert from picomoles to nanomoles, we would divide by 1,000. Correct?
A That's correct.
Q So let's divide that by 1,000.
A It's 1.24.
Q 1.24 nanomoles per liter. Then we have an SHBG concentration on that day of, it looks like, 68.8 nanomoles per liter. Correct?
A That's correct.
Q So let's divide 1.24 by 68.8.

A That gives you 0.018.
Q And then if you multiply it by 100, that would get us the free levonorgestrel index, correct, based on the calculation?
A That's based on the formula we were discussing earlier.
Q So the free levonorgestrel index would be approximately 1.8. Is that correct?
A That's correct.
Q And that's within the range that we discussed of the biological -- even if we're doing -- talking about like your model that you use in your population PK analysis, you say the unbound fraction is usually somewhere usually between 1 and 2 percent. Is that correct?
MR. IMBROSCIO: Object to the form.
A No, no.
Q Okay.
MR. IMBROSCIO: Can I have the calculator back.
MS. NATALE: Sure.
A I think you were misled by the -- by the name "free levonorgestrel index."
Q Sure.
A You cannot compare that to the free

concentration that we calculate because you just divide the nanomole concentration SHBG or the LNG by it. So that does not relate to the free.

Q Sure.

As we saw earlier, some authors feel, including, apparently, your former colleague, Dr. Zurth, that the free levonorgestrel index is a fair proxy when we don't have unbound levels actually calculated. Is that a fair characterization?

MR. IMBROSCIO: Object to the characterization.

A Well, that was a complicated statement, but we did go through the statement by Christian Zurth, and he did assess that other publication, and he did state something like that, but --

Q Sure.

A -- I don't think that he has a point there.

Q Okay.

And in your population PK analysis, you did not directly measure the unbound levels of levonorgestrel. Correct?

A No, we -- no, not the unbound measure. We measured -- we calculated it.

Q Sure.
So the unbound levels represented in -- presented in your publication, in Dr. Reinecke's publication, it's also an estimation based on a model selected by the authors of that study. Is that correct?
A That's correct. But that model was also based on measurements done by Kuhnz earlier.
Q Okay.
A So the input into the model comes from experimental data.
Q Sure. Okay.
MS. NATALE: Let's take a quick five-minute break and discuss how much longer we need. I think it shouldn't be too much longer.
THE VIDEOGRAPHER: The time is 5:18 p.m., and we're going off the record.
(A brief recess was taken.)
THE VIDEOGRAPHER: The time is 5:27 p.m., and we're back on the record.
(Exhibit 37 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q All right. We have -- strike that.
I've marked for the record Exhibit 37.

And you can see this document is Bates stamped MIR_JSEU_01362341. Do you see that?
A I do.
Q Okay. And it's titled, "Androgenic side effects of Mirena."
Do you see that?
A I do.
Q And you can see a comment panel on the right side that indicates this is likely a draft document to give commentary.
A Yes, I do see that.
Q Do you see that?
Okay.
So it says the purpose was that "the Belgian health authority requested adding an additional warning concerning known androgenic side effects to labeling for Mirena."
Did I read that accurately? Is that correct? Did I read that correctly?
A You did.
Q It states, "As events like acne, alopecia, and hirsutism are already listed in CCDS" -- which I believe you said was the common core data sheet?
A The company core data sheet.

Q Company core data sheet.
And that's kind of like the basis for the labeling, you stated, in various countries. Correct?
A Yes.
Q "A cumulative analysis of post marketing data from the company's database and the literature review to be addressed in the next periodic safety update report were agreed upon."
Did I read that correctly?
MR. IMBROSCIO: Object to the form.
MS. NATALE: Sure.
Q Do you know --
A You read that correctly. I just want to understand that sentence.
Q Do you know what PSUR stands for?
A Yes. Periodic safety update report.
Q Is that a document submitted by the company to a health authority?
A Yes, it is.
Q So if we turn to page -- the second -- the third page, which ends in Bates 2343.
A I have that.
Q Okay. And you see "Background"?
A "Literature review," yes.

Q Sure. And then "Background"?
A I see that.
Q Okay.
It says, "The effects of progestins are related to interactions not only with the progesterone receptor but also with other steroid hormone receptors such as the androgen receptors."
Did I read that correctly?
A You did.
Q And is that -- I believe you testified earlier that LNG binds with other steroid receptors other than just the progesterone receptor. Correct?
A That's correct.
Q And it says, "These interactions may either induce transactivation of a steroid receptor or prevent activation."
Did I read that correctly?
A You did.
Q I believe you, when we were talking about steroid receptors earlier, you mentioned that we talked about agonism or maybe inhibition of activation. Is that correct?
A That's correct. Or they just bind and do nothing.

Q Okay. So then the second sentence -- second paragraph starts, "In comparison to other progestins, levonorgestrel (LNG) is known to have a high binding affinity to androgen receptors, causing androgenic side effects."

Did I read that correctly?

A You did read that correctly.

Q Do you disagree with that statement?

A Well, I don't know the numbers and what the definition of high and the whole -- but I do agree that it binds to the androgen receptor and then, by that, may cause androgenic side effects.

Q Okay. This appears to be at least a draft version of a document authored by Bayer and submitted to a health authority. Is that correct?

A I don't know who wrote the document, but it seems to be the response to the Belgian health authority by Bayer.

Q Sure.

A Does it say somewhere who did that?

Q I don't see an author.

A Anyway ...

Q Sure. Okay.

And earlier we talked about the relative binding affinity of LNG to SHBG in relation to

testosterone, but here it would be relevant to know the relative binding affinity of levonorgestrel to the androgen receptor versus, say, DHT. Correct?

MR. IMBROSCIO: Object to the form.

A Well, this would be you would test binding to the androgen receptor by using either -- not DHT. You would need -- you would use androgen -- no. Sorry.

Q That's okay.

A I have to look that up, but I think it's testosterone --

Q Testosterone.

A -- or DHT.

Q Or DHT. Okay.

A But there are several compounds that can be taken.

Q Sure.

A So we would need to look at the studies if you --

Q Okay.

Do you know what the relative binding affinity of levonorgestrel is to the androgen receptor?

A Well, we can have a look at one of

these --

Q Sure.

A -- overview papers, for example, by -- what was her name again, Moore? Because she did a review on binding.

Q Sure.

A I think you have known that.

Q I've got that article. Yes.

A And she has looked at several -- at several studies investigating that.

Q Sure.

So what did Moore report was the relative binding affinity of LNG to the androgen receptor?

A She reports two value of 58 and 45, so --

Q And I think -- I could be wrong, but I think that article -- the reason that there's two values is underneath, there might be a key that explains that one of the values might be in vitro and one might be in vivo or some --

A We would need to go into the -- into the original studies that did that.

Q Sure.

A But usually what they do to test this,

the -- when you want to do -- compare the progestogens among each other and you look at the certain abilities they have, then you do all the testing in in vitro binding, and you could use different animal models -- not animal models, different receptors or different tissues.

So that would be needed to be looked up, but they are fairly close to half of what the respective reference would show here.

Q So we talked about how LNG also has a high affinity to sex hormone-binding globulin. Correct?

A That's correct.

Q Do compounds that have various affinities to SHBG, do they compete for binding to SHBG?

MR. IMBROSCIO: Object to the form.

A Well, I'm not totally familiar with that, but SHBG is a large protein and it probably has lots of binding sites. So there might be competition, but maybe not.

Q Okay.

A But it needs to be tested.

Q So the next sentence of this document that we were looking at, Exhibit 37, says -- the

next sentence says, "Apart from direct androgen receptor interaction, binding to sex hormone-binding globulin (SHBG) and displacement of testosterone is supposed to lead to an increase in free metabolically active testosterone."

Did I read that correctly?

A You did.

Q Do you agree with that statement?

A I mean, that's a citation of something, so I would need -- it seems plausible, but I would need to look at the literature.

Q Now, it looks like that citation, on the last page of this, is to Nilsson, 1989, "Binding of levonorgestrel, norethisterone, and desogestrel to human sex hormone-binding globulin and influence on free testosterone levels."

Do you see that?

A Yes, I do.

Q Are you familiar with that piece?

A I've probably come across that paper, but I don't recall all the details but he obviously investigated these.

Q Sure.

A So that might be the conclusion from that paper.

Q Then on the last page of this document, it says, "Conclusion." Do you see that ending in 2345? It says, "The androgenic side effects of levonorgestrel have been known for a long time."
Did I read that correctly?
A You did.
Q Do you agree with that statement?
A Yes, I do.
Q "Yet there is no evidence on disposition factors which make women more susceptible to these effects."
Did I read that correctly?
A You did.
Q Do you have any understanding of what -- are some women more susceptible to hormonal side effects?
MR. IMBROSCIO: Object. I'll object to the form. Beyond the scope. You can answer.
A So I don't have any -- any -- I'm not aware of any of these disposition factors, but I'm aware that women do react differently to the same kind of hormones.
Q Okay.
Let's just take a look at a few other quick documents, and then we can wrap this up.

So you said that you are aware that women do -- and the way that this came out says "do rate differently to the same kind of hormones." Was it "react differently"?

A Yes.

MR. IMBROSCIO: I think she said "react differently."

MS. NATALE: Thank you.

BY MS. NATALE:

Q So women do react differently to the same kind of hormone.

And so does that mean that -- strike that.

Might two women receiving the same dose of levonorgestrel, might one experience some hormonal side effect and the other might not?

A That's correct. That's why we do report frequencies of adverse events because it does tell you about how many women of the complete study population using the drug has experienced this.

Q Okay. And you said that you're not aware of the disposition factors, but there's scientific basis, presumably, for why one woman might develop a systemic side effect from the same dose but one person didn't?

MR. IMBROSCIO: Object to the form.
Beyond the scope.
A I don't really want to speculate here --
Q Sure.
A -- because, I mean, of course scientists and researchers want to look into these -- all the factors that can -- that can affect these drug effects -- drugs' biological reactions.
Q Sure.
So let's -- we're going to pull -- mark Exhibit 39 -- 38.
MR. ROCKSTAD: 38.
MS. NATALE: This is another e-mail.
(Exhibit 38 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q You'll see this one is Bates stamped MIR_JSEU_00725583.
Do you see that?
A I do.
Q Do you know who Dr. Juliane Schoendorf is?
A I do.
Q Is she the director of global pharmacovigilance?

A Well, she's the responsible -- I don't know her exact title, but she's the -- the responsible -- one of the responsibilities for Mirena at pharmacovigilance group.

Q So the subject says, "Mirena inquiry."

Do you see that?

A Yes.

Q So if we turn to the next page, which ends in 584, the bottom half of this e-mail states that "A physician reported a female patient with Mirena experienced acne after" --

A Can I just read that.

Q Sure.

A From --

Q Sure. I'm just going to finish that sentence.

-- "experienced acne after three years after insertion of a Mirena device."

A I just wanted to start from the beginning. I apologize for interrupting you.

Q No, sure. This is a short e-mail.

A Yes. I just didn't see that there's nothing in the back.

Q Sure.

A (Document review.)

Okay. I have read it.

Q So the answer appears to have been sent -- if you look at the top of the page, the answer was sent by Dr. Schoendorf. Correct?

A Correct.

Q And it says, "Acne is a known side effect of Mirena treatment."

Did I read that correctly?

A You did.

Q Do you agree with that?

MR. IMBROSCIO: Objection. Asked and answered.

MS. NATALE: Sure.

MR. IMBROSCIO: You can answer.

A I do.

Q It says, "It is likely an individual susceptibility to the androgenic properties of even low levels of levonorgestrel and is therefore more likely to occur during the first months of treatment."

Did I read that correctly?

A You did.

Q Do you agree that certain individuals may have an individual susceptibility to the hormonal effects of the drug even at low levels?

A That is what Juliane is stating here, and I think she might have a point there, but she's also hypothesizing. It is likely, but she's not sure because we don't know that.

Q Sure.

Let's put that one aside. Okay.

MS. NATALE: I'm going to mark Exhibit 39.

(Exhibit 39 was marked for identification and attached to the deposition transcript.)

BY MS. NATALE:

Q This is another e-mail where it says "Subject: Mirena and decreased libido." Do you see that?

A I do.

Q Okay.

MR. IMBROSCIO: Why don't you read it first and that way --

MS. NATALE: Sure.

MR. IMBROSCIO: Just to start from scratch.

MS. NATALE: Sure.

BY MS. NATALE:

Q And it has a Bates stamp MIR_JSEU_00204764. And then this -- the sender on

the back says, "Dr. Andrea Machlitt, drug safety manager, global pharmacovigilance."
Do you see that on the back of the --
MR. IMBROSCIO: The second page.
A Okay. There it was. Good.
Q I'm just going to direct you to two lines that I would just like to ask you questions about that hopefully we shouldn't need all of the background for, but ...
It says about halfway through the first paragraph, "Decreased libido is often reported together with other events, such as depressed mood, acne, spotting, ovarian cysts, and others."
Did I read that correctly?
A I did not see that sentence. Oh, now I have it. Sorry. Yes.
MR. IMBROSCIO: Have you had a chance to read it?
A Yeah, I didn't really -- can I just read quickly the whole thing --
Q Sure.
A -- to have it into context? Because that's not my field of expertise.
Q Sure. I think we've got some time left.
A (Document review.)

Okay. I've been reading the first paragraph now.

Q Oh, sure. Okay. So I'm going to --

A So could you please repeat your question that you had?

Q Sure. It states, "Decreased libido is often reported together with other events, such as depressed mood, acne, spotting, ovarian cysts, and others."

Did I read that correctly?

A You did.

Q Is depressed mood a known hormonal side effect of levonorgestrel?

MR. IMBROSCIO: Object to the form. Foundation. Outside the scope of the testimony. You can answer based on your knowledge.

MS. NATALE: You cannot instruct her to answer based on her knowledge.

MR. IMBROSCIO: Yes, I can.

MS. NATALE: You can bring that objection to the court later on.

MR. IMBROSCIO: I can object. She can answer the question.

Answer the question.

MS. NATALE: Okay.

BY MS. NATALE:
Q You can answer the question.
A It is a reaction that is reported in women using COCs or Mirena or other contraceptives.
Q Sure. We already talked about acne and ovarian cysts --
A We did.
Q Correct?
If you'll -- just right before the bottom of this page, do you see about four lines up, maybe five, "Also hormonal"?
A I see that.
Q Okay. Then the next sentence says, "Decreased libido is known as a potential undesirable effect of hormonal contraception in susceptible women."
Did I read that correctly?
MR. IMBROSCIO: Object to the form.
A You did read that correctly.
Q Again, is it your understanding that some women may develop hormonal side effects from levonorgestrel due to an individual susceptibility to the hormone?
A Well, that's the hypothesis here.

Q Do you agree with that hypothesis?
MR. IMBROSCIO: Object to the form.
A Well, it's a hypothesis. So I can say it might be, yes. So I'm not aware of any information that confirms that.
Q Sure.
(Exhibit 40 was marked for identification and attached to the deposition transcript.)
MS. NATALE: So we're marking Exhibit 40, for the record. This is another e-mail dated 2005, and it is stamped MIR_IIH_US00002938."
Do you see that?
A I do.
Q Okay. It says at the top, "Attachment: FAQ pseudotumor cerebri."
Do you see that?
A I do.
Q Do you understand -- do you understand pseudotumor cerebri to be generally synonymous with idiopathic intracranial hypertension?
A That's my understanding of the term.
Q Okay.
And this e-mail is just one line, and it says, "Again, I think this should be a medical

content associated with all the FHC products titled 'Pseudotumor Cerebri and Hormones.'"
Did I read that correctly?
A You did read that correctly.
Q Is FHC female healthcare?
A I was just figuring that out, but I would assume it is.
Q Okay. So let's turn to the attachment, which is titled, "Pseudotumor Cerebri, Benign Intracranial Hypertension." Okay? And I would just like to take a look at the last paragraph of this attachment.
It says --
MR. IMBROSCIO: Hold on. Let her -- if she wants to read the document --
MS. NATALE: Sure. If she wants to, she can read it. And then we can add back the time on for that, to the end of it.
A No, no. It's -- I just go through quickly and --
Q Sure. Okay.
A -- and then you can ask your question.
Q Sure.
MR. IMBROSCIO: We're not going to add the time back on. She has the right to read the

document. You know that.
MS. NATALE: Sure.
A I'm trying to understand what that is coming from --
Q Sure.
A -- what kind of document, because it says, "Frequently asked question number," but it says also "product prescribing information."
Q Sure. This says, on the -- in the e-mail that we just looked at, "I think this should be a medical content associated with all the FHC products."
A What is "this"?
Q Sure. "This" being the attachment to the e-mail. FAQ_PTC is the subject and attachment to this e-mail.
MR. IMBROSCIO: Objection.
Q And then this is the document title "Pseudotumor Cerebri."
MR. IMBROSCIO: Object to the form.
Q You'll see that the Bates numbers at the bottom -- see how it starts with that 2938? Then the next page, which says, "Image not available," says 2939. Then the next page says 2940. You'll see that this is the attachment to this e-mail.

A Okay. I do understand that. I was just trying to understand what this text is about, which products, and what it refers to.
Q Okay.
A That's a bit out of context, I think.
Q Sure.
A Okay.
Q The last paragraph of this page says, "As hormonal contraceptives may have subtle effects on water and electrolyte balance, which is very difficult to predict, especially in highly sensitive women, caution should be observed when using them in those presenting with a previous diagnosis of or signs and symptoms indicative of pseudotumor cerebri."
Did I read that correctly?
A You did.
Q And it says this may be highly -- "difficult to predict especially in highly sensitive women."
Did you see that in that sentence?
A Yes, but it does not define what "highly sensitive" means.
Q Sure. Do you have any understanding what it might mean?

MR. IMBROSCIO: Hold on. Object to the form. Beyond the scope.
Q Do you have any idea what that might mean?
A No. I don't have an idea what the author wants to ...
Q Do you think that "sensitivity" might be similarly used to "susceptibility"?
MR. IMBROSCIO: I'm going to object to the form. Calls for speculation.
A Yes, that is speculative. I cannot answer that.
Q Sure. Okay. Let's put that one aside.
Last one.
A Okay.
(Exhibit 41 was marked for identification and attached to the deposition transcript.)
BY MS. NATALE:
Q We're going to mark it Exhibit 41. It's another e-mail that is three pages long. We're just going to read the last e-mail on the last page, and I'll let you take your time and read that. This one is marked MIR_AC_00363378.
A 3378?
Q Yes.

A That's not what I have.
Q At the bottom?
A Uh-hmm.
Q What do you --
MR. IMBROSCIO: It's a different e-mail.
MS. NATALE: Yes, that's the wrong one. We're going to take the tag off. Sorry.
MR. IMBROSCIO: It's okay.
MS. NATALE: That's it.
MR. ROCKSTAD: No.
MS. NATALE: No?
(Pause in proceedings.)
BY MS. NATALE:
Q So it starts with that 3378, but we're going to flip to the e-mail on the last page of it, which -- or, sorry, the second to last, which starts with 3382.
MR. IMBROSCIO: So this is 41 again.
A Yes, that would be 382, the last page?
Q 382, right before the last page.
A Oh, no, I'm sorry. There's another one here.
Q Yes, exactly. So we're going to start with 3382. That's the e-mail I would like you to read.

A (Document review.)
Okay.
Q This one says, "A2Q answer, Mirena, hypertension."
Do you see that?
A I do.
Q The very bottom of the first paragraph, it says, "The women may have an exceptional sensitivity to hormones in this respect that can be seen, for example, as hypertension during OC use or pregnancies. Cases in which hypertension is associated to Mirena use alone, without any additional risk factors, should be extremely rare."
Did I read that correctly?
A You did.
Q Okay. So does this answer suggest that a woman may have an exceptional sensitivity to hormones that may cause hormonal reactions?
MR. IMBROSCIO: Object to the form and beyond the scope.
MS. NATALE: Sure.
A Well, that obviously refers to COC, which delivers higher levels of hormone.
Q Okay.

A And it is hypothesis that a woman can display that. That's how I understand that sentence.

Q Sure.

Then the last sentence of the e-mail says, "Hypertension, however, is a listed ADR for Norplant, Schering LNG Implant."

Did I read that correctly?

A You did.

Q Okay. And I'll represent that ADR means adverse drug reaction.

A That's correct.

Q So this response says that hypertension is a listed adverse drug reaction for Norplant. Is that correct?

A That's what the sentence says.

Q And levonorgestrel is also the only active ingredient in Norplant. Correct?

A That's correct.

Q You can put that aside. And I think let's take ...

(Pause in proceedings.)

Q Okay. Looking at Exhibit 3, which was -- the beginning of that is a document you created in preparation for today.

A Correct.
Q Okay. And this was in response to the topics listed on the notice that you were served with. Correct?
A I did, yes.
Q And so there is a -- most of the way through, there is a reference to 8, "The effect of LNG on growth factors, binding proteins, endogenous hormones, and/or inflammatory cytokines."
Do you see that?
A Yes, I do.
Q So earlier we discussed that LNG has some sort of impact on estrogen because it displays antiestrogenic properties. Is that correct?
A Yes, that is correct.
Q And we talked about an article that found that use of Mirena decreased serum progesterone levels, and you stated that you're aware of that as well. Is that correct?
A Well, it does in some cases. It has been observed. It's not a general decrease. It's a slight decrease, if at all, yes.
Q And then -- okay.

What is metrorrhagia? Am I saying that right?

A I really don't know the exact pronunciation. Metrorrhagia, I think. I'm not a native. But that is as opposed to amenorrhea, which do not bleed, women do not bleed. And then women bleeding more, that's metrorrhagia. Metrorrhagia.

Q Okay. And you list this Kimble article, "The effect of LNG on endometrial cavity cytokines and growth factors in women with uterine fibroids." Is that correct?

A Well, that's not an article. That was a study proposal.

Q Okay.

A And he did describe the background why he wanted to conduct his study, and that was from the background.

Q Okay. So it lists out several various cytokines. This first one says, "Interleukin-6 and TNF-alpha." Then he wrote in parentheses "cytokines." So those are two different types of cytokines?

A Yes, correct.

Q It says, "They are up regulated during

secretory phase of menstrual cycle and possibly associated with menstrual shedding."
Is that correct?
A Yes, that's correct.
Q Then "Many other cytokines (mRNA) are increased during mid-secretory phase."
Is that correct?
A That's correct.
Q And then --
A So that's my notes with regard to the general role of cytokines.
Q Sure. Sure.
Then on the next page there's a Shanmugasundaram.
A Yes.
Q I don't even know where to begin if that's correct. But you wrote -- the conclusion says, "LNG-IUS results in inflammatory and immunosuppressive alteration."
Is that your understanding of that article?
A Well, that was the conclusion of him, and he investigated --
Q Sure.
A -- in his study inflammatory cytokines

and chemokines in the cervix and the endometrium after insertion of LNG -- LNG-IUS.

Q And these are sources that you reviewed in order to prepare yourself on the topics included in the notice. Correct?

A That's right -- that's correct.

Q Then you prepared this summary document based on what you found --

A These are my little notes, yes. Sorry for interrupting.

Q That's okay.

You prepared this document, discussing the sources that you reviewed, while you were preparing for this deposition. Correct?

A Correct.

Q Then the next kind of subheading says "Growth Factors."

A Correct.

Q Then on the next page, you have some sources that discuss the effects of the LNG-IUS on expression of insulin-like growth factor binding protein 1. Is that correct?

A That's correct. So that's a binding protein that binds the growth factor IGF-1.

MS. NATALE: I think that we are all

set. We're going to pass the witness.

MR. IMBROSCIO: Let's go off.

THE VIDEOGRAPHER: Sure. The time is 6:02 p.m. We're going off the record.

(A brief recess was taken.)

THE VIDEOGRAPHER: The time is 6:35 p.m. on November 21st, 2017, and we are on the record with video 6.

EXAMINATION BY COUNSEL FOR DEFENDANTS

BY MR. IMBROSCIO:

Q Dr. Hofmann, thank you for bearing with us today. It's been a long day.

I'm going to ask you a few questions on behalf of Bayer. First, let me begin by asking you to introduce yourself to the jury.

A My name is Birte Hofmann. I'm married. I have three sons, and I live in Berlin, and I work for Bayer.

Q Could you give the jury the benefit of your educational background, please, Doctor.

A Well, after I finished my high school and received a degree to study, I went to medical school in Heidelberg for a year and a half and then switched to veterinary school in Berlin and studied, in Berlin and Paris, veterinary medicine.

Q As part of your medical and veterinary training, have you -- did you have occasion to study in the United States at all?

A Well, after I finished my veterinary studies, I joined an institute for my Ph.D. -- to receive my Ph.D. And after I finished that, I went to do a postdoctoral fellowship in Boston at the Mass General Hospital.

Q What is your Ph.D. in?

A It was in veterinary medicine.

Q Now, you currently work at Bayer, you testified. Correct?

A That's correct.

Q And you're currently in the pharmacokinetics group.

A That's correct.

Q Can you just describe for the jury how it is you went from being a vet to working in pharmacokinetics?

A Yes. After I finished my studies and I went to join the Ph.D. program, I did work with animal models, and I investigated drugs in development, contrast agent drugs, but we also investigated pharmacokinetics of these drugs. So that was part of what I did during my Ph.D.

Then during the postdoctoral fellowship in Boston, I also looked into a drug, and part of that assessment of this compound was pharmacokinetics, and that was also the basis why I joined then later on the preclinical pharmacokinetics department at Schering OY, which is now Bayer.

Q You've been asked a lot of questions today about levonorgestrel. That's a product that you have worked on during your time at Bayer. Correct?

A That's correct.

Q Just -- if you could describe, maybe, an overview for the jury, what is LNG, which I'll use for levonorgestrel?

MS. NATALE: Objection. Asked and answered.

MR. IMBROSCIO: Okay.

BY MR. IMBROSCIO:

Q You can answer.

A Well, that is -- that is the abbreviation for levonorgestrel. It's a progestin.

Q Give the jury a little bit of background about the history and use of LNG.

MS. NATALE: Objection to form. Ambiguous.

Q You can answer.

A Levonorgestrel is a steroid hormone from -- it's a progestogen or progestin. These two names are used synonymously. And it has been developed years ago, I think in the '60s, '70s, and it's used in contraception.

Q Is it used in many contraceptive products?

A Yes, in a variety of contraceptive products.

Q Now, I want to ask you about the pharmacokinetics of Mirena. Okay?

A Okay.

Q First, tell the jury, how much LNG does Mirena -- does the Mirena contain?

A It contains 52 milligram. The device contains that.

Q How is the LNG released? In what quantity and what pace?

MS. NATALE: Objection. Compound.

Q I'll ask another question.

Can you describe for the jury how the LNG is released and in what quantity?

A Well, the LNG is in a core in the Mirena device, and it is released relatively steadily over time with a release rate of 20 microgram per day to start with, and then over the five years of use it drops down to 10 microgram per day.

Q Now, during your work at Bayer, am I correct that you have gained familiarity with the LNG concentrations that are observed in Mirena users?

A Yes, that's correct.

Q Can you describe for the jury, what is the average LNG serum concentrations in Mirena users?

MS. NATALE: I'm going to just object to the extent, A, asked and answered, and B, earlier she testified that that is dependent on time points, et cetera.

Q You can answer.

A Yes. It has been investigated in several pharmacokinetic studies using Mirena and changes over time, so it is relative -- well, the highest concentration you would observe after the few weeks after insertion, and then it declines. So it is about -- on average, about 200 micro- -- I'm getting the units confused -- nanogram per

liter after about one month.

Q You mentioned some of this when Ms. Natale questioned you, but can you describe what are the major factors influencing the serum concentrations of LNG in a woman using Mirena.

A Yes. For Mirena -- well, for the serum concentration of levonorgestrel, there are several factors influencing it. One of them is the body weight of the woman and the other one is the SHBG concentration, and then the clearance.

Q Let me talk about each of those individually. How does the body weight affect LNG concentrations in Mirena users?

A So the body weight -- an increase in body weight leads to lower concentration of LNG in the serum.

Q Okay. So the heavier the woman is, how would that impact the LNG concentrations?

A The heavier the woman is, the lower the LNG concentrations are.

Q And then let me ask you about SHBG. How does SHBG influence the LNG concentrations in a Mirena user?

A If SHBG is decreased or a woman is displays lower levels in general, then the total

levonorgestrel levels will be lower in that woman.
Q Has Bayer measured the LNG concentrations in Mirena users of different body weights?
A Well, yes, we did. We included women of different body weights in the studies.
(Exhibit 42 was marked for identification and attached to the deposition transcript.)
BY MR. IMBROSCIO:
Q Let me hand you what I've marked as Exhibit 42 to your deposition and ask you to take a look at that.
First, do you recognize Exhibit 42?
A Yes, I do.
Q Tell the jury, what is Exhibit 42?
A Well, it is a statement on the serum levonorgestrel concentrations in Mirena users, authored by Pirjo Inki and Christian Zurth in 2008.
Q Christian Zurth was your predecessor responsible for the PK of Mirena. Correct?
A That's correct.
Q Let me ask you to turn to the second page and direct your attention to figure 2, which the jury has up on the screen. Can you describe

for the jury what Exhibit 2 -- excuse me, what figure 2 represents.
A Well, figure -- figure 2 shows you serum concentrations taken at the six-month time point after insertion of the LNG-IUS, and on the X axis you see the body weight in kilogram going from 40 to 100. So the scale goes from 40 to 120 kilograms. And on the Y axis, you see the serum concentrations of LNG.
Q And there are lots of dots, triangles -- upside down triangles, and stars reflected in figure 2. Tell the jury what those individual marks represent.
A These are individual concentration measurements in -- in individual women.
Q So do each one of these dots represent a different woman in one of these studies?
A It could be that there are several samples taken -- no, sorry, it can't be because it's just one time point. I apologize for that. Yes, they do represent different women.
Q Let me ask you that question again.
So, Doctor, do each of the individual marks in figure 2 represent an individual woman in one of these three studies?

A That's correct.
Q And you said the bottom axis is -- here we go -- the bottom axis represents weight in kilograms. Correct?
A Correct.
Q So for those of us in the -- in the U.S. who, like myself, have trouble with the kilogram-to-pounds conversion, if we were to look at 50 kilograms, can you tell the jury about how much that is in pounds?
A So I'm not totally familiar, but I think 100 kilogram is 220 pounds, so 50 kilogram would be 100 and something pounds.
Q 110 pounds?
A Yes.
Q Okay. So let me see here.
So over here on the right-hand side, 100 kilograms, that's about 220 pounds?
A Correct.
Q And you say if this was 50 --
A Then it's half of it.
Q About 110 pounds.
A Yes.
Q And what observations can you make from the data that's reflected in figure 2 as it

relates to serum concentrations in body weight?
A Well, if you just look at all the different dots, you can see that the dots marking higher serum levonorgestrel concentrations are at the lower end of the weight scale towards the 50 and 40 -- towards the 50 kilogram, and then the lower concentrations are measured in women towards the higher end of the scale, with higher body weight.
Q And then there are lines that bisect these dots. What do they represent?
A They represent average concentrations for each of the three studies that were in -- that are in those -- in this picture. So there were three studies with Mirena in different countries, and the lines are the average concentrations based on the subjects belonging to each study.
Q Let me stop you there, Doctor.
Do you recall Ms. Natale showing you a few subjects from the study A46796? Do you recall that?
A Yes, I do.
Q I think it was subject 120217 and 120810. Do you remember those?
A I remember those numbers.

Q Okay.
Would -- as part of your collection of data and demographics about these patients, would you have -- would your company have collected the weight information?
A I believe so. That's what is usually done.
Q Let me show you what I've handed -- what I've marked as Exhibit 43.
(Exhibit 43 was marked for identification and attached to the deposition transcript.)
BY MR. IMBROSCIO:
Q And that's Bates number MIR_ISEU_Unredacted_00370673.
A 93.
Q 93.
Is it Exhibit 43?
Do you have that Exhibit 43 in front of you?
A I do.
Q Great. Now, Doctor --
A I'm sorry for correcting you because I was -- that's the page -- anyway, so that is Exhibit 43. That's good.
Q Let me -- let's take a look at the

weight for the two subjects that Ms. Natale asked you about. If you turn to page 19 of 1084 -- let me show that. And I believe the first subject that you were shown was 120210. Correct?
A 120.
Q I'm sorry --
A 2 --
Q I'm sorry, 120 --
A 217.
Q 217.
A Yes, I see it.
Q Do you see that?
A Yes.
Q And if you follow that along, the weight of that patient is what?
A It's 52 kilogram.
Q Okay. That's 112, 114 pounds?
MS. NATALE: I'm just going to object to the extent that it's not listed there. That's fine.
Q Okay. 52 kilograms is what's listed, right, Doctor?
A Yes.
Q Did the company calculate -- and the particular subject was 168 centimeters. Correct?

A Correct.
Q That's a little over -- it's 5 feet and a half? Do you know?
MS. NATALE: Well --
MR. IMBROSCIO: That's fine.
MS. NATALE: You can use that, yes.
BY MR. IMBROSCIO:
Q Let me start again. Doctor, did the company calculate the body mass index for that particular subject, 217?
A Yes, it is given in the last row, in the last column.
Q Great. And what is the body mass -- body mass index for subject 120217?
A It's 18.4.
Q And if a woman had a body mass index of 18.4, what can be concluded from that?
MR. IMBROSCIO: Objection. Vague.
A Well, I would conclude from that, that is a thin woman.
Q Now, the second subject was 120810. Let's look at that.
MS. NATALE: It looks like --
Q It's on page 20 of 1084? Are you with me?

A Yes. But I haven't found the woman yet. 210810. Right?
Q No, 120810, yes.
A Yes, I have it.
Q Okay.
And -- there we go.
What is the weight of subject number 120810?
A If I'm not mistaking the rows here, then it's 80 -- no. I have to take this line here.
It's 59 kilograms.
Q And what was the body mass index for subject 120810?
A It's 21.4.
Q How would you characterize a woman with a body mass index of 21.4?
A I would say she's a slim woman.
Q Let me ask you this, Doctor. Hypothetically, if high LNG concentrations cause idiopathic intracranial hypertension, would you expect to see greater incidence in heavy woman -- heavy women or smaller women?
MS. NATALE: Objection. Form. Foundation. All kinds of ...
Q You can answer.

A I mean, just hypothetically, if LNG concentrations are related to the disease, then I would expect to see it in women with higher concentration, meaning in thin women and not in obese women.
Q Now, moving to a new subject, Doctor, has the company compared LNG concentrations in Mirena users to concentrations in the users of other LNG products?
A It has. It has done that.
Q In fact, that's the subject of the main paper that we've talked a lot about today. Correct?
A Correct.
Q That's Exhibit 6, which, if you can pull up in front of you, that would be great.
A (Complying)
Q Now, in this paper, as I understand your testimony earlier, you compared the LNG concentrations across various Bayer products. Correct?
A That's correct.
Q Let me ask you to turn to figure 1.
MS. NATALE: On page 26?
MR. IMBROSCIO: Yes, on page 26. Thank

you.

BY MR. IMBROSCIO:

Q All right. Doctor, the jury has before it Exhibit --

MS. NATALE: 6.

Q -- 6. Strike that again. Let me get my pen. Here I go.

BY MR. IMBROSCIO:

Q Okay. Doctor, the jury has figure 1 of Exhibit 6 before it. Can you describe for the jury what figure 1 represents?

A Well, figure 1 is -- has two graphs. The upper graph shows one month after the insertion of Mirena or after the onset of taking another -- the other drug. So you have -- you see the concentration time profiles of four different products here.

Q What are the four products, Doctor?

A The -- one is a COC, called Miranova, which contains 100 microgram levonorgestrel.

Q Is that the green one?

A That's the upper curve, because I have a black-and-white copy, and that's the green one, yes.

Q Let me give you a color copy so you have

it.

MS. NATALE: Do you want to just switch with her for now?

MR. IMBROSCIO: I think I have other copies of it.

BY MR. IMBROSCIO:

Q There you go.

A Thank you. So the green curve --

Q Let me ask you another question.

Doctor --

MS. NATALE: Are you withdrawing your last question?

MR. IMBROSCIO: Yes, I'm withdrawing the last question just so we have it. I'm going to re-ask it.

BY MR. IMBROSCIO:

Q Doctor, you mentioned the Miranova, the combined oral contraceptive. Where is the Miranova reflected on this figure 1?

A That is the -- if you see the peak curve that goes up and down at the highest concentration level, that is the Miranova curve.

Q Then what are the other products that are represented here?

A Then below, you also see a curve, a blue

curve, I believe, and it does show the zigzag with higher concentrations and then going down and starting, getting high again. That is the progestin-only product, which contains 30 microgram levonorgestrel.

Q And POP, that's --

A That's the abbreviation for progestin-only product.

Q Okay. Then what's the next item that's shown?

A The higher one of the lines is the concentration -- the average concentration observed after the implant that releases LNG.

Q And the implant, that's also known as Jadelle?

A Correct.

Q Is Jadelle sold in the United States, do you know?

A No, it is not.

Q Then what's the fourth line?

A The fourth line is the serum concentrations of Mirena, the average concentration over time.

Q So the LNG-IUS 20, as you've said earlier, that's Mirena.

A Correct.
Q And what conclusions can you draw or did you draw in your article about the comparative serum concentrations for individuals using those four products?
A What you can see from -- if you compare the different lines, that from all the four products, Mirena displays the lowest average concentrations, which are close to the minimum concentration or average concentration of the progestin-only pill.
Q Then there's a figure 1b. What does the bottom figure, 1b, indicate?
A That displays one month of -- the profile of a one month towards the end of the five-year wearing period. So, in effect, the last -- the last month of year four.
Q So that's from 1,795 days to 1,820 days.
A Correct.
Q And what can be said about the Mirena concentrations in the last month versus the first month as reflected on figure 1?
A Well, you see that in both graphs the concentrations for the COC and for the progestin-only pill are the same because they do

take the same dose every day over the whole time, and the release rate for Mirena is declining over the five years. So at this point in time, it releases only 10 micrograms per day, and you can see that in relation to the POP -- the progestin-only pill -- it is towards the minimum concentration of the progestin-only pill.

Q How would you characterize the difference in serum concentrations between the Mirena on the one hand and the combined oral contraceptive, the COC, on the other?

A Well, it is a very high concentration difference.

Q In what manner?

A For -- well, it's a severalfold difference, but if you want to look at the numbers, that's easier displayable at the concentration numbers. But here you can see that the highest concentration for the COC are almost 3,000 nanogram per liter and -- whereas Mirena is really low at maybe 150, but you cannot really see in the graph here. So that would be a comparison of 3,000 nanogram per liter to 100 or 150 nanogram per liter for Mirena.

Q Now, Doctor, you were asked a number of

questions about the free portion of LNG that a patient has when using Mirena. Do you recall those questions?

A I do.

Q Did your paper try to capture and compare the levels of free LNG across those same products?

MS. NATALE: Objection. Form.

A We did try to capture that as well, and it's displayed in the table.

Q Let's look at table 2, which I think is on the -- a few pages earlier. I think it's on page 24.

A Correct.

Q And it looks like -- well, you tell me. What products does table 2 provide data for?

A It provides concentration data for all the five -- no, six products that we investigated. So we start with the lowest releasing, the Skyla. Then it's followed by the Kyleena. And the LNG-IUS 20, Mirena.

Q That's Mirena?

A Correct.

Q And then?

A That's followed by the implant, and on

the bottom you see that the table changes a little bit because we do not -- cannot measure continuously over time because the oral product, they have to take daily. So we do -- to better compare it, we listed maximum concentration, average concentration, and minimum concentration, and we did -- we did list in this table the total concentration of levonorgestrel, and below that in brackets you always see the free concentration.

Q So let me just use an example. If we look at six months use for Mirena, what would be the total concentration levels and what would be the amount of free that you observed?

MS. NATALE: Objection. Form.

A The total concentration is 184 nanogram per liter, and in brackets below the number states "2.87 nanogram per liter unbound."

Q And what percentage, approximately, does the 2.87 represent of 184?

MS. NATALE: Objection, form.

A Can you repeat that, please.

Q Yes.

So the Mirena label talks about the free portion being between 1 and a half and 2 percent. Correct?

A Correct.
Q Does your data confirm the information that's in the Mirena label?
A It does.
Q Now, Doctor, how about with the implant Jadelle, maybe looking at the same time period, what did your data show there?
A The data showed if you're also looking at six months, the 328 nanogram per liter on average on total and 5.23 nanogram per liter for unbound LNG.
Q How does the amount of total and unbound for the Jadelle compare to the -- what was observed with Mirena?
A So for the total it's a bit more than factor 2 higher for Jadelle than compared to Mirena. And for the unbound, it is still almost double as high as for Mirena.
Q Now, let me ask you to make a similar comparison to the two oral products, the POP, the progestin-only pill, and the combined oral contraceptive as reflected in table 2?
A So if we want to compare that to the oral products, we would look at maximum or average concentration during steady state. That is

represented here, day 21. So that means up to multiple intake of the pill. And there, for the progestin-only pill with the lower dose, it ends up at 800 -- the maximum concentration is 884 nanogram per liter. And the unbound concentration is 11.4 nanogram per liter. So that is -- if you compare that to the day 25 concentration of Mirena, it's about four times higher for the -- for the total concentration and also 3 to 11.4, it's a bit less than four times.

Q Then what about for the combined oral contraceptive?

A For the combined oral contraceptive, you look at the maximum concentration that is in steady state 3,537 nanogram per liter, and the unbound is 37.9 nanogram per liter in the maximum concentration.

Q And how does that compare to what's seen with Mirena, the free fraction?

A So that would mean you compare 200 -- sorry, the free fraction would mean you compare 3 to 37. That's a bit -- that's about ten- or elevenfold more.

Q So, in other words, with the combined oral contraceptive that was measured here, the

free amount of LNG is about 10 or 12 times more than what's experienced with Mirena?
A Yes.
MS. NATALE: Objection, form.
A Well -- yes, we just alluded to the -- to the fold differences with regard to the maximum concentration, yes, that's correct.
Q Now, let me switch topics. While we're still on the free levonorgestrel, I think during your answers to Ms. Natale, you were -- you wanted to point to the Kuhnz study in helping to answer some of the questions about the free LNG. Do you recall that?
A I do.
Q Okay. Let's take a look at Exhibit 15, which you should have in front of you. You may have a copy of it, the Kuhnz study.
A I do.
MS. NATALE: It is listed in her preparatory materials.
MR. IMBROSCIO: I think it's in there.
MS. MANGRUM: Here is 15.
MR. IMBROSCIO: Yes, so it's (handing).
BY MR. IMBROSCIO:
Q It looks like it's -- the Bates number

ends 5882, Doctor, if that helps you get there.
A Yes.
Q Doctor, you have before you the Kuhnz article, which is in Exhibit 15, and, in particular, I want to direct your attention to figure 3. Is that the table you referenced earlier in your discussion with Ms. Natale?
A That is the figure I pointed out, yes.
Q Can you explain to the jury what this figure represents.
A Well, it does tell you -- it shows you three bars or curves in a three-dimensional fashion so that the one that is colored in black represents the unbound fraction, or the free, as you call it, and then the white one is the albumin bound fraction, and then behind that is the -- the last column in there or row in there is SHBG bound fraction.
Q And describe the interplay between those three bar graphs.
MS. NATALE: Objection, form.
A Well, what this graph displays is all the three levels of levonorgestrel, free, bound to SHBG, and albumin over time. And what we can see, if you -- if you start with regarding SHBG, we can

see that SHBG is declining in that study, or the amount of LNG bound to SHBG is declining over that time, 21 days. At the same time, you see that the albumin bound fraction is increasing over time, and you see a slight increase, which is also described in the figure -- in the table in that paper from, I think, 1.1 percent to 1.7 percent in the end.

Q Okay. Now -- thank you, Doctor. One moment.

Let me go back to your paper for Contraception and ask you to turn to figure 4. You were shown this briefly in the questioning by Ms. Natale.

MS. NATALE: 32, I think.

THE WITNESS: Yes. It's sticky. Here it is.

BY MR. IMBROSCIO:

Q Do you recall being shown this or looking at this?

A Yes, we did look at that.

Q Let me just give you a chance to explain in more detail what figure 4 represents as it relates to the interplay between body weight and SHBG concentrations.

MS. NATALE: Objection, form.
A As I recall correctly this morning or this afternoon, we did talk about the body weight relation to LNG levels and about this paper and that we have two factors influencing -- two covariates influencing the LNG concentration that are in the discussion of that paper.
And this figure displays three things. In the upper graph you see the serum concentrations of the COC, in relation to the average concentration by the way, in relation to the body weight of the women, increasing body weight. And it's three curves because, as we said, SHBG has also an influence on the concentrations. We simulated the same concentration for an SHBG baseline value of 50 nanomole, of 75 nanomole, and of 400 nanomole, which is the green curve. And then it's in the reverse order compared to the little chart in the figure.
Q What did your model show?
A Well, it showed that for the COC here, the serum concentrations decline over time -- decline with increasing body weight.
Q How did that compare to what was seen

with Mirena?

A Well, you can see the same effect with Mirena. It also declines depending on body weight so it declines with increasing body weight, and it is lowest for the lowest SHBG levels, but if you compare the Y axis where the concentration is given, you see that for the COC, the axis goes up to 2,500 nanogram per liter. And for Mirena, the middle one displays the concentration of Mirena after one year of use. So that is around 300 nanogram per liter for the very light women, and then it goes down.

Then on the lowest graph you see the same thing for Mirena after having been used for five years, and also you see it also decline here.

Q Thank you, Doctor.

Doctor, you were asked a number of questions about intersubject variability, different concentration measurements for different women using Mirena. Do you recall those questions?

A Yes, I do.

Q What factors can influence the variability seen across patients?

MS. NATALE: Objection. Form. Asked

and answered.
A Well, we discussed that earlier. There are -- in general, it's how -- how the drug is absorbed, if you want to -- or how heavy a woman is, how the drug is cleared, and especially for SHBG -- for levonorgestrel, how it is bound -- how the SHBG levels are -- can influence that as well.
Q And there was a document that referenced that -- that characterized the variability seen with Mirena as, I believe, widely variable.
What would be your view as to whether the variability that's now seen with the data you have with Mirena patients, whether you agree that it would be characterized as widely variable?
A Well, in pharmacokinetics and in statistics, to judge variability you usually look at standard deviations or coefficients of variations, and I think we discussed that this morning. That is a statistical parameter that has been validated, and that is a good measure to look at. So the CV, or coefficient of variation, is a good measure to look at variability.
Q What's the coefficient of variability that you have observed now with Mirena?
A Well, if you go into the meta-analysis

to look at the table again, we can see that for the -- table 2, I believe it was -- that we --

Q Bear with me for one second. Let me catch up with you, Doctor.

All right, Doctor. What does table 2 show?

A Table 2, we discussed that a moment ago. It shows the different serum concentration, total and unbound for the six products investigated in this analysis, and you can see that it's not only -- not only the same concentration is given, but below there's also the coefficient of variation given, and it's -- again, the upper one is for the total serum concentration, and the one value in brackets below that is for the unbound concentration.

And we do see, for the total that we have for Mirena, variability around 35, 36-7 percent. That is something that has been observed in many studies actually even in the old studies when you look at the summary of review of tables, for example, by Fotherby and go to other studies. So a coefficient of variation of 40 percent is often observed. And you would see, also, that the coefficient of variation for the unbound

levonorgestrel is lower than that. It is about 22 percent.

Q As a pharmacokinetic specialist, can you give the jury some perspective as to what those coefficients of variability -- how they fit into what we see with other medicines.

A I think it's -- like 30 to 40 percent is something that we observe with a lot of medications, for example, aspirin. If you look at PK studies with aspirin, you will also find variabilities between 20, 30, 40 percent.

MR. IMBROSCIO: Okay. All right, Doctor. Those are all the questions that I have for you this afternoon. Thank you so much.

MS. NATALE: I have --

MR. IMBROSCIO: We can go off.

MS. NATALE: Okay.

THE VIDEOGRAPHER: The time is 7:16 p.m., and we're going off the record.

(Discussion off the record.)

THE VIDEOGRAPHER: The time is 7:17 p.m., and we're back on the record.

FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS

BY MS. NATALE:

Q Welcome back, Dr. Hofmann. I have just

a few follow-up questions for you. First, I would just like to ask, at various breaks throughout the day today, you may have spent some time with defense counsel outside of this deposition.

At any point in time did you discuss the testimony that you have given today with defense counsel?

MR. IMBROSCIO: Well, I discussed the direct exam with her at the break, but we didn't discuss any of your questions. I don't think you can ask her questions about my play with her.

MS. NATALE: Sure. And I would just like to note for the record that it sounds like you've just said that you discussed the direct examination with the witness during the break. Is that correct?

MR. IMBROSCIO: Right before we began, we went over it one more time. Of course we did.

MS. NATALE: Okay.

BY MS. NATALE:

Q So just now you were asked about -- on this table 2 in Exhibit 6, about the coefficient of variation and the various routes of administration. Correct?

A Correct.

Q And you mentioned -- you talked about the coefficient of variation with Mirena, which was 34.9, correct, for the total levels?
A Well, it is a bit -- well, if you look at it --
Q Oh, sorry.
A It changes.
Q Sure.
A It's slightly over the time point.
Q So, for example, at six months, the geometric coefficient of variation with Mirena is 34.9. Correct?
A That's correct.
Q And at the same time frame with the implant, it's 33.7. Is that correct?
A That's correct.
Q And with the POP it's 30.6. Is that correct?
A That's correct.
Q With the COC --
A Well, that's not a six-month value. It's the average value over the day of this closing interval, just to make that --
Q Oh, that's a good --
A I didn't say that.

Q Okay.
And then at that same time point as what you just explained for the POP, with the COC it is 26.7. Is that correct?
A That's correct.
Q So earlier you testified that the way it turned out in our meta-analysis, it seems there is less variability with the intrauterine device especially compared to oral. Is that correct?
A Yes, and I actually did a mistake there because I was looking at the -- I was only looking at the unbound variability.
Q Sure. Okay.
A And if you look at the unbound variability for both products, then they are close.
Q So according to this, the variability with Mirena -- with the intrauterine devices of the total hormone levels actually appears to be greater with the intrauterine devices. Correct?
A Well, it's 30 -- about 35 percent, and it's about 28 percent on average, yes.
Q Sure.
A And for the minimum it's actually similar.

Q Okay. I just -- I'm really sorry. I just want to get a clear answer to the question.
So is -- the variability for the intrauterine devices of the total serum levels appears to be greater with the intrauterine devices.
MR. IMBROSCIO: Object to the form.
Q Is that correct?
MR. IMBROSCIO: Object to the form.
A Well, if I have -- these are numbers based on different time points, but from a general assessment, that all falls into a sort of moderate variability for the drugs.
Q Sure.
A Yes.
Q Is the coefficient of variation that you found in your study for the total levels of levonorgestrel greater with the intrauterine devices generally than with the other routes of administration?
A Not at all time points, but in some, it is, yes. So if you look at the minimum -- if you look at the minimum values for the COC, you end up with the minimum at day 21 at 54, but it is -- it is greater if you look at the average --

Q Coefficient.

A Not even there, but the average at day 22 for the POP it's 42. And then for the average total at the Cmax, Cmax, it's 23.

Q Okay. You were asked about the geometric mean for the unbound fraction. Do you remember that by Mr. Imbroscio?

A Yes, I do remember.

Q And you were asked to confirm if the numbers that you found in your study are in line with the labeled unbound percentage of 1 to 2 percent. Do you remember that?

A That's correct.

Q Okay. And these values, the geometric mean for the unbound levels with LNG, actually, the entire time frame from day 25 through five years is actually above 2.0. Is that correct?

A No. I think if you calculate that, it should be about 1.5 percent.

Q So we're talking about percentages, and then this is -- so what -- what -- here, where it says, "geometric mean," in parentheses, "3.05," is that a serum level that you used?

A That's the serum concentration of free, unbound levonorgestrel. And if you want to have

the free fraction calculated, then you would need to send -- to set 196 to 100 -- divide by 196 and multiply by 3.05. And then I believe that would end up by around 1.5 percent.

Q With the percentages.

A Yes.

Q Okay. So the percentages that you would calculate from these numbers are within that 1 to 2 percent that's on the label.

A That's correct.

Q Looking back to figure 1, which was on page 26 of this document.

A Yes.

Q So the first, the green part of the graph that you were shown relates to COC. Correct?

A The highest curve is the Mirena -- Miranova concentration.

Q And what does COC mean?

A Combined oral contraceptive.

Q Does that mean that there is an ethinyl estradiol component to that drug?

A That's correct.

Q And we talked about earlier ethinyl estradiol increases levels of sex hormone-binding

globulin; is that correct?
A That is correct.
Q And you -- the second one that you talked about, the lower blue one with the kind of little peaks like that, that you were asked about, corresponds to the POP, or progestin-only pill. Correct?
A Correct.
Q Are you aware of a levonorgestrel-only progestin-only pill marketed in the United States?
A I'm not aware of that. We have Microlut, and Norgeston, I think is the name in England.
Q Typically, in the United States, are progestin-only pills prescribed to, say, lactating women?
A I cannot answer that. You have to talk to a gynecologist.
Q Okay. Let's move on from that. That's fair enough.
You were asked some questions about how you measured or captured the unbound levels in this study, correct, by Mr. Imbroscio?
MR. IMBROSCIO: Object to the form.
A We calculated them, yes.

Q Sure. So you didn't actually measure the unbound fraction. You used your PopPK model to estimate what the expected free level should be. Is that correct?
A That's correct, but what -- the method of calculation or the formula implemented in the model is based on measured values.
Q Sure. Okay.
In the Kuhnz article which you were just looking at from 1992, what product is that study discussing?
A That is not discussing a product. That is discussing a dose of 150 microgram levonorgestrel.
Q Oral --
A Oral.
Q -- is that correct? Okay.
And is that a combination? So it's not a product at all. It's just a dose of just LNG only. Is that correct?
A That's correct.
Q Your attention was brought to this new Exhibit 43, which was the demographic data from study A46796. Do you remember that?
A I do.

Q And I believe --
A 120810?
Q You were asked some questions about the weight and body mass index of the subject, 120810 and 120 -- was it 017?
MR. IMBROSCIO: 217.
Q -- 217. Correct?
A That's correct.
Q And you testified that ...
You testified that -- sorry. You were asked, "Hypothetically, if high LNG concentrations cause idiopathic intracranial hypertension, would you expect to see greater incidence in heavy women or smaller women?" And you testified, "Just hypothetically, if LNG concentrations are related to the disease, then I would expect to see it in women with higher concentration, meaning in thin women and not in obese women."
Is that correct? You testified to that?
A That's correct.
Q I'm going to ask you your favorite question of the day again today. It is the free or unbound concentration of levonorgestrel that is capable of causing -- exerting biological effect, correct?

A That's correct.
Q So looking at the total serum concentration of the drug would not necessarily, based on all the literature we've reviewed today and the testimony you've given today, would not actually be expected to correspond to levels of any expected adverse effect. Is that correct?
MR. IMBROSCIO: Object to the form.
A That was too long for me. Maybe it's too late. Please break it down.
Q Sure. Do the total serum concentrations typically correspond to systemic hormonal activity, or is it the free biological fraction that corresponds to systemic hormonal activity?
A It would be the unbound -- the unbound -- the unbound fraction.
Q The unbound fraction?
A The unbound concentration.
Q Okay. And so when you testified that you would expect to see a systemic side effect like IIH in thin women versus obese women, you were talking about because they have higher serum concentrations. Correct?
A That's correct.
Q And that's the higher total serum

concentrations. Correct?
A Yes, but if the total serum concentration is higher, also the unbound serum concentration is still higher.
Q Sure. Okay. But when we looked at the Edelman paper earlier -- was that Exhibit 15, maybe? Let's find Edelman really quickly.
MR. IMBROSCIO: Is Edelman in the compilation?
MS. NATALE: No.
MR. IMBROSCIO: Because that's 15.
MR. ROCKSTAD: 22.
MS. NATALE: 22 is Edelman?
MR. IMBROSCIO: Let's see if we have 22. Give us one moment to get it, please.
MS. NATALE: Sure.
MR. IMBROSCIO: Here you go. You have an official copy.
BY MS. NATALE:
Q And do you recall the summary of the findings of this article?
A I know it said 35 percent higher unbound than -- in obese compared to women -- to normal weight women.
Q Sure, sure.

And they actually measured the free levels with the specific assay. Right? They did not estimate the free levels of hormone. Correct?

A That's correct. But that is not different from what we would observe, I assume.

Q Okay. It's not different from what you would observe, you assume. So --

A That would -- what we would calculate.

Q So the observation that obese women had 35 percent greater unbound hormone, that's -- that makes sense based on what you would expect. Is that correct?

A It depends -- it depends how much the -- as we see -- as we saw in that Kuhnz paper, we expect that the unbound fraction -- the extent that the unbound amount changes is in relation to how the SHBG decreases. So you would need to know what the levels go down. But, generally, it does go up a little bit. But for Mirena it does go up from -- well, if 35 percent of 3 would be 1, so you would end up about 4 nanogram per liter.

Q Sure. So I just want to make sure that we're understanding each other. You just testified -- I believe you just testified that the free fraction would be expected to be greater in

obese women.
A Yes.
Q Okay. And the free fraction is what corresponds to biological activity. Correct?
MR. IMBROSCIO: Object to the form.
A It's not the free fraction.
Q Sorry.
A It's the free unbound hormone that corresponds.
Q Thank you for that clarification.
The free unbound hormone is what corresponds to biological activity.
A Correct.
Q Correct.
So because -- we already talked about earlier, but LNG itself decrease -- the LNG released by Mirena in Mirena users decreases SHBG somewhere between 17 and 30 percent. Correct?
A Correct.
Q Okay. And then, at least based on the Edelman paper, obesity may decrease SHBG, another -- actually, we didn't discuss the actual amount. We talked at some point, I believe you testified --
A But why don't we just look at numbers

because if you want to make clear what happens, we could take the table and make an assumption, for example, of doubling the free fraction and then compare it to --

Q Sure.

A That would give you an idea of what -- what we are really talking about.

Q Absolutely. And so before we do that, and let's do that, we testified -- you testified earlier, and we just went through, LNG decreases SHBG 17 to 30 percent in Mirena users. Correct?

A That's correct.

Q And we looked at a study, I'm going to try to pull it, but I believe we discussed and you testified that there was a study showing that obesity may decrease SHBG up to 50 percent. Correct?

A That's correct.

Q Okay.

A That was a high dose of levonorgestrel.

Q And that was Edelman as well.

A Correct.

Q Okay. Okay.

So in obese women you would expect -- like you just testified, it would make sense that

obese women would have a greater -- greater levels of unbound LNG.

MR. IMBROSCIO: Object to the form.

A It would not -- that is -- we have been discussing that. The -- if the fraction of SHBG -- when the concentration of SHBG goes down, the free unbound goes up a little bit, yes.

Q Sure.

A It has been shown by all the studies.

Q All the studies show that.

So, obesity decreases SHBG, correct?

MR. IMBROSCIO: Objection. Asked and answered. But you can answer.

A That's correct.

Q And a decrease in SHBG correlates to an increase in unbound hormone. Correct?

A Yes, that's a relative change.

Q Okay.

So because of the unbound levels of LNG are -- that is what is relevant to systemic activity, correct -- biological activity, correct?

A Correct.

Q So in women with lower SHBG, they have greater unbound fraction -- sorry. Women with lower SHBG have more unbound drug in their system.

Correct?
MR. IMBROSCIO: Object to the form.
Q Correct?
A That's correct.
Q So we might be able to -- we would actually expect -- strike that.
It would actually be reasonable to expect that women who have greater unbound hormone would experience more systemic side effects. Is that correct?
A You have to put it in relation to the dose and the levels.
Q Sure. Okay. So you wanted to go back to the chart which had the table that you wanted to talk about the actual unbound drug, correct? That's based on your population estimates, correct?
A Correct.
Q So we're back at table 2 on page, what was it, 26 or --
MR. IMBROSCIO: 24.
A 24.
Q Okay. So we saw the unbound -- geometric mean of unbound LNG at six months, 2.87. Right?

A Correct.
Q With Mirena.
A Yes.
Q And so you were talking about maybe that might correspond -- if we use Edelman's numbers and said we could expect a 35 percent increase in obese women. Correct?
A Correct.
Q So do you --
A That is -- I mean, I don't know if maybe you would see that with Mirena, but if you want to take that number, we could just multiply that unbound fraction, 2.87 times 1.35.
So 2 point --
Q -- point 87 times 1.35.
A So that ends up with at 3 -- at an unbound concentration of 3.87 nanogram per liter.
Q Okay.
Is that -- strike that.
A So if you want to relate that to other compounds, you just look at this, and -- for example, COC, so it's still lower than the average concentration of the COC.
Q Sure.
And so that 35 percent hypothetical

increase in the unbound LNG serum concentrations, would it be -- would it be accurate to say that more systemic activity would be expected?

MR. IMBROSCIO: Object to the form. Vague.

Q More biological activities.

A I mean, that is the general concept that we have been discussing.

MS. NATALE: Okay. No further questions.

MR. IMBROSCIO: I just have one follow-up question.

FURTHER EXAMINATION BY COUNSEL FOR DEFENDANTS

BY MR. IMBROSCIO:

Q I want you to contrast relative percentage versus total amounts. If a lighter weight woman has an average serum concentration of 500 instead of 184 and the amount of unbound percentage is 1.5, what would be the total amount of unbound levo- -- LNG?

MS. NATALE: Objection to form.

A So 1.5 percent of --

Q If you assume 1.5 percent --

A Of 500.

Q Of 500, yes.

A So 1 percent would be 5 and then another half, that is 7.5.
Q How would that compare to the 3.8 that you just postulated with an overweight woman?
A Well, that's clearly higher.
Q So twice as much free just based on the underlying greater amount of serum concentration for the lighter weight woman.
A Correct.
MR. IMBROSCIO: No further questions.
MS. NATALE: Sure.
THE VIDEOGRAPHER: All right. The time is 7:39 p.m., November 21st, 2017. Going off the record, completing the video deposition.

(Signature having not been waived, the deposition of Birte Hofmann, DVM, Ph.D., was concluded at 7:39 p.m.)

CERTIFICATE OF SHORTHAND REPORTER

I, Michele E. Eddy, Registered Professional Reporter and Certified Realtime Reporter, the court reporter before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 27th day of November, 2017.

My commission expires July 14, 2022

MICHELE E. EDDY
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA

______________________________

MICHELE E. EDDY
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA

DEPOSITION ERRATA SHEET

Assignment No. 38071

Case Caption: IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

Witness: BIRTE HOFMANN, DVM, Ph.D. - November 21, 2017

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the ______ day of ____________, 20___.

___________________________________

BIRTE HOFMANN, DVM, Ph.D.

Sworn to and subscribed before me this _____ day of ________________, 20__.

__________________________

Notary Public

My commission expires________

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:_________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:_________________________________

SIGNATURE:_______________________DATE:___________

BIRTE HOFMANN, DVM, Ph.D.

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

__________________________________________________

Reason for change:________________________________

SIGNATURE:_______________________DATE:___________

BIRTE HOFMANN, DVM, Ph.D.

**0**

**0.018** 334:1
**0.8** 288:15,16
**0.87** 176:14
**017** 406:5

**1**

**1** 26:6 27:19,20 30:10 37:3 43:15 64:5 77:6 84:14 85:3,16 96:2, 19 108:2 159:11,15 161:18 175:20 176:15 180:2 185:19 186:6,9 208:14 231:8 245:13,19 249:6 283:13 285:6,14,18,20 286:4 310:15 312:14,17,18 319:17,18 320:15 334:15 365:22 380:23 381:9,11,12 382:19 384:22 387:24 402:11 403:8,11 409:20 416:1
**1,000** 96:24 97:1,4,8,23 109:21 331:16 333:17,19
**1,240** 333:14
**1,795** 384:18
**1,820** 384:18
**1.1** 232:3 250:23 392:7
**1.2** 286:4 288:14,22 289:18
**1.24** 333:20,21, 25
**1.35** 292:15 414:13,15
**1.5** 250:2 251:7,12 284:7 402:19 403:4 415:19,22,23
**1.6** 289:23
**1.7** 232:3 250:3,23 392:7
**1.8** 334:8
**10** 83:2 90:4,5 93:13 101:15 106:5 137:16, 17 139:2 143:13 161:18 208:15 246:24 251:6 319:18 370:5 385:4 390:1
**100** 97:11 103:8 104:9 109:3 155:19 161:18 237:16 238:22 266:3 272:14 278:4 319:17 334:2 373:7 374:12, 13,17 381:20 385:23 403:2
**100.2** 108:3
**1084** 377:2 378:24
**10th** 26:13
**11** 90:20,21 107:1 183:17 312:18
**11.4** 389:6,9
**110** 374:14,22
**112** 377:17
**114** 377:17
**11:00** 125:22
**11:02** 126:12
**11:15** 126:15
**11:58** 157:8
**12** 47:9,10 83:2 91:6,8 92:6 95:2 133:16 140:4,5 182:25 187:11 311:10 390:1
**12-month** 220:20
**120** 373:7 377:5,8 406:5
**120210** 377:4
**120217** 311:18, 20 312:6 315:2 316:20 320:18 375:23 378:14
**1205377** 62:5 73:5 181:14
**1205382** 182:17
**1208** 321:23
**120810** 321:21 323:14 326:9 375:24 378:21 379:3,8,13 406:2,4
**12:53** 157:11
**13** 110:21,22, 23 144:2,16 183:17
**13.5** 299:6 300:2
**1300** 159:11, 15,16,18,19,22 160:11
**14** 114:6,9 122:7 315:19 316:5,25 325:23
**1454** 325:23,24 326:2,6
**1455** 326:24
**15** 71:2,11 113:2,4,14 127:13,17 133:17 150:20 187:11 221:10 239:6,17 251:8 303:21 328:17 390:15,22 391:4 408:6,11
**150** 183:23 385:21,23 405:13
**150-kilogram** 205:3
**157** 95:8 98:14 101:17
**15th** 320:13,15
**16** 144:16 146:9,12,18,19 311:7 321:17, 19,20,21 323:17 325:15, 18,20 330:10
**160** 215:12,24 227:11
**168** 377:25
**17** 153:16,19 183:5,13,18,19 184:11 188:22 189:14 212:19 213:4 230:15, 20,21,22,24 283:5 410:18 411:11
**17-MD-2767** 26:9
**172** 97:10
**176** 33:2 169:6, 9,19
**18** 157:20,24
**18.4** 378:15,17
**181** 159:22,25
**184** 387:15,19 415:18
**184796** 221:4
**185** 328:6 330:5,11
**19** 174:17,22 377:2
**19-nortestosterone** 63:4
**19.5** 299:12 300:2
**192** 320:7,11, 15
**196** 403:2
**1975** 128:14
**1977** 130:5

**1978** 130:15
**1982** 129:25
**1984** 80:14
**1987** 238:6
**1989** 344:13
**1990** 80:14 90:25 92:22 129:9,10 135:10 141:8 239:21 268:24 271:3
**1990s** 269:17
**1991** 283:8
**1992** 132:11 133:14 180:15 187:9 405:10
**1993** 268:24
**1994** 132:20 185:20 269:3
**1998** 146:15 253:20
**1b** 384:12,13

**2**

**2** 32:10,12 43:14 85:21 86:12 89:4 99:13 101:3 107:25 126:16 155:17 156:16 168:24 174:2 180:2 187:8 223:20,22 231:10 232:2 249:14,22 250:22 285:20 299:23 303:3 304:18,20,21 334:15 372:24 373:1,2,3,12, 24 374:25 377:7 386:11, 16 387:24 388:16,22 396:2,5,7 398:22 402:12 403:9 413:19 414:14
**2,500** 394:8
**2.0** 402:17
**2.87** 387:17,19 413:24 414:13
**20** 47:9,10 48:8 56:13 77:23 78:2 87:14 101:7 102:20 104:11,17 182:25 183:4 184:15,18 185:5 192:9,25 193:15 299:15 311:4,14,21 313:19 326:14, 16,17 370:3 378:24 383:24 386:21 397:11
**200** 101:9 108:23 370:24 389:20
**2000** 78:19,22
**2001** 78:20
**2004** 275:12
**2005** 90:17 91:12 327:4 328:13 354:11
**2006** 318:24 319:2 320:13, 16 327:4 330:12,15
**2007** 142:20
**2008** 114:10, 20,23 115:3, 13,20 122:4 151:18,19 372:19
**2011** 44:19 223:17
**2012** 44:7 80:2 256:8,18
**2013** 168:25 219:12
**2015** 256:8 260:22
**2016** 192:2 206:8,14 281:19
**2017** 26:3,15 126:15 157:11 194:14 232:11 297:14 366:7 416:13
**2058** 155:18
**21** 26:3 102:21 191:11,12 193:25 210:1, 2,3,4 222:12 236:1 389:1 392:3 401:24
**21.4** 379:14,16
**210** 319:2,3,4
**210617** 111:14
**210810** 379:2
**213** 318:11
**217** 377:9,10 378:10 406:6,7
**21st** 26:14 126:15 157:11 232:11 297:14 366:7 416:13
**22** 102:21 207:12 282:3,4 397:2 402:3 408:12,13,14
**220** 374:12,18
**23** 209:17,20 230:9 402:4
**2343** 338:22
**2345** 345:3
**237** 323:24
**237,000** 324:14
**237,703** 323:25
**238,000** 324:6
**239** 78:5 89:21 268:19
**24** 185:5 219:8, 9 386:13 413:21,22
**243** 269:19
**244** 271:7
**245** 270:22
**24th** 330:12,15
**25** 101:9,12 220:14,15 389:7 402:16
**250** 108:19
**26** 222:25 223:1,8 380:24,25 403:12 413:20
**26.7** 400:4
**26411** 257:3
**27** 234:25 235:3 275:3 307:24,25 308:4
**28** 253:17,20 400:22
**28th** 44:7 275:12
**29** 143:12 144:17 145:18 255:15,16
**2938** 356:22
**2939** 356:24
**2940** 356:24
**295803** 135:11
**295874** 133:15
**2:27** 232:8
**2:40** 232:10

**3**

**3** 35:2,9,20,23, 24 85:23 87:24 143:23 144:5, 16 157:12 180:23 202:19 246:23 269:20 282:24 283:1 298:8,12 312:17 314:19 333:3 361:23 389:9,21 391:6 409:20 414:16
**3,000** 385:20, 23
**3,537** 389:15

**3-keto-desogestrel** 133:11 186:13

**3.0** 317:4

**3.05** 402:22 403:3

**3.12** 97:8,13,16 98:1 331:15,21 333:10

**3.13** 95:14 332:12

**3.8** 416:3

**3.87** 414:17

**30** 71:25 104:13,18 145:21 188:17 189:13 192:10, 25 193:16 212:20 213:4 220:1,21 222:13 230:15, 21,24 236:16 263:6,8 322:5 383:5 397:7,11 400:21 410:18 411:11

**30(b)(6)** 29:4

**30-ish** 125:19

**30.6** 399:17

**300** 102:22 394:10

**308901** 85:21 86:12

**31** 268:4,6

**312** 96:19,24, 25 97:1,4,7,10, 12,15,17,22 98:1 331:15

**312.4** 96:3

**312.45** 94:12 95:13

**32** 275:6,7 392:15

**320** 78:13 314:23 315:10 316:9,10,18 325:21

**321** 314:22 317:3

**323** 318:10

**325** 318:14

**327** 315:11 316:19 325:22

**328** 315:11 388:9

**33** 298:9,13 317:8

**33.7** 399:15

**330** 78:14

**333** 78:13,14, 25 82:15 84:23 85:14 86:2 88:11,18 105:2 106:3

**3378** 358:24 359:14

**3382** 359:17,24

**34** 108:2 305:10,17

**34.9** 399:3,12

**35** 209:6 225:10 291:3,9 292:13,22 309:19,20 321:18 330:9 396:18 400:21 408:22 409:10, 20 414:6,25

**350** 108:23 109:18

**36** 310:8 311:24 312:2 313:21 314:1, 13 320:3,7,8, 18 325:16 326:5 330:14

**36-7** 396:18

**360** 109:19

**37** 185:4 336:21,25 343:25 389:22

**37.9** 389:16

**375** 175:20

**375.3** 320:16

**377** 62:11,24

**38** 347:11,12, 14

**382** 359:19,20

**39** 215:12,23 227:11 347:11 350:8,9

**390-** 96:21

**394** 101:4

**398** 330:24 331:20 332:12 333:11

**399** 216:22

4

**4** 37:5,8 160:21 188:7 216:22, 23 232:12 246:23 249:17 392:12,23 409:21

**4,175-page** 313:22

**40** 71:25 102:5 209:7 354:7,10 373:6,7 375:6 396:23 397:7, 11

**400** 393:17

**401** 107:25 216:22

**402** 216:20,21

**409** 259:2

**41** 358:16,19 359:18

**411** 258:23

**415,000** 324:13

**415,136** 324:9

**415,136.4** 323:20

**4175** 314:24 325:23

**42** 160:10 180:9 372:7, 11,13,15 402:3

**425.9** 108:2 109:2

**429** 77:10

**43** 376:9,10,17, 18,24 405:23

**430** 108:19

**44** 244:20

**44.8** 144:8

**45** 244:20 245:8 342:15

**478** 87:25

**492** 96:23 97:4, 10,12,14

**492.3** 95:4 96:22 107:13

**4:04** 297:11

**4:35** 297:14

5

**5** 38:6,8 76:9, 23 139:3,5 154:24 155:2 156:7,12,21 243:20 255:21 283:19 285:1 297:15 312:17 378:2 416:1

**5.2** 185:6 211:4,9

**5.23** 388:10

**50** 183:25 187:3,17 209:5,8,9 213:11 231:14 232:2 244:22 249:17 250:11, 22 374:9,12,20 375:5,6 393:16 411:16

**50-kilogram** 205:1

**500** 86:11 108:10 109:14 415:18,24,25

**510** 86:14

**52** 87:3 236:6,

24 369:18 377:16,21

**525.9** 108:10

**526** 108:14

**526.1** 108:11

**53** 244:20

**534** 241:22

**537** 243:2

**5377** 73:9 204:8

**5383** 119:8,10

**5385** 173:3

**5386** 214:17

**54** 245:1 401:24

**545** 244:24 245:10 252:15, 16

**55** 146:2

**55.2** 144:12,17 145:9

**550** 244:13

**554** 244:11,12

**57** 223:25 224:12,21

**5736** 264:19

**58** 342:15

**584** 348:9

**5882** 391:1

**59** 379:11

**59611** 306:22

**5:18** 336:17

**5:27** 336:20

**6**

**6** 39:10,13 47:6 61:23 68:17 73:1 99:8 118:21,22 119:4 158:5 172:6 173:2 181:11 198:23 246:25 249:17 270:8 271:2 274:6 290:14 301:25 302:3, 4,19 306:21 366:8 380:15 381:5,6,10 398:22

**6.5.5.1.4** 160:15

**60** 183:25 187:17

**60s** 369:7

**61** 215:13,24

**6103** 211:13

**62** 180:9

**63** 219:20 310:9,16

**632** 308:4,5

**64** 86:17

**66** 215:13,24 288:25 289:18 290:8

**68** 103:9 104:3 156:17,24 326:12

**68.8** 333:23,25

**6:02** 366:4

**6:35** 366:6

**6th** 246:24

**7**

**7** 42:11,12 61:21 64:6 119:3 312:17

**7.5** 416:2

**7.e2** 299:22

**70** 209:5,7

**70s** 369:7

**717170** 177:11

**73429** 70:6

**736** 265:11

**737** 265:3

**75** 393:17

**77** 181:15

**7:16** 397:19

**7:17** 397:22

**7:39** 416:13,18

**8**

**8** 47:9,10 69:12,14,16 89:7 135:15 182:24 286:4 288:22 289:18 362:7

**80** 218:8 379:10

**800** 389:4

**803** 135:16,17

**804** 221:11,19, 20

**805** 222:11

**806** 222:10,11

**80s** 281:5

**84** 156:24

**85** 156:21 218:8 310:10, 11,15,16 312:2 323:8

**850** 26:13

**86-5028** 310:20

**866** 133:1

**87** 176:20 281:6 414:15

**874** 132:25

**884** 389:4

**89532** 85:23 87:24

**9**

**9** 79:4,7 177:3, 6 312:18

**9.3** 221:9,22

**9.3.2** 221:25

**90** 211:24

**900-something** 105:2

**90s** 271:16 281:5

**93** 376:15,16

**94** 78:8 249:14

**95** 245:15

**96** 249:14

**96102** 211:4,6

**978** 88:6,10,12

**982** 84:4

**9:01** 26:3

**9:02** 26:15

**9:29** 54:5

**9:33** 54:8

**9:49** 68:2

**9:50** 68:4

**A**

**A-TYPE** 144:5

**a.m.** 26:3,15 54:5,8 68:2,4 126:12,15 157:8

**A10** 84:3

**A10982** 83:25

**A2q** 360:3

**A46796** 157:25 197:17 309:24 314:3 375:20 405:24

**abbreviated** 37:20

**abbreviation** 73:17 175:25 194:10 368:22 383:7

**abdominal** 161:22

**abilities** 30:1 100:8 343:3

**ability** 26:25 31:21 59:12 242:6

**able** 74:25 75:4 125:18 140:23 151:20 234:23

253:1 262:5 294:3 413:5

**about** 29:13 31:10 32:11 34:14,15,17 38:20 40:18 41:9,25 46:5, 22 47:7 49:7 54:11,15 55:4 56:6 57:17,23 60:5,13 64:8, 10,17 65:20,23 68:8 69:13,21 73:11,15 78:12,14 80:10 84:22,24 85:13 86:1,4 89:14, 25 96:4 101:9, 16 102:1,4,20 108:14 109:18 110:2,4 111:8 121:17,18,19, 21 122:23 123:9,17,23 124:3,9,16,22 125:5,11 126:19,20 127:1,2 128:4, 8 129:22 134:25 136:11 138:20 139:15 140:19 142:22 145:19 147:4, 19 148:13,24 149:4 151:6 154:3 156:20 158:4 161:1 164:1 165:17 169:5,6,12 172:7,8 177:4, 13 180:2 185:14 186:20 187:3 188:17, 25 189:16 190:12 192:9 193:2 194:8 195:17 196:4 197:1,18,19 198:18,23 199:14 200:14, 23,25 201:5,9, 25 202:24 203:21 204:7, 11 206:21,22 207:7,20,22 208:6 209:4,9, 19 211:16,24 213:11 221:8 224:17 226:7, 17 229:1,7,10 231:8,9,13 232:15 233:5, 18 234:11 235:12,17,20 237:21 238:8, 17 239:21 240:5,6,20 241:20,21 242:14 245:21 246:12 247:3 249:6,23,24,25 250:7,9,10 251:13,15,20 252:3,4,6,15 253:6 255:1 257:11 258:9 259:19 260:22 263:19 264:5, 19 268:9 277:6 280:6,7,20 281:6 282:20 285:20 286:15, 21 288:20 291:19 292:1 295:24 298:21 299:22 300:13 304:2 309:4,9, 13 312:22 313:1 315:25 319:21 323:25 324:2,9,10 328:7 331:13 334:12 339:21, 22 340:24 343:10 346:19 351:8,10 353:6,11 357:2 362:18 368:9, 25 369:13 370:24 371:1, 11,21 374:9, 18,22 376:3 377:2 380:12 384:3,20 386:1 387:23 388:5 389:8,11,22 390:1,12 393:3,4 394:18 397:1 398:11, 21,22 399:1 400:21,22 402:5,19,20 403:24 404:4, 5,21 406:3 407:22 409:21 410:15 411:7 413:15 414:4

**above** 136:20 227:20 236:25 264:24 402:17

**absolute** 211:23 286:2 288:11

**absolutely** 66:1 140:24 186:4 201:17 286:19 293:25 314:12 333:9 411:8

**absorb** 120:23 121:2

**absorbed** 32:1 56:19,25 57:6 120:24 121:4, 15 124:4 130:25 168:8 199:21,23 202:6 211:23 233:17 395:4

**absorption** 33:8 70:2,9,20 91:22 121:15 169:23

**abstract** 135:25 136:22 139:1 140:15,23 142:22 148:10 155:6 235:13 240:6,12 254:5 284:9,10

**accept** 115:7

**acceptors** 236:10,20

**accordance** 260:14 266:6

**according** 156:6 193:14 231:12 247:6 250:10 327:22 400:17

**Accordingly** 303:10

**account** 105:1, 3 112:4 116:19 239:5 255:2 280:14,24 301:18

**accounting** 300:23

**accounts** 105:5 112:23

**accurate** 44:12 45:11 48:25 49:1 68:25 98:15,16 110:3 158:21 171:13 213:24 214:25 215:1,22 219:22 279:23 286:25 291:22 312:11,12 323:25 327:6, 20 415:2

**accurately** 337:18

**acetate** 130:8

**acne** 66:15 167:1,4,10,16, 20,23 229:13, 19,24 318:15, 17 337:21 348:11,17 349:6 351:13 352:8 353:6

**acquired** 142:17,18

**across** 182:8 281:13 344:20 380:20 386:6 394:24

**act** 49:17,24 57:25 140:1,2 145:4

**action** 46:20 50:6,7,8 58:11 147:17 153:15, 20 154:23 171:7 196:12 199:21 227:24 228:3,6 296:17

**actions** 32:22 169:16

**activate** 54:25 55:7 58:1 59:9 65:18 171:4

**activated** 50:5

**activates** 54:19

**activation** 339:17,23

**active** 59:13 129:3 131:9 152:7,8 153:7, 9,13 163:3,7, 11 197:5 229:23 237:6 242:5 243:9,21 248:9,12,16 249:18 251:16, 21,24 253:9 266:14,23 272:6 289:19 290:9 294:13, 21 296:24 344:5 361:18

**activities** 59:18 67:16,18 165:21 415:6

**activity** 57:25 58:17 63:9 139:21 143:8 144:3 145:7 152:15 153:6 161:3 165:17, 19 170:24 171:2 196:23 197:2,11,25 198:15 236:16 240:10,17 241:4,15,18 242:2,15 265:19 266:25 270:10 280:9, 17 289:14 293:17 295:19 296:22 325:4, 12 407:13,14 410:4,12 412:21 415:3

**activity/cellular** 177:21

**acts** 50:4 148:2,4 293:24

**actual** 34:3 40:3 87:17 177:10 223:21 288:21 307:12, 25 308:21,25 410:22 413:15

**actually** 27:16 46:22 101:18, 21,22 106:11 114:12 133:1 171:17 180:21 181:1 209:4 231:22 250:18 252:11 265:2 269:2,5 275:4 284:21 288:23 315:21 321:24 327:10 335:9 396:20 400:10, 19,24 402:15, 17 405:1 407:6 409:1 410:22 413:6,7

**adapted** 192:7

**add** 77:21 153:8 355:17, 24

**added** 144:15

**adding** 77:22 337:15

**addition** 109:18 189:23 233:20

**additional** 75:3 124:8 337:16 360:13

**additionally** 67:14

**additions** 183:8

**address** 30:15 140:23

**addressed** 338:8

**adds** 205:11

**adjust** 28:17

**administer** 26:22

**administered** 33:9 130:22 137:15 169:7 170:2 211:22 277:12 293:8, 12 295:20 296:12

**administra-** 211:21

**administration** 38:14 39:17 41:8,11,16 42:6 69:3,7 75:20 76:3 120:19,22 121:8 123:13 124:5,19,25 125:6,12 127:11 131:24 132:16 137:9 185:18 186:18, 22 187:2,17,20 195:3,14 198:25 228:23 232:19 264:11 398:24 401:20

**administrations** 76:7 122:16 134:21

**admissions** 60:11,18

**admitted** 60:14

**ADR** 361:6,10

**advantages** 83:14

**adverse** 160:15,22 162:19 163:10, 14 166:9 197:20 198:8 199:7,25 200:24 201:6,7 202:11 294:25 309:10,14 313:22 314:2, 19 315:11 316:19 317:11 318:2 319:15 325:16 326:8, 20 327:8,22 328:3,20 329:6,13,23 330:14,18 346:18 361:11, 14 407:7

**AE** 328:13 330:14

**AES** 318:8

**affect** 217:2 231:2,18 250:14 267:18 347:7 371:12

**affects** 145:5 172:8 207:10 208:1,11 264:10

**affiliation** 142:11

**affinities** 64:1, 7,12 65:21 67:16 154:11 156:4 175:23 343:15

**affinity** 61:16 64:21 154:14, 20,22 155:1,3 156:8,17 174:7,25 175:5,13 176:9,17,19 237:5 246:5 247:7,20 276:14 303:2 340:4,25 341:2,23 342:13 343:11

**after** 34:7 38:13 41:3 44:22 67:19 70:23 74:24 87:5 108:20,24 109:15,20 122:16,18 131:16 132:15 133:18 135:19 136:1,2 138:8 185:17 186:21 187:12 188:5, 13,17 203:25 253:22 300:2 313:14 314:19 315:19 316:1, 4,24 317:7 318:11 321:4 325:17 328:6 330:5 348:11, 17,18 365:2 366:21 367:4, 6,20 370:22,23

371:1 373:5 381:13,14 383:13 394:10, 14

**afternoon** 393:3 397:14

**afterwards** 226:12

**AG** 29:6 40:3

**again** 59:24 61:1 65:15 67:24 73:8 81:12,19 82:13 111:8,18 130:11 131:16, 21 138:19 156:12 165:13 167:8 174:13 181:19 204:4 205:17 214:15 248:2 272:1 287:15,16 295:11 296:6 328:2 329:8 342:4 353:21 354:25 359:18 373:22 378:8 381:6 383:3 396:1,13 406:22

**age** 225:10 315:1

**aged** 220:21

**Agency** 269:10

**Agenda** 219:21

**agent** 367:23

**ago** 262:1 369:7 396:7

**agonism** 55:24 148:4 339:22

**agonist** 52:12 54:13,17 55:1, 6 56:3 65:5,15, 18 66:15 147:25 148:1

**agonistic** 66:13 147:23 148:7

**agonists** 54:23

**agree** 33:17 82:6 110:12 112:2,9,22,25 116:25 117:2, 22,23 118:7,10 154:18,22 178:1,2 180:7, 13 182:1 193:14,19 212:2,9 215:2 220:5 225:4,14 226:4,22 237:9,10 240:15 242:12, 25 243:1,12,24 244:7 245:18, 23,25 249:21 254:12 270:4, 15 271:15,25 272:4,23,24 273:19 276:19 277:5 278:11 279:11 340:11 344:8 345:7 349:10,23 354:1 395:13

**agreed** 170:6 338:9

**agreeing** 192:24

**agreement** 307:8

**ahead** 40:24 170:12 238:11 276:8 319:20

**aim** 74:22 75:3

**aimed** 75:19

**aims** 74:21

**Akin** 203:13

**albumin** 173:15,22 178:4,9,17,21 179:24 212:5, 12 214:3,6 230:11 231:4, 20 234:5,7,10 239:5 243:17 244:2 246:4,22 247:7,14 248:12 250:15 252:24 253:8 255:2 259:17, 20 260:17 280:14 281:16 301:9,19 303:8 304:12 305:1 307:12 308:8, 10,18,21 391:15,24 392:4

**albumin-gestagen** 246:7 247:10 252:25

**aldosterone** 52:10 54:14

**all** 32:19 35:20 40:8 41:6 49:22 55:21 57:5 59:7 62:20 66:13 71:15 76:7,11 77:18,20 83:7, 18,19 84:9,10, 24 85:1,8,13 88:5 91:4 105:7,22 119:25 131:12 133:25 134:4 142:7 152:12, 24 153:11 157:5 165:13 172:16 176:4 204:25 205:1,7 207:7 217:7 224:2 226:9 228:19,20,23 233:3,15,17 238:23,24 244:16 245:5,7 246:22 247:19 249:10 252:4,6 257:9 261:14 267:17 280:2 284:19 287:15 293:17 297:10 300:6,16 304:14 305:12, 15 307:1,5 310:7,19 314:20 318:8 324:8 329:13 331:24 336:24 343:3 344:21 347:6 351:8 355:1 356:11 362:24 365:25 367:3 375:2 379:24 381:3 384:7 386:17 391:22 396:5 397:12,13 401:12,21 405:19 407:4 412:9,10 416:12

**Allonen** 142:3, 6,10

**allow** 132:5 159:2

**alluded** 390:5

**almost** 125:15 145:23 189:13 209:7 261:25 271:9 324:22 385:19 388:17

**alone** 182:12 186:19 187:2 277:11,17 360:12

**along** 132:22 377:14

**alopecia** 337:22

**alpha** 155:2 156:21

**alpha-lng** 154:24 156:7, 13,21

**already** 40:25 44:3 80:11 81:21 82:7 89:2,6 95:20 106:21 122:21 131:2 141:17 151:18 173:11 177:4,15 179:22 193:11 214:22 217:3 229:16 245:3 258:16 272:4 276:11 279:12 282:20 286:13 288:8 289:12 296:15 297:17 298:11 337:22 353:6 410:15

**also** 46:9 48:24 52:25 55:10,17 56:2,25 58:7 66:8,9,10 91:1,

3 102:17 104:7 105:1,3 119:17,18 120:6,25 121:3 122:20 123:1, 7,20 127:20 129:15 130:15 135:5 139:5 150:13 152:15 167:14 178:21 179:7,9 183:14 189:9 193:6,11 197:9,11,23 199:7,8,10,20 200:1,14 202:7 205:10 214:3,9 217:5 226:11, 25 228:1 231:18,21 233:6,11,20,24 234:3,6 241:2 247:18 248:11 250:13 256:3, 21 260:13,24 266:6 267:23 273:23,24 277:9,20 281:1 282:24 290:23 292:6 294:7 297:2 300:21, 23 301:13 306:21 317:16 318:18 325:3, 11 328:24 336:4,7 339:6 343:10 350:3 353:12 356:8 361:17 367:23 368:2,4 382:25 383:14 388:8 389:9 392:5 393:14 394:3, 15 396:12,24 397:10 408:3

**alteration** 364:19

**Although** 72:6 285:24

**Alvarez** 253:21, 25 265:16,18

**always** 64:1 87:15 115:15 141:18 151:15 155:12 178:19, 20 193:7 194:24 197:13 251:10 259:15 387:9

**am** 43:25 44:1 61:9 63:4 91:3 102:24 140:5 146:17 158:3 182:21 185:11 225:18 234:17 237:1 283:10 285:4 287:19 296:7 306:20 319:9 363:1 370:6

**Ambiguous** 81:11 369:2

**amenorrhea** 363:5

**among** 75:1 116:18 117:20 143:12 343:2

**amount** 33:11 87:2,8 121:3 138:10 152:18 170:15,23 171:14 187:20, 21 195:25 272:15 273:5 287:7 292:15, 16 387:13 388:12 390:1 392:2 409:16 410:23 415:18, 19 416:7

**amounts** 415:16

**analyses** 82:22 261:8 298:24

**analysis** 38:12 39:15 41:2 76:1,19 77:18 82:13,18 83:22,24 84:7 98:21,25 99:2 100:17 104:15, 16,24 110:5 111:20 121:20 154:13 182:15 183:11 188:23, 24 204:5 215:12 262:16 299:17 300:18 334:13 335:21 338:6 396:10

**analytical** 89:8

**analyzed** 205:23

**and/or** 362:9

**Andrea** 351:1

**androgen** 50:15 51:23,24 52:22 55:6 60:25 64:25 65:6,16, 18 66:5,15 154:12 156:8, 18,19 175:23 278:8 339:7 340:4,11 341:3,7,9,23 342:13 344:1

**androgenic** 55:8,13 66:25 167:5,13 317:18 337:4, 16 340:5,12 345:3 349:17

**androgens** 50:15 51:14,17 55:5,17 64:19

**androstenedion e** 51:20

**angiogenic** 235:8 236:15

**animal** 343:5 367:22

**announced** 27:12

**another** 41:4 44:23 51:14,21 57:8 79:5 103:13 120:21 127:10 130:14 133:14 134:9 146:9 147:10 151:21 205:8 209:17 220:11 256:10 262:24 277:21 283:14 299:3 347:13 350:12 354:10 358:20 359:21 369:23 381:15 382:9 410:22 416:1

**anovulation** 144:20,25 145:11

**anovulatory** 143:7 144:2,6, 13

**answer** 29:22 42:5 46:8 87:15 123:25 147:14 156:1 162:8 164:2,5 184:5 195:21 201:24 207:17 212:25 227:1 274:20 295:13 327:10 328:1 345:18 349:2, 4,14 352:16, 18,23,24 353:2 358:12 360:3, 17 368:20 369:3 370:18 379:25 390:11 401:2 404:17 412:13

**answered** 274:13 276:11 349:12 368:17 370:15 395:1 412:13

**answers** 131:23 390:10

**antagonism** 55:25

**antagonistic** 147:23 148:7

**antiestrogenic** 63:9 147:5 362:15

**anymore** 44:1 239:13

**anyone** 30:17, 23

**anything** 65:11, 24 114:4 121:14 141:1 155:23 157:15

199:22 206:25 208:10 222:23 234:19

**anyway** 141:19 148:19 155:24 189:19 192:5 251:14 340:22 376:23

**anywhere** 190:17

**Apart** 344:1

**apologize** 51:10 117:12, 13 132:6 162:3 289:5 316:11 348:20 373:20

**apparently** 335:6

**appear** 93:5,7 151:24 186:24 209:23 210:25 246:23 284:21 312:8,18 326:9

**appears** 90:13 111:2 136:7 149:14 152:18 224:5,16 243:21 275:14 315:5 330:18 340:13 349:2 400:19 401:5

**applicable** 137:7

**applied** 222:6

**applies** 124:12 277:17

**apply** 40:18 76:2 123:14 138:21

**appreciate** 287:17

**appropriate** 124:23 248:6

**approval** 41:4

**approved** 141:9,18

**approximately** 131:17 285:6, 18 291:3,8 292:22 303:21 327:5 334:8 387:18

**April** 275:12

**Apter** 255:22 256:6,14 257:5,6,7,8 258:23 260:23 261:17,18 273:23 281:1 297:18 298:10

**AR** 51:23 52:22 154:12,15,21 155:1,3

**area** 124:10 217:24 218:1 223:12 234:19 322:18,22,25 323:11,19 324:12,19 325:2

**areas** 217:22

**arm** 78:15 159:7

**around** 44:25 246:11 324:23 394:10 396:18 403:4

**arteries** 149:15

**artery** 146:24

**article** 37:16 91:12 169:13 172:6 173:1 214:16 240:20 241:2,23 244:17 253:20 261:14 267:21 268:4,17 269:14 270:21 273:12,13 282:21,25 288:20 294:10 297:18 301:10, 11 305:2 342:8,18 362:18 363:9, 13 364:21 384:3 391:4 405:9 408:21

**articles** 32:7 35:10 40:21 61:12 135:4 224:7 258:6

**aside** 34:20 60:18 146:10 152:19 168:12 190:6 214:11 252:10 264:8 275:5 280:2 307:20 350:6 358:13 361:20

**ask** 28:9 29:18 30:3,4 32:10 39:22 42:7 43:8 51:6 60:5 67:10,11,12,13 81:3,19 92:15 125:14 140:22 143:21 161:8 190:11 202:23 234:15 314:10 351:7 355:22

366:13 369:13, 23 371:21 372:11,23 373:22 379:18 380:23 382:9 388:19 392:12 398:2,11 406:21

**asked** 42:17 60:12 80:16 89:24 237:22 250:8 274:13 349:11 356:7 368:8,16 370:15 377:1 385:25 394:17, 25 398:21 402:5,9 404:5, 21 406:3,11 412:12

**asking** 29:13 41:24,25 81:16,18 112:21 140:9 148:23 156:1 162:14 216:6 248:20 287:20 289:12 293:5 366:14

**asks** 258:23

**aspect** 162:25

**aspects** 43:12

**aspirin** 397:9, 10

**assay** 284:3,22 409:2

**assays** 61:15 63:24 64:25

**assemble** 35:20

**assess** 75:5

83:15 233:24 281:7 335:15

**assessed** 83:9

**assesses** 74:18 83:10

**assessing** 238:4

**assessment** 154:10 368:3 401:12

**assigned** 47:22

**assisted** 30:17

**associated** 355:1 356:11 360:12 364:2

**association** 26:18

**assume** 29:19 163:2 167:13, 14,25 172:24 221:16 232:25 355:7 409:5,7 415:23

**assumed** 107:11

**assumption** 33:19 189:8 411:2

**assumptions** 34:12,16

**ate** 157:18

**Atot** 259:16

**attached** 27:21 32:13 35:9,25 37:6 38:9 39:11 42:13 69:15 79:8 90:6,22 91:9

110:24 114:7 127:14 128:9 146:13 153:17 157:21 174:18 184:16 191:13 207:13 209:21 219:10 220:16 223:2 235:4 239:24 253:18 255:17 263:7 268:7 275:8 298:14 305:18 309:21 314:14 336:22 347:15 350:10 354:8 358:17 372:8 376:11

**attaching** 37:11 239:7 244:16

**attachment** 69:12 70:1,5,8 79:11,13 111:20 127:21 133:25 150:23, 25 177:11 259:10 354:15 355:8,12 356:14,15,25

**attachments** 37:23 79:15 111:8 127:22

**attempted** 235:19

**attempts** 273:15

**attention** 137:2 372:24 391:5 405:22

**attorneys** 30:20,25 31:2

**AUC** 323:9,11, 24

**audience** 39:6 100:20

**August** 44:7

**author** 37:25 38:17 39:3,19, 23 61:22,24 68:20 99:24 106:9 107:6 142:2,11 172:22 219:13 242:1 260:23 273:3,8,11,12 340:21 358:6

**authored** 47:7 89:15 275:14 340:14 372:18

**authority** 337:15 338:19 340:15,18

**authors** 79:21 107:10 183:15 273:2 283:11, 23 293:6 335:5 336:5

**availability** 227:24 228:3, 11,18

**available** 33:10 123:2,21 169:8 170:2 174:2 233:6 279:6,22 293:23 303:3 356:23

**average** 98:17, 20,21,23 102:2 106:1 110:15 189:20 195:1 312:22 313:1, 2,5 323:24 324:3,14,17,20 370:12,24 375:12,16 383:12,22 384:8,10 387:6 388:10,24 393:11 399:22 400:22 401:25 402:2,3 414:22 415:17

**averages** 110:2,4

**aware** 83:25 84:2,5 117:25 141:21 147:15 152:11 158:1,3 162:9 165:3, 12,14 167:8 201:13 205:25 207:6 220:6 227:22 244:8 254:2 319:9 329:3 330:2 345:20,21 346:1,22 354:4 362:21 404:9, 11

**away** 286:20

**axis** 308:12,15 373:5,8 374:2, 3 394:6,7

## B

**B-R-A-C-H-E-E** 265:18

**B-TYPE** 144:2

**back** 34:24 36:14 40:16,17 46:21 47:5 54:9 56:5 59:22 60:2,3 63:21 64:5 68:5,7 72:25 88:16 93:13 99:7 101:15 106:5 108:16 119:2 126:18 140:3 143:2 149:4 150:19 157:14 168:24 169:9 172:5 176:18 179:21 181:11 186:16 194:13 227:9 232:5 252:15 257:2,19,25 265:10 271:7 274:5,6 275:2, 3 277:10 281:19 284:1 285:1 320:2 323:6 325:15, 25 330:9 331:24 334:20 336:20 348:23 351:1,3 355:17,25 392:11 397:22, 25 403:11 413:13,19

**background** 43:8 141:2 266:9 338:24 339:1 351:9 363:16,18 366:20 368:24

**bad** 159:4

**balance** 357:10

**bar** 391:20

**Barche** 278:6

**barrier** 247:15, 17

**bars** 391:12

**based** 82:18 105:11 106:3 150:6 188:24 193:22 217:7 234:4 258:14 260:9 276:24 278:5 280:16 284:24 291:17 301:5 334:4,5 336:4,8 352:16,18 365:8 375:16 401:11 405:7 407:4 409:11 410:20 413:16 416:6

**baseline** 189:18 217:7 321:25 322:3, 7,13 393:16

**basic** 49:7,18, 20,21 53:21 139:20

**basically** 89:13 235:16 288:10

**basis** 103:13 134:24 185:1 338:2 346:23 368:4

**Bates** 42:23 43:5 62:5,6,7, 17,18 69:20 70:6 77:2 79:12 90:9 101:6 111:4 119:8 160:11 191:10 211:7 216:20 219:5 221:3,10 223:10,22 258:15 263:11 275:10 305:21

306:22 308:1,4 310:13 337:1 338:22 347:17 350:24 356:21 376:13 390:25

**Bates-stamped** 37:15

**BAY** 310:20,22

**Bayer** 29:5,6 31:9 40:2,8,11, 13 109:4 114:22 142:19 153:1 263:18 265:8 306:23 340:14,18 366:14,18 367:11 368:7, 10 370:6 372:2 380:20

**Bear** 327:24 396:3

**bearing** 319:23 366:11

**beat** 276:10

**because** 41:5 44:19 48:4 57:19 58:10 61:11 62:18 63:19 64:11,13 65:10 67:9 71:21 72:17 75:3 76:15 83:16 87:1 89:9 91:4 95:13,20,21 98:9 100:3 102:4 103:8 104:19 110:10 113:19 118:15 121:12 122:25 127:18 134:10 148:14 149:23 151:15 152:1, 24 153:6,8,11 155:12 156:3 162:18 164:10 171:20 178:8, 12 179:6,9 190:12 192:20 198:18 199:21 206:6 210:20 214:2 215:25 216:10 217:16 218:16 221:15 222:22 225:15 226:8 227:23 228:2 233:10 234:9 236:14 237:23 239:4 240:13 241:5 247:23 252:20, 23 255:1 256:15 257:24 267:2 272:4, 16,24 274:9 276:14 277:22, 23 279:16 281:8,11 292:5,18 293:2,7 294:3, 8,25 297:2 304:16 305:3 307:23 313:10 321:3 322:7 335:1 342:4 346:18 347:5 350:4 351:22 356:6 362:14 373:19 376:22 381:22 384:25 387:2,3 393:13 400:11 407:22 408:11 410:15 411:1 412:19

**before** 26:9 29:12 44:18 72:23 80:8 115:12,13 126:6 131:3 132:6,21 137:11 141:9 149:2,5 159:1, 3,18,21 163:24 189:1 194:8 196:4 206:20 211:16 212:24 240:14 253:25 254:3 270:5 276:2 278:13 287:25 290:15 328:8 353:10 359:20 381:3, 10 391:3 398:17 411:8

**began** 398:17

**begin** 85:2 163:24 212:25 364:16 366:14

**beginning** 113:7 220:25 258:1 284:1 313:14 348:20 361:24

**begins** 188:1

**behalf** 29:9 60:10 67:4 366:14

**behind** 55:21 83:14 97:14 108:12 160:7 234:15 268:17 391:16

**being** 26:12 28:10 62:24 75:10 173:21 183:4,18 198:21 225:21 266:13 291:10 314:8 356:14 367:18 387:24 392:19

**belabor** 296:7

**Belgian** 337:15 340:17

**believe** 41:24 42:5,11 46:1 53:19 78:21 117:19 118:17, 19,24 123:10 124:17 140:5 158:2 170:7 194:15 196:3 203:15 205:23 206:20 247:23 263:25 280:12, 15 287:24 297:17 327:13 328:24 331:4 337:23 339:10, 20 376:6 377:3 383:1 395:10 396:2 403:3 406:1 409:24 410:23 411:14

**belonging** 375:17

**below** 266:14 322:5 382:25 387:8,16 396:12,15

**benefit** 366:19

**Benign** 355:9

**Berlin** 366:17, 24,25

**Bernhard** 31:9

**best** 26:25 29:24,25 31:21 40:14 41:23 42:7 148:24 159:5 168:20 323:23

**better** 28:18 83:16 102:12 103:15 141:20 163:6 226:13 238:3 272:18 273:6 274:10 279:5,14,22 280:5,17 387:4

**between** 46:14 71:16,25 75:23 76:6 94:4 102:16 104:2, 4,25 136:16 137:3 138:20, 25 139:9 189:23 230:14 237:12 238:19 271:11,23 277:1 278:24 279:6,17 284:15 285:25 324:23 334:15 385:9 387:24 391:19 392:24 397:11 410:18

**beyond** 67:9,23 85:14 100:7 226:25 328:22 345:18 347:2 358:2 360:21

**bias** 89:9

**big** 35:22 104:16 127:17, 18 151:1 197:13 239:10, 11,16 306:22

**bind** 46:19 49:24 52:5,13, 21,22,25 57:24

58:12,16,25 60:17,20,23,24 61:4,13,17 63:22 173:23 178:10,22 179:24 248:1 339:24

**binder** 64:2 127:17 239:16

**binding** 52:20 59:8,11,12,19 61:3,15 63:13, 17,25 64:3,7, 12,16,21 65:20 67:15 133:9 139:15 147:9 154:11 155:1 156:4,8,17 161:1 165:18, 22 168:1 171:3 172:15 174:25 175:5,13,22 176:8 178:13 179:6 180:20 181:6 186:12 239:5 243:3,16 244:2,3 246:3, 5,21 247:6,20, 25 249:7,12 253:2 255:10 259:18 260:8,9 269:24 272:17 279:4 280:15, 16 303:7 306:1 308:16,18 340:4,25 341:2,7,22 342:5,13 343:4,15,20 344:2,13 362:8 365:21,23

**binds** 49:9,14, 15 54:19 58:7 59:4,6,22 60:2 65:24 147:20 154:14,20 173:19 174:6 176:16,19 178:17 179:3 214:3 234:6 244:9 246:13 252:7 276:13 303:2 339:11 340:11 365:24

**bio** 126:4,8

**bioanalytically** 57:20

**bioavailability** 211:24 269:23

**Bioavailable** 269:20

**biological** 46:20 50:8 59:9 65:6,17 67:16,17 139:21 161:3 164:13 165:18, 21 170:24 171:2 196:11, 16,23 197:1, 11,24 198:14, 16 202:16 229:6,9 238:4, 8,12 241:6,15, 17 242:2,14 254:9,15 255:14 266:25 274:10 280:9, 17 289:14 293:16 295:19 296:12,22 309:6 325:4,11 334:11 347:8 406:24 407:13 410:4,12 412:21 415:6

**biologically** 152:7 197:5 229:23 237:5 242:5 243:8,21 247:14 248:9, 12,16 249:18 251:15,20,24 253:9 266:13, 23 272:6 289:19 290:9 294:13,20 296:24

**biology** 55:21

**biotransformations** 128:15 151:7

**Birte** 26:7 27:4 39:23 44:2 366:16 416:17

**bisect** 375:10

**bit** 46:23 49:16 56:5 57:15 62:15 84:22 110:10 126:20 139:20 168:22 176:16 188:21 192:20 234:17 239:21 241:2 246:12 292:16 320:17,19 357:5 368:24 387:2 388:15 389:10,22 399:4 409:19 412:7

**black** 218:22 391:13

**black-and-white** 217:21 381:23

**bleed** 363:6

**bleeding** 222:19 315:17 363:7

**bloating** 201:1, 3 326:25 327:8,21

**blood** 33:11 34:9,16,17 41:18 42:2 46:16 49:9 56:25 57:12, 13,17,21 58:7 68:9,10,14 69:1,6 71:7,11, 14 73:2 75:19 78:24 106:1 118:14 144:22 146:24 149:14 164:14 168:8 170:8

**bloodstream** 41:20,21 145:3

**blue** 382:25 404:4

**BMI** 282:21 283:2 286:1 290:22 291:2

**BMIS** 284:7

**body** 31:24 32:1 46:19 47:1 49:13,23 55:9 63:16 73:20 75:9 84:12 85:19 118:16,18 119:24 120:5, 8,10,22 123:2, 21 131:14 179:11 195:8 202:6 204:18, 20 208:25 214:22 215:3, 8,12,13,16,22 216:9 217:1,3 218:1,6 220:2 222:12 233:22, 25 276:16 371:8,12,14,15 372:3,6 373:6 375:1,8 378:9, 13,14,16 379:12,16 392:24 393:3, 12,24 394:3,4 406:4

**bold** 31:19

**book** 267:22,25 268:14,19,23

**books** 189:19

**Boston** 367:7 368:2

**both** 34:15 46:5 102:2,3 149:9 194:16 195:1 198:15 235:18 273:22 274:8 280:24 284:3,22 291:4,9 292:20 293:15 295:17 308:2 312:8 384:23 400:15

**bottom** 42:23 62:4,6 69:21, 25 73:9 77:9 93:14 103:12 119:9,11 159:11 173:3 176:12 211:7 219:21 221:25 223:23 236:6 240:6 269:6

302:8 348:9 353:11 356:22 359:2 360:7 374:2,3 384:13 387:1

**bound** 33:12 116:11 130:2 170:17 171:11, 15,21,22 173:15 178:3 180:9 185:16 196:4 212:4, 12,13 213:20 214:4 230:11 231:3,4,19 237:3 245:15 246:1 248:9,11 249:11,13,16 250:14,15 251:23 254:23 255:4 272:17 276:15 285:20 286:24 308:7 391:16,17,23 392:2,4 395:6

**box** 219:20 306:23

**Brache** 254:1 265:17,25 278:6

**brackets** 387:9, 16 396:15

**brain** 145:4

**break** 31:14 32:25 35:3,13 54:3 67:25 80:17 84:19 87:20 124:15 125:16,20 126:2,5,8,10 140:25 157:4, 15 159:2 165:25 219:1 232:5 297:9 336:14 398:9, 15 407:10

**breaks** 398:2

**breasts** 55:17 66:8

**brief** 35:12 54:7 68:3 126:13 232:9 297:12 336:18 366:5

**briefly** 259:5 392:13

**bring** 64:5 171:25 352:20

**broad** 188:25

**broader** 105:16

**brought** 35:11, 22 67:15 137:1 405:22

**build** 105:7 138:8,12

**builds** 138:6

**built** 233:3

**bullet** 106:8,9 111:23 112:5 113:1 177:14, 18 219:24

**Burling** 26:13

**Byer** 40:11,12

**C**

**C-TYPE** 143:23

**CA** 108:19,23

**calculate** 71:23 72:18,21 95:18 103:4,18,21 104:9 108:13 292:15 322:25 331:21 332:5, 10 335:1 377:24 378:9 402:18 403:8 409:8

**calculated** 72:16 76:12 101:8 234:4 237:11 260:13 266:1 288:24 301:3,5 307:5, 14 308:23 319:1 321:14 333:3 335:9,25 403:1 404:25

**calculates** 144:17 279:16

**calculating** 102:10

**calculation** 33:21 94:25 95:12 103:14 238:25 254:20 255:13 257:15 258:24 259:3 260:1,15 266:7 278:4,7 279:21 320:6 334:4 405:6

**calculations** 33:20

**calculator** 95:24 332:13, 19 334:20

**call** 47:25 62:17 72:15 142:16 197:9 391:15

**called** 42:23 60:11 71:24 105:14 133:7 141:14 153:20 174:25 175:4 196:10 223:11 261:8 269:14 282:10 381:19

**calling** 35:15

**calls** 100:1 358:10

**came** 92:16 257:18 330:22 346:2

**can't** 40:14 206:6 255:23 373:19

**cannot** 33:13 34:10,12 53:11 57:20 63:19 80:18 83:13 87:20 105:5,22 133:24 139:2 162:8 170:17 171:12,16,23 178:24 179:10 198:4 217:21 225:15 226:7, 15 241:9 247:25 254:15 255:14 264:3 276:15 313:9 327:10 334:25 352:17 358:11 385:21 387:2 404:17

**capabilities** 58:23

**capable** 196:16,23 198:14 202:16 241:6 247:14, 16,17 309:6 406:24

**capacity** 67:12 164:3,5 246:4 247:7 249:7

**capital** 142:24

**capture** 386:5,9

**captured** 404:22

**carrier** 33:13 170:17 171:11, 15 172:17,23, 24 173:18,24 213:20

**case** 63:20 74:8,9 87:16 93:11 104:11 133:24 134:2 138:7 139:24 167:6 184:22, 23 213:14 229:25 259:15 263:1 271:6 284:25 290:1 293:7 295:9 322:25

**cases** 102:3 104:13 162:10 167:16 360:11 362:22

**catch** 132:21 396:4

**categorize** 324:11,12

**category** 51:14 164:21 166:24

**catheter** 284:13

**cause** 57:25 58:16 145:10

162:1,6,25 163:1 165:18 166:20 167:10, 23 201:12,19 202:10 229:24 340:12 360:19 379:19 406:12

**caused** 165:22 170:25 200:1 202:14 238:9

**causes** 59:19 144:25 165:1, 3,11 167:19 201:20 229:19 295:17

**causing** 198:14 340:5 406:24

**caution** 357:12

**cavity** 56:12 363:10

**cc'd** 256:21

**CCDS** 192:8,12 193:3,6,10,15 337:23

**cell** 33:13 50:1 170:18,25 171:12,14,16, 23 247:15

**cells** 33:11 170:16 241:21

**cellular** 242:8, 18,21

**centimeters** 317:4 377:25

**central** 63:13 125:23

**cerebri** 354:16, 20 355:2,9 356:19 357:15

**certain** 33:19 43:12 49:23 53:13 59:4,6 61:2,14 75:6 87:2,6 94:7 102:8 134:14 138:8 153:5 162:5 182:9 200:18 202:7 227:2 228:7 300:22,23 326:22 343:3 349:23

**certainly** 226:12 227:4 267:15 324:17

**cervical** 298:24

**cervix** 365:1

**cetera** 323:20 370:17

**chain** 256:4,20 257:25

**chance** 44:17 114:17 351:17 392:22

**change** 91:21 152:4 188:1,4 189:25 234:9 249:15 250:2 251:8,11,12,13 274:1,2 277:19 289:17 291:19 412:17

**changed** 120:12,13 184:25 205:15 231:8

**changes** 53:23 112:11 117:4 133:7 186:10 210:24 232:2 249:11 250:22 252:17 266:25 267:7 278:22, 23 303:16,17 370:21 387:1 399:7 409:16

**changing** 300:23

**characteristic** 120:24

**characteristics** 112:20 242:3

**characterization** 39:8,9 273:10 289:3 335:10, 12

**characterize** 38:13 379:15 385:8

**characterized** 395:9,14

**characterizing** 248:20 293:4

**chart** 164:2 208:12 282:25 299:23 327:21 393:19 413:14

**cheat** 261:3

**check** 153:6 216:3 245:19

**chemist** 53:11

**chemokines** 365:1

**Christian** 44:20 275:15 335:14 372:18,20

**Christina** 27:10 35:19 53:25 92:14 99:14 125:14 132:4 176:25 191:14 194:3 218:20

**circulate** 49:22

**circulates** 131:3

**circulating** 171:21 180:3

**circulation** 56:21 57:1,9, 18 120:2,3 168:9 174:3 199:23 200:16 202:10 229:7 238:14 296:25 303:4

**citation** 108:1 203:12 214:25 283:5 344:9,12

**citations** 81:23 278:17

**cite** 108:2

**cited** 108:19 109:4 133:22 257:22 283:6

**cites** 180:15 238:6

**citing** 107:18 203:9 206:18 283:14

**Civil** 29:4

**CL** 119:13

**clarification** 58:14 198:10 410:10

**clarify** 42:7 67:5 256:12 257:24

**clarity** 194:5

**class** 63:4

**clean** 236:1,2

**clear** 33:24 35:18 36:3 65:20 66:2 81:10,15 83:20 118:16 124:2 245:24 307:21 401:2 411:1

**clear-** 119:18

**clearance** 116:17 117:20 118:11,13 119:13,15,16, 19 126:20 205:14,16 371:10

**cleared** 395:5

**clearly** 100:15 109:9 264:21 266:9 272:8,18 273:6 416:5

**Climara** 264:4

**clinical** 32:22 37:18,24 38:25 44:19 45:2,4,8, 17 77:16,17 82:25 115:24 142:12 157:25 158:17 164:8, 10,18,19,20 169:17 197:17, 19 200:23 218:11,12 220:12 222:23 224:13,17,19 225:19,20 226:2 240:24

260:10 265:4 294:6 295:2,7 309:10,16,24 313:23 319:25 327:23

**clinician** 225:18

**clinician's** 219:17

**clinicians** 226:14

**clip** 127:17 239:16

**close** 101:13 119:6 290:20 324:22 343:8 384:9 400:16

**closely** 278:6

**closing** 399:23

**Cmax** 285:25 402:4

**coauthors** 88:24 232:17 255:23

**COC** 217:25 233:12 360:23 381:19 384:24 385:11,19 393:10,22 394:7 399:20 400:3 401:23 403:15,19 414:22,23

**COCS** 145:3 353:4

**code** 310:20

**coefficient** 71:24 72:22 102:17 104:6 110:16 121:21, 23 195:6 395:21,23 396:12,23,25 398:22 399:2, 11 401:16 402:1

**coefficients** 395:17 397:5

**Collares** 79:22

**colleague** 31:11 216:16 335:6

**colleagues** 31:4,6 37:17 82:14 164:20 317:23 319:25

**collect** 87:5

**collected** 42:17 300:17 376:4

**collection** 224:6 376:2

**collective** 35:2, 8,22

**colon** 142:23

**color** 217:20 218:23 381:25

**colored** 391:13

**column** 176:2,4 236:24 302:19, 21 315:22 378:12 391:17

**combination** 264:2 277:11 286:16 405:18

**combinations** 275:24 277:2,7 279:7

**combined** 74:6 286:21 382:18 385:10 388:21 389:11,13,24 403:20

**come** 40:17 60:3 63:21 182:8 274:5 281:13 344:20

**comes** 53:8 64:14 122:14 125:5 138:10 336:10

**comfortable** 98:7

**coming** 274:6 356:4

**comma** 97:15 170:3

**comment** 337:8

**commentary** 337:10

**common** 161:17 164:22 165:9 167:1 172:2 196:7 319:16 337:23

**commonly** 74:6

**companies** 225:9

**company** 39:25 40:3 46:3 184:25 224:25 337:25 338:1, 19 376:4 377:24 378:9 380:7

**company's** 338:7

**comparative** 101:13 158:14 309:25 384:3

**compare** 64:12 75:1 114:13 334:25 343:1 384:6 386:6 387:5 388:13, 23 389:7,18, 20,21 393:25 394:6 411:4 416:3

**compared** 64:8, 22 108:18 109:3 121:12 123:4 136:1 155:2,7 175:14,18 176:9 202:8 282:21 283:2 290:22 291:1 380:7,19 388:16 393:19 400:9 408:23

**comparing** 137:22 158:2 220:19 241:11 261:9

**comparison** 89:7 130:6 156:22 175:22 275:23 277:1 297:5 340:2 385:22 388:20

**compartmental** 300:5

**compatible** 134:11 176:20

**compete** 343:15

**competition** 343:21

**compilation** 408:9

**complete** 56:15 82:25 105:6 113:4,15 314:9 346:19

**completely** 211:23

**completeness** 318:7 326:19

**completing** 416:14

**complex** 50:1,4 139:20 171:4 252:25 255:12

**complexes** 246:7 247:11

**complexity** 277:21

**complicated** 234:16 335:13

**Complying** 333:12 380:17

**component** 71:1 205:13 243:9 403:22

**compound** 54:18 64:13 131:20 242:2, 7,17 289:3 293:10,24 295:23 306:7 368:3 369:22

**compounds** 41:21 254:25 279:17 295:2 307:1,5 341:16 343:14 414:21

**comprehensive** 38:22

**comprises** 119:16,17

**computer** 190:22

**conceived** 272:10

**concentration** 34:9 83:8 85:9 96:2 103:10 111:24 112:6, 15,16 123:7 133:8 136:17 137:3,17,18 138:6,11,21 139:10,11 172:10 181:8 182:13 185:17 186:10 187:4 188:4,17 189:24 196:19, 20,21,22 197:14 198:5, 13,18 202:4 204:24 205:5, 11 207:21 208:24 209:2 212:13 213:21 217:2,5 231:25 232:1 233:4,6, 9,23 234:3,5 238:20,21 240:8,16 241:3 243:7,8 247:4 250:20,21,25 251:1 254:21, 22 259:4,8,15, 16,17 260:15, 16,17,18 278:3,25 279:2,8 280:18,21 284:15,23 287:1,4,8 288:1,2 294:24 297:6 300:1 301:6,7,9 303:13,18 304:18 305:25 306:1 307:7 308:11 309:1 312:9 313:10 320:16,22 322:23 323:1 325:7 330:23 333:22 335:1,2 370:22 371:7, 10,15 373:14 380:4 381:16 382:21 383:12, 23 384:10 385:7,12,18,19 386:17 387:5, 6,8,9,12,15 388:25 389:4, 5,7,9,14,17 390:7 393:6, 11,16 394:6,9, 19 396:8,11, 14,16 402:24 403:18 406:17, 23 407:3,18 408:3,4 412:6 414:17,23 415:17 416:7

**concentrations** 70:13 71:22 72:7,12 73:23 74:23 75:10,11 79:18 83:19 89:16 99:3 108:17 111:21 112:12 116:20 135:25 146:25 148:25 149:8, 16,18 173:10 181:22,23 182:6,20,23 183:3,12 204:1,21 214:21 215:3 217:8 229:23 230:12 234:2 238:5 249:2,5 251:14 264:10 267:11,13 270:9 273:15, 18 276:13 277:13 279:4, 23 282:18 300:21 303:11, 12 307:12 308:12,21 312:23 313:6, 12,16 322:15 370:8,12 371:5,13,18, 20,22 372:3,17 373:4,9 375:1, 4,7,12,16 379:19 380:2, 7,8,20 383:2, 22 384:4,9,21, 24 385:9 392:25 393:10, 15,23 406:11, 15 407:11,23 408:1 415:1

**concept** 139:23,25 164:16 197:12 198:7 228:22 415:7

**concerned** 258:8

**concerning** 337:16

**concise** 81:2

**conclude** 139:2 149:5,12 378:19

**concluded** 266:22 270:9 273:8 378:17 416:17

**concludes** 150:5 266:20

**conclusion** 266:13 267:5 294:7,16 344:24 345:2 364:17,22

**conclusions** 171:18 384:2

**concomitant** 149:17 264:11

**conditions** 136:2 137:25

**conduct** 363:17

**conducted** 164:20

**conducting** 225:19

**confidential** 258:16

**confidentiality** 258:13

**confirm** 34:12 218:3 388:2 402:9

**confirms** 288:10 354:5

**confused** 84:22 89:11 145:22 370:25

**confusing** 62:16 93:23 129:1

**conjunction** 134:9

**consequently** 292:6

**conserve** 220:10

**consider** 72:1, 20

**consideration** 130:17 272:16

**considered** 215:13 222:4 227:12 276:25

**consists** 45:5

**constant** 121:13,14 234:7,10 246:19,20 259:20

**constants** 246:17,21 247:22 260:6

**contain** 369:17

**contained** 180:16

**contains** 47:2 369:18,19 381:20 383:4

**content** 86:17, 20 87:7,17 233:4,10 299:10 355:1 356:11

**Contents** 221:2,6

**context** 119:12

149:23,24 178:13 228:16 351:22 357:5

**continue** 67:20 159:2 163:19 184:9 262:10 274:24 290:13

**continues** 94:11 178:3 243:16 272:8 303:10

**continuing** 81:7

**continuously** 301:3 387:3

**contraception** 39:5 99:16,23 187:10 194:15 214:15 282:12 289:25 292:2,7 293:2,7,11 297:6 353:16 369:8 392:12

**contraceptive** 85:8 116:22 123:4 130:2 132:14,17 133:10 186:12 197:2 198:15 199:4,18 200:4,6 219:25 224:24 226:16, 21 228:7,10, 17,25 284:16 285:8 286:2 293:16 294:4, 23 295:18 296:19 369:9, 11 382:18 385:11 388:22 389:12,13,25 403:20

**contraceptives** 39:16 74:6 136:3,8 138:3 186:20 202:8 218:12 219:17 226:3,23 228:9,20 232:19 268:1 353:5 357:9

**contrast** 367:23 415:15

**contributes** 205:17

**control** 236:22

**controls** 236:18

**convenient** 190:21

**conversion** 96:18 331:14 374:8

**convert** 333:16

**converted** 94:21 332:25

**converting** 156:25

**convinced** 279:13 280:4

**cool** 218:25

**copies** 28:20 35:10 37:12 114:2 261:15 262:22 297:25 305:12 382:5

**copy** 28:7 30:11 32:14 37:15 190:25 202:24 217:21 236:1,2 262:9, 20 297:17,20 314:17 381:23, 25 390:17 408:18

**core** 47:1,2 87:2 184:25 185:1 337:24, 25 338:1 370:1

**corner** 302:8

**Corporate** 29:5

**corporation** 60:9 67:4,6

**corporations** 27:17 29:10 40:8

**correct** 28:12, 14 29:15,17,25 33:6 36:6 37:4 38:15,16,19 39:2,8,9,17,18, 20,21 40:1 41:10,13 43:7 44:8,11,15 45:2,12 46:6, 17 47:8 48:3,7, 11,13,15 50:13,16,17 51:15,16 52:1, 9 53:4,5,20 56:7,8 57:2,19 58:1,18,20,24 59:2,3 61:9,16 64:11,19,23,24 65:4,22 68:14, 15 69:3,4,8,9, 22,23 70:3,4, 10,11,22 71:8, 9,11,12 73:3,4, 19,21,22,25 74:11,12,20 75:14,20,21,25 76:13,14 77:24,25 78:3, 4,6,7,9,10,15, 16,20,25 79:1, 14,16,19,20, 23,24 80:2,3,6, 7,9,14,15 82:16 84:15 85:17,21,22, 24,25 86:13,16 87:19,25 88:1, 3,7,8,13,14,19, 20 89:18,19, 22,23 90:11, 12,14,15 91:15,16 92:10,12 93:19 94:15,17,22 95:5,6,15 96:11,12,13 97:2,23 99:24, 25 101:19,20, 23,24 102:24 107:8 108:10 109:1,4,5,12, 17 110:5,6,8,9 111:6,10 112:1,17,18 113:22 116:16 117:15,16 118:9 122:13 123:15,16 124:13,20,21, 25 125:8,12,13 126:21,22 127:4,5,11,12 128:2,3,5,6,16 129:6,8,12,13 130:3,9,10 132:1,2 133:12,13,23 134:7,8,16,17 135:1 136:9,10 139:17,18,22 140:2 141:6,7, 10,11 143:6, 11,14,22,25 144:1,4,6,7,10, 11,13,14,18,19 145:11,13 146:6,7 147:6, 7,11,20,22 150:17 151:9, 10 156:9 158:3,8,9,11, 13,15,23 159:8,9,19,20 160:13,19,20, 23,24 161:3,19 162:20,21 163:8,9,12 165:19,20 166:6,13,18 167:2,3 168:6, 7 169:17,18, 21,22 170:5,9, 10,22 171:1 172:10,11 173:12,13,20 174:10,11 175:1,11,12, 15,16 177:17 180:24,25 181:3 182:2,3 183:1,2,13,14 185:8,9,20 186:14,15,20, 24 187:14,15 188:14,15,23 192:11 193:10 194:17,18 195:3,4,11,12, 14,15 196:17, 24,25 197:3,4, 7,8,11,13,21, 22,25 198:17, 25 199:1,9,12, 17 200:2,3,12, 13,17,21 201:1,12,21 202:11,16,17, 21,22 203:2,3,

6,7,8 204:10, 18,19 209:5 211:2,19,20 213:4,5,8,9,22, 23 214:1,2 215:4,5,15,20 216:14,23 220:8,22 221:6,7 222:1, 3 223:13,17,18 224:11 225:3 226:1 227:12, 13,16,17 228:5,12,18, 19,21 229:2,4, 5,8,20,24 230:12,13,16 231:4,5,14,15, 20 232:19,20 235:2 237:25 238:1,9,12,14, 15 239:2,4 240:11 241:7, 15 242:13 244:5 245:11, 12 247:8,9,11, 21,23 248:10 250:3,11,12,16 251:3,17,19,25 252:2,8 253:11,12 254:18 255:4, 5,7,25 256:4, 11,18,21,22,25 257:1,19 258:24,25 259:5,6,21,22 260:6,7 263:12,13,15, 16 264:12,13, 14,15 265:9 266:23,24 268:11,12 269:17,18 271:19 274:11 275:12,13,15, 16,19,20,25 276:1,17 277:15,16,18 278:18,19 280:10,11 281:17 282:13, 14,22,23 283:3,15,16 284:17,18,24 285:8,10 286:22,23 287:12 288:6, 13 289:15,16, 20 290:10,11, 18,19,24,25 291:11 292:23, 24 293:8,12, 13,18 294:4, 14,22 295:21 296:13,17,20, 21,25 297:19 298:25 299:1, 14,16,19,20 300:3,4 301:7, 8 303:25 304:1,6 306:2, 6,17 308:24 309:7,8,17,18 310:2,3,6 311:5,6,9,11, 12,15,16,22,23 312:6,7,14,15, 19,23 315:3,4, 7,8 316:20,21 317:13 318:4, 12,13,15,16 319:18 321:6, 10 322:1,2,9, 16,17 323:10, 12,14,15,20,21 324:1 326:14, 16 328:8,9,14, 15 329:20,24 330:6,7,20,21, 25 331:1,8,9, 11,12,16,17,22 333:17,18,23, 24 334:4,8,9, 15 335:23 336:6,7 337:19 338:4 339:13, 14,23,24 340:15 341:4 343:12,13 346:17 349:4,5 353:9 361:12, 15,18,19 362:1,4,16,17, 21 363:12,24 364:3,4,7,8,17 365:5,6,14,15, 18,22,23 367:12,13,16 368:11,12 370:7,10 372:21,22 374:1,4,5,19 377:4,25 378:1 380:13,14,21, 22 383:16 384:1,19 386:14,23 387:25 388:1 390:7 398:16, 24,25 399:3, 12,13,15,16, 18,19 400:4,5, 9,20 401:8 402:13,17 403:10,16,23 404:1,2,7,8,23 405:4,5,17,20, 21 406:7,8,19, 20,25 407:1,7, 23,24 408:1 409:3,4,12 410:4,13,14, 18,19 411:11, 12,17,18,22 412:11,14,16, 21,22 413:1,3, 4,10,15,17,18 414:1,7,8 416:9

**correcting** 376:22

**correction** 265:12

**correctly** 33:15 37:20 44:5 63:5 71:3 72:8 80:17 81:17, 20,24,25 92:11 94:1,2,13,14 95:10,11 102:25 106:18, 24 107:7 108:4,5,21,25 109:11,16,25 111:11,25 112:7 113:6,17 114:24 116:5, 15,23 130:19, 20 132:18 133:20 136:5, 6,18 137:4 143:5,10 147:2 149:10,19 153:23 154:16 155:4 156:21 161:23 170:4, 19 173:16 174:4,8 175:8 177:24 178:5, 16 180:5,11 181:9,10,24 183:7 187:6 188:19 190:4,5 211:25 212:7, 15 215:9 216:12 220:3 222:2,7 225:2, 12,13,24 237:7,17 242:10,23 243:10,22 245:16 246:8 249:8,19 252:5 253:4 254:10 257:16 260:2, 11,19 265:21 266:4,16 270:2,13 271:13 272:21 277:3 278:9 279:9 286:5,6 291:5 295:10 300:8 303:5, 14,22 307:10, 15 337:19 338:10,14 339:8,18 340:6,7 344:6 345:5,12 349:8,21 351:14 352:10 353:18,20 355:3,4 357:16 360:15 361:8 393:2

**correlate** 161:2 240:9,16,23 241:4 270:10 273:15

**correlates** 412:15

**correlation** 136:14,16 137:2 138:20 149:16 189:23 308:7

**correspond** 161:2 185:19 197:23 203:12 241:14 251:23

280:9 311:4,7, 10,14 313:24 323:16 325:3 407:6,12 414:5

**corresponding** 39:23 51:3,22 187:4 304:3

**corresponds** 186:9 187:8 221:10 330:12 404:6 407:14 410:4,9,12

**cortisol** 52:3

**could** 31:22 33:1 35:4 36:21 46:12 49:16 63:15 81:12 97:8 98:4 119:20,21 124:15 144:24 152:19,20 159:10 161:5 165:25 166:23 167:6,15 177:3 181:13 189:14 191:25 205:19 206:1 223:25 226:13 228:14 233:1 257:12 267:17 292:17 305:3 324:18 331:19,23 332:3,4,8 342:17 343:4 352:4 366:19 368:13 373:18 411:2 414:6,12

**couldn't** 179:8 203:24 224:4 236:12

**counsel** 26:19 27:6 36:3

37:10 366:9 397:23 398:4,7 415:13

**countries** 185:2 338:3 375:15

**couple** 125:15

**course** 56:17 75:16 83:1 87:20 105:23 115:14 123:6 139:7 157:2 164:17 225:5 251:6 315:12 322:15 347:5 398:18

**court** 26:10,17, 21 31:14 51:7 67:19 352:21

**covariate** 104:23 121:20 215:7

**covariates** 393:6

**cover** 100:21 218:1

**covered** 109:24 159:13 265:15

**covering** 39:6

**covers** 218:2

**Covington** 26:13

**cracks** 192:19

**create** 36:4 139:21 224:4

**created** 202:21 293:17 361:25

**criteria** 222:1,6

**criterias** 227:22

**critical** 271:10, 23

**critics** 106:21

**Cronin** 79:22

**cross** 33:13 170:17 171:12, 16 247:17

**crossing** 247:15

**Ctot** 259:8

**Cu** 259:24

**cumulative** 338:6

**curious** 63:7 92:17

**currently** 367:11,14

**curve** 322:19, 22,24 323:11, 19 324:13,20 325:3,7 381:22 382:8,20,22,25 383:1 393:18 403:17

**curves** 323:1 391:12 393:13

**cut** 96:9 97:6 165:7 301:2

**CV** 72:16,18 395:21

**cycle** 51:1 55:10 133:19 145:20 187:13 188:13 317:25 364:1

**cycles** 143:13 144:8 145:18

146:4

**CYP3A4** 151:14

**cyproterone** 130:8

**cyst** 146:25 317:4 329:20, 22

**cysts** 317:11, 25 351:13 352:8 353:7

**cytokines** 362:10 363:10, 20,22,23 364:5,11,25

**cytoplasm** 50:2

**D**

**d-** 128:15,24

**d-(-)-norgestrel** 128:20 129:2,3 130:11

**d-norgestrel** 130:7

**D-TYPE** 143:13

**D.C.** 26:2,14

**daily** 138:5 387:4

**Dan** 255:22 256:14 261:17, 18

**Daniel** 26:16

**data** 41:6 72:14 77:17 82:19 83:9 84:10,25 85:1,9,10 86:2, 9,11,24 106:3 109:18,23

118:1 185:1 186:18 187:1 188:25 193:22 213:6 223:11 225:21 226:5 233:4,5 260:10,13 307:8 309:23 312:9,16 320:3 321:18 330:10 336:11 337:24, 25 338:1,7 374:25 376:3 386:16,17 388:2,7,8 395:12 405:23

**database** 89:1 233:8 300:18 338:7

**databases** 105:8

**date** 219:25 223:16 318:22 319:1 320:13 327:3 328:13 330:15

**dated** 44:7 275:12 354:11

**dawned** 218:21

**day** 35:21 56:13,15 87:14,21 101:9,12 245:3 312:14,17,18 318:13,20,21 319:1,2 320:7, 11,14,15,24 328:17 330:11, 19,20 333:22 366:12 370:4,5 385:1,4 389:1, 7 398:3 399:22

401:24 402:2, 16 406:22

**days** 315:19 316:1,4,24 317:8 318:11 320:25 321:3, 14 328:6 330:5 384:18 392:3

**dead** 276:10

**deal** 31:15

**Dear** 192:16 257:8

**December** 223:17

**decline** 303:21 393:23,24 394:15

**declined** 188:17

**declines** 370:23 394:3,4

**declining** 385:2 392:1,2

**decrease** 102:14 145:7 149:17 150:13, 15 182:5,8,12, 13 183:16,24 184:11,12 187:3,4,18 192:25 193:15 205:10,11 214:21 215:3,7 231:23 249:13 250:19 251:22 254:7 287:6,9, 10,25 288:1 362:23,24 410:16,21 411:16 412:15

**decreased** 183:3,12 213:10 234:11 287:2 307:6 350:13 351:11 352:6 353:15 362:19 371:24

**decreases** 101:10 147:10, 16,17 150:3 181:22 189:11 205:20 206:21 212:18 213:3 230:14 231:11 250:1,9 283:14 287:4 288:2 409:17 410:17 411:10 412:11

**decreasing** 181:23 217:4 277:13,14 313:11

**dedicated** 122:19

**DEFENDANTS** 366:9 415:13

**defense** 398:4, 6

**define** 31:22 119:20,21 290:2 357:22

**defined** 225:23

**defines** 41:18 46:18

**definitely** 100:7 226:19

**definition** 32:11 68:8 340:10

**definitively** 92:3

**degree** 366:22

**delivered** 87:10

**delivers** 360:24

**demographic** 233:21 405:23

**demographics** 376:3

**denied** 60:15

**denotes** 259:17

**department** 31:9,12 45:1 368:6

**depend** 123:12 127:9 187:19 242:2,7,20

**dependency** 185:15 279:3

**dependent** 42:6 154:6 181:8 276:12 291:21 370:16

**dependently** 182:14

**depending** 57:21 167:14 215:14 230:17 304:7 394:3

**depends** 102:7 120:23 138:7 177:22 197:13 212:13 213:16, 20 218:14 225:5 230:11 409:13

**depicted** 287:14

**deponent** 30:15

**deposition** 26:6,12 27:15, 18,21 29:3 30:18,21,24 32:13 35:25 36:5 37:6 38:9 39:11 42:13 69:15 79:8 90:6,22 91:9 110:24 114:7 123:10 125:21 127:14 146:13 153:17 157:17, 21 174:18 184:16 191:13 207:13 209:21 219:10 220:16 223:2 235:4 237:24 238:17 253:18 255:17 263:7 268:7 275:8 282:16 298:14 305:18 309:21 314:14 336:22 347:15 350:10 354:8 358:17 365:14 372:8,11 376:11 398:4 416:14,17

**depressed** 351:12 352:8, 12

**derivatives** 154:11

**derived** 53:6,10 135:6 164:18 301:15 325:6

**describe** 53:13 110:17 218:17 305:5 363:16 367:17 368:13 369:24 370:11 371:3 372:25 381:10 391:19

**described** 32:2 214:23 228:13 231:21 250:17 301:23 392:6

**describes** 40:25 77:15 130:25 208:10 233:9,16

**describing** 76:16 78:2 233:3

**description** 99:6 103:15 233:23 257:14 258:23 259:3

**descriptive** 71:23

**Design** 224:13, 19 284:5,11

**designated** 40:9 46:4

**desired** 197:10 296:13,23

**desogestrel** 137:16 344:14

**detail** 105:6 185:17 186:21 392:23

**details** 38:23 344:21

**detected** 71:1, 10

**determination** 304:19

**determinations** 271:10,22

**determine** 33:9, 19 76:11 88:23,24 102:11 169:6 170:1 242:4

**determined** 33:12 101:9 170:16 171:10, 14 260:9,14 269:24

**determines** 105:12

**develop** 317:25 346:24 353:22

**developed** 284:2 369:7

**development** 47:22 55:16 217:17 223:6,7 224:6,8,18 225:6 227:4 265:5 269:11 367:23

**deviates** 104:11

**deviation** 103:6,11,17,25 104:10 108:3,9 110:13,16 113:20 121:24, 25 324:18

**deviations** 102:17 121:19 395:17

**device** 46:25 92:10 93:10 121:11 141:5, 14 149:13 150:3 163:1 348:18 369:18 370:2 400:8

**devices** 48:4 141:24 400:18, 20 401:4,6,19

**dextro** 128:25

**DHT** 65:3 341:4,8,14,15

**diagnosis** 357:14

**didn't** 62:21 97:25 98:9 168:17 178:16 184:6 192:17 224:4 236:19 346:25 348:22 351:19 398:9 399:25 405:1 410:22

**differ** 116:17 117:20

**difference** 94:4 284:14 285:25 385:9,13,16

**differences** 32:20 53:14 76:6 80:12 81:22 82:8 138:25 169:15 390:6

**different** 36:12, 15 38:14 41:2, 7,16 50:3 54:22,25 55:12 58:25 66:11 69:5,7 73:2,3 74:24 75:1,8, 20,24 76:6 77:21 82:4 83:4,11,22 94:9 97:9 98:11 99:3 103:6 104:25 120:17 121:5 124:18,24 128:22,23 134:5 137:12, 21 138:25 140:7 153:11 179:1 195:2,13 198:24 205:22 208:25 212:22 217:7,20 224:7 226:10 227:8 232:18 233:7 241:11 267:12 275:23 277:2 279:6 291:17 300:1 302:9 321:11 343:5,6 359:5 363:22 372:3,6 373:17,21 375:3,15 381:16 384:7 394:19 396:8 401:11 409:5,6

**differentiation** 46:13

**differently** 123:3,22 345:21 346:3, 4,7,10

**difficult** 113:3, 14 123:8 168:23 171:17 357:11,19

**DIGITAL** 36:17

**digits** 324:8

**dihydrotestosterone** 65:2

**diminished** 154:25

**direct** 43:24 147:9 302:2 310:8 326:21 344:1 351:6 372:24 391:5 398:9,14

**directed** 29:2 37:14

**direction** 333:1

**directly** 131:1 167:19 218:3 295:20 335:22

**director** 39:24 80:5 265:4 275:18 347:24

**disagree** 82:1 307:17 340:8

**Discovery** 26:18

**discuss** 37:2 60:4 75:19 124:24 125:9 193:18 236:12 317:23 319:24 336:14 365:20 398:5,10 410:22

**discussed** 46:15 71:6 73:1 75:22 77:23 80:1 87:13 122:20 134:3 151:8 168:7 182:25 202:12 205:10 212:17 217:3 229:16 231:1 241:5,11,16 243:25 252:7 255:3 266:7 267:15 272:5 273:1 274:14 275:17 278:12 281:5 286:13 287:24 290:17, 23 293:14,21 296:15,18 297:18 325:10 328:2 334:11 362:13 395:2, 18 396:7 398:8,14 411:14

**discusses** 43:11 69:1 208:1 256:25

**discussing** 91:1 125:11 127:6,9 198:12 211:1 256:10 288:8 307:23 334:6 365:12 405:11,12,13 412:5 415:8

**discussion** 35:16 107:20 281:14 290:15 302:25 304:13 391:7 393:7 397:20

**disease** 91:20 380:2 406:16

**disorder** 161:21

**disorders** 161:16 164:22 165:8 166:25

**displacement** 154:13 344:3

**display** 50:6 131:14 208:20 361:2

**displayable** 385:17

**displayed** 216:17 386:10

**displaying** 94:9

**displays** 362:15 371:25 384:8,14 391:22 393:8 394:9

**disposition** 345:9,20 346:22

**dispute** 82:9

**dissociate** 244:2 246:7 247:11,21 252:24 255:6

**dissociates** 247:13 248:15, 16 253:8 255:11

**dissociating** 248:23

**dissociation** 244:4 246:13, 16,19,21 259:20 260:5

**dissolve** 121:14

**distinction** 322:12

**distribute** 205:4

**distributed** 32:1 276:15

**distributing** 103:9

**distribution** 33:8 130:1 169:24 191:23 192:3 205:12 212:12 213:19 230:10 231:3, 19 250:14

**District** 26:10, 11

**divide** 56:16 95:14 97:8,12, 14,15 331:16 333:17,19,25 335:2 403:2

**divided** 96:24 97:1,4,10,23 98:1 143:3 237:14,15 278:3 333:4,5

**dividing** 97:8

**Division** 269:10

**dl-** 128:15

**DMNT** 156:22

**doc** 194:9

**Doctor** 38:1 366:20 373:23 375:18 376:21 377:22 378:8 379:18 380:6 381:3,9,18 382:10,17 385:25 388:5 391:1,3 392:9 394:16,17 396:4,5 397:13

**document** 35:8, 19 36:4,6 39:20 42:22 43:6 54:1 90:8 107:23 115:12 127:18 136:23 140:20 148:11 154:2 155:15 180:23 184:14, 19,21,23 185:4,10 192:1,22 194:9,11 197:19 202:21 208:5 209:24 221:14 222:17, 22 224:3 230:9 235:22 236:3 239:23 258:19 263:24 264:15 272:3 275:10 276:2 323:7 325:15 337:1, 10 338:18 340:14,16 343:24 345:1 348:25 351:25 355:15 356:1, 6,18 360:1 361:24 365:7, 12 395:8 403:12

**documents** 42:18 60:3 193:5,6 202:20 209:18 345:25

**does** 31:25 46:18,19 49:13 52:15,21,22 59:12 60:16, 20,23,24 61:4, 6,13,17,19 62:7 63:9,10, 11,22 64:2 65:24,25 67:6 68:10 76:2 77:18 85:2,14 86:20,24,25 87:4 99:2 104:24 105:1, 3,6 107:14 118:15 119:18 120:6,11,19 121:6 130:21 131:25 138:1, 2,21 147:23 150:13 151:23 161:10 162:10 167:22 178:7, 10,19 179:4,7 182:5,7,11,12, 13 186:24,25 189:5 195:16 196:19 201:20 203:12 205:4 206:22 210:25 222:12,14 229:14 234:9, 11 239:5 247:3,21 255:1,6 272:16 279:13 280:4, 14,22,23 281:2 284:20 287:6 301:10,11 312:18,20 323:11,16,18, 25 324:3 325:3,8,10 326:8 331:2 335:3 340:20 346:12,18 357:22 360:17 362:22 369:16, 17 371:12,22 383:1 384:12 386:16 387:18 388:2,4,12 389:18 391:11 396:5 403:19, 21 409:18,19

**doesn't** 67:10 88:10 92:15 121:13 129:23 131:12 151:24 156:5 187:19 195:22 199:22 209:23 254:23 259:2 292:8 298:7 306:7 308:25 317:24 318:23

**doing** 117:12 137:11,20 193:2 258:3 334:12

**done** 51:11 64:1 81:9 82:22,23 89:6 122:17 126:24 135:6 143:20 152:25 176:24 189:2 226:9 262:16 301:16 332:21 336:8 376:7 380:10

**Dorflinger** 268:21 269:9 278:18 279:19

**dose** 87:1,10, 17,19 133:17, 19 136:17 137:3,12,15,23 138:21 139:5, 8,9 167:14 182:13 183:23 187:11,13,22, 23 205:3 230:17 233:11, 17 242:4 270:10 274:2 277:12 284:16 286:2 291:10, 12,15,17,21 292:21 297:2 304:3,7 311:1 313:10 326:13

346:14,25 385:1 389:3 405:13,19 411:20 413:12

**dose-finding** 48:1 158:1 310:1

**doses** 136:1,2 137:14 145:2 183:22 184:11 233:13 290:1 291:4,10 292:20 299:4

**dosing** 282:13 291:14

**dot** 98:9 108:12

**dots** 373:10,16 375:3,11

**double** 189:13 251:12 282:13 284:16 291:11 292:21 324:19, 23 388:18

**double-dose** 285:8

**double-sided** 111:16 115:1

**doubling** 411:3

**down** 28:23 80:10 84:19 87:21 101:10 124:15 136:11 156:23 173:9 177:14 184:8 221:8 240:6 248:25 252:13 264:19 278:20 308:17 311:17 313:15 315:25 323:13 370:5 373:11 382:21 383:2 394:12 407:10 409:18 412:6

**Dr** 26:7 27:8 32:5 37:16 38:2 39:23 43:25 80:4 90:14 93:14,18 106:7,20 108:17 126:18 127:22 157:14 217:11 232:22 251:2,21 257:5,7,8,19 258:23 259:1 260:23 263:3, 18 265:2 271:5 275:15 276:9 279:20,25 288:21 335:7 336:3 347:21 349:4 351:1 366:11 397:25

**draft** 37:16 210:19,20 221:16 258:6 337:9 340:14

**drafts** 258:6

**draw** 267:6 294:16 384:2,3

**draws** 267:5

**drops** 370:5

**drug** 31:24,25 34:7,9 41:19 46:16,18 49:8, 13 87:8 118:16,18 120:5,11,12,23 121:2 130:25 138:10 152:14 153:3,9 160:15,18,22 162:19 163:10 166:8,10 174:2 179:11 196:4, 5,9 197:20 198:7 200:25 241:6 259:8,15 260:17 279:8, 23 284:4 286:3 288:12 296:16 303:4 304:18 305:24,25 311:14,21 319:15 322:24 323:3 325:2,9 327:8 328:3,20 346:20 347:7 349:25 351:1 361:11,14 368:2 381:15 395:3,5 403:22 407:3 412:25 413:15

**drug-specific** 120:24

**drugs** 71:16 72:4 119:25 130:22 136:8 138:3 173:23 178:11,22,25 205:7 228:20 246:5 249:10 306:10,13,15 367:22,23,24 401:13

**drugs'** 347:8

**Drugs@fda** 115:9

**DSG** 137:12

**due** 52:25 147:9 168:1 196:7 267:7,11 279:2 296:23 353:23

**duly** 26:25 27:5

**duration** 316:23 318:13

**during** 47:21 80:13 81:23 87:9 133:19 149:15 187:13 188:13 190:2 200:19 226:10 265:20 300:17 303:16 309:16 349:19 360:10 363:25 364:6 367:25 368:1, 10 370:6 388:25 390:9 398:15

**DVM** 27:4 416:17

**dysmenorrhea** 315:16 316:17, 22

E

**e-mail** 37:10 43:11,17 44:7, 13 69:12,25 79:5,12 80:1 90:13 93:14,17 101:16 106:6 108:16 111:4 113:8,13 127:20,21 134:1 150:22, 24 177:4 180:17 190:10 191:9,16,23 192:14,17 239:7 244:15 255:19 256:4, 9,13,18,20 257:12,24 259:12 261:13 263:10,14 332:25 347:13 348:9,21 350:12 354:11, 24 356:10,15, 16,25 358:20, 21 359:5,15,24 361:5

**e-mailing** 263:18

**e.g.** 253:1

**each** 37:2 54:25 120:5 132:5 145:19 159:3 343:2 371:11 373:16, 23 375:13,17 409:23

**earlier** 46:15 79:25 82:22 123:9 128:4 139:15 147:4 158:4 161:1 165:16 168:8 169:5,13 170:21 177:13 180:18,22 181:14 197:16 200:9 201:5 205:10 209:19 212:17 241:11, 16,21 243:25 246:10 249:23 252:7 254:24 259:19 266:7 268:9 271:5 275:17 283:1, 13 293:14,21

296:18 297:18 298:21 304:2 307:23 309:9, 25 312:22 319:14 324:9 325:10 327:13 331:13 334:6 335:5 336:8 339:11,21 340:24 362:13 370:15 380:19 383:25 386:12 391:7 395:2 400:6 403:24 408:6 410:16 411:10

**early** 78:19,22 125:22 218:18 225:6 247:24

**ease** 321:12

**easier** 70:19 132:6 148:6 287:21 385:17

**easily** 276:15

**easy** 240:22,23 281:9 295:1

**Eddy** 26:17

**Edelman** 206:4, 8 213:6 219:13 231:12 250:10 281:19,21,22 295:4 408:6,7, 8,13 410:21 411:21

**Edelman's** 414:5

**edema** 161:22 162:1,4 163:20

**Edited** 269:2

**educational** 366:20

**EE** 73:23 74:1 75:10,14 264:14 286:21

**effect** 63:13 66:15 67:1 130:18,21,24 131:25 144:20, 22,23 146:22 150:12 161:8 167:5,25 195:9 196:16 198:6, 15 199:4,18 200:5,6 201:6, 7 202:16 205:6 228:7,10 229:1 232:1 238:4,8, 12 241:6 250:21 254:6, 9,15 255:14 274:10 294:4 296:12,19 303:20 304:4, 5,8 309:6 317:18 318:2, 17,19 319:7, 10,16 327:9 346:16,24 349:7 352:13 353:16 362:7 363:10 384:16 394:2 406:24 407:7,20

**effective** 266:15

**effects** 32:22 55:9,13,18 66:10,13,14 147:24 161:3, 9,17 162:25 163:1 164:13, 23 165:9,13 166:5,12 167:1,13 168:10 169:17 197:10 198:9, 16 199:8,10, 24,25 202:7,11 215:7 228:16 229:6,9 240:24 268:2 272:19 273:16 294:25 295:18 297:1 298:23 309:14 337:5,17 339:4 340:5,12 345:3,11,16 347:8 349:25 353:22 357:10 365:20 413:9

**efficacy** 43:23 197:3 220:19 225:22 228:17 293:16 294:24 295:18

**either** 60:14 97:18 98:4,8 100:16 103:24 120:8 127:10 173:15 207:17 236:13 268:5 331:15 339:16 341:8

**elastomer** 47:2

**electrolyte** 357:10

**electronic** 210:17

**elevenfold** 389:23

**eliminate** 179:10,11

**eliminated** 120:7,14 179:9,15 247:18 253:10, 11 255:9 276:16

**elimination** 119:17,20,22, 23 138:7 179:16

**Elmo** 28:4,10, 20

**else** 30:23 49:10

**elsewhere** 305:9

**Elvira** 106:9,10 107:6

**emergency** 282:12 284:16 285:8 286:1 289:25 292:1,7 293:2,7,11 297:5

**employs** 40:3

**encompass** 85:15

**encompasses** 84:13

**end** 35:21 36:21 50:6 74:24 97:9 102:20 104:1 135:16 139:5 148:24 183:18 184:9 186:7 195:25 244:13 257:25 271:12, 24 294:6 324:20 355:18 375:5,8 384:15 392:8 401:23 403:4 409:21

**ending** 62:24 70:6 119:8 173:2 181:13 182:17 204:8 221:3,11 222:9 257:3 258:22 259:2 265:3 345:2

**endocrine** 161:16,21

**endogenous** 362:9

**endometrial** 235:8 236:15 363:10

**endometriosis** 91:14,18,20

**endometrium** 56:18,24 58:7, 12 91:21 144:21 166:20 167:10,19,23, 24 201:11,21 229:4 238:5 296:20 365:1

**Endrikat** 218:9

**ends** 62:5 71:25 97:11 111:14 139:3 160:11 177:11 211:13 214:17 216:20 221:20 244:18,19 264:18 306:22 338:22 348:9 389:3 391:1 414:16

**England** 404:13

**English** 27:1,25 29:15,18,19 30:2 142:16 148:18

**enhanced** 155:1 156:8

**enlarge** 225:8

**enough** 153:14 235:25 256:17 404:20

**enter** 56:24 79:4 171:23

**entered** 42:2 46:16 222:5 282:1

**entering** 170:25

**enters** 33:11 68:9,14 170:15,23 171:14

**entire** 105:20 221:13 305:2 402:16

**Entry** 315:23 316:24

**enzymes** 124:6 151:14

**epithelial** 57:4

**equal** 96:19 331:10

**equals** 96:10

**equate** 331:2

**equates** 331:6

**equation** 259:9,23,25

**equilibrium** 248:4,5

**ER** 63:14 147:9 154:13,15

**especially** 121:12 274:1 297:5 357:11,19 395:5 400:9

**essays** 247:5

**essentially** 35:10

**establish** 64:11

**established** 76:15 173:11 289:13 294:12 301:15

**estimate** 194:16 233:2 300:10 405:3 409:3

**estimated** 173:7 188:22 194:25 195:1,10 232:17 299:25

**estimates** 413:16

**estimating** 239:1 243:6 305:23

**estimation** 34:3 86:3 195:17 254:17 280:13,15 284:23 336:4

**estimations** 38:24 76:12

**estradiol** 73:24 74:2,4 147:18 264:11 286:17 403:22,25

**estrogen** 50:14 61:17 63:11,20 74:5 131:20 147:10 154:12 277:6,12,21 362:14

**estrogen/lng** 275:23 277:2 279:7

**estrogens** 131:13 264:7

**et** 323:20 370:17

**et al** 80:13,14 106:23 180:15 238:6 272:10 278:5,6

**et alia** 206:4

**ethinyl** 73:24 74:2,3 264:11 286:16 403:21,24

**ethinylestradiol** 132:13

**EU00159606** 305:22

**Europe** 141:18

**evaluate** 41:6

**evaluation** 85:10 185:14 186:16 301:22 304:16,19 305:23 306:18

**even** 56:15 67:10 123:6 131:18,24 138:5 190:23 226:15 227:20 231:10 248:23 249:25 255:10 279:20 288:18,21 289:24 301:24 330:13 334:11 349:18,25 364:16 396:20 402:2

**event** 313:22 314:2,20 315:11 325:16 326:20 330:18

**events** 309:15 316:19 326:9 329:14 330:14 337:21 346:18 351:12 352:7

**ever** 253:25 287:24

**every** 71:14 123:11 138:7 163:25 200:18 315:11 326:20 385:1

**everything** 28:20 114:3 192:22,23 248:8

**everywhere** 193:13

**evidence** 345:9

**ex** 260:9,14

**exact** 87:16 182:7 272:14 273:4 279:21 287:24 348:2 363:3

**exactly** 44:21 78:22 129:24 137:14 147:15 185:13 195:23 203:16 241:9 359:23

**exam** 398:9

**examination** 27:6 262:8 366:9 397:23 398:15 415:13

**example** 33:22 51:18,19 55:5,16 64:17 95:20 120:22 137:15 166:17 174:14 183:21 197:24 200:25 206:4 225:9 229:13 249:13 253:7 273:23 274:5 312:13 319:13 342:3 360:10 387:10 396:22 397:9 399:10 411:3 414:22

**exceptional** 360:8,18

**excerpt** 220:11

**exclude** 218:13 225:10 226:21

**excluded** 220:1 226:2

**exclusion** 222:1 227:5,22

**excreted** 32:2 119:24 120:8 131:15 196:11

**excretion** 33:8 128:14 131:4 151:6 169:24

**excuse** 373:1

**exert** 294:4

**exerting** 406:24

**exhibit** 27:19, 20 30:10 32:10,12 35:2, 8,9,20,23,24 36:8 37:3,5,8 38:6,8 39:10, 13 42:11,12 47:6 61:21,23 64:5 68:17 69:11,14 73:1 76:9,23 79:4,7 90:3,4,5,20,21 91:6,8 92:6 93:13 95:2 99:8,20 101:15 106:5 107:1 110:20,23 114:6,9 118:21,22 122:7 127:13, 16 140:4 146:9,12,19 150:20 153:16, 19 157:20,24 158:5 168:24 172:6 173:2 174:17,22 177:3,6 180:23 181:11 184:15, 18 191:11,12 198:23 199:23 202:19 207:12 209:17,20 219:8,9 220:14,15 222:25 223:1 230:9 234:25 235:3 236:1 239:6,17 253:17,20 255:15,16,21 263:6,8 267:20 268:4,6 274:6 275:3,6,7 281:20 282:3,4 298:3,6,8,9,11, 12,13 305:10, 17 309:19,20 313:21 314:13 321:18 325:16 326:5 330:9,14 336:21,25 343:25 347:11, 14 350:8,9 354:7,10 358:16,19 361:23 372:7, 11,13,15 373:1 376:9,10,17, 18,24 380:15 381:4,10 390:15 391:4 398:22 405:23 408:6

**exhibited** 154:24

**exhibits** 34:22 296:17

**exists** 278:25

**expect** 218:6 304:14 324:2 379:21 380:3 406:13,16 407:20 409:11, 15 411:24 413:6,8 414:6

**expected** 160:18,21 162:19 163:10 166:4,8 190:2 197:20 200:24 201:6 303:17 309:10,14 317:11 318:2 319:14 327:8, 21 328:19,20 329:6,23 405:3 407:6,7 409:25 415:3

**experience** 122:15 346:15 413:9

**experienced** 346:20 348:11, 17 390:2

**experimental** 307:6,8 336:11

**expert** 39:24 46:2 80:5 164:8

**expertise** 351:23

**experts** 45:6,7, 23,24 184:24

**explain** 41:6 46:12 49:16 82:20 83:13 105:6 117:19 144:24 152:20 163:20 233:1 259:4 295:8,9 391:9 392:22

**explained** 37:23 39:4 42:2 46:1 49:5, 11 72:23 100:19 113:19 147:8 170:22 179:25 236:9 288:21 309:15 400:3

**explaining** 37:11 196:17 285:19

**explains** 76:10 185:13 276:9, 11 342:20

**explanation** 49:18 241:20 286:8

**exposure** 123:5 215:8 228:8 323:2

**expression** 177:21 365:21

**extensively** 116:3,12 118:5 122:9 124:18 127:4 211:18 245:14 246:1 249:11

**extent** 33:12 61:14 163:21 170:16 171:11, 15 202:7 205:19 242:7, 17 370:15 377:19 409:15

**extra** 297:25

**extrapolate** 113:3,14

**extremely** 360:13

**F**

**FA** 308:8

**facial** 66:12

**fact** 127:6 182:9 234:6 272:8 283:13, 17 287:24 296:6,10 380:11

**factor** 75:13 89:17 91:18 112:23 118:14 120:21 204:16 205:8 206:25 217:4 232:2 249:22 250:22 251:12 264:9 265:12 300:22 332:1 365:21, 24 388:16

**factors** 69:5 73:2,16 74:19 75:6,9 121:5 172:8 204:9, 17,23 207:7 227:3 233:21 267:15,17 345:10,20 346:22 347:7 360:13 362:8 363:11 365:17 371:4,8 393:5 394:23

**facts** 276:24

**factual** 33:25

**FAI** 278:8

**fair** 29:19 34:15,18 40:7 41:12 42:3,8,9 46:6 50:10,11 63:17 74:17 100:12 138:14 141:13 150:8 162:18,22 163:22,23 189:9 194:21 248:13 256:17 286:24 289:6 313:5,17 327:20 335:8,9 404:20

**fairly** 101:13 343:8

**falls** 401:12

**fam-** 142:9

**familiar** 30:2 32:4,18,23 42:15 55:19 90:16,25 93:22 142:3,14 146:16 174:21,22 185:10 224:2 226:9 237:19 247:5 256:23,24 263:3 267:16 283:8,21 306:19 343:18 344:19 374:11

**familiarity** 370:7

**familiarized** 283:22

**families** 50:12 54:12 55:4

**family** 52:23 54:12 193:3 259:12

**FAQ** 354:16

**FAQ_PTC** 356:15

**far** 51:11 126:25 136:5 233:6 244:12 314:8

**fashion** 243:14 391:13

**fast** 131:3 248:23,24

**fat** 195:8

**fault** 51:6 119:6 132:8

**favorite** 406:21

**FC** 43:22

**FDA** 111:8 122:20

**FDA-APPROVED** 114:11,20 117:14

**February** 327:4 330:12,15

**feces** 120:10

**Federal** 29:4

**feed** 114:3

**feedback** 36:22

**feel** 32:24 98:7 229:11 251:5 276:10 335:5

**feet** 378:2

**fellowship** 367:7 368:1

**felt** 41:5

**female** 66:7 348:10 355:5

**fertile** 147:1

**fertility** 66:9

**few** 31:4 42:16 72:5 141:2 178:25 186:17 216:10 227:14 228:13 252:13 277:10 309:4,5 345:24 366:13 370:23 375:20 386:12 398:1

**fewer** 113:20

**FHC** 355:1,5 356:12

**fibroids** 363:12

**field** 351:23

**figure** 87:16 98:14 186:1 206:17 208:14 216:17,22,23 220:8 235:19 283:13 285:16 286:4 372:24 373:2,3,12,24 374:25 380:23 381:9,11,12 382:19 384:12,13,22 391:6,8,10 392:6,12,23 393:8,20 403:11

**figuring** 355:6

**final** 76:18 115:5 210:18 260:21 295:13

**finalized** 115:20

**finally** 241:19

**find** 31:10 60:7 98:22,23 108:1 168:23 172:1 202:24 203:24 207:18 208:10 250:6 281:20 282:7 292:17 397:10 408:7

**finding** 293:2,6

**findings** 408:21

**fine** 31:3 40:13 62:15 74:15 98:11 115:8 160:4,6 168:19 174:15 176:3 191:2 193:23 194:22 218:24 221:14 235:14 268:5 295:15 314:9 321:13,16 330:4 377:20 378:5

**finish** 117:11 132:5 159:3 184:4,6,7 212:24 348:15

**finished** 81:5 126:19 132:8 184:5 366:21 367:4,6,20

**Finland** 265:6

**Finnish** 106:17

**first** 31:18 36:8 37:14,24 38:22 39:19 43:25 51:12 56:18,24 59:22 63:2 68:19 70:1,23 78:5 79:14 89:20 90:10 101:8 106:8 109:6 111:23 118:3 119:20,25 122:6,7 128:12 131:11 145:14 146:1 151:6 159:25 161:15 176:4 177:10 182:19 183:5,11 200:19 202:20 204:25 208:17 211:16,17 219:24 223:20 240:5 253:22 254:4 257:11,14 265:13 269:8 271:7,20 276:23 284:1,5 302:5,19 303:1 312:13 314:18 315:10,15 316:14,18 320:11 321:22 325:21 349:19 350:18 351:10 352:1 360:7 363:20 366:14 369:16 372:13 377:3 384:21 398:1 403:14

**first-pass** 130:18,21,24 131:13,25

**fit** 397:5

**five** 101:10 126:5 169:20 203:1,19,21,22 240:7 315:25 327:5 328:7 353:12 370:4 385:3 386:18 394:15 402:16

**five-minute** 126:9 232:5 336:14

**five-year** 384:16

**FLI** 237:25 254:8 265:13 266:1,7 275:22 278:2,4,21 279:5,13 280:4 281:2

**flip** 30:9 111:13 114:21 115:22

129:9 135:10 151:4 159:17 181:13 192:13 220:24 223:19, 25 257:19 283:19 311:24 323:5,6 325:14 326:11 359:15

**float** 248:1

**flow** 146:24 149:14

**fluid** 91:13

**focused** 89:10

**fold** 116:18 117:24 289:23 390:6

**follicle** 317:24

**follicular** 143:8 144:3 145:6

**follow** 132:22 377:14

**follow-up** 398:1 415:12

**followed** 26:22 386:20,25

**following** 30:16 41:7 222:6 257:13 259:9

**follows** 27:2,5 266:2

**font** 140:7

**forgetting** 126:23 143:20

**forgot** 140:19 145:15

**form** 29:21 34:5 39:7 40:23 41:14 58:2 59:21 63:18 67:14,21 76:20 80:20, 22,24,25 81:4, 7,11,13 84:16 100:22 123:25 125:1 128:24 129:3 131:10 135:2 147:13 161:11 165:24 166:14 170:12 195:20 196:2 198:1 201:2,24 208:2 226:24 237:5 238:10 239:3 240:18 241:8 242:5 248:17 250:4 254:19 273:20 274:12 285:11 286:12 289:3, 21 293:10,19 295:22 296:14 317:20 319:19 327:25 334:16 338:11 341:5 343:17 345:18 347:1 352:14 353:19 354:2 356:20 358:2, 10 360:20 369:1 379:23 386:8 387:14, 20 390:4 391:21 393:1 394:25 401:7,9 404:24 407:8 410:5 412:3 413:2 415:4,21

**formation** 146:25

**former** 335:6

**formula** 234:15 257:14 258:23 266:8 300:23 334:5 405:6

**formulation** 132:17

**forth** 40:16,17 323:6 331:24

**forward** 44:2

**Fotherby** 129:10 135:11 239:21,25 244:17 247:6 251:21 252:12 270:8 271:2,5 288:20,21 396:22

**found** 98:21,24 101:17,19 108:7 175:19 183:11 216:2 265:11 273:2,3 282:21 285:17 290:7 291:7 292:12,21 309:15 362:19 365:8 379:1 401:17 402:10

**foundation** 293:10 328:1 329:13,15 352:15 379:24

**four** 86:8 136:3 143:3 203:1 240:7 353:11 381:16,18 384:5,7,17 389:8,10

**fourth** 86:8 173:9 383:20, 21

**fraction** 177:23 195:10 196:15, 16,18 208:20 214:7 231:8 243:19 249:16, 18,25 250:1 251:16,21,23, 25 266:14,22 267:8 270:11 272:5 274:9 276:15,25 278:22,24 279:3,6,22 281:16 284:4 287:2,5,6,11 288:3,25 289:14,20 290:9,15,16 291:2,8,20 292:14,23 294:3,20 295:10,17 300:24 305:24 308:7,16,18 309:2 334:14 389:19,21 391:14,16,18 392:4 402:6 403:1 405:2 407:13,16,17 409:15,25 410:3,6 411:3 412:5,24 414:13

**fractions** 307:6, 14 308:23

**frame** 399:14 402:16

**Frank** 32:5

**free** 32:24 60:18 67:11 177:22 179:8, 9,11 180:3 196:4,8,9,15, 19,21,22 197:14 198:5, 7,13,18,19 212:12 213:20 214:7 230:10 231:4,8,20 232:1 237:11, 19,24 238:3,18 247:19 248:24 250:15,21 251:5,7,8 253:22 254:8, 13 255:1,9,12 259:3 260:14 265:12,14,18 269:20 270:11 271:8,22 272:5,11,12, 15,25 273:3,5, 17,22 275:22 276:25 278:7, 22,24 279:3,6 280:8,13,16,21 281:2,15 284:11,15,22 285:6,17,21,25 286:3 287:2,4, 6 288:12 289:13 290:16 292:13,22 294:12,13,20 295:10,17,21 296:10,15,23 297:6 307:6,14 308:23 309:2, 5,6 332:5 334:3,7,23,25 335:3,7 344:5, 16 386:1,6 387:9,13,23 389:19,21 390:1,9,12 391:14,23 402:24 403:1

405:3 406:22 407:13 409:1, 3,25 410:3,6,8, 11 411:3 412:7 416:6

**frequencies** 346:18

**frequency** 229:15

**frequently** 317:16 356:7

**Frits** 263:3 265:4

**front** 34:23 35:5 62:1,9 192:13 268:15 306:5 376:18 380:16 390:16

**frustrated** 228:15 280:7 295:12

**FSH** 145:5

**full** 63:2 73:6 84:6,12 85:19 86:3 111:13 112:13 116:1 136:21 160:2 173:6 182:19 183:17 211:17 214:16,20 241:23 244:17 271:8 302:6,20 303:1 310:4,5

**fully** 124:12

**function** 298:24 305:25

**functional** 220:21

**further** 138:12 163:22 397:23 415:9,13 416:10

**future** 269:15 273:14

**G**

**gain** 164:23 165:1 319:6,7, 11,15

**gained** 370:7

**gave** 89:5 149:24 282:2 297:20 302:15 305:15

**Gee-a** 188:8,9, 10

**general** 33:18 39:6 55:14 58:22,23,24 67:11 100:20 112:18,20 118:24 138:24 139:23,25 150:11,12 152:1,23 164:16 171:22 173:24 178:9 183:21 184:23 195:22 197:12 198:7 203:17 205:6 214:6 228:22 242:13 243:14 244:9 252:1 267:16 291:24 362:23 364:11 367:8 371:25 395:3 401:11 415:7

**generally** 49:12,17,20 54:17 82:6 110:17 123:15 124:11 127:10 134:6 162:2,4 179:5 198:13 207:20 231:7 243:13 248:6 310:21 354:20 401:19 409:18

**geometric** 399:11 402:6, 14,22 413:24

**German** 27:1 29:15 40:12 66:22 91:24 148:12,20 149:21,24 190:11 191:24 192:18 248:3

**gestagen** 129:14 240:17 242:16 243:7 244:1 245:11 247:13 252:23 253:3

**gestagens** 129:11 136:1 239:22 240:11 243:3,16 245:14 246:6, 22 249:2,5 252:5,7 271:3

**gestodene** 133:11 186:14 306:5 307:2

**get all** 30:1

**gets** 31:25 53:14 57:5 120:1 123:6 145:3 178:10, 17 179:3,9,14 205:5 246:13

**getting** 36:22 41:19 97:21,24 113:23 145:22 217:6 228:14 274:23 289:7 290:20 370:25 383:3

**Gieschen** 31:12

**gist** 49:7

**give** 28:6 34:21 51:8 76:25 77:11 86:24 87:8 94:6,7 99:3,15 102:15,17 103:13,14 105:15 114:4 139:2,5 161:13 190:16 208:23 210:11 252:11 263:19 267:24 276:4 313:9, 15,18 321:1,6 332:7 333:14 337:10 366:19 368:24 381:25 392:22 397:4 408:15 411:6

**given** 34:7 36:13 74:5 75:15 93:24 96:8,16 104:7 138:4 183:23 189:19 216:4 258:5 259:8 273:23 274:19 286:8 326:10 378:11 394:7 396:11,13 398:6 407:5

**gives** 77:15 83:9 87:10 323:1 324:17 334:1

**glad** 333:8

**glasses** 206:5

**glimpse** 105:15

**global** 347:24 351:2

**globulin** 74:10 75:12 116:12 133:9 172:12 175:7 186:11 212:5 237:4 243:18 253:21 254:6 269:25 286:10,11 343:11 344:3, 15 404:1

**glucocorticoid** 52:6 61:5

**glucocorticoids** 51:25 52:5

**glucoronized** 120:4

**goes** 49:13,15 50:2 56:18 101:21 109:8 131:1 136:4 138:10,11 221:1 224:9 233:11 257:25 308:17,18 373:7 382:21 394:7,12 412:6,7

**going** 27:18,25 28:3 32:9 34:21 35:6,7 36:14 37:8,9 38:5 42:10 49:6,21 54:6

60:5 67:13,20 68:2 69:11,13 72:25 79:4 90:3 110:19 117:11 125:15 126:12 127:16 140:21 142:25 146:8 148:22 155:16 157:8, 24 163:18 170:11 176:18 177:18 184:8, 13 190:17 191:8,10,21 195:5 201:23 209:16 214:5 219:6 220:12, 13 222:23,24 232:8 234:17, 22,24 235:17 236:2,5,12 244:21 247:19 252:13,17 255:15 262:15 267:21,23 268:3 270:6 275:6 282:6 287:20 289:11 297:11 298:2 305:10,20 308:13 309:19 310:15 313:20 321:11 322:22 323:6 326:21 327:25 336:17 347:10 348:15 350:7 351:6 352:3 355:24 358:9,19,21 359:7,15,23 366:1,4,13 370:14 373:6 377:18 382:14 383:2 397:19 406:21 411:13 416:13

**gonads** 55:17

**good** 27:8,9 98:3 99:6 106:4 114:18 115:19 126:8 133:3 157:3 163:5 179:19, 20 241:19 281:8 292:18 293:1 294:2 307:8 333:6 351:5 376:24 395:20,22 399:24

**got** 29:12 30:12 34:13 36:10 44:24 62:8 78:11 89:25 91:11 122:3 125:23 126:4 127:17 128:14 140:10, 17 168:14 191:14 204:2 210:11 220:11 221:6 236:18 244:16 305:13 313:25 314:1 331:20 342:8 351:24

**grab** 90:19

**grabbed** 28:11

**gram** 94:8

**grams** 94:8,12 96:3

**granted** 280:14

**graph** 208:18, 23 287:14,22 307:24 308:6 381:13 385:22 391:22 393:9 394:13 403:15

**graphs** 127:23 381:12 384:23 391:20

**grasp** 287:22

**gray** 217:22 218:4 219:20

**greasy** 328:10, 19

**great** 51:11 77:4 78:11 80:21 81:13 115:10 140:16 258:17 272:7 376:21 378:13 380:16

**greater** 113:20 121:6 161:18 222:13 245:14 317:4 325:2,4 379:21 400:20 401:5,18,25 406:13 409:10, 25 412:1,24 413:8 416:7

**green** 381:21, 23 382:8 393:18 403:14

**ground** 172:2

**group** 44:20,23 45:4,5,24 82:24 103:16 105:10,11 209:6 225:22 236:22 284:17 286:4 348:4 367:15

**groups** 144:9 149:9 208:25

**growth** 66:20 362:8 363:11 365:17,21,24

**guess** 38:21 40:2,20 49:18 59:23 60:6 75:8 80:4 85:20 87:14 102:2 111:17 131:22 138:19 141:8,20 148:3 150:8,11 156:22 160:14 186:21 192:6, 14 201:14 206:19 216:3 219:13 236:9 248:7 267:22 271:18 306:14

**guide** 219:17

**guy** 62:18

**gynecological** 45:13

**gynecologist** 404:18

**gynecologists** 100:23 224:10 227:23

**H**

**hair** 66:12,20, 25

**half** 44:22 106:6 145:21 146:3,4 343:8 348:9 366:23 374:21 378:3 387:24 416:2

**halfway** 73:15 80:10 136:11 142:22 154:3 177:13 257:11 264:19 351:10

**Hammond** 130:1

**hand** 174:21 184:14 305:20 372:10 385:10

**handed** 376:8

**handing** 191:6 282:8 332:20 390:23

**handwriting** 194:1

**Hannu** 142:3,5

**happen** 162:9 260:21

**happened** 290:11

**happens** 56:9 234:1,2 240:25 411:1

**happy** 190:20, 24 267:23

**hard** 123:3 151:15

**hasn't** 131:7 281:11

**haven't** 118:1 122:19 127:9 182:8 194:19 240:12 254:2 281:13 379:1

**having** 27:5 103:6 190:25 221:13 394:14 416:16

**he's** 119:1

128:13 139:6 252:1,4,6 272:22 273:13 277:6

**head** 73:14 206:2 283:4

**headache** 165:9 166:18, 21 318:10

**headaches** 165:11

**heading** 115:23 285:2

**headings** 111:8

**health** 223:13, 14 224:8,14,19 337:15 338:19 340:15,17

**healthcare** 29:5 45:9,12 114:22 355:5

**healthy** 188:7 284:6

**hear** 97:25 98:9 178:16

**heard** 90:18 149:23 178:15 237:21 238:17

**heavier** 228:1 234:1 371:17, 19

**heavy** 222:18 379:21,22 395:4 406:13

**Heidelberg** 366:23

**Height** 315:2

**held** 26:12

**help** 30:21 51:7 118:12 154:4 157:16 161:6 234:23 280:22 281:2 295:9 326:12

**helpful** 46:22 60:1 95:19 148:3 157:19 168:4,11 171:9,24 209:12 262:6 301:25

**helping** 66:8 390:11

**helps** 391:1

**here** 27:11,24 29:13 31:19 33:19 40:6,19 51:7 66:2 72:16 73:5 76:25 79:6 89:9 93:23 94:20,25 95:21,22 96:4, 8 102:2,20 104:7 107:22, 24 112:19 114:25 117:2 120:3 125:24 137:13 140:19 145:14 148:10 151:5 159:14 172:2 174:13 176:2 202:24 206:10 210:15 216:1,25 217:6 221:10 223:14 226:17 227:3 229:12 235:11 250:7 252:2,12 256:16 262:19, 25 264:1 267:6 272:22 273:12 282:5,7,8 287:19 288:14 290:7 293:2 295:4 299:3 300:19 301:4 304:17 315:22, 23 318:21 322:21 324:25 327:7 330:13 332:20 333:7 341:1 343:9 347:3 350:1 353:25 359:22 374:2,16,17 379:9,10 381:7,17 382:24 385:18, 22 389:1,25 390:22 392:16 393:22 394:15 402:21 408:17

**Here's** 262:19

**high** 71:18 102:11 108:18 109:3,23 112:6,15,16 143:8 144:3 153:14 154:14, 20 174:7 176:19 216:9 237:4 246:4 247:7,20 276:13 289:25 303:2,10,11 340:4,10 343:11 366:21 379:19 383:3 385:12 388:18 406:11 411:20

**higher** 39:7 66:11 100:21 102:9 109:9 145:2 183:18, 21,23 184:10 188:21 209:2 227:19 286:3 288:12,19 292:16 294:3,8 295:10 313:12 324:20 325:9, 11 360:24 375:4,8 380:3 383:2,11 388:16 389:8 406:17 407:22, 25 408:3,4,22 416:5

**highest** 370:22 382:21 385:19 403:17

**highly** 111:24 117:3 173:14 189:17,23 232:25 252:8 255:3 285:20 357:11,18,19, 22

**Hille** 31:12

**hint** 99:15

**hirsutism** 66:17 337:22

**history** 368:25

**HIV-POSITIVE** 43:23

**Hofmann** 26:7 27:4,8 37:16 39:23 44:3 118:23 126:18 157:14 172:6 366:11,16 397:25 416:17

**hold** 34:22 80:8 289:2 293:9 355:14 358:1

**holistic** 85:11

**Holmstock** 26:16

**hopefully** 131:23 140:22 229:12 234:23 351:8

**hoping** 169:2

**hormonal** 197:6 224:24 226:3, 21,23 281:12 345:15 346:16 349:25 352:12 353:12,16,22 357:9 360:19 407:12,14

**hormonally** 152:7

**hormone** 32:20 48:19,20,22,25 50:25 52:20 53:3,7 54:12, 16,25 56:7 58:8,19 59:2 64:9 65:5 67:1 68:12 134:9 139:16 143:3 145:6 146:24 148:5 169:15 170:25 171:3, 15,21 172:15 196:8 197:14 198:5,7,14 202:15 229:2 239:2 251:16 254:18 269:20, 23 273:15,17 293:18 294:13 295:21 296:11, 16,24 309:6 339:7 346:11

353:24 360:24 369:4 400:19 409:3,10 410:8,11 412:16 413:8

**hormone-binding** 74:10 75:12 116:12 133:8 172:12 175:6,24 186:11 212:5 237:4 243:18 253:21 254:6 269:25 286:9, 11 343:11 344:3,15 403:25

**hormones** 32:8 49:17 50:13 52:13 54:22 55:5,11,14 56:23 57:24 58:23,25 63:16 64:18 140:1 151:8 177:22 271:9,22 345:22 346:4 360:9,19 362:9

**Hormones.'** 355:2

**horse** 276:10

**Hospital** 367:8

**hours** 125:15 131:16 185:5 284:13

**how** 33:9 34:17 41:18 49:8,9, 17,19 50:4 53:14 57:5,25 76:12,14,17 82:4 84:24 86:25 88:23 91:23 98:22,23 104:9 106:13 119:23 120:24 127:2 137:22 139:19,25 142:6,19 144:24 161:1 164:23,25 165:10,17 168:16 169:6,7 170:1 172:8 179:25 182:5,7 193:18 197:13 199:14 201:9 204:7 206:21 207:10,19 208:1,10 209:11 210:5 217:1 232:15 233:22 242:4 244:8,10 248:24 249:25 250:9 294:9 300:10 301:3, 16 307:21 309:5 323:2 324:9,11,12 336:14 343:10 346:19 356:22 361:2 367:17 369:16,20,24 371:12,17,21 374:9 379:15 385:8 388:5,12 389:18 393:25 395:3,4,5,6 397:5 404:21 409:13,17 416:3

**however** 86:5 93:23 216:8 269:23 271:9 279:1 303:19 361:6

**Huempel** 130:5, 15

**huge** 83:9 105:9,11 274:1,2 287:7

**huh-uhs** 51:9

**human** 130:3 133:9 152:21, 22 175:6,24 186:11 344:15

**humans** 153:13

**hypertension** 354:21 355:10 360:4,10,11 361:6,13 379:20 406:12

**hypothalamus** 145:4

**hypothesis** 196:8 353:25 354:1,3 361:1

**hypothesizing** 350:3

**hypothetical** 117:1,18 118:2 294:19 414:25

**hypothetically** 295:16 379:19 380:1 406:11, 15

**I**

**I'D** 160:25 161:5,6

**I'LL** 28:17 34:22 35:18 55:3 64:5 76:25 77:11 114:1,3,12 119:2,5 123:24 147:13 148:24 156:12 162:13 208:2 214:13 219:1 263:21 281:20 319:5 320:12 332:19 345:17 358:22 361:10 368:14 369:23

**I'M** 26:16 30:2 32:9,23 34:7, 21 35:6,7 37:8, 9 41:24,25 42:10 43:18 45:15 49:3,6 53:11 55:18 58:3 60:4 63:7 65:10 67:13 69:11 70:15 73:13 74:3 79:4 81:8 83:12 84:2,5, 22 87:14 89:13 90:3 92:16 93:22 97:6 99:17,19 100:2,14,16 103:21,23 104:22 107:25 112:21 113:12 115:1,14 117:9,11,25 119:5 123:18 124:14 127:16 140:21 142:6,9 145:21 146:8 147:15 148:14, 22 149:1 152:11 154:8 157:24 159:4 160:6 162:9 163:18 164:7 165:2,3,12,14 169:2 170:11, 22 184:13 190:17,20,24 194:23,24 195:5 198:20 201:13,15,16, 23 204:6 205:2 207:6,8,17 215:25 217:10 219:6 220:6,12 224:2 226:8,16 227:22 228:15 236:5,8 244:8 245:2 247:5 248:14 249:4 254:2 258:8 261:11 262:4 264:25 267:16, 23 268:3 270:21 274:17 279:12 280:4 282:6 284:10 287:18 289:4,7 293:4 295:11, 12,13 296:7 298:2 302:9,15 306:14 309:19 311:25 313:20 316:6 320:17, 19 322:21 323:5 326:3,21 327:25 329:2, 25 330:3 332:15 333:8 343:18 345:19, 20 348:15 350:7 351:6 352:3 354:4 356:3 358:9 359:21 363:4 366:13,16 370:14,25 374:11 376:22 377:6,8,18 379:9 382:13,

14 401:1 404:11 406:21 411:13

**I'VE** 30:12 35:19 61:11 72:14 115:14 126:4 127:16 142:9 143:20 153:19 191:14 210:11 254:2 276:3 336:25 342:8 344:20 352:1 372:10 376:8,9

**idea** 87:10 141:16 160:7 162:12 358:3,5 411:6

**ideal** 220:1

**ideas** 224:9

**identification** 27:20 32:12 35:24 37:5 38:8 39:10 42:12 69:14 79:7 90:5,21 91:8 110:23 114:6 127:13 146:12 153:16 157:20 174:17 184:15 191:12 207:12 209:20 219:9 220:15 223:1 235:3 253:17 255:16 263:6 268:6 275:7 298:13 305:17 309:20 314:13 336:21 347:14 350:9 354:7 358:16 372:7 376:10

**identified** 215:6

**idiopathic** 354:21 379:20 406:12

**IGF-1** 365:24

**II** 27:14 261:9 298:25

**IIH** 407:21

**III** 298:25 300:7,17

**illustrate** 259:25

**illustrated** 272:9

**Image** 356:23

**imagine** 56:14

**Imbroscio** 28:1, 9,15,22 29:21 30:11,25 31:13 32:15 34:5,21 35:6,17 37:11, 14 39:4 40:23 41:14 42:24 43:14,18 46:1, 7 48:2 53:25 58:2,9,21 59:21 61:25 62:8,17 63:18 67:8,22 68:22 69:16,18 70:18 76:20,25 77:4, 8,11 79:9 80:16,22,25 81:5,9 84:16 90:7 92:14,24 95:23 99:9,14 100:1,19 110:21 111:15 113:10 114:1, 12,16 115:4,7, 10 116:6 119:3,5 123:24 125:1,14,21,25 126:4 131:10 132:4,21 133:4 135:2,15,17,21 140:6,10,12,18 143:16 146:18 147:13 148:18 150:22 151:1 160:5 161:11 162:13,16 163:24 165:24 166:14 168:14, 19 169:1 170:11 176:24 177:6,8 184:4 185:24 190:20, 24 191:4,14,18 193:24 194:3 195:20 196:2 198:1 201:2,23 203:21,23 204:2 208:2 210:5,9,13,16, 22 212:24 214:13 218:20 219:1,4 221:12,18 223:8 226:6,24 232:6 238:10 239:3,15 240:18 241:8 244:22,25 245:4 248:17 250:4 254:19 258:3,8,12,17 261:3,17 262:7,11,19, 22,25 269:4 270:19,23 273:9,20 274:12,19,23 282:4,8 285:11 286:12 289:2, 21 293:9,19 295:22 296:14 297:22,25 298:7 302:12, 17 305:15 310:10 311:25 312:3 314:8 317:20 319:19 325:25 326:3 327:24 328:22 329:12,17 332:15,18 334:16,19 335:11 338:11 341:5 343:17 345:17 346:6 347:1 349:11, 14 350:17,20 351:4,17 352:14,19,22 353:19 354:2 355:14,24 356:17,20 358:1,9 359:5, 8,18 360:20 366:2,10 368:18,19 372:9 376:12 378:5,7,18 380:25 381:2,8 382:4,6,13,16 390:21,23,24 392:18 397:12, 16 398:8,17 401:7,9 402:7 404:23,24 406:6 407:8 408:8,11,14,17 410:5 412:3,12 413:2,21 415:4,11,14 416:10

**immunosuppres sive** 364:19

**impact** 63:15 69:5 91:19 120:19 206:23 282:10 309:1 362:14 371:18

**impacts** 118:14 207:19

**impedance** 148:14 149:14, 23

**implant** 361:7 383:13,14 386:25 388:5 399:15

**implants** 253:23 265:15, 20

**implemented** 234:12 300:22 301:9 307:22 405:6

**implications** 249:12

**Impodence** 148:17

**importance** 307:13 308:22

**important** 106:21 204:16 227:25 228:4 248:22 249:12 251:12 253:2 270:12 277:1 280:22 289:9

**impressive** 210:9,10

**improve** 168:14

**inaccurate** 216:5

**inactivate** 59:9

**inactive** 116:13

**Inc** 29:6

**incidence** 229:15 379:21 406:13

**include** 73:20 75:9 79:1 88:24 119:18 151:23 204:17 318:8

**included** 36:19 37:2 76:18 77:19 78:2,15 82:14 83:18, 19,24 84:6,11 85:19,20 86:3, 5,9 88:6 104:14 136:8 215:23 216:11 220:7 224:24 227:16 240:11 256:3 259:12 298:11 365:5 372:5

**includes** 148:23 323:8 326:20

**including** 151:8 198:15 335:6

**inclusion** 192:24 224:23

**increase** 149:3, 14 214:7 249:17 251:22, 24 254:7 287:3,11 288:22,24,25 289:19,23 290:8 291:2,8 292:13,22 344:4 371:14 392:5 412:16 414:6 415:1

**increased** 156:24 205:16, 17 364:6

**increases** 155:3 264:14 277:22,23 286:21 287:1, 3,25 288:3 403:25

**increasing** 214:22 215:3,8 307:7 308:11 392:4 393:12, 24 394:4

**independence** 233:16

**independent** 124:4

**independently** 204:21

**index** 222:13 237:11,20,25 238:3,18 253:22 254:8, 14 255:13 265:12,14,19 272:13,25 273:4 275:22 278:8 332:5 334:3,7,23 335:7 378:9, 14,16 379:12, 16 406:4

**index.'** 272:12

**indicate** 384:13

**indicates** 337:9

**indicating** 36:7 42:25 109:22 155:2 189:25 303:18

**indicative** 357:14

**indicator** 274:10 280:17

**individual** 76:18 83:6 88:15 109:13, 21 116:19 117:21 251:11 326:21 349:16, 24 353:23 373:12,14,15, 23,24

**individually** 371:12

**individuals** 71:22 73:3 75:24 82:15 84:1 116:18,21 349:23 384:4

**induce** 339:16

**indwelling** 284:13

**ineligible** 222:5

**inflammatory** 362:9 364:18, 25

**influence** 73:2, 17 74:18 75:9 133:7 182:11 186:10 204:10, 17 344:16 371:22 393:14 394:23 395:7

**influenced** 173:11

**influences** 89:17 204:21

**influencing** 75:15 182:10 371:4,8 393:5, 6

**information** 58:4 84:19 98:5 125:3,4 134:25 135:3,5 233:18 354:5 356:8 376:5 388:2

**informed** 207:18

**ingredient** 163:3,8,11 361:18

**inhibit** 145:8 200:16,20

**inhibited** 266:11 267:3,5

**inhibition** 339:22

**inhibitory** 254:5

**inhibits** 56:3 147:17

**initially** 56:13

**initiated** 41:1

**Inki** 79:22 93:18 106:7,20 127:22 372:18

**INN** 306:8

**INN/INNM** 306:5

**input** 336:10

**inquiry** 348:5

**inserted** 56:11 122:18 236:21 322:8

**insertion** 70:24 188:6,13,18 253:23 313:14 316:1,4,24 317:7 318:11 319:1 320:12 321:4 328:6 330:6 348:18 365:2 370:23 373:5 381:14

**insignificant** 249:15

**instances** 41:11

**instead** 51:8 97:7 127:18 415:18

**institute** 367:5

**institution** 142:8

**instruct** 352:17

**insufficiency** 143:9,24

**insulin-like** 365:21

**intake** 389:2

**integrated** 38:11 39:14 204:5 215:11

**intended** 39:6 100:20,23

**interact** 34:18 49:20

**interaction** 46:15 154:25 241:21 242:21

344:2

**interactions** 153:22 339:5, 15

**interacts** 242:8, 18

**interest** 46:11

**interindividual** 72:6,11 80:12 81:22 82:8 120:25

**Interleukin-6** 363:20

**internal** 259:10 260:4

**internalized** 49:25 50:1

**International** 269:11

**Internet** 92:16

**interplay** 391:19 392:24

**interpretation** 216:8

**interpreter** 26:22 29:13 66:22 91:24 148:12,20 149:21 192:18 248:3

**interrupted** 29:12

**interrupting** 348:20 365:10

**interruption** 35:12

**intersubject** 394:18

**interval** 399:23

**interventional** 306:10,12

**interventions** 299:2,5

**intestines** 131:1

**into** 27:1 31:25 41:19 50:1 52:6 56:11,20 57:1,12,13 74:25 85:10 95:8 112:4 120:1,3 143:3 145:3 168:8 170:25 192:21 199:23 205:24 206:20 233:15 234:13,17 239:5 255:2 262:17 267:17 272:16 276:16 278:15 280:14, 24 301:18 307:22 336:10 342:22 347:6 351:22 368:2 395:25 397:5 401:12

**intracellular** 32:21 169:16

**intracranial** 354:21 355:10 379:20 406:12

**Intraindividual** 130:6

**intrauterine** 41:17 46:25 70:25 92:9 93:9,10 121:7, 11 141:5

146:23 149:13 150:3 185:6 298:23 299:6 400:8,18,20 401:4,5,18

**intravenous** 41:18

**introduce** 366:15

**invented** 62:19

**inverse** 290:16

**investigate** 122:17 152:13 295:7

**investigated** 63:25 129:24 183:22 188:6 319:24 344:22 364:23 367:22, 24 370:19 386:18 396:9

**investigating** 134:20 158:17 342:10

**investigation** 158:19

**investigations** 60:22 61:2 130:16 150:6 278:5

**involved** 37:13 51:1 82:25 232:25 256:16

**involving** 93:8 136:7

**iron** 229:12

**Isabel** 217:1

**isn't** 78:11

159:16

**isomers** 128:23,24

**issue** 33:25 170:7 258:14

**it's** 32:19 33:20,21 37:8, 9,19,22 38:21 40:12 42:2,24 43:16 45:16 46:10 47:9 48:18,24 49:8, 12 51:6 52:18 53:17,18 54:18,20,24 55:1,2 56:10, 17 57:3 58:10, 12,22 59:13 62:15 65:15,25 66:4,10 67:9, 23 71:15,20 72:17 76:15 77:5,6 78:22, 23 82:5,10 83:22 85:10,19 86:4 87:3,13 89:9 92:19,21, 22 93:2 94:8 95:21 96:17 97:10 100:23 102:8 104:7, 16,21 105:13, 25 106:17 111:17 113:3 117:18 118:2 119:3 120:13, 23 121:12,14 122:1,5 123:5, 8 124:17 125:21,22 126:3 127:17, 18 128:24 129:1 130:1

131:13 135:19 136:12 139:19, 25 142:8 144:15 145:20, 23 148:1,15 151:4,5 152:1 155:7,12,15 156:23 158:16, 18,19 162:2 164:10 166:9 167:24 168:8 171:22 173:24 174:25 175:14 176:14 178:8, 11,12,24 179:1 180:19 181:14 182:9 184:2,22 186:7 188:12 189:19,20 191:2,5,9 192:20 200:18 202:3,15,19 203:17,19,22, 25 209:7 210:19,20 216:20,22,23 217:4,5,20 222:22 223:11 225:15 227:23 228:2,6 233:10,11,17 235:7 236:9 238:25 239:1, 10,11 240:21, 23 244:15,16 245:3,6 248:2, 5,11,23,24 249:22 251:11 254:23 257:7, 22 260:24 261:25 262:2 263:25 268:25 269:5 273:23 274:2 280:25 281:14 283:16

287:17,18,21 288:14 289:24 293:23 294:15, 16,19,23 298:4,11,21 299:22 301:12 302:1,9,13 304:3 306:17 308:2,15 315:18 317:16, 23 318:11,20 319:10 322:7, 21 324:10,22, 23,24 325:5,6 326:11 327:14 328:2,24 330:7 331:3 332:1 333:20 336:4 337:4 341:11 354:3 355:19 358:19 359:5,8 362:23 366:12 368:22 369:5,8 373:20 374:21 377:16,19 378:2,15,24 379:10,11,14 385:15 386:10, 12,20 388:15 389:8,10 390:21,23,25 392:16 393:13, 18 395:3 396:10,13 397:7 399:9, 15,17,22 400:21,22,24 402:3,4 405:18,19 407:9 409:6 410:6,8 414:22

**item** 316:8,23 323:13 383:9

**its** 33:10 54:16 56:3 58:15 154:11 155:3 170:8 181:23 196:11 199:23 200:11 242:3 265:19 269:24 296:17 310:5

**itself** 59:11 116:3 118:5 122:9,12,23 181:22 182:5 189:17 211:18 212:18 214:16 410:16

**IUD** 56:6 91:2, 14 138:14 141:21 183:12 188:14 328:7

**IUS** 26:8 27:13 56:11 86:22 87:21 185:4 303:17 315:19 316:1,4,24 317:7

**J**

**Jadelle** 199:16 304:6 383:15, 17 388:6,13,16

**Japanese** 84:1 90:1 109:19

**Jarvela** 146:16

**JD** 192:4,7 193:6,11 194:4 210:3,4

**JDS** 209:18

**Jia** 188:8 189:2 193:22

**job** 51:11

**join** 367:21

**joined** 44:19 142:20 367:5 368:5

**journal** 37:18, 24 38:25 39:5 302:14

**judge** 82:4 226:13 395:16

**Juliane** 347:21 350:1

**July** 114:23 115:3,20

**jury** 366:15,19 367:17 368:14, 24 369:16,24 370:11 372:15, 25 373:1,12 374:9 381:3,9, 11 391:9 397:4

**Jusko** 261:20

**just** 27:12 28:9, 19,23 29:10 30:3,9 32:9,10 33:1,24 34:1 35:2,4,7,17 36:11 37:9 38:5,6 39:22 40:19 42:10 43:8,15,24 46:12 47:5 49:17 50:18 51:7 54:23 55:8 56:2 60:5 61:16,20 62:20 63:7 64:5,9 65:19,23 66:2 67:3,5 72:23 74:13 75:7 77:1,21 79:2 81:9,16 82:3,5 83:20 85:19 86:5 87:21 88:9,11,16 89:13 92:14, 16,21 93:15 94:8 96:9,17 98:1 99:14 101:12 102:9 103:13,19 104:21,22,24 105:23 107:3 108:13 110:13, 17 112:13 114:9,12,13,14 117:2,9 118:24 122:1,20 123:14,24 125:17 126:19 132:6,22 135:13,18,24 136:19 137:13 138:23 139:25 140:23 141:2 144:15 145:24 149:22 152:3, 19,23 155:7 156:1,3,15 157:1 158:19 159:17,25 160:25 161:6 162:13 163:19, 25 164:1,7 165:25 166:17 168:18 170:11 173:24 176:18 178:9,11,16 182:9 183:22 185:11,14,23 190:10,11,25 191:16,18,19, 20 192:6 193:12,18,25 194:5 198:11, 13 201:23 202:12,23 206:19,22 216:6 217:3 218:20 222:22 223:13,21 226:25 227:10 228:15 234:18 235:15,17,24 247:18 248:14, 25 251:21 254:20,23 255:13 256:13 257:20,23 258:8,13 261:12 262:5, 25 263:8,21,25 264:8,24 274:17,22 278:18 279:7, 16 280:22 283:6,12 285:11 287:17 288:4,24 295:11,13 296:7 297:20 298:3,10 299:4,21 302:13 305:11 307:21 308:25 315:6 317:23 318:6,7 319:10 321:8,12 323:17 326:12 329:12,14 331:19 332:1 333:6 335:1 338:14 339:12, 24 345:24 348:12,15,19, 22 350:20 351:6,7,19 353:10 354:24 355:6,11,19 356:10 357:1 358:21 367:17

368:13 370:14 373:20 375:2 377:18 380:1 382:2,14 387:10 390:5 392:22 397:25 398:2,12,14,21 399:23 400:3 401:1,2 405:9, 19 406:14 409:22,23,24 410:25 411:10, 25 414:12,21 415:11 416:4,6

**justification** 184:19,21 185:4 193:5 194:9,11 209:18,24 230:9

K

**KD** 246:17 259:18 260:4

**keep** 50:18 67:14,21 81:2, 12 114:5 119:5 126:23 133:5 143:20 162:14 172:7 244:21 262:15 274:6,7 287:20 305:12 323:6

**KENNERLY** 305:13

**kept** 234:7

**key** 342:19

**kidney** 120:7

**kidneys** 120:9

**kilogram** 373:6 374:12 375:6 377:16

**kilogram-to-pounds** 374:8

**kilograms** 205:2 215:12, 14 216:2 227:11 373:8 374:4,9,18 377:21 379:11

**kilos** 218:8

**Kimble** 363:9

**kind** 31:19 35:1 36:11,24,25 38:22 39:4 47:25 69:25 75:7,19 88:16 89:24 93:15 100:19 125:15 134:18 155:10 160:25 204:8 226:16 232:24 235:19,25 246:11 269:8 279:18 312:25 324:10 338:2 345:22 346:3, 11 356:6 365:16 404:4

**kinds** 379:24

**kinetics** 75:1

**knew** 256:14

**knocking** 114:17

**know** 32:6 35:14 40:19 43:15 44:16, 20,21 52:18 62:15,21 63:7 67:2,6,7 72:16 78:21 83:23 87:2,22 92:3 97:25 99:20 105:19 106:10 107:4,21 117:25 119:11 122:21 137:14 141:12,15,23 142:1,6 147:15 151:18,19 152:24 153:11 155:20 156:1 159:4 162:9 163:21,22 165:2 166:19, 22 167:18 168:16 184:5, 18 189:1 190:15 194:23 195:23 197:18 201:9 203:16 207:9,16 209:11 210:5, 18 218:22 220:7 228:14 232:21 233:1, 18 234:18 235:24 236:4 240:19 246:24 253:24 256:14 258:12 259:11 260:21 263:5 268:21 276:10 280:6 281:8 282:25 290:20 292:5,6 294:20 295:12 297:23 298:11 301:12 305:8 312:25 313:10 322:21 327:11,19 338:13,16 340:9,16 341:2,22 347:21 348:2 350:4 356:1 363:3 364:16 378:3 383:18 408:22 409:17 414:10

**knowledge** 122:22 352:16, 18

**known** 167:12 317:16 318:2, 17,18 319:7,9 329:23 337:16 340:3 342:7 345:4 349:6 352:12 353:15 383:14

**Kuhnz** 132:11, 20 133:15 180:15 183:22 185:19 186:5,9 187:9 214:9 231:6,22 250:18 287:13 336:8 390:11, 17 391:3 405:9 409:14

**Kyleena** 41:4 47:14,21,24 48:12 158:2,6, 10,15 299:13, 18 300:3,16 303:25 304:9 310:2 311:8 386:20

L

**l-** 128:25

**l-norgestrel** 128:17,18

**label** 57:16 96:16 98:18 114:11,21 115:13,14,20 117:14 122:4,7 125:3,5 127:2, 23 128:1 133:23 135:1,4 150:21 151:15, 18,19,21,25 166:9 200:9,10 212:21 220:18 224:25 227:6 229:14 239:8 313:2 317:17 318:18 331:8 387:23 388:3 403:9

**labeled** 402:11

**labeling** 337:17 338:3

**labels** 185:1

**lack** 327:25 329:13

**lactating** 404:15

**lactation** 210:25

**language** 29:16

**large** 106:2 116:13 343:19

**last** 42:16 62:21 101:6 113:1 114:10, 21,25 115:16 116:1 133:14 159:17,18 176:2 181:21 186:8 214:16 216:17 227:9 265:3 270:17, 19 276:23 278:20 285:5

290:14 291:1 299:22 312:5 323:7 332:21 344:13 345:1 355:11 357:8 358:14,21 359:15,16,19, 20 361:5 378:11,12 382:12,14 384:17,21 391:17

**late** 192:20 407:10

**lately** 280:25 281:12

**later** 31:15 38:7 46:10 57:15 60:4 63:21 72:5 82:5 218:15 225:7 262:13 352:21 368:5

**latest** 37:16 72:14

**latter** 242:17, 20

**Lauren** 261:22

**law** 26:12

**lawsuit** 27:12

**LCS-12** 47:23 158:12

**LCS-16** 47:18, 24 158:10

**lead** 39:3 61:22,24 99:24 121:4 166:23 167:15 171:7 198:6 219:13 227:4 229:17 260:23 303:17 344:4

**leads** 165:12 205:10 254:7 277:14 297:3 303:11 371:15

**learned** 72:13

**least** 78:19 110:13 140:22 148:10 152:11 156:6 266:21 274:20 288:11 340:13 410:20

**leave** 97:14,15 262:25

**leaves** 98:10

**led** 215:7

**left** 44:20,21,23 86:22 127:1 208:17 351:24

**left-hand** 154:5 236:24 302:8

**Leiras** 142:12, 14,15

**Lemus** 153:20

**less** 102:23 121:10 161:18 174:1 213:25 231:10 234:7 243:20 244:4 286:9,11 303:3 304:3,5,8 319:17 324:19 389:10 400:8

**let** 35:17 61:9 99:14 107:3 114:2 118:11 132:5,21 136:19 152:4 163:21 174:21 192:1 207:16 208:3 212:24 222:16 234:18 235:24 236:4 253:24 261:2 269:4 272:1 280:19 304:23 321:5 332:18 355:14 358:22 366:14 371:11, 21 372:10,23 373:22 374:16 375:18 376:8, 25 377:2 378:8 379:18 380:23 381:6,25 382:9 387:10 388:19 390:8 392:11, 22 396:3

**let's** 28:19,23 46:21,22 54:3 56:5 59:24 68:7,16 76:23 79:4 99:7 100:25 106:11 107:23 118:21 126:9 140:3 148:8 150:20 151:20 152:10 156:14 157:6, 23 159:2 168:24 171:25 172:3 173:1,2 175:17,18,24 181:11 184:13 191:19,20 199:2,3 202:25 204:4 206:12, 17 207:5,8,11 208:13 220:24 227:8 232:4,14 234:24 239:6 240:5 241:22 244:11 245:23 250:6 252:10, 12 255:22 262:15 274:22, 25 275:2 277:10 278:20 280:2 281:19 283:6,20 284:4 290:13 297:9 298:5 299:4 301:20 305:6 306:21 313:18, 20 321:9,10,17 332:12 333:10, 19,25 336:13 345:24 347:10 350:6 355:8 358:13 361:21 366:2 376:25 378:22 386:11 390:15 404:19 408:7,14 411:9

**level** 39:7 49:20 71:19,20 94:10 100:21 106:1 112:23 138:12 139:20 170:8 189:10 217:6 234:10 330:23 382:22 402:23 405:3

**levels** 33:11 34:16,17 63:11 66:10 69:2,6 71:7,13 73:3 75:19 78:24 79:13 80:13 81:23 91:13,19 106:1 110:11 118:14 120:20 121:5 122:25 146:5 147:11, 16 150:16 166:19 167:9 172:9 177:5 182:10 188:12 195:2 198:23, 24 200:11 201:10 202:9 229:1,17,18 235:18,20 238:9 240:22 241:14,17 265:14 266:12, 15 267:4 272:20 273:7 274:8 276:12 277:14 280:8, 13,16 282:22 283:2 285:6,7, 17,18 286:14 287:11 290:17, 21 292:6 293:18 300:12 301:19 308:11 320:4 325:9 335:8,22 336:2 344:16 349:18, 25 360:24 362:20 371:25 372:1 386:6 387:12 391:23 393:4 394:5 395:7 399:3 400:19 401:4, 17 402:15 403:25 404:22 407:6 409:2,3, 18 412:1,19 413:12

**levo** 128:25 141:14

**levo-** 415:20

**levonorgestrel** 32:7 38:13 41:7,10 42:1 47:2,4 48:17,

18 53:2 56:7,9, 23 57:10 58:6, 15 59:1,19 60:2,17,20,24 61:4,17 63:15, 22 68:9,13 69:2,6 70:2,9, 20 71:1,5,10, 13,18 74:8,19, 23 75:24 116:3,10,20 117:3 118:5,9 121:7,8 122:9, 12,15 123:14 124:3,10,11, 17,23 125:10 126:21 127:3, 10 128:11,20 129:1,7,19 130:12,13,17 131:12,24 132:12 133:10, 16,18 134:6, 13,20 136:9 144:21,24 145:1 150:3, 12,14,15 151:9,12 152:5,9 153:10,21 156:16 162:24 163:3,7,12 164:13 165:1, 3,11,22 166:6, 20 167:5,10, 12,19,23 168:2,5 172:1, 9 176:9,16 181:7 182:11, 12 183:20 185:5,16,18 186:13,19 187:2,5,10,12 189:24 190:1 194:20 195:18 196:1 197:6 199:4 200:2,15 201:11,19 202:9 205:16 206:5,23 208:21 211:18, 22 212:4,18 217:5 227:25 228:4 230:2,3 233:18 234:2, 12 237:20,24 238:3,13,18 241:14 245:25 252:3 253:7,22 254:5,8,14,22 255:12 265:12, 14,18 268:11 272:12,13,14, 15,19,25 273:4,25 275:22 277:17 280:8,23 293:15 295:19 296:2 299:5 302:6 303:2 306:6 307:2 310:21,23,24 320:23 322:24 328:21 329:7 332:5 334:3,7, 23 335:7,23 340:3 341:3,23 344:14 345:4 346:15 349:18 352:13 353:23 361:17 368:9, 15,22 369:4 371:7 372:1,17 375:4 381:20 383:5 387:8 390:9 391:23 395:6 397:1 401:18 402:25 405:14 406:23 411:20

**levonorgestrel-based** 282:12

**levonorgestrel-containing** 39:15 41:3 75:2 116:21

**levonorgestrel-only** 404:9

**Levonorgestrel-related** 26:8

**levonorgestrel-releasing** 70:24 92:9 93:9 141:5 146:23 149:13 188:14 298:22

**levonorgestrel-specific** 58:11

**Liability** 26:8 27:14

**libido** 329:6 350:13 351:11 352:6 353:15

**ligand** 279:3

**light** 394:11

**lighter** 415:16 416:8

**like** 43:25 44:21 45:16 47:21 48:1 49:20 50:13 51:19 52:8 54:23 57:16 58:8,10,19 66:12 69:24 75:18 79:11,17 87:12 88:2,6 92:15,20 94:21,24 95:1, 12,14 102:9 103:4,23 104:11 105:9, 18 106:6 107:9,14 108:2 113:2 125:19 126:5 128:7 136:12 141:1, 21 142:24 143:24 145:20 148:2,15 155:16 156:24 160:14,25 161:5,6,8 163:19 165:16 168:16 178:10 183:21 185:13 186:6,7 187:17 198:11 199:15 201:4 203:19 205:1 208:6 209:7 210:7,20 211:15 213:7, 10 214:24 218:7,17,21 220:25 221:14 222:22 228:8 229:11 232:1 233:22 235:20 238:8 240:10 245:2,6 250:21 251:6,7,12 255:22 256:24 257:5,18 258:22 263:17 264:4 265:2, 13,16 266:21 270:17 279:19, 20 281:5,15 283:11,25 284:2 295:4 296:3 299:21 301:5 302:2,15 303:24 304:3 310:19 313:18 318:21 321:24 324:3,6 327:2 333:23 334:12 335:16 337:21 338:2 344:12 351:7 355:11 359:24 374:7 378:23 386:15 390:25 397:7 398:2,13 404:5 407:21 411:25

**likely** 337:9 349:16,19 350:3

**LILY** 26:24

**lily-gilding** 274:24

**limit** 216:11 227:15 322:5

**limited** 216:9

**Lindenthal** 31:10

**Lindstedt** 283:7,8

**line** 36:17 43:16 63:8 160:6 164:1 173:9 191:25 257:14 261:12 285:19 286:7 354:24 379:10 383:20,21 402:10

**linear** 278:24 279:1

**linearity/non-linearity** 185:7

**lines** 186:17 217:6 240:7 252:14 315:25 351:7 353:11

375:10,16 383:11 384:7

**link** 271:11,23

**linked** 198:2,8

**list** 44:4 75:7 77:18 142:24 163:19 363:9 387:7

**listed** 29:10 31:18 38:17 39:19 45:18 64:18 79:21 84:14 85:3,16 87:13 134:25 137:13 142:2 151:17 161:15 162:19 167:1 176:5 182:23 201:7 204:9 264:9 300:19 309:13 319:16, 22 327:21 328:2,24 329:19,21 330:7 337:22 361:6,14 362:3 377:19,21 387:5 390:19

**Listing** 314:19

**listings** 310:6

**lists** 79:13 85:20 165:8 299:3 328:10 363:19

**liter** 93:25 94:5,22 95:5 96:4,6,7,20 107:10 237:13, 16 238:20,21 266:2,3 330:24 331:2,3,4,10, 14,20,22 332:6,22 333:11,13,21, 23 371:1 385:20,23,24 387:16,17 388:9,10 389:5,6,15,16 394:8,11 409:21 414:17

**literally** 191:2

**literature** 64:15 116:4 118:6 122:10 124:11, 24 125:11 127:4,9 134:12,20 211:19 234:22 264:20,23 265:10 338:8, 25 344:11 407:4

**litigation** 26:9, 19 42:19

**little** 30:1 46:23 49:16 56:5 62:15 65:8 84:22 95:22 126:20 168:22 228:14 234:17 239:21 246:12 292:16 365:9 368:24 378:2 387:1 393:19 404:5 409:19 412:7

**live** 366:17

**liver** 120:6,9 131:2 253:1

**LNG** 63:2,8 67:10 71:1 72:6,11 73:3 75:15 79:13,18 80:12 81:22 83:19 85:7 86:11 87:3,4, 25 88:6 89:17 91:2,13,14,19 94:12,19 102:6 106:22 108:17 110:11 111:24 112:15,20,24 118:13,14 122:23 136:9 137:17 138:14 139:16 141:21 145:10 147:5, 10,19,23,25 149:16 152:5 154:5,11,14,20 155:2,3 156:7 173:10,14,19 174:2,6 176:19 177:5 178:3 180:3,20 181:21 182:5 189:10 194:17, 20 195:2,11,17 196:9 204:22 205:11 207:21 213:3,20 214:1 215:7 230:14, 17 231:3,19 232:18,19 233:2,12 235:18 237:3, 11,12 238:4,5, 19 248:9 250:14 252:7 255:3 257:15 258:24 259:4, 16 260:15,16 261:10 263:14, 19 264:10 266:2,11,14,22 276:12,13,25 277:7,11,15,20 278:2,22,25 279:6 284:7, 11,15,23 285:6,17,20 286:16,21,24 287:1,4 288:1, 2 290:15 292:6 300:1 301:6 303:3,12,18,19 304:4,5 312:8, 23 313:5 320:4,6,16 321:25 322:5, 14 330:20,23 335:2 339:11 340:3,25 342:13 343:10 361:7 362:8,13 363:10 365:2 368:14,25 369:16,20,25 370:1,8,12 371:5,12,15, 18,20,22 372:2 373:9 379:19 380:1,7,9,19 383:13 386:1,6 388:11 390:1, 12 392:2 393:4,6 402:15 405:19 406:11, 15 410:16 411:10 412:2, 19 413:24 415:1,20

**LNG-12** 47:8,13 48:12 89:7 158:6

**LNG-16** 47:7

**LNG-20** 47:7,11 48:6,10 87:12

**LNG-8** 47:15 48:14 158:7

**LNG-IUS** 41:4 44:24 77:23 78:2 101:7 102:21 149:9 182:24,25 183:4 193:3 299:12,15 300:2 322:8 364:18 365:2, 20 373:5 383:24 386:21

**LNG-IUSS** 233:11 300:14

**LNG-SPECIFIC** 265:11

**LNG/EE** 264:2

**local** 144:20 166:19 167:9, 18,21 199:18 200:5,7,11 201:10 202:3 227:24 228:3,6 229:1 296:19

**locate** 323:23

**Lockhat** 90:17 91:11,12 106:23 107:2, 9,15,18 108:7, 8 109:2

**long** 124:14 134:18 166:3 227:21 245:3 306:3 345:4 358:20 366:12 407:9

**long-acting** 226:18

**long-term** 265:20

**longer** 46:3

121:2 336:14, 15

**look** 30:8 32:24 35:3 47:6 53:13 57:15 65:8 66:11,19 68:16 69:18, 20,24 72:13 74:22 76:4,21, 23 78:1 83:6, 10 90:7 91:4 92:15 99:7 100:25 101:3, 15 104:17,19 105:18 106:5 107:15,25 108:16 118:21 127:20 128:7,9 134:5 135:24 140:3,14 150:19 151:20 153:2,4,12 155:8,13 156:12 157:1 169:9 172:3,5 173:1 175:10, 17,18 180:21 181:11 184:13 185:25 189:1, 18 190:25 191:5 199:2 204:4 205:22 206:4,13 207:5,8,11,15 208:13 214:14 216:18 222:24 223:10 227:2 231:5 234:22 239:6 251:11 255:19 262:12 263:21 265:3 267:17 282:24 284:4 287:13, 22 295:8 299:2 301:20,24 302:12 313:11 314:18 320:2 321:5 322:23 323:13 324:15 325:14 330:9 341:11,19,25 343:2 344:11 345:24 347:6 349:3 355:11 372:12 374:8 375:2 376:25 378:22 385:16 386:11 387:11 388:24 389:14 390:15 392:21 395:16,20,22 396:1,21 397:9 399:4 400:14 401:22,23,25 410:25 414:21

**looked** 122:6 135:12 137:13, 15 156:4 177:13 180:17 192:21 197:17 200:8 205:24 230:8 234:16 271:4 278:18 282:17,25 283:12 294:5 299:17 309:25 316:16 342:9 343:7 356:10 368:2 408:5 411:13

**looking** 70:15 101:2 102:8 103:8 156:15 203:23 214:24 227:10 232:14 267:9 274:7 278:15 281:15 289:4 292:2,9 315:6 316:6,9, 13 319:13 343:25 361:23 388:6,8 392:20 400:11 403:11 405:10 407:2

**looks** 43:25 69:24 70:8 78:1 79:11,17 83:15 88:2,6 92:20 94:20, 24,25 95:12,14 106:6 107:9 108:1 113:2 143:23 155:16 185:12,19 209:4 210:20 211:15 213:7, 10 214:24 218:17,21 220:25 221:14 240:10 255:22 257:5,18 258:22 263:17 265:2,13,16 266:21 270:17 275:11 279:19 283:11,25 284:2 299:21 300:25 301:5 303:24 310:19 313:18 318:20 321:24 327:2 333:22 344:12 378:23 386:15 390:25

**loop** 64:6

**loosely** 190:14

**losing** 264:25

**loss** 66:25

**lost** 73:8 298:7

**lot** 70:19 88:22 89:5 134:12,19 173:23 179:23 332:10 368:8 380:12 397:8

**lots** 343:20 373:10

**low** 56:14 61:15 101:22 123:5 202:7 216:9 229:15 230:6 246:6,22 247:7 250:25 251:14 277:11 297:2,6 349:18,25 385:21

**low-dose** 132:14 261:9 298:22

**lower** 101:18 104:1 123:6 149:9 156:23 176:17 203:4 204:24 205:6, 9,18 216:11 227:15 231:9 272:11 274:1 282:22 283:3, 17 286:14 290:22 371:15, 19,25 372:1 375:5,7 389:3 397:1 404:4 412:23,25 414:22

**Lowering** 329:6

**lowest** 384:8 386:19 394:5, 13

**LSH** 145:5

**luckily** 294:9

**lunch** 125:20, 22 126:7 157:4,9,14,15

**luteal** 143:9,24 265:19

**luteinizing** 145:5

**luukkainen** 80:13 91:1

**lynestrenol** 130:8

**M**

**machine** 62:19

**Machlitt** 351:1

**made** 261:15 262:9 319:22

**main** 68:18 74:22 89:3 99:9,12,16 100:2,6,18 118:20,22 158:5 172:6 181:12 194:13 204:4,8,12 214:14 227:9 232:15 274:5 302:13 304:16 306:1 380:11

**mainly** 116:11 173:15 200:19 243:17 296:20

**maintain** 258:13

**maintaining** 242:9,19

**major** 103:8

246:3 371:4

**majority** 219:25

**make** 33:24 34:17 35:18 52:15 80:19 81:15 83:20 93:15 103:14 112:14 114:13, 14 124:2 132:6 145:24 159:2 161:10 258:9 274:17 296:9 298:3 299:4 307:21 333:6 345:10 374:24 388:19 399:23 409:22 411:1, 2,25

**makes** 131:14 171:18 179:14 198:20 254:24 290:6 409:11

**making** 92:24

**male** 66:6

**males** 55:10

**manager** 351:2

**Mangrum** 69:17 190:18 235:25 244:14 261:19, 24 262:2,24 281:21 298:17 390:22

**manner** 252:1 385:14

**Manufactured** 114:22

**many** 47:18 65:11,12 76:17 84:18 86:5 89:10 120:2 121:5 168:17 178:10,22 179:24 186:5 209:11 242:20 289:13 297:1, 24 319:11 346:19 364:5 369:9 396:20

**Maria** 39:23

**mark** 27:18 32:9 35:1,4 37:8 38:5 39:13 42:10 60:7 69:11 90:3,20 110:19 146:8 191:11, 21 206:12 209:16 219:7 220:13 222:25 234:25 255:15 267:21 268:3 275:6 298:5,9 305:10 309:19 313:20 347:10 350:7 358:19

**marked** 27:20 28:1 30:10 32:12 35:19,24 37:3,5 38:8 39:10 42:12 69:14 79:7 80:11 81:21 82:8 90:5,9,21 91:8 110:23 114:6,9 127:13,16 146:12 153:16, 19 157:20,23 174:17 184:15 191:9,12 207:12 209:20 219:9 220:15 223:1 235:3 253:17 255:16 258:16 263:6,8 268:6 275:7 298:13 305:17 309:20 314:13 336:21,25 347:14 350:9 354:7 358:16, 23 372:7,10 376:9,10

**market** 78:18

**marketed** 227:21 404:10

**marketing** 226:11 338:6

**marking** 92:6 219:8 253:19 314:1 354:9 375:3

**marks** 373:13, 24

**married** 366:16

**mass** 222:12 367:8 378:9, 13,14,16 379:12,16 406:4

**materials** 34:25 35:21 236:25 298:12 304:17 390:20

**math** 78:11 83:14

**mathematical** 76:15 105:7 305:23 306:18

**mathematically** 83:11

**mathematician** 100:14,15 232:24

**matter** 26:7

**matters** 41:12

**maximum** 82:12 103:7 110:8 284:15 387:5 388:24 389:4,14,16 390:6

**may** 28:9 36:25 41:12 58:16 59:9,14,15 69:5 73:16 75:9 87:15 92:4 116:17,18 117:19,20,23 131:8 132:4 139:20,21,23 147:8,9 161:2 165:18,21 170:24 181:1 195:21 200:10 204:9,17 210:17 213:7 227:19 243:7 248:16 249:12 251:23 252:25 253:2,8,9 279:1,20 288:22 293:6 294:8,11 295:8 318:24 319:2 320:13,15 328:1 339:15 340:12 349:24 353:22 357:9, 18 360:8,18,19 390:16 398:3 410:21 411:16

**maybe** 32:25 42:17 83:2 104:18 118:12 124:2 135:20 150:20 154:4 197:10 214:24 227:20 241:19 281:7,9 313:3 316:6 318:21 339:22 343:21 353:12 368:13 385:21 388:6 407:9 408:7 414:4,10

**MDL** 26:9

**mean** 31:1 50:3,7 59:12 63:9 76:4 82:3, 21 86:20 88:10 91:20 102:16 103:5,19,20, 21,24,25 104:2,8,10 105:22 106:17 108:3 109:8,19 110:14 119:24 131:11 138:1,2 139:6 148:4,25 149:3,5,8 150:22 152:11 155:6 164:17 174:14 178:7 179:4 188:16 196:3 198:4 201:14,25 208:12 215:13 217:9,20 229:14 240:21 244:20 245:21 249:22 267:13 272:4 280:19 289:9 290:2,12 294:5 295:24 305:8 306:12 307:7 319:11 344:9 346:12

347:5 357:25 358:4 380:1 389:20,21 402:6,15,22 403:19,21 413:24 414:10 415:7

**meaning** 56:2 198:17 230:10 242:17 380:4 406:17

**means** 56:13 60:12 67:6 88:11,17 96:2 120:8 123:8 128:22 138:9 152:22 175:13 190:15 201:3 205:15 223:5 236:13 241:10 246:24 247:2 284:19 292:14 306:7 357:23 361:10 389:1

**meant** 179:3 192:5 194:20 217:20 236:10

**meantime** 60:4

**measure** 34:7, 8,10 57:20 71:7,21 83:5 87:7 94:8 105:23 123:4,8 137:23 189:17 205:21,22 207:10 240:22 250:25 280:13 284:3 301:6 320:11 323:2 335:22,24 387:2 395:20, 22 405:1

**measured** 78:24 83:2 88:4 89:8,21 104:24 108:8 113:2 127:7 137:24 207:1,2 218:3 235:18 284:21 294:7 296:16 300:21 301:18 323:24 324:24 335:25 372:2 375:7 389:25 404:22 405:7 409:1

**measurement** 33:21 34:4 89:5 240:8,15 320:14 322:13 330:11,19

**measurements** 82:11 83:8 85:9 86:18,21 87:25 88:3,7, 12,18 103:2 106:22 306:18 320:6 336:8 373:15 394:19

**measures** 86:14 96:20 105:2 299:18 306:15

**measuring** 33:10 34:2 104:25 170:8 207:21

**mechanism** 118:16 131:13 145:2 147:10 153:20 162:1, 6,12 165:14 166:18,22 167:9,18,21 182:7 197:7 201:10,15 242:8 318:1

**mechanisms** 50:4 200:10 242:18

**median** 215:16, 18,24 236:15

**medical** 354:25 356:11 366:22 367:1

**medication** 310:20 311:1

**medications** 397:9

**medicine** 366:25 367:10

**medicines** 397:6

**meeting** 111:9

**membranes** 33:14 170:18 171:12,16

**men** 66:11

**menorrhagia** 220:22

**menstrual** 51:1 145:7 188:13 222:18 317:25 364:1,2

**mention** 301:17 303:7 304:11 305:1

**mentioned** 49:3 54:1 75:18 79:25 84:23 89:16 92:7 106:21 123:11 141:3 227:3 232:21 240:13 256:15 265:7 269:16 281:13 291:16,18 293:1 297:23 300:15 339:21 371:2 382:17 399:1

**mentions** 37:15 304:23

**meta-analysis** 121:10 205:14 273:24 301:15 395:25 400:7

**metabolic** 116:17 117:20 118:10,13 119:15,19 126:20

**metabolically** 120:12,13 344:5

**metabolism** 117:4 118:15 119:18,21 122:17 124:3, 9,16,22 125:5, 9 131:4 151:13 152:14 153:2, 21 164:21 253:3

**metabolite** 151:16 152:18 153:7 156:25

**metabolites** 116:14 123:7 151:11 152:6, 9,13 153:4,12, 13

**metabolized** 32:1 116:13 117:3 120:4 123:6 124:6 131:2,8 152:6 153:3 179:15 253:9

**method** 57:22 75:5 83:5,6,12 89:8 100:6 105:14 232:16 284:20 301:22 405:5

**methods** 38:23 76:10 236:25 281:7 283:22 304:17

**metrorrhagia** 363:1,4,7,8

**Michael** 257:8 268:14 332:14

**Michele** 26:17 35:15 70:19 235:23

**Michelle** 235:25 297:23

**micro-** 370:24

**microgram** 56:13 183:24 370:3,5 381:20 383:5 405:13

**micrograms** 87:14 133:17 185:5 187:12 284:7 299:6 385:4

**Microlut** 404:12

**mid-luteal** 149:15

**mid-secretory**

364:6

**middle** 133:2 136:13 154:4 181:18 394:9

**might** 30:1 34:3,17 40:16 50:20 56:2 57:9 60:3 64:22 65:7,17 66:25 71:6 73:2 74:19 77:21 91:18, 19,21,23 102:23 103:1,6 104:17,18 110:11 113:21 123:12,13,14 125:18 135:13 141:20,22 151:20 153:4 159:13 161:8 162:9 164:24 168:22 171:7 178:15 185:12 194:4 227:25 229:17 234:23 235:21 239:2 248:1 250:2 271:18 287:7 290:1 291:16, 20,21 292:8 301:25 317:25 321:1,8 342:19,20,21 343:20 344:24 346:14,15,16, 24 350:2 354:4 357:25 358:3,7 413:5 414:5

**Mike** 35:4 314:16

**milligram** 94:7 137:16,17 369:18

**milligrams** 87:4 139:3 299:8,9, 12

**milliliter** 93:25 94:5 95:9 96:5 98:13 101:17 107:12,13 108:20,24 109:15,20,22 331:6,11

**min/max** 109:24 112:4

**Minastrin** 220:20

**mind** 210:14

**mine** 31:5 111:16 114:13 115:1 210:13 282:7

**mineralocorticoid** 52:11 63:23

**mineralocorticoids** 52:7

**minimize** 114:16

**minimum** 82:11 103:7 110:8 266:15 384:9 385:6 387:6 400:24 401:22, 23,24

**minor** 307:13 308:22

**minus** 109:3 246:25

**minute** 123:24 153:25 184:14 191:9 258:1

**minutes** 71:2, 11 126:5

**MIR_AC_ 00210615** 111:5

**MIR_AC_ 00363378** 358:23

**MIR_BSR-R_ 00138246** 160:12

**MIR_BSR_IIH_ 00010900** 310:14

**MIR_CH_ 00073426** 69:22

**MIR_ELEU_ 00717168** 79:12

**MIR_FA-R_ 00002831** 223:10

**MIR_IIH_EEU** 305:21

**MIR_IIH_ EU00023841** 191:10

**MIR_IIH_ EU00369984** 43:6

**MIR_IIH_ US00002938** 354:12

**MIR_ISEU_ UNREDACTED_ 00370673** 376:14

**MIR_JSEU_ 00204764** 350:25

**MIR_JSEU_ 00725583** 347:18

**MIR_JSEU_ 01362341** 337:2

**MIR_PIEU_ 00913665** 275:11

**MIR_PIEU_ 00913711** 90:10

**MIR_PSEU_ UNREDACTED_ 00285735** 263:11

**Miranova** 141:19 217:25 218:1 381:19 382:17,19,22 403:18

**Mirena** 26:7 27:13 41:25 43:13,22,23 44:2,14 46:24, 25 47:11 48:5, 10 56:6,10,24 60:14 67:10 68:13,14 70:10,21,25 71:14 72:14 77:24 78:15,18 79:18 80:2,13 81:23 82:15 84:1 85:4 86:10 87:3 88:8 93:8 98:18 105:20 106:2 114:11, 20 115:13 117:5,14,21 121:16 122:12, 18,22 123:1,23 124:12,19,23 125:5,7,10 127:8,23 128:1 133:23 134:7, 15,23,25 135:1,6,7 137:7 138:14, 15,22 139:7,12 141:9,17 150:4,21 158:2,15 160:22 162:1, 6,10,11,20,25 163:4,8,15 165:6 166:11 167:11 168:2, 3,5 183:1,12, 18 185:4 188:6 190:3 191:24 192:3 193:1,15 197:20 200:4, 6,10,16 201:6, 8,11,19,20 202:6 209:25 212:18 213:4 220:20 227:19, 21 228:25 229:16,19 230:15,18,19, 23 237:25 239:8 251:13 296:19 297:2 299:15,18 300:15 304:4, 5,9 309:11,14, 16 310:1 311:5,15,22 313:6 317:12, 19 318:2,17 319:8,10,15, 16,23 326:14, 15,16,17 327:9,22 328:5 329:10,23 331:7 337:5,17 348:4,5,11,18

349:7 350:13 353:4 360:3,12 362:19 369:14, 17 370:1,8,12, 20 371:5,6,13, 23 372:3,17,21 375:15 380:8 381:14 383:22, 25 384:8,20 385:2,10,20,24 386:2,21,22 387:11,23 388:3,14,17,18 389:8,19 390:2 394:1,3,8,9,14, 20 395:10,13, 24 396:18 399:2,11 400:18 403:17 409:19 410:17 411:11 414:2, 11

**Mirena.zip.** 70:2

**mischaracterize** 291:22

**Mischaracterizes** 248:18

**misled** 334:22

**missed** 311:25

**mistake** 216:1 333:7 400:10

**mistaking** 379:9

**mixed** 107:6

**ml** 96:10 139:4 251:7

**mode** 199:20 332:19

**model** 76:14,15 85:5,12 105:7, 9,14 194:16,25 217:16 232:16 233:1,3,8,15, 24 234:6,13 284:24 300:6, 20 301:8,13,14 305:4,23 334:12 336:5, 7,10 393:21 405:2,7

**models** 343:5 367:22

**moderate** 71:20 72:1 75:23 401:12

**moderator** 36:18

**molar** 94:6,16, 17 95:13 96:2 246:25 254:21, 22 278:4 279:17

**mole** 94:12 96:3 332:22

**molecular** 94:10,11

**molecule** 94:7 128:24

**molecules** 179:5

**moment** 79:9 185:25 190:16 332:16 392:10 396:7 408:15

**Monitor** 223:11

**month** 95:7 98:14 101:13, 17 107:12 108:2,20 109:6,7 145:20 371:1 381:13 384:14,15,17, 21,22

**month's** 109:20

**months** 42:16 108:24 109:15 132:15 145:21 183:6,11 188:5 327:5 328:8 349:19 387:11 388:9 399:10 413:24

**mood** 351:13 352:8,12

**Moore** 342:4,12

**more** 38:22 39:4,6 78:24 89:5 91:23 100:20 102:23 103:14 110:3, 12 139:20 140:24 183:24 205:4 211:12 213:25 218:8 220:1 234:7 241:2 245:24 248:15 252:13 259:24 277:1 278:7 281:16 286:24 309:5 314:10 319:17 345:10,15 349:19 363:7 388:15 389:23 390:1 392:23 398:18 412:25 413:9 415:3,6

**morning** 27:8,9 233:5 393:2 395:19

**most** 37:12,19 106:21 248:7 311:17 362:6

**mostly** 37:20 265:21

**move** 131:23 159:3 253:13 274:25 305:6 321:11 404:19

**moving** 380:6

**Mr** 28:1,9,15, 22 29:21 30:11,25 31:13 32:15 34:5,21 35:6,17 36:22 37:11,14 39:4 40:23 41:14 42:24 43:14,18 46:1,7 48:2 52:8 53:25 58:2,9,21 59:21 61:25 62:8,17 63:18 67:8,22 68:22 69:16,18 70:18 76:20,25 77:4, 8,11 79:9 80:16,22,25 81:5,9 84:16 90:7 92:14,24 93:2 95:23 99:9,14 100:1, 19 110:21 111:15 113:10 114:1,12,16 115:4,7,10 116:6 119:3,5 123:24 125:1, 14,21,25 126:4 131:10 132:4, 21 133:4 135:2,15,17,21 140:6,10,12,18 143:16 146:18 147:13 148:18 150:22 151:1 160:5 161:11 162:13,16 163:24 165:24 166:14 168:14, 19 169:1 170:11 176:24 177:6,8 184:4 185:24 190:20, 24 191:4,14,18 193:24 194:3 195:20 196:2 198:1 201:2,23 203:21,23 204:2 206:14 208:2 210:5,9, 13,16,22 212:24 214:13 218:20 219:1,4 221:12,18 223:8 226:6,24 232:6 235:2 238:10 239:3, 15 240:18 241:8 244:22, 25 245:4 248:17 250:4 254:19 257:6 258:3,8,12,17 261:3,17 262:7,11,19, 22,25 269:4 270:19,23 273:9,20 274:12,19,23 282:4,8 285:11 286:12 289:2, 21 293:9,19 295:22 296:14 297:22,25 298:7 302:12, 17 305:13,15 310:10 311:25 312:3 314:8 317:20 319:19

325:25 326:3 327:24 328:22 329:12,17 332:15,18 334:16,19 335:11 338:11 341:5 343:17 345:17 346:6 347:1,12 349:11,14 350:17,20 351:4,17 352:14,19,22 353:19 354:2 355:14,24 356:17,20 358:1,9 359:5, 8,10,18 360:20 366:2,10 368:18,19 372:9 376:12 378:5,7,18 380:25 381:2,8 382:4,6,13,16 390:21,23,24 392:18 397:12, 16 398:8,17 401:7,9 402:7 404:23,24 406:6 407:8 408:8,11,12, 14,17 410:5 412:3,12 413:2,21 415:4,11,14 416:10

**mrna** 364:5

**Ms** 27:7,22 28:3,8,13,16, 19,23 29:1 30:12,13 31:2, 15,17 32:14, 16,17 35:13 36:1,19,23 37:7,25 38:10 39:12 42:10,14 43:2,16,19,20 54:3,10 62:2,3, 20 66:23,24 67:13,24 68:6, 24 69:11,17,19 77:13 79:10 80:18,24 81:2, 6,12 90:23 91:10,25 92:2, 18,21 93:1,4 99:11,17,21,22 100:3,9,10 110:19,22 111:1,16 114:8,15,18,19 115:6,9,11 119:4,7 125:17,23 126:1,9,17 127:15 132:7, 24 133:6 135:16,18,22 140:8,11,13,19 142:17 143:19 146:8,14,19,21 148:15,17,21 149:22 150:1, 24 151:2,3 153:18 157:3, 6,13,22 160:8, 9 162:15,17 164:4 168:16, 20,21 169:2,4 170:13,14 174:19 177:1, 2,7,9 184:17 186:3 190:18, 22 191:2,5,7, 16,19,22 192:19 193:23 194:2,6,7 203:18,22 204:3 206:15, 16 207:14 209:16,22 210:7,10,14, 19,23 213:1,2 218:24 219:3, 6,11 220:17 221:17 222:21 223:3 232:4,13 235:5,6,23 239:16 244:13, 14,15,19,21,24 245:2,6,9 248:4,19 253:19 255:18 258:7,11,15,18 261:7,15,19, 22,24,25 262:2,4,10,12, 14,21,23,24 263:2,8,9 268:8 269:5 270:21,24 271:1 274:21, 25 275:1,9 281:21,22,23 282:6,9 285:12,13 297:9,16,23 298:5,9,15,17, 18,19 302:15, 18 305:16,19 309:22 310:11, 12 312:2,4 314:7,12,15 326:5,7 329:16,18 332:13,17 334:21 336:13, 23 338:12 346:8,9 347:13,16 349:13 350:7, 11,19,22,23 352:17,20,25 353:1 354:9 355:16 356:2 358:18 359:6, 9,11,13 360:22 365:25 368:16 369:1,22 370:14 371:3 375:19 377:1, 18 378:4,6,23 379:23 380:24 381:5 382:2,11 386:8 387:14, 20 390:4,10, 19,22 391:7,21 392:14,15 393:1 394:25 397:15,17,24 398:12,19,20 408:10,13,16, 19 415:9,21 416:11

**much** 28:22 33:9 48:16 58:4 62:2 89:5 104:9 137:22 146:11 163:6 168:13 169:7 170:1 183:23 185:13 190:7 194:12 205:4 235:11 242:4 244:3 248:24 255:1 272:25 281:2 322:11 336:14,15 369:16 374:10 397:14 409:13 416:6

**multicenter** 220:19

**multiple** 136:2 138:4 291:14 389:2

**multiplied** 97:3, 18,22

**multiply** 97:11 331:15,21 332:12 333:10 334:2 403:3 414:12

**multiplying** 97:7

**muscle** 199:22

**muscular** 57:4

**must** 44:25 267:7 329:9

**mute** 36:21

**myself** 61:9 124:2 251:4 374:7

## N

**NA** 306:6 307:3

**NADPH** 154:6

**name** 26:16 27:10 47:21,22 48:4 52:15 90:18 142:3,5 206:1 266:18 268:22 269:9 334:23 342:4 366:16 404:12

**named** 62:18

**names** 31:14 142:7 151:16 369:6

**nanogram** 96:6, 7,20 331:3,4 332:22 370:25 385:20,23 387:15,17 388:9,10

389:5,6,15,16 394:8,11 409:21 414:17

**nanograms** 330:24 331:10, 20

**nanomolar** 96:19

**nanomole** 335:2 393:17

**nanomoles** 208:24 237:12, 15 238:20,21 266:2,3 332:6 333:17,21,23

**Natale** 27:7,10, 22 28:3,8,13, 16,19,23 29:1 30:12,13 31:2, 15,17 32:14, 16,17 35:13 36:1,19,23 37:7 38:10 39:12 42:10,14 43:2,16,19,20 54:3,10 62:2,3, 20 66:23,24 67:13,24 68:6, 24 69:11,19 77:13 79:10 80:18,24 81:2, 6,12 90:23 91:10 92:2,18, 21 93:1,4 99:11,17,21,22 100:3,9,10 110:19,22 111:1,16 114:8,15,18,19 115:6,9,11 119:4,7 125:17,23 126:1,9,17 127:15 132:7, 24 133:6 135:16,18,22 140:8,11,13,19 143:19 146:8, 14,19,21 148:17,21 150:1,24 151:2,3 153:18 157:3,6,13,22 160:8,9 162:15,17 164:4 168:16, 20,21 169:2,4 170:13,14 174:19 177:1, 2,7,9 184:17 186:3 190:22 191:2,5,7,16, 19,22 193:23 194:2,6,7 203:18,22 204:3 206:15, 16 207:14 209:16,22 210:7,10,14, 19,23 213:1,2 218:24 219:3, 6,11 220:17 221:17 222:21 223:3 232:4,13 235:5,6,23 239:16 244:13, 15,19,21,24 245:2,6,9 248:19 253:19 255:18 258:7, 11,15,18 261:7,15,22,25 262:4,10,12, 14,21,23 263:2,8,9 268:8 269:5 270:21,24 271:1 274:21, 25 275:1,9 281:22,23 282:6,9 285:12,13 297:9,16,23 298:5,9,15,18, 19 302:15,18 305:16,19 309:22 310:11, 12 312:2,4 314:7,12,15 326:5,7 329:16,18 332:13,17 334:21 336:13, 23 338:12 346:8,9 347:13,16 349:13 350:7, 11,19,22,23 352:17,20,25 353:1 354:9 355:16 356:2 358:18 359:6, 9,11,13 360:22 365:25 368:16 369:1,22 370:14 371:3 375:19 377:1, 18 378:4,6,23 379:23 380:24 381:5 382:2,11 386:8 387:14, 20 390:4,10,19 391:7,21 392:14,15 393:1 394:25 397:15,17,24 398:12,19,20 408:10,13,16, 19 415:9,21 416:11

**native** 29:16 363:5

**natural** 50:25 51:17 52:4,10, 12 53:6 64:2,9, 16,18 148:5

**near** 216:10 227:15

**necessarily** 59:12 63:16 110:14 122:12 134:14,23 228:11 294:16 407:3

**need** 30:11 35:13 41:5 49:24 52:15 59:17 72:15 91:3 95:23 96:23 97:11 107:2 108:13 119:12 121:2 124:7 140:25 160:1 185:24, 25 210:13 227:6 228:7 260:16 262:24 280:23 291:18 313:15 317:22 319:24 325:25 336:15 341:8, 19 342:22 344:10,11 351:8 403:1 409:17

**needed** 55:9 168:18 247:4 343:7

**needs** 156:4 171:4 179:13 269:15 314:10 343:23

**Nervous** 165:8

**never** 193:17 198:2 271:9

**nevertheless** 109:13 248:22 279:5

**new** 26:11 66:4 184:14 193:25 273:21 380:6 405:22

**next** 35:3 54:1 107:5 112:5 125:18 129:9, 25 133:1 139:4 154:8 164:21 177:18 181:6 187:25 189:22 212:11 249:1 252:14,16,20 267:20 270:6 278:1 310:25 316:13 317:3 318:6,9 319:6 321:5 326:24 328:10 329:5, 19 338:8 343:24 344:1 348:8 353:14 356:23,24 364:13 365:16, 19 383:9

**ng** 96:10

**nicely** 287:14 308:6

**Nilsson** 80:14 344:13

**nine** 132:13

**nodding** 73:14 283:4

**non-bayer**

141:21

**non-linear** 279:2 303:18

**non-protein** 130:2

**nonargumentative** 81:3

**nonclinical** 305:20

**nonspecifically** 178:4,7,21

**norethisterone** 344:14

**norgestimate** 175:2,5

**Norgeston** 404:12

**norgestrel** 128:16,21 129:4,5,6

**normal** 55:10 64:15 66:7 188:13 189:19 204:1,25 209:1,2,5 228:1 282:21 283:2 284:7 286:1 290:22 291:2 408:23

**Normally** 28:5

**Norplant** 199:15 235:9,18 236:10,20,21 238:7,13 253:23 265:15,20 266:10 267:2 272:9,11 273:3 304:6 361:7,14,18

**Northwest** 26:14

**note** 46:7 162:13 164:1 186:7 226:25 329:12 398:13

**noted** 26:20 162:15 164:4,6

**notes** 206:3 364:10 365:9

**nothing** 191:6 339:25 348:23

**notice** 27:16,18 29:2 30:8 36:13,14,19 37:3 64:4 67:23 123:10 237:24 362:3 365:5

**Nova** 141:14

**November** 26:3,14 126:15 157:11 192:2 232:11 297:14 366:7 416:13

**now** 32:25 38:6 45:13 48:5 74:13 90:4 91:11 97:25 113:25 115:16 125:16 126:3 133:25 136:22 140:22 141:25 169:10 192:4,12 193:23 198:12 208:7 214:11 235:12 236:13,16 255:24 265:8 274:3,19 281:15 286:8 293:5 297:21 316:16 325:22 326:2,4 344:12 351:15 352:2 367:11 368:7 369:13 370:6 376:21 378:21 380:6,18 382:3 385:25 388:5,19 390:8 392:9 395:12,24 398:21

**nowadays** 96:15

**nucleus** 50:2

**number** 26:6,9 27:14 42:24 62:12 64:6 75:11 77:2,8 83:17 85:21 86:1,7,9 97:10,21,24 98:11 101:7 102:7,11 109:2 116:13 155:18 157:25 160:11 185:4 203:19 209:23 210:2,4 216:20 221:10,15 222:12 259:18 260:8 271:2 305:21 308:1,4 310:22 311:1,18 323:17 324:5 326:10 356:7 376:13 379:7 385:25 387:16 390:25 394:17 414:12

**numbered** 219:5

**numbers** 62:18,22 77:20 89:12 99:20 101:6 144:15 156:15 157:1 223:21 231:6 302:7 306:8 311:13 332:9 340:9 356:21 375:25 385:17,18 401:10 402:10 403:8 410:25 414:5

**numerical** 221:1

**numerous** 294:12

**nutrition** 164:22

**O**

**oath** 26:22

**obese** 203:2,4,18 204:24 205:5,9,15,17 209:3,6 218:13 225:11 226:1,21 282:22 283:3,17 284:6,17 286:1,3,9,10 288:12 290:22 291:3,9 292:3,9,14,19 380:5 406:18 407:21 408:23 409:9 410:1 411:24 412:1 414:7

**obesity** 205:20 206:21,23 207:10,19 208:1,11 213:10 219:16 222:12 231:11 250:9 282:11 283:13 410:21 411:16 412:11

**object** 29:21 34:5 40:23 41:14 58:2,21 59:21 63:18 76:20 80:22,24,25 81:3,11 84:16 123:25 125:1 131:10 135:2 147:13 161:11 165:24 166:14 170:11 195:20 196:2 198:1 201:2,23 208:2 226:24 238:10 239:3 240:18 241:8 248:17 250:4 254:19 273:9,20 274:12 285:11 286:12 289:2,21 293:9,19 295:22 296:14 317:20 319:19 327:25 328:22 334:16 335:11 338:11 341:5 343:17 345:17 347:1 352:14,22 353:19 354:2 356:20 358:1,9 360:20 370:14 377:18 401:7,9 404:24 407:8 410:5 412:3 413:2 415:4

**objecting** 81:6

**objection** 46:7 48:2 58:9 67:22 81:10 160:5 162:15 164:4,6 191:15 221:13 226:6, 25 329:12,14 349:11 352:21 356:17 368:16 369:1,22 378:18 379:23 386:8 387:14, 20 390:4 391:21 393:1 394:25 412:12 415:21

**objections** 67:14,21 80:20 81:13

**observation** 182:11 292:12 319:22 409:9

**observational** 226:11

**observations** 267:12 374:24

**observe** 370:22 397:8 409:5,7

**observed** 110:18 145:2 162:10,11 163:14 164:19 165:4,14 166:10 183:14 205:8,14 218:2 294:6 317:15 319:10 329:9 357:12 362:23 370:8 383:13 387:13 388:14 395:24 396:19, 24

**obstruct** 80:18

**obtained** 284:12

**obviously** 156:24 159:16 172:22 258:6 266:17 267:9, 13 281:11,14 292:18 295:3 309:1 344:22 360:23

**OC** 360:10

**occasion** 367:2

**occupied** 249:7

**occur** 229:15 244:4 349:19

**occurring** 319:17

**occurs** 243:18, 19

**odd** 324:13

**Odlind** 265:23

**off** 35:16 54:4, 6 68:2 96:9 97:6 126:12 127:1 157:6,8 165:7 178:10, 17 179:4,6,7, 13,14 206:1,5 232:8 246:13 297:11 301:2 336:17 359:7 366:2,4 397:16,19,20 416:13

**Office** 269:10

**offices** 26:13

**official** 408:18

**often** 225:9 226:2 351:11 352:7 396:24

**oh** 53:11 62:6, 10,14 70:15 89:11 97:17 107:22,24 113:12 141:15 142:5,7 149:7 152:21 159:14 194:6 195:8 211:8 222:11 230:20 236:16, 18 244:25 245:2 250:7 252:11,12 256:15 258:7 299:9 302:9,11 308:3 322:4 351:15 352:3 359:21 399:6, 24

**okay** 28:8,24 30:6,7 33:3,23 34:11,13 36:2 37:22 40:10,15 41:23 42:4 43:1,5,19 45:8, 25 47:10,13 48:5 49:2 52:7, 23 53:10,16,24 54:22 55:20,23 56:4 57:7,23 58:5 59:1,14, 16,18,24 61:10 62:14 63:21 65:13 66:3,20 67:3,24 68:7, 10,11 69:10 70:12 72:3,24 73:15 74:13,16 77:3,7,14,22 78:17,23 79:3, 21 81:18 82:17 83:21 85:18 87:11 88:16,21 89:24 90:2,3,7, 24 92:13,23 94:19 95:25 96:14 97:20 98:2,3,12 99:5, 21 100:9,11, 17,24 101:5,12 102:13,19 103:3,22 104:5,12,20,22 106:5 107:23 111:22 113:13, 23,24 114:15 115:18 116:10 117:23 120:15, 17 122:2,3,5 123:17,20 125:20,25 126:3,24,25 129:21 131:7 132:10 135:9, 21,23 136:22, 24,25 137:19 139:14 140:11, 23 141:16 142:21 145:19 147:19 148:3,9 149:7 150:18 151:4 152:16 154:9,24 155:14,18 156:11,18,25 157:23 158:9 159:6,9,23 160:3,4,8,17 161:10 163:16, 18 164:10,11 165:5 166:12, 16 167:8,17 168:11,22 169:2,3,12 170:13,21 171:6,9,19,24 172:2,4,17,25 173:4,5,9 174:1,6,12,16, 20 175:4,10 176:13,18,23 178:23 179:1, 12,14,17,21 181:5,11,18 182:4,15,16,18 184:1,3,13 185:3,12 187:24 188:4 189:6 190:6,8, 13 191:4,8,19, 21 192:13,22, 23 193:21 194:12 196:6, 13,15,21,25 197:15 198:3, 22 200:8,22 202:5,15,18,23 203:11 205:25 207:3,23 208:4,6,13,16, 19,22 209:12, 14,16 210:4,7, 22,24 211:8, 12,15 212:23 213:10,15,18 214:8,19 215:2,21 216:24 217:13, 18 219:3,6,20, 24 221:17,18, 21 222:9,11, 15,18,20 223:7,15,25 224:1,4,20,21 225:17 227:14, 18 228:2 229:11,22 230:5,8 231:2, 11,24 232:4 233:14 234:8, 14,20,21

235:10,13,22 236:11,23 239:6 240:4 242:1 243:2 244:11 245:10, 20,23 248:25 250:7 251:9 252:3,6,10,18 254:4 255:3 256:7 257:5,8 258:20,21 259:7 262:11, 12,18,23 264:16,17 265:1 267:14, 19,20 268:14, 20 269:7,8,22 270:23 271:20 272:7 273:2,14 274:15,22 275:21 276:7, 22 277:25 278:20 279:15 280:2,12 281:3 282:6,10,19 283:18,20,25 285:23 286:15 287:9,23 288:9 290:4 291:7 292:25 296:18 297:7,17,21 298:12,18 299:17,25 300:25 301:17 302:3,4,11,15 304:2,22 305:6,10,16 306:4,21,22 307:20,25 308:3,5,14,19 309:3,4 310:5, 16,17,18,24 311:17 312:21 313:17,20 314:2,5,6,7 315:1,9,13,14, 18 316:3,12,16 317:18 318:5, 24 319:4,5 321:9,19,20 322:7,18 323:4 325:1,13 326:2,15,18, 22,23 327:2, 12,18 328:4, 18,19 329:5, 11,22 330:7,23 331:18 332:9, 11 333:6 334:18 335:20 336:9,12 337:4,13 338:24 339:3 340:1,13,23 341:10,15,21 343:22 345:23 346:21 349:1 350:6,16 351:5 352:1,3,25 353:14 354:15, 23 355:8,10,21 357:1,4,7 358:13,15 359:8 360:2, 17,25 361:10, 23 362:2,25 363:9,15,19 365:11 368:18 369:14,15 371:17 374:16 376:1 377:17, 21 379:5 381:9 383:9 390:15 392:9 397:12, 17 398:19 400:1,13 401:1 402:5,14 403:7 404:19 405:8, 17 407:19 408:5 409:6 410:3,20 411:19,23 412:18 413:13, 23 414:18 415:9

**old** 92:19,21 93:3 127:17 239:11 268:25 396:20

**OLM** 26:24 91:25 142:17 148:15 149:22 192:19 248:4

**Olsson** 238:6 265:13,23 272:10 273:13 278:5,13 281:6

**on-and-off** 247:25

**once** 31:25 41:20 42:1 46:16 49:8 56:16 60:7 86:22 123:2, 11,21 124:4,5 193:7 223:19 253:24

**one** 28:2 31:10 35:22 37:14 38:11 39:13,14 43:1 44:9 47:23 51:21 52:14,18 55:18 56:13 60:16 64:19 68:19 69:20 70:18 74:21 75:10 77:1 79:17 86:8 89:15 90:9,20 92:8, 19 95:7 98:13 99:15,23 101:13,17 103:11,25 104:1 107:12 108:9,20 109:20 111:4, 7,17 112:5,9, 11,13,14,23 114:5 129:9, 19,25 130:14 133:2,7,14,19 135:12,19 136:8 139:2,3 140:6,8,10 141:3,25 145:20 146:22 151:1 152:2 160:25 167:22 168:18 172:8 173:21 175:4 176:25 180:16 182:16 183:4 185:3 187:13 190:16 191:15 196:10,18 198:8 202:21, 25 204:17 209:17,23,24 210:11,15,24 211:12 213:12 216:1 219:7,16 220:9,13,18 222:24,25 223:9 232:15 235:7 237:23 239:1,15,17 240:2,6 247:16 248:25 252:11 253:14 255:23 258:4 261:19, 23 262:24 265:13 269:2 272:6,9 274:5 275:3 278:13 281:24 282:10, 15 291:10 292:1 298:3 301:15 302:12 305:11,22 309:24 312:13 313:10,19 314:9 316:22 318:13 320:24 321:1,6,8,9,14 327:24 332:19 341:25 342:20, 21 346:15,23, 25 347:17 348:3 350:6 354:24 358:13, 14,23 359:6,21 360:3 363:20 371:1,8,9 373:16,17,20, 25 381:13,19, 21,23 383:11 384:14,15 385:10 391:13, 15 392:9 394:9,10 396:3,13,14 398:18 404:3,4 408:15 415:11

**one-to-one** 198:2

**onefold** 289:23

**ones** 163:2 326:22

**only** 52:18,20, 21,22 75:14 79:1 83:2 84:13 85:14 88:18 89:20 97:12 162:24 163:7 178:24 179:11 189:20 196:8,15 205:2 214:20 216:10 217:4 226:10

227:14 233:10 243:19 249:6 250:2 260:16 273:25 277:20 279:1 294:23 300:7 339:5 361:17 385:4 396:11 400:11 405:20

**onset** 315:19 316:1,2,4,23 317:7 318:21 319:2 327:3 328:13 330:14 381:14

**open** 185:11 220:18 268:15

**openness** 258:5

**opposed** 363:5

**opposite** 55:24 56:2 287:10

**oral** 41:17 74:6 85:8 120:22 121:12 123:4 131:24 132:14, 16 133:17 136:3,8 137:8 138:3 185:18 186:20,21 187:11,16 190:2 199:3 202:8 219:17 226:17 228:8 264:6 293:14 295:25 296:2 382:18 385:10 387:3 388:20, 21,24 389:11, 13,25 400:9 403:20 405:15, 16

**orally** 130:22 211:21 284:8 293:8,12 295:20 296:11

**order** 36:25 125:9 221:1 257:23 296:8 365:4 393:19

**orders** 75:8

**organ** 161:16 242:6

**organized** 126:6

**organs** 153:23

**original** 28:6 64:2 88:17 319:14 342:23

**other** 30:25 31:2 32:7 38:21 43:22 52:14,25 58:8, 10,19 63:16 72:4 73:16 75:6 85:18 89:6,10,14 100:7 104:8, 13,18 105:9 109:10 122:16, 21 125:11 132:5 134:20 135:5 138:3 141:21 159:3 175:2,5 178:10 183:15 184:7 187:9 197:9 198:16 204:16 205:24 215:19 218:4,17 219:14 221:14 228:16 229:6,9 247:17 252:4 267:15 272:16, 17 280:19 291:10 293:16 294:25 295:2, 18 296:22 306:23 307:4 312:16 319:11 332:22,25 335:15 339:6, 11,12 340:2 343:2 345:24 346:16 351:12 352:7 353:4 364:5 371:9 380:9 381:15 382:4,23 385:11 389:24 396:22 397:6 401:19 409:23 414:20

**others** 121:2 127:8 266:12 267:4 351:13 352:9

**otherwise** 179:7 296:13, 23

**our** 38:21 51:7 76:1 102:18 104:11,16 109:14,24 121:9 125:2,19 134:11 159:3,5 168:20 180:19 193:22 194:10 218:3 259:15 262:22 400:7

**out** 31:10 35:1 36:25 51:7 75:7 84:24 85:2,13 87:16 120:10 121:9 138:11 144:17 149:24 161:6 165:25 186:1 190:9 193:24 206:17 222:21 229:12 235:19, 25 259:9 281:14 305:11 313:24 325:23 326:12 346:2 355:6 357:5 363:19 391:8 400:7

**outcome** 113:4, 15 284:14

**outline** 313:19

**outside** 162:14 164:2 317:21 328:1 329:15 352:15 398:4

**ovarian** 146:25 317:4,11 329:20,22 351:13 352:8 353:7

**ovaries** 66:7

**ovary** 66:6

**over** 36:20 44:13 47:3 56:13,15 80:1 87:4,19,22 89:4 95:8 101:10 105:4 114:17 132:14 146:1 157:15 211:12 220:1, 20,21 225:10 227:3 238:20 255:8 282:5 287:15 301:4 303:18 313:11 315:22 318:6 322:15 325:7,9 370:3,4,21 374:17 378:2 383:23 385:1,2 387:3 391:24 392:2,4 393:23 398:18 399:9, 22

**overall** 31:19

**overview** 77:16 342:3 368:14

**overweight** 218:13 416:4

**ovu-** 317:24

**ovulation** 145:8 146:6 200:16, 20 266:11,12 267:3 298:23

**ovulatory** 143:8,9,14,24 144:9

**own** 58:15 109:14,24 153:8 181:23 262:22 329:3

**Oy** 29:7 265:5, 6 368:6

## P

**p.m.** 157:11 232:8,10 297:11,14 336:17,20 366:4,6 397:19,22 416:13,18

**pace** 369:21

**page** 30:9,14 33:1 43:14,15, 25 62:4,5,12, 22 73:5,7,8

77:10 79:17 80:10 90:10 93:15 101:4 107:25 111:13, 15,19 112:14 113:9,11 114:3,10,21 115:23 132:25 159:10,17,18, 21 160:10,17 168:18 169:6, 9,19 173:2 177:10 181:13 182:17 186:8 192:14 203:19 204:8 208:15 211:12 214:16, 20 219:19 221:10,15,19 222:9,24 223:20,21,22 224:12,21 227:10 236:6, 24 241:23 243:2 244:11, 23 249:3 257:2 258:22 259:1 264:18 265:3 268:15,16,19 269:6,19 270:18,20 282:24 283:1, 19 284:1,5 285:1,5 290:14 299:22 301:25 302:3,7,19,22, 24 304:18,20, 21 306:4,5,21 307:24,25 310:8,9,15 311:17,24 312:1,5 313:19,25 314:1,18,19, 22,23 315:15 316:7,10,13, 14,15 317:3 318:6,9,10,14 319:6 320:3,7, 18 321:17,20, 21 323:7,8,17 325:15,17,23 326:5,12,24 328:10 329:5, 19 330:10 338:21,22 344:13 345:1 348:8 349:3 351:4 353:11 356:23,24 357:8 358:22 359:15,19,20 364:13 365:19 372:24 376:23 377:2 378:24 380:24,25 386:13 403:12 413:19

**pages** 159:16, 25 168:17 203:1,20 310:14 313:24 314:4 315:10 316:18 325:21, 23 358:20 386:12

**panel** 337:8

**paper** 32:23 76:24 95:2,22 100:7 102:18 180:19 183:22 186:2 188:16 189:2 196:10 208:15 216:18 231:7,12,15, 16,22 250:18 256:6 260:24 261:18 281:1 300:13 344:20, 25 380:12,18 386:5 392:7,11 393:4,7 408:6 409:14 410:21

**papers** 34:22 53:13 96:16 142:10 186:5 267:6 273:23 342:3

**paragraph** 63:2 73:11,16 116:1 118:4 136:13 142:23 154:3 173:6 181:18 182:19 186:22 187:25 204:12 211:17 214:20 241:24 271:8 276:24 278:1, 21 285:5 290:14 302:6, 20 303:1 340:2 351:11 352:2 355:11 357:8 360:7

**paragraphs** 236:25

**parameter** 123:12 238:3 323:8 325:6 395:19

**parameters** 127:7 130:7 134:15 195:24 218:18 268:10 284:12 295:8

**parentheses** 119:13 363:21 402:22

**parenthesis** 142:24

**Paris** 366:25

**part** 36:8 49:10 74:17 103:9 116:19 119:23 120:12 129:20 135:3 158:16, 19,22,24 164:14 179:16 180:22 196:9 197:2 198:19 214:4,5 247:16,17 248:11 265:8 271:20 296:16 310:5 367:1,25 368:2 376:2 403:14

**particular** 377:25 378:10 391:5

**partners** 306:1

**parts** 150:9 162:5 232:16

**pass** 366:1

**passes** 131:7,8

**past** 220:24 325:22

**patient** 34:7 102:7 103:10 222:4 224:23 320:5 348:10 377:15 386:2

**patients** 85:19 103:8 113:2 121:1 209:10 227:5 376:3 394:24 395:13

**pause** 59:24 75:17 146:20 190:19 209:15 253:16 281:18 359:12 361:22

**peak** 131:16 382:20

**peaks** 404:5

**pen** 381:7

**pending** 26:9

**Penetrable** 91:25

**people** 30:19 36:20 88:10 162:11 163:14 165:4 166:11 189:4 236:21 263:17 294:1 295:4

**per** 87:14 88:14 93:25 94:5,12,22 95:5,8 96:3,5, 6,7,10,20 98:13 101:17 107:10,11,13 108:19,23 109:14,20,22 139:4 237:13, 15 238:20,21 251:7 266:2,3 330:24 331:2, 3,4,6,10,11,14, 20,22 332:6,22 333:11,13,21, 23 370:3,5,25 385:4,20,23,24 387:16,17 388:9,10 389:5,6,15,16 394:8,11 409:21 414:17

**percent** 71:25 102:5,20 103:9

104:3,9,10,11, 17,18 144:8, 12,17 145:9 146:2 174:2 176:20 180:2,9 183:5,13,25 184:11 187:3, 18 188:17,22 189:13,14 192:10,25 193:16 208:21 209:5,8,9 211:24 212:19, 20 213:4,11 220:1 230:15, 21 231:9,10,14 232:2 243:20 245:15 249:6, 14,17,22 250:11,22 285:6,14,18,20 286:4 288:14, 22,25 289:18 290:8 291:3,9 292:13,22 303:3,21 334:15 387:24 392:7 396:19, 23 397:2,7,11 400:21,22 402:12,19 403:4,9 408:22 409:10,20 410:18 411:11, 16 414:6,25 415:22,23 416:1

**percentage** 122:1 230:6 250:24 255:8 290:16 387:18 402:11 415:16, 19

**percentages** 130:2 402:20 403:5,7

**perfect** 62:23 198:20 216:22 236:20 264:24 314:23

**perfectly** 160:6

**perform** 124:8 196:11

**performed** 82:14 153:1 216:17

**perhaps** 64:21 134:4 172:23 179:1 197:24 203:13 267:5

**peri** 264:6

**period** 87:9 132:15 145:17 220:21 384:16 388:6

**periodic** 338:9, 17

**peripheral** 161:22

**peritoneal** 91:13

**permeate** 253:1

**person** 34:8 71:14 83:13 105:4 201:16 318:8 321:22 325:8 346:25

**personal** 67:12 164:3,5

**personally** 32:6

**persons** 71:16

**perspective** 74:25 397:4

**pg** 96:10

**Ph.d.** 27:4 367:5,6,9,21, 25 416:17

**Pharma** 29:6

**Pharmaceuticals** 29:6 114:22

**pharmacodynamic** 45:6,23 92:8 141:4

**pharmacodynamics** 31:20 46:3,5,14 49:6, 8 164:15,16

**pharmacokinetic** 38:12 39:14 41:15 42:1 43:12 45:6,24 60:13 73:18 82:23 92:8 93:8 123:12 130:7 134:15, 25 141:4 158:14,22 159:6 164:8 185:6 195:24 201:16 211:4, 10 240:22 242:3 268:10 271:11,24 309:23 310:4 320:3 330:10 370:20 397:3

**pharmacokineticists** 248:7

**pharmacokinetics** 31:12,20,22, 24 32:3 33:5,7, 20 34:14 38:13 39:24 41:10 46:5,11 68:8 73:12,13 76:16 80:5 86:25 89:17 91:1 115:24 116:2,8 118:4 122:8 123:18,23 127:3 128:5,10 129:11,23 130:16 132:12 133:16 134:6, 13 158:20 164:14 169:6, 20,23 181:19 185:15 187:10 190:1 195:18 204:10,15 210:25 211:17 233:16 239:22 240:21 242:14 268:2 269:15 271:3 275:18 282:11 285:2 298:21 299:5 300:14 367:15, 19,24 368:4,6 369:14 395:15

**pharmacologic** 270:10

**pharmacological** 32:21 169:16 240:9,17 241:4

**pharmacology** 37:18,24 39:1 44:19 45:2,5,8, 17

**pharmacometrics** 83:13

**pharmacovigilance** 226:13 347:25 348:4 351:2

**phase** 85:21,23 86:12 87:24 89:4 132:15 133:18 149:15 187:13 218:15 225:5 261:9 298:24 300:7, 17 364:1,6

**phases** 226:10

**phenomenon** 205:12

**Phillips** 172:4 174:22

**phoneme** 66:19

**phonetic** 40:11, 12 188:8,9,10

**photocopied** 267:21,24 268:17

**photocopy** 268:16

**photographed** 268:4

**phrase** 193:18

**phrasing** 138:23

**physician** 348:10

**physiologic** 271:12,24

**pico** 332:23

**picogram** 96:5 139:4 331:6,10

**picograms** 93:25 94:5 95:8 98:13 101:17 107:11, 13 108:19,23

109:14,20,22 251:6

**picomole** 94:6

**picomoles** 93:24 94:4,22 95:5 107:10 331:2,14,21 333:11,13,14, 15,16

**picture** 110:12 375:14

**piece** 32:19 33:7 37:24 38:18,21,22 39:3 47:6 61:22,24 135:10 142:2 146:15,16 168:25 169:13 174:22,23 187:9 206:7,12 207:16,18,25 214:14 219:12, 14 235:7 239:12,20,21 274:6 275:4 278:18 279:19 281:19 283:9 298:10 344:19

**pieces** 40:18 282:15

**pile** 305:14

**pill** 233:12 384:11,25 385:6,7 388:21 389:2,3 404:6, 10

**pills** 404:15

**Pirjo** 106:15, 16,20 372:18

**PK** 41:2,22 44:23 73:13,17 74:19 75:5,9 82:13,21 89:5 105:14 110:11 127:23 128:1,4 133:22 135:5,6 150:21 158:21 204:17 206:23 233:23 239:7 244:16 284:11 299:18 300:5, 16,18 303:19 304:19 306:14, 17 315:6 320:18 321:18 334:13 335:21 372:21 397:10

**place** 149:9 157:4 266:13

**placement** 300:2

**plaintiffs** 27:6, 11 42:20 60:12 79:6 397:23

**plasma** 57:10, 21 71:2,6 72:6, 11 80:12 81:22 172:15 238:5 265:14 269:24 272:19 273:7 282:17 305:24 307:13 308:12, 21

**plausible** 344:10

**play** 398:11

**please** 26:21 44:2 67:20 84:20 124:15 155:9 170:22 184:9 257:12 261:16 274:24 352:4 366:20 387:21 407:10 408:15

**plot** 83:7 86:4

**plots** 84:24

**plotted** 84:9 85:2,13

**plug** 190:22

**plus** 108:9 109:2 110:15, 16 144:16

**point** 41:15 42:15 44:13 66:4 67:19 106:8,9,13 113:1 115:19 160:2 195:25 207:8 218:25 231:8 248:23 274:24 323:23 333:3 335:18 350:2 373:4,20 385:3 390:11 398:5 399:9 400:2 410:23 414:14,15

**pointed** 391:8

**points** 85:9 86:2,9,11 89:5 99:4 101:1 134:5 294:6 300:1 312:10, 16 370:17 401:11,21

**pool** 83:9

**Pooled** 298:24

**POP** 383:6 385:5 388:20 399:17 400:3 402:3 404:6

**Poppk** 83:5 84:6,12 110:4 172:7 183:10 188:22,24 194:25 204:5 313:3 405:2

**popular** 278:7

**population** 38:12,24 75:5 82:13,21,25 83:15 104:3 105:10,11,14, 20 106:2 113:5,16 218:16 221:9, 23 225:7,8 269:10 284:24 300:5,18 304:19 334:13 335:21 346:20 413:16

**portion** 386:1 387:24

**position** 80:5,8 226:8

**positive** 215:25 293:6

**possesses** 63:8

**possibility** 75:4 252:25 281:7

**possible** 105:22 130:18 150:12 168:9

**possibly** 166:23 210:5 325:12 364:1

**post** 338:6

**postdoctoral** 367:7 368:1

**postmenopausal** 32:20 169:14 264:6

**postulated** 416:4

**potency** 129:11 239:22 270:7 271:3

**potent** 63:3

**potential** 199:7, 10,25 201:5 202:11 241:15 274:10 280:9 325:4 353:15

**potentially** 231:13 250:10 255:23

**pounds** 374:10, 12,13,14,18,22 377:17

**Powerpoint** 111:19 113:9, 10

**PR** 50:20 51:4 52:21 147:20, 24 148:1 154:12,14,20, 25

**precise** 102:1 229:10

**preclinical** 31:11 368:5

**predecessor** 275:18 372:20

**predict** 105:24, 25 281:9 357:11,19

**prediction** 218:5

**prefer** 96:6 110:15 193:25

**pregnancies** 360:11

**pregnancy** 51:2 197:6 200:11

**preparation** 219:14 231:13 361:25

**preparatory** 390:20

**prepare** 30:21 31:5,7 34:24 36:4 157:16 202:20 237:22 365:4

**prepared** 30:15,24 35:9, 20 37:2 180:23 257:13 365:7, 12

**preparing** 30:17 36:5 180:24 181:2 213:8 238:16 282:16 365:14

**prescribed** 404:15

**prescribing** 356:8

**present** 26:19 30:23 180:3 285:21

**presented** 313:1,2 336:3

**presenting** 115:4 357:13

**presumably** 244:1 322:8 346:23

**pretty** 171:17 185:13 189:14 215:25 324:22 327:5

**prevent** 200:11 339:17

**preventing** 253:3

**prevents** 197:6

**previous** 357:13

**primarily** 33:10 34:2 116:11 170:8

**primary** 284:14

**print** 168:17 222:21

**printed** 305:11 313:23

**printout** 302:13

**prior** 44:13 150:10 188:5

**Pro** 264:4

**probability** 102:15

**probably** 40:17 42:16 67:9 72:17 78:24 108:6 141:24 145:23 155:20 167:14 178:12 184:22 213:16 219:4 221:16 246:14 330:21 343:19 344:20

**problem** 292:8

**Procedure** 29:4

**proceedings** 75:17 146:20 190:19 209:15 253:16 281:18 359:12 361:22

**process** 59:10 91:22 131:4 171:5 258:9

**processes** 50:5 65:7,17 119:25 121:16 247:19

**produce** 65:7 249:16

**produced** 42:19 49:23 79:5 259:13

**product** 264:2 296:2 356:8 368:9 383:4,8 387:3 405:10, 12,19

**production** 218:21

**products** 26:8 27:13 41:3 74:24 75:2 77:19 116:22 122:22 190:2 274:2 281:12 306:23 355:1 356:12 357:3 369:10,12 380:9,20 381:17,18 382:23 384:5,8 386:7,16,18 388:20,24 396:9 400:15

**profile** 233:24 384:15

**profiles** 143:3 381:16

**progesterone** 50:19,23,24 51:4 52:21 60:17,21 147:20 148:2, 25 149:6,8,17 150:4,13,16 154:12 339:6, 12 362:20

**progestin** 48:18,19 53:3 63:3 70:25 74:7 129:15,17 137:22 139:3,4 368:23 369:5

**progestin-only** 233:12 383:4,8 384:11,25 385:6,7 388:21 389:3 404:6, 10,15

**progestin-related** 199:8

**progestins** 137:12,21 138:24,25 175:3,6 176:5 270:8 339:4 340:3

**progestogen** 33:9 129:16 169:7 170:2 369:5

**progestogens** 32:19 33:5 169:14,21 241:12 245:22 343:2

**program** 367:21

**progress** 165:12

**project** 265:5 267:16

**projects** 46:10

**promise** 40:14 290:20

**pronounce** 106:14,19

**pronounced** 106:18 128:13 183:25

**pronunciation** 363:4

**properly** 321:15

**properties** 32:21 41:21,22 42:1 60:14 147:6 169:16 185:7 211:5,10 349:17 362:15

**proportion** 246:3 286:2 288:12

**proposal** 43:11, 22 363:14

**prostatic** 175:23

**protein** 54:18 133:9 171:21 172:14,18,19, 20,22,23 173:14,23,24, 25 178:9,14

180:20 186:12 213:20 260:9 279:4 343:19 365:22,24

**protein-bound** 179:10

**proteins** 33:13 116:11 170:17 171:11,16 173:19 175:2 181:7 243:17 244:10 269:25 272:17 280:24 362:8

**protocol** 327:23

**proven** 294:17

**provide** 134:24 151:21 157:24 206:8 267:23 386:16

**provided** 30:5 107:1 180:22

**provides** 386:17

**proxy** 272:18 273:6 335:8

**pseudotumor** 354:16,20 355:2,9 356:19 357:15

**PSUR** 338:16

**publication** 37:12 40:22 48:6,9 68:17, 18 69:1 72:25 73:7 74:18 75:18 76:10 88:25 89:15 90:16 92:15,22 93:24 99:8,9, 13,16 100:2,18 106:22 107:4 109:9 118:22, 23,25 147:5 158:5,6 176:19 181:12 194:14 204:5 212:20 223:16 224:16 227:9 232:15 255:21 256:6, 10,13,24 258:9 261:6 262:17 264:9 283:23 287:13 300:11 335:15 336:3,4

**publications** 41:1 102:3 265:11,23

**published** 38:25 109:23 258:10

**pull** 61:20,21 160:2 177:3 291:18 347:10 380:15 411:14

**pulled** 321:8

**pulling** 54:1 95:1

**purchased** 142:15

**purpose** 40:20, 21 41:1 337:14

**purposes** 36:5 101:13 318:7 326:19

**Pursuant** 29:3

**put** 28:23 31:23 34:20 35:6,7 74:24 75:23 103:21 113:24 146:10 155:18,19 163:5 168:12 190:6 193:20 214:11,25 251:21 252:10 254:24 275:4 280:2,19 307:20 324:18 350:6 358:13 361:20 413:11

**pyrolytics** 158:17,18

**Q**

**Q&a** 79:13,18 177:5

**QC** 216:2

**quality** 216:3

**quantification** 322:6

**quantify** 205:19

**quantitative** 207:10

**quantity** 153:14 369:21,25

**question** 28:10 29:18,20 32:10 43:9 52:17 60:19 65:14 67:11 80:20,23 81:1,11 84:19 88:17 89:14,25 98:23 112:21 131:22 138:19 141:20 150:9 152:4 162:8 163:25 167:17 193:17 195:23 198:11 226:8, 20,25 248:21 293:5 352:4, 23,24 353:2 355:22 356:7 369:23 373:22 382:9,12,14 401:2 406:22 415:12

**questioned** 371:3

**questioning** 80:19 164:1 392:13

**questions** 30:4 41:24 60:5,13, 16 67:12 140:21 190:12 257:13 263:18 276:8 296:8 351:7 366:13 368:8 386:1,3 390:12 394:18, 21 397:13 398:1,10,11 404:21 406:3 415:10 416:10

**quick** 39:22 43:8 67:25 141:2 152:19 172:5 199:2 263:19,21 264:8 297:9 331:19 336:13 345:25

**quickly** 32:9 61:21 128:8 140:15 191:1 206:19 255:20 257:24 302:3 304:23 323:5 351:20 355:20 408:7

**quite** 88:22 110:10 121:16 188:21 241:2

**R**

**R&d** 223:5,12, 14

**racemate** 128:21

**randomized** 220:18 261:9 314:20

**range** 82:11 98:17,20,23,24 99:1 100:25 103:1,7 109:24 110:7,13 183:17 189:19 215:23 216:4 227:11,19,20 246:23 279:2 313:8 334:10

**ranges** 104:2

**rapid** 253:3

**rapidly** 211:22

**rare** 360:14

**rat** 175:23

**rate** 56:12,15 87:13 118:13 298:23 346:3 370:3 385:2

**rates** 116:17 117:20 118:11 126:20

**rather** 268:25 270:11 273:17

**ratio** 168:15

237:12 238:19 254:14,17,24 272:13 278:2, 23 279:17

**RBA** 64:7 176:1,21

**re-ask** 382:15

**reabsorb** 131:14

**reabsorbed** 131:5,20

**reach** 138:9

**reached** 184:9 300:11

**reaches** 242:4

**react** 123:3,22 345:21 346:4, 6,10

**reaction** 143:4 166:10 317:12 327:22 328:3, 20 329:7,23 353:3 361:11, 14

**reactions** 160:15,19,22 162:20 163:10, 11,14 166:8 197:20 200:25 309:10 319:15 347:8 360:19

**read** 32:24 33:15 37:19 44:5 61:20 71:3 72:8 80:17 81:20, 24,25 92:11 94:1,2,13,14 95:10,11 106:24 107:7 108:4,5,20,25 109:11,16,25 111:10,25 112:7 113:6,17 114:24 116:5, 15,23 122:8 130:19 132:18 133:20 136:5, 6,18,19,21 137:4,10 140:14,25 142:9 143:5,10 147:2,4 148:9, 23 149:10,19 153:23,25 154:16 155:4 161:23 170:4, 19 173:16 174:4,8 175:8 177:24 178:5 180:5,11 181:9,10,24 183:7 187:6 188:19 190:4,5 206:6 208:3 211:25 212:7, 15 215:9,15 216:12 220:3 222:1,7,16 225:2,12,13,24 235:13,15 237:7,17 240:12 242:10, 23 243:10,22 244:5 245:16 246:8 248:8 249:8,19 253:4 254:10 257:16 258:1 260:2, 11,19 263:20 266:4,16 270:2,13 271:13,21 272:1,21 276:4 277:3 278:9 279:9 284:20 286:5,6 291:5 300:8 303:5, 14,22 304:23 305:7 307:10, 15 337:18,19 338:10,14 339:8,18 340:6,7 344:6 345:5,12 348:12 349:1, 8,21 350:17 351:14,18,19 352:10 353:18, 20 355:3,4,15, 17,25 357:16 358:21,22 359:25 360:15 361:8

**readily** 244:1,4 246:7 247:11, 21 248:15 252:24 255:6

**reading** 81:16, 17 132:22 150:10 155:17 208:9 235:24 261:12 305:1 352:1

**ready** 236:4

**real** 152:8

**real-world** 225:22 226:4, 23

**really** 46:22 53:12 61:21 63:19 74:22 102:9 105:5,13 120:8 127:18 159:1 162:8 190:15 203:19 206:19 210:10 213:17 218:3 220:9 226:7 234:16 235:11 241:9 248:19 254:16 255:20 257:24 287:17 289:11 295:12 296:7 308:6 323:5 333:8 347:3 351:19 363:3 385:21 401:1 408:7 411:7

**realtime** 49:4 54:1,2

**reason** 46:9 82:9 91:17 102:10 112:5, 10,11,14 123:1,21 156:2 167:15 168:10 274:7 294:8 307:17 342:18

**reasonable** 272:18 273:6 324:3 413:7

**reasons** 267:10

**recall** 91:4 169:8,11 214:10 344:21 375:19,20 386:2 390:13 392:19 393:2 394:20 408:20

**receive** 205:3 367:6

**received** 37:10 60:7 132:13 133:17 187:11 284:7 286:1 291:15 326:13 366:22

**receiving** 346:14

**recent** 37:12,19

**recently** 109:23 270:9

**receptor** 49:25 50:14,15,20 51:3,4,22,23, 24 52:6 54:16, 19,20 55:7 60:17,21,25 61:5,8 63:14, 23 65:1,6,16 66:5 147:21 156:9,18,19 171:3 175:23 339:6,13,17 340:11 341:3, 7,24 342:14 344:2

**receptors** 49:9, 19 50:13 52:14,25 57:24 58:8,13,16 59:5,6,8,20 60:2,6 61:18 63:17 65:12 139:16 153:22 154:13 161:2 165:18,23 178:20 241:22 242:22 339:7, 12,21 340:4 343:6

**recess** 54:7 68:3 126:13 157:9 232:9 297:12 336:18 366:5

**recognize** 372:13

**recommend** 298:2

**record** 26:20 27:13 35:7,16, 23 38:7 54:4,6, 9 68:2,5 81:10 126:12,16 146:9 157:6,8, 12,24 164:7 232:8,11 236:2 258:4 297:11, 15 313:21 336:17,20,25 354:10 366:4,7 397:19,20,22 398:13 416:14

**recorded** 26:6

**redacted** 264:1

**reduce** 63:11

**reduced** 214:4 266:14 292:5,7

**reduction** 154:5 155:3 156:7

**refer** 40:8 50:18 96:7 100:17 107:4 118:25 130:21 134:5 141:22 206:3 264:2 316:19

**reference** 47:5 64:13 151:6 155:13,20 156:23 174:14 175:11,14 176:7 180:20 185:19 186:7 187:8 188:7 269:9 270:8,20 283:5 343:9 362:7

**referenced** 135:4 391:6 395:8

**references** 128:2 133:22 150:21 180:17 186:8 239:8 244:16 270:18 271:2

**referred** 48:6 118:20 264:3

**referring** 47:5 48:10,12,14 58:23 83:17 84:10 206:22 217:15 218:10 240:10 273:13 283:12

**refers** 57:16 77:23 99:15 112:19 128:4 183:17,20 241:2 256:13 357:3 360:23

**reflect** 243:8 279:5,22

**reflected** 373:11 374:25 382:19 384:22 388:22

**reflection** 272:15,19 273:5,6

**reflective** 224:25 225:21 226:4,22

**reflects** 163:14 278:21

**regard** 156:5 189:20 281:16 364:10 390:6

**regarding** 43:12 124:11, 24 125:6 128:10 134:13, 14 192:7 224:7 391:25

**regardless** 76:2 318:1

**Regional** 268:1

**regulated** 293:17 363:25

**Reinecke** 38:3, 4 76:10,24 217:11 232:22 255:20,21 256:5,15

**Reinecke's** 336:3

**relate** 36:15 41:24 67:10 86:25 254:16 325:11 326:9 335:3 414:20

**related** 36:12 53:21 66:16 142:19 152:17 158:19 178:21 195:8 199:11 202:3 278:6 289:24 294:24 295:20 339:5 380:2 406:15

**relates** 87:1 121:24,25 137:21 375:1 392:24 403:15

**relation** 42:18 64:1 94:9 139:8,9 174:14 184:2,7,10 202:13 233:9 240:21 278:22 313:16 320:1 324:13 332:1 340:25 385:5 393:4,10,11 409:16 413:11

**relationship** 265:19 278:24 279:1

**relative** 64:7, 13,21 154:10 155:12 156:4, 16 174:25 175:4,13,22 176:8 212:12 213:19 230:10 231:3,18 250:14 340:24 341:2,22 342:13 370:21 412:17 415:15

**relatively** 52:24 76:7 101:22 108:18 109:3 229:15 288:23 370:2

**release** 87:4,13 121:13,14 370:3 385:2

**released** 56:10, 12,24 68:12,13 87:9,22 168:5 201:20 369:20, 25 370:2 410:17

**releases** 47:3 56:6 383:13 385:4

**releasing** 386:19

**relevance** 153:14

**relevant** 196:1 228:11,18 229:18 264:1 287:18 289:14 341:1 412:20

**relied** 213:7

**remain** 138:11

**remains** 234:10 255:8

**remember** 201:4 204:11 255:24 309:11 324:5 375:24, 25 402:7,8,12 405:24

**remembering** 151:16

**removed** 86:23

**repeat** 84:18 352:4 387:21

**repeatedly** 261:20

**rephrase** 52:16 55:3 58:3 118:11 165:25

**report** 84:2,3 157:25 197:17 200:24 220:12 259:10 260:4 273:22 274:3,8 305:21 307:22 309:24 310:5 313:23 314:3,4 319:14 338:9, 17 342:12 346:17

**reported** 76:5

98:18 116:4 118:6 122:10 211:19 238:2 271:9,19 280:25 309:15 315:12 316:19 318:8,11,15, 20,21 319:7 324:25 326:20 330:5,19,24 348:10 351:11 352:7 353:3

**reporter** 26:17, 21 31:14 51:7 301:12

**reports** 325:16 342:15

**represent** 37:9 103:19 159:24 259:11 265:21 278:23 279:13 280:5 285:17 304:25 315:9, 11 318:25 320:12 323:22 328:16 361:10 373:13,16,21, 24 375:11,12 387:19

**representation** 313:5

**representative** 29:5 89:3

**represented** 336:2 382:24 389:1

**representing** 27:11 243:20

**represents** 278:2 288:23 289:18,22,23 325:8 373:2 374:3 381:11 391:10,14 392:23

**reproduction** 66:6

**reproductive-aged** 284:6

**request** 43:13, 17,21 44:2

**requested** 337:15

**requests** 60:11, 15

**research** 31:8,9 142:12 219:21, 25 223:6,7 224:6,8,17 269:9,16 273:14

**researchers** 347:6

**residual** 86:17, 20 87:7,17 233:4,10

**resistance** 148:15

**respect** 303:19, 24 360:9

**respective** 58:13 184:24 259:17,19 343:9

**respectively** 183:5

**respond** 29:19 60:19 192:21 242:6

**responded** 60:10 192:14

**responding** 332:15

**responds** 259:1

**response** 106:7 139:22 235:8 242:9,19 257:18 267:25 268:1 271:11, 12,24,25 340:17 361:13 362:2

**responses** 51:8

**responsibilities** 80:2 348:3

**responsibility** 44:4,14,24 164:12

**responsible** 44:1 241:17 242:8,18 348:1,3 372:21

**rest** 157:16

**restrict** 218:18

**result** 131:5

**resulted** 137:16,17

**results** 88:5 109:13 176:1 187:2 225:20 236:14 277:12 300:19 307:1 308:20,24 364:18

**retention** 162:4, 7 201:4,12,20

**revealed** 154:13

**reverse** 393:19

**review** 43:13, 21 90:8 107:23 136:23 140:20 148:11 154:2 155:15 192:1 208:5 222:17 235:22 236:3 258:19 262:5 263:24 264:15 270:7 272:3 338:8,25 342:5 348:25 351:25 360:1 396:21

**reviewed** 181:2 219:14 231:12 281:25 282:16 365:3,13 407:4

**right** 42:24 52:2 61:25 85:6 91:11 94:16 97:5 99:10 105:3 114:25 116:6 119:3 135:19 140:5 157:5 176:1 182:1 189:4,8 198:12 199:6 202:2 208:23 229:3 235:1,12 236:13 243:15 245:22 252:15 264:1 280:2 288:19 291:17 294:19,21 297:10 298:1 306:25 310:7 315:23 320:8 321:3 322:4 325:20 329:3 332:6 336:24 337:9 353:10 355:25 359:20 363:2 365:6 377:22 379:2 381:3 396:5 397:12 398:17 409:2 413:25 416:12

**right-hand** 302:5,19,21 306:9 315:22 374:17

**Riphagen** 263:4 265:2,4 266:18,19,20

**risk** 360:13

**ROCKSTAD** 36:22 93:2 206:14 235:2 347:12 359:10 408:12

**rods** 265:16

**role** 66:5 364:11

**room** 30:21

**roughly** 209:8

**route** 41:11,16 42:6 69:7 76:2 120:19 123:13 124:4 127:11 202:14

**routes** 38:14 39:16 41:7 69:2 75:20 76:6 122:16 124:18,25 125:6,11 134:21 195:2, 13 198:24 228:23 232:18

398:23 401:19

**row** 77:20 86:8 101:7 176:11 378:11 391:17

**rows** 379:9

**Rule** 29:4

**rupture** 317:24

## S

**S2** 182:24

**safe** 78:23

**safety** 43:22 220:20 225:22 338:9,17 351:1

**said** 36:15 45:3,16 49:7, 10,18 53:2,19 54:23 60:1 97:25 102:4,5, 23 110:3 113:3 115:3 118:2 122:4,6,11 123:18,20 149:22 163:6, 13 166:4,17 170:7 175:10 176:19 178:18 179:3 185:14 187:16 192:15, 16 195:6 197:18 206:25 215:18 216:8 217:9 218:8 227:10 228:2, 5,6 230:20 237:24 238:17 244:22 245:1 246:10,12 249:24 250:2, 5,6,8,13,17,20 252:15 254:25 279:12 280:4 288:6 291:19, 23 294:11 304:20 316:14 333:8 337:23 346:1,6,21 374:2 383:24 384:20 393:14 398:14 408:22 414:6

**sake** 47:6 159:25

**same** 39:7 47:20 58:9 71:14,15 72:4, 17 77:1 89:8,9 96:5,17 97:21, 24 98:5,10 100:21 103:1, 4,7 105:4 112:14 113:9 124:6,7 129:7 132:16 133:19 137:23 138:10 139:5 160:17 172:23 173:10 187:13 193:12, 13 205:3 246:23 249:3 265:17 266:8 267:10 278:17 302:22,24 308:2,17 314:3 315:5 320:22 345:21 346:3, 11,14,24 384:25 385:1 386:6 388:6 392:3 393:15 394:2,14 396:11 399:14 400:2

**sample** 84:13

**samples** 38:24 76:11 83:3,18 284:12 300:6, 16 307:13 308:22 373:19

**save** 313:21

**saving** 160:1 168:23

**saw** 63:24 64:14 323:17 335:5 409:14 413:23

**saying** 34:2,6 107:12 117:18 194:23 226:20 256:9 262:4 279:20 320:23 363:1

**says** 30:14 33:1 34:1 36:3 37:15 39:22 43:13,25 63:2, 8 64:7 70:1,13, 17 72:5 73:16 79:15 93:12, 17,22 94:20 95:4 106:7,8,9 107:5 108:17 111:7,23 112:5 113:2 118:4 119:12 127:22 135:25 137:2, 24 142:11 143:2,7 145:18 154:10 159:11, 12,18,22 160:10,18 161:16,17,20, 22 164:21,23 166:7,9,15,24 169:23 170:8 171:10 173:9, 14 174:1,6 180:2 181:6 182:25 185:15 186:9,16,17,21 187:1 188:16 189:4,7,22 191:25 192:3,9 203:18 204:16 209:24 212:11 213:19 215:6, 11 219:20,21, 24 221:9 222:4 223:11,13,16, 21,22 224:13, 23 225:9,20 230:10 236:6, 14 237:3 238:2 240:7 242:16 245:10 246:16 247:12 249:10 252:23 254:5 257:8,12,14 259:7,14,23 264:22 265:4, 10 266:1,9 267:6 269:2,9, 22 270:7,18 273:12 277:9 278:1 283:1 284:1,6,11 285:5 288:11, 19 299:25 302:5 306:5 312:13,14 314:2,23 315:1,18 316:1,5,8,22, 23,25 317:4,7 318:10 320:15 323:19 327:2 328:13 330:13 337:14 339:4, 15 343:25 344:1 345:2,3 346:2 348:5 349:6,16 350:12 351:1, 10 353:14 354:15,25 355:13 356:7, 8,9,23,24 357:8,18 360:3,8 361:6, 13,16 363:20, 25 364:18 365:16 402:22

**scale** 373:7 375:5,8

**Scalpel** 177:8

**scatter** 86:4

**Schering** 142:18,19 265:5,7 361:7 368:6

**Schoendorf** 347:21 349:4

**school** 366:21, 23,24

**scientific** 346:23

**scientists** 347:5

**scope** 67:9,23 162:14 164:2 227:1 317:21 328:1,23 329:15 345:18 347:2 352:15 358:2 360:21

**score** 236:15

**scratch** 106:12 271:20 350:21

**screen** 26:15

28:10,11 372:25

**SDS** 77:20

**searching** 162:3

**sec** 321:7

**second** 30:9,14 38:17,20 39:3 59:25 73:11 77:20 78:8 106:8 111:13, 15,19 112:21 135:19 152:3 173:6 182:16 204:8 210:11 236:6 239:12, 20,23 241:23 252:11 264:9, 18 269:22 286:20 299:22 313:19 314:17 321:1 327:24 332:19 338:21 340:1,2 351:4 359:16 372:23 378:21 396:3 404:3

**secretory** 364:1

**section** 70:1 116:2 133:23 160:15 185:6,7 203:14 224:18 302:25 304:11, 13 310:5 313:22 314:3

**sections** 264:2 304:17

**see** 29:2 31:20 34:25 36:10 37:13 42:22 43:3 53:14 56:22 62:6,22 73:12 76:1,5 82:2,5 86:9 93:20 102:23 103:1 107:15, 23 114:10 126:6 127:24, 25 136:9,12,15 142:11,13,23 149:1,2 150:20 154:5 156:3 159:11,14,22, 23 160:14,16 172:1 173:7,8 174:13 175:18, 19 176:14 177:16,19 179:12 182:21, 22 185:22,23 186:8 188:2 192:1 193:4 206:17 207:11 209:1 211:5,8, 9 217:19,21, 22,24 218:16 219:1,16,18,23 220:24 221:22 223:20,22,24 224:13,15,20 231:7 236:6,19 237:1 240:2,25 243:4 252:21 255:22 257:9, 10 259:10 264:19 268:18 269:8,12,21 275:2 283:6 285:1 306:22 308:7,12,16 310:15 311:2, 18 313:18 314:19,21,24 315:20,23 316:5,16 317:1,5,9 318:11,14 319:6 320:13 321:21,22 323:8 325:24 326:2,25 328:11 330:13, 16,17 337:1,2, 6,8,11,12 338:24 339:2 340:21 344:17 345:2 347:17, 19 348:6,22 350:14 351:3, 15 353:11,13 354:13,17 356:21,22,25 357:21 360:5 362:11 373:6,8 374:16 375:3 377:11,12 379:21 380:3 381:15 382:20, 25 384:6,23 385:5,18,21 387:1,9 391:24 392:1,3,5 393:9 394:2,7, 13,15 396:1, 10,17,24 397:6 406:13,16 407:20 408:14 409:14 414:11

**seeking** 225:1

**seem** 63:10,11 64:3 121:16 288:22

**seemed** 213:14

**seems** 42:4 63:12,20 93:11 121:10,15 133:24 134:1 225:16 240:13 264:5 271:6 284:25 340:17 344:10 400:7

**seen** 72:14 115:12,14 116:20 118:1 142:10 174:24 189:24 216:15 231:23 250:19 253:24,25 254:3 276:2,3 297:2,24 360:10 389:18 393:25 394:24 395:9,12

**selected** 336:5

**Selection** 221:9,22

**send** 257:12 403:2

**sender** 350:25

**sense** 52:15 58:20 76:17 161:10 198:20 290:6 296:9 409:11 411:25

**sensitive** 357:12,20,23

**sensitivity** 358:7 360:9,18

**sent** 349:3,4

**sentence** 70:23 101:21 107:5 112:13 118:3 122:6,8 127:2 134:18 136:11, 19 137:1,11,21 138:20 143:2 148:22 154:8 169:5 171:18 179:21 181:6, 21 189:22 192:11 193:13 211:16 212:11 215:19 218:10 241:10 249:1, 21 252:14,16, 17,20 254:4,16 269:22 270:7 271:21 272:1 276:23 283:2 291:1 338:15 340:1 343:24 344:1 348:16 351:15 353:14 357:21 361:3, 5,16

**sentences** 72:5 149:4 159:3 277:10

**separate** 293:5 298:4,10

**September** 327:4 328:13

**series** 60:5 223:12 224:16

**serum** 34:9 57:10,17,21 73:23 75:10,11 79:13,18 89:16 91:12,19 99:3 108:17 111:20, 24 112:12,15, 16,22 116:10 120:20 121:5 130:3 133:9 135:25 136:16 137:3 138:6,21 139:10,11 149:16,17 150:3,15 172:9 173:9 177:5,22 178:4 181:7,

22,23 182:5 186:11 187:4 188:12 195:2 204:21 212:4, 14 213:21,25 214:21 215:2 217:2 229:23 230:12 238:20 240:8,15 241:3 243:3,7,17 245:11,15 246:1 249:6,11 264:10 266:2, 3,11 267:3,13 270:9 273:18 276:12 277:14 280:18 284:12 287:10 290:21 294:23 303:11, 12,13 312:23 313:5 320:5 362:19 370:12 371:4,6,16 372:16 373:3,8 375:1,4 383:21 384:4 385:9 393:9,23 396:8,14 401:4 402:23,24 407:2,11,22,25 408:2,3 415:1, 17 416:7

**served** 27:15, 17 362:3

**Services** 26:19

**set** 58:15 82:19 85:10 113:3 188:25 209:10 239:11 299:3 315:6 320:18 326:8,20,25 366:1 403:2

**sets** 54:20

**seven** 274:20 316:18

**several** 71:22 88:14 116:18 117:24 119:17, 24 141:24 200:9 204:23 245:21 251:18 267:11 286:8 290:17,23 313:16 315:10 341:16 342:9, 10 363:19 370:20 371:7 373:18

**severalfold** 385:15

**sex** 48:24 50:25 55:14 74:10 75:11 116:11 133:8 172:12,15 175:6,24 186:10 212:5 237:3 243:17 253:21 254:6 269:25 286:9, 11 343:11 344:2,15 403:25

**shaded** 217:22 218:4

**shall** 30:15

**Shanmugasundaram** 364:14

**shares** 52:14

**Shaw** 219:12

**SHBG** 74:11,13 86:14 88:2 89:16,21 112:6,16,22 172:10,13 173:11,15,21 174:7 175:1,3, 24 176:1,6,9, 15,20 178:13, 24 179:7,22,25 180:10 181:8, 22 182:5,10, 13,19,23 183:3,12 185:17 187:3 188:5,12,16 189:11,17,24 192:25 193:15 203:4 205:9, 10,20 206:21 207:10,19 208:1,11,24 209:1 212:6, 12,13,19 213:3,11,21,25 214:4,5,21 215:2 217:5,7 230:11,14 231:4,9,11,19, 25 233:6 234:4,11 235:18 237:4, 12,15 238:21 244:3 247:20 248:9 250:1,8, 9,15,20 251:23 252:8 253:2 254:6,7,21 255:4,7,10 259:16,20 260:17 263:15, 19 264:14 266:3 270:1 272:14,17 276:13,14,15 277:13,19,23 278:3,23,25 280:16,23 281:16 282:22 283:3,14,17 286:14,21 287:3,9,25 288:2 290:17, 21 292:5 300:20 301:6 303:2,11,16,20 304:5,6,8 307:7 308:7, 11,13,17 312:9 320:4,6 321:25 322:3,13,14 330:20 333:22 335:2 340:25 343:15,16,19 344:3 371:9, 21,22,24 391:17,24,25 392:1,2,25 393:14,16 394:5 395:6,7 409:17 410:17, 21 411:11,16 412:6,11,15, 23,25

**SHBGD** 303:20

**She'll** 28:1 298:17

**she's** 62:8 116:6 133:4 140:10 221:12 235:23 258:3 274:19 297:24 302:14 348:1,2 350:3 379:17

**shedding** 364:2

**sheet** 185:1 337:24,25 338:1

**sheets** 261:4

**short** 126:2 348:21

**shorter** 39:7 100:21

**shortly** 44:18, 25

**shot** 161:13,14

**should** 44:3 59:22 99:13 133:1 140:22 221:1 222:5 224:24 231:6 244:21 254:14 273:16 279:5, 21 311:4,7,10 321:3 354:25 356:11 357:12 360:13 390:16 402:19 405:3

**shouldn't** 336:15 351:8

**show** 64:3 103:10 159:17 186:18 187:1 212:22 216:25 269:4 273:25 343:9 376:8 377:3 383:1 388:7 393:21 396:6 412:10

**showed** 109:19 236:14 272:10 388:8 393:22

**showing** 60:23 375:19 411:15

**shown** 214:9 245:13 247:24 377:4 383:10 392:13,19 403:15 412:9

**shows** 61:2 114:21 175:21 373:3 381:13

391:11 396:8

**sic** 150:4

**side** 30:1 113:24 154:5 162:25 163:1 165:13 167:5 192:22 197:10 268:2 273:16 284:9 302:5 306:9 317:18 318:17,19 319:7,9 337:4, 9,17 340:5,12 345:3,15 346:16,24 349:6 352:12 353:22 374:17 407:20 413:9

**sidetracked** 89:25

**signature** 416:16

**signed** 210:21

**significant** 154:25 189:14, 23 249:16 251:24 285:25 289:1,10 290:1,3 324:11

**significantly** 156:7 290:21

**signs** 357:14

**silicon** 47:3

**similar** 41:22 52:24 53:9,18 76:8 176:17 189:25 231:22 250:19 266:12 267:4 301:13 388:19 400:25

**similarity** 53:1

**similarly** 279:18 358:8

**simple** 31:23 50:19 103:24 259:2

**simply** 81:4

**simulate** 217:1

**simulated** 393:15

**simulates** 105:9

**simulation** 216:16 218:5

**simulations** 217:17 307:9

**simultaneously** 193:8

**since** 78:19

**single** 132:16 133:17 136:1 169:10 187:11 282:13 284:15 286:2 291:10, 12 292:21 311:1

**single-** 285:7

**Sisenwine** 128:12,14 135:20 151:5

**sites** 259:18 260:8 343:20

**six** 103:5 130:8 131:16 188:5 203:1,22 274:20 315:25 386:18 387:11 388:9 396:9

399:10 413:24

**six-month** 373:4 399:21

**skin** 166:25 199:15 328:10, 19

**skip** 95:7 186:17 248:25 252:17 270:6 278:20 318:6, 9,14 325:22

**Skyla** 47:16,17, 23 48:14 158:2,6,12,15 299:7,10,11,19 300:3,15 303:25 304:9 310:2 311:11 386:19

**slash** 235:16

**slides** 111:9

**slight** 76:5 183:16 184:11 214:6 324:11 362:24 392:5

**slighter** 184:11

**slightly** 138:6 152:4 183:3 287:2 399:9

**slim** 379:17

**slipped** 192:19

**slow** 56:12,14

**slowly** 47:3 87:5 101:10

**slows** 313:15

**small** 82:24 83:16 102:9 123:1 189:3

249:11 251:22 288:23 303:20

**smaller** 104:19 379:22 406:14

**smokers** 225:10

**Snow** 269:3

**so-called** 138:9

**sold** 383:17

**solve** 259:23

**some** 30:19 32:7 34:25 36:10 41:11,12 42:15,18 43:22 44:12 50:5 52:25 55:13 59:9,18 60:3,7, 12,13 61:1,14 63:13 64:3 65:6 67:19 68:12,13 121:1 127:7 128:8 139:21 140:17 142:10 161:9 162:10,23 167:15 171:18 172:2,16 179:6 189:10 190:12 191:24 197:6, 16,18,19 200:19,24 218:25 220:10 229:25 234:22 253:1,8,9 263:17,18 265:8 266:10 267:2 284:19 287:18 309:9, 13 313:24 314:4 318:2 319:8 323:23 324:13 335:5

342:21 345:15 346:15 351:24 353:22 362:14, 22 365:19 371:2 390:12 397:4 398:3 401:21 404:21 406:3 410:23

**somehow** 48:4

**someone** 42:17 46:2

**something** 49:10 55:6 71:24 72:1 92:25 103:18 120:6 131:15 137:8 140:9 184:25 187:17 191:17 192:9 194:13 210:17 226:12 246:10, 12 247:3 249:24,25 255:9,11 264:4 280:25 291:19, 20 294:6 307:4 314:10 335:16 344:9 374:13 396:19 397:8

**sometimes** 57:11 99:15 100:1 120:6,11 123:13 131:5 134:8 287:21 319:12

**somewhat** 205:18 286:3 288:19

**somewhere** 35:5 153:12 210:15 212:19 213:3 230:14

324:23 334:14 340:20 410:18

**sons** 366:17

**soon** 120:1

**sorry** 27:16 34:8 43:18 45:15 49:3 56:21 58:3 61:9 70:15,17 72:22 74:3 79:14 84:21 93:5 96:25 97:6 99:19 106:8 108:11 111:2 113:12 115:1,2 116:7 117:11 118:18 119:5 120:2 123:18 124:14 126:22,23 132:9 142:5,6 145:16,21 165:7 168:2 184:6 189:5 192:16 194:19 198:20 201:15 204:6 205:2 210:11 217:10 237:13 243:18 245:2 249:4 251:3,22 252:15 263:10 264:25 265:16 268:3 270:21, 24 275:4 277:9 278:16 283:20 284:10 286:10 288:1,7,18 296:7 301:2 302:10 305:22 306:4,14 310:9 311:25 313:8 316:23 320:7 322:21 323:6 326:3 327:17 330:3 341:9 351:16 359:7, 16,21 365:9 373:19 376:22 377:6,8 389:21 399:6 401:1 406:10 410:7 412:24

**sort** 55:7 59:9 65:17 86:24 139:21 147:16 324:5 362:14 401:12

**sound** 107:14 323:25 324:3

**sounds** 114:18 198:11 256:23 398:13

**source** 129:10, 25 130:5 132:20 133:14 181:2 206:21 271:4 283:14

**sources** 125:6 128:9,10 134:4 180:16 203:14 365:3,13,20

**Southern** 26:10

**space** 305:4

**speak** 81:7 152:22 172:21 264:5

**speaking** 36:14 66:22 77:22 91:24 148:12, 20 149:21 192:18 198:13 248:3 252:1

**special** 45:14

**specialist** 397:3

**specific** 54:16 86:2 87:21 120:5 130:17 137:8 153:21 178:13 268:17 270:20 279:2 284:2 326:22 409:2

**specifically** 41:25 74:3 124:12,19 127:8 134:7,16 135:7 171:25 172:15 178:20 179:22 180:9 222:24 224:5

**specify** 41:23

**speculate** 347:3

**speculation** 358:10

**speculative** 358:11

**spell** 31:13

**spent** 398:3

**spirit** 168:23 170:6

**spoke** 31:6,9 179:23 209:18

**spotting** 351:13 352:8

**spread** 35:1

**Ss** 120:3

**stabilizing** 145:6

**stable** 121:16

**stack** 202:20

**stage** 46:10 48:1 152:25 179:7

**stalls** 148:16

**stamp** 42:23 43:5 62:5,19 69:21 119:8 211:7 306:22 350:24

**stamped** 62:20 79:12 111:4 191:10 223:10 258:15 263:11 275:10 337:1 347:17 354:11

**Stanczyk** 32:5 168:25 169:13

**stand** 282:5 323:11

**standard** 102:16 103:5, 11,17,25 104:10 108:3,9 110:13,16 113:20 121:19, 24,25 324:17 395:17

**standby** 27:23 29:13

**standing** 274:21 329:14

**stands** 128:25 338:16

**staple** 127:19

**stars** 373:11

**start** 83:7 87:3 106:11 132:22 142:25 148:25 199:3 232:14 234:24 249:1 264:21 278:1 348:19 350:20 359:23 370:4 378:8 386:19 391:25

**started** 241:20 328:7

**starter** 89:24

**starting** 63:4 73:12 111:20 133:15 154:8 177:14 204:15 211:4 223:20 383:3

**starts** 69:21 70:6 101:8,9 116:2 130:14 136:12 149:6 173:6 181:19 182:19 214:21 220:25 238:13 252:14,16,20 257:25 271:8 278:21 303:1 310:13 340:2 356:22 359:14, 17

**state** 44:12 69:1 136:2 137:25 138:9, 15 182:16 183:16 258:4 329:22 335:16 388:25 389:15

**stated** 79:2 112:19 293:4 295:9 338:3 362:20

**statement** 33:17 34:1 82:1,7 116:25 117:1,17 118:3,7 122:14 152:1,23 154:18 171:13 177:11 178:1 216:14 225:4, 14 237:9 242:12,14 243:12,24 244:7 270:4,15 271:15,16 272:23 273:19 275:21 279:11 335:13,14 340:8 344:8 345:7 372:16

**statements** 227:5

**states** 26:10 29:3 33:7 37:18 40:2 70:23 78:19 80:10 141:9 145:13 156:10 200:10 242:1 243:6 245:13 273:14 276:24 279:19 284:18 288:14 290:15 291:1 307:1 308:20 326:13 327:7 329:5 337:21 348:9 352:6 367:3 383:17 387:16 404:10,14

**stating** 34:1 350:1

**statistical** 102:10 103:15 324:16 395:19

**statistician** 100:13 103:23

**statistics** 71:23 188:25 395:16

**steadily** 370:2

**steady** 136:2 137:25 138:9, 15 388:25 389:15

**stenographic** 26:20

**step** 46:21 68:7

**steps** 53:12

**stereois-** 128:22

**stereoselective** 128:15 151:7

**steroid** 48:22 49:17 50:12 52:13,23 53:3 54:12 56:7 57:24 58:8 59:1,4,6 64:18 139:16 140:1 153:22 161:2 165:22 180:4 242:21 267:25 269:15 272:20 285:21 339:6, 11,16,21 369:4

**steroidal** 177:22

**steroids** 49:19, 22 130:3 133:10 172:16 186:12 272:17 273:5

**sticker** 77:12 114:1,2,4 193:25

**sticky** 392:16

**still** 81:15 84:13 85:2,14 86:4 88:17 113:10 120:13 122:24,25 131:9 132:9 152:6,7 192:21 247:25 250:25 252:12 257:12 279:21 284:9 292:18 294:3,9 388:17 390:9 408:4 414:22

**stop** 168:18 262:7 327:3 375:18

**stopped** 328:6

**Stot** 259:16

**Street** 26:13

**strike** 27:16 55:3 83:24 91:17 93:5 94:3 111:2 120:17 123:19 134:10 162:23 164:24 170:23 267:1 285:14 288:18 293:3 303:20 310:9 336:24 346:12 381:6 413:6 414:19

**strong** 244:9

**stronger** 254:9, 15 255:14

**strongly** 181:7 269:24 276:12

**structural** 53:1

**structurally** 52:24 53:8,18

**structure** 53:21 153:5

**studied** 116:4 117:5 118:6,8 122:10,11 124:17 127:4 185:17 186:21 201:14 211:19 366:25

**studies** 77:16, 17,21 78:2 79:2 82:5,23 83:4 84:11,14 85:3 86:6 88:24 89:6,10 92:9 93:8 104:8,18 109:10,14,24 122:15,19 124:8 135:6 141:4 152:12 164:18,19 205:22,24 206:1 212:22 216:4 218:15, 19 220:7 225:6,19 226:11 233:7 240:24 247:24 260:10 273:21 295:2,7 298:25 300:17 313:3 341:19 342:10, 23 367:5,20 370:20 372:6 373:17,25 375:13,15 396:20,22 397:10 412:9, 10

**study** 43:11,13, 21 72:14,17 74:21 83:1,25 84:5 85:21,23 86:12,15,18 87:24 88:4,11 89:3,4,11,21 90:1,25 92:7 101:16,18 102:8 104:3 107:2 108:7 110:7,18 113:5,15 118:20 136:7 139:1 140:4 145:10,17 146:2 150:5 153:20 156:6 157:25 158:1, 10,15,16,17 159:7,25 160:2 166:10 172:7 183:10 186:19 189:25 197:17 198:22 200:24 207:1,9 213:12,13 215:14,23 217:25 218:2, 9,15 220:12, 19,23 221:9,22 222:5 232:16 235:17 238:7 240:11 244:14 260:22 261:9 272:9 273:3 284:5,11 285:9 286:18 288:11 289:25 290:7,9 291:7 292:10 293:11 294:2 298:20 300:7 301:16,18 305:21 306:11, 14,16,17,19

307:23 309:10, 24 310:1,19 311:14,21 312:10 313:23 314:3,4 315:13 319:14 322:15 323:24 324:4 327:23 336:5 346:19 363:14, 17 364:25 366:22 367:3 375:17,20 390:11,17 392:1 401:17 402:10 404:23 405:10,24 411:13,15

**sub** 193:24

**sub-** 84:12 89:20

**Subakir** 235:8 275:4

**subcutaneous** 121:8 166:25 199:14 293:15

**subcutaneously** 296:11

**subgroup** 261:8 262:16

**subheading** 33:4 169:20 243:3 365:16

**subject** 43:16 77:19 128:1 191:25 261:12 263:10,14 310:25 311:13, 18 312:5 314:9 315:1,2,5,12 316:20 320:5 321:12,21,25 323:2,3,14,16 325:21 326:9, 10,13 348:5 350:13 356:15 375:23 377:3, 25 378:10,14, 21 379:7,13 380:6,11 406:4

**subjects** 78:5, 14,25 82:24 83:3,7,17 84:23 85:3,4,7, 8,13,14,15 86:2,5,7 88:12, 18 89:21 102:11,23 103:5 104:14 105:1,2,9 106:3 108:2 113:4,15,20 121:1 145:9 300:6 314:20 375:17,20 377:1

**submission** 37:17

**submitted** 39:5 338:18 340:15

**subsequently** 277:14

**subset** 83:16 125:19 189:3

**subsets** 82:24 104:19

**subtle** 357:9

**such** 74:8 121:13 178:8, 13 227:21 269:25 271:9, 21 274:1,2 339:7 351:12 352:7

**sufficient** 145:10 146:5 200:15

**suggest** 360:17

**suggesting** 216:5 256:12

**summarize** 308:24

**summary** 106:4 154:1 206:10 236:9 306:25 308:20 365:7 396:21 408:20

**super** 264:1

**superscript** 186:6

**supplemental** 299:23

**supplementary** 182:24

**support** 265:5

**supposed** 54:21,24 55:11 193:11 227:6 296:3 344:4

**suppress** 146:5

**sure** 35:18 55:15 59:24 65:9 81:8 92:24 93:15 95:19 100:2 112:4,14 114:14 115:15 136:21 145:24 159:2 165:2 166:2 207:9 208:8 215:25 216:19 226:15, 16 232:6 257:21 258:9, 11 261:17 262:3 263:23 269:1,5 271:17 272:2 274:4, 17,25 277:8 281:10 285:12 287:23 289:11 290:4,13 291:25 292:4, 11,20 293:22, 25 294:18 295:11 296:1,4 297:4,22 298:5 299:4 301:21, 24 302:2 304:15,25 308:9,19 313:13 320:19, 21 321:5 324:7,16 325:1,19 329:1,2,16 331:5,25 332:2,3,11,17, 24 333:8 334:21,24 335:4,17 336:1,12 338:12 339:1 340:19,23 341:18 342:2, 6,11,24 344:23 347:4,9 348:13,15,21, 24 349:13 350:4,5,19,22 351:21,24 352:3,6 353:6 354:6 355:16, 21,23 356:2,5, 9,14 357:6,24 358:13 360:22 361:4 364:12, 24 366:3 398:12 399:8 400:13,23 401:14 405:1,8 407:11 408:5, 16,25 409:22 411:5 412:8 413:13 414:24 416:11

**surface** 56:19

**surprise** 262:3, 5

**surprised** 320:20

**Susanne** 192:16

**susceptibility** 349:17,24 353:23 358:8

**susceptible** 345:10,15 353:17

**sustaining** 66:8

**swap** 236:2

**swapping** 235:25

**swear** 210:14 245:6

**switch** 332:18 382:2 390:8

**switched** 366:24

**sworn** 26:25 27:5

**symposium** 267:22

**symptoms** 357:14

**synonymous** 354:20

**synonymously** 71:6 369:6

**synthetic** 48:19,20,24 53:3 56:6 129:17

**system** 70:25 146:23 161:16, 21 165:8 185:6 299:6 412:25

**systemic** 56:21 57:1,9,18 70:1, 9,13,20 120:1, 2,3 123:5 144:22,23 145:10 146:5 163:2 166:4,5, 12 167:25 168:2,3,9 199:5,8,19,20 200:1,2,5,15 202:7,10,14 227:24 228:3, 8,11,17 229:7, 17,18 238:9,14 293:18 296:24 297:1 346:24 407:12,14,20 412:20 413:9 415:3

**systemically** 123:2,21 199:11 201:21 293:23

**systems** 153:6 298:23

**T**

**T-SHAPED** 47:1

**table** 76:21 77:6,15 84:14 85:3,16 99:2, 13 101:3 107:25 155:8, 17 156:12,16 160:21 163:13 164:9,10,18 166:15 175:20, 21 176:6 182:24 201:8 214:10 221:1,6 245:13,19 283:12 299:23 319:21 324:16 327:14,15 328:3,25 329:8 386:10,11,16 387:1,7 388:22 391:6 392:6 396:1,2,5,7 398:22 411:2 413:14,19

**tables** 76:4 396:21

**tabs** 36:10,15

**tag** 359:7

**take** 28:1 30:8 32:24 33:25 35:3,13 46:21 54:3 57:21 65:8 67:18,25 68:16 69:18 75:8 76:23 79:9 90:7 100:25 104:8 107:15 108:13 112:3 114:1,12 118:21 125:2, 16,19 126:1,4, 5,9 128:7 134:4 138:4 140:3,17,25 151:20 153:25 157:4 169:9 172:3,5 173:1 175:17,25 184:13 190:9 191:5 199:2 206:5,13 207:5,8,11,15 208:13 210:16 214:13 216:18 232:4 234:19 236:5 239:5,6, 14 258:1 262:12 272:16 280:14,22,24 284:4,19 287:13 289:6 297:9 298:16 301:24 302:12 319:5 321:5 336:13 345:24 355:11 358:22 359:7 361:21 372:11 376:25 379:10 385:1 387:4 390:15 411:2 414:12

**taken** 26:7 54:7 68:3 86:11,14, 18 88:12,18 119:1 126:13 157:9 166:9 176:6 232:9 255:2 259:9 297:12 300:17 320:24 330:22 336:18 341:17 366:5 373:4,19

**takes** 193:6

**taking** 80:1 137:11 286:19 381:14

**talk** 34:14 38:20 40:18 41:9 46:22 69:13 111:8 123:17 124:9, 16,22 125:10 128:8 197:1 198:23 206:22 208:6 226:7,17 235:12,17 240:5 241:20 251:15 280:20 286:15,20 371:11 393:3 404:17 413:15

**talked** 31:4,11 55:4 56:6 57:23 64:17 68:8 69:21 84:24 85:12 86:1 89:14 128:4 139:15 147:19 158:4 161:1 165:17 169:5,12 172:7 183:23 188:25 194:8 196:3 197:18,19 200:14,25 201:5,9 204:7, 11 211:16 232:15 233:5 234:11 238:8 239:20 246:11 259:19 260:22 268:9 280:6,7 282:20 288:20 298:20 304:2 309:4,9,13 312:22 313:1 319:21 324:9 331:13 339:22 340:24 343:10 353:6 362:18 380:12 399:1 403:24 404:4 410:15,23

**talking** 34:15 54:11,15 57:17 64:8,10 65:19, 20,23 86:4 96:4 102:1 110:2,4 121:17,18,19, 21 123:9 124:3 126:19 127:1,2 129:22 147:4 148:13 156:20 172:7 186:20 189:16 198:18 200:23 201:25 206:24 229:1, 7,10 235:20 245:21 249:23 250:9 251:13, 20 252:4,6 253:6 277:6 291:24 295:24 334:12 339:20 402:20 407:22 411:7 414:4

**talks** 47:7 151:6 185:14 206:21 207:7 292:1 387:23

**target** 153:22 242:4,6

**task** 54:20,24 201:18

**tasks** 54:25 55:7,12 58:1

**Tchernof** 203:13

**tea** 140:19

**technical** 28:10

**telephone** 36:21

**tell** 53:12 65:24 77:8 124:1 151:13 191:25 195:17 224:5 228:14 236:11, 12 247:3 264:3 300:10 325:8 346:18 369:16 372:15 373:12 374:9 386:15 391:11

**telling** 207:17

**tells** 207:9 247:2 272:25

**ten** 145:12,14 188:6 189:4

**ten-** 389:22

**term** 184:23 354:22

**terms** 31:23 46:19 102:22 103:24 249:15

**test** 59:17 152:14,15,21 153:5,6 341:6 342:25

**tested** 343:23

**testified** 27:5 251:17 280:3 339:10 367:12 370:16 400:6 406:9,10,14,19 407:19 409:24 410:24 411:9, 15,25

**testify** 40:9 46:4 67:5 155:22

**testifying** 27:25 29:9,14 60:10 67:4

**testimony** 27:2 123:22 248:18, 20 352:15 380:19 398:6 407:5

**testing** 141:25 343:4

**testosterone** 51:18,19 53:9, 10,19,22 64:19,22 65:1 176:6,10,15,17 278:8 341:1, 12,13 344:4,5, 16

**tests** 152:24 155:10

**text** 160:21 357:2

**than** 30:25 31:2 52:14 78:25 83:16 89:6 101:18 109:9 110:13 121:7 140:24 148:6 156:23 161:18 163:6 174:1 188:21 204:24 209:3 215:19 218:8 220:1 221:14 222:13 226:13 228:1, 17 231:10 238:5 243:20 245:14 272:19 273:7,17 279:7,22 280:17 303:3 304:5,9 309:5 317:4 319:17, 18 324:19,21 339:12 388:15, 16 389:10 390:2 397:1 401:19 408:23 414:22

**thank** 28:22 30:12 31:3,16 32:16 34:20 43:10 48:16 51:6,12 58:14 62:2 66:23 68:24 77:13 81:14 110:22 113:25 115:19 128:18 133:2 140:18 143:19 146:10 151:2 162:16 163:5 168:12 177:1 187:24 190:6 191:20 193:21 194:2,12 198:10 209:12 213:1 214:11 215:21 216:6 217:18 219:3 235:5 253:13, 15 256:17 258:18 262:18, 21 298:15 299:9 309:3 310:11 312:3 322:11,12 329:17 346:8 366:11 380:25 382:8 392:9 394:16 397:14 410:10

**thanks** 35:4 210:7 215:21 261:25

**that's** 29:17,25 30:5 31:3,18 36:6 37:4 38:19 39:9,18 40:1,10,15 42:9 43:19 44:11,15 45:12 46:11,22 47:14,20 49:1 50:11,17,25 51:16,21 52:5, 12 55:9,18 56:1,7,8 57:5, 19,25 58:18,24 59:3 61:10 62:10 63:12 64:11,13,24 66:7,10,20 68:15,18 69:4, 9,23 70:4,11, 22 71:12 72:1 73:19,25 74:5, 12,15 78:4,7, 10 79:1,16,20, 24 80:3,7,15 81:18 82:3,16, 21 84:2 85:1,4, 17,22,25 86:7 87:19 88:20 89:23 90:12,15 91:16 92:1,12, 20 94:16 96:13,15 98:2, 11,16,22 99:12,17,21 100:7,9 101:12,20 103:22 105:10, 13 106:4,18,20 107:4,8,15 108:5,7 109:17 110:9 111:17 112:11 113:12, 22 114:5 115:3,7,19 116:16 118:9 119:6 122:25 124:7,21 125:2,4,13,20 126:22 128:23 129:15 130:4, 10,15 131:11 132:1,2,10,25 133:3,13,25 134:8,17 136:10 137:10, 20 139:6 141:7,8,11 142:24 143:22 144:9,13 145:1,13,19 146:3,7 148:3, 6,18 149:2 150:5,6,8 154:22 155:20 156:10,19 157:19 158:16, 25 160:6,20,24 161:15,20 162:2,14 163:5,23 164:12 165:20 166:15 167:3 168:4,11,19 169:12 171:24 172:11,14 173:20 174:15 175:16 178:19 179:5 182:3 183:14 185:9 186:15 187:15 188:15,21 189:6 193:23 194:14,22 195:12,22 196:25 197:4, 12,24 198:17 199:6,12,17,20 200:3,13,20 201:18 202:17

203:3,7,9 205:6 209:12 210:1,3,9,16 211:2,20 213:5,23 214:2 215:1,5,16 217:13 218:24 220:23 221:14 223:18 225:3 226:8,15,22 227:13,17 228:12,19,22 229:5 230:13 231:5,22 232:20 233:22 234:19 235:14 237:23 238:15, 23,24 240:24 242:13 243:14 245:4 246:14, 19 247:4,9,12, 22 248:2,11,13 250:5,18,24 251:16,19 252:2 253:12 255:5,25 258:25 261:19 263:13 264:13, 15 265:1,17 266:8,17 267:22 268:5 272:22 273:11, 21 274:4 275:13,16 276:1,18,19 277:16 278:12 279:24,25 280:11,25 282:23 283:16 284:18 285:10 287:12 288:3,6 289:6,16 290:11 292:24 293:13,20 294:9,15,22 295:3 296:6, 17,21 297:19 299:8,10,11,20 300:4,13 301:3,8,13,16 302:3,23 304:1 306:2,17 308:23 309:18, 25 310:3,6,22 311:16 312:7 313:1,2,17 314:9,16 315:4,8,18 316:12 317:13 318:16 321:13 322:2,17,20 323:12,15,21 327:7,18 328:9,15 329:25 330:4, 21 331:1,9,12, 17 333:18,24 334:5,9,10 336:7 338:2 339:14,24 341:10 343:13 344:9 346:17 351:23 353:25 354:22 357:5 359:1,6,9,24 361:2,12,16,19 363:7,13 364:4,8,10,17 365:6,11,23 367:13,16 368:9,12 370:10 372:22 374:1,18,25 376:6,13,23,24 377:17,19 378:2,5 380:11,15,22 381:22,23 383:6,7,9,14, 25 384:18 385:17 386:22, 25 388:3 389:22 390:7 395:12 399:13, 16,19,21,24 400:5 402:13, 24 403:9,10,23 404:19 405:5, 21 406:8,20 407:1,24,25 408:11 409:4, 10 411:12,18 412:14,17 413:4,16 416:5

**their** 32:21 52:14,25 72:16 150:6 169:15 240:9,10 266:11 267:3 284:20 294:7 311:14 412:25

**theoretical** 254:21

**theoretically** 59:11

**therapeutic** 198:8

**therapeutics** 45:14

**therapies** 45:14

**therapy** 32:20 169:15 223:12

**there's** 33:4 39:2 47:18 50:14,23 51:25 61:2 62:6 72:10 73:11 78:14 84:23 90:24 93:17 95:24 102:4 115:23 120:2 121:10 123:1 130:14 132:11 133:2 136:11 138:15,20 141:25 142:23 150:8 160:14, 21 166:12 175:20 190:8 191:6 203:1,19 205:13 211:3 214:3,6 217:19 219:20 227:11, 14 235:11 269:19 273:25 282:24 283:5 285:2 292:13 299:23 314:10 342:18 346:22 348:22 359:21 364:13 384:12 396:12

**therefore** 109:9 244:4 259:25 273:17 286:10 349:18

**these** 40:21 41:1 52:13 60:13 64:25 66:13 82:23 83:1 85:8 87:22 89:20 93:5,7 104:2,4 105:23 106:3 128:9 133:22 134:3 135:4 137:24 145:14 151:16 161:6,9 162:19 165:13, 16,21 166:4,5, 7 205:1 216:4 227:5 233:25 244:10 247:5, 19 254:25 273:2 276:24 292:17 293:6 294:1 300:14 306:3 311:13 316:18 320:24 321:1 329:13 339:15 342:1 344:22 345:10, 20 347:6,7 365:3,9 367:24 369:5 373:14, 16,17,25 375:11 376:3 401:10 402:14 403:8

**they're** 35:1 95:1 138:4 151:19 204:25 258:6,15,16 283:14 317:15

**thick** 151:1

**thin** 378:20 380:4 406:17 407:21

**thing** 161:15 239:10 240:5 258:4 294:2 351:20 394:14

**things** 45:16, 17,19,20 66:12 178:20 179:23 182:9 258:10 281:25 332:10 393:8

**think** 28:3 40:10 42:16 44:18 45:13 51:12 54:13 61:14,20 66:18 67:8,15,19 72:17 73:6 75:22 77:5 91:3 92:19

93:2 96:4,16 100:6 105:10 106:17 108:12 110:2 112:19 117:5,7,17 125:17 128:12 131:11,12,22 135:13 137:20 140:21 141:18 148:6,22 150:19 152:2, 25 157:3 158:18 162:13 166:8 170:21 171:18 174:24 178:15 179:19, 22 180:16 181:1 183:25 185:11 187:16 189:2,6 193:17 196:3 201:25 205:23 207:6 210:19 214:16 219:8 227:23 235:7 241:19 242:13 250:2,5 255:22 256:16 257:7 261:2 265:17 272:24 273:13 274:19 276:6 278:12 280:3 281:6, 24,25 282:4 283:16 291:17, 19 292:2 295:6 301:12 302:13 317:22 319:23, 25 321:6,10 324:1 326:19 329:8 334:22 335:18 336:15 341:11 342:7, 17,18 346:6 350:2 351:24 354:25 356:10 357:5 358:7 361:20 363:4 365:25 369:7 374:11 375:23 382:4 386:11, 12 390:9,21 392:7,15 395:18 397:7 398:10 402:18 404:12

**thinking** 132:9 267:12 281:6,9

**third** 63:8 73:6 75:12 109:7 115:23 116:7 142:2,5 176:11 183:4 205:13 221:8 323:13 338:22

**thirds** 288:24

**those** 31:13 34:17 35:3 40:18,20 59:8 60:15,16,18 62:6 63:17 64:4 67:17 74:18 75:19 78:25 84:23 85:3,14,15 86:2,5 101:1 108:18 109:3 124:24 134:10, 14,24 173:18 183:7 193:19 197:23 200:24 203:14 206:1 209:17 260:5 278:14,17 296:8 305:12 306:10,11,15 357:13 363:22 371:11 373:12 374:6 375:14, 24,25 384:4 386:3,6 391:19 394:20 397:4, 13

**though** 85:12 154:25 158:21 206:19 255:10 279:20 288:18, 21

**thought** 98:1 113:12 132:7 133:3 135:18 142:7 179:2 184:8

**thousand** 302:7

**thread** 264:25

**three** 29:9 40:8 45:16,17 86:8 87:6,22 89:4 101:6 108:24 109:15 132:15 145:19,20,21 149:4 203:1 204:9 217:6 240:7 306:11, 15 307:1,5 320:25 348:17 358:20 366:17 373:25 375:13, 15 391:12,20, 23 393:8,13

**three-dimensional** 391:12

**through** 32:25 36:24 56:20,25 73:15 89:1 125:18 128:8 131:1,2,7,8 134:5 141:1 142:22 148:9 154:1,3 161:6 163:19 192:19 200:11 202:13 207:15 208:3 235:13,15 241:1 257:11 258:2 262:8 263:20 276:4 284:12,20,21 299:4 305:7 315:10 316:18 325:22 335:14 351:10 355:19 362:7 402:16 411:10

**throughout** 40:18 312:10 315:12 398:2

**thus** 136:12,13 137:2 181:22 260:13

**tie** 64:6

**tighter** 244:3 253:2 255:11

**time** 26:15 44:25 47:3 51:12 54:5,8 68:1,4 70:18 87:4,6,20,23 99:4 101:1 105:4 121:3 123:3 125:23 126:11,14 138:8 140:17, 24 141:14,22 142:1,18 145:17 151:15 157:7,10 173:10 192:21 227:21 232:7, 10 233:23 247:4 252:16 255:8 271:18 284:20 287:15 289:6 297:10, 13 300:1 301:4 303:18,19 308:17 312:10 313:11,16 322:24 323:1 325:7,9 336:16,19 345:4 351:24 355:17,25 358:22 366:3,6 368:10 370:3, 16,21 373:4,20 381:16 383:23 385:1,3 387:3 388:6 391:24 392:3,4 393:23 397:18,21 398:3,5,18 399:9,14 400:2 401:11,21 402:16 416:12

**Timely** 111:20

**times** 96:23 97:1,4 138:4 228:13 237:16 238:22 246:23 251:18 266:3 272:14 274:20 278:4 286:8 289:13 290:17, 23 292:15 294:12 297:24 309:5 333:3 389:8,10 390:1 414:13,15

**tired** 289:7

**tissue** 33:22 57:3,4 162:5 177:21 276:16

**tissues** 33:10

34:10,18 46:16 49:23 55:12 162:7 165:17 169:8 170:2 242:5,20 253:1 343:6

**title** 39:25 40:25 70:14, 16,17,21 93:11 129:23 130:4 141:3 160:15 166:7 192:3,6 203:2 220:23 223:9,14 260:21 268:16 269:19 313:25 314:1,19 316:15 348:2 356:18

**titled** 32:19 38:11 39:14 70:9 91:12 92:8 130:1,6, 15 132:11 133:15 146:22 169:14 185:3 188:12 191:23 219:16 224:18 235:8 253:21 267:25 275:21 298:21 305:22 337:4 355:2,9

**titles** 306:3

**TNF-ALPHA** 363:21

**today** 27:11,24 29:9,14 30:6 34:25 40:6,9, 19 45:13 46:4 60:10 67:4 122:24 180:24 181:3 213:8 219:15 231:13 248:8 251:18 261:1 361:25 366:12 368:9 380:12 398:3,6 406:22 407:4,5

**today's** 30:18, 21,24 36:5 282:16

**together** 64:6 74:6 75:15 216:16 351:12 352:7

**too** 55:19 58:4 65:10 84:18 114:5 117:12 120:2 124:14 143:20 159:4 166:3 235:11 244:12 269:6 282:7 319:12 320:19 336:15 407:9,10

**took** 44:13 107:10 169:19 170:7 192:3,6 203:16 217:25 266:12 299:18 301:18

**top** 33:1 69:25 79:15 103:11 106:6,11 111:7 135:24 206:2 219:19 221:15 223:11 224:12 257:9 275:11 310:14 326:10 349:3 354:15

**topic** 31:18 64:6

**topics** 30:16 31:10 36:12,16 37:2 39:7 100:21 237:23 362:3 365:4 390:8

**total** 85:2 88:5 105:2 119:12, 16 185:16 187:5 194:16 198:23 215:7 230:7 240:8,16 241:3 243:6,20 249:6,13 254:22 259:7, 16 260:16 267:10 272:13, 20 273:7,18,22 274:8 278:2 279:8,23 280:17 284:3, 11,14,22 285:7,14,18 287:1,4,10,25 288:2 296:17 299:25 303:12, 17 305:25 371:25 387:7, 12,15 388:10, 12,15 389:9 396:8,14,17 399:3 400:19 401:4,17 402:4 407:2,11,25 408:2 415:16, 19

**totally** 214:2 226:15 244:8 314:9 343:18 374:11

**Toward** 119:11 148:24 219:20

**towards** 375:5, 6,7 384:15 385:6

**trace** 143:2

**training** 367:2

**transactivation** 339:16

**transcript** 27:21 32:13 35:25 37:6 38:9 39:11 42:13 69:15 79:8 90:6,22 91:9 110:24 114:7 127:14 146:13 153:17 157:21 174:18 184:16 191:13 207:13 209:21 219:10 220:16 223:2 235:4 253:18 255:17 263:7 268:7 275:8 298:14 305:18 309:21 314:14 336:22 347:15 350:10 354:8 358:17 372:8 376:11

**transdermally** 277:12

**transfer** 244:10

**transferred** 122:21,22

**translate** 26:25 190:14

**translated** 140:9

**translation** 92:25

**translator** 27:24 30:5

**transport** 172:14,18,19, 20,22 173:24 178:9

**treated** 91:14 264:6

**treatment** 109:21 132:14 133:19 143:12 145:18 187:13 277:9,10 303:16 328:17 349:7,20

**tree-saving** 160:7

**tree-to-question** 168:15

**trees** 160:1 168:24 220:10 313:22

**trend** 225:15

**trends** 223:12, 14 224:7

**Trevor** 32:14

**trial** 85:20 222:23 224:13, 17,19 225:21 309:16

**trials** 85:15,18 218:11,12 224:24 226:2, 21

**triangles** 373:10,11

**tried** 190:14 220:9 229:11

**triggering** 242:9,19

**trouble** 30:4 374:7

**true** 122:24,25 205:6 226:16, 20 269:23 287:10

**truth** 278:23

**try** 34:22 64:5 88:9 105:23 227:8 259:4 386:5,9 411:14

**trying** 67:17 89:13 99:17 103:21 104:22 105:14,25 108:1 133:4 139:6 186:1 216:25 217:1 228:15 246:11 248:14 257:23 261:11 274:17 281:24 287:19 295:11,13 296:7 356:3 357:2

**tube** 152:21 153:6

**turn** 33:1 62:4 70:5 79:17 93:13 95:8 99:2 107:3 159:10,21 160:10 211:3 214:15 219:19 221:3 222:9 223:19 241:22 243:2 244:11 269:19 270:17 271:7 285:1 290:14 306:4, 21 307:24 338:21 348:8 355:8 372:23 377:2 380:23 392:12

**turned** 121:9 400:7

**twice** 138:5 291:12,13,15 416:6

**two** 37:11 45:19,20 62:21 75:11 78:1 79:2 84:11,13 85:3,15 86:6,8 93:7 102:16 104:2,4 111:17 145:23 146:1 150:8 173:18 183:5,11 203:1 236:25 240:7 254:25 261:9, 25 265:11,15, 22 279:17 288:24 296:8 298:22 300:14 306:1 308:10 342:15,18 346:14 351:6 363:22 369:6 377:1 381:12 388:20 393:5

**twofold** 289:24

**type** 127:11 144:16 254:17

**types** 143:3 363:22

**typical** 218:16

**typically** 50:20 130:21 218:13, 14 226:22 404:14 407:12

**typo** 265:17

**U**

**U.S.** 269:10 374:6

**uh-hmm** 51:5, 24 68:21 69:17 70:7 73:10 92:5 101:24 106:25 108:8 109:12 115:21, 25 126:22 136:15 143:15 181:16 206:15 217:23 240:3 252:19 359:3

**uh-hmms** 51:9

**unbound** 174:2 177:23 185:16 194:16 195:10, 17,25 196:9,16 198:24 202:15 208:21 214:1 229:22 230:1,3 231:20 232:18 233:2 234:3 235:20 239:2 241:5,14,17 243:19 245:10 249:18,25 250:1,15 251:17 254:18 257:15 258:24 266:14,22 267:7 270:11 272:5 274:8,9 276:25 280:8, 21 284:3 287:11 288:3, 25 289:13,19 290:8,16 291:2,8,20 292:15,16 294:2 300:1,11 303:4 305:24 308:15 334:14 335:8,22,24 336:2 387:17 388:11,12,17 389:5,16 391:14 396:9, 15,25 400:12, 14 402:6,11, 15,25 404:22 405:2 406:23 407:15,16,17, 18 408:3,22 409:10,15,16 410:8,11 412:2,7,16,19, 24,25 413:8, 15,23,24 414:13,17 415:1,18,20

**uncertainty** 153:8

**unchanged** 154:14

**unclear** 198:11, 21

**under** 45:16 137:24 161:21 164:22 165:9 166:24,25 185:14 186:8 199:14 284:5, 10 306:25 316:8,23,24 319:14 322:18, 22,25 323:11, 19 324:12,19 325:2

**underline** 31:19

**underlying** 416:7

**underneath** 342:19

**understand** 27:23,24 29:8, 14 37:1 40:7 42:20 52:17 63:12 67:17 76:9 88:9 93:16 94:15 96:1 104:23 107:17 134:17, 19 139:1,19 155:25 156:20 163:21 164:25 171:20 176:5 179:2 200:8 226:19 228:15 234:18 236:17 240:20 246:11 248:14 252:5 254:13 265:22 274:18 287:19 294:10 295:3, 13 338:15 354:19 356:3 357:1,2 361:2 380:18

**understandable** 259:24

**understanding** 37:22 38:21 46:13 87:15 102:24 134:12 137:6 138:13 150:2,7,10,14 153:10 161:7, 25 165:10 167:4 171:22 196:7 207:19, 25 223:4 227:18 235:16 236:8 238:19

241:13 244:9 246:17 247:1 267:8 271:10, 23 286:7 288:7 345:14 353:21 354:22 357:24 364:20 409:23

**understood** 29:20 178:12 230:22 302:17

**undesirable** 161:17 164:23 165:9 167:1 353:16

**undesired** 228:16 319:16

**unfortunately** 287:18,19

**unit** 94:3 96:17 331:4,7

**United** 26:10 78:19 141:9 367:3 383:17 404:10,14

**units** 93:23 97:5 107:6 278:4 370:25

**unknown** 260:16

**unless** 305:6

**unlikely** 240:9, 16 241:3

**unmuted** 36:18

**until** 327:4

**up** 49:4 56:5 61:20,21 66:19 67:15,18 69:16,24 74:24 77:21,22 79:14 80:17 97:9,11 102:20 107:6 109:14,21 111:7 126:19 132:21 133:5 135:12 138:6, 8,12 139:3,5 144:15 153:12 160:2 177:3 183:25 188:5 191:3 212:20 218:7 223:14 226:10 231:13 240:7 250:10 291:18 308:13, 18 326:11 341:11 343:7 345:25 353:12 363:25 372:25 380:16 382:21 389:1,4 394:7 396:4 401:23 403:4 409:19, 21 411:16 412:7 414:16

**update** 193:3 338:9,17

**updated** 152:2 192:11 193:7

**upon** 338:9

**upper** 104:1 216:11 227:15 381:13,22 393:9 396:13

**upset** 289:12

**upside** 373:11

**us** 37:11,14 50:19 64:5 89:5 108:19 157:4 207:9 234:18,23 236:1 247:2 334:3 366:12 374:6 408:15

**use** 28:19 38:7 65:1 76:11 77:1 80:13 81:23 96:6 109:6,7 137:7 138:15 146:1 190:2,25 191:15,18 212:18 213:4,6 226:23 227:19, 23 230:15 237:25 259:25 265:20 268:5 273:17 275:22 298:17 309:16 334:13 341:9 343:4 360:11, 12 362:19 368:14,25 370:5 378:6 387:10,11 394:10 414:5

**used** 32:19 38:23 50:21 51:10 54:13 71:6 76:11 77:16,18 87:23 94:22 136:3 169:14 177:4 194:3,15,19 202:20 203:14 205:2 227:25 233:2 236:16 261:19,22 301:14 306:10 331:7,14 358:8 369:6,8,9 394:14 402:23 405:2

**user** 371:23

**users** 76:18 105:20 106:2 117:21 125:10 150:4 167:11 193:15 201:8 232:18 235:9, 19 238:7 272:9 313:6 318:3 370:9,13 371:13 372:3, 17 380:8 410:17 411:11

**uses** 71:14

**using** 71:16 75:24 82:15 116:21 148:6 162:11 163:15 165:4 166:10, 11 194:24 233:22 265:15 266:10 267:2 272:11 279:7 300:5,6 313:3 319:10 329:9 341:7 346:20 353:4 357:13 370:20 371:5 384:4 386:2 394:20

**usual** 315:17

**usually** 46:10 64:14 65:1 71:25 82:23,24 95:18 103:9 108:18 109:4 131:13 138:3 145:1 152:12 334:14 342:25 376:6 395:16

**uterine** 56:11 146:24 149:15 363:11

**uterines** 56:20

**uterus** 56:17, 19

**utilize** 30:5

**utilized** 283:22

V

**Vague** 84:17 378:18 415:5

**validated** 395:20

**value** 101:8 109:19 110:14 271:22 324:24 333:11 342:15 393:16 396:15 399:21,22

**values** 76:5 82:3 93:24 94:21,25 95:1, 4 101:22 102:2,16 103:10 104:4 109:8,21 189:18,20 193:18,19 218:4 260:5 271:8 273:17 312:23 330:22 331:24 342:19, 20 401:23 402:14 405:7

**variabilities** 121:1 397:11

**variability** 71:16,19,21 72:2 75:23 83:16 102:5, 12,24 104:23, 25 105:3,12 110:18 112:6,

15,16,23,24 120:20 121:6, 11,18 189:10 268:2,10 269:14 394:18, 24 395:9,12, 16,22,23 396:18 397:5 400:8,12,15,17 401:3,13

**variable** 111:24 189:17 395:10, 14

**variant** 195:6

**variation** 71:24 72:6,11,22 104:7 106:2 110:11,17 121:22 189:15 324:10 395:21 396:13,23,25 398:23 399:2, 11 401:16

**variations** 102:18 105:8 116:19 395:18

**variety** 369:11

**various** 39:16 59:19 60:6 61:11 69:2 101:1 134:3 139:16 239:7 242:21 263:17 268:10 273:16 284:13 312:10, 16 313:2 322:14 338:3 343:14 363:19 380:20 398:2, 23

**vary** 41:20 117:23

**varying** 50:3

**vascularized** 57:5

**verbal** 51:8

**verify** 83:3 133:25

**versa** 303:13

**version** 37:19 77:12 115:5, 15,16 210:17, 20 218:21,23 267:24 268:5 302:9 340:14

**version.zip.** 79:14

**versus** 34:3 108:19,23 152:20 213:20 236:18 286:4 288:14,16 341:3 384:21 407:21 415:16

**very** 48:16 49:20 56:14 61:15 62:2 95:19 126:24 131:3 146:11 163:5 168:13 189:17 190:7, 14 192:5 194:12 195:22 216:9 230:6 250:25 251:14 284:5 289:25 297:2,6 302:2 306:3 322:11 323:7 357:11 360:7 385:12 394:11

**vessels** 56:20 57:1

**vet** 367:18

**veterinary** 366:24,25 367:1,4,10

**via** 120:9 202:14 284:12

**vice** 303:13

**video** 26:5,6,15 29:3 126:16 157:12 232:12 297:15 366:8 416:14

**videographer** 26:5,17 28:5, 12,14,17 35:14 36:20 54:5,8 68:1,4 126:11, 14 157:7,10 232:7,10 297:10,13 336:16,19 366:3,6 397:18,21 416:12

**videographic** 27:13

**view** 41:15 85:11 106:13 239:4 395:11

**virilizing** 66:9

**vitro** 60:22 61:15 63:24 64:25 152:14, 15,20,21 153:5,21 342:20 343:4

**vivo** 152:18,20, 22 260:9,14 342:21

**voice** 36:17 184:8

**volume** 205:5

### W

**wait** 119:2

**waived** 416:16

**walking** 286:20

**want** 28:16 35:18 52:18 61:16 65:10 67:3,5 76:22 81:10 88:9 93:15 95:17 96:9 99:1 107:14 110:12 124:1 125:16 126:1 134:19 140:14 148:9 153:7 155:22 159:17 160:1 163:24 168:18 172:21 175:10 179:2 188:8 191:15 194:4 195:23 202:23 216:18 218:16, 17 231:5 235:12 258:4 262:5,7 263:19 274:21 276:4 287:12 291:22 298:16 307:24 324:15 326:11 331:23 333:6 338:14 343:1 347:3,6 369:13 382:2 385:16 388:23 391:5 395:4 401:2 402:25 409:22 411:1 414:11, 20 415:15

**wanted** 32:10 39:22 43:8,24 107:3 124:1 137:10 145:24 156:3 157:1 190:11 235:24 256:14 299:21 305:6 318:7 348:19 363:17 390:10 413:13, 14

**wants** 355:15, 16 358:6

**warning** 337:16

**Washington** 26:2,14

**washout** 132:15 133:18 187:12

**wasn't** 70:15 84:8 88:4 92:25 201:14 216:5 248:19, 20 256:16 271:19

**water** 114:17 162:4,5,7 201:4,12,20 357:10

**way** 37:23 52:17 53:14 63:12 72:13 77:1 82:4 83:11 92:16 94:9 95:17,18 96:15 97:19 98:4,7,8 105:16 106:18 107:17 112:19 117:2,6 121:9

138:23 139:1 163:5,6 171:20 176:5 187:20 216:4 221:8 227:8 233:17 239:1 265:8 268:4 281:9,15 293:24 311:17 332:21 346:2 350:18 362:6 393:11 400:6

**we'll** 31:15 35:2,3,9 38:20 39:13 40:17 57:15 60:7 63:21 75:8 90:19,20 100:17 128:8 134:4 136:22 152:3 159:4 161:13 186:17 232:5 234:19 241:1 262:12 298:9,10 314:16 318:9 325:14,15

**we're** 27:18 36:22 38:5 54:6 67:17,20 68:5 69:13 92:6 97:21,24 110:2,4,19 112:14 113:23 125:15 126:12 157:8 160:17 163:18 177:18 179:19 191:8, 10,21 209:16 219:8 220:13 222:24 224:21 229:1 232:8,11 234:22,24 235:16 236:1 251:13,20 252:13,14,17 253:19 255:15 267:21 268:3 270:6 274:23 275:6 286:19 290:20 295:24 297:11 302:24 305:10,20 310:15 314:1,7 321:11 322:21 326:5 334:11 336:17,20 347:10 354:9 355:24 358:19, 20 359:7,14,23 366:1,4 390:8 397:19,22 402:20 409:23 413:19

**we've** 78:11 122:3 140:17 168:14 201:25 211:16 217:3 220:11 221:6 248:8 258:5 287:24 289:12 290:17,23 309:4 313:25 314:1 318:25 331:19 351:24 380:12 407:4

**weak** 244:3

**wearing** 384:16

**week** 253:22

**weeks** 145:19, 20,21 370:23

**weight** 73:20 75:10 94:6,9, 11,16,19 95:13 164:23 165:1 204:18,20,25 208:25 209:2 213:17 214:22 215:4,8,13,16 216:4,10 217:2,3 218:6 220:2 227:15 228:1 233:22, 25 315:2 319:6,7,11,15 371:9,12,14,15 373:6 374:3 375:1,5,9 376:5 377:1,14 379:7 392:24 393:3,12,13,24 394:3,4 406:4 408:24 415:17 416:8

**weights** 215:12,22 216:9 218:2 372:4,6

**welcome** 126:18 140:24 157:14 397:25

**well** 28:11,21 31:8,23 33:18 34:6 36:11 38:19 40:12,25 42:7 44:18 45:13 46:9,18 48:3 49:21 50:25 51:8 52:17 53:21 55:8 56:1 58:10,22 59:11 61:1 63:10,19 66:18 67:22 71:20 72:4,13 81:6 82:2,10 87:6 89:1 95:16 96:17 99:1 103:18 110:5,15 113:7 117:1 119:16, 23 126:24 128:12,21 129:15 135:3 137:7 138:2,10 145:1,12 147:12 150:5 158:16 159:1 161:12 162:2 163:1,2,13 165:2 166:7 167:12,13 172:14 175:21 176:15 178:8, 12,19 179:5,16 182:7 183:20 184:22 187:19 188:24 189:16 194:24 195:19 196:18 199:20 201:7,22 204:23 206:3, 24 208:12 214:2 216:1,15 217:22 218:24 220:6 225:5 226:7 227:2 228:6 229:9 233:3,24 234:13 237:21 240:19 241:9 243:14 247:3 254:13 255:8, 12 267:9 273:12,21 277:6,18 278:12 279:12 283:15 286:13 289:4,22 297:1 298:12 300:13, 22 301:9,11 302:1 313:7,9 319:21 322:20, 23 324:15 325:5 328:24 330:13 335:13 340:9 341:6,25 343:18 348:1 353:25 354:3 360:23 362:21, 22 363:13 364:22 366:21 367:4 368:21 370:1,21 371:6 372:5,16 373:3 375:2 378:4,19 381:12 384:23 385:12,15 386:9,15 390:5 391:11,22 393:22 394:2 395:2,7,15,25 398:8 399:4,21 400:21 401:10 409:20 411:21 416:5

**well-established** 63:3 83:12

**well-known** 80:11 81:21 82:7,9,10 177:15 180:19 283:17

**went** 233:15 234:5 244:12 261:14 262:17 366:22 367:7, 18,21 398:18 411:10

**weren't** 152:25 261:24 281:8

**Wessel** 79:22

**what's** 30:9 42:23 74:1 266:18 294:13, 20 377:21 383:9,20

389:18 390:2 395:23

**whatever** 55:10 83:2 87:23 120:4 137:13 139:4 142:15 155:19 265:23 313:4

**whenever** 214:4 236:4 248:1 281:5

**where** 46:19 49:13,15 53:13 56:17,25 64:13 73:5,13 74:23 83:6 95:21 99:2,23 101:1 102:15 107:20, 21 124:10 125:2,4 126:6 149:1 172:1 181:12 182:21 193:10 203:16 207:1 220:9 224:9 227:10 237:1 257:22 259:14 266:12 267:4 272:9 287:14 301:10, 20,22 302:14 305:8 320:3 350:12 364:16 382:18 394:6 402:21

**whereas** 385:20

**whether** 218:22 229:19 324:10 395:11,13

**which** 33:12 39:3 41:4 45:5 46:20 47:6,23, 24 48:5 50:23 53:3 56:13,18 60:7 61:22 63:25 64:4 68:17 70:5 72:25 73:6 76:9 79:5,12 88:22,24 89:15 91:12 93:13 95:1 96:5 99:8 101:3,16,18,22 104:7 107:2,4 111:14 112:22 115:15 118:22 121:24 122:7 129:19 135:11 137:12,13 140:4 143:13, 23 144:2,5,16 147:10 151:5 158:5 166:19 167:9,18 168:24 170:16 171:11,15 172:6 173:1, 22,23 177:11 179:22 181:12 185:1 186:2 187:9 189:10 193:25 198:22 200:10 201:10 205:19 208:14 213:6 214:22 216:17 220:7 221:10 225:5, 23 230:6,9 232:17 239:7, 15,20 241:22 242:3,6,7,17 244:2 246:4,5 249:10 251:13 254:8,14 255:21 256:20 259:9,18 264:18 275:2,3 277:13 281:20 286:18 287:7 290:17,23 292:14 297:3 300:3,21 306:21 308:8 309:14,24 311:4,21 315:16 317:3 320:4,7,15 321:18 322:5 323:7 325:16 326:14,24 330:10,11,14 331:7,14 337:23 338:22 345:10 348:8 355:9 356:23 357:3,10 359:16 360:11, 24 361:23 363:6 368:6,14 372:24 380:15 381:20 383:4 384:9 386:11 390:16 391:4 392:5 393:18 399:2 403:11 405:9,23 413:14

**Whichever** 98:7

**while** 53:25 123:11 180:24 190:18 213:7 221:12 234:9 235:13,15,23 258:3 266:11 267:3 272:11, 12 273:4 365:13 390:8

**white** 217:24 218:22 391:15

**who** 31:6 46:2 62:18 71:14 132:13 133:17 187:11 217:15 219:13 224:10 227:19 236:21 256:14 272:10 278:15 340:16, 20 347:21 374:7 413:8

**who's** 35:14

**whole** 36:8 53:12 56:16 82:18 83:15 105:18 171:5 193:3 202:19 222:21 225:7 240:12,19,20 244:15 305:4, 13 340:10 351:20 385:1

**why** 46:11 66:10 67:25 92:20 96:6 98:10 100:2 105:13 123:2, 21 124:7 126:5 136:21 137:10 153:25 167:15 169:9 175:17 204:23 207:15 235:12,16 240:24 245:4 254:13 258:1 267:10 273:21 287:12 294:15 295:3 298:2 331:23 346:17, 23 350:17 363:16 368:4 410:25

**wide** 72:7,10, 15,20 82:11 116:19 189:19

**widely** 136:3 395:10,14

**wife** 332:16

**will** 26:19,21 35:1,20 36:24 40:14 41:23 91:6 114:16 115:22 118:12 124:5,6 154:4 159:24 164:1,5 167:15 196:10 198:5 202:12 207:17 216:2 217:2 242:2,3, 6,20 244:4 259:4,11 263:25 278:23 304:25 310:8 311:24 315:9 318:25 323:22 325:11 326:12 328:16 372:1 397:10

**withdrawing** 382:11,13

**within** 39:25 42:16 98:17,20 103:11 105:4 109:23 182:15 183:5 246:23 263:17 314:4 334:10 403:8

**without** 63:16 190:25 276:9 360:12

**witness** 26:23 28:6 43:1 66:22 77:3 80:19 91:24 92:1,19 95:25 99:12,19 100:5 126:3,8 132:5

148:12,13,20 149:21 157:5 186:1 192:18 203:25 244:18, 20 245:1,8 248:3 261:5,18 366:1 392:16 398:15

**woman** 86:23 205:3,5 330:22 346:23 360:18 361:1 371:5,9, 17,19,24 372:1 373:17,24 378:16,20 379:1,15,17,21 395:4 415:17 416:4,8

**women** 43:23 55:17 66:12 91:13 109:19 128:16,17 130:9,18 132:13 133:16 145:12,14 147:1 187:11 188:7 200:18, 20 203:2,5,18 204:24,25 205:1,9,15,17 209:2,3 216:10 218:7,13 220:1,21 224:23 225:10, 11,23 226:1,21 227:14,19 228:1 230:1 231:9 234:1 236:16 264:6 265:15 266:10 267:2,10 272:10 282:21, 22 283:2,17 284:6 286:1,9, 10 288:12 290:22 291:2, 3,9 292:3,9,14, 17,19 319:8, 10,11,17,22 329:9 345:10, 15,21 346:2, 10,14,19 353:4,17,22 357:12,20 360:8 363:6,7, 11 372:5 373:15,21 375:7 379:22 380:3,4,5 393:12 394:11, 20 404:16 406:13,14,17, 18 407:21 408:23,24 409:9 410:1 411:24 412:1, 23,24 413:8 414:7

**women's** 45:9, 12 223:12,14 224:7,13,19 268:1

**won't** 163:25 207:18 219:4

**wondering** 98:10

**word** 43:22 54:13 57:8 92:1 117:18 148:7,14,19,23 149:22,24 194:4 236:19

**wording** 192:4, 7 193:10

**words** 30:2 162:3 191:24 280:20 289:5 389:24

**work** 44:23 45:1 55:18 56:3 93:22 244:10 292:8 296:3 366:18 367:11,21 370:6

**worked** 292:19 368:10

**working** 28:7 37:17 45:23 367:18

**works** 292:3 294:9 313:4

**worries** 32:15

**would** 30:3 34:18 40:7 42:6 46:14 51:6,23 52:8 54:25 55:7,8, 24 56:1 57:8 58:11,12 60:1 61:7 66:16,19 68:25 70:18 71:20 72:10, 15,17,20 75:12 76:24 80:20 81:3,13 83:3 87:8 91:3 95:8, 13,16,17,19 96:7,19,23 97:9,11 98:5, 14 99:6 102:9, 14,15,22 103:10,13,19 104:1,3 105:15,23 107:20 108:10 110:11,12,15 120:21 121:4 123:2,3,22 124:12 125:14, 22 126:8 128:7 131:5 139:5 140:16 141:13 153:8 161:8,9 162:1,6,25 163:11 166:5 168:1 172:24 175:10,25 176:1 193:25 195:23 197:2, 10,23 199:15 200:1 201:12 202:10 205:6, 21 218:1,6,7, 18,25 221:16 225:7,8 226:12 227:4 229:18, 24 230:1,3 231:2,18 236:20 247:16, 18 248:8 249:15,16 250:13 258:13 261:22 262:6 266:25 267:1, 22 268:19 274:8 289:10 302:2 304:14 307:2 313:4, 11,15 317:22 319:24 324:2, 11,12 325:2 331:23 332:7 333:17 334:3,7 341:1,6,8,19 342:22 343:7,9 344:10 351:7 355:7,10 359:19,24 370:22 371:18 374:12 376:2, 3,4 378:19 379:15,17,20 380:3,16 385:8,22 387:11,12 388:24 389:20, 21 395:11,14 396:24 398:1, 12 403:1,3,7 406:12,16 407:3,5,15,20 409:5,7,8,11, 17,20,21,25 411:6,24,25 412:1,4 413:5, 7,9 414:11 415:2,3,19 416:1,3

**wouldn't** 201:13 295:1

**wrap** 345:25

**write** 32:7 181:21 193:4

**writes** 276:18, 19 279:24

**writing** 37:13

**written** 117:2 129:10 184:24 186:5 190:10 272:22 305:8 306:8

**wrong** 49:6 65:11 170:22 316:6 321:8 342:17 359:6

**wrote** 100:3 182:1 203:8,10 279:25 340:16 363:21 364:17

**X**

**Xiao** 90:25 91:7

92:7 93:23,24 94:22 95:1 98:14 101:16 107:18 108:1 140:3

**Xuling** 142:4

Y

**yeah** 107:17 209:8 295:24 324:24 351:19

**year** 44:21,22 78:21 146:3,4 200:19 312:14, 17,18 320:15, 24,25 366:23 384:17 394:10

**years** 87:7,9,22 89:4 101:11 145:23 146:1 225:10 262:1 348:17 369:7 370:4 385:3 394:15 402:17

**yesterday** 190:9

**yet** 47:22 194:19 299:3 322:8 345:9 379:1

**York** 26:11

**you'd** 141:1

**you'll** 29:2,14 37:13 42:22 114:10 127:20 142:23 154:5 223:20 311:18 318:10 321:20 330:12 347:17 353:10 356:21, 24

**you're** 40:6 48:10 49:21 53:25 58:22,24 62:15 64:8 67:11 68:19 81:6,7 100:15 102:8 115:4 117:18 126:24 140:24 176:3 196:17 214:24 226:19 227:6 236:4 256:9,24 274:5 280:6 289:11 295:12, 15 321:6,10 329:3 346:21 362:20 367:14 388:8

**you've** 29:20 36:10 42:2 46:4 51:11 91:11 125:23 126:24 128:14 251:17 253:24, 25 276:11 286:8 294:11 305:13 368:8 383:24 398:14 407:5

**young** 188:7

**yours** 114:5 115:22 244:19

**yourself** 254:24,25 283:22 365:4 366:15

Z

**zed** 307:4

**Zhang** 142:4

**zigzag** 383:1

**Zurth** 43:25 79:22 80:4 90:14 93:14 108:17 127:22 257:19 259:1 263:18 275:15 276:9 279:20, 25 335:7,15 372:18,20

**Zurth's** 106:7