# EXHIBIT A3

## Nov. 30, 2017
## Deposition of Christian Zurth, Ph.D.

# In the Matter Of:

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

# VIDEOTAPED DEPOSITION OF CHRISTIAN ZURTH

*November 30, 2017*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - -

IN RE: )
)
MIRENA IUS LEVONORGESTREL-RELATED )17-MD-2767(PAE)
PRODUCTS LIABILITY LITIGATION )17-MC-2767(PAE)
(No. II) )
)
)

\- - - - - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF CHRISTIAN ZURTH

a witness herein, called for examination, taken by and before Claire G. Hill, Court Reporter, at Covington & Burling, 265 Strand, London WC2R 1BH, UK.

Thursday, November 30th 2017 at 9.00 a.m.

A P P E A R A N C E S

Appearing on behalf of the Plaintiffs:

Jones Ward PLC
The Pointe
1205 E Washington Street
Suite 111
Louisville, KY 40206
Phone: (502) 882-6000
christina@jonesward.com

BY: CHRISTINA T. NATALE

Davis & Crump PC
2601 Fourteenth Street
Gulfport, MS 39501
Phone: (228) 863-6000
trevor.rockstad@daviscrump.com

BY: TREVOR B. ROCKSTAD
and ANDERSON BROWN

Appearing on behalf of the Defendants:

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-5894
mimbroscio@cov.com

BY: MICHAEL X. IMBROSCIO
and ALEJANDRO BARRIENTOS

Shook, Hardy & Bacon LLP
1155 F. St, NW
Washington DC 20004
Phone: (202) 783-8400
mmangrum@shb.com

BY: MICHELLE MANGRUM

Also Present:

Raphael Oen
Bayer Representative

Claire Hill
Accredited Realtime Reporter

David Ross Elliott
Videographer

Almute Löber, Kerstin Jackisch and Roya Azadi
Interpreters

I N D E X

CHRISTIAN ZURTH ....................................7
DIRECT EXAMINATION BY MS. NATALE .....................7
CROSS-EXAMINATION BY MR. IMBROSCIO .................146
RE-DIRECT EXAMINATION BY MS. NATALE ................158
RE-CROSS-EXAMINATION BY MR. IMBROSCIO ..............165

E X H I B I T S

1 Order No. 14 re Protocol Governing Fact Depositions (7 pages) 7
2 Notice of Deposition, with Exhibit A (8 pages) 9
3 Dr. Zurth's CV (3 pages) 11
4 Description - MIR_AC_Unredacted_00028097 - 102 31
5 E-mail Ruane to Singh, 3/4/99 - MIR_JR_00184570 34
6 E-mail string beginning Marczi to Krattenmacher et al, 6/4/99 - MIR_JR_00186518 - 9 40
7 E-mail Toijonen to Zurth et al, 14/12/06 - MIR_ELEU_00253307 48
8 21-225 Medical Review, MIR_AC_00398249 - 285 50
9 Endocrine Reviews, April 2013, 34(2): 171-208, Progestogens Used in Postmenopausal Hormone Therapy, Stanczyk et al 55
10 Email string beginning Inki to Sallinen, 80

| | | |
|---|---|---|
| 11 | Justification Document for Mirena®, changes from CCDS version 3 to 4, dated Nov 26, 2007 - MIR_AC_00021735 - 44 | 94 |
| 12 | Statement on the use of FLI, 28/4/2004 - MIR_PIEU_00913665 - 6 | 118 |
| 13 | Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants, Advances in Contraception, 1992;8:319-326 | 132 |
| 14 | Integrated pharmacokinetic analysis of levonorgestrel-containing contraceptives with various routes of administration, Hofmann et al (36 pages) | 149 |
| 15 | Statement on serum levonorgestrel concentrations in Mirena® users, Inki, Zurth, 27th June 2008 - MIR_PIEU_00447779 - 82 | 154 |

Thursday, November 30th 2017

(9.28 am)

THE VIDEOGRAPHER: Good morning, this is the beginning of media 1, volume 1 in the video deposition of Mr. Christian Zurth, this is being held at the offices of Covington & Burling, 265 Strand, London WC2R 1BH. This is being taken on 30th November 2017, at 9.28 am as indicated on the video screen.

This deposition is in the matter of In Re Mirena® IUS levonorgestrel and related products liability litigation (no II), the case number is 17-MD-2767 (PAE), being heard before the United States District Court for the Southern District of New York.

The court reporter today is Claire Hill, of Discovery Litigation Services and my name is David Ross Elliott, and I am the official certified videographer here on behalf of Discovery Litigation Services.

We have three interpreters present today, Almute Löber and Kerstin Jackisch and Roya Azadi.

I would now like to ask counsel to introduce themselves.

MR. IMBROSCIO: Counsel will be noted on the stenographic record.

MS. NATALE: And I will also note for the record that the witness is Dr. Christian Zurth, not Mr.

ALMUTE LÖBER, KERSTIN JACKISCH and ROYA AZADI,
Interpreters, sworn
CHRISTIAN ZURTH,
having been duly sworn,
testified through the interpreters as follows:

MS. NATALE: One last administrative issue for the record. As we discussed before the deposition, I am just going to enter exhibit 1, which is just the deposition protocol, order number 14, entered in this matter, and just direct to paragraph 20, on page 5. Per the protocol, the plaintiffs are entitled to 11 hours and 12 minutes on the record. We all hope that we will not go that long, but we'll see what happens.

MR. IMBROSCIO: Understood.

MS. NATALE: Thank you very much.

DIRECT EXAMINATION BY MS. NATALE:

(Exhibit CZ1 marked for identification)

Q. Dr. Zurth, my name is Christina Natale and I am here representing the plaintiffs today and I will be taking your deposition today.

Have you ever testified before under oath?

A. No.

Q. That was an easy translation. So I am going to explain some general rules to you today, just so that we can make this as efficient and easy for

everyone as possible. And then we'll talk a little bit about the translations that will occur today.

First, it is very important that you give verbal answers for our court reporter today, it will be very helpful. No nods of the head or shaking or no uh-huhs and uh-uhs is very helpful for the record.

A. (In English) I will do my best.

Q. The second thing is that it is very helpful if we let each other -- let me finish my question before you respond, and I will do my very best to let you finish your response before I come back to you and hopefully that will not be an issue, because I do not speak German, so I will wait for the translator before I ask my next question.

A. (In English) Okay.

Q. I understand that German is your native language, and so you'll be testifying today in German. There will be some documents that I might show you today that are in English, and if you could do your best to -- if you are proficient at all in reading English, to just understand it to the best of your ability. Any sentences that I read out loud the court reporter will translate to you, and ask if I have read it mostly correctly, and then if you need more context, you can ask for help from me or the translator.

MR. IMBROSCIO: If I may, you can read it in English, the translator can translate, "Have I read it correctly", and that will be it.
MS. NATALE: Yes.
THE INTERPRETER: May the interpreter just make one comment? You will read out the English text and if he understands, it's fine, but if he needs some translation, there will be translation?
MS. NATALE: I think that's perfect. I think that's probably ideal.
A. (In English) Okay.
Q. Thank you very much. We definitely understand if you are more comfortable in German, whenever you need help just let us know, but it's very helpful to all of us if you do speak English.
I have marked for the record exhibit 2, and I have copies for our court reporter -- sorry, for our translators, and for you.
(Exhibit CZ2 marked for identification)
Q. Dr. Zurth, have you ever seen this document before?
A. Not that I recall.
Q. Are you aware that your deposition has been noticed in the case that was read into the record earlier, the Mirena® products liability litigation?

A. Yes, I do.

Q. So this is what is called a notice of deposition, and -- sorry, strike that.

There is an -- and then if you flip to the fourth page, there should be an Exhibit A.

MR. IMBROSCIO: My version doesn't have an exhibit A. His doesn't either. We have shown him obviously exhibit A. Maybe the court reporter has --

MS. NATALE: Okay, we'll switch out the exhibit sticker on the record. I am so sorry, guys.

Q. So Exhibit A lists some documents that were requested to be produced by you today in conjunction with your deposition. I understand that you have not seen this document before but do you want to --

MR. IMBROSCIO: He actually -- (Question interpreted).

A. I must correct myself, I did see this portion, but I wasn't aware of such a short document.

Q. Thank you.

MR. IMBROSCIO: Let me give this to you, Christina, I realize I should have done that before. We brought a copy of his CV. (Handed).

MS. NATALE: We had an earlier version from the prior productions but we were just making sure that everything matches up and we are good to use the one

that you've given us.

Q. Counsel has just handed us what we'll mark as exhibit 3. Do I understand that this is a true and accurate copy of your most recent curriculum vitae?

(Exhibit CZ3 marked for identification)

A. With respect to my CV, yes, I think that is the latest one, but with respect to publications, I think the latest publications are not listed on this document.

Q. Fair enough, thank you. Dr. Zurth, item number 2 on that Exhibit A that you are looking at, which was exhibit 2, is all documents in your custodial file relating to Mirena® and the conditions at issue in this case, including paper and electronic document files. In this litigation, I will represent to you, and I'm sure you may be aware, but some documents have already been collected from you and produced in this litigation. Are there any other documents you are aware of in your possession, custody or control relating to Mirena® and the conditions at issue in this case that have not been produced by defendants that you are aware of?

MR. IMBROSCIO: Object to form.

A. No, I made all documents available.

MS. NATALE: If you're willing to stipulate

that he's not brought anything else pursuant to the notice, we can move on.

MR. IMBROSCIO: Correct, yes. And exhibit 3 is your notice. I would just note, not only to mark it, but we also served objections which responded to these points specifically, and I am happy that -- I just want to make sure you are aware of that.

MS. NATALE: Exhibit 2 is the notice. Exhibit 3 is the CV you gave us, is that correct?

MR. IMBROSCIO: Good point, yes.

MS. NATALE: Just for the record, thank you very much.

A. Could I just blow my nose?

Q. Yes, I forgot to say on the record, any time that you need a break, Dr. Zurth, please just let us know. We're all -- it's going to be a long day or days for all of us, including our translators. Any time anyone needs a break, just let us know. If I have a question pending, I would appreciate that you answer before we take a break.

A. I understand.

Q. One last question before we move on from this notice. There are some questions on the notice regarding anything that you have done in advance -- any documents that you have reviewed in advance of the

deposition, or articles, published literature or other research that you plan to consult or rely upon in preparation for the deposition.  Are there any such materials?

MR. IMBROSCIO:  I would just instruct the witness to answer only to the materials you reviewed on your own and not share any of the discussions we have had, and I think that is consistent with what she is asking.

A.   No, I did not look at any further documents.

Q.   Based on what Mr. Imbroscio said, I just wanted to ask you a few questions.

Did you meet with anyone in preparation for today's deposition?

A.   Only with my attorneys.

Q.   Was there anyone else present?

A.   No.

Q.   Was there a translator present?

A.   Once there was an interpreter present.

Q.   How many times did you meet with the attorneys?  I will represent that I mean in person, or perhaps by videoconference.

A.   I can't remember exactly, but three or four times.

Q. How long would you say those meetings or teleconferences lasted?
A. From one hour to one day.
Q. Total, or each meeting?
A. Well, some meetings were short, others were long, or longer.
Q. Did you have any -- aside from those meetings, did you have any phone calls or e-mail communications with the attorneys about this deposition?
MR. IMBROSCIO: Object to the form, compound.
A. No.
Q. Did you meet with anyone from Bayer, not including the attorneys here, to discuss the substance of this deposition?
A. No.
Q. So let's take a look at what we've marked exhibit 3, which is the CV that was produced to us this morning. Did you create this document, Dr. Zurth?
A. Yes, I did.
Q. It states here that you received your biology diploma from the Free University of Berlin in 1981, is that correct?
A. That's correct.
Q. I just wanted to ask you a quick question, I don't think we need to enter into it unless

we need to. I found an earlier version of your CV in the production marked April 2008, and it says, next to "Free University of Berlin", it says "Institute of Animal Physiology". Is that like a specialty, or is that just the name of the school?

A. I don't really know whether it would be called a department, but probably it was because the area of biology is subdivided into different departments, one being animal physiology, then zoology, botanics and so on and mine was animal physiology, so that's probably what you would call a department.

Q. What is animal physiology?

A. Animal physiology addresses matters of metabolism and whatever goes on in the bodies of animals.

Q. Under "Professional experience", the first listed on here is from -- strike that.

On the other version of your CV, it also says the Free University of Berlin, and Schering AG Berlin. Is that university affiliated or associated with, or was at the time that university affiliated or associated with Schering AG?

A. No, there is no affiliation between the Free University of Berlin and Schering AG. However, my diploma thesis was written in conjunction with Schering

AG, where I wrote about kidney physiology of contrasting agents.
Q. Then we'll move to the professional experience. The first item listed is 1984 to 1986, scientist in the department of contrast media pharmacology, Schering AG, Berlin. Is it fair to say that you have -- strike just the last part of that.
Is it your understanding that Schering AG was at some point acquired by Bayer Pharma AG, or Bayer Schering Pharma AG?
A. Yes, that's correct.
Q. So is it fair to say that since 1984, you have always been employed by some form of either Schering AG, Bayer Schering AG or Bayer Pharma AG?
A. Yes, that's correct.
Q. What is contrast media pharmacology?
A. Well, at this point in time, it was mainly the issue that we looked at how contrast agents behave or what they do in the bodies of animals.
Q. What is a contrast agent?
A. A contrasting agent, for example, is used in imaging processes such as X-ray or MRI. And you use this in order to then be better in a position to find any disease, problem, disorder in the body.
Q. What does a scientist in that role, what

were kind of your responsibilities?

A. I had a lab, and two colleagues who worked with me in the lab, or assistants, and we carried out animal experiments to look at how contrast agents were distributed in the body and also how they were excreted.

Q. The next position listed, from 1986 to 1996, is the head of laboratory endocrine therapy, department pharmacokinetics, Schering AG Berlin. What is laboratory endocrine therapy? Sorry, or if it's head of laboratory, endocrine therapy? I can't tell.

THE INTERPRETER: May the interpreter ask the witness one question?

MS. NATALE: Please. (Interpreter clarifies with witness).

A. I don't know myself whether there should be a comma or not. That was the kind of title that was assigned to this position, and that's how they phrased it. Anyway, what it was all about is that there was a laboratory and there were also two to three colleagues working in the laboratory with me, and we looked at hormone containing development products, and there were animal studies, and also biological analyses, and to some degree also we looked at studies in humans as well. To some degree, only partially.

Q. The next item on this list is from 1996 to 1999, head of a working group, department pharmacokinetics, FC/HT, SBU fertility control and hormone therapy, Schering AG Berlin.
I understand, based on the written out part, that FC/HT means fertility control and hormone therapy, is that correct?
A. That is correct.
Q. What types of products would be included at that time that you were working on in fertility control and hormone therapy?
A. At the time, it meant contraceptives, but my focus was on hormone therapy, which means products that were given to women post menopause.
Q. Sometimes are contraceptive products, do they receive other indications, say for use in conjunction with a hormone replacement therapy product for post menopausal women?
MR. IMBROSCIO: Object to form.
A. As a pharmacokineticist, I do not have a full picture of this, but I wouldn't be aware of this.
Q. What actual, the brand names of products that -- were you working on at that time?
A. Let me say that I do not have a clear recollection of all the names that I worked with 30

years ago.

Q. Okay. I know it's been a long time as well, so at various times today I might introduce some documents to try to help refresh your recollection, and you can let me know if those documents -- I will ask you if they do, but you can let me know if those documents help refresh your recollection.

A. Yes, thank you.

Q. So the next position says 1999 to 2007, scientific expert for human kinetics FC/HT, which again I understand to mean fertility control and hormone therapy, function clinical pharmacokinetics, metabolism and bioanalysis, Schering AG Berlin. Is that correct, did I read that correctly?

A. Yes, that was correct.

Q. I might have to ask you a series of questions to try to help us understand what some of this is. First, what is pharmacokinetics?

A. Pharmacokinetics is generally describing what you need to characterize the absorption, distribution, metabolism and excretion of substances.

Q. Is there a distinction, it says "human kinetics". What is the distinction, if any, between pharmacokinetics generally and human kinetics?

A. This is no difference. What it means

here is that I had changed at that point in time into a group that only focused on clinical kinetics, which is kinetics in humans.

Q. You answered my next question too, you were one step ahead of me.

Then you explained that pharmacokinetics, and I am mostly -- here we go. You said "generally describing what you need to characterize the absorption, distribution, metabolism and excretion of substances". Is there any difference, here it says "metabolism and bioanalysis". Is there anything else that the jury needs to understand what bioanalysis is?

A. Bioanalysis is determining the effect of the concentration of a substance in certain media, and media here can be plasma or urine or faeces.

Q. What do you mean by effect?

A. I think there was a slight error in the interpretation. I said determining the concentration of the substance, not the effect of the concentration.

Q. What were your responsibilities as a scientific expert in that role?

A. I was accompanying studies, we had lab samples or other samples were taken to determine the concentration and then absorption, distribution and excretion of these concentrations for various

development products.
Q. That was a little bit more recent, I know the earlier range is 1999, and the most recent was 2007. Do you have any recollection of what the products might have been that you were involved in at that time?
A. I do recall that around -- or starting at 2004, for example, I was working on Mirena®, and others might have been Climara Pro, there were so many products at different points in time that it's difficult to remember. There were also patches that only contained estradiol, but I cannot really remember the name, but it's coming back to me. I think it was Menostar.
Q. Just for -- so at the time that you -- in 2004, when you started working on Mirena®, is it true that the tradename would have been Mirena®, and not Levonova at that point?
A. I do not really know what was used for selling the product, I only know what was discussed in the company and there the name was Mirena®.
Q. And there I will represent to you I believe it was Mirena®, I was just trying to clarify with you, in some of the foreign countries, earlier on, it was referred to as Levonova, I believe, but I think you are correct that it was Mirena® at that time.
Do you have any knowledge of the abbreviation

MLS or developmental or final product name Menorrhagia levonorgestrel system?

A. I do recall the name and the development project, but I am not sure whether it was ever launched on the market.

Q. Is it your understanding that that was -- strike that.

Okay, back to this exhibit 3, the next item is 2007 to 2012, senior pharmacokinetics expert, clinical pharmacokinetics, women's healthcare/specialized therapeutics/diagnostic imaging, Bayer Schering Pharma AG Berlin. Is that correct?

THE INTERPRETER: Do you mean have you read this correct, or is this correct?

MS. NATALE: Is this correct.

A. Yes, that is correct.

Q. Is there a distinction between the last position, which was scientific expert, and now senior pharmacokinetics expert?

A. No, there was no real difference, it was just based on a restructuring after the acquisition by Bayer.

Q. That's actually what I was just about to ask. It looks like this is the first item on this list that says "Bayer Schering Pharma AG". Is it your

understanding that somewhere around that period before 2007 is when Bayer acquired Schering Pharma AG?
A. Yes, as far as I know, this was in 2006, or at least the start of the acquisition.
Q. It also appears that this is the last position listed that relates to women's healthcare, is that accurate?
A. Yes, this is correct.
Q. So is it also correct that since 2012, your role has been outside of the departmental structure of women's healthcare?
A. That is correct.
Q. So it states that since June 2012, you have been a principal scientist and senior pharmacokinetics expert, clinical pharmacokinetics oncology, Bayer Pharma AG Berlin, is that correct?
A. That is correct.
Q. Is that sort of -- do you hold the same sort of job responsibilities, and it's just products related to oncology, rather than female healthcare?
A. That is correct.
Q. If we turn to -- I promise we won't go through all of this, but if we turn to your scientific activities, including memberships, awards and publications, is it fair to state that a number of these

publications deal with what states two low-dose levonorgestrel-releasing intrauterine systems?

A. As far as I remember, there was only one publication that was dealing with this, with successor products to Mirena®.

Q. Just to check, it says:

"2012. Pharmacokinetics (PK) and effect on ovarian and cervical function of two low-dose levonorgestrel-releasing intrauterine systems."

Did I read that correctly?

MR. IMBROSCIO: Fourth from the bottom?

MS. NATALE: Yes, sorry.

A. Yes, this is right. It was a publication which I didn't write myself, I was only a coauthor, and this is why I didn't really recall that.

Q. I think it looks like the actual publication may have been in 2014, the last item on the list, and then that was a presentation perhaps about, like early on before it was published, is that accurate?

A. That is correct.

Q. Is it your understanding that those two products are LCS16 which is currently marketed as Kyleena® and LCS12, which is currently marketed as SKYLA or Jaydess®?

A. That is correct.

Q. You mentioned that you did not write the piece yourself, you were only a coauthor. Just out of curiosity, what was your role in assisting with that publication?

A. Perhaps the translation was not absolutely correct, because I think I said that I was a coauthor, I did not do the presentation in the conference myself, and of course it was my task, during the preparation, to talk about the pharmacokinetic results for this presentation.

Q. As far as the pharmacokinetic results, what was that -- what type of maybe parameters or measurements or estimations would that include?

A. Usually we calculated parameters such as the maximum concentration or the area under the curve, and as far as I recall at that time we also determined the concentration data after one, two and three years, and also, but I am not sure whether this was also in the publication, the release rates of the product.

Q. Do you know if that publication included a model to estimate the unbound fraction of levonorgestrel?

A. I know that we had such a model but I do not recall specifically whether this was mentioned in this publication. I would need to look at the document

or the publication.
Q. Is the lead author on that piece Dr. Dan Apter?
A. Yes, that's correct.
MS. NATALE: Does anyone need to take a break?
MR. IMBROSCIO: I think we should keep going.
Q. Do you know Dr. Birte Hofmann?
A. Yes, she was my successor in the project.
Q. So it's your understanding that she is the current director pharmacokinetics expert in women's healthcare at Bayer AG?
A. I would say so, although I don't know her exact title.
Q. Are you aware that Dr. Hofmann testified on behalf of the corporation last week?
A. Yes, I am aware of that.
Q. Have you discussed her testimony with her?
A. No.
Q. Have you discussed her testimony with anyone other than the attorneys?
A. No.
Q. I will represent to you that Dr. Hofmann testified last week that:
"From the pharmacokinetic point of view, the

route of administration can be different, as if you have oral or you have intrauterine or you have intravenous, and that defines how the drug is getting into the bloodstream, so that can vary, but once it is in the bloodstream, then the properties of the compounds or the PK properties are similar."

Did I read that right?

I will just clarify, there's no exhibit, so obviously he cannot tell me if I read it right, I just want to ask if he understands what I said.

A. Yes.

Q. Do you agree with that, that pharmacokinetics includes both how the drug gets into the blood, how much of the drug gets into the blood, and then the properties of the compound once it enters the blood?

A. Yes.

Q. I understand from Dr. Hofmann that there is like an overarching department of clinical pharmacology, and then within that there is clinical pharmacokinetics and clinical pharmacodynamics, is that correct?

A. Yes, that's correct.

Q. Are there any -- strike that.

What does the department of clinical

pharmacodynamics deal with?
A. These are medical experts who deal with the effects of drugs in the body. They deal more intensively with the effects of the drug in the body.
Q. You said they deal more intensively with the effects of the drug in the body. Do you have any general understanding of the effects of the drug in the body?
MR. IMBROSCIO: Object to the form, vague.
A. I would like to specify that. What do you mean exactly when you say effects of the drug in the body?
Q. Absolutely. So I took that from what -- the interpretation, or maybe your testimony, and that's okay. What did you mean when you said they deal more intensively with the effects of the drug in the body?
A. I don't recall the exact wording that I used in German, but when I said they deal with it more intensively, it means they intensively investigate the effects of the drug in the body, while I actually, in pharmacokinetics, deal with the substances proper.
Q. So let's use a more specific example to try to help us with this question. What is Mirena®?
A. Mirena® is an intrauterine device that releases levonorgestrel and therefore has contraceptive

effect.
Q. What is levonorgestrel?
A. Levonorgestrel is a gestodene that may influence the female cycle.
Q. Is a gestodene a synthetic hormone?
A. Yes.
Q. Is it a synthetic steroid hormone?
A. Yes.
Q. When we talk about the pharmacokinetics of Mirena®, and we talked about how -- strike that.
So we discussed how pharmacokinetics is about how the drug enters the blood, so is it fair to say that when we talk about the pharmacokinetics of Mirena®, the drug we are discussing is levonorgestrel?
A. In my view, the question includes two aspects. First whether levonorgestrel, or how levonorgestrel is absorbed in the blood, and that's correct. While in the case of levonorgestrel we have a special effect, which is a local effect -- (interpreter's correction) in the case of Mirena® we have a special effect, that the drug has a local effect, which already -- or the large portion of this effect already occurs during the uptake of the drug via the endometrium.
Q. So two things. The first is that just to

clarify, my question was just is the active ingredient or the drug released by Mirena® levonorgestrel, okay?
A. Yes, that's correct.
Q. Okay. So to address your answer, and just another question, is it accurate that the main contraceptive effect of Mirena® is due to local effects of the drug in the endometrium?
A. Yes, that is my understanding.
Q. Is that because the intrauterine device, literally, by definition, releases the levonorgestrel directly into the uterine cavity?
A. That's correct.
Q. Then is some of the drug absorbed through the endometrium and then distributed into the blood?
A. Yes, and it is assumed that almost all of the drug is then distributed into the blood.
Q. So is it fair to state that when we talk about the pharmacokinetics of the levonorgestrel released by Mirena®, we are talking about both its local effects in the endometrium and any effect it may have once it is distributed into the blood?
MR. IMBROSCIO: Object to the form.
A. Yes, that is the predominant effect, but as the concentration of the release is so low, it is in my view only a secondary issue.

Q. When you say secondary issue, you're discussing the systemic or blood levels of levonorgestrel, is that accurate?
A. That's correct.
Q. Is it fair that that secondary issue that you're talking about, the systemic or blood levels, would be -- would correspond to any potential biological effects, systemic effects?
MR. IMBROSCIO: Object to form.
A. That's correct.
Q. Is it fair to say that pharmacokinetics deals with both efficacy or contraceptive effect and safety or systemic effects?
MR. IMBROSCIO: Object to the form.
A. From my point of view, you can't say that, these are two different subjects. You can investigate the safety and efficacy of a drug, and at the same time you can do the pharmacokinetics, but I would say that this is not the aspect that you can use pharmacokinetics to assess the safety of a drug, the safety and efficacy of the drug.
Q. I am going to mark exhibit 4 for the record. We are also going to pull it up on the document camera, the computer, but we have copies for all of you.
(Exhibit CZ4 marked for identification)

A. May I take some time to have a look at the document?

Q. Absolutely. I will just let you know for now that I am interested in the e-mail on the last two pages, starting with 28100. The beginning of the document is Bates stamped MIR_AC_Unredacted_00028097 and the page I have directed the witness to ends in 28100.

It starts at the bottom here with "Klaus Dr. Sommer" and it goes on to the next page. Let me know when you're ready.

A. (Pause). I am done.

Q. A few questions. Have you ever seen this e-mail before generally, not this copy of it?

A. Although I don't remember, it may well be that I was cc'd on it.

Q. So if we look at that page, the bottom of that page ending in 28100, do you see that it's an e-mail dated February 13th 2008?

A. Yes.

Q. Then do you see it says "To" and on the second line it starts "Christian Dr. Zurth"?

A. Yes, as I said before, it might well have been the case that I was cc'd on it.

Q. On the page -- the next page, which ends in 28101, above "Best regards, Klaus", the last kind of

bullet, do you see that, where I am?
A. Yes.
Q. The second sentence on the first line says:
"The PK issue is considered a safety and liability issue."
Did I read that correctly?
A. Yes, you read that correctly.
Q. Do you agree with that?
MR. IMBROSCIO: Object to the form.
A. In my view, I can't agree with that, because as I did not write that, I do not know how the colleague arrived at this conclusion.
Q. We can put that aside for now. We will come back to it. In your time with female healthcare at Bayer or Schering, were you ever involved in the labeling process for Mirena®?
MR. IMBROSCIO: Object to the form.
A. Yes.
Q. Would you agree that the labeling for Mirena® is collaborative, in the sense that multiple departments may be involved in developing certain sections of the label?
A. Yes, that's correct.
Q. So would it be accurate to state that

your participation in the Mirena® label would be directly relevant to the pharmacokinetic section of the label?

A. Yes, that's correct.

Q. Do you know what a GLC is?

A. Yes, that means Global Labeling Committee.

Q. So let's look back to -- give me one second actually. (Pause). Let's mark exhibit 5 for the record.

MR. IMBROSCIO: Just while the translators are getting situated, you have the document up on the computer, it's being captured, but it's not going up to the big screen?

THE VIDEOGRAPHER: Do you want that?

MS. NATALE: Yes, please. Is that something we can do without taking a break at the moment?

MR. IMBROSCIO: Then let's proceed, and at the next break we should just do that.

MS. NATALE: Okay, thank you.

(BY MS. NATALE)

Q. This is Bates stamped MIR_JR_00184570.

(Exhibit CZ5 marked for identification)

A. Yes, I'm done.

Q. And this e-mail appears to be dated March

4th 1999, is that correct?
A. I take this to be the case, yes.
Q. Or maybe April 3rd, we don't know! It says 03/04/1999, is that accurate?
A. Yes.
Q. In America, we do the opposite. Okay, and do you see that the subject says "Draft labeling for Mirena®"?
A. Yes, I see that.
Q. Do you know any of the individuals listed as sender or recipients or cc?
A. Yes.
Q. Which individuals?
A. Jo-Ann Ruane, Herman Ellman and Pirjo Sallinen. I might also know Suzanne Hampton.
Q. Do you see, first line under "Dear Mukul", it says:
"Attached please find the current labeling for the marketed progestin-releasing IUD (with Mirena® inserted as the product name)."
Did I read that correctly?
A. Yes.
Q. Do you know what marketed progestin-releasing IUD may have been already on the market in 1999?

MR. IMBROSCIO: Object to the form.
A. No, actually I understand the sentence as if it were or had been Mirena®.
Q. Are you familiar with the brand name Progestasert?
A. No, I don't.
Q. Are you aware if there has ever been an intrauterine device that released the endogenous progesterone?
A. No.
Q. Do you see on the attachment it says "Alza.doc"?
A. Yes, I see that.
Q. Do you know what Alza might be?
A. No, I don't know that.
Q. I will show you some documents to explain, but for now, I will represent to you that what this sentence is saying is that there was a marketed progesterone released IUD called Progestasert and it appears that the author of this e-mail substituted the word "Mirena®" in that label for demonstrative purposes, okay?
MR. IMBROSCIO: I am going to have to object to the form of that one.
A. Okay, I take note of it.

Q. The next thing it says is:
"Would you kindly look both at this labeling and the Paragard labeling (previously distributed by Nancy Konnerth) ..."
Did I read that correctly?
A. Yes, you did.
Q. Do you know what Paragard is?
A. No, I don't.
Q. Are you aware that some intrauterine devices, the contraceptive agent in some intrauterine devices is copper?
A. Yes, I know that.
Q. I will represent to you that Paragard is a copper-releasing IUD, okay?
A. Okay, thank you.
Q. Then the sentence continues:
"... and then we can discuss which of the two should be used as the primary reference in constructing the draft labeling for Mirena®."
Did I read that correctly?
A. Yes.
Q. Does it appear from this e-mail that some marketed progestin-releasing IUD and also Paragard, that the labels from those two might be used to draft the initial Mirena® labeling?

MR. IMBROSCIO: I am going to just object to the form.

A. I consider this very speculative at the moment, because this is an e-mail on the topic, and I can't really say anymore about it.

Q. Okay. Is it common practice that individuals within a drug company may consult other drug labels when constructing parts of the drug label for the relevant product?

MR. IMBROSCIO: Object to form.

A. Yes, I think so, in order to make sure that labels are not too different. However, this would be a totally different situation here if I were to equate a copper-releasing IUD with a hormone-releasing IUD.

Q. So just to clarify, I know you said that you don't necessarily equate pharmacokinetics with safety, but would it be accurate to state that perhaps certain issues, such as device related issues, might be comparable, but as far as pharmacokinetics, it would not be comparable to use a copper IUD for the pharmacokinetic properties of a hormonal IUD?

MR. IMBROSCIO: Object to the form.

Q. I am going to withdraw the question, I am sorry, I am going to reframe. Thank you.

As far as pharmacokinetics, which is your specialty, is it accurate that it would not be appropriate to compare the pharmacokinetics of a copper IUD to the pharmacokinetics of a hormonal IUD?

A. Yes, probably you shouldn't do that, because most probably the pharmacokinetics would be different, depending on whether you have a copper-releasing or hormone-releasing IUD.

Q. But might it be -- strike that.

Would it be proper or appropriate to consult the labels from other levonorgestrel products?

MR. IMBROSCIO: Note my objection to form.

(Interpreter consults with witness).

A. Yes, because we looked at it earlier on, and as we said, as soon as levonorgestrel is in the system, the distribution, the metabolism and the elimination are the same, but the difference is in the absorption or in the blood level curves of levonorgestrel drugs, those would be different.

Q. Thank you very much. Let's take a break. Off the record.

THE VIDEOGRAPHER: Thank you, this is the end of media 1, volume I, in the video deposition of Dr. Christian Zurth, going off the record at 11.11 am. Thank you.

(11.11 am)
(A short break)
(11.33 am)
THE VIDEOGRAPHER: This is the beginning of media 2, volume I in the video deposition of Dr. Christian Zurth, back on the record at 11.34 am as indicated on the video screen.
(BY MS. NATALE)
Q. Welcome back, Dr. Zurth. I have marked for the record exhibit 6, which I am going to hand to you all.
(Exhibit CZ6 marked for identification)
Q. This document is Bates stamped MIR_JR_00186518, it looks like it's cut off, but it is not, and I will give you some time to look at the document. (Pause).
A. I am done.
Q. So this e-mail appears to be dated either June 4th 1999 or April 6th 1999, is that fair enough?
A. Yes.
Q. If we look to the next e-mail that is right below it, it looks like it would be June, because the next one says 6/3/99, which should be June 3rd 1999, or the day before, is that fair?
A. Yes.

Q. Just to backtrack for a second, I think I asked you a question before the break about -- as the basis for the Mirena® label, and I just want to clarify for you that I am discussing the approval of Mirena® in the United States, is that fair?
A. Now that you are saying it, yes.
Q. Do you have any idea when Mirena® was first approved for contraceptive use in the United States?
A. No.
Q. If I were to represent that the -- strike that.
What is an NDA? Are you familiar with that term?
A. Yes, I am familiar with the term.
Q. What does it mean, or stand for, sorry?
A. It is a documentation to be submitted to the FDA in the United States to get a product approved.
Q. Is New Drug Application a fair interpretation of the acronym NDA?
MR. IMBROSCIO: I'll stipulate that NDA means New Drug Application.
MS. NATALE: Thank you very much.
Q. So back to this exhibit 6, on that second e-mail in the middle, under "Reply separator", that we

just talked about, dated June 3rd 1999, the first sentence says:

"If this meeting is to review in detail the Progestasert labeling which has been circulated, we will not get anywhere."

Did I read that correctly?

A. Yes.

Q. Earlier we -- and you don't have to turn to it, but earlier I think it was exhibit 4 -- no, I am sorry. I'll find it in a minute. But we looked at another e-mail and you said that you were familiar with the name Herman Ellman, is that correct?

A. Yes, that's correct.

Q. It was just the last one we looked at, exhibit 5.

Do you have any idea of what Herman Ellman's role was at Bayer or Schering at any point in time?

A. If I remember correctly, he was a medical person. I worked with him in other projects, but that's as far as I remember, later.

Q. Do you recall -- strike that.

I believe I asked you if you were familiar with the brand name Progestasert, and I believe you testified that you were not, is that accurate?

