# EXHIBIT D5

**Fraser JA et al.,**
**Risk factors for idiopathic intracranial hypertension in men: a case-control study,**
**J Neurol Sci. 2010;290(1-2):86-95**

Journal of the Neurological Sciences 290 (2010) 86–89

Contents lists available at ScienceDirect

Journal of the Neurological Sciences

journal homepage: www.elsevier.com/locate/jns

# Risk factors for idiopathic intracranial hypertension in men: A case–control study

J. Alexander Fraser [a], Beau B. Bruce [a,b], Janet Rucker [d,e,1], Lisa-Ann Fraser [f], Edward J. Atkins [a], Nancy J. Newman [a,b,c,*], Valérie Biousse [a,b]

[a] Department of Ophthalmology, Emory University, Atlanta, GA, USA
[b] Department of Neurology, Emory University, Atlanta, GA, USA
[c] Department of Neurological Surgery, Emory University, Atlanta, GA, USA
[d] Department of Ophthalmology, Rush University, Chicago, IL, USA
[e] Department of Neurology, Rush University, Chicago, IL, USA
[f] Division of Endocrinology, University of Western Ontario, London, ON, Canada

ARTICLE INFO

*Article history:*
Received 8 June 2009
Received in revised form 30 September 2009
Accepted 3 November 2009
Available online 30 November 2009

*Keywords:*
Idiopathic intracranial hypertension
Gender differences
Androgen deficiency
Sleep apnea
Risk factors
Neuro-ophthalmology

ABSTRACT

*Objective:* To identify risk factors for idiopathic intracranial hypertension (IIH) in men.
*Design:* Case–control study. A 96-item telephone questionnaire, answered retrospectively, with cases recalling at the age of their diagnosis and controls recalling at the age of their corresponding case's diagnosis.
*Setting:* Outpatient clinics in two US tertiary care centers.
*Participants:* The characteristics of 24 men with IIH were compared to those of 48 controls matched for sex, age, race, and World Health Organization body mass index (BMI) category.
*Main outcome measures:* Two previously validated questionnaires: the ADAM (Androgen Deficiency in Aging Males) questionnaire for testosterone deficiency and the Berlin questionnaire for obstructive sleep apnea (OSA), embedded within the telephone questionnaire. Analysis with Mantel–Haenszel odds ratios and mixed-effects logistic regression models accounted for matching.
*Results:* Cases and controls had similar enrollment matching characteristics. Although matching was successful by BMI category, there was a small difference between BMI values of cases and controls (cases: median 31.7, controls: median 29.9; $p = 0.03$). After adjustment by BMI value, men with IIH were significantly more likely than controls to have a positive ADAM questionnaire for testosterone deficiency (OR: 17.4, 95% CI: 5.6–54.5; $p < 0.001$) and significantly more likely to have either a positive Berlin questionnaire for OSA or history of diagnosed OSA (OR: 4.4, 95% CI: 1.5–12.9; $p = 0.03$).
*Conclusions:* Men with IIH are more likely than controls to have symptoms associated with testosterone deficiency and OSA. These associations suggest a possible role for sex hormones and OSA in the pathogenesis of IIH in men.

© 2009 Elsevier B.V. All rights reserved.

## 1. Introduction

Idiopathic intracranial hypertension (IIH) predominantly occurs in young obese women [1–4], but about 9% of cases occur in men [5,6]. Although prognosis in IIH is variable, severe visual loss is more than twice as likely to occur in men as in women [6]. The pathophysiology of IIH remains unknown, but obesity, hormonal abnormalities, and obstructive sleep apnea (OSA) have been proposed as risk factors for the development of IIH in men [6–10]. The aim of our study was to identify risk factors for IIH in men through a case–control study.

The likely role of sex hormones in the pathogenesis of IIH is highlighted by the clear predilection of IIH for postpubertal, premenopausal women [11] and the absence of a gender preference before puberty [12–14]. Although female adulthood is characterized by high levels of estrogen and low levels of testosterone, women taking exogenous estrogens, such as oral contraceptives, and women who have high estrogen levels due to pregnancy seem not to be at higher risk for the development of IIH [11,15,16]. If, instead, low testosterone is implicated in IIH, it is possible that men with IIH may have lower testosterone levels than men in the general population, making them more similar hormonally to the young women usually affected by IIH.

