# EXHIBIT D6

**Markey KA, Mollan SP, Jensen RH, Sinclair AJ. Understanding idiopathic intracranial hypertension: mechanisms, management, and future directions. Lancet Neurology 2016;15:78-91**

# Understanding idiopathic intracranial hypertension: mechanisms, management, and future directions

Keira A Markey, Susan P Mollan, Rigmor H Jensen, Alexandra J Sinclair

Lancet Neurol 2016; 15: 78–91

Neurometabolism Institute of Metabolism and Systems Research, College of Medical and Dental Sciences, University of Birmingham, Edgbaston, Birmingham, UK (K A Markey MRCP, S P Mollan FRCOphth, A J Sinclair PhD); Birmingham Neuro-Ophthalmology Unit, Ophthalmology Department, University Hospitals Birmingham NHS Trust, Queen Elizabeth Hospital Birmingham, Birmingham, UK (S P Mollan); and Danish Headache Centre, Department of Neurology, Glostrup Hospital, University of Copenhagen, Copenhagen, Denmark (Prof R H Jensen MD)

Correspondence to: Dr Alexandra J Sinclair, Neurometabolism Institute of Metabolism and Systems Research, College of Medical and Dental Sciences, University of Birmingham, Edgbaston, Birmingham, B15 2TT, UK
a.b.sinclair@bham.ac.uk

Idiopathic intracranial hypertension is a disorder characterised by raised intracranial pressure that predominantly affects young, obese women. Pathogenesis has not been fully elucidated, but several causal factors have been proposed. Symptoms can include headaches, visual loss, pulsatile tinnitus, and back and neck pain, but the clinical presentation is highly variable. Although few studies have been done to support evidence-based management, several recent advances have the potential to enhance understanding of the causes of the disease and to guide treatment decisions. Investigators of the Idiopathic Intracranial Hypertension Treatment Trial (IIHTT) reported beneficial effects of acetazolamide in patients with mild visual loss. Studies have also established weight loss as an effective disease-modifying treatment, and further clinical trials to investigate new treatments are underway. The incidence of idiopathic intracranial hypertension is expected to increase as rates of obesity increase; efforts to reduce diagnostic delays and identify new, effective approaches to treatment will be key to meeting the needs of a growing number of patients.

## Introduction

Idiopathic intracranial hypertension is characterised by signs and symptoms of raised intracranial pressure (ICP) with no established pathogenesis. The disorder is strongly associated with obesity, and patients are mostly female and typically of reproductive age. Common symptoms of idiopathic intracranial hypertension include headaches, visual loss, pulsatile tinnitus, and back and neck pain, but the clinical presentation is highly variable, which can lead to delays in diagnosis. If left untreated, the disorder can lead to substantial visual morbidity. Diagnosis is usually based on the updated modified Dandy criteria,[1] which require the presence of raised ICP, typically papilloedema, and no identifiable secondary causes. Previously, little evidence existed to guide the management of idiopathic intracranial hypertension, but important prospective studies have considerably advanced understanding of the disorder, including the Idiopathic Intracranial Hypertension Treatment Trial (IIHTT), which investigated the effects of acetazolamide in patients with mild visual loss,[2] and a study of the effect of low calorie diet (resulting in weight loss) on intracranial pressure and symptoms and signs of idiopathic intracranial hypertension.[3]

In this Review, we highlight progress made during the past decade, providing an update on the pathogenesis, diagnosis, and management of adult idiopathic intracranial hypertension. We do not consider the practical management of the disorder in detail here,[4] but we draw on the latest findings and local expertise (ie, in the authors' institutions) to suggest an approach to the acute management of idiopathic intracranial hypertension. Finally, we briefly discuss factors that might have a bearing on prognosis and consider future directions for research.

| | Duration of study (years) | Patients (n) | Female: male ratio | Obesity (% of patients) | Incidence per 100 000 people per year |
|---|---|---|---|---|---|
| Rochester, MN, USA (1976–90)[6] | 15 | 9 | 8:1 | 70%* | 1·00 |
| Benghazi, Libya (1982–89)[8] | 7 | 81 | 15:1 | 71%† | 2·23 |
| Louisiana, USA (1988)[7] | 1 | 78 | 4·5:1 | 69%‡ | 1·10 |
| Iowa, USA (1988)[7] | 1 | 27 | 8:1 | 67%† | 0·90 |
| Parma, Italy (1990–99)[9] | 10 | 10 | 4:1 | .. | 0·28 |
| Belfast, Northern Ireland (1991–95)[10] | 5 | 42 | 6:1 | .. | 0·51 |
| Spain (1994–2004)[11] | 10 | 28 | 8·7:1 | 100%§ | 3·20 |
| Israel (1998–99)[12] | 2 | 91 | 14:1 | 57%¶ | 0·94 |
| Oman (2001–11)[13] | 11 | 40 | 3:1 | 60%¶ | 2·18 |
| Israel (2005–07)[14] | 2 | 428 | 18·5:1 | 59%§ | 2·02 |
| Sheffield, UK (2007–08)[5] | 2 | 16 | 15:1 | .. | 1·56 |

*Body-mass index greater than 26 kg/m². †Obesity defined as more than 20% heavier than ideal weight. ‡Obesity not defined. §Body-mass index greater than 30 kg/m². ¶Clinical observation and body-mass index higher than 30 kg/m².

*Table 1:* Worldwide published incidence rates of idiopathic intracranial hypertension

## Epidemiology

Idiopathic intracranial hypertension is typically seen in women who are obese and of childbearing age, with a worldwide incidence of around 12–20 per 100 000 people per year in this group,[5–7] but only 0·5–2 per 100 000 people per year in the general population (table 1).[5–7,10,12,14] Owing to an absence of large epidemiological studies, prevalence is poorly documented in male and paediatric populations.[15] Obesity rates are reportedly lower in children with idiopathic intracranial hypertension than in women, and more atypical features tend to be present in these groups.[16]

Although no assessment of the prevalence or incidence of idiopathic intracranial hypertension across the whole of the UK has taken place, small retrospective case reviews have been done in Sheffield[5] and Northern Ireland.[10] Incidence rates were reported as 1·56 per 100 000 people per year in Sheffield and 0·5 per 100 000 people per year in Northern Ireland. One of the largest retrospective reviews[14] of idiopathic intracranial hypertension was done in Israel, which included 428 patients with new-onset idiopathic intracranial hypertension. The investigators reported an

incidence of 2·02 per 100 000 people per year in the general population, rising to 5·49 per 100 000 per year in women of childbearing age.

The mean age of diagnosis ranges between 25 years and 36 years,[6,9–11,13,14] with a clear predominance in women;[5–7,9–14] a large retrospective study of 721 patients with idiopathic intracranial hypertension reported only 66 (9%) as male.[17]

Of the total cohort across all studies reviewed, 57–100% of people with idiopathic intracranial hypertension are obese (table 1).[6,7,11–14] WHO reported that rates of obesity doubled in the UK between 1997 and 2002, and tripled in the USA between 1990 and 2006.[18] Assuming that obesity predisposes individuals to idiopathic intracranial hypertension, the incidence of the disorder is expected to rise in line with the worldwide obesity epidemic.

## Pathogenesis

The pathogenic mechanisms of idiopathic intracranial hypertension are still unclear and although no single unifying theory exists for the development of the disorder, dysregulation of ICP is an important focus of investigation. Three main intracranial mechanisms have been suggested to result in raised ICP, including disordered CSF dynamics such as CSF hypersecretion and outflow obstruction, and increased venous sinus pressure (figure 1). Historically, case series have implicated weight as a contributing factor;[3,19] in the past 5–10 years, potential hormonal and metabolic causes of idiopathic intracranial hypertension have come to the fore. In the following sections, we consider the evidence for various mechanisms that have been implicated in the pathogenesis of idiopathic intracranial hypertension.




***Figure 1:*** **Proposed mechanisms of raised intracranial pressure**
Three main intracranial mechanisms have been suggested to result in raised intracranial pressure: increased venous sinus pressure, decreased CSF drainage across the arachnoid granulations or lymphatics, and enhanced CSF production at the choroid plexus. Being female and obese are two risk factors noted in idiopathic intracranial hypertension, suggesting a possible role for sex hormones and factors released by adipose tissue such as adipokines (cytokines released predominantly by adipose tissue), which could directly affect CSF dynamics. Other mechanisms, such as increased production of inflammatory or thrombophilic factors, might also be involved. Additionally, obesity has been suggested to raise intrathoracic pressure and, in conjunction with venous sinus stenosis, might increase venous sinus pressure. However, stenosis is probably a result of raised venous pressure rather than a cause.

### CSF hypersecretion

The nervous system normally contains about 140 mL of CSF, and the total volume is replaced 3–4 times a day.[20] The choroid plexus is responsible for most CSF secretion.[21] Results from initial infusion studies suggested a role for increased CSF production in idiopathic intracranial hypertension;[22] however, this finding was not supported by the results of a later trial.[23] MRI studies have not provided conclusive findings with respect to secretory changes, not least because of the small numbers of patients studied and the mathematical assumptions needed for imaging sequences. In cases of choroid plexus papilloma, in which hypersecretion of CSF is known to occur, hydrocephalus and ventricular enlargement develops,[24] whereas in idiopathic intracranial hypertension, the ventricles remain a normal size. However, an obstructive element at a macroscopic or microscopic level might exist in choroid plexus papilloma, and the degree of amplified secretion might vary between the two disorders.

