# EXHIBIT D12

**Weber K. Aldosteronism Revisited: Perspectives on Less Well-Recognized Actions of Aldesterone. J Lab Clin Med 2003;142(2):71-82**

# REVIEW ARTICLE

## Aldosteronism revisited: Perspectives on less well-recognized actions of aldosterone

**KARL T. WEBER**

**MEMPHIS, TENNESSEE**

**Aldosterone is a mineralocorticoid with protean actions in both epithelial and nonepithelial cells. These include endocrine properties of circulating aldosterone that promote $Na^+$ resorption at the expense of well-recognized $K^+$ excretion and less well-recognized $Mg^{2+}$ excretion in classic target tissues: kidneys, colon, and sweat and salivary glands. The regulation of adrenal aldosterone secretion by $(Mg^{2+})_o$ is also less well appreciated. More recently recognized endocrine actions of aldosterone include induction of $Mg^{2+}$ efflux in exchange for $Na^+$ in such nonepithelial cells as peripheral-blood mononuclear cells and influence on epithelial cells of the choroid plexus, where aldosterone alters the composition of cerebrospinal fluid that contributes to blood-pressure regulation. An association between primary aldosteronism and idiopathic intracranial hypertension has recently been reported. Extraadrenal steroidogenesis with de novo aldosterone production by the cardiovasculature, where its auto-/paracrine properties may contribute to tissue repair at sites of injury, has been observed. These less well-recognized actions of aldosterone have led to a revival of interest in how this steroid molecule contributes to the pathophysiology of various clinical disorders. (J Lab Clin Med 2003;142:71-82)**

**Abbreviations:** ACE = angiotensin-converting enzyme; AngII = angiotensin II; CHF = congestive heart failure; CSCR = Central Society for Clinical Research; CSF = cerebrospinal fluid; ICAM = intercellular adhesion molecule; IIH = idiopathic intracranial hypertension; MCP = monocyte chemoattractant protein; MI = myocardial infarction; mRNA = messenger RNA; NADPH = reduced nicotinamide adenine dinucleotide phosphate; PAL = primary aldosteronism; PBMC = peripheral-blood mononuclear cell; PIIINP = procollagen type III aminoterminal peptide; SAL = secondary aldosteronism; TNF = tumor necrosis factor

*The suggestion is made that the adrenal cortex secretes something which enables cells to metabolize salts and water.*[1]

From the Division of Cardiovascular Diseases, University of Tennessee Health Science Center.

Submitted for publication January 24, 2003; accepted February 5, 2003.

*Reprint requests: Karl T. Weber, MD, Division of Cardiovascular Diseases, University of Tennessee Health Science Center, Room 353 Dobbs Research Institute, 951 Court Ave, Memphis, TN 38163; e-mail: ktweber@utmem.edu.

Copyright © 2003 by Mosby, Inc. All rights reserved.

0022-2143/2003/$30.00 + 0

doi:10.1016/S0022-2143(03)00062-3

It was during the early 1950s that collaborations among Tait, Simpson, Nobel laureate Reichstein, Wettstein, and others would serve to isolate a substance in urine, blood, and adrenal extract with salt-retaining properties.[2,3] Although the substance was initially termed "electrocortin," identification of its 18-aldehyde steroid structure and adrenal origin would lead to its being renamed aldosterone. Similar to but more potent than deoxycorticosterone (DOC), aldosterone has the ability to alter $Na^+$ uptake in exchange for $K^+$, leading Selye to refer to it as a mineralocorticoid.[4] Aldosterone represented what Zwemer and Sullivan[1] in 1934 had suggested was that "something" released by the adrenal cortex that had the capacity to influence cellular metabolism of salts and water. During a decade

of discovery that followed aldosterone's identification, sites of the substance's action were found to reside within epithelial cells of the kidney, colon, and sweat and salivary glands.[5,6] The importance of this circulating hormone in promoting salt and water retention at each of these target tissues was demonstrated in such edema-forming states as CHF, nephrosis, and cirrhosis, as was the efficacy of spironolactone, an aldosterone-receptor antagonist, in counteracting its influence on sodium retention and alleviating edema.[5-9]

The introduction of ACE inhibitors into clinical practice some 25 years ago would turn attention to AngII and away from the equally important role of aldosterone in the pathophysiology of CHF. A recent resurgence of interest in this steroid molecule has been driven by several observations (reviewed in the John B. Hickam Lecture presented to the CSCR in September 1999[10]). In brief, they include recognition of aldosterone's broader range of actions that extend beyond classic target tissues and which have been associated with adverse structural remodeling of the cardiovasculature that contributes to pathophysiologic expressions and progressive nature of CHF[11]; the inability of ACE inhibition to provide for sustained suppression of plasma aldosterone levels in patients with CHF,[12,13] indicating that the regulation of its secretion by zona glomerulosa cells of the adrenal cortex is more complex than that governed by AngII alone; and the results of a recently completed, controlled clinical trial, conducted in 19 countries on 5 continents, in more than 1600 patients with CHF in whom spironolactone (vis-à-vis placebo), in combination with an ACE inhibitor and loop diuretic, significantly reduced the risk of all-cause and cardiac-related mortality and cardiovascular morbidity.[14] This trial was the first to demonstrate a marked reduction in sudden cardiac death in patients with advanced heart failure. Several potential cardioprotective mechanisms are considered in this report.

Herein, less well recognized but nonetheless established properties of aldosterone, transduced by receptor-ligand binding, are reviewed. Each has the potential to contribute to the pathophysiology of CHF. They include its influence on $Mg^{2+}$ balance and the role of $Mg^{2+}$ in regulating adrenal aldosterone secretion; vascular remodeling and immune-cell activation; endothelial-cell function; and the central nervous system. Finally, extraadrenal steroidogenesis of aldosterone by the cardiovasculature will be briefly considered. For a discussion of nongenomic, non–receptor-mediated aldosterone actions, the interested reader is referred elsewhere.[15]

## HISTORICAL PERSPECTIVE

At the 27th session of the CSCR, held in Chicago on October 29, 1954, two closely related case reports were presented back to back. The first, delivered by Mader and Iseri from Detroit, Michigan, featured a 33-year-old woman with a history of muscle weakness, pain, and cramps of several months' duration; a 5-year history of documented hypertension of mild-to-moderate severity; and a 10-year history of periodic headaches. She was found to have tetany, hypokalemia, and a metabolic alkalosis despite having no history of vomiting, diarrhea, or ingestion of a substance or medication promoting $K^+$ excretion. Enhanced $K^+$ excretion was documented in both urine and stool, and the patient's urine contained high levels of corticosteronelike steroids and a salt-retaining corticoid resembling DOC. At surgery, in February 1954, a cortical tumor of the left adrenal gland was found. Bioassay of tumor extract revealed a salt-retaining factor that Wettstein, in Basel, Switzerland, identified as aldosterone. After surgery, the patient's biochemical abnormalities normalized.[16]

The second report came from Ann Arbor, Michigan, and was delivered by Conn as part of his presidential address, which was published in the January 1955 issue of the CSCR's official publication, the *Journal of Laboratory and Clinical Medicine*.[17] Conn's patient was a 34-year-old woman with weakness, intermittent spasms, and paralysis of skeletal muscles of 7 years' duration, as well as documented hypertension for 4 years. She had hypokalemia and evidence of abnormal $Na^+$ retention and $K^+$ excretion (sodium/potassium ratio $< 1.0$) in urine, sweat, and saliva, despite persistent hypokalemia. Autonomous aldosterone production by the adrenal glands was suspected, and bilateral adrenalectomy followed by substitution therapy was planned. Surgery was conducted in December 1954. As an addendum to this report, Conn indicated the discovery of an adenoma of the right adrenal gland had negated removal of the left. In a follow-up report, published in the April issue of the Journal,[18] Conn reported on the normalization of these metabolic derangements that promptly appeared over the days following surgical resection of the tumor although recovery in blood pressure was far more gradual. Markedly increased levels of aldosterone were found in tumor extracts. Conn coined the term "primary aldosteronism" (PAL) to describe chronic increases in plasma aldosterone levels due to autonomous aldosterone production by the adrenals and which are independent of plasma renin activity (and therefore AngII).[17] "Secondary aldosteronism" (SAL), a renin-dependent state, accompanies unilateral renal artery stenosis, CHF, nephrosis, and cirrhosis.




