# EXHIBIT D13

**Oldstone MB, Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri), The Journal of Clinical Endocrinology and Metabolism 1966, 26(12):1366-1369**

# Disturbance of Pituitary-Adrenal Interrelationships in Benign Intracranial Hypertension (Pseudotumor Cerebri)

MICHAEL B. A. OLDSTONE[1]

*Department of Neurology, University of Maryland School of Medicine, Baltimore, Maryland*

**ABSTRACT.** Six patients with benign intracranial hypertension (pseudotumor cerebri) showed a disturbance of pituitary-adrenal interrelationships. All 6 patients when given metyrapone failed to show the expected increase in urinary 17-hydroxycorticosteroids (17-OHCS). When 2 of these 6 patients were given exogenous corticotropin a normal adrenal response was obtained. Three of these patients were also studied during remission of their disease and showed a normal increase in urinary 17-OHCS when given metyrapone. It seems probable that in benign intracranial hypertension there is a defect in the synthesis or release of endogenous corticotropin. (*J Clin Endocr* **26:** 1366, 1966)

BENIGN intracranial hypertension and pseudotumor cerebri are two of the several terms applied to a syndrome of increased intracranial pressure without focal neurologic symptoms or signs, in which the cerebrospinal fluid is of normal composition and the course is relatively benign (1–4). The etiology of this syndrome is not known. The possibility of water-electrolyte imbalance brought about by hormonal disturbances has been suggested by several authors (5–11).

Benign increased intracranial pressure has been reported in patients with Addison's disease (12–14). Similarly, instances of increased intracranial pressure following the administration of corticosteroid drugs have been reported (15). These patients exhibited intracranial hypertension after protracted corticosteroid therapy had been reduced or terminated. In view of the above observations, investigation of adrenal and anterior pituitary function in patients with intracranial hypertension was undertaken.

### Patients and Methods

Six female patients with benign intracranial hypertension were studied on the Neurology Service, at the Clinical Study Center, or both, at University Hospital. All the patients studied demonstrated papilledema and had no evidence of focal neurologic findings. All these patients had normal cerebrospinal fluid examination including protein, cell count and spinal fluid cytology, the only abnormality being the elevation of spinal fluid pressure. Normal ventricular system was demonstrated by air encephalography. Normal bilateral carotid arteriograms including venous phase were obtained.

None of the patients demonstrated clinical evidence of adrenal, ovarian, pituitary, or thyroid disorder. All patients were followed by the author for a minimum of 2 yr with serial clinical examinations. Clinical data are summarized in Table 1.

In 3 of the 6 patients there was an opportunity to study patients during "active" as well as "inactive" state of disease (disappearance of papilledema clinically and a return to normal spinal fluid pressure as demonstrated by at least 2 lumbar punctures).

Anterior pituitary ACTH reserve was tested by use of metyrapone (16, 17). Metyrapone was given orally in a dosage of 500 mg every 4 hr for a total of 6 doses. Excretion of 17-hydroxycorticosteroids (17-OHCS) was measured in 24-hr specimens of urine collected for 2 days immedi-

Received April 18, 1966; accepted August 23, 1966.

This investigation was supported in part by Training Grant NB-5077 from the National Institute of Neurological Diseases and Blindness and by USPHS Research Grant FR33 at the University of Maryland from the General Clinical Research Centers Branch, Division of Research Facilities and Resources, NIH, Bethesda, Maryland.

[1] Formerly Chief Resident in Neurology. *Present address:* Department of Experimental Pathology, Scripps Clinic and Research Foundation, La Jolla, Calif.



The Endocrine Society. Downloaded from press.endocrine.org by [${individualUser.displayName}] on 15 November 2015. at 01:35 For personal use only. No other uses without permission. . All rights reserved.

TABLE 1. Clinical details of patients studied with benign intracranial hypertension

| Case | Age | Race | Weight kg | Height cm | Papill-edema | CSF pressure mm/$H_2O$ | Presenting symptoms |
|---|---|---|---|---|---|---|---|
| MK | 45 | Negro | 71.6 | 168 | + | 500 | Increasing difficulty in visual acuity over last 6 months |
| VS | 36 | White | 103 | 152 | + | 250 | Headache 2 months; nausea and vomiting of 1 day |
| VW | 51 | Negro | 61.3 | 157 | + | 280 | Headache 2 yr; diminishing vision 4 months |
| NP | 30 | White | 111.1 | 155 | + | 230 | Headache 6 months; blurred vision 2 months; diplopia |
| JH | 27 | Negro | 68.3 | 160 | + | 310 | Headache 2 months |
| PR | 22 | Negro | 49 | 165 | + | 290 | Headache 3 months |

ately prior to commencement of the metyrapone, and for 24 hr following the last dose of the drug. Urinary 17-OHCS were measured by the Glenn-Nelson method (18).

