# EXHIBIT F4

**Salpietro V, et al. Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study. J Pediatr Endocrinol Metab. 2014;27(1-2):107-115**

DE GRUYTER DOI 10.1515/jpem-2013-0156 — J Pediatr Endocr Met 2014; 27(1-2): 107–115

Vincenzo Salpietro*, Kshitij Mankad, Maria Kinali, Ashok Adams, Mariella Valenzise, Gaetano Tortorella, Eloisa Gitto, Agata Polizzi, Valeria Chirico, Francesco Nicita, Emanuele David, Anna Claudia Romeo, Carlo Attilio Squeri, Salvatore Savasta, Gian Luigi Marseglia, Teresa Arrigo, Conrad Earl Johanson and Martino Ruggieri

# Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study

**Abstract**

**Aim:** To unravel the potential idiopathic intracranial hypertension (IIH) endocrine-metabolic comorbidities by studying the natural (and targeted drug-modified) history of disease in children. IIH is a disorder of unclear pathophysiology, characterized by raised intracranial pressure without hydrocephalus or space-occupying lesion coupled with normal cerebrospinal fluid (CSF) composition.

**Methods:** Retrospective study (years 2001–2010) of clinical records and images and prospective follow-up (years 2010–2013) in 15 children (11 girls, 4 boys; aged 5–16 years) diagnosed previously as "IIH", according to the criteria for pediatric IIH proposed by Rangwala, at four university pediatric centers in northern, central, and southern Italy.

**Results:** We identified six potential endocrine-metabolic comorbidities including, weight gain and obesity (n=5), recombinant growth hormone therapy (n=3), obesity and metabolic syndrome (n=1), secondary hyperaldosteronism (n=1), hypervitaminosis A (n=1), and corticosteroid therapy (n=1). Response to etiologically targeted treatments (e.g., spironolactone, octreotide) was documented.

**Conclusions:** IIH is a protean syndrome caused by various potential (risk and) associative factors. Several conditions could influence the pressure regulation of CSF. An endocrine-metabolic altered homeostasis could be suggested in some IIH patients, and in this context, etiologically targeted therapies (spironolactone) should be considered

**Keywords:** aldosterone; childhood obesity; children; idiopathic intracranial hypertension; magnetic resonance imaging; metabolic syndrome; pseudotumor cerebri; spironolactone.

***Corresponding author: Vincenzo Salpietro,** MD, Unit of Genetics and Pediatric Immunology, Department of Pediatrics, University of Messina, Policlinico Universitario "Gaetano Martino", Via Consolare Valeria, 1 98125 Messina, Italy, Phone: +39 090 2213115, Fax: +39 090 2217029, E-mail: salpietroenzo@yahoo.it

**Kshitij Mankad and Ashok Adams:** Great Ormond Street Children's Hospital, London, UK

**Mariella Valenzise, Gaetano Tortorella, Eloisa Gitto, Valeria Chirico, Anna Claudia Romeo and Teresa Arrigo:** Department of Pediatrics, University of Messina, Messina, Italy

**Maria Kinali:** Chelsea and Westminster Hospital, London, UK

**Agata Polizzi:** National Centre for Rare Diseases, Superior Institute of Health, Rome, Italy; and Institute of Neurological Sciences, National Research Council (CNR), Catania, Italy

**Francesco Nicita:** Department of Pediatrics, Child Neurology Division, Sapienza University, Rome, Italy

**Emanuele David:** Department of Radiology, University of Messina, Messina, Italy

**Carlo Attilio Squeri:** Ophthalmology Unit, Department of Experimental Medical Surgical Sciences and Odontostomatology, University of Messina, Messina, Italy

**Salvatore Savasta and Gian Luigi Marseglia:** Department of Pediatrics, University of Pavia, IRCCS San Matteo, Pavia, Italy

**Conrad Earl Johanson:** Department of Neurosurgery, Brown University, Providence, Rhode Island, USA

**Martino Ruggieri:** Department of Educational Sciences, University of Catania, Catania, Italy; and Unit of Neurosurgery, University of Catania, Catania, Italy

## Introduction

Idiopathic intracranial hypertension (IIH) is a syndrome characterized by increased intracranial pressure (ICP) without hydrocephalus or space occupying lesion and with normal CSF composition. It most commonly occurs in young overweight females, and less frequently, can also affect children and men, who may not be overweight. The overall incidence of IIH is estimated to be 0.9 per 100,000 but rises to 19 per 100,000 in overweight women (1). Although IIH is, by definition, idiopathic, a number of systemic diseases (e.g., endocrinopathies, infections, hematological disorders) and risk factors (e.g., pregnancy, drugs, cranial venous outflow abnormalities) are associated with it (1–4).

