# EXHIBIT H

## Feb. 8, 2018 Deposition of William Jusko, Ph.D.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | | |
|---|---|---|
| IN RE: | ) | Case No, |
| MIRENA IUS LEVONORGESTREL- | ) | 17-MD-2767 (PAE) |
| RELATED PRODUCTS LIABILITY | ) | 17-MC-2767 (PAE) |
| LITIGATION (NO. II) | ) | |
| | ) | |
| This Document Relates to | ) | |
| All Actions | ) | |

------------------------------x

VIDEOTAPED DEPOSITION OF WILLIAM J. JUSKO, Ph.D.

WASHINGTON, D.C.

THURSDAY, FEBRUARY 8, 2018

9:12 A.M.

Job No.: 39484

Reported by: Leslie A. Todd

* * * * *

wanted to confuse the issue by reciting every possible literature article that he could come up with.

BY MS. NATALE:

Q Sure. Do you understand that Dr. Johanson is a world renowned expert in cerebrospinal fluid production and fluid transport dynamics?

A I'll admit to that.

Q Okay. All right. Thank you for that.

So --

A But he doesn't do much pharmacology.

Q Sure. Fair enough.

Did you -- okay. I believe you said as a second part of basically -- so here's what I was trying to get at. I thought you explained that he said there might be a role for testosterone, and then because LNG binds to a modest degree, I think you said, to the -- I want to find exactly what you said, so I didn't mean to confuse anything.

You said, Because LNG binds to the androgen receptors to a modest degree, then maybe LNG could do this too.

Did I read that correctly?

A Well, that's -- that's the thesis being posed why one can connect LNG and testosterone.

Q Okay. Do you believe that levonorgestrel binds to the androgen receptors to a modest degree?

MS. MANGRUM: Object to form.

THE WITNESS: It does to some degree. I would have to look back at the numbers.

BY MS. NATALE:

Q Sure. Do you have any idea what the relative binding affinity of levonorgestrel is to the androgen receptors relative to, say, DHT?

MS. MANGRUM: Object to form.

THE WITNESS: I could look at one of those summary tables, but I --

BY MS. NATALE:

Q Sure.

A -- I've seen so many numbers.

Q Fair enough. And I don't intend to -- I don't mean to confuse the issue.

Do you have any reason to dispute Dr. Darney's -- you read a report by Dr. Darney in this litigation, correct?

A Yes.

Q Okay. And do you have any reason to dispute Dr. Darney's citation to literature stating that levonorgestrel is the most highly androgenic of all the synthetic progestins?

MS. MANGRUM: Object to form.

THE WITNESS: I don't recall him saying that. It's been a while since I read his --

BY MS. NATALE:

Q Okay. Do you have any reason to dispute that levonorgestrel is the most androgenic of all the synthetic progestins?

MS. MANGRUM: Object to form.

THE WITNESS: I'm not sure that's true, but I don't recall.

BY MS. NATALE:

Q Okay. Do you have any -- okay. All right. Let's see.

So then another part of -- strike that.

There were some materials in your -- strike that.

Let's go to page -- in your Exhibit 2, in your report, let's go to page 11.

Okay. In that same full paragraph we were looking at, you state -- it's the third