# Exhibit A

archives

AMERICAN ACADEMY™ OF OPHTHALMOLOGY

ARCHIVES

**PA049 — 2017**

## A Population-Based Case-Control Study Re-evaluating the Association between Oral Contraceptive Use and Intracranial Hypertension

*Neuro-Ophthalmology*

Presented on Monday, November 13, 2017 2:00 PM

**Author(s):** Khin Kilgore, MD; Michael S Lee MD; Jacqueline A Leavitt MD; Ryan Frank, MS; David O Hodge MS; Collin M McClelland MD; John J Chen, MD, PHD;

**Purpose** To determine if the use of oral contraceptives pills (OCP) is associated with a higher incidence of idiopathic intracranial hypertension (IIH). **Methods** All newly diagnosed cases of IIH from Jan. 1990 to Dec. 2014 were identified using a record-linkage system. The rate of OCP use in female patients with IIH between 15 and 45 years of age was then compared to control patients, which included 2 sex- and age-matched patients for each IIH patient. **Results** There were 53 women diagnosed with IIH between 15 and 45 years of age, 22 of whom (41.5%) had used OCP on or prior to the date of IIH diagnosis. Among the control patients, 56 out of 106 (52.8%) had used OCP on or prior to the dates of diagnosis in the corresponding IIH patients. The odds ratio (OR) of OCP use and IIH was 0.55 (ref no OCP use; 95% CI, 0.25-1.18; *P*-value = .125). With multivariate analysis including BMI, the OR was 0.67 (95% CI, 0.26-1.76; *P*-value = .415). **Conclusion** OCP use was not significantly associated with a higher incidence of IIH

**Disclosure: Khin Kilgore, MD:** None;

APPRISOR™ **(http://www.scientificposters.com)**

© 2018 Digital Acumen, Inc. — Content © 2018 The American Academy of Ophthalmology, All rights reserved.