**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)**

**17-MD-2767 (PAE)**
**17-MC-2767 (PAE)**

***This Document Relates To All Actions***

**INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO EXCLUDE GENERAL CAUSATION EXPERT TESTIMONY OF NANCY J. NEWMAN, MD**

| | |
|---|---|
| **Exhibit A** | Deposition of Nancy J. Newman, M.D., February 8, 2018 |
| **Exhibit B** | Friedman, DL. Papilledema. In Walsh and Hoyt's Clinical Neuro-Ophthalmology. (chapter 5 p.237-281) Lippincott Williams & /Wilkins, Philadelphia |
| **Exhibit C** | Friedman, DL et al. Doxycycline and intracranial hypertension. Neurology 2004; 62:22979-9. |
| **Exhibit D** | Friedman, DL. Medication-induced intracranial hypertension in dermatology. Am J Clin Dermatol 2005: 6(1):29-37. |
| **Exhibit E** | Friedman, DL. Idiopathic intracranial hypertension. Current Pain and Headache Reports 2007; 11:62-8 |
| **Exhibit F** | Bruce BB, Biousse V, Newman NJ. Update on Idiopathic intracranial hypertension. Am J Ophthalmol 152:163-169, 2011. |
| **Exhibit G** | Biousse V, Bruce BB, Newman NJ. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 83:488-494, 2012. |
| **Exhibit H** | Various correspondence from Dr. Newman regarding her time and billing for working on the Mirena litigation. |
| **Exhibit I** | "Source 12" Documents produced by Defendants in this litigation, bates stamped MIR_IIH_AE_Source12_00000001 to -43. |
| **Exhibit J** | Deposition of Nancy J. Newman, March 10, 2009 in *Weilbrenner v. Teva Pharmaceuticals* |

**Exhibit K** Export Report of Nancy J. Newman, M.D. January 18, 2018

Dated: March 2, 2018

Respectfully submitted,

*/s/ Lawrence L. Jones II*
Lawrence L. Jones II
Jones Ward PLC
*Co-Lead Counsel for Plaintiffs*

Martin D. Crump
Davis & Crump PC
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
*Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed via the ECF/CM system with the Clerk of the Court, which will have sent notice to all attorneys of record in this matter on March 2, 2018.

/s/ *Lawrence L. Jones II*
Lawrence L. Jones