# EXHIBIT B

CHAPTER 5

# Papilledema

*Deborah I. Friedman*


TERMINOLOGY
MEASUREMENTS OF INTRACRANIAL PRESSURE
OPHTHALMOSCOPIC APPEARANCE
- Stages of Papilledema
- Other Signs of Papilledema
- Chronic Papilledema
- Postpapilledema Atrophy
- Unilateral or Asymmetric Papilledema

DIAGNOSIS
- Differential Diagnosis

COURSE
- Visual Prognosis
- Papilledema and Age

PATHOLOGY
- Pathogenesis

SYMPTOMS AND SIGNS
- Nonvisual Manifestations
- Visual Manifestations

ETIOLOGY
- General Considerations
- Conditions Associated with Papilledema

PSEUDOTUMOR CEREBRI (IDIOPATHIC INTRACRANIAL HYPERTENSION)
- Definition
- Epidemiology
- Diagnosis
- Secondary Causes
- Complications
- Pathophysiology
- Monitoring
- Treatment
- Special Circumstances

REFERENCES


## TERMINOLOGY

Papilledema is one of the most alarming signs in clinical medicine. Papilledema specifically refers to swelling of the optic disc resulting from increased intracranial pressure (ICP). The term ''papilledema'' is often loosely applied to any type of swelling of the optic disc regardless of the etiology (1). Although the literal interpretation of ''papilledema'' encompasses optic nerve head swelling from any cause, the term has evolved to connote a particular, ingrained meaning to ophthalmologists, neurologists, and neurosurgeons. Therefore, other forms of disc swelling caused by local or systemic processes should be designated in general terms as ''optic disc edema'' and referenced to the presumed etiology (i.e., anterior ischemic optic neuropathy, optic nerve meningioma, etc.).

Confusion in the English terminology dates back to the 1800s, when Hughlings Jackson and others of his time called all cases of optic disc swelling ''optic neuritis,'' even though they were aware that not all cases of ''optic neuritis'' were inflammatory (2). Although Parsons first used the term ''papilledema'' in 1908 to refer to optic disc swelling associated with increased ICP, few authors followed his lead (3). For instance, Foster Kennedy's classic monograph regarding frontal lobe tumors that cause optic atrophy in one eye from compression by the tumor and optic disc swelling in the other from increased ICP is entitled ''Retrobulbar neuritis as an exact diagnostic sign of certain tumors and abscesses in the frontal lobe'' (4).

The first detailed morphologic studies of optic disc swelling performed in 1911 provided definitive descriptions of the noninflammatory ''passive edema'' associated with normal visual acuity that was encountered in patients with increased ICP (5). The term ''papilledema'' distinguished these cases from those with ''optic neuritis,'' the optic disc swelling associated with visual loss and presumably caused by local or systemic inflammation. Other nomenclature has been used over time, including ''noninflammatory papilledema'' for optic disc swelling from increased ICP, ocular hypotony, orbital masses, and ischemia, as well as ''inflammatory papilledema'' for optic disc swelling from demyelination, infection, and inflamma-



EXHIBIT
tabbies
10
Newman 2/8/18

tion. These obsolete terms are not clinically useful. When reviewing the medical literature one should be aware that there is a tendency for some authors to call all cases of optic disc swelling, regardless of the etiology, papilledema, and for others to diagnose papilledema on insufficient grounds. In this chapter, the term "papilledema" refers to optic disc swelling associated with and caused by *proven* increased ICP.

## MEASUREMENTS OF INTRACRANIAL PRESSURE

Normal cerebrospinal fluid (CSF) pressure in adults, measured by lumbar puncture with the patient in the lateral decubitus position, varies between 80 and 200 mm of water. Contrary to popular belief, CSF pressure is not dependent on weight or height (6) (Figure 5.1), although pressure readings may be spuriously elevated when the patient coughs, strains, or holds his or her breath during the procedure. Measurements between 201 and 249 mm water are not diagnostic and those greater than 250 mm water are elevated. Normal values have not been well established in children but are generally accepted to be 200 mm water or less. Additionally, ICP in normal persons and in patients with increased ICP can vary widely from one moment to the next (Fig. 5.2). Adson and Lillie (7) introduced a needle into the lateral ventricle of a patient with a glioma of the frontal lobe and made continuous readings of the ICP at hourly intervals for 4 days and recorded variations in pressure that ranged from 130 to 980 mm of water! Fifty years later, Gucer and Viernstein (8) implanted a small epidural pressure sensor in four patients with pseudotumor cerebri (PTC) and continuously monitored the patients before and after medical and surgical treatment. ICP before treatment showed irregular variations ranging from 50 to 500 mm of water over a 24-hour period. Their findings support the claim of Ford and Murphy in 1939 that "one determination of intracranial pressure in a case of disease of the central nervous system (CNS) is no more instructive than one determination of a patient's temperature during the course of a fever" (9).

In addition to situational and and temporal variations in ICP, one must be aware of other factors in the assessment of ICP. Lumbar CSF pressure is often lower than the true ICP in patients with infratentorial tumors that block communication between the ventricular system and the spinal subarachnoid space (10). However, papilledema is occasionally found with low intrathecal pressure, regardless of the tumor location (11,12).

Lumbar puncture (LP) is generally a safe procedure, but in certain situations it carries significant risk. Except under extraordinary circumstances, a neuroimaging study (computed tomography or magnetic resonance imaging) should always be performed prior to the LP to make sure there is no mass effect in the brain. Removal of fluid from the spinal canal may allow the compressed brain to shift downward and to impact at the tentorial incisura or the foramen magnum, often with fatal results. LP occasionally induces an acquired Chiari malformation that may be reversible (13,14). Post-LP headaches may occur in up to 40% of patients after a lumbar tap. The symptoms of having low CSF pressure mimic those of increased ICP with visual disturbances and diplopia from VI, III, or IV nerve paresis (15). Despite the devastating consequences of brain herniation, the incidence is actually quite low, even when a mass lesion is present. A large series of diagnostic LP in 129 patients with unequivocal papilledema or intracranial hypertension from a variety




**Figure 5.1.** Range of normal cerebrospinal fluid pressure in nonobese and obese adults. Note that normal intracranial pressure does not exceed 250 mm of water. (From Corbett JJ, Mehta MP. Cerebrospinal fluid pressure in normal obese subjects and patients with pseudotumor cerebri. Neurology 1983;33:1386-1388. )




**Figure 5.2.** Intracranial pressure (ICP) recorded by epidural sensor over 24 hours. The intracranial pressure shows great variability ranging from 50 to 400 mm of water. (Redrawn from Gucer G, Viernstein L. Long-term intracranial pressure recording in the management of pseudotumor cerebri. J Neurosurg 1978;49:256-263.)

of causes had only one complication (16). A review by the same authors of 418 additional cases of papilledema from mass lesions and increased ICP verified by lumbar puncture found only five complications (1.2%) (16).

In cases where the physician cannot decide if the elevation of the optic disc is true papilledema or pseudopapilledema (see Chapter 3), computed tomography (CT) scanning or magnetic resonance imaging (MRI) can be obtained immediately to determine if an intracranial mass is present or the ventricles are enlarged. The LP may then be performed if needed, and a decision can be made regarding the need for further diagnostic testing.

## OPHTHALMOSCOPIC APPEARANCE

There are several classification systems for papilledema. One system describes the disc appearance according to the duration of papilledema: (*a*) early; (*b*) fully developed; (*c*) chronic; and (*d*) atrophic (17,18). However, for medical decision making, the Frisén grading system (Table 5.1) is most useful as it classifies the papilledema grade by severity (19).

**Table 5.1**
**Papilledema Grading System (Frisén Scale)**

**Stage 0 – Normal Optic Disc**
- Blurring of nasal, superior and inferior poles in inverse proportion to disc diameter
- Radial nerve fiber layer (NFL) without NFL tortuosity
- Rare obscuration of a major blood vessel, usually on the upper pole

**Stage 1 – Very Early Papilledema**
- Obscuration of the nasal border of the disc
- No elevation of the disc borders
- Disruption of the normal radial NFL arrangement with grayish opacity accentuating nerve fiber layer bundles
- Normal temporal disc margin
- Subtle grayish halo with temporal gap (best seen with indirect ophthalmoscopy)
- Concentric or radial retrochoroidal folds

**Stage 2 – Early Papilledema**
- Obscuration of all borders
- Elevation of the nasal border
- Complete peripapillary halo

**Stage 3 – Moderate Papilledema**
- Obscurations of all borders
- Increased diameter of optic nerve head
- Obscuration of one or more segments of major blood vessels leaving the disc
- Peripapillary halo–irregular outer fringe with finger-like extensions

**Stage 4 – Marked Papilledema**
- Elevation of the entire nerve head
- Obscuration of all borders
- Peripapillary halo
- Total obscuration on the disc of a segment of a major blood vessel

**Stage 5 – Severe Papilledema**
- Dome-shaped protrusions representing anterior expansion of the optic nerve head
- Peripapillary halo is narrow and smoothly demarcated
- Total obscuration of a segment of a major blood vessel may or may not be present
- Obliteration of the optic cup

(Frisén L. Swelling of the optic nerve head: A staging scheme. J Neurol Neurosurg Psychiatry 1982;45:13–18.)

### STAGES OF PAPILLEDEMA

#### Normal Optic Disc (Frisén Stage 0)

Stereoscopic viewing of a normal optic disc often reveals mild nasal elevation of the nerve fiber layer, owing to the increased density of nerve fibers representing the temporal visual field. With the direct ophthalmoscope the nasal disc margin may appear indistinct compared to the temporal disc rim. The vessels are generally seen coursing across the optic nerve head, although, rarely, a portion of a major vessel may be obscured in the upper pole.

#### Very Early Papilledema (Frisén Stage 1)

The early phase of papilledema consists of the incipient disc changes that occur before the development of obvious disc swelling. Papilledema may be difficult to detect at this stage. Several features have been described, including hyperemia of the optic disc, blurring of the peripapillary retinal nerve fiber layer, swelling of the optic disc, blurring of the disc margins, peripapillary flame-shaped hemorrhages, and absent spontaneous venous pulsations (20) (Fig. 5.3*A*). None of these features are reliable indicators of very early papilledema.

The term "hyperemia" has been used to indicate a reddish discoloration of the optic nerve head as well as increased vascularity of the optic disc. As the natural disc color is quite variable, reliance on this sign is often misleading. True "hyperemia," or increased vascularity, develops as a result of dilation of capillaries on the surface of the disc in early papilledema; however, it is unclear whether the hyperemia always precedes actual disc swelling (21,22). Stereoscopic color photography and fluorescein angiography of experimentally produced papilledema in monkeys showed that hyperemia of the disc as well as capillary dilatation and development of microaneurysms on the disc surface appear *after* disc swelling and blurring of the peripapillary retinal nerve fiber layer (22).

The detection of early papilledema is enhanced by bright direct ophthalmoscopes and handheld 90- or 78-diopter lenses using slit lamp biomicroscopy. Incorporating a red-free filter accentuates subtle changes in the peripapillary retinal nerve fiber layer that may be observed in early papilledema. During this stage, there may be disruption of the normal radial nerve fiber layer arrangement with grayish opacity accentuating nerve fiber bundles. A subtle grayish halo may be visible with the indirect ophthalmoscope (19). In eyes with early papilledema, the peripapillary retina loses its su-




**Figure 5.3.** *A*, Very early papilledema (Frisén stage 1). The disc shows slight hyperemia and blurring of the peripapillary nerve fiber layer at the superior and inferior poles of the disc. *B*, Early papilledema (Frisén stage 2). This disc is hyperemic and mildly swollen. Note the inferior peripapillary nerve fiber hemorrhages. *C*, The disc is moderately swollen (Frisén stage 3) with obscuration of all borders, a peripapillary halo, and several small "splinter" hemorrhages adjacent to the disc margins at 7 and 10 o'clock.

perficial linear and curvilinear light reflexes and appears deep red and without luster (23) (Fig. 5.4*A*).

The absence of spontaneous retinal venous pulsations is thought by some investigators to be an early sign of papilledema. According to several authors, pulsations cease when ICP exceeds about 200 mm of water (24–26). Thus, if spontaneous venous pulsations are present, ICP should be below this figure. However, as noted above, marked fluctuations in ICP can occur in patients with increased ICP (8,27,28), and in such patients, the ICP may occasionally drop into the normal range. A patient could therefore have increased ICP but be examined at a time when ICP was transiently reduced at the trough of a pressure wave, at which time spontaneous venous pulsations might be observed. In addition, spontaneous venous pulsations occur in only about 80% of normal subjects (8,29,30). Thus, 20% of patients with normal ICP also lack spontaneous venous pulsations. For these reasons, the absence of spontaneous venous pulsations does not always support a diagnosis of papilledema. The observation of spontaneous venous pulsations suggests only that the ICP is probably below 200–250 mm of water at that moment.

### Early Papilledema (Frisén Stage 2)

Early papilledema is characterized by obscuration of the optic disc borders, elevation of the nasal border and a complete peripapillary halo (Figs. 5.3*B* and 5.5). Using stereoscopic color photography and fluorescein angiography, Hayreh and Hayreh concluded that the first sign of raised ICP is swelling of the optic disc (21,22). In 32 animals with




**Figure 5.4.** Red-free photographs showing nerve fiber layer in papilledema and in pseudopapilledema. *A*, Moderate papilledema (Frisén stage 3). The nerve fiber layer has mild distortion of light reflexes and a "muddy" appearance obscuring small vessels traversing the disc margin. *B*, Marked papilledema (Frisén stage 4). The reflexes from the peripapillary retinal nerve fiber layer are completely distorted and blurred. Note the dilated disc capillaries. *C*, Pseudopapilledema. Although the disc is moderately elevated, the surface vessels appear normal and the nerve fiber layer reflexes are sharply defined. Superficial drusen are visible between 3 and 4 o'clock.

papilledema produced by a balloon introduced into the subarachnoid space, the swelling did not affect the entire disc simultaneously or to an equal degree. Instead, it appeared first at the lower pole, then at the upper pole, and later at the nasal and temporal portions of the disc. The investigators could visualize this early swelling only with stereoscopic photography and not by direct ophthalmoscopy (21,22). Slit lamp biomicroscopy is especially helpful in this circumstance.

"Blurring of the disc margins" is a nebulous description that is neither specific nor helpful. Numerous congenital anomalies of the optic disc are associated with indistinct disc margins. Moreover, interpretation of a "blurred" disc margin is often impossible using the direct ophthalmoscope. Unless it is accompanied by other more definitive signs of papilledema, this sign has limited clinical utility.

In summary, the diagnosis of early papilledema cannot and should not be made on the basis of a single finding. Often, the disc appearance is suggestive of papilledema but there is lingering uncertainty of the diagnosis. If clinically prudent, serial observations may be made in order to establish a diagnosis. In the setting of a potentially serious condition the diagnosis must be established by other means, including ultrasonography, fluorescein angiography, CT scanning, MR imaging, or lumbar puncture (see below).

### Moderate Papilledema (Frisén Stage 3)

As the severity of papilledema increases, the margins of the optic disc become obscured and elevated. The diameter of the optic nerve head increases, often resulting in enlargement of the physiologic blind spot. The optic cup may still be preserved at this stage. An important finding is that the edematous, opaque nerve fiber layer obscures one or more segments of major blood vessels leaving the disc (19). The gray peripapillary halo becomes more apparent and may have an irregular outer fringe with finger-like extensions conforming to the nerve fiber layer (Fig. 5.3*C*).



**Figure 5.5.** Moderate papilledema. Two splinter hemorrhages can be seen in the nerve fiber layer adjacent to the disc margin at 9 o'clock and 12 o'clock. Gray edema surrounds the disc, and the optic cup is partially obliterated by hyperemic disc tissue. Both veins and venules are engorged. (From Hoyt WF, Beeston D. The Ocular Fundus in Neurologic Disease. St Louis, CV Mosby, 1966.)

### Marked Papilledema (Frisén Stage 4)

Marked papilledema is characterized by elevation of the entire optic nerve head. The optic cup is often obliterated. There is obscuration of all the borders of the nerve with a prominent peripapillary halo. Edema and infarction of the nerve fiber layer cause total obscuration on the disc of a segment of a major blood vessel. The retinal veins are often engorged and tortuous (Fig. 5.6*A* and *B*).

### Severe Papilledema (Frisén Stage 5)

Severe, acute or subacute, papilledema is present when the optic nerve protrudes anteriorly with a dome-shaped configuration. The optic cup is obliterated and the peripapillary halo is narrow and smoothly demarcated. Often, there are no appreciable landmarks to distinguish the optic nerve head from the surrounding retina. Obscuration of segments of major blood vessels may or may not be present (Figs. 5.7–5.9).

## OTHER SIGNS OF PAPILLEDEMA

Other signs of papilledema may contribute to visual impairment but are often not helpful in determining the severity of papilledema. One may observe flame-shaped, nerve fiber layer hemorrhages, that may increase in number as the ICP



**Figure 5.6.** Progression from fully developed papilledema to postpapilledema optic atrophy. *A and B*, Right and left fundi showing severe papilledema. Note the obscuration of major vessels traversing the disc margin, and the extensive peripapillary hemorrhages and exudates, including star figure of lipid in the maculae. *C and D*, Two weeks later, both optic discs are less swollen but pale. The hemorrhages and exudates are resolving but the vessels crossing the disc are still partially obscured by the edematous nerve fiber layer. *E and F*, Four months later, both optic discs are diffusely pale; the retinal vessels are sheathed; and the nerve fiber layer is absent.



**Figure 5.7.** Severe papilledema (Frisén stage 5). There is complete elevation of the optic disc with obliteration of the optic cup. The major vessels are obscured as they cross the disc margin. There are white ''fleck'' exudates (small infarcts) among the nerve fibers, retinal wrinkling, and intraretinal exudates in the macular area (on the *left*). Note the corkscrew-like venules on the surface of the swollen tissue. (From Hoyt WF, Beeston D. The Ocular Fundus in Neurologic Disease. St Louis, CV Mosby, 1966.)





**Figure 5.8.** Severe papilledema (Frisén stage 5) with marked dilation of disc vessels and formation of microaneurysms. This nerve is the same Frisén stage as the optic disc in Figure 5.7 as hemorrhages and exudates are not used in the Frisén classification scheme. *A*, Fundus photograph; *B*, Red-free photograph.



**Figure 5.9.** Macular star figure in fully developed papilledema. The incomplete star in the papillomacular bundle is characteristic but occasionally a complete star figure is seen.

increases. There may also be cotton wool spots (focal retinal infarcts) and tortuous vessels on or surrounding the disc (Fig. 5.7). In severe cases, circumferential retinal folds (Paton's lines) often develop; linear or curvilinear choroidal folds may be observed (31–34) (Fig. 5.10). Choroidal folds from increased intracranial pressure often result in acquired, progressive hyperopia (32–34). Hard exudates and hemorrhages may occur in the peripapillary region and in the macula, producing decreased central vision (35,36) (Figs. 5.9 and 5.11*C*). Because nerve fibers in the macula have a radial orientation, hemorrhages and exudates in this region can assume a fan or star shape. Since vascular compromise on and around the optic disc is responsible for these macular changes, the star figure in such cases is usually asymmetric, being more prominent on the nasal side of the fovea toward the disc.

Hemorrhages are frequently present with papilledema, although they are not incorporated into the Frisén staging system. Nerve fiber layer hemorrhages are the most common and indicate that the edema is acute to subacute (Figs. 5.8 and 5.9). A small nerve fiber layer hemorrhage in the peripapillary region may be an extremely important sign of early papilledema. Such a hemorrhage appears as a thin, radial streak on the disc or near its margins and is presumably caused by rupture of a distended capillary within or surrounding the disc (Fig. 5.5). Although peripapillary nerve fiber layer hemorrhages can be detected by routine direct ophthalmoscopy, they are often more apparent with the magnification provided by slit lamp biomicroscopy using a hand-held or contact lens.

When the increase in ICP is rapid, subhyaloid hemorrhages may be present in addition to the more common intraretinal hemorrhages (Fig. 5.12). These hemorrhages may break into the vitreous in some cases (37). Among 402 patients with papilledema from various causes, 14 (4%) had severe posterior pole hemorrhages or prominent subhyaloid and vitreous bleeding (38). In these patients, the subhyaloid and vitreous hemorrhages were thought to have resulted from forward dissection of severe peripapillary hemorrhage, whereas scattered posterior pole hemorrhages were believed to represent central retinal vein compromise from optic disc swelling (38). Rarely patients with papilledema develop macular and peripapillary subretinal neovascularization, especially when the papilledema is chronic (39–41) (Fig. 5.11). The presence of peripheral retinal hemorrhages in addition to hemorrhages in the posterior pole suggests extensive retinal venous congestion produced by significantly elevated ICP (42). In moderate to severe papilledema, the retinal veins are frequently engorged and tortuous. This feature is often helpful in distinguishing papilledema from local causes of optic disc edema.

## CHRONIC PAPILLEDEMA

When papilledema persists, hemorrhages and exudates slowly resolve, and the disc develops a rounded appearance




**Figure 5.10.** Persistent choroidal striae associated with resolving papilledema. *A*, The right optic disc is mildly pale and minimally swollen. Curvilinear striae extend toward the macula. *B*, Striae extend into the right macula. *C*, The left optic disc is also mildly pale and minimally swollen. Striae are present in the papillomacular region. *D*, The striae extend into the left macula.




**Figure 5.11.** Subretinal neovascularization in chronic papilledema. *A*, Right eye shows a marked subretinal neovascular membrane superotemporal to the optic disc with subretinal hemorrhage, serous subretinal fluid, and retinal striae. *B*, Late stage fluorescein angiogram of right eye reveals marked staining of subretinal neovascular membrane and hyperfluorescence of the disc. *C*, Left eye with elevated disc and an inferior-temporal subretinal neovascular membrane with surrounding hemorrhage, hard exudate, and retinal striae. *D*, Fluorescein angiogram of the left eye shows the residual subretinal neovascular membrane with a surrounding area of mottled disruption of the retinal pigment epithelium. (From Morse PH, Leveille AS, Antel JP, et al. Bilateral juxtapapillary subretinal neovascularization associated with pseudotumor cerebri. Am J Ophthalmol 1981; 91:312–317.)



**Figure 5.12.** Subhyaloid hemorrhage with papilledema. The patient had a severe, subarachnoid hemorrhage from an intracranial aneurysm.

(20) (Fig. 5.13). The central cup, which may be retained in the acute phase of papilledema, ultimately becomes obliterated. Over a period of months, the initial disc hyperemia changes to a milky gray appearance, with hard exudates becoming apparent in the superficial disc substance. These exudates resemble optic disc drusen (Fig. 5.14) and may result in a misdiagnosis of pseudopapilledema (43,44) (Fig. 5.4*C*).

Most patients with chronic papilledema have evidence of nerve fiber layer atrophy (45). The appearance of the atrophy ranges from slit-like defects to diffuse loss. Nerve fiber layer atrophy can be best appreciated by viewing through the red-free filter of a direct ophthalmoscope or slit lamp biomicroscope.

Occasionally, papilledema persists for a long period of time without significant visual symptoms (46). This situation occurs primarily in patients with pseudotumor cerebri (PTC) but may also be observed in patients with intracranial tumors.



**Figure 5.13.** Chronic, severe papilledema. Note round compact appearance of the optic disc and lack of hemorrhages.



**Figure 5.14.** Drusen-like bodies (*arrows*) in chronic atrophic papilledema. (From Hoyt WF, Beeston D. The Ocular Fundus in Neurologic Disease. St Louis, CV Mosby, 1966.)

## POSTPAPILLEDEMA ATROPHY

With time, untreated papilledema subsides, the disc becomes atrophic, and the retinal vessels become narrow and sheathed (20). In such cases, the nerve fiber layer can no longer be visualized by either direct ophthalmoscopy or slit lamp biomicroscopy (45). Some patients have persistent pigmentary changes or choroidal folds in the maculae (20,47,48) (Fig. 5.15). If the papilledema has been particularly severe, these changes may resemble those caused by a hamartoma of the pigment epithelium (49).

The time required for papilledema to evolve into optic atrophy depends upon many factors, including the severity and constancy of the increased intracranial pressure (ICP). Atrophic changes can appear within weeks or days following the initial observation of acute papilledema in some cases, particularly if the rise in ICP is rapid, severe, and sustained. In such cases, the disc appearance may rapidly progress to fully developed papilledema and then to postpapilledema optic atrophy without ever having gone through a stage of chronic papilledema. In still other cases, many months or even years may elapse before atrophy develops. In such cases, the appearance of the fundus is typically that of chronic papilledema that gradually melts away into atrophy. Finally, there are patients who appear to have stable chronic papilledema for many months to years until, for unclear reasons, they rapidly develop optic atrophy.

In some cases, as papilledema evolves from the fully developed stage to the chronic stage and then to the atrophic stage, optociliary shunt veins develop and then disappear (50–53). These vessels, which are pre-existing veins that



**Figure 5.15.** Postpapilledema optic atrophy and pigmentary changes in the macula in a patient who previously had severe papilledema. The gliotic changes of the nerve fiber layer give the disc margin a "dirty" appearance. Note pallor of left optic disc, narrowed sheathed retinal vessels, and extensive pigmentary changes in left macula.

connect the retinal and choroidal venous circulations (53), enlarge because the increased ICP either directly compresses the central retinal vein or indirectly compresses it by compressing the optic nerve (Fig. 5.16). In either case, the vessels shunt venous blood from the retinal to the choroidal venous circulations. Therefore, blood exits the eye and orbit via the vortex veins to the superior and inferior ophthalmic veins, bypassing the obstructed central retinal vein. At this stage, patients usually have significant visual field defects, diminished color vision, and variably reduced visual acuity (see below). Optociliary shunt veins may disappear after the ICP is surgically lowered or following optic nerve sheath decompression surgery (54,55) (Fig. 5.17).

Optic atrophy that results from chronic papilledema has a specific pattern of axonal loss. Loss of peripheral axons with sparing of central axons has been demonstrated in several postmortem studies (56,57). Good central visual acuity despite severe papilledema and optic atrophy is found in most patients with chronic papilledema.

## UNILATERAL OR ASYMMETRIC PAPILLEDEMA

Papilledema is usually bilateral and relatively symmetric in the two eyes. In some instances, it is strictly unilateral or at least much more pronounced in one eye than in the other (58–60) (Figs. 5.18 and 5.19). Some patients may have had preexisting atrophy before the development of increased ICP (the pseudo-Foster Kennedy syndrome; see below and in Chapter 4). If there are not enough viable nerve fibers, papilledema cannot occur ("dead axons don't swell"). However,




**Figure 5.16.** Development of optociliary shunt veins in a patient with chronic papilledema from pseudotumor cerebri. *A*, Marked (Frisén stage 4) papilledema. Note the small vessel located on the surface of the disc at 8 o'clock (*arrowhead*). *B*, As disc swelling resolves, the previously noted vessel becomes more apparent (*arrowhead*). *C*, Disc swelling has almost completely resolved. The vessel at 8 o'clock appears larger than previously, and clearly represents a retinal-choroidal shunt (*arrowhead*).




**Figure 5.17.** Disappearance of optociliary shunt veins in a patient with postpapilledema optic atrophy after intracranial decompression for sclerosteosis. *A*, Preoperative appearance of left optic disc shows shunt vessels at 10 and 12 o'clock (*arrowheads*). *B*, Postoperative photograph of left disc shows disappearance of shunt veins. (From Stein SA, Witkop C, Hill S, et al. Sclerosteosis: Neurogenetic and pathophysiologic analysis of an American kinship. Neurology 1983;33:267–277.)




**Figure 5.18.** Unilateral papilledema in a 34-year-old woman with pseudotumor cerebri. *A*, The right optic disc shows fully developed papilledema. *B*, The left optic disc is normal.




**Figure 5.19.** Asymmetric papilledema in a 35-year-old man with pseudotumor cerebri. *A*, The right optic disc is minimally hyperemic and swollen (Frisén stage 1). *B*, Frisén stage 3 papilledema of the left optic disc.

if sufficient nerve fibers remain, papilledema may develop even though the optic disc is pale. A particularly interesting pattern of papilledema can occur in patients with optic atrophy from previous damage to the optic chiasm or optic tract. In such patients, an eye with a temporal hemianopia and atrophy of nasal fibers has band atrophy with preservation of the majority of the upper and lower (temporal) arcuate fibers. When papilledema develops, the swelling is thus confined to the superior and inferior poles of the disc. In an eye with a nasal hemianopia, atrophy of temporal fibers has occurred, and most of the swelling is confined to the nasal portion of the disc (61). This specific pattern of papilledema also occurs in patients with congenital hemioptic hypoplasia who develop increased ICP (62).

In the Foster Kennedy syndrome (see Chapter 4) patients with frontal lobe or olfactory groove tumors develop the triad of (*a*) optic atrophy in one eye; (*b*) papilledema in the other eye; and (*c*) anosmia (Fig. 5.20). The optic nerve




**Figure 5.20.** Foster Kennedy syndrome. *A*, The right optic disc shows mild papilledema. Visual acuity in this eye is 20/20. There is slight enlargement of the blind spot on visual field testing. *B*, The left disc is pale with vision of hand motions. *C and D*, Computed tomographic scan in axial (*C*) and coronal (*D*) planes shows large right sphenoid ridge meningioma.



**Figure 5.21.** Unilateral papilledema with contralateral optic disc dysplasia. This 25-year-old woman had pseudotumor cerebri. *A*, The right optic disc shows marked (Frisén stage 4) papilledema. *B*, The left optic disc is markedly dysplastic and definite papilledema cannot be identified.

ipsilateral to the tumor is generally atrophic because of compression. A rise in CSF pressure in the optic nerve sheath is a prerequisite condition for development of papilledema (63,64). Optic nerve compression prevents elevated intrasheath pressure and produces ipsilateral atrophy of optic nerve fibers. Similarly, patients with unilateral optic disc dysplasia may develop papilledema only on the side of the previously normal disc (Fig. 5.21).

When unilateral papilledema occurs in a patient with an apparently normal optic disc on the opposite side, it often results from some congenital anomaly of the optic nerve sheath that prevents transmission of pressure to the optic nerve head on the side where the papilledema is absent (65). Neuroimaging and ultrasonography in such patients reveal *bilateral* dilation of the optic nerve sheaths (59,66) (Fig. 5.22), suggesting that pressure is transmitted at least to the globe. The anatomic arrangement of the venous sinuses may contribute to unequal or unilateral papilledema in patients with previously normal optic discs, particularly in the setting of venous sinus thrombosis (67,68). Lastly, a difference in the lamina cribrosa between the two optic discs producing reduced transmission of the ICP to the optic nerve in the scleral canal has been postulated (60). If congenital anomalies of the optic nerve sheaths or venous sinuses cause absence of ipsilateral papilledema, they may also explain the absence, asymmetry or unilaterality of papilledema in at least some patients with significantly elevated ICP (69).

In most patients with apparent unilateral papilledema, careful observation of the ''normal'' optic disc often discloses minimal hyperemia, a blurred nerve fiber layer, or disc



**Figure 5.22.** Bilaterally enlarged optic nerve sheaths in a patient with unilateral papilledema. The patient was a 32-year-old woman with pseudotumor cerebri. *A*, The right optic disc is moderately swollen (Frisén stage 3) with a well-developed peripapillary halo. *B*, The left optic disc is normal. *C*, Computed tomographic scan, axial view, after intravenous injection of contrast material, shows bilateral symmetric dilation of the optic nerve sheaths. (From Strominger MB, Weiss GB, Mehler MF. Asymptomatic unilateral papilledema in pseudotumor cerebri. J Clin Neuroophthalmol 1992;12:238–241.)

swelling that is easily overlooked in the face of significant papilledema on the opposite side (70) (Fig. 5.19). Careful stereoscopic ophthalmoscopy and fluorescein angiography may be necessary to detect subtle papilledema. Nevertheless, purely unilateral papilledema has been described with PTC, cerebral tumors, abscesses, intracranial hemorrhage caused by aneurysm, aqueductal stenosis, and traumatic brain injury (58,71–74). In a series of 1,346 neurosurgical patients with papilledema admitted to the State Hospital of Copenhagen over a 15-year period, 25 cases (1.8%) revealed unilateral papilledema with a normal contralateral optic disc (72); 17 patients had papilledema ipsilateral to the lesion; 7 patients had contralateral papilledema; and 1 patient had a midline tumor.

