# EXHIBIT C

# Doxycycline and intracranial hypertension

D.I. Friedman, MD; L.K. Gordon, MD, PhD; R.A. Egan, MD; D.M. Jacobson, MD†; H. Pomeranz, MD, PhD; A.R. Harrison, MD; and Y. Goldhammer, MD

**Abstract**—The authors report seven patients from six neuro-ophthalmology referral centers who developed pseudo-tumor cerebri during treatment with doxycycline. All four female patients and one of three male patients were obese. Vision was minimally affected in most patients, but two had substantial visual acuity or visual field loss at presentation. Discontinuation of doxycycline, with or without additional intracranial pressure-lowering agents, yielded improvement, but permanent visual acuity or visual field loss occurred in five patients.

NEUROLOGY 2004;62:2297–2299

Intracranial hypertension (pseudo-tumor cerebri [PTC]) is associated with many exogenous agents including vitamin A, isotretinoin and other synthetic retinoic acid compounds, corticosteroid withdrawal, nalidixic acid, levonorgestrel, and tetracyclines.[1] Among the tetracycline compounds, tetracycline is most commonly implicated, usually in patients being treated for acne vulgaris.[1,2] There are limited reports of minocycline-induced PTC.[3] There are few reports of confirmed PTC associated with doxycycline use.[4,5]

**Methods.** Patients who developed PTC after initiating doxycycline therapy were included. They were identified by their treating neuro-ophthalmologists responding to a general request that was distributed by the neuro-ophthalmology electronic mail list server (NANOSNET). All patients met the diagnostic criteria for idiopathic intracranial hypertension: signs and symptoms of intracranial pressure, normal neuroimaging, elevated CSF pressure (above 200 mm $H_2O$), and normal CSF contents. Seven patients were identified from six neuro-ophthalmology referral centers. Assessment parameters included corrected visual acuity, visual field analysis (Humphrey, Goldmann, or Aimark), ocular motility, and optic disc appearance. Records were reviewed for other known risk factors for PTC, such as obesity and the concomitant use of other medications associated with intracranial hypertension. The protocol was approved by the Research Subjects Review Board at the University of Rochester (RSRB 09864).

**Results.** We identified four females and three males with doxycycline-associated PTC (table). Five patients, including three females, were taking doxycycline for the treatment of acne. One patient (Patient 3) took doxycycline for Lyme disease but had no CNS involvement when she developed intracranial hypertension, as assessed by CSF examination and MRI. Another patient (Patient 7) took doxycycline for Mycoplasma prophylaxis after his newborn child died of a *Mycoplasma* infection. Three patients developed symptoms within 2 weeks of initiating doxycycline treatment, whereas the other four patients had a delayed onset of symptoms between 6 and 12 months. The symptoms at onset in order of frequency were headaches, pulsatile tinnitus and transient visual obscurations, visual loss, and diplopia.

Two patients had been taking oral contraceptives prior to the initiation of doxycycline, but no other medications associated with PTC were used. Five patients, including all females, were obese; one had gained 20 lbs in the preceding year.

Visual acuity was normal (20/20) in 5 of 14 eyes, mildly decreased (20/25 to 20/30) in seven eyes, and severely affected (20/50 to 20/200) in two eyes. Despite relatively good visual acuity in most eyes, the visual field was abnormal in all eyes at the initial examination. The visual field defects ranged from an enlarged blind spot only (six eyes) or a generalized reduction in sensitivity (four eyes) to a focal defect (two eyes) and central/paracentral scotomas (two eyes). One patient had a unilateral sixth nerve paresis. All patients had mild to moderate papilledema.

Doxycycline was discontinued upon diagnosis of PTC in all seven patients, and none was subsequently rechallenged with it. Five patients were treated with acetazolamide, and corticosteroids were used briefly in one patient. Two patients improved without additional pharmacologic treatment. Re-examination from 5 months to 5 years after the development of PTC revealed visual improvement in all patients, although only four eyes in two patients (Patients 1 and 5) regained normal visual acuity, visual fields, and optic nerve appearance. Ten eyes regained normal visual acuity (20/20 or better), and four eyes recovered to 20/30 or better. One patient (Patient 4) was left with small residual central scotomas despite good visual acuity. Other persistent visual field defects included an isolated enlarged blind spot (three eyes), a focal defect (three eyes), and a generalized reduction in sensitivity (two eyes). Papilledema resolved in six patients, but five eyes had residual

†Deceased.

From the Departments of Ophthalmology and Neurology (Dr. Friedman), University of Rochester School of Medicine and Dentistry, NY, Jules Stein Eye Institute (Dr. Gordon), David Geffen School of Medicine, University of California at Los Angeles, and Greater Los Angeles Veterans Administration Healthcare System, Casey Eye Institute (Dr. Egan), Departments of Ophthalmology and Neurology, Oregon Health and Science University, Portland, Department of Neurology (Dr. Jacobson), Marshfield Clinic, WI, Department of Ophthalmology (Drs. Pomeranz and Harrison), University of Minnesota, Minneapolis; and Department of Neurology (Dr. Goldhammer), Sheba Medical Center, Tel-Hashomer, Israel.

