# EXHIBIT F

# Update on Idiopathic Intracranial Hypertension

BEAU B. BRUCE, VALÉRIE BIOUSSE, AND NANCY J. NEWMAN

• PURPOSE: To provide an update on various features of idiopathic intracranial hypertension.

• DESIGN: Perspective.

• METHODS: Selected articles on the epidemiology, clinical and imaging features, natural history, pathophysiology, and treatment of idiopathic intracranial hypertension were reviewed and interpreted in the context of the authors' clinical and research experience.

• RESULTS: Idiopathic intracranial hypertension primarily is a disease of obese women of childbearing age, but it can affect patients of any weight, sex, and age. Although a relatively rare disorder, idiopathic intracranial hypertension's associated costs in the United States entail hundreds of millions of dollars. Even after treatment, headaches frequently are persistent and may require the continued involvement of a neurologist. Quality-of-life reductions and depression are common among idiopathic intracranial hypertension patients. However, visual dysfunction, especially visual field abnormalities, represents the major morbidity of this disorder, and serial automated perimetry remains the primary method of patient monitoring. Patients who are men, black, very obese, or anemic are at higher risk of visual loss. Vitamin A metabolism, adipose tissue as an actively secreting endocrine tissue, and cerebral venous abnormalities are areas of active study regarding the pathophysiology of idiopathic intracranial hypertension. Treatment studies show that lumbar puncture is a valuable treatment (in addition to its crucial diagnostic role), and that weight management is critical. However, open questions remain regarding the efficacy of acetazolamide, cerebrospinal fluid diversion procedures, and cerebral venous stenting.

• CONCLUSIONS: Many questions remain unanswered about idiopathic intracranial hypertension. Ongoing studies, especially an ongoing National Institutes of Health-funded clinical trial of acetazolamide, should provide more insight into this important, yet poorly understood, syndrome of isolated intracranial hypertension. (Am J Ophthalmol 2011;152:163–169. © 2011 by Elsevier Inc. All rights reserved.)

Accepted for publication Mar 10, 2011.

From the Department of Ophthalmology, Emory University, Atlanta, Georgia (B.B.B., V.B., N.J.N.); the Department of Neurology, Emory University, Atlanta, Georgia (B.B.B., V.B., N.J.N.); and the Department of Neurological Surgery, Emory University, Atlanta, Georgia (N.J.N.).

Inquiries to Valérie Biousse, Neuro-Ophthalmology Unit, Emory Eye Center, 1365-B Clifton Road NE, Atlanta, GA 30322; e-mail: vbiouss@emory.edu

IDIOPATHIC INTRACRANIAL HYPERTENSION IS A SYNdrome characterized by increased intracranial pressure of unknown cause (Table).[1] By definition, idiopathic intracranial hypertension encompasses patients with isolated raised intracranial pressure that is not related to an intracranial process, cerebral venous thrombosis, or a meningeal process. Additionally, patients in whom a syndrome develops of raised intracranial pressure secondary to certain medications or who are found to have cerebral venous sinus stenoses (not thrombosis) still are classified conventionally as having idiopathic intracranial hypertension. Therefore, although not always literal, the term *idiopathic intracranial hypertension* currently is the preferred designation for this disorder in the English literature, rather than *pseudotumor cerebri* (often including patients with other causes of raised intracranial pressure) or *benign intracranial hypertension* (erroneously reassuring, considering that a substantial proportion of idiopathic intracranial hypertension patients irreversibly lose vision). Many questions remain open in the field of idiopathic intracranial hypertension, and this perspective emphasizes recent studies regarding the epidemiology, clinical and imaging features, pathophysiology, and treatment of idiopathic intracranial hypertension.

## EPIDEMIOLOGY

IDIOPATHIC INTRACRANIAL HYPERTENSION OCCURS MOST frequently among obese women of childbearing age. A recent multicenter case-control study of newly diagnosed women with idiopathic intracranial hypertension compared with women with other neuro-ophthalmologic disorders showed a dose relationship of higher body mass index associated with a greater risk of idiopathic intracranial hypertension.[2] Interestingly, this study also showed that even nonobese patients were at greater risk for idiopathic intracranial hypertension if they had a recent moderate weight gain (5% to 15%).

