# EXHIBIT H

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

December 9, 2017

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from November 30, 2017 through December 7, 2017. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 6.5 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 6.5 hours X $850/hour = $5525

I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EXHIBIT
5
Newman 2/8/18

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

October 26, 2017

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from September 26, 2017 through September 28, 2017. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 4 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 4 hours X $850/hour = $3400

I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

April 10, 2017

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from February 5, 2017 through February 27, 2017. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 3 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 3 hours X $850/hour = $2550

I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

March 7, 2017

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from February 5, 2017 through February 27, 2017. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 8 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 8 hours X $850/hour = $6800

For your records, my social security number i I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

December 13, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from January 10, 2017 through January 17, 2017. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 11.5 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 11.5 hours X $850/hour = $9775

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

December 13, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from November 30, 2016 through December 13, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 5 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 5 hours X $850/hour = $4250

For your records, my social security number i [redacted] remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy [redacted]

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

October 22, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from September 17, 2016 through September 29, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 4 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 4 hours X $850/hour = $3400

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

September 15, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from July 22, 2016 through September 15, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 1.5 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 1.5 hours X $850/hour = $1275

For your records, my social security number is . I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

July 21, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from June 28, 2016 through July 21, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 23 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 23 hours X $850/hour = $19,550

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman M.D

Sincerely,

N.J.N.

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

June 16, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Dr. Neff:

This invoice concerns consulting on the Mirena litigation from May 20, 2016 through June 16, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 57 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 57 hours X $850/hour = $48,450

For your records, my social security number is [redacted]. I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

May 3, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from April 20, 2016 through May 3, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 22.5 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 22.5 hours X $850/hour = $19,125

For your records, my social security number is remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.
1
A
T

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

March 26, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from February 19, 2016 through March 24, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 9 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 9 hours X $850/hour = $7650

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

N. J. N

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

February 18, 2016

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from January 14, 2016 through February 18, 2016. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 51 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 51 hours X $850/hour = $43,350

For your records, my social security number is 3. I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

1€

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

December 10, 2015

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from October 28, 2015 through December 10, 2015. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 3 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 3 hours X $850/hour = $2550

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.
] E
A
Teic.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

October 26, 2015

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from October 1, 2015 through October 27, 2015. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 16 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 16 hours X $850/hour = $13,600

For your records, my social security number is . I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

September 18, 2015

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from August 20, 2015 through August 21, 2015. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 2.75 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 2.75 hours X $850/hour = $2337.50

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Atlant
Teleph

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

September 18, 2015

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from August 20, 2015 through August 21, 2015. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 3 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 2.75 hours X $850/hour = $2337.50

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

T

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

April 30, 2015

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from April 16, 2015 through April 30, 2015. Please consider this interim billing for my services rendered.

During this time period, I spent a total of 3 hours on the above matter. My hourly consulting fee is $850/hour.

Total fee due = 3 hours X $850/hour = $2550.

For your records, my social security number is . I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.
1

Sincerely,

EMORY UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF OPHTHALMOLOGY
1365B Clifton Road, N.E. Atlanta, Georgia 30322

February 15, 2015

Emma Neff
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street Suite 400
Chicago, IL 60661

Dear Ms. Neff:

This invoice concerns consulting on the Mirena litigation from July 11, 2014 through February 15, 2015. Please consider this interim billing for my services rendered.

(7/3/14 Received $2550 for 1st 3 hours of review )

| | | |
|---|---|---|
| 7/11/14 | Meeting X 1.25 hrs at $850/hr | $1062.50 |
| 11/8-9/14 | Literature review X 3.5 hrs at $850/hr | $2975 |
| 12/4/14 | Telephone X 70 mins at $850/hr | $ 992 |
| 1/15/15 | Report X 4.5 hrs at $850/hr | $3825 |
| 1/17/15 | Report X 1.5 hrs at $850/hr | $1275 |
| 1/19/15 | Report X 2 hrs at $850/hr | $1700 |
| 1/20/15 | Report X 2 hrs at $850/hr | $1700 |
| 1/21/15 | Report X 1 hr at $850/hr | $ 850 |
| 2/12/15 | Meeting X 2 hrs at $850/hr | $1700 |
| 2/14/15 | Report X 1.5 hrs at $850/hr | $1275 |
| 2/15/15 | Report X 2.5 hrs at $850/hr | $2125 |
| | (Subtotal | $19,479.50) |
| | Total due: | $16,929.50 |

(In summary, during this time period, I spent a total of 22.92 hours on the above matter. My hourly consulting fee is $850/hour. I was paid for the first 3 hours of review already by a retainer check received on July 3, 2014. Therefore, total due is $16,929.50.)

For your records, my social security number is I remain available. Thank you for your prompt attention to this matter.

Please send payment to:

Nancy J. Newman, M.D.

