# EXHIBIT K

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO.II)**

17-MD-2767(PAE)
17-MC-2767 (PAE)

***This Document Relates to All Actions***

---

# EXPERT REPORT OF NANCY J. NEWMAN, M.D.

**General Report of Nancy J. Newman, M.D.**

**Background:** (see attached CV)

I am the LeoDelle Jolley Professor of Ophthalmology, Professor of Ophthalmology and Neurology and Instructor in Neurological Surgery at the Emory University School of Medicine, a major academic and teaching university, where I serve as the Director of Neuro-Ophthalmology. I have also held the academic position of Lecturer in Ophthalmology at Harvard Medical School. I attended Princeton University, the University of London on a Marshall Scholarship, and Harvard Medical School. I trained in Internal Medicine and Neurology at the Massachusetts General Hospital where I was Chief Resident in Neurology, and in Neuro-Ophthalmology at the Massachusetts Eye and Ear Infirmary. I am a Fellow of the American Academy of Neurology, the North American Neuro-Ophthalmology Society, and the American Neurological Association. I am currently Chair of the Executive Board of the North American Neuro-Ophthalmology Society, for which I was previously President-Elect and President. I have served on the Editorial Boards of the American Journal of Ophthalmology (Executive Editor), Seminars in Neurology, Journal of the Neurological Sciences and the Journal of Neuro-Ophthalmology (Executive Editor). I have over 450 publications, including scientific articles, book chapters and books, including the primary textbook in Neuro-Ophthalmology, *Walsh & Hoyt's Clinical Neuro-Ophthalmology, 5th and 6th Editions*. I have extensive clinical, research, teaching and service experience, with special expertise in diseases of the optic nerve and neuro-ophthalmologic manifestations of neurologic and systemic disease. Over the course of my more than 25 years of clinical practice, I have been involved with the management of more than 1,000 patients with raised intracranial pressure, most of them diagnosed with idiopathic intracranial hypertension (IIH). I have published extensively on the topic and our group has reported some of the most important recent research on prognostic factors for visual loss from this disorder. I have lectured extensively worldwide on IIH through lectures to trainees, continuing medical educational courses for ophthalmologists, neurologists and neurosurgeons, and invited professorships and lectureships. I was a Site Investigator for the recently completed NIH-sponsored Idiopathic Intracranial Hypertension Treatment Trial (IIHTT).

**Overview of IIH:**

Idiopathic intracranial hypertension (IIH) is a disorder of increased intracranial pressure (ICP) of unknown etiology. Diagnosis is established by the modified Dandy criteria (Friedman 2002) which stipulate: signs and symptoms of increased intracranial pressure (such as headaches, nausea, vomiting, transient visual obscurations, papilledema); no localizing focal neurological signs except unilateral or bilateral sixth nerve paresis; CSF opening pressure $\geq$ 25 cm of water

but without cytological or chemical abnormalities; and normal neuroimaging adequate to exclude cerebral venous thrombosis (typically MRI of the brain, often with additional CT or MR venography). These criteria will specifically exclude those patients with elevated ICP from identifiable causes such as intracranial mass lesions, a meningeal process, or cerebral venous thrombosis. IIH occurs most frequently among obese or overweight women of childbearing age, with a strong dose-relationship with higher body mass index (BMI) and with recent weight gain. Even nonobese patients have an increased risk of developing IIH in the setting of even modest weight gain (5-15% of their weight) (Daniels 2007). Rarely, the diagnosis of IIH is made even in individuals of normal weight without recent weight gain. IIH in prepubertal children is unusual and men represent only 10% of the IIH population. Obstructive sleep apnea may also contribute to the development and severity of IIH. The exact incidence of IIH is unknown and likely varies depending on the population studied. A recent study in the U.K. (Raoof 2011) reported an overall incidence of 1.56/100,000/year, 2.86/100,000/year for women, and 11.9/100,000/year for obese women, with prevalence rates of 10.9/100,000 general population and 85.7/100,000 obese women. Previous studies around the world have reported incidence/100,000 rates ranging from 0.9 to 2.2 among the total populations and from 0.86 to 4.3 among females, with similarly increased rates among obese women when that information is available. For example, in the study by Durcan et al. the annual incidence of IIH was 0.9 per 100,000 in the general population, increasing to 3.5/100,000 woman years for women of reproductive age, and further increasing to 13-14.85 in women who were >10% over ideal body weight and 19.3/100,000 in women more than 20% over ideal body weight (Durcan 1988). Increasing obesity rates throughout the world have and will undoubtedly continue to increase the incidence and prevalence of IIH, as a recent U.S. study demonstrated (Kilgore 2017). In an updated assessment of the incidence of IIH, Kilgore et al. report that the annual incidence of IIH in the general population increased from 1.0/100,000 from 1990 to 2001 to 2.4/100,000 from 2002 to 2014, in correlation with increasing obesity rates. The incidence of IIH was 6.8/100,000 woman years for women of reproductive age, increasing to 22.0/100,000 in obese women.

**Clinical management of IIH:**

The clinical symptoms of IIH are those of increased ICP in general, and vary markedly among patients from little or no headache to a fulminant presentation with severe visual loss. Most patients have some degree of headache, with varying complaints of pulsatile tinnitus, double vision and transient, often posturally-related, blackouts of vision. Examination findings almost always include papilledema (swelling of both optic nerve heads due to transmission of elevated ICP to the front of the optic nerves), and many patients will have visual field abnormalities, on occasion severe and consistent with legal blindness. Ocular misalignment from sixth cranial nerve dysfunction occurs in about a quarter of cases.

The clinical course of IIH is also variable and largely unpredictable, ranging from a benign form that does not even require treatment to a severe fulminant form that requires emergent surgical intervention. Overall, the disease results in severe permanent visual damage in approximately 10% of patients (Ball 2006). The main predictor of visual outcome is the degree of visual compromise at presentation, with those with very mild or absent visual dysfunction at the time of diagnosis likely to follow a relatively benign course and those with a fulminant onset likely to be severely affected. Several prognostic factors have been independently associated with a worse visual outcome: male gender, black race, morbid obesity, obstructive sleep apnea, anemia, and an acute onset of symptoms and signs (fulminant IIH). The syndromes of raised ICP that have been ascribed to medication use, such as minocycline, are usually less severe and immediately responsive to removal of the drug, although exceptions have been reported.

The two goals of treatment of IIH are to alleviate the symptoms of raised ICP, particularly headaches, and to preserve vision. Initial treatment begins with the diagnostic lumbar puncture, which is often effective in alleviating symptoms transiently, and occasionally provides more lasting relief (De Simone 2005). Weight loss is critical, with improvement in symptoms and signs reported with even a modest reduction in weight (about 5-10% of total body weight), but its effects may not be enough in the short term of management. Bariatric surgery can be considered in those IIH patients who are morbidly obese. The mainstay of medical treatment in IIH remains acetazolamide, a carbonic anhydrase inhibitor, whose mechanism of action is likely via decrease in cerebrospinal fluid production. The recently-completed NIH-sponsored Idiopathic Intracranial Hypertension Treatment Trial (IIHTT) demonstrated acetazolamide's efficacy in IIH patients with mild visual field loss as regards visual function, papilledema severity, and quality of life, but not headache control. Topiramate is also used by some clinicians for its ICP-lowering effects, its headache control, and its effects on weight reduction. Surgical interventions are usually required for IIH patients with a fulminant course and for those who have failed medical management. The choice of either a cerebrospinal fluid diversion procedure (ventriculo-peritoneal or lumbo-peritoneal shunts) or optic nerve sheath fenestration depends on both local resources and the patient's symptoms and signs. Typically, optic nerve sheath fenestration is reserved for those cases with papilledema and severe visual loss with minimal or no headache, while shunting procedures are the mainstay of treatment in those patients with persistent headaches and progressive visual loss who cannot tolerate or have found no relief from medical therapies. In selected IIH patients with transverse venous sinus stenoses, endovascular venous sinus stenting can reduce cerebral venous pressure, thereby reducing ICP and improving symptoms and signs. However, venous stenting can result in serious complications, and more widespread use of this intervention requires more safety and long-term-outcome data.

The headaches that occur from increased intracranial pressure are often indistinguishable from those resulting from other causes, including migraines and chronic tension headaches. Indeed, headache disorders such as migraine are very common (Burch 2015), and it is not unusual for people (without IIH) to have headaches, the etiology of which remains uncertain. Some IIH patients may have had pre-existing headache syndromes, with or without clear classification. Furthermore, some IIH patients may continue to have headaches even after their intracranial hypertension has been successfully treated. Headaches that are unresponsive to the lowering of intracranial pressure that occurs with lumbar punctures, or that are present in a patient with documented resolution of intracranial hypertension, should be treated with conventional headache management rather than with agents or interventions designed specifically to lower intracranial pressure.

Although most IIH patients have a relatively benign and even self-limited course, especially when treated in a timely and appropriate manner, all IIH patients require careful monitoring of their symptoms and visual function, the latter via quantitative automated perimetry, in order to prevent irreversible visual loss. Decisions on when and how to treat the IIH patient frequently involve a multidisciplinary team, including physicians, surgeons and nutritionists, versed in the care of these patients. The optimal management of IIH patients often requires a clinical expertise primarily found among neuro-ophthalmologists, especially those at academic institutions with the necessary resources and personnel.

**Causes of IIH:**

In order to determine the cause of elevated ICP in any given patient, the underlying pathophysiology of the process must be elucidated. Unfortunately, the pathophysiological mechanisms underlying the elevated ICP in IIH patients remain unclear. Those classically proposed include reduced cerebrospinal fluid absorption, increased venous pressure, increased brain water content, and excess cerebrospinal fluid production, although multiple coexisting mechanisms may contribute. Most theories begin with the assumption that there is something about young obese women, especially those who may have transverse sinus stenoses, which makes them susceptible to the development of elevated ICP. Although various medications (such as tetracycline and its derivatives, cyclosporine, lithium, nalidixic acid, nitrofurantoin, oral contraceptives, levonorgestrel implants, danazol and tamoxifen) have been proposed to cause IIH, this is not substantiated by well-designed epidemiologic studies. Compelling test-retest cases are few in number and mostly limited to patients using minocycline; indeed, tetracyclines are the only drug class that have been shown to be associated with IIH in case-control studies after controlling for weight (Daniels 2007).

There are several impediments to proving causation in IIH, especially as regards purported medications, including:

1) What we call "IIH" is likely heterogeneous, including all disorders of isolated raised ICP without definitive cause: as noted above, although most IIH patients are young obese women, IIH occurs in men, in older individuals, and in some patients who are not overweight or have not had a recent weight gain.
2) There are many confounding issues within the IIH population, the most important of which are obesity and weight gain; for example, no well controlled epidemiologic studies have demonstrated any agent, including antibiotics or contraceptive therapies, to be independently related to the diagnosis of IIH in this study population, likely reflecting the common occurrence of obesity and use of these agents within the reference range of young women.
3) Case reports, which make up the bulk of the evidence suggesting an association between IIH and any substance, are our lowest class of evidence in the hierarchy of publications; test-retest data are lacking in the majority of cases and reports of dechallenge are confounded by concurrent treatment interventions.
4) IIH is frequently misdiagnosed (Fisayo 2016), and assigned ICD codes are often wrong (Koerner 2014), both of which may introduce misclassification bias, particularly in studies which rely on coding to identify cases.

There are even further confounding issues regarding specific claims of causation of IIH by various agents used for birth control. By definition, individuals using these forms of birth control are women in their child-bearing years, the exact population at risk for IIH, setting up the confounders of age and gender. Furthermore, there is a high prevalence of obesity within the developed world, and hence in the populations using these agents, and relevant clinical information such as body mass index and history of recent weight gain is most often unavailable in reports claiming causation. Indeed, epidemiologic and case-control studies have specifically shown a lack of association between the use of oral contraceptives and the development of IIH (Digre 1984; Durcan 1988; Ireland 1990; Giuseffi 1991; Radhakrishnan 1993). Single case reports associating oral contraceptive use with IIH are nearly all confounded by increased BMI or recent weight gain. Claims of dechallenge based on resolution of IIH after discontinuation of the medications must be interpreted with caution given the fluctuating course of IIH and the well-accepted response of IIH to treatment with lumbar puncture, acetazolamide and weight loss, often resulting in early remission. Finally, there is no accepted pathophysiologic mechanism by which oral contraceptives could cause IIH, and assumptions based on case reports are frequently later discredited. For example, early case reports of IIH occurring in individuals using oral contraceptives consisting of combined estrogen and

progestin ingredients claimed that the estrogen was the causal element because switching to a progestin-only agent resulted in improvement of the IIH; however, concurrent treatment with lumbar puncture and acetazolamide confounds these allegations of causation. Leading textbooks in my field, such as Walsh & Hoyt's, note that hormonal contraception has not been shown to cause IIH (Walsh & Hoyt 6th Ed. 2005; Liu 2010).

The literature specifically suggesting that levonorgestrel (in the form of Norplant) use may be associated with IIH is sparse and of a low level of evidence. In 1993, Sunku et al. reported in an abstract for a poster two women in their 20's who developed IIH 9 months and 12 months after Norplant implantation whose symptoms resolved with removal of Norplant, lumbar puncture and diuretics (Sunku 1993). No mention was made of body habitus. Similarly, in another poster abstract, Tang et al. reported that they studied 100 Norplant users and performed lumbar punctures on those patients with disc edema; however, the number of cases found, weight-related information, and the results of any investigations were not provided (Tang 1995). In a letter to the editor from 1995, Alder et al. described two nonobese females aged 16 and 19 who developed IIH 4-5 months after Norplant implantation and whose symptoms resolved with removal of Norplant and at least lumbar puncture (Alder 1995). No information was provided regarding whether the patients were overweight or had had recent weight gain. In the 16-year-old, IIH recurred three times over the subsequent 18 months despite the removal of Norplant. The authors also reviewed the combined registry data from the National Registry of Drug-Induced Side Effects (Casey Eye Institute, Portland, Oregon), the Food and Drug Administration's Spontaneous Reporting System (Rockville, MD), and the World Health Organization's Collaborating Center for International Drug Monitoring (Uppsala, Sweden) in which a total of 56 cases of intracranial hypertension or disc edema were found. The search terms used are not specific to IIH and may have been confounded by including other causes of intracranial hypertension. The patients were female, with a mean age of 22 years with treatment with Norplant for a mean of 206 days (range 9-616) before the onset of symptoms or signs, but no data were available regarding the weight of these patients. The authors themselves concluded that "levonorgestrel may have contributed to the onset of intracranial hypertension, or it may have had nothing to do with it." Also in 1995, in a similar review of only the FDA's MedWatch Spontaneous Reporting System on adverse events in Norplant users reported from 1991-1993 (Wysowski 1995), 39 women aged 16-32 years (mean 23 years) were reported with IIH, although there is no indication of how the accuracy of that diagnosis was confirmed. Lumbar puncture information was only available in 20 patients, with opening pressures ranging from 214-550. Eighteen patients were reported as either obese (16) or overweight (2) and weight was not reported for the other 21 patients (54%). Hence, all patients for whom there was weight information were obese or overweight. Eight women reported weight gain after Norplant insertion, one woman had a history of IIH prior to Norplant insertion,

four patients continued Norplant with resolution of symptoms, 16 had resolution of symptoms with removal of Norplant, and 6 had continued symptoms despite removal of Norplant. The reporting rate of IIH in Norplant users was calculated at 5.5 per 100,000. Once again, the authors themselves concluded "It is not possible to determine whether Norplant, obesity or weight gain, or both factors, are related to the occurrence of [IIH]." Re-evaluation of these data by Sivin in a letter to the editor suggested that the IIH reporting rate for Norplant users was more accurately calculated to be 3.68/100,000 (Sivin 1995).

In conclusion, all the literature suggesting an association between Norplant use and IIH suffers from severe methodological limitations. Most of the literature is not peer-reviewed and in two cases consists of abstracts whose content never even became published articles. None of the reports contain complete exposure information such as the number of cases and the number of individuals exposed who did not develop IIH, and many reports lack information on the very important variables of body mass index and recent weight gain, as well as other comorbidities. The temporal relationships remain unclear, none of the reports involve rechallenge, and dechallenges likely occurred simultaneously with treatments such as lumbar puncture, acetazolamide use and weight loss. Several of the authors acknowledge many of these limitations and conclude that it is impossible to say that Norplant was responsible for the development of IIH in the studied populations. Hence, the purported association between IIH and levonorgestrel in the form of Norplant, mentioned by numerous authors, including me, is not evidence of a causal relationship. Therefore, review of the available literature indicates that evidence confirming a causal relationship between levonorgestrel implant use and IIH is lacking.

Similarly, regarding specific claims of causation of IIH by Mirena, there is no accepted pathophysiologic mechanism by which Mirena could cause elevated ICP. Claims that Mirena causes weight gain and therefore could precipitate IIH are not supported by the recent literature specifically investigating weight gain in Mirena users (Dal'Ava 2012; Vickery 2013; Modesto 2015; Dos Santos 2017). It is the Mayo Clinic's view, expressed in a 2013 "Concise Review for Clinicians," that "long-acting reversible contraception may be the ideal first option for most women, including those with higher BMI..." (Marnach 2013). Body mass index is a particularly important confounder when considering a purported association between Mirena and IIH, as evidence supports that Mirena is preferentially prescribed for obese women and is specifically recommended by leading provider resources such as UpToDate (Peipert 2011; Saito-Tom 2013; Bhuva 2017; Edelman 2017; Mosher 2017). A history of migraine may also confound an association between Mirena and IIH, as Mirena and other progestin-only methods are recommended by the CDC for women with a history of migraine (CDC 2016).

A few recent publications address the possible relationship between Mirena and IIH. Once again, they have severe methodological limitations and/or are of a low level of evidence. The first is a non-peer-reviewed abstract from the International Neuro-Ophthalmology Society meeting in 2010 (Martinez 2010) in which a 45 year old non-obese woman is described as an atypical case of pseudotumor cerebri. No information on weight gain or a specific BMI is provided. The patient complained of progressive visual field constriction over 4 years during which (at least some of the time) she was using a levonorgestrel intrauterine device for endometriosis. No information is provided on the temporal relationship of the insertion of her device and her symptoms. The patient had no symptoms of elevated intracranial pressure and no papilledema or optic nerve pallor. Lumbar puncture initially documented a normal opening pressure of only 20 cm, although "dynamic measurement of CSF opening pressures" apparently revealed pressures as high as 70 cm. Treatment with these lumbar punctures and acetazolamide resulted in improvement of her visual fields and it is unclear when, relative to treatment, her IUD was removed. The limited information provided in this abstract does not allow for a confirmed diagnosis of IIH in this patient, nor can any causal conclusions be drawn between the use of a levonorgestrel intrauterine device and either the dynamic measurement of CSF opening pressures (the methodology of which is not described in this abstract) or the progressive visual field loss in this patient. Indeed, peripheral visual field loss from elevated intracranial pressure can only occur in the setting of that patient having papilledema (which was not found in this patient). The case, therefore, is clinically questionable and is of no scientific value.

I have also reviewed the recent Ros Forteza case report (Ros Forteza 2017; IIH_EU01083403). This letter to the editor describes a case in which a patient presented with typical minocycline-associated increased intracranial pressure, having initiated minocycline seven days before presentation. Minocycline was discontinued and the patient began to improve almost immediately. Three weeks later (after papilledema had begun to improve and an opening pressure was normal), the patient's Mirena, which she had used for two years before the presentation, was removed. Nothing in this case indicates that the patient's symptoms had anything whatsoever to do with her use of Mirena.

The first published study concerning levonorgestrel intrauterine devices and intracranial hypertension was a 2-pronged study by Etminan and colleagues (Etminan 2015). In it the authors conducted a retrospective analysis of the FDA Adverse Event Reporting System [FAERS] database to quantify a reporting odds ratio (ROR) for intracranial hypertension and the use of Mirena, and a retrospective analysis of claims data. None of these authors are neuro-ophthalmologists or even clinicians with any experience with IIH. Both of their analyses suffer from a number of flaws, including: use of search terms that were far too broad to truly assess

the prevalence of idiopathic intracranial hypertension, such as papilledema; inclusion of terms that would actually preclude a diagnosis of IIH, such as cerebral edema, obstructive hydrocephalus, and normal pressure hydrocephalus; and a very poor description of methods. No effort was made to control for confounders such as reproductive age (omitted from the FAERS analysis), other medications which might have precipitated IIH, recent weight gain, or even BMI (this was only estimated), as Mirena is preferentially prescribed for obese women (Peipert 2011; Saito-Tom 2013). Dr. Etminan subsequently acknowledged significant errors in his disproportionality analyses (4/15/2016 Etminan Deposition; 12/2016 Etminan Affidavit; Etminan 2017 LTTE). He also acknowledged that once those errors were corrected for there was no signal of an increased reporting odds ratio of IIH with the use of Mirena. Of note, as the FDA has repeatedly noted, an elevated reporting odds ratio, even if present, is not evidence of causation, as it is based on spontaneous reports and may be effected by factors such as stimulated reporting from litigation (FAERS Q&A (available online); FDA 2005). Importantly, in their analysis of claims data, these authors found no significant difference in the frequency of "intracranial hypertension" between patients using Mirena versus two other contraceptive medications, which does not support a causal relationship between Mirena and intracranial hypertension.

In a 2017 publication of work previously presented in two poster presentations (Valenzuela 2015; Rai 2015), Valenzuela and colleagues (Valenzuela 2017) describe the clinical characteristics of IIH in their database of reproductive-aged women, including some who used levonorgestrel intrauterine devices. They found no difference in clinical features (including BMI) in the IIH patients who were using levonorgestrel intrauterine devices compared with those IIH patients who were not; these identical clinical profiles would not support a causal association of Mirena and IIH. In contrast, for example, the same group previously found significant differences in clinical characteristics and presentation between tetracycline users with a syndrome of raised intracranial pressure versus non-users with IIH (Miller 2014). The authors also attempted to compare Mirena exposure in two IIH populations (Utah and Denmark) and non-IIH "controls," and they report unadjusted odds ratios based on those comparisons of 7.70 and 3.91 in Utah and Denmark, respectively. However, methodologic limitations—including a several fold underestimation of Mirena exposure in both Utah and Denmark controls (Cibula 2008; Boulet 2016; Sanders 2017; Lindh 2017) and a failure to control for BMI, recent weight gain, or age between IIH patients and those without IIH—render those reported associations meaningless. Moreover, more complete information was gathered for patients (IIH patients who were contacted for phone interviews or whose medical records were reviewed) than controls (women for whom nothing was known except their gender and whether they had a documented Mirena insertion at one healthcare system during the limited periods of study, thereby misclassifying women who had had Mirena placed in previous years

but were still within the five year window of use). Given these limitations, this study does not establish that Mirena is a causal or independent risk factor for IIH. Indeed, the authors themselves concluded that their study does not suggest that Mirena can cause IIH. The authors conclude by stating that they would not recommend the removal of Mirena for women with or at risk for IIH. I agree, and that is consistent with my clinical practice.

Review of Mirena post-marketing data up until September 28, 2015, as described in a 2015 Signal Assessment by the manufacturer (INDNDA_00481727 to -749), reveals 115 possible cases of IIH (69 "medically-confirmed"), representing a rate of case reports of levonorgestrel-containing IUD users (Mirena and Jaydess/Skyla) diagnosed with IIH extremely low at 0.09 cases per 100,000 woman-years, a rate that is 1-2 orders of magnitude below the expected rate in this patient population. 84% of the 48 cases in which information regarding weight is available were either obese or overweight, indicating that Mirena patients with IIH have similar clinical characteristics to non-users with IIH.

In its most recent review of postmarketing data, the company identified 346 possible cases of IIH, the majority of which (more than 60%) were submitted in the context of US litigation (IIH_EU00606946). Even including recent litigation cases, the reporting rate for IIH in Mirena users was 0.22 per 100,000 woman-years, which remains well below the expected incidence in women of reproductive age, even factoring in substantial underreporting. In more than 90% of the cases (90 of the 99) in which information on BMI was available, patients were overweight, obese, or had recent weight gain. Additionally, a clear temporal pattern was not established. Indeed, in several cases, the syndrome predated the use of Mirena, and in the majority of cases, Mirena had been inserted more than one year prior to the diagnosis. Among the 68 patients for whom there is information about the clinical course after Mirena removal, 37 patients improved or recovered (who likely were treated with lumbar puncture, medical and/or surgical therapy, and weight loss, as is standard practice among physicians managing a patient newly diagnosed with IIH), and 31 did not recover, which does not support a causal relationship. Interpretation of dechallenge in these patients is confounded by treatment for IIH. The postmarketing data provides no information on recurrence following removal of Mirena; however, previous assessments report at least one case in which IIH recurred more than two years following removal (INDNDA_00481727 to -749). In 25 patients in whom Mirena was not removed, no clear pattern of clinical course emerged: 5 patients improved or recovered, 7 patients did not, and 13 had no further information, which again does not support a causal relationship.

**Plaintiff Experts:**

I have reviewed the reports of the plaintiffs' experts in this litigation, including those of Drs. Fraunfelder, Moye, Johanson, Salpietro, Plunkett, Wheeler, and Darney. Strikingly, notwithstanding that the disease at issue is a neuro-ophthalmic disorder, as some of the plaintiffs' experts note (see Plunkett report, page 24), none of the plaintiffs' experts are neuro-ophthalmologists.

At times, the plaintiffs' experts reach conclusions that contradict fundamental observations regarding this disease—and, in more than one instance, that contradict one another. For example, while Dr. Johanson states that progesterone decreases CSF production and has an inhibitory effect on raised intracranial pressure, Dr. Salpietro (acknowledging that levonorgestrel is a progestin) says progesterone's effect on CSF production is excitatory, and while Dr. Wheeler recognizes that gynecologists are taught that obese women may be particularly good candidates for Mirena and that many women who receive a Mirena have an elevated BMI, Dr. Moye states that he is not aware of any clinical evidence that Mirena is used more commonly in obese women. Further, even as the plaintiffs' experts suggest that since IIH occurs in reproductive aged women, its etiology must be hormonal, they have chosen to focus on androgens, which are present in higher levels in men than in reproductive-aged women. I address some of the limitations and contradictions of the plaintiffs' experts' methodology and conclusions below. This list is not exhaustive.

To begin, it is inconsistent with clinical practice to assume, as some of the plaintiffs' experts do, that because no treatment was reported in an adverse event report, that none was provided. First of all, a lumbar puncture, which should always be part of the diagnostic workup, usually provides symptomatic relief. Secondly, most clinicians start patients who present with IIH on acetazolamide—not doing so is the exception, not the rule. It is only the rare patient with completely normal visual fields and minimal symptoms who would not be prescribed medication, and, even then, patients generally undergo lumbar puncture and are advised to lose weight. It is more appropriate to assume that there *was* treatment rather than assume there was none, because it would be unethical in most circumstances not to treat a patient who presents with symptomatic elevated intracranial pressure.

As I have noted previously, Dr. Fraunfelder does not specialize in the clinical management of IIH. This is apparent in a number of his conclusions regarding the pathophysiology of IIH. For example, it is not established that CSF overproduction, as opposed to under-resorption, is

responsible for increased pressure in IIH (Markey 2016; Lee 2017). Indeed, in diseases of over-production of CSF, hydrocephalus is typically seen, and this finding is absent by definition in IIH (Jaiswal 2013). Additionally, it is not ischemia to the optic nerve, but rather axoplasmic stasis, that causes vision loss in IIH, with central vision being relatively spared until late in this disorder, as opposed to other causes of optic neuropathy such as ischemia. Nor is it the case that "hydrocephalus" and "cerebral edema" are terms used by healthcare providers to refer to IIH, and, indeed, cases that describe those conditions should actually be excluded from an analysis of IIH and even the somewhat broader term of "pseudotumor cerebri syndrome." As was true of his earlier report, Dr. Fraunfelder primarily relies on published and spontaneously reported case reports. In so doing, he draws conclusions from them that are not supported, and he overstates their findings. For example, while it is true, as Dr. Fraunfelder states, that "the majority" of women with IIH in the post-marketing data who discontinued use of Mirena improved or recovered, nearly as many (31 of 68, or 45.6%) did not (IIH_EU00606946). The same general pattern was seen in those women who did not have their Mirena removed. In addition, while Dr. Fraunfelder admits that the potential association between IIH and oral contraceptives has been "debunked," he omits that those "debunking" studies were conducted at a time when levonorgestrel was among the most common progestins in oral contraceptives prescribed in the United States, and he makes no effort to align his views on oral contraceptives with his conclusion that lower-dose levonorgestrel formulations such as Mirena cause IIH (Gerstman 1991).

Dr. Fraunfelder refers to three cases of IIH that "were detected during the course of Bayer's own clinical trials" of Mirena and other levonorgestrel-releasing intrauterine devices (Report, pages 17-21). I have reviewed those cases. The earliest report describes a woman with diplopia, neither the onset of which (one day after insertion) nor the resolution of which (while she continued to use Mirena) would suggest a causative role for Mirena; a diagnosis of IIH was never confirmed (JSEU_01057343 at -383 to -385). The second report describes a "very unsure" diagnosis in an obese patient (BMI 31) whose lumbar puncture was reportedly normal, and no opening pressure was provided (PIEU_00157045). I disagree with Dr. Fraunfelder's conclusion that a "normal" LP in this setting must refer to the CSF contents, and not the opening pressure. As a practicing neuro-ophthalmologist who regularly diagnoses and treats patients with IIH, I would not describe an LP as "normal" in a patient in whom I was attempting to diagnose IIH if the opening pressure was elevated. Regardless, onset was not temporally related to Mirena use (the event occurred more than 5 years after insertion of her first Mirena and 10 months after insertion of her second Mirena), and her symptoms resolved while she continued to use Mirena. The third report involves a patient diagnosed with IIH in 2009 whose IUD was not even inserted until March 2012, making it impossible to conclude that her IUD caused her IIH (INDNDA_00473411). It is incorrect to characterize these three cases as incident

cases of IIH in the Mirena clinical trials. It would also be incorrect to conclude, based on even two or three cases, that Mirena causes IIH.

Regarding Dr. Moye's report, in choosing to downplay the role of obesity in IIH and to ignore the limitations of the Valenzuela study, Dr. Moye fails to apply the basic epidemiologic principals laid out in detail early in his report. Dr. Moye's assertion that "obesity is not a cause of IIH" and that obesity is merely a "nuisance confounder" (Report, page 27) is erroneous. Overweight/obesity (and, relatedly, recent weight gain) are *the* known modifiable risk factors for IIH, as established in numerous published studies and repeated in every review by experts in IIH, including my publications (Daniels 2007; Biousse 2012; Lee 2017; Kilgore 2017). The failure to control for obesity is not "regrettable," as Dr. Moye suggests (Report, page 31), but rather significantly limits the conclusions that may be drawn from the Valenzuela study, and makes the reported odds ratios unreliable. Interestingly, both Dr. Moye and Dr. Wheeler opine that the long interval between Mirena insertion and IIH onset in the available data may be due to a delay between disease onset and diagnosis. Neither expert acknowledges that if that were the case, it could just as easily be true that the "onset" of disease was before Mirena exposure.

Dr. Johanson's report begins with the tautology that Mirena causes IIH and then selectively incorporates scientific data that he contends supports that theory. His neuroendocrine theory is difficult to align with clinical medicine in several respects. Perhaps most fundamentally, although Dr. Johanson opines that androgen activity in the brain explains elevated intracranial pressure in IIH (page 35, "Conclusions"), he does not explain why, if that were true, the disease overwhelmingly affects women, not men. He offers a number of conclusory statements, without citation, that are at odds with the prevailing views of the neuro-ophthalmic community; for example: that CSF over-production causes elevated intracranial pressure in IIH; that spironolactone is an accepted treatment for IIH or even that it is more effective than placebo; and that sex hormone imbalances "are considered the primary cause" of IIH in prepubertal children. Some of his conclusions regarding Mirena (that it causes many women to be hyperinsulinemic and hyperandrogenic, or that Mirena causes weight gain) are unsupported by the available evidence (Dal'Ava 2012; Vickery 2013; Modesto 2015; Dos Santos 2017), nor does Dr. Johanson provide scientific support for them. It is also wrong to conclude, as Dr. Johanson does, that because acetazolamide effectively treats IIH, over-production of CSF causes IIH.

I emphatically agree with Dr. Salpietro that the pathophysiology of IIH is "incompletely understood" (Report, page 14). However, his leap from that observation to the conclusion that levonorgestrel causes IIH in women is not supported, and many aspects of his theory remain unexplained. For instance, Dr. Salpietro emphasizes the importance of free levonorgestrel in

producing biologic effects in Mirena users, but does not explain why, if exposure to free levonorgestrel is what matters, IIH is not seen with greater frequency in users of LNG-containing oral contraceptives, who have dramatically higher levels of free LNG. Additionally, while Dr. Salpietro acknowledges that my research has demonstrated that testosterone *deficiency* has been associated with IIH in men, he does not explain why androgen *excess* would then account for IIH in women.

Dr. Plunkett acknowledges that levonorgestrel-containing oral contraceptives result in higher blood levonorgestrel levels than Mirena (Report, page 18). As with other experts for the plaintiffs, however, she makes no effort to explain why IIH is not associated with oral contraceptive use in which there are far greater systemic hormone levels. The conclusions that Dr. Plunkett draws from the Norplant case reports are also unsupported by those reports, as addressed earlier in my report.

In his explanation for why IIH does not typically appear in the first several months of Mirena use,[1] Dr. Wheeler opines that IIH may have "latency" phases in which it is "asymptomatic" or "difficult-to-diagnose." (Report, page 23) As noted above, Dr. Wheeler does not explain, were that the case, how he can conclude that any episode of IIH began after Mirena insertion, not before. Even setting that issue aside, Dr. Wheeler's contention is inconsistent with my clinical experience in treating patients with IIH and the temporal pattern observed in patients who were exposed to drugs known to be associated with IIH. For instance, in my experience, patients who present with elevated intracranial pressure following tetracycline antibiotic exposure usually present within days, weeks, or at most a few months after initiation of treatment—not years later. Dr. Wheeler also leaps, as others do, from the observation that IIH occurs primarily in post-pubertal pre-menopausal women, to the assumption that sex hormones must be involved in its pathophysiology—and then, inexplicably, to the further conclusion that it is androgens that drive IIH risk.

It is perhaps not surprising, since Dr. Darney's clinical experience lies outside the neuro-ophthalmic field, that some of his clinical assertions regarding IIH are incorrect. For example, IIH does not typically diminish hearing (Report, page 21), nor is it established that IIH is "particularly common" in women "who have abnormalities of steroid hormone metabolism" (Report, page 22)—in fact, case reports in the diseases he cites, such as Addison's or Graves, are exceedingly rare. Moreover, it is far from established, as Dr. Darney appears to assume,

---

[1] I could not reconcile Dr. Wheeler's contention that 45% of Mirena cases in which latency time is known had a time latency to diagnosis of 6 months or less with the available data (MIR_IIH_EU00606946).

that IIH is an androgen-mediated disease, much less an androgenic side effect of Mirena—as even the papers he cites in support of this theory recognize (Mowl 2009; Kempegowda 2016; Buchanan 2017; Hornby 2017). Additionally, while PCOS has been reported in IIH cases (Glueck 2005), that observation may simply be due to the fact that obesity is an established risk factor for both diseases, a possibility Dr. Darney does not even acknowledge.

In short, the conclusions the plaintiffs' experts reach are not supported by the evidence they provide. Prevalent among many of these reports is the sense that the plaintiffs' experts start a priori with the conclusion that Mirena causes IIH, and then engage in a tautological exercise of finding whatever support they can for that opinion. In so doing, they ignore evidence that does not fit their theories, draw conclusions beyond those of the authors they cite, and presume to have definitively identified the pathophysiology of a disease that, despite decades of study, myself and my colleagues in neuro-ophthalmology still consider to be idiopathic.

**In conclusion, available scientific data do not support an increased incidence of IIH among Mirena users, especially when one considers that the population using Mirena (women in their child-bearing age) is already a high-risk population for IIH. Further confounding occurs if the highest risk factors for IIH (obesity and recent weight gain) are also considered. My opinion, to a reasonable degree of medical certainty, is that the evidence does not establish that Mirena causes or contributes to IIH.**

All of the opinions expressed throughout this report are based on my education, training, experience, and review of the scientific evidence, and I hold them to a reasonable degree of medical and scientific certainty. I am compensated at $850 per hour for my time in this matter. My CV, testimony for the last four years, and a list of materials reviewed are available as appendices to my report. I reserve the right to amend and/or supplement my opinions should new evidence become available or in response to the opinions or testimony of others.

Nancy J. Newman, M.D.

