# Exhibit A

## 1 of 3

Dinkin
Exhibit No. 4
CHARLENE FRIEDMAN

# Hospital for Special Surgery
# Neurology Grand Rounds

## Update on the Diagnosis and Management of Idiopathic Intracranial Hypertension: *Is IIH Still Idiopathic?*



Marc Dinkin, MD
Director of Neuro-ophthalmology
Assistant Professor in Ophthalmology
Weill Cornell Medical College
NY Presbyterian Hospital






Opening pressure = 33 cm H2O

26 year old presents with headaches, pulsatile tinnitus, dizziness and transient visual obscurations.

4 weeks of Diamox and papilledema, fields, headaches are not improved.

What to do next?

# Complications of other Procedures

**TABLE 2. Surgical shunt complication rates among 14,455 children and adults who received a ventriculoperineal shunt in California between 1990 and 2000[a]**

| | All patients (%) n = 14,455 | Children (%) n = 2905 | Adults (%) n = 11,550 |
|---|---|---|---|
| Any shunt complication | 29.0 | 46.4 | 24.6 |
| Shunt replacement | 21.6 | 36.4 | 17.9 |
| Shunt removal | 11.0 | 20.8 | 8.6 |
| Distal shunt complication | 5.2 | 7.9 | 5.9 |
| Shunt exploration | 0.7 | 1.1 | 0.5 |

[a] Note that all types of shunt complications were statistically more common in children than in adults ($P < 0.0001$).

Wu et al, 2007

- Savitz, 1999: Rate of delayed intracerebral hematoma or intraventricular hemorrhage after VP shunt placement was documented by routine neuroradiological follow up to be 4%.
- Death after VPS: 0.3-0.8% (Smith et al 2004)
- ONSF: One patient lost vision in one eye (out of 158 eyes in 86 patient) after ONSF due to complication (Banta, 2000) That's >1%.

# A Rare Shunt Complication

- A 23 year old woman with IIH continued to have headaches and blurry vision after high dose Diamox therapy.
- A ventriculoperitoneal (VP) shunt was placed. When she woke up she complained that her vision was much .
- The shunt was interrogated and was working well.

# Humphrey Visual Fields





Post Shunt Fundi



Transection of right optic radiations by multiple attempts at VP shunt placement




Headaches, tinnitus, dizziness resolved.

# Introduction

Pseudotumor Cerebri

↓

Benign Intracranial Hypertension

↓

Idiopathic intracranial hypertension



## INTRACRANIAL PRESSURE WITHOUT BRAIN TUMOR

### DIAGNOSIS AND TREATMENT

WALTER E. DANDY, M.D.
BALTIMORE, MD.

DURING the past seven years there have gradually accumulated 22 cases in each of which the signs and symptoms of intracranial pressure have been indubitable, and yet in none has there been an intracranial tumor or a space occupying lesion of any kind. Almost without exception a clinical diagnosis



FIG. 1.—Eyegrounds in Case I showing numerous hemorrhages, fulness and tortuosity of veins and obliteration of the disks.

That all of these cases have, or have not, the same underlying cause I do not know. We may well be dealing with a condition that has more than one underlying anatomic or etiologic basis. The facts do not permit discussion of this thought. They behave in much the same way, except in degree and

The only other possible explanation of the increased pressure is by variations in the intracranial vascular bed probably by vasomotor control. It is, I think, more amply demonstrated that such influences are at work. There

Annals of Surgery 1937

# Idiopathic Intracranial Hypertension

## Presentation

- Obese woman of child-bearing age
- Headaches
  - Positional
  - Worse in AM
- Horizontal diplopia from abducens palsies
- Pulsatile tinnitus
- Neck / back pain
- Blurry vision
- Field defects
  - 25% permanent

(Digre, BMJ 2003)



Enlarged blind spot and inferonasal depressions

| Frisén Grading of Papilledema | |
|---|---|
| **GRADE 0**<br>Normal. No halo or vessel obscuration |  |
| **GRADE I**<br>C-shaped halo of blue retinal nerve fiber thickening (spares temporally) |  |
| **GRADE II**<br>Full halo of blue retinal nerve fiber thickening (no temporal sparing) |  |
| **GRADE III**<br>Major vessel obscuration at borders. (arrows) |  |
| **GRADE IV**<br>Major vessel obscuration on disc. Note veins are present but no arterioles. |  |
| **GRADE V**<br>All vessels lost on disc. |  |

