# Exhibit A

## 2 of 3

# 1 Year Later

- 1-11/06: Headaches with horizontal diplopia and "whooshing noises."
- 11/26/06: 3 episodes of:
  - Lower back pain with numbness of the posterior thighs, shoulder and head pain
  - Visual distortions: "Objects appeared broken up."
- At headache peak, intermittent loss of lose awareness.
- Optho examination: 20/20 OU, normal fields, papilledema
- CT head unchanged.






# 11/30: Repeat Lumbar Puncture

- Opening pressure: 25 cm of water
- Contents: Normal
  - Glucose 69 mg/dL, protein 32 mg/dL
  - WBC 1, RBC 202
  - Cytology, VDRL, ACE, cryptococcal Ag: NEG

Diagnosis: "Idiopathic Intracranial Hypertension"

Sudden headache with bending over

+ Vomiting

+ Transient visual loss

+ Horizontal diplopia

+ pulsatile tinnitus

+ Change in consciousness

= Waves of increased intracranial pressure

# Differential Diagnosis of Paroxysmal ICP Elevations

- Hydrocephalus with pressure waves
- Shunt failure
- Colloid cyst of the third ventricle
- Intermittent hemorrhage into the CSF
- Chiari malformation

# While awaiting discharge…

- Two hours after the LP: back pain and numbness in the groin area
- Progressed to perianal numbness, and sensory loss extending down the back of his left leg, calf and heel
- Developed urinary retention and required straight catheterization
- PVR by bladder scan ~ 700 cc
- Rectal exam revealed decreased rectal tone

# MRI Lumbar Spine

## Sagittal T2



# MRI Lumbar Spine

## Sagittal T2




Contrast in the subarachnoid space
Contrast in the cyst
CT Myelogram

# Procedure: 12/02

- L4-S2 laminectomies
- Arachnoid cyst fenestration and removal
- Dural defect repair with a lumbosacral fascia autograft
- Upon awakening, he noted…

- "No headache for the first time in years."



- He remained headache-free for 3 months.
- Papilledema resolved

P. N. Shams
P. J. Goadsby
H. A. Crockard
A. T. H. Casey
G. T. Plant

# Paroxysmal raised intracranial pressure associated with spinal meningeal cysts

Received: 24 July 2003
Accepted: 18 January 2004
Published online: 5 March 2005

P. N. Shams · H. A. Crockard · A. T. H. Casey · G. T. Plant (✉)
The National Hospital for Neurology and Neurosurgery
Queen Square
London WC1N 3BG, UK

Prof. P. J. Goadsby
Headache Group
Institute of Neurology
Queen Square
London WC1N 3BG, UK

**Abstract** Raised intracranial pressure in association with spinal meningeal cysts has rarely been reported. We describe four patients in whom evidence of paroxysmal raised intracranial pressure was found in association with spinal meningeal cysts. Cerebrospinal fluid diversion procedures have previously been shown to relieve local symptoms due to spinal cysts. In our patients symptoms of paroxysmal headache were alleviated by this method, suggesting a causal relationship with the raised pressure. This association may be an under diagnosed cause of paroxysmal headaches. We review the medical literature on the classification of spinal meningeal cysts, evaluate the theories of their origin and offer suggestions on the pathogenesis of the abnormal CSF dynamics that may allow an interplay between raised intracranial pressure and spinal meningeal cysts to produce paroxysmal symptoms.

**Key words** spinal meningeal cysts · raised intracranial pressure · paroxysmal headache · cerebrospinal fluid drainage

Final Diagnosis

# Mechanisms of Raised ICP?

- 1. Mass effect
- 2. Compromised elasticity of spinal compartment to physiologic changes in ICP.
- 3.Reduced absorption of CSF by arachnoid granulations. (1/3 to 1/4 by spinal granulations).
- 4. Slit-valve effect producing paroxysmal increases in ICP and pressure waves with postural changes.

# Course

- After months of follow up on acetazolamide, a ventriculoperitoneal shunt was placed.
- The headaches resolved completely and have not recurred for a year.
- No papilledema has been observed since.

