# Exhibit A

## 3 of 3

# Results: Visual Outcomes


Visual Fields (18 patients; 36 eyes)
Mean Deviation (dB)
5.00
0.00
-5.00
-10.00
-15.00
-20.00
-25.00
-30.00
-35.00
-40.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36
Eye
Mean (PRE) = -11.25 dB
Mean (POST) = -5.44 dB
PRE
POST


Frisén Grade (18 patients, 36 eyes)
Mean (PRE) = 2.33
Mean (POST) = 0.58
Grade of Papilledema
0
1
2
3
4
5
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42
Eye
PRE
POST

# Ocular Coherence Tomography (OCT)




Dinkin and Rizzo. 2008

From Zeiss Cirrus OCT Wall Poster



RNFL Deviation Map



Disc Center(-0.21,-0.33)mm




Retinal Nerve Fiber Layer Thickness (n=31 eyes)
RNFL Thickness (μ)
500
450
400
350
300
250
200
150
100
50
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31
Eye
Mean (PRE) = 216.3 μ
Mean (POST) = 92.9 μ
PRE
POST



Effect on opening pressure at 3 months
90
80
70
60
50
40
30
20
10
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45
PRE
POST


Effect on opening pressure at 3 months
90
80
70
60
50
40
30
20
10
0
retreatment
no improvement
not a good candidate
off Diamox
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45
PRE POST

# Diamox at 3 months

- Average Diamox dose pre stent: 980 mg
- Average Diamox dose post-stent: 284 mg

- Extrinsic stenosis:
  - 1133 to 396 mg (change of 737)
- Intrinsic stenosis
  - 772 to 142 mg (change of 630)

- Off Diamox:
- pre-stent: 18/54
- post-stent: 39/54


Diamox usage at 3 months
4500
4000
3500
3000
2500
2000
1500
1000
500
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54
PRE POST

# Weight changes at 3 months

- Average weight pre stent: 96.24 kg
- Average weight post stent: 103 kg

- Average BMI increased from 35.5 to 36.1

- 7 patients had weight loss (1-4 kg)
- 24 patients had weight gain (1-13 kg)
- 23 patients stable (within 1 kg)

# Retreatment

- 7/54 patients required retreatment with repeat stent for new stenosis adjacent to the stent
    - 1 required 3 stent procedures
    - 1 required shunt after 2nd stent

- Time to retreat:
    - 3 months to 3 years (average 15 months)


Initial Symptoms (n=54)
Percentage
100.00%
80.00%
60.00%
40.00%
20.00%
0.00%
Headache
Pulsatile tinnitus
Diplopia
TVO
Symptoms


HEADACHE (N=54)
5([VALUE])
Unchanged
19([VALUE])
Resolved
Improved
29([VALUE])


PULSATILE TINNITUS (N=43)
1 ([VALUE])
Unchanged
9 ([VALUE])
Improved
Resolved
33 ([VALUE])




**Fig 5. Impact of venous sinus stenting on Tinnitus severity (THI sum score).** The tinnitus severity based on THI sum score before (blue) and after (orange) the venous stenting for individual patients were plotted along the horizontal axis and THI sum score was marked along the vertical axis. Complete resolution of tinnitus was noted in all except one patient following venous stenting. Evaluation based on sum score provides clear difference in the tinnitus improvement, especially in THI grade-1 patients (Patient-9).

PLOS | ONE

RESEARCH ARTICLE

# Resolution of Pulsatile Tinnitus after Venous Sinus Stenting in Patients with Idiopathic Intracranial Hypertension

**Srikanth Boddu[1☯*], Marc Dinkin[2‡], Maria Suurna[3‡], Kelly Hannsgen[1‡], Xem Bui[1‡], Athos Patsalides[1☯*]**

1 Department of Neurological surgery, Division of Interventional Neuroradiology, New York Presbyterian Hospital / Weill Cornell Medical Center, New York, New York, United States of America, 2 Department of Ophthalmology, New York Presbyterian Hospital / Weill Cornell Medical Center, New York, New York, United States of America, 3 Department of Otolaryngology, New York Presbyterian Hospital / Weill Cornell Medical Center, New York, New York, United States of America

☯ These authors contributed equally to this work.
‡ These authors also contributed equally to this work.
* sboddu6@gmail.com (SB); atp9002@med.cornell.edu (AP)

CrossMark


DIPLOPIA (N=17)
[CATEGORY NAME] [VALUE]
6([VALUE])
Improved
Resolved
12([VALUE])


TRANSIENT VISUAL OBSCURATIONS (N=23)
Unchanged, 0.00%
[VALUE]
Improved
Resolved
[VALUE]

# Visual Outcomes among patients with ≥ 1 eye with ≥ grade 2 papilledema (n=24)


Mean (PRE) = -10.1 dB
Mean (POST) = -4.67 dB
Visual Fields (n=48 eyes with papilledema)
Mean Deviation (dB)
5.00
0.00
-5.00
-10.00
-15.00
-20.00
-25.00
-30.00
-35.00
-40.00
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48
Eye
PRE
POST


