**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)**

**17-MD-2767 (PAE)**
**17-MC-2767 (PAE)**

***This Document Relates To All Actions***

**INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO EXCLUDE THE GENERAL CAUSATION EXPERT TESTIMONY OF WILLIAM JUSKO, PH.D.**

**Exhibit A** January 18, 2018 Expert Report of William Jusko, Ph.D.

**Exhibit B** February 8, 2018 Deposition of William Jusko, Ph.D.

**Exhibit C** November 21, 2017 30(b)(6) Deposition of Birte Hofmann

**Exhibit D** December 4, 2017 Defendants' Objections and Responses to Plaintiffs' Second Set of Requests for Admissions

**Exhibit E** Mirena Prescribing Information. Whippany, NJ: Bayer HealthCare Pharmaceuticals Inc; May 2017

**Exhibit F1** Lu NZ, et al., International Union of Pharmacology. LXV. The Pharmacology and Classification of the Nuclear Receptor Superfamily: Glucocorticoid, Mineralocorticoid, Progesterone, and Androgen Receptors, PHARMACOLOGICAL REVIEWS 58(4):782-797 (2006)

**Exhibit F2** Apter, D. et al., Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. Fertil. Steril. 2014;101(6):1656-1662

**Exhibit F3** McGeeney BE & Friedman DI, Pseudotumor Cerebri Pathology, Headache 2014;54:445-458

**Exhibit F4** Salpietro V, Arrigo T, Loddo I, et al. Idiopathic Intracranial Hypertension: a unifying neuroendocrine hypothesis is possible? The Child: A Journal of Pediatrics, 2012;1(2)

**Exhibit F5** Kempegowda P, et al. 2016 Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity. Presented at 18th European Congress of Endocrinology 2016, Munich, Germany. Endocrine Abstracts 41 EP728

**Exhibit G** Jusko WJ, Perspectives on variability in pharmacokinetics of an oral contraceptive product. *Contraception*. 2017; 95(1): 5–9

**Exhibit H1** Moore et al., Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells, 357 MOLECULAR & CELLULAR ENDOCRINOL. 60-70 (2012)

**Exhibit H2** Botella et al., Lack of estrogenic potential of progesterone- or 19-nor-progesterone-derived progestins as opposed to testosterone or 19-nor-testosterone derivatives on endometrial Ishikawa cells, J. Steroid Biochem. Mol. Biol. 55(1):77-84 (1995)

**Exhibit H3** Garcia-Becerra et al., Comparative evaluation of androgen and progesterone receptor transcription selectivity indices of 19-nortestosterone-derived progestins, 91 J. Steroid Biochem. Mol. Biol. 21-27 (2004)

**Exhibit H4** Kuhl H, Pharmacology of estrogens and progestogens: influence of different routes of administration, 8(S1) Climacteric 3-63 (2005)

**Exhibit H5** Kumar et al., Nestorone: a progestin with a unique pharmacological profile, 65 STEROIDS 629-36 (2000)

**Exhibit H6** Mueck & Sitruk-Ware, Nomegestrol acetate, a novel progestogen for oral contraception, 76 Steroids 531-9 (2011)

**Exhibit H7** Philibert et al., The pharmacological profile of a novel norpregnane progestin (trimegestone), 13 Gynecol. Endocrinol. 316-26 (1999)

**Exhibit H8** Schindler et al., Classification and pharmacology of progestins, 46 Maturitas S7-S16 (2003)

**Exhibit H9** Africander, et al., Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception, 76 STEROIDS 636-52 (2011)

**Exhibit H10** Rolf Krattenmacher, Drospirenone: pharmacology and pharmacokinetics of a unique progestogen *Contraception*. 2000; 62:29-38

**Exhibit H11** Winneker RC, et al., The preclinical biology of a new potent and selective progestin: trimegestone 68 Steroids 915-20 (2003)

**Exhibit H12** Zhang et al., In vitro characterization of trimegestone: a new potent and selective progestin, 65 Steroids 637-43 (2000)

**Exhibit H13** Lundeen, et al., Rat uterine complement C3 expression as a model for progesterone receptor modulators: characterization of the new progestin trimegestone, J Steroid Biochem Mol Biol 78 (2001) 137-143

**Exhibit H14** Muhn P, et al., Drospirenone: a Novel Progestogen with Antimineralocorticoid and Antiandrogenic Activity, ANNALS NEW YORK ACADEMY OF SCIENCES 311-35 (1995)

**Exhibit I** May 26, 2016 Deposition of William Jusko, Ph.D.

**Exhibit J** Kancheva R, Hill M, Novak Z, Chrastina J, Kancheva L, and Starka, Neuroactive steroids in periphery and cerebrospinal fluid, Neuroscience 191: 22-27, 2011

Dated: March 2, 2018

Respectfully submitted,

*/s/ Lawrence L. Jones II*
Lawrence L. Jones II
Jones Ward PLC
*Co-Lead Counsel for Plaintiffs*

Martin D. Crump
Davis & Crump PC
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
*Liaison Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed via the ECF/CM system with the Clerk of the Court, which will have sent notice to all attorneys of record in this matter on March 2, 2018.

/s/ *Lawrence L. Jones II*

Lawrence L. Jones