A. That's correct.

Q. So the e-mail continues:
"We need to discuss: what do we need to bring in from Norplant and OC class labeling?"
Did I read that correctly?
A. Yes.
Q. What is Norplant?
A. I don't know exactly, I just know that it's an implant which is either very similar if not identical to Jadelle®.
Q. Two questions about that. Is Jadelle® also known as Norplant 2, to your understanding?
A. I know that these terms were used, but since I was not really deeply involved, I couldn't say either way.
Q. What is Jadelle®?
A. Jadelle® is an implant containing levonorgestrel and it is placed subcutaneously. How it is placed subcutaneously, I don't really know.
Q. I promise I won't ask you that. Is it your understanding that levonorgestrel is the only active ingredient in Jadelle®?
A. That's my understanding, yes.
Q. I will just represent to you that Norplant was a six-rod implant with a higher release rate than the two-rod implant Jadelle®.

MR. IMBROSCIO: Object to the form.
MS. NATALE: Five-rod, according to Mr. Imbroscio.
A. Thank you.
Q. Do you have any understanding, and I do know that you did not author this document, but do you have any understanding of what OC might stand for?
A. Normally OC stands for oral contraceptives.
Q. Do you have any understanding of what class labeling might mean?
A. Yes, in my interpretation class labeling means that within the same class you should have similar information in the package insert or in the label.
Q. Is that compatible with -- I am going to paraphrase because I can't find it exactly in the transcript right now. Is that compatible with your understanding that -- strike that. Withdraw the question.
So earlier I asked you, would it be proper or appropriate to consult the labels from other levonorgestrel products, and I was discussing for the compilation of the original Mirena® label in the U.S., correct?
MR. IMBROSCIO: Object to form.

A. Would you mind asking the question a little more specifically, because if I understand it correctly, it contains several aspects.
Q. So the first part of the question, which I -- yes, the first part of the question would be: do you recall earlier I asked you about the compilation of the original Mirena® label for the United States approval, correct?
A. At the point in time the question was a fundamental one, namely whether you use documents or other documents for other labels, but it wasn't specifically, if I remember correctly, for the approval of Mirena® in the United States.
Q. Earlier I asked you: would it be proper or appropriate to consult the labels from other levonorgestrel products, do you recall that?
A. That's what I meant when I said that you could do that generally speaking.
Q. In your understanding, would consulting the labels of other levonorgestrel-only products, or perhaps combination products, be considered class labeling?
MR. IMBROSCIO: Object to the form.
A. I can only refer to pharmacokinetics here, and whether that would be called class labeling or

not, I don't really know. As I said earlier, with respect to metabolism, distribution and elimination, that's one thing, but absorption is definitely not class labeling, the way I understand it, and for other aspects I really don't know.

Q. Let's turn back to exhibit 4, and I am going to direct you to the same e-mail we were looking at before, that ends in 28101. Let me know when you're ready.

A. Yes.

Q. The e-mail starts:

"Dear Pirjo,

"No good news for Mirena®."

Do you see where I am?

A. Yes.

Q. It says:

"It turned out today that Gertrude R will not approve the PK text as currently proposed unless Christian can prove that the levonorgestrel PK data for Mirena® are consistent with PK statements in ALL other levonorgestrel-containing BSP products."

Did I read that correctly?

A. Yes.

Q. Is it your understanding that BSP stands for Bayer Schering Pharma?

A. Yes.

Q. Does the sentence that I just read to you, about the consistency with all other BSP LNG-containing products, is that consistent with your understanding of class labeling?

MR. IMBROSCIO: Object to the form.

A. Honestly, I don't consider myself to be an expert in this field, with respect to what class labeling is, and what it means and so on. For such purposes, we do have our experts in regulatory affairs such as Klaus Sommer who would address this topic. I can only repeat what I said earlier on, namely that with respect to the aspects of distribution, metabolism and elimination, there should be consistency or must even be consistency.

Q. Okay. Thank you for that clarification, Dr. Zurth.

Then one last clarification, and I don't mean to -- I do understand you have testified that the labeling is not your, really, specialty, I just am curious, when we talk about class for Mirena®, would levonorgestrel in your understanding be the class of drug?

MR. IMBROSCIO: Object to the form.

A. This would not be my understanding.

Q. I am going to mark exhibit 7.
(Exhibit CZ7 marked for identification)
Q. I am going to give you a minute to look at this, it is a very short e-mail, and it is Bates stamped MIR_ELEU_00253307.
You're good, okay! This e-mail is dated December 14th 2006, correct?
A. Correct, yes.
Q. Are you the first listed recipient of this e-mail?
A. Yes.
Q. Do you recall -- strike that.
Have you ever seen this e-mail before?
A. I must have seen it because it is addressed to me, but I cannot recall.
Q. So the subject states:
"Mirena® NDA review reports (December 2000) attached."
Did I read that correctly?
A. Yes.
Q. And then the e-mail says:
"Dear all,
"Here are the NDA reviews Christian had asked for."
Did I read that correctly?

A. Yes, you did.

Q. Are you the Christian who asked for the NDA reviews?

A. I presume, based on this e-mail, but I cannot really recall. Apparently it was about some other related issues.

Q. So we already talked about NDA, stands for New Drug Application, correct?

A. Correct.

Q. To your understanding, what is an NDA review?

A. The review is the check of the documents by the American health authorities, and the report would be what would then be coming back.

Q. I know that there is not a lot of context to this e-mail, and it's been about 11 years. Do you have any understanding generally, in the position that you held in women's healthcare, when in your job you might consult or ask for an NDA review?

A. Yes, for me this would be a very typical process. If a new submission for an existing product would -- (interpreter correction) for the same product would be made, you would look back to the original documentation and you would check what was discussed at the time, what open issues were discussed, whether there

were any requirements made.
Q. Under "Attachments", it looks like there are several different reviews attached, is that correct?
A. That's correct.
Q. Do you have any understanding of what 21-225 means?
A. In my understanding, this is the NDA number.
Q. So it lists Mirena® Biopharm Review, Mirena® Chem Review, Mirena® Med Review and Mirena® Pharm Review. Do those appear to be kind of abbreviations of a full subset review?
A. This would also be my understanding, yes.
Q. Is it your understanding that med would stand for medical?
A. To be honest, I do not really know, because the terms that I used here are no longer used -- are no longer the ones that I use today and I cannot really tell you what the abbreviations stand for.
Q. I am going to enter exhibit 8, we are going to mark exhibit 8, I will represent just to counsel the custodial production file -- the custodian is different, because there was no family attached to that. I am sure you will know the document when you see it.

(Exhibit CZ8 marked for identification)

Q. We are not going to go through the whole document. This document is Bates stamped MIR_AC_00398249 and I believe it's about 50 pages -- maybe it's 36. Let's see, the last page has -- do you see above the Bates number, if you flip a few pages in, there start to be an actual page number. Do you see, if you flip one, two, there is like -- on the Bates number ending in 251, just above that there is a little number 2, do you see that?

A. Yes, I do.

Q. You don't have to go to that page for now. Just so that we can all see we have the same copy, the last page, the Bates stamp ends in 285, and just above that there is a number 36.

A. That's correct.

Q. Looking back to the front page of this, does this appear to be the medical review of NDA application number 21-225?

A. Yes.

Q. Have you seen this document before?

A. Based on the e-mail, I received this report, but I can definitely not recall having seen this before, and usually I would not have a look at the medical review but I would look at the clinical

pharmacology, and I do not know in what document this would be.

Q. If you flip to just one page, the Bates stamp ends in 250, do you see it says "NDA number: 21-225"?

A. Yes, I do.

Q. Then just above that, it says "Drug name: Mirena® (levonorgestrel-releasing intrauterine system)", did I read that correctly?

A. Yes.

Q. So NDA number 21-225 appears to correspond to the drug Mirena®, is that correct?

A. Yes.

Q. Do you see the last -- before the dates at the bottom, the last kind of heading says "Related products"?

A. Yes.

Q. And the first says:

"Paragard T380A intrauterine copper contraceptive."

Did I read that correctly?

A. Yes.

Q. You testified earlier that at least as far as metabolism, distribution and excretion, the copper IUD in your opinion would not be an appropriate

source for Mirena®, is that accurate?
MR. IMBROSCIO: Objection to form.
A. That's accurate.
Q. Then it says just "Progestasert", correct?
A. Yes.
Q. If you flip to the Bates stamp ending in 260, there is an 11 just above that, the second little paragraph up from the bottom starts with:
"IUDs currently ..."
Do you see that?
A. Yes, I see that.
Q. It says:
"IUDs currently approved in the U.S. are the Paragard T380A IUD, a copper-containing IUD providing ten years of contraception, and the Progestasert, a progesterone-containing IUD providing one year of contraception."
Did I read that correctly?
A. Yes.
Q. I think earlier you said it might be just speculation, at that point I represented to you that Progestasert was a progesterone-releasing IUD. Does this appear to establish that Progestasert is in fact a progesterone-containing IUD?

A. Yes, this would be my understanding.
Q. What is progesterone?
A. It's an endogenous hormone circulating in the body.
Q. Earlier I talked about -- I asked you what is levonorgestrel and you agreed it is a synthetic hormone, is that correct?
A. Yes, that is correct.
Q. Synthetic is not the same as endogenous, correct?
A. Yes, endogenous is produced by the body and as a contrast, synthetic is a substance which is usually produced by a chemist and which does not naturally occur in the body.
Q. Do progesterone and levonorgestrel have the same pharmacokinetic properties defined as metabolism, distribution and excretion?
MR. IMBROSCIO: Object to form.
A. Basically different substances, you can assume that they never have the same properties, and I also have to be honest and say that as progesterone is a natural hormone, I do not know a lot about its pharmacokinetics.
Q. Do progesterone and levonorgestrel have the same biological properties?

MR. IMBROSCIO: Same objection.
A. As a pharmacokineticist, I am no specialist in the field. The only thing that I know is they both bind to the progesterone receptor.
Q. I am going to mark exhibit 9 for the record. If you could just keep that nearby? Thank you very much.
(Exhibit CZ9 marked for identification)
Q. Dr. Zurth, have you ever seen this article before?
A. No. Or rather, I cannot remember.
Q. I believe you testified earlier that your -- kind of the products you were more involved in at women's health -- strike that.
Earlier we looked at your CV and within the category fertility control and hormone therapy, I believe you testified that you were more focused on hormone replacement therapy in post-menopausal women, is that accurate?
A. That is correct.
Q. Does this article appear to be titled:
"Progestogens used in post-menopausal hormone therapy: differences in their pharmacological properties, intracellular actions, and clinical effects."

A. Yes.

Q. The first author is Dr. Frank Stanczyk, are you familiar with that name?

A. Yes, I am familiar with that name.

Q. Do you have any -- strike that.

Do you know if Bayer or Schering has ever used Dr. Stanczyk's labs to test serum levels or bioassays of levonorgestrel?

A. I cannot recall. It's possible, but I don't know.

Q. It's okay if you don't know -- if you don't know the answer to this, please just tell me that you don't, but is it your understanding that progestogens include both endogenous progesterone as you described and synthetic progestins such as levonorgestrel?

A. I really think that this is a very vague question. Normally I would expect synthetic ones, but were they to also include natural ones, I cannot really tell you.

Q. If we turn just one page, do you see at the top page 172?

A. Yes.

Q. On the right side there is a table 1 "Classification of progestogens", did I read that

correctly?
A. That's correct.
Q. And then it says "Classification" and then next to "natural" it only says "progesterone", is that correct?
A. Yes, that's correct.
Q. And then the next classification says "synthetic", and if you drop down, under "classification", to 13-Ethylgonanes, do you see levonorgestrel?
A. Yes.
Q. Does that help clarify whether or not both natural and synthetic progesterone or progestins are included under the classification of progestogens?
MR. IMBROSCIO: Object to form.
A. This here is a publication that is making this classification, and I am not really sure whether this is accepted generally, but following this documentation in this publication, both types are included.
Q. If you turn to the page at the top, it says 176, do you see on the right-hand side a title:
"V. Pharmacokinetics of progestogens."
A. Yes.
Q. So Dr. Stanczyk writes:

"Pharmacokinetics (absorption, distribution and excretion) determine how much of the progestogen administered is available to tissues, primarily by measuring its blood level, and the amount that enters the cells is determined by the extent to which it is bound to carrier proteins that cannot cross the cell membranes."

Did I read that correctly?

A. Yes, you did.

Q. Do you agree with that definition of pharmacokinetics?

A. In that case, I would take some time to read it carefully.

Q. Please do, thank you. (Pause).

A. Okay, I have read it. Would you be so kind to repeat the question?

Q. Absolutely. Do you agree with that definition of pharmacokinetics?

A. I would say that this is a statement of a rather general nature, and there are certain points or issues where I would say I would not concur without further qualification. This is a statement made by a scientist, and I would say that I would agree to certain aspects of what it states, but I would take a more differentiated view on some other of the aspects.

Q. What aspects would you take a more differentiated view?

A. I would take a more differentiated view regarding the statement as to what determines what actually travels or enters the cell.

Q. What would that more differentiated view be?

A. This is fairly difficult to answer this question, because this is kind of a principle statement as to what can enter the cell, but depends on what is bound to the protein, but there are other aspects like the distribution in the system, and I don't know why I should agree to this aspect, would you be so kind to specify the question to help me understand what I'm expected to answer?

Q. Sure, and just to clarify, I'm not asking you to agree, I'm asking how you would define it differently. Does that make sense?

A. But the question you had asked beforehand had implied this, and I had answered this part before.

Q. Does he mean he had answered before what his definition of pharmacokinetics is?

A. Rather I believe I answered where I took a more differentiated view.

Q. Earlier we talked about the

differentiation between pharmacokinetics on the one hand and pharmacodynamics on the other, is that correct?

A. Yes, I believe so. Maybe you could help me and specify the question a little bit more, because these are quite general terms, pharmacokinetics and pharmacodynamics and I do not remember any specific definition of these terms.

Q. So Dr. Zurth, earlier I asked you, what does the department of clinical pharmacodynamics deal with, and you answered:

"These are medical experts who deal with the effects of drugs in the body. They deal more intensively with the effects of the drug in the body."

Is that correct?

A. That is correct, but at that time or earlier we were talking about people but now I understand the connection between that part of the question and this question.

Q. We'll get there sometime! Okay, is it your understanding that those effects that you're describing in humans might include binding to steroid receptors?

A. Could you specify the question, when you talk about effects, do you mean pharmaco -- or effects towards pharmacodynamics?

Q. Sure. So I read to you from your testimony, you said those are medical experts who deal more intensively with the effects of the drug in the body, and I don't know if we have ever really got a definition of what you include in those effects.

A. That is correct, I believe we did not refer to a specific definition.

Q. Right, so I was asking you, you told me that pharmacodynamics experts within the company deal with the effects, and so I'm asking you how you define effects in that context.

A. Okay. In this context this pertains to the safety and efficacy of drugs, but in addition you might also measure some pharmacodynamic parameters like ECG.

Q. We can put that article aside, thank you. Let's go back to exhibit 8, which was the medical review. So do you recall, before we moved to Dr. Stanczyk's article I asked you about whether you believed the PK properties of progesterone were relevant to the -- strike that, let me find it.

Earlier I asked you, do progesterone and levonorgestrel have the same pharmacokinetic properties defined as metabolism, distribution and excretion, and you testified:

"Basically, different substances, you can assume that they never have the same properties, and I also have to be honest and say that as progesterone is a natural hormone, I do not know a lot about its pharmacokinetics."
Is that accurate?
A. That was my statement from earlier, although I have to qualify this a bit. I did not say they never have the same properties, but most of the time they don't have the same properties.
Q. Was that maybe a translation thing, or is he -- I am reading the transcript of what you have said earlier, but it may have been the translation, and I just want to understand.
A. I believe I said in most of -- or most of the times, and I didn't say never. So it could have been a translation error.
Q. Also earlier I asked you:
"... at least as far as metabolism, distribution and excretion, the copper IUD in your opinion would not be an appropriate source for Mirena®, is that accurate?
"Answer: That's accurate."
Correct?
A. Yes, that is my understanding.

Q. Then we talked about how progesterone is a natural or endogenous hormone and levonorgestrel is a synthetic progestin, correct?

A. That's correct.

Q. At least as far as metabolism, distribution and excretion, is a progesterone-releasing IUD an appropriate source for Mirena®?

MR. IMBROSCIO: Object to the form.

THE INTERPRETER: Dr. Zurth would like the question to be repeated, or the translation of the question, so I will do just that.

MS. NATALE: Sure.

A. No, I believe the question is not correct, because we said earlier that progesterone and levonorgestrel cannot be compared as far as these aspects are concerned, and in terms of -- and therefore in terms of the kinetic aspects, it cannot be regarded as an appropriate source.

Q. I think we got it from the end of your question, I just want to clarify, the translation said "I believe the question is not correct". Do you mean the conclusion that it would be an appropriate comparator is not correct? Is that what you mean?

A. With a view to kinetics, yes.

Q. Thank you. Now I believe you testified

earlier that other products with levonorgestrel as the active ingredient would be an appropriate comparator to the kinetic properties of the levonorgestrel released from Mirena®, is that accurate?
MR. IMBROSCIO: Object to the form.
A. In my view, it is necessary to differentiate here. In principle, you cannot say -- or it's not an appropriate comparator with regard to absorption, but with regard to distribution, metabolism and excretion, it can be used as an appropriate comparator to other levonorgestrel products.
Q. I apologize, it's gotten a little bit drawn out with the translations back and forth, and I do know that when we discussed Paragard or Progestasert, I made that differentiation, right, to metabolism and distribution and excretion at least, correct?
MR. IMBROSCIO: Object to the form.
A. That is my recollection.
Q. So we'll do this question again: with regard to distribution, metabolism and excretion, are other levonorgestrel products an appropriate comparator to the metabolism, distribution and excretion of the levonorgestrel released by Mirena®?
A. Generally, yes. There may be exceptions.
Q. Back at this second page of the NDA

review, ending in 250, back to "Related products", where we were before, we see "Oral contraceptives" next, do you see that? After Progestasert -- I am sorry.
A. (In English) Okay, yes.
Q. At least with regard to the metabolism, distribution and excretion, would levonorgestrel-containing oral contraceptives be an appropriate comparator to the metabolism, distribution and excretion of the levonorgestrel released by Mirena®?
MR. IMBROSCIO: Object to the form.
A. It's a rather general question, and I cannot answer it in such a general way because it's necessary to look at the details. For instance, with a view to distribution there may be changes, and the same also applies to excretion, so I cannot generally answer your question with yes.
Q. With regard to the metabolism, would levonorgestrel-containing oral contraceptives be an appropriate comparator to the metabolism of the levonorgestrel released by Mirena®?
A. Yes, that would be my understanding.
Q. Next, back to this, after "oral contraceptives" do you see "Plan B tablets"?
A. Yes.

Q. Do you have any understanding of what Plan B tablets are?
A. I don't know exactly. As far as I know, they are emergency contraceptives.
Q. I will represent to you that Plan B is a levonorgestrel emergency contraceptive, okay? Orally administered. I will represent that Plan B is a orally administered levonorgestrel emergency contraceptive, okay?
A. That's my understanding.
Q. At least with regard to the metabolism of Plan B -- strike that.
At least with regard to the metabolism, would Plan B be an appropriate comparator to the metabolism of the levonorgestrel released by Mirena®?
MR. IMBROSCIO: Object to the form.
A. Yes.
Q. And then the last item on the related products is Norplant system, do you see that?
A. Yes.
Q. Earlier, do you recall we discussed Norplant was a six-rod subcutaneous implant releasing levonorgestrel?
A. I believe we corrected and said five-rod, but I remember what we discussed.

MR. IMBROSCIO: Let me just correct that. I was under the misimpression, I won't say why, that it was five, but we can stipulate that it's six. Sorry about that.

MS. NATALE: We would love to!

So with regard to the metabolism, would Norplant be an appropriate comparator to the metabolism of the levonorgestrel released by Mirena®?

MR. IMBROSCIO: Object to the form.

A. In principle, yes, but the question is how it is described, because it's not always -- not all the labels concur or are identical regarding this information. In principle, you could say that the Norplant or Plan B, in terms of the metabolism, are comparable to levonorgestrel -- (interpreter correction) regarding the metabolism of levonorgestrel.

Q. To clarify in this context that question, without looking at labels, is the metabolism of Norplant an appropriate comparator to the metabolism of the levonorgestrel released by Mirena®?

MR. IMBROSCIO: Objection to the form.

A. In principle, yes, but the question sounds a bit strange to me. Well, in principle, it doesn't matter from which product it is released, the metabolism of levonorgestrel is always the same and

I don't know why you used Norplant specifically as a comparator, because it's about the substance proper.

Q. Just one more question before the lunch break. Do I understand that with regards to the metabolism of levonorgestrel, regardless of the route of administration, the kinetic properties, at least with regard to metabolism, are appropriate comparators? That was a really bad question, I am going to withdraw it. It started really well!

Okay, regardless of the route of administration, do I understand that at least with regard to metabolism, the kinetic properties of levonorgestrel are the same?

A. That's correct, yes.

MS. NATALE: Let's break for lunch. Let's go off the record.

MR. IMBROSCIO: Before we go off the record, one quick thing. On exhibit 8, which is the FDA review, I think the original document has a lot more pages. At least the one online does, and I think the one in our system does.

MS. NATALE: I am sorry, I pulled multiple versions. There's one from the custodial file of Jo-Ann Ruane, but it is highlighted, marked up all over the place. It is 36 pages, and then it restarts with the

same -- it's like the same -- so every version that I could find produced in the database was this 36-page version.

MS. MANGRUM: This version itself continues to 335. So it goes from 249 to 335.

MR. IMBROSCIO: I want to note that for the record, in case it becomes an issue.

MS. NATALE: This is 36 pages of the NDA medical review.

THE VIDEOGRAPHER: This is the end of media 2, volume I of the video deposition of Dr. Christian Zurth, going off the record at 12.56 pm as indicated on the video screen. Thank you very much.

(12.56 pm)

(Break for lunch)

(1.46 pm)

THE VIDEOGRAPHER: Good afternoon. We are back on the record with media 3, volume I, in the video deposition of Dr. Christian Zurth. The time on the video screen is 1.46 pm.

(BY MS. NATALE)

Q. Welcome back, Dr. Zurth, I hope you enjoyed the lunch break. I just wanted to ask you a few quick questions before we get back to the substance of this deposition. Do you understand that there are three

interpreters here today, who have sworn to give a true and accurate translation of your testimony today?
A. Yes, that is my understanding.
Q. There have been a few times today where, when I have read back testimony, prior testimony, to you, you have had some questions about the translation, is that correct?
A. Yes.
Q. I would just ask, as we continue on today, if you have any issues with the translation that you hear, or if the next question seems to be incompatible with what you've said, that you ask one of our three translators here to correct that issue at the time so that we have a clearer record, is that fair?
A. Yes, actually I tried to do that so far already.
Q. Okay, thank you. We'll continue that.
I understand from your curriculum vitae that you are directly employed by Bayer Pharma AG, is that correct, no?
A. It was correct, until recently. Now it is Bayer AG.
Q. Just BAG, okay. Do you understand that the defendants in this litigation are Bayer Healthcare Pharmaceuticals Inc., Bayer Oy and Bayer Pharma AG,

which I understand you now to explain is now Bayer AG.

MR. IMBROSCIO: Object to form.

A. I can't really comment too much on those legal situations, but my understanding is that all the aforementioned companies belong to Bayer AG.

Q. Okay. Are there -- we talked a little bit earlier about the abbreviation GLC stood for Global Labeling Committee, is that correct?

A. Yes, correct.

Q. You may or may not know anything about what I'm about to ask, but is it your understanding that the actual entity that sells or distributes any given product in a different country might be a different one of those entities such as Bayer Pharma AG or Bayer Oy or Bayer Healthcare Pharmaceuticals?

MR. IMBROSCIO: Object to form.

A. I really find it very difficult to answer that question because I am not concerned with any of those legal matters and I don't really know who sells what and where. It is my task, as a specialist in kinetics, to inform about development products and to assess them.

Q. Sure, and to clarify, I don't believe it was a legal issue. I guess what I'm trying to understand from you is when we talk about, say, a Global

Labeling Committee, does that insinuate that that committee puts together a common text that is applicable no matter what country that product is sold in?

A. The Global Labeling Committee looks at the text from a global point of view, and makes sure that it contains all the important aspects, and then it decides whether the text must be used globally, or whether it is optionally to be adapted to particular country specifications.

Q. And so when you say to be adapted to particular country specifications, do you understand it to be that different countries may have different labeling documents applicable in that country?

A. Yes, that's my understanding.

Q. Do you understand -- strike that.

What country is Bayer Healthcare Pharmaceuticals in?

A. You would have to ask somebody else. As far as I know, it's the United States, but it is really without my scope of knowledge.

Q. You are correct that it is in the United States. What country is Bayer Oy?

A. In Finland.

Q. And what country is the company that you work for, which is now Bayer AG, what country is that

in?

A. In Germany.

Q. When you, from 2007 to 2012, were the senior pharmacokinetics expert at Bayer Schering Pharma AG in Berlin, correct?

A. Yes, that's correct.

Q. Are you aware if there is a pharmacokinetics department at Bayer Oy in Finland?

A. In the past, and up to today, there is no clinical pharmacokinetics department, but up to a certain point in time, there was a preclinical pharmacokinetics department but I don't really know up to what point in time.

Q. Just to clarify, in the past and up to today there is no clinical pharmacokinetics department at Bayer Oy in Finland, is that accurate?

A. I do not know of any.

Q. And then are you aware if there is a clinical pharmacokinetics department at Bayer Healthcare Pharmaceuticals in the United States?

A. Today, it only exists in the framework of cancer therapy. In the past, that was before the Bayer takeover, there was a clinical pharmacokinetic department or a clinical pharmacokinetic department with kinetics experts in the United States -- (interpreter

correction) a clinical pharmacology department with kinetics experts.

Q. The clarification you just made, does that relate to earlier we talked about the overarching department is clinical pharmacology, and within that there is clinical pharmacodynamics and clinical pharmacokinetics?

A. With respect to the U.S. subsidiary it was different because the U.S. system was somewhat different. The clinical pharmacology comprised both, but in Germany we made a difference between pharmacodynamics and pharmacokinetics.

Q. Is women's healthcare a department within the clinical pharmacokinetics department at Bayer Pharma AG?

A. Would you mind repeating the question? Because I am somewhat puzzled by pharmacokinetics.

Q. Sure. Earlier, just a few minutes ago, I think you said, and I'm paraphrasing here, that in the United States, the -- earlier I asked, just one question ago, I said:

"... are you aware if there is a clinical pharmacokinetics department at Bayer Healthcare Pharmaceuticals in the United States?

"Answer: Today, it only exists in the framework

of cancer therapy."
Is that correct?
A. Yes, that's correct.
Q. Is cancer therapy a department within clinical pharmacokinetics at Bayer Healthcare Pharmaceuticals?
A. No, not in clinical pharmacology, but in clinical pharmacology there are individual indication areas, and under those indication areas there is clinical kinetics.
Q. Okay. So would you say the opposite structure exists? Rather than clinical kinetics -- sorry, strike that.
Would you say the opposite structure exists then, rather than cancer therapy under clinical kinetics, you would suggest that clinical kinetics is an indication area -- you would suggest that clinical kinetics is a department within the clinical indication area? I am going to rephrase that, now that I've said it and I see it on the record.
So would you say that rather than cancer therapy as a department under clinical kinetics, clinical kinetics is a department within the indication cancer therapy?
MR. IMBROSCIO: Object to form.

A. That's the situation today.
Q. Perfect. On your CV, it says you are currently in clinical pharmacokinetics oncology, is that right?
A. That's correct.
Q. Is oncology the same as cancer therapy? When we talk about indication, is that the indication?
A. Yes, that's correct.
Q. Previously, you were the senior pharmacokinetics expert, clinical pharmacokinetics women's healthcare, with some other areas as well, correct?
A. That's correct.
Q. So is it accurate to state that at Bayer Pharma AG, or now Bayer AG, there is an indication, women's healthcare, correct?
MR. IMBROSCIO: Form.
A. Not anymore, to the extent that I know. In the days at Schering, yes, that existed, and maybe also in the early Bayer years.
Q. At the time that you held that position, is it accurate to state that there was a women's healthcare indication group?
A. Yes.
Q. Within that women's healthcare indication

group, is it fair to say that there was a clinical pharmacokinetics department?

MR. IMBROSCIO: Form.

A. I don't know exactly what they were called, but there was a kinetics group.

Q. To your knowledge, at the time that you were a senior pharmacokinetics expert in the women's healthcare indication group, was there a women's healthcare indication group at Bayer Healthcare Pharmaceuticals in the United States?

A. Could I have the timeframe?

Q. Sure. So you were the senior pharmacokinetics expert in that group from 2007 to 2012, according to your CV.

A. As far as I recall, it did not exist, the special area was oncology in the United States.

Q. Is it fair to say that from 2007 to 2012, there was no clinical pharmacokinetics under women's healthcare at Bayer Healthcare Pharmaceuticals in the United States?

A. I cannot say for sure either way whether it did exist or not, I can't really say, but in the beginning, round about the beginning of 2007, maybe there could have been some structures within women's healthcare that did address kinetics, but I wouldn't be

able to say whether or not, but the expertise, the expert knowledge was definitely in Germany.
Q. Okay, the expert knowledge in women's healthcare clinical pharmacokinetics was definitely in Germany, is that accurate?
A. Yes, that's correct.
Q. If you could bring back up, I asked you before the break just to keep exhibit 4.
MR. IMBROSCIO: He has it.
Q. Do you remember looking at this e-mail once or twice today already?
A. Yes.
Q. So the e-mail started, as we read earlier:
"Dear Pirjo,
"No good news for Mirena®: it turned out today that Gertrud Ahr ..."
Do you have any recollection of who Gertrud Ahr is?
A. Yes, I do, she was the boss of my boss.
Q. Just to bring this together, when we see -- okay, I am going to withdraw that.
Back to the sentence where we just were:
"It turned out today that Gertrud Ahr will not approve the PK text as currently proposed unless

Christian can prove that the levonorgestrel PK data for Mirena® are consistent with PK statements in all other levonorgestrel-containing BSP products."
Did I read that correctly?
A. Yes, you did.
Q. Are you the Christian referred to in that sentence?
A. Yes.
Q. It continues:
"She asked Christian to provide a cross-evaluation of all PK texts before we can move on!"
Did I read that correctly?
A. Yes.
Q. If we skip just one sentence, do you see:
"I will need to drag the texts from all sorts of CCDSs ..."
A. Yes.
Q. What is a CCDS?
A. (In English) So that is, as we talked before, the labeling text developed globally which is the -- okay.
Q. You can always ask, if you just don't know a word, you can always ask, whatever help you need. I appreciate you trying to explain it in English,

I really do.
A. (Interpreted) Probably this will be too confusing.
Q. It was good so far. I think we're okay here. I would like to try to assist you: is it fair to say that CCDS stands for common core data sheet -- company core data sheet?
A. Yes, that's correct.
Q. And that is the labeling text developed globally which you discussed earlier, correct?
A. That is correct.
Q. As you explained earlier, it looks -- that document looks -- strike that.
Is it accurate to state that the purpose of that document is to contain all the important aspects of the labeling text from a global point of view?
A. The text would include all the information, all the important information, and if you distinguished then between the mandatory and the optional text, taking this into account, then this is correct.
Q. You can put that aside for now, thank you very much.
I am going to mark for the record exhibit 10.
(Exhibit CZ10 marked for identification)

Q. This one is Bates stamped MIR_ELEU_00717168 and it appears to be dated February 26th 2007, is that correct?
A. That's correct. Can I take a moment to read it? Because it's unknown to me.
Q. Sure. Actually, if you could give me one second, I think that -- I would like to just direct you to one line in the e-mail, and then we will -- I am going to give him some time to look over the actual attachment, is that fair?
A. Thank you.
Q. Do you see your name as a recipient or sender of this e-mail?
A. The second e-mail was sent to me.
Q. Perfect. So we are going to look at the second e-mail, which appears to be dated also February 26th 2007, do you see that?
A. Yes, I see that.
Q. And the e-mail -- okay. Why don't you just read the body of that e-mail, Dr. Zurth.
A. Okay.
Q. It says:
"As agreed during the Mirena® GBT I have prepared a preliminary draft Q&A (1st version) on Mirena® serum concentrations based on our discussions,

the documents distributed by Pirjo and Zurth and the latest monographs (LM & MM)."

Did I read that correctly?

A. Yes.

Q. When it says "the documents distributed by Pirjo and Zurth", do you understand yourself to be Zurth?

A. Yes.

Q. I will just represent to you, when you turn the page, the third full page of this document, do you see the Bates stamp ends in 7170?

A. Yes, I see that.

Q. Does that appear to be a continuation of the same page range at the bottom? 68, 69 and then this is 70?

A. Yes.

MR. IMBROSCIO: I am happy to stipulate this is the attachment.

MS. NATALE: Okay, thank you.

Q. So the attachment titled -- the attachment on the e-mail states -- if you flip back to the first page, I am sorry, Dr. Zurth, it says:

"Attachments: LNG serum levels Q&A 1st version."

A. Okay.

Q. Then back to that third page ending in 70, do you see the document is entitled:
"Mirena® LNG serum concentrations (?) Q&A."
A. But for whatever reason there is a question mark included there.
Q. Okay, fair enough. Do you appear to be one of the listed authors of this document?
A. Yes, that is correct.
Q. Please take your time to read through just the background on this page. (Pause).
A. Okay, I read the background.
Q. Do you see that there are bullet points on this document?
A. Yes.
Q. If you could follow me from the bottom of "Background", up three to:
"The tissue activity ..."
A. Yes.
Q. It says:
"The tissue activity/cellular expression of steroidal hormones ..."
Did I read that correctly so far?
A. Yes.
Q. Is the tissue activity or cellular expression of steroidal hormones, is that part of

clinical pharmacokinetics?
A. Not really, there is always the discussion between levels and effect, and the effect which is mentioned here is not my expertise.
Q. What expertise would that be? Strike that. Just to clarify, what expertise would the effect be?
A. Could you clarify the question?
Q. Sure. You said "the effect which is mentioned here is not my expertise", correct?
A. Yes, the first part, the tissue activity or the cell expression is not really my expertise. I can state something about the distribution and the way the substance takes.
Q. The authors listed on this document, do you see Collares?
A. Yes.
Q. Is that Fabrizio Collares?
A. I do not know. I don't know the name.
Q. Was this document authored collaboratively or were sections pieced together by different authors?
A. I cannot really remember that. Sometimes this is discussed in telephone conferences, sometimes there is one person drafting a document, and then people

make their comments on this. I cannot really remember how this was drafted.

Q. The second listed author is Inki, do you see that?

A. Yes.

Q. Is that Pirjo Inki?

A. Yes, I assume that, and I know her.

Q. Do you understand tissue activity/cell of steroidal hormones to be within Dr. Inki's expertise?

A. I cannot answer this question with yes, because the research pharmacologists are experts in their area and I do not know whether this is her expertise, as I do not know one of the names listed here, I do not know who is the expert on pharmacology.

Q. Just to clarify, is the name that you do not know Colares, but are you indicating that you are familiar with the other two author names?

A. I would have to check again with Cronin. I can still remember very clearly Pirjo Inki and Dr. Wessel, but for Cronin I would need some more information.

MS. NATALE: Just so you know Michael, we have taken the document off the screen, the screen is off, and I'm on a different --

MR. IMBROSCIO: Okay, thank you.