The ADAM (Androgen Deficiency in Aging Males) questionnaire is a non-invasive, validated, 10-point survey used to screen for androgen (bioavailable testosterone) deficiency in aging males that can be administered by telephone [17]. A positive questionnaire defines a

* Corresponding author. Neuro-Ophthalmology Unit, Emory Eye Center, 1365-B Clifton Rd. NE, Atlanta, GA 30322, United States. Tel.: +1 404 778 5360; fax: +1 404 778 4849.
*E-mail addresses:* jfrase2@emory.edu (J.A. Fraser), bbbruce@emory.edu (B.B. Bruce), janet.rucker@mssm.edu (J. Rucker), lisaann.mckeough@utoronto.ca (L.-A. Fraser), ejatkins@shaw.ca (E.J. Atkins), ophtnjn@emory.edu (N.J. Newman), vbiouss@emory.edu (V. Biousse).
[1] Since the completion of this project, Janet Rucker's affiliation has changed to: Departments of Ophthalmology and Neurology, Mount Sinai School of Medicine, New York, NY, United States.

0022-510X/$ – see front matter © 2009 Elsevier B.V. All rights reserved.
doi:10.1016/j.jns.2009.11.001

symptom complex associated with testosterone deficiency (hypogonadism) with a sensitivity of 88% and a specificity of 60%. Since the development of the ADAM questionnaire for testosterone deficiency in 2000, no other instruments have been superior in their correlation with biological confirmatory tests [18].

Similarly, the Berlin questionnaire for OSA was designed and validated as an easy-to-use instrument for identifying patients with OSA in the community setting [19]. A "high-risk" score on the Berlin questionnaire has a sensitivity of 86% and specificity of 77% for a sleep study diagnosis of OSA. For the purposes of this study, we used a positive Berlin questionnaire or known sleep study-diagnosed OSA (hereafter abbreviated as "BOSA") as a surrogate for the gold standard of a positive sleep study for use in estimating the prevalence of OSA among study subjects.

## 2. Methods

### 2.1. Cases

All consecutive charts for adult male patients (aged 18 or older) with a diagnosis of IIH seen by the neuro-ophthalmology services at Emory University between 1989 and 2008 and Rush University between 2005 and 2008 were reviewed. Only patients with definite IIH diagnosed according to the modified Dandy criteria were included: 1) signs and symptoms of increased intracranial pressure; 2) no localizing signs except abducens nerve palsy; 3) CSF opening pressure ≥25 cm of water with normal CSF composition; and 4) normal neuroimaging (ruling out venous sinus thrombosis) [20].

Twenty patients were enrolled from Emory University and four from Rush University. Fourteen of the twenty cases enrolled at Emory University were reported previously [6]. All patients were evaluated in the standardized fashion described in that report by experienced neuro-ophthalmologists [6]. Documentation included age, race, body habitus, blood pressure, and complete neuro-ophthalmic examination with formal visual fields, fundus photography, review of neuroimaging tests, and recording of factors associated with IIH. Of the 39 consecutive adult men found in our databases, 7 patients could not be located, and a search of the Social Security Administration's public Death Master File identified 4 additional patients who had died since their last clinic visit. Therefore, 28 patients were contacted by telephone for consent, and 4 refused to participate in the study. Informed telephone consent, as approved by our institutional review boards, was obtained from the remaining 24 cases. Demographic information regarding age, race, height, weight, and age at diagnosis of IIH was collected; in the few situations in which exact height and weight were not documented, cases were asked on the telephone to recollect their height and weight at their time of diagnosis. Degree of obesity was graded by body mass index (BMI) according to five categories corresponding to World Health Organization BMI cutoff points: underweight (<18.5), normal (18.5–24.9), overweight (25.0–29.9), obese (30.0–39.9), or morbidly obese (≥40.0). Race was assessed according to the judgment of the examiner based on patient appearance.