### CSF outflow obstruction

Mechanisms that control CSF drainage are poorly defined. Classically, the arachnoid granulations are deemed to have the main responsibility for CSF clearance.[25] However, evidence exists in support of CSF outflow via the lymphatic system in mammals.[26] Reduced absorption of CSF could result in intracranial hypertension, which is supported by findings from isotope infusion studies showing a delay in clearance in patients with idiopathic intracranial hypertension.[23,27] But other pathologies that can block drainage (eg, subarachnoid haemorrhage or meningitis) can result in communicating hydrocephalus, which is not seen in idiopathic intracranial hypertension. Absorption of CSF depends on the pressure gradient between the venous sinus and the subarachnoid space, with a rise in venous pressure needing a concomitant increase in CSF pressure to maintain absorption rates.[21]

### Venous sinus pressure

The rise in venous sinus pressure resulting from venous sinus stenosis (figure 2) is increasingly regarded as a relevant factor in the pathogenesis of intracranial hypertension. These events are a common occurrence in idiopathic intracranial hypertension, especially in the transverse sinus.[29] However, in a study of 51 patients with venous sinus stenosis, the degree of stenosis was not related to clinical outcome or to CSF pressure.[29] CSF removal or diversion, with consequent reduction in ICP, has been shown to relieve the stenosis,[30] which suggests that venous sinus stenoses are a consequence of the pathological process of idiopathic intracranial hypertension rather than a cause of the disorder.

### Cerebral oedema

Cerebral oedema has been suggested to result in raised ICP, although generalised oedema is associated with reduced consciousness, which is not seen in idiopathic intracranial hypertension. In 1956, oedema was reported in cerebral biopsies by Joynt and Sahs.[31] These findings, however, were not replicated in necropsy tissue or on review of the surviving Joynt and Sahs slides.[32] A small amount of cerebral oedema has been reported in one diffusion-weighted imaging study,[33] but no evidence of a link between diffuse cerebral oedema and idiopathic intracranial hypertension was found in a quantitative MRI study by Bastin and colleagues.[34]

### Obesity

Obesity is noted in most cases of idiopathic intracranial hypertension, signifying a strong association of the disorder with weight. One of the early causation theories focused on the physical effects of increased abdominal mass, raising intrathoracic pressure and consequently increasing venous pressure.[35] This notion was supported by clinical observations of weight loss improving the condition. However, according to this theory, one would expect to see a high number of obese individuals with the disorder,[36] including men, yet idiopathic intracranial hypertension is rare and affects mainly women.[35]

Weight gain (ie, 5–15% of total bodyweight) is associated with a heightened risk of development and recurrence of idiopathic intracranial hypertension in both obese and non-obese groups.[37,38] Patients who were not obese (ie, body-mass index [BMI] <30 $kg/m^2$) remained at risk after moderate weight gain and this risk rose incrementally with percentage weight gain up to 15%.[37] Initial findings suggested an improvement in symptoms and signs of idiopathic intracranial hypertension with weight reduction.[39] This improvement was not confirmed until investigators of a prospective cohort study[3] recorded significant improvements in ICP, papilloedema, and headache after weight loss compared with a control period before weight loss. The mechanism by which weight loss improves idiopathic intracranial hypertension is not known. The effect of weight in terms of mass alone is an unconvincing explanation, because BMI and lumbar puncture opening pressure have a weak non-significant relation.[40]

Obesity is increasingly perceived as an inflammatory disorder.[41] Cytokines, in particular adipokines, which are specifically produced by adipose tissue, have become a popular research focus. Markers of inflammation were present in the CSF of patients with idiopathic intracranial hypertension, with the concentration of chemokine (C-C motif) ligand 2 being significantly higher than that of controls ($p<0{\cdot}01$).[42,43] Concentrations of leptin, a product of the obese gene *Ob* that is involved in weight homoeostasis and appetite regulation, were significantly higher in the CSF of patients with idiopathic intracranial hypertension compared with controls, corrected for age, sex, and BMI. Concentrations of other inflammatory markers, such as interleukin 1, interleukin 8, interleukin 1β, and tumour necrosis factor α, did not differ significantly between the two groups.[42] However, in another study,[43] concentrations of leptin proved to be similar across groups, although the numbers of patients were small (eight patients with idiopathic intracranial hypertension and eight control patients) and CSF opening pressures were very similar between groups.




***Figure* 2: Neuroimaging features of idiopathic intracranial hypertension**
Imaging modalities for diagnosis of idiopathic intracranial hypertension without papilloedema. (A) T1 weighted MRI; saggital; empty sella turcica (arrow) presents in 70% of patients with idiopathic intracranial hypertension.[28] (B) T2 weighted MRI; axial; distension of the optic nerve sheath (arrows) has been reported in 45% of patients with the disorder.[28] (C) MRI venography; posterior view; hypoplastic right transverse sinus (arrow). MRI venogram is advised in all new patients with idiopathic intracranial hypertension to rule out venous thrombosis. (D) T2 weighted MRI; axial; flattening of posterior globes (arrows) can be seen in 80% of patients.[28]

### Hormones

Because most individuals with idiopathic intracranial hypertension are women of childbearing age, hormonal factors might play a part in pathogenesis, although any evidence to support this hypothesis is currently observational. In one study,[44] concentrations of CSF oestrone were higher in patients with idiopathic intracranial hypertension than in controls. Unfortunately, this study also had a small sample size and the control group was not matched by age or weight.

Findings from several case reports suggest that glucocorticoids might increase ICP with iatrogenic use,

although raised ICP is associated with their withdrawal.[45,46] 11β-hydroxysteroid dehydrogenase type 1 (11β-HSD1) is an enzyme that regulates local, tissue-specific glucocorticoid availability by acting mainly as an oxo-reductase, converting cortisone to active cortisol. The role of 11β-HSD1 in obesity, diabetes mellitus type 2, and the metabolic syndrome is increasingly a focus of research. Activity and expression of 11β-HSD1 is especially high in adipose tissue. 11β-HSD1 and key elements of the glucocorticoid signalling pathway are expressed and function in the choroid plexus, suggesting a local cortisol-generating system.[47,48] In idiopathic intracranial hypertension, urinary metabolites of 11β-HSD1 significantly decrease with weight loss. Importantly, 11β-HSD1 activity is associated with a significant fall in ICP, and a rise in CSF cortisone is associated with weight loss. This finding might suggest a role for 11β-HSD1 in CSF dynamics and the pathogenesis of intracranial hypertension.[49]

### Secondary causes

Numerous cases of intracranial hypertension secondary to other causes (panel 1) have been reported. Although the underlying mechanisms are unclear in many of these cases, they help to highlight pathways warranting further investigation to better understand the pathogenesis of raised ICP. Cases of familial idiopathic intracranial hypertension have been reported,[50] indicating a possible genetic predisposition to the disorder, but research is scarce and further investigation is needed.

Vitamin A and retinoids are strongly associated with raised ICP. Increased concentrations of CSF retinol have been shown in patients with idiopathic intracranial hypertension, as compared with concentrations in serum and CSF of controls.[51,52] Retinoic acid has also been noted to enhance expression of aquaporin 1, a water channel present mainly in the luminal membrane of the choroid plexus.[53] However, the actual pathophysiological mechanism needs to be clarified, particularly in relation to sex differences in vitamin A metabolism. Data for vitamin A due to be published from the IIHTT study,[2] in which the effect of acetazolamide in idiopathic intracranial hypertension is being assessed, could shed light on this potentially pathogenic mechanism.

Idiopathic intracranial hypertension and iron deficiency anaemia[54] are both disorders in women of childbearing age, and evidence from case reports suggest that this association is not merely incidental.[55,56] Resolution of anaemia alone is associated with a reversal of raised ICP in some patients.[55] However, no controlled studies have been done to establish whether or not this relation is significant.

### Associated disorders

Obstructive sleep apnoea has been noted in some patients with idiopathic intracranial hypertension, particularly men, and has been implicated in disease pathogenesis.[17] Nocturnal hypoxia and hypercapnia (caused by obstructive sleep apnoea) are thought to cause cerebral vasodilation and increased blood flow. Cerebral vasodilation and elevated central venous pressure, secondary to raised intrathoracic pressure, cause higher levels of ICP.[57] However, in a cohort of patients with obstructive sleep apnoea, papilloedema, a marker of raised ICP, was not frequently noted.[58,59] Moreover, the presence of idiopathic intracranial hypertension did not affect the severity of obstructive sleep apnoea, as compared with that of a control population matched for age, sex, ethnic origin, and BMI.[60] How treatment of obstructive sleep apnoea affects idiopathic intracranial hypertension needs clarification.

Polycystic ovarian syndrome is a common endocrine disorder in women of childbearing age, affecting around 4–8% of women;[61–63] 44% of affected women are obese.[61] 64% of women with idiopathic intracranial hypertension have polycystic ovarian syndrome,[64] which is characterised by hirsutism, menstrual irregularities, infertility, and hyperandrogenism. However, the precise relation between polycystic ovarian syndrome and idiopathic intracranial hypertension has yet to be established.[64]

## Clinical features

### Clinical presentation

The clinical presentation of idiopathic intracranial hypertension (table 2) is highly variable, which can lead to substantial delays in diagnosis. Headaches are a predominant feature of the disease, reported by around 75–94% of patients,[65,66,68,70,71] and are highly heterogeneous.[69,72] Idiopathic intracranial hypertension-associated headaches are described as pressure-like, holocranial, frontal or retro-orbital, worse on waking or with Valsalva-type manoeuvres, and improved with CSF removal.[72,73] Many report migrainous features, including unilateral or focal throbbing, with accompanying nausea,

**_Panel 1:_ Causes of pseudotumour cerebri**

The term pseudotumour cerebri is used for cases of intracranial hypertension with an identifiable or secondary cause, examples of which are listed below.