**Fig 1.** Urinary $Mg^{2+}$ excretion in 2 patients with PAL, before and after surgical removal of adrenal adenoma. Serum $Mg^{2+}$ levels are shown for 1 of these individuals. Urinary $K^{+}$ excretion mirrored these $Mg^{2+}$ responses. Reprinted with permission from the *Journal of Clinical Endocrinology and Metabolism* (1962;22:1187-92). Copyright © 1962 by the Endocrine Society.

## LESS WELL-RECOGNIZED ACTIONS OF ALDOSTERONE

**Aldosterone and $Mg^{2+}$ balance in epithelial cells.** Mader and Iseri[16] noted that their patient experienced spontaneous episodes of hypomagnesemia, plus enhanced $Mg^{2+}$ excretion in urine and stool. By 1957, at least 10 detailed reports of proven PAL had been presented in the literature.[19-26] Several of the subjects of these reports proved to have hypomagnesemia suggestive of severe $Mg^{2+}$ deficiency resulting from long standing $Mg^{2+}$ excretion. In this connection, the first of 2 patients with PAL reported by Milne et al[19] was a 41-year-old woman with a 10-year history of episodic muscular paralysis and even flaccid quadriplegia. Within 1 week of surgical removal of an adrenal adenoma, normalization of serum $Mg^{2+}$ (and $K^{+}$) appeared, and positive $Mg^{2+}$ balance was restored by week 3. In the second case, involving a 60-year-old woman, increased aldosterone production from adenomatous tissue was identified by Tait and Simpson. Collectively, these clinical findings implicated aldosterone in the regulation of both $K^{+}$ and $Mg^{2+}$ excretion in classic target tissues.

Horton and Biglieri systematically addressed urinary $Mg^{2+}$ excretion in 5 patients with PAL, each of whom had low normal or reduced serum $Mg^{2+}$ levels. As reported in 1962,[27] each of these patients had increased urinary $Mg^{2+}$ excretion. The influence of surgical resection of the adrenal adenoma on urinary $Mg^{2+}$ excretion was assessed in 2 patients (Fig 1). In both cases, excretion of this divalent cation decreased immediately and markedly after surgery and plasma $Mg^{2+}$ gradually normalized. A lower basal excretion of $Mg^{2+}$, comparable to values for normal controls on the same $Mg^{2+}$ diet, was seen after surgery. In a third patient, spironolactone was shown to reduce urinary $Mg^{2+}$ excretion, which returned to increased basal levels after the drug's discontinuation (Fig 2). Thus the importance of aldosterone in promoting urinary $Mg^{2+}$ excretion was established. In 1963, Conn reviewed a personal series of 18 cases of PAL and another 127 that had been reported in the literature. In summarizing findings from these 145 cases, he noted that hypomagnesemia, together with hypokalemia, hypernatremia, hypochloremia and metabolic alkalosis, represented cardinal metabolic abnormalities of PAL.[28] This strongly suggested that pro-




**Fig 2.** Urinary $Mg^{2+}$ excretion in a patient with PAL, before, during, and after oral spironolactone treatment. A comparable response in urinary $K^{+}$ excretion was seen. Reprinted with permission from the *Journal of Clinical Endocrinology and Metabolism* (1962;22:1187-92). Copyright © 1962 by the Endocrine Society.

Case 1:17-mc-02767-PAE-JLC Document 110-19 Filed 03/15/18 Page 5 of 13



longed excretion of these intracellular cations led to both hypokalemia and hypomagnesemia.

Additional evidence in support of aldosterone's promotion of $K^+$ and $Mg^{2+}$ transport in classic target tissues was garnered by monitoring the response in sweat electrolytes that appears during long-term exposure to thermal stress. In nonacclimatized individuals, daily exposure to heat (90°–100°F) with 60% to 70% humidity results in marked losses of $Na^+$, $K^+$, and $Mg^{2+}$ in sweat; these losses are exaggerated when dietary $Na^+$ and water are reduced.[29-35] Acclimatization or adaptation to heat stress, defined as increased capacity for living and working in heat without distressing symptoms,[29] appears over the course of days. It involves an increase in adrenal aldosterone secretion, expressed as increased plasma and urine levels, together with attenuation in electrolyte loss through sweat.[31,32] This hormonal adaptation to heat exposure is manifested by a significant reduction in the high sweat $Na^+/K^+$ ratio seen with initial exposure,[29,31,33] a response blocked by spironolactone treatment.[33] In a patient with CHF, a baseline sweat Na/K ratio of 0.3 was present at the onset and during the course of exposure to thermal stress; it increased to 2.0 before and during heat stress on day 2 of spironolactone treatment.[33] These findings underscored the importance of aldosterone in regulating electrolyte composition in sweat under basal conditions and in response to thermal stress in normal volunteers and in an individual with CHF. Aldosterone provides yet another adaptation to heat stress: It reduces energy production by interfering with mitochondrial phosphorylation (eg, reduced cytochrome oxidase activity) in heart, kidney, and liver,[36,37] a response that could be a result of its promoting intracellular $Mg^{2+}$ deficiency (vide infra)[38]

The importance of the adrenal cortex in regulating $Mg^{2+}$ and $K^+$ excretion and its contribution to increased plasma and skeletal-muscle $K^+$ and $Mg^{2+}$ levels was underscored in the setting of adrenal insufficiency or adrenalectomy.[1,39-42] After the discovery of aldosterone, aldosterone treatment of dogs and rats with surgically induced bilateral adrenalectomy was shown to increase fecal $K^+$ and $Mg^{2+}$ excretion and reverse their increased plasma concentrations.[43,44] Horton and Biglieri[27] treated an adrenalectomized patient with D-aldosterone for 8 days (Fig 3); on day 5 of this regimen, spironolactone cotreatment was initiated. They found that exogenous aldosterone promoted a prompt increase in urinary $K^+$ and $Mg^+$ excretion that could be abrogated by this receptor antagonist. Thus the body of evidence is compelling that aldosterone promotes both $K^+$ and $Mg^{2+}$ excretion at classic target tissue sites that include kidneys, colon and sweat glands.

Although unstudied, $Mg^{2+}$ excretion is likely increased in patients with CHF, in which higher plasma aldosterone levels are expected. In patients with CHF who are treated with a loop diuretic, there exists an independent stimulus to urinary $Mg^{2+}$ excretion and the potential for exaggerated $Mg^{2+}$ loss.[45,46] Detection of intracellular $Mg^{2+}$ levels and in particular its biologically active, cytosolic free component (vis-à-vis its serum concentration which does not reflect intracellular $Mg^{2+}$) hinders the detection and assessment of this important clinical problem. Intracellular $Mg^{2+}$ deficiency may contribute to morbid and mortal events, such as sudden cardiac death, that is thought to occur in 50% of patients with CHF.[47] The 30% reduction in risk of sudden cardiac death observed in the RALES trial may, in part, be related to spironolactone's ability to antagonize these effects of aldosterone on $Mg^{2+}$ balance.




**Fig 3.** Urinary $Mg^{2+}$ excretion in a patient who underwent bilateral adrenalectomy, before and during aldosterone treatment (without and then with oral spironolactone coadministration). The response in urinary $K^+$ excretion tracked that of $Mg^{2+}$. Reprinted with permission from the *Journal of Clinical Endocrinology and Metabolism* (1962;22:1187-92). Copyright © 1962 by the Endocrine Society.