The presence of normal adrenal responsiveness to ACTH in 2 of these patients was determined by means of a corticotropin stimulation test, which was done 1 week after the metyrapone test. The test was carried out by giving 20 U of corticotropin subcutaneously every 12 hr for 2 days. Excretion of 17-OHCS was determined in a 24-hr urine control collection and a 24-hr urine collection starting during the time of the last subcutaneous dose. Determinations of urinary creatinine were used to check the accuracy of urine collections. All 6 patients were premenopausal. None were menstruating during urinary collections. Determinations of carbon dioxide combining power, serum sodium, potassium, calcium, phosphorous, 2-hr postprandial sugar, protein-bound iodine and blood urea nitrogen gave normal values.

## Results

Table 2 shows the results of urinary 17-OHCS excretion studies following metyrapone and corticotropin tests. Patients studied during the active stage of benign intracranial hypertension had normal or slightly elevated 17-OHCS. All six patients, however, failed to respond to the metyrapone test. In two of these patients given exogenous corticotropin, a normal response of the adrenal gland was observed. The measurements of normal control 17-OHCS in these patients associated with a normal corticotropin stimulation test suggest that adrenal capacity to secrete steroids or cortisol *per se* is normal.

Fig. 1 shows the results of the metyrapone test in three patients who were studied

TABLE 2. Urinary 17-OHCS excretion tests*

| Case | Urinary 17-OHCS mg/24 hr active disease | | | | | |
|---|---|---|---|---|---|---|
| | Metyrapone test | | | ACTH response | | |
| | Control | | Metyrapone | Control | | |
| | #1 | #2 | | #1 | #2 | † |
| MK | 4.9 | 4.9 | 6.5 | | | |
| VS | 12.1 | 14.8 | 10.5 | | | |
| VW | 4.7 | 4.3 | 5.4 | | | |
| NP | 12.1 | 13.0 | 14.1 | | | |
| JH | 4.3 | 3.9 | 3.5 | 5.0 | 7.0 | 30.8 |
| PR | 5.1 | 4.7 | 6.3 | 4.9 | 5.2 | 22.0 |

* Normal response to metyrapone and to exogenous ACTH in this laboratory is considered to be at least a 2-fold or greater rise in urinary 17-OHCS over control urines.

† Collection starting with the last subcutaneous dose of ACTH gel.

The Endocrine Society. Downloaded from press.endocrine.org by [${individualUser.displayName}] on 15 November 2015. at 01:35 For personal use only. No other uses without permission. . All rights reserved.




FIG. 1. Details of urinary 17-OHCS excretion following the administration of metyrapone in patients followed during the course of benign intracranial hypertension.

during the active and inactive phases of their disease. Initially admitted for evaluation of headache and papilledema, these three patients were noted to have inappropriate response to metyrapone. After hospital discharge clinical follow up was maintained in the University Hospital Neurology Clinic. Serial visual fields and lumbar punctures were done. No medicine other than multivitamins and supplemental iron were given. After a period of nine months (VS), 11 months (JH) and 18 months (NP), disappearance of papilledema was noted. When readmitted to the hospital repeat lumbar puncture indicated normal spinal fluid pressure. A second determination of 24-hour urine 17-OHCS again showed normal control levels. Following the metyrapone test, all three patients now showed a significant rise in 17-OHCS.

## Discussion and Conclusions

It is generally believed that a normal response to metyrapone depends upon its ability to block cortisol synthesis with resultant release of the normal feedback suppression by cortisol on pituitary ACTH release. ACTH then stimulates the adrenal gland to manufacture additional steroids (16, 17). Recent investigations have suggested that the site of action of the feedback suppression is in the central nervous system and operates through the release of corticotropin releasing factor (CRF) from the hypothalamus (19–23). CRF is then presumed to be responsible for the ACTH release by the pituitary. This, then, suggests that a central nervous system mechanism, in addition to the pituitary and the adrenal, must be intact for a normal response to metyrapone.

Abnormal response to the metyrapone test has been reported in diseases of the central nervous system by Oppenheimer *et al.* (24). In this report, three of 14 patients with disorders of the hypothalamus or temporal lobes showed inappropriate metyrapone tests. His patients, as well as the four patients reported by McCarthy *et al.* (25) with inappropriate metyrapone tests following head trauma, showed marked neurologic impairment in the form of changes in level of consciousness or focal neurologic involvement. The interest in reporting our patients with benign intracranial hypertension is that one can study pituitary corticotropin-adrenal function in the same patient who at one stage has CNS disease with increased intracranial pressure, and at another stage is neurologically normal with no evidence of increased intracranial pressure. It is, however, difficult to explain the mechanism of failure to respond to metyrapone in our patients. Perhaps the data are best explained by some damage to the hypothalamic center releasing CRF, or to some higher center, which in turn is responsible

The Endocrine Society. Downloaded from press.endocrine.org by [${individualUser.displayName}] on 15 November 2015. at 01:35 For personal use only. No other uses without permission. . All rights reserved.

for the stimulation of CRF release. Whether the failure to respond to metyrapone, in patients with benign intracranial hypertension, is related to the secondary effect of the generalized brain swelling interfering with the functioning of the "hypothalamic-pituitary-adrenal axis," or whether it represents a clue as to the area or one of the initiating causes of this syndrome is not known.