EXHIBIT
tabbles
Johanson 7

It has been observed in members of the same family presenting in either an autosomal dominant or recessive manner (5). Despite this, the most renowned risk factor for IIH is obesity (1–3), and with the increasing obesity epidemic in the United States and other parts of the world, the incidence and prevalence of IIH is rising (6). Clinically, patients typically present with varying combinations of headache, pulsatile tinnitus and diplopia (7). Children with IIH sometimes present with signs that mimic a posterior fossa lesion, including ataxia, facial palsy, nuchal rigidity, irritability or torticollis (8). Typical symptoms of papilledema include transient visual blurring and/or loss of visual acuity. Papilledema is often identified at the time of presentation but is rarely observed on routine fundoscopic examination in asymptomatic patients (9, 10). Patients with symptomatic intracranial hypertension are also known to present with absence of papilledema (11). In fact, the International Headache Society, state that a patient diagnosed with IIH may have a normal neurologic examination, including absence of papilledema (12). Ophthalmoplegia can also occur in patients with IIH as a result of sixth cranial nerve palsy (4).

Another important diagnostic criterion is the measurement of CSF pressure, and the lumbar CSF opening pressure should be >250 mm of water (if age 8 or older) according to Rangwala Criteria for pediatric IIH (13). While IIH has been widely studied in adults, data describing the etiological features and treatment modalities in the pediatric population are limited. To unravel the potential etiological factors of IIH as well as the efficacy of emerging IIH therapeutic treatments in the pediatric age group we conducted a retrospective and middle term prospective study in four tertiary care centers in southern (Messina and Catania), central (Rome), and northern (Pavia) Italy.

# Subjects, materials and methods

## Retrospective study

We reviewed the medical records of children diagnosed with IIH, according to the pediatric Rangwala criteria and identified through the four involved institutions' databases. IIH was defined as presence of papilledema and elevated opening cerebrospinal fluid pressure (>180 mm $H_2O$ if <8 years and >250 mm $H_2O$ if age 8 or older); normal CSF composition, no evidence of hydrocephalus, vascular or structural central nervous system lesions; and normal mental status. We confirmed diagnosis of IIH in 15 children (11 girls, 4 boys) identified through three involved institutions' databases, made between the years 2001 and 2010. The diagnosis of IIH was suspected but not confirmed in another 8 children because of lack documentation (lumbar puncture was not done in three, papilledema was not found in one, and CSF opening pressure was noted as normal in four). Institutional consent was acquired for this retrospective study and parents of the 15 children provided informed consent to publish the data.

Each patient's chart was reviewed for any mention of endocrine-metabolic potential risk factors for IIH, and also to collect the following clinical information: age, sex, past medical history, presenting symptoms, cranial magnetic resonance (MR) imaging, MR venography results, treatment, and outcomes. At the time of chart review, and the patients' enrolment in the retrospective study, the initial and follow-up evaluation in all patients had consisted: (i) complete general, neurological and ophthalmologic examinations; (ii) lumbar puncture to measure CSF opening pressure; (iii) MR of the head [plus additional cranial computerized tomography (CT) (11 patients) and MR venography (9 patients)]; (iv) extended laboratory analyses, including complete blood count, erythrocyte sedimentation rate, routine biochemical analysis, acute phase reactants, vitamin A and vitamin D levels, aldosterone, serum thyroxine, cortisol, and parathyroid hormone levels (see Table 1).