Papilledema that is unilateral, or at least more pronounced on one side, may be of significance in many cases of intracranial mass lesions, particularly abscesses, where the papilledema is usually ipsilateral to the lesion (72).

In summary, unilateral optic disc swelling is unlikely to be true papilledema. More frequently, it is caused by local pathology (e.g., inflammation, ischemia, or compression of the optic nerve within the orbit). When an optic disc is significantly atrophic or anomalous, it may not develop papilledema, or papilledema will develop only in the regions of functioning axons. Most patients with ''unilateral'' optic disc swelling in the setting of increased ICP actually have bilateral asymmetric papilledema, but truly unilateral edema does infrequently occur.

## DIAGNOSIS

The most important method of diagnosing papilledema is careful ophthalmoscopic examination, assessing the features described above. An examination that includes red-free ophthalmoscopy (23) and slit lamp biomicroscopy with a hand-held or contact lens is usually sufficient to determine whether papilledema is present. If the diagnosis remains uncertain several options are available. Fluorescein angiography is often used to confirm early papilledema (50,75–82). The test itself is easily performed in an outpatient setting: 5 ml of 10% fluorescein sodium are rapidly injected into a superficial arm vein. Alternatively fluorescein can be given orally (83). The passage of dye through retinal vessels is then observed and photographed at rapid intervals, with a cobalt blue filter interposed in front of the light source to visualize the fluorescence of the dye. Even if photographic facilities are lacking, the examiner can observe the ocular fundus using an indirect ophthalmoscope or a slit lamp with a hand-held or contact lens with the correct filter in place.

According to most investigators, the earliest frames of the fluorescein angiogram in patients with early papilledema show disc capillary dilation, dye leakage, and microaneurysm formation, whereas later frames show leakage of dye beyond the disc margins (Fig. 5.23). Unfortunately, the above findings do not always correctly identify true papilledema (50,79). Some authors claim that fluorescein angiography may not show any abnormalities until optic disc swelling is of a ''mild to moderate degree'' (22). Nevertheless, one study reviewed the fluorescein angiograms of 100 patients with possible papilledema and found that in all cases of true papilledema, the retinal angiograms showed a combination of either excess early and late disc fluorescence or excess disc vascularity with late fluorescence (81).

If it is available, orbital echography is extremely useful in cases of questionable papilledema. This sensitive test reliably determines if the diameter of the optic nerve is increased and, if so, whether or not the increase is caused by CSF surrounding the nerve. It can also easily detect buried optic disc drusen. Thus, by performing A- and B-scan ultrasonography with a 30° test when indicated, the examiner can determine not only if an optic disc is truly swollen but if there is increased ICP (84,85). Coexisting optic disc drusen and papilledema from PTC (86,87) create diagnostic confusion that may be resolved with ultrasonography. CT scanning can be used to determine if there are buried drusen causing an appearance mimicking papilledema, and both CT scanning and MR imaging can be used to detect evidence of an intracranial mass or hydrocephalus.

High resolution MRI of the orbits shows characteristic changes of the optic nerves and posterior globe in papilledema. In papilledema, the subarachnoid space becomes distended, the nerve sheath widens and there is flattening of the posterior sclera (88,89) . The prelaminar optic nerve may enhance and protrude anteriorly (88).

Confocal scanning laser tomography (CSLT; Heidelberg Retinal Tomography) of normal optic nerves demonstrates gradually increasing retinal surface elevation from the center of the disc to the disc margin, with a steeper contour nasally than temporally (90). The retinal surface area over the optic disc is diffusely displaced anteriorly in patients with active papilledema from PTC, and significantly different from control optic nerves in all locations. Compared to controls, patients with clinically resolved papilledema show anterior displacement of the optic nerve head in all areas except nasally. Another study comparing B-scan ultrasonography to CSLT found a positive correlation (R = .62) between the two modalities in papilledema from idiopathic intracranial hypertension, although there was much higher agreement (R = .84) for optic nerve cupping (85). This may be attributable to a difference in reference planes used in each method. Ultrasound measures the maximum elevation from the optic disc to the lamina cribrosa; since the lamina is not recognizable with papilledema, the distance is measured from the disc to the retinal surface. Multiple measurements may be required to achieve optimal accuracy with CLST in edematous optic nerves (91), but this new modality is promising for quantitative evaluation of papilledema (90). In clinical practice, the diagnosis of papilledema may elude even the most experienced examiners. One study assessed the ability of various medical specialists to identify papilledema and pseudopapilledema using stereophotographic slides (92). Under such ideal circumstances, even the neuro-ophthalmologic ''experts'' who pre-screened the study slides did not achieve a perfect score! However, neuro-ophthalmologists and ophthalmologists were more accurate than family physicians,




**Figure 5.23.** Fluorescein angiogram of mild papilledema (*A–C*) and pseudopapilledema (*D–F*). *A*, Reproduction of color photograph of the left fundus showing indistinct disc margins and an incomplete peripapillary halo (Frisén stage 2). No hemorrhages are visible. *B*, In arteriovenous phase, fluorescein angiogram shows early leakage of dye into peripapillary region. *C*, Ten minutes after fluorescein injection, angiogram shows residual hyperfluorescence of disc and surrounding region. *D*, Optic disc shows tortuous vessels, indistinct disc margins and mild elevation. *E*, Fluorescein angiogram in early arteriovenous phase shows no disc fluorescence or leakage into the peripapillary region. *F*, Eight minutes after fluorescein injection shows no evidence of disc leakage or hyperfluorescence. (Courtesy of Dr. Michael Sanders.)

neurologists, and neurosurgeons in identifying papilledema and pseudopapilledema (92). Family physicians were as good as or better than neurologists and neurosurgeons in identifying acute and chronic papilledema, but had difficulty distinguishing between papilledema and pseudopapilledema. One would expect that the detection rate among all specialists would decline under many less ideal circumstances, e.g., using direct ophthalmoscopy through an undilated pupil.

Finally, if the diagnosis of papilledema remains uncertain, the ICP can be measured directly by lumbar puncture. This procedure should only be performed after neuroimaging has been performed to determine that no intracranial mass is present.

## DIFFERENTIAL DIAGNOSIS

The differential diagnosis of papilledema (with normal visual acuity and bilaterality) includes anomalous elevation of one or both optic discs and true optic disc swelling caused by some etiologies other than increased ICP (Table 5.2). In most cases, the patients have no neurologic or systemic symptoms or signs referable to increased ICP, and this lack of manifestations should help the physician focus on other possibilities. When the patient does have other complaints, such as headaches, however, the differentiation of papilledema from other causes of optic disc elevation becomes more complex.

Anomalous elevation of the optic discs is probably caused most often by buried optic disc drusen; however, hypoplastic discs may be anomalously elevated, and tilted optic discs often show elevation of their superior and nasal portions. In addition, some optic discs are anomalously elevated but do not contain drusen, nor are they small or tilted. In all cases,

**Table 5.2**
**Differential Diagnosis of Papilledema**

| |
|---|
| Anomalously elevated optic disc |
| With and without buried drusen |
| Tilted optic disc |
| Hypoplastic optic disc |
| Intraocular inflammation |
| Asymptomatic nonarteritic anterior ischemic optic neuropathy (e.g., diabetic "papillopathy") |
| Hypertensive disc edema |
| Optic neuritis, optic perineuritis (perioptic neuritis) |
| Infiltrative optic neuropathy (e.g., from leukemia) |
| Compressive optic neuropathy (e.g., from optic nerve sheath meningioma) |

a careful ophthalmoscopic examination combined with ultrasonography should differentiate anomalously elevated optic discs from true optic disc swelling. Anomalous optic discs are discussed in Chapter 3 of this text.

True optic disc swelling that mimics papilledema may be caused by inflammatory, vascular or infiltrative disease. Inflammatory conditions are generally accompanied by other evidence of inflammation such as aqueous or vitreous cells, and sheathing of retinal vessels. Retinal vascular disturbances can also produce optic disc swelling. In this circumstance, correct diagnosis may not be possible without performing appropriate neuroimaging and a lumbar puncture. Patients with optic perineuritis (perioptic neuritis) have optic disc swelling that is also indistinguishable from papilledema unless there is associated intraocular inflammation.

Nonarteritic anterior ischemic optic neuropathy (NAION) can mimic papilledema, particularly when it is asymptomatic. The sectoral nature of the disc swelling, and the pattern of visual field loss in NAION generally distinguish it from true papilledema. Rare patients with anterior optic neuritis have normal central visual acuity; however, such patients invariably complain of pain on eye movement and decreased vision, and other tests of visual function in such patients (e.g., contrast sensitivity, color vision, visual fields) usually reveal an abnormality inconsistent with papilledema (93). Unlike papilledema and NAION, nerve fiber layer hemorrhages are very uncommon in optic neuritis (94). Finally, optic discs infiltrated by inflammatory or neoplastic cells may appear similar to papilledema. The diagnosis in such cases can usually be made by neuroimaging, with or without a lumbar puncture.

## COURSE

The rapidity of developing papilledema depends to a large extent on the etiology and degree of the increased ICP. Experimental models using inflatable balloons in the subarachnoid space of monkeys showed papilledema in 30% of the animals in 24 hours, in 50% after 2 days, and in 90% after 5 days when papilledema was assessed using direct ophthalmoscopy, stereoscopic photography, and fluorescein angiography (21,22). Most of the animals developed papilledema from the surgery even prior to the balloon being inflated (21) and papilledema took 1 to 3 weeks to re-develop after the postoperative edema resolved and the balloon was inflated (21). Clinical experience with humans suggests that the development of optic disc edema may be protracted. The largest study investigating this process was performed in 37 patients with acutely elevated ICP from cerebral hemorrhage or trauma receiving continuous ICP monitoring (95). Using both direct and indirect ophthalmoscopy, no papilledema was observed in the 13 patients with mildly elevated ICP (20–30 mm Hg) and only two patients had venous congestion by day six. In seven patients with ICP ranging from 30–70 mm Hg, papilledema developed in one patient with a subarachnoid hemorrhage who developed fatal cerebral edema and carotid artery distribution infarction postoperatively. No optic disc or fundus abnormalities were seen in the other six patients. Within the first three days of developing transient increased ICP (prior to successful treatment), none of 17 patients had papilledema. This experience suggests that clinically detectable papilledema is not usually present with acute elevations of ICP, and may take over a week to develop.

Cases have been reported of papilledema within 2 to 4 hours after intracranial hemorrhage (96). Fulminant, hemorrhagic papilledema was also seen within 5 to 8 hours in the context of other conditions (metastatic frontal lobe tumor, epidural hematoma) (97). In addition, minimal papilledema may exist and suddenly become fully developed in several hours in certain settings, such as encephalitis in the setting of a cerebral abscess (98,99). Occasionally, a paradoxic development or progression of papilledema several days to a week after normalization of increased ICP may occur (100).

Papilledema usually produces swelling of the inferior and superior poles of the optic disc prior to the nasal and temporal poles (21). Blurring of the disc margins by direct ophthalmoscopy is only apparent after optic disc elevation occurs (21).

Fully developed papilledema may resolve completely within hours, days, or weeks, depending on the way in which ICP is lowered (Fig. 5.24). In monkeys with experimental intracranial hypertension produced by an inflatable balloon, papilledema disappeared within 2 weeks after the intracranial pressure was abruptly normalized (21). In humans, papilledema can resolve 6-8 weeks after a successful craniotomy to remove a brain tumor or after subtemporal decompression for PTC (101). Optic disc edema may improve in less than a week following optic nerve sheath decompression surgery (102), but the time course to complete resolution is uncertain. Papilledema from PTC generally takes two or more months to resolve (103).

In most cases, retinal venous as well as disc capillary dilations begin to regress as soon as ICP is lowered to a normal level. During the next few days to weeks, presumably because of the change in hemodynamics at the disc, new hemorrhages may appear; however, these are of no significance and they disappear within a short time. Gradually, disc hyperemia and elevation resolve. The last abnormalities to disappear are blurring of the disc margins and abnormalities of the peripapillary retinal nerve fiber layer. In some cases, as noted above, papilledema resolves into optic atrophy. Optic atrophy following papilledema is sometimes referred to as "secondary" or "dirty" optic atrophy. Unlike the crisp optic disc margin seen in optic atrophy following other types of optic neuropathy, there may be extensive sheathing of vessels and gliosis following papilledema, suggesting that the optic nerve axons died "after a struggle." However, in many cases, the atrophy is indistinguishable from that caused by inflammation, vascular disease, or trauma (104). In other cases, the papilledema never completely resolves despite normalization of the ICP.

### VISUAL PROGNOSIS

Establishing the visual prognosis in a patient with papilledema is often impossible. Generally, the more severe the




**Figure 5.24.** Resolution of papilledema in a patient with pseudotumor cerebri. *A and B*, Right and left optic discs prior to treatment. *C and D*, One month after beginning treatment with dehydrating agents, much of the disc swelling has resolved in both eyes, and no hemorrhages are evident. *E and F*, Three months after beginning treatment, both discs show complete resolution of swelling and now appear normal.

papilledema, the worse the visual prognosis (105). An ominous sign is narrowing of the retinal arteries, which often occurs with sheathing. In this setting, irreversible damage to the optic nerve tissue has already occurred, as is the case when there is loss of the peripapillary retinal nerve fiber layer. Disc pallor that becomes evident while papilledema is still present is also an indication of poor visual prognosis (105), even if ICP is lowered immediately, because the pallor is caused by loss of axons. Most patients with these changes have clinical evidence of visual dysfunction, including decreased color vision, visual field defects, and abnormal contrast sensitivity. Loss of visual acuity may be the last visual parameter to be affected, much as in patients with chronic open angle glaucoma. It is our experience that once there is visual acuity decline or significant visual field deficits the visual prognosis is extremely tenuous. On the other hand, severe venous engorgement, retinal hemorrhages, and hard and soft exudates have no prognostic significance.

### PAPILLEDEMA AND AGE

Papilledema may be observed at any age. Not only is there no upper age limit, but there is abundant evidence that papilledema also occurs frequently in infants and children. This phenomenon is remarkable because we explain the absence of papilledema in most cases of congenital hydrocephalus on the basis of expansibility of the skull. If this were true, one would expect a lower prevalence of papilledema in infants and children with intracranial tumors. Nevertheless, there are many reports of papilledema or post-papilledema optic atrophy in children and in infants under two years of age (9,106–108). Walsh reviewed the case records of the pediatrics department of the Johns Hopkins Hospital from 1928 to 1944 and found 18 cases of cerebral tumor in children 3 years of age or younger (26); 13 patients (72%) had papilledema. The youngest patient was 3 months old and had a cerebellar medulloblastoma. Thus, the distensibility of an infant's skull may not prevent an increase in pressure within the optic nerve sheaths.

## PATHOLOGY

The essential histological features of papilledema are optic disc edema, neuronal swelling, venous and capillary dilatation, an abnormal protrusion of the optic nerve head toward the vitreous, lateral displacement of the adjacent retina, and folds of the posterior retinal layers (Fig. 5.25) (5,109). The physiologic optic cup is generally preserved (109). The separation of the swollen optic disc from the adjacent retina is typically sharp and has the form of an S-shaped curve.

Compression, detachment, and lateral displacement of the peripapillary retina appear to be the major reasons that the blind spot increases in size in patients with papilledema (110,111); however, the blind spot may be enlarged even when there is no obvious retinal displacement or detachment. In this setting, the enlarged blind spot represents a refractive scotoma caused by acquired peripapillary hyperopia from elevation of the retina by peripapillary subretinal fluid (112). A blind spot that is enlarged by this mechanism can be reduced to near normal size by the use of progressively stronger plus lenses (112). The neuronal swelling in papilledema is more extensive peripherally, accounting for the visual field constriction. Vascular interruption at the annulus of Zinn produces the typical arcuate and inferonasal visual field defects (111,113).

Hemorrhages may overlie and obscure the optic disc and may occur in all layers of the peripapillary retina, occasionally extending into the vitreous or into the adjacent subretinal space. Focal necroses of nerve fibers are frequent, most often occurring in the lateral outpouchings of the nerve substance adjacent to the retina. The small vessels of the optic disc often appear prominent with abnormally plump and proliferative endothelial cells (1). The substance of the prelaminar portion of the optic nerve is clearly swollen, but does not ordinarily show any increase in cellularity until secondary gliosis occurs. By light microscopy, the swelling takes the form of vacuoles (21). The swelling does not extend to the postlaminar optic nerve which usually appears normal unless secondary optic atrophy has occurred. The perineuronal spaces are often distended, with stretching of the delicate arachnoidal strands that bridge the subarachnoid space (Fig. 5.26).

Electron microscopic studies indicate that most of the increase in tissue elevation that occurs in papilledema results from intra-axonal swelling and not from extracellular edema (114). The swelling is most marked in the superficial optic nerve head, where some of the axons increase to 10 to 20 times their normal diameter (21,115). The intra-axonal swelling is accompanied by an increase in mitochondria, disorganization of neurofilaments, and the accumulation of dense intracellular membrane-enclosed bodies. With severe papilledema, cytoid bodies are especially apt to occur in those portions of the optic disc that bulge laterally toward the adjacent retina. These cytoid bodies and resultant necroses appear to result from strangulation of the angulated nerve fibers. Although interstitial fluid is present in the region of degenerating fibers (116,117), it is insufficient to account for the large increase in the mass of the optic disc that occurs in fully developed papilledema. Electron microscopy demonstrates that what appear to be free intra-axonal spaces by light microscopy are actually swollen axons (Fig. 5.27). The findings noted above in humans also occur in rhesus monkeys with experimentally produced papilledema (21,118).

### PATHOGENESIS

Any unifying mechanism for papilledema must account for (*a*) transient unilateral or bilateral visual obscurations; (*b*) edema localized to the optic nerve head; (*c*) flattening of the posterior sclera as demonstrated by neuroimaging techniques, and (*d*) venous distension and cessation of venous pulsations (111). Various hypotheses have been proposed over the years, including direct infiltration of the optic nerve head by CSF (119,120), obstruction of posterior flow of intraocular fluid (121), inherent turgescence of prelaminar nerve substance (122), swelling of glia (123), absence of the




**Figure 5.25.** Histological appearance of papilledema by light microscopy. *A and B*, Both photographs show axonal swelling limited to the prelaminar portion of the optic nerve. The peripapillary retina is pushed laterally. Note small collection of subretinal fluid in the peripapillary region.



**Figure 5.26.** Gross pathologic appearance of orbital optic nerves, subarachnoid space, and optic nerve sheaths in chronic papilledema. Note marked distention and stretching of the delicate arachnoid trabeculations that bridge the subarachnoid space around the nerves. (From Cogan DG. Neurology of the Visual System, Ed 6. Springfield, IL, Charles C Thomas, 1966.)







**Figure 5.27.** Ultrastructural appearance of papilledema. *A*, Most of the axons in the immediately prelaminar portion of the optic nerve are swollen (A) and show disruption of their neurotubules and swelling of the mitochondria. Some of the axons remain normal in size and structure. Glial elements (G) in this region are not swollen. *B*, Another section of the prelaminar portion of the optic nerve head demonstrates axonal swellings of varying severity. Some axons are mildly swollen, whereas others show hydropic degeneration (A). One axon contains giant mitochondria (M), whereas in other axons, the mitochondria are normal in size (m). A dense body (D) is present in the cytoplasm of a perivascular glial cell (G). L, lumen of a blood vessel. (From Tso MOM, Hayreh SS. Optic disc edema in raised intracranial pressure. III. A pathologic study of experimental papilledema. Arch Ophthalmol 1977;95:1448–1457.)

restraining influence of Müller cells in the peripapillary retina (124), disequilibrium of hydrostatic pressure in the tissue and bloodstream (125), and compression of the central retinal vein as it traverses the subarachnoid space (125) or cavernous sinus (126) with elevated central venous pressure (111).

An animal model of experimental papilledema, developed in the 1960s, provided a means to test most of the theories regarding the pathogenesis of papilledema. Increased ICP has been produced in monkeys by cranial irradiation (127) and by the introduction of an inflatable balloon into the subarachnoid space (63,128,129). Using these models, there are some general points of agreement regarding the pathogenesis of papilledema. First, papilledema occurs only when there is patency of the subarachnoid space surrounding the optic nerve and intracranial structures (116,130,131). Blockage of these spaces by adhesions or tumor prevents papilledema from occurring on the side of the obstruction. Second, papilledema does not occur when antecedent optic atrophy has destroyed most or all of the nerve fibers. Finally, and most important, axonal transport is clearly abnormal in patients with papilledema as well as in patients with disc swelling from all other causes (e.g., ischemia, inflammation, hypotony).

Orthograde transport is studied using autoradiography by injecting labeled amino acids (usually leucine or proline) into the vitreous cavity. Both the fast ($\pm$400 mm/day) and slow ($\pm$1 mm/day) components of axon transport accumulate in the regions of the lamina cribrosa of monkeys with experimentally produced increased ICP and papilledema (132,133) (Fig. 5.28). The stagnant axoplasmic flow results in the swelling of axons seen by electron microscopy (118). Several studies confirm that eyes with optic disc swelling from increased ICP as well as other causes have stasis of both fast and slow axonal transport (115,133–136).

The role of central retinal venous pressure in papilledema is controversial. If the CSF pressure in the optic nerve sheath constantly fluctuates, as it does in the brain, the sheath, like the spinal dural sac, could function as an expansion vessel (111). Unlike the extradural veins of the spinal sac, the central retinal vein is located within the subarachnoid space. With markedly elevated ICP, the venous pressure in the optic nerve sheath could be double that of the eye, accounting for the loss of spontaneous venous pulsations and the presence of choroidal folds, acquired hypermetropia, shortening of the globe on MRI scanning, and forward bowing of the lamina cribrosa (111). However, experimental compression of the central retinal vein at its site of exit from the optic nerve does not produce optic disc edema (137). Similarly, monkeys exposed to raised CSF pressure for up to 2 hours showed increased ophthalmic vein pressure but not disc edema (138). Concurrent impaired perfusion of the neurons traversing the lamina cribrosa (the arteriolar branches of the circle of Zinn) may be the final critical factor required to produce the vascular changes at the optic disc and impaired axoplasmic flow in papilledema (111,139).



**Figure 5.28.** Blockage of axon transport in papilledema. Phase contrast photomicrograph shows accumulation of axonal products (seen as white material) in the region of the lamina cribrosa.

Research to date suggests that there are three components required for the development of papilledema: increased and fluctuating pressure in the distal optic nerve sheath; elevated central retinal venous pressure; and impaired perfusion of the nerve fibers traversing the lamina cribrosa (111). Despite the findings described above, numerous questions still exist regarding the pathogenesis of papilledema (140).

## SYMPTOMS AND SIGNS

Both nonvisual and visual symptoms occur in patients with papilledema. As a general rule, the nonvisual symptoms are more severe and bothersome to the patient, although visual symptoms can be both distressing and indicative of impending permanent visual dysfunction.

### NONVISUAL MANIFESTATIONS

#### Headache

Headache is often the first symptom of increased ICP, although there may be a considerable increase in ICP without headache. The characteristics of headaches with increased ICP are nonspecific. They are usually global and aching (''tension type''), but may be unilateral and throbbing (''migrainous''). The headache may be constant or intermittent. Neither the severity of the headache nor its location has any value in determining whether an intracranial mass is present and, if so, its location. The typical ''brain tumor headache'' that is worst upon awakening is only present in about one-third of patients with tumors and does not correlate with the presence of increased ICP (141). Headaches associated with increased ICP often worsen during a Valsalva maneuver (coughing, straining, etc.). The headache associated with increased ICP may be caused by stretching of the meninges or from distention of cerebral veins.

### Nausea, Vomiting, and Photophobia

Nausea and vomiting are frequently associated with significantly increased ICP. Photophobia is commonly present and is occasionally the presenting symptom of intracranial hypertension.

### CSF Rhinorrhea

Spontaneous CSF rhinorrhea is most commonly seen in patients with a mass lesion, congenital anomaly or previous trauma (142). This phenomenon has also been reported with PTC and in patients with a CSF fistula that is usually located in the region of the cribriform plate (143).

## VISUAL MANIFESTATIONS

Early papilledema is usually asymptomatic. Even well-developed papilledema may produce minimal or no symptoms. Sometimes the only abnormality found on careful testing is mild to moderate enlargement of the physiologic blind spot. Other patients may be aware of their physiologic blind spot, and describe a negative scotoma in the temporal field of vision of one or both eyes. Still other patients have variable loss of visual acuity, visual field, or both.

Coexisting retinal or vitreous hemorrhages or exudates may reduce central acuity (37) (Fig. 5.29). For example, sudden monocular blindness from a subretinal neovascular membrane has been reported as the first symptom of PTC (144). When papilledema is caused by an intracranial mass, decreased acuity or a visual field defect in one or both eyes may occur by several mechanisms, including direct compression of a portion of the visual sensory pathway (e.g., compression of the occipital lobe by a meningioma, producing a homonymous field defect), indirect compression of part of the pathway via a secondary effect on surrounding brain (e.g., gyrus rectus compression of the optic nerves producing a bilateral optic neuropathy in a patient with a frontal lobe tumor), and infiltration of a part of the pathway (e.g., infiltration of the optic chiasm by a germinoma, producing a bitemporal hemianopia).

### Transient Visual Obscurations

As papilledema worsens, patients may experience brief, transient obscurations of vision. During these episodes, vision may vary from mild blurring to complete blindness. Some patients describe a rapid gray-out of vision, whereas others experience positive visual phenomena, such as photopsias and phosphenes that obscure their vision. In all cases, however, recovery of vision is invariably rapid and complete (17,145). The obscurations may affect either eye or both eyes simultaneously (146). They usually last only a few seconds, although attacks lasting several hours rarely occur (17,145,147–149). The episodes may occur up to 20–30 times a day, and are often precipitated by changes in posture, particularly from a bent-over position (146). There may be gaze-evoked amaurosis, a phenomenon that is also observed by patients with orbital lesions that compress the optic nerve (150) (see Chapter 4). Transient obscurations of vision are often worrisome to the patient but they do not predict visual outcome (105,151).

Although transient obscurations were once thought to occur most frequently with lesions in the posterior fossa, particularly cerebellar tumors (145,148), they occur more in patients with PTC than in patients with intracranial mass lesions. They are most likely attributable to transient compression or ischemia of the optic nerve, as they are identical to those that occur in patients with unilateral meningiomas of the optic nerve sheath (see Chapter 8).




**Figure 5.29.** Papilledema associated with bilateral visual loss related to macular hard exudate. The patient was a 35-year-old woman with headaches and decreased vision in both eyes. Visual acuity was 20/50 OU. Visual fields showed marked enlargement of the blind spots. Both optic discs are severely swollen (Frisén stage 5). *A and B.* There are numerous hemorrhages and soft exudates on and surrounding the discs, and there is a star figure composed of hard exudate (lipid) in the maculae.

### Visual Field Defects

Concentric enlargement of the blind spot is the most common—and frequently the only—visual field defect in patients with papilledema (152). Compression, detachment, and lateral displacement of the peripapillary retina appear to be the major reasons that the blind spot increases in size in patients with papilledema (110); however, the blind spot may be enlarged even when there is no obvious retinal displacement or detachment. In this setting, the enlarged blind spot represents a refractive scotoma caused by acquired peripapillary hyperopia that, in turn, results from elevation of the retina by peripapillary subretinal fluid (153).

Uhthoff (154) described the various types of visual field




**Figure 5.30.** Progression of visual field defect in a patient with chronic papilledema. *A–C*, Progression of chronic papilledema to optic atrophy. *D–F*, Progression of the visual field defects. Note progressive loss of nasal and superotemporal fields and associated constriction with preservation of visual acuity.




**Figure 5.31.** Difference in sensitivity of kinetic versus static perimetry in chronic papilledema. *A and B*, Right and left optic discs show chronic papilledema. *C and D*, Kinetic perimetry shows no abnormalities except for mildly enlarged blind spots. *E and F*, Static perimetry in the same patient shows nasal steps, inferior arcuate defects, and reduction in sensitivity in both eyes.

defects in papilledema, including enlargement of the blind spot (30%), concentric constriction (29%), and complete blindness (25%), with the rest of the defects divided among homonymous hemianopia and central and arcuate scotomas. In chronic papilledema, the inferior nasal quadrant is most often affected (155). Dense paracentral scotomas may be found in the Bjerrum area, and may progress to form ring scotomas (155). Visual acuity usually deteriorates late in the course of the disease. The defects can be reversed if ICP is lowered before chronic papilledema develops (156). As with loss of visual acuity, loss of visual field is usually slow and progressive. Sudden loss of visual field suggests a superimposed local cause, such as ischemia (113).

Automated static perimetry confirms that early visual field defects in eyes with papilledema are not uncommon and are often present when standard kinetic perimetry gives normal results (157–159). These early defects are generally arcuate scotomas or nasal steps. Constriction of the visual fields may occur with high-grade papilledema or as a late sign of papilledema during the chronic stage as it progresses to optic atrophy. The field defects are usually worse nasally than temporally (160) (Figs. 5.30 and 5.31). Thus, in advanced papilledema, only a temporal island of vision may remain before progressing to complete blindness. The slowly progressive visual field defects in chronic papilledema are similar to those seen in glaucoma, suggesting that there may be a common pathogenetic mechanism in the two conditions (155), or a similar vulnerability of specific nerve fibers to different insults.

### Loss of Central Vision

Patients with papilledema caused by intracranial mass lesions or meningitis (septic, aseptic, carcinomatous, and lymphomatous) can lose central vision acutely or progressively from the effects of the underlying process on the optic nerves. In other cases, permanent loss of central vision results from the nonspecific effects of increased ICP on the optic nerve and begins with visual field constriction that is slowly progressive. In this setting, loss of central acuity usually is a late phenomenon, although it may occur over several weeks in cases with markedly increased ICP (161). When acute loss of vision occurs in patients with papilledema, local causes are generally responsible (161,162). Central vision loss may be produced by hemorrhages or exudates in the maculae. Ischemic optic neuropathy or retinal vascular occlusions may be related to the underlying process (e.g., a coagulopathy) or to the rapid rate at which the ICP has risen (163–167). Rare patients, many of them children, seem to have a fulminant course characterized by a rapid progression from normal vision to profound and permanent visual loss (162,168,169).

### Other Abnormalities in Visual Sensory Function

As in other optic neuropathies, papilledema may be associated with nonspecific abnormalities of visual sensation that can be detected when specific tests are performed. For example, patients with visual acuity of 20/20, a full visual field, and normal color perception may nevertheless have abnormal contrast sensitivity (170–174). Visual evoked potentials do not become abnormal until marked visual loss has occurred and have no role in the diagnosis or monitoring of visual function with papilledema (171,175).

### Diplopia

The most common cause of diplopia from increased ICP is a lateral rectus palsy, as one or both abducens nerves are compressed against one of the transverse branches of the basilar artery at the base of the skull (176,177). Infrequently, trochlear nerve palsies occur in patients with increased ICP, presumably from compression of either the dorsal midbrain or the nerves themselves, by a ballooned suprapineal recess (178,179). Trochlear nerve palsies may be mistaken for a "skew deviation" if quantitative testing of eye movements or a Bielschowsky head tilt test is not performed, although true skew deviation can also occur in patients with increased ICP (168,180,181). Oculomotor nerve palsy is distinctly uncommon as a non-localizing sign of increased ICP (168,182). Intracranial hypertension occasionally presents with global ophthalmoparesis that resolves as the ICP is normalized (183).

# ETIOLOGY

## GENERAL CONSIDERATIONS

The craniospinal cavity is an almost rigid bony enclosure completely filled by tissue, CSF, and circulating blood. Within this enclosure, CSF is constantly produced at the rate 500 ml/day, or 0.35 ml/minute (184). Almost all of the production is by the choroid plexus within the lateral ventricles, although the choroid plexuses of the 3rd and 4th ventricles and the ependymal lining of the ventricular system also contribute a small amount. The secretion of CSF is related to sodium transport in the brush border of the choroid plexus epithelium, and is dependent on sodium-potassium-activated ATPase as well as the enzyme carbonic anhydrase (184).