Received October 8, 2003. Accepted in final form February 23, 2004.

Address correspondence and reprint requests to Dr. D.I. Friedman, Department of Ophthalmology, University of Rochester, 601 Elmwood Ave., Box 659, Rochester, NY 14642; e-mail: Deborah_Friedman@urmc.rochester.edu

Copyright © 2004 by AAN Enterprises, Inc. 

Copyright © by AAN Enterprises, Inc. Unauthorized reproduction of this article is prohibited.

EXHIBIT
11
Newman 2/8/18

***Table*** *Summary of patients with intracranial hypertension associated with doxycycline*

| Patient no. | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Age (gender) | 19 (F) | 27 (F) | 15 (F) | 16 (M) | 17 (M) | 35 (M) | 29 (F) |
| Weight, kg | Obese | 123 | 89.2 | 114 | Normal | Normal | 92 |
| Height, cm (BMI) | — | | 168 (31.6) | 175 (37.2) | | | 157 (37.3) |
| Reason | Acne | Acne | Lyme disease (no CNS) | Acne | Acne | *Mycoplasma* prophylaxis | Acne |
| Daily dose | 100 mg bid | 100 mg daily | Unknown | 100 mg bid | 100 mg bid | 200 mg × 1 d, 100 mg × 6 d | Unknown |
| Duration prior to symptom onset | 6 mo | 4 mo | 2 wk | 6 wk | 12 mo | 5 d | 1–2 wk |
| Duration prior to diagnosis | — | 4 mo | 2 wk | 6 wk | 13 mo | 17 d | 4 mo |
| Other meds | None | Oral contraceptive | None | None | None | None | Oral contraceptive |
| Symptoms | HA, PT, DIP | HA, TVO, PT | HA, VL | PT, PVP | HA, TVO, PT, VL | TVO, VL | TVO, HA |
| Acuity | 20/30 OD<br>20/30 OS | 20/25+ OD<br>20/25+ OS | 20/200 OD<br>20/50 OS | 20/20-1 OD<br>20/30-2 OS | 20/20 OD<br>20/20 OS | 20/25 OD<br>20/25 OS | 20/20 OD<br>20/20 OS |
| Motility | R. VI palsy | Normal | Normal | Normal | Normal | Normal | Normal |
| Visual field | EBS OD<br>EBS OS | EBS OD<br>EBS OS | EBS, nasal temporal paracentral scotomas & ITD OD<br>EBS OS | EBS, IND OD<br>EBS, central scotomas OS | General depression, EBS OS > OD | Inferior depression OD<br>EBS OS | General depression & EBS OU |
| Papilledema, Frisén scale | 3 OD<br>3 OS | 2 OD<br>2 OS | 5 OD<br>5 OS | 3 OD<br>4 OS | 3 OD<br>3 OS | 4 OD<br>3 OS | 3 OD<br>2 OS |
| Imaging | MRI<br>MRV | CT | MRI<br>MRV | MRI<br>MRV | MRI<br>MRV | CT | MRI |
| CSF, mm $H_2O$ | 260 | 410 | >550 | 220 | 420 | 290 | 260 |
| Treatment (all stopped doxycycline) | Acetazolamide | Acetazolamide 250–500 mg qid | Acetazolamide 500 mg qid | Observed | Acetazolamide 500 mg tid | Acetazolamide 1 g daily, corticosteroids | Diet |
| Follow-up duration | 3 y | 5 mo | 11 mo | 13 mo | 22 mo | 5 y | 29 mo |
| Symptoms | HA, PT diplopia resolved | HA | VL | None | None | VL OD | None |
| Acuity | 20/20 OD<br>20/20 OS | 20/25 OD<br>20/25 OS | 20/30 OD<br>20/15 OS | 20/20+3 OD<br>20/20 OS | 20/20 OD<br>20/20 OS | 20/20 OD<br>20/25 OS | 20/20-1 OD<br>20/20-3 OS |
| Visual field | Normal OD<br>Normal OS | EBS, improved<br>EBS, improved | EBS, mild ITD OD<br>EBS OS | IND OD<br>EBS, improved central scotoma OS | Normal OD<br>Normal OS | Small inferior defect OD<br>Normal OS | General depression & EBS OU |
| Papilledema, Frisén scale | None<br>None | 1 OU | None<br>Pallor OU | None<br>Pallor OU | None<br>None | None OD<br>Pallor OS | None<br>None |

BMI = body mass index; HA = headache; PT = pulsatile tinnitus; DIP = diplopia; TVO = transient visual obscurations; VL = visual loss; PVP = positive visual phenomena; OD = right eye; OS = left eye; EBS = enlarged blind spot; ITD = inferotemporal defect; OU = both eyes; MRV = MR venography; IND = inferonasal defect.

optic nerve pallor. One patient (Patient 2) had mild papilledema at 6 weeks. The abducens paresis and diplopia resolved during treatment in Patient 1.