Despite a high predilection for obese young women, idiopathic intracranial hypertension can occur in children, older adults, and nonobese persons of either sex.[3,4] This disorder is rare in prepubertal children, with characteristics distinct from the adult form, including no apparent predilection for obese girls. After puberty, however, the rate of obesity and the gender predilection is similar to that in the adult idiopathic intracranial hypertension population.[3,4] A recent large series confirmed that only approximately 10% of idiopathic intracranial hypertension patients are men.[5]

0002-9394/$36.00
doi:10.1016/j.ajo.2011.03.020

© 2011 BY ELSEVIER INC. ALL RIGHTS RESERVED.



EXHIBIT
tabbies
14
Newman 2/8/18

**TABLE.** Modified Dandy Criteria for Idiopathic Intracranial Hypertension

| | |
|---|---|
| 1 | Signs and symptoms of increased intracranial pressure (headaches, nausea, vomiting, transient obscurations of vision, papilledema). |
| 2 | No localizing, focal neurologic signs, except unilateral or bilateral VIth nerve paresis. |
| 3 | Cerebrospinal fluid opening pressure ≥ 25 cm, but without cytologic or chemical abnormalities. |
| 4 | Normal neuroimaging results adequate to exclude cerebral venous thrombosis, i.e., magnetic resonance imaging of the brain, often with additional sequences (computed tomography or magnetic resonance venography). |

Although affected men have a similar body mass index when compared with affected women, they are, on average, approximately 1 decade older than women at the time of presentation.[5] Although race does not seem to influence the incidence of idiopathic intracranial hypertension, a recent study questioned whether the association between obesity and development of idiopathic intracranial hypertension among Asians is as robust as in other populations.[6]

Idiopathic intracranial hypertension also has been associated with other factors, such as a certain medications, anemia, and untreated obstructive sleep apnea.[7,8] However, most of the evidence is anecdotal, and studies evaluating the relationship between obstructive sleep apnea and idiopathic intracranial hypertension are ongoing.

It was suggested recently that the economic costs of idiopathic intracranial hypertension in the United States exceed $444 million per year, mostly because of frequent hospital admissions, unsatisfactory treatment options, and lost productivity of young patients.[9] The rising incidence of obesity in the world likely will increase the prevalence of idiopathic intracranial hypertension, resulting in further idiopathic intracranial hypertension-related expenses.

## CLINICAL FEATURES

IDIOPATHIC INTRACRANIAL HYPERTENSION TYPICALLY presents with symptoms and signs of raised intracranial pressure. Headache, the most common symptom at presentation, is less likely to be reported by men than by women.[5] Many idiopathic intracranial hypertension patients have persistent headaches,[10] even after normalization of the intracranial pressure, and frequently require the continued involvement of a neurologist for adequate treatment. Patients with idiopathic intracranial hypertension also experience depression, anxiety, and reduced quality of life. These reductions in quality of life are more than would be expected based on the patients' persistent headaches and comorbid obesity.[2,10] Ophthalmologists should be attuned to these issues and should seek appropriate consultations in idiopathic intracranial hypertension patients who report chronic symptoms.

Papilledema is the most common sign of idiopathic intracranial hypertension. It indeed is not uncommon to diagnose idiopathic intracranial hypertension after papilledema is detected on a routine eye examination on asymptomatic patients, which explains why ophthalmologists often diagnose this disease first. This is particularly common in men, who often do not report headaches.[5] Papilledema can result in insidious and slowly progressive visual loss, which is usually reversible with appropriate treatment. However, in up to 25% of idiopathic intracranial hypertension patients, secondary optic atrophy and associated permanent visual loss develop.[11]

Visual loss usually is relatively mild at presentation, but progresses insidiously. In fact, most patients have visual field defects on automated perimetry at presentation, but are unaware of their visual dysfunction. Visual field abnormalities typically progress from enlargement of the physiologic blind spot, to nasal and arcuate defects, and ultimately to severe visual field constriction. All idiopathic intracranial hypertension patients must be monitored carefully with formal automated perimetry, with more aggressive intervention taken whenever deterioration of visual fields is documented.