Sincerely,

N. J. N.

(1)

Bayer Mirena IUD/IIH (Billing)

(- 7/3/14 Received $2550 for 1st 3 hrs of review)

| | | |
|---|---|---|
| - 7/11/14 | Meeting x 1.25 hrs @ $850/hr | 1062.50 |
| - 11/8-9/14 | Literature review x 3.5 hrs " " | 2975 |
| - 12/4/14 | Telephone x 70 min " " | 992 |
| - 1/15/15 | Report x 4.5 hrs @ $850/hr | 3825 |
| - 1/17/15 | " x 1.5 hrs " " | 1275 |
| - 1/19/15 | " x 2 hrs " " | 1700 |
| - 1/20/15 | " x 2 hrs " " | 1700 |
| - 1/21/15 | " x 1 hr " " | 850 |
| - 2/12/15 | Meeting x 2 hrs " " | 1700 |
| - 2/14/15 | Report x 1.5 hrs " " | 1275 |
| - 2/15/15 | Report x 2.5 hrs | Billed 16,929.50 2/15/15 Recd 3/14/15 2125 |
| - 4/16/15 | Article review x 2 hrs | 1700 |
| - 4/30/15 | Telephone x .25 hrs | 212.50 |
| - 4/30/15 | Report/Attach x .75 hrs | Recd 5/13/15 Billed 2550 4/30/15 637.50 |
| - 8/20/15 | Review x .75 hrs | 637.50 |
| - 8/20/15 | Telephone x .5 hrs | 425 |
| - 8/21/15 | Report x 1.5 hrs | Billed 2337.50 9/18/15 Recd 10/7/15 1275 |
| - 10/1/15 | Telephone x .5 hrs | 425 |
| - 10/8-13/15 | Report/Review Craig x 7.5 hrs | 6375 |
| - 10/22 + 10/27/15 | Report/Review Battyes x 8 hrs | Billed 13,600 10/27/15 Recd 11/8/15 6800 |
| - 11/12/15 | Record review x 1.5 hrs | 1275 |
| - 12/1/15 | " " " " | Billed $2550 12/10/15 Recd 2/6/16 1275 |
| - 1/14/16 | Semder for ads, hrt 0.5 hrs | 425 |
| - 1/24/16 | Record review x 1 hr | 850 |
| 1/26/16 | Review x 2 hrs | 1700 |

(2)

| | | | | |
|---|---|---|---|---|
| - 1/27/16 | Record review | x 4.5 hrs | @ ~~$900~~ 850/hr | $ ~~4050~~ 3825 |
| - 1/28/16 | " " | x 2 hrs | " " | $ 1700 |
| - 1/29/16 | " " | x 7 hrs | @ 850/hr | 5950 |
| - 1/30/16 | " " | x 7 hrs | @ " | 5950 |
| - 1/31/16 | " " | x 11.5 | " " | 9775 |
| - 2/2/16 | Mtg x | 2 hrs | @ 850/hr | 1700 |
| - 2/3/16 | Record review | x 1.5 hrs | " " | 1275 |
| - 2/4/16 | Telephone | x 1.5 hrs | " " | 1275 |
| - 2/4/16 | Record review | x 1.5 hrs | | 1275 |
| - 2/4/16 | Report | x 1 hr | | 850 |
| - 2/6/16 | " | x 2 hrs | | 1700 |
| - 2/7/16 | " | x 2 hrs | | 1700 |
| - 2/11/16 | Telephone | x 2 hrs | | 1700 |
| - 2/11/16 | Telephone | x .5 hrs | | 425 |
| - 2/18/16 | Telephone | x 1.5 hrs | Received 2/23/16 | 1275 + expense billed 43, 2/18/16 |
| - 2/19/16 | Telephone | x 1.5 hrs | | 1275 |
| - 2/21/16 | Review | x 1 hr | | 850 |
| - 2/23/16 | Telephone | x 1 hr | | 850 |
| - 3/10/16 | Telephone | x 1 hr | | 850 |
| - 3/10/16 | Review x | 2.5 hrs | | 2125 |
| - 3/22/16 | Telephone + admin x | 1 hr | | 850 |
| - 3/24/16 | Review | x 1 hr | Received 4/11/16 Billed $7650 3/24/16 | 850 |
| - 4/20/16 | " | x 6 hrs | | 5100 |
| - 4/30/16 | Review | x 4 hrs | | 3400 |
| - 5/1/16 | " | x 4 hrs | | 3400 |
| - 5/3/16 | " | x 8.5 hrs | Paid 5/10/16 Billed $17,125 5/3/16 | 7225 |
| - 5/20/16 | " | x .5 hrs | | 425 |
| - 5/21/16 | " | x 5.5 hrs | " " | 4675 |
| - 5/22/16 | " | x 5 hrs | | 4250 |
| - 5/31/16 | " | x 1 hr | | 850 |