January 18, 2018

# APPENDIX A

**Updated 11/2017**

**CURRICULUM VITAE**

**Nancy J. Newman, M.D.**

**CURRENT TITLES AND AFFILIATIONS:**

Academic Appointments:
LeoDelle Jolley Professor of Ophthalmology
Professor of Ophthalmology, with tenure, Emory University School of Medicine
Professor of Neurology, with tenure, Emory University School of Medicine
Instructor in Neurological Surgery, Emory University School of Medicine

Clinical Appointments:
Director, Neuro-Ophthalmology Unit, Emory Eye Center

**PERSONAL:**

DOB: [redacted]
Citizenship: USA

Address: (Home) [redacted]

(Office) Neuro-Ophthalmology Unit
Emory Eye Center
1365-B Clifton Road, NE
Atlanta, GA 30322
(404) 778-5360 / Fax (404) 778-4849
Email: ophtnjn@emory.edu

**LICENSURE AND CERTIFICATION:**

1985 Diplomate, National Board of Medical Examiners
1986 Eligible for Membership in the American Association of Electromyography and Electrodiagnosis

| | |
|---|---|
| 1987 | Licensed as Qualified Physician, Massachusetts (#59759) |
| 1989 | Licensed as Qualified Physician, Georgia (#031642) |
| 1989 | Board Certified in Neurology (American Board of Psychiatry and Neurology) |

**EDUCATION:**

| | | |
|---|---|---|
| 1978 | A.B. | Princeton University (Art and Archaeology) |
| 1980 | M.A. | University of London, Courtauld Institute (History of Art) |
| 1984 | M.D. | Harvard Medical School |

**POSTDOCTORAL TRAINING:**

| | |
|---|---|
| 1984-1985 | Intern in Medicine, Massachusetts General Hospital |
| 1985-1988 | Resident in Neurology, Massachusetts General Hospital |
| 1988-1989 | Clinical Fellow in Neuro-Ophthalmology, Massachusetts Eye and Ear Infirmary |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1982 | Microbiology Teaching Assistant, Harvard Medical School |
| 1984 | Introduction to Clinical Medicine Tutor, Massachusetts General Hospital, Harvard Medical School |
| 1984-1985 | Clinical Fellow in Medicine, Harvard University |
| 1985-1988 | Clinical Fellow in Neurology, Harvard University |
| 1987-1988 | Chief Resident in Neurology, Neurology Service, Massachusetts General Hospital, Harvard University |
| 1988-1989 | Clinical Fellow in Ophthalmology, Harvard University |
| 1989-1994 | Assistant Professor of Ophthalmology, Emory University School of Medicine |
| 1989-1994 | Assistant Professor of Neurology, Emory University School of Medicine |
| 1991-2003 | Lecturer in Ophthalmology, Harvard Medical School |
| 1992-present | Instructor in Neurological Surgery, Emory University School of Medicine |
| 1994-1999 | Associate Professor of Ophthalmology, with tenure, Emory University School of Medicine |
| 1994-1999 | Associate Professor of Neurology, with tenure, Emory University School of Medicine |
| 1997-2002 | Cyrus H. Stoner Professor of Ophthalmology |
| 1999-present | Professor of Ophthalmology, with tenure, Emory University School of Medicine |
| 1999-present | Professor of Neurology, with tenure, Emory University School of Medicine |
| 2002-present | LeoDelle Jolley Professor of Ophthalmology |

**COMMITTEES:**

**National and International:**

| | |
|---|---|
| 1991-1994 | Board of Directors, North American Neuro-Ophthalmology Society |
| 1991-2001 | Walsh Committee, North American Neuro-Ophthalmology Society (Chair 1999-2001) |
| 1991-1995 | Basic and Clinical Science Course, Neuro-Ophthalmology, American Academy of Ophthalmology |
| 1992-1994 | MKSAP X-Neurology Subcommittee, American College of Physicians |
| 1994-2000 | Convention Committee, North American Neuro-Ophthalmology Society |
| 1994-1995 | Continuum, Neuro-Ophthalmology, American Academy of Neurology |
| 1995-1998 | Executive Committee, Neuro-Ophthalmology-Neuro-Otology Section, American Academy of Neurology |
| 1996-2002 | Membership Committee, North American Neuro-Ophthalmology Society |
| 1999-present | Publications Committee, North American Neuro-Ophthalmology Society (Chair 2000-2002) |
| 2000-2002 | Nominations Committee, North American Neuro-Ophthalmology Society |
| 2000-2002 | Long-Range Planning Committee, American Neurological Association |
| 2000-2004 | Scientific Program Committee, American Academy of Neurology |
| 2000-2006 | Executive Committee, Neuro-Ophthalmology-Neuro-Otology Section, American Academy of Neurology (Vice-Chair 2000-2002, Chair 2002-4, Past Chair 2004-2006) |
| 2002-2003 | Continuum, Neuro-Ophthalmology, American Academy of Neurology |
| 2002-2008 | Board of Directors, North American Neuro-Ophthalmology Society |
| 2002-2006 | Curriculum Committee, North American Neuro-Ophthalmology Society |
| 2003-2006 | Public Relations Committee, North American Neuro-Ophthalmology Society |
| 2003-2006 | Education Committee, American Neurological Association (Chair 2003-2006) |
| 2003-2007 | Scientific and Medical Advisory Board, NovaVision |
| 2004-2006 | Vice President, North American Neuro-Ophthalmology Society |
| 2004-2006 | American Society of Anesthesiologists Task Force on Perioperative Blindness |
| 2004-2007 | Career Development Committee, American Neurological Association |
| 2004-2007 | Steering Committee, NANOS/NORDIC NAION studies |
| 2006-2013 | Topic Work Group, Neuro-Ophthalmology-Neuro-Otology Section, American Academy of Neurology |
| 2007 | NIH Special Emphasis Panel/Scientific Review Group 2007/10 ZEY1 VSN (04) |
| 2008-2010 | Scientific Program Committee, International Neuro-Ophthalmology Society Meeting, Lyon, France |
| 2010-present | Board of Directors, North American Neuro-Ophthalmology Society |
| 2010-2012 | Secretary, North American Neuro-Ophthalmology Society |
| 2012-2014 | President-Elect, North American Neuro-Ophthalmology Society |
| 2012-2014 | Chair, Education Committee, North American Neuro-Ophthalmology Society |
| 2012-2014 | North American Neuro-Ophthalmology Society Annual Meeting Program Chair |
| 2013 | Neurology Subspecialty Summit, American Academy of Neurology |
| 2013-present | Alliance Awards Work Group, American Academy of Neurology |

| | |
|---|---|
| 2014-2016 | President, North American Neuro-Ophthalmology Society |
| 2016-2018 | Chair of the Board of Directors, North American Neuro-Ophthalmology Society |
| 2016-present | Data Safety and Monitoring Board, Quark NAION Study |
| 2017-present | Conference Subcommittee, American Academy of Neurology |
| 2017-present | Director Fall Conferences, American Academy of Neurology |
| 2017-present | Scientific Medical Advisory Board, United Mitochondrial Disease Foundation (UDMF) |

**Emory:**

| | |
|---|---|
| 1991-2007 | Finance and Appropriations, Department of Ophthalmology |
| 1991-1994 | Resident Recruitment, Department of Neurology |
| 1992 | Curriculum, School of Medicine |
| 1992-2000 | Promotions and Appointments, Department of Ophthalmology |
| 1992-present | Resident Training, Department of Neurology |
| 1993 | Search Committee, Dean of the School of Nursing |
| 1993, 1994 | Woodruff Scholars Selection, School of Medicine |
| 1993-2000 | University Committee on Sexual Harassment |
| 1993-1999 | Committee on the Status of Women, School of Medicine |
| 1994-1995 | Utilization Review Committee, Emory University Hospital |
| 1994-1995 | Search Committee, Chairman of Neurological Surgery |
| 1994-1999 | University Priorities Committee |
| 1996 | Search Committee, Dean of the School of Medicine |
| 1996-2000 | Time Away Committee, Department of Ophthalmology |
| 1996-2001 | Faculty Committee on Appointments and Promotions, School of Medicine |
| 1997 | Search Committee (Vice Chair), Chairman of Dermatology |
| 1997-1998 | Search Committee, Provost of the University |
| 1998-1999 | Search Committee, Chairman of Medicine |
| 2001-2002 | Long Range Planning Committee (Steering Committee), Department of Ophthalmology |
| 2002 | Search Committee, Chairman Department of Biomedical Engineering |
| 2002-2003 | Search Committee, Chairman Department of Obstetrics and Gynecology |
| 2003-2007 | Promotions Committee, Department of Neurology |
| 2004-2005 | Inquiry Committee (Research Misconduct Allegation), School of Medicine |
| 2005-2007 | Faculty Relations Committee, School of Medicine |
| 2004-2008 | Academic Planning Oversight Committee, Department of Ophthalmology |
| 2006-2007 | Faculty Development Committee, School of Medicine |
| 2006-2008 | Faculty Committee on Appointments and Promotion (Chair) |
| 2007-2008 | Institutional Setting Committee, Liaison Committee on Medical Education |
| 2007-2012 | Mentoring Committee, Department of Neurology |
| 2008 | Search Committee, Director, Center for Women, Emory University |
| 2008-2011 | Faculty Counselor, Woodruff Health Sciences Center Committee of the Emory University Board of Trustees |
| 2008-2010 | Selection Committee, 2009 Distinguished Faculty Lecture and Award, Emory University School of Medicine |

| | |
|---|---|
| 2008-present | Executive Committee, Department of Ophthalmology |
| 2009-present | Clinical Faculty Alternate, Student Honor Council Committee |
| 2011-2013 | Faculty Committee on Appointments and Promotion, Medical Educator and Service Track |
| 2011 | Chair, Ad Hoc Committee Advisory to the Dean on Medical Student Dismissal |
| 2012-2015 | Presidential Advisory Committee (tenure decision advisory board) |
| 2014-2017 | Promotion and Tenure Guideline Committee for the School of Medicine |
| 2016-present | Chair, Ophthalmology Department SOUP Committee (professional development funding) |
| 2017-present | School of Medicine Women in Medicine Committee |
| 2017-present | Emory University Strategic Planning Faculty Advisory Committee (advisory committee to the Provost) |

**EDITORIAL BOARD:**

American Journal of Ophthalmology (Board Member 1992-2016, Abstract Editor 1997-2002, Executive Editor 2002-2016)
Journal of Neuro-Ophthalmology (Section Editor 1993-1995, Editorial Board 1993-2001, Editorial Advisory Board 2001-2009; Executive Editor 2009-2014, Editorial Advisory Board 2014-present)
Current Opinion in Ophthalmology (Section Editor, 1995-2001)
Guest Editor, Neurosurgery Clinics of North America (1997-1999)
Journal Watch Neurology (1999-2005)
Guest Editor, Ophthalmology Clinics of North America (1999-2001)
Journal of the Neurological Sciences (2001-2013)
Guest Editor, Continuum, American Academy of Neurology (2002-2003)
British Journal of Ophthalmology (2007-2008)
Seminars in Neurology (2013-present)

**MANUSCRIPT REVIEWER:**

New England Journal of Medicine
American Journal of Ophthalmology
Ophthalmology
Neurology
Survey of Ophthalmology
Neuro-Ophthalmology
Archives of Ophthalmology (Recognized as Top Ten Reviewer for 2005)
Journal of the American Medical Association
Acta Neurologica Scandinavica
Journal of Neuro-Ophthalmology

Journal of Neurology, Neurosurgery and Psychiatry
Brain
Journal of the Neurological Sciences
General Hospital Psychiatry
British Journal of Ophthalmology
Investigative Ophthalmology and Visual Sciences
Journal of the American Association for Pediatric Ophthalmology and Strabismus
Neurology Network Commentary
Canadian Journal of the Neurological Sciences
Annals of Neurology
Stroke
Journal of Neurology
Anesthesiology
Cornea
Retina
Restorative Neurology and Neuroscience
Elsevier
Oxford University Press
Cambridge University Press
Clinical Ophthalmology
Documenta Ophthalmologica
European Neurology
Expert Opinion on Orphan Drugs
Journal of Stroke and Cerebrovascular Diseases

**HONORS AND AWARDS:**

| | |
|---|---|
| 1974 | High School Salutatorian |
| 1974 | Regents Scholarship Winner |
| 1974 | Suffolk Academy of Medicine - Winner of Scholarship to Medical School |
| 1974 | Science Student Award - Suffolk County, New York |
| 1978 | Summa Cum Laude, Princeton University |
| 1978 | M. Taylor Pyne Honor Prize, Princeton University ("The Highest Undergraduate Distinction") |
| 1978 | Elected Phi Beta Kappa, Princeton University |
| 1978 | Senior Thesis Prize, Department of Art and Archaeology, Princeton University |
| 1978 | Marshall Scholarship Winner |
| 1992 | Teacher of the Year, Emory Medical School First Year Class |
| 1992 | Clinical Teaching Award, Ophthalmology Residents, Emory University |
| 1995 | Wadsworth Lecturer, Duke University |
| 1996 | Honor Award, American Academy of Ophthalmology |
| 1997 | Elected to the American Neurological Association |
| 1998 | Elected to Fellow status, American Academy of Neurology |
| 1999 | Excellence in Lecturing Award, Emory Medical School Second Year Class |

| | |
|---|---|
| 1999 | Research to Prevent Blindness Lew R. Wasserman Merit Award |
| 2000-present | Listed in "Best Doctors in America" |
| 2000 | Worthen Lecturer, Wilmer Eye Institute, Johns Hopkins University |
| 2001 | Chandler Lecturer, Massachusetts Eye and Ear Infirmary, Harvard Medical School |
| 2002 | Garson Visiting Professor in Neurology, Case Western Reserve University |
| 2003 | Chair, XXXIII Cambridge Ophthalmological Symposium |
| 2003 | American Neurological Association Distinguished Neurology Teacher of the Year |
| 2004 | Elected as Faculty Member of Alpha Omega Alpha |
| 2004 | Emory University School of Medicine Dean's Teaching Award |
| 2004 | Marion K. Humphries, Jr. Lecturer, University of Virginia School of Medicine |
| 2005 | George K Kambara Lecturer, University of Wisconsin |
| 2005 | Susan Alper Memorial Lecturer, Washington National Eye Center |
| 2005 | Carole F. Zimmerman, MD Lecturer, Southwestern Medical Center |
| 2002-present | Listed in "Top Doctors in Atlanta" |
| 2007 | American Academy of Ophthalmology Senior Achievement Award |
| 2007 | Wirtschafter Lecturer, University of Minnesota Medical School |
| 2009 | Irving H. Leopold, M.D., Sc. Lecturer, Mount Sinai School of Medicine |
| 2010-present | Listed in "Top Doctors" (top 1%) in *U.S. News & World Report* |
| 2011 | Keynote Speaker, Australia and New Zealand Association of Neurologists |
| 2012 | Giuseppina Raviola Speaker, Boston University School of Medicine |
| 2013 | Arthur H. Wolintz MD Memorial Lecturer, State University of New York Downstate |
| 2013 | William F. Hoyt Lecturer, North American Neuro-Ophthalmology Society/American Academy of Ophthalmology |
| 2013 | Montgomery Lecturer, Irish College of Ophthalmologists/Royal College of Surgeons in Ireland |
| 2014 | Honorary Fellow of the Academia Mexicana de Neurologia, A.C. |
| 2014-2015 | 2014-2015 Association of American Medical Colleges (AAMC) Clinical Care Innovation Challenge Award (for FOTO-ED project, Beau B. Bruce, M.D. P.I.) |
| 2015 | Keynote Speaker, 8th Asian Neuro-Ophthalmology Society Congress |
| 2015 | James J. Corbett Lecturer in Neuro-Ophthalmology, University of Mississippi Medical Center |
| 2016 | 1st Prize (Neurology Category) British Medical Association (BMA) Book Awards for Biousse V, Newman NJ *Neuro-Ophthalmology Illustrated* (2nd ed.) 2016 |
| 2017 | Honorable Mention (Clinical Medicine Category) Association of American Publishers (PROSE Awards) for Biousse V, Newman NJ *Neuro-Ophthalmology Illustrated* (2nd ed.) 2016. |
| 2016 | Cited in "50 ophthalmologists to know in 2016" by the Becker's ASC website (http://tinyurl.com/hcmrrku) |
| 2017 | 2017 H. Houston Merritt Lecturer, American Academy of Neurology |
| 2017 | 2017 Dean's Distinguished Faculty Lecture and Award, Emory University School of Medicine |

**PROFESSIONAL ASSOCIATIONS:**

| | |
|---|---|
| 1985-2002 | Member, American Medical Association |
| 1986-present | Member, American Academy of Neurology |
| 1989-present | Fellow, North American Neuro-Ophthalmology Society |
| 1989-2012 | Member, Southeast Neuro-Ophthalmology Society |
| 1990-1995 | Member, Medical Association of Atlanta |
| 1990-2006 | Member, Georgia Society of Ophthalmology |
| 1995-present | Honorary Member, Neuro-Ophthalmology Society of Australia |
| 1997-present | Honorary Guest, British Isles Neuro-Ophthalmology Club |
| 1997-present | Member, American Neurological Association |
| 1998-present | Fellow, American Academy of Neurology |
| 2013-present | Fellow, American Neurological Association |
| 2016-present | Member, American Academy of Ophthalmology |
| 2017-present | Member, American Medical Association |

**RESEARCH EXPERIENCE:**

| | |
|---|---|
| 1973-1975 | Research Assistant. Roswell Park Memorial Institute, Buffalo, New York and Mt. Sinai Hospital, New York, New York. Immunotherapy Studies in Murine Model of ALL. |
| 1986-1988 | Massachusetts General Hospital. Clinical Studies in the Epidemiology and Therapy of Multiple Sclerosis. |
| 1986-1988 | Massachusetts General Hospital. Clinical Studies in the Neurology of Early HIV-Associated Encephalopathy. |
| 1986-1988 | Massachusetts Eye and Ear Infirmary. Clinical Studies in Aspects of Visual Neglect. |
| 1988-1989 | Massachusetts Eye and Ear Infirmary and Massachusetts Institute of Technology. Clinical Studies in Color-Mixing After Unilateral Optic Neuropathy. |
| 1988-1989 | Massachusetts Eye and Ear Infirmary. Anatomical Studies of Human Post-MortemVisual Pathways using Tracer Techniques. |
| 1989-present | Emory University. Clinical Studies of Leber's Hereditary Optic Neuropathy and Other Mitochondrial Diseases. |
| 1992-2002 | NEI/NIH. Ischemic Optic Neuropathy Decompression Trial. |
| 1993-1995 | Emory University/CDC/Pan-American Health Organization. Clinical, Epidemiological and Mitochondrial Studies of the Cuban Optic Neuropathy. |
| 1994-1995 | Pupillary Responses in Alzheimers' Patients |
| 1995-2000 | Controlled High-Risk AVONEX Multiple Sclerosis Prevention Study |
| 1997-2003 | Neuro-ophthalmology of Parkinson's disease and its treatment |
| 1999-2010 | Mouse models of mitochondrial disease |
| 2000-present | Genetic and biochemical studies of autosomal dominant optic atrophy |
| 2000-present | Neuroprotection in the acute treatment of nonarteritic anterior ischemic optic neuropathy |

| | |
|---|---|
| 2000-present | Neuroprotection in the treatment of Leber's hereditary optic neuropathy |
| 2003-present | Studies on neuroplasticity and restoration of visual field defects |
| 2004-2007 | NORDIC/NANOS: Studies on atherosclerotic risk factors in patients with NAION (steering committee) |
| 2004-2006 | Studies on the characteristics of homonymous hemianopias |
| 2004-present | Perioperative ischemic optic neuropathy |
| 2005-2008 | Epidemiologic studies of practice patterns in the treatment of optic neuritis |
| 2006-present | Epidemiologic and demographic studies of idiopathic intracranial hypertension |
| 2006-present | Ophthalmoscopic workshops in medical education |
| 2007-present | Use of digital fundus photography (telemedicine) in neuro-ophthalmology |
| 2008-2009 | Epidemiologic studies of practice patterns in the treatment of AION |
| 2008-2009 | Epidemiologic studies of practice patterns in the treatment of CRAO |
| 2009-present | Incidence studies of NAION |
| 2009-present | Treatment trials of acute optic neuritis |
| 2009-2014 | Genetic markers in giant cell arteritis |
| 2009-present | CSF studies in idiopathic intracranial hypertension |
| 2009-present | Venous imaging of idiopathic intracranial hypertension |
| 2009-2010 | Imaging of aneurysms causing third cranial nerve palsies |
| 2010-2011 | Visual function with pituitary adenomas |
| 2011-2013 | Obstructive sleep apnea and ocular fundus appearance |
| 2011-2012 | Imaging of isolated ocular motor cranial nerve palsies |
| 2012 | Neuro-ophthalmology of pregnancy |
| 2011-present | Treatment of the hereditary optic neuropathies |

**GRANTS:**

Principal Investigator, Steering Committee, Ischemic Optic Neuropathy Decompression Trial (IONDT), NIH #5 U10 EY09576-01, 6/15/92-2/1/01 ($185,270).

Principal Investigator, Controlled High-Risk AVONEX Multiple Sclerosis Prevention Study, Biogen, Inc., 1/1/96-2/1/01 ($62,350).

Co-Investigator, Sundown Syndrome in a Skilled Nursing Facility, NIH #AG-10643, 7/1/96- 6/30/01.

Co-Investigator, Hyperhomocysteinemia as a risk factor for anterior ischemic optic neuropathy, Research to Prevent Blindness Departmental Grant. Emory University, 1996 ($3000).

Co-Investigator, A Double-Blind, Multicentre, Flexible Dose, L-Dopa-Controlled Study of Ropinirole to Investigate: A) Neuroprotective Effect as Measured by 3D PET Scanning, and B) Ophthalmological Safety, in Patients with Early Parkinson's Disease, SmithKline Beecham, 1/1/98-6/30/00 ($8000).

Co-investigator, A Double-Blind, Multicenter, Flexible Dose, Controlled Study of Gabapentyl to

Investigate: A) The efficacy of Gabapentyl in the treatment of diabetic peripheral neuropathy. B) The retinal toxicity of Gabapentyl. Emory University, 1999-2000. ($8000).

Research to Prevent Blindness Lew R. Wasserman Merit Award, 6/99-present ($55,000).

Co-Investigator, Can SITA-Fast reliably detect visual field defects in neuro-opthalmic practice ?, Research to Prevent Blindness Departmental Grant. Emory University, 2000 ($3000).

Co-Investigator, The use of contact lenses to treat visually symptomatic nystagmus Research to Prevent Blindness Departmental Grant. Emory University, 2000 ($3000).

Steering Committee/Writing Committee, Ischemic Optic Neuropathy Decompression Trial (IONDT) Longitudinal Follow-up Study, NIH #5 U10 EY09576-01, 2000-2003 ($11,825).

Principal Investigator, A Multicenter, Double-Masked, Randomized, Parallel, Vehicle-Controlled Study of the Safety and Efficacy of the 3 Month Treatment of 0.2% Brimonidine-Purite™ for the Treatment of Acute Non-Arteritic Anterior Ischemic Optic Neuropathy (NAION), Allergan, Inc., 2000-2001 ($3,531).

Principal Investigator and Study Chairman, A Multi-Center, Double-Masked, Vehicle-Controlled, Randomized, Parallel Study of the Efficacy of Brimonidine-Purite™ 0.15% Ophthalmic Solution Administered QID in Patients with Leber's Hereditary Optic Neuropathy, Allergan, Inc., 2000-2004 ($22,712).

Co-Investigator, The use of spectroscopic MRI to study the vitreous in vivo, Research to Prevent Blindness Departmental Grant. Emory University, 2002 ($3000).

Co-Investigator, CD-Rom-Based Ophthalmology Teaching Initiative, Innovations in Medical Education Grant. Emory University, 2002 ($5000).

Co-Investigator, Ocular symptoms in early Parkinson disease, Research to Prevent Blindness Departmental Grant. Emory University, 2002 ($3000).

Co-Investigator, Molecular Determinants of Mitochondrial Optic Atrophy, National Institutes of Health, 5R01EY014393-02, Michael D. Brown, P.I. (Department of Genetics, Mercer University), 2003-present.

Co-Investigator, Voluntary alteration of electroretinogram, Research to Prevent Blindness Departmental Grant. Emory University, 2003 ($3000).

Co-Investigator, Clinical study of homonymous hemianopia, Research to Prevent Blindness Departmental Grant. Emory University, 2004 ($3000).

Co-Investigator, Ocular Disease in Giant Cell Arteritis, National Institutes of Health, 5R01EY011916-10, Cornelia M. Weyand, P.I. (Department of Internal Medicine, Emory University), 1997-present.

Co-Investigator, Effect of Vision Restoration Training (VRT) in Non-Arteritic Anterior Ischemic Optic Neuropathy. Study ID Number: 435-2005. ClinicalTrials.gov Identifier: NCT00140491, 2005-2007 ($60,000).

Co-Principal Investigator, Optic Neuritis Survey, Research to Prevent Blindness Departmental Grant. Emory University, 2005-present ($3000).

Co- Principal Investigator, Ophthalmoscopic Workshop, University Teaching Fund. Emory University, 2005-present ($5000).

Co- Principal Investigator, Ophthalmoscopic Workshop, Research to Prevent Blindness Departmental Grant, Emory University, 2005-present ($3000).

Co-investigator, Two Year Open Label, Randomized, Parallel Groups, Blinded Assessment Ophthalmologic Safety Study of Pramipexole IR versus Ropinirole in Early Parkinson's Disease Patients. Study ID Number 248.538 (Eye Safety Study), Boehringer-Ingelheim, 2005-present ($155,653).

Co-investigator, A Double-Blind, Placebo-Controlled, Dose Escalation, Parallel-Group Study of E2007 Given as Adjunctive Therapy in Patients with Refractory Partial Seizures. Eisai E2007-A001-206 study (Eye Safety Study), Eisai Medical Research Inc., 2005-present ($72,000).

Co-investigator, Tomographic Differentiation of Glaucomatous Versus Nonglaucomatous Optic Atrophy. American Glaucoma Society. Alcon, Inc. 2006-present ($35,000).

Co-Investigator, Idiopathic Intracranial Hypertension in African Americans, Research to Prevent Blindness Departmental Grant. Emory University, 2006-2007 ($1100).

Co-Investigator, Anterior Ischemic Optic Neuropathy in the Young, Research to Prevent Blindness Departmental Grant. Emory University, 2006-2007 ($1200).

Co-Investigator, Are Sunglasses Predictive of Non-organic Visual Loss in Neuro-ophthalmologic Practice? Research to Prevent Blindness Departmental Grant. Emory University, 2006-2007 ($1100).

Co-Investigator, Digital Ocular Fundus Photography in the Emergency Department: A New Application for Telemedicine? Research to Prevent Blindness Departmental Grant. Emory University, 2007-2008 ($2,280).

Co-Investigator, Idiopathic Intracranial Hypertension, Research to Prevent Blindness Departmental Grant. Emory University, 2007-2008 ($2,200).

Co-Investigator, Idiopathic Intracranial Hypertension, Research to Prevent Blindness Departmental Grant. Emory University, 2008-2009 ($3000).

Co-Investigator, Treatment of Anterior Ischemic Optic Neuropathy, Research to Prevent Blindness Departmental Grant. Emory University, 2008-2009 ($3000).

Co-Investigator, Digital Ocular Fundus Photography in the Emergency Department, Emory University Research Committee, Emory University, 2008-2009 ($25,000).

Mentor (Bruce, PI), Digital Ocular Fundus Photography in the Emergency Department, NIH/NEI: L30 EY019180 (NIH Loan Repayment Program), 2008-2010 ($25,133/yr).

Co-mentor (Bruce, Scholar; Stevens, PI), Digital Ocular Fundus Photography in the Emergency Department: A New Application for Telemedicine?, Atlanta Clinical and Translational Science Institute, NIH/NCRR: KL2 RR025009, 2009-2010 ($111,250/yr; second year deferred due to K23 award).

Mentor (Bruce, PI), Digital Ocular Fundus Photography in the Emergency Department: A New Application for Telemedicine?, American Academy of Neurology/American Academy of Neurology Foundation Practice Research Training Fellowship 2009-2011 ($65,000/year, deferred due to KL2 award).

Site Co-Investigator, The NAION Study (A1481259), Pfizer, 2009-present.

Site Co-Investigator, OCTAGON (PM030): Optical Coherence Tomography Assessment of Glatiramer Acetate on Retinal Nerve Fiber Layer in Acute Optic Neuritis, Teva Neuroscience, 2009-present.

Site Co-Investigator, Oubain in Idiopathic Intracranial Hypertension, Northern Neurosciences & National Headache Foundation, 2009-present.

Co-Investigator, Idiopathic Intracranial Hypertension and Sleep Apnea, Research to Prevent Blindness Departmental Grant. Emory University, 2009-2010 ($2,900).

Co-Investigator, Imaging of Third Nerve Palsies Caused by Aneurysms, Research to Prevent Blindness Departmental Grant. Emory University, 2009-2010 ($2,900).

Co-mentor (Bruce, PI): Digital ocular fundus photography in the emergency department: a new application for telemedicine? NIH/NEI: K23 EY019341, 2010-2015 ($146,176/yr).

Co-Investigator (Katz, PI): Proteomics and Genomics of Giant Cell Arteritis, University of Utah & American Geriatrics Society

Co-Investigator, Idiopathic intrancranial hypertension in the very obese, Research to Prevent Blindness Departmental Grant. Emory University, 2010-2011 ($1,500).

Co-Investigator, Feasibility and quality of non-mydriatic fundus photographs in children, Research to Prevent Blindness Departmental Grant. Emory University, 2010-2011 ($1,500).

Co-Investigator, The prevalence of papilledema in obstructive sleep apnea, Research to Prevent Blindness Departmental Grant. Emory University, 2011-2012 ($1,500).

Co-Investigator, Relationship of venous stenosis to the development of idiopathic intracranial hypertension, Research to Prevent Blindness Departmental Grant. Emory University, 2011-2012 ($1,500).

Co-Investigator, Impact of venous sinus stenosis on outcomes in idiopathic intracranial hypertension, Research to Prevent Blindness Departmental Grant. Emory University, 2011-2012 ($1,500).

Co-Investigator, Influence of Meningoceles on Visual Outcomes in Idiopathic Intracranial Hypertension, Research to Prevent Blindness Departmental Grant. Emory University, 2012-2013 ($2,000).

Co-Investigator, Teaching Ophthalmolscopy to Medical Students, Research to Prevent Blindness Departmental Grant. Emory University, 2012-2013 ($2,000).

Co-Investigator, Surgical Outcomes in Paralytic Strabismus, Research to Prevent Blindness Departmental Grant. Emory University, 2012-2013 ($2,000).

Co-Investigator, Determining the significant of retinal fractal analysis and retinal segmentation in patients diagnosed with cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy (CADASIL), Research to Prevent Blindness Departmental Grant. Emory University, 2013-2014 ($3,000).

Co-Investigator, Web-based education for Fundus Photography Reading, Research to Prevent Blindness Departmental Grant. Emory University, 2013-2014 ($2,000).

Co-Investigator, Referral Patterns in Neuro-ophthalmology, Research to Prevent Blindness Departmental Grant. Emory University, 2013-2014 ($2,000).

Co-Investigator, Overdiagnosis of Idiopathic Intracranial Hypertension, Research to Prevent Blindness Departmental Grant, Emory University, 2014-2015 ($1,500).

Co-Investigator, Relationship between severity of papilledema and CSF opening pressure in idiopathic intracranial hypertension, Research to Prevent Blindness Departmental Grant, Emory University, 2014-2015 ($1,500).

Co-Investigator, Visual outcome in patients with pituitary apoplexy, Research to Prevent Blindness Departmental Grant, Emory University, 2014-2015 ($1,500).

Co-Investigator, Visual Deficits and their Effect on Quality of Life in Children with Primary Brain Tumors, Research to Prevent Blindness Departmental Grant, Emory University, 2014-2015 ($1,500).

Co-Investigator, Fundus Photography and Ophthalmic Technologies Observational Study in the Intensive Care Unit: The FOTO-ICU Study, Research to Prevent Blindness Departmental Grant, Emory University, 2014-2015 ($1,500).

Co-Investigator, Ocular fundus abnormalities as a prognostic marker for mortality and length of stay in subarachnoid hemorrhage: The FOTO-ICU Study, Research to Prevent Blindness Departmental Grant, Emory University, 2015-2016 ($1,500).

Co-Investigator, Correlation of Inverse Stereoacuity with Visual Acuity and Visual Fields, Research to Prevent Blindness Departmental Grant, Emory University, 2015-2016 ($1,500).

Co-Investigator, Imaging Characteristics and Clinical Features of Idiopathic Intracranial Hypertension in Children, Research to Prevent Blindness Departmental Grant, Emory University, 2015-2016 ($1,500).

Co-Investigator, Visual Deficits and their Effect on Quality of Life in Children with Primary Brain Tumors, Research to Prevent Blindness Departmental Grant, Emory University, 2015-2016 ($1,500).

Co-Investigator, Vision Related Quality of Life in Pediatric Brain Tumor Patients, Knights Templar Grant, 2016-2017 ($20,000).

Principal Investigator and International PI Coordinator, A Randomized, Double-Masked, Sham-Controlled, Pivotal Clinical Trial to Evaluate the Efficacy of a Single Intravitreal Injection of GS010 (rAAV2/2-ND4) in Subjects Affected for 6 Months or Less by Leber Hereditary Optic Neuropathy Due to the G11778A Mutation in the Mitochondrial NADH Dehydrogenase 4 Gene (03A RESCUE), GenSight Biologics, 2015-present ($94,698).

Principal Investigator, A Randomized, Double-Masked, Sham-Controlled, Pivotal Clinical Trial to Evaluate the Efficacy of a Single Intravitreal Injection of GS010 (rAAV2/2-ND4) in Subjects Affected for More Than 6 Months and To 12 Months by Leber Hereditary Optic Neuropathy Due to the G11778A Mutation in the Mitochondrial NADH Dehydrogenase 4 Gene (03B REVERSE), GenSight Biologics, 2015-present ($94,698).

Principal Investigator, Ocular Fundus Abnormalities for Acute Risk Stratification in TIA and Minor Stroke, National Institutes of Health/NINDS R01NS089694, 2016 –present ($1,028,125).

Co-Investigator, Cerebrospinal Fluid Protein in Idiopathic Intracranial Hypertension, Research to Prevent Blindness Departmental Grant, Emory University, 2016-2017 ($1500).

Co-Investigator, Optic Disc Edema Among Patients Presenting To The Emergency Department, Research to Prevent Blindness Departmental Grant, Emory University, 2016-2017 ($1500).

Co-Investigator, The relationship between central corneal thickness and idiopathic intracranial hypertension, Research to Prevent Blindness Departmental Grant, Emory University, 2016-2017 ($1500).

Co-Investigator, Toward a System for Minimally-Invasive *In Vivo* Monitoring of Intracranial Pressure,

Research to Prevent Blindness Departmental Grant, Emory University, 2016-2017 ($7500).