## Papilledema Presentation

- Little acuity loss
- Little color vision loss
- Field loss
  - Enlarged blind spot
  - Inferonasal defects
- More serious vision loss if untreated






# Idiopathic Intracranial Hypertension

*Modified Dandy criteria (1985)*

1. Signs and symptoms of increased intracranial pressure (headaches, nausea, vomiting, transient obscurations of vision, papilledema).
2. No localizing neurologic signs otherwise, with the single exception being unilateral or bilateral VI nerve paresis. (*this year, other CN are allowed!)
3. CSF with increased pressure, but no cytologic or chemical abnormalities.
4. Normal to small symmetric ventricles must be demonstrated (originally required ventriculography, but now demonstrated by CT).

-Smith, J Clin Neuroophthal 1985

5. **Normal neuroimaging** adequate to exclude cerebral venous thrombosis—that is, MRI of the brain, often with additional sequences (CT or MR venography).

MRI



MRV




Kinking of nerve
Empty Sella
Increased perineural CSF space
Bowing of posterior orbit anteriorly
Radiological findings

# Part II: Non-idiopathic IIH

*Some cases of apparent IIH are not IIH*

..even when they fulfill the modified Dandy criteria...

# Hypervitaminosis A



*Gerrit de Veer, arctic explorer, 1597*



- Marie and See, 1957
- Jacobson et al: 1990
  - 16 IIH vs. 70 Healthy controls
  - IIH: 752 ug/L
  - Controls: 530 ug/L
  - No correlation with BMI or ingestion

# Rickets and IIH

- 6 year old girl presents with closing one eye on the iPad and found to have papilledema
- Further discussion reveals that she has a hx of with rickets and hypophosphatemia















**ONH and RNFL OU Analysis:Optic Disc Cube 200x200 OD ● | ● OS**

RNFL Thickness Map




| | OD | OS |
|---|---|---|
| Average RNFL Thickness | 451 µm | 345 µm |
| RNFL Symmetry | 59% | |
| Rim Area | 3.85 mm² | 2.41 mm² |
| Disc Area | 3.74 mm² | 2.34 mm² |
| Average C/D Ratio | 0.05 | 0.06 |
| Vertical C/D Ratio | 0.04 | 0.05 |
| Cup Volume | 0.000 mm³ | 0.000 mm³ |

RNFL Thickness Map




*The Journal of Tropical Pediatrics, March, 1967*

BENIGN INTRACRANIAL HYPERTENSION IN VITAMIN D DEFICIENCY RICKETS ASSOCIATED WITH MALNUTRITION*

by

M. MAMDOUH HANAFY, M.D., EL SAYED HASSANEIN, M.D. AND SHAWKI EL-KHATEEB, M.D.

*(From the Department of Pediatrics, University of Alexandria)*

Benign intracranial hypertension, a condition characterized by a normal ventricular system and a cerebrospinal fluid of normal composition has been described in hypoparathyroidism (DAVIDOFF, 1956), hypervitaminosis A (MARIE and SEE, 1954), hypophosphatasia (FRASER et al, 1955), marked anaemia (LUBECK, 1959), chlortetracycline, oxy-

CONFIDENTIAL MIR_MDINKIN_IIH_00000016


Pathogenesis
Theoretical
R
B P
Retinol
Low RBP>retinol ratio
Libien et al, 2007
Warner et al, 2007
Higher levels of CSF retinol
Venous sinus stenosis
Arachnoid villi damage
Too much CSF production
Increased ICP
Not Enough Drainage
Leptin?
Blocked nasal Lymphatics
Micro-thrombosis with thrombophillia
Increased Adipose Tissue
Sex Hormones?