# SUMMARY

- Spinal tumors have been known for years to rarely cause elevated ICP, nearly always in association with elevated CSF protein.
- Spinal arachnoid cysts may cause paroxysmal spikes of ICP when fluid shifts into the CSF space.
- Fenestration of the cyst may lead to resolution of the pressure waves in exchange for a milder chronic state of increased ICP closer in nature to IIH.

# Spinal compliance using phase contrast MRI




- Mean spinal canal compliance contribution:
  - IIH patients 60±14%
  - Healthy subjects: 78±12%

Ron-Weng Tain et al, J Magn Reson Imaging. 2011

# CSF Homeostasis

- Extraventricular CSF volume is significantly increased in IIH

(P = .001).

  - IIH: 290 ± 52 mL
  - Healthy control: 220 ± 24 mL

# What about the rest?

- Are the bulk of IIH patients truly idiopathic?

## Part III: Venous Sinus Stenosis

# What about the rest?

- Are the bulk of IIH patients truly idiopathic?

## Venous Sinus Stenosis

*Exploring the role for venous stenting*







10/17 consecutive IIH patients had TS/SS stenosis in our clinic.

Farb (Neurology, 2003): Contrast MRV shows it in up to 90% of IIH (vs. 4/59 controls)

**Often not identified by neuro-radiologist**

# Venous Sinus Stenosis

# Theoretical Role of Sinus Stenosis

- Venous sinus thrombosis or compressive occlusions are well-known causes of increased intracranial pressure mimicking IIH. (Woodhall, 1939; Ray and Dunbar, 1951). This resulted in the addition of venography in the diagnosis of IIH to rule out thrombosis.
- In 1995, King et al demonstrated venous hypertension in the superior sagittal sinus and proximal transverse sinuses of 7 patients with IIH, with a drop in the lateral third of the sinus.
- Pressure gradient TS (prox-distal): 13.3 mm Hg (IIH) vs. 1.4 mm Hg (non IIH)
- This was not observed in 2 cases of minocycline-induced IIH.

**Cerebral venography and manometry in idiopathic intracranial hypertension**

J.O. King, MD, FRACP; P.J. Mitchell, MB, FRACR; K.R. Thomson, MB, FRACR; and B.M. Tress, MD, FRACR

**...by cerebral venography and manometry**

| CSF pressure (cm) | Cerebral venous pressure (mm Hg) | | | |
|---|---|---|---|---|
| | SSS | Proximal TS | Distal TS | IJV |
| Idiopathic intracranial hypertension | | | | |
| 31 | 14 | 14 | — | 4 |
| 35 | 20 | 18 | 4 | — |
| 30 | 24 | 24 | 6 | 6 |
| 32 | 20 | 20 | 8 | 8 |
| 36 | 20 | 17 | 8 | 4 |
| 38 | 23 | 19 | 3 | 3 |
| 43 | 23 | 20 | 10 | 4 |
| 33 | 17 | 16 | 3 | — |
| 28 | 17 | 17 | 3 | — |
| Minocycline-induced intracranial hypertension | | | | |
| 29 | 11 | 10 | 10 | 9 |
| 37 | 6 | 3 | | |




continues. Papilledema ensues.
AG
SSS
COS
TS
ICP
SS
IJV

# Counterpoint – But Venous Stenosis is Secondary to elevated IIH!"

- King (Neurology, 2002) - Removal of CSF - venous HTN resolved.

However....

**NEUROLOGY 2005;65:1090–1093** 9/9 patients

**Transverse sinus stenoses persist after normalization of the CSF pressure in IIH**

F. Bono, MD; C. Giliberto, MD; C. Mastrandrea, MD; D. Cristiano, MD; A. Lavano, MD; F. Fera, MD; and A. Quattrone, MD




Pre-medical Rx
High ICP

Post-medical Rx
Normal ICP

However....