Frisén Grade (n=48 eyes)
Mean (PRE) = 2.37
Mean (POST) = 0.56
Grade
0
1
2
3
4
5
6
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48
Eye
PRE
POST


Retinal Nerve Fiber Layer Thickness (n=43 eyes)
RNFL Thickness (µ)
500
450
400
350
300
250
200
150
100
50
0
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43
Eyes
PRE POST
Mean (PRE) = 209 µ
Mean (POST) = 96.7 µ

# Conclusion

- In select patients, angioplasty and stenting of stenosis may lead to improved symptoms, visual fields and degree of papilledema and appears to be safe.
- Of symptoms, headache remains most resistant to therapy.
- Most patients showed a significant reduction in opening pressure despite either stable or decreased medical therapy.
- ICP appears to normalize fast enough to protect the optic nerve in the majority of patients.
- The development of a clinically-significant tandem stenosis may occur (13%) but can be re-treated. A longer stent may prevent this problem.

# Limitations

- Uncontrolled study without direct comparison with alternative treatments
- Patients and physicians not-blinded.
- Placebo effect may contribute to symptom improvement
- In some cases, improvement may reflect delayed effect of medications
- Conclusions about safety need to be tempered by the fact that all procedures done by a highly experienced practitioner.

| | | Headache Outcome | | | TVO | | Pulsaile Tinnitus | | Diplopia | | "Visual symptoms" | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | n | Pre | Resolved | Improved | Pre | Post | Pre | Post | Pre | Post | Pre | Impr/resolved |
| Higgins (2003) | 12 | 12 | 5 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | NA | NA |
| Ogungbo (2003) | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Rajpal (2005) | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| Paquet (2007) | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crosa (2007) | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Donnet (2008) | 10 | 10 | 6 | 2 | 10 | 0 | 9 | 0 | 0 | 0 | 10 | 5 |
| Arac (2009) | 1 | 1 | 0 | 1 | 1 | NA | 1 | 0 | 0 | 0 | 0 | 0 |
| Bussiere (2010) | 10 | 10 | 2 | 8 | 0 | 0 | 3 | NA | 0 | 0 | NA | NA |
| Zheng (2010) | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Spilberg (2010) | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Ahmed (2011) | 52 | 43 | 35 | 8 | 19 | 0 | 17 | 0 | 6 | 0 | 25 | 25 |
| Albequerque (2011) | 18 | 15 | 2 | 12 | NA | NA | NA | NA | NA | NA | NA | NA |
| Kumpe (2012) | 18 | 12 | 2 | 8 | NA | NA | NA | NA | NA | NA | NA | NA |
| Ahmed (2012) | 18 | 17 | 0 | 16 | 0 | 0 | 11 | 0 | 0 | 0 | NA | NA |
| He (2012) | 24 | 24 | 10 | 6 | NA | NA | 2 | NA | 6 | NA | NA | NA |
| Lazzaro (2012) | 3 | 3 | 0 | 2 | 0 | NA | 0 | NA | 0 | NA | 1 | 1 |
| Fields (2013) | 15 | 15 | 2 | 8 | 0 | NA | 14 | 3 | 0 | NA | NA | NA |
| Rahdvany (2013) | 12 | 12 | 2 | 5 | NA | NA | 11 | 3 | NA | NA | NA | NA |
| Fargen (2013) | 1 | 1 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Ding (2014) | 1 | 1 | 1 | 0 | NA | NA | NA | NA | NA | NA | NA | NA |
| Ducruet (2014) | 30 | 27 | 0 | 19 | NA | NA | NA | NA | NA | NA | NA | NA |
| Teleb (2015) | 17 | 17 | 9 | 6 | NA | NA | 5 | 1 | NA | NA | 18 | 14 |
| Elder (2015) | 4 | 4 | 0 | 4 | 0 | 0 | 2 | 1 | 0 | 0 | NA | NA |
| Smith (2016) | 17 | 17 | 0 | 15 | 17 | 13 | 8 | 5 | 17 | NA | 17 | 15 |
| Dinkin (2016) | 13 | 13 | 4 | 7 | 10 | 2 | 11 | 0 | 6 | 3 | 13 | 13 |
| Total | 282 | 260 | 84 | 131 | 62 | 15 | 94 | 13 | 36 | 3 | 89 | 78 |
| Percentage | | 92.2% | 32.3% | 50.4% | 22.0% | 24.2% | 33.3% | 13.8% | 12.8% | 8.3% | 31.6% | 87.6% |