Q. Do you have any reason to disagree that Dr. Inki was employed in the medical affairs department?
A. No, this is my understanding, that she was employed there.
Q. I just wanted to understand, I believe you said that you would not -- I am sorry. I don't know if I ever got an answer to the question, it might have just been a little unclear, is tissue activity/cellular expression of steroidal hormones within her expertise?
A. I cannot really assess this. In the development products, the research pharmacologists are the experts, and whether Pirjo Inki would call herself an expert in this area, I do not know.
Q. Do you have any reason to disagree that Maureen Cronin worked in the department medical affairs?
A. I must admit that I know Maureen Cronin in different functions, and it may very well be, but I do not really recall her role in this context.
Q. Do you know if Maureen Cronin is an expert in tissue activity/cellular expression of steroidal hormones?
A. Again, I cannot answer this question, because I cannot really recall how this text was put together.
Q. Do you have any reason to dispute that

Fabrizio Colares was employed in the department medical affairs?

A. As I cannot recall him at all, I cannot make any statement on him.

Q. Do you know if Fabrizio Colares is an expert in tissue activity/cellular expression of steroidal hormones?

A. As I just said, I cannot recall his name at all, so I cannot make a statement on this.

Q. I believe you said you do know who Dr. Wessel is, is that correct?

A. Yes, that is correct.

Q. What is Dr. Wessel's first name?

A. I must admit that I cannot recall, because in Germany, we only used our surnames.

Q. I was laughing because I asked what his first name was, and I was like, man, this is a long name. Do you know what department Dr. Wessel may have worked in?

A. As far as I can recall, he only worked in clinical development.

Q. Do you know if Dr. Wessel is an expert in tissue activity/cellular expression of steroidal hormones?

A. I don't know this either.

Q. Is it possible that none of the five listed authors is an expert in the tissue activity/cellular expression of steroidal hormones?

MR. IMBROSCIO: Object to form.

A. This is a speculative question. We drafted this text together, so at least one person should have considered him or herself an expert in this area, but I cannot recall who that was.

Q. Would you define tissue activity/cellular expression of steroidal hormones as a function of clinical pharmacodynamics?

A. As I said, I would expect or I would think that the expertise would be found with the research pharmacologists, so a person working in pharmacodynamics could know about this, but it's not really the expertise of the people in that department.

Q. Is research pharmacology a department at Bayer?

A. Yes, it is. I do not know the exact name of the function.

Q. This document, if you look in the top right-hand corner, is dated February 23rd 2007, correct?

A. Yes.

Q. Earlier -- if you want to look just for reference at exhibit 3, this is your CV, and earlier we

discussed your position from 1999 to 2007 and from 2007 to 2012, and I believe I recall you mentioned that those positions were generally similar and that the title changed when Bayer acquired Schering AG, is that correct?
MR. IMBROSCIO: Object to form.
A. That is correct, yes.
Q. So you held that position for it looks like the entire year of 2007, is that correct?
MR. IMBROSCIO: Object to form.
A. Yes, that's correct.
Q. At that time, are you aware of anyone at Bayer who worked in the research pharmacology department of female contraceptives/hormone therapy or women's healthcare?
A. Yes, Peter Moon, for example. (In English) There were many people worked there.
Q. Could you name several of them for me?
MR. IMBROSCIO: She has got to translate that last answer, at least the first part of it.
THE INTERPRETER: Yes, Peter Moon, for example, and then he said in English that there were several ones.
A. (In English) Mr. Fritzelmeier.
Q. If you could just go a little bit slower

and maybe to the extent you are able to, spell the last names for me for the record. Thank you.

A. (In English) F-r-i-t-z -- (Interpreted) Yes, Mr. Fritzelmeier, F-r-i-t-z-e-l-m- and then I am not sure whether e-i or e-y-e-r.

Q. -meyer, okay. Any other names?

A. Wagenknecht, W-a-g-e-n-k-n-e-c-h-t.

Q. Are you done with that?

A. Yes.

Q. Very quickly, we have looked at several times today so far exhibit 4. Yes, you can put that one to the side for now, thank you.

So if you flip to the page ending in 28100?

A. Okay.

Q. I just want to direct you, we have talked about this e-mail several times now today, do you see the date February 13th 2008?

A. Yes, I can see it.

Q. Do you recall we discussed in this e-mail the mention of a CCDS?

A. Yes.

Q. Do you also recall the statement that Gertrud Ahr will not approve the PK text as currently proposed unless Christian can prove that the levonorgestrel PK data for Mirena® are consistent with

TK statements in all other levonorgestrel-containing BSP products?
A. Yes.
Q. Is there a document that is submitted to support -- strike that.
Are changes made to the CCDS over time for any given product?
A. Yes.
Q. Have changes been made to the Mirena® CCDS over time?
A. Yes.
Q. Were changes to the Mirena® CCDS made while you worked on Mirena®?
A. Yes.
Q. Is there a document that is submitted -- strike that.
Is documentation submitted to support changes to the CCDS?
MR. IMBROSCIO: Object to the form.
A. I don't know what you mean exactly, maybe it's possible to specify the question a little bit more.
Q. Okay. If you go to the bottom of the e-mail, you see:
"Best regards, Klaus."
Do you see that?

MR. IMBROSCIO: The bottom of page 101?
A. Yes.
Q. And if you go up two bullet points, "We should only", do you see that?
A. Yes.
Q. It says:
"We should only apply for a written GLC [Global Labeling Committee] approval when all justification documents are final."
Did I read that reasonably correctly?
A. Yes, and in this connection, I also understand your previous question, and it is correct to say that justification documents are submitted when changes are made to the CCDS.
Q. Earlier I believe you testified that all the important aspects -- strike that.
I believe you testified earlier that the GLC looks at the text from a global point of view and makes sure that it contains all the important aspects, and I do understand that you made a clarification about whether certain aspects would be optional or not, but just right now, did you testify that the Global Labeling Committee looks at the text from a global point of view and makes sure that it contains all the important aspects, is that correct?

MR. IMBROSCIO: Object to the form.
A. Yes, while the word "important" leaves room for interpretation, and in this case the focus should be on important with reference to safety and efficacy, where it becomes a mandatory text, and kinetic is regarded as an optional text, or optional aspect, and as to whether this qualifies as important is for others to judge.
Q. So I understand that your expertise is clinical kinetics, correct?
A. That's correct, yes.
Q. For the next -- for the entire rest of this deposition, when I discuss the label, can we agree that we are discussing your expertise, being human kinetics, we will only discuss those sections of the label, is that fair?
MR. IMBROSCIO: Object to form.
A. Yes.
Q. I understand -- I may have understood you to say that clinical kinetics is an optional section of the global text, is that correct?
MR. IMBROSCIO: Object to form.
A. That's correct, although I am not the one who defines what is optional, this is done by the specialists from regulatory affairs.

Q. Thank you, I understand. And so I was not insinuating that you feel it is optional, I just was trying to understand if that was what you explained.
Is it your understanding that there is some sort of rule in place or standard that makes the kinetics section optional?
A. Yes, that's correct.
Q. Thank you. Do you agree that the kinetics section of the Mirena® label should be accurate?
A. Yes.
Q. Do you agree that the kinetics section of the Mirena® label should be informative to physicians?
MR. IMBROSCIO: Object to form.
A. Yes.
Q. Do you agree that any changes to the kinetics section of the Mirena® label should not make the text inaccurate?
MR. IMBROSCIO: Object to the form.
A. Yes.
Q. I have marked for the record exhibit 11, it is Bates stamped MIR_AC_00021735. Please take a moment to familiarize yourself with this document.
(Exhibit CZ11 marked for identification)
Q. For now, perhaps just the front page, and

then pages 21740 to 21741.
Let's go off the record for a minute.
THE VIDEOGRAPHER: This is the end of media 3, volume I, going off the record at 3.04 pm.
(3.04 pm)
(A short break)
(3.18 pm)
THE VIDEOGRAPHER: This is the beginning of media 4, volume I, in the video deposition of Dr. Christian Zurth, we are on the record again at 3.18 pm as indicated on the video screen.
(BY MS. NATALE)
Q. Okay, Dr. Zurth, before we took a break, I handed you what's been marked as exhibit 11, and did you have some time to take a look at it?
A. Yes.
Q. Have you ever seen this document before?
A. Yes, I am the author of the document.
Q. All right. So is this a true and accurate representation of this document?
A. Yes.
Q. Did you create this document in the regular course of your business?
A. Yes, I did.
Q. Is this your signature on the front page

of this document?
A. Yes, that is my signature.
Q. Is it dated April 1st 2008?
A. Yes, that's correct.
Q. Was this document created on or around that day?
A. The normal procedure is that it's drafted or written before that date.
Q. Was it finalized on or around that date?
A. Yes, that's the date of its finalization.
Q. You don't have to flip back if you don't need to, but do you recall the e-mail that we were reading about the approval of the new PK text being dated February 13th 2008?
A. Okay, yes.
Q. So you said -- you testified:
"The normal procedure is that it's drafted or written before that date."
Is that correct?
A. Yes, before the date, that's the compilation of this justification document.
Q. With that timeline, does that sound reasonable to you, would about two months be an appropriate timeframe for the compilation of that document?

A. Normally the timeframe or the timeline is shorter, because before you start compiling the document, you have actually long discussions about the label text proper, and the justification document would then be compiled in a shorter timeframe, before -- or prior to this finalization date. So the normal timeframe is about one to two weeks before finalization date.

Q. Do you see in exhibit 4, which is the e-mail, at the page ending in 101, that the justification documents discussed include section 4.6, pregnancy and lactation?

A. Yes.

Q. If we look back at exhibit 11, which is the justification document that you authored, do you see on the front page that one of the sections is:

"(A) Lactation."

A. Yes. However, I don't remember why I wrote this.

Q. We discussed that -- strike that.

You explained that justification documents are submitted when changes are made to the CCDS, is that correct?

A. That's correct.

Q. Do you see also on the title page:

"Changes from CCDS version 3 to 4."
A. Yes, I can see that.
Q. So let's turn back to the page that I asked you to take a look at earlier, which ends in 21740.
A. But I have to admit that I confine myself to the kinetic text. In case you have any question on lactation, I would have to read the document a bit more thoroughly.
Q. Okay, great. I do not have any questions on lactation, I was just trying to understand the timeframe of the creation of this document. Thank you.
A. Okay.
Q. Does a justification document present both the most current text prior to the change as well as any proposed changes?
A. Yes, the entire document consists of background data and the old CCDS text as well as the new CCDS text.
Q. I would like to look generally at the current -- what it states on page 21740, do you see under "5.2. Pharmacokinetic properties", do you see "current text"?
A. Yes.
Q. Would it be accurate to state that

"current text" refers to any period -- the period in time leading up to presumably April 1st 2008, when this document was finalized?

A. In principle, yes, although I don't know the exact timeframe between the current CCDS and this justification document.

Q. So if we look just really quickly back to the cover page, is it fair to say that that was the text in place for CCDS version 3?

A. Yes.

Q. Earlier, I believe you explained that pharmacokinetics includes -- I want to say four things: absorption, distribution, metabolism and excretion, is that correct?

A. Yes.

Q. If you turn -- I just have a question on 21742. Is biotransformation another word for metabolism?

A. Yes.

Q. Is elimination another word for excretion?

A. Yes, although they refer to different things. Excretion only refers to the excretion proper, while elimination also includes the aspect of clearance, i.e. the metabolic clearance rate, when the active agent

is completely eliminated from the body.
Q. So is it accurate to state that elimination includes both total clearance and excretion?
A. That's correct.
Q. So we can turn back to the current text, 21740. This is the text that was in place for CCDS version 3, correct?
A. That is correct, yes.
Q. If you can go to the second paragraph under "5.2. Pharmacokinetic properties", about three lines down, the sentence ends:
"... absolute bioavailability ..."
Do you see that?
A. Yes.
Q. What is bioavailability?
A. That is the amount of the active ingredient that is released into the systemic cycle.
Q. The next sentence says:
"Levonorgestrel is bound to serum albumin and to sex hormone-binding globulin (SHBG)."
Did I read that correctly?
A. Yes, you did.
Q. Is it okay if I say SHBG, instead of sex hormone-binding globulin?
A. Yes.

Q. What is serum albumin?
A. That's a protein that circulates in the blood and is able to bind substances.
Q. So might another word be binding protein?
A. Yes, that's my understanding.
Q. Have you ever seen it stated as carrier protein?
A. I would not see any real difference.
Q. So they are generally interchangeable, in your understanding?
A. Yes, that is my understanding, I would do that.
Q. So what is SHBG?
A. That's also a binding protein which binds sex hormones specifically.
Q. The next sentence begins:
"The relative distribution ..."
Do you see that?
A. Yes.
Q. What is distribution?
A. In this context, it refers to the distribution of the active agent, which is levonorgestrel. It's free portion which is bound to SHBG, or albumin.
THE INTERPRETER: The translation needs to be

corrected. There is levonorgestrel, the free portion of levonorgestrel, the portion that's bound to SHBG, and the portion that's bound to albumin.
MS. NATALE: Thank you.
Q. What is distribution generally? Strike that.
So one of the parts of pharmacokinetics that you explained earlier is distribution, correct?
A. That's correct, yes.
Q. What is distribution generally?
A. Of course, the word can have different meanings in different contexts but in the context of pharmacokinetic, it relates to the distribution in the body, that means how it is distributed into cells or organs.
Q. Just a quick clarification. When I asked you earlier, what is SHBG, you said:
"That's also a binding protein which binds sex hormones specifically."
What does specifically mean?
A. My understanding is that because the sex hormones only -- the sexual hormones only bind to this protein, and therefore it -- (interpreter correction) my understanding is that only the sexual hormones bind to this protein, therefore it is my understanding to say

specifically binding, and to this, the affinity is higher than to albumin.

Q. I am going to try to frame it the opposite way, just to get some clarity. Is it accurate to state that sex hormone binding globulin only binds to sex hormones?

A. One would never put it that way, it's only steroids that bind to the protein, but basically, it's the right thing that is meant.

Q. The reason that I ask that is because this also says that levonorgestrel is bound to serum albumin, correct?

A. I don't understand the question now.

Q. So I am going to try another way, maybe this will help. Your point that -- okay, strike that.

So you clarified that it's the sex hormone that binds to the carrier protein and not the other way around, is that correct?

A. That's correct.

Q. So it's not that, for example, levonorgestrel only binds to sex hormone binding globulin, but that only sex hormones bind to SHBG, is that correct?

A. Yes, that's my understanding.

Q. Thank you. So according to this document

that you authored, levonorgestrel is also bound to serum albumin, is that correct?
A. That's correct.
Q. So we started the sentence:
"The relative distribution ..."
It continues:
"The relative distribution (free, albumin-bound, SHBG-bound) ..."
Did I read that correctly?
A. Yes, it's half of the sentence that you read correctly.
Q. So did I read that correctly so far?
A. Yes.
Q. Then it continues:
"... depends on the SHBG concentration in the serum."
Did I finish the sentence correctly?
A. Yes.
Q. So in this context, as you were explaining earlier, the relative distribution refers to how much is bound to albumin, how much is bound to SHBG, and how much is not bound to either, is that accurate?
A. Yes.
Q. Would it be accurate to state that the total distribution, consisting of all three of those

parts, is 100 percent?
A. That's correct.
Q. So you continue:
"Only about 2.5 percent of the total serum drug levels are present as free steroid, but 47.5 percent and 50 percent are bound to SHBG and albumin respectively."
Did I read that correctly?
A. Yes.
Q. So respectively, does that mean that 47.5 percent are bound to SHBG, and 50 percent are bound to albumin?
A. Yes, that is what it says.
Q. If we add up the 47.5 percent bound to SHBG and the 50 percent bound to albumin and the 2.5 percent that is not bound to either, do we get 100 percent?
A. Yes.
Q. Is the binding to albumin a constant 50 percent?
A. No, indirectly this statement says that it all depends on the SHBG binding portion or share, and all three portions depend on the SHBG concentration.
Q. Is that what relative distribution means?
Is it relative because say if more than 47.5 percent

were bound to SHBG, then less of the total 100 percent is available to either bind to albumin or be free?

A. That's what I intended with the wording when I wrote this.

Q. So is the opposite true, that if less than 47.5 percent were bound to SHBG, then more of the total 100 percent is either available to bind to albumin or be free?

A. That's correct.

Q. You stated that the statement says it all depends on the SHBG binding portion or share, is that accurate?

A. I said it depends on the SHBG concentration and this then changes the portion that is bound to SHBG.

Q. Thank you for that.

A. I don't know whether I said that -- I think I did.

Q. Thank you. So as the actual concentration of SHBG in the blood increases or decreases, the opposite is true of the SHBG bound -- I am going to withdraw that.

If the SHBG concentration in the blood goes up, does the SHBG bound concentration also go up?

A. Yes.

Q. So if the SHBG bound concentration goes up, then the unbound concentration goes down, is that accurate?
MR. IMBROSCIO: Object to the form.
A. It's basically correct, but one must remember that albumin has a very, very high capacity, therefore the change in the free portion is rather low.
Q. Okay, let's take a look on the page ending 1741. Do you see that it says, after the last full paragraph up top, it says "Proposed text"?
A. Yes.
Q. Did you author this section for CCDS version 4?
A. Yes.
Q. As we looked at earlier, this document was finalized on April 1st 2008, is that accurate?
A. Yes, correct.
Q. So it appears that in this new proposed text, there are now subheadings, "Absorption; distribution; biotransformation [and] elimination", is that accurate?
A. Yes.
Q. And the section we were just looking at in the current text discussed relative distribution, is that correct?

A. Yes.
Q. Earlier, you stated that you couldn't really remember why you wrote this document, correct?
MR. IMBROSCIO: Object to the characterization.
A. No, I don't remember having said that.
Q. Earlier I asked you:
"If we look back at exhibit 11, which is the justification document that you authored, do you see on the front page that one of the sections is:
"'(A) Lactation.'
"Answer: Yes. However, I don't remember why I wrote this."
Is that accurate, and if not, could you clarify to what you were referring?
A. Yes, that was my testimony. Let me give you the background. Lactation information is normally compiled by other people, not necessarily compiled in the kinetics department, and normally also toxicological information would be contained, and I had not read the document in this context.
Q. So back to the section "Distribution" on the page ending 1741. Do you see that?
A. Yes.
Q. The new proposed text for version 4

states:
"Levonorgestrel is bound nonspecifically to serum albumin and specifically to SHBG."
Did I read that correctly?
A. Yes.
Q. Is that what we discussed earlier about LNG binding specifically to SHBG?
A. Yes.
Q. Then it continues:
"About 1-2 percent of the circulating levonorgestrel is present as free steroid and 42-62 percent is specifically bound to SHBG."
Did I read that correctly?
A. Yes.
Q. This sentence does not include the percentage bound to serum albumin, is that correct?
A. Yes, that's correct. Because anyway it would add up to 100 percent always.
MS. NATALE: I am going to object to everything after "yes, that's correct" as nonresponsive.
MR. IMBROSCIO: I will reserve my cross motion of responsiveness.
Q. Why does this sentence not include the percentage bound to serum albumin?
A. Because all the three components always

add up to 100 percent, and if I know two of them, the third one is automatically known.

Q. Do pharmacokinetic studies -- strike that.

Do pharmacokinetic serum LNG studies typically measure the concentration of albumin in the serum? Strike that.

Say hypothetically you were performing a pharmacokinetic LNG serum level study, okay?

A. Yes, and the question?

Q. Typically would one of the parameters be to measure the concentration of total LNG in the serum?

A. Yes.

Q. If you were interested in estimating or -- strike that.

If you were interested in estimating the unbound LNG concentration, would you also typically measure the concentration of total SHBG in the serum?

A. Yes, I would.

Q. Would you also typically measure the concentration of total serum albumin?

A. If possible, yes. If not, it plays a negligible role in the determination of the free portion.

Q. Can you explain why albumin plays

a negligible role in the determination of the free portion?

A. This calculation of the free portion is based on the formula that was once developed in connection with testosterone and if you look at this formula, you can use different albumin concentrations without the free portion changing a lot.

Q. Is that formula that you're talking about in connection with testosterone the free androgen index or FAI?

A. This name doesn't really mean a lot to me. I know the free levonorgestrel index, but the two don't have anything to do with each other.

Q. What is the free levonorgestrel index?

A. It is the ratio of levonorgestrel concentration divided by SHBG concentration, the quotient.

Q. What is the significance of the free portion of LNG? Strike that actually.

Earlier, you testified that distribution in the context of human kinetics means how it is distributed into cells or organs, is that accurate?

A. Yes, that's correct.

Q. Generally, is it believed that the albumin bound portion of the levonorgestrel is capable

of being distributed into the cells or organs?
A. No.
Q. Generally, is it believed that the portion bound to SHBG is capable of being distributed into the cells or organs?
A. No.
Q. Is it fair to say that only the free or unbound portion of levonorgestrel in the serum is capable of being distributed into the cells or organs?
A. Perhaps it would be rather fair to say that the free portion is capable of reaching the cells, and the distribution into the cells or the organs is determined differently, through binding.
Q. So to clarify, is it fair to say that the albumin bound portion of the levonorgestrel is incapable of binding?
A. That's a question that I do not really quite understand. Could you be more exact?
Q. You testified:
"Perhaps it would be rather fair to say that the free portion is capable of reaching the cells, and the distribution into the cells or the organs is determined differently, through binding."
Is that correct?
A. Perhaps I have to explain this a little

bit more detailedly. The free portion goes to the cell and it can be bound either to the receptors or the proteins, and this means that the distribution in the cells and in the organs is not equal to the free portion.
Q. So is it fair to say that the albumin bound portion of LNG is incapable of reaching the cells?
A. That is correct.
Q. Is it fair to say that the SHBG bound portion of the levonorgestrel is incapable of reaching the cells?
A. Yes, this is correct.
Q. In order to -- strike that.
In order for any of the levonorgestrel to be biologically active, is it accurate that it first must reach the cell?
A. Yes, this is my understanding.
Q. So is it fair to say that the free or unbound portion of the levonorgestrel is the portion that is capable of biological activity?
A. Basically yes, but I am not quite sure, I tried to explain earlier on that the free portion only reaches the cell and then there is a balance between the share that goes into the cell and the free cell portion, so I would like to know exactly what you are aiming at

with your question.
Q. Sure. How would you -- strike that.
I will represent to you that when I say capable, I mean it either may or it may not, does that make sense?
A. Okay.
Q. Are we in agreement now, do we understand each other?
A. Yes, I think so.
Q. To explain it in that way, is it accurate that both the albumin bound portion of LNG and the SHBG bound portion of LNG may not have biological activity?
MR. IMBROSCIO: Form.
A. I would not want to express it in this absolute way, because new balances can also arise. I would agree that you could say that there is a general principle that the free portion is the only one that is capable of reaching the cell, and so probably it will have the main effect. But I would not say that -- I would not agree that the albumin bound and the SHBG bound portions do not play a role.
Q. When you say new balances, do you mean the relative distribution?
A. Yes, indirectly, the concentration of SHBG may change, and this can lead to a situation where

new balances occur. If the free concentration from the serum disappears into the cells, the albumin and the SHBG must produce new free portions and so new balances are created.

Q. Dr. Zurth, I asked you previously, what is the free levonorgestrel index, and you testified:

"It is the ratio of levonorgestrel concentration divided by SHBG concentration, the quotient."

Is that correct?

A. Yes, it is.

Q. What is that calculation used for?

A. I can only recall that it came up in the context of Mirena®, because it is described in literature, and the question was whether the HT products can then be better compared, better than using the total concentration.

Q. You explained earlier that albumin plays a negligible role in the determination of the free portion because if you look at the formula -- strike that.

Did you testify that albumin plays a negligible role in the determination of the free portion?

MR. IMBROSCIO: Object to the form,

characterization.
A. Yes, albumin plays an important role regarding the binding but it plays a lesser role in the calculation of the formula, in the formula.
Q. I have marked exhibit 12.
MR. IMBROSCIO: If you are going to go to a exhibit, maybe can we take a little break?
MS. NATALE: I would kindly ask on the record that you understand that the testimony is ongoing, the questioning is ongoing and that you not meet with the witness over the break. If you cannot then I guess we won't take a break.
MR. IMBROSCIO: That is fine, I am not going to talk to him about whatever you're talking about now. I may talk to him about keeping his energy up, but that is it.
MS. NATALE: I kindly request on the record that you not discuss the testimony with the witness off the record.
THE VIDEOGRAPHER: This is the end of media 4, going off the record at 4.27.
(4.27 pm)
(A short break)
(4.45 pm)
THE VIDEOGRAPHER: This is the beginning of

media 5, volume I in the video deposition of Dr. Christian Zurth, we are back on the record at 4.45 pm as indicated on the video screen. Thank you.
(BY MS. NATALE)
Q. All right. Dr. Zurth, prior to us taking a break, not just before the break but a little bit before that, do you recall I asked you just a few questions about the free levonorgestrel index?
A. Yes.
Q. I am paraphrasing here, but I believe your response was that -- I believe at some point you explained that you believed it had something to do with the context of hormone replacement therapy, is that correct?
A. I thought it was more along the lines of Mirena® and what if Mirena® is administered on its own, and in the context of the hormone replacement therapy.
Q. Is it your understanding that in the context of hormone replacement therapy, there might be an estrogen component?
A. Yes.
Q. Does estrogen increase SHBG?
A. It depends on the administration quota. If administered orally, estradiol might lead to an increase in SHBG. If administered transdermally, it

might lead to only a slight increase in SHBG, or no increase in SHBG.
Q. Was that slight or no increase in SHBG?
THE INTERPRETER: Yes, that's correct.
Q. I have marked for the record exhibit 12.
(Exhibit CZ12 marked for identification)
Q. I will give you a minute to take a look at that. For the record the Bates stamp is MIR_PIEU_00913665.
A. Do you want me to look at the entire document?
Q. I don't think I am going to ask you about the entire document but if you would like for context, I would be happy for you to. Remember that we have discussed how much time we have left, and I will -- however long you want to take is up to you. (Pause).
A. Okay.
Q. Dr. Zurth, have you seen this document before?
A. Yes, it's a document by me.
Q. So you're the author of this document?
A. Yes.
Q. Is this a true and accurate copy of this document?
A. After so many years, it is difficult to

remember every detail, but as far as the content is concerned, this reflects my understanding.
Q. Did you create this document in the regular course of your employment?
A. Yes.
Q. Do you see at the top it is dated April 28th 2004?
A. Yes.
Q. Was this document created on or around that day?
A. Yes.
Q. Just for the sake of consistency, might it have taken you some time to compile but is it fair to say that it was finalized on or around April 28th 2004?
A. I would assume so, yes.
Q. This document appears to be titled:
"Statement on the use of FLI (free levonorgestrel index) for comparison of different oestrogen/LNG combinations."
Did I read that correctly?
A. Yes, you did.
Q. I asked you earlier, does oestrogen increase SHBG, and you answered:
"It depends on the administration [route]. If administered orally, estradiol might lead to an increase

in SHBG. If administered transdermally, it might lead to only a slight increase in SHBG, or no increase in SHBG."
Did I read that correctly?
MR. IMBROSCIO: If I may before he answers, is that about what he said, because he doesn't have a transcript in front of him.
A. Yes, that's what I said.
Q. Just really quickly, if we turn to the second page of this document which ends in 13666, does this table one, is that indicative of the testimony that you gave?
A. I would like to take a more detailed look at this table.
Q. Sure, absolutely.
A. Yes.
Q. Just for the jury, it looks like with the 50 -- is that micrograms?
A. Yes.
Q. With 50 micrograms per day estradiol transdermal and 5 micrograms LNG per day IUS, the SHBG only increased by 1 nanomole per liter over 12 months, is that accurate?
A. However, I have to specify that from 54 to 55, this does not represent a difference or an

increase because of the scattering of the data, and therefore I would not talk about an increase in the value.

Q. Sure, and to clarify, I guess maybe it's a language thing, when I said "only", I was trying to indicate that it's minimal, if at all, so I think we're in agreement on that, are we okay?

A. That's correct.

Q. So then to go to your point, the third row is 50 micrograms per day estradiol transdermal plus 10 micrograms LNG per day IUS, and the SHBG decreased from 60 to 58 nanomoles per liter, is that correct?

A. As I said earlier, I would not consider this to be a real difference. This is only the difference between the two results or the two readings.

Q. So then just if we look at the second row, which is 2 -- is that milligrams?

A. Yes.

Q. 2 milligrams estradiol valerate (oral) plus 5 micrograms LNG per day IUS, the SHBG appears to have increased from 63 to 102 nanomoles per liter, is that accurate?

A. Yes, that's correct.

Q. So is it accurate to state that with that dosage and formulation of oral estradiol plus that

dosage of intrauterine levonorgestrel, the SHBG nearly doubled in 12 months?

A. As a scientist, I would tend to look at all the readings in this table and look at the average which is like 30 percent, so 50 percent looks like a relatively high increase, so nevertheless you can say it's a clear increase.

Q. So let's take 30 percent, which you said looks like the average, is that fair?

A. I have to correct my statement. It's a 1.5 fold increase so 30 percent is actually correct if you look at 100, but if you take the 60 as a basis, then the increase would be even more marked than it is 50 percent, or even more than 50 percent.

Q. Would it be fair to take a 1.5 fold increase?

A. Yes, that is correct.

Q. Very quickly if you could turn back to exhibit 11, which was the justification document that you authored, the page ending in 21741, the very last sentence on that page, it says:

"In women of reproductive age with a low body weight (37 to 55 kilograms) the median serum concentration of levonorgestrel was about 1.5 fold higher."

Did I read that correctly?
A. Yes, you did, that's correct.
Q. Does a 1.5 fold increase in SHBG, what percent -- strike that.
Do SHBG levels affect total LNG concentrations?
A. Yes.
Q. How much might a 1.5 fold increase in SHBG affect total LNG concentrations?
A. To be honest, I don't know.
Q. Okay, you can put exhibit 11 away, thank you. So back to exhibit 12. So I believe you already described for the jury what the FLI -- how the FLI is calculated, is that accurate?
A. Yes.
Q. The second paragraph on this page -- the front page of your document, so 13665, and I am at the second paragraph, which begins:
"The FLI represents ..."
A. Yes.
Q. You wrote:
"The FLI represents the ratio of the total LNG concentration divided by the SHBG concentration in molar units times 100."
Did I read that correctly?

A. Yes, that's correct.
Q. So back to the first paragraph, you wrote:
"Serum levels of LNG are strongly dependent on the concentration of SHBG. LNG binds with high affinity to SHBG."
Did I read that correctly?
A. Yes, you did.
Q. Do you remember earlier I asked you about whether the SHBG bound fraction can reach the organs or tissues?
A. I remember that question.
Q. So the next sentence you wrote says:
"Accordingly, the SHBG bound fraction cannot be easily distributed into the tissue or eliminated from the body."
Did I read that correctly?
A. Yes.
Q. Then do you remember I asked you: might or might not -- strike that.
And do you remember we talked about if a hormone does reach an organ or cell, it may or may not have biological activity?
A. Yes, I remember.
Q. So here when you say "cannot be easily

distributed into the tissue or eliminated from the body", if the hormone that does reach the cell or organ is eliminated from the body it would not have biological activity, is that correct?

A. The question is too complex. Could you either phrase it more specifically or try to break it down into individual parts?

Q. Sure. Must LNG -- strike that.

Must LNG bind to a steroid hormone receptor in order to be distributed into the tissue?

MR. IMBROSCIO: Object to form.

A. No, it is able or capable of distributing freely into the cell.

Q. If LNG is eliminated from the body, does that mean that it is not distributed into the cell?

A. You can't put it that way. There is a distribution process and an elimination process, and these are parallel processes, so there's always distribution and elimination happening at the same time, but it varies. In the beginning, there's more distribution, less elimination; while towards the later stage, there is more elimination, but the two of them are always parallel.

Q. Sure, so both distribution and elimination are happening at the same time, but the same

molecule of LNG cannot both be distributed and eliminated at the same time, is that accurate?
A. That's correct.
Q. Thank you. So back to exhibit 12, which was the document that you authored about the use of the FLI, we ended at "distributed into the tissue or eliminated from the body", do you see where we are still?
A. I have lost it honestly.
Q. We started at the top paragraph, "Serum levels", and we read through the first three sentences. The last one we read was:
"Accordingly, the SHBG bound fraction ..." and it ends in "... from the body."
Do you see that?
A. Yes.
Q. If you skip the next sentence, starting with "during", the next sentence starts:
"Treatment with LNG alone or in combination with a low transdermally administered estrogen dose results in decreasing SHBG concentrations ..."
Did I read that half of the sentence correctly?
A. Yes.
Q. And is that what we looked at on the

second page of this document?
A. I wouldn't take it from this table.
Q. So you wrote this -- even if not from this table, do you believe that to be generally correct?
A. Yes.
Q. And then the sentence continues, so to relate it back:
"... results in decreasing SHBG concentrations which subsequently leads to decreasing serum levels of LNG."
Did I read that correctly?
A. Yes.
Q. So a decrease in SHBG concentrations subsequently leads to decreasing serum levels of LNG, is that accurate?
A. Yes.
Q. Does decreasing SHBG concentration increase the unbound portion of LNG?
A. Yes, it does, although the increase is small.
Q. When we talk about the unbound portion, I think if we once again, just as a reference, go back to your exhibit 11, which was your justification document, on that page ending in 1741, the new proposed text?

A. Yes.
Q. So the first sentence under "Distribution" said:
"Levonorgestrel is bound ..."
And then the second sentence said:
"About 1-2 percent of the circulating levonorgestrel is present as free steroid ..."
Did I read that first half of the sentence accurately?
A. Yes.
Q. So 1-2 percent, is that a relatively small percent?
A. Yes.
Q. What would you define as a small increase in the unbound portion of LNG?
A. If it were in the similar range, like here, 1-2 percent.
Q. So just to clarify, do you mean 1-2 percent of 1-2 percent, or do you mean 1-2 fold?
A. Spontaneously, I would have said the 1-2 percent as it's stated here, not the 1-2 percent of.
Q. Sure. So say it was 1 percent, a small increase to you might represent an increase to 2 percent, is that fair?
THE INTERPRETER: Counsel, your interpreter

doesn't understand the question.

MS. NATALE: Okay, let me rephrase.

Q. If the unbound level -- strike that.

If the average unbound level is, say, 1 percent, to you, do you understand a 1 percent increase to increase it to 2 percent unbound?

MR. IMBROSCIO: Object to form.

A. I think one must look at what it is that we look at. If in the beginning I look at the total concentration, then it is minor. However, if I double the concentration, then this could be meaningful.

MS. NATALE: So really quickly, Mike, I would just like to note for the record that I asked the question -- it's not anything wrong but I asked the question several times and there was no objection and then I was asked to rephrase it by the interpreter and that was when you objected to the form. I would just like to clarify that for the record.

MR. IMBROSCIO: To be honest with you, my objection is I am having a hard time following it as well.

MS. NATALE: Totally fair.

Q. Dr. Zurth, when you just testified, "If I double the concentration then this could be meaningful", do you mean the total concentration or the

unbound concentration?
A. I had not meant it in any specific way, but just generally.
Q. So would a doubling of the unbound concentration be meaningful?
MR. IMBROSCIO: Object to form.
A. You can't answer this question with a yes or no, because the question is, what's the context against which you want to observe that. A doubling is meaningful, but if it is meaningful -- whether it is meaningful for the free concentration depends on what I actually want to look at.
Q. We can put exhibit 11 away again, and go back to exhibit 12. So the second paragraph on this first page, we read through that first sentence, "The FLI represents", earlier.
A. Yes.
Q. The next sentence says:
"Calculation of FLI are based on the investigations of Olsson et al and Barche et al ..."
Did I read that half of the sentence correctly?
A. Yes.
Q. If we turn to the second page of this document, there is a reference list, do you see that?