### 2.2. Controls

Each man with IIH was matched with two age-, race-, and BMI-matched control men. Control subjects were selected from male friends and family members accompanying adult non-IIH patients to the Emory Eye Center outpatient clinics and were enrolled if they were of the same race, age (within 5 years), and World Health Organization (WHO) BMI category as a corresponding case. Controls were excluded if they had a history of CNS disease or had ever consulted a neurologist or a neurosurgeon for intracranial disease. Informed written consent was obtained in the clinic, but the interview was conducted by telephone at a later date, similar to men with IIH.

### 2.3. Data collection

A 10–15 minute-long telephone-administered questionnaire, consisting of 96 items, was developed for use with both cases and controls (see Supplemental material). The questionnaire included questions about age, height, weight, past medical history, patterns of obesity, endocrine disorders (e.g. diabetes, thyroid dysfunction), sexual and reproductive health (e.g., difficulty achieving orgasm), fertility (e.g., number of biological children, history of difficulty having children), medication and substance use (e.g., tetracyclines, lithium, vitamin A preparations, spironolactone, marijuana). In addition, it incorporated the two previously validated question batteries described above: the ADAM questionnaire for testosterone deficiency [17] and the Berlin questionnaire for OSA [19].

Each subject was assigned an "index age". For cases, this index age was their age at the time of diagnosis with IIH; for controls, this index age was their age at the time of their corresponding case's diagnosis with IIH. Every subject was interviewed by telephone in a uniform fashion by the same examiner (J.A.F.) using a standardized script. All subjects were asked to answer the questionnaire retrospectively, thinking back to their health at their index age. To minimize recall bias, cases were not reminded that their index age was also their age of diagnosis with IIH. The questionnaire and study design were approved by the two participating universities' institutional review boards.

### 2.4. Statistical analysis

The ADAM questionnaire and BOSA status were decided *a priori* to be the primary outcome measures for the study. Bonferroni correction was applied to the statistical tests for the other 21 associations studied. Statistical analysis was performed with R: a language and environment for statistical computing (R Foundation for Statistical Computing, http://www.R-project.org). Univariate analysis was performed on data collected through summary measures, including medians and ranges for skewed data, and proportions for categorical variables. Mantel–Haenszel odds ratios were used as the measure of association, and between-group comparisons were performed using paired *t*-tests and Cochran–Mantel–Haenszel $\chi^2$ tests as appropriate. Mixed-effects logistic regression models were used to examine associations of risk factors with case status, accounting for matching and adjusting for other variables.

## 3. Results

Twenty-four male patients with IIH and 48 age, race, and BMI category-matched control men were enrolled in the study (Table 1). There was no evidence of inexact matching between cases and controls based on the enrollment criteria. Age was not significantly different at enrollment, with a median case age of 37.5 years (range:

**Table 1**
Characteristics of the study subjects at index age.

| Variable | Cases ($n$=24) | | Controls ($n$=48) | | $p$-value |
|---|---|---|---|---|---|
| | $n$ or median | % or range | $n$ or median | % or range | |
| Age, years | 34.0 | 18–58 | 35.0 | 18–58 | 0.81 |
| Black | 7 | 29.2 | 14 | 29.2 | 1.00 |
| BMI, kg/m$^2$ | 31.7 | 22.8–53.9 | 29.9 | 20.41–47.5 | 0.03 |
| Positive ADAM | 19 | 79.2 | 10 | 20.8 | <0.001 |
| Positive BOSA | 18 | 75.0 | 20 | 41.7 | 0.002 |
| Vitamin A use | 2 | 8.3 | 4 | 8.3 | 1.00 |
| Tetracycline use | 3 | 12.5 | 5 | 10.4 | 1.00 |
| Lithium use | 1 | 4.2 | 1 | 2.1 | 1.00 |

ADAM = positive ADAM (Androgen Deficiency in Aging Males) questionnaire for testosterone deficiency.
BOSA = positive Berlin questionnaire for obstructive sleep apnea, or sleep study-diagnosed obstructive sleep apnea.