**Iatrogenic causes**

- Antibiotics (tetracycline, minocycline, doxycycline, nitrofurantoin, sulphonamides, and nalidixic acid)
- Hormonal factors (thyroxine, growth hormone, and tamoxifen)
- Excess vitamin A and retinoids
- Other drugs (corticosteroids, lithium, and ciclosporin)

**Associated disorders**

- Anaemia
- Hormonal conditions (Addison's disease and Cushing's disease)
- Respiratory dysfunction (obstructive sleep apnoea and hypercapnia)
- Chromosomal disorders (Down's syndrome and Turner's syndrome)
- Renal failure
- Autoimmune disorders (systemic lupus erythematous and Sjögren's syndrome)

| | Occurrence (% of patients) |
|---|---|
| Headache | 75–94% |
| Nausea with or without vomiting | 72–75% |
| Photophobia, phonophobia, or both | 42–73% |
| Transient visual obscurations | 68–72% |
| Pulsatile tinnitus | 52–60% |
| Back pain | 53% |
| Dizziness | 52% |
| Neck pain | 42% |
| Visual loss or blurring | 32% |
| Cognitive disturbances | 20% |
| Radicular pain | 19% |
| Horizontal diplopia | 18% |

*Table 2:* Symptoms in the idiopathic intracranial hypertension population[65–69]

photophobia, and phonophobia.[68,69,72] Idiopathic intracranial hypertension-associated headaches are sometimes described by patients as being different from their typical migraines. Frequently disclosed symptoms are back, neck, and radicular pain.[66] A large proportion have a continuous or daily headache, and medication overuse headache can consequently become an additional complication.[72] The clinicoradiological features and management of headache arising from CSF pressure changes have recently been reviewed.[74]

Unilateral or bilateral transient visual obscurations, described as a brief (less than 60 s) loss of vision, which occur with postural provocation, are noted in 68–72% of patients presenting with idiopathic intracranial hypertension.[65,66] Disturbance of the microcirculation to the optic nerve head, caused by tissue engorgement leading to transient ischaemia, is postulated to be the cause for this event.[75] Transient visual obscurations are not specific to papilloedema, but arise with other optic nerve disorders.

See Online for appendix

Pulsatile tinnitus is another common feature of idiopathic intracranial hypertension, reported in 52–60% of patients, with two-thirds presenting bilaterally.[65,66,70] Flow turbulence within the transverse venous sinus, probably secondary to venous sinus stenosis, is thought to cause pulsatile tinnitus. Compression of the internal jugular vein can therefore relieve the tinnitus.[76] Other symptoms include dizziness, visual loss, horizontal diplopia, and cognitive disturbances.[66] Cognitive impairment, affecting reaction time and processing speed, was apparent in a case-control study[77] of 31 patients with new-onset idiopathic intracranial hypertension. However, the degree of impairment is unclear.

CSF rhinorrhoea has been described in raised ICP,[78] and occurs in idiopathic intracranial hypertension; however, it is not a frequent finding and the risk factors are uncertain.[79] Defects in the cribriform plate could cause this event;[80] however, the nasal lymphatics could be an alternative route for CSF drainage.

### Ophthalmic examination

Abnormalities identified in any tests of visual function need urgent attention. Idiopathic intracranial hypertension causes substantial visual morbidity through either loss of the visual field, visual acuity, or both. Loss of central visual acuity is thought to occur late in the disease, although in one study,[66] 29·1% of participants had reduced visual acuity at baseline despite mild visual field loss. Reported common visual field defects in idiopathic intracranial hypertension include an enlarging blind spot (80% of 164 eyes), loss of nasal visual field (72%), or generalised visual field constriction (54%; figure 3).[81] The commonest visual field defects identified in the IIHTT study[82] were enlarging blind spot and an inferior partial arcuate defect.

Fulminant disease, in which severe visual loss is rapid (less than 4 weeks from symptom onset), occurs in few patients.[83] Active recognition and urgent surgical management are needed to prevent permanent visual sequelae. Corbett and colleagues[84] noted permanent visual loss in one or both eyes in 24% of patients with idiopathic intracranial hypertension. In another study,[70] reduction in visual acuity (less than 20/20 vision) was found in 22% of patients at diagnosis and in 18% at final follow-up (2–39 months), with complete bilateral blindness (Goldman field grade 5) noted at final follow-up in 4%. The authors of a population-based survey[85] have documented permanent visual loss in 1–2% of patients with idiopathic intracranial hypertension in the UK.

Papilloedema refers to swelling of the intraocular (prelaminar) portion of the optic nerve head, and in idiopathic intracranial hypertension, takes place as a result of elevated ICP, transmitted via the CSF, in the confines of the retrobulbar optic nerve sheath. Although typically bilateral, papilloedema can be unilateral (in 3·6–10·0% of patients with idiopathic intracranial hypertension).[66,86,87] Features of papilloedema include an elevated disc, disc margin blurring, and obscuration of major vessels (appendix).[88] Clinical examination and further investigations could help to distinguish true papilloedema from causes of pseudopapilloedema, such as drusen, congenital anomalous discs, and tilted discs. Uncommonly, papilloedema is associated with haemorrhages and cotton wool spots, which are observed around the optic disc. Exudates and a macular star, in which fluid tracks to the macular, are rare, but can be seen in severe cases.[4,89] If severe papilloedema is not recognised and treated early, extended ischaemia from failed perfusion of the optic nerve head could result in optic atrophy, leading to permanent visual loss.[4]

## Diagnosis

### Nomenclature

Idiopathic intracranial hypertension was initially known as serous meningitis, but rapidly became known as pseudotumour cerebri.[90] In the 1950s, it was renamed benign intracranial hypertension as medical diagnostics improved and secondary causes began to be ruled out.




***Figure 3:* Common visual-field defects seen in idiopathic intracranial hypertension**
(A) Fundal photographs of a 19-year-old white woman with fulminant idiopathic intracranial hypertension and bilateral papilloedema. (B) Humphrey perimetry for the same patient showing nasal field loss, enlarging blind spot, and severe generalised constriction in the left eye (left), and an enlarged blind spot in the right eye (right). (C) Goldmann's perimetry of a 21-year-old white women with fulminant idiopathic intracranial hypertension, showing an enlarged blind spot, inferior and superior nasal field loss, and severe generalised constriction in the left eye (left), and enlargement of the blind spot and generalised constriction with a nasal step defect in the right eye (right). Red, green, and blue shading represent brightness and size of stimulus in the visual field. Red is smallest and the least bright; green is the same size, but brighter; blue is the same brightness as green, but larger; shaded area represents a blind spot. VFI=visual field index. MD=mean deviation. PSD=pattern standard deviation.

The term idiopathic intracranial hypertension arose when the disorder was no longer regarded as benign:[71] 68% of patients have chronic headache 1 year after diagnosis despite ICP normalisation,[71] and up to 24% of patients have permanent visual loss.[84]

In this Review, we use the term idiopathic intracranial hypertension to denote truly idiopathic cases in which secondary causes of raised ICP have been excluded. Use of the term pseudotumour cerebri for cases of intracranial hypertension with an identifiable or secondary cause has been supported by Friedman[1] to ensure uniformity in nomenclature.

## Diagnostic criteria

Diagnostic criteria for idiopathic intracranial hypertension have changed since the Dandy criteria[91] were published in 1937. In view of advances in imaging technology, Smith[92] proposed the modified Dandy criteria in 1985, in which the addition of CT was advised. In 2001, Digre and Corbett[93] made further improvements, recommending the exclusion of secondary causes of raised ICP with CT or MRI, especially venous sinus thrombosis with venography, but practices vary.

According to the updated modified Dandy criteria,[28] published in 2002, if symptoms and signs not essential for diagnosis are present, they should be reflective of raised ICP. To avoid an artificially raised measurement of ICP, lumbar puncture should be done in the lateral decubitus and pressure measured once the patient has relaxed.[28] As a result of improved understanding of normal pressure distributions, CSF opening pressures of more than 25 cm $H_2O$ are deemed to be diagnostic.[40] However, isolated pressure readings should be interpreted with caution because these readings only represent a snapshot of ICP. CSF is expected to be of normal constitution, but low concentrations of protein can be present. The criteria state that venography is indicated only for atypical patients, such as men, children, and those with low BMI.[28] However, women with obesity, especially in combination with hormonal oral contraceptives, are at increased risk of venous sinus thrombosis.[94] Consequently, we recommend that CT or magnetic resonance venography should be indicated in all patients with suspected acute idiopathic intracranial hypertension.

The latest revision of the criteria,[1] published in 2013, included the presence of papilloedema as a requirement to confidently diagnose idiopathic intracranial hypertension, in combination with existing criteria (panel 2).[1] Additionally, a diagnosis of idiopathic intracranial hypertension without papilloedema can be made if a sixth nerve palsy is present and all other features (B–E in panel 2) are met. If papilloedema and sixth nerve palsy are absent, but criteria B–E are fulfilled, a suspected diagnosis can be made when three or more of the following neuroimaging signs coexist: flattening of the posterior globe, empty sella turcica, perioptic subarachnoid space distension with or without optic nerve tortuosity, and transverse venous stenosis (figure 2).[1] Criteria for idiopathic intracranial hypertension without papilloedema might be too stringent and further assessment is needed.