**Aldosterone and $Mg^{2+}$ balance in nonepithelial cells.** Even less well appreciated is aldosterone's influence on $Mg^{2+}$ exchange by nonepithelial cells, such as PBMCs. Aldosterone binds to a single class of cytosolic receptors in these cells with a capacity of more than 200 sites/cell and with an affinity equal to that of DOC but less than that of hydrocortisone and less than that of dexamethasone.[48] In patients with PAL or SAL, aldosterone-binding sites are reduced by 50%; after surgical removal of adenomatous adrenal tissue, receptor binding is normalized.[49,50]

By way of receptor-ligand binding, aldosterone promotes the efflux of $Mg^{2+}$ from cultured human lym-




**Fig 4.** *Left panel* Free cytosolic $Mg^{2+}$ in cultured human lymphocytes before and during exposure to aldosterone; a $Na^{+}$-dependent reduction was observed over the course of several hours. *Right panel* The reduction in lymphocyte-free cytosolic $Mg^{2+}$, induced by aldosterone (*ALDO*), is abrogated by cotreatment with canrenoate (*Can*), cycloheximide (*Cyc*), or actinomycin D (*Act D*). Reprinted with permission from *Hypertension* (2002;35:113-7). Copyright © 2000 by the American Heart Association.

phocytes in exchange for $Na^{+}$ (Fig 4, *left*). This response, measured with a fluorescent probe (Mag-fura-2), is dependent on extracellular $Na^{+}$ and involves both transcription and protein synthesis, as demonstrated by its respective abrogation by cycloheximide and actinomycin D (Fig 4, *right*).[51] Cytosolic free $Mg^{2+}$ ($[Mg^{2+}]_i$) is reduced in patients with PAL resulting from adrenal adenoma or hyperplasia.[51] In unnephrectomized rats treated with aldosterone by way of implanted minipump, $[Mg^{2+}]_i$ is significantly reduced.[52]

The distribution of $Mg^{2+}$ within body tissues is as follows: 53% is present in bone and 6% in skeletal muscle (27%) and other soft tissues (19%) such as the heart; less than 1% of total body $Mg^{2+}$ is present in blood; and $[Mg^{2+}]_i$ represents but 0.5% to 5% of total cellular $Mg^{2+}$, with the remaining 80% bound to ATP and other phosphometabolites sequestered within such organelles as mitochondria and endoplasmic reticulum (Fig 5, *left panel*).[53] $[Mg^{2+}]_i$ homeostasis is maintained by exchange from these intracellular stores, whereas $[Mg^{2+}]_o$ is held within narrow limits by $Mg^{2+}$ efflux from tissue stores.

Various $Na^{+}/Mg^{2+}$ and $Mg^{2+}/Ca^{2+}$ exchange sites contribute to the efflux of $Mg^{2+}$ in exchange for $Na^{+}$ and $Ca^{2+}$ (Fig 5, *right panel*).[54] The accompanying augmentation in $[Ca^{2+}]_i$, representing cytosolic $Ca^{2+}$ overload, increases the potential for induction of oxidative stress. Moreover, the reduction in $[Mg^{2+}]_i$, if sufficient, would suppress such $Mg^{2+}$-dependent enzymes as Na, K ATPase.

**$Mg^{2+}$ and aldosterone secretion.** Aldosterone promotes the efflux of $Mg^{2+}$ from epithelial and nonepithelial cells. In turn, $[Mg^{2+}]_o$ participates in the regulation of adrenal aldosterone secretion to create a pathway of reciprocal regulation and $Mg^{2+}$ homeostasis, shown in Fig 6. In healthy normotensive men and women, an intravenous infusion of $MgSO_4$ suppresses plasma aldosterone levels within 3 hours.[55,56] Diet-induced $Mg^{2+}$ deficiency with reduced $[Mg^{2+}]_o$, on the other hand, is accompanied by an expanded width of the adrenal zona glomerulosa, together with hyperplasia of the renal juxtaglomerulosa cells; increased adrenal aldosterone secretion; increased plasma aldosterone; and a reduction in urinary $Na^{+}/K^{+}$ ratio.[57-61] A high-$Na^{+}$ diet attenuates but does not abrogate aldosterone secretion in this setting.[59] In cultured zona glomerulosa cells, superfusate $[Mg^{2+}]_o$ regulates aldosterone production: high $[Mg^{2+}]_o$ suppresses, whereas a $Mg^{2+}]_o$-free medium augments, elaboration of aldosterone.[62] The SAL seen with dietary $Mg^{2+}$ deficiency is accompanied by a time-dependent iteration in intracellular electrolytes, including an increase in $[Na^{+}]_i$ and $[Ca^{2+}]_i$ in heart, skeletal muscle, kidney, and bone,




**Fig 5.** *Left panel* Extracellular $Mg^{2+}$ ($[Mg^{2+}]_o$) is derived from such tissue sources as bone, skeletal muscle, and heart. Intracellular sources of $Mg^{2+}$ include that bound within organelles (ie, endoplasmic reticulum and mitochondria) and to ATP within the cytosol. *Right panel* Transcellular cation exchange of $Na^+$ and $Mg^{2+}$, $Mg^{2+}$ and $Ca^{2+}$, and $Na^+$ and $K^+$ exchange by Na, K ATPase. *ALDO* = aldosterone. Adapted with permission from Gerling IC, et al.[52]




**Fig 6.** $Mg^{2+}$ balance and reciprocal regulation of adrenal aldosterone secretion. *ALDO* = aldosterone.

suggestive of an inhibition of Na, K ATPase and increased $Na^+/Ca^{2+}$ exchange at these sites.[63–65]

**Vascular remodeling and immune-cell activation.** Structural remodeling of the cardiovasculature that includes intramural coronary and renal arteries, aorta, and pulmonary artery accompanies aldosteronism from endogenous or exogenous sources[66-73] and is prevented by cotreatment with a receptor antagonist, spironolactone or eplerenone, in nondepressor or depressor dosage to indicate its independence of increases in blood pressure.[72-80] In a substudy to the Randomized Aldactone Evaluation Study (RALES) trial, survival benefit was associated with a reduction in circulating markers of collagen synthesis that presumably reflected an attenuation in ongoing tissue fibrosis.[80] In this connection, urinary excretion of hydroxyproline, a marker of collagen turnover, is increased in adrenalectomized rats treated with aldosterone, 1% dietary NaCl, and cortisone.[82] Glucocorticoids, on the other hand, are known to reduce urinary hydroxyproline excretion, and their inhibition of collagen formation is associated with osteoporosis.[83]

Campbell et al[70] and Nicoletti and coworkers[71] each found that the perivascular fibrosis that ultimately appears in aldosteronism, from endogenous or exogenous sources, is preceded by a proinflammatory vascular phenotype that features invading monocytes/macrophages and lymphocytes and adhesion molecule expression. These findings, including their independence of blood pressure, were more recently confirmed by others.[73,78,79] Molecular responses involved in the invasion of coronary vessels by these inflammatory cells were recently addressed in animal models of PAL and SAL.[72,80] In rats receiving aldosterone/salt treatment, Sun et al[80] tested the hypothesis that oxidative stress with inflammatory-cell activation preceded the fibrogenic response. Evidence of NADPH oxidase activation (a major source of superoxide in vascular tissue), nitrosative stress, and activation of nuclear factor-kappaB (NF$\kappa$B), a redox-sensitive transcription factor integral to inflammatory responses, were each monitored by means of immunohistochemical methods in the normotensive, nonhypertrophied right and hypertensive, hypertrophied left ventricles. In situ hybridization was used to detect and localize the mRNA expression of various modulators of inflammatory-cell responses regulated by NF$\kappa$B, including ICAM-1, MCP-1, and a proinflammatory cytokine TNF-$\alpha$. At week 3 of aldo-