Failure to respond to metyrapone may also be seen in phenylhydantoin therapy (26), prolonged corticosteroid therapy (17, 27, 28), estrogen administration (29), hyper- and hypothyroidism (17, 30) and cachectic states (31). None of our reported patients were receiving phenylhydantoin, corticosteroid, or estrogen therapy. None were cachectic. There was no clinical or laboratory evidence of thyroid dysfunction.

### Acknowledgments

The author wishes to thank Dr. Erland Nelson, Professor and Head of the Department of Neurology, and Dr. Thomas B. Connor, Head of the Division of Endocrinology and Metabolism and Director of Clinical Study Center, for help and encouragement during this study. Dr. Frank Ganis, Director of Laboratories, Clinical Study Center, provided technical assistance and the use of his laboratory.

### References

1. Dandy, W. E., *Ann Surg* **106:** 492, 1937.
2. Davidoff, L. M., *Neurology* **6:** 605, 1956.
3. Foley, J., *Brain* **78:** 1, 1955.
4. Patterson, R., N. DePasquale, and S. Mann, *Medicine* **40:** 85, 1961.
5. Thomas, W. A., *JAMA* **101:** 1126, 1933.
6. Sahs, A. L., and R. J. Joynt, *Neurology* **6:** 791, 1956.
7. Greer, M., *Neurology* **13:** 670, 1963.
8. ———, *Ibid.*, **14:** 569, 1964.
9. ———, *Ibid.*, p. 663.
10. ———, *Ibid.*, **15:** 382, 1965.
11. McCullagh, E. P., *Cleveland Clin Quart* **8:** 202, 1941.
12. Boudim, G., J. L. Funck-Bretano, and M. Gayno, *Bull Soc Med Hop Paris* **66:** 1736, 1950.
13. Jefferson, A., *J Neurol Neurosurg Psychiat* **19:** 21, 1956.
14. Walsh, F. B., *Arch Ophthal* **47:** 86, 1952.
15. Greer, M., *Neurology* **13:** 439, 1963.
16. Liddle, G. W., D. Island, E. M. Lance, and A. P. Harris, *J Clin Endocr* **18:** 906, 1958.
17. Brownie, A. C., and J. G. Sprunt, *Lancet* **1:** 773, 1962.
18. Glenn, E. N., and D. H. Nelson, *J Clin Endocr* **13:** 911, 1953.
19. McCann, S. M., and A. Fruit, *Proc Soc Exp Biol Med* **96:** 566, 1957.
20. McCann, S. M., and P. Haberland, *Proc Soc Exp Biol Med* **102:** 319, 1959.
21. Vernikos-Danellis, *J Endocr* **75:** 14, 1964.
22. ———, *Ibid.*, **76:** 122, 1965.
23. Fraschini, F., G. Mangilli, M. Motta, and L. Martini, *Endocrinology* **75:** 765, 1964.
24. Oppenheimer, J. H., L. V. Fisher, and J. W. Jailer, *J Clin Endocr* **21:** 1023, 1961.
25. McCarthy, C. E., M. R. Willis, P. M. Keane, K. R. Gough, and A. E. Read, *J Clin Endocr* **24:** 121, 1964.
26. Krieger, K. T., *J Clin Endocr* **22:** 490, 1962.
27. Gold, E. M., V. C. DiRaimondo, and P. H. Forsham, *Metabolism* **9:** 3, 1960.
28. Holub, D. A., J. W. Jailer, J. I. Kitay, and A. G. Frantz, *J Clin Endocr* **19:** 1540, 1959.
29. Mestman, J. H., and D. H. Nelson, *J Clin Invest* **42:** 1529, 1963.
30. Gold, E. M., J. R. Kent, and P. H. Forsham, *Ann Intern Med* **54:** 175, 1961.
31. Liddle, G. W., 1st Int. Congress Endocr., Copenhagen, 1960, p. 351.

The Endocrine Society. Downloaded from press.endocrine.org by [${individualUser.displayName}] on 15 November 2015. at 01:35 For personal use only. No other uses without permission. . All rights reserved.