## Prospective study

The 15 children in the retrospective study once enrolled were moved to a prospective phase of the study from January 2010. The intent of the prospective phase was to document normalization of examination and test findings that were initially abnormal and to study the tendency to relapse in the patients. Between the years 2010 and January 2013, they all underwent the following protocol, including: (i) full general, including growth parameters, neurological and ophthalmologic examinations; (ii) control MR and MR venography of the head; (iii) laboratory analyses, including complete blood count, erythrocyte sedimentation rate, routine biochemical analysis, acute phase reactants, vitamin A and vitamin D levels, aldosterone, serum thyroxine, cortisol, and parathyroid hormone levels to compare these parameters with the recorded data in the original charts.

# Results

The clinical, laboratory, imaging and etiological profiles of our 15 children are summarized in Table 1.

## Patients' presentation and natural history

The mean age at presentation in the 15 patients [11 females (73.3%); 4 males (26.6%)] was 11 years (range=5–16 years). The most common presenting symptom was headache (n=14, 93.3%); additional signs/symptoms for patients presenting with headache were diplopia (n=9, 60%), vomiting (n=6, 40%), visual loss (n=3, 20%), photophobia, torticollis (n=2, 13.3%), and tinnitus (n=2, 13.3%). One child was asymptomatic but routine eye examination showed papilledema. Papilledema was defined by strict criteria (ranging from mild blurring of the disk margins to gross disk swelling with hemorrhages and peri papillary exudates) to differentiate from "pseudo papilledema" and it was

**Table 1** Clinical, management profiles and outcomes of our 15 children.

| Patient/ sex | Age (years) | Etiology | Symptoms | Ophtalmologic findings | Neurologic examination | MRI Findings | CSF pressure | Treatment | Treatment period, follow-up, and complications |
|---|---|---|---|---|---|---|---|---|---|
| 1/F | 8 | GH therapy | Headache, vomiting, diplopia | Papilledema | Normal | Normal | +280 mm $H_2O$ | Acetazolamide 20 mg/kg/day | 9 months No complications |
| 2/M | 13 | GH therapy | Headache, vomiting, diplopia | Papilledema | Normal | enlarged perioptic sub- arachnoid spaces | +350 mm $H_2O$ | Suspension GH therapy | 9 months No complications |
| 3/F | 13 | Obesity | Headache | Papilledema | Normal except for dysmetria | Normal | +340 mm $H_2O$ | Acetazolamide 20 mg/kg/day | 8 months No complications |
| 4/F | 7 | Primary idiopathic intracranial hypertension | Diplopia, visual loss | Papilledema | Normal | Normal | +360 mm $H_2O$ | Acetazolamide 20 mg/kg/day | 6 months No complications |
| 5/F | 14 | Renal congenital hypodysplasia; Secondary Hyperaldosteronism | Headache, vomiting, diplopia, anorexia, tinnitus | Papilledema | Normal | Partial empty sella | +600 mm $H_2O$ | Acetazolamide 20 mg/Kg/day; spironolactone | 7 months Sistemic Hypertension; Amenorrea |
| 6/M | 9 | GH therapy | Headache, photophobia | Papilledema | Normal | Normal | +280 mm $H_2O$ | Acetazolamide 20 mg/kg/day somatostatin 500 µg/day for first 4 weeks, followed by 1000 µg/day for 8 weeks | 4 months No complications |
| 7/F | 15 | Obesity | Headache, diplopia, visual loss | Papilledema | sixth cranial nerve palsy | Normal | +300 mm $H_2O$ | Acetazolamide 15 mg/kg/day | 9 months No complications |
| 8/F | 8 | Primary idiopathic intracranial hypertension | Headache, vomiting, dizziness | Papilledema | sixth cranial nerve palsy | Normal | +320 mm $H_2O$ | Acetazolamide 20 mg/kg/day | 8 months No complications |
| 9/M | 9 | Obesity | Headache, diplopia, vomiting | Papilledema | Motor incoordination at lower limbs, weakness | Normal | +420 mm $H_2O$ | Acetazolamide, folic acid, repeated lumbar punctures | 6 months No complications |
| 10/F | 8 | Primary idiopathic intracranial hypertension | Headache, tinnitus | Papilledema | Normal | Normal | +270 mm $H_2O$ | Acetazolamide 20 mg/kg/day, repeated lumbar punctures | 12 months No complications |