CSF flows from the lateral ventricles through the interventricular foramina into the 3rd ventricle and mixes with the CSF produced in that ventricle. The CSF then flows through the cerebral aqueduct (of Sylvius) into the 4th ventricle, and out into the subarachnoid space through the foramina of Luschka and Magendie. In the subarachnoid space, CSF flows rostrally from the posterior fossa through the lower ventral basal cisterns and tentorial notch to reach the interpeduncular and chiasmatic cisterns. The CSF then flows dorsally through the communicating cisterns to reach the dorsal cisterns, and lateral and superiorly from the chiasmatic cistern into the cisterns of the Sylvian fissure. From the cisterns and Sylvian fissures, CSF moves outward and superiorly over the cerebral convexities where it is absorbed.

The chief route of absorption of CSF in the brain is passively through the arachnoid granulations that protrude into the venous sinuses and diploic veins. These vessels drain to the internal jugular vein and other extracranial veins. CSF is also absorbed in the spinal sac.

Many factors influence CSF formation, including toxins, medications, and neurotransmitters. Cholera toxin increases CSF production (185,186), while serotonin, sympathomimetic drugs, acetazolamide, furosemide, vasopression, dopamine D1 receptor antagonists, atrial naturetic hormone, hyperosmolar agents and hypothermia decrease CSF formation (184,187). Corticosteroids seem to have no effect on CSF production but lower intracranial pressure by a different mechanism (184). There is likely a feedback mechanism of increased ICP on CSF production but it is not well elucidated (188).

The Monro-Kellie hypothesis (189,190), states that the volume of blood, brain and CSF within the cranial cavity must be in equilibrium, and a change in the volume of one component must be offset by a reciprocal change in another. However, within this rigid system, there is an elastic element of the spinal dural sac and the vascular channels (191). Under appropriate circumstances, as little as 80 cc of rapidly added volume (CSF, blood, edema, tissue, etc.) will raise ICP to a level incompatible with life (189). Given the intracranial compartmental equilibrium, increased ICP occurs by several mechanisms:

An increase in the total amount of intracranial tissue by a space-occupying lesion;
An increase in intracranial tissue volume by focal or diffuse cerebral edema;
A decrease in total volume within the cranial vault by thickening of the skull;
Blockage of the flow of CSF within the ventricular system (obstructive or noncommunicating hydrocephalus) or within the arachnoid granulations (nonobstructive or communicating hydrocephalus);
Reduced absorption of CSF from obstruction or compromise of venous outflow both intracranially and extracranially; and/or
Increased production of CSF by an intracranial tumor at a rate that precludes adequate absorption for maintenance of normal ICP (192,193).

## CONDITIONS ASSOCIATED WITH PAPILLEDEMA

### Tumors

Intracranial masses such as tumors produce increased ICP through most of the mechanisms mentioned above. They may act solely as space-occupying lesions; they may produce focal or diffuse cerebral edema, and they may block the outflow of CSF by direct compression of CSF drainage pathways or by infiltration of the arachnoid villi or the cerebral venous sinuses. Other potential mechanisms are the production of increased protein or blood products that secondarily block the arachnoid villi, and by directly producing CSF.

Papilledema does not develop in every patient with a cerebral tumor. Several large studies found papilledema in 60–80% of patients with cerebral tumors (194–198). Tumors that are situated below the tentorium (infratentorial) are more likely to produce papilledema than those situated above it (supratentorial). Supratentorial tumors rarely cause primary obstruction to the flow of CSF through the aqueduct of Sylvius, but may produce papilledema by deflection of the falx and pressure upon the great vein of Galen (199). Tumors below the tentorium usually produce papilledema by obstruction of the aqueduct. Nevertheless, some infratentorial masses do not obstruct the aqueduct but still produce papilledema, perhaps related to elevation of the tentorium with pressure on the vein of Galen or on other cerebral venous sinuses (165,197–200). Both central and transtentorial herniation syndromes may cause papilledema.

Brain tumors in certain locations may produce papilledema without lateralizing or localizing signs, particularly if they are supratentorial and situated within the nondominant hemisphere or within one of the lateral ventricles (201). Moreover, not all intracranial tumors cause a pressure rise sufficient to produce papilledema (202).

Papilledema may be dependent not only on tumor location but also on the type and growth rate of the tumor. For example, gliomas may produce papilledema in three-quarters of cases, whereas meningiomas produce papilledema in less than half (203). Papilledema was observed in 50% of patients with rapidly growing glioblastomas, while 65% of those patients with slowly progressive benign astrocytomas and meningiomas demonstrated papilledema (204). Papilledema was present in 61% of patients with cerebral metastases (204). These data raise the possibility that papilledema may develop more frequently in those patients with slowly progressive tumors rather than those with malignant and rapidly growing masses (204).

Papilledema may occur with other intracranial masses, such as hamartomas (205), teratomas, parasitic lesions such as cysticercus cysts (206), abscesses, hematomas, aneurysms, and granulomas, usually in association with sarcoidosis, tuberculosis, or syphilis.

### Arteriovenous Malformation (AVM)

AVMs need not rupture to produce papilledema (176,207–213). The mechanism producing increased ICP is likely from direct shunting of arterial blood from AVMs into the cerebral venous system, elevating the cerebral venous pressure and decreasing CSF resorption (209,214–217). Additionally, there may be venous sinus thrombosis or direct venous sinus compression from the AVM causing increased ICP (209). Both intracerebral and dural-based AVMs involving the transverse sinus are associated with papilledema (218). Treatment may include surgery, embolization or shunt placement to lower the intracranial pressure (209,217).

### Aqueductal Stenosis

Aqueductal stenosis often presents in childhood. It may be congenital, in which case it may or may not be associated with a Chiari malformation, or it may be acquired from intracranial infections such as toxoplasmosis or mumps ependymitis (219). Presentation in infancy is accompanied by macrocephaly. Adults may have headaches, dorsal midbrain syndrome, meningitis, hemorrhage, endocrine disturbances from compression of the pituitary gland, seizures, gait disturbances, and CSF rhinorrhea (220,221). Occasionally aqueductal stenosis produces unilateral ocular symptoms and optic disc edema (58).

### Intracranial Hemorrhage

Papilledema occurs in patients with both acute and chronic subdural hematoma but is more commonly observed in the acute phase (204,222,223). The converse is true with epidural hematoma, when the papilledema may develop many weeks after the injury, particularly when the hematoma is located at the vertex causing compression of the superior sagittal sinus (224–226).

In almost all cases, subarachnoid hemorrhage produces papilledema either by blocking CSF flow within the ventricular system or by blocking CSF absorption at the arachnoid granulations. The site of the hemorrhage may be intracranial or spinal (227). In one series of 192 patients with ruptured intracranial aneurysms, papilledema was found in 16% (228). The presence of papilledema was not related to gender, age, or site of the aneurysm. In seven cases, the papilledema was unilateral, and it was ipsilateral to the lesion in six of these cases. Other investigators report the incidence of papilledema in patients with aneurysmal subarachnoid hemorrhage as 10–24% (229,230). It may be present within several hours after the hemorrhage (154,231), or develop only after several weeks of increased ICP (232).

### Infections

Although papilledema is uncommon in patients with a cerebral hemispheric **abscess**, abscesses in the occipital lobe frequently produce pronounced papilledema (204), and chronic brain abscesses are associated with papilledema more frequently than acute abscesses (99,233). There is no definite relationship between the size of the abscess and the severity of the papilledema. Unilateral papilledema caused by a brain abscess may have localizing value. Cerebellar abscesses are not likely to produce papilledema, perhaps because of more rapid surgical intervention or hastened mortality compared to supratentorial hemispheric lesions (98).

The etiology of ICP in patients with **meningitis** or **encephalitis** is usually diffuse cerebral edema. However, the reported frequency of papilledema with meningitis is fairly small, and the papilledema tends to be mild and transient. Only 2.5% of patients had papilledema in one study of 2,178 cases of meningitis (234) and other large series of syphilitic meningitis showed a similar incidence of papilledema (235,236). Papilledema was more likely to occur in patients with tuberculous meningitis (25% of cases) than in any other type of bacterial meningitis (234).

Among 80 patients with clinical signs of aseptic meningitis, 17 had optic disc swelling (237). The disc swelling was associated with moderate elevation of the discs, minimal venous congestion, and small peripapillary hemorrhages. In slightly more than half of the patients, there was confirmed increased ICP. In the others, it is likely that the disc swelling was caused by an optic perineuritis (see Chapter 6). All patients recovered completely in 6–12 months. A retrospective review of 100 patients hospitalized with a definite or probable diagnosis of viral meningitis, encephalitis, or meningoencephalitis found six patients with disc swelling, two of whom had increased ICP (238). In the four other patients, the CSF was under normal pressure but pleocytosis was present, suggesting that the disc swelling was caused by inflammation rather than increased ICP.

Papilledema may occur with any form of meningoencephalitis. Many viral encephalidites are associated with papilledema (239,240), including herpes simplex and herpes zoster encephalitis (241,242), measles encephalitis (243), California encephalitis (244), lymphocytic choriomeningitis (245), infectious mononucleosis (246), and coxsackie B2, B4, and B5 meningoencephalitis (247,248). However, papilledema uncommonly occurs with encephalitis caused by rubella, mumps and varicella (249). Patients with poliomyelitis may develop increased ICP during both the acute and convalescent phases of the disease, and papilledema may develop in such cases (250–253). Generally, there is an elevated CSF protein with a moderate lymphocytic or mixed pleocytosis. Papilledema is rare in subacute sclerosing panencephalitis as the disease is slowly progressive and not generally associated with increased ICP (254,255). Papilledema in syphilis and tuberculosis may result from meningoencephalitis, obstruction of CSF flow or mass effect.

Psittacosis presented with increased ICP and papilledema in a 46-year-old man who developed headache, malaise, weight loss, sweats, and anorexia (256). Central nervous system involvement of Whipple's disease has also been associated with papilledema and increased ICP (257,258).

Papilledema occurs occasionally in Reye syndrome, an encephalopathy that follows a viral illness and occurs in children between ages 1 and 15 years (259,260), associated with fever and vomiting followed by convulsions and coma. Fatty infiltration and inflammation of the liver, kidney, and pancreas occur, and the mortality rate is 10% (259). In all patients, acute noninflammatory encephalopathy is confirmed by increased ICP, normocellular CSF, and diffuse cerebral edema. Although the fundi are normal in most cases, papilledema has been reported in rare instances (259,260).

### *Noninfectious* Inflammatory Disorders

**Sarcoidosis** affecting the CNS occurs in about 5% of cases, mimicking practically any intracranial mass lesion (261,262); see (Chapter 59). Granulomas may develop in the meninges, causing nodular masses or, more commonly, an adhesive meningitis, or they may develop within brain parenchyma. The papilledema that occurs in sarcoidosis is usually associated with an aseptic meningitis, obstructed CSF flow or mass effect (263). Occasionally, however, sarcoidosis is associated with a true PTC syndrome; i.e., there is no evidence of a mass lesion, the ventricles are normal in size, the ICP is elevated, and the CSF contains no cells and has a normal concentration of glucose and protein. Some of these cases may be caused by dural venous sinus thrombosis (264). In other cases, the etiology is unclear. PTC associated with sarcoidosis often responds to treatment with systemic corticosteroids.

**Behçet's disease** is a multisystemic, recurrent, inflammatory disorder affecting the eyes, skin, mucosa, joints, vascular system, gastrointestinal tract, and nervous system (265). The disc swelling often seen in patients with Behçet's disease is usually associated with intraocular inflammation.

However, Behçet's syndrome has been associated with papilledema from dural venous sinus thrombosis and thrombophlebitis (266–270). The PTC syndrome with papilledema is the most common presentation of dural venous sinus thrombosis in Behçet's disease (265,270,271) and is an important diagnostic consideration in atypical patients with PTC. The MRI scan is abnormal in almost all cases of Behçet's disease affecting the brain, revealing contrast-enhancing lesions in the basal ganglia or diencephalon, small scattered periventricular or white matter lesions, or dural sinus occlusion (265).

Papilledema and the PTC-like syndrome was reported in a patient with familial Mediterranean fever, an inherited inflammatory disease of unknown cause (272).

In almost all CNS infections and inflammations, swelling of the optic disc may occur without elevated ICP, presumably from inflammation of the optic nerve. Many times the disc swelling is termed "papilledema" (240) even though the ICP is normal, because the discs are swollen and the patients have normal visual function. In other cases, the diagnosis of papilledema is made on clinical grounds alone, without measurement of ICP. However, some patients have both increased ICP and a substantial inflammatory reaction in the CSF. In this situation, differentiating between papilledema and optic perineuritis is impossible because, in both conditions, there is normal visual function. Only when a lumbar puncture is performed in a patient with a CNS infection and disc swelling, and the CSF is found to be under normal pressure with an increased protein and a pleocytosis, can the true inflammatory etiology of the disc swelling be ascertained.

### Neoplastic Infiltrating Disorders

Increased ICP, often associated with papilledema, occurs in patients with **diffuse spread of tumors** throughout the CNS. These tumors include carcinomas, lymphomas, and leukemias (273,274). The increased pressure is usually caused by tumor cells that either obstruct CSF outflow across the arachnoid villi or CSF flow in the basal cisterns.

While most intracranial gliomas occur as solid mass lesions within the brain, in rare cases, the entire brain is infiltrated by a glioma—**gliomatosis cerebri**. The MRI usually shows multifocal lesions (275), but occasionally the diffusely infiltrated brain may present with normal neuroimaging and normal CSF contents (276). The most common presenting symptoms are headaches, seizures, mental status and cognitive changes, and hemiparesis (275). Papilledema may be present in one-third of patients at diagnosis (275). Such patients may initially be thought to have PTC, until further growth of tumor cells occurs, and the true diagnosis becomes evident.

**Leptomeningeal gliomatosis** affecting the spinal cord can also cause increased ICP and papilledema (277,278). Patients with this condition have a diffuse CNS glioma that is confined to the leptomeninges and that is thought to originate from a heterotopic glial nest in the subarachnoid space (279). The initial manifestations are headache, papilledema, and evidence of aseptic meningitis. Tumor cells are almost always found in the CSF.

### Trauma

Papilledema occurs in 20–30% of persons who have suffered severe cranial injuries, both with and without an associated skull fracture (280). In most of these cases, the increased ICP is caused by a severe subarachnoid hemorrhage or a significant intracerebral, subdural, or epidural hematoma. In other cases, however, the increased ICP is caused by diffuse or localized cerebral edema (280). Papilledema that develops in patients after head trauma is usually mild and may develop immediately, several days after the injury, or up to 2 weeks later (281). Among 15 patients evaluated by a neuro-ophthalmologist after blunt head trauma, papilledema was recognized immediately in 1 patient, during the first week in 10 patients, and not until the second week in 4 patients (282). A sudden, severe, but transient increase in ICP is postulated to be responsible for the immediate development of papilledema, whereas sustained but mild to moderately elevated ICP accounts for papilledema that appears during the first week after injury (282). Papilledema during the second week or later results from impaired CSF absorption and consequent communicating hydrocephalus or delayed focal or diffuse cerebral swelling.

Just as not all patients with increased ICP from an intracranial mass develop papilledema, not all patients with increased ICP after head trauma develop papilledema, especially in the acute period (95). Thus, the absence of papilledema in a patient with head trauma does not exclude the presence of increased ICP.

### Spinal Cord Lesions

The association of increased ICP and papilledema with tumors in the spinal canal is an unusual but well-documented phenomenon (283–287). Most of these tumors are intradural; however, extradural spinal tumors can also cause increased ICP associated with papilledema (288,289). In some cases, the tumors are located in the high cervical region, and the explanation for the increased ICP is thought to be upward swelling of the tumor with compression of the cerebellum and obstruction of CSF flow through the foramen magnum (106,290). This mechanism seems unlikely in the majority of cases, however, because over 50% of spinal cord lesions associated with papilledema are ependymomas or neurofibromas, usually in the thoracic and lumbar regions (291). These tumors can produce extremely high concentrations of protein in the CSF, and therefore the likely cause of increased ICP and papilledema is via defective CSF absorption that results from blockage of the arachnoid granulations by protein. In other cases, recurrent subarachnoid hemorrhage, which occurs commonly from bleeding from the surface of ependymomas, may also cause lowered CSF absorption from blockage of the arachnoid villi by blood or blood products. Other mechanisms for the production of increased ICP in patients with spinal cord tumors are probable but have yet to be elucidated.

Papilledema may occasionally be present in patients with spinal cord pathology other than malignancy, presumably by a similar mechanism. It has been reported in a patient with a herniated thoracic disc, resolving postoperatively

(292). The authors postulated that the papilledema in this patient was caused either by chronic epidural venous congestion from pressure of the extradural herniated disc producing a partial subarachnoid block, or by an associated aseptic meningitis and an elevated CSF protein.

### Demyelinating Disorders

Papilledema is an uncommon complication of the **Guillain-Barré syndrome** (GBS) and its pathogenesis remains uncertain (293–295). Denny-Brown postulated that papilledema was a consequence of abnormal protein that interfered with the absorption of CSF (296). Six years later, Joynt described cerebral edema with normal CSF absorption in patients with GBS (297). Subsequently, evidence was submitted supporting both theories, as well as invoking a partial venous sinus thrombosis (298–300); the mechanism may be multifactorial.

GBS usually is a monophasic illness, with a rapid initial onset, progressive weakness and other neurologic manifestations over 1–4 weeks, and partial or complete recovery over subsequent months. However, a small percentage of patients with an otherwise typical episode of acute GBS subsequently relapse, have a protracted onset, or slowly improve and then worsen over weeks to months. The chronic and relapsing form of GBS was first defined largely by its responsiveness to systemic corticosteroids (301). This disorder, now known as **chronic inflammatory demyelinating polyneuropathy** (CIDP), is distinguished from acute GBS by: (*a*) a longer progression (2–3 months) before plateau; (*b*) a tendency for the illness to be less severe than the typical acute disease; (*c*) fluctuations in the severity of symptoms over many years; (*d*) greater elevations in CSF protein concentration; (*e*) more profoundly slowed motor nerve conduction velocities indicating axonal loss; and (*f*) a frequent association with systemic diseases such as systemic lupus erythematosus and Hodgkin's disease (300,302).

Increased ICP, often associated with papilledema, occurs more often in patients with CIDP than in patients with acute GBS, and appears to result from the markedly increased protein concentration that is one of the laboratory hallmarks of the disease (303) (Fig. 5.32).

Papilledema occurs in a small percentage of patients with myelinoclastic diffuse sclerosis (**Schilder disease**). Cerebral edema from the numerous acute demyelinating brain lesions may mimic the clinical presentation of a neoplasm, abscess or PTC (304). In the majority of cases, optic neuritis is also present from demyelination of the optic nerves (see Chapter 60). Disc edema in multiple sclerosis most commonly reflects optic nerve demyelination and inflammation, rather than increased intracranial hypertension. Bilateral, simultaneous anterior optic neuritis may be difficult to distinguish clinically from acutely elevated ICP (305). The reported association between papilledema and increased intracranial pressure in a few patients with multiple sclerosis may be coincidental (306).

### Inborn Errors of Metabolism

Hydrocephalus is a known complication of the inherited disorders of lysosomal multienzymes called the **mucopolysaccharidoses** (MPS) (307) and papilledema occurs in some of these cases (308–311). Increased ICP in patients with the systemic mucopolysaccharidoses probably results from an obstruction to the distal circulation of CSF over the cerebral convexities, in the arachnoid villi, or both, by the deposition of mucopolysaccharide in the meninges, leading to delayed CSF absorption.




**Figure 5.32.** Papilledema in chronic inflammatory demyelinating polyneuropathy (CIDP). The patient was a 44-year-old man with well-documented CIDP who was being treated with low-dose systemic corticosteroids when he developed mild headaches but no visual symptoms. Visual acuity was 20/20 OU; color vision was normal; and visual fields were full. *A*, The right optic disc is mildly hyperemic and swollen (Frisén stage 2). *B*, The left optic disc is mildly hyperemic and swollen (Frisén stage 2). Brain neuroimaging was normal. A lumbar puncture showed increased intracranial pressure with a moderately increased concentration of protein. No specific treatment was given, and the papilledema gradually resolved over about 6 months.

**Citrullinemia** is caused by deficient activity of argininosuccinate synthetase, a urea-cycle enzyme. Hyperammonemia is usually present in this disorder (312,313). Citrullinemia may present acutely in neonates, subacutely in children, or as a late-onset condition in young adults. The late-onset type (Type II) may be associated with increased ICP and papilledema (314). Affected patients experience lethargy or recurrent episodes of syncope. Neuroimaging shows small ventricles and changes consistent with cerebral edema (312). CSF pressure is elevated, but the CSF contains no cells and normal concentrations of protein and glucose. Most patients in whom late-onset citrullinemia occurs have a peculiar fondness for beans, peanuts, and meat. Although the findings in late-onset citrullinemia associated with papilledema suggest a diagnosis of pseudotumor cerebri, i.e., no intracranial mass lesion, small ventricles, increased ICP, normal CSF content (see below), affected patients have evidence of an encephalopathy and thus do not strictly meet the diagnostic criteria for PTC (315).

### Anomalies of the Cranium

The intracranial vault may become smaller in certain types of **craniosynostoses**. Of 171 patients with premature synostosis of the cranial sutures, the vast majority (91%) had simple cranial synostosis (oxycephaly, scaphocephaly, trigonocephaly, or plagiocephaly), whereas the remainder had dysostosis craniofacialis (Crouzon's syndrome) or acrocephalosyndactyly (Apert's syndrome) (316). Twenty-six of these patients (15%) had papilledema (316). When patients with simple cranial stenosis, which is almost never associated with papilledema, were excluded, however, the incidence of papilledema increased to 40%. In another large case series, ophthalmoscopic evaluations were performed in 122 children with craniosynostoses who then underwent monitoring of ICP revealing 15 patients (12%) with papilledema and 4 patients with optic atrophy (317). The patients with papilledema had higher ICP, were older, and were more likely to have craniofacial syndromes than patients without papilledema (317). The authors concluded that the presence of papilledema in a young child with craniosynostosis reliably indicates increased ICP, but its absence does not exclude increased ICP.

Papilledema that occurs in patients with craniosynostoses is often chronic by the time it is detected, possibly because such patients may not undergo a careful examination of the ocular fundi unless they complain of visual disturbances (154,316,318). Almost 50% of patients with craniosynostosis and papilledema eventually develop severe reduction of vision or blindness in both eyes (195). In one study of 31 patients with postpapilledema optic atrophy, 52% had visual acuity of 20/60 or better in both eyes, 29% had acuity of 20/60 or better in one eye, and only 19% had visual acuity less than 20/60 in both eyes (316).

Papilledema in craniosynostosis usually develops before the age of 10 years (317,319) but a patient with oxycephaly was observed to developed papilledema at 53 years of age (317,320,321). Papilledema occurs not only in patients with primary craniosynostosis (322) but also in patients with hypophosphatasia (323), sclerosteosis (324), progressive diaphyseal dysplasia (324) and idiopathic acroosteolyses (Hedju-Cheney syndrome) (325).

### Plasma Cell Dyscrasias

**POEMS** syndrome (Crow-Fukase syndrome) is an unusual multisystem disorder that is characterized by polyneuropathy (**P**), organomegaly (**O**), endocrinopathy (**E**), monoclonal gammopathy (**M**), and skin changes (**S**) (326–328). Polyneuropathy is frequently the initial and most disabling problem. It is usually associated with electrophysiological and histological evidence of mixed demyelination and axon degeneration (328). Enlarged organs include the liver, spleen, and kidneys (328). Common endocrine abnormalities are diabetes mellitus, hypothyroidism, hypogonadism, hypocortisolism, and gynecomastia in men (328). Polycythemia is often present. Common skin findings include diffuse hyperpigmentation, peripheral edema, hypertrichosis, skin thickening similar to that observed in scleroderma, hyperhidrosis, and clubbing of the fingers (328,329). Additional systemic features include osteosclerotic bone lesions, lymphadenopathy, and peripheral edema.

Over 50% of patients with the POEMS syndrome develop papilledema (327,328,330) that may occur with or without increased ICP (331,332). The disc swelling in most of these cases results from altered capillary permeability in the optic disc or from the effects of an associated infiltrative orbitopathy.

The POEMS syndrome is usually associated with a plasma cell dyscrasia, such as myeloma, plasmacytoma, or monoclonal gammopathy of undetermined significance. A monoclonal immunoglobulin, inflammatory cytokines, vascular endothelial growth factor and human herpes virus-8 are implicated in its pathogenesis (333). The monoclonal protein component, present in most cases, may be IgG gamma, IgM gamma, gamma light chain, or others (328). Clinical improvement following treatment of the plasmacytoma or solitary bone lesion associated with an M component suggests that a tumor product may be the cause of the condition (328).

Patients with **multiple myeloma** can develop increased intracranial pressure and papilledema from CNS involvement (334,335). The PTC syndrome was described in patients with multiple myeloma who had no other features of the POEMS syndrome (see above) or generalized hyperviscosity (336). The mechanism of the raised ICP in these patients is unclear.

### Toxins

**Lead** has both direct and indirect effects on the nervous system. At levels above 4 $\mu$M the blood brain barrier is damaged, leading to severe cerebral edema and increased ICP (337,338). Lead encephalopathy in children is characterized by lethargy, anorexia and irritability, progressing over weeks to clumsiness, ataxia then stupor, coma, and seizures (338). Lead toxicity continues to be a public health problem, particular in the inner city, from the ingestion of lead-based paint chips (pica). Exposure to lead dust during the renova-

tion or restoration of older homes is another source of toxicity.

### Hyperthyroidism

Optic disc swelling in hyperthyroidism is usually due to compression or ischemia of the optic nerves caused by dysthyroid orbitopathy. Nevertheless, true papilledema can occur in association with hyperthyroidism without dysthyroid orbitopathy (339–341). One patient had communicating hydrocephalus and papilledema associated with severe thyrotoxicosis; the ICP and papilledema fluctuated proportionate to her serum thyroid hormone levels (340). Increased cerebral blood volume during thyrotoxicosis was proposed as the cause of the hydrocephalus (340).

## PSEUDOTUMOR CEREBRI (IDIOPATHIC INTRACRANIAL HYPERTENSION)

### DEFINITION

The pseudotumor cerebri syndrome was first described by Quincke in 1897 (342). The terminology used historically in the literature gives a sense of the various conditions associated with pseudotumor cerebri (PTC): toxic hydrocephalus (343), otitic hydrocephalus (344), hypertensive meningeal hydrops (345), pseudoabscess (7), ICP without brain tumor (27), brain swelling of unknown cause (346,347), and papilledema of indeterminate etiology (348). The most popular and enduring term "pseudotumor cerebri" was first used in 1914 (349). Noting that the condition was not caused by a tumor or malignancy, Foley introduced the term "benign intracranial hypertension" in 1955 (350). However, the term "benign" also implies a favorable process or the absence of harm. As significant visual morbidity may result from PTC, the use of the prefix "benign" was challenged (351) and is no longer considered acceptable terminology. The disorder is most correctly termed idiopathic intracranial hypertension (IIH) or intracranial hypertension from a secondary cause, depending upon whether or not an etiology is identified. The older term, PTC, describes the clinical syndrome without reference to the underlying cause.

### EPIDEMIOLOGY

PTC affects infants, children and young adults but rarely has onset over age 45 years (161,169,352–357). The idiopathic form (IIH) is typically a disorder of obese females of childbearing age. The incidence of PTC varies throughout the world. Two studies in the United States estimated the incidence at approximately 0.9 per 100,000 in the general population with a female: male ratio of 8:1 (358,359). The incidence rises to 3.5 per 100,000 in women aged 20 to 44 years, and further increases to 13 per 100,000 in women who are 10% over ideal weight, and 19 per 100,000 in women who are 20% over ideal weight (358). The incidence in Benghazi, Libya was 2.2 per 100,000 in the general population, 4.3 per 100,000 in women, and 21.4 per 100,000 in women aged 15-44 years who were 20% over ideal weight (360). In Israel, whose population is a mixture of people originating from various Eastern and Western countries, the incidence was similar to that in western populations with a preponderance of obese women (361).

### DIAGNOSIS

The diagnostic criteria for IIH are: (*a*) symptoms and signs solely attributable to increased ICP; (*b*) elevated CSF pressure; (*c*) normal CSF composition; (*d*) normal neuroimaging studies; and (*e*) no other etiology of intracranial hypertension identified (315,362). Each of these criteria are discussed below.

#### Symptoms and Signs

Occasionally, PTC is asymptomatic and discovered during a routine ophthalmic examination when papilledema is found (363). However, the most common symptom is headaches, occurring in approximately 90% of cases (362,364–366). The character of the headache is not specific but it is usually different from previous headaches and is severe (367). It most commonly is bifrontal or generalized, pressure-like, and often associated with neck pain (367). The headache is usually daily but may be intermittent. Many patients have migrainous features including unilateral pain, nausea, vomiting, photophobia and phonophobia. It may awaken the patient from sleep or resemble a "brain tumor headache" that is worse in the morning, and aggravated when cerebral venous pressure is increased by Valsalva maneuvers (coughing, sneezing, etc.).

The second most common symptom of PTC is transient visual loss. Typical transient obscurations of vision (TOV) are reported by approximately 70% of patients (367). They may be unilateral or bilateral, usually last less than a minute, and are often precipitated by a change in posture (e.g., bending over, arising from a stooped position) or rolling the eyes. In some patients TOVs occur 20 to 30 times daily. The visual loss may be partial or complete. TOVs indicate the presence of optic disc edema and are not, in isolation, an ominous symptom if the vision returns to normal interictally. They likely reflect transient ischemia to the optic nerve head caused by papilledema.

While TOV are common and generally not worrisome, a smaller percentage of patients will complain of visual loss. They may notice an enlarged physiologic blind spot, describing a dark spot in the temporal visual field. Tunnel vision and central visual loss may occur (362,367). With severe disease, ischemic optic neuropathy ensues, producing rapid, severe and often irreversible visual loss (113). Visual loss in PTC may also arise from macular hemorrhages, exudates, pigment epithelial changes, retina striae, choroidal folds, subretinal neovascularization or retinal artery occlusion (41,48,144,166,368).

Diplopia, observed by approximately 40% of patients, is usually horizontal resulting from unilateral or bilateral abducens nerve paresis, a nonlocalizing feature of increased intracranial pressure (362,367). Rarely, there is vertical diplopia

from trochlear nerve paresis, oculomotor nerve paresis, or skew deviation (168,179–181,369).

Intracranial noises (pulsatile tinnitus) are also common but must be queried for as patients seldom volunteer this symptom. Often described as a whooshing sound, "hearing my heartbeat in my head" or high-pitched noises, they are thought to reflect flow disturbances within the cerebral venous system (366,367,370). They may be unilateral or bilateral and are often more prominent at night.

Focal neurologic deficits in patients with PTC are extremely uncommon, and their occurrence should make one consider alternative diagnoses (371). Nevertheless, isolated unilateral and bilateral facial paresis (171,372–376), hemifacial spasm (377,378), trigeminal sensory neuropathy (379), hearing loss (380), hemiparesis, ataxia, paresthesias, mononeuropathy multiplex (381), arthralgias, and both spinal and radicular pain (382) have been reported in patients with PTC (383,384). Patients with chronic PTC are more likely to be anxious or depressed than age- and weight-matched control subjects (385). Cognitive deficits are less well substantiated and may be a manifestation of headache-related concentration difficulties, depression, or anxiety (386,387).

Papilledema is the diagnostic hallmark of PTC and is present in almost all patients (362,366,367). The papilledema of PTC is identical with that which occurs in patients with other causes of increased ICP and may be asymmetrical or, occasionally, unilateral (60). PTC without papilledema has been reported but it is uncommon and the diagnosis should be made with caution (69,388–390). Occasionally, continuous CSF pressure monitoring may be needed to confirm the diagnosis (391). Although there is a correlation between visual loss and high-grade papilledema, the appearance of the optic disc does not predict visual loss (105,392). There is no correlation between severity of optic disc swelling and age, race, or body weight in patients with PTC (393).