**Discussion.** Tetracycline-induced PTC is commonly observed in children and adolescents because of its use for acne treatment, but it can also occur in infants. Symptoms may develop within hours to days of beginning tetracycline therapy but often take several months to manifest.[2] Most patients have improvement after stopping the antibiotic; a rechallenge may reproduce the syndrome.[6]

Almost all cases of minocycline-associated PTC occur in teenagers and young adults being treated for acne.[3,7,8] There is a high proportion of females in this group. The onset of symptoms is generally ≤8 weeks after beginning minocycline treatment. Occasionally, delayed onset occurs after taking the medication for ≥1

year.[3,7] There may be concomitant use of vitamin A supplementation. The syndrome generally resolves after the minocycline is discontinued and medical treatment is initiated with minimal, or no, visual loss.

The association between doxycycline and PTC is the least well established of all the tetracyclines. Two cases were reported in patients taking doxycycline 100 mg daily for malaria prophylaxis for travel to Africa.[5] They developed headaches and blurred vision within weeks to months of initiating doxycycline. Their symptoms resolved with acetazolamide therapy, and one patient had residual acuity loss and optic atrophy. One case is documented in the Swedish literature.[4] Another 15 patients suspected of having doxycycline-induced PTC were reported from a clinic in Africa.[9] It is not apparent that these were confirmed cases of PTC but represent patients developing severe headaches within a week of starting doxycycline. The small number of reported cases may reflect either relatively infrequent usage of doxycycline compared with tetracycline or minocycline or a decreased propensity for doxycycline to produce increased intracranial pressure.

Oral antibiotic treatment is commonly employed for the treatment of acne, and it is not known why some individuals develop PTC with tetracycline use. Some of the reported cases involved patients taking more than one medication that is associated with PTC (e.g., tetracycline and isotretinoin),[1] suggesting a potentiation of risk factors. There is one report of tetracycline-induced PTC in fraternal twins, raising the possibility of a genetic predisposition.[2] Two of our patients were also taking oral contraceptives, but an association between oral contraceptive use and PTC is not established.[10] All of our patients were younger than 40 years, in the usual age range for idiopathic intracranial hypertension.

There is a well-established association between obesity and the idiopathic form of PTC.[10] All of the women and one of the men in our series were obese. The rate of obesity in postpubertal patients with tetracycline-induced intracranial hypertension is not obtainable, but in the largest reported series of 12 females with minocycline-associated PTC, 4 were obese.[3] Although it is tempting to postulate that obesity confers additional risk in patients taking tetracyclines, our cohort is small and may not represent the true spectrum of patients with doxycycline-induced PTC. It is also possible that the use of doxycycline was coincidental in the obese young women in our series, whose true underlying disorder was idiopathic intracranial hypertension.

Albeit retrospective, our study demonstrates that doxycycline, like other medications in the tetracycline group, may be associated with intracranial hypertension. The prevalence of increased intracranial pressure in patients on the tetracyclines is unknown. Although the suspected risk is low, the consequences may be serious. Although none of our patients sustained severe visual impairment after doxycycline was discontinued, most had a residual decline in their visual acuity and permanent visual field loss. The development of headaches, transient visual obscurations, or blurred vision in patients taking a tetracycline warrants prompt ophthalmologic evaluation to minimize potential visual complications.

### Acknowledgment

We dedicate this article to the memory of our beloved colleague, Dan Jacobson, who passed away in July 2003.

### References

1. Digre KB, Corbett JJ. Idiopathic intracranial hypertension (pseudotumor cerebri): a reappraisal. Neurologist 2001;7:2–67.
2. Gardner K, Cox T, Digre K. Idiopathic intracranial hypertension associated with tetracycline use in fraternal twins: case report and review. Neurology 1995;45:6–10.
3. Chiu AM, Chuenkongkaew WL, Cornblath WT, et al. Minocycline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol 1998;126:116–121.
4. Granholm L. Papilloedema in treatment with doxycycline. Lakartidningen 1976;73:3447.
5. Lochhead J, Elston JS. Doxycycline induced intracranial hypertension. Br Med J 2003;326:641–642.
6. Monaco F, Agnetti V, Mutani R. Benign intracranial hypertension after minocycline therapy. Eur Neurol 1978;17:48–49.
7. Moskowitz T, Leibowitz E, Ronen M, et al. Pseudotumor cerebri induced by vitamin A combined with minocycline. Ann Ophthalmol 1993;25:306–308.
8. Ang ER, Zimmerman JC, Malkin E. Pseudotumor cerebri secondary to minocycline intake. J Am Board Fam Pract 2002;15:229–233.
9. Oricha BS. Doxycycline induced intracranial hypertension in Africa: the drug, this diseases and the doctor (available at www.bmj.com/cgi/eletters/326/7390/613#30070).
10. Ireland B, Corbett JJ. The search for causes of idiopathic intracranial hypertension. Arch Neurol 1990;47:315–320.