Several demographic risk factors for visual loss in idiopathic intracranial hypertension have been identified. In one recent study, black patients with idiopathic intracranial hypertension were 3 times more likely than nonblack patients to have severe visual loss in at least 1 eye and were nearly 5 times more likely to be blind in both eyes.[12] This difference in visual prognosis was likely unrelated to racial differences in diagnosis, treatment, or access to care. Black patients with idiopathic intracranial hypertension seem to have a more aggressive disease, and therefore need closer follow-up and a lower threshold for early aggressive intervention. A second study from the same patient database showed that men were more likely to have worse visual acuity and visual fields at presentation and follow-up and were less likely to report headaches than women,[5] with the odds of severe visual loss for men at least double those of women. Thus, men also likely need more aggressive intervention when visual loss ensues and closer follow-up given their lower propensity for headache.[5] The same investigators also found that increasing degrees of obesity are associated with an increasing risk of severe visual loss (Szewka AJ, personal communication, 2011), but that although idiopathic intracranial hypertension patients with a normal body mass index or who are older than 50 years are only a small proportion of patients with idiopathic intracranial hypertension (< 5% each of all idiopathic intracranial hypertension patients at the study's tertiary referral centers), these patients tend to have better visual outcomes than the more typical idiopathic intracranial hypertension patient.[3]

Rarely, patients with idiopathic intracranial hypertension may have an acute onset of symptoms and signs of raised intracranial pressure (so-called fulminant or malignant idiopathic intracranial hypertension), with rapid worsening of visual loss over a few days, but meet the criteria for idiopathic intracranial hypertension with normal brain magnetic resonance imaging and venography results.[13] In a study of 16 such fulminant idiopathic intracranial hypertension cases, immediate surgical treatment was required because of ongoing severe visual loss in all patients; 50% remained legally blind, and the visual fields remained severely impaired in all cases. Prompt recognition and early aggressive treatment of patients with fulminant idiopathic intracranial hypertension therefore is essential.[13]

Occasionally, nonphysiologic visual field constriction occurs in patients who have coexisting organic visual loss from papilledema,[14] making management decisions difficult. Additionally, it is common to observe nonspecific visual field depression and constriction related to poor test reliability on automated perimetry obtained in idiopathic intracranial hypertension patients who have headaches and feel poorly. Patients with visual loss from raised intracranial pressure should have obvious papilledema, unless severe secondary optic atrophy already has developed. In patients with raised intracranial pressure without papilledema, another cause of visual loss or nonorganic visual loss should be considered. Visual loss secondary to raised intracranial pressure in the setting of no visible papilledema has been reported, but remains exceedingly rare, and its existence hotly debated.[15]

The role of optical coherence tomography in the evaluation of papilledema remains unclear. A few studies have proposed an adjunctive usefulness for optic nerve imaging by optical coherence tomography in differentiating pseudopapilledema from papilledema and in monitoring the thickness of the peripapillary retinal nerve fiber layer during the course of idiopathic intracranial hypertension.[16] However, the reductions in the retinal nerve fiber layer observed as disc edema resolves may not be differentiated easily from axonal loss reflecting disease progression, rather than improvement. At this time, quantification of visual function by ophthalmic examination and automated perimetry remains much more helpful than anatomic characterization of the optic nerve with optical coherence tomography in the monitoring of patients with idiopathic intracranial hypertension.

Although brain imaging demonstrate normal results to diagnose idiopathic intracranial hypertension,[1] imaging changes associated with raised intracranial pressure commonly are observed in idiopathic intracranial hypertension patients (Figure). These include an empty sella or flattening of the pituitary gland, tight subarachnoid spaces, flattening of the posterior globes, protrusion of the optic nerve heads, enhancement of the prelaminar portion of the optic nerve heads, distension of the optic nerve sheaths, and vertical tortuosity of the optic nerves.[17] Although cerebral venous thrombosis must be ruled out in patients with suspected idiopathic intracranial hypertension,[18] numerous studies from the last decade have shown that unilateral stenosis of the dominant transverse sinus or bilateral stenoses of the transverse sinuses, often with measurable hemodynamic gradients, are common in typical idiopathic intracranial hypertension patients (see below).[19]