(5)

| | | | |
|---|---|---|---|
| - 6/2/16 | Meeting x 10 hrs @ $850/hr | | 8500 |
| - 6/4/16 | Review x 2 hrs " " | | 1700 |
| - 6/6/16 | Gathering materials x 2 hrs " | | 1700 |
| - 6/7/16 | Meeting x 10 hrs @ " " | | 8500 |
| - 6/13/16 | Review x 2 hrs " " | | 1700 |
| - 6/14/16 | Meeting x 4 hrs " " | | 3400 |
| - 6/15/16 | Review x 3 hrs " " | | 2550 |
| - 6/16/16 | " x 2 hrs " " | | 1700 |
| - 6/16/16 | Depo x all day = 10 hrs " " | [illegible] Billed $48,450 6/16/16 Recvd 6/22/16 | 8500 |
| - 6/28/16 | Review x 1 hr | | 850 |
| - 7/5/16 | Review x 5 hrs | | 4250 |
| - 7/8/16 | Telephone x 1.5 | | 1275 |
| - 7/14/16 | Report x 4.5 | | 3825 |
| - 7/15/16 | Telephone x 1 hr | | 850 |
| - 7/20-21/16 | Record review (depo) x 8.5 hrs | Recvd 8/10/16 $19,550 | 7225 |
| - 7/21/16 | Telephone + [illegible] x 1.5 (23) | Billed 7/24/16 | 1275 |
| - 8/16/16 | Review + telephone x 1.5 | Billed 9/15/16 Recvd 9/20/16 | 1275 |
| - 9/17/16 | Review x 2 hrs @ 850/hr | | 1700 |
| - 9/29/16 | Review + phone x 2 hrs | Recvd $3400 10/29/16 | 1700 |
| - 11/30/16 | Review x 1 hr | | 850 |
| - 12/1/16 | Telephone x 1 hr | | 850 |
| - 12/13/16 | Meeting x 3 hrs | Recvd 12/29/16 Billed $3950 12/13/16 | 2550 |
| - 1/10/17 | Review x 3.5 hrs | | 2975 |
| - 1/12/17 | Review x 1 hr | | 850 |
| - 1/16/17 | Telephone x 1.5 hrs | | 1275 |
| - 1/16/17 | Report x 5 hrs | | 4250 |
| - 1/17/17 | Review x .5 hr | Billed $9775 1/28/17 Recvd 2/10/17 | 425 |
| - 2/5/17 | Review/report/telephone x 5 hrs | | 4250 |
| - 2/6/17 | Report x 1.5 hrs | | 1275 |
| - 2/14/17 | Review (materials) x 1 hr | | 850 |

(T)

Billed $6800 3/1

| Date | Description | Rate | Note | Amount |
| --- | --- | --- | --- | --- |
| 2/27/17 | Image review x .5 hrs | @ $850/hr | Forward 3/17/17 | $425 |
| 3/16/17 | Meeting x 2 hrs. | " " | | 1700 |
| 3/16/17 | Prep for meeting x 1 hrs | " " | Billed $2550 4/10/17 Recd 4/28/17 | 850 |
| 9/26/17 | Record review x 2 hrs | " " | | 1700 |
| 9/28/17 | Meeting x 2 hrs | " " | Billed $3400 10/24/17 Recd 11/6/17 | 1700 |
| 11/30/17 | Draft report review x 1.5 hrs | " " | | 1,275 |
| 12/1/17 | Draft report related review x 3 hrs | " | | 2550 |
| 12/2/17 | Finishing above x .5 hrs | | | 425 |
| 12/7/17 | Telephone x 1.5 hrs | " " | Recd 12/16/17 Billed $5525 12/9/17 | 1275 |
| 1/3/18 | Review reports x 3.5 hrs | | | 2975 |
| 1/4/18 | Admin/review x 1 hr | | | 850 |
| 1/4/18 | Review x 2 hrs | | | 1700 |
| 1/5/18 | Review x 1 hr | | | 850 |
| 1/6/18 | Review x 1 hr | | | 850 |
| 1/7/18 | Review x 3 hrs | | | 2550 |
| 1/11/18 | Review + telephone x 4 hrs | | | 3400 |
| 1/13/18 | Review x 1 hr. | | | 850 |
| 1/14/18 | Review/Draft Report x 2 hr | | | 1700 |
| 1/14/18 | Draft Report x 1 hr | | | 850 |
| 1/15/18 | Draft " x 1 hr | | | 850 |
| 1/16/18 | Review x 1 hr | | | 850 |
| 2/1/18 | Meeting prep x 2 hrs | | | 1700 |
| 2/1/18 | Meeting x 9 hrs | | | 7,650 |
| 2/2/18 | Meeting x 4 hrs | | | 3400 |
| 2/3/18 | Review x 7 hrs | " | | 5950 |
| 2/4/18 | Review x 8 hrs | | | 6800 |
| 2/5/18 | Review x 3 hrs | | | 2550 |
| 2/6/18 | Review x 2 hrs | | | 1700 |