**TEACHING:**

**Emory Teaching**

Faculty, Pathophysiology, Medical School Second Year Students (1989 - present)
Faculty, Neurobiology, Medical School First Year Students (1992 - present)
Faculty, Introductory Systems/Behavioral Neuroscience (IBS 503), Graduate School (1992)
Ophthalmology Residents, 1:1 Teaching, 12 months/year
Neurology Residents, 1:1 Teaching, 10 months/year
Neurosurgery Residents, 1:1 Teaching, 6 months/year
Grady Neuro-Ophthalmology Bimonthly Resident Conference
Ophthalmology, Neurology and Neurosurgery Grand Rounds Participant
Neuroradiology Monthly Conference Participant
Neuro-Ophthalmic Imaging Monthly Conference
Neuro-Ophthalmic Combined Grand Rounds (Quarter-Annually)
Ophthalmology Residents Neuro-Ophthalmology Core Curriculum
Neurology Residents Basic Science Curriculum
Neurosurgery Residents Board Review
Medical Grand Rounds, Crawford Long Hospital (Occasional)
Course Director, Current Neuro-Ophthalmology, CME Conference (Occasional)
Ophthalmology Annual Post-Graduate Course (Occasional)
Emory Mini Medical School 102: Diagnostic Skills and Clinical Work-ups (1998)

**Supervisory Teaching:**

*Fellows:*

Fiona McCurrach, M.B.B.S. (1993)
Todd C. Geis, M.D. (1994-1995)
Paul H. Phillips, M.D. (1995-1996)
Valérie Biousse, M.D. (1996)
Raul A. Guevara, M.D. (1996-1997)
M. Tariq Bhatti, M.D. (1997-1998)
John B. Kerrison, M.D. (1998-1999)
Jeremy Raiter M.B.B.S (1998)
Gregory Van Stavern, M.D. (1999-2000)
Jennifer M. Sandbach, M.B.B.S. (1999-2000)
Gabriella Szatmary, M.D. (2000-2001)
Janet C. Rucker, M.D. (2001-2002)
Alvin B. Seah, M.D. (2001-2002)
Bentley Skibell, M.D. (2002-2003)

Beau Nakamoto, M.D. (2003-2004)
Sachin Kedar, M.D. (2004-2005)
Xiaojun Zhang, M.D. (2004-2005)
Donna Hill, M.D. (2005-2006)
Busaba Sathornsumetee, M.D. (2005-2006)
H.Y. Choi, M.D. (2006)
Pisit Preechawat, M.D. (2006)
Lucia Lanza, M.D. (2006)
Mark Melson, M.D. (2006-2007)
Olivier Calvetti, M.D. (2006-2007)
Beau B. Bruce, M.D. (2006-2008)
Katie Luneau, M.D. (2007-2008)
John Alexander Fraser, M.D. (2008-2009)
Edward Atkins, M.D. (2008-2009)
Cedric Lamirel, M.D. (2008-2010)
Valerie Elmalem, M.D. (2009-2010)
Matthew Thurtell, M.D. (2009-2010)
Jee-ho Chang, M.D. (2010)
Patrick Yu-Wai-Man, M.D. (2010)
Aimee Szweka, M.D. (2010-2011)
Daniela Toffoli, M.D. (2010-2011)
Clare Fraser, M.D. (2011)
Hanne Roede, M.D. (2011)
Bryan Riggeal, M.D. (2011-2012)
Maysa Ridha, M.D. (2011-2012)
Linda Kelly, M.D. (2011-2013)
Mario Perez, M.D. (2012-2013)
Omer Bialer, M.D. (2012-2013)
Jason Peragallo, M.D. (2012-2013)
Samuel Bidot, M.D. (2012-2014)
Laurel Vuong, M.D. (2013-2014)
Devin Mackey, M.D. (2013-2014)
Rabih Hage, M.D. (2013-2015)
Supharat Jariyakosol, M.D. (2014)
Kevin Sitko, M.D. (2014-2015)
Adeniyi Fisayo, M.D. (2014-2015)
Alex Hartmann, M.D. (2015-2016)
Michael Dattilo, M.D., Ph.D. (2015-2017)
Tian Tian, M.D., Ph.D. (2015-2016)
Caroline Vasseneix, M.D. (2015-2018)
Damian E. Berezovsky, M.D. (2016-2017)
Virender Sachdeva, M.D. (2016-2017)
Pinar Kahraman Koytak, M.D. (2017)
Eman Hawy, M.D. (2017-2018)
Jonathan A. Micieli, M.D. (2017-2018)
Richard J. Blanch, M.D. (2017-2018)

*Medical Students (Research):*
Marc Azran (2001)
Jeffrey Clough (2002)
Alyson Reiss (2003-2006)
Sung-Min (Cecelia) Jung (2005-2008)
Rachel Bengtzen (2005-2008)
Amanda Dean (2010)
Praneetha Thulasi (2011)
Philip Garza (2012-2016)
Lindsay Clough (2014-2015)

**National Teaching:**

Emergency Care Workshop, Harvard CME, Boston, MA (1987, 1988)

AIDS Physician Education Program, Boston, MA (1988)

New England Ophthalmological Society, Boston, MA (1989)

Course Moderator, The Neuro-Ophthalmology Fall Festival, Harvard CME, Boston, MA (1989, 1990, 1991, 1992, 1994, 1996)

Frank Walsh Society (1989-present, host 1999)

Georgia Hospitals Telecommunications Lecture (1990)

Faculty, Neuro-Ophthalmology Course, American Academy of Ophthalmology (1990-present)

North American Neuro-Ophthalmology Symposium (1990, 1992, 1994, 1995, 2002, 2006, 2008, 2009, 2010, 2012)

International Neuro-Ophthalmology Symposium (1990, 1992, 1996, 2004, 2006, 2010, 2012)

American Society of Ophthalmic Registered Nurses (1991, 1992)

Faculty, Kevin Hill Seminar: Neuro-Ophthalmology, Waterville, ME (1992)

Seminar Director, Neuro-Ophthalmoscopy Course, American Academy of Neurology (1994, 1995)

Director, Neuro-Ophthalmology Course, American Academy of Ophthalmology (1995-present)

Director, Neuro-Ophthalmology Course, American Academy of Neurology (1996-2000)

Faculty, Pediatric Brain Injury Conference, Atlanta, Georgia (1996)

Faculty, Pediatric Neuro-Ophthalmology Course, American Academy of Neurology (1997, 1998)

Faculty, What's New In Neuro-Ophthalmology Course, American Academy of Neurology (1998)

Director, Optic Nerve Course, American Academy of Neurology (2001)

Faculty, Neuro-Ophthalmology Course, American Academy of Neurology (1993, 2001-present)

Faculty, Update in Neurology, AAN Winter Conference (2003)

Faculty, Neurology Update Course, American Academy of Neurology (2003-2012)

Faculty, Neuro-Ophthalmology of Cerebrovascular Disease Course, American Academy of Neurology

(2003)

Faculty, Emergency Room Neurology Course, American Academy of Neurology (2005)

Speakers' Bureau, BiogenIdec (2000-2004)

Speakers' Bureau, Serono (2003-2004)

Director, Neuro-Opthalmology-Neuro-Otology Vertical Integration, American Academy of Neurology (2004-2006)

Co-Chair, Neuro-Ophthalmology and Systemic Disease Symposium, American Academy of Ophthalmology (2006)

Faculty, Winter Neurology Update Course, American Academy of Neurology (2008)

Moderator, Tour of Posters, North American Neuro-Ophthalmology Society (2008)

Faculty, Illinois Eye Review (2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018)

Course Director, Neuro-Ophthalmology Course, Forum for Indian Neurology Education (2009, 2010, 2011)

Faculty, World Congress of Neurology (2009, 2011, 2013, 2015, 2017)

Director, Neurology Update Course, American Academy of Neurology (2009-2012)

Director, NeuroFlash: Neuro-Ophthalmology Course, American Academy of Neurology (2010-2012)

Faculty, Neurology Update Course, American Academy of Neurology Fall Conference, Las Vegas, Nevada (2010)

Chair, Education Committee, North American Neuro-Ophthalmology Society (2012-2014)

Program Chair, North American Neuro-Ophthalmology Society Annual Meeting (2012-2014)

Faculty, NeuroFlash: Neuro-Ophthalmology Course, American Academy of Neurology (2013-2016)

Course Director, Neuro-Ophthalmology Course, World Congress of Neurology (2013)

Course Director, Neuro-Ophthalmology Course, World Congress of Neurology (2015)

Course Director, Neuro-Ophthalmology I, II, and III, American Academy of Neurology (2016-present)

Course Director, Neuro-Ophthalmology: A Case-Based Approach, American Academy of Neurology (2016-present)

Course Director, Neuro-Ophthalmology: Update and Review, American Academy of Neurology (2018-present)

Co-Director, Neurology Update Course, American Academy of Neurology Fall Conference (2017-present)

**Invited Professorships/Lectureships:**

1. Manhattan Eye, Ear and Throat Hospital, New York, NY, (1990)
2. University of Pennsylvania, Philadelphia, PA (1990)

3. Royal London Hospital, London, UK, (1991)
4. North Shore Hospital, Cornell Medical School, New York, NY (1991)
5. Long Island Ophthalmological Society, Long Island, NY (1991)
6. University of Wisconsin, Madison, WI (1992)
7. Advanced Concepts in Vision Science, Harvard Medical School, Boston, MA (1992)
8. University of Tennessee, Chattanooga, TN (1992)
9. International Neuro-Ophthalmology Symposium, Williamsburg, VA (1992)
10. Buffalo Ophthalmological Society, Buffalo, NY (1992)
11. Université Laval, Québec City, Canada (1993)
12. Vanderbilt University, Nashville, TN (1993)
13. Northwestern University, Chicago, IL (1993)
14. University of Virginia, Charlottesville, VA (1993)
15. Massachusetts Eye and Ear Infirmary, Boston, MA (1993)
16. Dalhousie University, Halifax, Canada (1993)
17. Washington National Eye Center, Washington, DC (1993)
18. Michigan State University, East Lansing, MI (1994)
19. Mayo Clinic, Rochester, MN (1994)
20. Massachusetts General Hospital, Boston, MA (1994)
21. ARVO Symposium, Sarasota, FL (1994)
22. Brigham and Women's Hospital, Boston, MA (1994)
23. Massachusetts General Hospital, Boston, MA (1994)
24. Ophthalmological Society of Finland, Turku, Finland (1994)
25. Massachusetts General Hospital, Boston, MA (1994)
26. University of Iowa, Iowa City, IA (1995)
27. Oregon Academy of Ophthalmology, Portland, OR (1995)
28. St. Louis Ophthalmological Society, St. Louis, MO (1995)
29. St. Louis University, St. Louis, MO (1995)
30. Wadsworth Lecturer, Duke University, Durham, NC (1995)
31. Fondation Ophtalmologique A. De Rothschild, Paris, France (1995)
32. University of Geneva, Geneva, Switzerland (1995)
33. National Medical Association, Atlanta, GA (1995)
34. Mount Sinai School of Medicine, New York, NY (1995)
35. Massachusetts Multiple Sclerosis Society, Boston, MA (1995)
36. Rushton Lectures Series, The Neuroscience Center, Tallahassee, FL (1995)

37. University of Pennsylvania, Philadelphia, PA (1995)
38. Royal Australian College of Ophthalmologists, Melbourne, Australia (1995)
39. Neuro-Ophthalmology Society of Australia, Melbourne, Australia (1995)
40. University of California, San Francisco, CA (1995)
41. National Naval Medical Center, Bethesda, MD (1996)
42. Chicago Ophthalmological Society, Chicago, IL (1996)
43. University of Wisconsin, Madison, WI (1996)
44. Indiana University, Indianapolis, IN (1996)
45. Houston Ophthalmological Society, Houston, TX (1996)
46. Baylor College of Medicine, Houston, TX (1996)
47. Hôpital Saint-Antoine, Paris, France (1996)
48. Bascom Palmer Eye Institute, University of Miami, Miami, FL (1996)
49. Southern Clinical Neurological Society, Puerto Vallarta, Mexico (1997)
50. Ophthalmology Society of New Zealand 1997 Visiting Professor, New Zealand (1997)
51. Oregon University, Portland, OR (1997)
52. Kentucky Medical Association, Louisville, KY (1997)
53. Pituitary Tumors Conference, St. Louis, MO (1997)
54. British Isles Neuro-Ophthalmology Club, Barcelona, Spain (1997)
55. Hôpital Lariboisiere, Paris, France (1997)
56. Groupe Hospitalier Pitie-Salpetriere, Paris, France (1997)
57. New York University, New York, NY (1998)
58. California Pacific Medical Center, San Francisco, CA (1999)
59. Vanderbilt University, Hilton Head, SC (1999)
60. University of Florida, Gainesville, FL (1999)
61. University of Kentucky, Lexington, KY (1999)
62. Great Ormond Street Hospital for Children, London, England (2000)
63. Worthen Lecturer, Wilmer Eye Institute, Johns Hopkins University, Baltimore, MD (2000)
64. Washington National Eye Center, Washington, DC (2000)
65. University of Massachusetts, Worcester, MA (2000)
66. Cornell Medical College, New York, NY (2000)
67. University of Virginia, Charlottesville, VA (2001)
68. Henry Ford Hospital, Detroit, MI (2001)
69. World Congress of Neurology, London, UK (2001)
70. New York University Medical Center, New York, NY (2001)

71. University of Oklahoma, Oklahoma City, OK (2002)
72. Kresge Eye Institute, Wayne State University, Detroit MI (2002)
73. Chandler Lecturer, Mass Eye and Ear Infirmary, Harvard Medical School, Boston MA (2002)
74. Garson Visiting Professor in Neurology, Case Western Reserve University, Cleveland OH (2002)
75. Institute of Ophthalmology and Visual Science, New Jersey Medical School, Newark, NJ (2003)
76. Partners Neurology (Harvard Medical School), Boston, MA (2003)
77. University of Cambridge, Cambridge, UK (2003)
78. Cole Eye Institute, Cleveland Clinic, Cleveland, OH (2003)
79. International Neuro-Ophthalmology Society, Invited Speaker, Geneva, Switzerland, (2004)
80. University of Florida, Amelia Island, FL, (2004)
81. Marion K. Humphries, Jr. Lecturer, University of Virginia School of Medicine, Charlottesville, VA (2004)
82. Northwestern University Feinberg School of Medicine, Chicago, IL, (2004)
83. University of Toronto School of Medicine, Toronto, Canada, (2004)
84. Cornell Medical College, New York, NY (2004)
85. North Carolina Neurological Society, Greensboro, NC (2004)
86. Jules Stein Eye Institute, University of California at Los Angeles, Los Angeles, CA (2005)
87. University of Wisconsin, Madison, WI (2005)
88. University of Florida, Gainesville, FL (2005)
89. Washington National Eye Center, Washington DC (2005)
90. Swiss Society of Ophthalmology, Interlaken, Switzerland (2005)
91. University of Texas Southwestern Medical Center, Dallas, TX (2005)
92. Neuro-Ophthalmology Society of Australia, Sydney, Australia (2005)
93. World Congress of Neurology, Sydney, Australia (2005)
94. Chicago Ophthalmological Society, Chicago, IL (2005)
95. Partner's Neurology, Harvard Medical School, Boston, MA (2006)
96. Columbia University College of Physicians and Surgeons, New York, NY (2006)
97. Johns Hopkins Medical Institutions, Baltimore, MD (2006)
98. Western Intermountain Neurological Organization, Salt Lake City, UT (2006)
99. University of Alabama, Birmingham, AL (2006)
100. International Neuro-Ophthalmology Society, Invited Speaker, Tokyo, Japan (2006)
101. University of Toronto, Toronto, Canada (2007)
102. New York University School of Medicine, New York, NY (2007)

103. Swiss Society of Neurology, Bern, Switzerland (2007)
104. University of Minnesota, Minneapolis, MN (2007)
105. Israeli Neuro-Ophthalmology Society, Tel Aviv, Israel (2007)
106. University of Illinois, Chicago, Illinois (2008)
107. North Shore-Long Island Jewish Health System, Great Neck, New York (2008)
108. Oregon Ophthalmological Society, Portland, Oregon (2009)
109. University of Illinois, Chicago, Illinois (2009)
110. Forum for Indian Neurology Education, Mumbai, India (2009)
111. University of Toronto, Toronto, Canada (2009)
112. Mount Sinai School of Medicine, New York, New York (2009)
113. World Congress of Neurology, Bangkok, Thailand (2009)
114. Ramathibodi Hospital, Madibol University, Bangkok, Thailand (2009)
115. Washington University School of Medicine, St. Louis, Missouri (2009)
116. St. Louis Ophthalmological Society, St. Louis, Missouri (2009)
117. New Orleans Academy of Ophthalmology, New Orleans, Louisiana (2010)
118. University of California at San Francisco, San Francisco, California (2010)
119. University of Illinois, Chicago, Illinois (2010)
120. International Neuro-Ophthalmology Society, Lyon, France (2010)
121. University of Texas, Southwestern, Dallas, Texas (2010)
122. Yale University School of Medicine, New Haven, Connecticut (2010)
123. Forum for Indian Neurology Education, Chennai, India (2010)
124. Danish Ophthalmological Society, Kolding, Denmark (2011)
125. University of Illinois, Chicago, Illinois (2011)
126. Australia and New Zealand Association of Neurologists, Hobart, Tasmania, Australia (2011)
127. University of Montreal, Montreal, Canada (2011)
128. Forum for Indian Neurology Education, Kolkatta, India (2011)
129. World Congress of Neurology, Marrakech, Morocco (2011)
130. University of Illinois, Chicago, Illinois (2012)
131. Bascom Palmer Eye Institute, University of Miami School of Medicine, Miami, Florida (2012)
132. Boston University School of Medicine, Boston, Massachusetts (2012)
133. International Neuro-Ophthalmology Society, Singapore (2012)
134. Anesthesiology Patient Safety Foundation, Arizona (2012)
135. Sheffield University, Sheffield, United Kingdom (2012)
136. Weil Cornell Medical College, New York, New York (2013)

137. University of Illinois, Chicago, Illinois (2013)
138. Emory University School of Medicine, Atlanta, Georgia (2013)
139. Canadian Ophthalmological Society, Montreal, Canada (2013)
140. World Congress of Neurology, Vienna, Austria (2013)
141. State University of New York Downstate, Brooklyn, New York (2013)
142. Wills Eye Hospital, Philadelphia, Pennsylvania (2013)
143. American Academy of Ophthalmology, Hoyt Lecturer, New Orleans, Louisiana (2013)
144. Irish College of Ophthalmologists/Royal College of Surgeons in Ireland, Dublin, Ireland (2013)
145. University of Illinois, Chicago, Illinois (2014)
146. Royal College of Ophthalmologists of the United Kingdom, Birmingham, UK (2014)
147. Chilean Neurology Society and Univeristy of Los Andes, Santiago, Chile (2014)
148. Washington University School of Medicine, St. Louis, Missouri (2014)
149. Academia Mexicana de Neurologia, Cancun, Mexico (2014)
150. University of Arkansas, Little Rock, Arkansas (2014)
151. University of Illinois, Chicago, Illinois (2015)
152. University of Rochester, Rochester, New York (2015)
153. New York University, New York, New York (2015)
154. Phillips Eye Institute, Minneapolis, Minnesota (2015)
155. American Academy of Optometry, New Orleans, Louisiana (2015)
156. Asian Neuro-Ophthalmology Society, Beijing, China (2015)
157. University of Mississippi Medical Center, Jackson, Mississippi (2015)
158. University of Illinois, Chicago, Illinois (2016)
159. Intraocular and Intracranial Pressure Gradient Related Diseases International Summit, Beijing, China (2016)
160. Colegio de Medicos Oftalmologos de Jalisco, Guadalajara, Mexico (2016)
161. Academia Mexicana de Neurologia and the Pan-American Congress of World Federation of Neurology, Cancun, Mexico (2016)
162. American Academy of Neurology Fall Conference, Las Vegas, Nevada (2016)
163. University of California Los Angeles, Los Angeles, California (2017)
164. University of California San Francisco, San Francisco, California (2017)
165. University of Illinois, Chicago, Illinois (2017)
166. University of Miami, Miami, Florida (2017)
167. American Academy of Neurology H. Houston Merritt Lecturer, Boston, Massachusetts (2017)
168. Partners' Neurology, Harvard Medical School, Boston, Massachusetts (2017)
169. Dean's Distinguished Faculty Lecture and Award, Emory University School of Medicine,

Atlanta, Georgia (2017)

170. Neuro-Ophthalmology Society of Australia (NOSA), Sydney, Australia (2017)

171. World Congress of Neurology (WCN), Kyoto, Japan (2017)

**PRESENTATIONS (Past 4 Years):**
**(445 from 1986 to 2013)**

446. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, February, 2014.

447. "Neuro-Ophthalmology Case Presentations," (Course Faculty), Illinois Eye Review, Chicago, Illinois, March, 2014.

448. "What's New in Neuro-Ophthalmology?", "Mitochondrial Disease in Ophthalmology: When to Expect It", "Medically Unexplained Visual Loss", (Invited Speaker), Royal College of Ophthalmologists of the United Kingdom Annual Congress, Birmingham, U.K., May, 2014.

449. "Case Presentations" (3 hours), (Invited Speaker), International Meeting of the Chilean Neurology Society and the University of Los Andes, Santiago, Chile, August, 2014.

450. "Neuro-Ophthalmology Case Presentations", (Course Director and Faculty), Advanced Neuro-Ophthalmology Course, American Academy of Ophthalmology Annual Meeting, Chicago, Illinois, November, 2014.

451. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, September, 2014.

452. "What's New in Neuro-Ophthalmology?", "Case Presentations", (Visiting Professor), Department of Ophthalmology and Visual Science, Washington University School of Medicine, St. Louis, Missouri, October, 2014.

453. "What's New in Neuro-Ophthalmology?", "Neuro-Bowl", (Invited Speaker), Academia Mexicana de Neurologia Annual Meeting, Cancun, Mexico, November, 2014.

454. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, November, 2014.

455. "Neuro-Ophthalmology Update", "Ophthalmoscopy in the 21st Century", "Case Presentations", (Visiting Professor), Department of Ophthalmology, University of Arkansas for Medical Sciences, Little Rock, Arkansas, December, 2014.

456. "Neuro-Ophthalmology Update", (Invited Faculty), GEM (State Society) Annual Meeting, Atlanta, Georgia, 2015.

457. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, February, 2015.

458. "Neuro-Ophthalmology Case Presentations," (Course Faculty), Illinois Eye Review, Chicago, Illinois, February, 2015.

459. "Perioperative Visual Loss", "Idiopathic Intracranial Hypertension: Prognostic Factors", (Invited Faculty), 60th Rochester Ophthalmology Conference, University of Rochester, Rochester, New York, March, 2015.

460. "Neuro-Ophthalmology Update", (Visiting Professor), Department of Neurology, New York University School of Medicine, New York, New York, March, 2015.

461. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, September, 2015.

462. "Neuro-Ophthalmology Update 1, 2 and 3", (Invited Speaker), The Cutting Edge in Ophthalmology, Phillips Eye Institute CME Conference, Minneapolis, Minnesota, October, 2015.

463. "What's Hot in Neuro-Op: Case After Case After Case", (Keynote Speaker), 2015 Lawrence Gray Symposium on Neuro-Ophthalmic Disorders", American Academy of Optometry Annual Meeting, New Orleans, Louisiana, October, 2015.

464. "Optic Neuropathies", "Walsh in Asia", (Keynote Speaker), 8th Asian Neuro-Ophthalmology Society Congress, Beijing, China, October, 2015.

465. "Optic Neuropathies", (Faculty), Neuro-Ophthalmology Teaching Course, World Congress of Neurology, Santiago, Chile, November, 2015.

466. "Double Vision and Nystagmus Made Ridiculously Simple", (Invited Panelist), Neuro-Ophthalmology Subspecialty Day: Neuro-Ophthalmology Made Ridiculously Simple, American Academy of Ophthalmology Annual Meeting, Las Vegas, Nevada, November, 2015.

467. "Optic Neuritis: Is It or Isn't It?", (Invited Speaker), Symposium: Optic Neuritis: The Good, The Bad, The Ugly, American Academy of Ophthalmology Annual Meeting, Las Vegas, Nevada, November, 2015.

468. "Case Presentations", "Neuro-Ophthalmology Update", (Invited Professor, James J. Corbett Lecturer in Neuro-Ophthalmology), Departments of Neurology and Ophthalmology, University of Mississippi Medical Center, Jackson, Mississippi, December, 2015.

469. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, December, 2015.

470. "Treatment of Leber Hereditary Optic Neuropathy", "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, December, 2015.

471. "What Went Wrong? Pearls and Pitfalls in the Diagnosis and Management of Common Neuro-ophthalmologic and Neuro-otologic cases", (Program Director, Invited Speaker), in

"Breakthroughs in Neurology" American Academy of Neurology Conference, Orlando, Florida, January, 2016.

472. "Voices of Experience: Mentors and Role Models (Panel Discussant)", "Leadership for Women", in "Breakthroughs in Neurology" American Academy of Neurology Conference, Orlando, Florida, January, 2016.

473. "Neuro-Ophthalmology Case Presentations," (Course Faculty), Illinois Eye Review, Chicago, Illinois, February, 2016.

474. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, February, 2016.

475. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, April, 2016.

476. "Push Me, Pull You", (Invited Speaker), Intraocular and Intracranial Pressure Gradient Related Diseases International Summit, Beijing, China, August, 2016.

477. "Update On the LHON Gene Therapy Trial", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, September, 2016.

478. "Is It Optic Neuritis", "Intracranial Hypertension", "Case Presentations", "Third Nerve Palsies", "Painful Ophthalmoplegia", (Visiting Professor), Annual Meeting of the Colegio de Oftalmologos de Jalisco, Guadalajara, Mexico, October, 2016.

479. "Neuro-Ophthalmology Update", (Invited Speaker), American Academy of Neurology Fall Conference, Las Vegas, Nevada, October, 2016.

480. "Neuro-Bowl", "Neuro-Ophthalmology Update", (Featured Speaker), Academia Mexicana de Neurologia and Pan-American Congress of World Federation of Neurology Meeting, Cancun, Mexico, November, 2016.

481. "Ophthalmoscopy in the 21st Century", "Case Presentations", (Visiting Professor), Department of Neurology, University of California Los Angeles, Los Angeles, California, January, 2017.

482. "Acute Retinal Ischemia: An Emergency often Ignored", (Visiting Professor), Department of Ophthalmology, University of California Los Angeles, Jules Stein Institute, Los Angeles, California, January, 2017.

483. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, February, 2017.

484. "Neuro-Ophthalmology Pearls, Pitfalls and Advances, Parts 1 and 2", (Invited Faculty, Keynote Speaker), 50th Annual Recent Advances in Neurology Course, University of California San Francisco, San Francisco, California, February, 2017.

485. "Neuro-Ophthalmology Case Presentations," (Course Faculty), Illinois Eye Review, Chicago, Illinois, February, 2017.

486. "Neuro-Ophthalmology Update", (Visiting Professor), Department of Neurology,

University of Miami, Miami, Florida, March, 2017.

487. "Ophthalmoscopy in the 21st Century", 2017 H. Houston Merritt Lecture, Presidential Plenary Session, American Academy of Neurology Annual Meeting, Boston, Massachusetts, April, 2017.

488. "Neuro-Ophthalmology Update", "Neuro-Ophthalmology Case Presentations", (Visiting Professor), Partner's Neurology, Harvard Medical School, Boston, Massachusetts, May, 2017.

489. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, May, 2017.

490. "Neuro-Ophthalmology Case Presentations", Grand Rounds, Departments of Ophthalmology, Neurology, and Neurosurgery, Emory University, Atlanta, Georgia, September, 2017.

491. "Leber Hereditary Optic Neuropathy: From Bench to Bedside", "Perioperative Visual Loss", "Ophthalmoscopy in the 21st Century", (Featured Keynote Invited Speaker), Neuro-Ophthalmology Society of Australia (NOSA), Sydney, Australia, September, 2017.

492. "Visual Fields", "Toxic and Nutritional Optic Neuropathies", "Hereditary Optic Neuropathies", (Invited Speaker), NeuroVision Course, Sydney, Australia, September, 2017.

493. "Optic Neuropathies", "Papilledema and IIH", (Faculty), Neuro-Ophthalmology Teaching Course, World Congress of Neurology, Kyoto, Japan September, 2017.

**PUBLICATIONS:**

**Major Journals:**

1. **Newman NJ**, Miller NR, Green WR. Ectopic brain in the orbit. Ophthalmology 93:268-272, 1986.
2. Ogilvy CS, McKee AC, **Newman NJ**, Donnelly SM, Kiwak KJ. Embolism of cerebral tissue to lungs: Report of 2 cases and review of the literature. Neurosurgery 23:511-516, 1988.
3. **Newman NJ**, Lessell S, Brandt EM. Bilateral central retinal artery occlusions, disk drusen, and migraine. Am J Ophthalmol 107:236-240, 1989.
4. **Newman NJ**, Kline LB, Leifer D, Lessell S. Ocular stroke and carotid artery dissection. Neurology 39;1462-1464, 1989.
5. **Newman NJ**, Lessell S. Pupillary dilation with monocular occlusion as a sign of non-organic oculomotor dysfunction. Am J Ophthalmol 108:461-462, 1989.
6. **Newman NJ**, Lessell S. Isolated pupil-sparing third nerve palsy as the presenting sign of multiple sclerosis. Arch Neurol 47:817-818, 1990.
7. **Newman NJ**, Starck T, Kenyon KR, Lessell S, Fish I, Kolodny EH. Corneal surface irregularities

and episodic pain in a patient with mucolipidosis IV. Arch Ophthalmol 108;251-254, 1990.

8. **Newman NJ**, Bell IR, McKee AC. Paraneoplastic limbic encephalitis: Neuropsychiatric presentation. Biol Psychiatry 27:529-542, 1990.
9. **Newman NJ**, Wallace DC. Mitochondria and Leber's hereditary optic neuropathy. Am J Ophthalmol 109:726-730, 1990.
10. **Newman NJ**. Cranial nerve palsies and abnormalities of the extraocular muscles. Curr Opin Ophthalmol 1:469-475, 1990.
11. **Newman NJ**. Visual loss with dancing extremities and mental disturbances. Comments on Salmon JF, Pan EL, Murray ADN. Surv Ophthalmol 35:299-306, 1991.
12. **Newman NJ**, Lessell S, Winterkorn J. Optic Chiasmal Neuritis. Neurology 41:1203-1210, 1991.
13. **Newman NJ**. Leber's hereditary optic neuropathy. Ophthalmol Clin NA 4:431-447, 1991.
14. **Newman NJ**, Wolfe JM, Stewart MI, Lessell S. Binocular visual function in patients with a history of monocular optic neuritis. Clin Vis Sci 6:95-108, 1991.
15. **Newman NJ**, Lott MT, Wallace DC. The clinical characteristics of pedigrees of Leber's hereditary optic neuropathy with the 11778 mutation. Am J Ophthalmol 111:750-762, 1991.
16. Ortiz J, **Newman NJ**, Barrow DL. Bilateral optic neuropathy and multiple cerebral aneurysms in a patient with CREST syndrome. J Clin Neuro Ophthalmol 11:233-240, 1991.
17. **Newman NJ**, Lessell S. Bilateral optic neuropathies with remission in two HIV-positive men. J Clin Neuro Ophthalmol 12:1-5, 1992.
18. Hudgins, PA, **Newman NJ**, Dillon WP, Hoffman JC. Radiation-induced optic neuropathy: Characteristic appearances on gadolinium-enhanced MR. Am J Neuro Rad 13:235-238, 1992.
19. Stone EM, **Newman NJ**, Miller NR, Johns DR, Lott MT, Wallace DC. Visual recovery in patients with Leber's hereditary optic neuropathy and the 11778 mutation. J Clin Neuro Ophthalmol 12:10-14, 1992.
20. Ortiz RG, **Newman NJ**, Manroukian SV, Diesenhouse MC, Lott MT, Wallace DC. Disc cupping and electrocardiographic abnormalities in an American pedigree with Leber's hereditary optic neuropathy. Am J Ophthalmol 113:561-566, 1992.
21. **Newman NJ**. Comments on: Sedwick LA. Getting to the heart of visual loss: When cardiac medication may be dangerous to the optic nerves. Surv Ophthalmol 36:366-372, 1992.
22. **Newman NJ**, Lambert SR. Botulinum toxin treatment of supranuclear ocular motility disorders. Neurology 42:1391-1393, 1992.
23. **Newman NJ**. Mitochondrial disease and the eye. Ophthalmol Clin N A 5:405-424, 1992.
24. **Newman NJ**. Multiple cranial neuropathies: presenting signs of systemic lymphoma. Surv Ophthalmol 37:125-129, 229, 1992.
25. Shoffner JM, Fernhoff PM, Krawiecki NS, Caplan DB, Holt PJ, Koontz DA, Takei Y, **Newman NJ**, Ortiz RG, Polak M, Ballinger SW, Wallace D. Subacute necrotizing encephalopathy: oxidative phosphorylation defects and the ATPase 6 point mutation. Neurology 42:2168-2174, 1992.
26. Diesenhouse MC, Palay DA, **Newman NJ**, To K, Albert DM. Acquired heterochromia with

Horner syndrome in two adults. Ophthalmology 99:1815-1817, 1992.

27. Martinez JA, Lopez PF, Sternberg P, Aaberg TM, Lambert HM, Capone A, Mandell BA, **Newman NJ**. Vogt-Koyanagi-Harada syndrome in patients with Cherokee Indian ancestry. Am J Ophthalmol 114:615-620, 1992.
28. **Newman NJ**. Neuro-ophthalmology and psychiatry. Gen Hosp Psychiatry 15:102-114, 1993.
29. Green JP, **Newman NJ**, Winterkorn JS. Paralysis of downgaze in two patients with clinical-radiologic correlation. Arch Ophthalmol 111:219-222, 1993.
30. **Newman NJ**. Optic disc pallor: A false localizing sign. Surv Ophthalmol 37:273-282, 1993.
31. Weiner NC, **Newman NJ**, Lessell S, Johns DR, Lott MT, Wallace DC. Atypical Leber's hereditary optic neuropathy with molecular confirmation. Arch Neurol 50:470-473;1993.
32. **Newman NJ**. Leber's hereditary optic neuropathy: New genetic considerations. Arch Neurol 50:540-548;1993.
33. Lambert SR, **Newman NJ**. Retinal disease masquerading as spasmus nutans. Neurology 43:1607-1609;1993.
34. Ortiz RG, **Newman NJ**, Shoffner JM, Kaufman AE, Koontz DA, Wallace DC. Variable retinal and neurologic manifestations in patients harboring the mitochondrial DNA 8993 mutation. Arch Ophthalmol 111:1525-1530;1993.
35. Shutter LA, Green JP, **Newman NJ**, Hooks MA, Gordon RD. Cortical blindness and white matter lesions in a patient receiving FK506 after liver transplantation. Neurology 43:2417-2418;1993.
36. **Newman NJ**. Neuro-ophthalmology: The afferent system. Curr Opin Neurol Neurosurg 6:738-746;1993.
37. Walter KA, **Newman NJ**, Lessell S. Oculomotor palsy from minor head trauma: initial sign of intracranial aneurysm. Neurology 44:148-150;1994.
38. Beck AD, **Newman NJ**, Grossniklaus HE, Galetta SL, Kramer TR. Optic nerve enlargement and chronic visual loss. Surv Ophthalmol 38:555-566, 1994.
39. **Newman NJ**, Capone A, Leeper HF, et al. Clinical and subclinical ophthalmic findings with retinol deficiency. Ophthalmology 101:1077-1083, 1994.
40. **Newman NJ**. Bilateral visual loss and disc edema in a 15-year-old girl. Surv Ophthalmol 38:365-370, 1994.
41. **Newman NJ**, Torroni A, Brown MD, et al. Epidemic neuropathy in Cuba not associated with mitochondrial DNA mutations found in Leber's hereditary optic neuropathy patients. Am J Ophthalmol 118:158-168, 1994.
42. **Newman NJ**. Neuro-ophthalmology and systemic disease: an annual review (1993). J Neuro-Ophthalmol 14:105-117, 1994.
43. **Newman NJ**, Selzer KA, Bell RA. Association of multiple sclerosis and intracranial hypertension. J Neuro-Ophthalmol 14:189-192, 1994.
44. Daftari TK, Heller JG, **Newman NJ**. Pseudotumor cerebri after occipitocervical arthrodesis and immobilization in a halovest. J Bone Joint Surg 77A:455-458, 1995.
45. **The Ischemic Optic Neuropathy Decompression Trial Research Group. (Writing**

**Committee).** Optic nerve decompression surgery for nonarteritic anterior ischemic optic neuropathy (NAION) is not effective and may be harmful. JAMA 273:625-632, 1995.

46. **Newman NJ**. Comments on: Hedges TR III. Two brothers with bilateral optic neuropathy. Surv Ophthalmol 39:417-424, 1995.

47. Torroni A, Brown MD, Lott MT, **Newman NJ**, Wallace DC, and the Cuba Neuropathy Field Investigation Team. African, Native American and European mitochondrial DNAs in Cubans from the Pinar del Rio Province and implications for the recent epidemic neuropathy in Cuba. Human Mutation 5:310-317, 1995.

48. **Newman NJ**. Neuro-ophthalmology and systemic disease - Part I. An annual review (1994). J Neuro-Ophthalmol 15:109-121, 1995.

49. **Cuba Neuropathy Field Investigation Team (Writing Committee).** Epidemic optic neuropathy in Cuba: clinical characterization and risk factors. N Engl J Med 333:1176-1182, 1995.

50. **Newman NJ**, Slamovits TL, Friedland S, Wilson WB. Neuro-ophthalmic manifestations of meningocerebral inflammation from the limited form of Wegener's granulomatosis. Am J Ophthalmol 120:613-621, 1995.

51. **Newman NJ**. Neuro-ophthalmology and systemic disease - Part II. An annual review (1994). J Neuro-Ophthalmol 15:241-253, 1995.

52. Zacchei AC, **Newman NJ**, Sternberg P. Serous retinal detachment of the macula associated with cat scratch disease. Am J Ophthalmol 120:796-797, 1995.

53. Johns DR, **Newman NJ.** Hereditary optic neuropathies. Seminars Ophthalmol 10:203-213, 1995.

54. **Newman NJ**, Grossniklaus HE, Wojno TH. Breast carcinoma metastatic to the optic nerve. Arch Ophthalmol 114:102-103, 1996.

55. **Newman NJ**. Optic neuropathy. Neurology 46:315-322, 1996.

56. Geis TC, **Newman NJ**, Dawson RC. Superior oblique myokymia associated with a dural arteriovenous fistula. J Neuro-Ophthalmol 16:41-43, 1996.

57. Loupe DN, **Newman NJ**, Green RD, et al. Pupillary response to tropicamide in patients with Alzheimer disease. Ophthalmology 103:495-503, 1996.

58. Davis PC, **Newman NJ**. Advances in neuroimaging of the visual pathways. Am J Ophthalmol 121:690-705, 1996.

59. Meyer DR, Nerad JA, **Newman NJ**, Lin JC. Bilateral enophthalmos associated with hydrocephalus and vertriculoperitoneal shunting. Arch Ophthalmol 114:1206-1209, 1996.

60. **Newman NJ**. Evaluating the patient with transient monocular visual loss: the young versus the elderly. Ophthalmol Clin NA 9:455-465, 1996.

61. Green JP, **Newman NJ**, Stowe ZN, Nemeroff CB. "Normal pressure" pseudotumor cerebri. J Neuro-Ophthalmol 16:241-246, 1996.

62. Phillips PH, **Newman NJ**. Adie's tonic pupil in a child. J Pediatr Ophthalmol Strabismus 33:331-332, 1996.

63. **The IONDT Study Group (Chairman, Writing Committee).** Characteristics of patients with nonarteritic anterior ischemic optic neuropathy eligible for the Ischemic Optic Neuropathy

Decompression Trial. Arch Ophthalmol 114:1366-1374, 1996.

64. Devine SM, **Newman NJ**, Siegel J, et al. Tacrolimus (FK506) induced cerebral blindness following bone marrow transplantation. Bone Marrow Transplant 18:569-572, 1996.
65. Biousse V, **Newman NJ**. Management of optic nerve disorders: Part I. Optic neuritis and anterior ischemic optic neuropathy. Drugs of Today 32:629-636, 1996.
66. Biousse V, **Newman NJ**. Management of optic nerve disorders: Part II. Idiopathic intracranial hypertension. Drugs of Today 33:19-24, 1997
67. Phillips PH, **Newman NJ**. Here today, gone tomorrow. Surv Ophthalmol 41:354-356, 1997.
68. Goldstein JB, Biousse V, **Newman NJ**. Unilateral pharmacologic mydriasis in a patient with respiratory compromise. Arch Ophthalmol 115:806, 1997.
69. **Newman NJ**. The eyes don't have it in Alzheimer's disease. Mayo Clin Proc 72:581-582, 1997.
70. Phillips PH, **Newman NJ**. Mitochondrial diseases in pediatric ophthalmology. AAPOS 1:115-122, 1997.
71. Kerrison J, **Newman NJ**. Clinical spectrum of Leber's hereditary optic neuropathy. Clin Neurosci 4:295-301, 1997.
72. Lee AG, Phillips PH, **Newman NJ**, et al. Neuro-ophthalmologic manifestations of adenoid cystic carcinoma. J Neuro-Ophthalmol 17:183-188, 1997.
73. Balch K, Phillips PH, **Newman NJ**. Painless orbital apex syndrome from mucormycosis. J Neuro-Ophthalmol 17:178-182, 1997.
74. Biousse V, **Newman NJ**, Sternberg P. Retinal vein occlusion and transient monocular visual loss associated with hyperhomocystinemia. Am J Ophthalmol 124:257-260, 1997.
75. Crawley B, Scherer RW, Langenberg P, Dickersin K and **the IONDT Study Group**. Participation in the Ischemic Optic Neuropathy Decompression Trial: Sex, race, and age. Ophthalmic Epidemiology 4:157-173, 1997.
76. Warner JEA, Lessell S, Rizzo JF, **Newman NJ**. Does optic disc appearance distinguish ischemic optic neuropathy from optic neuritis? Arch Ophthalmol 115:1408-1410, 1997.
77. Biousse V, Brown MD, **Newman NJ**, et al. De novo 14484 mitochondrial DNA mutation in monozygotic twins discordant for Leber's hereditary optic neuropathy. Neurology 49:1136-1138, 1997.
78. Haupert CL, **Newman NJ**. Ocular neuromyotonia 18 years after radiation therapy. Arch Ophthalmol 115:1331-1332, 1997.
79. Haupert CL, **Newman NJ**. Prolonged Uhthoff's phenomenon in sarcoidosis. Am J Ophthalmol 124:564-566, 1997.
80. Hubbard B, Terry K, Biousse V, **Newman NJ**. Convergence nystagmus associated with spasmus nutans. (Letter) J Neuro-Ophthalmol 17:278, 1997.
81. Green JP, **Newman NJ**. Normal pressure pseudotumor cerebri. [Letter] J Neuro-Ophthalmol 17:280, 1997.
82. Biousse V, **Newman NJ**, Carroll C, et al. Visual fields in patients with posterior GPi pallidotomy. Neurology 50:258-265, 1998.