# A 23 year old man with blurry vision

- 1/95 -mycoplasma pneumonia – 1 month minocycline
- 3/95 blurring OS papilledema
- Being a senior, he did not return. Vision improved and he had already stopped the tetracycline.
- 9/08 –ate grouper ceviche – ciguatera poisoning. Oral minocycline for presumed Lyme. (negative)
- Weeks later - headache, worse in the AM, ear ringing.
- 11/11 - tetracycline for a GI infection.
- 12/11 headaches / vision drop OS
- 12/25/11: severe headache after flying 1/12 - On his own, he took another 10 days 250 mg every day course of wife's tetracyline (give for her UTI)




*Chiu, Chuenkongkaew, Cornblath, Trobe, Digre, Dotan, Musson, Eggenberger, AJO, 1998*

- 56 year old man with a history of breast cancer 9 months prior, treated with mastectomy, radiation, ACT, tamoxifen sees stars in his right eye whenever he changes position.
- Intermittent blurriness OD.
- Normal MRI and MRV
- LP: OP of 24 cm water, normal contents.



# Tamoxifen Disc edema



**Table 1:** Differential diagnosis of IIH (cases must meet the modified Dandy criteria of IIH except that a cause is found)

Highly likely
Decreased flow through arachnoid granulations
Scarring from previous inflammation. e.g. meningitis, sequel to subarachnoid hemorrhage
Obstruction to venous drainage / venous sinus thromboses
Hypercoagulable states
Contiguous infection (e.g. middle ear or mastoid - otitic hydrocephalus)
Bilateral radical neck dissections **(or unilateral when one is dominant)**
Superior vena cava syndrome
Glomus tumor
Increased right heart pressure
Endocrine disorders: Addison's disease, hypoparathyroidism
Obesity
*Steroid withdrawal*
Growth hormone use in children
Nutritional disorders : hypervitaminosis A ( liver, isotretinoin intake, and all-trans retinoic acid for APML) , Hyperalimentation
Arteriovenous malformations and dural shunts

Controversial:
- Tamoxifen
- Obstructive Sleep Apnea

Probable causes
Anabolic steroids (may cause venous sinus thrombosis)
Ketoprofen or indomethacin in Bartter's syndrome
Thyroid replacement therapy in hypothyroid children
Tetracycline and its derivatives
Uremia

Possible causes
Amiodarone, hypovitaminosis A, iron deficiency anemia, lithium, nalidixic acid, sarcoidosis, sulfa antibiotics

Causes frequently cited that are unproven and unlikely
*Corticosteroid intake*
Hyperthyroidism
Menarche / Menstrual irregularities
Multivitamin intake
*Oral contraceptive use*
*Pregnancy*

Adapted From Wall, Idiopathic Intracranial Hypertension, Neurol Clinic 2010

# Case: Pseudo-pseudotumor cerebri

- A 27 year old man, BMI 30 $kg/m^2$, with a history of migraines (headaches with nausea and vomiting) since childhood presented with headaches, worse in AM and blurry vision OU.
- Developed transient visual obscurations
- Developed blind spots OU
- 8 months after presentation, noted to have papilledema

- Medications: No exposure to tetracyclines or vitamin A preparations.

# Initial MRI: "Normal"



# MRV "Normal"




"Signal abnormality in R transverse sinus likely related to turbulent flow. L is non-dominant."

# MRA "Normal"



"Widely patent without aneurysm or AVM"

# History of Present Illness

- 9/09: Lumbar puncture:
  - Protein 18, glucose 57, WBC 1.
  - CSF VDRL, Lyme, ACE, cryptococcal Ag, Cx: Negative
  - *Opening pressure: 40 cm of $H_2O$*

Diagnosis: Idiopathic Intracranial Hypertension

- Acetazolamide 250 mg PO BID started

- 2 days after LP:
  - Crushing headache worse when standing
  - Pain in limbs
  - Fioricet improved symptoms

# 10 Days After LP

- Acute severe decrease in vision noted by patient

20/30 OS



Fixation Losses: 0
False pos: 0%
False neg: 10%

CF OD



Fixation Losses: ½
False pos: 0%
False neg: NA

# What would you do next?

1. Optic nerve sheath fenestration
2. Ventriculoperitoneal shunt
3. Cortical venous stenting
4. Repeat Imaging
5. Increase acetazolamide to 500 mg PO BID and return in 3 days

# 3 days later



Fixation Losses: 0
False pos: 0%
False neg: 10%



Fixation Losses: ½
False pos: 0%
False neg: NA

## Lumbar-peritoneal shunt placed the next day



# Course

- 2 days after shunt placement:
  - Appeared drunk and confused to friends.
  - Stopped eating
- 4 days after shunt placement
  - Excruciating headache, present in all positions
  - Vomiting
  - Told to lie flat for 24 hours and come in.