- In 2007, Rohr et al re-demonstrated *reversibility* of sinus stenosis in patients after CSF-diversion procedures, cautioning that venous sinus stenting should not be performed in such patients.

# So which is it?!

## It's Both!



EXTRINSIC
Slow tapering
Compression by brain parenchyma

INTRINSIC
Focal Luminal Filling
Swollen arachnoid granulation, trabeculae, septae

Farb et al (2003)




Ahmed et al (2011)

EXTRINSIC

INTRINSIC
Arachnoid granulation

INTRINSIC
Septal band

- Connor et al (Neurorad, 2008) – 8/23 TS had **reduced bony groove** w/ the stenosis suggesting fixed stenoses. In 5/23 TS, the bony groove was normal.





# Chicken → Egg → Chicken






Ahmed et al: Reducing CSF production or increasing drainage restores a normal pressure state where flow dependent on $P_1$-$P_2$. Stenting removes the Starling resistor quality completely and breaks cycle.

# Rationale for Venous Sinus Stenting

- Stenting removes the Starling resistor quality completely and breaks the vicious cycle.




Starling resistor Flow = $(P_{in}-P_{out})$(fluidity)

# Venous Sinus Stenosis and Stents

## ~200 Cases when we started

- Higgins (Lancet, 2002) - Striking improvement in 1 pt post-stenting. (18→4mm Hg)
- Higgins (JNNP, 2003) –
  - 7/12 improved symptoms and 5/7 papilledema improved.
  - 2 required thrombolytics for in-stent thrombosis
- Donnet (Neurology, 2008) – All had papilledema
  - Papilledema resolved 10/10. (2 with atrophy)
  - 4/8 with VA loss improved
- Ahmed (AJNR, 2011) –
  - 54 patients over 9 years with >8mm Hg trans-stenotic gradient
  - 50 medically refractory and 4 fulminant presentation
  - All improved symptoms
  - Papilledema resolved in 48/48.
  - VF loss resolved in 23/30
  - 6 recurred clinically, but repeat stents again worked. No in-stent stenoses in >9 years
- Radvany et al (JNO, 2013): 12 patients followed 16 months. 7/10 improved vision.
- Fargen (J Neurointerv, 2013): ICP dropped 70 cm $H_2$0 to 20 in 30 seconds
- Steven Newman (ARVO 2014): drop in ICP by bolt in 2 patients

# Limitations

## Review of 20 studies to date

- All were retrospective
- Variety of methods and outcomes
- Only 125/ 200 had pre-stent CSF pressure measurement
- Only 52/200 had post-stent CSF pressure measurement
- Inclusion criteria not as stringent as typically required for surgical procedure.
- No *prospective, randomized, placebo-controlled* trials.
  - Did symptoms and signs improve due to stents or imply due to weight loss and natural history of disease?
- Complication rate may be falsely low as select cases with poor outcomes may not be reported.
- Very long term complications remain unclear
- <u>Little attention to effect on visual field defects</u>

# Prospective Venous Stenting Trial at Cornell

- First Prospective trial of stenting IIH
- In patients refractory to maximal medications or fulminant IIH
- Must have visual field loss with mean deviation -6.00 dB or worse
- Comparison of pre and post fields
- First to obtain FDA approval for device
- Safety and feasibility data
- Post stent lumbar puncture in all
- Visual fields pre an post in all
- Optical coherence tomography (OCT)



Cordis PRECISE PRO Rx Nitinol Stent System

An additional 36 patients underwent stenting for refractory headache or less severe vision loss

# Inclusion Criteria

- IIH diagnosis based on Modified Dandy Criteria
- Opening pressure ≥24cm H2O
- Transverse sinus stenosis ≥ 50% on MRV or CTV
  - bilateral if co-dominant
  - unilateral for dominant sinus







CONFIDENTIAL

# Target for stenting



In patients with bilateral stenosis in co-dominant sinuses, the stent is positioned in the non-dominant brain hemisphere