| | | Visual Acuity (eyes) | | | Visual Fields (eyes) | | | | Papilledema (patients) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | n | Initial loss | Improved | Final VA ≥20/25 | Loss initial | ↑ | No Δ | ↓ | Present at onset | Resolved | ↑ | Optic atrophy |
| Higgins (2003) | 12 | NA | NA | NA | NA | NA | NA | NA | 8 | 4 | 1 | 0 |
| Ogungbo (2003) | 1 | NA | NA | NA | NA | NA | NA | NA | 1 | 0 | 1 | 0 |
| Rajpal (2005) | 1 | 2 | NA | NA | NA | NA | NA | NA | 1 | 1 | 0 | 0 |
| Paquet (2007) | 1 | 2 | 2 | 2 | NA | NA | NA | NA | 1 | 1 | 0 | 0 |
| Crosa (2007) | 1 | 2 | NA | NA | NA | NA | NA | NA | 1 | 0 | 1 | 0 |
| Donnet (2008) | 10 | 15 | 12 | 13 | NA | NA | NA | NA | 10 | 10 | 0 | 2 |
| Arac (2009) | 1 | 2 | NA | NA | NA | NA | NA | NA | 0 | 0 | 0 | 0 |
| Bussiere (2010) | 10 | 8 | 5 | 15 | NA | NA | NA | NA | 9 | 5 | 4 | 1 |
| Zheng (2010) | 1 | NA | NA | NA | NA | NA | NA | NA | 1 | 1 | 0 | 0 |
| Spilberg (2010) | 1 | NA | NA | NA | NA | NA | NA | NA | 1 | 1 | 0 | 0 |
| Ahmed (2011) | 52 | 26 | 18 | 48 | 60## | 46 | 14 | 0 | 46 | 46 | 0 | 4 |
| Albequerque (2011) | 18 | NA | NA | NA | NA | NA | NA | NA | NA* | NA | NA | NA |
| Kumpe (2012) | 18 | NA | 30# | NA | NA | NA | NA | NA | 17 | 15 | 0 | 0 |
| Ahmed (2012) | 18 | 3 | 1 | NA | 7 | 5 | 2 | 1 | 13 | 13 | 0 | 1 |
| He (2012) | 24 | 36 | 26 | NA | NA | NA | NA | NA | 14 | 5 | 5 | 1 |
| Lazzaro (2012) | 3 | 4 | 4 | NA | NA | 2 | 1 | NA | 3 | 1 | 2 | 1 |
| Fields (2013) | 15 | 28 | 10 | 20 | NA | NA | NA | NA | 15 | 15 | 0 | 1 |
| Rahdvany (2013) | 12 | 24 | 12 | 22 | 21 | 12 | 7 | 5 | 12 | 11 | 0 | 0 |
| Fargen (2013) | 1 | 2 | 0 | 0 | NA | NA | NA | NA | 1 | 1 | 0 | 2 |
| Ding (2014) | 1 | NA | NA | NA | 1 | 1 | 0 | 0 | 1 | NA | NA | NA |
| Ducruet (2014) | 30 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Teleb (2015) | 17 | NA | NA | NA | NA | NA | NA | NA | 16 | 0 | 15** | NA |
| Elder (2015) | 4 | 6 | 2 | 6 | 6 | 4 | 0 | 2 | 4 | 4 | 0 | 1 |
| Smith (2016) | 17 | NA | NA | NA | NA | NA | NA | NA | 11 | 0 | 9 | NA |
| Dinkin (2016) | 13 | 6 | 5 | 23 | 25 | 19 | 3 | 2 | 13 | 11 | 1 | 2 |
| **Total** | **282** | **166** | **97** | **149** | **120** | **89** | **27** | **10** | **199** | **145** | **39** | **16** |
| **Percentage** | | **58.9%** | **58.4%** | **89.8%** | **42.6%** | **74.2%** | **22.5%** | **8.3%** | **70.6%** | **72.9%** | **19.6%** | **8.0%** |

| Complications | # | % |
|---|---|---|
| Ipsilateral HA | 84 | 30.2% |
| Stent Thrombosis | 2 | 0.7% |
| Transient Hearing Loss | 4 | 1.4% |
| Restenosis | 0 | 0.0% |
| Allergy | 2 | 0.7% |
| Anaphylaixis | 1 | 0.4% |
| Extravasation | 1 | 0.4% |
| Vision Loss | 1 | 0.4% |
| Stent Migration | 1 | 0.4% |
| DVT | 1 | 0.4% |
| TS Thrombosis | 1 | 0.4% |
| SDH/ICH | 4 | 1.4% |
| Ataxia | 0 | 0.0% |
| Retroperitoneal hemorrhage | 2 | 0.7% |
| Femoral Pseudoaneurysm | 2 | 0.7% |
| Urinary tract inection | 1 | 0.4% |
| Ruptured Ovarian Cyst | 1 | 0.4% |
| Syncope | 1 | 0.4% |
| Death (attributed to anesthesia) | 1 | 0.4% |

(Higgins, 2003) – treated with thrombolytics and were asymptomatic. (no ASA had been used)

(Ahmed) – Stent may have contributed to "malignant intracranial hypertension" through blockage of Vein of Labbe

# Future Directions

**VPS**

**vs.**

**Stenting**

Sham stent

vs.

Stent?

Ethical challenges

# Acknowledgements

- Erik Kobylarz, MD
- Cristiano Oliveira, MD
- Pierre Gobin, MD
- Jeff Greenfield, MD, PhD
- Jessica Wilcox, MD
- Srikanth Boddu, MD
- Paul Christos