A. Yes.
Q. The first one says Barche, does that appear to correspond, is that the appropriate reference?
A. Yes.
Q. Are those the two references listed in the body of -- strike that.
Do those correspond to the sentence:
"The calculation of FLI are based on investigations of Olsson and Brache ..."
A. Yes.
Q. So I am going to -- that reference to Brache is the reference to the 1992 article entitled:
"Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants."
Did I read that correctly?
A. I didn't follow you when you were reading it.
Q. Back on the references list, it says:
"Brache V, Alvarez-Sanchez F, Faundes A, Tejada AS, Cochon L. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. [Journal] Contraception 1992 ..."
Did I read that mostly correctly?
A. (In English) You forgot the "Adv".

Q. Advances in Contraception. Is that now accurate?

A. Yes.

Q. Is it volume 8, pages 319-326?

A. Yes.

Q. Did you rely on that publication in part in authoring this document?

A. Yes, because I didn't know the FLI beforehand, I was looking for literature, and then made reference to it.

Q. I am going to enter exhibit 13 into the record.

(Exhibit CZ13 marked for identification)

Q. I will give you a minute to look, but I know it's been a while. Does this appear to be a true and accurate copy of the article cited in your statement on the use of FLI?

A. Looking at the title, the authors and the bibliography, yes, that would be the case, but with respect to the contents, I would have to read it again.

Q. Sure. I will -- hopefully I think we can get through this without you reading through the whole article.

A. Okay.

Q. Do some Mirena® users, not talking about

the document right now, do some Mirena® users experience inhibition of ovulation?

A. Yes, that's true.

Q. Might another way to describe inhibition of ovulation be ovarian suppression?

A. I can only answer this question with the background of a pharmacokinetic expert with very little knowledge on the process, and I would say yes.

Q. Do you see the abstract here on the first page of the article marked as exhibit 13?

A. Yes, I see that, but before we proceed to the question, I would actually like to read the abstract.

Q. And that's exactly what I was going to ask him to do. Thank you. (Pause).

A. Yes.

Q. So the second paragraph of this abstract states:

"Our results suggest that the changes in SHBG and consequently in the free biologically active fraction of levonorgestrel may largely account for the differences in degree of the ovarian suppression observed between the first two years of use of Norplant implants and the latter three, even in the absence of a significant variation in total levonorgestrel

concentrations."
Did I read that correctly?
A. Yes.
Q. I know that you explained that you're just answering the best you can from your kinetics point of view. From that point of view, do these authors appear to correlate the free fraction of levonorgestrel with the degree of ovarian suppression observed?
MR. IMBROSCIO: Object to form.
A. Yes, but I see myself not in a position to assess the text of these authors. And here it was about the FLI and I would have to look whether the free biological active fraction is actually meaning the -- is referring to the free fraction.
Q. Okay, that's fair. Let's turn to -- strike that.
Before we turn to another page of this document, is it your understanding that the inhibition of ovulation seen in Mirena® users is a consequence of systemic levonorgestrel in the blood?
A. Yes, that's correct.
Q. So let's turn to page 324 of this article. Do you see there is a paragraph, the first full paragraph on that page starts with:
"Victor and Johansen ..."

A. Yes, I see that.
Q. If you need context, we can go back. I think we might be okay if we skip that sentence, but you can let me know if you want to read a bit, it's totally up to you.
A. If I may, I would actually like to read at least a little bit, to understand what this is all about.
Q. Absolutely, why don't you take your time. (Pause). Dr. Zurth, if you could let me know when you get to figure 2 on page 322.
A. I only read the discussion, I did not read the part before that.
Q. Sure. Could you turn to page 322 and take a look at figure 2? From this figure, does it look like the authors measured mean levonorgestrel, SHBG and calculated the FLI over 60 months' use of Norplant subdermal implants?
Would you like to read through "Materials and methods"?
A. I was on the wrong page, I am sorry.
Q. Do we all see that?
A. Can you repeat the question?
Q. Okay, sure. Does it appear from figure 2, the description of figure 2, that the authors

measured mean levonorgestrel, SHBG and calculated the FLI against months of use of Norplant subdermal implants over 60 months? Or maybe 48 months.
A. Yes.
Q. Do you see that there are lines on the chart, and the plotted dots are connected by lines?
A. Yes, I see that.
Q. If we look at the first set of dots and the line that connects them, do you see filled in the black circle?
A. Yes, I see that.
Q. Does that set of dots that have the line connecting them appear to show that as -- that SHBG in nanomoles per liter decreases over time in that data set?
A. This is wrong, the index decreases and the SHBG increases.
Q. Are we looking at the same set -- I just want to show you. You see I have just highlighted for you. This is the SHBG -- is this SHBG? This axis is SHBG? I see, is this a key? Okay. So that line shows that the FLI decreases over time, is that correct?
A. Yes, that is correct.
Q. And then the triangles, which is the second set of data, does that represent SHBG in

nanomoles per liter?
A. Yes, that is correct.
Q. Does that show an increase in SHBG over time?
A. Yes.
Q. Then the last data point is the levels of LNG in nanomoles per liter, is that correct?
A. That is correct.
Q. Does that data set appear to stay fairly constant over time?
A. That is correct.
Q. So taken as a whole, those three data points, does this chart reflect that over time, as SHBG increased, the total LNG concentration stayed relatively constant, but the FLI decreased?
A. Basically yes, as the FLI is calculated from the other two, but why the total concentration of levonorgestrel remains constant is something that I do not know, because I am not aware of the details of this study.
Q. Sure. Do you see, just under figure 2, there are a few paragraphs of text?
A. Yes, I see that.
Q. If you go down to the fourth paragraph, do you see:

"The free levonorgestrel index ..."
A. Yes.
Q. Do you see the authors state:
"The free levonorgestrel index (FLI) consequently was significantly higher during the first two years of use ..."
Did I read that part of the sentence correctly?
A. Yes.
Q. If you will turn back to page 324, which was where we started, and then turn back one more page to 323, so we can follow the discussion backwards, you said earlier that when you read, you read through the discussion section, correct?
A. Yes, but I would like to emphasize that I do not see the link to my work, because I only used this as a reference for FLI, without any connection to the other interpretation of the data.
Q. Sure. Do you typically cite to literature in your work when you are only -- strike that.
Are the sources that you cite in the work that you personally author reliable?
MR. IMBROSCIO: Object to the form.
A. I would assume so, but the reference here

was that I did not know FLI, and so I had to find a reference that described how to calculate the FLI, and I do not recall why I selected this very work here, but I assume that it was because it is describing this very well -- because it is the only work that is describing the FLI.

Q. Maybe we're just on different thought waves here. Let me take you back to -- before we came to this piece by Brache and Alvarez, I asked you if -- would a doubling of the unbound concentration be meaningful, and you answered:

"You can't answer this question with a yes or no, because the question is what's the context against which you want to observe that."

Did I read that part of your testimony accurately?

A. Yes, that is correct.

Q. So on page 324 of this article, the first full paragraph that starts with "Victor and Johansen", if you go down four lines after the word "interpretation", do you see:

"The initial higher release ..."

A. Yes.

Q. It states:

"The initial higher release of levonorgestrel

in the first 17 months drastically reduces SHBG and consequently less steroid is bound to it. As a result, total levonorgestrel is artificially lowered but free levonorgestrel is high."
Did I read that correctly?
A. Yes, you did.
Q. Do you agree with that statement by the authors?
A. This is a statement here on the product that is described in this article, and I do not see the context. I do not know the product that is described here, and I cannot say whether this develops in that way. It is true that there is a decrease in the first 17 months, and the principle that the SHBG concentration is going down is also correct -- (interpreter correction) the general principle that the levonorgestrel reduces the SHBG concentration is correct, but I do not see why I am referring here to this article.
Q. Sure. Then the last sentence of that paragraph, do you see it starts with "Measurements"?
A. Yes, I do.
Q. They state:
"Measurements of total levonorgestrel may give the impression that there is little or no variation,

while the free levonorgestrel index provides a more accurate estimation of the steroid effectively interacting with the target tissues."
Did I read that correctly?
A. Yes, you did.
Q. Do you agree with that statement by the authors?
A. Again, I cannot say anything on this question, because this is a product that I have never assessed. The statement that the total levonorgestrel concentration does not vary, the products that I know, there is a change in the concentration, so this is an interpretation by the authors that I cannot comment on.
Q. In Mirena® users, is the initial release rate higher for a certain period of time?
A. Higher than what?
Q. Does the release rate of levonorgestrel from the Mirena® device decrease over time?
A. Yes, it shows a decrease over time.
Q. Do the total levonorgestrel concentrations in Mirena® users decrease over time?
A. In the beginning, there is an increase, and then they decrease, as far as I remember.
Q. As far as you remember, do you have any idea at what point in time they decrease?

A. I cannot tell you exactly. I think it is somewhere in the first month or after the first month.
Q. Let's go back to exhibit 4, which was the -- strike that.
Exhibit 11, which was the justification document you authored. On the page ending in 21740, under "Current text", about halfway down the page, do you see that?
A. Yes, I see that.
Q. It says:
"Following insertion of Mirena®, the initial release of levonorgestrel into the uterine cavity is 20 micrograms per 24 hours."
Did I read that correctly?
A. Yes, you did.
Q. And you wrote that statement here, so you do agree with it, is that correct?
A. Yes, that is correct.
Q. Then you continue:
"This provides a stable plasma levonorgestrel concentration which, after the first few weeks following insertion, levels off at 0.4-06 nanomoles per liter in women of fertile age ..."
Did I read the portions of that sentence correctly?

A. Yes, but let me point out here that I did not write this portion of the text.

Q. Do you agree with that portion of the text?

MR. IMBROSCIO: Object to the form.

A. It would contradict what I told you just now.

Q. Let's try, on the next page, it ends in 21741. This was the proposed new text for CCDS version 4, is that correct?

A. Yes, this is correct.

Q. Did you write this part of the text?

A. Yes.

Q. So under "Distribution", do you see the second paragraph starts:

"After insertion of Mirena® ..."

A. Yes.

Q. You write:

"After insertion of Mirena®, levonorgestrel is detectable in serum after one hour. The maximum concentration is reached within two weeks after insertion."

Did I read that correctly?

A. Yes, this is correct.

Q. You continue:

"In correspondence with the declining release rate, the median serum concentration of levonorgestrel declines from 206 picograms per milliliter [I am going to skip over the quartiles or percentiles] at six months to 194 picograms per milliter at 12 months ..."

Did I read those portions of the statement correct?

A. Yes.

Q. From six months to 12 months, you report that the median serum concentration declines from 206 picograms per milliter to 194 picograms per milliter. Is that correct?

A. Yes, that's correct.

Q. Is that a relatively large decrease?

A. No, this is not a large decrease.

Q. Then you continue, and I'm paraphrasing, but it continues:

"... the median serum concentration of levonorgestrel declines ... to 131 picograms per milliter at 60 months in women of reproductive age weighing above 55 kilograms."

Did I read that correctly?

A. Yes.

Q. Is that from 131 picograms per milliter -- sorry, from 194 picograms per milliliter to

131 picograms per milliter, is that a large decrease in serum -- plasma LNG?

MR. IMBROSCIO: Object to form.

Q. And it is serum, not plasma.

A. The word "large" is subjective. It is a significant decrease from 194 to 131 picograms per milliliter.

Q. So when I asked you, do you remember about the first decrease, from six months to 12 months, I asked you if it was a large decrease, and you said no, do you remember that?

A. Yes, if you say so, I said it.

Q. Is that a significant decrease from month 6 to month 12?

A. I would like to make an objection here as a pharmacokineticist, I normally look at the total picture, and I know that there is an even decline over time, and if the decrease is in one month, or over six years, I do not really understand why I have to say whether this is large or not.

MR. IMBROSCIO: I guess I'll adopt his objection.

MS. NATALE: Let's take a break. Off the record.

THE VIDEOGRAPHER: This is the end of media 5,

going off the record at 6.12 pm.
(6.12 pm)
(A short break)
(6.28 pm)
THE VIDEOGRAPHER: This is the beginning of media 6, volume I, in the video deposition of Dr. Christian Zurth, on the record again at 6.28 pm as indicated on the video screen.
MS. NATALE: Thank you, Dr. Zurth. I have no further questions and I'll pass the witness.
CROSS-EXAMINATION BY MR. IMBROSCIO:
Q. Good evening, Dr. Zurth, my name is Michael Imbroscio and I represent Bayer and I am going to ask you a few questions. I know it has been a long day but could you give the jury the benefit of your personal and educational background?
MS. NATALE: I am just going to object that it's asked and answered.
A. I am a biologist with a university training, and I started working for Schering in the department for contrast agents, the pharmacological department. After two years, I switched to the pharmacokinetic department, and for 25 years I have been working in the area of hormone compounds, bioanalytics, animal testing, as well as clinical studies. Towards

the end of that period, I was only involved in the clinical studies. And then for five years, I have been working in a similar field in cancer therapy.

Q. So as I understand, in total you have been employed by Bayer your entire professional career for about 33 years?

A. Yes, that's correct.

Q. Do I understand that you did your work on Mirena® from the years 2004 to 2012?

MS. NATALE: Objection, form.

A. That's correct.

Q. Doctor, you were asked some questions about the free levonorgestrel index. Does the free levonorgestrel index, the FLI, provide the free fraction of LNG?

A. No, the FLI does not provide that. It only represents a ratio, and this is the reason why I was working on a possibility to calculate the free fraction in the context of Mirena®.

Q. To your knowledge, has the company ever used the FLI in any study of Mirena®?

A. No.

Q. The literature that you cited in your report, exhibit 12, including what has been marked as exhibit 13, can you tell the jury when those articles

were written?
A. In the timeframe between 1987 and 1992.
Q. Are there now more accurate ways to calculate the free portion of LNG?
A. Yes, there are, which is a formula developed with the input of colleagues from preclinical pharmacokinetic development. They were able to define parameters that help to calculate the free fraction more accurately, for which you need the total concentration, the SHBG concentration, and it also helps to know the albumin concentration.
Q. Has the company in fact used that method to measure the free LNG concentrations in Mirena® users?
A. Yes, we did.
Q. Let me switch topics, Doctor, and ask you about total LNG concentrations. My question is: how did the total concentrations in Mirena® compare to other LNG products that Bayer has?
A. The serum concentration of LNG is lowest in users of Mirena®. The next higher level would be users of implants like Jadelle®. You have similar range of concentration found for orally administered contraceptives that contain LNG and the highest levels can be found in oral contraceptives.
Q. Doctor, let me hand to you what's been

marked as exhibit 14.
(Exhibit CZ14 marked for identification)
MS. NATALE: I have never seen this before.
MR. IMBROSCIO: I figured you might have seen it.
Q. All right, Doctor, I have shown you what I've marked as exhibit 14. Do you recognize this document?
A. Yes, I do.
MS. NATALE: Just objection, foundation, and I'll note that he has not been in women's healthcare since 2012.
Q. Doctor, tell the jury what this is.
A. This is a publication by my colleagues who compared different compounds that contain levonorgestrel.
Q. Let me ask you to turn to figure 1 of exhibit 14.
THE INTERPRETER: Can you tell us which page?
MR. IMBROSCIO: It's on page 26.
Q. All right, Doctor, the jury has on the screen figure 1. Can you explain to the jury what's depicted in figure 1 of exhibit 14?
A. Yes, this is a comparison of different compounds that contain levonorgestrel. We have

a combination oral contraceptive, a pill with LNG only, the third acronym I am unable to read, implants and also Mirena®.

The top chart shows the development at the beginning, over the first 25 days. The bottom chart shows the situation towards the end of the period of use, which is five years, if the users used the different compounds over the entire period.

Q. What is the highest -- the product with the highest LNG concentrations?

A. The oral contraceptives combined with ethinylestradiol clearly show the highest concentration.

Q. The chart describes it as COC, does that stand for combined oral contraceptive?

A. That's correct.

Q. Where is Mirena®'s -- strike that.

Where does figure 1 depict Mirena®'s LNG concentrations?

A. On the top chart, it's the bottom-most line, which shows that Mirena® has a concentration that is lower by a factor of 10, compared with combined oral contraceptives, and it's also clearly below the level of implants that contain LNG.

Q. All right, Doctor, let me shift and talk now specifically about the free portion of LNG that

exists with Mirena® users. Let me first ask you: has Bayer studied the concentration of free LNG in Mirena® users?

A. Yes, we did.

Q. May I ask you to turn to table 2 of exhibit 14? Can you tell the jury --

THE INTERPRETER: Which page?

MR. IMBROSCIO: Page 24, sorry.

Q. Doctor, looking at table 2 of exhibit 14, can you describe what that table depicts?

A. In the upper part of the table, in the upper half, we see the concentration depicted over time, from day 25 to the end of five years, which is on the very right-hand side of the table. For different intrauterine systems as well as implants. Below that, we see maximum average, or maximum mean and minimum concentrations at different points in time for orally administered substances.

Q. I believe you established earlier that LNG IUS20, that's Mirena®, correct?

A. Yes, it is.

Q. Can you describe for the jury how -- strike that.

Doctor, in listing the concentrations, table 2 lists one number and then another number below it in

parentheses. Can you describe for the jury what those two numbers represent?

A. The best way to describe is to use an example, and I would use the example of LNG IUS20, where it says, at day 20 -- or on day 25, the concentration amounted to 196 nanograms per liter which represents the total concentration, as was also depicted in the previous chart, and the number we see in parentheses represents the free fraction, which in this case is 3 nanograms per liter, and we see that these concentrations decrease over time.

Q. Doctor, how does both total concentration and free concentration for Mirena® compare to the implant, the progestin only pill, and the -- strike that.

Doctor, how does the free concentration for Mirena® compare to the implant?

MS. NATALE: Objection, form, both vague and overbroad.

A. The concentration of the implant almost doubles over time and the same applies for the free fraction, the free concentration.

Q. So for instance, after two months of use, the Mirena® user would have 2.97 nanograms per liter of free levo and the implant user would have 6.12 nanograms

per liter, correct?

MS. NATALE: Objection, form.

A. That's correct.

Q. How would those numbers compare between Mirena® and the oral POP pill and the oral COC pill?

MS. NATALE: Same objection. Compound as well.

A. Are you referring to the free concentration or the total concentration?

Q. Let me ask you the question again. Doctor, can you compare the concentrations both total and free for Mirena® with the concentrations that were observed with the progestin only pill and the combined oral contraceptive?

MS. NATALE: Same objection, doubly compound.

A. The total concentration of the LNG only pill increased three times over, and the free concentration increases by less than three times over. The combined oral contraceptive, as we know, shows the highest concentration. The total concentration is about more than 10 times higher, and this also applies to the free concentration, which also increases by 10 times.

Q. What is the total amount of free levonorgestrel at day 21 for the combined oral contraceptive at its maximum level?

A. 37.9 nanograms per liter is the free concentration of levonorgestrel.
Q. What is the highest amount of free levonorgestrel seen in Mirena® users? Strike that. I'll withdraw the question.
All right, Doctor, last topic: has Bayer studied how a woman's weight might influence LNG concentrations in Mirena® users?
A. Yes, we have.
MS. NATALE: I will just object to the extent that it's beyond the scope of the cross-examination.
Q. Doctor, I am handing you what's been marked as exhibit 15.
(Exhibit CZ15 marked for identification)
Q. I would note at the top your name is on this document. Do you recognize this document?
A. Yes, I do.
Q. Tell the jury briefly what this document is.
A. This was about an investigation of different levonorgestrel concentrations which were observed in different studies, and this paper explored the causes for that, and the context is presented in this paper.
Q. Doctor, there are three key messages at

the beginning of this document. Without reading the first key message, does it reflect essentially the data that you have observed in studying serum concentrations with Mirena®?

A. Yes, that's correct.

Q. Let me read to you the second bullet, it says:

"These levels [that you just described above] are less than one tenth of the average serum concentrations seen in users of combined oral contraceptives containing LNG, e.g. MICROGYNON and MIRANOVA."

Did I read that correctly?

A. Yes, you did.

Q. Is that essentially what you just described from the last document?

A. Yes, exactly. That's essentially what it describes.

MS. NATALE: And objection, foundation.

Q. Doctor, the next bullet I'll read says:

"Two factors, body weight and serum SHBG concentration, have been identified to influence LNG concentrations. Higher concentrations of SHBG and/or lower body weight lead to higher concentrations of LNG in serum."

Did I read that correctly?
A. Yes, that was correct.
Q. And that's accurate, correct?
A. Yes, that's what we identified as the cause for the difference in concentrations measured in the various studies.
Q. Let me ask you to turn to figure 2 of exhibit 15. Can you tell the jury what figure 2 depicts?
A. It reflects the serum concentration of Mirena® users in three different studies, depending on the body weight of the individual woman.
Q. Can you tell the jury what the various points on figure 2 represent?
A. Each individual value represents the measured value in one woman.
Q. And there -- on the upper right, are those the three studies that you just referenced, that are listed there?
A. Yes, that's correct.
Q. And so the diamond represents the EU, European Union, study; the downward triangle represents the Japan study; and the upper triangle represents the U.S. study, is that correct?
A. That's correct.

Q. So on the bottom axis, where it says "body weight", what, if anything, can be said about the women who have the body weight above 80 kilograms?
A. What the graph clearly depicts is that women with a body weight above 80 kilograms show the lowest levels.
Q. And 80 kilograms in lbs, that's about 176 lbs?
A. Yes.
Q. And conversely, there are -- strike that.
Doctor, what, if anything, can be said about the women depicted in figure 2 who have serum levels well above the mean?
MS. NATALE: Objection, form, ambiguous.
A. What we can take from the graph is that the women with clearly increased levels, clearly above the mean, are very slim.
Q. Doctor, is it fair to say that the heavier the woman, the more likely she is to have LNG concentrations at the lower range?
A. Yes, this is what the view graph shows very clearly, if you ask me.
Q. Doctor, thank you. Those are all the questions that I have today.
THE VIDEOGRAPHER: Going off the record, at

7.07 pm.
(7.07 pm)
(A short break)
(7.11 pm)
THE VIDEOGRAPHER: We are back on the record at 7.11 pm.
RE-DIRECT EXAMINATION BY MS. NATALE:
Q. Okay, Dr. Zurth, Mr. Imbroscio just asked you a few questions. First he asked you about the free levonorgestrel index and he asked you, are there now more accurate ways to calculate the free portion of LNG; did I read that correctly -- is that correct?
A. Yes.
Q. You responded that -- and I'm paraphrasing, but that there is a formula developed with the input of colleagues from preclinical pharmacokinetic development, is that correct?
A. That's correct.
Q. You also said:
"It also helps to know the albumin concentration."
Is that correct?
A. It's taken out of context now, but I did make that statement.
Q. Do you know if -- okay. I am going to

read you the full sentence of what you said in context. You testified:

"They were able to define parameters that help to calculate the free fraction more accurately, for which you need the total concentration, the SHBG concentration, and it also helps to know the albumin concentration."

Is that correct?

A. We already discussed that earlier on, that the albumin concentration is of a lesser importance, but it helps to know it, but other than that, the statement is correct.

Q. Do you know if Dr. Hofmann and her colleagues measured the levels of albumin in the serum?

MR. IMBROSCIO: Object to form.

A. As far as I recall, this refers to the studies that were neither conducted by Ms. Reinecke nor by Ms. Hofmann, but this is based on model calculations for which the data were determined. Albumin concentrations were certainly part of that, but you must also know that in a nonsick or diseased person, albumin concentration is in a fairly small framework anyway.

MS. NATALE: Objection, nonresponsive.

Q. Dr. Zurth, it sounds like you have spent a lot of time reviewing Dr. Hofmann's publication, is

that correct?
MR. IMBROSCIO: Object to the form, argumentative.
A. It's not true that I spent a lot of time on that. This is my knowledge from the time when I spent time concentrating on the calculation of the free fraction. And when I spent time on the development of the formula for the calculation of the free concentration.
Q. Dr. Zurth, did Dr. Hofmann and her colleagues measure the serum albumin in their study?
(Pause).
MR. IMBROSCIO: The record should reflect there was a brief disturbance in the room and we are going to start the question again.
Q. Dr. Zurth, I will repeat my question. Did Dr. Hofmann and her colleagues measure the serum albumin in their study?
MR. IMBROSCIO: Same objection.
A. They could not have done any measurements because what they did is they evaluated data, but of course, in the formula to calculate the free concentration, albumin is part of it.
MS. NATALE: Objection to everything after "they could not have done any measurements because what

they did is they evaluated data" as nonresponsive.

Q. Dr. Zurth, do you know if Dr. Hofmann and her colleagues measured specifically by assay the unbound LNG concentrations in their study?

A. The two colleagues did not measure this.

Q. Earlier, Dr. Zurth, did you testify, and I am paraphrasing here, that you could easily figure out the relative distribution of free, SHBG bound and albumin bound if you knew two of the parameters, if you had two of the measurements, is that accurate? Is that correct?

A. I cannot exactly recall that, but I am sure I said that for albumin one can use a wide range of values, and so to determine the free concentration, it is enough to know the total concentration and the SHBG concentration.

Q. All right, Dr. Zurth, let's just look very quickly back at exhibit 14, which was marked by Mr. Imbroscio a few moments ago. Dr. Zurth, you have not worked in women's healthcare since 2012, is that correct?

A. Correct.

Q. Do you know if this article has been published?

A. I do not know whether it is already

approved.

Q. If you turn to the second page of the article, do you see highlighted, next to "Abstract":

"To be written once the first draft is complete."

A. Yes.

Q. Does this look like a final draft?

A. No.

Q. When did you first see this article?

A. I looked at it in connection with this litigation.

Q. When did you first see this article?

A. I cannot recall exactly. I think it's round about one month ago, maybe not quite as long ago, but I don't remember exactly.

Q. More than a week ago, would you say?

A. Yes.

Q. More than two weeks ago, would you say?

A. I can't say exactly, it's round about that range of time.

Q. Somewhere between two weeks and a month ago, would you say?

MR. IMBROSCIO: Object to the form, asked and answered.

A. I said I don't remember it.

Q. How much time did you spend reviewing this article?

A. Relatively little time.

Q. Finally, at the very beginning of Mr. Imbroscio's questioning, you were asked about the literature cited in your exhibit 12, which was your statement on the use of the free levonorgestrel index, do you remember that?

A. Yes.

Q. And you were asked to tell the jury when those articles were written, and you answered "in the timeframe between 1987 and 1992", is that correct?

A. I took it from the references.

MS. NATALE: Do you think it's something else?

MS. MANGRUM: Yes, I think you can check the transcript and see.

MS. NATALE: I did check the transcript, I read that straight from the transcript. It says 1987.

MS. MANGRUM: She said 19 -- well, I know. He said to 1999. Do you see that in there?

MS. NATALE: Sure, okay. So let's say it's 1987 -- do we want to take that exhibit back out and figure out where it is? Sure, why don't you --

Q. What timeframe were those articles published?

A. 1987 to 1992.
Q. Dr. Zurth, let's turn to page 19 of exhibit 14, which is Dr. Hofmann's publication. Do you see that this is a reference list?
A. Yes.
Q. What year was reference number 8 published?
A. 1986.
Q. If you could turn to page 20, what year was source number 13 published?
A. 1995.
Q. What year was source number 14 published?
A. 1992.
Q. What year was source number 15 published?
A. 1992.
Q. What year was source number 16 published?
A. 1994.
Q. If you could turn to page 21, what year was source number 22 published?
A. 1994.
Q. What year was source number 23 published?
A. 1993.
MR. IMBROSCIO: Just note my objections to the form, because those last couple I think weren't published.

MS. NATALE: Okay, the studies, do you mean?
MR. IMBROSCIO: Yes, it's just data on file. It's certainly old data, that's fine.
Q. Would you agree that these sources may still be relevant to the pharmacokinetic data included in Dr. Hofmann's study?
A. Yes. Generally speaking, yes.
MS. NATALE: No further questions.
RE-CROSS-EXAMINATION BY MR. IMBROSCIO:
Q. Just one question. Would you agree, Doctor, while the sources that counsel just read to you from the 80s and 90s in Dr. Hofmann's study may remain relevant to the pharmacokinetic data at issue, do you have a view whether the free levonorgestrel -- strike that, I am sorry, let me make it more crisp.
Doctor, whether those studies may present relevant data today, in your view does the FLI index provide relevant information today?
MS. NATALE: Objection, form.
A. No, not at all. The documents that we looked at and that we provided, I always stated that I did not consider the FLI relevant, and that it should be replaced by better methods and therefore I would also say that the references cited by Dr. Hofmann and Dr. Reinecke should not be seen in this context.

MR. IMBROSCIO: Thank you. Those are all the questions I have.

MS. NATALE: Let's go off the record.

THE VIDEOGRAPHER: Any stipulations before we go off the record?

MR. IMBROSCIO: We'll stipulate that we're done.

THE VIDEOGRAPHER: Thank you very much.

MS. NATALE: We will stipulate that there will be no deposition tomorrow as scheduled.

MR. IMBROSCIO: Yes, this concludes the deposition.

THE VIDEOGRAPHER: Thank you very much. In that case this is the end of media 6, volume I and the video deposition today of Dr. Christian Zurth. We are now going off the record at 7.34 pm as indicated on the video screen. Thank you very much.

(7.34 pm)

(The deposition concluded)

CERTIFICATE OF COURT REPORTER

I, CLAIRE GWYNETH HILL RPR CRC, Accredited Realtime Reporter of London, England, hereby certify the witness, CHRISTIAN ZURTH, was first duly sworn to testify to the truth, that the foregoing deposition was taken at the time and place stated herein, and that the said deposition was recorded stenographically by me and then reduced to printing under my direction, and constitutes a true record of the testimony given by said witness.

I certify the inspection, reading and signing of said deposition were NOT waived by counsel for the respective parties and by the witness.

I certify I am not a relative or employee of any of the parties, or a relative or employee of either counsel, and I am in no way interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of December, 2017.

________________________________

Claire G. Hill, RPR CRC

DEPOSITION ERRATA SHEET

Assignment No. 38096

Case Caption: IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

Witness: CHRISTIAN ZURTH - November 30, 2017

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the ______ day of

____________, 20___.

____________________________________

CHRISTIAN ZURTH

Sworn to and subscribed before me this _____ day of ________________, 20__.

__________________________

Notary Public

My commission expires________

DEPOSITION ERRATA SHEET

Page No.______Line No.______Change to:________________

__________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

__________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

__________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

__________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

__________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

__________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

__________________________________________________________

Reason for change:_____________________________________

SIGNATURE:___________________________DATE:_____________

CHRISTIAN ZURTH

DEPOSITION ERRATA SHEET

Page No.______Line No.______Change to:________________

___________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

___________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

___________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

___________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

___________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

___________________________________________________________

Reason for change:_____________________________________

Page No.______Line No.______Change to:________________

___________________________________________________________

Reason for change:_____________________________________

SIGNATURE:__________________________DATE:____________

CHRISTIAN ZURTH

**Exhibits**

**38096 Zurth. Christian Exhibit 1** 7:8

**38096 Zurth. Christian Exhibit 2** 9:16 11:12 12:8

**38096 Zurth. Christian Exhibit 3** 11:3 12:3,9 14:17 22:8 88:25

**38096 Zurth. Christian Exhibit 4** 31:22 42:9 46:6 78:8 90:11 97:9 142:3

**38096 Zurth. Christian Exhibit 5** 34:9 42:15

**38096 Zurth. Christian Exhibit 6** 40:10 41:24

**38096 Zurth. Christian Exhibit 7** 48:1

**38096 Zurth. Christian Exhibit 8** 50:20,21 61:17 68:18

**38096 Zurth. Christian Exhibit 9** 55:5

**38096 Zurth. Christian Exhibit 10** 80:24

**38096 Zurth. Christian Exhibit 11** 95:14 97:14 108:8 122:19 123:11 127:23 130:13 142:5

**38096 Zurth. Christian Exhibit 12** 116:5 118:5 123:12 126:4 130:14 147:24 163:6

**38096 Zurth. Christian Exhibit 13** 132:11 133:10 147:25

**38096 Zurth. Christian Exhibit 14** 149:1,7,18, 23 151:6,9 161:18 164:3

**38096 Zurth. Christian Exhibit 15** 154:13 156:8

**(**

**(A)** 97:17 108:11

**-**

**-meyer** 90:6

**0**

**0.4-06** 142:22

**03/04/1999** 35:4

**1**

**1** 6:4 7:8 39:23 56:24 120:22 128:22 129:5 149:17,22,23 150:17

**1-2** 109:10 128:6,11,17, 19,21

**1.46** 69:16,20

**1.5** 122:11,15, 24 123:3,8

**10** 80:24 121:11 150:21 153:21,22

**100** 105:1,17 106:1,7 109:18 110:1 122:12 123:24

**101** 92:1 97:10

**102** 121:21

**11** 7:11 49:16 53:8 94:21 95:14 97:14 108:8 122:19 123:11 127:23 130:13 142:5

**11.11** 39:24 40:1

**11.33** 40:3

**11.34** 40:6

**12** 7:12 116:5 118:5 120:22 122:2 123:12 126:4 130:14 144:5,9 145:9, 14 147:24 163:6

**12.56** 69:12,14

**13** 132:11 133:10 147:25 164:10

**13-ethylgonanes** 57:9

**131** 144:19,24 145:1,6

**13665** 123:17

**13666** 120:10

**13th** 32:18 90:17 96:14

**14** 7:9 149:1,7, 18,23 151:6,9 161:18 164:3, 12

**14th** 48:7

**15** 154:13 156:8 164:14

**16** 164:16

**17** 140:1,14

**17-MD-2767** 6:12

**172** 56:22

**1741** 107:9 108:23 127:24

**176** 57:22 157:8

**19** 163:19 164:2

**194** 144:5,11, 25 145:6

**196** 152:6

**1981** 14:22

**1984** 16:4,12

**1986** 16:4 17:7 164:8

**1987** 148:2 163:12,18,22 164:1

**1992** 131:12,23 148:2 163:12 164:1,13,15

**1993** 164:22

**1994** 164:17,20

**1995** 164:11

**1996** 17:8 18:1

**1999** 18:2 19:9 21:3 35:1,25 40:19,23 42:1 89:1 163:20

**1BH** 6:7

**1st** 81:24 82:23 96:3 99:2 107:16

**2**

**2** 9:16 11:11,12 12:8 40:5 43:11 51:10 69:10 121:17, 19 128:24 129:6 135:11, 15,25 137:21 151:5,9,24 156:7,8,14 157:12