**Table 2**
Results of mixed-effects logistic regression analyses for case status by predictor, individually adjusted for body mass index at index age.

| Predictor | Odds ratio | 95% confidence interval | p-value |
|---|---|---|---|
| ADAM | 17.4 | 5.6–54.5 | <0.001 |
| BOSA | 4.4 | 1.5–12.9 | 0.03 |

Number of IIH cases = 24, number of controls = 48.
ADAM = positive ADAM (Androgen Deficiency in Aging Males) questionnaire for testosterone deficiency.
BOSA = positive Berlin questionnaire for obstructive sleep apnea, or sleep study-diagnosed obstructive sleep apnea.

19–60 years) and a median control age of 39 years (range: 19–63 years) ($p = 0.42$). BMI matching was successful by WHO category and numerical BMI values did not differ at enrollment between cases and controls (cases: median 32.9 [range: 23.7–53.5], controls: median 30.8 [range: 20.8–55.6]; $p = 0.21$); however, there was a small difference between numerical BMI values of cases and controls at their index age (cases: median 31.7 [range: 22.8–53.9], controls: median 29.9 [range: 20.1–47.5]; $p = 0.03$).

In univariate analysis, the Mantel–Haenszel odds ratio for a positive ADAM questionnaire was infinite (95% confidence interval: 5.685-infinity; $p < 0.001$) for cases compared to controls. This value occurred because there were no case–control sets in which a control had a positive ADAM questionnaire and the corresponding case did not, resulting in division by zero in the Mantel–Haenszel odds ratio calculation. The Mantel–Haenszel odds ratio for a positive BOSA was 13.9 (95% confidence interval: 1.9–609; $p = 0.002$) for cases compared to controls.

No past medical conditions, medications, or illicit substances were significantly associated with IIH in univariate analysis. The self-reported distributions of body fat ("belly" versus "thighs") and body hair were not factors significantly associated with IIH in men. There was a trend toward difficulty achieving orgasm being significantly associated with IIH, with an odds ratio of 7.0 (95% confidence interval before Bonferroni correction: 1.33–69; after correction: 0.65–342; $p = 0.084$).

Mixed-effects logistic regression was used to adjust for BMI at index age (Table 2). There was no significant interaction between positive ADAM questionnaire and positive BOSA. To assess for confounding between positive ADAM questionnaire and positive BOSA, a model including both of these predictors and adjusted for BMI was evaluated. Under this model, the adjusted odds ratio was 16.4 for a positive ADAM questionnaire (95% confidence interval: 5.0–52.5; $p < 0.001$) and 4.0 for a positive BOSA (95% confidence interval: 0.90–5.1; $p = 0.087$), suggesting there was no significant confounding between ADAM and BOSA status.

## 4. Discussion

Although our study is not the first case–control study to evaluate the risk factors for IIH in men [5,21], it is the first study to compare men with IIH to a well-defined population of normal control subjects matched for sex, age, race, and BMI category—each of which independently modifies the risk of IIH [1,11,22].

Our study found that a positive ADAM questionnaire and a positive BOSA were both strongly associated with IIH in men. Men with IIH had more than 17 times the odds of a positive ADAM questionnaire compared to controls, suggesting a possible association between testosterone deficiency and IIH. Men with IIH were also found (with borderline significance) to be more likely to report difficulty achieving orgasm which, although not part of the ADAM questionnaire, is a recognized symptom of testosterone insufficiency [23].

We recognize that the ADAM questionnaire, although useful as a screening questionnaire for testosterone deficiency, is not a substitute for biochemical measurement of testosterone levels; furthermore, it is unclear to what extent the symptoms of IIH could mimic symptoms of testosterone deficiency. It is also unclear to what extent the presence of a chronic illness like IIH, in itself, could lead to similar ADAM questionnaire responses, the ADAM questionnaire having been validated only in a presumably healthy population of 316 physicians. Nevertheless, no other clinical instrument has proven superior to the ADAM questionnaire in its correlation with biochemical evidence of hypogonadism [18], and other non-invasive alternatives to serum measurements are lacking. One unpublished study did find low testosterone levels in seven of eight (87.5%) men with IIH; however, these men were not compared to controls matched by age and obesity, and because both of these factors influence testosterone levels, it could not be concluded that the testosterone deficiency was related to IIH [24].