### Panel 2: Diagnostic criteria for adult idiopathic intracranial hypertension

To make a diagnosis of idiopathic intracranial hypertension, criteria A–E must be satisfied and no known secondary causes should be present. A probable diagnosis of idiopathic intracranial hypertension can be made if only criteria A–D are fulfilled.

A) Papilloedema

B) Normal neurological examination except cranial nerve abnormalities

C) Neuroimaging: normal brain parenchyma without hydrocephalus, mass, or structural lesion, and no abnormal meningeal enhancement or venous sinus thrombosis on MRI or MR venography; if MRI is unavailable, contrast-enhanced CT can be used

D) Normal CSF composition

E) Raised lumbar puncture opening pressure (>25 cm $H_2O$ in lateral decubitus)

Adapted from the 2013 revised diagnostic criteria.[1]

## Assessment of papilloedema

Acute assessment of papilloedema is predominantly clinical, but with technological advances, particularly in optical coherence tomography (OCT), objective quantification is now possible. OCT is a non-invasive imaging method that uses reflected infrared light to obtain high-resolution, cross-sectional images of subsurface structures. Optic neuropathy progression has previously been monitored with OCT, with retinal nerve fibre layer (RNFL) and total retinal layer measurements (figure 4, appendix). Findings from initial studies of two-dimensional time domain OCT showed that RNFL thickness was significantly higher in patients with papilloedema than in controls,[95–97] with an association of visual field values with RNFL thickness at diagnosis.[96] Two-dimensional time domain OCT, with a low axial resolution (10 μm), has been superseded by spectral domain OCT, which takes at least 20 000 axial scans per s with an improved axial resolution of 3–5 μm. Fard and colleagues[98] measured RNFL thickness using spectral domain OCT to compare 48 eyes with mild papilloedema, 37 eyes with congenitally elevated discs, and 34 normal eyes. Average RNFL thickness was significantly increased in the papilloedema group compared with healthy controls. However, no significant difference in RNFL thickness was noted between eyes with papilloedema and eyes with pseudopapilloedema.[98] A comparative case series supported these findings:[99] trained and masked observers were unable to reliably distinguish between optic nerve head drusen and mild papilloedema.

Ocular ultrasound is clinically useful for helping to distinguish optic nerve oedema from drusen.[4] Fluorescein angiography can be used to assess for optic disc leakage, which is seen in particularly difficult cases

of papilloedema.[100] Papilloedema, as measured by OCT, could be an indicator of ICP. Sibony and colleagues[101] assessed the shape of the peripapillary retinal pigment epithelium basement membrane before and after an ICP-lowering intervention. They noted that the margin of the peripapillary retinal pigment epithelium basement membrane was an indirect measure of ICP, with an anterior deflection in raised pressures and posterior adjustment when pressures had reduced.

The inability of OCT to separate resolution of papilloedema from optic atrophy of the RNFL is a drawback.[96] For this reason, OCT should be used alongside clinical visual assessments.

## Management

No consensus exists on the best management strategy for idiopathic intracranial hypertension, mainly due to an absence of robust evidence. A Cochrane review in 2002[102] showed an absence of good-quality randomised controlled trials to assess the effectiveness of available treatments. In 2005, a revised review[103] drew the same conclusions. But an evidence-based approach can start to be taken in view of recent trials that have assessed the effectiveness of acetazolamide and weight loss in patients with idiopathic intracranial hypertension (figure 5).[2,3,104]

### Disease modification

Weight loss plays an important part in the management of idiopathic intracranial hypertension. Originally, the evidence supporting this association was observational, with findings from a few reports showing that weight loss improved papilloedema and symptoms of idiopathic intracranial hypertension.[19,105,106] Firm conclusions could not be drawn because of the small numbers of patients enrolled and an absence of control groups in these studies. The importance of a dietary intervention was finally substantiated in a prospective cohort trial.[3] 25 women with chronic (more than 3 months) idiopathic intracranial hypertension were treated with a very low-calorie diet (425 kcal per day) for 3 months after a 3 month observational control period. During the diet (ie, after the 3 month control period), patients lost 15% of their bodyweight (15·7 kg, SD 8·0, p<0·001), resulting in a significant reduction in ICP (8 cm $H_2O$, SD 4·2, p<0·001), headaches, and papilloedema.[3] In an open study of newly diagnosed idiopathic intracranial hypertension, CSF pressure decreased markedly in patients with weight reduction of 3·5% or more of their BMI, in contrast to patients with no weight loss.[107]

### Drug treatments

Acetazolamide is frequently used in the management of idiopathic intracranial hypertension because it is thought to modify CSF secretion at the choroid plexus. It inhibits the enzyme carbonic anhydrase, which catalyses the conversion of water and carbon dioxide to bicarbonate and hydrogen ions, thus affecting the efficiency of the ion transporters. The resulting reduction in movement of ions and water across the choroid plexus subsequently reduces CSF secretion.[25]

Since the 2005 Cochrane review[103] of idiopathic intracranial hypertension treatments, two randomised studies assessing the efficacy of acetazolamide in idiopathic intracranial hypertension have been done. The first study[104] was an open-label randomised pilot study of acetazolamide versus no acetazolamide, with 25 patients in each arm. In the acetazolamide group, 12 (48%) were unable to tolerate the drug, despite maximum daily doses of only 1500 mg. Clear conclusions regarding the efficacy of acetazolamide cannot be drawn from this study, because it was underpowered.

The 2014 IIHTT study[2] was a multicentre, randomised, double-blind placebo-controlled trial designed to establish the efficacy of acetazolamide (up to 4 g per day) compared with placebo in 165 patients with idiopathic intracranial hypertension and mild visual loss. Both groups received a supervised low-salt weight-reduction diet and a lifestyle modification programme. The chosen primary outcome measure was the change in perimetric mean deviation (PMD) with automated perimetry. Mild visual field loss was initially defined as a PMD of –2 to –5 dB in the worst eye, and then amended during the study to include a PMD of –2 to –7 dB. A significant difference in PMD of 0·71 dB (95% CI 0–1·43, p=0·05) was recorded between the two groups at 6 months. The study had originally




***Figure 4*: Fundal photographs with corresponding spectral domain optical coherence tomography**
Fundal photographs and optical coherence tomography can be used with clinical assessment and other visual tests for the diagnosis of papilloedema. (A) Fundal photograph and (B) corresponding optical coherence tomography showing retinal appearance in a 37-year-old woman (healthy control). (C) Fundal photograph of papilloedema (mild to moderate), with an elevated disc and 360° peripapillary halo, and (D) corresponding optical coherence tomography showing an increase in retinal nerve fibre layer thickness in a 34-year-old woman with idiopathic intracranial hypertension. INF=inferior. NAS=nasal. RNFL=retinal nerve fibre layer. SUP=superior. TMP=temporal.

been powered to detect a 1·3 dB difference in PMD between groups that had been defined a priori as the lowest clinically important difference. The treatment difference for the grade of papilloedema (–0·7 dB [95% CI –0·99 to –0·41]; p<0·001), CSF pressure (–59·9 mm $H_2O$ [95% CI –96·4 to 23·4]; p=0·002), visual quality of life measure (VFQ-25; 6·35 [95% CI 2·22–10·47]; p=0·003), and general quality of life measures, were all significantly better in the acetazolamide diet group than in the placebo diet group. Those with high-grade papilloedema (higher than grade 3) recovered more visual function and seemed to be at lower risk of treatment failure, but headache disability scores and visual acuity did not differ significantly. Headache measures did improve from baseline in both groups, however.




***Figure 5:*** **Acute management of idiopathic intracranial hypertension**
A suggestion for management based on currently available evidence, clinical expertise at the authors' institutions, and the views of the authors. No expert consensus on the management of idiopathic intracranial hypertension exists at present. *Can be used if patient cannot tolerate or is unable to take acetazolamide. NICE=National Institute for Health and Care Excellence.

Both study groups lost weight at 6 months and those receiving acetazolamide lost more weight than did those receiving placebo (–7·50 kg *vs* –3·45 kg; p<0·001). The weight reduction in both groups could affect the outcome improvements observed, although a mediation analysis suggested that weight loss accounted for only 0·03 dB of the treatment effect. Increased weight loss for acetazolamide might have resulted from side-effects of the treatment, such as nausea, vomiting, and dysgeusia, which are seen more frequently in the treatment group. Other drug reactions include paraesthesia, fatigue, and diarrhoea.

High doses of acetazolamide were used in the study, which were titrated according to whether acetazolamide affected activities of daily living and papilloedema grade (mean 2·5 g per day, with more than 40% of patients receiving 4 g per day). Doses were well tolerated because drug discontinuation was the same in both groups (19%). Acetazolamide discontinuation rate was much lower in IIHTT,[2] despite higher average doses than in the open-label acetazolamide study.[104] The higher compliance with the drug in IIHTT might reflect the dose adjustments in response to patients' quality of life, whereas investigators of the open-label study[104] took a pragmatic approach, in which doses between 250 mg and 1500 mg were prescribed, which is typical UK practice. Follow-up for the open-label study was longer (every 3 months for a year), compared with the IIHTT (every month for 6 months), which might have had an effect on compliance.

Furosemide is sometimes used to treat idiopathic intracranial hypertension, but very few data support its clinical use. Investigation of diuretics in rabbits reported a 20% reduction in CSF flow with furosemide and a 40–60% decrease with acetazolamide.[108] A combination of acetazolamide and furosemide was associated with a successful outcome in a paediatric case series.[109] Further evidence is needed before furosemide can be recommended as a management option.