sterone/salt treatment, there was no evidence of cardiac pathology; at weeks 4 and 5, however, inflammatory cells (monocytes/macrophages and lymphocytes) were found to have invaded intramural coronary vessels in both ventricles. These PBMCs, as well as endothelial cells at these sites, expressed the $gp91^{phox}$ subunit of NADPH oxidase and 3-nitrotyrosine, a product of peroxynitrite with stable tyrosine residues and where peroxynitrite is formed by the reaction between superoxide and nitric oxide. The RelA subunit of NF$\kappa$B was likewise activated in these cells, together with increased mRNA expression of ICAM-1, MCP-1, and TNF-$\alpha$. Collectively, these findings indicate an induction of oxi-/nitrosative stress at involved vascular sites. Cotreatment with spironolactone or an antioxidant (either pyrrolidine dithiocarbamate or *N*-acetylcysteine) prevented the appearance of these cells and associated molecular responses, as well as the subsequent perivascular fibrosis. Thus there is evidence that aldosterone/salt treatment induces oxi-/nitrosative stress within inflammatory cells and the endothelium of the intramural coronary vasculature, and it is this proinflammatory phenotype that leads to coronary vascular pathology and the subsequent perivascular fibrosis. Whether this immunostimulatory state relates to aldosterone-induced, $Na^+$-dependent reduction in PBMC $[Mg^{2+}]_i$, described earlier, remains to be determined. In rodents treated with a $Mg^{2+}$-deficient diet, which represents a putative state of SAL (vide supra), lymphocyte $Mg^{2+}$ is reduced to levels comparable to $Mg^{2+}$ depletion in skeletal muscle and cardiac tissue,[84] and this is accompanied by an early (week 1) induction of oxi-/nitrosative stress and depletion of antioxidant defenses in PBMCs, erythrocytes and endothelial cells.[85-88] Lymphocyte activation in this setting features their production of proinflammatory cytokines and a neurogenic peptide, substance P, together with the expression of its receptors.[89] Cardiac lesions first appear in this model during week 3 and can be prevented by a substance P receptor antagonist.[89]

The potential for the SAL that accompanies human CHF to likewise be accompanied by immune cell activation remains unexplored. Nonetheless, the prospect exists that the now-recognized "cytokine storm" of CHF, which features increases in circulating TNF-$\alpha$ and interleukin-6, has an immune-cell origin. Prolonged increases in these proinflammatory cytokines is thought to account for the progressive and systemic nature of CHF that features tissue wasting and eventually results in cachexia.[90]

**Endothelial-cell dysfunction.** In patients with PAL or SAL that accompanies renal-artery stenosis, forearm vasomotor reactivity to endothelial cell–dependent acetylcholine is diminished compared with that in normotensive controls, whereas non-endothelial cell–dependent sodium nitroprusside–induced vasodilatation is preserved.[91] Four weeks after surgical removal of adrenal adenoma, the impairment in endothelial cell–dependent vasodilation is restored. In the SAL that accompanies CHF, forearm vasomotor reactivity to acetylcholine is likewise diminished and normalized after 1 month of spironolactone treatment.[92] Acetylcholine-induced, nitric oxide–dependent vasorelaxation of aortic rings is reduced in rats after MI.[93] This vasomotor dysfunction, together with increased superoxide formation by aortic tissue, is normalized by spironolactone alone or in combination with an ACE inhibitor.[93] Reduced $Mg^{2+}$ concentration in culture medium of cultured aortic endothelial cells is associated with increased oxidant production and reduced intracellular glutathione.[85] This may represent the pathophysiologic basis for endothelial dysfunction seen in PAL and SAL associated with CHF.

**Central actions of aldosterone.** An additional site of action of aldosterone that falls outside its classic range of target tissues is the central nervous system. This is not widely appreciated, despite the documented presence of aldosterone receptors at such sites as epithelial cells of the choroid plexus. In this connection, an association between IIH with PAL and SAL has been reported.[94,95] A role for aldosterone in the genesis of IIH has therefore been proposed. That this proposition does not apply to all patients with IIH is underscored by its appearance in patients with adrenal insufficiency, unless aldosterone is produced in situ within the central nervous system,[95] as is the case for the cardiovasculature.[97,98]

IIH features incapacitating headaches, combined with visual disturbance, in the absence of disorders known to increase intracranial pressure. These include mass lesions or infection, obstruction of cerebral ventricle or intracranial venous circulation, alveolar hypoventilation, and encephalopathy association with acute and marked increases in arterial diastolic pressure that exceed 120 mm Hg. IIH presents most commonly in overweight women, ages 20 to 50 years, who not infrequently have mild to moderate hypertension. It has been suggested that IIH accompanies an underlying endocrine abnormality related to an electrolyte disturbance.[99-104]

It is noteworthy that the middle-aged women with PAL whose cases were reported by Mader and Iseri[16] and Conn[17] at the CSCR meeting in 1954 each had a longstanding history of headache despite reportedly mild to moderate hypertension. In his 1963 review of 145 cases of PAL reported in the literature,[28] Conn noted that 74% were women, of whom 54% had head-

ache and 21% experienced visual disturbance, despite what he considered a "benign" form of hypertension.

The choroid plexus, a site of high-affinity aldosterone-receptor binding, is involved in the production of CSF and is a target site for aldosterone, spironolactone, and ouabain, an endogenous digitalis-like substance released by the adrenals and the hypothalamic-pituitary axis.[104-114] Aldosterone exerts its biologic actions on epithelial cells by enhancing the activity and number of Na, K ATPase pumps in their apical membrane. A ouabain-sensitive Na, K ATPase is present in the microvilli of the plexus and is involved in the regulation of CSF formation and electrolyte composition (eg, ouabain reduces CSF production). Aldosterone is present in CSF, where its concentration correlates with plasma levels.

Either the systemic or the intracerebroventricular administration of a mineralocorticoid (aldosterone or DOC) is accompanied by a decrease in CSF [$K^+$], together with an increase in arterial pressure, without changes in blood volume, cardiac output, plasma catecholamines, or vasopressin.[114,115] This hypertensive response is abrogated by intracerebroventricular infusion of $K^+$ or a mineralocorticoid-receptor antagonist.[114,116] Aldosterone, therefore, has a central action involved in the regulation of blood pressure, as well as CSF volume and composition.

**Extraadrenal aldosterone production and tissue repair.** Between 1967 and 1972, Lockett et al[117–122] reported that the beating heart and contracting soleus muscle in cats were sites of steroid generation with the substance resembling 18-D-aldosterone. They found this molecule in coronary venous blood and demonstrated its ability to promote renal salt and water retention. These findings were neglected or discounted until the past decade, when Takeda[123,124] identified the mRNA expression of aldosterone synthase (CYP11B2) and aldosterone production in rodent vascular tissue. Silvestre and coworkers[125] would find the expression of this enzyme, integral to the biosynthesis of aldosterone, to also be present in rodent heart, where aldosterone generation was regulated by AngII, a low-$Na^+$ or high-$K^+$ diet, or adrenocorticotropin. Subsequently, the expression of this enzyme was identified in human cardiovascular tissue, where it was localized to vascular smooth muscle and endothelial cells.[124,126] Even more recently and in contrast to findings in normal human hearts, aldosterone production was found to be increased in the failing human left ventricle on the basis of coronary-sinus levels of aldosterone exceeding those found in the aorta.[127] There exists an up-regulated expression of CYP11B2 in the left ventricle of the failing human heart; its origins are diverse.[128] Additionally, 11$\beta$-hydroxysteroid dehydrogenase, an enzyme critical to maintaining the specificity of the mineralocorticoid receptor, given its equal affinity for mineralo- and glucocorticoids, has been found in human cardiac tissue.[129]