(**Table 1** Continued)

| Patient/ sex | Age (years) | Etiology | Symptoms | Ophtalmologic findings | Neurologic examination | MRI Findings | CSF pressure | Treatment | Treatment period, follow-up, and complications |
|---|---|---|---|---|---|---|---|---|---|
| 11/F | 15 | Obesity | Headache, nuchal rigidity, irritability | Papilledema | sixth cranial nerve palsy | Normal | +320 mm $H_2O$ | Repeated lumbar punctures | 6 months Reduced ocular motility (left eye) |
| 12/F | 16 | Chronic steroid therapy | Headache, vomiting, diplopia | Papilledema | Normal | Normal | +260 mm $H_2O$ | Suspension steroid therapy; acetazolamide 20 mg/Kg day | 6 months No complications |
| 13/F | 5 | Hypervitaminosis A | Headache, diplopia, visual loss | Papilledema | Normal | Normal | +300 mm $H_2O$ | Suspension vitamine A assumption; repeated lumbar punctures, Acetazolamide 20 mg/kg/day | 5 months No complications |
| 14/F | 13 | Obesity | Headache | Papilledema | Normal | Normal | +280 mm $H_2O$ | Acetazolamide 20 mg/kg/day | 9 months No complications |
| 15/M | 12 | Obesity and metabolic syndrome | Headache, diplopia, torticollis | Papilledema | Normal | Normal | +330 mm $H_2O$ | Acetazolamide (15 mg/kg) and repeated lumbar punctures for 1 week; spironolactone (75 mg/day) | 6 months No complications |

MRI, magnetic resonance imaging; CSF, cerebrospinal fluid; M, male; F, female; GH, growth hormone.

observed in all patients (100%). A unilateral paralysis of the sixth cranial nerve was detected in four patients [26.6%].

## Laboratory findings

The mean CSF opening pressure was 336 (range 260–600 mm water).

## Imaging findings

Cranial CT scan was negative in all patients. Cranial MR images were documented as normal in eight patients (72.7% of 11 underwent cranial MR) and showed enlarged perioptic and subarachnoid spaces in one patient (patient 2) and partial empty sella in another patient (patient 5).

## Etiologies

A potential comorbidity was found in 12 patients (80%) including: (i) obesity (n=5); (ii) recombinant growth hormone (r-GH) therapy (n=3); (iii) obesity and metabolic syndrome (n=1); (iv) tubular dysfunction associated with secondary hyperaldosteronism (n=1); (v) hypervitaminosis A (n=1); (vi) chronic steroid therapy (n=1). Obesity was defined as a BMI>85% for age and sex. Etiology of IIH could not be identified in 3 patients (20%).

## Treatments

Acetazolamide (20 mg/kg/day; maximum dose 2 g/day) was initially used in 13 patients (86.6%), but was unable to control symptoms of IIH in 5 patients (38.4%). Other therapies used to control IIH symptoms included spironolactone (n=2; patient 5), octreotide (n=1; patient 6), cessation of r-GH therapy (n=1; patient 2), reduction of body weight (in the six overweight patients), repeat lumbar punctures (n=5; patients 9, 10, 11, 13, and 15). None of the 15 patients required ventriculo peritoneal shunts.

## Follow-up

The mean duration of medical treatment was 7 months (range 1–12 months). All patients, during the years preceding the prospective study (i.e., 2001–2010), had undergone follow-up (range 18 months–4 years). All underwent prospective follow-up during the second phase of the study (i.e., years 2011–2013), and were evaluated by ophthalmologists and pediatricians at 6 weeks, including a neurological evaluation, a periodic ophthalmoscopy, and a control MR and MR venography of the head as part of their planned program.

## Outcome

None of the patients reported recurrence of symptoms at the end of treatment and the visual acuity was normal in all patients at the end of the follow-up period. In one patient (patient 11), note was made of reduced ocular motility (left eye) after the follow-up period.

# Discussion

The present series analyzed recorded charts, images and therapies of 15 Italian children with IIH diagnosed according to the pediatric Rangwala criteria and followed-up over a period spanning 10 years, who were later prospectively enrolled for two additional years up to January 2013. Various comorbidities and/or pathogenic risk factors have been proposed for the etiology of IIH, including endocrine/metabolic abnormalities, drugs administration, infections, systemic diseases (1–4, 14–18), however, the exact pathogenic mechanism has yet to be fully elucidated. The treatment goals of IIH are relief of symptoms by normalizing CSF pressure and the prevention of loss of vision. Acetazolamide was the historical first line of treatment (7, 15) but many questions currently remain regarding its effectiveness (19).