As with papilledema from other causes, loss of central visual acuity is uncommon in PTC. One prospective study showed Snellen visual acuity worse than 20/20 in approximately 15% of patients at presentation (367). Visual acuity is relatively insensitive to visual loss in PTC and should not be relied upon as the sole indicator of visual function (158). Color vision testing and visual evoked potentials are similarly insensitive (171). In general, early central acuity loss, particularly if it is rapidly progressing, is a worrisome sign.

Postpapilledema optic atrophy occurs in untreated or inadequately treated patients after a variable period of time, usually over several months, but occasionally within weeks of the onset of symptoms. Some patients have persistent chronic papilledema without visual deterioration or optic atrophy. Postpapilledema optic atrophy in patients with PTC usually develops symmetrically, but just as papilledema may be asymmetric, so postpapilledema optic atrophy can be asymmetric. Some patients develop a pseudo-Foster Kennedy syndrome characterized by postpapilledema optic atrophy in one eye and papilledema in the other (394).

Visual field testing, by either automated static or manual (Goldmann) perimetry, reveals enlargement of the physiologic blind spot in virtually all patients with PTC who have papilledema (158). Other common visual field defects include inferonasal loss (nasal step) and generalized constriction of the visual field. Central, paracentral, arcuate and altitudinal scotomas may occur (158,367). Abnormalities of ocular motility include unilateral or bilateral abducens paresis (362,367) or, uncommonly, trochlear nerve paresis, oculomotor nerve paresis or skew deviation (168,179–181,369). Global ophthalmoparesis or ophthalmoplegia may be present, and resolves as the intracranial pressure normalizes (183).

### Cerebrospinal Fluid Examination

A CSF examination is required for the diagnosis of PTC to confirm an elevated opening pressure and exclude a malignant, infectious or inflammatory process that might simulate PTC. Normal lumbar CSF pressure in adults is 200 mm water or less. For the diagnosis of PTC, the CSF opening pressure should be 250 mm of water or greater. Values between 201–249 are not diagnostic (6). In prepubertal children, a value over 200 mm water is likely abnormal. Because CSF pressure normally fluctuates, multiple CSF pressure measurements or prolonged CSF pressure monitoring is sometimes required, depending on the clinical circumstance (395). In obese patients, the LP may be technically challenging to perform. To ensure accuracy, the lumbar CSF pressure must be measured with the patient in the lateral decubitus position, relaxed with the legs partially extended. The pressure may be artifactually elevated if the patient is crying, performing a Valsalva maneuver or is in severe pain (396). It is recommended that the CSF from the initial LP be analyzed for glucose, protein, cell count, cytology, and atypical infections (e.g., syphilis, *Cryptococcus*, fungus). The CSF contents should be normal in PTC; the protein is generally in the normal to low-normal range (397,398).

### Neuroimaging Studies

The rationale for neuroimaging studies in patients with suspected PTC is twofold:

1. Prior to obtaining the cerebrospinal fluid, a brain imaging study is required to exclude a condition that would put the patient at risk of herniation, such as a tumor producing hydrocephalus or mass effect; and
2. To assure that there is no secondary cause of increased ICP.

The recommended type of study has been modified with advances in neuroimaging technology. While a plain CT scan is generally adequate to ensure that the patient is not at risk for having a lumbar puncture, the resolution of this study is insufficient to exclude posterior fossa abnormalities, isodense lesions not associated with ventriculomegaly, gliomatosis cerebri, meningeal abnormalities or venous sinus thrombosis. Thus, MRI is recommended for most patients. For those patients who are not "typical," such as slim individuals, children and men, contrast-enhancement and MR venography should also be considered (315). If the patient's body habitus exceeds the capacity of the MR gantry, a CT scan with contrast should be obtained; catheter angiography

with venous phase sequences may also be needed in such patients if venous sinus thrombosis is suspected.

The brain MRI is normal in PTC. The ventricular size should be normal for the patient's age (399). An asymptomatic empty sella which results from chronically increased ICP may be present in over half of cases (400–403). Other radiographic evidence of increased ICP, best visualized on orbital images, includes dilation of the perineuronal subarachnoid space surrounding the optic nerves, protrusion of the optic papilla into the posterior aspect of the globe and flattening of the posterior sclerae (88,404–406). A small percentage of patients of patients have a Chiari type I malformation. In addition, orbital echography may be useful to differentiate pseudopapilledema from optic nerve head drusen and to identify the edematous optic nerve sheath using a 30° test (see above) (84,85,407).

### Secondary Causes

IIH is a diagnosis of exclusion that occurs primarily in young obese women, and occasionally obese men, with no evidence of any underlying disease (362,366,408,409). The PTC syndrome may be associated with a number of different conditions. The suspicion of a secondary cause is heightened in prepubertal children, men, nonobese women and otherwise typical patients with rapidly progressive visual loss that does not respond to treatment. The secondary causes of PTC include: (*a*) obstruction or impairment of cerebral venous drainage; (*b*) endocrine and metabolic dysfunction; (*c*) exposure to exogenous drugs and other substances; (*d*) withdrawal of certain drugs; and (*e*) systemic illnesses (351, 357,409,410). It is important to realize that, although many conditions have been reported with PTC, relatively few are likely to be true associations. Tables 5.3–5.6 list associated conditions; the best-substantiated and most frequently observed ones are discussed in the text.

**Table 5.3**
**Etiologies of Obstruction/Impairment of Cerebral Venous Drainage Associated with Pseudotumor Cerebri**

| |
|---|
| Obstruction of superior sagittal sinus |
| Primary hematologic |
| Activated protein C deficiency (427,438) |
| Essential thrombocythemia (434,436) |
| Factor V Leiden mutation (424) |
| Idiopathic thrombocytopenic purpura (430) |
| Paroxysmal nocturnal hemoglobinuria (683,684) |
| Prothrombin gene 20210GA transition (425,426) |
| Thrombocytopenic purpura (430) |
| Systemic conditions associated with coagulopathy |
| Behçet's disease (266–268,271,685) |
| Cancer (439,686) |
| Neurosarcoidosis (264) |
| Pregnancy (433) |
| Renal disease (495,687) |
| Systemic lupus erythematosus (101,435,573–576,688,689) |
| Trichinosis (690) |
| Surgical/traumatic (440) |
| Tumors |
| Extravascular |
| Intravascular (418) |
| Obstruction of transverse sinus |
| Dural arteriovenous fistula (165,210,211,215) |
| Hematologic (see above) |
| Infection (mastoiditis) (412,420) |
| Tumors (extravascular) (419) |
| Occlusion of internal jugular vein (441–444,686) |
| Iatrogenic |
| Indwelling catheter (416) |
| Surgery/traumatic (441–444) |
| Tumors |
| Intravascular |
| Extravascular |

### Obstruction or Impairment of Intracranial Venous Drainage

Uncompensated obstruction of cerebral venous drainage may result in increased ICP and papilledema without enlargement of the ventricles and with otherwise normal CSF (68,411–417) (Table 5.3). The obstruction is most often caused by compression or thrombosis, with the superior sagittal and transverse (lateral) sinuses most often affected (see Chapter 45). As previously discussed, tumors that obstruct the superior sagittal sinus are usually extra-axial masses, such as meningiomas and vascular lesions (165,418). The transverse sinus may be occluded by acoustic neuromas, meningiomas, and metastatic tumors (165,419).

Septic thrombosis of the transverse sinus tends to occur in the setting of acute or chronic otitis media, with extension of the infection to the mastoid air cells and then to the adjacent lateral sinus (412,420). In such cases, papilledema usually occurs early and tends to be bilateral and symmetric (421). A similar appearance occurs in patients with septic thrombosis of the superior sagittal sinus, a much less common condition. Septic thrombosis of the cavernous sinus may also be associated with papilledema, although the disc swelling develops late.

Aseptic thrombosis usually occurs in the nonpaired sinuses of both adults and children, with the superior sagittal sinus most frequently affected (422,423). It is sometimes accompanied by pronounced engorgement of the vessels of the scalp, retina, and conjunctiva in addition to papilledema. Many of these patients have a coagulopathy from a primary hematologic disorder such as factor V Leiden mutation (424), prothrombin gene 20210GA transition (424–426), activated protein C resistance (427), essential thrombocythemia (428) or, rarely, anti-anticardiolipin antibodies (429) and thrombocytopenic purpura (430). Venous sinus thrombosis is also associated with systemic conditions (e.g., renal disease, pregnancy, cancer), medication (oral contraceptives), or systemic inflammatory or infectious diseases (e.g., systemic lupus erythematosus, Behçet's disease, trichinosis, sarcoidosis) (264,268,269,430–439).

PTC was reported in a patient after surgical ligation of the dominant sigmoid sinus to treat long-standing pulsatile tinnitus (440). Ligation of one jugular vein (if it is the principal vein draining the intracranial area) or both jugular veins

may produce papilledema. In most instances, occlusion of the jugular veins occurs during radical neck dissection for regional tumors (441–444); in other cases, the veins become thrombosed from the effects of indwelling catheters (416). The papilledema in such cases usually does not appear for a week or two. It is virtually always bilateral and severe; however, it typically resolves in 2–3 months as collateral venous drainage from the head develops to meet the demands of cerebral blood flow.

### Endocrinologic and Metabolic Conditions

Obesity is the most common finding in patients with PTC (362,445–448); one case-control study found obesity and recent weight gain significantly more prevalent in PTC patients compared to control subjects (449). Many of these patients also have irregular menses, likely a co-morbidity of obesity rather than an effect of increased ICP (450). The female gender predilection in adolescents and adults with PTC also suggests a hormonal component. PTC in children affects prepubertal boys and girls equally and without regard to body habitus (103,451,452). After puberty, the female predominance and association with obesity emerge as factors for idiopathic PTC (451,453,454).

PTC has been associated with numerous forms of endocrine and metabolic dysfunction (Table 5.4) but no specific endocrinologic disturbances are evident (447). Plasma and urinary levels of adrenal steroids in females and urinary gonadotrophins in males are normal (362,364). Plasma renin activity and aldosterone levels at baseline, following plasma volume contraction by furosemide, and after dexamethasone therapy in six women with PTC were within normal range (455). In women, PTC is associated with idiopathic orthostatic edema, a condition characterized by abnormal retention of sodium, water or both (456). Such patients have symptoms and signs of peripheral edema that may worsen during menses, when fluid retention is most common (456,457).

Although there is no increased incidence of PTC during pregnancy compared to nongravid young women of similar ages (433), PTC may occur or recur during pregnancy (458–462). The risk of visual loss in pregnant women with PTC is no greater than in those who are not pregnant (433). There is no contraindication to pregnancy among women with PTC; the management of PTC during pregnancy is discussed below.

Papilledema occurs in patients with both primary and secondary hypoparathyroidism (354,463–466). $^{131}$I-RISA scanning demonstrated a marked reduction of CSF absorption in a patient with primary hypoparathyroidism, papilledema and seizures that returned to normal after correction of the patient's hypocalcemia (467). It is possible that hypocalcemia in patients with hypoparathyroidism leads to an increase in intracellular sodium and water that, in turn, interferes with transport of CSF through the arachnoid granulations (468).

**Table 5.4**
**Endocrine and Metabolic Disturbances Associated with Pseudotumor Cerebri**

| |
|---|
| Addison's disease (691) |
| Hypoparathyroidism (354,464,466,467) |
| Obesity (idiopathic) (447,449) |
| Orthostatic edema (456) |
| Turner's syndrome (585,692) |

### Medications and Other Exogenous Agents

Patients who are exposed to, or ingest, a variety of substances can develop PTC (Table 5.5). For some of these substances, the association between exposure or ingestion and the development of PTC is well documented in numerous reports and investigations; for others, however, a causative relationship is supported by only a single case report and is tenuous at best (409).

Even when a patient is taking a drug that is known or suspected to cause PTC, one should not necessarily assume that the drug is the sole cause of the condition. For example, patients may have idiopathic PTC or a real tumor (276) that is brought to medical attention or worsens when a particular medication is used.

Several antibiotics have been associated with the development of PTC. The most well-known of these drugs are the tetracyclines. Tetracycline can produce the syndrome in infants (469,470), children (471,472), and young and older adults (473–477). PTC has also been infrequently associated with minocycline (478–482) and, rarely, with doxycycline (483–485). In infants, the condition manifests itself as bulging of the fontanelles and occasionally by spreading of sutures. Irritability, drowsiness, feeding disturbances, and

**Table 5.5**
**Exogenous Substances Whose Exposure or Ingestion Has Been Associated with Pseudotumor Cerebri**

| |
|---|
| Amiodarone (524–527) |
| Antibiotics |
| Tetracycline (469–471,475) |
| Minocycline (478,479,481,482,693) |
| Doxycycline (483–485) |
| Nalidixic acid (486–488) |
| Beta-human chorionic gonadotropin hormone withdrawal (536,537) |
| Chlordecone (Kepone) (539) |
| Corticosteroids withdrawal (355,490–496) |
| Danazol administration (528,529) or withdrawal (530) |
| Growth hormone (516–520) |
| Isotretinoin (509,510) |
| Lead (338) |
| Leuprolide acetate (Lupron) (531,532) |
| Levonorgesterol implants (Norplant) (521–523) |
| Lithium carbonate (533,534) |
| Oxytocin (intranasal) |
| Quinagolide (535) |
| Retinoids |
| Vitamin A (501–504,506–508,694–705) |
| Isotretinoin (509,538,706,707) |
| All-*trans*-retinoic acid (511–514) |
| Thyroid hormone (708,709) |

vomiting are common, although some infants are asymptomatic. There is no correlation between the onset of the syndrome and either the dosage of the drug or the length of therapy, and the reaction has been observed within weeks of starting the medication (481). Older children and adults have manifestations more consistent with typical PTC. Tetracycline is no longer recommended for use in young children because of permanent tooth discoloration, so tetracycline-induced PTC is most frequently encountered in adolescents and young adults who are treated for acne. Cessation of tetracycline administration causes regression of symptoms, although intracranial pressure-lowering therapies may be needed in the short term, as permanent visual deficits may occur. Although no longer used, nalidixic acid has also been associated with PTC (486–488).

Corticosteroids are frequently used to treat increased ICP in patients with brain tumors and may be given acutely to lower the ICP in patients with PTC. Thus, it seems contradictory that corticosteroids may be associated with the development of PTC. Nonetheless, chronic functional suppression of the adrenal cortex with systemic corticosteroid therapy has been recognized as a cause of PTC since the late 1950s (489). Subsequently, it was recognized that regardless of their underlying condition, patients with steroid-induced PTC had certain features of Cushing's syndrome (490). Within days or weeks after a change in the dosage or type of steroid, and sometimes associated with an intercurrent infection, the patients complained of headache, often accompanied by nausea and vomiting, less commonly by diplopia, and occasionally drowsiness or stupor. Examination of the fundi revealed bilateral papilledema, usually low-grade and often without hemorrhage (490–492). Whereas corticosteroids initially lower ICP, their withdrawal may prompt a rebound increase in the ICP and produce PTC (355,493–495). There is only one report of papilledema associated with topical steroid treatment in a child being treated for severe eczema (496).

Although there are isolated reports of PTC in patients taking oral contraceptives (497–499) or estrogen replacement after hysterectomy (500), this association is likely coincidental. One would imagine an epidemic of PTC if this relationship was causal, given the number of women worldwide using these medications.

Hypervitaminosis A is another well-recognized cause of PTC. Daily ingestion of 100,000 or more units of vitamin A may, within a few months, produce increased intracranial pressure. In infants and small children, the condition is characterized by anorexia, lethargy, and an increasing head circumference (501–503). Older children and adults develop PTC (504–506). Other manifestations of hypervitaminosis A may be present, such as fissuring of the angles of the lips, loss of hair, migratory bone pain, hypomenorrhea, hepatosplenomegaly, and dryness, roughness, and desquamation of the skin.

The diagnosis of PTC caused by hypervitaminosis A is usually straightforward, providing the physician knows that the patient is ingesting excessive amounts of vitamin A, either as the vitamin itself or in calf, bear, chicken or shark liver (507). Reduction of the excessive vitamin intake is associated with resolution of all symptoms and signs, although Morrice et al. emphasized that resolution of disc swelling may take 4 to 6 months (508). Other systemic retinoids may produce PTC, such as isotretinoin (509,510) and all-*trans* retinoic acid (511–514). Rarely, PTC is caused by vitamin A deficiency (515).

Other substances associated with the development of PTC include supplemental growth hormone (516–520), levon-orgestrel implants (Norplant) (521–523), amiodarone (524–527), danazol administration and withdrawal (528–530), leuprolide acetate (Lupron—a gonadotropin-releasing hormone) (531,532), lithium carbonate (533,534), and quinagolide (a nonergot-derived dopamine agonist) (535). It has also been reported following treatment with declining levels of exogenous beta human chorionic gonadotropin (536,537).

Patients who develop drug-induced PTC are not necessarily susceptible to PTC when they take another drug that is known to induce the condition. On the other hand, some patients develop PTC when they are taking more than one implicated medication, most commonly for the treatment of acne vulgaris (538). Therefore, appropriate caution and monitoring is advised if attempting to administer another potentially causative agent in a patient who has a history of drug-induced PTC.

Chlordecone (Kepone) is an organochlorine insecticide associated with PTC (539). The capacity for CSF absorption as assessed by graded saline infusions into the subarachnoid space was found to be impaired in three patients with elevated blood, serum and adipose levels of chlordecone (539). One effect of chlordecone in experimental animals is inhibition of Na-K-ATPase, a major component of the cellular sodium transport system (540). Because inhibition of this system may cause cellular edema, interference with this enzyme may contribute to edema within subarachnoid villi in patients intoxicated with chlordecone.

### Systemic Illnesses

Vitamin D deficiency produces nutritional rickets and can be associated with PTC in infants and young children (541,542). In developed countries, the child at special risk is an exclusively breast-fed child of a strict vegan mother (357). This form of PTC resolves slowly.

Many systemic disorders have been reported in associated with PTC but most of them do not cause a true PTC syndrome (Table 5.6). Although they produce papilledema with normal ventricular size and increased intracranial pressure, they are generally associated with fever, other neurologic deficits, altered mental status, seizures or abnormal cerebrospinal fluid.

### Hematologic Disorders

The association of PTC with anemia is tenuous as some of the reported cases had other co-morbid conditions, such as obesity. Anemia was not shown to be a risk factor for PTC in case-control studies (366,449). Papilledema is a rare finding in patients with anemia from iron deficiency or, rarely, vitamin B12 deficiency, hemolytic anemia, megalo-

**Table 5.6**
**Systemic Illnesses Associated with Pseudotumor Cerebri**

| |
|---|
| Anemia (543–545) |
| Chronic respiratory insufficiency (551) |
| Pickwickian syndrome (562,564) |
| Obstructive sleep apnea (561,563,565) |
| Hyperthyroidism (339,341) |
| Polyangiitis overlap syndrome (578) |
| Psittacosis (256) |
| Renal disease (495,687) |
| Sarcoidosis (263,710) |
| Systemic lupus erythematosus (101,573,574,576,689,711) |
| Thrombocytopenic purpura |
| Vitamin D deficiency (541,542) |

blastic anemia, or aplastic anemia (543–546). Almost all of the patients are women under age 45, and most have systemic manifestations of anemia, including fatigue and dyspnea (543). The presenting symptoms of PTC are headaches, with or without or diplopia, and the exam reveals optic disc and retinal hemorrhages. The mechanism may be a related to a hypercoagulable state in cases of iron defiency anemia, venous sinus thrombosis, or increased blood volume (543). Most patients reported to date have recovered promptly after treatment of their anemia.

PTC occurs in association with two forms of thrombocytopenic purpura, both of which are associated with decreased platelet survival: immune idiopathic thrombocytopenic purpura (ITP) and nonimmune thrombotic thrombocytopenic purpura (TTP). ITP may be acute or chronic. Acute ITP occurs most often in children, usually after an upper respiratory tract infection, whereas chronic ITP occurs most often in women between 20 and 45 years of age. The etiology of this condition is a spontaneously appearing antibody that damages the platelets, causing them to be removed from the circulation by the reticuloendothelial system. PTC in this setting may be associated with cerebral venous sinus thrombosis (430). TTP occurs abruptly in previously healthy people (547). It is characterized by severe thrombocytopenia, hemolytic anemia, fever, renal dysfunction, and CNS disturbances. Papilledema and increased ICP occur rarely in TTP (548,549).

### Chronic Respiratory Insufficiency and Hypercapnia

Chronic respiratory insufficiency of various etiologies may produce the PTC syndrome. Affected patients have chronic hypercapnia, with retention of carbon dioxide ($CO_2$), reduced blood oxygen ($O_2$) levels, polycythemia, increased venous pressure, and increased ICP (550). In most cases of increased ICP related to pulmonary insufficiency, the pulmonary dysfunction is caused by primary pulmonary disease (551–554). One of the earliest reports in 1933 described a 34-year-old miner with severe pulmonary emphysema who initially developed bilateral disc swelling and venous congestion and who eventually became blind from optic atrophy (555). Increased ICP was subsequently described with emphysema, the Pickwickian syndrome, systemic myopathies, and obstructive sleep apnea (556,557). Studies of the pH and $pCO_2$ levels in arterial blood gases and CSF were performed over a 3-month period in a patient with chronic respiratory insufficiency and optic disc swelling (558). The authors concluded that respiratory acidosis causes an accumulation of $CO_2$ in brain tissue, reflected by inversion of the normal $CO_2$ tension ratio between CSF and arterial blood. This, in turn, causes dilation of cerebral capillaries and increases intracranial blood volume.

The Pickwickian syndrome develops when extreme obesity produces hypoventilation and a typical cardiopulmonary syndrome (559). The obesity causes diminished vital capacity, polycythemia, and cyanosis. Severe drowsiness is common, and many patients have obstructive sleep apnea (OSA) (560–562). OSA may be underrecognized in obese patients with PTC and is diagnosed using overnight polysomnography. Continuous ICP monitoring in an obese man with OSA and papilledema showed increased ICP during sleep only, with normal CSF values recorded while he was awake (563). The nocturnal rise in ICP correlated with a 20–52% drop in oxygen saturation. This finding suggests that increased ICP may be missed in patients with OSA if the LP is performed during the daytime. Clinical and necropsy findings were described in another patient who weighed 330 pounds (564). The patient had marked bilateral optic disc swelling; the retinal veins were dilated, tortuous, and had a blue-black appearance. A lumbar puncture revealed an opening pressure of 480 mm of water with normal CSF contents. Pulmonary function studies showed a combination of hypoxemia and hypercapnia. At autopsy, the cerebral vessels were dilated, but the dural sinuses were patent. Cut sections of the brain showed diffuse congestion and vascular engorgement with small ventricles.

The optic disc swelling that is seen in patients with chronic respiratory disease is likely true papilledema associated with cerebral edema and increased ICP. In some patients, however, disc swelling occurs in the absence of increased ICP, presumably from a local tissue response to changes in blood viscosity and venous pressure (565). When disc swelling is secondary to local causes, it is usually not severe (566). The most prominent features are dilation and tortuosity of retinal vessels, with the fundus having a cyanotic appearance. When increased ICP is present, papilledema may be minimal or severe. The disc swelling and fundus abnormalities usually resolve rapidly once respiratory acidosis and hypoxia are treated (563,566).

Other neurologic manifestations of respiratory failure include somnolence, asterixis, other movement disorders, and in severe cases, coma (567). Supportive respiratory therapy and prompt treatment of the acute physiologic, metabolic, and electrolyte abnormalities can significantly prolong survival and improve the quality of survival time in patients with respiratory failure who have papilledema or other neurologic complications (551,568).

### Hypertension

Optic disc swelling occurs in some patients with severe hypertension (569). Some of these patients have neurologic

symptoms of an encephalopathy; others do not. Among the patients with evidence of an encephalopathy, almost all have increased ICP caused by cerebral edema. In addition, some patients without symptoms of encephalopathy have evidence of cerebral edema by neuroimaging and increased ICP on lumbar puncture. In patients with optic disc swelling associated with normal ICP, the swelling may be caused by breakdown of the blood-retinal barrier, or it may represent hypertensive retinopathy or an anterior ischemic optic neuropathy (570,571). Coexisting systemic hypertension confers a poor visual prognosis in patients with PTC (105,572).

### Vasculitis

The PTC syndrome may occur in patients with systemic lupus erythematosus (101,573,574). In some of these cases, the pathogenesis is occlusion of one of the dural venous sinuses, usually the superior sagittal sinus (435,575). In other cases, the pathogenesis is unclear (576). The condition usually resolves with corticosteroid treatment suggesting that inflammation and tissue necrosis in the region of the arachnoid villi interferes with CSF absorption, raising the ICP. In other patients, fluctuating corticosteroid dosage and the weight gain associated with corticosteroid use may be contributory.

PTC was described as the presenting sign of the polyangiitis overlap syndrome, a disorder with a conglomerate of features that intersect several vasculitic syndromes, particularly Churg-Strauss syndrome and polyarteritis nodosa (577). A 9-year-old girl presenting with PTC as the cardinal manifestation of the polyangiitis overlap syndrome has been reported. The child died despite treatment with high-dose systemic corticosteroids (578). At postmortem examination, cerebral edema was present, but the dural sinuses were patent. Two primary mechanisms by which vasculitis causes PTC were postulated: (*a*) the vasculitis may affect the cerebral venous sinuses and produce thrombosis; or (*b*) inflammation and tissue necrosis in the region of the arachnoid villi could interfere with CSF absorption (578).

### Renal Failure

Renal failure is uncommonly associated with PTC. Reports suggest that coexisting renal failure may be associated with more aggressive intracranial hypertension that causes visual loss and is often refractory to treatment (293,572,579). The cause of PTC in patients with renal failure is probably multifactorial. Some patients are obese, an important association in PTC. Fluid overload, increased cerebral blood flow and hypervitaminosis A may also be contributory.

### Familial Pseudotumor Cerebri

The occurrence of PTC in multiple family members is well recognized (351,476,580) (Fig. 5.33). In some families, the affected members are all obese but no definitive common metabolic or endocrinologic abnormalities have been found.

## COMPLICATIONS

The natural history of PTC is unknown. In some cases it is a self-limited condition; in others, the ICP remains elevated for many years, even if systemic and visual symptoms resolve. The feared complication of PTC is permanent visual loss. In one long-term study performed prior to the era of modern neuroimaging, 57 patients with a diagnosis of PTC were followed for 5–41 years (572). Severe visual impairment occurred in one or both eyes in 14 patients (26%), and in 7 patients the visual loss occurred months to years after initial symptoms appeared. In over 80% of the patients in this study, CSF pressure remained elevated, regardless of the treatment the patients had received. PTC may recur years after successful treatment, sometimes resulting in visual loss (165,167). The effects of even self-limited PTC on the visual system may be catastrophic. PTC produces significant visual impairment in approximately 25% of patients (151,350,357, 581,582) and permanent visual field abnormalities in most patients (156,158,367).

## PATHOPHYSIOLOGY

The etiology of increased ICP in patients with idiopathic PTC is uncertain (583,584). A unifying theory must explain several features of IIH: (*a*) the predilection for obese women of childbearing age; (*b*) lack of ventriculomegaly; and (*c*) clinically identical syndrome produced by other etiologies, such as cerebral venous sinus thrombosis and medications. Several mechanisms are postulated to account for the disruption in CSF homeostasis, including increased CSF production and decreased CSF absorption.

Why is the disorder more common in overweight women? Some authors have suggested that extraovarian estrogen may produce the menstrual irregularities in some of the obese young women with PTC (585). After finding that the concentration of estrone in the CSF of obese women was higher than normal, it was postulated that estrone stimulates the secretory cells of the choroid plexus to produce more CSF than can be absorbed at normal CSF pressures (586). However, others could not confirm this finding and indeed found that the concentration of estrogen in the CSF of 15 patients with PTC, 8 of whom were obese women, was undetectable (587).

What is the primary pathology of PTC? Most evidence points to decreased absorption of CSF (362,588,589) with increased cerebral blood volume (590). ICP is normally maintained by a compliance factor arising from distention of meningeal membranes and compression of vascular volume, and a resistance factor that modulates CSF volume by venting CSF through the arachnoid granulations into the cerebral venous system (591). Fifty percent of CSF is below the foramen magnum and almost half is absorbed in the spinal sac (111,590). In the intracranial compartment, infusion studies indicate that resistance factors are quickly exceeded (591). With increased CSF volumes, a point is eventually reached where compliance mechanisms fail and a small increase in volume results in a large increased in ICP (592,593).

Some authors speculate that within the cranium, there may be increased cerebral venous pressure, reversing the normal gradient between sinus and subarachnoid space, or an increase in the resistance to flow of CSF across the arachnoid villi (362,364). Others postulate that an abnormality in the




**Figure 5.33.** Familial pseudotumor cerebri. *A and B*, Right and left optic discs, respectively, in a 45-year-old man with pseudotumor cerebri. *C and D*, Right and left optic discs, respectively, in his 18-year-old daughter who also had pseudotumor cerebri.

cerebral microvasculature is responsible for an elevated cerebral blood volume and that the intracranial hypertension in patients with IIH can be explained only by tissue swelling from an increase in total water content (590).

Why is there no ventricular enlargement? Measurements of ICP, conductance to CSF outflow, and cerebral blood flow in 14 patients with PTC suggest that patients with PTC have both a defect in CSF absorption and an increased cerebral volume associated with a noncompliant ventricular system that resists dilation (594). The presence of cerebral edema could also account for the lack of ventriculomegaly. Some MRI studies have shown white matter signal changes consistent with increased water content in patients with PTC (595,596) while others have not (400,597). An initial report of a pathology specimen examined from subtemporal decompression suggested that edema might be present (347) but reexamination of the pathologic material and evidence from two other cases refuted the presence of interstitial edema (598).

It is possible that the increased pressure and cerebral blood volume is reflected primarily within the venous system, as it is distensible, rather than the ventricles. Venous hypertension has been proposed as a unifying hypothesis to explain PTC syndromes (599,600). Manometry has shown elevated cerebral venous pressure in patients with PTC (599). Cerebral venography and manometry demonstrated venous hypertension in the superior sagittal sinus and proximal transverse sinus, but not in the distal transverse sinus, of all patients with idiopathic PTC but not in the patients with minocycline-induced PTC (601). The possibility of focal stenosis or thrombosis of the venous sinuses was raised. Subsequent studies showed a reciprocal relationship between CSF pressure and pressure in the superior sagittal sinus and transverse sinuses in patients with IIH (600). That is, removal of CSF from the cervical region resulted in a decline of venous pressure. The investigators postulated that the increased venous pressure was a result of compression from raised ICP rather than a primary venous occlusive process. Lateral sinus

stenting in 12 patients produced a reduction in torcular and jugular bulb pressure in all cases that was not necessarily accompanied by clinical improvement (602).

The association between venous hypertension and PTC syndrome seen with venous sinus thrombosis has prompted investigations looking for a hypercoaguable state in patients with idiopathic and secondary PTC. Initial studies suggested that anticardiolipin antibodies were more common in patients with PTC than would be expected in the general population (603,604). Subsequently, a prospective case-control study evaluated subjects for the factor V Leiden mutation, the prothrombin G20210A allele, homocysteine, antithrombin III, protein C, activated protein C resistance, protein S, lupus anticoagulant, anticardiolipin antibodies, liver and thyroid functions, urea, glucose, electrolytes, lipid levels, prothrombin time, activated partial thromboplastin time, and derived fibrinogen (605). There was no evidence of familial thrombophilia in patients with IIH.

Can the conditions known to produce the PTC syndrome provide any clues to the pathogenesis of the disorder? Hypervitaminosis A is perhaps the best studied of these associations, as PTC may develop with the use of vitamin A and other retinoids. Vitamin A, in the form of retinol, is carried in the serum by retinol-binding protein (RBP) (606). This protein is normally excreted by the kidney; however, in the setting of renal failure, or when the capacity for hepatic storage or binding to RBP is exceeded, the concentration of the protein in the serum rises, as do the concentrations of both bound and unbound vitamin A (579,606,607). Although bound retinol is nontoxic, unbound retinyl esters cause hypervitaminosis A (607,608). Excessive retinol and retinyl esters disrupt the integrity of cell membranes. Retinol is actively transported across the blood-brain barrier by transthyretin (previously called prealbumin) in a complex with RBP and is found in human choroid plexus epithelium. It is also transported to endothelial cells in the microvasculature of the brain (609,610). The effect on choroid plexus transport may be impairing CSF outflow or producing a toxic effect on CSF absorption (607,610,611).