## PATHOPHYSIOLOGY

THE PATHOPHYSIOLOGIC MECHANISMS UNDERLYING THE raised intracranial pressure in idiopathic intracranial hypertension remain unclear, but those proposed classically include increased brain water content, excess cerebrospinal fluid (CSF) production, reduced CSF absorption, and increased cerebral venous pressure. More recently, connections between the CSF space and nasal lymphatics have been demonstrated, and it has been suggested that these pathways may play a role in the development of idiopathic intracranial hypertension.[20] Regardless of the final mechanism or combination of mechanisms resulting in increased intracranial pressure in these patients, any pathophysiologic theory ultimately must account for the remarkable predilection idiopathic intracranial hypertension has for obese young women. Indeed, a role for sex hormones in the pathogenesis of idiopathic intracranial hypertension is suspected, given the disorder's preferential occurrence among postpubertal, premenopausal women[5] and the absence of a gender preference before puberty.[4]

One long-standing hypothesis for the pathogenesis of idiopathic intracranial hypertension involves abnormal vitamin A metabolism. Although early studies found conflicting evidence for the role of vitamin A based on serum levels,[21] 2 recent studies showed that the retinol level is elevated in the CSF of patients with idiopathic intracranial hypertension.[22,23] One of these studies also demonstrated that patients with idiopathic intracranial hypertension have higher levels of serum, but lower levels of CSF, retinol binding protein.[23]

These observations regarding vitamin A may be linked to another area of emerging interest in endocrinology and idiopathic intracranial hypertension:[24] the nature of adipose tissue as an actively secreting endocrine tissue.[25] In particular, adipose tissue-derived retinol binding protein is released from adipose tissue and acts as a modulator of insulin sensitivity.[21] Other adipose-produced cytokines, such as leptin, have been implicated in the pathophysiology of idiopathic intracranial hypertension, but their role remains unclear.[24] Because the hormonal secretions and biological functions of adipose tissue are highly dependent on its regional distribution in the body,[25] fat distribution ultimately may be as important as total adiposity in the pathogenesis of idiopathic intracranial hypertension.[26] For

example, one study suggested that obese women with idiopathic intracranial hypertension may have a preferential accumulation of fat in the lower body relative to obese women in the same age range without idiopathic intracranial hypertension.[27] However, this finding is somewhat surprising given that idiopathic intracranial hypertension has been associated potentially with conditions related to increased intraabdominal, visceral fat, such as elevated levels of adipose tissue-derived retinol binding protein,[21] polycystic ovarian disease in women,[28] and androgen deficiency in men.[26]

Increased intracranial venous pressure related to stenosis of the cerebral venous sinuses is another proposed causal mechanism of idiopathic intracranial hypertension that has received substantial recent interest.[19] Because CSF exits the cranium passively via the arachnoid granulations into the intracranial venous sinuses, a downstream stenosis of a dominant transverse sinus or stenoses of both transverse sinuses can impair venous outflow, resulting in cerebral venous hypertension and impaired CSF absorption. Although there is little doubt that these venous stenoses exist, what is less clear is whether they are incidental, secondary to increased intracranial pressure, or causal. Some anatomic studies have suggested that these stenoses may be related incidentally to the presence of trabeculae, septae, or large arachnoid granulations in the transverse sinuses.[29] In addition, transverse venous sinus stenoses also are found incidentally in patients without intracranial hypertension, suggesting that they may have no functional significance in some patients. Others have proposed that the distal portion of the transverse venous sinuses can become narrowed by external compression from increased intracranial pressure, a hypothesis supported by resolution of some of these stenoses after lumbar or cervical puncture or CSF shunt placement.[30] Such external compression of the sinuses likely leads to a positive feedback loop of increased venous pressure leading to impaired CSF absorption, leading to further increases in intracranial pressure, which further compresses the venous sinuses until an equilibrium is established.