83. Phillips PH, **Newman NJ**, Lynn MJ. Optic neuritis in African Americans. Arch Neurol 55:186-192, 1998.
84. Biousse V, **Newman NJ**, Lessell S. Audible pulsatile tinnitus in idiopathic intracranial hypertension. Neurology 50:1185-1186, 1998.
85. Biousse V, Mendicino M, Simon D, **Newman NJ**. The ophthalmology of intracranial vascular abnormalities. Am J Ophthalmol 125:527-544, 1998.
86. **Ischemic Optic Neuropathy Decompression Study Group.** The Ischemic Optic Neuropathy Decompression Trial (IONDT): Design and methods. Controlled Clin Trials 19:276-296, 1998.
87. Biousse V, **Newman NJ**, Lee AG, et al. Intracranial Ewing's sarcoma. J Neuro-Ophthalmol 18:187-191, 1998.
88. Godfrey DG, Biousse V, **Newman NJ**. Delayed branch retinal artery occlusion following presumed blunt common carotid dissection. Arch Ophthalmol 116:1120-1121, 1998.
89. Guevara RA, **Newman NJ**, Grossniklaus HE. Positive temporal artery biopsy 6 months after prednisone treatment. Arch Ophthalmol 116:1252-1253, 1998.
90. Biousse V, Guevara RA, **Newman NJ**. Transient Horner's syndrome after lumbar epidural anesthesia. Neurology 51:1473-1475, 1998.
91. Brazis PW, Graff-Radford NR, **Newman NJ**, Lee AG. Ishihara color plates as a test for simultagnosia. Am J Ophthalmol 126:850-851, 1998.
92. Fivgas GD, **Newman NJ**. Anterior ischemic optic neuropathy following the use of a nasal decongestant. Am J Ophthalmol 127:104-106, 1999.
93. Feinberg AS, **Newman NJ**. Schwannoma in patients with isolated unilateral trochlear nerve palsy. Am J Ophthalmol 127:183-188, 1999.
94. Petermann SH, **Newman NJ**. Pituitary macroadenoma presenting as an isolated fourth nerve palsy. Am J Ophthalmol 127:235-236, 1999.
95. Grant AC, Biousse V, Cook AA, **Newman NJ**. Stroke associated stuttering. Arch Neurol 56:624-627, 1999.
96. Bhatti MT, **Newman NJ**. A multiple sclerosis-like illness in a man harboring the mtDNA 14484 mutation. J Neuro-ophthalmol 19:28-33, 1999.
97. McCasland BJ, Mendicino ME, **Newman NJ**. Subretinal hemorrhage in idiopathic intracranial hypertension. Br J Ophthalmol 83:883-884, 1999.
98. Solley WA, Martin DF, **Newman NJ**, et al. Cat scratch disease. Posterior segment manifestations. Ophthalmology 106:1546-1553, 1999.
99. Kerrison JK, Bennett MD, **Newman NJ**, Phillips PH, Aaberg TM. Atypical mass lesion associated with cat scratch disease. Clinical Infectious Diseases 29:221-223, 1999.
100. Biousse V, **Newman NJ**. Aneurysms and subarachnoid hemorrhage. Neurosurg Clin NA 10:631-651, 1999.
101. Kerrison JB, **Newman NJ**. The phacomatoses. Neurosurg Clin NA 10:775-787, 1999.
102. Vaphiades MS, **Newman NJ**. Optic nerve enhancement on orbital MRI in Leber's hereditary optic neuropathy. J Neuro-ophthalmol 19:238-239, 1999.

103. Kerrison JB, **Newman NJ**. Five things oculoplastic surgeons should know about neuro-ophthalmology. Ophthalmic Plastic Recon Surg 15:373-377, 1999.

104. Bhatti MT, Holder CA, **Newman NJ**, Hudgins PA. Muslin-induced optic neuropathy: MR characteristics. AJNR 21:346-352, 2000.

105. Kerrison JB, Biousse V, **Newman NJ**. The retinopathy of NARP syndrome. Arch Ophthalmol 118:298-299, 2000.

106. Kerrison JB, Pollock SC, Biousse V, **Newman NJ**. Coffee and doughnut maculopathy: A cause of acute central ring scotomas. Br J Ophthalmol 84:158-164, 2000.

107. Biousse V, Kerrison JB, **Newman NJ**. Is nonarteritic anterior ischemic optic neuropathy related to homocysteine? Br J Ophthalmol 84:555, 2000.

108. Kerrison JB, Biousse V, **Newman NJ**. Isolated Horner's syndrome and syringomyelia. J Neurol Neurosurg Psychiatry 69:131-132, 2000.

109. Van Stavern GP, Biousse V, Leingang JC, **Newman NJ**. Downbeat nystagmus from heat stroke. J Neurol Neurosurg Psychiatry 69:401-409, 2000.

110. **Ischemic Optic Neuropathy Decompression Trial Research Group (Writing Committee).** Ischemic optic neuropathy decompression trial. Twenty-four-month update. Arch Ophthalmol 118:793-798, 2000.

111. Holmes JM, Beck RW, Kip KE, Droste PJ, Leske DA, and the **Pediatric Eye Disease Investigator Group (PEDIG)**: Botulinum toxin treatment versus conservative management in acute traumatic sixth nerve palsy or paresis. J AAPOS 4:145-149, 2000.

112. Jacobs LD, Beck RW, Simon JH, et al, and the **CHAMPS Study Group**. N Engl J Med 343:898-904, 2000.

113. Biousse V, **Newman NJ**, Petermann SH, Lambert SR. Isolated comitant esotropia and Chiari I malformation. Am J Ophthalmol 130:216-220, 2000.

114. Freeman JY, **Newman NJ**. Carotid artery compression of the optic nerve. (Letter) Ophthalmology 107:1798-1800, 2000.

115. Kerrison JB, Lynn MJ, Baer CA, Newman SA, Biousse V, **Newman NJ**. Stages of improvement in visual fields after pituitary tumor resection. Am J Ophthalmol 130:813-820, 2000.

116. Kerrison JB, Miller NR, Hsu F-C, Beaty TH, Maumenee IH, Smith KH, Savino PJ, Stone EM, **Newman NJ**. A case-control study of tobacco and alcohol consumption in Leber's hereditary optic neuropathy. Am J Ophthalmol 130:803-812, 2000.

117. Srivastava SK, **Newman NJ**. Pseudo-pseudotumor. Surv Ophthalmol 45:135-138, 2000.

118. Biousse V, **Newman NJ**. Third nerve palsies. Sem Neurol 20:55-74.

119. Kerrison JB, **Newman NJ**, Brown RH. Ischemic optic neuropathy associated with idiopathic dilated episcleral veins. Ann Ophthalmol 33:70-72, 2001.

120. Sandbach JM, **Newman NJ**. Retinal masqueraders of optic nerve disease. Ophthalmol Clin NA 14:41-59, 2001.

121. Van Stavern GP, **Newman NJ**. Optic neuropathies. An overview. Ophthalmol Clin NA 14:61-71, 2001.

122. Biousse V, **Newman NJ**. Intracranial vascular abnormalities. Ophthalmol Clin NA 14:243-264, 2001.

123. Hejny C, Kerrison JB, **Newman NJ**, Stone CM. Rhino-orbital mucormycosis in a patient with acquired immune deficiency syndrome (AIDS) and neutropenia. Am J Ophthalmol 132:111-112, 2001.

124. Biousse V, **Newman NJ**, Oyesiku NM. Precipitating factors in pituitary apoplexy. J Neurol Neurosurg Psychiatry 71:542-545, 2001.

125. Van Stavern GP, Biousse V, Lynn MJ, Simon DJ, **Newman NJ**. Neuro-ophthalmic manifestations of head trauma. J Neuro-Ophthalmol 21:112-117, 2001.

126. Sandbach JM, Coscun PE, Grossniklaus HE, Kokoszka JE, **Newman NJ**, Wallace DC. Ocular pathology in mitochondrial superoxide dismutase (Sod2)-deficient mice. Invest Ophthalmol Vis Sci 42:2173-2178, 2001.

127. Brown MD, Zhadanov S, Allen JC, Hosseini S, **Newman NJ**, Atamonov VV, Mikhailovskaya IE, Sukernik RI, Wallace DC. Novel mtDNA mutations and oxidative phosphorylation dysfunction in Russian LHON families. Hum Genet 109:33-39, 2001.

128. Sadda SR, Nee M, Miller NR, Biousse V, **Newman NJ**, Kouzis A. Clinical spectrum of posterior ischemic optic neuropathy. Am J Ophthalmol 132:743-750, 2001.

129. **Champs Study Group (Writing Committee).** Interferon β-1a for optic neuritis patients at high risk for multiple sclerosis. Am J Ophthalmol 132:463-471, 2001.

130. Biousse V, **Newman NJ**. Hereditary optic neuropathies. Ophthalmol Clin NA 14:547-568, 2001.

131. Madhav TR, Scherzer CR, Yu Z, Lennon VA, **Newman NJ**. Paraneoplastic optic neuropathy and cerebellar ataxia with small-cell carcinoma of the lung. J Neuro-ophthalmol 21:164-167, 2001.

132. Brown MD, Allen JC, Van Stavern GP, **Newman NJ**, Wallace DC. Clinical, genetic, and biochemical characterization of a Leber's hereditary optic neuropathy family containing both the 11778 and 14484 primary mutations. Am J Med Genet 104:331-338, 2001.

133. Biousse V, **Newman NJ**. Neuro-ophthalmology of mitochondrial diseases. Sem Neurol 21:275-291, 2001.

134. **CHAMPS Study Group.** Baseline MRI characteristics of patients at high risk for multiple sclerosis: results from the CHAMPS trial. Multiple Sclerosis 8:330-338, 2002.

135. Thambisetty MR, **Newman NJ**, Glass JD, Frankel MR. A practical approach to the diagnosis and management of MELAS: case report and review. The Neurologist 8:302-312, 2002.

136. Biousse V, Suh DY, **Newman NJ**, Davis PC, Mapstone T, Lambert SR. Diffusion-weighted magnetic resonance imaging in shaken baby syndrome. Am J Ophthalmol 133:249-255, 2002.

137. Beck RW, Chandler DL, Cole SR, et al, for **the CHAMPS Study Group**. Interferon β-1a for early multiple sclerosis: CHAMPS trial subgroup analyses. Ann Neurol 51:481-490, 2002.

138. **Newman NJ**, Scherer R, Langenberg P, Kelman S, Feldon S, Kaufman D, Dickersin K, for the Ischemic Optic Neuropathy Decompression Trial Research Group. The fellow eye in NAION: report from the Ischemic Optic Neuropathy Decompression Trial Follow-up Study. Am J Ophthalmol 134:317-328, 2002.

139. Miller NR, Biousse V, Hwang T, Patel S, **Newman NJ**, Zee DS. Isolated acquired unilateral

horizontal gaze paresis from a putative lesion of the abducens nucleus. J Neuro-ophthalmol 22:204-207, 2002.

140. **CHAMPS Study Group.** Predictors of short-term disease activity following a first clinical demyelinating event: analysis of the CHAMPS placebo group. Multiple Sclerosis 8:405-409, 2002.

141. Szatmary G, Biousse V, **Newman NJ**. Can Swedish Interactive Thresholding Algorithm Fast Perimetry be used as an alternative to Goldmann perimetry in neuro-ophthalmic practice? Arch Ophthalmol 120:1162-1173, 2002.

142. Biousse V, **Newman NJ**. Shaken baby syndrome [Letter]. Am J Ophthalmol 134:472-473, 2002.

143. **CHAMPS Study Group.** MRI predictors of early conversion to clinically definite MS in the CHAMPS placebo group. Neurology 59:998-1005, 2002.

144. Biousse V, **Newman NJ**. Neuro-ophthalmology of mitochondrial diseases. Curr Opin Neurol 16:35-43, 2003.

145. Biousse V, Pardue MT, Wallace DC, **Newman NJ**. The eyes of mito-mouse: mouse-models of mitochondrial disease. J Neuro-ophthalmol 22:279-285, 2002.

146. Seah ABH, Azran MS, Rucker JC, Biousse V, Martin DF, **Newman NJ**. Magnetic resonance imaging abnormalities in cat-scratch disease encephalopathy. J Neuro-ophthalmol 23:16-21, 2003.

147. **Newman NJ**. From genotype to phenotype in Leber hereditary optic neuropathy: still more questions than answers. J Neuro-ophthalmol 22:257-261, 2002.

148. Seah ABH, **Newman NJ**. Cat scratch encephalopathy. Arch Neurol 61:145-147, 2004.

149. Seah ABH, **Newman NJ**. Neuroimaging for the general ophthalmologist. Comp Ophthalmol Update 3:239-49, 2002.

150. Biousse V, **Newman NJ**. Morbidity and mortality following pallidotomy in PD. [Letter] Neurology 59:1822, 2002.

151. Baer CA, Aaberg TM, **Newman NJ**. Morning glory disc anomaly: an atypical case. Br J Ophthalmol 87:363-365, 2003.

152. Rucker JC, **Newman NJ**. Diffuse dural enhancement in cavernous sinus dural arteriovenous fistula. Neuroradiology 45:88-89, 2003.

153. Rucker JC, Biousse V, **Newman NJ**. Leptomeningeal enhancement and venous abnormalities in granulomatous angiitis of the central nervous system. J Neuro-ophthalmol 23:148-150, 2003.

154. Biousse V, Rucker JC, Vignal C, Crassard I, Katz BJ, **Newman NJ**. Anemia and papilledema. Am J Ophthalmol 135:437-446, 2003.

155. Biousse V, **Newman NJ**, Hunter SB, Hudgins PA. Diffusion weighted imaging in radiation necrosis. J Neurol Neurosurg Psychiatry 74:382-384, 2003.

156. Thambisetty M, Biousse V, **Newman NJ**. Hypertensive brainstem encephalopathy: clinical and radiographic features. J Neurol Sci 208:93-99, 2003.

157. Rucker JC, Biousse V, Mao H, Sandbach J, Constantinidis I, **Newman NJ**. Detection of lactate in the human vitreous body using proton magnetic resonance spectroscopy. Arch Ophthalmol

121:909-911, 2003.

158. Biousse V, Tong F, **Newman NJ**. Cerebral venous thrombosis. Curr Treatment Options Cardiovascular Med 5:181-192, 2003.

159. **Optic Neuritis Study Group.** High- and low-risk profiles for the development of multiple sclerosis within 10 years after optic neuritis. Experience of the Optic Neuritis Treatment Trial. Arch Ophthalmol 121:944-949, 2003.

160. Feldon SE, Scherer RW, Hooper FJ, et al, for **the IONDT Research Group**. Surgical quality assurance in the Ischemic Optic Neuropathy Decompression Trial (IONDT). Controlled Clinical Trials 24:294-305, 2003.

161. Biousse V, Tusa RJ, Russell B, Azran MS, Das V, Schubert MS, Ward M, **Newman NJ**. The use of contact lenses to treat visually symptomatic congenital nystagmus. J Neurol Neurosurg Psychiatry 75: 314-316, 2004.

162. Rucker JC, Biousse V, **Newman NJ**. Magnetic resonance angiography source images in arotid cavernous fistulas. Br J Ophthalmol 88: 311, 2004.

163. Rucker JC, Biousse V, **Newman NJ**. Ischemic optic neuropathies. Curr Opin Neurol 17:27-35, 2004.

164. **Optic Neuritis Study Group**. Visual function more than 10 years after optic neuritis: experience of the Optic Neuritis Treatment Trial. Am J Ophthalmol 137:77-83, 2004.

165. Biousse V, Skibell BC, Watts RL, Loupe DN, Drews-Botsch C, **Newman NJ**. Ophthalmologic features of Parkinson's disease. Neurology 62:177-180, 2004.

166. Turan TN, Biousse V, **Newman NJ**. Posttraumatic cerebrospinal fluid hypertension and hypotension. Arch Neurol 61:1124-1125, 2004

167. Thambisetty M, **Newman NJ**. Diagnosis and management of MELAS. Expert Review of Molecular Diagnostics 4:89-102, 2004.

168. Ho VT-G, **Newman NJ**, Song S, Ksiazek S, Roth S. Ischemic optic neuropathy following spine surgery: A Review. J Neurosurg Anesthesiology 17:38-44, 2005.

169. Miller NR, **Newman NJ**. The eye in neurological disease. Lancet 364:2045-54, 2004.

170. Nakamoto BK, Dorotheo EU, Biousse V, Tang RA, Schiffman JS, **Newman NJ**. Progressive outer retinal necrosis presenting with isolated optic neuropathy. Neurology 63:2423-25,2004.

171. **Newman NJ**, Biousse V. Hereditary optic neuropathies. Eye 18:1144-60, 2004.

172. Biousse V, **Newman NJ**. Venous disease of the central nervous system. Semin Cerebrovasc Dis Stroke 4:2-17, 2004.

173. Tumialan LM, Dhall SS, Biousse V, **Newman NJ**. Optic nerve glioma and optic neuritis mimicking one another: Case report. Neurology 57:190, 2005.

174. Azran MS, Waljee A, Biousse V, Frankel M, **Newman NJ**. Episodic third nerve palsy with cryptococcal meningitis. Neurology. 64:759-60, 2005.

175. Reiss AB, Biousse V, Yin H, Barnes CS, Drews-Botsch CD, **Newman NJ**. Voluntary alteration of full-field electroretinogram. Am J Ophthalmol 139:571-572, 2005.

176. **Newman NJ**, Biousse V, David R, et al. Prophylaxis for second eye involvement in Leber

hereditary optic neuropathy: an open-labeled, nonrandomized multicenter trial of topical brimonidine purite. Am J Ophthalmol 140:407-415, 2005.

177. **Newman NJ**. Hereditary optic neuropathies: from the mitochondria to the optic nerve. Am J Ophthalmol 140:517-523, 2005.

178. Shuler RK, Biousse V, **Newman NJ**. Transient monocular visual loss in two patients with impending central retinal vein occlusion. J Neuro-Ophthalmol 25:152-154, 2005.

179. Kedar S, Biousse V, **Newman NJ**. Simultaneous bilateral retinal artery occlusions associated with a mitral valve mass. J Neuro-Ophthalmol 25:215-216, 2005.

180. Lee AG, **Newman NJ**. Erectile dysfunction drugs and nonarteritic anterior ischemic optic neuropathy. Am J Ophthalmol 140:707-8, 2005.

181. Mayorov V, Biousse V, **Newman NJ**, Brown MD. The role of the ND5 gene in LHON: characterization of a new, heteroplasmic LHON mutation. Ann Neurol 58:807-811, 2005.

182. Yin H, Stahl JS, Andrade FH, McMullen CA, Webb-Wood S, **Newman NJ**, Biousse V, Wallace DC, Pardue MT. Eliminating the Ant1 isoform produces a mouse with CPEO pathology but normal ocular motility. Investigative Ophthalmological Visual Sciences 46: 4555-4562, 2005.

183. Makki AA, **Newman NJ**. A trochlear stroke. Neurology 65:1989, 2005.

184. Zhang X, Kedar S, Lynn MJ, **Newman NJ**, Biousse V. Homonymous hemianopias. Clinical-anatomic correlations in 904 cases. Neurology 66:906-910, 2006.

185. Zhang X, Kedar S, Lynn MJ, **Newman NJ**, Biousse V. Natural history of homonymous hemianopia. Neurology 66:901-905, 2006.

186. Han J, Thompson-Lowery AJ, Reiss A, Mayorov V, Jia H, Biousse V, **Newman NJ**, Brown MD. OPA1 mutations and mitochondrial DNA haplotypes in autosomal dominant optic atrophy. Genet Med 8:217-225, 2006.

187. Kedar S, Zhang X, Lynn M, **Newman NJ**, Biousse V. Pediatric homonymous hemianopia. J AAPOS 10:249-252, 2006.

188. **Newman NJ**, Biousse V, Newman SA, et al. Progression of visual field defects in Leber hereditary optic neuropathy: experience of the LHON Treatment Trial. Am J Ophthalmol 141:1061-1067, 2006.

189. **American Society of Anesthesiologists Task Force on Perioperative Blindness**. Practice advisory for perioperative visual loss associated with spine surgery: a report by the American Society of Anesthesiologists Task Force on Perioperative Blindness. Anesthesiology 104:1319-28, 2006.

190. Atkins EJ, Biousse V, **Newman NJ**. The natural history of optic neuritis. Rev Neurol Dis 3:45-56, 2006.

191. Sathornsumetee B, Webb A, Hill DL, **Newman NJ**, Biousse V. Subretinal hemorrhage from a peripapillary choroidal neovascular membrane in papilledema caused by idiopathic intracranial hypertension. J Neuro-ophthalmol 26:197-199, 2006.

192. Bruce BB, Zhang X, Kedar S, **Newman NJ**, Biousse V. Traumatic homonymous hemianopia. J Neurol, Neurosurg, and Psychiatry 77:986-988, 2006.

193. Zhang X, Kedar S, Lynn M, **Newman NJ**, Biousse V. Homonymous hemianopia in stroke. J

Neuro-ophthalmol 26:180-183, 2006.

194. Lenhart PD, Lambert SR, **Newman NJ**, et al. Intracranial vascular anomalies in patients with morning glory disk anomaly. Am J Ophthalmol 142:644-650, 2006.

195. Bruce BB, **Newman NJ**, Biousse V. Ophthalmoparesis in idiopathic intracranial hypertension. Am J Ophthalmol 142:878-880, 2006.

196. Lee LA, Roth S, Posner KL, Cheney FW, Caplan RA, **Newman NJ**, Domino KB. The American Society of Anesthesiologists Postoperative Visual Loss Registry: analysis of 93 spine surgery cases with postoperative visual loss. Anesthesiology 105:652-9, 2006.

197. Ruth A, **Newman NJ**. Images in clinical medicine. Regression of optociliary shunt vessels. N Engl J Med 355:1262, 2006.

198. **Newman NJ**. Driving with Parkinson's disease: more than meets the eye. Ann Neurol 60:387-8, 2006.

199. Chhabra VS, **Newman NJ**. The neuro-ophthalmology of pituitary tumors. Comp Ophthalmol Update 7:225-40, 2006.

200. Choi C, Hill D, **Newman NJ**, Biousse V. Retinal serous detachment in indirect carotid cavernous fistula. Brit J Ophthalmol 90:1440, 2006.

201. Feldon SE, Levin L, Scherer RW, Arnold A, Chung SM, Johnson LN, Kosmorsky G, Newman SA, Katz J, Langenberg P, Wilson PD, Kelman SE, Dickersin K, and the **IONDT Research Group**. BMC Ophthalmology 6:34 (doi:10.1186/1471-2415-6-34), 2006.

202. Thambisetty M, Lavin PJ, **Newman NJ**, Biousse V. Fulminant idiopathic intracranial hypertension. Neurology 68:229-32, 2007.

203. Hill DL, Daroff RB, Ducros A, **Newman NJ**, Biousse V. "Most cases labeled as "retinal migraine" are not migraine. J Neuro-ophthalmol 27:3-8, 2007.

204. Daniels AB, Liu GT, Volpe NJ, Galetta SL, Moster ML, **Newman NJ**, Biousse V, Lee AG, Wall M, Kardon R, Acierno MD, Corbett JJ, Maguire MG, Balcer LJ. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 143:635-641, 2007.

205. Turan TN, Biousse V, **Newman NJ**. Central retinal venous occlusion and cerebral venous thrombosis. Arch Neurol 64:609, 2007.

206. Kedar S, Zhang X, Lynn MJ, **Newman NJ**, Biousse V. Congruency in homonymous hemianopia. Am J Ophthalmol 143:772-780, 2007.

207. Biousse V, **Newman NJ**. Vision loss: overview. Sem Neurol 27:199-210, 2007.

208. Atkins E, Biousse V, **Newman NJ**. Optic neuritis. Sem Neurol 27:211-220.

209. Bruce BB, Biousse V, **Newman NJ**. Third nerve palsies. Sem Neurol 27:257-268.

210. Biousse V, Calvetti O, Bruce BB, **Newman NJ**. Thrombolysis for central retinal artery occlusion. J Neuro-ophthalmol 27:215-230, 2007.

211. Woodward M, **Newman NJ**, Biousse V. Shaded surface display artifact mimicking ophthalmic artery stenosis. J Neuro-Ophthamol 27:241-242, 2007.

212. Biousse V, **Newman NJ**. Retinal migraine (letter). J Neuro-ophthalmol 27:244-245.

213. **Newman NJ.** The Ischemic Optic Neuropathy Decompression Trial. Arch Ophthalmol 125:1568-1570, 2007.

214. Hewitt AW, Poulsen JP, Alward WLM, Bennett SL, Budde WM, Cooper RL, Craig JE, Fingert JH, Foster PJ, Garway-Heath DF, Green CM, Hammond CJ, Hayreh SS, Jonas JB, Kaufman PL, Miller NR, Morgan WH, **Newman NJ**, Quigley HA, Samples JR, Spaeth GL, Pesudovs K, Mackey DA. Heritable features of the optic disc: A novel twin method for determining genetic significance. IOVS 48:2469-75, 2007.

215. Preechawat P, Bruce BB, **Newman NJ**, Biousse V. Anterior ischemic optic neuropathy in patients younger than 50 years. Am J Ophthalmol 144:953-960, 2007.

216. Melson M, Weyand CM, **Newman** NJ, Biousse V. The diagnosis of giant cell arteritis. Rev Neurol Dis 4:128-142, 2007.

217. Abbruzo T, Melson M, Hudgins P, **Newman NJ**, Biousse V. Superior orbital vein thrombosis. Rev Neurol Dis 4:161-165, 2007.

218. Bengtzen R, Woodward M, Lynn MJ, **Newman NJ**, Biousse V. The "sunglasses sign" predicts nonorganic visual loss in neuro-ophthalmologic practice. Neurology 70:218-221, 2008.

219. Bruce BB, Preechawat P, **Newman NJ**, Lynn MJ, Biousse V. Racial differences in idiopathic intracranial hypertension. Neurology 70:861-867, 2008.

220. Calvetti O, Vignal-Clermont C, Drews-Botsch CD, Atkins EJ, **Newman NJ**, Biousse V. Prise en charge des nevrites optiques isolees en France: Enquete aupres des neurologues et des ophtalmologistes (Management of isolated optic neuritis in France : Survey of neurologists and ophthalmologists). La Revue Neurologique (Paris) 164 :233-241, 2008.

221. **Newman NJ**. Perioperative visual loss after nonocular surgeries. Am J Ophthalmol 145:604-610, 2008.

222. Jung CS, Bruce B, **Newman NJ**, Biousse V. Visual function in anterior ischemic optic neuropathy : Effect of Vision Restoration Therapy – A pilot study. J Neurol Sci 268 :145-9, 2008.

223. Atkins EJ, Drews-Botsch C, **Newman NJ**, Calvetti O, Swanson S, Biousse V. The management of optic neuritis in Canada : Survey of ophthalmologists and neurologists. Can J Neurol Sci 35 :179-184, 2008.

224. Mayorov VI, Lowrey AJ, Biousse V, **Newman NJ**, Cline SD, Brown MD. Mitochondrial Oxidative Phosphorylation in Autosomal Dominant Optic Atrophy. BMC Biochem 9:22 2008.

225. Hill DL, Miller NR, **Newman NJ**, Biousse V. A patient with headache and increased intracranial pressure. Rev Neurol Dis 5:95-6, 2008.

226. Atkins EJ, **Newman NJ**, Biousse V. Post-traumatic visual loss. Rev Neurol Dis 5:73-81, 2008.

227. Fraser JA, Weyand CM, **Newman NJ**, Biousse V. The treatment of giant cell arteritis. Rev Neurol Dis 5:140-152, 2008.

228. Lueck CJ, Danesh-Mayer HV, Margrie FJ, Drews-Botsch C, Calvetti O, **Newman NJ**, Biousse V. Management of acute optic neuritis: A survey of neurologists and ophthalmologists in Australia and New Zealand. J Clin Neurosci 15:1340-1349, 2008.

229. Scherer RW, Feldon SE, Levin L, et al, for the **Ischemic Optic Neuropathy Decompression**

**Trial Research Group**. Visual fields at follow-up in the Ischemic Optic Neuropathy Decompression Trial. Evaluation of change in pattern defect and severity over time. Ophthalmology 115:1809-1817, 2008.

230. Luneau K, **Newman NJ**, Biousse V. Ischemic optic neuropathies. Neurologist 14:341-54, 2008.

231. Luneau K, **Newman NJ**, Biousse V. Neuro-ophthalmology – is there a correlation between intraocular and intracranial pressure? Rev Neurol Dis 5:210-214, 2008.

232. Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension in men. Neurology 72:304-309, 2009.

233. Biousse V, Calvetti O, Drews-Botsch CD, Atkins EJ, Sathornsumetee B, **Newman NJ**, for the Optic Neuritis Survey Group. Management of optic neuritis and impact of clinical trials: An international survey. J Neurol Sci 276:69-74, 2009.

234. Bruce BB, Dean AL, **Newman NJ**, Biousse V. Neurologic and ophthalmic manifestations of fetal alcohol syndrome. Rev Neurol Dis 6:13-20, 2009.

235. Luneau K, **Newman NJ**, Srivastava S, Biousse V. A case of acute posterior multifocal placoid pigment epitheliopathy with recurrent stroke. J Neuro-ophthalmol 29:111-118, 2009.

236. Atkins EJ, Bruce BB, **Newman NJ**, Biousse V. Translation of clinical studies to clinical practice: survey on the treatment of central retinal artery occlusion. Am J Ophthalmol 148:172-173, 2009.

237. Lamirel C, Atkins EJ, **Newman NJ**, Biousse V. Neuropathies optiques ischémiques antérieures non artéritiques. [Update on non arteritic anterior optic neuropathies]. La lettre du neurologue 13:176-182, 2009.

238. Wilker SC, Rucker JC, **Newman NJ**, Biousse V, Tomsak RL. Pain in ischemic ocular motor cranial nerve palsies. Br J Ophthalmol 2009.

239. Lamirel C, **Newman NJ**, Biousse V. Paralysie du nerf abducens gauche et masse choroïdienne droite. [ Left abducens nerve palsy and suspicious right choridal mass]. Images en Ophtalmologie 3:42-45, 2009.

240. Zhou L, Luneau K, Weyand CM, Biousse V, **Newman NJ**, Grossniklaus HE. Clinicopathologic correlations in giant cell arteritis. A retrospective study of 107 cases. Ophthalmology 116:1574-1580, 2009.

241. **Newman NJ**. Leber hereditary optic neuropathy: bad habits, bad vision? Brain 132:2306-2308, 2009.

242. Thurtell MJ, Fraser JA, Bala E, Tomsak RL, Biousse V, Leigh RJ, **Newman NJ**. Two patients with spinocerebellar ataxia type 7 presenting with profound binocular visual loss yet minimal ophthalmoscopic findings. J Neuro-ophthalmol 29:187-191, 2009.

243. Elmalem VI, Younge BR, Biusse V, Leavitt JA, Moster ML, Warner J, Kupersmith MJ, Landau K, Brodsky MC, Frohman LP, May EF, Tomsak RL, **Newman NJ**. Clinical course and prognosis of trochlear nerve schwannomas. Ophthalmology 116:2011-2016, 2009.

244. Mrejen S, Vignal C, Bruce BB, Gineys R, Auden F, Preechawat P, Gaudric A, Gout O, **Newman NJ**, Vighetto A, Bousser MG, Biousse V. Idiopathic intracranial hypertension: A comparison between French and North-American white patients. Rev Neurol 165:542-8, 2009.

245. Lamirel C, Atkins EJ, **Newman NJ**, Biousse V. Neuropathies optiques ischémiques antérieures non artéritiques. Cahiers d'ophtalmologie 133:18-23, 2009.

246. Atkins EJ, Bruce BB, **Newman NJ**, Biousse V. Translation of clinical studies to clinical practice: survey on the treatment of nonarteritic anterior ischemic optic neuropathy. Am J Ophthalmol 148:809, 2009.

247. Lamirel C, **Newman N**, Biousse V. [Transient visual loss: a practical approach.] J Fr Ophtalmol 32(10):760-4, 2009.

248. Atkins EJ, Bruce BB, **Newman NJ**, Biousse V. Treatment of nonarteritic anterior ischemic optic neuropathy. Surv Ophthalmol 55:47-63, 2010.

249. Lamirel C, **Newman NJ**, Biousse V. Tomographie en coherence optique : Comment interpreter un resultat ? La lettre du neurologue 91:13, 2009.

250. Lamirel C, **Newman NJ,** Biousse V. Compression du chiasma optique et tomographie en coherence optique. La lettre du neurologue 13 :381-384, 2009.

251. Muh CR, Dion J, **Newman NJ**, Biousse V. Headaches, rapidly progressive visual loss, and bilateral disc edema. Rev Neurol Dis 6:E133-4,E141-5, 2009.

252. Piggott K, Biousse V, Newman NJ, Goronzy JJ, Weyand CM. Vascular damage in giant cell arteritis. Autoimmunity 42:596-604, 2009.

253. Lamirel C, **Newman NJ**, Biousse V. The use of optical coherence tomography in neurology. Rev Neurol Dis 6:e105-20, 2009.

254. Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, **Newman NJ**, Biousse V. Risk factors for idiopathic intracranial hypertension in men: A case-control study. J Neurol Sci 290:86-89, 2010.

255. Thurtell MJ, **Newman NJ**, Biousse V. Visual loss without papilledema in idiopathic intracranial hypertension. J Neuro-Ophthalmol 30:94-103, 2010.

256. Lee LA, **Newman NJ**, Wagner TA, Dettori JR, Dettori JR. Postoperative ischemic optic neuropathy. Spine 35:S105-16, 2010.

257. Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, **Newman NJ**, Biousse V. Atypical idiopathic intracranial hypertension: old and non-obese patients. Neurology 74:1827-1832, 2010.

258. Lamirel C, Bruce BB, **Newman NJ**, Biousse V. Choroidal infarction in fulminant idiopathic intracranial hypertension. J Neuro-Ophthalmol 30:167-168, 2010.

259. Fraser JA, Biousse V, **Newman NJ**. The neuro-ophthalmology of mitochondrial disease. Surv Ophthalmol 55:299-234, 2010.

260. Lamirel C, **Newman NJ**, Biousse V. Optical coherence tomography (OCT) in optic neuritis and multiple sclerosis. Rev Neurologique 166:978-986, 2010.

261. Bruce BB, Tehrani M, **Newman NJ**, Biousse V. Deafness and blindness as a presentation of colorectal meningeal carcinomatosis. Clin Adv Hematol Oncol 8:564-6, 2010.

262. Phillips MJ, Webb-Wood S, Faulkner AE, Jabbar SB, Biousse V, **Newman NJ**, Do VT, Boatright JH, Wallace DC, Pardue MT. Retinal function and structure in Ant1 deficient mice. Invest Ophthalmol Vis Sci 51:6744-52, 2010.

263. O'Neil EC, Danesh-Meyer HV, Kong GXY, et al on behalf of the **Optic Nerve Study Group**. Optic disc evaluation in optic neuropathies. The optic disc assessment project. Ophthalmology 118:964-970, 2011.

264. Elmalem V, Biousse V, **Newman NJ**. Transient mydriasis with cholinergic supersensitivity: Is it related to Adie tonic pupil? Neuro-Ophthalmology 34:96-99, 2010.

265. Kim JM, Nahab F, **Newman NJ**, Biousse V. A patient with acute visual loss and transient neurologic symptoms. Diagnosis: An acute central retinal artery occlusion (CRAO) in the left eye with severe retinal ischemia. Rev Neurol Dis 7:e89-90; discussion e98-101, 2010.

266. Bruce BB, Lamirel C, Wright DW, Ward A, Heilpern KL, Biousse V, **Newman NJ**. Non-mydriatic ocular fundus photography reveals unrecognized relevant findings in the ED. N Engl J Med 364:387-389, 2011.

267. **Newman NJ**. Leber hereditary optic neuropathy: some new observations. J Neuro-ophthalmol 31:3-5, 2011.

268. Yu-Wai-Man P, Shankar SP, Biousse V, Miller NR, Bean LJ, Coffee B, Hegde M, **Newman NJ**. Genetic Screening for OPA1 and OPA3 Mutations in Patients with Suspected Inherited Optic Neuropathies. Ophthalmology 118:558-63, 2011.

269. Thurtell MJ, Bruce BB, **Newman NJ**, Biousse V. An update on idiopathic intracranial hypertension. Rev Neurol Dis 7:e56-68, 2010.

270. Elmalem VI, Hudgins P, Bruce BB, **Newman NJ**, Biousse V. Underdiagnosis of posterior communicating artery aneurysm in non-invasive brain vascular studies. J Neuro-ophthalmol 31:103-109, 2011.

271. Thurtell MJ, Biousse V, **Newman NJ**. Rod-cone dystrophy in spinocerebellar ataxia type 1. Arch Ophthalmol 129:956-958, 2011.

272. Bruce BB, Lamirel C, Biousse V, Ward A, Heilpern KL, **Newman NJ**, Wright DW. Feasibility of nonmydriatic ocular fundus photography in the emergency department: phase I of the FOTO-ED study. Academic Emergency Medicine 18:928-933, 2011.

273. Thurtell MJ, Bruce BB, Rye DB, **Newman NJ**, Biousse V. The Berlin questionnaire screens for obstructive sleep apnea in idiopathic intracranial hypertension. J Neuro-ophthalmol 31:316-319, 2011.

274. Bruce BB, Biousse V, **Newman NJ**. Idiopathic intracranial hypertension. Am J Ophthalmol 152:163-169, 2011.

275. Newman NJ. Treatment of Leber hereditary optic neuropathy. Brain 134:2447-2455, 2011.

276. Toffoli D, Lamirel C, Bruce BB, Biousse V, **Newman NJ**. Feasibility and quality of nonmydriatic fundus photography in children. JAAPOS 15:567-572, 2011.

277. Szewka AJ, **Newman NJ**, Biousse V. Update on the treatment of idiopathic intracranial hypertension. Rev Neurol Dis 8:52-54, 2011.

278. Szewka AJ, **Newman NJ**, Biousse V. Update on imaging of patients who present with an isolated third nerve palsy. Rev Neurol Dis 8:e123-e125, 2011.

279. Fraser CL, **Newman NJ**, Biousse V. When is intracranial pressure elevated in children? Rev Neurol Dis 8:e125-e128, 2011.

280. Toffoli D, Bruce BB, **Newman NJ**, Biousse V. Non-mydriatic ocular fundus photography: applications to neurology. Rev Neurol Dis 8:e128-e130, 2011.

281. **The Postoperative Visual Loss Study Group.** Risk factors associated with ischemic optic neuropathy after spinal fusion surgery. Anesthesiology 116:15-24, 2012.

282. Lamirel C, Bruce BB, Biousse V, **Newman NJ**. Quality of nonmydriatic digital fundus photography obtained by nurse practitioners in the emergency department: the FOTO-ED study. Ophthalmology 119:617-624, 2012.

283. Thurtell MJ, Biousse V, Bruce BB, **Newman NJ**. Optic nerve head drusen in black patients. J Neuro-Ophthalmol 32:13-16, 2012.

284. Biousse V, Bruce BB, **Newman NJ**. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 83:488-494, 2012.

285. Laird PW, **Newman NJ**, Yeh S. Exacerbation of Susac syndrome retinopathy by interferon beta-1a. Arch Ophthalmol 130:804-806, 2012.

286. Lamirel C, Bruce BB, Biousse V, **Newman NJ**. Nonmydriatic ocular fundus photography on the i-phone 3G: the FOTO-ED study. Arch Ophthalmol 130:939-940, 2012.