# CT Head




Dense thrombosis in R transverse and inferior sagittal sinuses

# MRI/MRV Head: 10/28/09

## Venous Sinus Thrombosis Confirmed




- Admitted to ICU and started on heparin to warfarin
- LP shunt checked: 12 cm of H2O
- Acetazolamide stopped

# MRI Brain 10/29



Gradient echo: Thrombosis in internal cerebral veins

T2: Hyperintensity in R thalamus

T1: Hyperintensity in R cortical vein



# Presented to WC Neuro-op Clinic 1/10



- Felt slightly better
- Va
  - 20/600 OD, 20/50 OS
- Ishihara plates :
  - 2/10 OD, 0/10 OS
- Right APD OD
- EOM: full
- Ta: 16 mm Hg OD, 17 mm Hg OS

Fixation Monitor: Blind Spot
Fixation Target: Central
Fixation Losses: 2/15
False POS Errors: 1 %
False NEG Errors: 0 %
Test Duration: 05:41

Fovea: 30 dB ■



MD -20.88 dB P < 0.5%
PSD 13.66 dB P < 0.5%

OS



Fixation Monitor: Gaze/Blind Spot
Fixation Target: Central
Fixation Losses: 9/15 xx
False POS Errors: 1 %
False NEG Errors: 16 %
Test Duration: 06:21

Fovea: 8 dB ■

MD -29.69 dB P < 0.5%
PSD 7.49 dB P < 0.5%

OD

# Follow up



- Persistent dural enhancement raised the question of a vascular abnormality. (Rucker, Newman 2003)
- I referred patient to our neuro-interventional team for consideration of an angiogram.
- Reviewed in neurovascular conference:
  - "We see no evidence to suggest potential arteriovenous fistulization. I do not think at this point a formal cerebral angiogram would be helpful."
- *Nevertheless, a diagnostic procedure was performed…*

# Dural AV fistula



# Borden Classification of DAVF

- Type I: Drains anterograde into venous sinus.
- Type II: Drains into venous sinus but arterialization of sinus results in both anterograde drainage and retrograde drainage via subarachnoid veins.
- Type III: Drains retrograde into subarachnoid veins.




What caused elevated ICP?
Venous HTN
Dural AVF
Elevated ICP
LP and Shunt
Acute deterioration
Venous Sinus Thrombosis
Chen et al, Local chronic hypoperfusion secondary to sinus high pressure seems to be mainly responsible for the formation of intracranial dural arteriovenous fistula. Neurosurgery 2009. 64(5):973-83

# In thin males with IIH, consider a conventional angiogram!

- Dural AVFs should be considered in cases of IIH with atypical demographics.
- MRA and CTA may not reveal dural AVFs, so conventional angiograms should be considered in suspicious cases.
- This case and others suggest that clinical deterioration may occur after lumbar shunting in patients with dural AVFs.
- VST may occur as a consequence of dural AVF and stasis, compounding the situation.

Second case with an indurated, pulsating temporal vein

# CASE 2: "Percystent Headache"

20 y/o thin man c/o blind spot and migraines

- 2001 (age 15): diagnosed with migraines, accompanied by "mosaic" visual phenomena and sometimes emesis.
- MRI brain 2002: WNL
- 8/03: Pouring asphalt, acute severe headache and vomiting. He stiffened and then went limp and was unresponsive. 30 seconds later, he returned to baseline without any confusion. EEG in ER negative. Several similar episodes over 2 years.
- 11/2005: An ophthalmologist saw *papilledema*
- MRI/MRV: normal
- Lumbar puncture (*a few weeks later)*
  - Opening pressure = 11cm of water
  - Contents: Normal