# Vision Loss Criteria

## Papilledema and Visual Field Loss

- Significant visual field loss (-6.00 dB mean deviation):
  - No improvement or worsening after 1 month of medical therapy or medication intolerance
- Fulminant at initial presentation:
  - Severe field defects or major drop in acuity (>20/50)
  - Grade IV or V papilledema


Diagnosis of IIH established
MRV / CTV shows significant venous sinus stenosis
Catheter Venography confirms the stenosis
Intravascular Manometry supports pressure gradient of > 8mmHg in the transverse/sigmoid sinuses
Venous Sinus Angioplasty
Venous Sinus Stenting
Local anesthesia
General anesthesia
70

# Methods

- Antiplatelet medications
  - Start 5 days before stenting
  - Clopidogrel: 1 month
  - Aspirin: 6-12 months
  - Plans for pregnancy should be deferred
- 24hr hospital stay
  - step down


FOV: 16x16 cm
LAO: 90.0 deg
CRA: 0.0 deg
L: 0.0 deg
Tilt: 0 deg
Mag = 1.00
FL: ROT:
WW: 256WL: 128
XA 1000x1000
(Filt. 1)
LAT
Seq: 7
FRAME =119 / 450

# Follow-up

- Quality of Life, Tinnitus questionnaires
- Neuro-ophthalmology Testing
  - 1 week, 1mo, 3mo, 6mo, 12mo, 18mo, 24mo
- LP with CSF pressure measurement
  - 3 and 24 mo
- MRV or CTV
  - 3, 12, 24 mo

- *MRV with contrast is our preferred modality before and after stenting*

# Prospective Trial Results: (n=18)

Original Contribution

## Venous Sinus Stenting in Idiopathic Intracranial Hypertension: Results of a Prospective Trial

Marc J. Dinkin, MD, Athos Patsalides, MD, MPH

**Background:** Our goal was to evaluate the safety and efficacy of stenting of venous sinus stenosis (VSS) in patients with medically-refractory, medically-intolerant or fulminant idiopathic intracranial hypertension (IIH) in a prospective, observational study.
**Methods:** Thirteen patients with IIH who were refractory or intolerant to medical therapy or who presented with fulminant visual field (VF) loss underwent stenting of VSS at the transverse-sinus sigmoid sinus junction, using a Precise Pro carotid stent system (Cordis). Inclusion criteria included papilledema-related VF loss with mean deviation (MD) worse than or equal to −6.00 dB, elevated opening pressure (OP) on lumbar puncture (LP), VSS (either bilateral or unilateral in a dominant sinus), and an elevated (≥8 mm Hg) trans-stenotic gradient (TSG). The main outcome

although a second stenting procedure was necessary in one patient. Complications of the stenting procedure included one small, self-limited retroperitoneal hemorrhage, transient head or pelvic pain, and one allergic reaction to contrast. No serious adverse events occurred.
**Conclusions:** Stenting of VSS is safe and results in reduction of intracranial pressure in patients with IIH. This is associated with improvement in papilledema, RNFL thickness, VF parameters, and symptoms associated with intracranial hypertension.

**Journal of Neuro-Ophthalmology 2017;37:113–121**
**doi: 10.1097/WNO.0000000000000426**
**© 2016 by North American Neuro-Ophthalmology Society**

First 13


Initial Symptoms (n=18 Trial Patients)
Percentage
100.00%
80.00%
60.00%
40.00%
20.00%
0.00%
Headache
Pulsatile tinnitus
Diplopia
TVO
Symptoms


HEADACHE (N=18 TRIAL PATIENTS)
Unchanged, 11.11%
Improved, 44.44%
Resolved, 44.44%


TRANSIENT VISUAL OBSCURATIONS
(N =14 TRIAL PATIENTS)
Unchanged,
0.00%
Improved,
14.29%
Resolved, 85.71%


DIPLOPIA (N=10 TRIAL PATIENTS)
[CATEGORY NAME], [PERCENTAGE]
Unchanged, 0.00%
Resolved, 60.00%


PULSATILE TINNITUS (N=16 TRIAL PATIENTS)
Resolved, 100.00%