**2.5** 105:4,16

**2.97** 152:24

**20** 7:10 142:13 152:5 164:9

**2000** 48:17

**2004** 21:7,14 119:7,14 147:9

**2006** 23:3 48:7

**2007** 19:9 21:3 22:9 23:2 73:3 77:13,17,23 81:3,17 88:22 89:1,9

**2008** 15:2 32:18 90:17 96:3,14 99:2 107:16

**2012** 22:9 23:9, 13 24:7 73:3 77:13,17 89:2 147:9 149:12 161:20

**2014** 24:17

**2017** 6:1,7

**206** 144:3,10

**21** 153:24 164:18

**21-225** 50:6 51:19 52:5,11

**21740** 95:1 98:5,21 100:6 142:6

**21741** 95:1 122:20 143:9

**21742** 99:17

**22** 164:19

**23** 164:21

**23rd** 88:22

**24** 142:13 151:8

**249** 69:5

**25** 146:23 150:5 151:13 152:5

**250** 52:4 65:1

**251** 51:9

**26** 149:20

**260** 53:8

**265** 6:6

**26th** 81:3,17

**28100** 32:5,7, 17 90:13

**28101** 32:25 46:8

**285** 51:14

**28th** 119:7,14

**3**

**3** 11:3 12:3,9 14:17 22:8 69:18 88:25 95:3 98:1 99:9 100:7 152:10

**3.04** 95:4,5

**3.18** 95:7,10

**30** 18:25 122:5, 8,11

**30th** 6:1,7

**319-326** 132:4

**322** 135:11,14

**323** 138:12

**324** 134:22 138:10 139:18

**33** 147:6

**335** 69:5

**36** 51:5,15 68:25 69:8

**36-page** 69:2

**37** 122:23

**37.9** 154:1

**3rd** 35:3 40:23 42:1

**4**

**4** 31:22 42:9 46:6 78:8 90:11 95:9 97:9 98:1 107:13 108:25 116:20 142:3 143:10

**4.27** 116:21,22

**4.45** 116:24 117:2

**4.6** 97:11

**42-62** 109:12

**47.5** 105:6,11, 14,25 106:6

**48** 136:3

**4th** 35:1 40:19

**5**

**5** 7:10 34:9 42:15 117:1 120:21 121:20 145:25

**5.2** 98:22 100:10

**50** 51:4 105:6, 11,15,20 120:18,20 121:10 122:5, 14

**54** 120:24

**55** 120:25 122:23 144:21

**58** 121:12

**6**

**6** 40:10 41:24 145:14 146:6 166:14

**6.12** 146:1,2 152:25

**6.28** 146:4,7

**6/3/99** 40:23

**60** 121:12 122:12 135:17 136:3 144:20

**63** 121:21

**68** 82:14

**69** 82:14

**6th** 40:19

**7**

**7** 48:1

**7.07** 158:1,2

**7.11** 158:4,6

**7.34** 166:16,18

**70** 82:15 83:2

**7170** 82:11

**8**

**8** 50:20,21 61:17 68:18 132:4 164:6

**80** 157:3,5,7

**80s** 165:12

**9**

**9** 55:5

**9.28** 6:2,8

**90s** 165:12

**A**

**abbreviation** 21:25 71:7

**abbreviations** 50:12,19

**ability** 8:21

**able** 78:1 90:1 101:3 125:12 148:7 159:3

**about** 8:2 14:9 16:1 17:19 22:23 24:18 25:9 29:9,10, 11,13 30:18,19 31:6 38:5 41:2 42:1 43:10 45:6 47:3,21 49:5,7,16 51:4 54:5,22 59:25 60:16,24 61:19 62:4 63:1 67:4 68:2 70:6 71:7, 10,11,21,25 74:4 76:7 77:23 84:13 88:15 90:16 92:20 96:13,23 97:3,7 100:10 105:4 109:6,10 111:8 116:14, 15 117:8

118:12 120:6 121:2 122:24 124:9,21 126:5 127:21 128:6 132:25 134:12 135:8 142:7 145:9 147:6,13 148:16 150:25 153:20 154:20 157:2,7,11 158:9 162:14, 19 163:5

**above** 32:25 51:6,9,15 52:7 53:8 144:21 155:8 157:3,5, 13,16

**absence** 133:24

**absolute** 100:12 114:15

**absolutely** 25:6 28:13 32:3 58:17 120:15 135:9

**absorbed** 29:17 30:13

**absorption** 19:20 20:8,24 39:18 46:3 58:1 64:9 99:13 107:19

**abstract** 133:9, 13,17 162:3

**accepted** 57:18

**accompanying** 20:22

**according** 44:2 77:14 103:25

**Accordingly** 124:14 126:13

**account** 80:20 133:21

**accurate** 11:4 23:7 24:19 30:5 31:3 33:25 35:4 38:18 39:2 42:24 53:1,3 55:19 62:6,22, 23 64:4 70:2 73:16 76:14,22 78:5 80:14 94:10 95:20 98:25 100:2 103:4 104:22, 24 106:12 107:3,16,21 108:14 111:22 113:15 114:10 118:23 120:23 121:22,24 123:14 126:2 127:15 132:2, 16 141:2 148:3 156:3 158:11 161:10

**accurately** 128:9 139:16 148:9 159:4

**acquired** 16:9 23:2 89:4

**acquisition** 22:21 23:4

**acronym** 41:20 150:2

**actions** 55:24

**active** 30:1 43:21 64:2 99:25 100:16 101:22 113:15 133:20 134:13

**activities** 23:24

**activity** 83:17, 24 84:11 113:20 114:12 124:23 125:4 131:14,22

**activity/cell** 85:8

**activity/cellular** 83:20 86:8,20 87:6,23 88:3,9

**actual** 18:22 24:16 51:7 71:12 81:9 106:19

**actually** 10:15 22:23 28:20 34:9 36:2 59:5 70:15 81:6 97:3 111:19 122:11 130:12 133:12 134:13 135:6

**adapted** 72:8, 10

**add** 105:14 109:18 110:1

**addition** 61:13

**address** 30:4 47:11 77:25

**addressed** 48:15

**addresses** 15:13

**administered** 58:3 66:7,8 117:16,24,25 119:25 120:1 126:20 148:22 151:18

**administration** 27:1 68:6,11 117:23 119:24

**administrative** 7:6

**admit** 86:16 87:14 98:6

**adopt** 145:21

**Adv** 131:25

**advance** 12:24, 25

**Advances** 132:1

**affairs** 47:10 86:2,15 87:2 93:25

**affect** 123:5,9

**affiliated** 15:20, 21

**affiliation** 15:23

**affinity** 103:1 124:5

**aforementioned** 71:5

**after** 22:21 25:17 65:3,23 107:9 109:20 118:25 139:20 142:2,21 143:16,19,20, 21 146:22 152:23 160:24

**afternoon** 69:17

**AG** 15:19,22,24 16:1,6,8,9,10, 14 17:9 18:4 19:13 22:12,25 23:2,16 26:11 70:19,22,25 71:1,5,14 72:25 73:5 74:15 76:15 89:4

**again** 19:10 64:19 85:18 86:22 95:10 127:22 130:13 132:20 141:8 146:7 153:10 160:15

**against** 130:9 136:2 139:13

**age** 122:22 142:23 144:20

**agent** 16:20,21 37:10 99:25 101:22

**agents** 16:2,18 17:4 146:21

**ago** 19:1 74:18, 21 161:19 162:14,16,18, 22

**agree** 27:12 33:9,11,20 58:10,17,23 59:13,17 93:13 94:8,12,16 114:16,20 140:7 141:6 142:17 143:3 165:4,10

**agreed** 54:6 81:23

**agreement** 114:7 121:7
**ahead** 20:5
**Ahr** 78:17,19, 24 90:23
**aiming** 113:25
**al** 130:20
**albumin** 100:19 101:1,24 102:3 103:2,12 104:2,21 105:7,12,15,19 106:2,7 107:6 109:3,16,24 110:6,21,25 111:6,25 112:15 113:6 114:11,20 115:2,18,22 116:2 148:11 158:20 159:6, 10,14,19,21 160:11,18,23 161:9,13
**albumin-bound** 104:8
**all** 7:12 8:20 9:15 11:12,24 12:16,17 17:19 18:25 23:23 30:15 31:24 40:11 46:20 47:3 48:22 51:13 67:11 68:24 71:4 72:6 79:2,11, 16 80:15,17,18 87:3,9 91:1 92:8,15,19,24 95:19 104:25 105:22,23 106:10 109:25 117:5 121:6 122:4 135:7,22 149:6,21 150:24 154:6 157:23 161:17 165:20 166:1
**almost** 30:15 152:20
**Almute** 6:19 7:1
**alone** 126:19
**along** 117:15
**already** 11:17 29:22,23 35:24 49:7 70:16 78:11 123:12 159:9 161:25
**also** 6:24 12:5 15:18 17:5,20, 23,24 21:10 23:5,9 25:16, 18 31:23 35:15 37:23 43:11 50:13 54:21 56:19 61:14 62:3,18 65:16 76:20 81:16 90:22 92:11 97:25 99:24 101:14 102:18 103:11 104:1 106:24 108:19 110:17,20 114:15 140:15 148:10 150:2, 22 152:7 153:21,22 158:19,20 159:6,21 165:23
**although** 26:12 32:14 62:8 93:23 99:4,22 127:19
**Alvarez** 139:9
**Alvarez-sanchez** 131:20
**always** 16:13 67:11,25 79:23,24 84:2 109:18,25 125:18,23 165:21
**Alza** 36:14
**Alza.doc** 36:12
**am** 6:2,8,16 7:7,19,23 10:10 12:6 20:7 22:4 25:18 26:16 31:22 32:4,11 33:1 36:23 38:1,24,25 39:24 40:1,3,6, 10,17 41:4,15 42:9 44:15 46:6,14 47:20 48:1,3 50:20, 24 55:2,5 56:4 57:17 62:12 65:3 68:8,22 71:18 74:17 75:19 78:22 80:24 81:8 82:17,22 86:6 90:4 93:23 95:18 103:3,14 106:22 109:19 113:21 116:13 117:10 118:12 123:17 129:20 131:11 132:11 135:21 137:19 140:18 144:3 146:13,17,19 150:2 154:12 158:25 161:7, 12 165:15
**ambiguous** 157:14
**America** 35:6
**American** 49:13
**amount** 58:4 100:16 153:23 154:3
**amounted** 152:6
**analyses** 17:23
**and/or** 155:23
**androgen** 111:9
**animal** 15:4,9, 10,12,13 17:4, 23 146:25
**animals** 15:15 16:19
**another** 30:5 42:11 99:17,20 101:4 103:14 133:4 134:17 151:25
**answer** 12:19 13:6 30:4 56:12 59:8,15 62:23 65:13,17 71:17 74:25 85:10 86:7,22 89:20 108:12 130:7 133:6 139:12
**answered** 20:4 59:20,21,23 60:10 119:23 139:11 146:18 162:24 163:11
**answering** 134:5
**answers** 8:4 120:5
**anymore** 38:5 76:18
**anyone** 12:18 13:14,17 14:12 26:5,21 89:12
**anything** 12:1, 24 20:11 71:10 111:13 129:14 141:8 157:2,11
**anyway** 17:19 109:17 159:22
**anywhere** 42:5
**apologize** 64:12
**Apparently** 49:5
**appear** 37:22 50:11 51:18 53:24 55:21 82:13 83:6 131:3 132:15 134:7 135:24 136:13 137:9
**appears** 23:5 34:25 36:20 40:18 52:11 81:2,16 107:18 119:16 121:20
**applicable** 72:2,13
**application** 41:19,22 49:8 51:19

**applies** 65:16 152:21 153:21

**apply** 92:7

**appreciate** 12:19 79:25

**appropriate** 39:3,10 44:21 45:15 52:25 62:21 63:7,18, 22 64:2,8,10, 21 65:8,20 66:14 67:7,19 68:7 96:24 131:3

**approval** 41:4 45:8,12 92:8 96:13

**approve** 46:18 78:25 90:23

**approved** 41:8, 18 53:14 162:1

**April** 15:2 35:3 40:19 96:3 99:2 107:16 119:6,14

**Apter** 26:3

**area** 15:8 25:15 75:17,19 77:16 85:12 86:13 88:8 146:24

**areas** 75:9 76:11

**argumentative** 160:3

**arise** 114:15

**around** 21:6 23:1 96:5,9 103:18 119:9, 14

**arrived** 33:13

**article** 55:10,21 61:16,19 131:12 132:16, 23 133:10 134:23 139:18 140:10,19 161:23 162:3, 9,12 163:2

**articles** 13:1 147:25 163:11, 24

**artificially** 140:3

**aside** 14:7 33:14 61:16 80:22

**ask** 6:20 8:14, 23,25 13:13 14:24 17:12 19:5,16 22:24 27:10 43:19 49:19 69:23 70:9,12 71:11 72:18 79:23,24 103:10 116:8 118:12 133:15 146:14 148:15 149:17 151:1,5 153:10 156:7 157:22

**asked** 41:2 42:22 44:20 45:6,14 48:23 49:2 54:5 59:19 60:8 61:19,22 62:18 74:20 78:7 79:10 87:16 98:4 102:16 108:7 115:5 117:7 119:22 124:9,19 129:13,14,16 139:9 145:8,10 146:18 147:12 158:8,9,10 162:23 163:5, 10

**asking** 13:9 45:1 59:16,17 61:8,10

**aspect** 31:19 59:13 93:6 99:24

**aspects** 29:16 45:3 46:4 47:13 58:24,25 59:1,11 63:16, 17 72:6 80:15 92:16,19,21,25

**assay** 161:3

**assess** 31:20 71:22 86:10 134:11

**assessed** 141:10

**assigned** 17:18

**assist** 80:5

**assistants** 17:3

**assisting** 25:3

**associated** 15:20,21

**assume** 54:20 62:2 85:7 119:15 138:25 139:4

**assumed** 30:15

**attached** 35:18 48:18 50:3,23

**attachment** 36:11 81:10 82:18,20,21

**Attachments** 50:2 82:23

**attorneys** 13:16,22 14:9, 13 26:21

**author** 26:2 36:20 44:6 56:2 85:3,17 95:18 107:12 118:21 138:23

**authored** 84:20 97:15 104:1 108:9 122:20 126:5 142:6

**authoring** 132:7

**authorities** 49:13

**authors** 83:7 84:15,22 88:2 132:18 134:6, 11 135:16,25 138:3 140:8 141:7,13

**automatically** 110:2

**available** 11:24 58:3 106:2,7

**average** 122:4, 9 129:4 151:16 155:9

**awards** 23:24

**aware** 9:23 10:18 11:16, 18,21 12:7 18:21 26:14,16 36:7 37:9 73:7, 18 74:22 89:12 137:19

**away** 123:11 130:13

**axis** 136:20 157:1

**Azadi** 6:19 7:1

### B

**back** 8:11 21:12 22:8 33:15 34:8 40:6,9 41:24 46:6 49:14,23 51:17 61:17 64:13,25 65:1, 23 69:18,22,24 70:5 78:7,23 82:21 83:1 96:11 97:14 98:3 99:7 100:5 108:8,22 117:2 122:18 123:12 124:2 126:4 127:7,22 130:14 131:19 135:2 138:10, 11 139:8 142:3 158:5 161:18 163:22

**background** 83:10,11,16 98:18 108:17 133:7 146:16

**backtrack** 41:1

**backwards** 138:12

**bad** 68:8

**BAG** 70:23

**balance** 113:23

**balances** 114:15,22 115:1,3

**Barche** 130:20 131:2

**based** 13:12 18:5 22:21 49:4 51:22 81:25 111:4 130:19 131:8 159:18

**basically** 54:19 62:1 103:8 107:5 113:21 137:16

**basis** 41:3 122:12

**Bates** 32:6 34:22 40:13 48:4 51:3,6,8, 14 52:3 53:7 81:1 82:11 94:22 118:8

**Bayer** 14:12 16:9,14 22:11, 22,25 23:2,16 26:11 33:16 42:17 46:25 56:6 70:19,22, 24,25 71:1,5, 14,15 72:16, 22,25 73:4,8, 16,19,22 74:14,23 75:5 76:14,15,20 77:9,19 88:18 89:4,13 146:13 147:5 148:18 151:2 154:6

**because** 8:12 15:7 25:6 30:9 33:12 38:4 39:6,14 40:22 44:16 45:2 48:14 50:17,23 59:9 60:4 63:14 65:13 67:11 68:2 71:18 74:9,17 81:5 85:11 86:23 87:15,16 97:2 102:21 103:10 105:25 109:17,25 114:15 115:14, 20 120:6 121:1 130:8 132:8 137:19 138:16 139:4,5,13 141:9 160:21, 25 164:24

**becomes** 69:7 93:5

**before** 6:12 7:7,21 8:10,11, 14 9:21 10:14, 21 12:20,22 23:1 24:19 32:13,22 40:24 41:2 46:8 48:13 51:21,24 52:14 55:10 59:20,21 61:18 65:2 68:3,17 69:24 73:22 78:8 79:11,21 95:13,17 96:8, 18,20 97:2,5,7 117:6,7 118:19 120:5 133:11 134:17 135:13 139:8 149:3 166:4

**beforehand** 59:19 132:9

**beginning** 6:4 32:5 40:4 77:23 95:8 116:25 125:20 129:9 141:22 146:5 150:5 155:1 163:4

**begins** 101:16 123:18

**behalf** 6:17 26:15

**behave** 16:19

**being** 6:5,7,12 15:9 34:13 93:14 96:13 112:1,4,9

**believe** 21:21, 23 42:22,23 51:4 55:12,17 59:23 60:3 61:6 62:15 63:13,21,25 66:24 71:23 86:5 87:10 89:2 92:15,17 99:11 117:10, 11 123:12 127:4 151:19

**believed** 61:20 111:24 112:3 117:12

**belong** 71:5

**below** 40:22 150:22 151:15, 25

**benefit** 146:15

**Berlin** 14:21 15:3,19,24 16:6 17:9 18:4 19:13 22:12 23:16 73:5

**best** 8:7,10,19, 21 32:25 91:24 134:5 152:3

**better** 16:23 115:16 165:23

**between** 15:23 19:23 22:17 60:1,17 74:11 80:19 84:3 99:5 113:23 121:15 133:23 148:2 153:4 162:21 163:12

**beyond** 154:11

**bibliography** 132:19

**big** 34:14

**bind** 55:4 101:3 102:22,24 103:8,22 106:2,7 125:9

**binding** 60:21 101:4,14 102:18 103:1, 5,21 105:19,22 106:11 109:7 112:13,16,23 116:3

**binds** 101:14 102:18 103:5, 17,21 124:5

**bioanalysis** 19:13 20:11, 12,13

**bioanalytics** 146:24

**bioassays** 56:7

**bioavailability** 100:12,15

**biological** 17:23 31:7 54:25 113:20 114:12 124:23 125:3 134:13

**biologically** 113:15 133:20

**biologist** 146:19

**biology** 14:21 15:8

**Biopharm** 50:9

**biotransformation** 99:17 107:20

**Birte** 26:7

**bit** 8:1 21:2 60:4 62:8 64:12 67:23 71:7 89:25 91:21 98:8 113:1 117:6 135:4,7

**black** 136:10

**blood** 27:14,16 29:12,17 30:14,16,21 31:2,6 39:18 58:4 101:3 106:20,23 134:20

**bloodstream** 27:4,5

**blow** 12:13

**bodies** 15:14

16:19

**body** 16:24 17:5 28:3,4,6, 8,12,16,20 54:4,11,14 60:12,13 61:4 81:20 100:1 102:14 122:22 124:16 125:2, 3,14 126:7,14 131:6 155:21, 24 156:12 157:2,3,5

**boss** 78:20

**botanics** 15:10

**both** 27:13 30:19 31:12 37:2 55:4 56:14 57:13,19 74:10 98:15 100:3 114:11 125:24 126:1 152:12,18 153:11

**bottom** 24:11 32:8,16 52:15 53:9 82:14 83:15 91:22 92:1 150:5 157:1

**bottom-most** 150:19

**bound** 58:6 59:11 100:19 101:23 102:2,3 103:11 104:1, 21,22 105:6, 11,14,15,16 106:1,6,15,21, 24 107:1 109:2,12,16,24 111:25 112:4, 15 113:2,7,9 114:11,12,20, 21 124:10,14 126:13 128:4 140:2 161:8,9

**Brache** 131:9, 12,20 139:9

**brand** 18:22 36:4 42:23

**break** 12:15,18, 20 26:5 34:17, 19 39:20 40:2 41:2 68:4,15 69:15,23 78:8 95:6,13 116:7, 11,12,23 117:6 125:6 145:23 146:3 158:3

**brief** 160:14

**briefly** 154:18

**bring** 43:2 78:7,21

**brought** 10:22 12:1

**BSP** 46:21,24 47:3 79:3 91:1

**bullet** 33:1 83:12 92:3 155:6,20

**Burling** 6:6

**business** 95:23

**C**

**calculate** 139:2 147:18 148:4,8 158:11 159:4 160:22

**calculated** 25:14 123:14 135:17 136:1 137:16

**calculation** 111:3 115:12 116:4 130:19 131:8 160:6,8

**calculations** 159:18

**call** 15:11 86:12

**called** 10:2 15:7 36:19 45:25 77:5

**calls** 14:8

**came** 115:13 139:8

**camera** 31:24

**can't** 13:24 17:11 31:15 33:11 38:5 44:16 71:3 77:22 125:16 130:7 139:12 162:19

**cancer** 73:22 75:1,4,15,21, 24 76:6 147:3

**cannot** 21:11 27:9 48:15 49:5 50:18 55:11 56:9,19 58:6 63:15,17 64:7 65:13,16 77:21 84:23 85:1,10 86:10, 22,23 87:3,8,9, 14 88:8 116:11 124:14,25 126:1 140:12 141:8,13 142:1 161:12 162:13

**capable** 111:25 112:4,9,11,21 113:20 114:4, 18 125:12

**capacity** 107:6

**captured** 34:13

**career** 147:5

**carefully** 58:13

**carried** 17:3

**carrier** 58:6 101:6 103:17

**case** 6:11 9:24 11:14,20 29:18,20 32:23 35:2 58:12 69:7 93:3 98:7 132:19 152:10 166:14

**category** 55:16

**cause** 156:5

**causes** 154:23

**cavity** 30:11 142:12

**cc** 35:11

**cc'd** 32:15,23

**CCDS** 79:19 80:6 90:20 91:6,10,12,18 92:14 97:22 98:1,18,19 99:5,9 100:6 107:12 143:9

**CCDSS** 79:17

**cell** 58:6 59:5, 10 84:12 113:1,16,23,24 114:18 124:22 125:2,13,15

**cells** 58:5 102:14 111:22 112:1,5,9,11, 12,21,22 113:4,7,11 115:2

**cellular** 83:24

**certain** 20:14 33:22 38:19 58:20,24 73:11 92:21 141:15

**certainly** 159:20 165:3

**certified** 6:16

**cervical** 24:8

**change** 98:15 107:7 114:25 141:12

**changed** 20:1 89:4

**changes** 65:15 91:6,9,12,17 92:14 94:16 97:22 98:1,16 106:14 133:19

**changing** 111:7

**characterization** 108:5 116:1

**characterize** 19:20 20:8

**chart** 136:6 137:13 150:4, 5,13,19 152:8

**check** 24:6 49:12,24 85:18

163:15,17
**Chem** 50:10
**chemist** 54:13
**Christian** 6:5, 25 7:3 32:21 39:24 40:6 46:19 48:23 49:2 69:11,19 79:1,6,10 90:24 95:10 117:2 146:7 166:15
**Christina** 7:18 10:21
**circle** 136:10
**circulated** 42:4
**circulates** 101:2
**circulating** 54:3 109:10 128:6
**cite** 138:19,22
**cited** 132:16 147:23 163:6 165:24
**Claire** 6:14
**clarification** 47:16,18 74:3 92:20 102:16
**clarified** 103:16
**clarifies** 17:14
**clarify** 21:21 27:8 30:1 38:16 41:3 57:12 59:16 63:20 67:17 71:23 73:14 84:6,8 85:15 108:15 112:14 121:4 128:18 129:18
**clarity** 103:4
**class** 43:3 44:11,12,13 45:21,25 46:3 47:5,8,21,22
**classification** 56:25 57:3,7,9, 14,17
**clear** 18:24 122:7
**clearance** 99:24,25 100:3
**clearer** 70:14
**clearly** 85:19 150:12,22 157:4,16,22
**Climara** 21:8
**clinical** 19:12 20:2 22:9 23:15 27:19, 20,21,25 51:25 55:24 60:9 73:10,15,19, 23,24 74:1,5,6, 10,14,22 75:5, 7,8,10,12,15, 16,17,18,22,23 76:3,10 77:1, 18 78:4 84:1 87:21 88:11 93:10,20 146:25 147:2
**coauthor** 24:14 25:2,7
**COC** 150:13 153:5
**Cochon** 131:21
**Colares** 85:16 87:1,5
**collaborative** 33:21
**collaboratively** 84:21
**Collares** 84:16, 18
**colleague** 33:13
**colleagues** 17:2,20 148:6 149:14 158:16 159:14 160:11, 17 161:3,5
**collected** 11:17
**combination** 45:21 126:19 150:1
**combinations** 119:19
**combined** 150:11,14,21 153:13,19,24 155:10
**come** 8:11 33:15
**comfortable** 9:13
**coming** 21:12 49:14
**comma** 17:17
**comment** 9:6 71:3 141:13
**comments** 85:1
**committee** 34:7 71:8 72:1,2,4 92:8,23
**common** 38:6 72:2 80:6
**communications** 14:9
**companies** 71:5
**company** 21:19 38:7 61:9 72:24 80:7 147:20 148:12
**comparable** 38:20,21 67:15
**comparator** 63:23 64:2,8, 11,21 65:8,20 66:14 67:7,19 68:2
**comparators** 68:7
**compare** 39:3 148:17 152:13, 17 153:4,11
**compared** 63:15 115:16 149:15 150:21
**comparison** 119:18 149:24
**compatible** 44:15,17
**compilation** 44:23 45:6 96:21,24
**compile** 119:13
**compiled** 97:5 108:18
**compiling** 97:2
**complete** 162:5
**completely** 100:1
**complex** 125:5
**component** 117:20
**components** 109:25
**compound** 14:10 27:15 153:6,15
**compounds** 27:5 146:24 149:15,25 150:8
**comprised** 74:10
**computer** 31:24 34:13
**concentrating** 160:6
**concentration** 20:14,18,19,24 25:15,17 30:24 104:15 105:23 106:14,20,23, 24 107:1,2 110:6,12,17, 18,21 111:16 114:24 115:1, 8,17 122:24 123:23 124:5 127:17 129:10, 11,24,25 130:1,5,11 137:14,17 139:10 140:14, 17 141:11,12 142:21 143:21 144:2,10,18 148:9,10,11, 19,22 150:12,

20 151:2,12 152:6,7,12,13, 16,20,22 153:9,16,18, 20,22 154:2 155:22 156:10 158:21 159:5, 6,7,10,22 160:9,23 161:14,15,16

**concentrations** 20:25 81:25 83:3 111:6 123:6,9 126:21 127:8,13 134:1 141:21 148:13, 16,17 150:10, 18 151:17,24 152:11 153:11, 12 154:8,21 155:3,10,23,24 156:5 157:20 159:20 161:4

**concerned** 63:16 71:18 119:2

**concluded** 166:19

**concludes** 166:11

**conclusion** 33:13 63:22

**concur** 58:21 67:12

**conditions** 11:13,20

**conducted** 159:17

**conference** 25:8

**conferences** 84:24

**confine** 98:6

**confusing** 80:3

**conjunction** 10:13 15:25 18:17

**connected** 136:6

**connecting** 136:13

**connection** 60:17 92:11 111:5,9 138:17 162:10

**connects** 136:9

**consequence** 134:19

**consequently** 133:20 138:5 140:2

**consider** 38:3 47:7 121:13 165:22

**considered** 33:5 45:21 88:7

**consistency** 47:3,14,15 119:12

**consistent** 13:8 46:20 47:4 79:2 90:25

**consisting** 104:25

**consists** 98:17

**constant** 105:19 137:10, 15,18

**constructing** 37:18 38:8

**consult** 13:2 38:7 39:10 44:21 45:15 49:19

**consulting** 45:19

**consults** 39:13

**contain** 80:15 148:23 149:15, 25 150:23

**contained** 21:10 108:20

**containing** 17:22 43:16 155:11

**contains** 45:3 72:6 92:19,24

**content** 119:1

**contents** 132:20

**context** 8:24 49:15 61:11,12 67:17 86:18 101:21 102:12 104:19 108:21 111:21 115:14 117:13,17,19 118:13 130:8 135:2 139:13 140:11 147:19 154:23 158:23 159:1 165:25

**contexts** 102:12

**continuation** 82:13

**continue** 70:9, 17 105:3 142:19 143:25 144:16

**continues** 37:16 43:1 69:4 79:9 104:6,14 109:9 127:6 144:17

**contraception** 53:16,18 131:23 132:1

**contraceptive** 18:15 28:25 30:6 31:12 37:10 41:8 52:20 66:6,8 150:1,14 153:14,19,25

**contraceptives** 18:12 44:9 65:2,7,19,24 66:4 148:23,24 150:11,22 155:11

**contraceptives/ hormone** 89:14

**contradict** 143:6

**contrast** 16:5, 16,18,20 17:4 54:12 146:21

**contrasting** 16:1,21

**control** 11:19 18:3,6,11 19:11 55:16

**conversely** 157:10

**copies** 9:17

31:24

**copper** 37:11 38:21 39:3 52:19,25 62:20

**copper-containing** 53:15

**copper-releasing** 37:14 38:14 39:8

**copy** 10:22 11:4 32:13 51:13 118:23 132:16

**core** 80:6,7

**corner** 88:22

**corporation** 26:15

**correct** 10:17 12:3,9 14:22, 23 16:11,15 18:7,8 19:13, 15 21:24 22:12,14,15,16 23:8,9,12,16, 17,21 24:20,25 25:6 26:4 27:22,23 29:18 30:3,12 31:4, 10 33:24 34:4 35:1 42:12,13, 25 44:24 45:8 48:7,8 49:8,9 50:3,4 51:16 52:12 53:5 54:7,8,10 55:20 57:2,5,6 60:2,14,15 61:6 62:24 63:3,4,14,21, 23 64:16 67:1

68:14 70:7,13, 20,21 71:8,9 72:21 73:5,6 75:2,3 76:5,8, 12,13,16 78:6 80:8,10,11,21 81:3,4 83:8 84:10 87:11,12 88:22 89:5,7,9, 11 92:12,25 93:10,11,21,23 94:7 96:4,19 97:23,24 99:14 100:4,7,8 102:8,9 103:12,18,19, 23 104:2,3 105:2 106:9 107:5,17,25 108:3 109:16, 17,20 111:23 112:24 113:8, 12 115:10 117:14 118:4 121:8,12,23 122:10,11,17 123:2 124:1 125:4 126:3 127:4 134:21 136:22,23 137:2,7,8,11 138:14 139:17 140:15,18 142:17,18 143:10,11,24 144:7,12,13 147:7,11 150:15 151:20 153:1,3 155:5 156:2,3,20,24, 25 158:12,17, 18,22 159:8,12 160:1 161:11, 21,22 163:12

**corrected** 66:24 102:1

**correction** 29:20 49:22 67:15 74:1 102:23 140:16

**correctly** 8:24 9:3 19:14 24:10 33:7,8 35:21 37:5,20 42:6,18 43:4 45:3,12 46:22 48:19,25 52:9, 21 53:19 57:1 58:8 79:4,13 82:3 83:22 92:10 100:21 104:9,11,12,17 105:8 109:4,13 119:20 120:4 123:1,25 124:7,17 126:23 127:11 130:22 131:16, 24 134:2 138:8 140:5 141:4 142:14,25 143:23 144:22 155:13 156:1 158:12

**correlate** 134:7

**correspond** 31:7 52:12 131:3,7

**correspondence** 144:1

**could** 8:19 12:13 45:18 55:6 60:3,23 62:16 67:13 69:2 77:11,24 78:7 81:6 83:15 84:8 88:15 89:18,25 108:14 112:18 114:16 122:18 125:5 129:11, 24 135:10,14 146:15 160:20, 25 161:7 164:9,18

**couldn't** 43:13 108:2

**counsel** 6:20, 22 11:2 50:22 128:25 165:11

**countries** 21:22 72:12

**country** 71:13 72:3,9,11,13, 16,22,24,25

**couple** 164:24

**course** 25:8 95:23 102:11 119:4 160:22

**court** 6:13,14 8:4,22 9:17 10:8

**cover** 99:8

**Covington** 6:6

**create** 14:18 95:22 119:3

**created** 96:5 115:4 119:9

**creation** 98:12

**crisp** 165:15

**Cronin** 85:18, 20 86:15,16,19

**cross** 58:6 109:21

**cross-evaluation** 79:11

**cross-examination** 146:11 154:11

**curiosity** 25:3

**curious** 47:21

**current** 26:10 35:18 98:15, 21,23 99:1,5 100:5 107:24 142:7

**currently** 24:22,23 46:18 53:10,14 76:3 78:25 90:23

**curriculum** 11:4 70:18

**curve** 25:15

**curves** 39:18

**custodial** 11:12 50:22 68:23

**custodian** 50:22

**custody** 11:19

**cut** 40:14

**CV** 10:22 11:6 12:9 14:17 15:1,18 55:15 76:2 77:14 88:25

**cycle** 29:4 100:17

**CZ1** 7:17

**CZ10** 80:25

**CZ11** 94:24

**CZ12** 118:6

**CZ13** 132:13

**CZ14** 149:2

**CZ15** 154:14

**CZ2** 9:19

**CZ3** 11:5

**CZ4** 31:25

**CZ5** 34:23

**CZ6** 40:12

**CZ7** 48:2

**CZ8** 51:1

**CZ9** 55:8

## D

**Dan** 26:2

**data** 25:17 46:19 79:1 80:6,7 90:25 98:18 121:1 136:14,25 137:6,9,12 138:18 155:2 159:19 160:21 161:1 165:2,3, 5,13,17

**database** 69:2

**date** 90:17 96:8,9,10,18, 20 97:6,8

**dated** 32:18 34:25 40:18 42:1 48:6 81:2, 16 88:22 96:3, 14 119:6

**dates** 52:14

**David** 6:15

**day** 12:16 14:3 40:24 96:6 119:10 120:20, 21 121:10,11, 20 146:15 151:13 152:5 153:24

**days** 12:17 76:19 150:5

**deal** 24:1 28:1, 2,3,5,15,18,21 60:9,11,12 61:2,9

**dealing** 24:4

**deals** 31:12

**Dear** 35:16 46:12 48:22 78:15

**december** 48:7, 17

**decides** 72:7

**decline** 145:17

**declines** 144:3, 10,19

**declining** 144:1

**decrease** 127:13 140:13 141:18,19,21, 23,25 144:14, 15 145:1,6,9, 10,13,18 152:11

**decreased** 121:11 137:15

**decreases** 106:21 136:14, 16,22

**decreasing** 126:21 127:8, 9,14,17

**deeply** 43:13

**defendants** 11:21 70:24

**define** 59:17 61:10 88:9 128:14 148:7 159:3

**defined** 54:16 61:24

**defines** 27:3 93:24

**definitely** 9:12 46:3 51:23 78:2,4

**definition** 30:10 58:10,18 59:22 60:7 61:5,7

**degree** 17:24, 25 133:22 134:8

**demonstrative** 36:21

**department** 15:7,11 16:5 17:9 18:2 27:19,25 60:9 73:8,10,12,15, 19,24 74:1,5, 13,14,23 75:4, 18,22,23 77:2 86:2,15 87:1, 18 88:16,17 89:13 108:19 146:21,22,23

**departmental** 23:10

**departments** 15:9 33:22

**depend** 105:23

**dependent** 124:4

**depending** 39:7 156:11

**depends** 59:10 104:15 105:22 106:11,13 117:23 119:24 130:11

**depict** 150:17

**depicted** 149:23 151:12 152:7 157:12

**depicts** 151:10 156:9 157:4

**deposition** 6:4, 9 7:7,9,20 9:23 10:3,13 13:1,3, 15 14:9,14 39:23 40:5 69:11,19,25 93:13 95:9 117:1 146:6 166:10,12,15, 19