If the positive ADAM score in men with IIH truly represents hypogonadism, it is not known whether this is a cause, an effect, or a comorbidity of IIH. An association between hypogonadism and IIH may be mediated by the effect of low testosterone levels on body fat distribution in men. Testosterone has long been known to contribute to the sex-specific fat distribution differences seen between men and women, with men having twice as much visceral (intra-abdominal) adipose tissue accumulation as women [25]. Low testosterone levels in men are associated with increased visceral fat [26]; accordingly, when hypogonadal men receive testosterone supplementation, they show a decreased amount of visceral fat [27,28]. In women, the association seems to be reversed, and higher free testosterone levels are associated with increased visceral obesity [29,30]. This association between high testosterone levels and increased visceral adiposity has been demonstrated in healthy pre- and post-menopausal women [30], female-to-male transsexuals receiving high-dose exogenous testosterone therapy [31], and in women with polycystic ovarian syndrome (PCOS) who have elevated endogenous testosterone levels [32,33].

An intra-abdominal, visceral, distribution of fat may be a common feature linking IIH both to PCOS (androgen excess) in women [32,34] and to hypogonadism (androgen deficiency) in men. Fat distribution—and the hormonal influences that modify and accompany it—may be as important as total adiposity in the pathogenesis of IIH. Its influence is of emerging interest, particularly as adipose tissue is increasingly regarded as an endocrine organ, whose biological properties and hormonal secretions depend crucially on its regional distribution in the body [35,36].

There also has been emerging interest in the role of obstructive sleep apnea (OSA) in the development of IIH, particularly in men [7–10]. In a recent study of 721 patients with IIH, including 66 men, 24% of men had known OSA compared to 4% of women ($p < 0.001$) [6]. Whether OSA is a causal or comorbid factor in IIH is not clear; however, CSF pressures of up to 750 $mmH_2O$ have been measured during nocturnal apneic events in patients with OSA, suggesting a link between OSA and raised intracranial pressure [7,37].

We recognize that our choice of BOSA as a surrogate measure for sleep study-proven OSA may have resulted in false-positive diagnoses of OSA. That is, some patients may have been misclassified as having OSA on the basis of a positive Berlin questionnaire when a sleep study, if it were done, would have shown normal sleep-related breathing. For the purposes of assessing the prevalence of OSA in our population, however, we believe BOSA is preferable to relying only on sleep study-diagnosed OSA, since the sleep study is an underutilized tool in the general population [38]. In fact, our BOSA measure improves upon the Berlin questionnaire for population screening, as it incorporates the result of the accepted gold standard, the sleep study, when available.

In our study, we found that men with IIH had about four times the odds of a positive BOSA compared with controls ($p = 0.03$), independent of BMI. Although this effect was not significant ($p = 0.08$) when a positive ADAM questionnaire was incorporated simultaneously in the model, the marginal difference in the odds ratios (4.4 when adjusted for BMI only; 4.0 when adjusted for BMI and ADAM status) suggests this

was due to our small sample size rather than a significant degree of confounding between BOSA and ADAM status. Thus, we have primarily reported the odds ratios separately adjusted for BMI.

The major weakness of most retrospective case–control study designs, including our own, is the potential for recall bias. We attempted to reduce the effects of this bias by avoiding language that would invoke memories of their diagnosis of IIH, such as "at the time of your diagnosis" or "when you had symptoms," instead using the more neutral phrase "at age *X*" where *X* was their age at the time of diagnosis. Also, we adhered to a standardized telephone script without placing undue emphasis on any particular portions of our telephone questionnaire. That we found only two significant associations in our small population despite a lengthy questionnaire, and that these two associations had been suspected *a priori*, argue that recall bias was likely minimized.