Topiramate, an antiepileptic and a migraine prophylactic, is increasingly popular as a management option in idiopathic intracranial hypertension. The advantages of this drug include its weak action as a carbonic anhydrase inhibitor, its migraine prophylaxis effect, and its side-effect of appetite suppression. Reported adverse effects are

similar to those of acetazolamide—ie, paraesthesia, fatigue, and gastrointestinal symptoms. Cognitive side-effects can occur, particularly at high doses, which are undesirable in a population in which evidence is growing of underlying cognitive dysfunction.[110]

Topiramate (100–150 mg per day) was compared with acetazolamide (1000–1500 mg per day) in an open-label study of 40 patients with idiopathic intracranial hypertension who were allocated treatments alternately.[111] visual field grades (0 [normal] to 3 [moderate visual loss]) were assessed at intervals of 3 months, 6 months, and 12 months for up to a year. Both drugs improved disease outcome with time, with no significant difference between them. Whether or not the results reflect a natural improvement in the disease is unclear because no placebo group was used. Weight loss was greater in the topiramate group than in the acetazolamide group, which could partly contribute to improvements in visual measurements. Because headache is a predominant feature of idiopathic intracranial hypertension, topiramate could be a useful treatment, but controlled studies are needed.

Octreotide is a somatostatin analogue predominately used to manage hormone-releasing tumours. Only one prospective, open-label study[112] has assessed its efficacy in idiopathic intracranial hypertension. 26 patients were treated with 0·3–1·0 mg per day, with a 3 year follow-up. Improvements were seen in papilloedema (92% resolved), headaches, and visual variables, but firm conclusions cannot be drawn about the effectiveness of the drug because the study was unmasked and uncontrolled.

## Surgical interventions

Surgical procedures for idiopathic intracranial hypertension include optic nerve sheath fenestration (ONSF), CSF shunting, venous sinus stent placement, and bariatric surgery. With the exception of bariatric surgery, which can be regarded as a form of disease modification, the other surgical interventions are used mainly when rapid or progressive loss of vision occurs—ie, fulminant idiopathic intracranial hypertension. A systematic review[113] of surgical options concluded that an absence of robust evidence exists to support the use of any technique in particular, and difficulties in the design of good surgical trials exist. The choice of procedure for visual loss is, therefore, dependent on local availability.

### *Optic nerve sheath fenestration*

Investigations into the safety and efficacy of ONSF have historically been small, uncontrolled, retrospective studies, which often omitted statistical assessment in favour of percentage stability or subjective patient ratings. Complications can include traumatic optic neuropathy, retinal vascular occlusion, pupil dilatation, and diplopia.[114] No prospective trials have been done in the past decade. However, improved visual endpoint measures have been used in recent studies. Chandrasekaran and colleagues[115] reviewed 32 patients in an observational case series that included 13 patients diagnosed with idiopathic intracranial hypertension. Visual field PMD statistically significantly improved postoperatively, but 34% of all 32 patients with intracranial hypertension needed CSF diversion after the ONSF procedure.

Alsuhaibani and colleagues[116] reviewed the outcome of 78 patients who had undergone ONSF, 62 patients who had a unilateral procedure, and 20 controls. A change in papilloedema grade was the primary outcome measure after 12 months. The unilateral procedure provided relief in both eyes, suggesting bilateral procedures are not always needed. Papilloedema was significantly improved in both surgical and control groups, but patients in control groups had milder optic nerve swelling at baseline.

Fonesca and colleagues[117] compared ONSF (n=14) with CSF diversion (n=19) in a retrospective chart review of patients with idiopathic intracranial hypertension. No significant difference in visual acuity grades was recorded between groups, but the visual field grades were significantly better in the CSF-shunted patients than in the ONSF group. However, this finding might be attributable to a sample bias if patients with severe visual loss are referred for ONSF in the first instance.

### *Dural venous sinus stenting*

Venous sinus stenting was first done by Higgins and colleagues.[118] Findings from their case series of 12 patients with refractory idiopathic intracranial hypertension showed improvements in venous pressure gradients after the procedure.[119] Since then, further case series and retrospective studies have been reported, but no prospective, randomised controlled trials have been done. Resolution of tinnitus is commonly reported after venous sinus stenting, as are improvements in headaches, visual function, and papilloedema, but none of these endpoint measures has been statistically confirmed.[120–122] Stent migration, stent thrombosis, restenosis, and vessel perforation have been reported as complications. Long-term data are scarce, and restenosis on either side of the stents can occur.

### *CSF diversion*

CSF diversion can be done by lumboperitoneal shunts or ventriculoperitoneal shunts, and ventriculojugular and ventriculoatrial shunting can occasionally be performed. Complications of CSF diversion include shunt blockage, infection, abdominal and back pain, intracranial hypotension, and tonsillar herniation. No prospective controlled trials have been done to guide the choice of procedure, but shunts with variable flow valves might be superior.[123]

In one of the largest retrospective case-note reviews[124] of lumboperitoneal shunts and ventriculoperitoneal shunts, including 53 patients with idiopathic intracranial hypertension, improvements in visual acuity from

baseline were noted after 6 months (p=0·002) and 12 months (p=0·016). 68% of patients still had headaches after 6 months and 77% of patients had headaches after 12 months. Other reported symptoms, such as tinnitus and diplopia were unchanged. Low-pressure headaches were reported after the procedure in 28% of patients. Although apparently effective in reducing ICP-related signs and symptoms, shunt revisions were done in 51%, and several revisions were needed in 30% of patients.[124]

*Bariatric surgery*

Bariatric surgery has proved to be highly effective in achieving long-term weight loss.[125] Laparoscopic gastric bypass (LGB) and laparoscopic adjustable gastric banding (LAGB) are the main procedures done, although other methods are used. Findings from a meta-analysis[125] of 7383 patients with obesity (BMI greater than 35 kg/m²), mainly from retrospective studies, showed that percentage excess weight loss ([weight loss/excess weight]×100) was higher in patients who had undergone LGB (62·2%) than in patients who had undergone LAGB (49·9%). The choice of procedure is dependent on many factors, including patient preference, preoperative weight, and comorbidities. Surgical complications are dependent on the type of bariatric surgery, but include band migration, small bowel obstruction, anastomosis leak, gastric stenosis and ulcers, dumping syndrome, and malnutrition.[106]

Fridley and colleagues[126] reviewed 11 reports that assessed bariatric surgery in idiopathic intracranial hypertension. 56 of patients (92%) who had undergone bariatric surgery reported resolution of idiopathic intracranial hypertension symptoms after surgery. Specifically, papilloedema regressed in 34 of 35 patients and ICP was reduced by an average of 25 cm $H_2O$. Average weight loss was 45·4 kg (range: –22·3 at 3 months to –64 kg at 18 months), with a reduction in BMI of 16 kg/m², which is a higher extent of weight loss than was seen in the low-calorie dietary intervention study[3] (–15·7 kg and BMI –6 kg/m²) and the IIHTT trial[2] (–7·5 kg and BMI –3·29 kg/m²).

Although weight-loss surgery seems very promising, randomised controlled trials are needed to clearly establish the long-term effectiveness and cost-effectiveness of bariatric surgery in idiopathic intracranial hypertension.

**Search strategy and selection criteria**

We searched MEDLINE and PubMed between January, 1946, and July, 2015, for articles published in English using the search terms "idiopathic intracranial hypertension", "pseudotumour cerebri", "benign intracranial hypertension", and "IIH". Reference lists of articles identified were reviewed for any further important papers. The final reference list was generated on the basis of relevance of topics covered in this Review, with a focus on papers published within the past 5 years.

## Prognosis

Visual prognosis is generally good in idiopathic intracranial hypertension, but a risk of permanent visual loss exists for a subset of male patients.[83] For most patients, headache is increasingly recognised as the predominant, long-term disability.[127] In the IIHTT study,[2] treatment failed in seven patients, six of whom were in the placebo-diet group and one of whom was in the acetazolamide group. These seven patients had high-grade papilloedema, which suggests that this feature of the disorder is a poor prognostic factor.[2,86] Swelling is likely to damage the retinal nerve fibres through ischaemia, leading to optic atrophy. By contrast, findings from another study showed that early age of onset and high diagnostic ICP were associated with a good prognosis after 1 year. High ICP might be associated with a shorter diagnostic latency and early treatment initiation.[67] Establishment of other prognostic factors could help in management decisions, including the timing of surgical interventions and clinical follow-up.

Data for signs associated with a poor clinical course are scarce. Visual loss has been associated with being male,[17] early-onset reduced visual acuity,[128] and black ethnic origin.[129] Visual loss has proved to have little relation to the presence of transient visual obscurations, symptom duration, the degree of papilloedema, or the number of recurrences of idiopathic intracranial hypertension.[130] Recurrences have been associated with weight gain.[38,131] Sustained weight loss and long-term follow-up are therefore essential, although the extent of weight loss needed for improvement needs clarification.

## Conclusions and future directions

Idiopathic intracranial hypertension was first recognised as a disorder more than 100 years ago. Progress has since been gradual, with little evidence to guide management. However, the past decade has seen advances in understanding of idiopathic intracranial hypertension and improvements in diagnosis. An increase in incidence is expected in the future because of the rising levels of obesity. In response, a greater drive towards elucidating the pathophysiology of idiopathic intracranial hypertension is needed, together with a greater emphasis on preclinical research. The diagnostic criteria for the disorder have been updated to take into account improvements in imaging and greater understanding of normal CSF pressures, and for the provision of uniformity in diagnosis.