After MI in rodents, macrophages and myofibroblasts involved in tissue repair express renin, angiotensin-converting enzyme and AngII receptors, mostly of the angiotensin receptor subtype 1($AT_1$) subtype.[130-134] This has implicated locally produced AngII at sites of injury in regulating collagen turnover, which has been further suggested by the cardioprotective actions of losartan, an $AT_1$ receptor antagonist, in attenuating fibrous-tissue formation at and remote from the MI.[135] Locally produced AngII is also involved in regulating de novo aldosterone production in the infarcted heart,[136] which likewise may contribute to tissue repair. Increased expression of aldosterone synthase and aldosterone tissue levels, together with increased concentrations of AngII, have been observed in noninfarcted rat myocardium after coronary-artery ligation.[136,137] Treatment with an $AT_1$-receptor antagonist, losartan, prevented these responses related to de novo aldosterone production. Treatment with losartan or spironolactone prevented the accompanying accumulation of collagen at sites remote from the MI, suggesting the involvement of AngII-driven local aldosterone production in regulating tissue repair. Hayashi et al[138] have reported that aldosterone is extracted by the heart after MI and that the transcardiac aldosterone gradient (between aorta and coronary sinus) is correlated with coronary venous effluent levels of a serologic marker of collagen turnover (ie, PIIINP) and which is thought to be associated with left-ventricular dilatation and poor function and prognosis 1 month after MI. Aldosterone is also extracted by the normal heart and in hearts with chronic failure of diverse origins, a response blocked by spironolactone treatment.[139] Moreover, a significant correlation exists between cardiac aldosterone extraction and coronary sinus levels of PIIINP. In cases in which the level of circulating aldosterone is not increased, spironolactone attenuates neointimal thickening after vascular barotrauma,[140] tissue repair at sites of fibrous-tissue formation,[141] and vascular injury in stroke-prone rats.[142] These observations further suggest that locally produced aldosterone participates in tissue repair.

## FUTURE DIRECTIONS

Since its discovery some 50 years ago, aldosterone has come to be of established, albeit at times overlooked, importance in clinical medicine. Its role in such salt-avid, edema-forming states as CHF is a case in point. The past decade has witnessed a resurgence of interest in this, the adrenal gland's most potent miner-

alocorticoid, as has its de novo production through steroidogenesis within the cardiovasculature and brain. An ever-expanding role for this steroid molecule in the metabolism of mono- and divalent cations by epithelial and nonepithelial cells has warranted an even broader perspective of its portfolio of actions. The many venues by which receptor- and non–receptor-mediated actions of aldosterone contribute to disease pathophysiology remain to be defined. Nowhere is this more evident than in the adverse structural remodeling of the heart and systemic organs that accompanies chronic increases in plasma aldosterone (inappropriate relative to dietary $Na^+$) and which may be a result of PBMC activation induced by $[Mg^{2+}]_i$ depletion and transduced by oxidative stress that accompanies subsequent $[Na^+]_i$ and $[Ca^{2+}]_i$ loading in these cells.[52] Molecular mechanisms involved in the responses of these immune cells remain to be elucidated. T-lymphocyte activation and apoptosis, for example, are regulated by a glucocorticoid-induced leucine zipper gene, GILZ, together with its inhibition of NFκB activity, AP-1 binding to target DNA, and T-cell receptor–induced expression of IL-2/IL-2 receptor.[143,144] Today's technologies will permit assessment of aldosterone's role in altering the molecular phenotypes of these immune cells, specifically their transcriptomes and proteomes. Such insights may provide for the development of serologic biomarkers that address the onset and progression of vascular injury in such settings as CHF.

Since the acceptance of this report, the results of a controlled, international trial, Eplerenone Heart Failure Efficacy and Survival Study (EPHESUS), conducted in over 6600 patients in 37 countries followed at 674 centers on 3 continents was reported by Pitt et al[145] for eplerenone, another ALDO receptor antagonist. It demonstrated the efficacy of eplerenone, when added to ACE inhibitor, diuretic, and beta blocker during the week following acute myocardial infarction, in reducing morbid and mortal events in patients with heart failure.

The critical review of this report and suggestions provided by Ralph Hawkins, MD, are appreciated, as are the editorial assistance of Richard A. Parkinson, MEd.

## REFERENCES

1. Zwemer RL, Sullivan RC. Blood chemistry of adrenal insufficiency in cats. Endocrinology 1934;18:97-106.
2. Tait SAS, Tait JF. The correspondence of S. A. S. Simpson and J. F. Tait with T. Reichstein during their collaborative work on the isolation and elucidation of the structure of electrocortin (later aldosterone). Steroids 1998;63:440-53.
3. Tait JF, Tait SAS. A decade (and even more) of aldosterone and other adrenal steroids. In: Biglieri EG, Melby JC, eds. Endocrine hypertension. New York: Raven Press; 1990:5-27.
4. Selye H. The general adaptation syndrome and the diseases of adaptation. J Clin Endocrinol 1946;6:117-230.
5. Davis JO. The physiology of congestive heart failure. In: Hamilton WF, ed. Handbook of physiology. Washington, DC: American Physiological Society; 1965:2071-122.
6. Davis JO. Mechanisms of salt and water retention in congestive heart failure. Am J Med 1960;29:486-506.
7. Kagawa CM, Cella JA, Van Arman CG. Action of new steroids in blocking effects of aldosterone and deoxycorticosterone on salt. Science 1957;126:1015-6.
8. Liddle GW. Aldosterone antagonists. AMA Arch Intern Med 1958;102:998-1004.
9. Coppage WS Jr, Liddle GW. Mode of action and clinical usefulness of aldosterone antagonists. Ann N Y Acad Sci 1960; 88:815-21.
10. Weber KT, John B. Hickam Lecture: Heart-hitting tales of salt and destruction. J Lab Clin Med 2000;136:7-13.
11. Weber KT. Aldosterone in congestive heart failure. N Engl J Med 2001;345:1689-97.
12. Struthers AD. Aldosterone escape during angiotensin-converting enzyme inhibitor therapy in chronic heart failure. J Cardiac Failure 1996;2:47-54.
13. Jorde UP, Vittorio T, Katz SD, Colombo PC, Latif F, Le Jemtel TH. Elevated plasma aldosterone levels despite complete inhibition of the vascular angiotensin-converting enzyme in chronic heart failure. Circulation 2002;106:1055-7.
14. Pitt B, Zannad F, Remme WJ, Cody R, Castaigne A, Perez A, et al. The effect of spironolactone on morbidity and mortality in patients with severe heart failure. N Engl J Med 1999;341:709-17.
15. Lösel RM, Feuring M, Falkenstein E, Wehling M. Nongenomic effects of aldosterone: cellular aspects and clinical implications. Steroids 2002;67:493-8.
16. Mader IJ, Iseri LT. Spontaneous hypopotassemia, hypomagnesemia, alkalosis and tetany due to hypersecretion of corticosterone-like mineralocorticoid. Am J Med 1955;19:976-88.
17. Conn JW. Presidential address. Part I: Painting background. Part II: Primary aldosteronism, a new clinical syndrome. J Lab Clin Med 1955;45:3-17.
18. Conn JW. Primary aldosteronism. J Lab Clin Med 1955;45: 661-4.
19. Milne MD, Muehrcke RC, Aird I. Primary aldosteronism. Q J Med 1957;26:317-35.
20. Cope CL, Garcia-Llaurado J. The occurrence of electrocortin in human urine. Br Med J 1954;1:1290-4.
21. Foye LV, Feightmeir TV. Adrenal cortical carcinoma producing solely mineralocorticoid effect. Am J Med 1955;19:966-75.
22. Hellem AJ. Primary aldosteronism: report of a case. Acta Med Scand 1956;155:271-4.
23. Eales L, Linder GC. Primary aldosteronism. Some observations on a case in a Cape Coloured woman. Q J Med 1956;25:539-65.
24. van Buchem FSP, Doorenbos H, Elings HS. Primary aldosteronism due to adrenocortical hyperplasia. Lancet 1956;2:335-7.
25. Campbell CH, Nicolaides N, Steinbeck AW. Adrenocortical tumour with hypokalaemia and flaccid muscle paralysis. Lancet 1956;2:553-5.
26. Chalmers TM, FitzGerald MG, James AH, Scarborough H. Conn's syndrome with severe hypertension. Lancet 1956;1: 127-32.
27. Horton R, Biglieri EG. Effect of aldosterone on the metabolism of magnesium. J Clin Endocrinol Metabol 1962;22:1187-92.
28. Conn JW. Aldosteronism in man. Some clinical and climatological aspects. Part II. JAMA 1963;183:871-8.