One of the present patients (patient 5) was a female adolescent with tubular dysfunction and secondary hyperaldosteronism [upright aldosterone (8.30 a.m.): 28 ng/dL; supine (8.45 a.m.): 17 ng/dL] previously partially reported by some of us (20). She was initially treated with acetazolamide, but the treatment was poorly tolerated, therefore, it was discontinued after 1 week and was replaced with spironolactone (25 mg/day) (i.e., an aldosterone receptor antagonist), coupled with calcium and magnesium replacement therapy. This resulted in good (and stable) control of clinical symptoms of IIH with no side effects. The efficacy of spironolactone in this girl could be explained by the proposed pathogenic mechanism, which couples aldosterone increase in plasma with increased CSF pressure. The disturbance in CSF formation and electrolyte composition are mediated by aldosterone, which exerts its biologic actions on epithelial cells of choroid plexus (CP), rich of mineral corticoid

receptor (MR), by enhancing the activity and number of Na/K ATPase pumps in their apical membrane. This, in turn, actively contribute to the secretion of sodium ions into the cerebral ventricle creating an osmotic gradient that drives CSF secretion (see Figure 1) (20–22).

Recombinant growth hormone treatment led to IIH in 2 children of the present series (patients 1, 2, and 6). Similar findings have been reported so far in 22 children who received r-GH for a variety of indications (23). That could be explained by a proposed mechanism of action inferring that GH passes the blood-brain barrier, acting locally to increase IGF-1 levels, which subsequently increase CSF production from the CP (24). We suggest additionally that an alternative explanation could be that recombinant GH treatment results in increased plasma renin activity and plasma aldosterone levels (25), in turn, leading to development of IIH (17).

Octreotide, a synthetic analogue of somatostatin, has been proposed with some benefits as a potential therapeutic agent in patients suffering of IIH (26). It is a potent inhibitor of GH and such effect is mediated by somatostatin receptors that have been detected in human CP and arachnoid villi. This led to the hypothesis that they might be related to CSF production (Figure 1) (27). The most renowned etiology of IIH is obesity, whose pathophysiological mechanism is still unknown. It has been suggested that pressure effects of centrally distributed adiposity elevates indirectly intracranial pressure (28); such hypothesis, however, does not explain why, despite ubiquitous elevation of intra-abdominal pressure




**Figure 1** Putative effects of neuroendocrine interactions on cerebrospinal fluid (CSF) secretion in the choroid plexus (CP) epithelium. The figure shows the CP epithelium and illustrates the proposed regulation of CSF secretion by several neuroendocrine interactions. Aldosterone can stimulate mineralcorticoid receptor (MR); spironolactone can antagonize MR activation. Nucleus MR can activate mineralocorticoid responsive elements that stimulate synthesis from DNA of Na+/K+ ATPase pumps. Active sodium secretion by the Na/K ATPase at the apical CP membrane lead to movement of sodium ions into the cerebral ventricle and this could create an osmotic gradient to drive CSF secretion. Ouabain can inhibit activation and increased number of Na+/K+ ATPase pumps. The enzyme 11β-HSD1 is highly abundant in the CP, in which its oxidoreductase activity converts inactive cortisone to cortisol, which can activate the MR with high affinity. In addition, progesterone can activate MR with a similar affinity to aldosterone and cortisol. All-trans retinoic acid, interacting with DNA, can activate neurosteroidogenesis and de novo synthesis of steroids. Acetazolamide reduce the rate of CSF production influencing the sodium movements at the baso-lateral membrane of CP epithelium. Somatostatin receptors (SSRs) have been detected in human choroid plexuses and arachnoid villi leading to the hypothesis that they might be related to cerebrospinal fluid production and absorption, octreotide could reduce intracranial pressure by interfering with the SSRs, but the mechanism is still unclear.

in overweight patients, only a small percentage of these develop IIH (29). There is also an alternative and emerging perspective, which correlates obesity and IIH by involving adipokines, cytokines and growth factors predominantly secreted by adipocytes (30, 31). Interestingly, the interaction of adipose tissue and adrenal cortex acts as a positive servo regulatory relationship, whereby fat increases aldosterone and cortisol production (through mineralocorticoid releasing factors secreted by adipocytes), and increased mineralocorticoid activity in the obese population may be the common link between obesity, hypertension, dyslipidemia and insulin resistance, features that make up the metabolic syndrome (32, 33). In this context, MR blockade (spironolactone) has also been shown to reverse obesity-related increases in the pro-inflammatory adipokines (34).