One study demonstrated that serum retinol levels were higher in IIH patients than in control subjects, and were not correlated to body mass index, diet, or age (612). No difference was found in retinyl ester concentration or retinyl ester levels. Another study found no significant difference in serum retinol and RBP levels between IIH patients and controls subjects overall (613). However, some of the IIH patients had markedly elevated RBP levels whereas none of the control subjects did (613). Examination of vitamin A in the cerebrospinal fluid showed significantly higher CSF vitamin A levels in some IIH patients that were not associated with increased ICP, body mass index, age, or gender (609).

IIH in women is associated with idiopathic orthostatic edema, a condition characterized by excessive sodium and/or water retention, particularly in the upright posture (456). The pathogenesis of both disorders has been linked to a vascular etiology and abnormal vasopressin regulation. Orthostatic edema is generally attributed to an incompetent precapillary sphincter causing increased vascular permeability and transudation (614). Urinary excretion of vasopressin (AVP) is excessive in patients with orthostatic edema in the upright posture (614). High levels of vasopressin are found in the CSF of patients with PTC (587,615–617). The role of AVP in the CSF is to regulate brain water content and it raises intracranial pressure by increasing water transudation from cerebral capillaries in the choroid plexus epithelium and the arachnoid villi (618). Although there does not seem to be a significant component of cerebral edema in PTC, the excessive fluid may be absorbed by the venous system, accounting for the venous hypertension described above.

The high association of anxiety and depression in PTC patients compared to age- and weight-matched control subjects (385) raises the possibility of a common neurotransmitter derangement. Serotonin and norepinephrine are associated with these mood disorders and CSF homeostasis. Serotonin, implicated in depression and anxiety, is found in the highest concentrations within the brain in the choroid plexus, and serotonin receptors play a role in CSF production (619). Administration of 5-hydroxytryptamine intrathecally, or intraventricular or intravenous infusion of norpinephrine, produce a dose-related decrease CSF production of 30–50% in rabbits (186,187). Neurotransmitter levels in PTC patients have not been studied.

Despite the progress in our understanding of IIH, Fishman's comment that there are ''more speculations than data available'' remains applicable (584).

## MONITORING

Since the major morbidities of PTC are visual loss and headaches, a team approach to management is necessary. The tempo of visual loss in patients with PTC may be rapid or slowly progressive. Most visual defects associated with papilledema are reversible if ICP is lowered before there is severe visual loss or optic nerve ischemia (105,156). Thus, it is imperative that patients be monitored by an ophthalmologist who can assess the best corrected visual acuity, optic nerve functions, visual fields by quantitative static or kinetic perimetry, and the severity of papilledema (157,367). Patients with papilledema most often develop progressive loss of visual function in a manner similar to that which occurs in chronic open angle glaucoma. Loss of central vision is usually a late phenomenon, whereas visual field defects, usually arcuate scotomas and nasal steps, are an early finding (157).

Although all patients with papilledema should be tested to determine if there is a relative afferent pupillary defect (RAPD), papilledema tends to be a bilateral and fairly symmetric in this condition (see above). Thus, when present in a patient with papilledema, a RAPD is a cause for concern as it indicates more damage to the retina or optic nerve of the affected eye with the RAPD. The absence of a RAPD, however, cannot be taken as evidence that there is no optic nerve damage from increased ICP (620). In addition to standard clinical testing, stereo color photographs of the optic discs obtained on a regular basis are helpful to provide the examiner with objective evidence of the appearance of the

optic discs. Alternatively, scanning laser tomography of the discs can be performed (90,621).

The intervals between clinical assessments of patients with papilledema must be individualized. At disease onset, some patients will require an evaluation every 1–2 weeks until a pattern of progression or stability is established. Other patients are examined every 1–3 months, and patients with stable vision from papilledema may only be examined every 4–12 months. Most patients may be monitored clinically by following their visual status. Monitoring the status of the ICP by lumbar puncture is not necessary on a routine basis. Once it is established that the neuroimaging studies are normal, subsequent scans are not helpful to assess the patient's progress unless another condition, such as venous sinus thrombosis, is suspected.

## TREATMENT

Most patients with PTC will require co-management from more than one physician. A neurologist, ophthalmologist, primary care physician and neurosurgeon may be involved in the patient's care. The primary responsibility for coordinating the patient's treatment is generally relegated to the neurologist or neuro-ophthalmologist; good communication between providers is crucial for a successful outcome. The approach to treatment depends on several factors:

The presence and degree of symptoms such as headache;
The degree of visual loss at presentation;
The rate of progression of visual loss;
The presence of an identifiable underlying etiology (e.g., medication induced PTC);
The detection of factors known to be associated with a poorer visual prognosis (e.g., high-grade papilledema with macular edema, venous sinus thrombosis, systemic hypertension);
Pregnancy.

Regardless of the etiology, the primary goals of treatment are to preserve vision and alleviate symptoms. The treatment of PTC in adults and children is similar. Both medical and surgical treatments are used, often in combination. No single treatment is completely effective in this regard (151, 388,622). Current practice patterns regarding the management of PTC are based largely on case series and clinical experience; there are no randomized trials prospectively assessing the effectiveness of treatment in this disorder. Additionally, PTC is considered an "off label" usage for all medications currently prescribed to treat the disorder.

### Medical Treatment

Medical therapy is most appropriate when the primary problem is headache in the setting of good vision. In asymptomatic patients with papilledema, close observation of visual function without specific therapy may be employed once an underlying etiology is excluded. If a secondary cause is identified, it should be treated appropriately. For example, implicated exogenous agents should be discontinued. Although treating the underlying condition usually produces improvement, it may also be necessary to employ other medical and surgical treatments specifically directed at controlling ICP (417).

### Treatment Related to Obesity

Weight loss is advised for obese patients based on retrospective analyses indicating that a modest degree of weight loss (approximately 6% of body weight) correlates with a reduction in papilledema (623–625). Weight reduction should be considered a long-term management solution and is not useful as a sole treatment modality for patients with acute visual loss. When possible, the weight loss should be achieved through a combination of diet and exercise prescribed by a registered dietician or nutritionist setting realistic goals. Many women with idiopathic PTC also have orthostatic edema and have excessive sodium or water retention (456). In such patients, decreasing the food intake while increasing water consumption, as is commonly employed in weight reduction plans, may be counterproductive, and sodium restriction is often helpful (456). When weight loss efforts fail, bariatric surgery may be considered. Such surgery is generally successful in producing weight reduction (626), although significant complications exist, including anastomotic leaks, small bowel obstruction, malabsorption syndromes and gastrointestinal bleeding. Normalization of ICP and resolution of papilledema have been reported after bariatric surgery in retrospective case series (626,627).

Obese patients with PTC from hypoxia and hypercapnia (i.e., the Pickwickian syndrome, obstructive sleep apnea) may respond not only to weight loss but also to low flow oxygen and positive airway ventilation using either continuous positive airway pressure (CPAP) or bilevel positive airway pressure (bi-PAP) (568,628). Often there is a rapid improvement in headaches once CPAP or bi-PAP is initiated.

### Medications to Lower the Intracranial Pressure

Carbonic anhydrase, present in the choroid plexus, has a major role in the secretion of CSF. Carbonic anhydrase inhibitors decrease production of CSF, resulting in decreased sodium ion transport across the choroidal epithelium (184,629,630). They also have a mild diuretic effect. The most commonly used agent is acetazolamide (Diamox) (631–633). Reduced ICP may be observed in patients with idiopathic PTC treated with intravenous acetazolamide within several hours (8). In adults, acetazolamide is started at a dose of 1 gm per day, given in divided doses of either 250 mg qid or 500 mg Sequels™ bid. Theoretically, the dose can be increased up to a maximum of 4 gm per day. The effective dose is 1–4 grams daily, but maximum dose is often limited by side effects, which include paresthesias of the extremities, lethargy, and altered taste sensation (8,631). These side effects can be reduced but not eliminated by using Sequels, if available (634). Alternatively, methazolamide (Neptazane) may be used and is sometimes better tolerated than acetazolamide.

Other diuretics are used to treat PTC (635), including furosemide and chlorthalidone (456,579,632). Spironolactone

and triamterene may be considered in patients who are allergic to carbonic anhydrase inhibitors and other sulfonamide containing diuretics. Combining diuretics, or using them with carbonic anhydrase inhibitors, may produce hypokalemia and should be done with extreme caution.

Although systemic corticosteroids are clearly beneficial in the treatment of PTC associated with various systemic inflammatory disorders, such as sarcoidosis and systemic lupus erythematosus, they are not generally recommended for routine use in PTC. Corticosteroids lower the ICP acutely but their withdrawal leads to a rebound increase in ICP. Moreover, their long-term side effects (weight gain, fluid retention) are undesirable in the population most affected by PTC. Corticosteroids are reserved for the urgent treatment patients with impending or progressive visual loss while arranging a definitive surgical procedure (410,636).

### Headache Management

For patients in whom headache is the main problem, techniques of headache management are employed as in patients with frequent migraines or tension-type headaches. There are many prophylactic medications that may be helpful, although some of them have the potential to cause weight gain (e.g., sodium valproate, tricyclic antidepressants), or fluid retention (e.g., calcium channel blockers). Early experience with topiramate has been promising; it effectively prevents headaches, has mild carbonic anhydrase activity and commonly produces weight loss (637). Many patients with PTC experience other types of headaches unrelated to their intracranial pressure (638). The frequent use of analgesics is discouraged, as analgesic induced headaches may develop.

### Repeated Lumbar Punctures

Lumbar punctures are sometimes useful to relieve the increased ICP of idiopathic PTC. The rationale behind the procedure is uncertain. Repeated LPs are traumatic for the patient and often technically difficult to perform but they are useful in selected individuals with intermittent symptom exacerbations. They are also one of the preferred treatments of PTC during pregnancy. Some clinicians favor a ''high volume'' LP, removing 20 ml or CSF or more, but patients may develop low pressure headaches after this procedure. Another approach is to lower the pressure into the normal range (target range for closing pressure 140–180 mm water), which generally affords relief while lessening the likelihood of post-LP headache.

## Surgical Procedures

Surgery is employed when patients initially present with severe optic neuropathy or when other forms of treatment have failed to prevent visual loss. It is not recommended for the treatment of headaches alone. Historically, subtemporal decompression was performed but it has been replaced by a shunting procedure or optic nerve sheath decompression (ONSD). The decision of whether to proceed with a shunt versus ONSD depends largely on the local resources available. Although one may argue that shunting treats the primary pathology, the risks and benefits to each procedure must be considered for each patient. Sometimes more than one type of surgical procedure is necessary (167,639). Neither procedure is generally employed until there is convincing evidence of an optic neuropathy that accounts for the lack of improvement or continued visual deterioration in some patients undergoing technically ''successful'' surgery. There are no studies comparing ONSD and shunting. Meta-analysis of either condition is confounded by differences in surgical technique and outcomes assessment, the retrospective nature of the data, and underreporting of adverse events.

### Cerebrospinal Fluid Diversion Procedures

Ventriculoperitoneal shunting is quite effective in lowering intracranial pressure in patients with PTC but this procedure can be difficult unless a stereotactic method is used, because the ventricles in patients with PTC are normal in size, not enlarged (640–642). Thus, most neurosurgeons prefer the lumboperitoneal shunt, in which a silicone tube is placed percutaneously between the lumbar subarachnoid space and the peritoneal cavity (643). Most patients treated with a shunt experience rapid normalization of ICP and resolution of papilledema, often with improvement in visual function after shunting (644–648). However, the shunts tend to obstruct over time, and over half of patients ultimately require one or more shunt revisions, often within months after their initial insertion (647–649). Complications of the shunt procedure include spontaneous obstruction of the shunt, usually at the peritoneal end, excessively low pressure, infection, radiculopathy, and migration of the tube, resulting in abdominal pain (645,649–652). Some patients also develop a Chiari malformation after lumboperitoneal shunting that may or may not be symptomatic (647). Although the risks of shunting are generally minor, fatal tonsillar herniation after shunting in PTC has been reported (13). Many of the complications from lumboperitoneal shunts can be avoided by using a programmable valve. Alternatively, ventriculoperitoneal shunting or cisterna magna shunting (589), can be performed, but those procedures are technically more difficult.

### Optic Nerve Sheath Decompression

Optic nerve sheath decompression (ONSD) was first used to treat papilledema in increased ICP in 1872 (653). Subsequent investigators employed modifications of de Wecker's technique and found it to be at least transiently effective (654,655). In 1964, Hayreh employed the technique on monkeys to demonstrate that papilledema could be relieved by reducing the CSF pressure within the subarachnoid space of the optic nerve (63). Both lateral (656–658) and medial (64,659) approaches are used, incorporating the operating microscope.

A successful optic nerve sheath fenestration results in resolution of papilledema on the operated side and, occasionally, on the other, with bilateral improvement in visual function in many cases (392,622,660–669). The procedure immediately reduces pressure on the nerve by creating a filtration apparatus that controls the intradural pressure sur-

rounding the orbital segment of the optic nerve (102). Although patients sometimes relate that it reduces headaches, there is probably little effect on ICP in most cases (670). Two studies found no postoperative changes in ICP following ONSD and concluded that the decrease in papilledema and the visual improvement occurred from a local decrease in optic nerve sheath pressure rather than from a generalized decrease in ICP (670,671). However, a third study showed persistently decreased CSF pressure after ONSD as assessed by repeated lumbar punctures for three years following ONSD (672). The mechanism of long-term effectiveness from ONSD may be fibrous scar formation between the dura and optic nerve blocking creating a barrier to protect the anterior optic nerve from the intracranial CSF pressure.

The risks of optic nerve sheath fenestration, although low, are nevertheless significant. They include transient (673,674) or permanent (675,676) loss of vision from vascular occlusion, diplopia, and infection (392,663,664,673,677). Some patients will require a repeat procedure as vision may worsen months to years later (666,678). Nevertheless, most adults and children have stabilization or improvement of vision following optic nerve sheath fenestration (679,680).

## SPECIAL CIRCUMSTANCES

### Pregnancy

Women who develop PTC during pregnancy are diagnosed and treated similarly to nonpregnant women. Most women do well, with little or no permanent visual loss (675,676,681). There is no contraindication to pregnancy in women with a history of PTC and no special provisions are required for delivery unless other medical complications are present. The majority of patients may be managed with careful neuro-ophthalmic follow-up and repeated lumbar punctures. Acetazolamide may be used after 20 weeks gestation. Caloric restriction, thiazide diuretics and tricyclic antidepressants are generally avoided. If vision deteriorates, corticosteroids may be used. ONSD or lumboperitoneal shunting may be performed if needed, although there is a theoretical risk of shunt malfunction from peritoneal catheter obstruction as the uterus enlarges (681). PTC arising in the postpartum period or following fetal loss should raise the suspicion of cerebral venous sinus thrombosis (682) .

### Fulminant PTC

There is a small subgroup of patients with PTC who experience a rapid onset of symptoms and precipitous visual decline. They often have significant visual field loss, central visual acuity loss, and marked papilledema at presentation. Macular edema or ophthalmoparesis may also be present. A progressive or ''malignant'' course requires rapid and aggressive treatment. A multidisciplinary physician team and one or more surgical procedures are usually required, and may still be unsuccessful in preserving vision. Other therapeutic measures include intravenous corticosteroids, intravenous acetazolamide, and insertion of a lumbar drain. Cerebral venous sinus thrombosis is an important diagnostic consideration in these patients.

## REFERENCES


1. Cogan DG, Kuwabara T. Papilledema. Exp Eye Res 1977;25(Suppl):419–433.
2. Jackson JH. Observations on defects of sight in brain disease. R Lond Ophthalmol Hosp Rep 1863;4:10–19.
3. Parsons JH. The Pathology of the Eye. New York, GP Putnam's Sons, 1908.
4. Kennedy F. Retrobulbar neuritis as an exact diagnostic sign of certain tumors and abscesses in the frontal lobe. Am J Med Sci 1911;142:355.
5. Paton L, Holmes G. The pathology of papilloedema. A histological study of 60 eyes. Brain 1911;33:289–432.
6. Corbett JJ, Mehta MP. Cerebrospinal fluid pressure in normal obese subjects and patients with pseudotumor cerebri. Neurology 1983;33:1386–1388.
7. Adson AW. Pseudobrain abscess. Surg Clin North Am 1924;4:503–512.
8. Gucer G, Viernstein L. Long-term intracranial pressure recording in the management of pseudotumor cerebri. J Neurosurg 1978;49:256–263.
9. Ford FR, Murphy EL. Increased intracranial pressure: clinical analysis of the causes and characteristics of several types. Bull Johns Hopkins Hosp 1939;64: 369–398.
10. Hodgson J. Combined ventricular and lumbar puncture in diagnosis of brain tumor: further studies. JAMA 1928;90:1524–1526.
11. Leinfelder P. Choked discs and low intrathecal pressure occurring in brain tumor. Am J Ophthalmol 1943;26:1294–1298.
12. Ayer JB. Cerebrospinal fluid (lumbar) in brain tumor. Analysis of 67 cases of tumor and cysts of the brain. JAMA 1928;90:1521–1524.
13. Sullivan HC. Fatal tonsillar herniation in pseudotumor cerebri. Neurology 1991; 41:1142–1144.
14. Evans RW. Complications of lumbar puncture. Neurol Clin 1998;16:83–105.
15. Horton JC, Fishman RA. Neurovisual findings in the syndrome of spontaneous intracranial hypotension from dural cerebrospinal fluid leak. Ophthalmology 1994;101:244–251.
16. Korein J, Cravioto H, Leicach M. Reevaluation of lumbar puncture: A study of 129 patients with papilledema or intracranial hypertension. Neurology 1959;9: 290–297.
17. Jackson JH. On the routine use of the ophthalmoscope in cases of cerebral disease. Med Times Gaz 1871;I:627–629.
18. Hoyt WF, Beeston D, eds. The Ocular Fundus in Neurologic Disease. St Louis, CV Mosby, 1966.
19. Frisén L. Swelling of the optic nerve head: A staging scheme. J Neurol Neurosurg Psychiatry 1982;45:13–18.
20. Neetens A, Smets RM. Papilledema. Neuroophthalmology 1989;9:81–101.
21. Hayreh MS, Hayreh SS. Optic disc edema in raised intracranial pressure. I. Evolution and resolution. Arch Ophthalmol 1977;95:1237–1244.
22. Hayreh SS, Hayreh MS. Optic disc edema in raised intracranial presure. II. Early detection with fluorescein fundus angiography and stereoscopic color photography. Arch Ophthalmol 1977;95:1245–1254.
23. Hoyt WF, Knight CL. Comparison of congenital disc blurring and incipient papilledema in a red-free light—a photographic study. Invest Ophthalmol 1973; 12:241–247.
24. Kahn EA, Cherry GR. The clinical importance of spontaneous retinal venous pulsations. Univ Mich Med Bull 1950;16:305–308.
25. Williamson-Noble FA. Venous pulsation. Trans Ophthalmol Soc UK 1952;72: 317–326.
26. Walsh FB, Hoyt WF. In Clinical Neuro-Ophthalmology. Ed 3. Baltimore, Williams & Wilkins, 1969:588.
27. Dandy W. Intracranial pressure without brain tumor: Diagnosis and treatment. Ann Surg 1937;106:492–513.
28. Lundberg N. Continuous recording and control of ventricular fluid pressure in neurosurgical practice. Acta Psychiatr Scand 1960;36(Suppl 149):1–193.
29. Lorentzen SE. Incidence of spontaneous venous pulsations in the retina. Acta Ophthalmol 1970;48:765–776.
30. Levin BE. The clinical significance of spontaneous pulsations of the retinal vein. Arch Neurol 1978;35:37–40.
31. Nettleship E. Peculiar lines in the choroid in a case of post-papillitic atrophy. Trans Ophthalmol Soc UK 1884;4:167–168.
32. Bird AC, Sanders MD. Choroidal folds in association with papilloedema. Br J Ophthalmol 1973;57:89–97.
33. Jacobson DM. Intracranial hypertension and the syndrome of acquired hyperopia with choroidal folds. J Neuroophthalmol 1995;15:178–185.
34. Griebel SR, Kosmorsky GS. Choroidal folds associated with increased intracranial pressure. Am J Ophthalmol 2000;129:513–516.
35. Miller NR, Fine SL. The Ocular Fundus in Neuro-Ophthalmologic Diagnosis: Sights and Sounds in Ophthalmology. St Louis, CV Mosby, 1976.
36. Carter SR, Seiff SR. Macular changes in pseudotumor cerebri before and after optic nerve sheath fenestration. Ophthalmology 1995;102:937–941.
37. Watson AP, Sanford-Smith JH. Spontaneous vitreous hemorrhage in a young patient with benign intracranial hypertension. Neuroophthalmology 1986;6: 153–158.
38. Keane JR. Papilledema with unusual ocular hemorrhages. Arch Ophthalmol 1981;99:262–263.
39. Jamison RR. Subretinal neovascularization and papilledema associated with pseudotumor cerebri. Am J Ophthalmol 1978;85:78–81.

40. Akova YA, Kansu T, Yazar Z, et al. Macular subretinal neovascular membrane associated with pseudotumor cerebri. J Neuro-ophthalmol 1994;14:193–195.
41. Pollack SC. Acute papilledema and visual loss in a patient with pseudotumor cerebri. Arch Ophthalmol 1987;105:752–753.
42. Galvin R, Sanders MD. Peripheral retinal hemorrhages with papilloedema. Br J Ophthalmol 1980;64:262–266.
43. Carter JE, Merren MD, Byrne BM. Pseudodrusen of the optic disc: Papilledema simulating buried drusen of the optic nerve head. J Clin Neuroophthalmol 1989; 9:273–276.
44. Okun E. Chronic papilledema simulating hyaline bodies of the optic disc. Am J Ophthalmol 1962;53:922–927.
45. Hedges TR III, Legge RH, Peli E, et al. Retinal nerve fiber layer changes and visual field loss in idiopathic intracranial hypertension. Ophthalmology 1995; 102:1242–1247.
46. Fischer F. Zur frage sog. permanenter stauungspapille. Klin Mbl Augenheilk 1939;102:656–663.
47. Gittinger JW Jr., Asdourian GK. Macular abnormalities in papilledema from pseudotumor cerebri. Ophthalmology 1989;96:192–194.
48. Morris AT, Saunders MD. Macular changes resulting from papilloedema. Br J Ophthalmol 1980;64:211–216.
49. Hrisomalos NF, Mansour AM, Jampol LM, et al. "Pseudo"-combined hemartoma following papilledema. Arch Ophthalmol 1987;105:1634–1635.
50. Sanders MD. A classification of papilloedema based on a fluorescein angiographic study of 69 cases. Trans Ophthalmol Soc UK 1969;89:177–192.
51. Hedges T. Papilledema: Its recognition and relation to increased intracranial pressure. Surv Ophthalmol 1975;19:201–223.
52. Henkind P, Benjamin J. Vascular anomalies and neoplasms of the optic nerve head. Trans Ophthalmol Soc UK 1976;96:418–423.
53. Eggers HM, Sanders MD. Acquired optociliary shunt vessels in papilloedema. Br J Ophthalmol 1980;64:267–271.
54. Perlmutter JC, Klingele TG, Hart WM Jr, et al. Disappearing opticociliary shunt vessels and pseudotumor cerebri. Am J Ophthalmol 1980;89:703–707.
55. Stein SA, Witkop C, Hill S, et al. Sclerosteosis: Neurogenetic and pathophysiologic analysis of an American kinship. Neurology 1983;33:267–277.
56. Levin PS, Newman SA, Quigley HA, et al. A clinicopathologic study of optic neuropathies associated with intracranial mass lesions with quantification of remaining axons. Am J Ophthalmol 1983;95:295–306.
57. Gu XZ, Tsai JC, Wurdemen A, et al. Pattern of axonal loss in long-standing papilledema due to idiopathic intracranial hypertension. Curr Eye Res 1995;14: 173–180.
58. Moster ML, Slavin M, Wall M. Unilateral disk edema in a young woman. Surv Ophthalmol 1995;39:409–416.
59. Strominger MB, Weiss GB, Mehler MF. Asymptomatic unilateral papilledema in pseudotumor cerebri. J Clin Neuroophthalmol 1992;12:238–241.
60. Sanders MD, Sennhenn R. Differential diagnosis of unilateral oedema. Trans Ophthalmol Soc UK 1980;100:123–131.
61. Paul TO, Hoyt WF. Funduscopic appearance of papilledema with optic tract atrophy. Arch Ophthalmol 1976;94:467–468.
62. Hoyt WF, Rios-Montenegro EN, Behrens MM, et al. Homonymous hemioptic hypoplasia. Br J Ophthalmol 1972;56:537–545.
63. Hayreh SS. Pathogenesis of oedema of the optic disc. Br J Ophthalmol 1964; 48:522–543.
64. Smith JL, Hoyt WF, Newton TH. Optic nerve sheath decompression for relief of chronic monocular choked disc. Am J Ophthalmol 1969;68:633–639.
65. Lepore FE. Unilateral and highly asymmetric papilledema in pseudotumor cerebri. Neurology 1992;42:676–678.
66. Muci-Mendoza R. Unilateral and asymmetric optic disk swelling with intracranial abnormalities. Am J Ophthalmol 1984;97:253.
67. Gibbs FA. Intracranial tumor with unequal choked disc: Relationship between the side of greater choking and the position of the tumor. Arch Neurol Psychiatr 1932;27:828–835.
68. Woodhall B. Variations of the cranial venous sinuses in the region of the torcular Herophili. Arch Surg 1936;33.
69. Lipton HL, Michelson PE. Pseudotumor cerebri syndrome without papilledema. JAMA 1972;220:1591–1592.
70. Sedwick L, Burde RM. Unilateral and asymmetric optic disk swelling with intracranial abnormalities. Am J Ophthalmol 1983;96:484–487.
71. Kirkham TH, Sanders MD, Sapp GA. Unilateral papilledema in benign intracranial hypertension. Can J Ophthalmol 1973;8:533–538.
72. Bruntse E. Unilateral papilloedema in neurosurgical patients. Acta Ophthalmol 1970;48:759–764.
73. Sher NA, Wirtschafter J, Shapiro SK, et al. Unilateral papilledema in "benign" intracranial hypertension (pseudotumor cerebri). JAMA 1983;250:2346–2347.
74. Huna-Baron R, Landau K, Rosenberg M, Warren FA, Kupersmith MJ. Unilateral swollen disc due to increased intracranial pressure. Neurology 2001;56: 1588–1590.
75. Barrios RR. Fluorescein angioretinography as a diagnostic method for papilloedema. Acta Neurol Lat Am 1963;9:213–221.
76. David NJ, Heyman S, Hart LM. Fluorescence photography of retinal vessels and optic discs in papilledema. Trans Am Neurol Assoc 1963;88:155–158.
77. Miller SJ, Sanders MD, Tftyche T. Fluorescein fundus photography in the detection of early papilloedema and its differentiation from pseudopapilloedema. Lancet 1965;2:651–654.
78. Blair CJ, Walsh FB. Papilloedema, optic neuritis, and pseudopapilloedema. Trans Am Acad Ophthalmol Otolaryngol 1969;73:914–920.
79. Bynke HG, Åberg L. Differentiation of papilloedema from pseudopapilloedema by fluorescein ophthalmoscopy. Acta Ophthalmol 1970;48:752–758.
80. Heydenreich A, Lemke L, Jutte A. Differential diagnose von papillenveranderungen mit fluorescein. Klin Mbl Augenheilk 1973;163:131–139.
81. Cartlidge NE, Ng RC, Tilley PB. Dilemma of the swollen optic disc: A fluorescein retinal angiography study. Br J Ophthalmol 1977;61:385–389.
82. Kottow M. Fluoreszenzangiographische differentialdiagnose der randunscharfen papille. Klin Mbl Augenheilk 1980;177:696–705.
83. Ghose S, Nayak BK. Role of oral fluorescein in the diagnosis of early papilloedema in children. Br J Ophthalmol 1987;71:910–915.
84. Salgarello T, Tamburrelli C, Falsini B, et al. Optic nerve diameters and perimetric thresholds in idiopathic intracranial hypertension. Br J Ophthalmol 1996; 80:509–514.
85. Tamburrelli C, Salgarello T, Caputo CG, Giudiceandrea A, Scullica L. Ultrasonographic evaluation of optic disc swelling: comparison with CSLO in idiopathic intracranial hypertension. Invest Ophthalmol Vis Sci 2000;41:2960–2966.
86. Katz B, Van Patten P, Rothrock JF. Optic nerve head drusen and pseudotumor cerebri. Arch Neurol 1988;45:45–47.
87. Reifler DM, Kaufman DI. Optic disk drusen and pseudotumor cerebri. Am J Ophthalmol 1988;106:95–96.
88. Brodsky MC, Vaphiades M. Magnetic resonance imaging in pseudotumor cerebri. Ophthalmology 1998;105:1686–1693.
89. Mashima Y, Oshitari K, Imamura Y, et al. High-resolution magnetic resonance imaging of the intraorbital optic nerve and subarachnoid space in patients with papilledema and optic atrophy. Arch Ophthalmol 1996;114:1197–1203.
90. Trick GL, Vesti E, Tawansy K, Skarf B, Gartner J. Quantitative evaluation of papilledema in pseudotumor cerebri. Invest Ophthalmol Vis Sci 1998;39: 1964–1971.
91. Weinreb RN, Lusky M, Bartsch D-U, Morsman D. Effect of repetitive imaging on topographic measurements of the optic nerve head. Arch Ophthalmol 1993; 111:636–638.
92. Johnson LN, Hepler RS, Bartholomew MJ. Accuracy of papilledema and pseudopapilledema detection: a multispecialty study. J Fam Pract 1991;33:381–386.
93. Keltner JL, Johnson CA, Spurr JO, et al. Comparison of central and peripheral visual field properties in the optic neuritis treatment trial. Am J Ophthalmol 1999;128:543–553.
94. Optic Neuritis Study Group. The clinical profile of optic neuritis: Experience of the Optic Neuritis Treatment Trial. Arch Ophthalmol 1991;109:1673–1678.
95. Steffen H, Eifert B, Aschoff A, Kolling GH, Völcker HE. The diagnostic value of optic disc evaluation in acute elevated intracranial pressure. Ophthalmology 1996;103:1229–1323.
96. Pagani LF. The rapid appearance of papilledema. J Neurosurg 1969;30:247–249.
97. Glowacki J. Acute papilledema. Bull Pol Med Sci Hist 1962;5:15–16.
98. Coleman CC. Brain abscess: A review of 28 cases with comment on the ophthalmologic observations. JAMA 1930;95:568–572.
99. Lillie WI. The clinical significance of choked discs produced by abscess of the brain. Surg Gynecol Obstet 1928;47:405–406.
100. Levatin P, Raskin R. Delayed appearance of papilledema. Can J Ophthalmol 1973;8:451–455.
101. Bettman JW Jr, Daroff RB, Sanders MD, et al. Papilledema and symptomatic intracranial hypertension in systemic lupus erythematosus. Arch Ophthalmol 1968;80:180–193.
102. Hamed LM, Tse DT, Glaser JS, Frazier Byrne S, Schatz NJ. Neuroimaging of the optic nerve after fenestration for management of pseudotumor cerebri. Arch Ophthalmol 1992;110:636–639.
103. Cinciripini GS, Donahue S, Borchert MS. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment and outcome. Am J Ophthalmol 1999;127:178–182.
104. Trobe JD, Glaser JS, Cassady JC. Optic atrophy. Arch Ophthalmol 1980;98: 1040–1045.
105. Orcutt JC, Page NGR, Sanders MD. Factors affecting visual loss in benign intracranial hypertension. Ophthalmology 1984;91:1303–1312.
106. Newman EW. Ocular signs of intracranial disease in children and juveniles. Am J Ophthalmol 1938;21:286–292.
107. Rand CW, van Wagenen RJ. Brain tumors in childhood. J Pediatr 1935;6: 322–339.
108. Gross SW. Tumors of the brain in infancy. Am J Dis Child 1934;48:739–763.
109. Samuels B. The histopathology of papilloedema. Tran Ophthalmol Soc UK 1938; 57:529–556.
110. Zimmerman LE. Histology and general pathology of the optic nerve: Symposium on diseases of the optic nerve. Trans Am Acad Ophthalmol Otolaryngol 1956; 60:14–30.
111. Sanders MD. The Bowman Lecture. Papilloedema: 'The pendulum of progress'. Eye 1997;11:267–294.
112. Corbett JS, Nerad JA, Tse DT, et al. Results of optic nerve sheath fenestration