Beyond frank thrombosis and sinus stenosis, there is yet another venous mechanism proposed in the development of increased intracranial pressure, namely microthrombosis within the cerebral vasculature from thrombophilia, resulting in increased cerebral venous pressure and impaired CSF absorption.[31] Although many would argue that the presence of any thrombophilia makes these cases ineligible for the diagnosis of idiopathic intracranial hypertension, the strength of the associations between underlying systemic hypercoagulable disorders and so-called idiopathic intracranial hypertension in these studies is disturbing. Currently, we do not obtain routine systemic hypercoagulation studies in presumed idiopathic intracranial hypertension patients unless there is a personal or family history of systemic thrombosis.

Various medications have been proposed to cause or precipitate idiopathic intracranial hypertension (such as tetracycline and its derivatives, cyclosporine, lithium, nalidixic acid, nitrofurantoin, oral contraceptives, levonorgestrel, danazol, and tamoxifen), although there is compelling data only in a few cases. It is appropriate to discontinue potentially associated medications, particularly those in which an association is very likely, such as tetracyclines.[11] However, it is likely that others, such as oral contraceptives, have been implicated only by their association with the young women most at risk for idiopathic intracranial hypertension.

Studies evaluating the relationship between obstructive sleep apnea and idiopathic intracranial hypertension are ongoing; ultimately, these studies may show that obesity is the only pathophysiologic link between the 2 disorders, or that coexisting obstructive sleep apnea may worsen the prognosis for idiopathic intracranial hypertension patients.[5,12,26] We routinely screen our idiopathic intracranial hypertension patients with the Berlin questionnaire for sleep apnea and refer our patients for overnight polysomnography when the clinical suspicion for obstructive sleep apnea is high.[32]

## MANAGEMENT

THE MANAGEMENT OF IDIOPATHIC INTRACRANIAL HYPERtension patients depends on the course of idiopathic intracranial hypertension, which is highly variable. Most idiopathic intracranial hypertension patients do well with only 1 lumbar puncture (performed as part of the diagnostic evaluation) and medical management, including weight loss. When idiopathic intracranial hypertension is associated with an identified possible triggering factor, such as a specific medication, anemia, or untreated obstructive sleep apnea, discontinuation of the offending medication or treatment of the triggering factor often results in rapid improvement.

The 2 goals of treatment in idiopathic intracranial hypertension are to preserve vision and to alleviate bothersome symptoms of increased intracranial pressure, particularly headaches. The treatment of raised intracranial pressure itself begins with the diagnostic lumbar puncture. The opening pressure should be measured in the relaxed, lateral decubitus position without sedation to avoid spurious elevations in intracranial pressure. The lumbar puncture often is effective in transiently improving symptoms and signs. Interestingly, it is not uncommon to observe a lasting clinical remission after a single lumbar puncture in some idiopathic intracranial hypertension patients,[33] obviating the need for further medical or surgical treatment. Mathematical models explain this phenomenon by the interaction of various factors, such as CSF formation, compliance, cerebral blood flow, and outflow resistance, which can lead to multiple stable and unstable equilibrium levels of intracranial pressure in idiopathic intracranial



FIGURE. Magnetic resonance imaging findings in idiopathic intracranial hypertension (IIH). (Top left) Empty sella (star) on sagittal T1-weighted imaging. (Top right) Dilated optic nerve sheaths (arrowheads) and posterior globe flattening (arrowheads) on axial T2-weighted imaging. (Bottom left and right) Bilateral transverse cerebral venous stenosis (arrowheads), as seen on contrast-enhanced magnetic resonance venography

hypertension.[19] If a single lumbar puncture lowers the CSF pressure beyond the threshold level of an unstable equilibrium, the intracranial pressure may settle into a lower stable pressure state until other factors cause the pressure to exceed that threshold. These recent observations emphasize the importance of the lumbar puncture as a therapeutic procedure in idiopathic intracranial hypertension in addition to its diagnostic importance.