287. Bruce BB, Lamirel C, Wright DW, Biousse V, **Newman NJ**. Blood pressure threshold for abnormal ocular fundus findings is lower than expected. Hypertension 59:e8-9, 2012.

288. Fraser C, Biousse V, **Newman NJ**. Minocycline-induced fulminant increased intracranial pressure. Arch Neurol 69:1067-1070, 2012.

289. Szweka AJ, Bruce BB, **Newman NJ**, Biousse V. Pediatric idiopathic intracranial hypertension and extreme childhood obesity: a comment on visual outcomes. J Pediatr 161:972, 2012.

290. Szweka AJ, Bruce BB, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension: relation between obesity and visual outcomes. J Neuro-ophthalmol 33:4-8, 2013.

291. Fraser C, Ridha MA, Biousse V, **Newman NJ**. Vitreous hemorrhage secondary to optociliary shunt vessels from papilledema. J Neuro-ophthalmol 32:332-334, 2012.

292. Henderson AD, Biousse V, **Newman NJ**, Lamirel C, Wright DW, Bruce BB. Grade III or grade IV hypertensive retinopathy with severely elevated blood pressure. West J Emerg Med 13:529-34, 2012.

293. **Newman NJ**. Treatment of the hereditary optic neuropathies. Nature Rev Neurol 8:545-556, 2012.

294. Perez MA, Bruce BB, **Newman NJ**, Biousse V. The use of retinal photography in nonophthalmic settings and its potential for neurology. The Neurologist 18:350-355, 2012.

295. Ridha M, Saindane AM, Bruce BB, Riggeal BD, Kelly LP, **Newman NJ**, Biousse V. Magnetic resonance imaging findings of elevated intracranial pressure in cerebral venous thrombosis versus idiopathic intracranial hypertension with transverse sinus stenosis. Neuro-ophthalmol 37:1-6, 2013.

296. Bruce BB, Thulasi P, Fraser CL, Keadey MT, Ward A, Heilpern KL, Wright DW, **Newman NJ**, Biousse V. Diagnostic accuracy and use of nonmydriatic ocular fundus photography by emergency physicians: phase II of the FOTO-ED study. Ann Emerg Med doi: 110.1016/j.annemergmed.2013.01.010.

297. Bruce BB, **Newman NJ**, Perez MA, Biousse V. Non-mydriatic ocular fundus photography and telemedicine: past, present, and future. Neuro-Ophthalmol 37:51–57, 2013.

298. Bialer OY, Newman NJ, Bruce BB, Biousse V. "Optic neuritis" that is neither. Neurology Clinical Practice :168-170, 2013.

299. Saindane AM, Bruce BB, Riggeal BD, **Newman NJ**, Biousse V. Association of MRI findings and visual outcome in idiopathic intracranial hypertension. AJR 201:412-418,2013.

300. Vuong L, **Newman NJ**, Biousse V. Optical coherence tomography in multiple sclerosis. Current Medical Literature – Multiple Sclerosis 5:57-65, 2013.

301. Thulasi P, Fraser CL, Biousse V, Wright DW, **Newman NJ**, Bruce BB. Nonmydriatic ocular fundus photography among headache patients in an emergency department. Neurology 80:432-437, 2013.

302. Kelly LP, Saindane AM, Bruce BB, Ridha MA, Riggeal BD, **Newman NJ**, Biousse V. Does bilateral transverse cerebral venous sinus stenosis exist in patients without increased intracranial pressure? Clin Neurol Neurosurg 115:1215-1219, 2013.

303. Riggeal BD, Bruce BB, Saindane AM, Kelly LP, Ridha M, **Newman NJ**, Biousse V. Does the presence of transverse sinus stenosis (TSS) influence the clinical presentation and outcome of idiopathic intracranial hypertension (IIH)? Neurology 80:289-95, 2013.

304. Bruce BB, **Newman NJ**, Perez MA, Biousse V. Non-mydriatic ocular fundus photography and telemedicine: past, present, and future. Neuro-Ophthalmol 37: 51–57, 2013.

305. Peragallo J, Biousse V, Newman NJ. Ocular manifestations of drug and alcohol abuse. Curr Opin Ophthalmol 6:566-573, 2013.

306. Fraser CL, Bliwise D, **Newman NJ**, Lamirel C, Collop NA, Rye DB, Trotti L, Biousse V, Bruce BB. A prospective photographic study of the ocular fundus in obstructive sleep apnea. J Neuro-ophthalmol 33:241-246, 2013.

307. Kelly LP, Garza PS, Bruce BB, Graubart EB, **Newman NJ**, Biousse V. Teaching ophthalmoscopy to medical students (the TOTeMS study). Am J Ophthalmol 156:1056-1061, 2013.

308. Tamhankar MA, Biousse V, Ying G-S, Prasad S, Subramanian PS, Lee MS, Eggenberger E, Moss HE, Pineles S, Bennett J, Osborne B, Volpe NJ, Liu GT, Bruce BB, **Newman NJ**, Galetta SL, Balcer LJ. Isolated third, fourth, and sixth cranial nerve palsies from presumed microvascular versus other causes. A prospective study. Ophthalmology 120:2264-2269, 2013.

309. Perez MA, Bialer OY, Bruce BB, **Newman NJ**, Biousse V. Primary spontaneous cerebrospinal fluid leaks and idiopathic intracranial hypertension. J Neuro-ophthalmol 33:330-337, 2013.

310. Bidot S, Bruce BB, **Newman NJ**, Biousse V. Nonmydriatic retinal photography in the evaluation of acute neurologic conditions. Neurol Clin Pract 3:527-531, 2013.

311. Mackay DD, Atkins EJ, **Newman NJ**, Biousse V. Nonarteritic anterior ischemic optic neuropathy: untreatable at present? Exp Rev Ophth 8:363-374, 2013

312. Mackay DM, Garza PS, Bruce BB, Bidot S, Graubart EB, **Newman NJ**, Biousse V. Teaching ophthalmoscopy to medical students (TOTeMS) II: a one-year retention study. Am J Ophthalmol 157:747-748, 2014.

313. Bialer OY, Perez MA, Bruce BB, Biousse V, **Newman NJ**, Saindane AM. Meningoceles in idiopathic intracranial hypertension. AJR 202:608-13, 2014.

314. Thurtell MJ, Trotti LM, Bixler EO, Rye DB, Bliwise DL, **Newman NJ**, Biousse V, Bruce BB. Obstructive sleep apnea in idiopathic intracranial hypertension: comparison with matched population data. J Sleep Res 260:1748-51, 2014.

315. **The NORDIC Idiopathic Intracranial Hypertension Study Group**. Effect of acetazolamide on visual function in patients with idiopathic intracranial hypertension and mild visual loss. The Idiopathic Intracranial Hypertension Treatment Trial. JAMA 311:1641-1651, 2014.

316. Bialer OY, Saindane AM, **Newman NJ**. Orbital MRI appearance after remote retrobulbar alcohol injection. Ophthal Plast Reconstr Surg 30:3102-3, 2014.

317. Saindane AM, Bruce BB, Desai NK, Roller LA, **Newman NJ**, Biousse V. Transverse sinus stenosis in adult patients with Chiari malformation type I. Am J Roentgenol 203:890-896, 2014.

318. Peragallo JH, Hutchinson AK, Lenhart PD, Lambert SR, Biousse V, Bruce BB, **Newman NJ**. Functional and motor outcomes of strabismus surgery for chronic isolated adult sixth nerve palsy. Neuro-Ophthalmology 38:320-325, 2014.

319. Peragallo JH, Bialer OY, Pineles SL, **Newman NJ**. Hemifield slide phenomenon as a result of heteronymous hemianopia. Neuro-Ophthalmology 38:82-87, 2014.

320. OCT Sub-Study Committee for **NORDIC Idiopathic Intracranial Hypertension Study Group**, Auinger P, Durbin M, Feldon S, Garvin M, Kardon R, Keltner J, Kupersmith M, Sibony P, Plumb K, Wang JK, Werner JS. Baseline OCT measurements in the idiopathic intracranial hypertension treatment trial, part I: quality control, comparisons, and variability. Invest Ophthalmol Vis Sci 55: 8180-8188, 2014.

321. OCT Sub-Study Committee for **NORDIC Idiopathic Intracranial Hypertension Study Group**, Auinger P, Durbin M, Feldon S, Garvin M, Kardon R, Keltner J, Kupersmith MJ, Sibony P, Plumb K, Wang JK, Werner JS. Baseline OCT measurements in the idiopathic intracranial hypertension treatment trial, part II: correlations and relationship to clinical features. Invest Ophthalmol Vis Sci 55: 8173-8179, 2014.

322. Keltner JL, Johnson CA, Cello KE, Wall M; **NORDIC Idiopathic Intracranial Hypertension Study Group**. Baseline visual field findings in the Idiopathic Intracranial Hypertension Treatment Trial (IIHTT). Invest Ophthalmol Vis Sci 55: 3200-3207, 2014.

323. Friedman DI, McDermott MP, Kieburtz K, Kupersmith M, Stoutenburg A, Keltner JL, Feldon SE, Schron E, Corbett JJ, Wall M; **NORDIC IIHTT Study Group**. The idiopathic intracranial hypertension treatment trial: design considerations and methods. J Neuro-ophthalmol 34: 107-117, 2014.

324. Wall M, Kupersmith MJ, Kieburtz KD, Corbett JJ, Feldon SE, Friedman DI, Katz DM, Keltner JL, Schron EB, McDermott MP; **NORDIC Idiopathic Intracranial Hypertension Study Group**. The idiopathic intracranial hypertension treatment trial: clinical profile at baseline. JAMA Neurol 71: 693-701, 2014.

325. Peragallo JH, Bruce BB, Hutchinson AK, Lenhart PD, Biousse V, **Newman NJ**, Lambert SR. Predictors of good motor and sensory outcomes following strabismus surgery for patients with third nerve palsies. Neuro-ophthalmology 39:12-16, 2015.

326. Bidot S, Bruce BB, Saindane AM, **Newman NJ**, Biousse V. Asymmetric papilledema in idiopathic intracranial hypertension. J Neuro-ophthalmol 35:31-6, 2015.

327. Mackay DM, Garza PS, Bruce BB, **Newman NJ**, Biousse V. The demise of direct ophthalmoscopy: a modern clinical challenge. Neurology Clinical Practice 4:150-157, 2015.

328. Bruce BB, Biousse VB, Newman NJ. Nonmydriatic ocular fundus photography in neurologic emergencies. JAMA Neurol 72:455-459, 2015.

329. Biousse V, **Newman NJ**. Ischemic optic neuropathies. N Engl J Med 372:2428-2436, 2015.

330. Vuong LN, Thulasi P, Biousse V, Garza P, Wright DW, **Newman NJ**, Bruce BB. Ocular fundus photography of patients with focal neurologic deficits in an emergency department. Neurology 85:256-262, 2015.

331. Wall M, Falardeau J, Fletcher WA, et al, for the **NORDIC Idiopathic Intracranial Hypertension Study Group**. Risk factors for poor visual outcome in patients with idiopathic intracranial hypertension. Neurology 85:799-805, 2015.

332. The Optical Coherence Tomography Substudy Committee and the **NORDIC Idiopathic Intracranial Hypertension Study Group**. Papilledema outcomes from the optical coherence substudy of the Idiopathic Intracranial Hypertension Treatment Trial. Ophthalmology 122:1939-1945, 2015.

333. Fischer WS, Wall M, McDermott MP, Kupersmith MJ, Feldon SE; **NORDIC Idiopathic Intracranial Hypertension Study Group**. Photographic reading center of the Idiopathic Intracranial Hypertension Treatment Trial (IIHTT): methods and baseline results. Invest Ophthalmol Vis Sci 56: 3292-3303, 2015.

334. Peragallo JH, Newman NJ. Is there treatment for Leber hereditary optic neuropathy? Curr Opin Ophthalmol 26:439-553, 2015.

335. Bidot S, Saindane AM, Peragallo JH, Bruce BB, **Newman NJ**, Biousse V. Brain imaging in idiopathic intracranial hypertension. J Neuro-ophthalmol 35:400-411, 2015.

336. Bidot S, Bruce BB, Saindane AM, **Newman NJ**, Biousse V. Asymmetric papilledema in idiopathic intracranial hypertension. J Neuro-Ophthalmol 35:31-36, 2015.

337. Sitko KR, Peragallo JH, Bidot S, Biousse V, **Newman NJ**, Bruce BB. Pitfalls in the use of stereoacuity in the diagnosis of nonorganic visual loss. Ophthalmology 123:198-202, 2016.

338. Fisayo A, Bruce BB, **Newman NJ**, Biousse V. Overdiagnosis of idiopathic intracranial hypertension. Neurology 86:341-350, 2016.

339. Wall M, Johnson CA, Cello KE, Zamba KD, McDermott MP, Keltner JL; **NORDIC Idiopathic Intracranial Hypertension Study Group**. Visual field outcomes for the Idiopathic Intracranial Hypertension Treatment Trial (IIHTT). Invest Ophthalmol Vis Sci 57: 805-812, 2016.

340. Cello KE, Keltner JL, Johnson CA, Wall M; **NORDIC Idiopathic Intracranial Hypertension Study Group**. Factors affecting visual field outcomes in the Idiopathic Intracranial Hypertension Treatment Trial. J Neuro-ophthalmol 36: 6-12, 2016.

341. Bidot S, Clough L, Saindane AM, **Newman NJ**, Biousse V, Bruce BB. The optic canal size is associated with the severity of papilledema and poor visual function in idiopathic intracranial hypertension. J Neuro-Ophthalmol, 36:120-125, 2016.

342. Peragallo JH, **Newman NJ**. Diplopia-an update. Semin Neurol 36:357-61, 2016.
343. Hage R, Eshraghi S, Oyesiku NM, **Newman NJ**, Biousse V, Bruce BB. Cranial nerve palsies in pituitary apoplexy. World Neurosurgery 94:447-452, 2016.
344. ten Hove MW, Friedman DI, Patel AD, Irrcher I, Wall M, McDermott MP; **NORDIC Idiopathic Intracranial Hypertension Study Group**. Safety and tolerability of acetazolamide in the Idiopathic Intracranial Hypertension Treatment Trial. J Neuro-ophthalmol 36: 13-19, 2016.
345. Bruce BB, Digre KB, McDermott MP, Schron EB, Wall M; **NORDIC Idiopathic Intracranial Hypertension Study Group**. Quality of life at 6 months in the Idiopathic Intracranial Hypertension Treatment Trial. Neurology 87: 1871-1877, 2016.
346. Hartmann AJ, Soares BP, Bruce BB, Saindane AM, **Newman NJ**, Biousse V, Peragallo JH. Imaging features of idiopathic intracranial hypertension (IIH) in children. J Child Neurology 32:120-126, 2016.
347. Biousse V, **Newman NJ**. Diagnosis and clinical features of common optic neuropathies. Lancet Neurology 15:1355-1367, 2016.
348. Dattilo M**,** Biousse V, **Newman NJ**. Update on the management of central retinal artery occlusion. Neurologic Clinics 35:83-100, 2017.
349. **Newman NJ**, Biousse V. Third nerve palsies – less frequent but just as concerning. JAMA Ophthalmol 135:29-30, 2017.
350. Datillo M, Sitko KR, Vasseinex C, Bruce BB, **Newman NJ**, Biousse V, Peragallo JP. Correlation between stereopsis and reverse stereopsis. Ophthalmology 124:411-413, 2017.
351. **Newman NJ**. Diagnosis and management of mitochondrial neuro-ophthalmologic disorders: translating scientific advances in the clinic. J Neuro-ophthalmol 37:56-69, 2017.
352. Wall M, Kupersmith MJ, Thurtell MJ, Moss HE, Moss EA, Auinger P; **NORDIC Idiopathic Intracranial Hypertension Treatment Trial Study Group**. The Longitudinal Idiopathic Intracranial Hypertension Trial: outcomes from months 6-12. Am J Ophthalmol 176: 102-107, 2017.
353. Kupersmith MJ, Sibony PA, Feldon SE, Wang J-K, Garvin M, Kardon R, for the OCT Sub-Study Group; **NORDIC Idiopathic Intracranial Hypertension Treatment Trial Study Group**. The effect of treatment of idiopathic intracranial hypertension on prevalence of retinal and choroidal folds. Am J Ophthalmol 176: 77-86, 2017.
354. Libien J, Kupersmith MJ, Blaner W, McDermott MP, Gao S, Liu Y, Corbett J, Wall M; **NORDIC Idiopathic Intracranial Hypertension Treatment Trial Study Group**. Role of vitamin A metabolism in IIH: Results from the idiopathic intracranial hypertension treatment trial. J Neurol Sci 372: 78-84, 2017.
355. Biousse V, **Newman NJ**. Inflammatory optic neuritis versus anterior ischemic optic neuropathy. Images en Ophtalmologie (Paris) X:198-201, 2016.
356. **Biousse V, Newman NJ**. Inflammatory optic neuritis versus anterior ischemic optic neuropathy. La Lettre du Neurologue (Paris) XX:296-299, 2016.
357. Dattilo M, Biousse V, **Newman NJ**. Update on the management of central retinal artery occlusion. Neurol Clin 35:83-100, 2017.

358. Yu-Wai-Man P, Newman NJ. Inherited eye-related disorders due to mitochondrial dysfunction. Human Molecular Genetics 26:R12-R20, 2017.

359. Micielli J, **Newman NJ**, Barrow D, Biousse V. Systematic review of the treatment of intracranial aneurysms of neuro-ophthalmologic relevance. J Neuro-ophthalmol (in press).

360. Saindane AM, Qiu D, Oshinski J, **Newman NJ**, Biousse V, Bruce BB, Holbrook J, Dale B, Zhong X. Noninvasive assessment of intracranial pressure status in idiopathic intracranial hypertension using displacement encoding with stimulated echoes (DENSE) MRI: a prospective patient study with contemporaneous cerebrospinal fluid pressure correlation. Am J Neuroradiol (AJNR) (in press).

361. Biousse V, Bruce BB, **Newman NJ**. Ophthalmoscopy in the 21st Century: the 2017 H. Houston Merritt Lecture. Neurology (in press).

362. Berezovsky DE, Vasseneix C, Bruce BB, **Newman NJ**, Biousse V. CSF total protein in patients with idiopathic intracranial hypertension. J Neurol Sci (in press).

363. Sachdeva V, Vasseneix C, Hage R, Bidot S, Clough LC, Wright, **Newman NJ**, Biousse V, Bruce BB. Optic nerve head edema among patients presenting to the emergency department. Neurology (submitted).

364. Bruce BB, Bidot S, Hage R, Clough LC, Fajoles-Vasseneix C, Melomed M, Keadey MT, Wright DW, **Newman NJ**, Biousse V. Evaluation of a web-based, in-service training for ocular fundus photography reading: Fundus photography vs. Ophthalmoscopy Outcomes in the Emergency Department (FOTO-ED) Phase III. J Neurol Sci (submitted).

**Book Chapters and Books:**

1. **Newman NJ**, Spector RH. Visual loss, diplopia, nystagmus, ptosis and pupillary abnormalities. In: Hurst JW (ed). Medicine for the Practicing Physician. 3rd edition. Butterworth, Boston, pp. 1655-1661, 1992.

2. **Newman NJ**. Facial nerve. Selected systemic disorders with neuro-ophthalmic signs. Study questions. American Academy of Ophthalmology. Basic and Clinical Science Course, Section 5, Neuro-Ophthalmology 1993-1994.

3. **Newman NJ**. Third-, fourth- and sixth- nerve lesions and the cavernous sinus. In: Albert DM, Jakobiec FA (ed). Principles and Practice of Ophthalmology: The Harvard System Vol. 4. W.B. Saunders Company, Philadelphia, pp. 2444-2469, 1994.

4. **Newman NJ**. Chiasm, parachiasmal syndromes, retrochiasm, and disorders of higher visual function. In: Podos SM, Yanoff M, (eds). Textbook of Ophthalmology. Vol. 6. Mosby, London, pp. 4.1-4.28, 1994.

5. Sharpe JA, Morrow MJ, **Newman NJ**, Trobe JD, Wall M. Neuro-Ophthalmology, CONTINUUM, American Academy of Neurology, 1995.

6. **Newman NJ**. Hereditary optic neuropathies. In: Tusa R, Newman SA (ed). Neuro-Ophthalmological Disorders. Diagnostic Work-Up and Management. Marcel Dekker, Inc., New York, pp. 143-151, 1995.

7. **Newman NJ**. Practical neuro-ophthalmology. In: Tindell GT, Cooper PR, Barrow DL, (eds). The Practice of Neurosurgery. Williams & Wilkins, Baltimore, pp.159-183, 1996.

8. Miller NR, **Newman NJ**, (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 5th edition. Williams & Wilkins, Baltimore, 1998.

9. Miller NR, **Newman NJ**. Topical diagnosis of lesions in the visual sensory pathway. In: Miller NR, **Newman NJ**, (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 5th edition, Williams & Wilkins, Baltimore, pp. 237-386, 1998.

10. **Newman NJ**. Hereditary optic neuropathies. In: Miller NR, **Newman NJ**, (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 5th edition, Williams & Wilkins, Baltimore, pp. 741-774, 1998.

11. **Newman NJ**. Topical diagnosis of tumors and related conditions. In: Miller NR, **Newman NJ**, (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 5th edition, Williams & Wilkins, Baltimore, pp. 1789-1918, 1998.

12. **Newman NJ**. Cerebrovascular disease. In: Miller NR, **Newman NJ**, (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 5th edition, Williams & Wilkins, Baltimore, pp. 3323-3656, 1998.

13. **Newman NJ**. Multiple sclerosis and related demyelinating diseases. In: Miller NR, **Newman NJ**, (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 5th edition, Williams & Wilkins, Baltimore, pp. 5539-5676, 1998.

14. Biousse V, **Newman NJ**. Optic neuritis. In: Gilchrist JM (ed). Prognosis in Neurology, Butterworth-Heinemann, Boston, pp. 179-182, 1998.

15. Biousse V, **Newman NJ**. Idiopathic intracranial hypertension (pseudotumor cerebri). In: Gilchrist JM (ed). Prognosis in Neurology, Butterworth-Heinemann, Boston, pp. 419-423, 1998.

16. Liu GT, Van Ostrand E, **Newman NJ**. Cranial nerve II and afferent visual pathways. In: Goetz CG, Papert EJ, (eds). Textbook of Clinical Neurology. W.B. Saunders Company, Philadelphia, pp. 102-121, 1999.

17. Miller NR, **Newman NJ**. The Essentials. Walsh & Hoyt's Clinical Neuro-Ophthalmology, 5th edition, Williams & Wilkins, Baltimore, 1999.

18. Alleyne CH, **Newman NJ**. Neuro-ophthalmology of pituitary tumors. In: Krisht AF, Tindall GT, (eds). Pituitary Disorders: Comprehensive Management, Lippincott, Williams & Wilkins, Baltimore, pp. 165-185, 1999.

19. **Newman NJ** (ed). Neuro-Ophthalmology for Neurosurgeons. Neurosurgery Clinics of North America. W.B. Saunders Co., Philadelphia, 1999.

20. Kerrison JB, **Newman NJ**. Chronic progressive external ophthalmoplegia. In: Fraunfelder FT, Roy H, (eds). Current Ocular Therapy, 5th edition, W.B. Saunders Co., Philadelphia, pp. 208-210, 2000.

21. **Newman NJ**. Third-, fourth- and sixth- nerve lesions and the cavernous sinus. In: Albert DM, Jakobiec FA (ed). Principles and Practice of Ophthalmology: The Harvard System Vol. 4. W.B. Saunders Company, Philadelphia, pp. 3992-4028, 2000.

22. **Newman NJ** (ed). Neuro-Ophthalmology. Ophthalmology Clinics of North America. W.B.

Saunders Co., Philadelphia, 2001.

23. Biousse V, **Newman NJ**. Les urgences neuro-ophtalmiques (Neuro-ophthalmic emergencies). In: Noclot P, Amarenco P (eds). Urgences Neurologiques, DaTeBe Editions, Paris (France), pp.87-103, 2001.

24. Biousse V, **Newman NJ**. Fond d'oeil des urgences neurologiques (Ophthalmoscopy of neurologic emergencies). In: Noclot P, Amarenco P (eds). Urgences Neurologiques, DaTeBe Editions, Paris (France), pp.123-128, 2001.

25. Biousse V, **Newman NJ**. Optic neuritis. In: Rakel RE, Bope ET (eds). Conn's Current Therapy, 2002. W.B. Saunders Co., Orlando, pp.943-945, 2002.

26. Biousse V, **Newman NJ**. Les neuropathies optiques héréditaires (Hereditary optic neuropathies). In: Vignal C, Miléa D, (eds). Neuro-Ophtalmologie. Paris. Doin; Encyclopédie Médico-Chirurgicale, pp. 126-133, 2002.

27. Biousse V, **Newman NJ**. Les atteintes cérébrovasculaires (Cerebrovascular diseases). In: Vignal C, Milea D, (eds). Neuro-Ophtalmologie. Paris. Doin; Encyclopédie Médico-Chirurgicale, pp. 338-353, 2002.

28. Biousse V, **Newman NJ**. Leber hereditary optic neuropathy. In: Gruson E (ed). The NORD Guide to Rare Disorders. Lippincott, Williams & Wilkins. Philadelphia, PA, p. 653 2003.

29. Liu GT, **Newman NJ**. Cranial nerve II and afferent visual pathways. In: Goetz CG, (ed). Textbook of Clinical Neurology. W.B. Saunders Company, Philadelphia, pp. 111-131, 2003.

30. Seah ABH, **Newman NJ**. Progressive external ophthalmoplegia (PEO). In: Aminoff M, Daroff RB (eds). Encyclopedia of the Neurological Sciences. Vol 4. Academic Press, San Diego, pp. 64-5, 2003.

31. Biousse V, **Newman NJ**. Visual loss, overview. In: Aminoff M, Daroff RB (eds). Encyclopedia of the Neurological Sciences. Vol 4. Academic Press, San Diego, pp. 700-4, 2003.

32. Biousse V, **Newman NJ**. Optic nerve lesions. In: Brant T, Caplan LR, Dichgans J, Diener HC, Kennard C (eds). Neurological Disorders: Course and Treatment, 2nd edition, Academic Press, Amsterdam, pp. 115-123, 2003.

33. **Newman NJ** (co-chair), Galetta S (co-chair), Biousse V, Barton J, Fletcher WA, Jacobson DM. Continuum: Neuro-Ophthalmology Update, Volume 9, October, 2003.

34. Biousse V, **Newman NJ**. Manifestations neuro-ophtalmologiques des mitochondriopathies (Neuro-ophthalmologic manifestations of mitochondrial diseases). In : Rapport Annuel de la SFO. Neuro-Ophtalmologie. Masson (Paris, France), pp. 314-332, 2004.

35. Biousse V, **Newman NJ**. Acute neuro-ophthalmologic conditions. In: Rabenstein A, Wijdicks EFM (eds). Tough Calls in Acute Neurology. Elsevier Butterworth Heinemann, pp. 19-38, 2004.

36. Biousse V, **Newman NJ**. Les urgences neuro-ophtalmiques (Neuro-ophthalmic emergencies). In: Amarenco P, Niclot P, Eds. Urgences Neurologiques. DaTeBe Editions. Paris (France) 2nd Edition, pp. 88-103, 2004.

37. Biousse V, **Newman NJ**. Fond d'œil des urgences neurologiques (Ophthalmoscopy of neurologic emergencies). In: Amarenco P, Niclot P, Eds. Urgences Neurologiques. DaTeBe

Editions. Paris (France) 2nd Edition, pp. 124-129, 2004.

38. Biousse V, **Newman NJ**. Hereditary optic neuropathies. In: Taylor D and Hoyt CS eds. Pediatric Ophthalmology. Elsevier Saunders. 3rd ed., pp. 646-655, 2005.

39. Biousse V, **Newman NJ**. Neuro-ophthalmic emergencies. In: Levin LA, Arnold A (eds). Neuro-ophthalmology: Practical Guide. Thieme, New York, pp. 414-421, 2005.

40. Miller NR, **Newman NJ**, Biousse V, Kerrison JB (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 6th edition. Lippincott Williams & Wilkins, Philadelphia, 2005.

41. **Newman NJ**. Hereditary optic neuropathies. In Miller NR, **Newman NJ**, Biousse V, Kerrison JB (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 6th edition. Lippincott Williams & Wilkins, Philadelphia, 2005, pp. 465-501.

42. **Newman NJ**. Topical diagnosis of tumors. In Miller NR, **Newman NJ**, Biousse V, Kerrison JB (eds). Walsh and Hoyt's Clinical Neuro-Ophthalmology, 6th edition. Lippincott Williams & Wilkins, Philadelphia, 2005, pp. 1337-1411.

43. Seah ABH, **Newman NJ**. Mitochondrial diseases. In: Heckenlively JR, Arden GB (eds). Principles and Practice of Clinical Electrophysiology of Vision, 2nd edition, The MIT Press, Boston, pp. 665-672, 2006.

44. Biousse V, Kedar S, Zhang X, **Newman NJ**. Homonymous hemianopia. Up-To-Date Neurology. 2007.

45. Biousse V, Kedar S, Zhang X, **Newman NJ**. The pupil. Up-To-Date Neurology. 2007.

46. Osborne BJ, Liu GT, **Newman NJ**. Cranial nerve II and afferent visual pathways. In: Goetz CG, (ed). Textbook of Clinical Neurology, 3rd ed., W.B. Saunders Company, Philadelphia, pp. 113-132, 2007.

47. Miller NR, **Newman NJ**, Biousse V, Kerrison JB. Walsh & Hoyt's Clinical Neuro-Ophthalmology. The Essentials, 2nd edition. Lippincott Williams & Wilkins, Philadelphia, 2007.

48. Biousse V, **Newman NJ**. Hereditary optic neuropathies. In: Albert D, Miller J, Azar D, Blodi B, (eds). Albert and Jacobiec's Principles and Practice of Ophthalmology. 3rd Edition. Volume 3. Saunders-Elsevier, 2008, pps. 3907-3918.

49. **Newman NJ**. Third-, fourth- and sixth- nerve lesions and the cavernous sinus. In: Albert D, Miller J, Azar D, Blodi B, (eds). Albert and Jacobiec's Principles and Practice of Ophthalmology. 3rd Edition. Volume 3. Saunders-Elsevier, 2008, pps. 4071-4100.

50. Kidd DP, **Newman NJ**, Biousse V (eds). Neuro-Ophthalmology. Blue Book.of Neurology. Elsevier. 2008.

51. **Newman NJ**. Is it a neuro-ophthalmic problem? In: Kidd DP, **Newman NJ**, Biousse V (eds). Neuro-Ophthalmology. Blue Book.of Neurology. Elsevier. 2008, pps. 44-58.

52. **Newman NJ**. Hereditary optic neuropathies. In: Kidd DP, **Newman NJ**, Biousse V (eds). Neuro-Ophthalmology. Blue Book.of Neurology. Elsevier. 2008, pps. 191-205.

53. Atkins EJ, Biousse V, **Newman NJ**. Optic neuritis and multiple sclerosis. In Lorenz B, Borruat F-X, eds. Pediatric Ophthalmology, Neuro-Ophthalmology, Genetics. Springer-Verlag, Berlin, 2008, pps. 4-17.

54. Biousse V, **Newman NJ**. Eye syndromes and the neuro-ophthalmology of stroke. In Aminoff MJ, Boller F, Swaab DF, eds. Handbook of Clinical Neurology. Stroke, Part II. 2008;93:595-611.

55. **Newman NJ**. How do I recognize Leber's hereditary optic neuropathy? In Lee AG, ed. Curbside Consultation in Neuro-Ophthalmology. SLACK, Thorofare, N.J., 2009, pps. 193-196.

56. Atkins EJ, **Newman NJ**, Biousse V. Lesions of the optic nerve. In Kennard C, Leigh RJ, eds. Neuro-Ophthalmology. In Aminoff MJ, Boller F, Swaab DF, eds. Handbook of Clinical Neurology, 3rd ed., Elsevier, Oxford, UK. 2011, pps. 159-184.

57. Fraser JA, **Newman NJ**, Biousse V. Disorders of the optic tract, radiation and occipital lobe. In Kennard C, Leigh RJ, eds. Neuro-Ophthalmology. In Aminoff MJ, Boller F, Swaab DF, eds. Handbook of Clinical Neurology, 3rd ed., Elsevier, Oxford, UK. 2011, pps.205-221.

58. Biousse V, **Newman NJ**. Neuro-Ophthalmology Illustrated. Thieme, New York, 2009.

59. Bruce BB, **Newman NJ**. Functional visual loss. In Lee AG, Brazis P, eds. Neuro-Ophthalmology. Neurology Clinics of North America. Elsevier, Philadelphia, PA. Vol 28, 2010, pps. 789-802.

60. Lamirel C, Biousse V, **Newman NJ**. Vascular neuro-ophthalmology. In Lee AG, Brazis P, eds. Neuro-Ophthalmology. Neurology Clinics of North America. Elsevier, Philadelphia, PA. Vol 28, 2010, pps. 701-727.

61. Lamirel C, **Newman NJ**, Biousse V. Acute visual disturbances. In Singh MB, Bhatia R, eds. Emergencies in Neurology. Byword Books, Delhi, India, 2011, pps. 107-129.

62. Lamirel C, **Newman NJ**, Biousse V. Acute visual loss. In Roos KL, ed. Emergency Neurology. Springer, New York. 2012, pps. 95-112.

63. Fraser CL, Biousse V, **Newman NJ**. Visual outcomes after treatment of pituitary adenomas. Neurosurg Clin N Am 23:607-619, 2012.

64. Biousse V, **Newman NJ**. Hereditary optic neuropathies. In: Taylor D and Hoyt CS (eds). Pediatric Ophthalmology and Strabismus. 4th ed. Saunders Elsevier, Edinburgh. 2013, pps. 561-570.

65. **Newman NJ**, Biousse V. Cranial nerve and neuro-ophthalmologic disorders. In: Jones HR, Burns TM, Aminoff MJ, Pomeroy SL (eds). The Netter Collection of Medical Illustrations. Nervous System. Parts I and II. Volume 7, 2nd ed. Saunders Elsevier, Philadelphia. 2013.

66. Kelly L, **Newman NJ**, Biousse V. Neuro-Ophthalmology in Pregnancy. In Klein A. Neurological Illness in Pregnancy: Principles and Practice (in press).

67. **Newman NJ**, Neuro-ophthalmology and Neuro-otology, section editor. In: Aminoff M, Daroff RB (eds). Encyclopedia of the Neurological Sciences, 2nd ed., Elsevier, 2014.

68. Biousse V, **Newman NJ**. Visual loss: overview. In: Aminoff M, Daroff RB (eds). Encyclopedia of the Neurological Sciences, 2nd ed., Elsevier, 2014, pps. 693-697.

69. Biousse V, Szewka A, **Newman NJ**. Papilledema. In: Aminoff M, Daroff RB (eds). Encyclopedia of the Neurological Sciences, 2nd ed., Elsevier, 2014, pps. 783-785.

70. Seah ABH, **Newman NJ**. Chronic progressive external ophthalmoplegia(CPEO). In: Aminoff M, Daroff RB (eds). Encyclopedia of the Neurological Sciences, 2nd ed., Elsevier, 2014, pps.

799-800.

71. Bialer O, **Newman NJ**, Biousse V. Ischemic optic neuropathies. In Oxford Textbook in Neuro-ophthalmology. Oxford Textbooks in Clinical Neurology (in press).

72. Peragallo J, **Newman NJ**, Biousse V. Optic nerve edema. In Oxford Textbook in Neuro-ophthalmology. Oxford Textbooks in Clinical Neurology (in press).

73. **Newman NJ**, Biousse V. Diagnostic approach to vision loss. Continuum 20 (4 Neuro-ophthalmology):785-815, 2014.

74. Biousse V, **Newman NJ**. Retinal and optic nerve ischemia. Continuum 20 (4 Neuro-ophthalmology):838-856, 2014.

75. Szewka AJ, **Newman NJ**. Incidental visual field loss: ethical considerations in assessing and reporting ability to drive. Continuum 20 (4 Neuro-ophthalmology):1063-1066, 2014.

76. **Newman NJ**. How do I recognize Leber hereditary optic neuropathy? In Lee AG, ed. Curbside Consultation in Neuro-Ophthalmology. 2nd ed. SLACK, Thorofare, N.J., 2015, pps. 187-189.

77. Lee LA, **Newman NJ**. Postoperative visual loss after anesthesia for nonocular surgery. Up-To-Date. 2015.

78. Biousse V, **Newman NJ**. Neuro-Ophthalmology Illustrated, 2nd Edition. Thieme, New York, 2016. (Awarded 1st Prize (category Neurology) by the British Medical Association -2016)

79. Kelly LP, **Newman NJ**, Biousse V. Neuro-ophthalmology in pregnancy. In Neurological Illness in Pregnancy: Principles and Practice. 2015, pps. 201-212.

80. Dattilo M, Biousse V, Bruce BB, **Newman NJ**. Functional and simulated visual loss. In: Hallett M, Stone J, Carson A, eds., Functional Neurologic Disorders, Volume 139 of the Handbook of Clinical Neurology series. Amsterdam: Elsevier, 2016, pps. 329-341.

81. Peragallo JH, Biousse V, **Newman NJ**. Hereditary optic neuropathies. In: Lambert SR, Lyons CJ, eds. Taylor & Hoyt's Pediatric Ophthalmology and Strabismus. 5th ed. Elsevier, New York, 2017, pps. 581-591.

82. Biousse V, **Newman NJ**. Stroke and eye findings In: Caplan LR, Biller J, Leary MC, Lo EH, Thomas AJ, Yenari M, and Zhang JH, eds., Primer on Cerebrovascular Diseases, 2nd Edition, San Diego, Academic Press, 2017, pps. 427–433.

83. Mackay DD, Biousse V, Newman NJ. Approach to the patient with visual loss. In: Biller J, ed., Practical Neurology, 5th ed., Wolters Kluwer, Philadelphia, 2017, pps. 108-120.

## Reviews and Critiques:

1. **Newman NJ**. Critique of Kuritsky S. Nitroglycerin to treat acute loss of vision. Neurology Chronicle 1(1):10-11, 1991.

2. **Newman NJ**. Critique of Ramadan NM, Tietjen GE, Levine SR, Welch KMA. Scintillating scotoma associated with internal carotid artery dissection: report of three cases. Neurology Chronicle 1(9):11-12, 1992.

3. **Newman NJ**. Critique of Hirose G, Kawada J, Tsukada K, Yushioka A, Sharpe JA. Upbeat nystagmus: clinicopathological and pathophysiological considerations. Neurology Chronicle 2(6):8-9, 1992.