**describe** 133:4 151:10,22 152:1,3

**described** 56:15 67:11 115:14 123:13 139:2 140:10, 11 155:8,16

**describes** 150:13 155:18

**describing** 19:19 20:8 60:21 139:4,5

**description** 135:25

**detail** 42:3 119:1

**detailed** 120:13

**detailedly** 113:1

**details** 65:14 137:19

**detectable** 143:20

**determination** 110:23 111:1 115:19,23

**determine** 20:23 58:2 161:14

**determined** 25:16 58:5 112:13,23 159:19

**determines** 59:4

**determining** 20:13,18

**developed** 79:21 80:9 111:4 148:6 158:15

**developing** 33:22

**development** 17:22 21:1 22:3 71:21 86:11 87:21 148:7 150:4 158:17 160:7

**developmental** 22:1

**develops** 140:12

**device** 28:24 30:9 36:8 38:19 141:18

**devices** 37:10, 11

**diamond** 156:21

**didn't** 24:14,15 62:16 131:17 132:8

**difference** 19:25 20:10 22:20 39:17 74:11 101:8 120:25 121:14, 15 156:5

**differences** 55:23 133:22

**different** 15:8 21:9 27:1 31:16 38:12,13 39:7,19 50:3, 23 54:19 62:1 71:13 72:12 74:9,10 84:22 85:24 86:17 99:22 102:11, 12 111:6 119:18 139:7 149:15,24 150:8 151:14, 17 154:21,22 156:11

**differentiate** 64:7

**differentiated**

58:25 59:2,3,6, 24

**differentiation** 60:1 64:15

**differently** 59:18 112:13, 23

**difficult** 21:9 59:8 71:17 118:25

**diploma** 14:21 15:25

**direct** 7:10,16 46:7 81:7 90:15

**directed** 32:7

**directly** 30:11 34:2 70:19

**director** 26:10

**disagree** 86:1, 14

**disappears** 115:2

**Discovery** 6:15, 17

**discuss** 14:13 37:17 43:2 93:13,15 116:18

**discussed** 7:7 21:18 26:17,20 29:11 49:24,25 64:14 66:21,25 80:10 84:24 89:1 90:19 97:11,20 107:24 109:6 118:15 159:9

**discussing** 29:14 31:2 41:4 44:22 93:14

**discussion** 84:3 135:12 138:12,14

**discussions** 13:7 81:25 97:3

**disease** 16:24

**diseased** 159:21

**disorder** 16:24

**dispute** 86:25

**distinction** 19:22,23 22:17

**distinguished** 80:19

**distributed** 17:5 30:14,16,21 37:3 82:1,5 102:14 111:22 112:1,4,9 124:15 125:1, 10,15 126:1,6

**distributes** 71:12

**distributing** 125:12

**distribution** 19:21 20:9,24 39:16 46:2 47:13 52:24 54:17 58:1 59:12 61:24 62:20 63:6 64:9,16,20,22 65:6,9,15 84:13 99:13 101:17,20,22 102:5,8,10,13 104:5,7,20,25 105:24 107:20, 24 108:22 111:20 112:12, 22 113:3 114:23 125:17, 19,21,24 128:3 143:14 161:8

**District** 6:13

**disturbance** 160:14

**divided** 111:16 115:8 123:23

**Doctor** 147:12 148:15,25 149:6,13,21 150:24 151:9, 24 152:12,16 153:11 154:6, 12,25 155:20 157:11,18,23 165:11,16

**document** 9:21 10:14,18 11:9, 14 14:18 25:25 31:23 32:2,6 34:12 40:13,16 44:6 50:24 51:3,21 52:1 68:19 80:13,15 82:10 83:2,7, 13 84:15,20,25 85:23 88:21 91:4,15 94:23 95:17,18,20,22 96:1,5,21,25 97:3,4,15 98:8, 12,14,17 99:3, 6 103:25 107:15 108:3, 9,21 118:11, 13,18,20,21,24 119:3,9,16 120:10 122:19 123:17 126:5 127:1,24 130:25 132:7 133:1 134:18 142:6 149:8 154:16,18 155:1,16

**documentation** 41:17 49:24 57:19 91:17

**documents** 8:18 10:11 11:12,16,18,24 12:25 13:11 19:4,5,6 36:16 45:10,11 49:12 72:13 82:1,5 92:9,13 97:11, 21 165:20

**does** 16:25 26:5 27:25 37:22 41:16 47:2 51:18 53:23 54:13 55:21 57:12 59:18,21 60:9 68:20,21 72:1 74:3 82:13 96:22 98:14 102:20 105:10 106:24 109:15, 23 114:4 117:22 119:22 120:10,25 123:3 124:22 125:2,14 127:17,19 131:2 132:15 135:15,24 136:12,25 137:3,9,13 141:11,17 147:13,16 150:13,17 152:12,16 155:2 162:7 165:17

**doesn't** 10:6,7 67:24 111:11 120:6 129:1

**done** 10:21 12:24 32:11 34:24 40:17 90:8 93:24 160:20,25 166:7

**dosage** 121:25 122:1

**dose** 126:20

**dots** 136:6,8,12

**double** 129:10, 24

**doubled** 122:2

**doubles** 152:21

**doubling** 130:4, 9 139:10

**doubly** 153:15

**down** 57:8 100:11 107:2 125:7 137:24 139:20 140:15 142:7

**downward** 156:22

**Dr** 6:25 7:18 9:20 11:10 12:15 14:18

26:2,7,14,23 27:18 32:9,21 39:24 40:6,9 47:17 55:9 56:2,7 57:25 60:8 61:19 63:9 69:11,19, 22 81:20 82:22 85:9,20 86:2 87:11,13,18,22 95:10,13 115:5 117:2,5 118:18 129:23 135:10 146:7,9,12 158:8 159:13, 24,25 160:10, 16,17 161:2,6, 17,19 164:2,3 165:6,12,24,25 166:15

**draft** 35:7 37:19,24 81:24 162:4,7

**drafted** 85:2 88:6 96:7,17

**drafting** 84:25

**drag** 79:16

**drastically** 140:1

**drawn** 64:13

**drop** 57:8

**drug** 27:3,13, 14 28:4,6,7,11, 16,20 29:12, 14,21,23 30:2, 7,13,16 31:17, 20,21 38:7,8 41:19,22 47:23 49:8 52:7,12 60:13 61:3 105:5

**drugs** 28:3 39:19 60:12 61:13

**due** 30:6

**duly** 7:4

**during** 25:8 29:23 81:23 126:18 131:14, 22 138:5

**E**

**e-i** 90:5

**e-mail** 14:8 32:4,13,18 34:25 36:20 37:22 38:4 40:18,21 41:25 42:11 43:1 46:7,11 48:4,6, 10,13,21 49:4, 16 51:22 78:10,13 81:8, 13,14,16,19,20 82:21 90:16,19 91:23 96:12 97:10

**e-y-e-r** 90:5

**e.g.** 155:11

**each** 8:9 14:4 111:13 114:8 156:15

**earlier** 9:25 10:23 15:1 21:3,22 39:14 42:8,9 44:20 45:6,14 46:1 47:12 52:23 53:21 54:5 55:12,15 59:25 60:8,16 61:22 62:7,13,18 63:14 64:1 66:21 71:7 74:4,18,20 78:14 80:10,12 88:24,25 92:15,17 98:4 99:11 102:8,17 104:20 107:15 108:2,7 109:6 111:20 113:22 115:18 119:22 121:13 124:9 130:16 138:13 151:19 159:9 161:6

**early** 24:19 76:20

**easily** 124:15, 25 161:7

**easy** 7:23,25

**ECG** 61:15

**educational** 146:16

**effect** 20:13,16, 19 24:7 29:1, 19,21,22 30:6, 20,23 31:12 84:3,6,9 114:19

**effectively** 141:2

**effects** 28:3,4, 6,7,11,16,20 30:6,20 31:8, 13 55:25 60:12,13,20,24 61:3,5,10,11

**efficacy** 31:12, 17,21 61:13 93:5

**efficient** 7:25

**either** 10:7 16:13 40:18 43:8,14 77:21 87:25 104:22 105:16 106:2,7 113:2 114:4 125:6

**electronic** 11:14

**eliminated** 100:1 124:15 125:1,3,14 126:2,7

**elimination** 39:17 46:2 47:14 99:20,24 100:3 107:20 125:17,19,21, 22,25

**Elliott** 6:16

**Ellman** 35:14 42:12

**Ellman's** 42:16

**else** 12:1 13:17 20:11 72:18 163:14

**emergency** 66:4,6,8

**emphasize** 138:15

**employed** 16:13 70:19 86:2,4 87:1 147:5

**employment** 119:4

**end** 39:22 63:19 69:10 95:3 116:20 145:25 147:1 150:6 151:13 166:14

**ended** 126:6

**ending** 32:17 51:9 53:7 65:1 83:1 90:13 97:10 107:9 108:23 122:20 127:24 142:6

**endocrine** 17:8, 10,11

**endogenous** 36:8 54:3,9,11 56:14 63:2

**endometrium** 29:24 30:7,14, 20

**ends** 32:7,24 46:8 51:14 52:4 82:11 98:4 100:11 120:10 126:14 143:8

**energy** 116:15

**English** 8:7,15, 19,20 9:2,6,11, 15 65:4 79:20, 25 89:17,22,24 90:3 131:25

**enjoyed** 69:23

**enough** 11:10 40:19 83:6 161:15

**enter** 7:8 14:25 50:20 59:10 132:11

**entered** 7:9

**enters** 27:15 29:12 58:4 59:5

**entire** 89:9 93:12 98:17 118:10,13 147:5 150:8

**entities** 71:14

**entitled** 7:11 83:2 131:12

**entity** 71:12

**equal** 113:4

**equate** 38:14, 17

**error** 20:17 62:17

**essentially** 155:2,15,17

**establish** 53:24

**established** 151:19

**estimate** 25:21

**estimating** 110:14,16

**estimation** 141:2

**estimations** 25:13

**estradiol** 21:11 117:24 119:25 120:20 121:10, 19,25

**estrogen** 117:20,22 126:20

**et** 130:20

**et al** 130:20

**ethinylestradiol** 150:12

**EU** 156:21

**European** 156:22

**evaluated** 160:21 161:1

**even** 47:15 122:13,14 127:3 133:24 145:17

**evening** 146:12

**ever** 7:21 9:20 22:4 32:12 33:16 36:7 48:13 55:9 56:6 61:4 86:7 95:17 101:6 147:20

**every** 69:1 119:1

**everyone** 8:1

**everything** 10:25 109:20 160:24

**exact** 26:13 28:17 88:19 99:5 112:18

**exactly** 13:24 28:11 43:7 44:16 66:3 77:4 91:20 113:25 133:14 142:1 155:17 161:12 162:13, 15,19

**EXAMINATION** 7:16 158:7

**example** 16:21 21:7 28:22 89:16,22 103:20 152:4

**exceptions** 64:24

**excreted** 17:6

**excretion** 19:21 20:9,25 52:24 54:17 58:2 61:24 62:20 63:6 64:10,16, 20,22 65:6,9, 16 99:13,21,23 100:3

**exhibit** 7:8,17 9:16,19 10:5,7, 8,10,11 11:3,5, 11,12 12:3,8,9 14:17 22:8 27:8 31:22,25 34:9,23 40:10, 12 41:24 42:9, 15 46:6 48:1,2 50:20,21 51:1 55:5,8 61:17 68:18 78:8 80:24,25 88:25 90:11 94:21,24 95:14 97:9,14 108:8 116:5,7 118:5,6 122:19 123:11,12 126:4 127:23 130:13,14 132:11,13 133:10 142:3,5 147:24,25 149:1,2,7,18, 23 151:6,9 154:13,14 156:8 161:18 163:6,22 164:3

**exist** 77:15,22

**existed** 76:19

**existing** 49:21

**exists** 73:21 74:25 75:12,14 151:1

**expect** 56:18 88:12

**expected** 59:15

**experience** 15:16 16:4 133:1

**experiments** 17:4

**expert** 19:10 20:21 22:9,18, 19 23:15 26:10 47:8 73:4 76:10 77:7,13 78:2,3 85:14 86:13,20 87:6, 22 88:2,7 133:7

**expertise** 78:1 84:4,5,6,10,12 85:9,13 86:9 88:13,16 93:9, 14

**experts** 28:2 47:10 60:11 61:2,9 73:25 74:2 85:11 86:12

**explain** 7:24 36:17 71:1 79:25 110:25 112:25 113:22 114:10 149:22

**explained** 20:6 80:12 94:3 97:21 99:11 102:8 115:18 117:12 134:4

**explaining** 104:20

**explored** 154:22

**express** 114:14

**expression** 83:20,25 84:12 86:9,20 87:6, 23 88:3,10

**extent** 58:5 76:18 90:1 154:10

**F**

**F-R-I-T-Z** 90:3

**F-R-I-T-Z-E-L-M-** 90:4

**Fabrizio** 84:18 87:1,5

**fact** 53:24 148:12

**factor** 150:21

**factors** 155:21

**faeces** 20:15

**FAI** 111:10

**fair** 11:10 16:6, 12 23:25 29:12 30:17 31:5,11 40:19,24 41:5, 19 70:14 77:1, 17 80:5 81:10 83:6 93:16 99:8 112:7,10, 14,20 113:6,9,

18 119:13 122:9,15 128:24 129:22 134:15 157:18

**fairly** 59:8 137:9 159:22

**familiar** 36:4 41:13,15 42:11,22 56:3, 4 85:17

**familiarize** 94:23

**family** 50:23

**far** 23:3 24:3 25:11,16 38:20 39:1 42:20 52:24 62:19 63:5,15 66:3 70:15 72:19 77:15 80:4 83:22 87:20 90:11 104:12 119:1 141:23, 24 159:16

**Faundes** 131:20

**FC/HT** 18:3,6 19:10

**FDA** 41:18 68:18

**February** 32:18 81:2,16 88:22 90:17 96:14

**feel** 94:2

**female** 23:20 29:4 33:15 89:14

**fertile** 142:23

**fertility** 18:3,6, 10 19:11 55:16

**few** 13:13 32:12 51:6 69:23 70:4 74:18 117:7 137:22 142:21 146:14 158:9 161:19

**field** 47:8 55:3 147:3

**figure** 135:11, 15,24,25 137:21 149:17, 22,23 150:17 156:7,8,14 157:12 161:7 163:23

**figured** 149:4

**file** 11:13 50:22 68:23 165:2

**files** 11:15

**filled** 136:9

**final** 22:1 92:9 162:7

**finalization** 96:10 97:6,7

**finalized** 96:9 99:3 107:16 119:14

**Finally** 163:4

**find** 16:23 35:18 42:10 44:16 61:21 69:2 71:17 139:1

**fine** 9:7 116:13 165:3

**finish** 8:9,11 104:17

**Finland** 72:23 73:8,16

**first** 8:3 15:17 16:4 19:18 22:24 29:16,25 33:3 35:16 41:8 42:1 45:4, 5 48:9 52:18 56:2 82:22 84:11 87:13,17 89:20 113:15 124:2 126:11 128:2,8 130:15 131:2 133:9,23 134:23 136:8 138:5 139:18 140:1,13 142:2,21 145:9 150:5 151:1 155:2 158:9 162:4,9,12

**five** 67:3 88:1 147:2 150:7 151:13

**five-rod** 44:2 66:24

**FLI** 119:17 123:13,19,22 126:6 130:16, 19 131:8 132:8,17 134:12 135:17 136:2,22 137:15,16 138:4,17 139:1,2,6 147:14,16,21 165:17,22

**flip** 10:4 51:6,8 52:3 53:7 82:21 90:13 96:11

**focus** 18:13 93:3

**focused** 20:2 55:17

**fold** 122:11,15, 24 123:3,8 128:19

**follow** 83:15 131:17 138:12

**following** 57:18 129:20 142:11, 21

**follows** 7:5

**foreign** 21:22

**forgot** 12:14 131:25

**form** 11:23 14:10 16:13 18:19 28:9 30:22 31:9,14 33:10,18 36:1, 24 38:2,10,23 39:12 44:1,25 45:23 47:6,24 53:2 54:18 57:15 63:8 64:5,17 65:11 66:16 67:9,21 71:2,16 75:25 76:17 77:3 88:4 89:6,10 91:19 93:1,17, 22 94:14,19 107:4 114:13 115:25 125:11 129:7,17 130:6 134:9 138:24 143:5 145:3 147:10 152:18 153:2 157:14 159:15 160:2 162:23 164:24 165:19

**formula** 111:4, 6,8 115:20 116:4 148:5 158:15 160:8, 22

**formulation** 121:25

**forth** 64:13

**found** 15:1 88:13 148:22, 24

**foundation** 149:10 155:19

**four** 13:25 99:12 139:20

**fourth** 10:5 24:11 137:24

**fraction** 25:21 124:10,14 126:13 133:21 134:7,13,14 147:14,19 148:8 152:9,22 159:4 160:7

**frame** 103:3

**framework** 73:21 74:25 159:22

**Frank** 56:2

**free** 14:21 15:3,19,24 101:23 102:1 104:7 105:5 106:2,8 107:7 109:11 110:23 111:1,3,7,9,12,

14,18 112:7, 11,21 113:1,4, 18,22,24 114:17 115:1, 3,6,19,23 117:8 119:17 128:7 130:11 131:13,21 133:20 134:7, 12,14 138:1,4 140:3 141:1 147:13,14,18 148:4,8,13 150:25 151:2 152:9,13,16, 21,22,25 153:8,12,17, 22,23 154:1,3 158:9,11 159:4 160:7,8,22 161:8,14 163:7 165:14

**freely** 125:13

**Fritzelmeier** 89:24 90:4

**front** 51:17 94:25 95:25 97:16 108:10 120:7 123:17

**full** 18:21 50:12 82:10 107:10 134:24 139:19 159:1

**function** 19:12 24:8 88:10,20

**functions** 86:17

**fundamental** 45:10

**further** 13:10 58:22 146:10 165:8

**G**

**gave** 12:9 120:12

**GBT** 81:23

**general** 7:24 28:7 58:20 60:5 65:12,13 114:16 140:16

**generally** 19:19,24 20:7 32:13 45:18 49:17 57:18 64:24 65:16 89:3 98:20 101:9 102:5,10 111:24 112:3 127:4 130:3 165:7

**German** 8:13, 16,17 9:13 28:18

**Germany** 73:2 74:11 78:2,5 87:15

**Gertrud** 78:17, 18,24 90:23

**Gertrude** 46:17

**gestodene** 29:3,5

**gets** 27:13,14

**getting** 27:3 34:12

**give** 8:3 10:20 34:8 40:15 48:3 70:1 81:6, 9 108:16 118:7 132:14 140:24 146:15

**given** 11:1 18:14 71:12 91:7

**GLC** 34:5 71:7 92:7,17

**global** 34:6 71:7,25 72:4,5 80:16 92:8,18, 22,23 93:21

**globally** 72:7 79:21 80:10

**globulin** 100:20,24 103:5,22

**goes** 15:14 32:9 69:5 106:23 107:1,2 113:1,24

**going** 7:8,24 12:16 26:6 31:22,23 34:13 36:23 38:1,24, 25 39:24 40:10 44:15 46:7 48:1,3 50:20, 21 51:2 55:5 68:8 69:12 75:19 78:22 80:24 81:9,15 95:4 103:3,14 106:22 109:19 116:6,13,21 118:12 131:11 132:11 133:14 140:15 144:3 146:1,13,17 157:25 158:25 160:15 166:16

**good** 6:3 10:25 12:10 46:13 48:6 69:17 78:16 80:4 146:12

**got** 61:4 63:19 86:7 89:19

**gotten** 64:12

**graph** 157:4, 15,21

**great** 98:10

**group** 18:2 20:2 76:23 77:1,5,8,9,13

**guess** 71:24 116:11 121:4 145:21

**guys** 10:10

**H**

**half** 104:10 126:22 128:8 130:21 151:12

**halfway** 142:7

**Hampton** 35:15

**hand** 40:10 60:1 148:25

**handed** 10:22 11:2 95:14

**handing** 154:12

**happening** 125:19,25

**happens** 7:13

**happy** 12:6 82:17 118:14

**hard** 129:20

**having** 7:4 51:23 108:6 129:20

**he's** 12:1

**head** 8:5 17:8, 10 18:2

**heading** 52:15

**health** 49:13 55:14

**healthcare** 23:6,11,20 26:11 33:15 49:18 70:24 71:15 72:16 73:20 74:13,23 75:5 76:11,16, 23,25 77:8,9, 19,25 78:4 89:15 149:11 161:20

**healthcare/ specialized** 22:10

**hear** 70:11

**heard** 6:12

**heavier** 157:19

**held** 6:5 49:18 76:21 89:8

**help** 8:25 9:14 19:4,7,17 28:23 57:12 59:14 60:3 79:24 103:15 148:8 159:3

**helpful** 8:5,6,9 9:15

**helps** 148:10 158:20 159:6, 11

**here** 6:17 7:19 14:13,20 15:17 20:1,7,10,15

32:8 38:13 45:25 48:23 50:17 57:16 64:7 70:1,13 74:19 80:5 84:4,10 85:14 117:10 124:25 128:17,21 133:9 134:11 138:25 139:3,8 140:9,12,18 142:16 143:1 145:15 161:7

**Herman** 35:14 42:12,16

**herself** 86:12 88:7

**high** 107:6 122:6 124:5 140:4

**higher** 43:24 103:2 122:25 138:5 139:22, 25 141:15,16 148:20 153:21 155:23,24

**highest** 148:23 150:9,10,12 153:20 154:3

**highlighted** 68:24 136:19 162:3

**Hill** 6:14

**Hofmann** 26:7, 14,23 27:18 159:13,18 160:10,17 161:2 165:24

**Hofmann's** 159:25 164:3 165:6,12

**hold** 23:18

**honest** 50:16 54:21 62:3 123:10 129:19

**honestly** 47:7 126:9

**hope** 7:12 69:22

**hopefully** 8:12 132:21

**hormonal** 38:22 39:4

**hormone** 17:22 18:4,6,11,13, 17 19:11 29:5, 7 54:3,7,22 55:16,18,22 62:4 63:2 103:5,16,21 117:13,17,19 124:22 125:2,9 146:24

**hormone-binding** 100:20, 24

**hormone-releasing** 38:14 39:8

**hormones** 83:21,25 85:9 86:9,21 87:7, 24 88:3,10 101:15 102:19, 22,24 103:6,22

**hour** 14:3 143:20

**hours** 7:11 142:13

**how** 13:21 14:1 16:18 17:4,5, 18 27:3,13,14 29:10,11,12,16 33:12 43:17 58:2 59:17 61:10 63:1 67:11 85:2 86:23 102:14 104:21,22 111:21 114:2 118:15 123:8, 13 139:2 148:16 151:22 152:12,16 153:4 154:7 163:1

**however** 15:24 38:12 97:18 108:12 118:16 120:24 129:10

**HT** 115:15

**human** 19:10, 22,24 93:14 111:21

**humans** 17:24 20:3 60:21

**hypothetically** 110:8

**I**

**I'LL** 41:21 42:10 145:21 146:10 149:11 154:5 155:20

**I'M** 11:16 34:24 59:14,16,17 61:10 71:11,24 74:19 85:24 144:16 158:14

**I'VE** 75:19

149:7

**i.e.** 99:25

**idea** 41:7 42:16 141:25

**ideal** 9:10

**identical** 43:9 67:12

**identification** 7:17 9:19 11:5 31:25 34:23 40:12 48:2 51:1 55:8 80:25 94:24 118:6 132:13 149:2 154:14

**identified** 155:22 156:4

**II** 6:11

**imaging** 16:22 22:11

**Imbroscio** 6:22 7:14 9:1 10:6, 15,20 11:23 12:3,10 13:5, 12 14:10 18:19 24:11 26:6 28:9 30:22 31:9,14 33:10, 18 34:11,18 36:1,23 38:1, 10,23 39:12 41:21 44:1,3, 25 45:23 47:6, 24 53:2 54:18 55:1 57:15 63:8 64:5,17 65:11 66:16 67:1,9,21 68:17 69:6 71:2,16 75:25 76:17 77:3 78:9 82:17 85:25 88:4 89:6,10,19 91:19 92:1 93:1,17,22 94:14,19 107:4 108:4 109:21 114:13 115:25 116:6,13 120:5 125:11 129:7, 19 130:6 134:9 138:24 143:5 145:3,21 146:11,13 149:4,20 151:8 158:8 159:15 160:2,13,19 161:19 162:23 164:23 165:2,9 166:1,6,11

**Imbroscio's** 163:5

**implant** 43:8, 16,24,25 66:22 152:14,17,20, 25

**implants** 131:15,23 133:24 135:18 136:2 148:21 150:2,23 151:15

**implied** 59:20

**importance** 159:11

**important** 8:3 72:6 80:15,18 92:16,19,24 93:2,4,7 116:2

**impression** 140:25

**inaccurate** 94:18

**Inc** 70:25

**incapable** 112:15 113:7, 10

**include** 25:13 56:14,19 60:21 61:5 80:17 97:11 109:15, 23

**included** 18:9 25:20 57:14,20 83:5 165:5

**includes** 27:13 29:15 99:12,24 100:3

**including** 11:14 12:17 14:13 23:24 147:24

**incompatible** 70:12

**increase** 117:22,25 118:1,2,3 119:23,25 120:2 121:1,2 122:6,7,11,13, 16 123:3,8 127:18,19 128:14,23 129:6 137:3 141:22

**increased** 120:22 121:21 137:14 153:17 157:16

**increases** 106:20 136:17 153:18,22

**index** 111:9,12, 14 115:6 117:8 119:18 131:13, 21 136:16 138:1,4 141:1 147:13,14 158:10 163:7 165:17

**indicate** 121:6

**indicated** 6:8 40:7 69:12 95:11 117:3 146:8 166:16

**indicating** 85:16

**indication** 75:8, 9,17,18,23 76:7,15,23,25 77:8,9

**indications** 18:16

**indicative** 120:11

**indirectly** 105:21 114:24

**individual** 75:8 125:7 156:12, 15

**individuals** 35:10,13 38:7

**influence** 29:4 154:7 155:22

**inform** 71:21

**information** 44:14 67:13 80:18 85:21 108:17,20 165:18

**informative** 94:13

**ingredient** 30:1 43:21 64:2 100:17

**inhibition** 133:2,4 134:18

**initial** 37:25 139:22,25 141:14 142:11

**Inki** 85:3,6,19 86:2,12

**Inki's** 85:9

**input** 148:6 158:16

**insert** 44:14

**inserted** 35:20

**insertion** 142:11,22 143:16,19,22

**insinuate** 72:1

**insinuating** 94:2

**instance** 65:14 152:23

**instead** 100:23

**Institute** 15:3

**instruct** 13:5

**intended** 106:3

**intensively** 28:4,5,16,19 60:13 61:3

**interacting** 141:3

**interchangeable** 101:9

**interested** 32:4 110:14,16

**interpretation** 20:18 28:14 41:20 44:12 93:3 138:18 139:21 141:13

**interpreted** 10:16 80:2 90:3

**interpreter** 9:5 13:20 17:12,14 22:13 39:13 49:22 63:9 67:15 73:25 89:21 101:25 102:23 118:4 128:25 129:16 140:15 149:19 151:7

**interpreter's** 29:20

**interpreters** 6:18 7:2,5 70:1

**into** 9:24 14:25 15:8 20:1 27:3, 13,14 30:11, 14,16,21 80:20 100:17 102:14 111:22 112:1, 5,9,12,22 113:24 115:2 124:15 125:1, 7,10,13,15 126:6 132:11 142:12

**intracellular** 55:24

**intrauterine** 24:2,9 27:2 28:24 30:9 36:8 37:9,10 52:8,19 122:1 151:15

**intravenous** 27:2

**introduce** 6:20 19:3

**investigate** 28:19 31:17

**investigation** 154:20

**investigations** 130:20 131:9

**involved** 21:5 33:16,22 43:13 55:13 147:1

**issue** 7:6 8:12 11:13,20 16:18 30:25 31:1,5 33:5,6 69:7 70:13 71:24 165:13

**issues** 38:19 49:6,25 58:21 70:10

**it's** 9:7,14 12:16 17:10 19:2 21:9,12 23:19 26:9 32:17 34:13 40:14 43:8 49:16 51:4,5 54:3 56:9,11 64:8,12 65:12, 13 67:3,11 68:2 69:1 72:19 81:5 88:15 91:21 96:7,17 101:23 103:7,9,16,20 104:10 107:5

118:20 121:4,6 122:7,10 128:21 129:14 132:15 135:4 146:18 149:20 150:19,22 154:11 158:23 160:4 162:13, 19 163:14,21 165:2,3

**item** 11:10 16:4 18:1 22:8,24 24:17 66:18

**its** 30:19 54:22 58:4 62:4 96:10 117:16 131:13,21 153:25

**itself** 69:4

**IUD** 35:19,24 36:19 37:14,23 38:14,15,21,22 39:4,8 52:25 53:15,17,23,25 62:20 63:7

**IUDS** 53:10,14

**IUS** 6:10 120:21 121:11, 20

**IUS20** 151:20 152:4

J

**Jackisch** 6:19 7:1

**Jadelle®** 43:9, 10,15,16,21,25 148:21

**Japan** 156:23

**Jaydess®** 24:24

**Jo-ann** 35:14 68:23

**job** 23:19 49:18

**Johansen** 134:25 139:19

**Journal** 131:23

**judge** 93:8

**June** 23:13 40:19,22,23 42:1

**jury** 20:11 120:17 123:13 146:15 147:25 149:13,21,22 151:6,22 152:1 154:18 156:8, 13 163:10

**just** 7:8,10,24 8:20 9:5,14 10:24 11:2 12:4,6,11,13, 15,18 13:5,12 14:24 15:5 16:7 21:13,21 22:21,23 23:19 24:6 25:2 27:8, 9 29:25 30:1,5 32:3 34:11,19 38:1,16 41:1,3 42:1,14 43:7, 23 47:2,20 50:21 51:9,13, 14 52:3,7 53:4, 8,21 55:6 56:12,21 59:16 62:14 63:11,20 67:1 68:3 69:23 70:9,23 73:14 74:3,18, 20 78:8,21,23 79:15,23 81:7, 20 82:9 83:10 84:6 85:15,22 86:5,8 87:8 88:24 89:25 90:15 92:22 94:2,25 98:11 99:7,16 102:16 103:4 107:23 117:6,7 119:12 120:9,17 121:16 127:22 128:18 129:13, 17,23 130:3 134:5 136:18, 19 137:21 139:7 143:6 146:17 149:10 154:10 155:8, 15 156:18 158:8 161:17 164:23 165:2, 10,11

**justification** 92:9,13 96:21 97:4,11,15,21 98:14 99:6 108:9 122:19 127:23 142:5

K

**keep** 26:6 55:6 78:8

**keeping** 116:15

**Kerstin** 6:19 7:1

**key** 136:21 154:25 155:2

**kidney** 16:1

**kilograms** 122:23 144:21 157:3,5,7

**kind** 17:1,17 32:25 50:11 52:15 55:13 58:16 59:9,13

**kindly** 37:2 116:8,17

**kinetic** 63:17 64:3 68:6,12 93:5 98:7

**kinetics** 19:10, 23,24 20:2,3 63:24 71:21 73:25 74:2 75:10,12,16, 18,22,23 77:5, 25 93:10,15,20 94:6,9,12,17 108:19 111:21 134:5

**Klaus** 32:8,25 47:11 91:24

**knew** 161:9

**know** 9:14 12:16,18 15:6 17:16 19:2,5,6 21:2,17,18 23:3 25:20,23 26:7,12 32:3, 10 33:12 34:5 35:3,10,15,23 36:14,15 37:7, 12 38:16 43:7, 12,18 44:6 46:1,5,8 49:15 50:16,24 52:1 54:22 55:3 56:6,10,11,12 59:12 61:4 62:4 64:14 66:3 68:1 71:10,19 72:19 73:12,17 76:18 77:4 79:24 84:19 85:7,12, 13,14,16,22 86:6,13,16,19 87:5,10,18,22, 25 88:15,19 91:20 99:4 106:17 110:1 111:12 113:25 123:10 132:8, 15 134:4 135:4,10 137:19 139:1 140:11 141:11 145:17 146:14 148:10 153:19 158:20,25 159:6,11,13,21 161:2,15,23,25 163:19

**knowledge** 21:25 72:20 77:6 78:2,3 133:8 147:20 160:5

**known** 43:11 110:2

**Konnerth** 37:4

**Kyleena®** 24:23

L

**lab** 17:2,3 20:22

**label** 33:23 34:1,3 36:21 38:8 41:3 44:14,23 45:7 93:13,16 94:9, 13,17 97:4

**labeling** 33:17,

20 34:6 35:7, 18 37:2,3,19, 25 42:4 43:3 44:11,12 45:22,25 46:4 47:5,9,20 71:8 72:1,4,13 79:21 80:9,16 92:8,22

**labels** 37:24 38:8,12 39:11 44:21 45:11, 15,20 67:12,18

**laboratory** 17:8,10,11,20, 21

**labs** 56:7

**lactation** 97:12, 17 98:8,11 108:17

**Lactation.'** 108:11

**language** 8:17 121:5

**large** 29:22 144:14,15 145:1,5,10,20

**largely** 133:21

**last** 7:6 12:22 16:7 22:17 23:5 24:17 26:15,24 32:4, 25 42:14 47:18 51:5,14 52:14, 15 66:18 89:20 90:1 107:9 122:20 126:12 137:6 140:20 154:6 155:16 164:24

**lasted** 14:2

**later** 42:20 125:21

**latest** 11:7,8 82:2

**latter** 133:24

**laughing** 87:16

**launched** 22:4

**lbs** 157:7,8

**LCS12** 24:23

**LCS16** 24:22

**lead** 26:2 114:25 117:24 118:1 119:25 120:1 155:24

**leading** 99:2

**leads** 127:9,14

**least** 23:4 52:23 62:19 63:5 64:16 65:5 66:11,13 68:6,11,20 88:6 89:20 135:7

**leaves** 93:2

**left** 118:15

**legal** 71:4,19, 24

**less** 106:1,5 125:21 140:2 153:18 155:9

**lesser** 116:3 159:10

**let** 8:9,11 9:14 10:20 12:15,18 18:24 19:5,6 32:3,9 46:8 61:21 67:1 108:16 129:2 135:4,10 139:8 143:1 148:15, 25 149:17 150:24 151:1 153:10 155:6 156:7 165:15

**let's** 14:16 28:22 34:8,9, 18 39:20 46:6 51:5 61:17 68:15 95:2 98:3 107:8 122:8 134:15, 22 142:3 143:8 145:23 161:17 163:21 164:2 166:3

**level** 39:18 58:4 110:9 129:3,4 148:20 150:22 153:25

**levels** 31:2,6 56:7 82:23 84:3 105:5 123:5 124:4 126:11 127:9, 14 137:6 142:22 148:23 155:8 157:6, 12,16 159:14

**levo** 152:25

**levonorgestrel** 6:10 22:2 25:22 28:25 29:2,3,14,16, 17,18 30:2,10, 18 31:3 39:11, 15,19 43:17,20 44:22 45:16 46:19 47:22 54:6,15,24 56:8,16 57:10 61:23 63:2,15 64:1,3,11,21, 23 65:9,21 66:6,8,15,23 67:8,15,16,20, 25 68:5,13 79:1 90:25 100:19 101:23 102:1,2 103:11,21 104:1 109:2,11 111:12,14,15, 25 112:8,15 113:10,14,19 115:6,7 117:8 119:18 122:1, 24 128:4,7 131:13,21 133:21,25 134:7,20 135:16 136:1 137:18 138:1,4 139:25 140:3, 4,17,24 141:1, 10,17,20 142:12,20 143:19 144:2, 19 147:13,14 149:16,25 153:24 154:2, 4,21 158:10 163:7 165:14

**levonorgestrel-containing** 46:21 65:7,19 79:3 91:1

**levonorgestrel-only** 45:20

**levonorgestrel-releasing** 24:2, 9 52:8

**Levonova** 21:16,23

**liability** 6:11 9:25 33:6

**like** 6:20 15:4 22:24 24:16,19 27:19 28:10 40:14,22 50:2 51:8 59:11 61:14 63:9 69:1 80:5 81:7 87:17 89:9 98:20 113:25 118:13 120:13, 17 122:5,9 128:16 129:13, 18 133:12 135:6,16,19 138:15 145:15 148:21 159:24 162:7