We have shown that men with IIH are different from control men in their responses to the ADAM questionnaire and in their BOSA status, after controlling for age, race, and BMI. Although the use of BMI was a strength of our study, BMI is a measure of total adiposity and does not reflect body fat distribution. Other anthropometric measures, such as waist circumference (WC), hip circumference (HC), WC-to-HC ratio, and WC-to-height ratio, are emerging as more helpful measures for categorizing obesity as visceral or subcutaneous [39]. Their use may ultimately prove more illuminating than BMI in understanding the relationships between adipose tissue, testosterone deficiency, OSA, and IIH. At present, the pathogenesis of IIH remains poorly understood; however, should hypogonadism or OSA emerge as a causal mechanism in the development of IIH in men, perhaps mediated through sex hormones and the distribution of body fat, then intervention in the form of exogenous testosterone or non-invasive nocturnal ventilation may prove therapeutically useful in the future.

## Acknowledgments

This study was supported in part by a departmental grant (Department of Ophthalmology) from Research to Prevent Blindness, Inc., New York, NY, and by core grants P30-EY06360 (Department of Ophthalmology) from the National Institutes of Health, Bethesda, MD and by UL1-RR025008 (Atlanta Clinical & Translational Science Institute) from the Clinical and Translational Science Award program, National Institutes of Health, National Center for Research Resources, Bethesda, MD. Dr. Nancy J. Newman is a recipient of a Research to Prevent Blindness Lew R. Wasserman Merit Award.

## Appendix A. Supplementary data

Supplementary data associated with this article can be found, in the online version, at doi: 10.1016/j.jns.2009.11.001.