Since 2010, studies have provided a foundation for clinical decision making. Weight loss seems to be important in modifying the underlying disease process. In patients with idiopathic intracranial hypertension and mild visual loss, class 1 evidence now exists for the use of acetazolamide with a low-salt diet to improve visual function. Although these findings are a step forward, further research is needed to assess the short-term and longer-term benefits of surgical interventions, because

many studies have been retrospective, uncontrolled trials without clear, quantifiable endpoint measures. We await the results of trials in progress that are investigating weight-loss strategies and bariatric surgery (NCT02124486) and new drugs (NCT02017444) for the treatment of idiopathic intracranial hypertension. Large trials identifying prognostic factors for patients at risk of visual loss, chronic headache, and disease recurrence, and controlled trials to contribute to a strong evidence base for management decisions, are needed. Most importantly, studies should be designed to focus on patient-related outcomes and patient-directed research to encourage recruitment and compliance.

**Contributors**

KAM did the literature search and wrote the first draft of the Review and revised subsequent versions of the paper. SPM contributed to the literature search and selection of papers for ophthalmic aspects of the Review, identified images for the figures, and critically reviewed the first and subsequent versions of the paper. RHJ critically reviewed the first and subsequent versions of the paper. AJS designed the Review, critically reviewed the literature and selected relevant papers, and critically reviewed the first and subsequent versions of the paper. All authors approved the final version of the manuscript.

**Declaration of interests**

We declare no competing interests.

**Acknowledgments**

AJS is funded by a National Institute for Health Research Clinician Scientist Fellowship (NIHR-CS-011–028). KAM is funded by the Medical Research Council, UK (MR/K015184/1).

**References**

1 Friedman DI, Liu GT, Digre KB. Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. *Neurology* 2013; **81:** 1159–65.
2 Wall M, McDermott MP, Kieburtz KD, et al, for the NORDIC Idiopathic Intracranial Hypertension Study Group Writing Committee. Effect of acetazolamide on visual function in patients with idiopathic intracranial hypertension and mild visual loss: the idiopathic intracranial hypertension treatment trial. *JAMA* 2014; **311:** 1641–51.
3 Sinclair AJ, Burdon MA, Nightingale PG, et al. Low energy diet and intracranial pressure in women with idiopathic intracranial hypertension: prospective cohort study. *BMJ* 2010; **341:** c2701.
4 Mollan SP, Markey KA, Benzimra JD, et al. A practical approach to, diagnosis, assessment and management of idiopathic intracranial hypertension. *Pract Neurol* 2014; **14:** 380–90.
5 Raoof N, Sharrack B, Pepper IM, Hickman SJ. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. *Eur J Neurol* 2011; **18:** 1266–68.
6 Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumor cerebri). Descriptive epidemiology in Rochester, Minn, 1976 to 1990. *Arch Neurol* 1993; **50:** 78–80.
7 Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. *Arch Neurol* 1988; **45:** 875–77.
8 Radhakrishnan K, Thacker AK, Bohlaga NH, Maloo JC, Gerryo SE. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. *J Neurol Sci* 1993; **116:** 18–28.
9 Carta A, Bertuzzi F, Cologno D, Giorgi C, Montanari E, Tedesco S. Idiopathic intracranial hypertension (pseudotumor cerebri): descriptive epidemiology, clinical features, and visual outcome in Parma, Italy, 1990 to 1999. *Eur J Ophthalmol* 2004; **14:** 48–54.
10 Craig JJ, Mulholland DA, Gibson JM. Idiopathic intracranial hypertension; incidence, presenting features and outcome in Northern Ireland (1991-1995). *Ulster Med J* 2001; **70:** 31–35.
11 Asensio-Sánchez VM, Merino-Angulo J, Martínez-Calvo S, Calvo MJ, Rodríguez R. Epidemiology of pseudotumor cerebri. *Arch Soc Esp Oftalmol* 2007; **82:** 219–21; in Spanish.
12 Kesler A, Gadoth N. Epidemiology of idiopathic intracranial hypertension in Israel. *J Neuroophthalmol* 2001; **21:** 12–14.
13 Idiculla T, Zachariah G, Br K, Mohamood N. The incidence and prevalance of idiopathic intracranial hypertension in south Sharaqiah region, Oman. *Oman J Ophthalmol* 2013; **6:** 189–92.
14 Kesler A, Stolovic N, Bluednikov Y, Shohat T. The incidence of idiopathic intracranial hypertension in Israel from 2005 to 2007: results of a nationwide survey. *Eur J Neurol* 2014; **21:** 1055–59.
15 Standridge SM. Idiopathic intracranial hypertension in children: a review and algorithm. *Pediatr Neurol* 2010; **43:** 377–90.
16 Kesler A, Fattal-Valevski A. Idiopathic intracranial hypertension in the pediatric population. *J Child Neurol* 2002; **17:** 745–48.
17 Bruce BB, Kedar S, Van Stavern GP, et al. Idiopathic intracranial hypertension in men. *Neurology* 2009; **72:** 304–09.
18 WHO. Global Database on Body Mass Index, 2006. http://apps.who.int/bmi/index.jsp (accessed Jan 15, 2015).
19 Newborg B. Pseudotumor cerebri treated by rice reduction diet. *Arch Intern Med* 1974; **133:** 802–07.
20 Cserr HF. Physiology of the choroid plexus. *Physiol Rev* 1971; **51:** 273–311.
21 Davson HW, Segal MB. Physiology and pathophysiology of the CSF. Edinburgh: Churchill Livingstone, 1986.
22 Donaldson JO. Cerebrospinal fluid hypersecretion in pseudotumor cerebri. *Trans Am Neurol Assoc* 1979; **104:** 196–98.
23 Malm J, Kristensen B, Markgren P, Ekstedt J. CSF hydrodynamics in idiopathic intracranial hypertension: a long-term study. *Neurology* 1992; **42:** 851–58.
24 Eisenberg HM, McComb JG, Lorenzo AV. Cerebrospinal fluid overproduction and hydrocephalus associated with choroid plexus papilloma. *J Neurosurg* 1974; **40:** 381–85.
25 Damkier HH, Brown PD, Praetorius J. Cerebrospinal fluid secretion by the choroid plexus. *Physiol Rev* 2013; **93:** 1847–92.
26 Johnston M, Zakharov A, Papaiconomou C, Salmasi G, Armstrong D. Evidence of connections between cerebrospinal fluid and nasal lymphatic vessels in humans, non-human primates and other mammalian species. *Cerebrospinal Fluid Res* 2004; **1:** 2.
27 Johnston I. Reduced C.S.F. absorption syndrome. Reappraisal of benign intracranial hypertension and related conditions. *Lancet* 1973; **2:** 418–21.
28 Friedman DI, Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. *Neurology* 2002; **59:** 1492–95.
29 Riggeal BD, Bruce BB, Saindane AM, et al. Clinical course of idiopathic intracranial hypertension with transverse sinus stenosis. *Neurology* 2013; **80:** 289–95.
30 King JO, Mitchell PJ, Thomson KR, Tress BM. Manometry combined with cervical puncture in idiopathic intracranial hypertension. *Neurology* 2002; **58:** 26–30.
31 Joynt RJ, Sahs AL. Brain swelling of unknown cause. *Neurology* 1956; **6:** 801–03.
32 Wall M, Dollar JD, Sadun AA, Kardon R. Idiopathic intracranial hypertension. Lack of histologic evidence for cerebral edema. *Arch Neurol* 1995; **52:** 141–45.
33 Gideon P, Sørensen PS, Thomsen C, Ståhlberg F, Gjerris F, Henriksen O. Increased brain water self-diffusion in patients with idiopathic intracranial hypertension. *AJNR Am J Neuroradiol* 1995; **16:** 381–87.
34 Bastin ME, Sinha S, Farrall AJ, Wardlaw JM, Whittle IR. Diffuse brain oedema in idiopathic intracranial hypertension: a quantitative magnetic resonance imaging study. *J Neurol Neurosurg Psychiatry* 2003; **74:** 1693–96.
35 Sugerman HJ, DeMaria EJ, Felton WL 3rd, Nakatsuka M, Sismanis A. Increased intra-abdominal pressure and cardiac filling pressures in obesity-associated pseudotumor cerebri. *Neurology* 1997; **49:** 507–11.
36 Hannerz J, Ericson K. The relationship between idiopathic intracranial hypertension and obesity. *Headache* 2009; **49:** 178–84.
37 Daniels AB, Liu GT, Volpe NJ, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). *Am J Ophthalmol* 2007; **143:** 635–41.
38 Ko MW, Chang SC, Ridha MA, et al. Weight gain and recurrence in idiopathic intracranial hypertension: a case-control study. *Neurology* 2011; **76:** 1564–67.

39 Kupersmith MJ, Gamell L, Turbin R, Peck V, Spiegel P, Wall M. Effects of weight loss on the course of idiopathic intracranial hypertension in women. *Neurology* 1998; **50:** 1094–98.

40 Whiteley W, Al-Shahi R, Warlow CP, Zeidler M, Lueck CJ. CSF opening pressure: reference interval and the effect of body mass index. *Neurology* 2006; **67:** 1690–91.

41 Lyon CJ, Law RE, Hsueh WA. Minireview: adiposity, inflammation, and atherogenesis. *Endocrinology* 2003; **144:** 2195–200.

42 Ball AK, Sinclair AJ, Curnow SJ, et al. Elevated cerebrospinal fluid (CSF) leptin in idiopathic intracranial hypertension (IIH): evidence for hypothalamic leptin resistance? *Clin Endocrinol (Oxf)* 2009; **70:** 863–69.