29. Conn JW. The mechanism of acclimatization to heat. Adv Intern Med 1949;3:373-93.
30. Locke W, Talbot NB, Jones HS, Worcester J. Studies on the combined use of measurements of sweat electrolyte composition and rate of sweating as an index of adrenal cortical activity. J Clin Invest 1951;30:325-37.
31. Streeten DHP, Conn JW, Louis LH, Fajans SS, Seltzer HS, Johnson RD, et al. Secondary aldosteronism: metabolic and adrenocortical responses of normal men to high environmental temperatures. Metab Clin Exp 1960;9:1071-92.
32. Fletcher KA, Leithead CS, Deegan T, Pallister MA, Lind AR, Maegraith BG. Aldosterone excretion in acclimatization to heat. Ann Trop Med Parasitol 1961;55:498-504.
33. Furman KI, Beer G. Dynamic changes in sweat electrolyte composition induced by heat stress as an indication of acclimatization and aldosterone activity. Clin Sci 1963;24:7-12.
34. Consolazio CF, Matoush LO, Nelson RA, Harding RS, Canham JE. Excretion of sodium, potassium, magnesium and iron in human sweat and the relation of each to balance and requirements. J Nutr 1963;79:407-15.
35. Beller GA, Maher JT, Hartley LH, Bass DE, Wacker WE. Changes in serum and sweat magnesium levels during work in the heat. Aviat Space Environ Med 1975;46:709-12.
36. Bedrak E, Samoiloff V. Aldosterone and oxidative phosphorylation in liver mitochondria. J Endocrinol 1966;36:63-71.
37. Bedrak E, Samoiloff V. Comparative effects of aldosterone and heat acclimatization on oxidative enzymes in rat tissues. Can J Physiol Pharmacol 1967;45:717-22.
38. Vitale JJ, Nakamura M, Hegsted DM. The effect of magnesium deficiency on oxidative phosphorylation. J Biol Chem 1957; 228:573-6.
39. Loeb RF. Effect of sodium chloride in treatment of patients with Addison's disease. Proc Soc Exp Biol Med 1933;30:808-12.
40. Loeb RF, Atchley DW, Benedict EM, Leland J. Electrolyte balance studies in adrenalectomized dogs with particular reference to the excretion of sodium. J Exp Med 1933;57:775-92.
41. Harrop GA, Soffer LJ, Ellsworth R, Trescher JH. Studies on the suprarenal cortex. III. Plasma electrolytes and electrolyte excretion during suprarenal insufficiency in the dog. J Exp Med 1933;58:17-38.
42. Conway EJ, Hingerty D. The influence of adrenalectomy on muscle constituents. Biochemistry 1946;40:561-8.
43. DaVanzo JP, Crossfield HC, Swingle WW. Effect of various adrenal steroids on plasma magnesium and the electrocardiogram of adrenalectomized dogs. Endocrinology 1958;63:825-30.
44. Hanna S, MacIntyre I. The influence of aldosterone on magnesium metabolism. Lancet 1960;2:348-50.
45. Wester PO, Dyckner T. Diuretic treatment and magnesium losses. Acta Med Scand Suppl 1981;647:145-52.
46. Leier CV, Dei Cas L, Metra M. Clinical relevance and management of the major electrolyte abnormalities in congestive heart failure: hyponatremia, hypokalemia, and hypomagnesemia. Am Heart J 1994;128:564-74.
47. Wilson JR. Use of antiarrhythmic drugs with heart failure: clinical efficacy, hemodynamic results, and relation to survival. Circulation 1987;75:IV64-73.
48. Armanini D, Strasser T, Weber PC. Characterization of aldosterone binding sites in circulating human mononuclear leukocytes. Am J Physiol 1985;248:E388-90.
49. Armanini D, Witzgall H, Wehling M, Kuhnle U, Weber PC. Aldosterone receptors in different types of primary hyperaldosteronism. J Clin Endocrinol Metab 1987;65:101-4.
50. Armanini D, Zennaro CM, Martella L, Pratesi C, Scali M, Zampollo V. Regulation of aldosterone receptors in hypertension. Steroids 1993;58:611-3.
51. Delva P, Pastori C, Degan M, Montesi G, Brazzarola P, Lechi A. Intralymphocyte free magnesium in patients with primary aldosteronism: aldosterone and lymphocyte magnesium homeostasis. Hypertension 2000;35:113-7.
52. Gerling IC, Sun Y, Ahokas RA, Wodi LA, Bhattacharya SK, Warrington KJ, et al. Aldosteronism. An immunostimulatory state precedes the proinflammatory/fibrogenic cardiac phenotype. Am J Physiol Heart Circ kPhysiol 2003;85:H813-21.
53. Swaminathan R. Disorders of magnesium metabolism. J Int Fed Clin Chem 1999;11:10-8.
54. Romani AM, Scarpa A. Regulation of cellular magnesium. Front Biosci 2000;5:D720-34.
55. Ichihara A, Suzuki H, Saruta T. Effects of magnesium on the renin-angiotensin-aldosterone system in human subjects. J Lab Clin Med 1993;122:432-40.
56. Corica F. Relationship of juxtaglomevular apparatus and adrenal cortex to biochemical and extracellular fluid volume changes in magnesium deficiency. Lab Invest 1970;22:558-68.
57. Cantin M, Veilleux R. The juxtaglomerular apparatus and zona glomerulosa in magnesium-deficient rats. Rev Can Biol 1968; 27:179-82.
58. Ginn HE, Cade R, McCallum T, Fregley M. Aldosterone secretion in magnesium-deficient rats. Endocrinology 1967;80: 969-71.
59. Solounias BM, Schwartz R. The effect of magnesium deficiency on serum aldosterone in rats fed two levels of sodium. Life Sci 1975;17:1211-7.
60. Nadler JL, Buchanan T, Natarajan R, Antonipillai I, Bergman R, Rude R. Magnesium deficiency produces insulin resistance and increased thromboxane synthesis. Hypertension 1993;21: 1024-9.
61. Laurant P, Dalle M, Berthelot A, Rayssiguier Y. Time-course of the change in blood pressure level in magnesium-deficient Wistar rats. Br J Nutr 1999;82:243-51.
62. Atarashi K, Matsuoka H, Takagi M, Sugimoto T. Magnesium ion: a possible physiological regulator of aldosterone production. Life Sci 1989;44:1483-9.
63. MacIntyre I, Davidsson D. The production of secondary potassium depletion, sodium retention, nephrocalcinosis and hypercalcinemia by magnesium deficiency. Biochem J 1958;70:456-62.
64. Madden JA, Smith GA, Llaurado JG. Myocardial K kinetics in rats on Mg-deficient diet. J Am Coll Nutr 1982;1:323-9.
65. Chang C, Bloom S. Interrelationship of dietary Mg intake and electrolyte homeostasis in hamsters: I. Severe Mg deficiency, electrolyte homeostasis, and myocardial necrosis. J Am Coll Nutr 1985;4:173-85.
66. Brilla CG, Pick R, Tan LB, Janicki JS, Weber KT. Remodeling of the rat right and left ventricle in experimental hypertension. Circ Res 1990;67:1355-64.
67. Sun Y, Ratajska A, Zhou G, Weber KT. Angiotensin converting enzyme and myocardial fibrosis in the rat receiving angiotensin II or aldosterone. J Lab Clin Med 1993;122:395-403.
68. Robert V, Van Thiem N, Cheav SL, Mouas C, Swynghedauw B, Delcayre C. Increased cardiac types I and III collagen mRNAs in aldosterone-salt hypertension. Hypertension 1994; 24:30-6.
69. Sun Y, Ramires FJA, Weber KT. Fibrosis of atria and great vessels in response to angiotensin II or aldosterone infusion. Cardiovasc Res 1997;35:138-47.
70. Campbell SE, Janicki JS, Weber KT. Temporal differences in fibroblast proliferation and phenotype expression in response to