In the present series we prospectively enrolled a 12-year-old boy (patient 15) with an incipient metabolic syndrome (MS), with obesity (BMI>95th), impaired glucose tolerance and systolic pressure that exceeded the 95th percentile for age and sex (according to the Weiss criteria for MS) (35) and hyperaldosteronism [upright aldosterone (8.30 a.m.): 32 ng/dL; supine (8.45 a.m.): 21 ng/dL]. He developed headache, diplopia and sixth cranial nerve palsy. This child was initially treated with acetazolamide (15 mg/kg/day) with repeated lumbar punctures for the first week by admission. Subsequently at the relapse of symptoms, he switched to spironolactone (75 mg/day) therapy with remission of headache and visual disturbances, good control of symptoms in the follow-up period, and reversion of papilledema. MS should be evaluated in the obese population with IIH, also for the likely pathogenic link related to hyperaldosteronism and low grade chronic inflammation, through the recent perspectives (17, 30–35). Interestingly, extreme childhood obesity has been recently correlated to the risk of developing pediatric IIH and to the severity of symptoms, especially in post-pubertal females (36).

In the present series we noted that all the five obese children moved to moderate and severe obesity (from a condition of mild overweight to a BMI>85th and 95th) during the 18 months before the onset of headache and visual disturbances, suggesting an additional role for weight gain and the timing and duration of obesity (and not obesity per se) in IIH (37). Also, hypercortisolism can rarely lead to IIH as occurred in patient 12, a girl affected by Crohn's disease, who had received oral corticosteroid therapy (budesonide 10 mg/day) over 9 weeks. There is a putative mechanism for the effects of corticosteroids on CSF production. The enzyme 11β-hydroxysteroid dehydrogenase type 1 (11β-HSD1) is highly expressed in the epithelium of the CP and its main activity is the reduction of inactive cortisone to cortisol (the latter can activate MR of the CP with a degree of affinity similar to aldosterone) (see Figure 1) (17, 38); therefore 11β-HSD1 expression possibly influences cortisol levels in the CSF (39). Aberrant 11β- HSD1 activity may have a critical role in ICP regulation as glucocorticoid concentrations in the epithelial cells of the CP may be several orders of magnitude greater than aldosterone, which in turn, via its action on the MR receptor (Figure 1) could lead to IIH (32, 33, 40).

Hypervitaminosis A was the putative cause of IIH in patient 13 of the present series, a child who had received oral retinoids (isotretinoin 20 mg/day over 6 weeks) for a congenital ichthyosis. Recent studies focused on the role of retinoic acids during steroidogenesis, demonstrating that all-trans-retinoic acid activates the expression of neurosteroid biosynthesis genes, such as cytochrome P450scc (CYP11A1) gene and the steroidogenic acute regulatory protein (StAR) (Figure 1) (41). Among the overall complications induced by vitamin A intoxication, one could consider the risk of developing IIH, which could be related to an up-regulation of the secretion of neurosteroids, which in turn could overload the MR in the CP.

In conclusion, IIH is a controversial and heterogeneous neurological disorder of diverse pathogeneses. In the present IIH series, based on clinical, laboratory and imaging grounds, on natural (and drug-modified) history of disease, and on effective responses to unconventional therapies (e.g., spironolactone, octreotide), we could unravel several endocrine-metabolic comorbid conditions associated to IIH, specifically related to the underlying disease. We could identify a unifying pathogenic mechanism likely responsible for most if not all forms of IIH correlated to some endocrine-metabolic dysfunctions, demonstrating that IIH in children may be the result of risk factors acting on a yet unknown predisposition. Therefore, we suggest the use of these (etiologically targeted) drugs in cases where a likely etiological factor has been recognized (e.g., hyperaldosteronism, r-GH therapy), which could change the overall outcomes at this young age.