Case 1:17-mc-02767-PAE-JLC Document 123-3 Filed 03/15/18 Page 48 of 56



for pseudotumor cerebri: The lateral orbitotomy approach. Arch Ophthalmol 1980;106:1391–1397.
113. Green GJ, Lessell S, Lowenstein JL. Ischaemic optic neuropathy in chronic papilledema. Arch Ophthalmol 1980;98:502–504.
114. Tso MO, Fine BS. Electron microscopic study of human papilledema. Am J Ophthalmol 1976;82:424–434.
115. Minckler DS, Tso MO. A light microscopic autoradiographic study of axoplasmic transport in the normal rhesus optic nerve head. Am J Ophthalmol 1976; 82:1–15.
116. Hayreh SS. Blood supply of the optic nerve head and its role in optic atrophy, glaucoma, and oedema of the optic disc. Br J Ophthalmol 1969;53:721–748.
117. Schutta HS, Hedges TR. Fine structure observations on experimental papilledema in the rhesus monkey. J Neurol Sci 1971;12:1–14.
118. Tso MO, Hayreh SS. Optic disc edema in raised intracranial pressure. III. A pathologic study of experimental papilledema. Arch Ophthalmol 1977;95: 1448–1457.
119. Schieck F. Uber die entstehungsart der stauungspapille. Verh Phys Med Gesamte 1926;51:121.
120. Fry WE. The pathology of papilledema. An examination of 40 eyes with special reference to compression of the central retinal vein. Am J Ophthalmol 1931;14: 874–883.
121. Hogan MJ, Zimmerman LE. Ophthalmic Pathology. Philadelphia, Saunders, 1987.
122. van Heuven JA, Fischer PF. The water-binding of the optic nerve and its sheaths. Br J Ophthalmol 1936;20:204.
123. Rosomoff HL, Zugibe FT. Distribution of intracranial contents in experimental edema. Arch Neurol 1963;9:26–34.
124. Duke-Elder S. System of Ophthalmology. St Louis, CV Mosby, 1933.
125. Hedges TR, Weinstein JD. The hydrostatic mechanism of papilledema. Trans Am Acad Ophthalmol Otolaryngol 1968;72:741–750.
126. von Graefe A. Uber neuroretinitis and gewisse falle fulminierender erblindung. Graefe's Arch Ophthalmol 1866;12 (part 2):114–149.
127. Caviness WF, Tanaka A, Hess KH. Delayed brain swelling and functional derangement after x-radiation of the right visual cortex in the macaca mulatta. Radiat Res 1975;57:104–120.
128. Hedges TR, Weinstein JD, Crystle CD. Orbital vascular response to acutely increased intracranial pressure in the rhesus monkey. Arch Ophthalmol 1964; 1242–1247.
129. Hayreh SS. Pathogenesis of oedema of the optic disc. Doc Ophthalmol 1968; 24:289–411.
130. Hayreh SS, Dass R. The ophthalmic artery. I. Origin and intra-cranial course. Br J Ophthalmol 1962;46:65–98.
131. Ernest JT, Potts AM. Pathophysiology of the distal portion of the optic nerve. I. Tissue pressure relationships. Am J Ophthalmol 1968;66:373–387.
132. Taylor AC, Weiss P. Demonstration of axonal flow by the movement of tritium-labeled protein in mature optic nerve fibers. Proc Natl Acad Sci USA 1965;54: 1521–1527.
133. Tso MO, Hayreh SS. Optic disc edema in raised intracranial pressure: IV. Axoplasmic transport in experimental papilledema. Arch Ophthalmol 1977;95: 1458–1462.
134. Minckler DS, Tsai JC, Zimmerman LE. A light microscopic, autoradiographic study of axoplasmic transport in the optic nerve head during ocular hypotony, increased intraocular pressure, and papilledema. Am J Ophthalmol 1976;82: 741–757.
135. Minckler DS, Bunt AH. Axoplasmic transport in ocular hypotony and papilledema in the monkey. Arch Ophthalmol 1977;95:1430–1436.
136. Anderson DR, Hendrickson A. Effect of intraocular pressure on rapid axoplasmic transport in monkey optic nerve. Invest Ophthalmol Vis Sci 1974;13:771–783.
137. Hayreh SS. Optic disc edema in raised intracranial pressure. V. Pathogenesis. Arch Ophthalmol 1977;95:1553–1565.
138. Hayreh SS, Edwards J. Ophthalmic arterial and venous pressure. Br J Ophthalmol 1971;55:649–663.
139. Primrose J. Pathogenesis of papilledema. Doc Ophthalmol 1976;40:391–408.
140. Primrose J. Pathogenesis of optic disc swelling. Br J Ophthalmol 1979;63: 211–212.
141. Forsyth PA, Posner JB. Headaches in patients with brain tumors: A study of 111 patients. Neurology 1993;43:1678–1683.
142. Bjerre P, Lindholm J, Glydensted C. Pathogenesis of nontraumatic cerebrospinal fluid rhinorrhea. Acta Neurol Scand 1982;66:180–192.
143. Clark D, Bullock P, Hui T, et al. Benign intracranial hypertension: A cause of CSF rhinorroea. J Neurol Neurosurg Psychiatry 1994;57:847–849.
144. Troost BT, Sufit RL. Sudden monocular visual loss in pseudotumor cerebri. Arch Neurol 1979;36:440–442.
145. Paton L. Optic neuritis in cerebral tumours. Trans Ophthalmol Soc UK 1908; 28.
146. Cogan DG. Blackouts not obviously due to carotid occlusion. Arch Ophthalmol 1961;66:180–187.
147. West S. Sequel of a case of optic neuritis, with numerous sudden, short attacks of complete blindness. Trans Ophthalmol Soc UK 1883;3:136–138.
148. Paton L. Optic neuritis in cerebral tunours and its subsidence after operation. Trans Ophthalmol Soc UK 1905;28:112–144.
149. de Schweinitz GE. The relation of cerebral decompression to the relief of the ocular manifestations of increased intracranial tension. Ann Ophthalmol 1911; 20:271–284.
150. Pascual J, Combarros O, Berciano J. Gaze-evoked amaurosis in pseudotumor cerebri. Neurology 1988;38:1654–1655.
151. Rush JA. Pseudotumor cerebri: Clinical profile and visual outcome in 63 patients. Mayo Clin Proc 1980;55:541–546.
152. Knapp H. The channel by which, in cases of neuroretinitis, the exudation proceeds from the brain into the eye. Trans Am Ophthalmol Soc 1870;1:118–120.
153. Corbett JJ, Jacobson DM, Mauer RC, et al. Enlargement of the blind spot caused by papilledema. Am J Ophthalmol 1988;105:261–265.
154. Uhthoff W. Ophthalmic experiences and considerations on the surgery of cerebral tumors and lower skull: The Bowman lecture. Trans Ophthalmol Soc UK 1914;34:47–123.
155. Grehn F, Knorr-Held S, Kommerell G. Glaucomatous-like visual field defects in chronic papilledema. Graefe's Arch Ophthalmol 1981;21:99–109.
156. Wall M, Hart WM Jr, Burde RM. Visual field defects in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 1983;96:654–669.
157. Wall M, Conway MD, House PH, et al. Evaluation of sensitivity and specificity of spatial resolution and Humphrey automated perimetry in pseudotumor cerebri patients and normal subjects. Invest Ophthalmol Vis Sci 1991;32:3306–3312.
158. Wall M, George D. Visual loss in pseudotumor cerebri: Incidence and defects related to visual field strategy. Arch Neurol 1987;44:170–175.
159. Gruber H, Czech T. Computerperimetrie zur Verlaufskontrolle der Opticusneuropathie bei Pseudotumor Cerebri. Klin Mbl Augenheilk 1990;196:214–215.
160. Duke-Elder S, Scott GI. Neuro-Ophthalmology. In Duke-Elder S, ed. System of Ophthalmology. St Louis, CV Mosby, 1971:60.
161. Baker RS, Carter DC, Hendrock EB, Buncic JR. Visual loss in pseudotumor cerebri of childhood: A follow-up study. Arch Ophthalmol 1985;103:1681–1686.
162. Kidron D, Pomeranz S. Malignant pseudotumor cerebri: Report of two cases. J Neurosurg 1989;71:443–445.
163. Baker RS, Buncic JR. Sudden visual loss in pseudotumor cerebri due to central retinal artery occlusion. Arch Neurol 1984;41:1274–1276.
164. Gutgold-Glen H, Kattah JC, Chavis RM. Reversible visual loss in pseudotumor cerebri. Arch Ophthalmol 1984;102:403–406.
165. Repka MX, Miller NR. Papilledema and dural sinus obstruction. J Clin Neuro-ophthalmol 1984;4:247–250.
166. Lam BL, Siatkowski RM, Fox GM, et al. Visual loss in pseudotumor cerebri from branch retinal artery occlusion. Am J Ophthalmol 1992;113:334–336.
167. Liu GT, Volpe NJ, Schatz NJ, et al. Severe sudden visual loss caused by pseudotumor cerebri and lumboperitoneal shunt failure. Am J Ophthalmol 1996;122: 129–131.
168. Baker RS, Buncic JR. Vertical ocular motility disturbances in pseudotumor cerebri. J Clin Neuroophthalmol 1985;5:41–44.
169. Lessell S, Rosman NP. Permanent visual impairment in childhood pseudotumor cerebri. Arch Neurol 1986;43:801–804.
170. Wall M. Contrast sensitivity in pseudotumor cerebri. Ophthalmology 1986;93: 4–7.
171. Verplanck M, Kaufman DI, Parsons T, et al. Electrophysiology versus psychophysics in the detection of visual loss in pseudotumor cerebri. Neurology 1988; 38:1789–1792.
172. Buncic JR, Tytla M. Spatial contrast sensitivity impairment in optic nerve head swelling. Neuroophthalmology 1989;9:293–298.
173. Grochowicki M, Vighetto A, Pissavin C. Pseudotumor cerebri: Longitudinal study using contrast sensitivity and automated static perimetry. Neuroophthalmology 1990;10:97–108.
174. Wall M. Sensory visual testing in idiopathic intracranial hypertension: Measures sensitive to change. Neurology 1990;40:1859–1864.
175. Falsini B, Tamburrelli C, Porciatti V, et al. Pattern electroretinograms and visual evoked potentials in idiopathic intracranial hypertension. Ophthalmologica 1992; 205:194–203.
176. Cushing H, Bailey P. Tumors Arising from the Blood Vessels of the Brain. 1928; Sect. 74.
177. Keane JR. Bilateral sixth nerve palsy. Arch Neurol 1976;33:681–683.
178. Cobbs WH, Schatz NJ, Savino PJ. Midbrain eye signs in hydrocephalus. Ann Neurol 1978;4:172.
179. Halpern JI, Gordon WH Jr. Trochlear nerve palsy as a false localizing sign. Ann Ophthalmol 1981;12:53–56.
180. Keane JR. Ocular skew deviation: Analysis of 200 cases. Arch Neurol 1975; 32:185–190.
181. Merikangas JR. Skew deviation in pseudotumor cerebri. Ann Neurol 1978;4: 583.
182. McCammon A, Kaufman HH, Sears ES. Transient oculomotor paralysis in pseudotumor cerebri. Neurology 1981;31:182–184.
183. Friedman DI, Forman S, Levi L, et al. Unusual ocular motility disturbances with increased intracranial pressure. Neurology 1998;50:1893–1896.
184. Fishman RA. Anatomical aspects of the cerebrospinal fluid. In Fishman R, ed. Cerebrospinal Fluid in Diseases of the Nervous System. Philadelphia, W.B. Saunders, 1992:20–21.

185. Epstein MH, Feldman MH, Brusilow SW. Cerebrospinal fluid production: stimulation by cholera toxin. Science 1977;196:1012–1013.
186. Lindvall-Axelsson M, Mather C, Nilsson C, Owman C. Effect of 5-hydroxytryptamine on the rate of cerebrospinal fluid production in rabbit. Exp Neurol 1988; 99:362–368.
187. Lindvall M, Edvinsson L, Owman C. Effect of sympathomimetic drugs and corresponding receptor antagonists on the rate of cerebrospinal fluid production. Exp Neurol 1979;64:132–145.
188. Welch K. The principles of physiology of the cerebrospinal fluid in relation to hydrocephalus including normal pressure hydrocephalus. In Friedlander WJ, ed. Advances in Neurology. Current Reviews. New York, Raven Press, 1975: 247–332.
189. Robertson DN, Dinsdale HB. The Nervous System. Baltimore, Williams & Wilkins, 1972.
190. Kellie G. An account of the appearances observed in the dissection of two or three individuals presumed to have perished in the storm of the 3rd, and whose bodies were discovered in the vicinity of Leith on the morning of the 4th, November 1821 with some reflections on the pathology of the brain. Trans Edinb Med Chir Soc 1824;1:84–169.
191. Weed LH. Positional adjustments of the pressure of the cerebro-spinal fluid. Phys Rev 1933;13:80–102.
192. Bezeaud D, Vadot E. Aspects étiologiques actuels des oedèmes papillaires. Bull Soc Ophtalmol Fr 1990;90:409–411.
193. Andeweg J. Concepts of cerebral venous drainage and the aetiology of hydrocephalus. J Neurol Neurosurg Psychiatry 1991;54:830–831.
194. Paton L. Papilledema and optic neuritis: A retrospect. Trans Sect Ophthalmol Am Med Assoc 1935;30:98–119.
195. Uhthoff W. Die augenveraderungen bei den erkrankungen des gihirnes. In Graefe-Saemish, ed. Handbuch der Gesamten Augenheilkunde. Wilhelm Engelman, 1915:1143,1430.
196. Van Wagenen WP. The incidence of intracranial tumors without "choked disc" in one year's series of cases. Am J Med Sci 1928;176:346–366.
197. Tönnis W. Pathophysiologie und klinik der intracraniellen drucksteigerung. In Olivecrona H, Tönnis W, eds. Handbuch der Neurochirurgie. Berlin, Julius Springer, 1959.
198. Petrohelos MA, Henderson JW. The ocular findings of intracranial tumor. Trans Am Acad Ophthalmol 1950;55:89–98.
199. Stopford JSB. Increased intracranial pressure. Brain 1928;51:485–507.
200. Petrohelos MA, Henderson JW. The ocular findings of intracranial tumor. Am J Ophthalmol 1951;34:1387–1394.
201. Berg L, Rosomoff HL, Aronson V, et al. Investigation of the syndrome of increased intracranial pressure without localizing signs. Trans Am Neurol Assoc 1954;79:131.
202. Van Crevel H. Absence of papilledema in cerebral tumours. J Neurol Neurosurg Psychiatry 1975;38:931–933.
203. Hartmann E, Guillaumat L. Aspect du fond d'oeil dans les tumeurs intracraniennes: Etude stastique. Ann Oculist (Paris) 1938;175:717–737.
204. Huber A, ed. Eye Signs and Symptoms in Brain Tumors. Ed 3. St Louis, CV Mosby, 1976.
205. Dabenzies OH, Walsh FB, Hayes GJ. Papilledema with hamartoma of the hypothalamus. Arch Ophthalmol 1961;65:174–180.
206. Keane JR. Neuro-ophthalmologic signs and symptoms of cysticercosis. Arch Ophthalmol 1982;100:1445–1448.
207. Dandy WE. Arteriovenous aneurysm of the brain. Arch Surg 1928;17:190–243.
208. Forman AR, Luessenhop AJ, Limaye SR. Ocular findings in patients with arteriovenous malformations of the head and neck. Am J Ophthalmol 1975;79: 626–633.
209. Lamas E, Lobato RD, Esparza J, et al. Dural posterior fossa AVM producing raised sagittal sinus pressure. J Neurosurg 1977;46:804–810.
210. Takahashi T, Okukubo K, Tagami Y, et al. A case of dural arteriovenous malformation with papilledema. Neuroophthalmology 1983;3:199–204.
211. Regolo P, Bianchi S, Righi C, et al. Dural artero-venous fistulas (AVFs): A possible cause of pseudotumor cerebri in men. J Neurol Sci 1996;39:101.
212. Rozot P, Berrod JP, Bracard S. Stase papillaire et fistule durale. J Fr Ophtalmol 1991;14:13–19.
213. Letessier J-B, Courthéoux O, Sautreuil B, et al. Fistule durale complexe du sinus latérale a symptomatologie opthalmologique prédominante. Bull Soc Ophtalmol Fr 1991;91:295–301.
214. Barrow DL. Unruptured cerebral arteriovenous malformations presenting with intracranial hypertension. Neurosurgery 1988;23:484–490.
215. Gelwan MJ, Choi IS, Berenstein A, et al. Dural arteriovenous malformations and papilledema. Neurosurgery 1988;22:1079–1084.
216. Chimowitz MI, Little JR, Awad IA, et al. Intracranial hypertension associated with unruptured cerebral arteriovenous malformations. Ann Neurol 1990;27: 474–479.
217. Weisberg LA, Pierve JF, Jabbari B. Intracranial hypertension resulting from a cerebral vascular malformation. South Med J 1977;70:624–626.
218. Kuhner A, Krastel A, Stoll W. Arteriovenous malformations of the transverse dural sinuses. J Neurosurg 1976;45:12–19.
219. Lahat E, Aladjem M, Schiffler J, et al. Hydrocephalus due to bilateral obstruction of the foramen of Monro: A "possible" late complication of mumps encephalitis. Clin Neurol Neurosurg 1996;95:151–154.
220. Corbett J. Neuro-ophthalmologic complications of hydrocephalus and shuntng procedures. Semin Neurol 1986;6:111–123.
221. Chahlavi A, El-Babaa SK, Luciano MG. Adult-onset hydrocephalus. Neurosurg Clin N Am 2001;12:753–760.
222. Kunkel PA, Dandy WE. Subdural hematoma: Diagnosis and treatment. Arch Surg (Chicago) 1939;38:24–54.
223. Govan CD, Walsh FB. Symptomatology of subdural hematoma in infants and in adults. Arch Ophthalmol 1947;37:701–715.
224. Askenasy HM, Kosary IZ, Braham J, et al. An insidiously developing form of fronto-polar extradural haematoma. Neurchirurgia (Stuttg) 1962;4:206–211.
225. El Ladki S, Segal A, Bernard M-H, et al. Hématome extra-dural chronique du vertex révelé par un oedème de stase bilatéral. Bull Soc Ophtalmol Fr 1992;92: 331–335.
226. Stevenson GC, Brown HA, Hoyt WF. Chronic venous epidural hematoma at the vertex. J Neurosurg 1964;21:887–891.
227. Luxon L, Harrison MJG. Subarachnoid hemorrhage and papilledema due to a cervical neurilemoma. J Neurosurg 1978;48:1015–1018.
228. Fahmy JA. Papilledema associated with ruptured intracranial aneurysms. Acta Ophthalmol 1972;50:793–802.
229. Griffith JQ, Jeffers W, Fry WE. Papilledema and subarachnoid hemorrhage: Experimental and clinical study. Arch Int Med 1938;61:880.
230. Dandy WE. Intracranial Arterial Aneurysm. Ithaca NY, Comstock Publishing Co., 1944.
231. Tureen L. Lesions of the fundus associated with brain haemorrhage. Arch Neurol Psychiatr 1938;42:664–678.
232. Paton L. Diseases of the nervous system: Ocular symptoms in subarachnoid haemorrhage. Trans Am Soci UK 1924;44:110–126.
233. Weber G. Der Hirnabszess. Stuttgart, G Theime Verlag KG, 1957.
234. Hanna LS, Girgis NI, Yassin MMW, et al. Incidence of papilloedema and optic atrophy in meningitis. Jpn J Ophthalmol 1981;25:69–73.
235. Drake RL. Ocular syphilis. III. Review of the literature and report of a case of acute syphilitic meningitis and meningoencephalitis with special reference to papilledema. Arch Ophthalmol 1933;9:234–243.
236. Studer A, Leuenberger AE. Die Differentialdiagnose des Papillenödems bei Lues. Klin Mbl Augenheilk 1983;183:391–392.
237. Pedersen E. Papilledema in encephalitis. Arch Neurol 1965;13:403–408.
238. Silverstein A. Papilledema with acute viral infections of the brain. Mt Sinai Med J 1974;41:435–443.
239. Miller JD, Ross CAC. Encephalitis. A four year survey. Lancet 1968;1: 1121–1126.
240. Silverstein A. Papilledema associated with acute viral infections of the brain. Mt Sinai J Med 1974;41:435–443.
241. Applebaum E, Kreps SI, Sunshine A. Herpes zoster encephalitis. Am J Med 1962;32:25–31.
242. Mearza AA, Chan JH, Gair E, Jagger J. Herpes zoster ophthalmicus presenting as contralateral disc swelling. Eye 2000;14(Pt. 2):251–252.
243. Applebaum E, Dolgopol VB, Dolgin J. Measles encephalitis. Am J Dis Child 1949;77:25–48.
244. Cramblett HG, Stegmiller H, Spencer C. California encephalitis virus infections in children. JAMA 1966;198:128–132.
245. Dimsdale H. Acute encephalomyelitis of viral origin. In Modern Trends in Neurology (Second Series). London, Butterworth, 1957:185.
246. Silverstein A, Steinberg N, Nathanson M. Nervous system involvement in infectious mononucleosis. Arch Neurol 1972;26:353–358.
247. Wooley CF. Intracranial hypertension associated with recovery of a Coxsackie virus from the cerebrospinal fluid. Neurology 1960;10:572–574.
248. Lods F. A proposs d'un cas d'oedème papillaire au cours d'une meningoencephalite a Coksakie B2. Bull Soc Ophtalmol Fr 1971;71:725–726.
249. Cifarelli PS, Freireich AW. Rubella encephalitis. NY State J Med 1966;66: 1117–1122.
250. Ayer JB, Trevett LD. Acute poliomyelitis with choked discs: Note on prolonged observation of the spinal fluid and the use of the respirator. Arch Neurol Psychiatr 1934;31:396–402.
251. Weiman CG, McDowell FH, Plum F. Papilledema in poliomyelitis. Arch Neurol Psychiatr 1951;66:722–727.
252. Murray RG, Walsh FB. Ocular abnormalities in poliomyelitis and their pathogenesis. Can Med Assoc J 1954;70:141–147.
253. Gass HH. Papilledema and pseudotumor cerebri following poliomyelitis. Arch Ophthalmol 1957;93:640–646.
254. Green SH, Wirtschafter JD. Ophthalmoscopic findings in subacute sclerosing panencephalitis. Br J Ophthalmol 1973;57:780–787.
255. Kirkpatrick BV, David RB. Subacute sclerosing panencephalitis. J Pediatr Ophthalmol 1973;10:74–76.
256. Prevett M, Harding AE. Intracranial hypertension following psittacosis. J Neurol Neurosurg Psychiatry 1993;56:425–426.
257. Knox DL, Bayless TM, Pittman FE. Neurologic disease in patients with treated Whipple's disease. Medicine 1976;55:467–476.
258. Switz DM, Casey TR, Bogaty GV. Whipple's disease and papilledema. Arch Int Med 1969;123:74–77.

259. Massey JY, Roy H, Bornhofen JH. Ocular manifestations of Reye syndrome. Arch Ophthalmol 1974;91:441–444.
260. Smith P, Green WR, Miller NR, et al. Central retinal vein occlusion in Reye's syndrome. Arch Ophthalmol 1980;98:1256–1260.
261. Newman LS, Rose CS, Maier LA. Medical progress: Sarcoidosis. N Engl J Med 1997;336:1224–1234.
262. Scott TF. Neurosarcoidosis: Progress and clinical aspects. Neurology 1993;43: 8–12.
263. Corbett AJ, Pollack M. Identical twins with papilloedema and cranial nerve palsies. J Neurol Neurosurg Psychiatry 1979;42:764–766.
264. Byrne JV, Lawton CA. Meningeal sarcoidosis causing intracranial hypertension secondary to dural sinus thrombosis. Br J Radiol 1983;56:755–757.
265. Akman-Demir G, Serdaroglu P, Taşçi B, et al. Clinical patterns of neurological involvement in Behçet's disease: Evaluation of 200 patients. Brain 1999;122: 2171–2181.
266. Masheter HC. Behçet's syndrome complicated by intracranial thrombophlebitis. Proc R Soc Med 1959;52:1039–1040.
267. Kalbian VV, Challis MT. Behçet's disease: Report of 12 cases with three manifesting as papilledema. Am J Med 1970;49:823–829.
268. Harper CM, O'Neill BP, O'Duffy JD, et al. Intracranial hypertension in Behçet's disease: Demonstration of sinus occlusion with use of digital subtraction angiography. Mayo Clin Proc 1985;60:419–422.
269. El Ramahi KM, Al-Kawi MZ. Papilloedema in Behçet's disease: Value of MRI in diagnosis of dural sinus thrombosis. J Neurol Neurosurg Psychiatry 1991;54: 826–829.
270. Pamir MN, Kansu T, Erbengi A, Zileli T. Papilledema in Behcet's syndrome. Arch Neurol 1981;38:643–645.
271. Graham EM, Al-Askar AF, Sanders MD, et al. Benign intracranial hypertension in Behçet's syndrome. Neuroophthalmology 1980;1:73–76.
272. Gökalp HZ, Basaya MK, Aydin V. Pseudotumor cerebri with familial Mediterranean fever. Clin Neurol Neurosurg 1992;94:261–263.
273. Brown JL, Anderson SF, Townsend JC, et al. Papilledema secondary to metastatic prostate disease. J Am Optom Assoc 1994;65:585–595.
274. Wolfe GI, Galetta SK, Mollman JE. Spontaneous remission of papilledema and sixth nerve palsy in acute lymphoblastic leukemia. J Neuroophthalmol 1994;14: 91–94.
275. Vates GE, Chang S, Lamborn KR, Prados M, Berger MS. Gliomatosis cerebri: A review of 22 cases. Neurosurgery 2003;53:261–271.
276. Aroichane M, Miller NR, Eggenberger ER. Glioblastoma multiforme masquerading as pseudotumor cerebri: A case report. J Clin Neuroophthalmol 1993;13: 105–112.
277. Baborie A, Dunn EM, Bridges LR, Bamford JM. Primary diffuse leptomeningeal gliomatosis predominantly afffecting the spinal cord: case report and review of the literature. J Neurol Neurosurg Psychiatry 2001;70:256–258.
278. Kobayashi M, Hara K, Nakatsukasa M, et al. Primary spinal leptomeningeal gliomatosis presenting visual disturbance as the initial symptom: Case report. Acta Neurochir 1996;138:480–481.
279. Cooper IS, Kernohan JW. Heterotopic glial nests in subarachnoid space: Histopathologic characteristics, mode of origin and relation to meningeal gliomas. J Neuropathol Exp Neurol 1951;10:16–29.
280. Courville CB. Pathology of the Central Nervous System: A Study Based Upon a Survey of Lesions Found in a Series of 15,000 Autopsies. Mountain View, CA, Pacific Press Publishing Association, 1931.
281. Wertheimer P, Wertheimer J, Laptas C, et al. Semeiological significance of papilledema during cranial trauma. Bull Soc Ophtalmol Fr 1963;76:275.
282. Selhorst JB, Gudeman SK, Butterworth JF IVth, et al. Papilledema after acute head injury. Neurosurgery 1985;16:357–363.
283. Arseni C, Maretsis M. Tumors of the lower spinal cord associated with increased intracranial pressure and papilledema. J Neurosurg 1967;27:105–110.
284. Nicola GC, Nizzoli V. Increased intracranial pressure and papilloedema associated with spinal tumors. Neurochirurgica 1969;12:138–144.
285. Raynor RB. Papilledema associated with tumors of the spinal cord. Neurology 1969;19:700–704.
286. Ammerman BJ, Smith DR. Papilledema and spinal cord tumors. Surg Neurol 1975;3:55–57.
287. Tankak K, Waga S, Shimosaka S. Papilledema and spinal cord tumors. Surg Neurol 1988;29:462–466.
288. Mittal MM, Gupta NC, Sharma ML. Spinal epidural meningioma associated with increased intracranial pressure. Neurology 1970;20:818–820.
289. Schijman E, Zuccaro G, Monges JA. Spinal tumors and hydrocephalus. Childs Brain 1981;8:401–405.
290. Davis TK. Double papilledema caused by blocking of cord at fourth cervical vertebra greatly relieved by operation. Arch Neurol Psychiatr 1923;9:245–246.
291. Celli P, Cervoni L, Morselli E, et al. Spinal ependymomas and papilledema: Report of 4 cases and review of the literature. J Neurol Sci 1993;37:97–102.
292. Michowiz SD, Rappaport HZ, Shaked I, et al. Thoracic disc herniation associated with papilledema: case report. J Neurosurg 1984;61:1132–1134.
293. Ford FR, Walsh FB. Guillain-Barré syndrome (acute infective polyneuritis) with increased intracranial pressure and papilledema: Report of 2 cases. Bull Johns Hopkins Hosp 1943;73:391–395.
294. Popek K. Recurrent Guillain-Barré syndrome with recurrent papilledema. Cesk Neurol 1957;20:380–393.
295. Sullivan RL Jr, Reeves AG. Normal cerebrospinal fluid protein, increased intracranial pressure, and the Guillain-Barré syndrome. Ann Neurol 1977;1:108–109.
296. Denny-Brown DE. The changing pattern of neurological medicine. N Engl J Med 1952;246:839–846.
297. Joynt RJ. The mechanism of production of papilledema in the Guillain-Barré syndrome. Neurology 1958;8:8–12.
298. Morley JB, Reynolds EG. Papilloedema and the Landry-Guillain-Barré syndrome. Brain 1966;89:205–222.
299. Davidson DLW, Jellinek EG. Hypertension and papilloedema in the Guillain-Barré syndrome. J Neurol Neurosurg Psychiatry 1977;40:144–148.
300. Ropper AH, Marmarou A. Mechanism of pseudotumor in Guillain-Barré syndrome. Arch Neurol 1984;41:259–261.
301. Austin JH. Recurrent polyneuropathies and their corticosteroid treatment: With five-year observations of placebo-controlled case treated with corticotropin, cortisone, and prednisone. Brain 1958;81:157–192.
302. Mendell JR. Chronic inflammatory demyelinating polyradiculoneuropathy. Annu Rev Med 1993;44:211–219.
303. Fantin A, Feist RM, Reddy CV. Intracranial hypertension and papilloedema in chronic inflammatory demyelinating polyneuropathy. Br J Ophthalmol 1993; 77:193.
304. Kotil K, Kalayci M, Koseoglu T, Turgrul A. Myelinoclastic diffuse sclerosis (Schilder's disease): report of a case and review of the literature. Br J Neurosurgery 2002;16:516–519.
305. McCrary J, Demer J, Friedman D, Mawad M. Computed tomography and MRI in the diagnosis of inflammatory disease of the optic nerve. Surv Ophthalmol 1987;31:352–355.
306. Newman NJ, Selzer KA, Bell RA. Association of multiple sclerosis and intracranial hypertension. J Neuroophthalmol 1994;14:189–192.
307. Pshezhetsky AV, Ashmarina M. Lysosomal multienzyme complex: biochemistry, genetics and molecular pathophysiology. Prog Nucleic Acid Res Mol Biol 2001;69:81–114.
308. Shinnar S, Singer HS, Valle D. Acute hydrocephalus in Hurler's syndrome. Am J Dis Child 1982;136:556–557.
309. Sheridan MM, Johnston I. Hydrocephalus and pseudotumor cerebri in the mucopolysaccharidoses. Childs Nerv Syst 1994;10:148–150.
310. Goldberg MF, Scott CI, McKusick VA. Hydrocephalus and papilledema in the Maroteaux-Lamy syndrome (Mucopolysaccharidosis type VI). Am J Ophthalmol 1970;69:969–975.
311. Beck M. Papilloedema in association with Hunter's syndrome. Br J Ophthalmol 1983;67:174–177.
312. Chen YF, Huang YC, Liu HM, Hwu WL. MRI in a case of adult-onset citrullinemia. Neuroradiology 2001;43:845–847.
313. Wilson CJ, Lee PJ, Leonard JV. Plasma glutamine and ammonia concentrations in ornithine carbamoyltransferase deficiency and citrullinaemia. J Inherit Metab Dis 2001;24:691–695.
314. Hayasaka S, Tabata K, Ohmura M, et al. Papilloedema in late-onset cirtullinemia: Report of a second case. Graefe's Arch Clin Exp Ophthalmol 1984;221: 262–264.
315. Friedman DI, Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology 2002;59:1492–1495.
316. Bertelsen TI. The premature synostosis of the cranial sutures. Acta Ophthalmol 1958;51(Suppl):1–176.
317. Tuite GF, Chong WK, Evanson J, et al. The effectiveness of papilledema as an indicator of raised intracranial pressure in children with craniosynostosis. Neurosurgery 1996;38:272–278.
318. Dollfus H, Vinikoff L, Renier D, et al. Insidious craniosynostosis and chronic papilledema in childhood. Am J Ophthalmol 1996;122:910–911.
319. Uhthoff W. Zur pathogenese der sehstorungen bei schadeleformitat. Berlin Ophthalmol Gesellsch Heidelberg 1910;36:140.
320. Jensch PA. Zur genealogie und klinik des turmschadels. Arch Psychiatr 1942; 114:444.
321. Nager FR, de Raynier PJ. Das gehororgan be angeborenen kopfmissbidungen. Prac Otorhinolaryng 1948;10(Suppl 2):1.
322. David LR, Velotta E, Weaver RG Jr, Wilson JA, Argenta LC. Clinical findings precede objective diagnostic testing in the identification of increased ICP in syndromic craniosynostosis. J Craniofac Surg 2002;13:676–680.
323. Brenner RL, Smith JL, Cleveland WW, et al. Eye signs of hyphosphatasia. Ophthalmology 1969;81:614–617.
324. Beighton P, Durr L, Harrersma H. The clinical features of sclerosteosis. Ann Intern Med 1976;84:393–397.
325. Golnik KC, Kersten RC. Optic nerve head swelling in the Hadju-Cheney syndrome. J Neuroophthalmol 1998;18:60–65.
326. Crow RS. Peripheral neuritis in myelomatosis. Br Med J 1956;2:802–804.
327. Bardwick PA, Zvaifler NJ, Gill GN, et al. Plasma cell dyscrasia with polyneuropathy, organomegaly, endocrinopathy, M protein and skin changes: The POEMS syndrome. Medicine 1980;59:311–322.
328. Soubrier MJ, Dubost J-J, Sauvezie BJM, et al. POEMS Syndrome: A study of 25 cases and a review of the literature. Am J Med 1994;97:543–553.