Patients with persistent symptoms and signs can be treated using medical and surgical approaches, although there are no results from full-scale randomized controlled trials prospectively assessing and comparing these treatments. Weight loss is a critical part of the treatment of overweight and obese idiopathic intracranial hypertension patients. Only a modest degree of weight loss (approximately 5% to 10% of total body weight) usually is required for improvement in symptoms and signs.[34] A recent study of 25 obese women with idiopathic intracranial hypertension showed that weight loss effectively reduces not only headaches and papilledema, but also intracranial pressure.[35] However, weight loss often is not an effective short-term treatment, and thus, other treatments must be initiated in parallel for most patients. Bariatric surgery can be considered in morbidly obese idiopathic intracranial hypertension patients in whom attempts at weight loss have been unsuccessful or in whom other medical morbidities of obesity already coexist.

Carbonic anhydrase inhibitors, such as acetazolamide (1 to 2 g daily, divided 2 to 3 times daily), are the main medical treatment prescribed for idiopathic intracranial hypertension, although no trial data currently are available to confirm their effectiveness. The preliminary results of the idiopathic intracranial hypertension pilot trial from Birmingham, United Kingdom, in which 50 patients were randomized to receive acetazolamide or no acetazolamide, emphasized the practical difficulties of performing such a

study because of poor recruitment and medication side effects (paresthesias, altered taste sensation, and lethargy).[36] However, beginning in 2009, the National Eye Institute of the National Institutes of Health has sponsored the Neuro-Ophthalmology Research Disease Investigator Consortium to proceed with a multicenter, double-blind, placebo-controlled clinical trial, called the Idiopathic Intracranial Hypertension Treatment Trial, comparing the efficacy of acetazolamide and placebo in the treatment of idiopathic intracranial hypertension patients with moderate visual field defects. All patients also are treated with a low-sodium diet and participate in a standardized weight loss program (http://www.nordicclinicaltrials.com/).

Steroids have been used as a treatment for idiopathic intracranial hypertension in the past, but are associated with significant long-term side effects, such as weight gain (obviously undesirable in this patient population), and therefore should not be prescribed. High-dose intravenous steroids still are used occasionally in patients with rapidly progressive visual loss from fulminant idiopathic intracranial hypertension while a more definitive treatment is organized.[13]

Surgery is required in patients with a fulminant onset of disease or when other treatments have failed to prevent progressive visual loss. The choice of procedure depends on local resources, as well as the patient's symptoms and signs. In patients with papilledema who have severe visual loss, but minimal or no headache, optic nerve sheath fenestration often is advised, whereas in those with visual loss, papilledema, and headache, a CSF diversion procedure, such as ventriculoperitoneal or lumboperitoneal shunting, is preferred. Aggressive management with CSF shunting usually is required to prevent catastrophic visual loss in those with acute and rapidly progressive visual loss.[13] These patients may benefit from a transient lumbar drain while awaiting a more definite surgical procedure.

Studies have shown that stenting of transverse venous sinus stenoses reduces cerebral venous pressure, reduces intracranial pressure, and improves symptoms and signs in selected idiopathic intracranial hypertension patients.[37] However, as discussed above, it remains unclear whether treating these stenoses is aimed at a primary pathophysiologic process or merely a secondary phenomenon. Regardless, endovascular venous sinus stenting can result in serious complications, such as stent migration, venous sinus perforation, in-stent thrombosis, subdural hemorrhage, and the development of recurrent stenoses immediately proximal to the stent. Because prospective controlled studies are lacking and the indications for this treatment remain poorly defined, we do not recommend this procedure in routine clinical practice.

## CONCLUSIONS

MANY QUESTIONS REMAIN UNANSWERED ABOUT IDIOPATHIC intracranial hypertension. Its association with female gender and obesity is striking. However, recent large studies indicate that idiopathic intracranial hypertension also can occur in men, nonobese adults, older adults, and prepubertal children. Identification of subgroups at high risk for irreversible visual loss, such as black patients, men, and patients with fulminant idiopathic intracranial hypertension, helps to determine management approaches and refine follow-up strategies. Ongoing studies, as well as a recently begun National Institutes of Health-funded clinical trial, are promising and should provide more insight into this important, yet poorly understood, syndrome of isolated intracranial hypertension.