4. **Newman NJ**. Critique of Labalette P, Hache J-C, Hemery B, et al. Diagnosis of Leber's hereditary optic neuropathy without neurological abnormalities. Neurology Chronicle 2(9):12-13, 1993.

5. **Newman NJ**. Critique of Winterkorn JMS, Kupersmith MJ, Wirtschafter JD, Forman S. Treatment of vasospastic amaurosis fugax with calcium-channel blockers. Neurology Chronicle 4(2):6-7, 1994.

6. **Newman NJ**. Review of Sellebjerg F, et al. A randomized, controlled trial of oral high-dose methylprednisolone in acute optic neuritis. Neurology 1999;52:1479-84. In Journal Watch Neurology 1:22, 1999.

7. **Newman NJ**. Review of Noseworthy JH, et al. A randomized trial of intravenous immunoglobulin in inflammatory demyelinating optic neuritis. Neurology 2001;56:1514-22. In Journal Watch Neurology 3:76, 2001.

8. Biousse V**, Newman NJ**. Does intraocular pressure correlate with intracranial pressure? Journal Watch Neurology 11:7-8, 2008.

**Abstracts:**

1. **Newman NJ**, Lambert SR. Botulinum toxin treatment of neurogenic ocular motility disorders. (Abstract) Neurology 41(Suppl):348, 1991.a.

2. Disenhouse MC, Palay DA, **Newman NJ**, To K, Albert DM. Acquired heterochromia in two adults. (Abstract) Ophthalmology 98:S114, 1991.

3. **Newman NJ**. The clinical manifestations of mitochondrial diseases (Abstract). Invest Ophthalmol Vis Sci 35:3378, 1994.

4. Hooper F, Urban J, Feldon S, Kelman S, Baker R, Kosmorsky G, Grenadier R, Seiff S and **the Ischemic Optic Neuropathy Decompression Trial (IONDT)**. Activities of a surgical quality assurance committee in a multicenter randomized trial. (Abstract) Controlled Clin Trials 15:132S, 1994.

5. Crawley B, Scherer RW and **the Ischemic Optic Neuropathy Decompression Trial (IONDT).** Participation in the IONDT: Race, gender and age. (Abstract) Controlled Clin Trials 15:102S, 1994.

6. Crawley B, Waring MT, Scherer RW and the Coordinating Center for **the Ischemic Optic Neuropathy Decompression Trial (IONDT)**. IONDT Tracking System: Where is form 2034 for patient ICMORE and who is responsible? (Abstract) Controlled Clin Trials 15:93, 1994.

7. **Newman NJ**, Loupe DN, Geis TC, et al. Pupillary response in Alzheimer's disease. (Abstract) American Academy of Ophthalmology Annual Meeting p. 96, 1995.

8. Kaufman K and **the Ischemic Optic Neuropathy Decompression Trial Study Group**. Optic

nerve decompression surgery for nonarteritic ischemic optic neuropathy (NAION) is not effective and may be harmful: Results of the Ischemic Optic Neuropathy Decompression Trial (IONDT). (Abstract) Invest Ophthalmol Vis Sci 36:S196, 1995.

9. Dickersin K and **the Ischemic Optic Neuropathy Decompression Trial**. The natural history of nonarteritic anterior ischemic optic neuropathy (NAION): Results of the Ischemic Optic Neuropathy Decompression Trial (IONDT). (Abstract) Invest Ophthalmol Vis Sci 36:S1056, 1995.

10. **Newman NJ**, Phillips PH. Optic neuritis in African-Americans. (Abstract) Neuro-Ophthalmology 16:301, 1996.

11. **Newman NJ**. Clinical update from the Ischemic Optic Neuropathy Decompression Trial (Abstract) Neuro-Ophthalmology 16:301, 1996.

12. Biousse V, **Newman NJ**, Vitek JL, et al. Visual fields in patients with posterior GPi pallidotomy. (Abstract) Neurology 48:A196, 1997.

13. Biousse V, Guevara RA, **Newman NJ**. Horner's syndrome after lumbar epidural anesthesia. (Abstract) Neurology 52:A34, 1999.

14. Szatmary G, Biousse V, **Newman NJ**. Can SITA Fast be used as a reliable alternative to Goldmann perimetry in neuro-ophthalmic practice? (Abstract) Neurology 56:A13, 2001.

15. Biousse V, Suh D, Davis PC, Hopkins KL, Mapstone T, **Newman NJ**. Diffusion-weighted MR imaging in the shaken-impact baby syndrome. (Abstract) J Neuro-ophthalmol 21:141, 2001.

16. Szatmary G, Biousse V, **Newman NJ**. Can SITA Fast be used as a reliable alternative to Goldmann perimetry in neuro-ophthalmic practice? (Abstract) J Neuro-ophthalmol 21:143, 2001.

17. Rucker J, Biousse V, Mao H, Sandbach J, Constantinidis I, **Newman NJ**. The use of proton magnetic resonance spectroscopy (1 H-MRS) to measure lactate in the ocular vitreous body in vivo. (Abstract) J Neuro-ophthalmol 22:181182, 2002.

18. Biousse V, Rucker JC, Vignal C, Crassard I, **Newman NJ**. Anemia and intracranial hypertension. (Abstract), J Neuro-Ophthalmol 22:182183, 2002.

19. Biousse V, Das V, Russell B, Azran MS, Shubert MS, Ward MA, **Newman NJ**, Tusa RJ. The use of contact lenses to treat visually symptomatic nystagmus. (Abstract) J Neuro-ophthalmol 22:191, 2002.

20. Seah ABH, Azran M, Rucker JC, Biousse V, **Newman NJ**. Cat-scratch encephalopathy. (Abstract) J Neuro-ophthalmol 22:184-185, 2002.

21. Biousse V, Pardue MT, Wallace DC, **Newman NJ**. The Eyes of Mito-Mouse. (Abstract) J Neuro-ophthalmol 22:168-9, 2002.

22. Rucker J, Biousse V, Mao H, Sandbach J, Constantinidis I, **Newman NJ**. The use of proton magnetic resonance spectroscopy (1 H-MRS) to measure lactate in the ocular vitreous body in vivo. (Abstract) Neurology 58 (Suppl 3): A511, 2002.

23. Rucker JC, Biousse V, Vignal C, Crassard I, **Newman NJ**. Anemia and intracranial hypertension. (Abstract), Neurology 58 (Suppl 3): A512, 2002.

24. Seah ABH, Azran M, Rucker JC, Biousse V, **Newman NJ**. Cat-scratch encephalopathy.

(Abstract) Neurology 58 (Suppl 3): A438, 2002.

25. Biousse V, Das V, Russell B, Azran MS, Shubert MS, Ward MA, **Newman NJ**, Tusa RJ. The use of contact lenses to treat visually symptomatic nystagmus. (Abstract) Neurology 58 (Suppl 3): A511, 2002.

26. Biousse V, Skibell BC, Loupe DN, **Newman NJ**. Ophthalmologic features of Parkinson disease. (Abstract) Neurology 60 (Suppl 1): A5, 2003.

27. Yin H, **Newman NJ**, Biousse V, Wallace D, Pardue MT. ANT1 deficient mice; a potential model of chronic progressive external ophthalmoplegia (CPEO). (Abstract) IOVS, 2004.

28. Kedar S, Zhang X, Lynn M, **Newman NJ**, Biousse V. Congruency in homonymous hemianopia. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Copper Mountain, CO. February 2005.

29. Kedar S, Zhang X, Lynn M, **Newman NJ**, Biousse V. Pediatric homonymous hemianopia. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Copper Mountain, CO. February 2005.

30. Zhang X, Kedar S, Lynn M, **Newman NJ**, Biousse V. Homonymous hemianopia: a series of 904. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Copper Mountain, CO. February 2005.

31. Zhang X, Kedar S, Lynn M, **Newman NJ**, Biousse V. Recovery in homonymous hemianopia. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Copper Mountain, CO. February 2005.

32. Kedar S, Zhang X, Lynn M, **Newman NJ**, Biousse V. Pediatric homonymous hemianopia. North American Association of Pediatric Ophthalmology and Strabismus (AAPOS) (Abstract). Orlando, Fl. March 2005.

33. **Newman NJ**, Biousse V, David R, et al. Prophylaxis for second eye involvement in Leber's hereditary optic neuropathy: an open-labeled, nonrandomized multicenter trial of topical brimonidine purite. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Copper Mountain, CO. February 2005.

34. Bruce B, Zhang X, Kedar S, **Newman NJ**, Biousse V. Traumatic homonymous hemianopia. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Tucson, AZ, March 2006.

35. Hill D, Ducros A. **Newman NJ**, Daroff R, Biousse V. "Retinal migraine": the facts. (Abstract). North American Neuro-Ophthalmology Society (NANOS) (Abstract). Tucson, AZ, March 2006.

36. Sathornsumetee B, Drews-Botsch CD, Swanson S, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in the south-east United States. (Abstract). North American Neuro-Ophthalmology Society (NANOS) (Abstract). Tucson, AZ, March 2006.

37. Atkins E, Sathornsumetee B, Drews-Botsch CD, Swanson S, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in Canada. (Abstract). North American Neuro-Ophthalmology Society (NANOS) (Abstract). Tucson, AZ, March 2006.

38. Bruce B, Tusa R, **Newman NJ**, Biousse V. Ophthalmoparesis in idiopathic intracranial hypertension. (Abstract). North American Neuro-Ophthalmology Society (NANOS) (Abstract). Tucson, AZ, March 2006.

39. **Newman NJ**, Biousse V, Newman SA, et al. Visual fields in Leber hereditary optic neuropathy: experience of the LHON Treatment Trial. (Abstract). Neurology 66 (Suppl 2):A14, 2006.

40. Bruce B, Zhang X, Kedar S, **Newman NJ**, Biousse V. Traumatic homonymous hemianopia. (Abstract). Neurology 66 (Suppl 2):A22, 2006.

41. Hill D, Ducros A. **Newman NJ**, Daroff R, Biousse V. "Retinal migraine": the facts. (Abstract). Neurology 66 (Suppl 2):A22, 2006.

42. Atkins EJ, Drews-Botsch CD, Swansson S, Rajput A, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in Canada. (Abstract). Ann Neurol 60:S63, 2006.

43. Bengtzen RR, Woodward M, Lynn M, **Newman NJ**, Biousse V. Are sunglasses predictive of non-organic visual loss (NOVL) in neuro-ophthalmologic practice? North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

44. Bruce BB, Preechawat P, **Newman NJ**, Biousse V. Anterior ischemic optic neuropathy (AION) in the young. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

45. Lueck CJ, Danesh-Meyer HV, Margrie FJ, Drews-Botsch CD, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in Australia and New Zealand. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

46. Calvetti O, Vignal-Clermont C, Drews-Botsch CD, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in France. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

47. Preechawat P, Poonyathalang A, Sathornsumetee B, Drews-Botsch CD, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in Thailand. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

48. Milea D, Frederiksen J, Drews-Botsch CD, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in Denmark. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

49. Bruce BB, Preechawat P, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension in African Americans. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

50. Melson M, Weyand C, **Newman NJ**, Biousse V. Is this giant cell arteritis? North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

51. Jung S-M, Bruce BB, **Newman NJ**, Biousse V. Effect of vision restoration therapy (VRT) on the visual function of anterior ischemic optic neuropathy (AION) patients. North American Neuro-Ophthalmology Society (NANOS) (Abstract). Snowbird, UT, February, 2007.

52. Bengtzen RR, Woodward M, Lynn M, **Newman NJ**, Biousse V. Are sunglasses predictive of non-organic visual loss (NOVL)in neuro-ophthalmologic practice? (Abstract) Neurology 68:A38, 2007.
53. Bruce BB, Preechawat P, **Newman NJ**, Biousse V. Anterior ischemic optic neuropathy (AION) in the young. (Abstract) Neurology 68:A39, 2007.
54. Lueck CJ, Danesh-Meyer HV, Margrie FJ, Drews-Botsch CD, **Newman NJ**, Biousse V. Management of acute optic neuritis: survey of ophthalmologists and neurologists in Australia and New Zealand. (Abstract) Neurology 68:A40, 2007.
55. Bruce BB, Preechawat P, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension in African Americans. (Abstract) Neurology 68:A92, 2007.
56. Barnes CS, **Newman NJ**, Wilmot G, Yan J. Negative ERGs in cerebellar degeneration. (Abstract) IOVS 932/B907, 2007.
57. Luneau K, Zhou L, Biousse V, Weyand C, **Newman NJ**, Grossniklaus H. Immunohistochemical assessment of giant cell arteritis (GCA): implications for clinical diagnosis and disease activity. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Orlando, Florida, March, 2008.
58. Luneau K, Newman NJ, Srivastava S, Biousse V. Neurologic manifestations of acute posterior multifocal placoid pigment epitheliopathy. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Orlando, Florida, March, 2008.
59. Bruce B, Kedar S, Van Stavern G, Monaghan D, Acierno M, Braswell R, Corbett J, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension (IIH): not just a woman's disease. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Orlando, Florida, March, 2008.
60. Fraser JA, **Newman NJ**, Biousse V. Treatment of Giant Cell Arteritis. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Orlando, Florida, March, 2008.
61. Biousse V, Calvetti O, Drews-Botsch CD, Atkins EJ, **Newman NJ**. Management of optic neuritis (ON) and impact of clinical trials: an international survey of 7 countries. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Orlando, Florida, March, 2008.
62. Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension: not just a woman's disease. **Neurology** 2008; 70 (Suppl 1): A128.
63. Biousse V, Calvetti O, Drews-Botsch CD, Atkins EJ, Newman NJ, for the Optic Neuritis Survey Group. Management of optic neuritis and impact of clinical trials: An international survey of 7 countries. **Neurology** 2008; 70 (Suppl 1): A128.
64. Mrejen S, Vignal C, Bruce BB, Gineys R, Audren F, Preechawat P, Gaudric A, Gout O, Newman NJ, Vighetto A, Bousser MG, Biousse V. Idiopathic intracranial hypertension: A comparison between French and North-American white patients. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Incline Village, Nevada, February, 2009.
65. Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, Newman NJ, Biousse V. Why do men have idiopathic intracranial hypertension (IIH)? A case-control study.North American Neuro-

Ophthalmology Society (NANOS), (Abstract). Incline Village, Nevada, February, 2009.

66. Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, Newman NJ, Biousse V. The old and the restless: atypical idiopathic intracranial hypertension. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Incline Village, Nevada, February, 2009.

67. Elmalem VI, Biousse V, Bruce BB, Newman NJ. Transient mydriasis as a precursor to Adie's tonic pupil. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Incline Village, Nevada, February, 2009.

68. Atkins EJ, Bruce BB, Newman NJ, Biousse V. Current treatment of non-arteritic anterior ischemic optic neuropathy (NAION) in the United States. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Incline Village, Nevada, February, 2009.

69. Atkins EJ, Bruce BB, Newman NJ, Biousse V. The treatment of non-arteritic anterior ischemic optic neuropathy (NAION): Review of the Literature. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Incline Village, Nevada, February, 2009.

70. Thurtell MJ, Newman NJ, Biousse V. Visual loss without papilledema in idiopathic intracranial hypertension. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Incline Village, Nevada, February, 2009.

71. Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension: not just a woman's disease. Association for Clinical Research Training Annual Conference. Washington, DC. April, 2009.

72. Biousse V, Bruce BB, Frankel M, Atkins EJ, **Newman NJ**. Treatment of acute central retinal artery occlusion (CRAO): Current Practice in the United States and Future Plans. Neurology 2009; 72(Suppl 3): A69.

73. Fraser JA, Bruce BB, Rucker J, Fraser LA, Atkins EJ, **Newman NJ**, Biousse V. Why do men have idiopathic intracranial hypertension (IIH)? A case control study. Neurology 2009; 72(Suppl 3): A182.

74. Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, **Newman NJ**, Biousse V. The old and the restless: atypical idiopathic intracranial hypertension. Neurology 2009; 72(Suppl 3): A182.

75. Atkins EJ, Bruce BB, **Newman NJ**, Biousse V. Treatment of non-arteritic anterior ischemic optic neuropathy (NAION): current practice in the United States. Neurology 2009; 72(Suppl 3): A184.

76. Elmalem VI, **Newman NJ**, Biousse V. Imaging strategies for aneurismal third nerve palsies. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Tucson, Arizona, March, 2010.

77. Thurtell MJ, Bruce BB, **Newman NJ**, Biousse V. Obstructive sleep apnea in idiopathic intracranial hypertension: a prospective study. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Tucson, Arizona, March, 2010.

78. Bruce BB, Lamirel C, Wright DW, Ward A, Biousse V, **Newman NJ**. Non-mydriatic fundus photography in the diagnosis of acute neuro-ophthalmic disease in the emergency department.

North American Neuro-Ophthalmology Society (NANOS), (Abstract). Tucson, Arizona, March, 2010.

79. Lamirel C, Bruce BB, Wright DW, Ward A, Biousse V, **Newman NJ**. Quality of non-mydriatic fundus photos taken by nurse practicioners (NPs) in the emergency department. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Tucson, Arizona, March, 2010.

80. Bruce BB, Lamirel C, Wright DW, Ward A, Biousse V, **Newman NJ**. Feasibility of non-mydriatic fundus photography in the emergency department. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Tucson, Arizona, March, 2010.

81. Bruce BB, Lamirel C, Wright DW, Ward A, Biousse V, **Newman NJ**. Non-mydriatic fundus photography in the diagnosis of acute neuro-ophthalmic disease in the emergency department (ED). Neurology 2010; 74(Suppl 2): A310.

82. Thurtell MJ, Bruce BB, **Newman NJ**, Biousse V. Obstructive sleep apnea in idiopathic intracranial hypertension: a prospective study. Neurology 2010; 74(Suppl 2): A383.

83. Thurtell MJ, Bruce BB, **Newman NJ**, Biousse V. Obstructive Sleep Apnea (OSA) in Idiopathic Intracranial Hypertension: A Prospective Study, Neuro-Ophthalmology 2010; 34:247.

84. Lamirel C, Bruce BB, Wright DW, Ward A, **Newman NJ**, Biousse V. Quality of Non-Mydriatic Fundus Photos Taken by Nurse Practitioners in the Emergency Department. Neuro-Ophthalmology 2010; 34:248.

85. Toffoli D, Bruce BB, Lamirel C, Henderson A, **Newman NJ**, Biousse V. Feasibility and quality of non-mydriatic fundus photography in children. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Vancouver, Canada, February, 2011.

86. Szewka AJ, Bruce BB, **Newman NJ**, Biousse V. Idiopathic intracranial hypertension in the very obese. North American Neuro-Ophthalmology Society (NANOS), (Abstract). Vancouver, Canada, February, 2011.

87. Riggeal BD, Bruce BB, Saindane AM, Kelly LP, Ridha M, **Newman NJ**, Biousse V. Does the presence of transverse sinus stenosis (TSS) influence the clinical presentation and outcome of idiopathic intracranial hypertension (IIH)?". North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

88. Tamhankar M, Biousse V, Subramanian P, Prasad S, Lee M, Pineles S, Osborne B, Eggenberger E, Moss H, Bennett J, Shindler K, Liu G, Galetta S, **Newman N**, Bruce B, Balcer L. Microvascular vs. non-microvascular third, fourth and sixth nerve palsies: a prospective multi-center study to determine etiology. North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

89. Bruce BB, Thulasi P, Fraser CL, Keadey, Ward A, Heilpern KL, Wright D, **Newman NJ**, Biousse V. Non-mydriatic ocular fundus photography read by emergency department (ED) physicians: FOTO-ED study. North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

90. Ridha M, Saindane AM, Bruce BB, Riggeal B, Kelly L, **Newman NJ**, Biousse V. MRI findings in idiopathic intracranial hypertension (IIH) compared with cerebral venous thrombosis (CVT). North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

91. Kelly LP, Saindane AM, Bruce BB, Ridha M, Riggeal BD, **Newman NJ**, Biousse V. Does bilateral transverse cerebral venous sinus stenosis (TSS) really exist in patients without increased intracranial pressure (ICP)? North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

92. Thurtell M, Trotti L-M, Bixler E, Rye D, Bliwise D, **Newman NJ**, Biousse V, Bruce BB. Obstructive sleep apnea in idiopathic intracranial hypertension: comparison with matched population data. North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

93. Fraser CL, Bliwise D, Trotti LM, Collop NA, Rye DB, **Newman NJ**, Biousse V, Bruce BB. Photographic assessment of optic disc and retinal vasculature in obstructive sleep apnea (OSA) patients. North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

94. Roth S, Lee L, Todd M, Posner K, Polissar N, Neradilek M, Torner J, **Newman NJ**, The POVL Study Group. Risk factors for ischemic optic neuropathy after spinal fusion surgery. North American Neuro-Ophthalmology Society Meeting (NANOS), (Abstract), San Antonio, Texas, February, 2012.

95. Riggeal BD, Bruce BB, Saindane AM, Kelly LP, Ridha M, **Newman NJ**, Biousse V. Does the presence of transverse sinus stenosis (TSS) influence the clinical presentation and outcome of idiopathic intracranial hypertension (IIH)?. Neurology 2012;78:P07.266.

96. Bruce BB, Thulasi P, Fraser CL, Keadey, Ward A, Heilpern KL, Wright D, **Newman NJ**, Biousse V. Non-mydriatic ocular fundus photography read by emergency department (ED) physicians: FOTO-ED study. Neurology 2012;78:P07.264.

97. Ridha M, Saindane AM, Bruce BB, Riggeal B, Kelly L, **Newman NJ**, Biousse V. MRI findings in idiopathic intracranial hypertension (IIH) compared with cerebral venous thrombosis (CVT). Neurology 2012;78:P07.267.

98. Kelly LP, Saindane AM, Bruce BB, Ridha M, Riggeal BD, **Newman NJ**, Biousse V. Does bilateral transverse cerebral venous sinus stenosis (TSS) really exist in patients without increased intracranial pressure (ICP)? Neurology 2012;78:P07.263.

99. Thurtell M, Trotti L-M, Bixler E, Rye D, Bliwise D, **Newman NJ**, Biousse V, Bruce BB. Obstructive sleep apnea in idiopathic intracranial hypertension: comparison with matched population data. Neurology 2012;78:P07.261.

100. Fraser CL, Bliwise D, Trotti L, Collop N, Rye DB, **Newman NJ**, Biousse V. Photographic assessment of optic disc and retinal vasculature in obstructive sleep apnea (OSA) patients, Association for Research in Vision and Ophthalmology. Invest Ophthalmol Vis Sci (ARVO Meeting Abstracts) 2012;53:4897.

101. Thulasi P, Fraser CL, Wright DW, Helipern KL, Ward A, Keadey MT, **Newman NJ**, Bruce BB. Non-mydriatic fundus photography of the ocular fundus in headache patients presenting to an emergency department. Invest Ophthalmol Vis Sci (ARVO Meeting Abstracts) 2012;53:4898.

102. Bruce BB, Thulasi P, Fraser CL, Keady MT, Ward A, Heilpern KL, Wright DW, **Newman NJ**, Biousse B. Non-mydriatic ocular fundus photography read by emergency department (ED) physicians: FOTO-ED study. Invest Ophthalmol Vis Sci (ARVO Meeting Abstracts)

2012;53:1312.

103. Bruce BB, Thulasi P, Fraser CL, Wright DW, Helipern KL, Ward A, Keadey MT, **Newman NJ**. Non-mydriatic fundus photography of the ocular fundus in headache patients presenting to an emergency department, North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), Snowbird, UT, February, 2013.

104. Bruce BB, Thulasi P, Fraser CL, Keadey MT, Ward A, Heilpern KL, Wright DW, **Newman NJ**, Biousse V. Replacing the direct ophthalmoscope: diagnostic accuracy and use of non-mydriatic ocular fundus photography by emergency department physicians (Phase II of the FOTO-ED study), North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), Snowbird, UT, February, 2013.

105. Bialer OY, Pérez Rueda M, Saindane A, Biousse V, **Newman NJ**, Bruce BB, North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), Snowbird, UT, February, 2013.

106. Pérez Rueda M, Bialer OY, **Newman NJ**, Bruce BB, Biousse V. Spontaneous cerebrospinal fluid (CSF) leak and idiopathic intracranial hypertension (IIH), North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), Snowbird, UT, February, 2013.

107. Kelly LP, Garza PS, Bruce BB, Graubart EB, **Newman NJ**, Biousse V. Teaching Ophthalmoscopy to Medical Students (The TOTeMS Study), North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), Snowbird, UT, February, 2013.

108. Peragallo JH, Bruce BB, **Newman NJ**, Hutchinson AK, Lenhart PD, Biousse V, Lambert SR. Surgical outcomes in adult sixth nerve palsy, North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), Snowbird, UT, February, 2013.

109. Kelly LP, Garza PS, Bruce BB, Graubart EB, **Newman NJ**, Biousse V. Teaching Ophthalmoscopy to Medical Students (The TOTeMS Study*)*. Neurology 2013;80:P04.250.

110. Bruce BB, Thulasi P, Fraser CL, Keadey MT, Ward A, Heilpern KL, Wright DW, **Newman NJ**, Biousse V. Replacing the direct ophthalmoscope: diagnostic accuracy and use of non-mydriatic ocular fundus photography by emergency department physicians (Phase II of the FOTO-ED study). Neurology 2013;80:IN4-2.001.

111. Bruce BB, Thulasi P, Fraser CL, Wright DW, Helipern KL, Ward A, Keadey MT, **Newman NJ**. Non-mydriatic fundus photography of the ocular fundus in headache patients presenting to an emergency department. Neurology; 2013;80:P03.111. *(Selected for Headache Highlights in the Field)*

112. Bruce BB, Thulasi P, Fraser CL, Keadey MT, Ward A, Heilpern KL, Wright DW, **Newman NJ**, Biousse V. Replacing the direct ophthalmoscope: diagnostic accuracy and use of non-mydriatic ocular fundus photography by emergency department physicians (Phase II of the FOTO-ED study). Neurology; 2013;80:P02.250.

113. Vuong LN, Thulasi P, Biousse B, Wright DW, **Newman NJ**, Bruce BB. Non-mydriatic ocular fundus photography among patients with focal neurologic deficits in an emergency department. North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), San Juan, PR, March, 2014.

114. Bidot S, Bruce BB, Saindane A, **Newman NJ**, Biousse V. Asymmetric papilledema in idiopathic intracranial hypertension (IIH). North American Neuro-ophthalmology Society

(NANOS) Meeting, (Abstract), San Juan, PR, March, 2014.

115. Mackay DD, Garza PS, Bruce BB, Bidot S, Kelly LP, Graubart EB, Newman NJ, Biousse V. Teaching Ophthalmoscopy to Medical Students (TOTeMS) II: A one-year retention study. North American Neuro-ophthalmology Society (NANOS) Meeting, (Abstract), San Juan, PR, March, 2014.

116. Mackay DD, Garza PS, Bruce BB, Bidot S, Kelly LP, Graubart EB, **Newman NJ**, Biousse V. Teaching Ophthalmoscopy to Medical Students (TOTeMS) II: A one-year retention study. American Academy of Neurology Annual Meeting, (Abstract), Philadelphia, PA, April, 2014.

117. Bruce BB, Vuong LN, Thulasi P, Biousse B, Wright DW, **Newman NJ**. Non-mydriatic ocular fundus photography among patients with focal neurologic deficits in an emergency department. American Academy of Neurology Annual Meeting, (Abstract), Philadelphia, PA, April, 2014.

118. Thulasi P, Vuong LN, Biousse B, Wright DW, **Newman NJ**, Bruce BB. Non-mydriatic ocular fundus photography among patients with focal neurologic deficits in an emergency department. Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting, (Abstract), Orlando, FL, April 2014.

119. Garza PS, Mackay DD, Bruce BB, Bidot S, Kelly LP, Graubart EB, **Newman NJ**, Biousse V. Teaching Ophthalmoscopy to Medical Students (TOTeMS) II: A one-year retention study. Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting, (Abstract), Orlando, FL, April 2014.

120. Garza PS, Bruce BB, **Newman NJ**, Biousse V. An update on Terson syndrome: Prevalence and prognosis in subarachnoid hemorrhage. North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster), San Diego, CA, February 2015.

121. Jariyakasol S, Peragallo JH, Bruce BB, **Newman NJ**, Biousse V. The effects of pediatric primary brain tumors on vision and quality of life. North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster), San Diego, CA, February 2015.

122. Fisayo A, Biousse V, **Newman NJ**, Bruce BB. Overdiagnosis of idiopathic intracranial hypertension (IIH). North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster), San Diego, CA, February 2015.

123. Hage R, Eshraghi S, Oyesiku NM, **Newman NJ**, Biousse V, Bruce BB. Cranial nerve palsies in pituitary apoplexy. North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster), San Diego, CA, February 2015.

124. Bidot S, Clough L, Saindane AM, **Newman NJ**, Biousse V, Bruce BB. Role of the optic canal size on the severity of papilledema and visual outcome in idiopathic intracranial hypertension (IIH). North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Platform), San Diego, CA, February 2015.

125. Sitko KR, Peragallo JH, Bidot SS, Biousse V, **Newman NJ**, Bruce BB. Pitfalls in the use of stereopsis for the diagnosis of non-organic visual loss. North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Platform), San Diego, CA, February 2015.

126. Garza PS, Bruce BB, **Newman NJ**, Biousse V. Terson syndrome as a prognostic marker in subarachnoid hemorrhage. Association for Clinical & Translational Science Annual Meeting, (Abstract-Platform), Washington, D.C. April 2015.

127. Fisayo A, Biousse V, **Newman NJ**, Bruce BB. Overdiagnosis of idiopathic intracranial hypertension (IIH). American Academy of Neurology Annual Meeting, (Abstract – Poster and Platform), Washington, D.C., April, 2015.

128. Garza PS, Fajoles-Vasseneix C, Clough L, Sitko KR, Kandiah P, **Newman NJ**, Biousse V, Samuels OB, Bruce BB. Handheld ocular fundus photography in acute subarachnoid hemorrhage (SAH): The FOTO-ICU Study. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting, (Abstract-Platform), Tucson, AZ, March 2016.

129. Dattilo M, Bruce BB, Vasseneix C, Biousse V, **Newman NJ**, Peragallo JH. Correlation between stereopsis and reverse stereopsis: Turn upside-down the stereo. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster), Tucson, AZ, March 2016.

130. Hartmann AJ, Soares BP, Bruce BB, Saindane AM, **Newman NJ**, Biousse V, Peragallo JH. Imaging features of idiopathic intracranial hypertension (IIH) in children. North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster),Tuscon, AZ, March 2016.

131. Narayana KM, Saindane A, Bruce BB, **Newman NJ**, Biousse V. Persistenceof transverse sinus stenosis after lumbar puncture in idiopathic intracranial hypertension. North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster), Tuscon, AZ, March 2016.

132. Bruce BB, Bidot S, Hage R, Clough LC, Fajoles-Vasseniex C, Melomed M, Wright DW, **Newman NJ**, Biousse V. FOTO-ED Phase III: what happens when you try to teach emergency providers to read fundus photographs? North American Neuro-ophthalmology Society (NANOS) Annual Meeting, (Abstract-Poster), Tuscon, AZ, March 2016.

133. Hartmann AJ, Soares BP, Bruce BB, Saindane AM, **Newman NJ**, Biousse V, Peragallo JH. Imaging features of idiopathic intracranial hypertension (IIH) in children. American Academy of Neurology (AAN) Annual Meeting, (Abstract-Poster), Vancouver, BC, April 2016.

134. Dattilo M., Bruce B.B., Vasseneix C., Biousse V, **Newman NJ**, Peragallo JH. Correlation between stereopsis and reverse stereopsis: Turn upside-down the stereo. Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting, (Abstract-Poster), Seattle, WA, May, 2016.

135. Vasseneix C, Peragallo JH, Jariyakasol S, **Newman NJ**, Biousse V, Bruce BB. The relationship of vision and quality of life (QOL) in patients with pediatric primary brain tumors (PBT). Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting, (Abstract-Poster), Seattle, WA, May, 2016.

136. Vasseneix C, Peragallo JH, Jariyakasol S, **Newman NJ**, Biousse V, Bruce BB. The relationship of vision and quality of life (QOL) in patients with pediatric primary brain tumors (PBT). Société Française d'Ophtalmologie Annual Meeting, (Abstract-Poster), Paris, France, May 2016.

137. Biousse V, Velazquez Vega J, Saindane A, **Newman NJ**. Pseudo-pseudo tumor cerebri. Walsh Annual Meeting (platform), Washington DC, April 2017.

138. Dattilo M, Tian T, Bruce BB, Narayana K, Peragallo J, **Newman NJ**, Biousse V. Very poor visual acuity in non-arteritic anterior ischemic optic neuropathy. North American Neuro-

Ophthalmology Society (NANOS) Annual Meeting (Abstract-Poster), Washington, DC, April 2017.

139. Hartmann, A, Saindane A, Bruce BB, **Newman NJ**, Biousse V. Papilledema from compression of intracranial venous sinuses by dural meningiomas. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting (Abstract-Poster), Washington, DC, April 2017.

140. Vasseneix V, Dattilo M, Bruce BB, **Newman NJ**, Biousse V, Peragallo P. The relationship between Central Corneal Thickness and papilledema from Idiopathic Intracranial Hypertension. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting (Abstract-Poster), Washington, DC, April 2017.

141. Sachdeva V, Vasseneix C, Hage R, Bidot S, Clough L, Wright D, **Newman NJ**, Biousse V, Bruce BB. Optic nerve head edema among patients presenting to an emergency department in the FOTO-ED study. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting (Abstract-Poster), Washington, DC, April 2017.

142. Berezovsky D, Vasseneix C, Bruce BB, **Newman NJ**, Biousse V. CSF total protein in patients with idiopathic intracranial hypertension. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting (Abstract-Poster), Washington, DC, April 2017.

143. Uretsky S, Bentobji S, Koyi IP, **Newman NJ**. Pediatric Leber hereditary optic neuropathy (LHON): A literature review. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting (Abstract-Poster), Washington, DC, April 2017.

144. Yu-Wai-Man P, **Newman NJ**, Sergott R, Bryan MS, Carelli V, Klpstock T, Moster M, Sadun A, Sahel J-A, Vignal C, Uretsky S. Preliminary baseline characteristics of patients with LHON enrolled in RESCUE and REVERSE gene therapy trials. North American Neuro-Ophthalmology Society (NANOS) Annual Meeting (Abstract-Poster), Washington, DC, April 2017.

145. Peragallo JH, Vasseneix C, Jariyakasol S, **Newman NJ**, Biousse V, Bruce BB. The relationship of vision and quality of life in patients with pediatric primary brain tumors. American Association for Pediatric Ophthalmology and Strabismus (AAPOS) Annual Meeting (Abstract-Poster), Nashville, TN, April 2017.

146. Hartmann, A, Saindane A, Bruce BB, **Newman NJ**, Biousse V. Papilledema from compression of intracranial venous sinuses by dural meningiomas. American Academy of Neurology (AAN) Annual Meeting (Abstract-Poster), Boston, MA, April 2017.

147. Berezovsky D, Vasseneix C, Bruce BB, **Newman NJ**, Biousse V. CSF total protein in patients with idiopathic intracranial hypertension. American Academy of Neurology (AAN) Annual Meeting (Abstract-Poster), Boston, MA, April 2017.

148. Narayana KM, Saindane A, Bruce BB, **Newman NJ**, Biousse V. Persistence of transverse sinus stenosis after lumbar puncture in idiopathic intracranial hypertension. American Academy of Neurology (AAN) Annual Meeting (Abstract-Poster), Boston, MA, April 2017.

149. Dattilo M, Tian T, Bruce BB, Narayana K, Peragallo J, **Newman NJ**, Biousse V. Very poor visual acuity in non-arteritic anterior ischemic optic neuropathy. Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting (Abstract-Poster), Baltimore, MD, May 2017.

150. Sachdeva V, Vasseneix C, Hage R, Bidot S, Clough L, Wright D, **Newman NJ**, Biousse V,

Bruce BB. Optic nerve head edema among patients presenting to an emergency department in the FOTO-ED study. Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting (Platform), Baltimore, MD, May 2017.

151. Vasseneix V, Dattilo M, Bruce BB, **Newman NJ**, Biousse V, Peragallo P. The relationship between Central Corneal Thickness and papilledema from Idiopathic Intracranial Hypertension. Association for Research in Vision and Ophthalmology (ARVO) Annual Meeting (Abstract-Poster), Baltimore, MD, May 2017.

**Other Publications:**

1. **Newman NJ**. Leonardo as scientist. N Engl J Med 312:56, 1985.
2. **Newman NJ**. The neuro-ophthalmology of stroke. Stroke Connection 12:6-7, 1990.
3. **Newman NJ**. Leber's hereditary optic neuropathy: A disease of mitochondrial DNA. Emory Eye Center Newsletter 1:1-2, 1991.
4. **Newman NJ**. Neuro-ophthalmologic evaluations. Neurosurgical Consultations 2:1-8, 1991.
5. **Newman NJ**. The neuro-ophthalmology of mitochondrial disease. Audio-Digest/Ophthalmology 30, 1992.
6. **Newman NJ**, Lambert SR. Botulinum toxin treatment of cranial nerve palsies. Emory University Journal of Medicine 6:217-223, 1992.
7. Scherer RW, Crawley B, for **the Ischemic Optic Neuropathy Study Group**. Responses to ethical and other questions on a knowledge assessment form for a multicenter trial. Controlled Clin Trials 14:442S, 1993.
8. **Newman NJ**. Anterior ischemic optic neuropathy decompression trial. Audio Digest 31, 1993.
9. **Newman NJ**. The ischemic optic neuropathy decompression trial. Eye Center News 2:1-3, 1993.
10. Cawley CM, Barrow DL, **Newman NJ**. The surgical management of orbital tumors. Contemporary Neurosurgery 17:1-6, 1995.
11. **Newman NJ**, Torroni A, Brown MD, et al. Cuban optic neuropathy (Letter). Neurology 45:397, 1995.
12. **Newman NJ**. Hereditary optic neuropathy: A classic example of the utility of genetic testing. Ophthalmology World News 1:14-15, 1995.
13. **Newman NJ**. Editorial Overview. Curr Opin Ophthalmol 6:1-3, 1995.
14. **Newman NJ**. Editorial overview. Curr Opin Ophthalmol 7:1-2, 1996.
15. **Newman NJ**. Editorial overview. Curr Opin Ophthalmol 8:1-2, 1997.
16. **Newman NJ** (Consultant). In: Ellis BD, Hogg JP, eds. Neuroimaging for the general ophthalmologist. Focal Points 16:10-17, 1998.
17. **Newman NJ**. Editorial overview. Curr Opin Ophthalmol 9:1-2, 1998.