**likely** 157:19

**line** 32:21 33:3 35:16 81:8 136:9,12,21 150:20

**lines** 100:11 117:15 136:5,6 139:20

**link** 138:16

**list** 18:1 22:24 24:18 130:25 131:19 164:4

**listed** 11:8 15:17 16:4 17:7 23:6 35:10 48:9 83:7 84:15 85:3,13 88:2 131:5 156:19

**listing** 151:24

**lists** 10:11 50:9 151:25

**liter** 120:22 121:12,21 136:14 137:1,7 142:22 152:6, 10,24 153:1 154:1

**literally** 30:10

**literature** 13:1 115:15 132:9 138:20 147:23 163:6

**litigation** 6:11, 15,17 9:25 11:15,18 70:24 162:11

**little** 8:1 21:2 45:2 51:9 53:8 60:4 64:12 71:6 86:8 89:25 91:21 112:25 116:7 117:6 133:7 135:7 140:25 163:3

**LM** 82:2

**LNG** 82:23 83:3 109:7 110:5,9, 12,17 111:19 113:7 114:11, 12 120:21 121:11,20 123:5,9,22 124:4,5 125:8, 9,14 126:1,19 127:10,14,18 128:15 137:7, 14 145:2 147:15 148:4, 13,16,17,19,23 150:1,10,17, 23,25 151:2,20 152:4 153:16 154:7 155:11, 22,24 157:19 158:11 161:4

**LNG-CONTAINING** 47:4

**local** 29:19,21 30:6,19

**London** 6:6

**long** 7:13 12:16 14:1,6 19:2 87:17 97:3 118:16 146:14 162:14

**long-term** 131:14,22

**longer** 14:6 50:17,18

**look** 13:10 14:16 17:4 25:25 32:1,16 34:8 37:2 40:15,21 48:3 49:23 51:24,25 65:14 81:9,15 88:21,24 95:15 97:14 98:4,20 99:7 107:8 108:8 111:5 115:20 118:7, 10 120:13 121:16 122:3, 4,12 129:8,9 130:12 132:14 134:12 135:15 136:8 145:16 161:17 162:7

**looked** 16:18 17:21,24 39:14 42:10,14 55:15 90:10 107:15 126:25 162:10 165:21

**looking** 11:11 46:7 51:17 67:18 78:10 107:23 132:9, 18 136:18 151:9

**looks** 22:24 24:16 40:14,22 50:2 72:4 80:12,13 89:8 92:18,23 120:17 122:5,9

**lost** 126:9

**lot** 49:15 54:22 62:4 68:19 111:7,11 159:25 160:4

**loud** 8:22

**love** 67:5

**low** 30:24 107:7 122:22 126:20

**low-dose** 24:1, 8

**lower** 150:21 155:24 157:20

**lowered** 140:3

**lowest** 148:19 157:6

**lunch** 68:3,15 69:15,23

**luteal** 131:14, 22

**Löber** 6:19 7:1

**M**

**made** 11:24 49:23 50:1 58:22 64:15 74:3,11 91:6,9, 12 92:14,20 97:22 132:9

**main** 30:5 114:19

**mainly** 16:18

**make** 7:25 9:6 12:7 38:11 59:18 85:1 87:4,9 94:17 114:5 145:15 158:24 165:15

**makes** 72:5 92:18,24 94:5

**making** 10:24 57:16

**man** 87:17

**mandatory** 80:19 93:5

**MANGRUM** 69:4 163:15,19

**many** 13:21 21:8 89:17 118:25

**March** 34:25

**mark** 11:3 12:4 31:22 34:9 48:1 50:21 55:5 80:24 83:5

**marked** 7:17 9:16,19 11:5 14:16 15:2 31:25 34:23 40:9,12 48:2 51:1 55:8 68:24 80:25 94:21,24 95:14 116:5 118:5,6 122:13 132:13 133:10 147:24 149:1,2,7 154:13,14 161:18

**market** 22:5 35:25

**marketed** 24:22,23 35:19,23 36:18 37:23

**matches** 10:25

**materials** 13:4, 6 135:19

**matter** 6:9 7:10 67:24 72:3

**matters** 15:13 71:19

**Maureen** 86:15, 16,19

**maximum** 25:15 143:20 151:16 153:25

**may** 9:1,5 11:16 17:12 24:17 29:3 30:20 32:1,14 33:22 35:24 38:7 62:13 64:24 65:15 71:10 72:12 86:17 87:18 93:19 114:4, 12,25 116:15

120:5 124:22 133:21 135:6 140:24 151:5 165:4,12,16

**maybe** 10:8 25:12 28:14 35:3 51:5 60:3 62:11 76:19 77:23 90:1 91:20 103:14 116:7 121:4 136:3 139:7 162:14

**mean** 13:22 19:11 20:16 22:13 28:11,15 41:16 44:11 47:18 59:21 60:24 63:21,23 91:20 102:20 105:10 111:11 114:4,22 125:15 128:18, 19 129:25 135:16 136:1 151:16 157:13, 17 165:1

**meaning** 134:13

**meaningful** 129:11,25 130:5,10,11 139:11

**meanings** 102:12

**means** 18:6,13 19:25 28:19 34:6 41:21 44:13 47:9 50:6 102:14 105:24 111:21 113:3

**meant** 18:12 45:17 103:9 130:2

**measure** 61:14 110:6,12,18,20 148:13 160:11, 17 161:5

**measured** 135:16 136:1 156:5,16 159:14 161:3

**measurements** 25:13 140:21, 24 160:20,25 161:10

**measuring** 58:4

**med** 50:10,14

**media** 6:4 16:5, 16 20:14,15 39:23 40:5 69:10,18 95:3, 9 116:20 117:1 145:25 146:6 166:14

**median** 122:23 144:2,10,18

**medical** 28:2 42:18 50:15 51:18,25 60:11 61:2,17 69:9 86:2,15 87:1

**meet** 13:14,21 14:12 116:10

**meeting** 14:4 42:3

**meetings** 14:1, 5,8

**memberships** 23:24

**membranes** 58:7

**menopausal** 18:18

**menopause** 18:14

**Menorrhagia** 22:1

**Menostar** 21:12

**mention** 90:20

**mentioned** 25:1,24 84:4, 10 89:2

**message** 155:2

**messages** 154:25

**metabolic** 99:25

**metabolism** 15:14 19:12,21 20:9,10 39:16 46:2 47:13 52:24 54:17 61:24 62:19 63:5 64:9,15, 20,22 65:5,8, 18,20 66:11, 13,14 67:6,7, 14,16,18,19,25 68:5,7,12 99:13,18

**method** 148:12

**methods** 135:20 165:23

**Michael** 85:22 146:13

**micrograms** 120:18,20,21 121:10,11,20 142:13

**MICROGYNON** 155:11

**middle** 41:25

**might** 8:18 19:3,16 21:4,8 32:22 35:15 36:14 37:24 38:19 39:9 44:7,11 49:19 53:21 60:21 61:14 71:13 86:7 101:4 117:19,24 118:1 119:12, 25 120:1 123:8 124:19,20 128:23 133:4 135:3 149:4 154:7

**Mike** 129:12

**milligrams** 121:17,19

**milliliter** 144:3, 25 145:7

**milliter** 144:5, 11,20,25 145:1

**mind** 45:1 74:16

**mine** 15:10

**minimal** 121:6

**minimum** 151:16

**minor** 129:10

**minute** 42:10 48:3 95:2 118:7 132:14

**minutes** 7:12 74:18

**MIR_AC_ 00021735** 94:22

**MIR_AC_ 00398249** 51:4

**MIR_AC_ UNREDACTED_ 00028097** 32:6

**MIR_ELEU_ 00253307** 48:5

**MIR_ELEU_ 00717168** 81:2

**MIR_JR_ 00184570** 34:22

**MIR_JR_ 00186518** 40:14

**MIR_PIEU_ 00913665** 118:9

**MIRANOVA** 155:12

**Mirena®** 6:10 9:25 11:13,20 21:7,14,15,19, 21,24 24:5 28:23,24 29:10,13,20 30:2,6,19 33:17,21 34:1 35:8,19 36:3, 21 37:19,25 41:3,4,7 44:23 45:7,13 46:13, 20 47:21 48:17 50:9,10 52:8, 12 53:1 62:21 63:7 64:4,23 65:10,21 66:15 67:8,20 78:16 79:2 81:23,25 83:3 90:25

91:9,12,13 94:9,13,17 115:14 117:16 132:25 133:1 134:19 141:14, 18,21 142:11 143:16,19 147:9,19,21 148:13,17,20 150:3,20 151:1,2,20 152:13,17,24 153:5,12 154:4,8 155:4 156:11

**Mirena®'s** 150:16,17

**misimpression** 67:2

**MLS** 22:1

**MM** 82:2

**model** 25:21,23 159:18

**molar** 123:23

**molecule** 126:1

**moment** 34:17 38:4 81:4 94:23

**moments** 161:19

**monographs** 82:2

**month** 142:2 145:13,14,18 162:14,21

**months** 96:23 120:22 122:2 136:2,3 140:1, 14 144:4,5,9, 20 145:9 152:23

**months'** 135:17

**Moon** 89:16,21

**more** 8:24 9:13 21:2 28:3,5,15, 18,22 45:2 55:13,17 58:25 59:1,3,6,24 60:4,12 61:3 68:3,19 85:20 91:21 98:8 105:25 106:6 112:18 113:1 117:15 120:13 122:13,14 125:6,20,22 138:11 141:1 148:3,8 153:21 157:19 158:11 159:4 162:16, 18 165:15

**morning** 6:3 14:18

**most** 11:4 21:3 39:6 62:9,15 98:15

**mostly** 8:23 20:7 131:24

**motion** 109:21

**move** 12:2,22 16:3 79:11

**moved** 61:18

**Mr** 6:5,22,25 7:14 9:1 10:6, 15,20 11:23 12:3,10 13:5, 12 14:10 18:19 24:11 26:6 28:9 30:22 31:9,14 33:10, 18 34:11,18 36:1,23 38:1, 10,23 39:12 41:21 44:1,3, 25 45:23 47:6, 24 53:2 54:18 55:1 57:15 63:8 64:5,17 65:11 66:16 67:1,9,21 68:17 69:6 71:2,16 75:25 76:17 77:3 78:9 82:17 85:25 88:4 89:6,10,19,24 90:4 91:19 92:1 93:1,17, 22 94:14,19 107:4 108:4 109:21 114:13 115:25 116:6, 13 120:5 125:11 129:7, 19 130:6 134:9 138:24 143:5 145:3,21 146:11 149:4, 20 151:8 158:8 159:15 160:2, 13,19 161:19 162:23 163:5 164:23 165:2,9 166:1,6,11

**MRI** 16:22

**Ms** 6:24 7:6,15, 16 9:4,9 10:9, 23 11:25 12:8, 11 17:14 22:15 24:12 26:5 34:16,20,21 40:8 41:23 44:2 63:12 67:5 68:15,22 69:4,8,21 82:19 85:22 95:12 102:4 109:19 116:8, 17 117:4 129:2,12,22 145:23 146:9, 17 147:10 149:3,10 152:18 153:2, 6,15 154:10 155:19 157:14 158:7 159:17, 18,23 160:24 163:14,15,17, 19,21 165:1,8, 19 166:3,9

**much** 7:15 9:12 12:12 27:14 39:20 41:23 55:7 58:2 69:13 71:3 80:23 104:21, 22 118:15 123:8 163:1 166:8,13,17

**Mukul** 35:17

**multiple** 33:21 68:22

**must** 10:17 47:14 48:14 72:7 86:16 87:14 107:5 113:15 115:3 125:8,9 129:8 159:20

**myself** 10:17 17:16 24:14 25:8 47:7 98:6 134:10

**N**

**name** 6:15 7:18 15:5 21:11,19 22:1,3 35:20 36:4 42:12,23 52:7 56:3,4 81:12 84:19 85:15 87:8,13, 17,18 88:19 89:18 111:11 146:12 154:15

**namely** 45:10 47:12

**names** 18:22, 25 85:13,17 90:2,6

**Nancy** 37:4

**nanograms** 152:6,10,24,25 154:1

**nanomole** 120:22

**nanomoles** 121:12,21 136:14 137:1,7 142:22

**Natale** 6:24 7:6, 15,16,18 9:4,9 10:9,23 11:25 12:8,11 17:14 22:15 24:12 26:5 34:16,20, 21 40:8 41:23 44:2 63:12 67:5 68:15,22 69:8,21 82:19 85:22 95:12 102:4 109:19 116:8,17 117:4 129:2,12,22

145:23 146:9, 17 147:10 149:3,10 152:18 153:2, 6,15 154:10 155:19 157:14 158:7 159:23 160:24 163:14, 17,21 165:1,8, 19 166:3,9

**native** 8:16

**natural** 54:22 56:19 57:4,13 62:4 63:2

**naturally** 54:14

**nature** 58:20

**NDA** 41:13,20, 21 48:17,23 49:3,7,10,19 50:7 51:18 52:4,11 64:25 69:8

**nearby** 55:6

**nearly** 122:1

**necessarily** 38:17 108:18

**necessary** 64:6 65:14

**need** 8:24 9:14 12:15 14:25 15:1 19:20 20:8 25:25 26:5 43:2 79:16,24 85:20 96:12 135:2 148:9 159:5

**needs** 9:7 12:18 20:12 101:25

**negligible** 110:23 111:1 115:19,23

**neither** 159:17

**never** 54:20 62:2,9,16 103:7 141:9 149:3

**nevertheless** 122:6

**new** 6:13 41:19,22 49:8, 21 96:13 98:18 107:18 108:25 114:15,22 115:1,3 127:24 143:9

**news** 46:13 78:16

**next** 8:14 15:2 17:7 18:1 19:9 20:4 22:8 32:9, 24 34:19 37:1 40:21,23 57:4, 7 65:2,23 70:11 93:12 100:18 101:16 124:13 126:17, 18 130:18 143:8 148:20 155:20 162:3

**nods** 8:5

**none** 88:1

**nonresponsive** 109:20 159:23 161:1

**nonsick** 159:21

**nonspecifically** 109:2

**nor** 159:17

**normal** 96:7,17 97:6

**normally** 44:8 56:18 97:1 108:17,19 145:16

**Norplant** 43:3, 6,11,24 66:19, 22 67:7,14,18 68:1 131:15,23 133:23 135:17 136:2

**nose** 12:13

**note** 6:24 12:4 36:25 39:12 69:6 129:13 149:11 154:15 164:23

**noted** 6:22

**notice** 10:2 12:2,4,8,23

**noticed** 9:24

**November** 6:1, 7

**now** 6:20 22:18 32:4 33:14 36:17 41:6 44:17 51:13 60:16 63:25 70:21 71:1 72:25 75:19 76:15 80:22 90:12,16 92:22 94:25 103:13 107:19 114:7 116:14 132:1 133:1 143:7 148:3 150:25 158:10,23

166:16

**number** 6:11 7:9 11:11 23:25 50:8 51:6,7,8,10,15, 19 52:4,11 151:25 152:8 164:6,10,12, 14,16,19,21

**numbers** 152:2 153:4

**O**

**oath** 7:21

**object** 11:23 14:10 18:19 28:9 30:22 31:9,14 33:10, 18 36:1,23 38:1,10,23 44:1,25 45:23 47:6,24 54:18 57:15 63:8 64:5,17 65:11 66:16 67:9 71:2,16 75:25 88:4 89:6,10 91:19 93:1,17, 22 94:14,19 107:4 108:4 109:19 115:25 125:11 129:7 130:6 134:9 138:24 143:5 145:3 146:17 154:10 159:15 160:2 162:23

**objected** 129:17

**objection** 39:12 53:2 55:1

67:21 129:15, 20 145:15,22 147:10 149:10 152:18 153:2, 6,15 155:19 157:14 159:23 160:19,24 165:19

**objections** 12:5 164:23

**observe** 130:9 139:14

**observed** 133:23 134:8 153:13 154:22 155:3

**obviously** 10:8 27:9

**OC** 43:3 44:7,8

**occur** 8:2 54:14 115:1

**occurs** 29:23

**oestrogen** 119:22

**oestrogen/lng** 119:19

**off** 39:21,24 40:14 68:16,17 69:12 85:23 95:2,4 116:18, 21 142:22 145:23 146:1 157:25 166:3, 5,16

**offices** 6:6

**official** 6:16

**okay** 8:15 9:11 10:9 19:2 22:8 28:15 30:2,4

34:20 35:6 36:22,25 37:14,15 38:6 47:16 48:6 56:11 58:15 60:19 61:12 65:4 66:6,9 68:10 70:17,23 71:6 75:11 78:3,22 79:22 80:4 81:19,21 82:19,25 83:6, 11 85:25 90:6, 14 91:22 95:13 96:15 98:10,13 100:23 103:15 107:8 110:9 114:6 118:17 121:7 123:11 129:2 132:24 134:15 135:3, 24 136:21 158:8,25 163:21 165:1

**old** 98:18 165:3

**Olsson** 130:20 131:9

**once** 13:20 27:4,15 30:21 78:11 111:4 127:22 162:4

**oncology** 23:16,20 76:3, 6 77:16

**one** 7:6 9:6 10:25 11:7 12:22 14:3 15:9 17:13 20:5 24:3 25:17 34:8 36:24 40:23 42:14 45:10 46:3 47:18 51:8 52:3 53:17 56:21 60:1 68:3,18, 20,23 70:12 71:13 74:20 79:15 81:1,6,8 83:7 84:25 85:13 88:6 90:11 93:23 97:7,16 102:7 103:7 107:5 108:10 110:2, 11 114:17 120:11 126:12 129:8 131:2 138:11 143:20 145:18 151:25 155:9 156:16 161:13 162:14 165:10

**ones** 50:18 56:18,19 89:23

**ongoing** 116:9, 10

**online** 68:20

**only** 12:4 13:6, 16 17:25 20:2 21:10,18 24:3, 14 25:2 30:25 43:20 45:24 47:12 55:3 57:4 73:21 74:25 87:15,20 92:4,7 93:15 99:23 102:22, 24 103:5,8,21, 22 105:4 112:7 113:22 114:17 115:13 118:1 120:2,22 121:5,14 133:6 135:12 138:16, 20 139:5 147:1,17 150:1 152:14 153:13, 16

**open** 49:25

**opinion** 52:25 62:21

**opposite** 35:6 75:11,14 103:4 106:5,21

**optional** 80:20 92:21 93:6,20, 24 94:2,6

**optionally** 72:8

**oral** 27:2 44:8 65:2,7,19,23 121:19,25 148:24 150:1, 11,14,21 153:5,14,19,24 155:10

**orally** 66:6,7 117:24 119:25 148:22 151:17

**order** 7:9 16:23 38:11 113:13, 14 125:10

**organ** 124:22 125:2

**organs** 102:15 111:22 112:1, 5,9,12,22 113:4 124:10

**original** 44:23 45:7 49:23 68:19

**other** 8:9 11:18 13:1 15:18 18:16 20:23 26:21 38:7 39:11 42:19 44:21 45:11, 15,20 46:4,20 47:3 49:6 58:25 59:11 60:2 64:1,11, 21 76:11 79:2 85:17 90:6 91:1 103:17 108:18 111:13 114:8 137:17 138:18 148:17 159:11

**others** 14:5 21:7 93:7

**our** 8:4 9:17 12:17 47:10 68:20 70:13 81:25 87:15 133:19

**out** 8:22 9:6 10:9 17:4 18:5 25:2 46:17 64:13 78:16,24 143:1 158:23 161:7 163:22, 23

**outside** 23:10

**ovarian** 24:8 133:5,22 134:8

**over** 68:24 81:9 91:6,10 116:11 120:22 135:17 136:3,14,22 137:3,10,13 141:18,19,21 144:4 145:17, 18 150:5,8 151:12 152:11, 21 153:17,18

**overarching** 27:19 74:4

**overbroad** 152:19

**ovulation** 133:2,5 134:19

**own** 13:7 117:16

**Oy** 70:25 71:14 72:22 73:8,16

**P**

**package** 44:14

**PAE** 6:12

**page** 7:10 10:5 32:7,9,16,17, 24 51:5,7,12, 14,17 52:3 56:21,22 57:21 64:25 82:10, 14,22 83:1,10 90:13 92:1 94:25 95:25 97:10,16,25 98:3,21 99:8 107:8 108:10, 23 120:10 122:20,21 123:16,17 127:1,24 130:15,24 133:10 134:17, 22,24 135:11, 14,21 138:10, 11 139:18 142:6,7 143:8 149:19,20 151:7,8 162:2 164:2,9,18

**pages** 32:5

51:4,6 68:19, 25 69:8 95:1 132:4

**paper** 11:14 154:22,24

**Paragard** 37:3, 7,13,23 52:19 53:15 64:14

**paragraph** 7:10 53:9 100:9 107:10 123:16, 18 124:2 126:10 130:14 133:17 134:23, 24 137:24 139:19 140:21 143:15

**paragraphs** 137:22

**parallel** 125:18, 23

**parameters** 25:12,14 61:14 110:11 148:8 159:3 161:9

**paraphrase** 44:16

**paraphrasing** 74:19 117:10 144:16 158:15 161:7

**parentheses** 152:1,9

**part** 16:7 18:5 45:4,5 59:20 60:17 83:25 84:11 89:20 132:6 135:13 138:7 139:15 143:12 151:11 159:20 160:23

**partially** 17:25

**participation** 34:1

**particular** 72:8, 11

**parts** 38:8 102:7 105:1 125:7

**pass** 146:10

**past** 73:9,14,22

**patches** 21:10

**Pause** 32:11 34:9 40:16 58:14 83:10 118:16 133:15 135:10 160:12

**pending** 12:19

**people** 60:16 84:25 88:16 89:17 108:18

**per** 7:10 120:20,21,22 121:10,11,12, 20,21 136:14 137:1,7 142:13,22 144:3,5,11,19, 24,25 145:1,6 152:6,10,24 153:1 154:1

**percent** 105:1, 4,6,11,14,15, 16,17,20,25 106:1,6,7 109:10,12,18 110:1 122:5,8, 11,14 123:4 128:6,11,12, 17,19,21,22,24 129:5,6

**percentage** 109:16,24

**percentiles** 144:4

**perfect** 9:9 76:2 81:15

**performing** 110:8

**perhaps** 13:23 24:18 25:5 38:18 45:21 94:25 112:10, 20,25

**period** 23:1 99:1 141:15 147:1 150:6,8

**person** 13:22 42:19 84:25 88:6,14 159:21

**personal** 146:16

**personally** 138:23

**pertains** 61:12

**Peter** 89:16,21

**Pharm** 50:11

**Pharma** 16:9, 10,14 22:11,25 23:2,16 46:25 70:19,25 71:14 73:4 74:14 76:15

**Pharmaceuticals** 70:25 71:15 72:17 73:20 74:24 75:6 77:10,19

**pharmaco** 60:24

**pharmacodynamic** 61:14

**pharmacodynamics** 27:21 28:1 60:2,6,9, 25 61:9 74:6, 12 88:11,15

**pharmacokinetic** 25:9,11 26:25 34:2 38:22 54:16 61:23 73:23,24 98:22 100:10 102:13 110:3,5,9 133:7 146:23 148:7 158:16 165:5,13

**pharmacokineticist** 18:20 55:2 145:16

**pharmacokinetics** 17:9 18:3 19:12,18,19,24 20:6 22:9,10, 19 23:15 24:7 26:10 27:13,21 28:21 29:9,11, 13 30:18 31:11,18,20 38:17,20 39:1, 3,4,6 45:24 54:23 57:23 58:1,11,18 59:22 60:1,5 62:5 73:4,8,10, 12,15,19 74:7, 12,14,17,23 75:5 76:3,10 77:2,7,13,18 78:4 84:1 99:12 102:7

**pharmacological** 55:23 146:21

**pharmacologists** 85:11 86:11 88:14

**pharmacology** 16:6,16 27:20 52:1 74:1,5,10 75:7,8 85:14 88:17 89:13

**phone** 14:8

**phrase** 125:6

**phrased** 17:18

**physicians** 94:13

**physiology** 15:4,9,10,12, 13 16:1

**picograms** 144:3,5,11,19, 24,25 145:1,6

**picture** 18:21 145:17

**piece** 25:2 26:2 139:9

**pieced** 84:21

**pill** 150:1 152:14 153:5, 13,17

**Pirjo** 35:14 46:12 78:15 82:1,6 85:6,19 86:12

**PK** 24:7 27:6 33:5 46:18,19, 20 61:20 78:25

79:1,2,11 90:23,25 96:13

**place** 68:25 94:5 99:9 100:6

**placed** 43:17, 18

**plaintiffs** 7:11, 19

**plan** 13:2 65:24 66:2,5,7,12,14 67:14

**plasma** 20:15 142:20 145:2,4

**play** 114:21

**plays** 110:22, 25 115:18,22 116:2,3

**please** 12:15 17:14 34:16 35:18 56:12 58:14 83:9 94:22

**plotted** 136:6

**plus** 121:10,20, 25

**pm** 69:12,14, 16,20 95:4,5,7, 11 116:22,24 117:3 146:1,2, 4,7 158:1,2,4,6 166:16,18

**point** 12:10 16:9,17 20:1 21:16 26:25 31:15 42:17 45:9 53:22 72:5 73:11,13 80:16 92:18,23 103:15 117:11 121:9 134:5,6 137:6 141:25 143:1

**points** 12:6 21:9 58:20 83:12 92:3 137:13 151:17 156:14

**POP** 153:5

**portion** 10:18 29:22 101:23 102:1,2,3 105:22 106:11, 14 107:7 110:24 111:2, 3,7,19,25 112:4,8,11,15, 21 113:1,5,7, 10,19,22,24 114:11,12,17 115:20,24 127:18,21 128:15 143:2,3 148:4 150:25 158:11

**portions** 105:23 114:21 115:3 142:24 144:6

**position** 16:23 17:7,18 19:9 22:18 23:6 49:17 76:21 89:1,8 134:10

**positions** 89:3

**possession** 11:19

**possibility** 147:18

**possible** 8:1 56:9 88:1 91:21 110:22

**post** 18:14,18

**post-menopausal** 55:18,22

**potential** 31:7

**practice** 38:6

**preclinical** 73:11 148:6 158:16

**predominant** 30:23

**pregnancy** 97:12

**preliminary** 81:24

**preparation** 13:3,14 25:9

**prepared** 81:24

**present** 6:18 13:17,19,20 98:14 105:5 109:11 128:7 165:16

**presentation** 24:18 25:7,10

**presented** 154:23

**presumably** 99:2

**presume** 49:4

**previous** 92:12 152:8

**previously** 37:3 76:9 115:5

**primarily** 58:3

**primary** 37:18

**principal** 23:14

**principle** 59:9 64:7 67:10,13, 22,23 99:4 114:17 140:14, 16

**prior** 10:24 70:5 97:6 98:15 117:5

**Pro** 21:8

**probably** 9:10 15:7,11 39:5,6 80:2 114:18

**problem** 16:24

**procedure** 96:7,17

**proceed** 34:18 133:11

**process** 33:17 49:21 125:17 133:8

**processes** 16:22 125:18

**produce** 115:3

**produced** 10:12 11:17,21 14:17 54:11,13 69:2

**product** 18:17 21:18 22:1 25:19 35:20 38:9 41:18 49:21,22 67:24 71:13 72:3 91:7 140:9,11 141:9 150:9

**production** 15:2 50:22

**productions** 10:24

**products** 6:10 9:25 17:22 18:9,13,15,22 21:1,4,8 23:19 24:5,22 39:11 44:22 45:16, 20,21 46:21 47:4 52:16 55:13 64:1,11, 21 65:1 66:19 71:21 79:3 86:11 91:2 115:15 141:11 148:18

**professional** 15:16 16:3 147:5

**proficient** 8:20

**Progestasert** 36:5,19 42:4, 23 53:4,16,23, 24 64:14 65:3

**progesterone** 36:9,19 54:2, 15,21,24 55:4 56:14 57:4,13 61:20,22 62:3 63:1,14

**progesterone-containing** 53:17,25

**progesterone-releasing** 53:23 63:6

**progestin** 63:3 152:14 153:13

**progestin-releasing** 35:19,24 37:23

**progestins** 56:15 57:13

**progestogen** 58:2

**progestogens** 55:22 56:14,25 57:14,23

**project** 22:4 26:8

**projects** 42:19

**promise** 23:22 43:19

**proper** 28:21 39:10 44:20 45:14 68:2 97:4 99:23

**properties** 27:5,6,15 38:22 54:16, 20,25 55:24 61:20,23 62:2, 9,10 64:3 68:6, 12 98:22 100:10

**proposed** 46:18 78:25 90:24 98:16 107:10, 18 108:25 127:24 143:9

**protein** 59:11 101:2,4,7,14 102:18,23,25 103:8,17

**proteins** 58:6 113:3

**protocol** 7:9,11

**prove** 46:19 79:1 90:24

**provide** 79:10 147:14,16 165:18

**provided** 165:21

**provides** 141:1 142:20

**providing** 53:15,17

**publication** 24:4,13,17 25:4,19,20,25 26:1 57:16,19 132:6 149:14 159:25 164:3

**publications** 11:7,8 23:25 24:1

**published** 13:1 24:19 161:24 163:25 164:7, 10,12,14,16, 19,21,25

**pull** 31:23

**pulled** 68:22

**purpose** 80:14

**purposes** 36:21 47:10

**pursuant** 12:1

**put** 33:14 61:16 80:22 86:23 90:11 103:7 123:11 125:16 130:13

**puts** 72:2

**puzzled** 74:17

**Q**

**Q&a** 81:24 82:23 83:3

**qualification** 58:22

**qualifies** 93:7

**qualify** 62:8

**quartiles** 144:4

**question** 8:10, 14 10:15 12:19,22 14:25 17:13 20:4 28:23 29:15 30:1,5 38:24 41:2 44:19 45:1,4,5,9 56:18 58:16 59:9,14,19 60:4,18,23 63:10,11,13, 20,21 64:19 65:12,17 67:10,17,22 68:3,8 70:11 71:18 74:16,20 83:5 84:8 85:10 86:7,22 88:5 91:21 92:12 98:7 99:16 103:13 110:10 112:17 114:1 115:15 124:12 125:5 129:1,14,15 130:7,8 133:6, 12 135:23 139:12,13 141:9 148:16 153:10 154:5 160:15,16 165:10

**questioning** 116:10 163:5

**questions** 12:23 13:13 19:17 32:12 43:10 69:24 70:6 98:10 117:8 146:10, 14 147:12 157:24 158:9 165:8 166:2

**quick** 14:24 68:18 69:24 102:16

**quickly** 90:10 99:7 120:9 122:18 129:12 161:18

**quite** 60:5 112:18 113:21 162:14

**quota** 117:23

**quotient** 111:17 115:9

**R**

**range** 21:3 82:14 128:16 148:21 157:20 161:13 162:20

**rate** 43:25 99:25 141:15, 17 144:2

**rates** 25:19

**rather** 23:20 55:11 58:20 59:23 65:12 75:12,15,21 107:7 112:10, 20

**ratio** 111:15 115:7 123:22 147:17

**Re** 6:9

**RE-CROSS-EXAMINATION** 165:9

**RE-DIRECT** 158:7

**reach** 113:16 124:10,22 125:2

**reached** 143:21

**reaches** 113:23

**reaching** 112:11,21 113:7,10 114:18

**read** 8:22,23 9:1,2,6,24 19:14 22:13 24:10 27:7,9 33:7,8 35:21 37:5,20 42:6 43:4 46:22 47:2 48:19,25 52:9,21 53:19 56:25 58:8,13, 15 61:1 70:5 78:13 79:4,13 81:5,20 82:3 83:9,11,22 92:10 98:8 100:21 104:9, 11,12 105:8 108:20 109:4, 13 119:20 120:4 123:1,25 124:7,17 126:11,12,22 127:11 128:8

130:15,21 131:16,24 132:20 133:12 134:2 135:4,6, 12,13,19 138:7,13 139:15 140:5 141:4 142:14, 24 143:23 144:6,22 150:2 155:6,13,20 156:1 158:12 159:1 163:18 165:11

**reading** 8:20 62:12 96:13 131:17 132:22 155:1

**readings** 121:15 122:4

**ready** 32:10 46:9

**real** 22:20 101:8 121:14

**realize** 10:21

**really** 15:6 21:11,17 24:15 38:5 43:13,18 46:1,5 47:20 49:5 50:16,19 56:17,19 57:17 61:4 68:8,9 71:3,17,19 72:19 73:12 77:22 80:1 84:2,12,23 85:1 86:10,18, 23 88:16 99:7 108:3 111:11 112:17 120:9 129:12 145:19

**reason** 83:4 86:1,14,25 103:10 147:17

**reasonable** 96:23

**reasonably** 92:10

**recall** 9:22 21:6 22:3 24:15 25:16,24 28:17 42:21 45:6,16 48:12,15 49:5 51:23 56:9 61:18 66:21 77:15 86:18,23 87:3,8,14,20 88:8 89:2 90:19,22 96:12 115:13 117:7 139:3 159:16 161:12 162:13

**receive** 18:16

**received** 14:20 51:22

**recent** 11:4 21:2,3

**recently** 70:21

**receptor** 55:4 125:9

**receptors** 60:22 113:2

**recipient** 48:9 81:12

**recipients** 35:11

**recognize** 149:7 154:16

**recollection** 18:25 19:4,7 21:4 64:18 78:18

**record** 6:23,25 7:7,12 8:6 9:16,24 10:10 12:11,14 31:23 34:10 39:21,24 40:6,10 55:6 68:16,17 69:7, 12,18 70:14 75:20 80:24 90:2 94:21 95:2,4,10 116:8,17,19,21 117:2 118:5,8 129:13,18 132:12 145:24 146:1,7 157:25 158:5 160:13 166:3,5,16

**reduces** 140:1, 17

**refer** 45:24 61:7 99:22

**reference** 37:18 88:25 93:4 127:22 130:25 131:3,11,12 132:10 138:17, 25 139:2 164:4,6

**referenced** 156:18

**references** 131:5,19 163:13 165:24

**referred** 21:23 79:6

**referring** 108:15 134:14 140:18 153:8

**refers** 99:1,23 101:21 104:20 159:16

**reflect** 137:13 155:2 160:13

**reflects** 119:2 156:10

**reframe** 38:25

**refresh** 19:4,7

**regard** 64:8,9, 20 65:5,18 66:11,13 67:6 68:7,12

**regarded** 63:17 93:6

**regarding** 12:24 59:4 67:12,16 116:3

**regardless** 68:5,10

**regards** 32:25 68:4 91:24

**regular** 95:23 119:4

**regulatory** 47:10 93:25

**Reinecke** 159:17 165:25

**relate** 74:4 127:7

**related** 6:10 23:20 38:19 49:6 52:15 65:1 66:18

**relates** 23:6 102:13

**relating** 11:13, 19

**relationship** 131:14,22

**relative** 101:17 104:5,7,20 105:24,25 107:24 114:23 161:8

**relatively** 122:6 128:11 137:14 144:14 163:3

**release** 25:19 30:24 43:24 139:22,25 141:14,17 142:12 144:1

**released** 30:2, 19 36:8,19 64:3,23 65:10, 21 66:15 67:8, 20,24 100:17

**releases** 28:25 30:10

**releasing** 66:22

**relevant** 34:2 38:9 61:20 165:5,13,17, 18,22

**reliable** 138:23

**rely** 13:2 132:6

**remain** 165:12

**remains** 137:18

**remember** 13:24 21:10,11 24:3 32:14 42:18,20 45:12 55:11 60:6 66:25 78:10 84:23 85:1,19 97:18 107:6

108:3,6,12 118:14 119:1 124:9,12,19, 21,24 141:23, 24 145:8,11 162:15,25 163:8

**repeat** 47:12 58:16 135:23 160:16

**repeated** 63:10

**repeating** 74:16

**rephrase** 75:19 129:2,16

**replaced** 165:23

**replacement** 18:17 55:18 117:13,17,19

**Reply** 41:25

**report** 49:13 51:23 144:9 147:24

**reporter** 6:14 8:4,22 9:17 10:8

**reports** 48:17

**represent** 11:15 13:22 21:20 26:23 36:17 37:13 41:11 43:23 50:21 66:5,7 82:9 114:3 120:25 128:23 136:25 146:13 152:2 156:14