## References

[1] Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: a prospective and case–control study. J Neurol Sci 1993;116:18–28.
[2] Kesler A, Gadoth N. Epidemiology of idiopathic intracranial hypertension in Israel. J Neurophthalmol 2001;21:12–4.
[3] Galvin J, Van Stavern G. Clinical characterization of idiopathic intracranial hypertension at the Detroit Medical Center. J Neurol Sci 2004;223:157–60.
[4] Mezaal M, Saadah M. Idiopathic intracranial hypertension in Dubai: nature and prognosis. Acta Neurol Scand 2005;112:298–302.
[5] Digre KB, Corbett JJ. Pseudotumor cerebri in men. Arch Neurol 1988;45:866–72.
[6] Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, et al. Idiopathic intracranial hypertension in men. Neurology 2009;72:304–9.
[7] Purvin VA, Kawasaki A, Yee RD. Papilledema and obstructive sleep apnea syndrome. Arch Ophthalmol 2000;118:1626–30.
[8] Marcus DM, Lynn J, Miller JJ, Chaudhary O, Thomas D, Chaudhary B. Sleep disorders: a risk factor for pseudotumor cerebri? J Neurophthalmol 2001;2:15–7.
[9] Lee AG, Golnik K, Kardon R, Wall M, Eggenberger E, Yedavally S. Sleep apnea and intracranial hypertension in men. Ophthalmology 2002;109:482–5.
[10] Wall M, Purvin V. Idiopathic intracranial hypertension in men and the relationship to sleep apnea. Neurology 2009;72:300–1.
[11] Durcan F, Corbett J, Wall M. The incidence of pseudotumor cerebri: population studies in Iowa and Louisiana. Arch Neurol 1988;45:875–7.
[12] Lessell S. Pediatric pseudotumor cerebri (idiopathic intracranial hypertension). Surv Ophthalmol 1992;37:155–66.
[13] Balcer LJ, Liu GT, Forman S, Pun K, Volpe NJ, Galetta SL, et al. Idiopathic intracranial hypertension: relation of age and obesity in children. Neurology 1999;52:870–2.
[14] Cinciripini GS, Donahue S, Borchert MS. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment, and outcome. Am J Ophthalmol 1999;127:178–82.
[15] Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology 1984;34:721–9.
[16] Giuseffi V, Wall M, Siegel PZ, Rojas PB. Symptoms and disease association in idiopathic intracranial hypertension (pseudotumor cerebri): a case–control study. Neurology 1991;41:239–44.
[17] Morley JE, Charlton E, Patrick P, Kaiser FE, Cadeau P, McCready D, et al. Validation of a screening questionnaire for androgen deficiency in aging males. Metabolism 2000;49:1239–42.
[18] Morales A, Spevack M, Emerson L, Kuzmarov I, Casey R, Black A, et al. Adding to the controversy: pitfalls in the diagnosis of testosterone deficiency syndromes with questionnaires and biochemistry. Aging Male 2007;10:57–65.
[19] Netzer NC, Stoohs RA, Netzer CM, Clark K, Strohl KP. Using the Berlin questionnaire to identify patients at risk for the sleep apnea syndrome. Ann Intern Med 1999;131:485–91.
[20] Friedman D, Jacobson D. Diagnostic criteria for idiopathic intracranial hypertension. Neurology 2002;59:1492–5.
[21] Kesler A, Goldhammer Y, Gadoth N. Do men with pseudotumor cerebri share the same characteristics as women? A retrospective review of 141 cases. J Neurophthalmol 2001;21:15–7.
[22] Bruce BB, Preechawat P, Newman NJ, Lynn MJ, Biousse V. Racial differences in idiopathic intracranial hypertension. Neurology 2008;70:861–7.
[23] Lazarou S, Morgentaler A. Hypogonadism in the man with erectile dysfunction: what to look for and when to treat. Curr Urol Rep 2005;6:476–81.
[24] Lee AG, Kardon RH, Wall M, Schlechte J. Endocrinologic abnormalities in idiopathic intracranial hypertension (pseudotumor cerebri) in men. Presented at the 28th annual North American Neuro-Ophthalmology Society (NANOS) meeting; February 9–14 2002. Copper Mountain, Colorado.
[25] Lemieux S, Prud'homme D, Bouchard C, Tremblay A, Després JP. Sex differences in the relation of visceral adipose tissue accumulation to total body fatness. Am J Clin Nutr 1993;58:463–7.
[26] Khaw KT, Barrett-Connor E. Lower endogenous androgens predict central adiposity in men. Ann Epidemiol 1992;2:675–82.
[27] Marin P, Arver S. Androgens and abdominal obesity. Baillieres Clin Endocrinol Metab 1998;12:441–51.
[28] Blouin K, Boivin A, Tchernof A. Androgens and body fat distribution. J Steroid Biochem Mol Biol 2008;108:272–80.
[29] Pedersen SB, Borglum JD, Brixen K, Richelsen B. Relationship between sex hormones, body composition and metabolic risk parameters in premenopausal women. Eur J Endocrinol 1995;133:200–6.
[30] Phillips GB, Jing T, Heymsfield SB. Does insulin resistance, visceral adiposity, or a sex hormone alteration underlie the metabolic syndrome? Studies in women. Metabolism 2008;57:838–44.
[31] Gooren LJ, Giltav EJ. Review of studies of androgen treatment of female-to-male transsexuals: effects and risks of administration of androgens to females. J Sex Med 2008;5:765–76.
[32] Glueck CJ, Aregawi D, Goldenberg N, Golnick KC, Sieve L, Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. J Lab Clin Med; 2005;145:72–82.
[33] Escobar-Morreale HF, San Millan JL. Abdominal adiposity and the polycystic ovarian syndrome. Trends Endocrinol Metab 2007;18:266–72.
[34] Glueck CJ, Iyengar S, Goldenberg N, Smith LS, Wang P. Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med; 2003;142:35–45.
[35] Ooi LY, Walker BR, Bodkin PA, Whittle IR. Idiopathic intracranial hypertension: can studies of obesity provide the key to understanding pathogenesis? Br J Neurosurg 2008;22:187–94.
[36] Wozniak SE, Gee LL, Wachtel MS, Frezza EE. Adipose tissue: the new endocrine organ? A review article. Dig Dis Sci 2009;54:1847–56.
[37] Sugita Y, Iijima S, Teshima Y, et al. Marked episodic elevation of cerebrospinal fluid pressure during nocturnal sleep in patients with sleep apnea hypersomnia syndrome. Electroencephalogr Clin Neurophysiol 1985;60:214–9.
[38] Young T, Evans L, Finn L, Palta M. Estimation of the clinically diagnosed proportion of sleep apnea syndrome in middle-aged women and men. Sleep 1997;20:705–6.
[39] Lee CM, Huxley RR, Wildman RP, Woodward M. Indices of abdominal obesity are better discriminators of cardiovascular risk factors than BMI: a meta-analysis. J Clin Epidemiol 2008;61:646–53.