43 Dhungana S, Sharrack B, Woodroofe N. Cytokines and chemokines in idiopathic intracranial hypertension. *Headache* 2009; **49:** 282–85.

44 Donaldson JO, Horak E. Cerebrospinal fluid oestrone in pseudotumour cerebri. *J Neurol Neurosurg Psychiatry* 1982; **45:** 734–36.

45 Newton M, Cooper BT. Benign intracranial hypertension during prednisolone treatment for inflammatory bowel disease. *Gut* 1994; **35:** 423–25.

46 Zada G, Tirosh A, Kaiser UB, Laws ER, Woodmansee WW. Cushing's disease and idiopathic intracranial hypertension: case report and review of underlying pathophysiological mechanisms. *J Clin Endocrinol Metab* 2010; **95:** 4850–54.

47 Sinclair AJ, Onyimba CU, Khosla P, et al. Corticosteroids, 11beta-hydroxysteroid dehydrogenase isozymes and the rabbit choroid plexus. *J Neuroendocrinol* 2007; **19:** 614–20.

48 Rauz S, Cheung CM, Wood PJ, et al. Inhibition of 11beta-hydroxysteroid dehydrogenase type 1 lowers intraocular pressure in patients with ocular hypertension. *Q JM* 2003; **96:** 481–90.

49 Sinclair AJ, Walker EA, Burdon MA, et al. Cerebrospinal fluid corticosteroid levels and cortisol metabolism in patients with idiopathic intracranial hypertension: a link between 11beta-HSD1 and intracranial pressure regulation? *J Clin Endocrinol Metab* 2010; **95:** 5348–56.

50 Beri S, Chandratre S, Chow G. Familial idiopathic intracranial hypertension with variable phenotype. *Eur J Paediatr Neurol* 2011; **15:** 81–83.

51 Warner JE, Larson AJ, Bhosale P, et al. Retinol-binding protein and retinol analysis in cerebrospinal fluid and serum of patients with and without idiopathic intracranial hypertension. *J Neuroophthalmol* 2007; **27:** 258–62.

52 Tabassi A, Salmasi AH, Jalali M. Serum and CSF vitamin A concentrations in idiopathic intracranial hypertension. *Neurology* 2005; **64:** 1893–96.

53 Umenishi F, Schrier RW. Induction of human aquaporin-1 gene by retinoic acid in human erythroleukemia HEL cells. *Biochem Biophys Res Commun* 2002; **293:** 913–17.

54 WHO. Iron-deficiency anaemic: assessment, prevention and control. A guide for programme managers. Geneva: World Health Organization, 2001.

55 Mollan SP, Ball AK, Sinclair AJ, et al. Idiopathic intracranial hypertension associated with iron deficiency anaemia: a lesson for management. *Eur Neurol* 2009; **62:** 105–08.

56 Biousse V, Rucker JC, Vignal C, Crassard I, Katz BJ, Newman NJ. Anemia and papilledema. *Am J Ophthalmol* 2003; **135:** 437–46.

57 Jennum P, Børgesen SE. Intracranial pressure and obstructive sleep apnea. *Chest* 1989; **95:** 279–83.

58 Fraser CL, Bliwise DL, Newman NJ, et al. A prospective photographic study of the ocular fundus in obstructive sleep apnea. *J Neuroophthalmol* 2013; **33:** 241–46.

59 Krispel CM, Keltner JL, Smith W, Chu DG, Ali MR. Undiagnosed papilledema in a morbidly obese patient population: a prospective study. *J Neuroophthalmol* 2011; **31:** 310–15.

60 Thurtell MJ, Trotti LM, Bixler EO, et al. Obstructive sleep apnea in idiopathic intracranial hypertension: comparison with matched population data. *J Neurol* 2013; **260:** 1748–51.

61 Azziz R, Woods KS, Reyna R, Key TJ, Knochenhauer ES, Yildiz BO. The prevalence and features of the polycystic ovary syndrome in an unselected population. *J Clin Endocrinol Metab* 2004; **89:** 2745–49.

62 Knochenhauer ES, Key TJ, Kahsar-Miller M, Waggoner W, Boots LR, Azziz R. Prevalence of the polycystic ovary syndrome in unselected black and white women of the southeastern United States: a prospective study. *J Clin Endocrinol Metab* 1998; **83:** 3078–82.

63 Asunción M, Calvo RM, San Millán JL, Sancho J, Avila S, Escobar-Morreale HF. A prospective study of the prevalence of the polycystic ovary syndrome in unselected Caucasian women from Spain. *J Clin Endocrinol Metab* 2000; **85:** 2434–38.

64 Glueck CJ, Golnik KC, Aregawi D, Goldenberg N, Sieve L, Wang P. Changes in weight, papilledema, headache, visual field, and life status in response to diet and metformin in women with idiopathic intracranial hypertension with and without concurrent polycystic ovary syndrome or hyperinsulinemia. *Transl Res* 2006; **148:** 215–22.

65 Giuseffi V, Wall M, Siegel PZ, Rojas PB. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. *Neurology* 1991; **41:** 239–44.

66 Wall M, Kupersmith MJ, Kieburtz KD, et al, for the NORDIC Idiopathic Intracranial Hypertension Study Group. The idiopathic intracranial hypertension treatment trial: clinical profile at baseline. *JAMA Neurol* 2014; **71:** 693–701.

67 Yri HM, Rönnbäck C, Wegener M, Hamann S, Jensen RH. The course of headache in idiopathic intracranial hypertension: a 12-month prospective follow-up study. *Eur J Neurol* 2014; **21:** 1458–64.

68 D' Amico D, Curone M, Ciasca P, et al. Headache prevalence and clinical features in patients with idiopathic intracranial hypertension (IIH). *Neurol Sci* 2013; **34** (suppl 1): S147–49.

69 D'Amico D, Curone M, Faragò G, et al. Headache in patients with idiopathic intracranial hypertension: a pilot study to assess applicability of ICHD-2 diagnostic criteria. *Neurol Sci* 2012; **33** (suppl 1): S189–91.

70 Wall M, George D. Idiopathic intracranial hypertension. A prospective study of 50 patients. *Brain* 1991; **114:** 155–80.

71 Yri HM, Wegener M, Sander B, Jensen R. Idiopathic intracranial hypertension is not benign: a long-term outcome study. *J Neurol* 2012; **259:** 886–94.

72 Yri HM, Jensen RH. Idiopathic intracranial hypertension: clinical nosography and field-testing of the ICHD diagnostic criteria. A case-control study. *Cephalalgia* 2015; **35:** 553–62.

73 The International Classification of Headache Disorders. 3rd edition (beta version). *Cephalalgia* 2013; **33:** 629–808.

74 Ducros A, Biousse V. Headache arising from idiopathic changes in CSF pressure. *Lancet Neurol* 2015; **14:** 655–68.

75 Sadun AA, Currie JN, Lessell S. Transient visual obscurations with elevated optic discs. *Ann Neurol* 1984; **16:** 489–94.

76 Hofmann E, Behr R, Neumann-Haefelin T, Schwager K. Pulsatile tinnitus: imaging and differential diagnosis. *Dtsch Arztebl Int* 2013; **110:** 451–58.

77 Yri HM, Fagerlund B, Forchhammer HB, Jensen RH. Cognitive function in idiopathic intracranial hypertension: a prospective case-control study. *BMJ Open* 2014; **4:** e004376.

78 Yang Z, Wang B, Wang C, Liu P. Primary spontaneous cerebrospinal fluid rhinorrhea: a symptom of idiopathic intracranial hypertension? *J Neurosurg* 2011; **115:** 165–70.

79 Schlosser RJ, Woodworth BA, Wilensky EM, Grady MS, Bolger WE. Spontaneous cerebrospinal fluid leaks: a variant of benign intracranial hypertension. *Ann Otol Rhinol Laryngol* 2006; **115:** 495–500.

80 Pérez MA, Bialer OY, Bruce BB, Newman NJ, Biousse V. Primary spontaneous cerebrospinal fluid leaks and idiopathic intracranial hypertension. *J Neuroophthalmol* 2013; **33:** 330–37.

81 Pollak L, Zohar E, Glovinsky Y, Huna-Baron R. Reevaluation of presentation and course of idiopathic intracranial hypertension—a large cohort comprehensive study. *Acta Neurol Scand* 2013; **127:** 406–12.

82 Keltner JL, Johnson CA, Cello KE, Wall M, for the NORDIC Idiopathic Intracranial Hypertension Study Group. Baseline visual field findings in the Idiopathic Intracranial Hypertension Treatment Trial (IIHTT). *Invest Ophthalmol Vis Sci* 2014; **55:** 3200–07.

83 Thambisetty M, Lavin PJ, Newman NJ, Biousse V. Fulminant idiopathic intracranial hypertension. *Neurology* 2007; **68:** 229–32.

84 Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri. Follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss. *Arch Neurol* 1982; **39:** 461–74.