chronic administration of angiotensin II or aldosterone. J Mol Cell Cardiol 1995;27:1545-60.
71. Nicoletti A, Mandet C, Challah M, Barity J, Michel J-B. Mediators of perivascular inflammation in the left ventricle of renovascular hypertensive rats. Cardiovasc Res 1996;31:585-95.
72. Fiebeler A, Schmidt F, Müller DN, Park JK, Dechend R, Bieringer M, et al. Mineralocorticoid receptor affects AP-1 and nuclear factor-κB activation in angiotensin II-induced cardiac injury. Hypertension 2001;37:787-93.
73. Rocha R, Stier CT Jr, Kifor I, Ochoa-Maya MR, Rennke HG, Williams GH, et al. Aldosterone: a mediator of myocardial necrosis and renal arteriopathy. Endocrinology 2000;141: 3871-8.
74. Selye H. Protection by a steroid-spironolactone against certain types of cardiac necroses. Proc Soc Exp Biol Med 1960;104: 212-3.
75. Young M, Head G, Funder J. Determinants of cardiac fibrosis in experimental hypermineralocorticoid states. Am J Physiol 1995;269:E657-62.
76. Benetos A, Lacolley P, Safar ME. Prevention of aortic fibrosis by spironolactone in spontaneously hypertensive rats. Arterioscler Thromb Vasc Biol 1997;17:1152-6.
77. Lacolley P, Safar ME, Lucet B, Ledudal K, Labat C, Benetos A. Prevention of aortic and cardiac fibrosis by spironolactone in old normotensive rats. J Am Coll Cardiol 2001;37:662-7.
78. Martinez DV, Rocha R, Matsumura M, Oestreicher E, Ochoa-Maya M, Roubsanthisuk W, et al. Cardiac damage prevention by eplerenone: comparison with low sodium diet or potassium loading. Hypertension 2002;39:614-8.
79. Rocha R, Rudolph AE, Frierdich GE, Nachowiak DA, Kekec BK, Blomme EA, et al. Aldosterone induces a vascular inflammatory phenotype in the rat heart. Am J Physiol 2002;283: H1802-10.
80. Sun Y, Zhang J, Lu L, Chen SS, Quinn MT, Weber KT. Aldosterone-induced inflammation in the rat heart: role of oxidative stress. Am J Pathol 2002;161:1773-81.
81. Zannad F, Alla F, Dousset B, Perez A, Pitt B. Limitation of excessive extracellular matrix turnover may contribute to survival benefit of spironolactone therapy in patients with congestive heart failure: insights from the randomized aldactone evaluation study (RALES). Rales Investigators. Circulation 2000; 102:2700-6.
82. Palmieri GM, Hawrylko J. Effects of aldosterone on the urinary excretion of total and non-dialyzable hydroxyproline. Horm Metab Res 1977;9:507-9.
83. Thompson JS, Palmieri GM, Eliel LP, Crawford RL. The effect of porcine calcitonin on osteoporosis induced by adrenal cortical steroids. J Bone Joint Surg Am 1972;54:1490-1500.
84. Ryan MF, Ryan MP. Lymphocyte electrolyte alterations during magnesium deficiency in the rat. Ir J Med Sci 1979;148:108-9.
85. Wiles ME, Wagner TL, Weglicki WB. Effect of acute magnesium deficiency (MgD) on aortic endothelial cell (EC) oxidant production. Life Sci 1997;60:221-36.
86. Weglicki WB, Mak IT, Stafford RE, Dickens BF, Cassidy MM, Phillips TM. Neurogenic peptides and the cardiomyopathy of magnesium-deficiency: effects of substance P–receptor inhibition. Mol Cell Biochem 1994;130:103-9.
87. Weglicki WB, Dickens BF, Wagner TL, Chmielinska JJ, Phillips TM. Immunoregulation by neuropeptides in magnesium deficiency: *ex vivo* effect of enhanced substance P production on circulating T lymphocytes from magnesium-deficient mice. Magnes Res 1996;9:3-11.
88. Mak IT, Komarov AM, Wagner TL, Stafford RE, Dickens BF, Weglicki WB. Enhanced NO production during Mg deficiency and its role in mediating red blood cell glutathione loss. Am J Physiol 1996;271:C385-90.
89. Weglicki WB, Mak IT, Phillips TM. Blockade of cardiac inflammation in $Mg^{2+}$ deficiency by substance P receptor inhibition. Circ Res 1994;74:1009-13.
90. Anker SD, Chua TP, Ponikowski P, Harrington D, Swan JW, Kox WJ, et al. Hormonal changes and catabolic/anabolic imbalance in chronic heart failure and their importance for cardiac cachexia. Circulation 1997;96:526-34.
91. Taddei S, Virdis A, Mattei P, Salvetti A. Vasodilation to acetylcholine in primary and secondary forms of human hypertension. Hypertension 1993;21:929-33.
92. Farquharson CA, Struthers AD. Spironolactone increases nitric oxide bioactivity, improves endothelial vasodilator dysfunction, and suppresses vascular angiotensin I/angiotensin II conversion in patients with chronic heart failure. Circulation 2000;101: 594-7.
93. Bauersachs J, Heck M, Fraccarollo D, Hildemann SK, Ertl G, Wehling M, et al. Addition of spironolactone to angiotensin-converting enzyme inhibition in heart failure improves endothelial vasomotor dysfunction: role of vascular superoxide anion formation and endothelial nitric oxide synthase expression. J Am Coll Cardiol 2002;39:351-8.
94. Weber KT, Singh KD, Hey JC. Idiopathic intracranial hypertension with primary aldosteronism. Report of two cases. Am J Med Sci 2002;324:45-50.
95. Mendonça E, Albuquerque L, Jácombe L, Luís MLS, Rosa FC. Pseudotumor cerebri in a patient with Bartter's syndrome and obesity. Nephron 1996;72:98-9.
96. Gomez-Sanchez CE, Zhao MY, Cozza EN, Morita H, Foeking, MF, Gomez-Sanchez ED. Aldosterone biosynthesis in the rat brain. Endocrinology 1997;138:3369-73.
97. Slight SH, Joseph J, Ganjam VK, Weber KT. Extra-adrenal mineralocorticoids and cardiovascular tissue. J Mol Cell Cardiol 1999;31:1175-84.
98. Delcayre C, Swynghedauw B. Molecular mechanisms of myocardial remodeling. The role of aldosterone. J Mol Cell Cardiol 2002;34:1577-84.
99. Foley J. Benign forms of intracranial hypertension—"toxic" and "otitic" hydrocephalus. Brain 1955;78:1-41.
100. Oldstone MBA. Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri). J Clin Endocrinol 1966;26:1366-9.
101. Greer M. Benign intracranial hypertension. III. Pregnancy Neurology 1963;13:670-2.
102. Greer M. Benign intracranial hypertension. IV. Menarche Neurology 1964;14:569-73.
103. Greer M. Benign intracranial hypertension. V. Menstrual dysfunction Neurology 1964;14:668-73.
104. Greer M. Benign intracranial hypertension. VI. Obesity Neurology 1965;15:382-8.
105. Birmingham MK, Sar M, Stumpf WE. Localization of aldosterone and corticosterone in the central nervous system, assessed by quantitative autoradiography. Neurochem Res 1984;9:333-50.
106. Wright EM. Transport processes in the formation of the cerebrospinal fluid. Rev Physiol Biochem Pharmacol 1978;83:1-34.
107. Vates TS Jr, Bonting SL, Oppelt WW. Na-K activated adenosine triphosphatase formation of cerebrospinal fluid in the cat. Am J Physiol 1964;206:1165-72.
108. Johanson CE, Reed DJ, Woodbury DM. Active transport of sodium and potassium by the choroid plexus of the rat. J Physiol 1974;241:359-72.