**Acknowledgments:** We gratefully acknowledge Vincenza Lo Re, for assistance in the preparation of the figure and for her precious suggestions during the preparation of the manuscript.

**Conflict of interest statement:** The authors have no relevant conflict of interest to disclose.

Received April 21, 2013; accepted August 6, 2013; previously published online September 11, 2013

## References

1. Radhakrishnan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumour cerebri): descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol 1993;50:78–80.
2. Hacifazlioglu Eldes N, Yilmaz Y. Pseudotumour cerebri in children: etiological, clinical features and treatment modalities. Eur J Paediatr Neurol 2012;16:349–55.
3. Per H, Canpolat M, Gümüş H, Poyrazoğlu HG, Yıkılmaz A, et al. Clinical spectrum of the pseudotumor cerebri in children: etiological, clinical features, treatment and prognosis. Brain Dev 2013;35:561–8.
4. Distelmaier F, Sengler U, Messing-Juenger M, Assmann B, Mayatepek E, et al. Pseudotumor cerebri as an important differential diagnosis of papilledema in children. Brain Dev 2006;28:190–5.
5. Shapiro I, Shapiro SK. Familial pseudotumor cerebri and the empty sella syndrome. Ann Ophthalmol 1980;12:1045–8.
6. Curry WT Jr, Butler WE, Barker FG II. Rapidly rising incidence of cerebrospinal fluid shunting procedures for idiopathic intracranial hypertension in the United States, 1988–2002. Neurosurgery 2005;57:97–108.
7. Wall M, George D. Idiopathic intracranial hypertension. A prospective study of 50 patients. Brain 1991;114:155–80.
8. Lessell S. Pediatric pseudotumor cerebri (idiopathic intracranial hypertension). Surv Ophthalmol 1992;37:155–66
9. Wang SJ, Silberstein SD, Patterson S, Young WB. Idiopathic intracranial hypertension without papilledema. A case-control study in a headache center. Neurology 1998;51:245–49.
10. Lipton HL, Michelson PE. Pseudotumor cerebri syndrome without papilledema. J Am Med Assoc 1972;220:1591–2.
11. Rush JA. Pseudotumor cerebri: clinical profile and visual outcome in 63 patients. Mayo Clin Proc 1980;55:541–6.
12. Headache Classification Subcommittee of the International Headache Society. The international classification of headache disorders, 2nd ed. Cephalalgia 2004;24(Suppl 1):9–160.
13. Rangwala LM, Liu GT. Pediatric idiopathic intracranial hypertension. Surv Ophthalmol 2007;52:597–617.
14. Phillips PH. Pediatric pseudotumor cerebri. Int Ophthalmol Clin 2012;52:51–9.
15. Traviesa DC, Schwartzman RJ, Glaser JS, Savino P. Familial benign intracranial hypertension. J Neurol Neurosurg Psychiatry 1976;39:420–3.
16. Malm J, Kristensen B, Markgren P, Ekstedt J. CSF hydrodynamics in idiopathic intracranial hypertension: a long-term study. Neurology 1992;42:851–8.
17. Salpietro V, Polizzi A, Bertè LF, Chimenz R, Chirico V, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. Neuro Endocrinol Lett 2012;33:569–73.
18. Weig SG. Asymptomatic idiopathic intracranial hypertension in young children. J Child Neurol 2002;17:239–41.
19. Biousse V, Bruce BB, Newman NJ. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 2012;83:488–94.
20. Salpietro V, Ruggieri M, Sancetta F, Colavita L, D'Angelo G, et al. New insights on the relationship between pseudotumor cerebri and secondary hyperaldosteronism in children. J Hypertens 2012;30:629–30.
21. Weber KT. Aldosteronism revisited: perspectives on less well recognized actions of aldosterone. J Lab Clin Med 2003; 142:71–82.
22. Khan MU, Khalid H, Salpietro V, Weber KT. Idiopathic intracranial hypertension associated with either primary or secondary aldosteronism. Am J Med Sci 2012 [Epub ahead of print].