329. Piette WW. Myeloma, paraproteinemias, and the skin. Med Clin North Am 1986;70:155–176.
330. Sasaki A, Kogure M, Shimomura M, et al. A case of Crow-Fukase syndrome associated with empty sella. Folia Ophthalmol Jpn 1995;46:324–328.
331. Bourdette DN, Rosenberg NL. Infiltrative orbitopathy, optic disk edema, and POEMS. Neurology 1984;34:532–533.
332. Spielmann AC, Angioi-Duprez K, Dorvaux V, et al. Oedème papillaire et syndrome POEMS. J Fr Ophthalmol 1996;19:467–469.
333. Munteanu GH, Munteanu M, Budau M. Papilloedema and POEMS syndrome. Oftalmologia 2001;53:35–44.
334. Sugita K, Kayama T, Ohwada K, et al. A case of multiple myeloma showing intracranial hypertension due to a large cranial mass lesion. No To Shinkei 1986; 38:6259.
335. Collier A, Ashworth B. Multiple plasmacytoma presenting as raised intracranial pressure. J Neurol Neurosurg Psychiatry 1987;50:495–496.
336. Wasan H, Mansi JL, Benjamin S, et al. Myeloma and benign intracranial hypertension. BMJ 1992;304:685.
337. Blackman SS. The lesions of lead encephalitis in children. Bull Johns Hopkins Hosp 1937;61:1–61.
338. Lidsky TI, Schneider JS. Lead neurotoxicity in children: basic mechanisms and clinical correlates. Brain 2003;126:5–19.
339. Dickman MS, Somasundaram M, Brzozowski L. Pseudotumor cerebri and hyperthyroidism. NY State J Med 1980;80:1118–1120.
340. Stern BJ, Gruen R, Koeppel J, et al. Recurrent thyrotoxicosis and papilledema in a patient with communicating hydrocephalus. Arch Neurol 1984;41:65–67.
341. Bettman JW Jr, Daroff RB, Sanders MD, Hoyt WF. Edema of the optic disc in hyperthyroidism without exophthalmos: A fluorescein angiographic study of its resolution. Am J Ophthalmol 1968;66:714–719.
342. Quincke H. Uber meningitis serosa and verewandte zustande. Deutsche Zeitschrift fur Nervenheilkunde 1897;9:149–168.
343. McAlpine D. Toxic hydrocephalus. Brain 1937;60:180–203.
344. Symonds CP. Otitic hydrocephalus. Neurology 1952;6:681–685.
345. Davidoff LM, Dyke CG. Hypertensive meningeal hydrops: Syndrome frequently following infection in middle ear or elsewhere in body. Am J Ophthalmol 1937; 20:908–927.
346. Sahs AL, Joynt RJ. Brain swelling of unknown cause. Neurology 1956;6: 791–803.
347. Sahs AL, Hyndman OR. Intracranial hypertension of unknown cause: Cerebral edema. Arch Surg 1939;38:429–434.
348. Yaskin JC, Groff RA, Shenkin HA. Severe bilateral papilledema of indeterminate etiology with report of 12 cases. Confin Neurol 1949;9:108–112.
349. Warrington WB. Intracranial serous effusions of inflammatory origin: Meningitis ependymitis serosa—meningism—with note on "pseudo-tumors" of the brain. Q J Med 1914;7:93–118.
350. Foley J. Benign forms of intracranial hypertension: "Toxic" and "otitic hydrocephalus." Brain 1955;78:1–41.
351. Bucheit WA, Burton C, Haag B, et al. Papilledema and idiopathic intracranial hypertension. N Engl J Med 1969;280:938–942.
352. Bandyopadhyay S, Jacobson DM. Clinical features of late life-onset pseudotumor cerebri fulfilling the Modified Dandy Criteria. J Neuroophthalmol 2002; 22:9–11.
353. Rose A, Matson DD. Benign intracranial hypertension in children. Pediatrics 1967;39:227–237.
354. Grant DN. Benign intracranial hypertension: A review of 79 cases in infancy and childhood. Arch Dis Child 1971;46:651–655.
355. Weisberg LA, Chutorian AM. Pseudotumor cerebri of children. Am J Dis Child 1977;131:1243–1248.
356. Baker RS, Baumann RJ, Buncic JR. Idiopathic intracranial hypertension (pseudotumor cerebri) in pediatric patients. Pediatr Neurol 1989;5:5–11.
357. Lessell S. Pediatric pseudotumor cerebri (idiopathic intracranial hypertension). Surv Ophthalmol 1992;37:155–166.
358. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. Arch Neurol 1988;45:875–877.
359. Radhakrishanan K, Ahlskog JE, Cross SA, Kurland LT, O'Fallon WM. Idiopathic intracranial hypertension (pseudotumor cerebri): Descriptive epidemiology in Rochester, Minn, 1976–1990. Arch Neurol 1993;50:78–80.
360. Radhakrishanan K, Sridharan R, Askhok PP, et al. Pseudotumor cerebri: incidence and pattern in north-eastern Libya. Acta Neurologica 1986;25:117–124.
361. Kesler A, Gadoth N. Epidemiology of idiopathic intracranial hypertension in Israel. J Neuroophthalmol 2001;21:12–14.
362. Johnston IH, Paterson A. Benign intracranial hypertension. I. Diagnosis and prognosis. Brain 1974;97:289–300.
363. Winner P, Bello L. Idiopathic intracranial hypertension in a young child without visual symptoms or signs. Headache 1996;36:574–576.
364. Johnston I, Paterson S. Benign intracranial hypertension. II. Cerebrospinal fluid pressure and circulation. Brain 1974;97:301–312.
365. Wall M, Giuseffi V, Rojas PB. Symptoms and disease associations in pseudotumor cerebri: A case-control study. Neurology 1989;39:210.
366. Giuseffi V, Wall M, Spiegel PZ, et al. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): A case-control study. Neurology 1991;41:239–244.
367. Wall M, George D. Idiopathic intracranial hypertension: A prospective study of 50 patients. Brain 1991;114:155–180.
368. Akova YA, Kansu T, Yazar Z, et al. Macular subretinal neovascular membrane associated with pseudotumor cerebri. J Neuroophthalmol 1994;14:193–195.
369. Rowe FJ. Ocular motility disturbances in benign intracranial hypertension. Br Orthop J 1996;53:22–24.
370. Felton WL, Sismanis A. Otologic aspects of idiopathic intracranial hypertension in patients with and without papilledema. Neuroophthalmology 1996;16(Suppl): 279.
371. Corbett JJ. Problems in the diagnosis and treatment of pseudotumor cerebri. Can J Neurol Sci 1983;10:221–229.
372. Kiwak LJ, Levine SE. Benign intracranial hypertension and facial diplegia. Arch Neurol 1984;41:787–788.
373. Davie C, Kennedy P, Katifi HA. Seventh nerve palsy as a false localising sign. J Neurol Neurosurg Psychiatry 1992;55:510–511.
374. Selky AK, Dobyns WB, Yee RD. Idiopathic intracranial hypertension and facial diplegia. Neurology 1994;44:357.
375. Capobianco DJ, Brazis PW, Cheshire WP. Idiopathic intracranial hypertension and seventh nerve palsy. Headache 1997;37:286–288.
376. Chutorian AM, Gold AP, Braun CW. Benign intracranial hypertension and Bell's palsy. N Engl J Med 1977;296:1214–1215.
377. Selky AK, Purvin VA. Hemifacial spasm: An ususual manifestation of idiopathic intracranial hypertension. J Neuroophthalmol 1994;14:196–198.
378. Benegas NM, Volpe NJ, Liu GT, et al. Hemifacial spasm and idiopathic intracranial hypertension. J Neuroophthalmol 1996;16:70.
379. Davenport RJ, Will RG, Galloway PJ. Isolated intracranial hypertension presenting with trigeminal neuropathy. J Neurol Neurosurg Psychiatry 1994;57: 381–386.
380. Dorman PJ, Campbell MJ. Hearing loss as a false localising sign in raised intracranial pressure. J Neurol Neurosurg Psychiatry 1995;58:516.
381. Jöbges EM, Johannes S, Schubert M, et al. Mononeuropathia multiplex and idiopathic intracranial hypertension. Clin Neurol Neurosurg 1996;98:37–39.
382. Bortoluzzi M, Di Lauro L, Marini G. Benign intracranial hypertension with spinal and radicular pain. J Neurosurg 1982;57:833–836.
383. Round R, Keane JR. The minor symptoms of increased intracranial pressure: 101 patients with benign intracranial hypertension. Neurology 1988;38:1461–1464.
384. Zachariah SB, Jiminez L, Zachariah B, et al. Pseudotumor cerebri with focal neurological deficit. J Neurol Neurosurg Psychiatry 1990;53:360–361.
385. Kleinschmidt JJ, Digre KB, Hanover R. Idiopathic intracranial hypertension: Relationship to depression, anxiety, and quality of life. Neurology 2000;54: 319–324.
386. Soelberg Sørensen P, Thomsen AM, Gjerris F. Persistent disturbances of cognitive functions in patients with pseudotumor cerebri. Acta Neurol Scand 1986; 73:264–268.
387. Kaplan CP, Miner ME, McGregor JM. Pseudotumor cerebri: Risk for cognitive impairment? Brain Injury 1997;11:293–303.
388. Boddie HG, Banna M, Bradley WG. "Benign" intracranial hypertension. Brain 1974;97:313–326.
389. Wang S-J, Silberstein SD, Patterson S, Young WB. Idiopathic intracranial hypertension without papilledema: A case-control study in a headache center. Neurology 1998;51:245–249.
390. Huff AL, Hupp SL, Rothrock JF. Chronic daily headache with migrainous features due to papilledema-negative idiopathic intracranial hypertension. Cephalalgia 1996;16:451–452.
391. Spence JD, Amacher AL, Willis NR. Benign intracranial hypertension without papilledema: Role of 24-hour cerebrospinal fluid pressure monitoring in diagnosis and management. Neurosurgery 1980;34:1509–1511.
392. Sergott RC, Savino PJ, Bosley TM. Modified optic nerve sheath decompression provides long-term visual improvement for pseudotumor cerebri. Arch Ophthalmol 1988;106:1384–1390.
393. Mansour AM, Zatorski J. Analysis of variables for papilledema in pseudotumor cerebri. Ann Ophthalmol 1994;26:172–174.
394. Torun N, Sharpe JA. Pseudotumor cerebri mimicking Foster Kennedy syndrome. Neuroophthalmology 1996;16:55–57.
395. Ecker A. Irregular fluctuation of elevated cerebrospinal fluid pressure. Arch Neurol Psychiatry 1955;74:641–649.
396. Khandhar S, Friedman DI. Cerebrospinal fluid measurements in patients experiencing severe, benign headaches. Headache 2003;43:553–554.
397. Chandra V, Bellue SN, Anderson RJ. Low CSF protein concentration in idiopathic pseudotumor cerebri. Ann Neurol 1986;14:1127–1130.
398. Johnston PK, Corbett JJ, Maxner CE. Cerebrospinal fluid protein and opening pressure in idiopathic intracranial hypertension (pseudotumor cerebri). Neurology 1991;41:1040–1042.
399. Jacobson DM, Karanjia PN, Olson KA, et al. Computed tomography ventricular size has no predictive value in diagnosing pseudotumor cerebri. Neurology 1990; 40:1454–1455.
400. Silbergleit R, Junck L, Gebarski SS, Hatfield MK. Idiopathic intracranial hypertension (pseudotumor cerebri): MR imaging. Neuroradiology 1989;170:207–209.
401. Foley KM, Posner JB. Does pseudotumor cerebri cause the empty sella syndrome? Neurology 1975;25:565–569.

402. De Vries-Knoppert WAEJ. Primary empty sella syndrome and benign intracranial hypertension. Doc Ophthalmol 1986;61:319–325.
403. Weisberg LA, Housepain EM, Saur DP. Empty sella syndrome as complication of benign intracranial hypertension. J Neurosurg 1975;43:177–180.
404. Gass A, Barker GJ, Riordan-Eva P, et al. MRI of the optic nerve in benign intracranial hypertension. Neuroradiology 1996;38:769–773.
405. Jinkins JR, Zthale S, Xiong A, et al. MR of the optic papilla protrusion in patients with high intracranial pressure. AJNR 1996;17:665–668.
406. Manfré L, Lagalla R, Mangiameli A, et al. Idiopathic intracranial hypertension: Orbital MRI. Neuroradiology 1995;37:459–461.
407. Shuper A, Snir M, Barash D, et al. Ultrasonography of the optic nerves: clinical application in children with pseudotumor cerebri. J Pediatrics 1997;131: 734–740.
408. Digre KB, Corbett JJ. Pseudotumor cerebri in men. Arch Neurol 1988;45: 866–872.
409. Digre KB, Corbett JJ. Idiopathic intracranial hypertension (pseudotumor cerebri): A reappraisal. Neurologist 2001;7:2–67.
410. Friedman DI. Papilledema and pseudotumor cerebri. Neurol Clin 2001;14: 129–147.
411. Byers RK, Haas GM. Thrombosis of the dural venous sinuses in infancy and in childhood. Am J Dis Child 1933;45:1161–1183.
412. Greer M. Benign intracranial hypertension. I. Mastoiditis and lateral sinus obstruction. Neurology 1962;12:472–476.
413. Greer M. Benign intracranial hypertension in children. Pediatr Clin North Am 1967;14:819–830.
414. Purvin VA, Trobe JD, Kosmorsky G. Neuro-ophthalmic features of cerebral venous obstruction. Arch Neurol 1995;52:880–885.
415. Biousse V, Ameri A, Bousser M-G. Isolated intracranial hypertension as the only sign of cerebral venous thrombosis. Neurology 1999;53:1537–1542.
416. Lam BL, Schatz NJ, Glaser JS, Bowen BC. Pseudotumor cerebri from cranial venous obstruction. Ophthalmology 1992;99:706–712.
417. Horton JC, Seiff SR, Pitts LH, et al. Decompression of the optic nerve sheath for vision-threatening papilledema caused by dural sinus occlusion. Neurosurgery 1992;31:203–212.
418. Wen DY, Hardten DR, Wirtschafter JD, et al. Elevated intracranial pressure from cerebral venous obstruction by Masson's vegetant intravascular hemangioendothelioma. J Neurosurg 1991;75:787–790.
419. Truong DD, Holgate RC, Hsu CY, et al. Occlusion of the transverse sinus by meningioma simulating pseudotumor cerebri. Neuroophthalmology 1987;7: 113–117.
420. Lenz RP, McDonald GA. Otitic hydrocephalus. Laryngoscope 1984;94: 1451–1454.
421. Dill JL, Crowe SJ. Thrombosis of the sygmoid or lateral sinus: Report of thirty cases. Arch Surg 1934;29:705–722.
422. Castillok IG, Foroozan R, Sergott RC. A sticky situation. Surv Ophthalmol 2002; 47:491–499.
423. Bergui M, Bradac GB. Clinical picture of patients with cerebral venous thrombosis and patterns of dural sinus involvement. Cerebrovasc Dis 2003;16:211–216.
424. Weib M, Junge-Hulsung J, Mehraein S, Ziemer S, Einhaupl KM. Hereditary thrombophilia with ischemic stroke and sinus thrombosis: Diagnosis, therapy and meta-analysis. Nervenarzt 2000;71:936–945.
425. Reuner KH, Ruf A, Grau A, et al. Prothrombin gene G20210 to A transition is a risk factor for cerebral venous thrombosis. Stroke 1998;29:1765–1769.
426. van Krimpen J, Leebeek FW, Dippel DW, Gomez Garcia E. Prothrombin gene variant (G20210A) in a patient with cerebral venous sinus thrombosis. Clin Neurol Neurosurg 1999;101:53–55.
427. Provenzale JM, Barboriak DP, Ortel TL. Dural sinus thrombosis associated with activated protein C resistance: MR imaging findings and proband identification. AJR 1998;170:499–502.
428. Alper C, Berrak SG, Ekinci G, Canpolat C, Erzen C. Sagittal sinus thrombosis associated with thrombocytopenia: a report of two patients. Pediatr Neurol 1999; 21:573–575.
429. Ishihara K, Arai D, Ichikawa H, Kawamura M. A case of cerebral deep venous and venous sinus thromboses with anti-cardiolipin antibody. No To Shinkei 2003;55:71–76.
430. Furuta M, Satoh S, Toriumi T, et al. An autopsy case of cerebral sinus thrombosis which showed papilledema and was accompanied by idiopathic thrombocytopenic purpura. Acta Soc Ophthalmol Jpn 1991;95:199–203.
431. Gettelfinger DM, Kokmen E. Superior sagittal sinus thrombosis. Arch Neurol 1977;34:2–6.
432. Sigsbee B, Deck M, Posner J. Nonmetastatic superior sagittal sinus thrombosis complicating systemic cancer. Neurology 1979;29:139–146.
433. Digre KB, Varner MV, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology 1984;34:721–729.
434. Mitchell D, Fisher J, Irving D, et al. Lateral sinus thrombosis and intracranial hypertension in essential thrombocythaemia. J Neurol Neurosurg Psychiatry 1986;49:218–219.
435. Shiozawa S, Yoshida M, Kobayashi K, et al. Superior sagittal sinus thrombosis and systemic lupus erythematosis. Ann Neurol 1986;20:272.
436. Esack A, Thompson G, Burmester H. Benign intracranial hypertension and essential thrombocythaemia. J Neurol Neurosurg Psychiatry 1989;52:914–922.
437. Mokri B, Jack CR Jr, Petty GW. Pseudotumor syndrome associated with cerebral venous sinus occlusion and antiphospholipid antibodies. Stroke 1993;24: 469–472.
438. Confavreux C, Brunet P, Petiot P, et al. Congenital protein C deficiency and superior sagittal sinus thrombosis causing isolated intracranial hypertension. J Neurol Neurosurg Psychiatry 1994;57:655–657.
439. Mones RJ. Increased intracranial pressure due to metastatic disease of venous sinuses. Neurology 1965;15:1000–1007.
440. Lam BL, Schatz NJ, Glaser JS, et al. Pseudotumor cerebri from cranial venous obstruction. Ophthalmology 1992;99:706–712.
441. Blervacque A, Béal F, Malbrel P. Papilledema after an operation at the level of the neck. Bull Soc Ophthalmol Fr 1965;65:135–136.
442. Fitz-Hugh GS, Robins RB, Craddock WD. Increased intracranial pressure complicating unilateral neck dissection. Laryngoscope 1966;76:893–906.
443. Tobin HA. Increased cerebrospinal fluid pressure following unilateral radical neck dissection. Laryngoscope 1971;82:817–820.
444. De Vries WAEJ, Balm AJM, Tiwari RM. Intracranial hypertension following neck dissection. J Laryngol Otol 1986;100:1427–1431.
445. Davidoff LM. Pseudotumor cerebri: Benign intracranial hypertension. Neurology 1956;6:605–615.
446. Patterson R, DePasquale N, Mann S. Pseudotumor cerebri. Medicine 1961;40: 85–99.
447. Greer M. Benign intracranial hypertension. VI. Obesity. Neurology 1965;15: 382–388.
448. Wilson DH, Gardner WJ. Benign intracranial hypertension with particular reference to its occurrence in fat young women. Can Med Assoc J 1966;95:102–105.
449. Ireland B, Corbett JJ. The search for causes of idiopathic intracranial hypertension. Arch Neurol 1990;47:315–320.
450. Greer M. Benign intracranial hypertension. V. Menstrual dysfunction. Neurology 1964;14:668–673.
451. Balcer LJ, Liu GT, Forman S, et al. Idiopathic intracranial hypertension: Relation of age and obesity in children. Neurology 1999;52:870–872.
452. Gordon K. Pediatric pseudotumor cerebri: Descriptive epidemiology. Can J Neurol Sci 1997;24:219–221.
453. Greer M. Benign intracranial hypertension. IV. Menarche. Neurology 1964;14: 569–573.
454. Tessler Z, Biender N, Yassur Y. Papilloedema: Benign intracranial hypertension in menarche. Arch Ophthalmol 1985;17:76–77.
455. Chen KFC, Kurtzman N, Frenkel M. Plasma renin activity and aldosterone determination in patients with pseudotumor cerebri. Ann Ophthalmol 1979;11: 563–565.
456. Friedman DI, Streeten DHP. Idiopathic intracranial hypertension and orthostatic edema may share a common pathogenesis. Neurology 1998;50:1099–1104.
457. McCullagh EP. Menstrual edema with intracranial hypertension (pseudotumor cerebri): Report of a case. Cleve Clin Q 1941;8:202–212.
458. Greer M. Benign intracranial hypertension. III. Pregnancy. Neurology 1963;13: 670–672.
459. Nickerson CW, Kirk RF. Recurrent pseudotumor cerebri in pregnancy: Report of 2 cases. Obstet Gynecol 1965;26:811–813.
460. Meythaler H, Meythaler-Radeck B. Zur frage des pseudotumors cerebri. Klin Mbl Augenheilk 1973;163:200–204.
461. Koontz WL, Hebert WNP, Cefalo RC. Pseudotumor cerebri in pregnancy. Obstet Gynecol 1983;62:324–327.
462. Kassam SH, Hadi HA, Fadel HE, et al. Benign intracranial hypertension in pregnancy: Current diagnostic and therapeutic approach. Obstet Gynecol Surv 1983;38:314–321.
463. Levy HA. Unusual clinical manifestations of chronic hypoparathyroidism. Med Clin North Am 1947;31:243–253.
464. Mortell EJ. Idiopathic hypoparathyroidism with mental deterioration: Effect of treatment on intellectual function. J Clin Endocrinol 1946;6:266–274.
465. Grant DK. Papilledema and fits in hypoparathyroidism. Q J Med 1953;22: 243–259.
466. Palmer RF, Searles HH, Boldrey EB. Papilledema and hypoparathyroidism simulating brain tumor. J Neurosurg 1959;16:378–384.
467. Sambrook MA, Hill LF. Cerebrospinal fluid absorption in primary hypoparathyroidism. J Neurol Neurosurg Psychiatry 1977;40:1015–1017.
468. Baker BF, Blaustein MP, Hodgkin AL, et al. The influence of calcium on sodium efflux in squid axon. J Physiol 1969;200:431–458.
469. O'Doherty NJ. Acute benign intracranial hypertension in an infant receiving tetracycline. Dev Med Child Neurol 1965;7:677–680.
470. Olson CA, Riley HD Jr. Complications of tetracycline therapy. J Pediatr 1966; 68:783–791.
471. Giles CL, Soble AR. Intracranial hypertension and tetracycline therapy. Am J Ophthalmol 1971;72:981–982.
472. Maroon JC, Mealy J Jr. Benign intracranial hypertension. Sequel to tetracycline therapy in a child. JAMA 1971;216:1479–1480.
473. Stuart BH, Litt IF. Tetracycline-induced intracranial hypertension in an adolescent: A complication of systemic acne therapy. J Pediatrics 1978;92:679–680.

474. Ohlrich GD, Ohlrich JG. Papilloedema in an adolescent due to tetracycline. Med J Australia 1977;1:334–335.
475. Köch-Weser J, Gilmore EB. Benign intracranial hypertension in an adult after tetracycline therapy. JAMA 1967;200:169–171.
476. Gardner K, Cox T, Digre K. Idiopathic intracranial hypertension associated with tetracycline use in fraternal twins: Case report and review. Neurology 1995;45: 6–10.
477. Xenard L, George J-L, Maalouf T, et al. Les effets indésirables ptentiels des tétracyclines: A propos de deux observations. Bull Soc Ophtalmol Fr 1996;96: 154–157.
478. Le Bris P, Glacet-Bernard A, Coscas G, et al. Oedème papillaire dû à la minocycline. J Fr Ophtalmol 1988;11:681–684.
479. Lander CM. Minocycline-induced benign intracranial hypertension. Clin Exp Neurol 1989;26:161–167.
480. Donnet A, Dufour H, Graziani N, Grisoli F. Minocycline and benign intracranial hypertension. Biomed Pharmacother 1992;46:171–172.
481. Chiu AM, Chuenkongkaew WL, Cornblath WT, et al. Minocycline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol 1998;126:116–121.
482. Beran RG. Pseudotumor cerebri associated with minocycline therapy for acne. Med J Australia 1980;1:323–324.
483. Granholm L. Papilloedema in treatment with doxycycline. Lakartidningen 1976; 73:3447.
484. Friedman DI, Gordon LK, Egan RA, et al. Doxycycline and intracranial hypterension. Neurology 2004;62:2297–2299.
485. Lochhead J, Elston JS. Doxycycline induced intracranial hypertension. Br Med J 2003;326:641–642.
486. Boreus LO, Sundstrom B. Intracranial hypertension in a child during treatment with nalidixic acid. Br Med J 1967;2:744–745.
487. Cohen DN. Intracranial hypertension and papilledema associated with nalidixic acid therapy. Am J Ophthalmol 1973;76:680–682.
488. Mukherjee A, Dutta B, Lahiri M, et al. Benign intracranial hypertension after nalidixic acid overdose in infants. Lancet 1990;335:1602.
489. Dees SC, McKay HW Jr. Occurrence of pseudotumor cerebri during treatment of children with asthma by adrenal steroids. Pediatrics 1959;23:1143–1151.
490. Walker AE, Adamkiewitz JJ. Pseudotumor cerebri associated with prolonged corticosteroid therapy. JAMA 1964;188:779–784.
491. Cohn GA. Pseudotumor cerebri in children secondary to administration of adrenal steroids. J Neurosurg 1963;20:784–786.
492. Greer M. Benign intracranial hypertension. II. Following corticosteroid therapy. Neurology 1963;13:439–441.
493. Neville BGR, Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. Br Med J 1970;3:554–556.
494. Liu GT, Kay MD, Bienfang DC, Schatz NJ. Pseudotumor cerebri associated with corticosteroid withdrawal in inflammatory bowel disease. Am J Ophthalmol 1994;117:352–357.
495. Fukuda S, Kogure M, Ohsawa M. A case of pseudotumor cerebri after renal transplantation. Folia Ophthalmol Jpn 1990;41:1850–1857.
496. Wigglesworth R. Pituitary-adrenal function after topical steroids. Lancet 1967; 2:1209.
497. Arbenz JP, Wormser P. Pseudotumor cerebri by sex hormones. Schweiz Med Wochenschr 1965;95:1954–1956.
498. Cogan DG. Oral contraceptives having neuro-ophthalmic complications. Arch Ophthalmol 1965;73:461–462.
499. Walsh FB. Oral contraceptives and neuro-ophthalmologic interest. Arch Ophthalmol 1965;74:628–640.
500. Longueville E, Dautheribes M, Williamson W, et al. L'hypertension intra-cranienne dite aigue bégnigne iatrogène: A propos d'un cas. Bull Soc Ophtalmol Fr 1990;90:1009–1012.
501. Marie J, See G. Acute hypervitaminosis A of the infant. Its clinical manifestation with benign acute hydrocephaly and pronounced bulge of the fontanel: A clinical and biologic study. Am J Dis Child 1954;73:731–736.
502. Persson B, Tunell R, Ekengren K. Chronic vitamin A intoxication during the first half year of life: Description of 5 cases. Acta Paediatr Scand 1965;54: 49–60.
503. Manhoney CP, Margolis T, Knauss TA, et al. Chronic vitamin A intoxication in infants fed chicken liver. Pediatrics 1980;65:893–896.
504. Gerber A, Raab AR. Vitamin A poisoning in adults. With a description of a case. Am J Med 1954;16:729–745.
505. Spector RH, Carlisle J. Pseudotumor cerebri caused by a synthetic vitamin A preparation. Neurology 1984;34:1509–1511.
506. Marcus DF, Turgeon P, Aaberg TM, et al. Optic disk findings in hypervitaminosis A. Ann Ophthalmol 1985;17:397–402.
507. Selhorst JB, Waybright EA, Jennings S, Corbett JJ. Liver lover's headache; pseudotumor cerebri and vitamin A intoxication. JAMA 1984;252:3364.
508. Morrice G Jr, Havener WH, Kapetansky F. Vitamin A intoxication as a cause of pseudotumor cerebri. JAMA 1960;173:1802–1805.
509. Fraunfelder FW, Fraunfelder FT, Corbett JJ. Isotretinoin usage and intracranial hypertension. Ophthalmology 2004;111:1275–1279.
510. Fraunfelder FW, Fraunfelder FT, Edwards R. Ocular side effects possibly associated with isotretinoin usage. Am J Ophthalmol 2001;132:299–305.
511. Sano F, Tsuji K, Kunika N, et al. Pseudotumor cerebri in a patient with acute promyelocytic leukemia during treatment with all-trans retinoic acid. Int Med 1998;37:546–549.
512. Tiamkao S, Sirijirachai C. Pseudotumor cerebri caused by all-trans-retinoic acid. J Med Asso Thailand 2000;83:1420–1423.
513. Decaudin D, Adams D, Naccache P, Castagna L, Munck JN. Maintained all-trans retinoic acid therapy with pseudotumor cerebri despite aggrevated symptoms. Leuk Lymphoma 1997;27(3–4):373–374.
514. Visani G, Manfroi S, Tosi P, et al. All-trans-retinoic acid and pseudotumor cerebri. Leuk Lymphoma 1996;23:437–442.
515. Kasarskis EJ, Bass NH. Benign intracranial hypertension induced by deficiency of vitamin A during infancy. Neurology 1982;32:1292–1295.
516. Blethen SL. Complications of growth hormone therapy in children. Curr Opin Pediatr 1995;7:466–471.
517. Grancois I, Castells I, Silberstein J, Casaer P, deZegher F. Empty sella, growth hormone deficiency and pseudotumour cerebri: Effect of initiation, withdrawal and resumption of growth hormone therapy. Eur J Pediatr 1997;156:69–70.
518. Malozowski S, Tanner LA, Wysowski DK, Fleming GA, Stadel BV. Benign intracranial hypertension in children with growth hormone deficiency treated with growth hormone. J Pediatr 1995;126:996–999.
519. Rogers AH, Rogers GL, Bremer DL, McGregor ML. Pseudotumor cerebri in children receiving recombinant human growth hormone. Ophthalmology 1999; 106:1186–1190.
520. Price DA, Clayton PE, Lloyd IC. Benign intracranial hypertension induced by growth hormone treatment. Lancet 1995;345(458–459).
521. Wysowski DK, Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch spontaneous reporting system. Obstet Gynecol 1995;85:538–542.
522. Alder J, Fraunfelder F, Edwards R, et al. Levonorgestrel implants and intracranial hypertension. N Engl J Med 1995;332:1720–1721.
523. Sunku AJ, O'Duffy AE, Swanson JW. Benign intracranial hypertension associated with levonorgestrel implants. Ann Neurol 1993;34:299.
524. Bourruat F-X, Regli F. Pseudotumor cerebri as a complication of amiodarone therapy. Am J Ophthalmol 1993;116:776–777.
525. Fikkers BG, Bogousslavsky J, Regli F, et al. Pseudotumor cerebri with amiodarone. J Neurol Neurosurg Psychiatry 1986;49:606.
526. Van Zandijcke M, Dewachter A. Pseudotumor cerebri and amiodarone. J Neurol Neurosurg Psychiatry 1986;49:1463–1464.
527. Grogan WA, Narkun DM. Pseudotumor cerebri with amiodarone. J Neurol Neurosurg Psychiatry 1987;50:651.
528. Hamed LM, Glaser JS, Schatz NJ, et al. Pseudotumor cerebri induced by danazol. Am J Ophthalmol 1989;107:105–110.
529. Shah A, Roberts R, McQueen IN, et al. Danazol and benign intracranial hypertension. Br Med J 1989;294:1323.
530. Fanous M, Hamed LM, Margo CE. Pseudotumor cerebri associated with danazol withdrawal. JAMA 1991;266:1218–1219.
531. Arber N, Fadila R, Pinkhas J, et al. Pseudotumor cerebri associated with leuprorelin acetate. Lancet 1990;335:668.
532. Fraunfelder FT, Edwards R. Possible ocular adverse effects associated with leuprolide injections. JAMA 1995;273:773–774.
533. Saul RF, Hamburger HA, Selhorst JB. Pseudotumor cerebri secondary to lithium carbonate. JAMA 1985;253:2869–2870.
534. Lobo A, Pilek E, Stokes PE. Papilledema following therapeutic dosages of lithium carbonate. J Nerv Ment Dis 1978;166:526–529.
535. Atkin SL, Masson EA, Blumhardt LD, et al. Benign intracranial hypertension associated with the withdrawal of a non-ergot dopamine agonist. J Neurol Neurosurg Psychiatry 1994;57:371–372.
536. March LF, Morgan DAL, Jefferson D. Benign intracranial hypertension during chemotherapy for testicular teratoma. Br J Radiol 1988;61:692.
537. Haller JS, Meyer DR, Cromie W, et al. Pseudotumor cerebri following beta-human chorionic gonadotropin hormone treatment for undescended testicles. Neurology 1993;43:448–449.
538. Lee AG. Pseudotumor cerebri after treatment with tetracycline and isotretinoin for acne. Cutis 1995;55:165–168.
539. Sandborn GE, Selhorst JB, Calabrese VP, et al. Pseudotumor cerebri and insecticide intoxication. Neurology 1979;29:1222–1227.
540. Desaiah D, Mehendale H, Ho I. Kepone inhibition of mouse brain synaptosomal ATPase activities. Toxicol Appl Pharmacol 1978;45:268–269.
541. DeJong AR, Callahan CA, Weiss JL. Pseudotumor cerebri and nutritional rickets. Eur J Pediatr 1985;143:219–220.
542. Hochman HI, Majlszenkier JD. Cataracts and pseudotumor cerebri in an infant with vitamin D-deficient rickets. J Pediatr 1977;90:252–254.
543. Biousse V, Rucker JC, Vignal C, et al. Anemia and papilledema. Am J Ophthalmol 2003;135:437–446.
544. Taylor JP, Galetta SL, Asbury AK, Volpe NJ. Hemolytic anemia presenting as idiopathic intracranial hypertension. Neurology 2002;59:960–961.
545. van Gelder T, van Gemert HMA, Tjiong HL. A patient with megaloblastic anaemia and idiopathic intracranial hypertension: Case history. Clin Neurol Neurosurg 1991;93:321–322.
546. Nazir SA, Siatkowski RM. Pseudotumor cerebri in idiopathic aplastic anemia. JAAPOS 2003;7:71–74.