PUBLICATION OF THIS ARTICLE WAS SUPPORTED IN PART BY A GRANT FROM RESEARCH TO PREVENT BLINDNESS, INC, NEW York, New York (Department of Ophthalmology, Emory University); and by Core Grant P30-EY06360 from the National Institutes of Health, Bethesda, Maryland (Department of Ophthalmology, Emory University). Dr. Bruce receives research support from the National Institutes of Health (NIH/PHS Grants KL2-RR025009 and UL1-RR025008 and NIH/NEI grant K23-EY019341) and the Knights Templar Eye Foundation and received the American Academy of Neurology Practice Research Fellowship. Dr Biousse receives research support from the National Institutes of Health (NIH/PHS Grant UL1-RR025008). Dr Newman is a recipient of the Research to Prevent Blindness Lew R. Wasserman Merit Award. Involved in Conception, drafting, and revision of the Perspective for important intellectual content (B.B.B., V.B., N.J.N.).

## REFERENCES

1. Friedman DI, Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology 2002;59(10):1492–1495.
2. Daniels AB, Liu GT, Volpe NJ, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 2007;143(4):635–641.
3. Bruce BB, Kedar S, Van Stavern GP, Corbett JJ, Newman NJ, Biousse V. Atypical idiopathic intracranial hypertension: normal BMI and older patients. Neurology 2010;74(22):1827–1832.
4. Cinciripini GS, Donahue S, Borchert MS. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment, and outcome. Am J Ophthalmol 1999;127(2):178–182.
5. Bruce BB, Kedar S, Van Stavern GP, et al. Idiopathic intracranial hypertension in men. Neurology 2009;72(4):304–309.
6. Kim TW, Choung HK, Khwarg SI, Hwang JM, Yang HJ. Obesity may not be a risk factor for idiopathic intracranial hypertension in Asians. Eur J Neurol 2008;15(8):876–879.
7. Biousse V, Rucker JC, Vignal C, Crassard I, Katz BJ, Newman NJ. Anemia and papilledema. Am J Ophthalmol 2003;135(4):437–446.