18. Biousse V, **Newman NJ**. The ophthalmology of intracranial abnormalities. (Reply to Letter). Am J Ophthalmol 126:852-853, 1998.
19. **Newman NJ**. Editorial overview. Curr Opin Ophthalmol 10:369-370, 1999.
20. **Newman NJ**. Editorial overview. Curr Opin Ophthalmol 11:387-388, 2000.
21. Vaphiades MS, **Newman NJ**. Optic nerve enhancement in Leber's hereditary optic neuropathy: four years later (Letter). J Neuro-ophthalmol 22:66-67, 2002.
22. **Newman NJ**. The Cambridge Symposium: September 2003. Eye 18:1025, 2004.
23. Biousse V, **Newman NJ**, Chang GY. Brainstem involvement in hypertensive encephalopathy: clinical and radiological findings. (Letter) Neurology 63:1759-60, 2004.
24. **Newman NJ**, Biousse V. Neuro-ophthalmic manifestations of carotid disease. Ophta January 2006, pp.58-67.
25. **Newman NJ**. Update on neuro-ophthalmology (AAO Annual Meeting 2007). Medscape http://www.medscape.com/viewarticle/549037.
26. Kedar S, **Newman NJ**, Biousse V. News and Views from the Literature: Neuro-ophthalmology.
    Rev Neurol Dis. 3: 198-202, 2006.
27. **Newman NJ**. Highlights of the 33rd Annual North American Neuro-Ophthalmology Society (NANOS) Meeting (2007). Medscape http://www.medscape.com.
28. **Newman NJ**. Highlights of the 34th Annual North American Neuro-Ophthalmology Society (NANOS) Meeting (2008). Medscape http://www.medscape.com.
29. **Newman NJ**. Cover photograph. Am J Human Genetics 82, 2008.
30. Bruce BB, Biousse V, **Newman NJ.** Practice Parameter: Assessing patients in a neurology practice for risk of falls (an evidence-based review): Report f the Quality Standards Subcommittee of the American Academy of Neurology. (Letter to the Editor) Neurology 72:382, 2009.
31. Biousse V, Bruce BB, **Newman NJ**. Treatment of NAION. (Letter to the Editor) Surv Ophthalmol 55:400-1, 2010.
32. Fraser CL, Sanchez S, **Newman NJ**, Biousse V. Cat scratch disease. (Letter to the Editor). Ophthalmology 119:1502-1503, 2012.
33. Lee LA, Roth S, Todd MM, Posner KL, Polissar NL, Neradilek MB, **Newman NJ**, Caplan RA, Cheney FW, Domino KB; for The Postoperative Visual Loss Study Group. In Reply (Perioperative Visual Loss). (Letter to the Editor). Anesthesiology 117:434-436, 2012.
34. Bruce BB, **Newman NJ**, Biousse V. In Reply (Nonmydriatic digital ocular fundus photography with iPhone 3G). (Letter to the Editor). Arch Ophthalmol 131:406, 2013.
35. Bruce BB, Biousse V, **Newman NJ**. Author Response (Nonmydriatic ocular fundus photography among headache patients in an emergency department). (Letter to the Editor). Neurology 81:774-775, 2013.
36. Bruce BB, Biousse V, **Newman NJ**. Author Response (Clinical course of idiopathic intracranial hypertension with transverse sinus stenosis). (Letter to the Editor). Neurology

81:695, 2013.

37. Bruce BB, Biousse V, **Newman NJ**. Author Response (Does the presence of transverse sinus stenosis (TSS) influence the clinical presentation and outcome of idiopathic intracranial hypertension (IIH)?). (Letter to the Editor). Neurology 81:1366-7, 2013.

38. Bidot S, Bruce BB, **Newman NJ**, Biousse V. Author Response (Nonmydriatic retinal photography in the evaluation of acute neurologic conditions). (Letter to the Editor). Neurology Clinical Practice 4:94-95, 2014.

39. Bruce BB, **Newman NJ**, Biousse V. Reply (Teaching ophthalmoscopy to medical students (the TOTeMS study)). (Letter to the Editor). Am J Ophthalmol 157:1329, 2014.

40. Bruce BB, **Newman NJ**, Biousse V. Reply (Teaching ophthalmoscopy to medical students (the TOTeMS study)). (Letter to the Editor). Am J Ophthalmol 157:1330, 2014.

41. Mackay DD, Bruce BB, **Newman NJ**, Biousse V. Teaching ophthalmoscopy to medical students. (Letter to the Editor). JAMA Ophthalmol 133:223-4, 2015.

42. Bidot S, Bruce BB, Saindane AM, **Newman NJ**, Biousse V. Asymmetric papilledema in idiopathic intracranial hypertension: response. (Letter to the Editor). J Neuro-ophthalmol 35:331, 2015.

43. Biousse V, **Newman NJ**. Overdiagnosis of idiopathic intracranial hypertension: response (Letter to the Editor). Neurology 86:2216, 2016.

44. Sitko K, Peragallo JH, **Newman NJ**, Bruce BB. Pitfalls in the use of stereopsis for the diagnosis of non-organic visual loss. Ophthalmology 123:e47, 2016.

45. Sachdeva V, **Newman NJ**, Biousse V. Risk of Non-arteritic anterior ischemic optic neuropathy (NAION) following End-stage renal disease (ESRD). (Letter to the Editor). Medicine. Friday, September 30, 2016. http://journals.lww.com/md-journal/Blog/MedicineCorrespondenceBlog/pages/post.aspx?PostID=37

46. **Newman NJ**. Biousse V. When should emergent imaging be performed? Reply (Letter to the Editor). JAMA Ophthalmol, 135:821-822, 2017.

**OUTSIDE INTERESTS:**

Board of Trustees, Princeton University (1992-1996; Chair, Alumni Affairs Committee 1994-1996) (1998-2008; Chair, Alumni Affairs Committee 1998-2000; Chair, Student Life Health and Athletics Committee 2000-2008; Emerita Trustee 2008-present)
Vice Chair of the Alumni Council and Vice President of the Alumni Association of Princeton University (2011-2013)
Chair of the Alumni Council and President of the Alumni Association of Princeton University (2013-2015)
Past Chair of the Alumni Council and Past President of the Alumni Association of Princeton University and member of the Committee to Elect Alumni Trustees (2015-2017)
Healthier Princeton Advisory Board (2009-2011)
Advisory Council of the Center for Health and Wellbeing, Princeton University (2017-present)

Board of Directors, Association of Marshall Scholars (1988-90)
Marshall Scholar Selection Committee Southeast Region (1997-2008)
Board of Directors, Princeton Club of Georgia (1990-1992)
Board of Directors, Lullwater Estate Homeowners' Association (2004-2006)

Travel, art, community theatre, singing, swimming, golf

# APPENDIX B

**Nancy J. Newman, MD**

**General Materials Reviewed (*in conjunction with materials cited in the report*):**

**Articles:**


Affendi B, et al. The interaction between sex hormone binding globulin and levonorgestrel released from Norplant, an implantable contraceptive. Contraception 1987; 35(2):135-45.

Africander D, et al. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. Steroids 2011; 76:636-52.

Ahmed K, et al. Contraceptive commodities for women's health: key data findings. UNFPA 2012.

Alder JB, et al. Levonorgestrel implants and intracranial hypertension. NEJM 1995; 332(25):1720-1.

Alksne JF. "Headache Associated with Changes in Intracranial Pressure". In Wolff's Headache and other head pain. 4th Ed. DJ Dalessio, ed. New York: Oxford University Press. 1980; 310-3.

Alvarez F, et al. Sex hormone binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants. Contraception 1998; 58:211-4.

Alvarez-Requejo A, et al. Under-reporting of adverse drugs reactions: Estimate based on a spontaneous reporting scheme and sentinel system. Eur J Clin Pharmacol 1998; 54:483-8.

American College of Obstetricians and Gynecologists, Clinical Management Guidelines for Obstetrician-Gynecologists, Practice Bulletin Number 73. Use of hormonal contraception in women with coexisting medical conditions. Obstet Gynecol. 2006 Jun; 107(6):1453-72.

American College of Obstetricians and Gynecologists, Clinical Management Guidelines for Obstetrician-Gynecologists, Practice Bulletin Number 121. Long-acting reversible contraception: Implants and intrauterine devices. Obstet Gynecol. 2011;118:184-96.

American College of Obstetricians and Gynecologists, Publications December 2015. Withdrawn. Obstet Gynecol 2015.

Andrews L, et al. Idiopathic intracranial hypertension and obesity. Horm Res Paediatr 2014; 81:217-25.

Apter D, et al. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. Fertil Steril 2014; 101:1656-62.

Arauz A, et al. Time to recanalization in patients with cerebral venous thrombosis under anticoagulation therapy. J Neurol Neurosurg Psychiatry 2016; 87:247–51.

Attia AM, et al. Role of the levonorgestrel intrauterine system in effective contraception. Patient Preference and Adherence 2013; 7:777-85.

Backman T, et al. Length of use and symptoms associated with premature removal of the levonorgestrel intrauterine system: a nation-wide study of 17,360 users. BJOG 2000; 107:335-9.

Backman T. Benefit-risk assessment of the levonorgestrel intrauterine system in contraception. Drug Safety 2004; 27(15):1185-204.

Badea MA, et al. Current concepts in minimal hepatic encephalopathy. Rev Med Chir Soc Med Nat 2015; 119(1):9-17.

Bahamondes L, et al. A cross-sectional study of the forearm bone density of long-term users of levonorgestrel-releasing intrauterine system. Hum Reprod 2006; 21(5):1316-9.

Bahemuka M. Benign intracranial hypertension associated with the use of Depo-Provera (Depot medroxyprogesterone): a case report. East Afr Med J. 1981; 58(2):140-1.

Baker ME, et al. Evolution of hormone selectivity in glucocorticoid and mineralocorticoid receptors. J Steroid Biochem Molec Biol 2013; 137:57-70.

Balcer LJ, et al. Idiopathic intracranial hypertension: Relation of age and obesity in children. Neurology 1999; 52:870-2.

Baldini M and Sangiovanni G. Benign intracranial hypertension and thrombosis of the venous sinuses

during contraceptive treatment: anatomo-clinical and neuroradiological observations (author's transl). Riv Patol Nerv Ment. 1977; 98(3):185-90.

Ball AK, et al. Idiopathic intracranial hypertension. Lancet Neurol 2006; 5:433-42.

Bamberger CM, et al. Dissociative glucocorticoid activity of medroxyprogesterone acetate in normal human lymphocytes. J Clin Endocrin Metab 1999; 84(11):4055-61.

Barnard ND, et al. Diet and sex-hormone binding globulin, dysmenorrhea, and premenstrual symptoms. Obstet Gynecol 2000; 95(2):245-50.

Bate A, et al. A Bayesian neural network method for adverse drug reaction signal generation. Eur J Clin Pharmacol 1998; 54:315-21.

Baumgartner RW, et al. Recanalisation of cerebral venous thrombosis. J Neurol Neurosurg Psychiatry 2003; 74:459–61.

Bayer Healthcare Pharmaceuticals. A guide for those considering birth control with Mirena. https://www.mirena-us.com/assets/Mirena-Brochure English.pdf

BBC News. Contraceptive implant withdrawn. April 30, 1999. http://news.bbc.co.uk/2/hi/health/331618.stm

Begaud B, et al. False-positives in spontaneous reporting: should we worry about them? Br J Clin Pharmac 1994; 38:401-4.

Bergink W, et al. Serum pharmacokinetics of orally administered desogestrel and binding of contraceptive progestogens to sex hormone-binding globulin. Am J Obstet Gynecol 1980; 163:2132-7.

Bhuva K, Kraschnewski JL, Lehman EB, Chuang CH. Does body mass index or weight perception affect contraceptive use? Contraception. 2017;95:59–64.

Biousse V, et al. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 2012; 83:488-94.

Bonnar J. Coagulation effects of oral contraception. Am J Obstet Gynecol 1987; 157(4Pt 2):1042-8.

Boschitsch E, et al. Hypertension in women: the role of progesterone and aldosterone. Climacteric 2010; 13:307-13.

Boulet SL, et al. Contraceptive use among nonpregnant and postpartum women at risk for unintended pregnancy, and female high school students, in the context of zika preparedness — United States, 2011–2013 and 2015. MMWR. 2016 Aug 5;65(30):780-7.

Bourruat FX and Regli F. Pseudotumor cerebri as a complication of amiodarone therapy. Am J Ophthal 1993; 116(6):775-7.

Brache V, et al. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. Adv in Contraception 1992; 8:319-26.

Bradburn MJ, et al. Much ado about nothing: a comparison of the performance of metaanalytical methods with rare events. Statist Med 2007; 26:53-77.

Bradford Hill A. The environment and disease: association or causation? Proc R Soc Med.1965;58(5):295-300.

Branum AM and Jones J. Trends in long-acting reversible contraception use among US women aged 15-44. NCHS Data Brief (Hyattsville, MD). 2015 Feb;188:1-8.

Brinker T, et al. A new look at cerebrospinal fluid circulation. Fluids and Barriers of the CNS 2014; 11:1-16.

Brinton RD, et al. Progesterone receptors: form and function in brain. Frontiers in Neuroendocrinology 2008; 29:313-39.

Brody JE. Popular antibiotics may carry serious side effects. The New York Times. Sept. 12, 2012. http://well.blogs.nytimes.com/2012/09/10/popular-antibiotics-may-carry-serious-sideeffects/? r=0 Oct 2015

Brown PD, et al. Molecular mechanisms of cerebrospinal fluid production. Neurosci 2004; 129:957-70.

Buijs RM, et al. "Vasopressin and oxytocin: Distribution and putative functions in the brain". In: The

Nuerohypophysis: Structure, Function and Control, Progress in Brain Research 1993; 60:289-94.

Burch RC, et al. *Erratum*. The prevalence and burden of migraine and severe headache in the United States: updated statistics from government health surveillance studies. Headache 2015; 55:21-34.

Burch RC, et al. The prevalence and burden of migraine and severe headache in the United States: updated statistics from government health surveillance studies. Headache 2015; 55:21-34.

Callaway LK, et al. Diabetes mellitus in the 21 years after a pregnancy that was complicated by hypertension: findings from a prospective cohort study. Am J Obstet Gynecol 2007; 197:492.e1492.e7.

Carruth RS and Goldstein BD. Relative risk greater than two in proof of causation in toxic tort litigation. Jurimetrics 2001; 41:196-209.

Cekan SZ, et al. The interaction between sex hormone binding globulin and levonorgestrel released from vaginal rings in women. Contraception 1985; 31:431-9.

Centers for Disease Control and Prevention (US), Bernstein AB, Hing E, Moss AJ, Allen KF, Siller AB, Tiggle RB. Health care in America: Trends in utilization. Hyattsville, Maryland: National Center for Health Statistics. 2004.

Centers for Disease Control and Prevention (US). . U.S. Medical Eligibility Criteria for Contraceptive Use, 2010. Morbidity and Mortality Weekly Report 2010; 59(RR-4).

Centers for Disease Control and Prevention (US). US medical eligibility criteria for contraceptive use, 2016. MMWR. 2016 Jul 29;65(3):1-108.

Chan JW. Idiopathic intracranial hypertension associated with depot medroxyprogesterone. Eye 2006; 20:1396–7.

Chavez BA, et al. Stereospecificity of the intracellular binding of norethisterone and its A-ring reduced metabolites. J Steroid Biochem 1985; 22:121-6.

Chen C, et al. Sex hormone-binding globulin genetic variation: associations with type 2 diabetes mellitus and polycystic ovary syndrome. Minerva Endocrinol. 2010; 35(4):271-80.

Chen J and Wall M. Epidemiology and risk factors for idiopathic intracranial hypertension. Intl Ophthalmol Clin 2014; 54:1-11.

Chen JJ, et al. Sex disparities in neuro-ophthalmologic disorders. Curr Eye Res 2015; 40(2):247-65.

Chen L, et al. Pathways of cerebrospinal fluid overflow: a deeper understanding of resorption. Neurorad 2015; 57:139-47.

Chhabra R, et al. FDA policy on unapproved drug products: Past, Present, and Future. Ann Pharmacother 2005; 39:1260-4.

Chi, I. The Progestin-only pills and the levonorgestrel-releasing IUD: two progestin-only contraceptives. Clinical Obstetrics and Gynecology 1995; 38(4):872-89.

Chi, I. The safety and efficacy issues of progestin-only oral contraceptives – An epidemiologic perspective. Contraception 1992; 47:1-21.

Chikly B and Quaghebeur J. Reassessing cerebrospinal fluid (CSF) hydrodynamics: a literature review presenting a novel hypothesis for CSF physiology. J Bodyw & Movemt Ther 2013; 17:344-54.

Chitalia N, et al. Aldosterone-producing adrenal adenoma and idiopathic intracranial hypertension – a pathogenetic link for aldosterone? QJ Med 2010; 103:699-702.

Chiu AM, et al. Minocycline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol 1998; 126:116-21.

Cibula D. Women's contraceptive practices and sexual behaviour in Europe. Eur J Contracept Reprod Health Care. 2008 Dec;13(4):362-75. doi: 10.1080/13625180802511541

Cinciripini GS, et al. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment, and outcome. Am J Ophthalmol 1999; 127:178-82.

Classen DC, et al. Computerized surveillance of adverse drug events in hospital patients. JAMA 1991; 266(20):2847-51.

Cleland K, et al. The efficacy of intrauterine devices for emergency contraception: a systematic review of

35 years of experience. Hum Reprod 2012; 27(7):1994-2000.

Cohn GA. Pseudotumor cerebri in children secondary to administration of adrenal steroids. J Neurosurg 1963; 20:784-6.

Collins DC. Sex hormone receptor binding, progestin selectivity, and the new oral contraceptives. Am J Obstet Gynecol 1994; 170:1508-13.

Colucciello M. Pseudotumor cerebri induced by all-trans retinoic acid treatment of acute promyelocytic leukemia. Arch Ophthalmol 2003; 121:1064-5.

Condulis N, et al. Pseudotumor cerebri: a presenting manifestation of Addison's disease. Clin Pediatr 1997; 36:711-3.

Crane MG and Harris JJ. Plasma renin activity and aldosterone excretion rate in normal subjects. II: effect of oral contraceptive agents. J Clin Endocrinol Metab 1969; 29:558-62.

Creinin MD, Baker JB, Eisenberg DL, Ginde S, Turok DK, Westhoff CL. Levonorgestrel levels in nonobese and obese women using LNG20, a new intrauterine contraceptive [abstract]. Obstet Gynecol. 2015 May;125(5 Suppl):84S-85S.

Critchley HOD, et al. Progestin receptor isoforms and prostaglandin dehydrogenase in the endometrium of women using a levonorgestrel-releasing intrauterine system. Hum Reprod 1998; 13(5):1210-7.

Crock PA, et al. Benign intracranial hypertension and recombinant growth hormone therapy in Australia and New Zealand. Acta Paediatr 1998; 87:381-6.

Croxatto HB, et al. Plasma levels of levonorgestrel in women during long term use of Norplants. Contraception 1980; 22(6):583-96.

Curtis KM, Peipert JF. Long-acting reversible contraception. N Engl J Med 2017;376:461-8.

Dal'Ava N,et al. Body weight and composition in users of levonorgestrel-releasing intrauterine system. Contraception. 2012;86:350-3. doi:10.1016/j.contraception.2012.01.017.

Daniels AB, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 2007; 143(4):635-41.

Daniels K, Daugherty J, Jones J, Mosher W. Current Contraceptive Use and Variation by Selected Characteristics Among Women Aged 15–44: United States, 2011–2013. NHCS, Natl Health Stat Rep (Hyattsville, MD). 2015;86:1-15.

Daniels K, Daugherty J, Jones J. Current contraceptive status among women aged 15-44: United States, 2011-2013. NCHS Data Brief (Hyattsville, MD). 2014 Dec;173:1-8.

Darendeliler F, et al. Headache, idiopathic intracranial hypertension and slipped capital femoral epiphysis during growth hormone treatment: A safety update from the KIGS database. Horm Res 2007; 68(Suppl 5):51-47.

Dasheiff R. Letter to the editor: Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. Reply. Neurology 2014 Mar 18;82:1012.

De Kloet ER, et al. Brain mineralocorticoid receptors and centrally regulated functions. Kidney International 2000; 57:1329-36.

De Simone R, et al. Sudden re-opening of collapsed transverse sinuses and longstanding clinical remission after a single lumbar puncture in a case of idiopathic intracranial hypertension. Pathogenetic implications. Neurol Sci 2005; 25:342-4.

Deckers GH, et al. Influence of the substitution of 11-methylene, $\Delta^{15}$, and/or 18-methyl groups in norethisterone on receptor binding, transactions assays and biological activities in animals. J Steroid Biochem Mol Biol 2000; 78:83-92.

Degnan AJ and Levy LM. Pseudotumor cerebri: brief review of clinical syndrome and imaging findings. Am J Neuroradiol 2011; 32:1986-93.

Deonna T and Guignard JP. Acute intracranial hypertension after nalidixic acid administration. Arch Dis Child 1974; 49:743.

Derry S and Loke YK. Risk of gastrointestinal haemorrhage with long term use of aspirin: meta-analysis.

BMJ 2000; 321:1183-7.

Dhungana S, et al. Idiopathic intracranial hypertension. Acta Neurol Scand 2010; 121:71-82.

Diedrich JT, Zhao Q, Madden T, Secura GM, Peipert JF. Three-year continuation of reversible contraception. Am J Obstet Gynecol. 2015 Nov;213:662.e1-e8.

Digre KB and Corbett JJ. Pseudotumor cerebri in men. Arch Neurol 1988; 45:866-72.

Digre KB and Kinard K. Neuro-ophthalmic disorders in pregnancy. Continuum 2014; 20:162-76.

Digre KB, et al. Pseudotumor cerebri and pregnancy. Neurology 1984; 34:721-9.

Digre KB. Idiopathic intracranial hypertension headache. Curr Pain Headache Reports 2002; 6:217-25.

Digre KB. Not so benign intracranial hypertension. BMJ 2003; 326:613–4.

Dinger J, et al. Levonorgestrel-releasing and copper intrauterine devices and the risk of breast cancer. Contraception 2011. 83:211-7.

Dinkin MJ and Patsalides A. Venous sinus stenting for idiopathic intracranial hypertension: where are we now. Neurol Clin [Internet]. 2017 [cited 2016 Dec 15];35:59–81.

Dogulu CF, et al. Idiopathic intracranial hypertension in cystinosis. J Pediatr 2004; 145:673-8.

Dohrmann GJ. The choroid plexus: a historical review. Brain Res 1970; 18:197-218.

dos Santos P, et al. Changes in body composition in women using long-acting reversible contraception. Contraception. 2017;95:382–9.

Dresser R and Frader J. Off-label prescribing: a call for heightened professional and government oversight. J Law Med Ethics 2009; 37(3):476-86.

Dubey RK, et al. Sex hormones and hypertension. Cardiovascular Res 2002; 53:688-708.

Durcan FJ, et al. The incidence of pseudotumor cerebri – population studies in Iowa and Louisiana. Arch Neurol 1988; 45:875-7.

Earl L. The Mirena migraine -A review of the pharmacodynamics of levonorgestrel and its implications in women's health (Thesis). May 17, 2014. http://digitalcommons.salemstate.edu/honors theses

Eaton HD. Chronic bovine hypo-and hypervitaminosis A and cerebrospinal fluid pressure. Am J Clin Nutr 1969; 1070-80.

Edelman A and Kaneshiro B. Contraception counseling for obese women. UpToDate [Internet]. 2017 Aug [cited 2018 Jan 14].

Edelman AB, Cherala G, Blue SW, Erikson DW, Jensen JT. Impact of obesity on the pharmacokinetics of levonorgestrelbased emergency contraception: single and double dosing (manuscript). Contraception. 2016;94(1):52-7. doi: 10.1016/j.contraception.2016.03.006.

Electronic Medicine Compendium. Mirena. Section 5.2. http://www.medicines.org.uk/emc/print-document?documentId=1829

Equale T, et al. Association of off-label drug use and adverse drug events in an adult population. JAMA Intern Med 2016; 176(1):55-63.

Etminan M, et al. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf. 2015; 6(3):110-3.

Etminan M. Letter to the editor: Risk of intracranial hypertension with intrauterine levonorgestrel: reply. Ther Adv Drug Saf 2016;7(1):25-6.

Etminan M. Revised disproportionality analysis of Mirena and benign intracranial hypertension (letter). Ther Adv Drug Saf. 2017;8(9):299–300. doi:10.1177/2042098617709768.

Evans SJ, et al. Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. Pharmacoepidemiol Drug Saf 2001; 10(6):483-6.

Ewies A. Levonorgestrel-releasing intrauterine system – the discontinuing story. Gynecological Endocrinology 2009; 25(10):668–73.

Fazio G, et al. Prothrombotic effects of contraceptives. Current Pharmaceutical Design 2010; 16(31):3490-6.

FDA. AERS and OPSS Brief Description with Caveats of System. July 18, 2005.

FDA. FDA Drug Safety Communication: FDA requires label changes to warn of risk for possibly permanent nerve damage from antibacterial fluoroquinolone drugs taken by mouth or by injection. Drug Safety and Availability. http://www.fda.gov/Drugs/DrugSafety/ucm365050.htm

FDA. Guidance for industry: Good pharmacovigilance practices and pharmacoepidemiologic assessment. March 2005. http://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126834.pdf.

FDA. Questions and Answers on FDA's Adverse Event Reporting System (FAERS). http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/default.htm

Fisayo A, et al. Overdiagnosis of idiopathic intracranial hypertension. Neurol 2016; 86:341-50.

Fisher CJ, et al. Treatment of septic shock with the tumor necrosis factor receptor: Fc fusion protein. The Soluble TNF Receptor Sepsis Study Group. N Engl J Med. 1996; 334(26):1697-702.

Forsling ML, et al. Variations in plasma concentrations of vasopressin during the menstrual cycle. J Endocrinol 1981; 89:263-6.

Fortunati N. Sex hormone-binding globulin (SHBG), estradiol and breast cancer. Mol Cell Endocrinol 2010; 316:86-92.

Fotherby K. Levonorgestrel clinical pharmacokinetics. Clin Pharmacokinet 1995; 28(3):203–15.

Franklin TJ. Binding energy and the activation of hormone receptors. Biochem Pharmacol 1980; 15:853-6.

Fraser JA, et al. Risk factors for idiopathic intracranial hypertension in men: A case–control study. J Neurol Sci 2010; 290:86-9.

Fraunfelder FT, et al. Drug-induced ocular side effects. 7th Ed. Elsevier Saunders. 2015; 198-201.

Fraunfelder FW, et al. Isotretinoin-associated intracranial hypertension. Ophthalmology 2004; 111:1248-50.

Friedman DI and Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology 2002; 59:1492-5.

Friedman DI, et al. Doxycycline and intracranial hypertension. Neurology 2004; 62:2297-9.

Friedman DI, et al. Letter to the editor: Revised diagnostic criteria for the pseudotumor cerebri syndrome in adults and children. Author response. Neurology 2014 Mar 18; 82:1012.

Friedman DI, et al. Revised diagnostic criteria for the pseudotumor cerebri symptom in adults and children. Neurology 2013; 81:1159-65.

Friedman DI, et al. The idiopathic intracranial hypertension treatment trial: design considerations and methods. J Neuro-Ophthalmol 2014; 34:107-17.

Friedman DI. "Papilledema". In *Walsh & Hoyt's Clinical Neuro-Ophthalmology.* 6th ed. Eds. NR Miller and NJ Newman. Lippincott Williams & Wilkins 2005; 237-91.

Friedman DI. Idiopathic intracranial hypertension. Current Pain and Headache Reports 2007; 11:62-8.

Friedman DI. Letter to the editor: Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf 2016;7(1):23-4.

Friedman DI. Medication-induced intracranial hypertension in dermatology. Am J Clin Dermatol 2005; 6(1):29-37.

Friedman DI. The pseudotumor cerebri syndrome. Neurol Clin 2014; 32:363-96.

Friedman FM and Weiss JP. Desmopressin in the treatment of nocturia: clinical evidence and experience. Ther Adv Urol 2013; 5(6):310-7.

Frost LJ and Reich MR. Access: How do good heath technologies get to poor people in poor countries? Cambridge: Harvard University Press. 2008; 116-40.

Funder JW. Aldosterone, mineralocorticoid receptors and vascular inflammation. Mol Cell Endocrinol 2004; 217:263-9.

Galetta SL and Digre KB. Misdiagnosing idiopathic intracranial hypertension: you've got some nerve.

Neurology 2016; 86:318-9.

Gans MS, et al. Idiopathic intracranial hypertension. Medscape. Jan. 28, 2016. http://emedicine.medscape.com/article/1214410-overview

Gasparian SS, et al. Compensatory mechanisms in patients with benign intracranial hypertension syndrome. Acta Neurochir 2002; 81(Suppl):31-3.

Gemzell-Danielsson K, et al. The effect of age, parity and body mass index on the efficacy, safety, placement and user satisfaction associated with two low-dose levonorgestrel intrauterine contraceptive systems: subgroup analyses of data from a phase III trial. PLoS ONE 2015; 10(9):e0135309.

Gemzell-Danielsson K, Schellschmidt I, Apter D. A randomized, phase II study describing the efficacy, bleeding profile, and safety of two low-dose levonorgestrel-releasing intrauterine contraceptive systems and Mirena. Fertil Steril. 2012 Mar;97(3):616–22. doi:10.1016/j.fertnstert.2011.12.003.

Genazzani AR, et al. Hormonal influence on the central nervous system. Maturitas 2002; 43(Suppl 1):S11-S17.

Genazzani AR, et al. Progesterone, progestogens and the central nervous system. Human Reprod 2000; 15(Suppl 1):14-27.

Gerber A, et al. Vitamin A poisoning in adults, with description of a case. Am J Med 1954; 16:729-45.

Gershagen S, et al. A cNDA coding for human sex hormone binding globulin Homology to vitamin K-dependent protein S. FEBS Lett 1987; 220:129-35.

Gerstman BB, Gross TP, Kennedy DL, Bennett RC, Tomita DK, Stadel BV. Trends in the Content and Use of Oral Contraceptives in the United States, 1964-88. Am J Public Health. 1991;81(1):90-8.

Gimpl G and Fahrenholz F. The oxytocin receptor system: structure, function, and regulation. Phys Rev 2001; 81:629-83.

Giuseffi V, et al. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. Neurology 1991; 41:239-44.

Glueck CJ, et al. Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med 2003; 142(1):35-45.

Glueck CJ, et al. Sex hormone-binding globulin, oligomenorrhea, polycystic ovary syndrome, and childhood insulin at age 14 years predict metabolic syndrome and class III obesity at age 24 years. J Pediatr 2011; 159:308-13.

Goldman SA. Limitations and strengths of spontaneous reports data. Clin Therapeutics 1998; 20:C41-C44.

Goldzieher JW and Stanczyk FZ. Oral contraceptives and individual variability of circulating levels of ethinyl estradiol and progestins. Contraception 2008; 78:4-9.

Goriely A, et al. Mechanics of the brain: perspectives, challenges, and opportunities. Biomech Model Mechanobiol 2015; 14:931-65.

Graugaard-Jensen C, et al. The influence of high and low levels of estrogen on diurnal urine regulation in young women. BMC Urology 2008; 9:1-13.

Grimes W. Sheldon J. Segal, who developed contraceptives, dies at 83. The New York Times. Oct. 20, 2009. http://www.nytimes.com/2009/10/21/health/21segal.html

Grishkovskaya I, et al. Steroid ligands bind human sex hormone-binding globulin in specific orientations and produce distinct changes in protein conformation. J Bio Chem 2002; 277:32086-93.

Haimov-Kochman R, et al. Management of a perforated levonorgestrel-medicated intrauterine device-a pharmacokinetic study: Case report. Human Reproduction 2003; 18:1231-3.

Hammond GL, et al. Distribution and percentages of non-protein bound contraceptive steroids in human serum. J Steroid Biochem 1982; 17(4):375-80.

Hammond GL. Diverse roles for sex hormone-binding globulin in reproduction. Biol Reprod 2011; 85:431-41.

Hanley JA and Lippman-Hand A. If nothing goes wrong, is everything all right? Interpreting zero numerators. JAMA 1983; 249(13):1743-5.

Harrison-Woolrych M, et al. Insertion of intrauterine devices: a comparison of experience with Mirena and Multiload Cu 375 during post-marketing monitoring in New Zealand. NZMJ 2002; 116(1179):538-44.

Hazell L and Shakir SAW. Under-reporting of adverse drug reactions: a systematic review. Drug Safety 2006; 29(5):385-96.

Heineman K, et al. Risk of uterine perforation with levonorgestrel-releasing and copper intrauterine devices in the European Active Surveillance Study on Intrauterine Devices. Contraception 2015; 91:274-9.

Hennessy S. Postmarketing drug surveillance: an epidemiologic approach. Clin Therapeutics 1998; 20:C32-C39.

Herbst KL, et al. The male contraceptive regimen of testosterone and levonorgestrel significantly increases lean mass in healthy young men in 4 weeks, but attenuates a decrease in fat mass induced by testosterone alone. Clin Endocr Metab 2003; 88:1167-73.

Herkert O, et al. The progestin levonorgestrel induces endothelium-independent relaxation of rabbit jugular vein via inhibition of calcium entry and protein kinase C: role of cyclic AMP. B J Pharmacol 2000; 130:1911-8.

Hidalgo MM, et al. Serum levonorgestrel levels and endometrial thickness during extended use of the levonorgestrel-releasing intrauterine system. Contraception 2009; 80:84-9.

Hill AB. The environment and disease: association or causation? Proc Roy Soc Med 1965; 58(5):295-300.

Hiller O, et al. Matrix metalloproteinases collagenase-2, macrophage elastase, collagenase-3, and membrane type 1-matrix metalloproteinase impair clotting by degradation of fibrinogen and factor XII. J Biol Chem 2000; 275(20):33008-13.

Hladky SB and Barrand MA. Mechanisms of fluid movement into, through and out of the brain: evaluation of the evidence. Fluid and Barriers of CNS 2014; 11:1-32.

ICA Foundation. Levonorgestrel intrauterine system (LNG IUS) Provider information sheet. http://www.ica-foundation.org/LNG IUS provider info.pdf

Igarashi H, et al. Water influx into cerebrospinal fluid is primarily controlled by aquaporin-4, not by aquaporin-1: 170 JJVCPE MRI study in knockout mice. Neuroreport 2014; 25:39-43.

Iliff J, et al. A perivascular pathway facilitates CSF flow through the brain parenchyma and the clearance of interstitial solutes, including amyloid β. Sci Transl Med 2012; 4(147):1-11.

Iliff J, et al. Brain-wide pathway for waste clearance captured by contrast-enhanced MRI. Clin Inv 2013; 23:1299-309.

Ireland B, et al. The search for causes of idiopathic intracranial hypertension: a preliminary case-control study. Arch Neurol 1990; 47:315-20.

Islam F, et al. Microanalysis of lipids in discrete brain areas of the rabbit following intramuscular administration of steroid contraceptive. Contraception 1980; 21:434-42.

Ivancic R and Pfadenhauer K. Pseudotumor cerebri after hormonal emergency contraception. Eur Neurol 2004; 52:120.

Jacobson DM, et al. Serum vitamin A concentration is elevated in idiopathic intracranial hypertension. Neurology 1999; 53(5):1114-8.

Jenkins JS and Nussey SS. The role of oxytocin: present concepts. Clin Endocrin 1991; 34:515-25.

Jessen NA, et al. The glymphatic system: a beginner's guide. Neurochem Res 2015; 40:2583-99.

Jia MC, et al. Serum SHBG levels during normal menstrual cycle and after insertion of levonorgestrel-releasing IUD. Adv in Contraception 1992; 833-40.

Johnson LN, et al. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). Ophthalmology 1998; 105:2313-7.

Johnston I and Paterson A. Benign intracranial hypertension II. CSF pressure and circulation. Brain 1974; 97:301-12.

Johnston I, et al. Experimental effects of steroids and steroid withdrawal on cerebrospinal fluid

absorption. Neurosurg 1975; 42:690-5.

Jones J, Mosher W, Daniels K. Current contraceptive use in the United States, 2006–2010, and changes in patterns of use since 1995. NHCS, Natl Health Stat Rep (Hyattsville, MD). 2012;60:1-26.

Jordan WM and Anand JK. Pulmonary embolism. Lancet 1961; 278:1146-7.

Juchem M and Powell K. Binding of oral contraceptive progestogens to serum proteins and cytoplasmic receptor. Am J Obstet Gynecol 1990; 163:2171-82.

Juchem M, et al. Receptor binding of norgestimate – a new orally active synthetic progestational compound. Contraception 1992; 47:283-94.

Jusko WJ. Clarification of contraceptive drug pharmacokinetics in obesity. Contraception. 2017;95:10–6.

Kalstas GA, et al. Menstrual irregularity in women with acromegaly. J Clin Endocrin & Metab 1999; 84(5):2731-5.

Karahalios DG, et al. Elevated intracranial venous pressure as a universal mechanism in pseudotumor cerebri of varying etiologies. Neurology 1996; 46:198-202.

Karimy JK, et al. A novel method to study cerebrospinal fluid dynamics in rats. Neurosci Methods 2015; 241:78-84.

Katz FH and Beck P. Plasma renin activity, renin substrate and aldosterone during treatment with various oral contraceptives. Clin Endocrinol Metab 1974; 39:1001-4.

Katzung BG, et al. Basic & Clinical Pharmacology. 12th Ed. New York: McGraw-Hill Medical. 2012.

Kavanaugh ML, Jerman J, Finer LB. Changes in Use of Long-Acting Reversible Contraceptive Methods Among U.S. Women, 2009–2012. Obstet Gynecol. 2015;126:917–27. doi: 10.1097/AOG.0000000000001094

Kesler A, et al. Idiopathic intracranial hypertension is associated with lower body adiposity. Ophthalmology 2010; 117:169-74.

Kesler A, et al. The outcome of pseudotumor cerebri induced by tetracycline therapy. Acta Neurol Scand 2004; 110:408-11.

Khan MU, et al. Idiopathic intracranial hypertension associated with either primary or secondary aldosteronism. Am J Med Sci 2013; 346:194-8.

Kilgore KP, Lee MS, Leavitt JA, Mokri B, Hodge DO, Frank RD, Chen JJ. Re-evaluating the incidence of idiopathic intracranial hypertension in an era of increasing obesity. Ophthalmology. 2017;124:697-700.

Kirschner MA, et al. Androgen-estrogen metabolism in women with upper body versus lower body obesity. J Clin Endocrinol Metab 1990; 70:473-9.