**representation** 95:20

**represented** 53:22

**representing** 7:19

**represents** 123:19,22 130:16 147:17 152:7,9 156:15,21,22, 23

**reproductive** 122:22 144:20

**request** 116:17

**requested** 10:12

**requirements** 50:1

**research** 13:2 85:11 86:11 88:14,17 89:13

**reserve** 109:21

**respect** 11:6,7 46:2 47:8,13 74:8 132:20

**respectively** 105:7,10

**respond** 8:10

**responded** 12:5 158:14

**response** 8:11 117:11

**responsibilities** 17:1 20:20 23:19

**responsiveness** 109:22

**rest** 93:12

**restarts** 68:25

**restructuring** 22:21

**result** 140:2

**results** 25:10, 11 121:15 126:21 127:8 133:19

**review** 42:3 48:17 49:11, 12,19 50:9,10, 11,12 51:18,25 61:18 65:1 68:18 69:9

**reviewed** 12:25 13:6

**reviewing** 159:25 163:1

**reviews** 48:23 49:3 50:3

**right** 24:13 27:7,9 40:22 44:17 56:24 61:8 64:15 76:4 92:22 95:19 103:9 117:5 133:1 149:6,21 150:24 154:6 156:17 161:17

**right-hand** 57:22 88:22 151:14

**role** 16:25 20:21 23:10 25:3 42:17 86:18 110:23 111:1 114:21 115:19,23 116:2,3

**room** 93:3 160:14

**Ross** 6:15

**round** 77:23 162:14,19

**route** 27:1 68:5,10 119:24

**row** 121:10,17

**Roya** 6:19 7:1

**Ruane** 35:14 68:24

**rule** 94:5

**rules** 7:24

**S**

**safety** 31:13, 17,20,21 33:5 38:18 61:13 93:4

**said** 13:12 20:7,18 25:6 27:10 28:5,15, 18 32:22 38:16 39:15 42:11 45:17 46:1 47:12 53:21 61:2 62:12,15 63:14,20 66:24 70:12 74:19,21 75:19 84:9 86:6 87:8,10 88:12 89:22 96:16 102:17 106:13,17 108:6 120:6,8 121:5,13 122:8 128:3,5,20 138:13 145:10, 12 157:2,11 158:19 159:1 161:13 162:25 163:19,20

**sake** 119:12

**Sallinen** 35:15

**same** 23:18 31:18 39:17 44:13 46:7 49:22 51:13 54:9,16,20,25 55:1 61:23 62:2,9,10 65:16 67:25 68:13 69:1 76:6 82:14 125:19,25 126:2 136:18 152:21 153:6, 15 160:19

**samples** 20:23

**saying** 36:18 41:6

**says** 15:2,3,18 19:9,22 20:10 22:25 24:6 32:20 33:4 35:4,7,17 36:11 37:1 40:23 42:2 46:16 48:21 52:4,7,15,18 53:4,13 57:3,4, 7,22 76:2 81:22 82:5,22 83:19 92:6 100:18 103:11 105:13,21 106:10 107:9, 10 122:21 124:13 130:18 131:2,19 142:10 152:5 155:7,20 157:1

163:18

**SBU** 18:3

**scattering** 121:1

**scheduled** 166:10

**Schering** 15:19,22,24,25 16:6,8,10,14 17:9 18:4 19:13 22:11,25 23:2 33:16 42:17 46:25 56:6 73:4 76:19 89:4 146:20

**school** 15:5

**scientific** 19:10 20:21 22:18 23:23

**scientist** 16:5, 25 23:14 58:23 122:3

**scope** 72:20 154:11

**screen** 6:8 34:14 40:7 69:13,20 85:23 95:11 117:3 146:8 149:22 166:17

**second** 8:8 32:21 33:3 34:9 41:1,24 53:8 64:25 81:7,14,16 85:3 100:9 120:10 121:16 123:16,18 127:1 128:5 130:14,24 133:17 136:25 143:15 155:6 162:2

**secondary** 30:25 31:1,5

**section** 34:2 93:20 94:6,9, 12,17 97:11 107:12,23 108:22 138:14

**sections** 33:23 84:21 93:15 97:16 108:10

**see** 7:13 10:17 32:17,20 33:1 35:7,9,16 36:11,13 46:14 50:24 51:5,6,7, 10,13 52:4,14 53:11,12 56:21 57:9,22 65:2,3, 24 66:19 75:20 78:22 79:15 81:12,17,18 82:11,12 83:2, 12 84:16 85:4 90:16,18 91:23,25 92:4 97:9,15,25 98:2,21,22 100:13 101:8, 18 107:9 108:9,23 119:6 126:7,15 130:25 133:9, 11 134:10,23 135:1,22 136:5,7,9,11, 19,21 137:21, 23,25 138:3,16 139:21 140:10, 18,21 142:8,9 143:14 151:12, 16 152:8,10 162:3,9,12 163:16,20 164:4

**seems** 70:11

**seen** 9:20 10:14 32:12 48:13,14 51:21,23 55:9 95:17 101:6 118:18 134:19 149:3,4 154:4 155:10 165:25

**selected** 139:3

**selling** 21:18

**sells** 71:12,19

**sender** 35:11 81:13

**senior** 22:9,18 23:14 73:4 76:9 77:7,12

**sense** 33:21 59:18 114:5

**sent** 81:14

**sentence** 33:3 36:2,18 37:16 42:2 47:2 78:23 79:7,15 100:11,18 101:16 104:4, 10,17 109:15, 23 122:21 124:13 126:17, 18,22 127:6 128:2,5,8 130:15,18,21 131:7 135:3 138:7 140:20 142:24 159:1

**sentences** 8:22 126:11

**separator** 41:25

**series** 19:16

**serum** 56:7 81:25 82:23 83:3 100:19 101:1 103:11 104:1,16 105:4 109:3,16,24 110:5,6,9,12, 18,21 112:8 115:2 122:23 124:4 126:10 127:9,14 143:20 144:2, 10,18 145:2,4 148:19 155:3, 9,21,25 156:10 157:12 159:14 160:11,17

**served** 12:5

**Services** 6:15, 17

**set** 136:8,12, 15,18,25 137:9

**several** 45:3 50:3 89:18,23 90:10,16 129:15

**sex** 100:20,23 101:15 102:18, 21 103:5,6,16, 21,22

**sexual** 102:22, 24

**shaking** 8:5

**share** 13:7 105:22 106:11 113:24

**SHBG** 100:20, 23 101:13,24 102:2,17 103:22 104:15, 21 105:6,11, 15,22,23 106:1,6,11,13, 15,20,21,23,24 107:1 109:3,7, 12 110:18 111:16 112:4 113:9 114:11, 20,25 115:3,8 117:22,25 118:1,2,3 119:23 120:1, 2,3,21 121:11, 20 122:1 123:3,5,9,23 124:5,6,10,14 126:13,21 127:8,13,17 133:19 135:16 136:1,13,17, 20,21,25 137:3,13 140:1,14,17 148:10 155:21, 23 159:5 161:8,15

**SHBG-BOUND** 104:8

**sheet** 80:6,7

**shift** 150:24

**short** 10:18 14:5 40:2 48:4 95:6 116:23 146:3 158:3

**shorter** 97:2,5

**should** 10:5,21 17:16 26:6 34:19 37:18

40:23 44:13 47:14 59:13 88:7 92:4,7 93:4 94:9,13, 17 160:13 165:22,25

**shouldn't** 39:5

**show** 8:18 36:16 136:13, 19 137:3 150:12 157:5

**shown** 10:7 149:6

**shows** 136:21 141:19 150:4, 6,20 153:19 157:21

**side** 56:24 57:22 90:12 151:14

**signature** 95:25 96:2

**significance** 111:18

**significant** 133:25 145:6, 13

**significantly** 138:5

**similar** 27:6 43:8 44:13 89:3 128:16 147:3 148:21

**since** 16:12 23:9,13 43:13 149:12 161:20

**situated** 34:12

**situation** 38:13 76:1 114:25 150:6

**situations** 71:4

**six** 67:3 144:4, 9 145:9,18

**six-rod** 43:24 66:22

**skip** 79:15 126:17 135:3 144:4

**SKYLA** 24:23

**slight** 20:17 118:1,3 120:2

**slim** 157:17

**slower** 89:25

**small** 127:20 128:12,14,22 159:22

**sold** 72:3

**some** 7:24 8:18 9:7 10:11 11:16 12:23 14:5 16:9,13 17:24,25 19:3, 17 21:22 30:13 32:1 36:16 37:9,10,22 40:15 49:5 58:12,25 61:14 70:6 76:11 77:24 81:9 85:20 94:4 95:15 103:4 117:11 119:13 132:25 133:1 147:12

**somebody** 72:18

**something** 34:16 84:13 117:12 137:18 163:14

**sometime** 60:19

**sometimes** 18:15 84:23,24

**somewhat** 74:9,17

**somewhere** 23:1 142:2 162:21

**Sommer** 32:9 47:11

**soon** 39:15

**sorry** 9:17 10:3,10 17:10 24:12 38:25 41:16 42:10 65:3 67:3 68:22 75:13 82:22 86:6 135:21 144:25 151:8 165:15

**sort** 23:18,19 94:5

**sorts** 79:16

**sound** 96:22

**sounds** 67:23 159:24

**source** 53:1 62:21 63:7,18 164:10,12,14, 16,19,21

**sources** 138:22 165:4,11

**Southern** 6:13

**speak** 8:13 9:15

**speaking** 45:18 165:7

**special** 29:19, 21 77:16

**specialist** 55:3 71:20

**specialists** 93:25

**specialty** 15:4 39:2 47:20

**specific** 28:22 60:6 61:7 130:2

**specifically** 12:6 25:24 45:2,12 68:1 101:15 102:19, 20 103:1 109:3,7,12 125:6 150:25 161:3

**specifications** 72:9,11

**specify** 28:10 59:14 60:4,23 91:21 120:24

**speculation** 53:22

**speculative** 38:3 88:5

**spell** 90:1

**spend** 163:1

**spent** 159:24 160:4,6,7

**Spontaneously** 128:20

**stable** 142:20

**stage** 125:22

**stamp** 51:14 52:4 53:7 82:11 118:8

**stamped** 32:6 34:22 40:13 48:5 51:3 81:1 94:22

**Stanczyk** 56:2 57:25

**Stanczyk's** 56:7 61:19

**stand** 41:16 44:7 50:15,19 150:14

**standard** 94:5

**stands** 44:8 46:24 49:7 80:6

**start** 23:4 51:7 97:2 160:15

**started** 21:14 68:9 78:13 104:4 126:10 138:11 146:20

**starting** 21:6 32:5 126:17

**starts** 32:8,21 46:11 53:9 126:18 134:24 139:19 140:21 143:15

**state** 23:25 30:17 33:25 38:18 76:14,22 80:14 84:13 98:25 100:2 103:5 104:24 121:24 138:3

140:23

**stated** 101:6 106:10 108:2 128:21 165:21

**statement** 58:19,22 59:4, 9 62:7 87:4,9 90:22 105:21 106:10 119:17 122:10 132:16 140:7,9 141:6, 10 142:16 144:6 158:24 159:12 163:7

**statements** 46:20 79:2 91:1

**states** 6:12 14:20 23:13 24:1 41:5,9,18 45:7,13 48:16 58:24 72:19,22 73:20,25 74:20,24 77:10,16,20 82:21 98:21 109:1 133:18 139:24

**stay** 137:9

**stayed** 137:14

**stenographic** 6:23

**step** 20:5

**steroid** 29:7 60:21 105:5 109:11 125:9 128:7 140:2 141:2

**steroidal** 83:21, 25 85:9 86:9, 21 87:7,23 88:3,10

**steroids** 103:8

**sticker** 10:10

**still** 85:19 126:8 165:5

**stipulate** 11:25 41:21 67:3 82:17 166:6,9

**stipulations** 166:4

**stood** 71:7

**straight** 163:18

**Strand** 6:6

**strange** 67:23

**strike** 10:3 15:17 16:7 22:7 27:24 29:10 39:9 41:11 42:21 44:18 48:12 55:14 56:5 61:21 66:12 72:15 75:13 80:13 84:5 91:5,16 92:16 97:20 102:5 103:15 110:3, 7,15 111:19 113:13 114:2 115:20 123:4 124:20 125:8 129:3 131:6 134:16 138:20 142:4 150:16 151:23 152:14 154:4 157:10 165:14

**strongly** 124:4

**structure** 23:10 75:12,14

**structures** 77:24

**studied** 151:2 154:7

**studies** 17:23, 24 20:22 110:3,5 146:25 147:2 154:22 156:6,11,18 159:17 165:1, 16

**study** 110:9 137:20 147:21 156:22,23,24 160:11,18 161:4 165:6,12

**studying** 155:3

**subcutaneous** 66:22

**subcutaneously** 43:17,18

**subdermal** 135:18 136:2

**subdivided** 15:8

**subheadings** 107:19

**subject** 35:7 48:16

**subjective** 145:5

**subjects** 31:16

**submission** 49:21

**submitted** 41:17 91:4,15, 17 92:13 97:22

**subsequently** 127:9,14

**subset** 50:12

**subsidiary** 74:8

**substance** 14:13 20:14,19 54:12 68:2 69:24 84:14

**substances** 19:21 20:9 28:21 54:19 62:1 101:3 151:18

**substituted** 36:20

**successor** 24:4 26:8

**such** 10:18 13:3 16:22 25:14,23 38:19 47:9,11 56:15 65:13 71:14

**suggest** 75:16, 17 133:19

**support** 91:5, 17

**suppression** 133:5,22 134:8

**sure** 10:24 11:16 12:7 22:4 25:18 38:11 50:24 57:17 59:16 61:1 63:12 71:23 72:5 74:18 77:12,21 81:6 84:9 90:5 92:19,24 113:21 114:2 120:15 121:4 125:8,24 128:22 132:21 135:14,24 137:21 138:19 140:20 161:13 163:21,23

**surnames** 87:15

**Suzanne** 35:15

**switch** 10:9 148:15

**switched** 146:22

**sworn** 7:2,4 70:1

**synthetic** 29:5, 7 54:6,9,12 56:15,18 57:8, 13 63:3

**system** 22:2 39:16 52:8 59:12 66:19 68:21 74:9

**systemic** 31:2, 6,8,13 100:17 134:20

**systems** 24:2,9 151:15

**T**

**T380a** 52:19 53:15

**table** 56:24 120:11,14 122:4 127:2,4 151:5,9,10,11, 14,24

**tablets** 65:24 66:2

**take** 12:20 14:16 26:5 32:1 35:2 36:25 39:20 58:12,24 59:1, 3 81:4 83:9 94:22 95:15 98:4 107:8 116:7,12 118:7,16 120:13 122:8, 12,15 127:2 135:9,15 139:8 145:23 157:15 163:22

**taken** 6:7 20:23 85:23 119:13 137:12 158:23

**takeover** 73:23

**takes** 84:14

**taking** 7:20 34:17 80:20 117:5

**talk** 8:1 25:9 29:9,13 30:17 47:21 60:24 71:25 76:7 116:14,15 121:2 127:21 150:24

**talked** 29:10 42:1 49:7 54:5 59:25 63:1 71:6 74:4 79:20 90:15 124:21

**talking** 30:19 31:6 60:16 111:8 116:14 132:25

**target** 141:3

**task** 25:8 71:20

**Tejada** 131:21

**teleconferences** 14:2

**telephone** 84:24

**tell** 17:11 27:9 50:19 56:12,20 142:1 147:25 149:13,19 151:6 154:18 156:8,13 163:10

**ten** 53:16

**tend** 122:3

**tenth** 155:9

**term** 41:14,15

**terms** 43:12 50:17 60:5,7 63:16,17 67:14

**test** 56:7

**testified** 7:5,21 26:14,24 42:24 47:19 52:23 55:12,17 61:25 63:25 92:15,17 96:16 111:20 112:19 115:6 129:23 159:2

**testify** 92:22 115:22 161:6

**testifying** 8:17

**testimony** 26:17,20 28:14 61:2 70:2,5 108:16 116:9, 18 120:11 139:15

**testing** 146:25

**testosterone** 111:5,9

**text** 9:6 46:18 72:2,5,7 78:25 79:21 80:9,16, 17,20 86:23 88:6 90:23 92:18,23 93:5, 6,21 94:18 96:13 97:4 98:7,15,18,19, 23 99:1,8 100:5,6 107:10,19,24 108:25 127:25 134:11 137:22 142:7 143:2,4, 9,12

**texts** 79:11,16

**than** 23:20 26:21 43:25 75:12,15,21 103:2 105:25 106:6 115:16 122:13,14 141:16 153:18, 21 155:9 159:11 162:16, 18

**thank** 7:15 9:12 10:19 11:10 12:11 19:8 34:20 37:15 38:25 39:20, 22,25 41:23 44:4 47:16 55:6 58:14 61:16 63:25 69:13 70:17 80:22 81:11 82:19 85:25 90:2,12 94:1,8 98:12 102:4 103:25 106:16, 19 117:3 123:11 126:4 133:15 146:9 157:23 166:1, 8,13,17

**that's** 9:9,10 14:23 15:11 16:11,15 17:18 22:23 26:4 27:23 28:14 29:17 30:3,12 31:4,10 33:24 34:4 42:13,19, 25 43:22 45:17 46:3 50:4 51:16 53:3 57:2,6 62:23 63:4 66:10 68:14 72:14 73:6 75:3 76:1, 5,8,13 78:6 80:8 81:4 89:11 93:11,23 94:7 96:4,10, 20 97:24 100:4 101:2,5,14 102:2,3,9,18 103:19,24 104:3 105:2 106:3,9 109:17,20 111:23 112:17 118:4 120:8 121:8,23 123:2 124:1 126:3 133:3,14 134:15,21 144:13 147:7, 11 150:15 151:20 153:3 155:5,17 156:3,4,20,25 157:7 158:18 165:3

**their** 55:23 85:1,12 160:11,18 161:4

**themselves** 6:21

**therapeutics/ diagnostic** 22:11

**therapy** 17:8, 10,11 18:4,6, 11,13,17 19:12 55:16,18,23 73:22 75:1,4, 15,22,24 76:6 89:14 117:13, 17,19 147:3

**there's** 27:8 68:23 125:18, 20

**therefore** 28:25 63:16 102:23, 25 107:7 121:2 165:23

**these** 12:5 20:25 23:25 28:2 31:16 43:12 60:5,7, 11 63:15 125:18 134:6, 11 152:10 155:8 165:4

**thesis** 15:25

**thing** 8:8 37:1 46:3 55:3 62:11 68:18

103:9 121:5

**things** 29:25 99:12,23

**think** 9:9 11:6,8 13:8 14:25 20:17 21:12,23 24:16 25:6 26:6 38:11 41:1 42:9 53:21 56:17 63:19 68:19,20 74:19 80:4 81:7 88:13 106:18 114:9 118:12 121:6 127:22 129:8 132:21 135:3 142:1 162:13 163:14,15 164:24

**third** 82:10 83:1 110:2 121:9 150:2

**thoroughly** 98:9

**those** 14:1,7 19:5,6 24:21 37:24 39:19 50:11 60:20 61:2,5 71:3,14, 19 75:9 89:2 93:15 104:25 131:5,7 137:12 144:6 147:25 152:1 153:4 156:18 157:23 163:11,24 164:24 165:16 166:1

**thought** 117:15 139:7

**three** 6:18 13:24 17:20 25:17 69:25 70:13 83:16 100:10 104:25 105:23 109:25 126:11 133:24 137:12 153:17, 18 154:25 156:11,18

**through** 7:5 23:23 30:13 51:2 83:9 112:13,23 126:11 130:15 132:22 135:19 138:13

**Thursday** 6:1

**time** 12:15,17 15:21 16:17 18:10,12,23 19:2 20:1 21:5, 9,13,24 25:16 31:18 32:1 33:15 40:15 42:17 45:9 49:25 58:12 60:15 62:10 69:19 70:14 73:11,13 76:21 77:6 81:9 83:9 89:12 91:6,10 95:15 99:2 118:15 119:13 125:19,25 126:2 129:20 135:9 136:14, 22 137:4,10,13 141:15,18,19, 21,25 145:18 151:12,17 152:11,21 159:25 160:4, 5,6,7 162:20 163:1,3

**timeframe** 77:11 96:24 97:1,5,7 98:12 99:5 148:2 163:12,24

**timeline** 96:22 97:1

**times** 13:21,25 19:3 62:16 70:4 90:11,16 123:24 129:15 153:17,18,21, 22

**tissue** 83:17, 20,24 84:11 85:8 86:8,20 87:6,23 88:2,9 124:15 125:1, 10 126:6

**tissues** 58:3 124:11 141:3

**title** 17:17 26:13 57:22 89:3 97:25 132:18

**titled** 55:21 82:20 119:16

**TK** 91:1

**today** 6:14,18 7:19,20,24 8:2, 4,17,18 10:12 19:3 46:17 50:18 70:1,2,4, 10 73:9,15,21 74:25 76:1 78:11,16,24 90:11,16 157:24 165:17, 18 166:15

**today's** 13:15

**together** 72:2 78:21 84:21 86:24 88:6

**told** 61:8 143:6

**tomorrow** 166:10

**too** 20:4 38:12 71:3 80:2 125:5

**took** 28:13 59:23 95:13 163:13

**top** 56:22 57:21 88:21 107:10 119:6 126:10 150:4, 19 154:15

**topic** 38:4 47:11 154:6

**topics** 148:15

**total** 14:4 100:3 104:25 105:4 106:1,7 110:12,18,21 115:16 123:5, 9,22 129:9,25 133:25 137:14, 17 140:3,24 141:10,20 145:16 147:4 148:9,16,17 152:7,12 153:9,11,16, 20,23 159:5 161:15

**totally** 38:13 129:22 135:5

**towards** 60:25 125:21 146:25 150:6

**toxicological** 108:19

**tradename** 21:15

**training** 146:20

**transcript** 44:17 62:12 120:7 163:16, 17,18

**transdermal** 120:21 121:10

**transdermally** 117:25 120:1 126:20

**translate** 8:23 9:2 89:19

**translation** 7:23 9:8 25:5 62:11, 13,17 63:10,20 70:2,6,10 101:25

**translations** 8:2 64:13

**translator** 8:13, 25 9:2 13:19

**translators** 9:18 12:17 34:11 70:13

**travels** 59:5

**Treatment** 126:19

**triangle** 156:22, 23

**triangles** 136:24

**tried** 70:15 113:22

**true** 11:3 21:14 70:1 95:19 106:5,21 118:23 132:15 133:3 140:13 160:4

**try** 19:4,17 28:23 80:5 103:3,14 125:6 143:8

**trying** 21:21 71:24 79:25 94:3 98:11 121:5

**turn** 23:22,23 42:8 46:6 56:21 57:21 82:10 98:3 99:16 100:5 120:9 122:18 130:24 134:15, 17,22 135:14 138:10,11 149:17 151:5 156:7 162:2 164:2,9,18

**turned** 46:17 78:16,24

**twice** 78:11

**two** 17:2,20 24:1,8,21 25:17 29:15,25 31:16 32:4 37:17,24 43:10 51:8 85:17 92:3 96:23 97:7 110:1 111:12 121:15 125:22 131:5 133:23 137:17 138:6 143:21 146:22 152:2, 23 155:21 161:5,9,10 162:18,21

**two-rod** 43:25

**type** 25:12

**types** 18:9 57:19

**typical** 49:20

**typically** 110:5, 11,17,20 138:19

**U**

**U.S.** 44:23 53:14 74:8,9 156:24

**uh-huhs** 8:6

**uh-uhs** 8:6

**unable** 150:2

**unbound** 25:21 107:2 110:17 112:8 113:19 127:18,21 128:15 129:3, 4,6 130:1,4 139:10 161:4

**unclear** 86:8

**under** 7:21 15:16 25:15 35:16 41:25 50:2 57:8,14 67:2 75:9,15, 22 77:18 98:22 100:10 128:2 137:21 142:7 143:14

**understand** 8:16,21 9:13 10:13 11:3 12:21 18:5 19:11,17 20:12 27:18 36:2 45:2 46:4 47:19 59:14 60:17 62:14 68:4,11 69:25 70:18,23 71:1, 25 72:11,15 82:6 85:8 86:5 92:12,20 93:9, 19 94:1,3 98:11 103:13 112:18 114:7 116:9 129:1,5 135:7 145:19 147:4,8

**understanding** 16:8 22:6 23:1 24:21 26:9 28:7 30:8 43:11,20,22 44:5,7,10,18 45:19 46:24 47:5,22,25 49:10,17 50:5, 7,13,14 54:1 56:13 60:20 62:25 65:22 66:1,10 70:3 71:4,11 72:14 86:3 94:4 101:5,10,11 102:21,24,25 103:24 113:17 117:18 119:2 134:18

**understands** 9:7 27:10

**understood** 7:14 93:19

**Union** 156:22

**United** 6:12 41:5,9,18 45:7, 13 72:19,21 73:20,25 74:20,24 77:10,16,20

**units** 123:24

**university** 14:21 15:3,19, 20,21,24 146:19

**unknown** 81:5

**unless** 14:25 46:18 78:25 90:24

**until** 70:21

**up** 10:25 31:23 34:12,13 53:9 68:24 73:9,10, 12,14 78:7 83:16 92:3 99:2 105:14 106:24 107:2, 10 109:18 110:1 115:13 116:15 118:16 135:5

**upon** 13:2

**upper** 151:11, 12 156:17,23

**uptake** 29:23

**urine** 20:15

**us** 9:14,15 11:1,2 12:9,16, 17,18 14:17 19:17 28:23 117:5 149:19

**use** 10:25 16:22 18:16 28:22 31:19 38:21 41:8 45:10 50:18 111:6 119:17 126:5 131:14, 22 132:17 133:23 135:17 136:2 138:6 150:7 152:3,4, 23 161:13 163:7

**used** 16:21 21:17 28:18 37:18,24 43:12 50:17 55:22 56:6 64:10 68:1 72:7 87:15 115:12 138:16 147:21 148:12 150:7

**user** 152:24,25

**users** 132:25 133:1 134:19 141:14,21 148:13,20,21 150:7 151:1,3 154:4,8 155:10 156:11

**using** 115:16

**usually** 25:14 51:24 54:13

**uterine** 30:11 142:12

**V**

**vague** 28:9 56:17 152:18

**valerate** 121:19

**value** 121:3 156:15,16

**values** 161:14

**variation** 133:25 140:25

**varies** 125:20

**various** 19:3 20:25 156:6,13

**vary** 27:4 141:11

**verbal** 8:4

**version** 10:6,23 15:1,18 69:1,3, 4 81:24 82:24 98:1 99:9 100:7 107:13 108:25 143:9

**versions** 68:23

**very** 7:15 8:3,5, 6,8,10 9:12,14 12:12 38:3 39:20 41:23 43:8 48:4 49:20 55:7 56:17 69:13 71:17 80:23 85:19 86:17 90:10 107:6 122:18,20 133:7 139:3,4 151:14 157:17, 22 161:18 163:4 166:8, 13,17

**via** 29:23

**Victor** 134:25 139:19

**video** 6:4,8 39:23 40:5,7 69:11,13,18,20 95:9,11 117:1, 3 146:6,8 166:15,17

**videoconference** 13:23

**videographer** 6:3,16 34:15 39:22 40:4 69:10,17 95:3, 8 116:20,25 145:25 146:5 157:25 158:5 166:4,8,13

**view** 26:25 29:15 30:25 31:15 33:11 58:25 59:2,3,6, 24 63:24 64:6 65:15 72:5 80:16 92:18,23 134:6 157:21 165:14,17

**vitae** 11:4 70:18

**volume** 6:4 39:23 40:5 69:11,18 95:4, 9 117:1 132:4 146:6 166:14

W

**W-A-G-E-N-K-N-E-C-H-T** 90:7

**Wagenknecht** 90:7

**wait** 8:13

**want** 10:14 12:6 27:10 34:15 41:3 62:14 63:20 69:6 88:24 90:15 99:12 114:14 118:10, 16 130:9,12 135:4 136:19 139:14 163:22

**wanted** 13:13 14:24 69:23 86:5

**wasn't** 10:18 45:11

**waves** 139:8

**way** 43:14 46:4 65:13 77:21 84:13 103:4,7, 14,17 114:10, 15 125:16 130:2 133:4 140:13 152:3

**ways** 148:3 158:11

**WC2R** 6:7

**we'll** 7:13 8:1 10:9 11:2 16:3 60:19 64:19 70:17 166:6

**we're** 12:16 80:4 121:6 139:7 166:6

**we've** 14:16

**week** 26:15,24 162:16

**weeks** 97:7 142:21 143:21 162:18,21

**weighing** 144:21

**weight** 122:23 154:7 155:21, 24 156:12 157:2,3,5

**Welcome** 40:9 69:22

**well** 14:5 16:17 17:24 19:3 32:14,22 67:23 68:9 76:11 86:17 98:15,18 129:21 139:5 146:25 151:15 153:7 157:13 163:19

**weren't** 164:24

**Wessel** 85:20 87:11,18,22

**Wessel's** 87:13

**what's** 95:14 130:8 139:13 148:25 149:22 154:12

**whatever** 15:14 79:24 83:4 116:14

**whenever** 9:14

**where** 16:1 33:1 46:14 58:21 59:23 65:1 70:4 71:20 78:23 93:5 114:25 126:7 138:11 150:16,17 152:5 157:1 163:23

**whether** 15:6 17:16 22:4 25:18,24 29:16 39:7 45:10,25 49:25 57:12,17 61:19 72:7,8 77:21 78:1 85:12 86:12 90:5 92:21 93:7 106:17 115:15 124:10 130:10 134:12 140:12 145:20 161:25 165:14, 16

**which** 7:8 11:12 12:5 14:17 18:13 19:10 20:2 22:18 24:14, 22,23 29:19,22 32:24 35:13 37:17 39:1 40:10,23 42:4 43:8 45:4 54:12,13 58:5 61:17 67:24 68:18 71:1 72:25 79:21 80:10 81:16 84:4,9 97:9,14 98:4 101:14, 22,23 102:18 108:8 120:10 121:17 122:5, 8,19 123:18 126:4 127:9,23 130:9 136:24 138:10 139:14 142:3,5,21 148:5,9 149:19 150:7,20 151:7,13 152:6,9 153:22 154:21 159:5, 19 161:18 163:6 164:3

**while** 28:20 29:18 34:11 91:13 93:2 99:24 125:21 132:15 141:1

165:11

**who** 17:2 28:2 47:11 49:2 60:11 61:2 70:1 71:19 78:18 85:14 87:10 88:8 89:13 93:24 149:15 157:3, 12

**whole** 51:2 132:22 137:12

**why** 24:15 59:12 67:2 68:1 81:19 97:18 108:3,12 109:23 110:25 135:9 137:17 139:3 140:18 145:19 147:17 163:23

**wide** 161:13

**will** 6:22,24 7:12,20 8:2,4, 7,10,12,13,18, 22 9:3,6,8 11:15 13:22 19:5 21:20 26:23 27:8 32:3 33:14 36:16,17 37:13 40:15 42:4 43:23 46:17 50:21,24 63:11 66:5,7 78:24 79:16 80:2 81:8 82:9 90:23 93:15 103:15 109:21 114:3,18 118:7,15 132:14,21 138:10 154:10 160:16 166:9

**willing** 11:25

**withdraw** 38:24 44:18 68:8 78:22 106:22 154:5

**within** 27:20 38:7 44:13 55:15 61:9 74:5,13 75:4, 18,23 76:25 77:24 85:9 86:9 143:21

**without** 34:17 58:21 67:18 72:20 111:7 132:22 138:17 155:1

**witness** 6:25 13:6 17:13,15 32:7 39:13 116:11,18 146:10

**woman** 156:12, 16 157:19

**woman's** 154:7

**women** 18:14, 18 55:18 122:22 142:23 144:20 157:3, 5,12,16

**women's** 22:10 23:6,11 26:10 49:18 55:14 74:13 76:11, 16,22,25 77:7, 8,18,24 78:3 89:14 149:11 161:20

**won't** 23:22 43:19 67:2 116:12

**word** 36:21 79:24 93:2 99:17,20 101:4 102:11 139:20 145:5

**wording** 28:17 106:3

**work** 72:25 138:16,20,22 139:3,5 147:8

**worked** 17:3 18:25 42:19 86:15 87:19,20 89:13,17 91:13 161:20

**working** 17:21 18:2,10,23 21:7,14 88:14 146:20,24 147:3,18

**would** 6:20 12:4,19 13:5 14:1 15:6,11 18:9 21:15 25:13,25 26:12 28:10 31:7,19 33:20,25 34:1 37:2 38:12,18, 20 39:2,6,10, 19 40:22 44:20 45:1,5,14,19, 25 47:11,21,25 49:13,14,20, 22,23,24 50:13,14 51:24,25 52:2, 25 54:1 56:18 58:12,15,19, 21,23,24 59:1, 3,6,13,17 62:21 63:9,22 64:2 65:6,18, 22 66:13 67:5, 6 70:9 72:18 74:16 75:11, 14,16,17,21 80:5,17 81:7 84:5,6 85:18, 20 86:6,12 88:9,12,13 92:21 96:23 97:4 98:8,20, 25 101:8,11 103:7 104:24 108:20 109:18 110:11,17,19, 20 112:10,20 113:25 114:2, 14,16,19,20 116:8 118:13, 14 119:15 120:13 121:2, 13 122:3,13,15 125:3 128:14, 20 129:12,17 130:4 132:19, 20 133:8,12 134:12 135:6, 19 138:15,25 139:10 143:6 145:15 148:20 152:4,24,25 153:4 154:15 162:16,18,22 165:4,10,23

**wouldn't** 18:21 77:25 127:2

**write** 24:14 25:1 33:12 143:2,12,18

**writes** 57:25

**written** 15:25 18:5 92:7 96:8, 18 148:1 162:4 163:11

**wrong** 129:14 135:21 136:16

**wrote** 16:1 97:19 106:4 108:3,13 123:21 124:3, 13 127:3 142:16

**X**

**X-RAY** 16:22

**Y**

**year** 53:17 89:9 164:6,9,12,14, 16,18,21

**years** 19:1 25:17 49:16 53:16 76:20 118:25 133:23 138:6 145:19 146:22,23 147:2,6,9 150:7 151:13

**York** 6:13

**you'll** 8:17

**you're** 11:25 31:1,6 32:10 46:8 48:6 60:20 111:8 116:14 118:21 134:4

**you've** 11:1 70:12

**yourself** 25:2 82:6 94:23

**Z**

**zoology** 15:9

**Zurth** 6:5,25 7:3,18 9:20 11:10 12:15 14:18 32:21 39:24 40:6,9 47:17 55:9 60:8 63:9 69:11,19,22 81:20 82:1,6,7, 22 95:10,13 115:5 117:2,5 118:18 129:23 135:10 146:7, 9,12 158:8 159:24 160:10, 16 161:2,6,17, 19 164:2 166:15