85 Best J, Silvestri G, Burton B, Foot B, Acheson J. The incidence of blindness due to idiopathic intracranial hypertension in the UK. *Open Ophthalmol J* 2013; **7:** 26–29.
86 Wall M, White WN 2nd. Asymmetric papilledema in idiopathic intracranial hypertension: prospective interocular comparison of sensory visual function. *Invest Ophthalmol Vis Sci* 1998; **39:** 134–42.
87 Bidot S, Bruce BB, Saindane AM, Newman NJ, Biousse V. Asymmetric papilledema in idiopathic intracranial hypertension. *J Neuroophthalmol* 2015; **35:** 31–36.
88 Frisén L. Swelling of the optic nerve head: a staging scheme. *J Neurol Neurosurg Psychiatry* 1982; **45:** 13–18.
89 Shah VA, Kardon RH, Lee AG, Corbett JJ, Wall M. Long-term follow-up of idiopathic intracranial hypertension: the Iowa experience. *Neurology* 2008; **70:** 634–40.
90 Nonne M. Über Fälle vom Symptomenkomplex "Tumor cerebri" mit Ausgang in Heilung (Pseudotumor cerebri). Über letal verlaufene Fälle von "Pseudotumor cerebri" mit Sektionsbefund. *J Neurol* 1904; **27:** 169–216.
91 Dandy WE. Intracranial pressure without brain tumor: diagnosis and treatment. *Ann Surg* 1937; **106:** 492–513.
92 Smith JL. Whence pseudotumor cerebri? *J Clin Neuroophthalmol* 1985; **5:** 55–56.
93 Digre KB, Corbett JJ. Idiopathic intracranial hypertension (pseudotumor cerebri): a reappraisal. *Neurologist* 2001; **7:** 2–67.
94 Pomp ER, le Cessie S, Rosendaal FR, Doggen CJ. Risk of venous thrombosis: obesity and its joint effect with oral contraceptive use and prothrombotic mutations. *Br J Haematol* 2007; **139:** 289–96.
95 Savini G, Bellusci C, Carbonelli M, et al. Detection and quantification of retinal nerve fiber layer thickness in optic disc edema using stratus OCT. *Arch Ophthalmol* 2006; **124:** 1111–17.
96 Rebolleda G, Muñoz-Negrete FJ. Follow-up of mild papilledema in idiopathic intracranial hypertension with optical coherence tomography. *Invest Ophthalmol Vis Sci* 2009; **50:** 5197–200.
97 Skau M, Milea D, Sander B, Wegener M, Jensen R. OCT for optic disc evaluation in idiopathic intracranial hypertension. *Graefes Arch Clin Exp Ophthalmol* 2011; **249:** 723–30.
98 Fard MA, Fakhree S, Abdi P, Hassanpoor N, Subramanian PS. Quantification of peripapillary total retinal volume in pseudopapilledema and mild papilledema using spectral-domain optical coherence tomography. *Am J Ophthalmol* 2014; **158:** 136–43.
99 Kulkarni KM, Pasol J, Rosa PR, Lam BL. Differentiating mild papilledema and buried optic nerve head drusen using spectral domain optical coherence tomography. *Ophthalmology* 2014; **121:** 959–63.
100 Cartlidge NE, Ng RC, Tilley PJ. Dilemma of the swollen optic disc: a fluorescein retinal angiography study. *Br J Ophthalmol* 1977; **61:** 385–89.
101 Sibony P, Kupersmith MJ, Honkanen R, Rohlf FJ, Torab-Parhiz A. Effects of lowering cerebrospinal fluid pressure on the shape of the peripapillary retina in intracranial hypertension. *Invest Ophthalmol Vis Sci* 2014; **55:** 8223–31.
102 Lueck C, McIlwaine G. Interventions for idiopathic intracranial hypertension. *Cochrane Database Syst Rev* 2002; **3:** CD003434.
103 Lueck C, McIlwaine G. Interventions for idiopathic intracranial hypertension. *Cochrane Database Syst Rev* 2005; **3:** CD003434.
104 Ball AK, Howman A, Wheatley K, et al. A randomised controlled trial of treatment for idiopathic intracranial hypertension. *J Neurol* 2011; **258:** 874–81.
105 Wong R, Madill SA, Pandey P, Riordan-Eva P. Idiopathic intracranial hypertension: the association between weight loss and the requirement for systemic treatment. *BMC Ophthalmol* 2007; **7:** 15.
106 Sugerman HJ, Felton WL 3rd, Salvant JB Jr, Sismanis A, Kellum JM. Effects of surgically induced weight loss on idiopathic intracranial hypertension in morbid obesity. *Neurology* 1995; **45:** 1655–59.
107 Skau M, Sander B, Milea D, Jensen R. Disease activity in idiopathic intracranial hypertension: a 3-month follow-up study. *J Neurol* 2011; **258:** 277–83.
108 Vogh BP, Langham MR Jr. The effect of furosemide and bumetanide on cerebrospinal fluid formation. *Brain Res* 1981; **221:** 171–83.
109 Schoeman JF. Childhood pseudotumor cerebri: clinical and intracranial pressure response to acetazolamide and furosemide treatment in a case series. *J Child Neurol* 1994; **9:** 130–34.
110 Mula M. Topiramate and cognitive impairment: evidence and clinical implications. *Ther Adv Drug Saf* 2012; **3:** 279–89.
111 Celebisoy N, Gökçay F, Sirin H, Akyürekli O. Treatment of idiopathic intracranial hypertension: topiramate vs acetazolamide, an open-label study. *Acta Neurol Scand* 2007; **116:** 322–27.
112 Panagopoulos GN, Deftereos SN, Tagaris GA, et al. Octreotide: a therapeutic option for idiopathic intracranial hypertension. *Neurol Neurophysiol Neurosci* 2007; **10:** 1.
113 Lai LT, Danesh-Meyer HV, Kaye AH. Visual outcomes and headache following interventions for idiopathic intracranial hypertension. *J Clin Neurosci* 2014; **21:** 1670–78.
114 Spitze A, Malik A, Lee AG. Surgical and endovascular interventions in idiopathic intracranial hypertension. *Curr Opin Neurol* 2014; **27:** 69–74.
115 Chandrasekaran S, McCluskey P, Minassian D, Assaad N. Visual outcomes for optic nerve sheath fenestration in pseudotumour cerebri and related conditions. *Clin Experiment Ophthalmol* 2006; **34:** 661–65.
116 Alsuhaibani AH, Carter KD, Nerad JA, Lee AG. Effect of optic nerve sheath fenestration on papilledema of the operated and the contralateral nonoperated eyes in idiopathic intracranial hypertension. *Ophthalmology* 2011; **118:** 412–14.
117 Fonseca PL, Rigamonti D, Miller NR, Subramanian PS. Visual outcomes of surgical intervention for pseudotumour cerebri: optic nerve sheath fenestration versus cerebrospinal fluid diversion. *Br J Ophthalmol* 2014; **98:** 1360–63.
118 Higgins JN, Owler BK, Cousins C, Pickard JD. Venous sinus stenting for refractory benign intracranial hypertension. *Lancet* 2002; **359:** 228–30.
119 Higgins JN, Cousins C, Owler BK, Sarkies N, Pickard JD. Idiopathic intracranial hypertension: 12 cases treated by venous sinus stenting. *J Neurol Neurosurg Psychiatry* 2003; **74:** 1662–66.
120 Radvany MG, Solomon D, Nijjar S, et al. Visual and neurological outcomes following endovascular stenting for pseudotumor cerebri associated with transverse sinus stenosis. *J Neuroophthalmol* 2013; **33:** 117–22.
121 Fields JD, Javedani PP, Falardeau J, et al. Dural venous sinus angioplasty and stenting for the treatment of idiopathic intracranial hypertension. *J Neurointerv Surg* 2013; **5:** 62–68.
122 Ahmed RM, Wilkinson M, Parker GD, et al. Transverse sinus stenting for idiopathic intracranial hypertension: a review of 52 patients and of model predictions. *AJNR Am J Neuroradiol* 2011; **32:** 1408–14.
123 Hickman SJ, Raoof N, Panesar H, McMullan JM, Pepper IM, Sharrack B. Visual outcomes from shunting for idiopathic intracranial hypertension. *Neuroophthalmology* 2014; **38:** 310–19.
124 Sinclair AJ, Kuruvath S, Sen D, Nightingale PG, Burdon MA, Flint G. Is cerebrospinal fluid shunting in idiopathic intracranial hypertension worthwhile? A 10-year review. *Cephalalgia* 2011; **31:** 1627–33.
125 Garb J, Welch G, Zagarins S, Kuhn J, Romanelli J. Bariatric surgery for the treatment of morbid obesity: a meta-analysis of weight loss outcomes for laparoscopic adjusgastric banding and laparoscopic gastric bypass. *Obes Surg* 2009; **19:** 1447–55.
126 Fridley J, Foroozan R, Sherman V, Brandt ML, Yoshor D. Bariatric surgery for the treatment of idiopathic intracranial hypertension. *J Neurosurg* 2011; **114:** 34–39.
127 Mulla Y, Markey KA, Woolley RL, Patel S, Mollan SP, Sinclair AJ. Headache determines quality of life in idiopathic intracranial hypertension. *J Headache Pain* 2015; **16:** 521.
128 Friedman DI. Idiopathic intracranial hypertension. *Curr Pain Headache Rep* 2007; **11:** 62–68.
129 Bruce BB, Preechawat P, Newman NJ, Lynn MJ, Biousse V. Racial differences in idiopathic intracranial hypertension. *Neurology* 2008; **70:** 861–67.
130 Rush JA. Pseudotumor cerebri: clinical profile and visual outcome in 63 patients. *Mayo Clin Proc* 1980; **55:** 541–46.
131 Kesler A, Hadayer A, Goldhammer Y, Almog Y, Korczyn AD. Idiopathic intracranial hypertension: risk of recurrences. *Neurology* 2004; **63:** 1737–39.




View publication stats