Case 1:17-mc-02767-PAE-JLC Document 110-19 Filed 03/15/18 Page 13 of 13



109. Loffreda N, Eldin P, Auzou G, Frelin C, Claire M. Corticosteroid receptors in cells derived from rat brain microvessels: mRNA identification and aldosterone binding. Am J Physiol 1992;262:C156-63.
110. Ames A III, Higashi K, Nesbett FB. Effects of $PCO_2$, acetazolamide and ouabain on volume and composition of choroid-plexus fluid. J Physiol 1965;181:516-24.
111. Davson H, Segal MB. The effects of some inhibitors and accelerators of sodium transport on the turnover of $^{22}Na$ in the cerebrospinal fluid and the brain. J Physiol 1970;209:131-53.
112. Kageyama Y, Suzuki H, Saruta T. Presence of aldosterone-like immunoreactivity in cerebrospinal fluid in normotensive subjects. Acta Endocrinol 1992;126:501-4.
113. Masuzawa T, Saito T, Sato F. Cytochemical study on enzyme activity associated with cerebrospinal fluid secretion in the choroid plexus and ventricular ependyma. Brain Res 1981;222:309-22.
114. Klarr SA, Ulanski LJ II, Stummer W, Xiang J, Betz AL, Keep RF. The effects of hypo- and hyperkalemia on choroid plexus potassium transport. Brain Res 1997;758:39-44.
115. Kageyama Y, Bravo EL. Hypertensive mechanisms associated with centrally administered aldosterone in dogs. Hypertension 1988;11:750-3.
116. Gómez-Sánchez EP. Intracerebroventricular infusion of aldosterone induces hypertension in rats. Endocrinology 1986;118:819-23.
117. Lockett MF. Hormonal actions of the heart and of lungs on the isolated kidney. J Physiol 1967;193:661-9.
118. Lockett MF, Retallack RW. The isolation of a substance very closely resembling the 18-monoacetate of D-aldosterone from the venous blood of activated muscle and from contracting muscle. J Physiol 1969;204:435-42.
119. Lockett MF. Changes in the flow and composition of the urine induced by the 18 monoacetate of D-aldosterone, in cats. J Physiol 1969;202:671-82.
120. Lockett MF, Retallack RW. The influence of heart rate on the secretion of a substance closely resembling the 18-monoacetate of D-aldosterone by the hearts of cats under chloralose anaesthesia. J Physiol 1970;208:21-32.
121. Lockett MF, Retallack RW. Factors controlling the secretion of a substance biologically resembling the 18-monoacetate of D-aldosterone by heart muscle. J Physiol 1970;210:717-25.
122. Lockett MF, Retallack RW. The isolation of a renally active substance from arterial blood. J Physiol 1972;223:49-57.
123. Takeda Y, Miyamori I, Yoneda T, Iki K, Hatakeyama H, Blair IA, et al. Production of aldosterone in isolated rat blood vessels. Hypertension 1995;25:170-3.
124. Takeda Y, Miyamori I, Yoneda T, Hatakeyama H, Inaba S, Furukawa K, et al. Regulation of aldosterone synthase in human vascular endothelial cells by angiotensin II and adrenocorticotropin. J Clin Endocrinol Metab 1996;81:2797-800.
125. Silvestre J-S, Robert V, Heymes C, Aupetit-Faisant B, Mouas C, Moalic J-M, et al. Myocardial production of aldosterone and corticosterone in the rat. J Biol Chem 1998;273:4883-91.
126. Hatakeyama H, Miyamori I, Fujita T, Takeda Y, Takeda R, Yamamoto H. Vascular aldosterone. Biosynthesis and a link to angiotensin II–induced hypertrophy of vascular smooth muscle cells. J Biol Chem 1994;269:24316-20.
127. Mizuno Y, Yoshimura M, Yasue H, Sakamoto T, Ogawa H, Kugiyama K, et al. Aldosterone production is activated in failing ventricle in humans. Circulation 2001;103:72-7.
128. Yoshimura M, Nakamura S, Ito T, Nakayama M, Harada E, Mizuno Y, et al. Expression of aldosterone synthase gene in failing human heart: quantitative analysis using modified real-time polymerase chain reaction. J Clin Endocrinol Metab 2002;87:3936-40.
129. Slight SH, Ganjam VK, Gómez-Sánchez CE, Zhou M-Y, Weber KT. High affinity $NAD^+$-dependent 11$\beta$-hydroxysteroid dehydrogenase in the human heart. J Mol Cell Cardiol 1996;28:781-7.
130. Sun Y, Cleutjens JPM, Diaz-Arias AA, Weber KT. Cardiac angiotensin converting enzyme and myocardial fibrosis in the rat. Cardiovasc Res 1994;28:1423-32.
131. Sun Y, Weber KT. Angiotensin II receptor binding following myocardial infarction in the rat. Cardiovasc Res 1994;28:1623-8.
132. Sun Y, Weber KT. Cells expressing angiotensin II receptors in fibrous tissue of rat heart. Cardiovasc Res 1996;31:518-25.
133. Passier RC, Smits JF, Verluyten MJ, Daemen MJ. Expression and localization of renin and angiotensinogen in rat heart after myocardial infarction. Am J Physiol 1996;271:H1040-8.
134. Lefroy DC, Wharton J, Crake T, Knock GA, Rutherford RAD, Suzuki T, et al. Regional changes in angiotensin II receptor density after experimental myocardial infarction. J Mol Cell Cardiol 1996;28:429-40.
135. Sun Y, Zhang JQ, Zhang J, Ramires FJA. Angiotensin II, transforming growth factor-$\beta_1$ and repair in the infarcted heart. J Mol Cell Cardiol 1998;30:1559-69.
136. Silvestre J-S, Heymes C, Oubénaïssa A, Robert V, Aupetit-Faisant B, Carayon A, et al. Activation of cardiac aldosterone production in rat myocardial infarction. Effect of angiotensin II receptor blockade and role in cardiac fibrosis. Circulation 1999;99:2694-701.
137. Delcayre C, Silvestre JS, Garnier A, Oubénaïssa A, Cailmail S, Tatara E, et al. Cardiac aldosterone production and ventricular remodeling. Kidney Int 2000;57:1346-51.
138. Hayashi M, Tsutamoto T, Wada A, Maeda K, Mabuchi N, Tsutsui T, et al. Relationship between transcardiac extraction of aldosterone and left ventricular remodeling in patients with first acute myocardial infarction: extracting aldosterone through the heart promotes ventricular remodeling after acute myocardial infarction. J Am Coll Cardiol 2001;38:1375-82.
139. Tsutamoto T, Wada A, Maeda K, Mabuchi N, Hayashi M, Tsutsui T, et al. Spironolactone inhibits the transcardiac extraction of aldosterone in patients with congestive heart failure. J Am Coll Cardiol 2000;36:838-44.
140. Van Belle E, Bauters C, Wernert N, Hamon M, McFadden EP, Racadot A, et al. Neointimal thickening after balloon denudation is enhanced by aldosterone and inhibited by spironolactone, and aldosterone antagonist. Cardiovasc Res 1995;29:27-32.
141. Slight SH, Chilakamarri VK, Nasr S, Dhalla AK, Ramires FJA, Sun Y, et al. Inhibition of tissue repair by spironolactone: role of mineralocorticoids in fibrous tissue formation. Mol Cell Biochem 1998;189:47-54.
142. Rocha R, Chander PN, Khanna K, Zuckerman A, Stier CT Jr. Mineralocorticoid blockade reduces vascular injury in stroke-prone hypertensive rats. Hypertension 1998;31:451-8.
143. Ayroldi E, Migliorati G, Bruscoli S, Marchetti C, Zollo O, Cannarile L, et al. Modulation of T-cell activation by the glucocorticoid-induced leucine zipper factor via inhibition of nuclear factor $\kappa$B. Blood 2001;98:743-53.
144. Mittelstadt PR, Ashwell JD. Inhibition of AP-1 by the glucocorticoid-inducible protein GILZ. J Biol Chem 2001;276:29603-10.
145. Pitt B, Remme W, Zannad F, Neaton J, Martinez F, Roniker B, et al-pox. Eplerenone, a selective aldosterone blocker, in patients with left ventricular dysfunction after myocardial infarction. N Engl J Med 2003;348:1309-21.