23. Malozowski S, Tanner LA, Wysowski D, Fleming GA. Growth hormone, insulin like growth factor 1, and benign intracranial hypertension. N Engl J Med 1993;329:665–6.
24. Johansson JO, Larson G, Andersson M, Elmgren A, Hynsjo L, et al. Treatment of growth hormone-deficient adults with recombinant human growth hormone increases the concentration of growth hormone in the cerebrospinal fluid and affects neurotransmitters. Neuroendocrinology 1995;61:57–66.
25. Ho KY, Weissberger AJ. The antinatriuretic action of biosynthetic human growth hormone in man involves activation of the renin-angiotensin system. Metabolism 1990;39:133–7.
26. Panagopoulos GN, Deftereos SN, Tagaris GA, Gryllia M, Kounadi T, et al. Octreotide: a therapeutic option for idiopathic intracranial hypertension. Neurol Neurophysiol Neurosci 2007:1.
27. Katz SE, Klisovic DD, O'Dorisio MS, Lynch R, Lubow M. Expression of somatostatin receptors 1 and 2 in human choroid plexus and arachnoid granulations: implications for idiopathic intracranial hypertension. Arch Ophthalmol 2002;120:1540–3.
28. Sugerman H, Windsor A, Bessos M, Wolfe L. Intra-abdominal pressure, sagittal abdominal diameter and obesity comorbidity. J Intern Med 1997;241:71–9.
29. Whiteley W, Al-Shahi R, Warlow CP, Zeidler M, Lueck CJ. CSF opening pressure: reference interval and the effect of body mass index. Neurology 2006;67:1690–1.
30. Sinclair AJ, Ball AK, Burdon MA, Clarke CE, Stewart PM, et al. Exploring the pathogenesis of IIH: an inflammatory perspective. J Neuroimmunol 2008;201–202:212–20.
31. Lampl Y, Eshel Y, Kessler A, Fux A, Gilad R, et al. Serum leptin level in women with idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 2002;72:642–3.
32. Whaley-Connell A, Johnson MS, Sowers JR. Aldosterone: role in the cardiometabolic syndrome and resistant hypertension. Prog Cardiovasc Dis 2010;52:401–9.
33. Ehrhart-Bornstein M, Lamounier-Zepter V, Schraven A, Langenbach J, Willenberg HS, et al. Human adipocytes secrete mineralocorticoid-releasing factors. Proc Natl Acad Sci USA 2003;100:14211–6.
34. Guo C, Ricchiuti V, Lian BQ, Yao TM, Coutinho P, et al. Mineralocorticoid receptor blockade reverses obesity-related changes in expression of adiponectin, peroxisome proliferator-activated receptor-gamma, and proinflammatory adipokines. Circulation 2008;117:2253–61.
35. Weiss R, Dziura J, Burgert TS, Tamborlane WV, Taksali SE, et al. Obesity and the metabolic syndrome in children and adolescent. N Engl J Med 2004;350:2362–74.
36. Brara SM, Koebnick C, Porter AH, Langer-Gould A. Pediatric idiopathic intracranial hypertension and extreme childhood obesity. J Pediatr 2012;161:602–7.

37. Salpietro V, Chimenz R, Arrigo T, Ruggieri M. Pediatric idiopathic intracranial hypertension and extreme childhood obesity: a role of weight gain. J Pediatr 2013;162:1084.
38. Zada G, Tirosh A, Kaiser UB, Laws ER, Woodmansee WW. Cushing's disease and idiopathic intracranial hypertension: case report and review of underlying pathophysiological mechanisms J Clin Endocrinol Metab 2010;95:4850–4.
39. Sinclair AJ, Onyimba CU, Khosla P, Vijapurapu N, Tomlinson JW, et al. Corticosteroids, 11beta-hydroxysteroid dehydrogenase isozymes and the rabbit choroid plexus. J Neuroendocrinol 2007;19:614–20.
40. Sowers JR, Whaley-Connell A, Epstein M. The emerging clinical implications of the role of aldosterone in the metabolic syndrome and resistant hypertension. Ann Intern Med 2009;150:776–83.
41. Kushida A, Tamura H. Retinoic acids induce neurosteroid biosynthesis in human glial GI-1 cells via the induction of steroidogenic genes. J Biochem 2009;146:917–23.