547. Ridolfi R, Bell WR. Thrombotic thrombocytopenic purpura: Report of 25 cases and a review of the literature. Medicine 1981;60:413–428.
548. Watkins CH, Wagener HP, Brown RW. Cerebral symptoms accompanied by choked optic discs in types of blood dyscrasia. Am J Ophthalmol 1941;24: 1374–1383.
549. Nover A. Papilledema in blood and vascular disease. Fortschr Neurol Psychiatr 1963;31:267–274.
550. Imari AJ. Papilledema in cor pulmonale. Dis Chest 1962;41:671–675.
551. Stephens PM, Austen F, Knowles JH. Prognostic significance of papilledema in course of respiratory insufficiency. JAMA 1963;183:161–164.
552. Freedman BJ. Papilloedema, optic atrophy, and blindness due to emphysema and chronic bronchitis. Br J Ophthalmol 1963;47:290–294.
553. Westlake EK, Kaye M. Raised intracranial pressure in emphysema. Br Med J 1954;1:302–304.
554. Miller A, Bader RA, Bader ME. The neurologic syndrome due to marked hypercapnia with papilledema. Am J Med 1962;33:309–318.
555. Cameron AJ. Marked papilledema in pulmonary emphysema. Br J Ophthalmol 1933;17:167–169.
556. Buschbaum HW, Martin WA, Turino GM, et al. Chronic alveolar hypoventilation due to muscular dystrophy. Neurology 1968;18:319–327.
557. O'Halloran HS, Berger JR, Baker RS, Lee WB, Pearson PA, Ryan S. Optic nerve edema as a consequence of respiratory disease. Neurology 1999;53:2204–2205.
558. Manfredi F, Merwarth CR, Buckley CE III, et al. Papilledema in chronic respiratory acidosis. Am J Med 1961;30:175–180.
559. Dickens C. The Pickwick Papers. New York, EP Dutton, 1937.
560. Wolin MJ, Brannon SL, Kay MD, et al. Disk edema in an overweight woman. Surv Ophthalmol 1995;39:307–314.
561. Kirkpatrick PJ, Meyer T, Sarkies N, et al. Papilloedema and visual failure in a patient with nocturnal hypoventilation. J Neurol Neurosurg Psychiatry 1994;57: 1546–1547.
562. Sharp JT, Barrocas M, Chokroverty S. The cardio-respiratory effects of obesity. Clin Chest Med 1980;1:103–118.
563. Purvin VA, Kawasaki A, Yee RD. Papilledema and obstructive sleep apnea. Arch Ophthalmol 2000;118:1626–1630.
564. Meyer JS, Gotham J, Tazaki Y, et al. Cardiorespiratory syndrome of extreme obesity with papilledema. Neurology 1961;11:950–958.
565. Bucci FA, Krohel GB. Optic nerve swelling secondary to the obstructive sleep apnea syndrome. Am J Ophthalmol 1988;105:428–430.
566. Spalter HF, Bruce GM. Ocular changes in pulmonary insufficiency. Trans Am Acad Ophthalmol 1964;68:661–676.
567. Kilburn KH. Neurologic manifestations of respiratory failure. Arch Intern Med 1965;116:409–415.
568. Strollo PJ5 Jr, Rogers RM. Obstructive sleep apnea. N Engl J Med 1996;334: 99–104.
569. Wall M, Breen L, Winterkorn J. Optic disk edema with cotton-wool spots. Surv Ophthalmol 1995;39:502–508.
570. Hayreh SS. Classification of hypertensive fundus changes and their order of appearance. Ophthalmologica 1989;198:247–269.
571. Hayreh SS, Servais GE, Virdi PS. Fundus lesions in malignant hypertension. Ophthalmology 1986;93:74–87.
572. Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri. Follow-up of 57 patients from 5 to 41 years and a profile of 14 patients with permanent severe visual loss. Arch Neurol 1982;39:461–474.
573. Silverberg DH, Laties AM. Increased intracranial pressure in disseminated lupus erythematosis. Arch Neurol 1973;29:88–90.
574. Carlow TJ, Glaser JS. Pseudotumor cerebri syndrome in systemic lupus erythematosus. JAMA 1974;228:197–200.
575. Kaplan RE, Springate JE, Feld LG, et al. Pseudotumor cerebri associated with cerebral venous sinus thrombosis, internal jugular vein thrombosis, and systemic lupus erythematosus. J Pediatr 1985;107:266–268.
576. Li EK, Ho PCP. Pseudotumor cerebri in systemic lupus erythematosis. J Rheumatol 1989;16:113–116.
577. Leavitt RY, Fauci AS. Polyangiitis overlap syndrome: Classification and prospective clinical experience. Am J Med 1986;81:79–85.
578. Frohman LP, Joshi VV, Wagner RS, et al. Pseudotumor cerebri as a cardinal sign of the polyangiitis overlap syndrome. Neuroophthalmology 1991;11:337–345.
579. Guy J, Johnston PK, Corbett JJ, et al. Treatment of visual loss in pseudotumor cerebri associated with dementia. Neurology 1990;40:28–32.
580. Bynke G, Bynke H, Ljunggren B. Familial idiopathic intracranial hypertension and variegate porphyria: Is there any connection? Neuroophthalmology 1994; 14:153–165.
581. Smith JL. Pseudotumor cerebri. Tran Am Acad Ophthalmol 1958;62:432–439.
582. Lavenstein B, Frey T. Benign intracranial hypertension: Atypical features and new risks. Ann Neurol 1987;22:453–454.
583. Donaldson JO. Pathogenesis of pseudotumor cerebri syndromes. Neurology 1981;31:877–880.
584. Fishman RA. The pathophysiology of pseudotumor cerebri: An unsolved puzzle. Arch Neurol 1984;41:257–258.
585. Donaldson JO, Binstock ML. Pseudotumor cerebri in an obese woman with Turner syndrome. Neurology 1981;31:758–760.
586. Donaldson JO, Horak E. Cerebrospinal fluid oestrone in pseudotumor cerebri. J Neurol Neurosurg Psychiatry 1982;45:734–736.
587. Solberg Sørensen P, Gjerris F, Svenstrup B. Endocrine studies in patients with pseudotumor cerebri: Estrogen levels in blood and cerebrospinal fluid. Arch Neurol 1986;43:902–906.
588. Bercaw GL, Greer M. Transport of intrathecal I-131 RISA in benign inracranial hypertension. Neurology 1970;20:787–790.
589. Johnston IH, Sheridan MM. CSF shunting from the cisterna magna: a report of 16 cases. Br J Neurosurgery 1993;7:39–44.
590. Raichle ME, Grubb RL Jr, Phelps ME, et al. Cerebral hemodynamics and metabolism in pseudotumor cerebri. Ann Neurol 1978;4:104–111.
591. Mann JD, Butler AB, Rosenthal JE, Maffeo CJ, Johnson RN, Bass NH. Regulation of intracranial pressure in rat, dog, and man. Ann Neurol 1978;3:156–165.
592. Löfgren J, Swetnow NN. Cranial and spinal components of the cerebrospinal fluid pressure-volume curve. Acta Neurol Scand 1973;49:599–612.
593. Jones HC, Lopman BA. The relation between CSF pressure and ventricular dilatation in hydrocephalic HTx rats. Eur J Pediatr Surg 1998;8(Suppl. 1):55–58.
594. Gjerris F, Soelberg Sørensen P, Vorstrup S, et al. Intracranial pressure, conductance to cerebrospinal fluid outflow, and cerebral blood flow in patients with benign intracranial hypertension (pseudotumor cerebri). Ann Neurol 1985;17: 158–162.
595. Moser FG, Hilal SK, Abrams G, Bello JA, Schipper H, Silver AJ. MR imaging of pseudotumor cerebri. Am J Radiol 1988;150:903–909.
596. Sørensen PS, Thomsen C, Gjerris F, et al. Increased brain water content in pseudotumor cerebri measured by magnetic imaging of the brain water self diffusion. Neurol Res 1989;11:160–164.
597. Connolly MB, Farrell K, Hill A, Flodmark O. Magnetic resonance imaging in pseudotumor cerebri. Dev Med Child Neurol 1992;34:1091–1094.
598. Wall M, Dollar JD, Sadun AA, et al. Idiopathic intracranial hypertension. Lack of histological evidence for cerebral edema. Arch Neurol 1995;52:141–145.
599. Karahalios DG, Rekate HL, Khayata MH, Apostolides PJ. Elevated intracranial venous pressure as a universal mechanism in pseudotumor cerebri of varying etiologies. Neurology 1996;46:198–202.
600. King JO, Mitchell PJ, Thomson KR, Tress BM. Manometry combined with cervical puncture in idiopathic intracranial hypertension. Neurology 2002;58: 26–30.
601. King JO, Mitchell PJ, Thomson KR, et al. Cerebral venography and manometry in idiopathic intracranial hypertension. Neurology 1995;45:2224–2228.
602. Higgins JNP, Cousins C, Owler BK, Sarkies N, Pickard JD. Idiopathic intracranial hypertension: 12 cases treated by venous sinus stenting. J Neurol Neurosurg Psychiatry 2003;74:1662–1666.
603. Kesler A, Ellis MG, Reshef T, Gadoth F. Idiopathic intracranial hypertension and anticardiolipin antibodies. J Neurol Neurosurg Psychiatry 2000;68:379–380.
604. Leker RR, Steiner I. Anticardiolipin antibodies are frequently present in patients with idiopathic intracranial hypertension. Arch Neurol 1998;55:817–820.
605. Backhouse OC, Johnson MH, Jamieson DR, et al. Familial thrombophilia and idiopathic intracranial hypertension. Neuroophthalmology 2001;25:135–141.
606. Smith FR, Goodman DS. The effects of diseases of the liver, thyroid and kidneys on transport of vitamin A in human plasma. J Clin Invest 1971;50:2426–2436.
607. Goodman DS. Vitamin A in health and disease. N Engl J Med 1984;310: 1023–1031.
608. Smith FR, Goodman DS. Vitamin A transport in vitamin A toxicity. N Engl J Med 1976;294:435–443.
609. Warner JEA, Bernstein PS, Yemelyanov A, et al. Vitamin A in the cerebrospinal fluid of patients with and without idiopathic intracranial hypertension. Ann Neurol 2002;52:647–650.
610. McDonald PN, Bok D, Ong DE. Localization of cellular retinol-binding protein and retinol-binding protein in cells comprising the blood-brain barrier of rat and human. Proc Natl Acad Sci USA 1990;87:4265–4269.
611. Fishman R. Polar bear liver, vitamin A, aquaporins, and pseudotumor cerebri. Ann Neurol 2002;52:531–533.
612. Jacobson DM, Berg R, Wall M, et al. Serum vitamin A concentration is elevated in idiopathic intracranial hypertension. Neurology 1999;53:1114–1118.
613. Selhorst JB, Kulkanthrakorn K, Corbett JJ, Leira EC, Chung SM. Retinol-binding protein in idiopathic intracranial hypertension (IIH). J Neuroophthalmol 2000;20:250–252.
614. Streeten DHP. In Orthostatic Disorders of the Circulation: Mechanisms, Manifestations and Treatment. New York, Plenum, 1987:18,19,74,101–108, 117–119.
615. Seckl J, Lightman S. Cerebrospinal fluid neurohypophysial peptides in benign intracranial hypertension. J Neurol Neurosurg Psychiatry 1988;51:1538–1541.
616. Sørenson PS, Gjerris F, Hammer M. Cerebrospinal fluid vasopressin and increased intracranial pressure. Neurology 1982;3:1255–1259.
617. Sørenson PS, Hammer M, Gjerris F. Cerebrospinal fluid vasopressin in benign intracranial hypertension. Ann Neurol 1984;15:435–440.
618. Raichle ME, Grubb RL Jr. Regulation of brain water permeability by centrally released vasopressin. Brain Res 1978;143:191–194.
619. Lindvall-Axelsson M, Nilsson C, Owman C, Svensson P. Involvement of 5-HT1c receptors in the production of CSF from the choroid plexus. In Seylaz J,

MacKenzie ET, eds. Neurotransmission and Cerebrovascular Function. I. Amsterdam, Elsevier, 1989:237–240.
620. Frenkel REP. Evaluation of the relative afferent pupillary defect in pseudotumor cerebri in regard to surgical intervention. Arch Ophthalmol 1989;107:634–635.
621. Rohrschneider K, Burk ROW, Völcker HE. Papillenschwellung: Ferlaufsbeobachtung mittels Laser-Scanning-Tomographie. Fortschr Ophthalmol 1990;87:471–474.
622. Sedwick L, Boghen D, Moster ML. How to handle the pressure or too much of a good thing. Surv Ophthalmol 1996;40:307–311.
623. Kupersmith MJ, Gamell L, Turbin R, Spiegel P, Wall M. Effects of weight loss on the course of idiopathic intracranial hypertension in women. Neurology 1998;50:1094–1098.
624. Johnson LN, Krohel GB, Madsen RW, March GA. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). Ophthalmology 1998;105:2313–2317.
625. Newberg B. Pseudotumor cerebri treated by the rice reduction diet. Arch Int Med 1974;133:802–807.
626. Amaral JF, Tsiaris W, Morgan T, et al. Reversal of benign intracranial hypertension by surgically induced weight loss. Arch Surg 1987;122:946–949.
627. Sugarman HJ, Felton WL, Salvant JB, Sismanis A, Kellum JM. Effects of surgically induced weight loss on idiopathic intracranial hypertension in morbid obesity. Neurology 1995;45:1655–1659.
628. Reeves-Hoche MK, Hudgel DW, Meck R, et al. Continuous versus bilevel positive airway pressure for obstructive sleep apnea. Am J Respir Crit Care Med 1995;151:443–449.
629. Tschirgi RD, Frost RW, Taylor JL. Inhibition of cerebrospinal fluid formation by a carbonic anhydrase inhibitor, 2-acetyl-1,3,4-thiadiazole-5-sulfonamide (Diamox). Proc Soc Exp Biol Med 1954;87:373–376.
630. Davson H, Luck CP. The effect of acetazolamide on the chemical composition of the aqueous humor and cerebrospinal fluid of some mammalian species and on the rate of turnover of $^{24}Na$ in these fluids. J Physiol 1957;137:279–283.
631. Tomsak RL, Niffenegger AS, Remler BF. Treatment of pseudotumor cerebri with Diamox (acetazolamide). J Clin Neuroophthalmol 1988;18:93–98.
632. Schoeman JF. Childhood pseudotumor cerebri: Clinical and intracranial pressure response to acetazolamide and furosemide treatment in a case series. J Child Neurol 1994;9:130–134.
633. Maren TH, Robinson B. The pharmacology of acetazolamide as related to cerebrospinal fluid and the treatment of hydrocephalus. Johns Hopkins Hosp Bull 1960;106:1–24.
634. Lichter PR. Reducing side effects of carbonic anhydrase inhibitors. Ophthalmology 1981;88:266–269.
635. Jefferson A, Clark J. Treatment of benign intracranial hypertension by dehydrating agents with particular reference to the measurement of the blindspot area as a means of recording improvement. J Neurol Neurosurg Psychiatry 1976;39:627–639.
636. Liu GT, Glaser JS, Schatz N. High-dose methylprednisolone and acetazolamide for visual loss in pseudotumor cerebri. Am J Ophthalmol 1994;118:88–96.
637. Friedman DI, Eller PE. Topiramate for treatment of idiopathic intracranial hypertension. Headache 2003;43:592.
638. Friedman DI, Rausch EA. Headache diagnoses in patients with treated idiopathic intracranial hypertension. Neurology 2002;58:1551–1553.
639. Kelman SE, Sergott RC, Cioffi GA, et al. Modified optic nerve decompression in patients with functioning lumboperitoneal shunts and progressive visual loss. Ophthalmology 1991;98:1449–1453.
640. Tulipan N, Lavin PJM, Copeland M. Stereotactic ventriculoperitoneal shunt for idiopathic intracranial hypertension: Technical note. Neurosurgery 1998;43:175–176.
641. Howard J, Appen R. Ventriculoperitoneal shunting for pseudotumor cerebri. Invest Ophthalmol Vis Sci 2002;43(E[abstr]):2461.
642. Bynke G, Bynke H, Nordström CH. Treatment of pseudotumor cerebri with ventriculoperitoneal shunting. Neuroophthalmology 1996;16 (Suppl):273.
643. Spetzler RF, Wilson CB, Schulte R. Simplified percutaneous lumboperitoneal shunting. Surg Neurol 1977;7:25–29.
644. McGreal DA. Observations on the management of pseudotumor cerebri. Arch Neurol 1986;43:168.
645. Johnston I, Besser M, Morgan M. Cerebrospinal fluid diversion in the treatment of benign intracranial hypertension. J Neurosurg 1988;69:195–202.
646. Cornblath WT, Miller NR. Pseudotumor cerebri treated with lumbo-peritoneal shunt. Ann Neurol 1989;26:183.
647. Eggenberger ER, Miller NR, Vitale S. Lumboperitoneal shunt for the treatment of pseudotumor cerebri. Neurology 1996;46:1524–1530.
648. Burgett RA, Purvin VA, Kawasaki A. Lumboperitoneal shunting for pseudotumor cerebri. Neurology 1997;49:734–739.
649. Rosenberg ML, Corbett JJ, Smith C, et al. Cerebrospinal diversion procedures for pseudotumor cerebri. Neurology 1993;43:1071–1072.
650. Johnston I, Paterson A, Besser M. The treatment of benign intracranial hypertension: A review of 134 cases. Surg Neurol 1981;16:218–224.
651. Chumas PD, Kulkarni AV, Drake JM, et al. Lumboperitoneal shunting: A retrospective study in the pediatric population. Neurosurgery 1993;32:376–383.
652. Alleyne CH Jr, Shutter LA, Colohan ART. Cranial migration of a lumboperitoneal shunt catheter. So Med J 1996;89:634–636.
653. de Wecker L. On incision of the optic nerve in cases of neuroretinitis. Int Ophthalmol Congr Rep 1872;4.
654. Kafka H. Optikusscheiden trepanation bei stauungspapille. Z Augenheilk 1928;64:103.
655. Carter RB. Operation of opening the sheath of the optic nerve for the relief of pressure. Br Med J 1889;1:399.
656. Davidson SI. A surgical approach to plercephalic disc oedema. Trans Ophthalmol Soc UK 1969;89:669–690.
657. Anderson RL, Flaharty RM. Treatment of pseudotumor cerebri by primary and secondary optic nerve sheath decompression (letter). Am J Ophthalmol 1992;113:599–600.
658. Tse DT, Nerad JA, Andersen JW. Optic nerve sheath fenestration in pseudotumor cerebri: A lateral orbitotomy approach. Arch Ophthalmol 1988;106:1458–1462.
659. Galbraith JEK, Sullivan JH. Decompression of the perioptic meninges for relief of papilledema. Am J Ophthalmol 1973;76:687–692.
660. Burde RM, Karp JS, Miller R. Reversal of visual deficit with optic nerve decompression in long-standing pseudotumor cerebri. Am J Ophthalmol 1974;77:770–772.
661. Bilson FA, Hudson RL. Surgical treatment of chronic papilloedema in children. Br J Ophthalmol 1975;59:92–95.
662. Knoght RSG, Fielder AR, Firth JL. Benign intracranial hypertension: Visual loss and optic nerve sheath fenestration. J Neurol Neurosurg Psychiatry 1986;49:243–250.
663. Corbett JJ, Nerad JA, Anderson RL. Results of optic nerve sheath fenestration for pseudotumor cerebri. Arch Ophthalmol 1988;106:1391–1397.
664. Keltner JL. Optic nerve sheath decompression. How does it work? Has its time come? Arch Ophthalmol 1988;206:1365–1369.
665. Pearson PA, Baker RS, Khorram D, et al. Evaluation of optic nerve sheath fenestration in pseudotumor cerebri using automated perimetry. Ophthalmology 1991;98:99–105.
666. Spoor TC, Ramocki JM, Madion MP, Wilkinson MJ. Treatment of pseudotumor cerebri by primary and secondary optic nerve sheath decompression. Am J Ophthalmol 1991;112:177–185.
667. Berman EL, Wirtschafter JD. Improvement of optic nerve head appearance after surgery for pseudotumor cerebri. JAMA 1992;267:1130.
668. Kelman SE, Heaps R, Wolf A, et al. Optic nerve sheath decompression improves visual function in patients with pseudotumor cerebri. Neurosurgery 1992;30:391–395.
669. Acheson JF, Green WT, Sanders MD. Optic nerve sheath decompression for the treatment of visual failure in chronic raised intracranial pressure. J Neurol Neurosurg Psychiatry 1994;57:1426–1429.
670. Kaye AH, Galbraith JEK, King J. Intracranial pressure following optic nerve decompression for benign intracranial hypertension. J Neurosurg 1981;55:453–456.
671. Jacobson EE, Johnston IH, McCluskey P. The effects of optic nerve sheath decompression on cerebrospinal fluid dynamics. Neuroophthalmology 1996;16(Suppl):290.
672. Nguyen R, Carta A, Geleris A, Sadun AA. Long-term effect of optic sheath decompression on intracranial pressure in pseudotumor cerebri. Invest Ophthalmol Vis Sci 1997;38:S388.
673. Brodsky MC, Rettele GA. Protracted postsurgical blindness with visual recovery following optic nerve sheath fenestration. Arch Ophthalmol 1998;116:107–108.
674. Flynn WJ, Westfall CT, Weisman JS. Transient blindness after optic nerve sheath fenestration. Am J Ophthalmol 1994;117:678–679.
675. Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology 1984;34:721–729.
676. Huna-Baron R, Kupersmith MJ. Idiopathic intracranial hypertension in pregnancy. J Neurol 2002;249:1078–1081.
677. Mauriello JA, Shaderowfsky P, Gizzi M, et al. Management of visual loss after optic nerve sheath decompression in patients with pseudotumor cerebri. Ophthalmology 1995;102:441–445.
678. Spoor TC, McHenry JG. Long-term effectiveness of optic nerve sheath decompression for pseudotumor cerebri. Arch Ophthalmol 1993;111:632–635.
679. Kellen RI, Burde RM. Optic nerve decompression. Arch Ophthalmol 1987;105:889.
680. Lee AG, Patrinely JR, Edmond JC. Optic nerve sheath decompression in pediatric pseudotumor cerebri. Ophthal Surg Lasers 1998;29:514–517.
681. Shapiro S, Yee R, Brown H. Surgical management of pseudotumor cerebri in pregnancy: Case report. Neurosurgery 1995;37:829–831.
682. McDonnell GV, Patterson VH, McKinstry S. Cerebral venous thrombosis occurring during an ectopic pregnancy and complicated by intracranial hypertension. Br J Clin Pract 1997;51:194–197.
683. Aktan S, Sansu T, Kansu E, et al. Papilledema in paroxysmal nocturnal hemoglobinuria. J Clin Neuroophthalmol 1984;4:47–48.
684. Hauser D, Barzilai N, Zalish M, et al. Bilateral papilledema with retinal hemorrhages in association with cerebral venous sinus thrombosis and paroxysmal nocturnal hemoglobinuria. Am J Ophthalmol 1996;122:592–593.
685. Kalbian VV, Challis MT. Behcet's Disease: Report of twelve cases with three manifesting as papilledema. Am J Med 1970;49:823–829.

686. Graus F, Slatkin NE. Papilledema in the metastatic jugular foramen syndrome. Arch Neurol 1983;40:816–818.
687. Koller EA, Stadel BV, Malozowski SN. Papilledema in 15 renally compromised patients treated with growth hormone. Pediatr Nephrol 1997;11:451–454.
688. Kan L, Sood SK, Maytal J. Pseudotumor cerebri in Lyme disease: A case report and literature review. Pediatr Neurol 1998;18:439–441.
689. Horoshovski D, Amital H, Katz M, et al. Pseudotumor cerebri in SLE. Clin Rheum 1995;14:708–710.
690. Evans RW, Patten BM. Trichinosis associated with superior sagittal sinus thrombosis. Ann Neurol 1982;11:216–217.
691. Walsh FB. Papilledema associated with increased intracranial pressure in Addison's disease. Arch Ophthalmol 1952;47:86.
692. Sybert VP, Bird TD, Salk DJ. Pseudotumor cerebri and Turner syndrome. J Neurol Neurosurg Psychiatry 1985;48:164–166.
693. Monaco F, Agnetti V, Mutani R. Benign intracranial hypertension after minocycline therapy. Eur Neurol 1978;17:48–49.
694. Lombaert A, Carton H. Benign intracranial hypertension due to A-hypervitaminosis in adults and adolescents. Eur Neurol 1976;14:340–350.
695. Feldman MH, Schlezinger NS. Benign intracranial hypertension associated with hypervitaminosis A. Arch Neurol 1970;22:1–7.
696. Josephs HW. Hypervitaminosis A and carotenemia. Am J Dis Child 1944;67:33–43.
697. Knudson AG, Rothman PE. Progress in pediatrics: Hypervitaminosis A. Am J Dis Child 1953;85:316–334.
698. Lewis JM, Cohlan SQ. Comparative toxicity of aqueous and oily preparations of vitamin A. Pediatrics 1952;9:589–596.
699. Baqui AH, de Francisco A, Arifeen SE, Siddique AK, Sack RB. Bulging fontanelle after supplementation with 25,000 IU of vitamin A in infancy using immunization contacts. Acta Paediatr 1995;84:863–866.
700. Rodahl K, Moore T. The vitamin A content and toxicity of polar bear and seal liver. Biochem J 1943;37:166–169.
701. Amrani Y, Terriza F, Moreno C, Casado A. Pseudotumor cerebri caused by vitamin A excess due to intake of milk enriched with A and D vitamins. Revista de Neurologia 1996;24:1304–1305.
702. Misbah SA, Peiris JB, Atukorala TM. Ingestion of shark liver associated with pseudotumor cerebri due to acute hypervitaminosis A. J Neurol Neurosurg Psychiatry 1984;47:216.
703. Dhiravibulya K, Ouvrier R, Johnston I, Procopis P, Antony J. Benign intracranial hypertension in childhood: A review of 23 patients. J Paediatr Child Health 1991;27:204–207.
704. Alemeyehu W. Pseudotumor cerebri (toxic effect of the "magic bullet"). Ethiop Med 1995;33:265–270.
705. Sharieff GQ, Hanten K. Pseudotumor cerebri and hypercalcemia resulting from Vitamin A toxicity. Ann Emerg Med 1996;27:518–521.
706. Bigby M, Stern RS. Adverse reactions to isotretinoin. A report for the Adverse Reaction Reporting System. J Am Acad Dermatol 1988;18:543–552.
707. Caffery BE, Josephson JE. Ocular side effects of isotretinoin therapy. J Am Optom Assoc 1988;59:221–223.
708. Campos SP, Olitsky S. Idiopathic intracranial hypertension after L-thyroxine therapy for acquired hypothyroidism. Clin Pediatr 1995;34:334–337.
709. Raghavan S, DiMartino-Nardi J, Saenger P, et al. Pseudotumor cerebri in an infant after L-thyroxine therapy for transient neonatal hypothyroidism. J Pediatr 1997;130:478–480.
710. Pelton RW, Lee AG, Orengo-Nania SD, et al. Bilateral optic disk edema caused by sarcoidosis mimicking pseudotumor cerebri. Am J Ophthalmol 1999;127:229–230.
711. Green L, Vinker S, Amital H, et al. Pseudotumor cerebri in systemic lupus erythematosis. Semin Arthritis Rheum 1995;25:103–108.