8. Kesler A, Goldhammer Y, Hadayer A, Pianka P. The outcome of pseudotumor cerebri induced by tetracycline therapy. Acta Neurol Scand 2004;110(6):408–411.
9. Friesner D, Rosenman R, Lobb BM, Tanne E. Idiopathic intracranial hypertension in the USA: the role of obesity in establishing prevalence and healthcare costs. Obes Rev 2011;12(5):e372–380.
10. Kleinschmidt JJ, Digre KB, Hanover R. Idiopathic intracranial hypertension: relationship to depression, anxiety, and quality of life. Neurology 2000;54(2):319–324.
11. Digre KB. Not so benign intracranial hypertension. BMJ 2003;326(7390):613–614.
12. Bruce BB, Preechawat P, Newman NJ, Lynn MJ, Biousse V. Racial differences in idiopathic intracranial hypertension. Neurology 2008;70(11):861–867.
13. Thambisetty M, Lavin PJ, Newman NJ, Biousse V. Fulminant idiopathic intracranial hypertension. Neurology 2007; 68(3):229–232.
14. Ney JJ, Volpe NJ, Liu GT, Balcer LJ, Moster ML, Galetta SL. Functional visual loss in idiopathic intracranial hypertension. Ophthalmology 2009;116(9):1808–1813.
15. Thurtell MJ, Newman NJ, Biousse V. Visual loss without papilledema in idiopathic intracranial hypertension. J Neuroophthalmol 2010;30(1):96–98.
16. Heidary G, Rizzo JF 3rd. Use of optical coherence tomography to evaluate papilledema and pseudopapilledema. Semin Ophthalmol 2010;25(5–6):198–205.
17. Agid R, Farb RI, Willinsky RA, Mikulis DJ, Tomlinson G. Idiopathic intracranial hypertension: the validity of cross-sectional neuroimaging signs. Neuroradiology 2006;48(8): 521–527.
18. Lin A, Foroozan R, Danesh-Meyer HV, De Salvo G, Savino PJ, Sergott RC. Occurrence of cerebral venous sinus thrombosis in patients with presumed idiopathic intracranial hypertension. Ophthalmology 2006;113(12):2281–2284.
19. Bateman GA, Stevens SA, Stimpson J. A mathematical model of idiopathic intracranial hypertension incorporating increased arterial inflow and variable venous outflow collapsibility. J Neurosurg 2009;110(3):446–456.
20. Johnston M, Zakharov A, Papaiconomou C, Salmasi G, Armstrong D. Evidence of connections between cerebrospinal fluid and nasal lymphatic vessels in humans, non-human primates and other mammalian species. Cerebrospinal Fluid Res 2004;1(1):2.
21. Libien J, Blaner WS. Retinol and retinol-binding protein in cerebrospinal fluid: can vitamin A take the "idiopathic" out of idiopathic intracranial hypertension? J Neuroophthalmol 2007;27(4):253–257.
22. Tabassi A, Salmasi AH, Jalali M. Serum and CSF vitamin A concentrations in idiopathic intracranial hypertension. Neurology 2005;64(11):1893–1896.
23. Warner JE, Larson AJ, Bhosale P, et al. Retinol-binding protein and retinol analysis in cerebrospinal fluid and serum of patients with and without idiopathic intracranial hypertension. J Neuroophthalmol 2007;27(4):258–262.
24. Ooi LY, Walker BR, Bodkin PA, Whittle IR. Idiopathic intracranial hypertension: can studies of obesity provide the key to understanding pathogenesis? Br J Neurosurg 2008; 22(2):187–194.
25. Wozniak SE, Gee LL, Wachtel MS, Frezza EE. Adipose tissue: the new endocrine organ? A review article. Dig Dis Sci 2009;54(9):1847–1856.
26. Fraser JA, Bruce BB, Rucker J, et al. Risk factors for idiopathic intracranial hypertension in men: a case-control study. J Neurol Sci 2010;290(1–2):86–89.
27. Kesler A, Kliper E, Shenkerman G, Stern N. Idiopathic intracranial hypertension is associated with lower body adiposity. Ophthalmology 2010;117(1):169–174.
28. Glueck CJ, Aregawi D, Goldenberg N, Golnik KC, Sieve L, Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. J Lab Clin Med 2005; 145(2):72–82.
29. Strydom MA, Briers N, Bosman MC, Steyn S. The anatomical basis of venographic filling defects of the transverse sinus. Clin Anat 2010;23(2):153–159.
30. Stienen A, Weinzierl M, Ludolph A, Tibussek D, Hausler M. Obstruction of cerebral venous sinus secondary to idiopathic intracranial hypertension. Eur J Neurol 2008;15(12):1416–1418.
31. Kesler A, Kliper E, Assayag EB, et al. Thrombophilic factors in idiopathic intracranial hypertension: a report of 51 patients and a meta-analysis. Blood Coagul Fibrinolysis 2010; 21(4):328–333.
32. Thurtell MJ, Bruce BB, Rye DB, Newman NJ, Biousse V. The Berlin questionnaire screens for sleep apnea in idiopathic intracranial hypertension. J Neuroophthalmol 2011. Forthcoming.
33. De Simone R, Marano E, Fiorillo C, et al. Sudden re-opening of collapsed transverse sinuses and longstanding clinical remission after a single lumbar puncture in a case of idiopathic intracranial hypertension. Pathogenetic implications. Neurol Sci 2005;25(6):342–344.
34. Wong R, Madill SA, Pandey P, Riordan-Eva P. Idiopathic intracranial hypertension: the association between weight loss and the requirement for systemic treatment. BMC Ophthalmol 2007;7:15.
35. Sinclair AJ, Burdon MA, Nightingale PG, et al. Low energy diet and intracranial pressure in women with idiopathic intracranial hypertension: prospective cohort study. BMJ 2010;341:c2701.
36. Ball AK, Howman A, Wheatley K, et al. A randomised controlled trial of treatment for idiopathic intracranial hypertension. J Neurol 2010. Forthcoming.
37. Donnet A, Metellus P, Levrier O, et al. Endovascular treatment of idiopathic intracranial hypertension: clinical and radiologic outcome of 10 consecutive patients. Neurology 2008;70(8):641–647.