Klarica M and Oreskovic D. Enigma of cerebrospinal fluid dynamics. Croat Med J 2014; 55:287-98.

Klarica M, et al. "Compensated hyperosmolarity" of cerebrospinal fluid and the development of hydrocephalus. Neuroscience 2013; 248:278-9.

Kloosterboer HJ, et al. Selectivity in progesterone and androgen receptor binding of progestagens used in oral contraceptives. Contraception 1988; 38:325-32.

Ko MW, et al. Weight gain and recurrence in idiopathic intracranial hypertension: a case-control study. Neurology 2011; 76:1564-7.

Koerner JC, et al. Inpatient and emergency service utilization in patients with idiopathic intracranial hypertension. J Neuro-Ophthalmol 2014; 34:229-32.

Korhonen S, et al. The androgenic sex hormone profile is an essential feature of metabolic syndrome in premenopausal women: a controlled community-based study. Fertil Steril 2003; 79(6):1327-34.

Kosmorsky GS. Idiopathic intracranial hypertension: pseudotumor cerebri. Headache 2014; 54:389-93.

Kovalevsky G, et al. Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function. Fertil Steril 2010; 93:1997-2003.

Kramer MS. Assessing Causality of adverse drug reactions: global introspection and its limitations. Drug Information Journal 1986; 20:433-7.

Krozowski ZS and Funder JW. Renal mineralocorticoid receptors and hippocampal corticosterone-binding

species have identical intrinsic steroid specificity. Proc Natl Acad Sci USA 1986; 80:6056-60.

Kuhl H. Comparative pharmacology of newer progestogens. Drugs 1996; 51:188-215.

Kuhl H. Pharmacology of estrogens and progestogens: influence of different routes of administration. Climacteric 2005; 8(Suppl 1):3-63.

Kuhnz W, et al. Pharmacokinetics of Levonorgestrel in 12 Women Who Received a Single Oral Dose of 0.15 Mg Levonorgestrel and, After a Wash-Out Phase, the Same Dose During One Treatment Cycle. Contraception 1992; 46(5):443-5.

Kuhnz W. Pharmacokinetics of levonorgestrel and ethinyl estradiol in 14 women during three months of treatment with a tri-step combination oral contraceptive: Serum protein binding of levonorgestrel and influence of treatment on free and total testosterone levels in the serum. Contraception 1994; 50(6):563-79.

Kumar N, et al. Nestorone: a progestin with a unique pharmacological profile. Steroids 2000; 65:629-36.

Lampit M, et al. Water and sodium retention during short-term administration of growth hormone to short normal children. Horm Res 1998; 50:83-8.

Landgren BM, et al. Pharmacokinetic studies with a vaginal delivery system releasing levonorgestrel at a near zero order rate for one year. Contraception 1986; 33:473-85.

Lee AG and Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate [Internet]. 2014 Mar;1-13.

Lee AG and Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate [Internet]. 2017 Nov [cited 2018 Jan 14];1-13.

Lessell S. Pediatric pseudotumor cerebri (idiopathic intracranial hypertension). Surv Ophthalmol 1992; 37(3):155-66.

Levine DN. Ventricular size in pseudotumor cerebri and the theory of impaired CSF absorption. J Neurol Sci 2000; 177:85-94.

Levine SH and Puchalski C. Pseudotumor cerebri associated with lithium therapy in two patients. J Clin Psychiatr 1990; 51:251-3.

Libien J and Blaner WS. Retinal and retinal-binding protein in cerebrospinal fluid: can vitamin A take the "idiopathic" out of idiopathic intracranial hypertension? J Neuroophthalmol 2007; 27:253-7.

Lindh I, et al. Contraceptive use in the Nordic countries. Acta Obstet Gynecol Scand. 2017;96:19–28. doi:10.1111/aogs.13055.

Lindvall-Axelsson M and Owman C. Actions of sex steroids and corticosteroids on rabbit choroid plexus as shown by changes in transport capacity and rate of cerebrospinal fluid formation. Neurol Res 1990; 12:181-6.

Liu GT, et al. Neuro-ophthalmology: Diagnosis and management. 2nd Ed. Elsevier Saunders. 2010; 199-236.

Livington M and Fraser IS. Mechanisms of abnormal uterine bleeding. Human Reprod Update 2002; 8(1):60-7.

Lochhead J and Elston JS. Doxycycline induced intracranial hypertension. BMJ 2003; 326:641-2.

Lockhat FB, et al. Serum and peritoneal fluid levels of levonorgestrel in women with endometriosis who were treated with an intrauterine contraceptive device containing levonorgestrel. Fertility and Sterility 2005; 83(2):398-404.

Lombaert A. and Carton H. Benign intracranial hypertension due to A-hypervitaminosis in adults and adolescents. Eur Neurol 1976; 14:340-50.

Longo VD and Fontana L. Calorie restriction and cancer prevention: metabolic and molecular mechanisms. Trends Pharmacol Sci 2010; 31:89-98.

Lu NZ, et al. International Union of Pharmacology. LXV. The pharmacology and classification of the nuclear receptor superfamily: glucocorticoid, mineralocorticoid, progesterone, and androgen receptors. Pharmacol Rev 2006; 58:782-97.

Lusher SJ, et al. Structural basis for agonism and antagonism for a set of chemically related progesterone receptor modulators. J Biol Chem 2011; 286:35079-35086.

Malozowski S, et al. Benign intracranial hypertension in children with growth hormone deficiency treated with growth hormone. J Pediatr 1995; 126:996-9.

Malozowski S, et al. Letter to the Editor: Growth hormone, insulin-like growth factor I, and benign intracranial hypertension. NEJM 1993; 329:665-6.

Mansour D. The benefits and risks of using a levonorgestrel-releasing intrauterine system for contraception. Contraception 2012; 85:224-34.

Markey KA, Mollan P, Jensen RH, Sinclair A. Understanding idiopathic intracranial hypertension: mechanisms, management, and future directions. Lancet Neurol. 2016;15:78-91.

Marnach ML, et al. Current issues in contraception. Mayo Clin Proc 2013; 88(3)295-9.

Marseglia L, et al. Oxidative stress in obesity: a critical component in human diseases. Int J Mol Sci 2015; 16:378-400.

Martinez H, et al. Abstract: Atypical pseudotumour cerebri. Neuro-ophthalmology 2010; 34(3): 131-288.

McCann MF and Potter LS. Progestin-only oral contraception: a comprehensive review. Contraception 1994; 50(Suppl 1):S9-S195.

McGeeney BE and Friedman DI. Pseudotumor cerebri pathophysiology. Headache 2014; 54:445-58.

Meima ME and Danser AH. The prorenin receptor: what's in a name. J Am Soc Nephrol 2011; 22:2141-3.

Merki-Feld GS, et al. Partial and complete expulsion of the Multiload 375 IUD and the levonorgestrel-releasing IUD after correct insertion. Eur J Obstet Gynecol Reprod Biol 2008; 137:92-6.

Miller M, Digre KB, Bair CM, Bair CM, Crum A, Katz BJ, Kinard K, Warner JEA. A comparison of clinical features of pseudotumor cerebri secondary to tetracyclines and idiopathic intracranial hypertension. Poster presented at: NANOS. 40th Annual Meeting; 2014 Mar 1-6; Rio Grande, PR.

Modesto W, et al. Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel-releasing intrauterine system and a copper intrauterine device for up to ten years of use. Eur J Contracept Reprod Health Care. 2015;20:57–63. doi:10.3109/13625187.2014.951433.

Mollan SP, et al. A practical approach to, diagnosis, assessment and management of idiopathic intracranial hypertension. Pract Neurol 2014; 14:380-90.

Molland JR, et al. Immediate postpartum insertion of the Norplant contraceptive device. Fertil Steril 1996; 66(1):43-8.

Monoco F, et al. Benign intracranial hypertension after minocycline therapy. Eur Neurol 1978; 17:48-9.

Moore NL, et al. Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells. Mol Cell Endocrin 2012; 357:60-70.

Morrow DJ. Maker of Norplant offers a settlement in suit over effects. The New York Times. Aug. 27, 1999.

Mosher WD, Lantos H, Burke AE. Obesity and contraceptive use among women 20–44 years of age in the United States: results from the 2011–15 National Survey of Family Growth (NSFG). Contraception. 2017.

Muhn P, et al. Drospirenone: a novel progestogen with antimineralocorticoid and antiandrogenic activity. Ann NY Acad Sci 1995; 761:311-35.

Murgia S, et al. Benign intracranial hypertension after sulfenazone. Pediatr Med Chir 1989; 11:541-2.

Nakad T. The molecular mechanisms of neural flow coupling: a new concept. Neuroimaging 2015; 25:861-5.

Nettles KW and Greene GL. Ligand control of coregulator recruitment to nuclear receptors. Ann Rev Physiol 2005; 67:309-33.

Neville BGR and Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. Br Med J 1970; 554-6.

Nguyen G and Duser AHJ. Prorenin and (pro)renin receptor: a review of available data from in vitro

studies and experimental models in rodents. Exp Physiol 2008; 93(5):557-63.

Niaraki MA, et al. The effect of a synthetic progestogen, ethylnorgestrienone, on hypothalamic-pituitary-ovarian function, cervical mucus, vaginal cytology, and endometrial morphology. Fertil Steril 1981; 35(3):284-8.

Nilsson CG, et al. A D-norgestrel-releasing IUD. Contraception 1976; 13(4):503-14.

Nilsson CG, et al. Sustained intrauterine release of levonorgestrel over five years. Fertil Steril 1986; 45:805-7.

Nilsson CG, et al. Tissue concentrations of levonorgestrel in women using a levonorgestrelreleasing IUD. Clin Endocr 1982; 17:529-36.

Noe G, et al. Changes in serum levels of SHBG, endogenous ligands and levonorgestrel induced by ethinyl estradiol in Norplant users. Contraception 1992; 45:187-201.

NORDIC Idiopathic intracranial hypertension study group writing committee. Effect of acetazolamide on visual function in patients with intracranial hypertension and mild visual loss: The Idiopathic Intracranial Hypertension Treatment Trial. JAMA 2014; 311(16):1641-51.

Oelkers W, et al. Effects of progesterone and four synthetic progestogens on sodium balance and the renin-aldosterone system in man. J Clin Endocrinol Metab 1974; 39(5):882-90.

Oelkers W. Drospirenone in combination with estrogens: for contraception and hormone replacement therapy. Climacteric 2005; 8(Suppl 3):19-27.

Oelkers W. Effects of estrogens and progestogens on the renin-aldosterone system and blood pressure. Steroids 1996; 61:166-71.

Olsson S, et al. Plasma levels of levonorgestrel and free levonorgestrel index in women using Norplant implants or two covered rods (Norplant-2). Contraception 1987; 35(3):215-28.

Oltunji LA and Soladoye AO. High-calcium diet reduces blood-pressure, blood volume and preserves vasorelaxation in oral contraceptive-treated female rats. Vasc Pharmacol 2010; 52:95-100.

Ooi LY, et al. Idiopathic intracranial hypertension: can studies of obesity provide the key to understanding pathogenesis? Br J Neurosurg 2008; 22(2):187-94.

Oreskovic D and Klarica M. A new look at cerebrospinal fluid movement. Fluids Barr CNS 2014; 11:16.

Oreskovic D and Klarica M. Development of hydrocephalus and classical hypothesis of cerebrospinal fluid hydrodynamics: Facts and illusions. Prog Neurobiol 2011; 94(3):238-58.

Oreskovic D and Klarica M. The formations of cerebrospinal fluid: nearly a hundred years of interpretations and misinterpretations. Brain Res Rev 2010; 64(2)241-62.

Patai K, et al. Tracking of the micro-structural changes of levonorgestrel-releasing intrauterine system by positron annihilation lifetime spectroscopy. J Pharm Biomed Anal 2010; 53:902-5.

Patel D, et al. Diagnostic performance of routine brain MRI sequences for dural venous sinus thrombosis. AJNR Am J Neuroradiol 2016;10.3174/ajnr.A4843. Epub 2016 Jun 16.

Paul M, et al. Physiology of local renin-angiotension systems. Physiol Rev 2006; 86:747-803.

Pearce JMS. From pseudotumour cerebri to idiopathic intracranial hypertension. Pract Neurol 2009; 9:353-6.

Peipert JF, Zhao Q, Allsworth J, Petrosky E, Madden T, Eisenberg D, Secura G. Continuation and satisfaction of reversible contraception. Obstet and Gyne. 2011 May;117(5):1105-13. doi:10.1097/AOG.0b013e31821188ad.

Pelkonen O, et al. Inhibition and induction of human cytochrome P450 enzymes: current status. Arch Toxicol 2008; 82:667-715.

Peralta O, et al. Subdermal contraceptive implants. J Steroid Biochem Mol Biol 1995; 53(1-6): 223-6.

Perez MA, et al. "Idiopathic" intracranial hypertension caused by venous sinus thrombosis associated with contraceptive usage. Optometry 2010; 81(7):351-8.

Perusquia M, et al. Vasodilating effect of norethisterone and its 5α metabolites: a novel nongenomic action. Eur J Pharmacol 2003; 475:161-9.

Peterson PA and Berggard I. Isolation and properties of a human retinol-transporting protein. J Biol Chem 1971; 245:25-33.

Petit-Topin I, et al. Met909 plays a key roles in the activation of the progesterone receptor and alson in the high potency of 13-ethyl progestins. Molec Pharmacol 2008; 75:1317-24.

Philibert D, et al. The pharmacological profile of a novel norpregnane progestin (trimegestone). Gynecol Endocrinol 1999; 13:316-26.

Phillips A, et al. Progestational and androgenic receptor binding affinities and in vivo activities of norgestimate and other progestins. Contraception 1990; 41(4):399-410.

Phillips A, et al. Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin. Steroids 1990; 55:373-5.

Pluchino N, et al. Progesterone and progestins: effects on brain, allopregnanolone and βendorphin. J Ster Biochem & Molec Biology 2006; 102:205-13.

Praditpan P, Hamouie A, Basaraba CN, Nandakumar R, Cremers S, Davis AR, Westhoff CL. Pharmacokinetics of levonorgestrel and ulipristal acetate emergency contraception in women with normal and obese body mass index. Contraception. 2017;95:464–9.

Putaala J, et al. Recanalization and its correlation to outcome after cerebral venous thrombosis. Journal of the Neurological Sciences 2010; 292:11-5.

Quay WB. Regional differences in metabolism and composition of choroid plexuses. Brain Res 1966; 2:378-89.

Radhakrishnan K, et al. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. JNS 1993; 116:18-28.

Radhakrishnan K, et al. Idiopathic intracranial hypertension (pseudotumor cerebri): descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol 1993; 50:78-80.

Radhakrishnan K, et al. Pseudotumour cerebri: incidence and pattern in north-eastern Libya. Eur Neurol 1986; 25:117-24.

Rai R, et al. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster session presentation at ARVO 2015 Annual Meeting. May 4, 2015.

Raoof N, et al. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. European Journal of Neurology 2011; 18:1266-8.

Ratsula K, et al. Plasma levonorgestrel levels and ovarian function during the use of a levonorgestrel-releasing intracervical contraceptive device. Contraception 1989; 39(2):195-204.

Raudaskoski T, et al. Sex-hormone binding globulin as an indicator of the hepatic impacts of continuous combined hormone replacement regimens. Maturitas 1998; 29:87-92.

Reddy AM, et al. Over-the-counter self-medication leading to intracranial hypertension in a young lady. J Neurol Rural Pract 2014; 5(4):384-6.

Redzic ZB and Segal MB. The structure of the choroid plexus and the physiology of the choroid plexus epithelium. Adv Drug Deliv Rev 2004; 56:1695-716.

Reeves GD and Doyle DA. Growth hormone treatment and pseudotumor cerebri: coincidence of close relationship? J Pediatr Endocrinol Metab 2002; 15(Suppl 2):723-30.

Reudelhuber TL. Prorenin, renin, and their receptor. Moving targets. Hypertension 2010; 55:1071-4.

Reynolds RF, et al. Is the large simple trial design used for comparative, post-approval safety research? A review of a clinical trials registry and the published literature. Drug Saf 2011; 34(10)799-820.

Rinaldi S, et al. Validity of free testosterone and free estradiol determinations in serum samples from postmenopausal women by theoretical calculations. Cancer Epi Biom & Prev 2002; 11:1065-71.

Roan S. Maker of Norplant decides to take product off market. Los Angeles Times Aug. 5, 2002. http://articles.latimes.com/print/2002/aug/05/health/he-norplant5

Ros Forteza and Pereira Marques, I. Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel. Neurología. 2017. (Spanish)

Roytman M, et al. Pseudotumor cerebri caused by isotretinoin. Cutis 1988; 42:399-400.

Saito-Tom LY, et al. Levonorgestrel intrauterine use in overweight and obese women. Hawaii J Med & Pub Health 2015;74(11):369-74.

Salpietro V, et al. Adrenal disorders and the paediatric brain: pathophysiological considerations and clinical implications. Int J Endocrin 2014; 2014:282489.

Salpietro V, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis is possible? The Child 2012; 1(2).

Salpietro V, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. Neuroendocrinol Lett 2012; 33(6)569-73.

Salpietro V, et al. New insights on the relationship between pseudotumor cerebri and secondary hyperaldosteronism in children. J Hypertens 2012; 30:629-30.

Salpietro V, et al. Pediatric idiopathic hypertension and extreme childhood obesity: a role for weight gain. J Ped 2013; 162:1084.

Salpietro V, et al. Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study. J Pediatr Endocr Met 2014; 27(1-2):107-15.

Salpietro V, et al. Pseudotumor cerebri pathophysiology: the likely role of aldosterone. Headache 2014; 54(7):1229.

Sanchez VM, et al. Epidemiology of pseudotumor cerebri. Arch Soc Esp Oftalmol 2007; 82:219-22.

Sanders JN, Turok DK, Gawron LM, et al. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review. Am J Obstet Gynecol [Internet]. 2017;216:590.e1-e8.

Sarna MA, et al. Oral contraceptive progestins and angiotensin-dependent control of the renal circulation in humans. J Human Hypertens 2009; 23:407-14.

Saul RF, et al. Pseudotumor cerebri secondary to lithium carbonate. JAMA 1985; 253(19):28692870.

Schluterman N and Smith WS. Lawyer reporting creates false data mining signals in FDA's Adverse Event Reporting System (AERS). Abstract. Drug Information Association Annual Meeting. 2013.

Schneeweiss S. Sensitivity analysis and external adjustment for unmeasured confounders in epidemiologic database studies of therapeutics. Pharmacoepidemiol & Drug Saf 2006; 15:291-303.

Scott-Ram R, Chor J, Bhogireddy V, Keith L, Patel A. Contraceptive choices of overweight and obese women in a publically funded hospital: possible clinical implications. Contraception. 2012;86:122-6. doi:10.1016/j.contraception.2011.12.004

Seeber B, et al. Quantitative levonorgestrel plasma level measurements in patients with regular and prolonged use of levonorgestrel-releasing intrauterine system. Contraception 2012; 86:345-9.

Seeger JD, et al. Risk of thromboembolism in women taking ethinyl estradiol/drospirenone and other oral contraceptives. Obstetrics & Gynecology 2007; 110(3):587-93.

Selhorst JB, et al. Liver lover's headache: pseudotumor cerebri and vitamin A intoxication; JAMA 1984; 252(4):3365.

Selhorst JB, et al. Retinol-binding protein in idiopathic intracranial hypertension (IIH). J Neuro-Ophthalmology 2000; 20(4):250-2.

Shaamash AH, et al. A comparative study of the levonorgestrel-releasing intrauterine system Mirena versus the Copper T380A intrauterine device during lactation: breast-feeding performance, infant growth and infant development. Contraception 2005; 72:346-51.

Shaw KJ, et al. Human decidua is a major source of renin. J Clin Invest 1989; 83:2085-92.

Sheehan JP. Hormone replacement treatment and benign intracranial hypertension. Br Med J 1982; 284:1675-6.

Sheldon CA, et al. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. Pediatr Res 2015; 77(2):282-9.

Shetty K and Gaitonde BB. Effect of the chronic administration of ethinyl estradiol and norgestrel on biogenic amine(s) level and monamine oxidase enzyme activity in rat brain. Biochem Pharmacol 1980;

29:821-5.

Singh K and Chye CG. Adverse effects associated with contraceptive implants: incidence, prevention and management. Adv in Contraception 1998; 14:1-13.

Sitruk-Ware and Nath A. Metabolic effects of contraceptive steroids. Rev Endocr Metab Disord 2011; 12(2):63-75.

Sitruk-Ware R. New progestagens for contraceptive use. Hum Reprod Update 2006; 12(2):169-78.

Sitruk-Ware R. Pharmacological profile of progestins. Maturitas 2004; 47:277-83.

Sivin I, Lahteenmaki P, Ranta S, et al. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. Contraception. 1997;55:81-5.

Sivin, I. Letter to the editor: Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch spontaneous reporting system. Obstet & Gynecol 1995; 86(2):318-9.

Smith K, et al. The effect of progesterone on microglial activation in a rat model of pedeatric TBI. Crit Care Med Abstract 2014; 548.

Soini T, et al. Levonorgestrel-releasing intrauterine system and the risk of breast cancer: a nationwide cohort study. Acta Oncologica 2015; 1-4.

Somboonporn W and Davis SR. Testosterone effects on the breast: implications for testosterone therapy for women. Endocrine Reviews 2004; 25:374-88.

Somponpun SJ. Neuroendocrine regulations of fluid and electrolyte balance by ovarian steroids: contributions from central oestrogen receptors. J Neuroendocr 2007; 19:809-18.

Spector R, et al. A balanced view of choroid plexus structure and function: Focus on adult humans. Exp Neurol 2015; 267:78-86.

Stachenfeld NS, et al. Estrogen influences osmotic secretion of AVP and body water balance in postmenopausal women. Am J Physiol 1998; 274:R187-R195.

Stahl MI, et al. Assessing the impact of drug safety signals from the WHO database presented in 'signal': results from a questionnaire of national pharmacovigilance centres. Drug Safety 2003; 26(10):721-7.

Stanczyk FZ and Grimes DA. Sex hormone-binding globulin: not a surrogate marker for venous thromboembolism in women using oral contraceptives. Contraception 2008; 78:201-3.

Stanczyk FZ, et al. Progestogens used in postmenopausal hormone therapy: differences in their pharmacological properties, intracellular actions, and clinical effects. Endocrine Reviews 2013; 34(2):171-208.

Statista. Bayer AG's top pharmaceutical products from 2010 to 2015, based on revenue (in million euros). http://www.statista.com/statistics/263787/revenues-of-bayers-toppharmaceutical-products/

Stechmiller J, et al. The role of doxycycline as a matrix metalloproteinase inhibitor for the treatment of chronic wounds. Biol Res Nurs 2010; 11(4):336-44.

Steegers EA, et al. Pre-eclampsia. Lancet 2010; 376:631-44.

Stephens DP, et al. Sympathetic nonnoradrenergic cutaneous vasoconstriction in women is associated with reproductive hormone status. Am J Physiol Heart Circ Physiol 2002; 282:H264H272.

Su-Juan G, et al. A 5-year evaluation of NORPLANT contraceptive implants in China. Obstet Gynecol 1994; 83(5):673-8.

Sunku AJ, et al. Abstract: Benign intracranial hypertension associated with levonorgestrel implants. Annals of Neurology 1993; 34:299.

Szarfman A, et al. Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database. Drug Saf 2002; 25(6):381-92.

Tan JJ, et al. Cerebral Venous sinus thrombosis with ophthalmic manifestations in 18-year-olds on oral contraceptives. Clin Ped 2014; 53:826-30.

Tang RA, et al. Poster: Pseudotumor cerebri associated with the Norplant contraceptive device. Investigative Ophthalmology & Visual Science 1995; 36(4) S677.

Tanneepanichskul S, et al. Effects of DMPA on weight and blood pressure in long term acceptors. Contraception 1999; 59:301-3.

Tepper K, et al. Progestin-only contraception and thromboembolism: A systematic review. Contraception 2016 Dec;94(6)678-700.

Tesoriero HW. Trouble Brews Over Merck Product. The Wall Street Journal. Jan. 30, 2008. http://www.wsj.com/articles/SB120165519331327133

Teulings FAG, et al. Estrogen, androgen, glucocorticoid, and progesterone receptors in progestin-induced regression of human breast cancer. Cancer Res 1980; 40:2557-61.

Thurtell MJ, et al. An update on idiopathic intracranial hypertension. Rev Neurol Dis. 2010; 7:e56-e68.

Toivonen J, et al. Protective effect of intrauterine release of levonorgestrel on pelvic infection: three years' comparative experience of levonorgestrel-and copper-releasing intrauterine devices. Obstet Gynecol 1991; 77:261-4.

Tremblay D, et al. The pharmacokinetics of 750 µg levonorgestrel following administration of one single does or two doses at 12-or 24-h interval. Contraception 2001; 64:327-31.

Trevisi G, et al. Idiopathic cerebrospinal fluid overproduction: case-based review of the pathophysiological mechanism implied in the cerebrospinal fluid production. Croat Med J 2014; 53:377-87.

Uldall M, et al. Obesity-related intracranial hypertension in the rat – a possible idiopathic intracranial hypertension (IIH) model? Journal of Headache and Pain 2014; 15(Suppl 1):F29.

Valenzuela RM, et al. NANOS Abstract: Exploratory Study of the Relationship between the Levonorgestrel Releasing Intrauterine System and Idiopathic Intracranial Hypertension. North American Neuro-Ophthalmology Society. 41st Annual Meeting. February 21-26 2015.

Valenzuela RM, Rai R, Kirk BH, et al. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. Neuroophthalmology [Internet]. 2017;41(4):1-6.

Van Puijenbroek EP, et al. A comparison of measures of disproportionality for signal detection in spontaneous reporting systems for adverse drug reactions. Pharmacoepidem & Drug Saf 2002; 11:3-10.

Vickery Z, et al. Weight change at 12 months in users of three progestin-only contraceptive methods. Contraception 2013; 88:503-8.

Visani G, et al All-trans-retinoic acid and pseudotumor cerebri in a young adult with acute promyelocytic leukemia: a possible disease association; Haematologica 1996; 81:152-4.

Vos AG and van de Ree MA. Hypertension and use of an intrauterine levonorgestrel-releasing device. Neth J Med 2012; 70(9):431.

Wahab M and Al-Azzawi F. The use of levonorgestrel-releasing intrauterine system for treatment of menorrhagia in women with inherited bleeding disorders. BJOG 2004; 112:1456.

Walker AE and Adamkiewicz JJ. Pseudotumor cerebri associated with prolonged corticosteroid therapy. JAMA 1964; 188(9):779-84.

Walker RWH. Idiopathic intracranial hypertension: any light on the mechanisms of the raised pressure? J Neurol Neurosurg Psychiatry 2001; 71:1-7.

Wall M and George D. Idiopathic intracranial hypertension. A prospective study of 50 patients. Brain 1991; 114 (Pt 1A):155-80.

Wall M and Purvin V. Idiopathic intracranial hypertension in men and the relationship to sleep apnea. Neurology 2009; 72:300-1.

Wall M, et al. The Idiopathic intracranial hypertension treatment trial: Clinical profile at baseline. JAMA Neurology 2014; 71(6):693-701.

Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri). Curr Neurol Neurosci Rep. 2008; 8:87-9.

Wall M. Idiopathic intracranial hypertension. Neurol Clin 2010; 28:593-617.

Walsh FB, et al. Oral contraceptives and neuro-ophthalmologic interest. Arch Ophthal 1965; 74:628-40.

Wang X, et al. Progesterone attenuates cerebral edema in neonatal rats with hypoxic-ischemic brain damage by inhibiting the expression of matrix metalloproteinase-9 and aquaporin-4. Exp & Ther Med

2013; 6:262-7.

Warner JEA, et al. Retinol-binding protein and retinol analysis in cerebrospinal fluid and serum of patients with and without idiopathic intracranial hypertension. J Neuro-Ophthalmol 2007; 27:258-262.

Weatherby LB, et al. The impact of wording in "dear doctor" letters and in black box labels. Clin Pharmacol Ther 2002; 72(6):735-42.

Weber KT, et al. Idiopathic intracranial hypertension with primary aldosteronism: report of 2 cases. Am J Med Sci 2002. 142:71-82.

Weber KT. Aldosteronism revisited: Perspectives on less well-recognized actions of aldosterone. Lab Clin Med 2003; 324:45-50.

Weber ME, et al. Levonorgestrel implants and intracranial hypertension, Reply. NEJM 1995; 332(25):1721.

Weiner E, et al. Plasma levels of d-norgestrel after oral administration. Contraception 1976; 14(5):563-70.

Wingenfel P, et al. Acute glaucoma and intracranial hypertension in a child on long-term peritoneal dialysis with growth hormone. Pediatr Nephrol 1995; 9:742-5.

Winrow AP and Supramaniam G. Benign intracranial hypertension after ciprofloxacin administration. Arch Dis Child 1990; 65:1165-6.

Wollen A, et al. The localization and concentration of copper in the fallopian tube in women with or without an intrauterine contraceptive device. Actu Obstet Gynecol Scand 1994; 73:195-9.

Wolski H. Selected aspects of oral contraception side effects. Ginekol Pol. 2014; 85(12)944-9.

Wysowski DK and Green L. Reply to Sivin Letter: Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet & Gynecol 1995; 86(2):319-20.

Wysowski DK and Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet & Gynecol 1995; 85(4):538-42.

Xiao B, et al. Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. Contraception 1990; 41(4):353-61.

Yamada, S. Cerebrospinal fluid physiology: visualization of cerebrospinal fluid dynamics using the magnetic resonance imaging Tim-Spatial Inversion Pulse method. Croat Med J 2014; 55:337-46.

Yeung EH, et al. Adiposity and sex hormones across the menstrual cycle: the BioCycle Study. Intl J Obesity 2013; 37:237-43.

Yeung EH, et al. Adiposity and sex hormones across the menstrual cycle: the BioCycle Study. Supplementary Table SA1. International Journal of Obesity 2013.

Zavod RM. "Women's health". In: Foye's Principles of Medicinal Chemistry. 7th Ed. TL Lemke and DA Williames, eds. Baltimore: Lippincott Williams & Wilkins 2013; 1398-401.

Zia MI, et al. Comparison of outcomes of phase II studies and subsequent randomized control studies using identical chemotherapeutic regimens. J Clin Oncol 2005; 23(28):6982-91.

Zimmerman Y, et al The effect of combined oral contraception on testosterone levels in healthy women: a systematic review and meta-analysis. Human Reprod Update 2014; 20:76-105.

Zink R. Disproportionality analysis and its application to spontaneously reported adverse events in pharmacovigiliance. Statistical Discovery. SAS Institute. http://www.jmp.com/content/dam/jmp/documents/en/whitepapers/disproportionality-106865.pdf

**Company Documents:**

MIR_IIH_EU00606946
MIR_IIH_EU01015398

MIR_IIH_EU01083403
MIR_IIH_EU01156144
MIR_IIH_EU01156239
MIR_IIH_EU01156267
MIR_IIH_EU01157532
MIR_IIH_EU01157644
MIR_IIH_EU01157654
MIR_IIH_EU01157689
MIR_IIH_EU01158039
MIR_IIH_EU01158200
MIR_IIH_EU01205373
MIR_INDNDA_00246213 at -6312, -9110 to -9114
MIR_INDNDA_00473411 at -3902 to -3903
MIR_ INDNDA_00481727 to -749
MIR_JSEU_01057343 at -383 to -385
MIR_JSEU_01445975 at -6069 to -6071
MIR_ PIEU_00157045
MIR_PKEU_00699321

**Labels:**

1991 Norplant Label (Maggio Exhibit E)
1993 Norplant Label (Maggio Exhibit E)
1997 Norplant Label (MIR_INDNDA_00055897 -MIR_INDNDA_00055913)
2000 Mirena Label (MIR_INDNDA_00010719 -MIR_INDNDA_00010752)
2000 Norethindrone Acetate Bioequivalence Review (Ross Exhibit B)
2000 Norethindrone Acetate Chemical Review (Ross Exhibit B)
2001 Norethindrone Acetate Label (Ross Exhibit B)
2002 Jadelle Label (Ross Exhibit B)
2002 South Africa Mirena Label
2005 Mirena Physician Prescribing Information (Ross Exhibit B)
2005 ParaGard Label (Ross Exhibit B)
2006 Solodyn Label and Packaging Images (Ross Exhibit B)
2007 Accretropin Label (Ross Exhibit B)
2007 Aygestin Label (Ross Exhibit B)
2007 Israel, Mirena Label (Ross Exhibit B)
2007 Norditropin Label (Ross Exhibit B)
2007 Triesence, Drugs@FDA
2008 Alesse Label
2008 Micronor Label (Ross Exhibit B)
2008 Mirena Label (MIR_FCR_2038 - MIR_FCR_2076)
2008 Omntrope Label (Ross Exhibit B)
2009 Mirena Label (MIR_INDNDA_00039737 - MIR_INDNDA_00039770)
2010 Mirena Label, Israel (Ross Exhibit B)
2011 Doryx Label, Drugs@FDA
2011 Tev-Tropin Label (Ross Exhibit B)

2012 Mirena Label, Ireland (Ross Exhibit B)
2013 Mirena Label (MIR_INDNDA_00319903 - MIR_INDNDA_003199335)
2013 Skyla Label (Ross Exhibit B)
2013 Solodyn Label (Ross Exhibit B)
2014 China Concise Information for Mirena from mims.com (Ross Exhibit B)
2014 India Levonorgestrel Prescribing Information from mims.com (Ross Exhibit B)
2014 Hong Kong Mirena Label from mims.com (Ross Exhibit B)
2014 Mirena Label (MIR_INDNDA_322203 - MIR_INDNDA_32232)
2014 Mylasia Mirena Label from mims.com (Ross Exhibit B)
2014 Notropin AQ Label, Drugs@fda
2014 Phillippines Concise Mirena Information from mims.com (Ross Exhibit B)
2014 Singapore Mirena Label from mims.com (Ross Exhibit B)
2014 Thailand Mirena Concise Info from mims.com (Ross Exhibit B)
2014 Vietnam Mirena Label from mims.com (Ross Exhibit B)
2015 Depo-Provera Label (Canada)
2015 Depo-Provera Label (U.S.)
2015 Liletta Label (Ross Exhibit B)
2015 Mirena Label, Drugs@fda
2015 Norgeston, Summary of Product Characteristics
2016 Jadelle Label
2017 Mirena Label

**Depositions:**

Deposition Transcript of Etminan, Mahyar, taken on 4/15/16
Deposition Transcript and Exhibits of Tang, Rosa, taken on 5/10/16
Deposition Transcript of Schoendorf, Juliane, taken on 11/13/2015 - 11/14/2015
Deposition Transcript and Exhibits of Asiimwe, Alex, taken on 12/05/17
Deposition Transcript and Exhibits of Francuski, Maja, taken on 11/29/17
Deposition Transcript and Exhibits of Hofmann, Birte, taken on 11/21/17
Deposition Transcript and Exhibits of Kaipomaki, Mirja-Leena, taken on 11/15/17 - 11/16/17
Deposition Transcript and Exhibits of Koelm, Petra, taken on 12/06/17
Deposition Transcript and Exhibits of Lukkari-Lax, Eeva, taken on 11/27/17 - 11/28/17
Deposition Transcript and Exhibits of Machlitt, Andrea, taken on 12/05/17
Deposition Transcript and Exhibits of Manlik, Katrin, taken on 12/07/17
Deposition Transcript and Exhibits of Schoendorf, Juliane, taken on 11/28/17 - 11/29/17
Deposition Transcript and Exhibits of Zurth, Christian, taken on 11/30/17

**Reports:**

Expert Report of Etminan, PharmD, Mahyar, dated 1/22/16 and Exhibits A-C
Expert Report of Fraunfelder, MD, Frederick W., dated 1/21/16 and Exhibits A-C
Expert Report of Maggio, PhD, John, dated 1/22/16 and Exhibits A-F

Expert Report of Ross, MD, PhD, David B, dated 1/22/16 and Exhibits A-C; Correction Letter (2/25/2016)
Expert Reports of Tang, MD, MPH, MBA, Rosa A. in the matters of: Bridges v. Bayer; Creasy v. Bayer; Hoover v. Bayer
Expert Report of Wheeler, MD, James M., dated 12/21/2017 with appendices and literature cited
Expert Report of Fraunfelder, MD, Frederick W., dated 12/23/2017 with appendices and literature cited
Expert Report of Plunkett, PhD, DABT, Laura M., dated 12/27/2017 with appendices and literature cited
Expert Report of Darney, MD, MSc, Philip, dated 12/27/2017 with appendices and literature cited
Expert Report of Salpietro, MD, Vincenzo, dated 12/28/2017 with appendices and literature cited
Expert Report of Johanson, PhD, Conrad, dated 12/22/2017 with appendices and literature cited
Expert Report of Moye, MD, PhD, Lemuel A., dated 12/28/2017 with appendices and literature cited

**Other:**

Affidavit of Mahyar Etminan, PharmD, dated 12/17/16
Consolidated Amended Complaint, dated 7/10/17
FAERS Q&A (from FDA website):
https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/
FDA Guidance for Industry (2005)
CDC website: BRFSS: https://www.cdc.gov/brfss/

# APPENDIX C

Nancy J. Newman, M.D.

Depositions and/or court appearances as an expert witness 2014-2018:

Montgomery v. Regents of the University of California
Superior Court of the State of California, County of San Diego; Case No: 37-2015-00008090-CU-MM-CTL
6/6/17

Illiano v. Howard County General Hospital
Baltimore, Maryland
3/7/17

Kellington v. Bayer HealthCare Pharmaceuticals, et al
U.S. District Court, Western District of Virginia; Case No. 5:14--cv-00002
6/16/16

Berner v. Pinnacle Radiology
Circuit Court of Benton City, Arkansas; C.A. No. CV-2015-1337-4
5/31/16

Fortner v. The Heart Hospital Baylor Plano, et al.
District Court Dallas County, Texas; 101st Judicial District; Cause No. 10-02994
5/19/16; 6/29/16

Winsett v. Advanced Aesthetic Surgery, et al.
Superior Court of Cobb County, Georgia; Civil Action 12-1-8157-53
9/3/15

Drainer v. Society Hill Anesthesia Consultants, et al.
Court of Common Pleas of Delaware County Civil Action; No. 12-010718
1/26/15

Salsman v. Samuel B. Pollock, Jr., M.D., et al.
Jefferson Circuit Court, Div 11, Kentucky; NO. 10-CI-06824
7/17/14; 11/2/15

Deaner v. David Frantz, M.D., et al.
Circuit Court for the City of Lynchburg,Virginia; Case No. CL12-7378
3/27/14; 5/1/14