# EXHIBIT A

## Jan. 18, 2018 Expert Report of William Jusko, Ph.D.

Δ π EXHIBIT 2
Deponent Jusko
Date 2/8/18 Rptr. Lt
WWW.DEPOBOOK.COM

**Mirena Products Liability**
Expert Report of William J Jusko, PhD

## I. Introduction

1. I have been retained as an expert consultant in this proceeding. Although I am being compensated at my normal consulting rate for the time I spend on this matter, no part of my compensation is dependent on the outcome of this proceeding, and I have no other interest in this proceeding.

2. I hold all opinions expressed throughout my report to a reasonable degree of scientific certainty. In sum:

- Levonorgestrel serum[1] concentrations in women are only moderately variable, including plasma concentrations in women using Mirena. Serum LNG concentrations in women using Mirena are not more variable than serum LNG concentrations in women using other LNG-containing contraceptive products, decline over years of use, and have not been shown to be excessive in any given individual.
- While administration of LNG alone results in a small decrease in SHBG, the free LNG concentration available in the body is far lower with Mirena than with commonly-used hormonal contraceptives.
- Progestin serum concentrations are lower in obese women of reproductive age than women of normal weight, while estrogen and testosterone serum concentrations are higher. Mirena use does not increase total or free testosterone serum concentrations.
- Total and free LNG serum concentrations for Mirena and most contraceptive products are, on average, lower in obese women than women of normal weight. Therefore, any hormonal side effects caused by LNG should be lesser in obese women.
- Levonorgestrel serum concentrations are markedly lower with Mirena than with both subcutaneous implants and oral contraceptives, and are lower still in obese women. Any comparison of LNG exposures between products should look at average values, not extreme values—and, of course, without documented LNG measurements there is no basis for saying that serum LNG concentrations were higher in a particular user.
- The Mirena labeling accurately and reasonably communicates the most important pharmacologic information, including information on serum concentrations and pharmacokinetics.
- Suggestion that LNG causes Idiopathic Intracranial Hypertension (IIH) via activity at the mineralocorticoid and/or androgen receptors is entirely speculative and unsupported by any direct scientific evidence.

---

1 The terms 'serum' and 'plasma' concentrations are used interchangeably in this report as they typically yield identical drug concentrations and pharmacokinetics.

## II. Qualifications

3. I am the SUNY Distinguished Professor at the State University of New York at Buffalo in the Department of Pharmaceutical Sciences. I was Chair of the Department of Pharmaceutical Sciences from 2001-16 and have been the Director of the Center of Excellence in Pharmacokinetics and Pharmacodynamics since 2005. My primary area of expertise is in pharmaceutical sciences, particularly pharmacokinetics and pharmacodynamics (PK/PD).

4. I received a B.S. in Pharmacy from the State University of New York at Buffalo in 1965. During my undergraduate studies and after receiving my Bachelor's degree, I worked as a pharmacist at Children's Hospital of Buffalo.

5. I earned my Ph.D. in pharmaceutical sciences with an emphasis on pharmacokinetics from the State University of New York at Buffalo in 1970. Following my doctoral studies, I became Assistant Professor of Pharmacology at Boston University School of Medicine and served as a Clinical Pharmacologist at the Boston Veterans Administration Hospital.

6. In 1972, I returned to the State University of New York at Buffalo as an Assistant Professor of Pharmaceutics and Director of the Clinical Pharmacokinetics Laboratory at Millard Fillmore Hospital and have remained a professor at the University ever since. I have taught a wide variety of courses during that time, including those that cover the pharmacokinetics and pharmacodynamics of diverse therapeutic agents. For over 20 years, I have given post-graduate courses in which professionals from the industry, FDA, and other academic institutes come to Buffalo for instruction in pharmacokinetics and pharmacodynamics. I also provide such instruction to industry professionals at their companies as well as other locations throughout the world.

7. Over the course of my career, I have pursued clinical studies with oral contraceptives including levonorgestrel (LNG) and ethinylestradiol (EE) and their interactions with other drugs and clinical factors such as smoking. This has resulted in publications such as Kanarkowski et al (1). More recently, I have addressed the issue of variability of oral LNG/EE products (2) and reviewed the literature regarding the effects of obesity on the pharmacokinetics of progestins in women (3). Much of my research has been devoted to the PK/PD of steroid hormones (corticosteroids). In particular, we routinely measure their receptor binding, assess subsequent genomic, proteomic, biochemical, physiologic, and pharmacologic responses to these drugs, and develop mechanistic mathematical models to account for these processes. These studies include developing new theory and methodology and take place in vitro (cells and tissues), in animals, and in human subjects.

8. During my 50-year career as a researcher in the field of pharmaceutical sciences, I have served as a consultant for the National Institutes of Health (NIH), United States Food and Drug Administration (FDA), and various pharmaceutical companies, such as Amgen, Genentech Inc., Pfizer Inc., Johnson & Johnson, and Roche, among others. Part of my consulting work with Wyeth (now Pfizer) involved the PK/PD of contraceptive steroids and the development of the LNG subcutaneous implant, Norplant.

9. I have authored or co-authored over 600 publications, which are primarily in peer-reviewed journals as well as several book chapters. I also serve or have served on the editorial board of several journals, including *Clinical Pharmacology and Therapeutics*, *Journal of Clinical Pharmacology*, and *Biopharmaceutics and Drug Disposition*. I have been the editor-in-chief of the *Journal of Pharmacokinetics and Pharmacodynamics* since 2005.

10. I have received numerous professional awards with the most recent including the William B Abrams Lectureship Award jointly from the American Society for Clinical Pharmacology and Therapeutics (ASCPT) and the FDA (2016), the Distinguished Investigator Award from the American College of Clinical Pharmacology (2012), the Sheiner-Beal Pharmacometrics Award from the ASCPT (2013), and a *Doctor Honoris Causae* from the University of Paris Descartes (2015). I also received a *Doctor Honoris Causae* from Jagiellonian University, Krakow, Poland in 1987, as well as a coveted MERIT Award for my research funding on corticosteroids from the National Institutes of Health (2005-2015).

11. A full description of my background, awards, and qualifications can be found in my curriculum vitae attached as Appendix A to this report. A listing of the material I reviewed and relied upon in preparing this report is attached as Appendix C.

## III. Overview of the PK/PD of Levonorgestrel (LNG)

12. Pharmacokinetics is the study of the mechanisms and time-course of drug absorption, distribution, metabolism and excretion. Measurements of drug and metabolite concentrations in blood (or serum or plasma), tissues, and excreta over time results in the ability to obtain exposure values such as the maximum ($C_{max}$) and minimum ($C_{min}$) concentrations and Area Under the Curve (AUC) for each dose of drug administered. In turn, it is possible to calculate pharmacokinetic parameters such as Bioavailability (F), Clearance (CL), Volume of Distribution (Vd or Vss), and Half-Life ($t_{1/2}$). Often the parameter CL/F is calculated from Dose/AUC when the drug is given orally.

An example of the PK of an oral dose of LNG is provided in Figure 1. The graph shows the plasma concentration (pg/mL) versus time (hours after taking the oral dose) profile of LNG from a recent study where women were receiving 150 mcg of LNG and 30 mcg of ethinylestradiol once-daily (dosing interval, $\tau$) (4). After several days of such daily dosing, the women attained "steady-state" where the plasma concentrations ($C_{max}$, $C_{min}$, and AUC) would be similar from day-to-day. The half-life is reflected in the terminal decline phase.




Figure 1.

Time-course of LNG plasma concentrations during daily ($\tau$ = 24 h) multiple-dosing with 150 mcg LNG and 30 mcg EE. The AUC is obtained over 0 to 24 hr and the $t_{1/2}$ can be calculated for the time interval of 6 to 24 hours.

(Data from Ref. 4)

13. Pharmacodynamics is the study of the mechanisms and time-course of drug effects with the goal of understanding the dose- and concentration-response and/or toxicity relationships of the drug. Parameters such as maximum effects ($E_{max}$) and sensitivity ($EC_{50}$, the drug concentration at one-half of the $E_{max}$) are sought. Advanced mathematical, statistical, and computer methods and expertise are needed for the proper analysis and interpretation of typical experimental data from animals or humans. The Food & Drug Administration has numerous long-established guidances providing advice on design and analysis of clinical studies to assess various aspects of the PK/PD of therapeutic agents (e.g., 5).

14. Obesity is a complicating factor in the PK/PD of drugs and hormones. The increase in body weight, besides adding the mass of excess adipose tissue, produces variable changes in renal, hepatic, endocrine, and other organ functions. For example, we found that obesity produced a large decrease in the rate of metabolism (clearance) of the corticosteroid methylprednisolone (6). A review of the role of obesity in the pharmacokinetics of various drugs was provided by Hanley et al (7). My review of the obesity and contraceptive literature indicates that all progestins in clinical use as contraceptives, including LNG, exhibit lower serum concentrations in obese compared to normal body weight women (3). A recent report showing similar findings after dosing with 1.5 mg oral LNG has been published (8).

It can be noted that some, but not all, epidemiological studies have indicated that increased body weight in women may be associated with increased risk of oral contraceptive failure (9-11). At the same time, use of long acting reversible contraception, including Mirena, is increasing among obese women (12).

Obesity is accompanied by various biochemical changes including higher serum estrogen, lower progesterone, and decreased luteinizing hormone (LH) concentrations, along with altered rhythmic patterns of some of these during the menstrual cycle (13). Various reviews including by Smith (14) point out that "obesity is associated with multiple endocrine alterations as defined by changes in the level of

circulating hormones and changes in the pattern of secretion or clearance of these circulating molecules." Obese women also exhibit higher serum concentrations of testosterone than thin women (averaging 196 ng/dL when the Body Mass Index (BMI) is less than 22 and 246 ng/dL when BMI is greater than 30 (15).

The primary sex hormones are estradiol and progesterone that predominate in women, testosterone that predominates in men, and various related compounds including precursors such as pregnenolone and dehydroepiandrosterone (DHEA). The sex-related hormones that change in women during the menstrual cycle and pregnancy include estradiol, progesterone, luteinizing hormone (LH), and follicle stimulating hormone (FSH) (16-17). Normal serum concentrations of testosterone range from 240-950 ng/dL (total) and 4.26-20.7 ng/dL (free) in adult men aged 20-50 and 8-60 ng/dL (total) and 0.06-1.08 ng/dL in women aged 20-50 (18).

It appears that plaintiffs' experts are suggesting, if not claiming, that Mirena causes weight gain, and weight gain causes Idiopathic Intracranial Hypertension (IIH). While significant weight gain is a risk factor for IIH (19-21), the medical literature does not support the contention that Mirena causes weight gain (22-24). Having reviewed data from the Mirena clinical trials, the FDA (25) concluded that, "the levonorgestrel IUD had no significant effect on weight or blood pressure over time when compared to a copper IUD or oral contraceptive."

Plaintiffs' experts hypothesize that the LNG in Mirena decreases serum progesterone and/or increases testosterone concentrations in women, which may cause or contribute to cause IIH. Serum progesterone concentrations were measured in several Mirena clinical trials. In Schering Clinical Study Report A10982, overall endocrine test results in the entire safety population were within the reference (normal) ranges for fertile women with no changes from baseline over 12 months. (26) Only SHBG decreased. Similar results were observed in Bayer Healthcare Study (27) and also reported by Nilsson (28) and Pakarinen (29). Progesterone concentrations are lower in women who do not ovulate (but still within the normal range for premenopausal women). Anovulation is seen much more frequently in women taking Combined Oral Contraceptives (COCs), as reduced ovulation is the mechanism by which COCs prevent pregnancy.

Serum testosterone concentrations were also measured in Schering Study A10982 of Mirena and did not increase over the 12-month course of the study (26). Kovalevsky et al (30) assessed serum androgens in a group of women using Norplant. There were reductions in SHGB and total testosterone and other androgens, and no increase in free testosterone. Similar results were reported by Olsson, et al (31) in their study of "Norplant-2" and Norplant.

15. Marked increases in various sex hormones occur progressively during pregnancy (32, 33). For example, progesterone concentrations rise from 0.86 ng/mL non-pregnant to a mean of 70.45 ng/mL in the third trimester. The corresponding increase for estradiol is from less than 0.1 to a mean of 6.18 ng/mL. Concentrations of SHBG increase from 30-90 to about 400 nmol/L, indicating a protective effect in consideration of the high concentrations of the various hormones. Additional changes also

occur for prolactin, cortisol, and other factors creating a dynamic hormonal interplay for the control and maintenance of normal pregnancies.

16. The synthetic compounds frequently prescribed to regulate the menstrual cycle and alter ovarian and uterine function and thereby serve as contraceptive agents include ethinylestradiol (EE) and levonorgestrel (LNG). The racemic form, norgestrel, was synthesized in the 1950s. By 1978, LNG had been a long-established contraceptive agent, used in many different formulations (as discussed below) and is currently one of the best-studied synthetic progestins. Typical combined oral contraceptive (COC) dosage forms contain 10 to 50 mcg of EE and 100 to 150 mcg of LNG. Several other progestins are also found in various commercial products, while EE is present in nearly all combination products (34). The emergency contraceptive named 'Plan B' involves use of a single oral dose of 1.5 mg LNG.

17. The pharmacokinetics of LNG has been well-studied after various routes of administration and there is extensive early review literature (35, 36) and many detailed individual studies. For example, multiple daily oral 150 mcg doses of LNG with EE (the Microgynon 30 product) in young women produced a $C_{max}$ of about 6600 pg/mL at 2 hours after dosing, a $C_{min}$ of about 2300 pg/mL at 24 hours after dosing, an AUC of about 73000 pg.h/mL, and a half-life of about 34 hours as depicted in Figure 1 (4). While Fotherby (35) originally observed in 1995 "large variation among the different studies for the mean levonorgestrel concentrations after administration of the same dose", more recent carefully-controlled studies of currently available COC products show consistent pharmacokinetics of LNG with variability considered to be moderate (2). For example, a study with a different commercial COC product (Portia) with the same LNG and EE contents produced very similar exposure indices and pharmacokinetics as shown in Figure 1 for Microgynon 30 (37).

Our studies (1) in 1988 with 250 mcg doses of LNG (and 50 mcg EE, Ovral - Wyeth) clearly demonstrated the expected accumulation of both drugs with daily multiple-dosing and a longer half-life of 20 to 30 hours for LNG than seen in the early single-dose studies cited by Fotherby (35). As anticipated from its low molecular weight (312.4) and moderate lipophilicity (logP 3.3), LNG is well-absorbed after various routes of administration, does not undergo gastrointestinal metabolism, and is primarily eliminated by metabolic conversion to inactive compounds. It is strongly bound to sex hormone binding globulin (SHBG) with only 1-2% of the drug in serum being free (unbound to SHBG and albumin). Fotherby (35) described some complexity in LNG pharmacokinetics when given alone versus with EE. Higher serum concentrations of LNG are observed after dosing the OC combination (as we also found (1)) owing largely to reduced metabolism rates (reduced clearance) of LNG caused by EE. Dosing along with EE also results in increased SHBG concentrations to produce somewhat higher total LNG concentrations.

18. The binding of LNG to SHBG and the changes that occur in various circumstances complicates the interpretation of LNG concentrations in serum. As with several other hormones and fat-soluble vitamins, there is binding to specific circulating globulin proteins in plasma. This provides an added central plasma pool of the drug or hormone and serves to alter access to various tissues. The "Free Hormone Hypothesis" argues that binding of sex steroids to strongly binding proteins such as SHBG reduces the availability of free drug to diffuse into many body tissues (38). Thus SHBG binding of LNG

(and other sex steroids) has a protective role for many tissues. However, sites such as the endometrium with progestin receptors that bind the drug more strongly than do SHBG and albumin can readily take up the drug or hormone. Thus it is difficult to interpret the occurrence of more or less free drug or hormone and changes in SHBG without a more thorough understanding of the dynamics of the endocrine system.

Early studies by Kuhnz et al (39) showed that after a single oral dose of LNG with EE, about 1.3% of the drug is unbound, about 35% is bound to albumin and about 64% is bound to SHBG. With 3 monthly cycles of dosing of 150 mcg LNG and 30 mcg EE, SHBG concentrations increased from 80 (single-dose) and 109 (first cycle) to 132 nmol/L with about 68% binding to SHBG. On the other hand, they found that oral dosing of 150 mcg LNG alone produced a decrease of SHBG from 67 to 27 nmol/L. (40). However, as shown in the table below, the %Free of LNG, however, remained relatively constant. Later studies by Hammond et al (41) found that after similar multiple-dosing with 150 mcg LNG/30 mcg EE, most (87%) of the LNG in serum was bound to SHBG and %Free was 1.4%. The most recent study by Edelman et al (42) confirmed similar values in obese women who received 1.5 mg doses of LNG. Studies with Skyla, an IUS producing initial LNG concentrations of about 100 pg/mL resulted in SHBG concentrations slightly falling to about 20 nmol/L with the calculated unbound LNG of 1.5% (43, 44). Thus, in all of these instances, the free fraction or percentage of LNG remains about 1.3 to 1.7%, over a moderate range of SHBG concentrations. These observations are in accordance with theory as our mathematical simulations indicate that %Free can remain constant over a wide range of serum concentrations of proteins that bind drugs very strongly (45). Thus for LNG, free drug concentrations remain proportional to total serum LNG concentrations in spite of changes in SHBG. Furthermore, to the extent that small changes in the proportion of free LNG occur between EE-containing oral contraceptives and Mirena, the actual amount of free LNG in the serum is much greater for OCs.

| Parameter | After Single Dose | At Day 21 |
|---|---|---|
| SHBG | 67.4±22.0 nmol/l | 27.0±7.5 nmol/l |
| TOTAL LNG | 4300±1300 pg/ml | 2700±300 pg/ml |
| FREE LNG | 50±10 pg/ml | 40±10 pg/ml |

Measured SHBG and total and free LNG concentrations during oral dosing with LNG. Fraction unbound values are 1.1% (Day 1) and 1.7% (Day 21) [Ref. 40]

Most clinical PK studies report total serum concentrations of LNG rather than free drug (e.g., 1-4). Measuring unbound drug in serum can be a difficult process involving collection of extra blood and use of laboratory techniques such as equilibrium dialysis, ultrafiltration, or ultracentrifugation for separation of unbound drug and additional heat treatment to denature SHBG. It requires special expertise and is carried out in very few laboratories. Numerous analytical, disease, protein, dosing, and drug-related factors can alter the degree of drug binding to plasma proteins (45). Many pharmacokinetic studies thus measure only total LNG and SHBG and then may use a calculation method to estimate the possible unbound LNG concentration. The contraceptive literature for LNG products typically cites early literature data for LNG binding to albumin and SHBG rather than providing experimental values from new studies.

Some old studies report a parameter the authors refer to as the "Free Levonorgestrel Index" (FLI). This reflects the ratio of LNG [nmol/L] divided by SHBG [nmol/L] X 100, as an index of biologically-

available LNG (46). However, it should be noted that albumin binding of LNG is also occurring (39-41), and this ratio does not take into account albumin binding and variability in equilibrium dissociation constants. The FLI does not directly reflect actual free or unbound LNG and the usefulness of the FLI has not been verified with direct measurements of free LNG. In my research relating to LNG, I have never trusted the FLI because there are far more accurate methods to determine free LNG serum concentrations. The FLI was proposed partly because a similar index, the Free Androgen Index (FAI), has been used in regard to binding of testosterone to SHBG. A recent review (47) has described the FAI as "overly simplistic and inaccurate measure of free testosterone concentrations" and "most experts do not favor its use". Of importance, I also have not seen the FLI used in any of the product labeling that I have reviewed.

Fotherby et al (35) reported that LNG taken alone may significantly reduce serum SHBG; however, their review, published in 1995, did not include Mirena. This is significant because the overall dose and exposures of LNG with Mirena are much lower than with the formulations evaluated by Fotherby, and therefore the effect of Mirena on SHBG is much smaller. One study examining Mirena specifically (43) reported, in fact, that women experience only a very modest 15% reduction in SHBG. A more recent report indicates that SHBG values before Mirena implant were 51.5 nmol/L and fell to 43.7 nmol/L at 25 days and then held steady out to 5 years (44). In turn, such small changes produce insignificant changes in free concentrations of LNG. It is likely that this small change in SHBG during use of Mirena (compared to oral LNG) is due to the very low serum LNG concentrations that are produced, having little effect on the hepatic synthesis of SHBG.

Plaintiffs suggest that women with conditions like obesity that lower SHBG levels may also have a higher free fraction of levonorgestrel. Indeed, Edelman et al (42) found %Free of LNG after 1.5 mg doses to average 1.2% in obese women and 0.8% in normal women and attributed this to lower SHBG concentrations. However, both the total and free serum concentrations of LNG were lower in the obese women. Praditpan et al (8) also found lower SHBG concentrations in obese women who were given 1.5 mg doses of LNG and found that the total and free AUC of LNG was about half that in non-obese women. Contrary to plaintiffs' claims, obese women using Mirena or any LNG products are not exposed to greater concentrations of free LNG, and in fact are exposed to less, than non-obese women (3, 8, 42).

Plaintiffs claim that comparison of total serum LNG from Mirena versus products containing EE is complicated owing to EE producing increases in SHBG and that the role of free LNG should be stated. The literature indicates that free LNG is typically 1.3 to 1.7% of total serum LNG in women taking OC with EE (39-41) and similar percentages occur in women using IUS systems with only LNG (43, 44). The free LNG concentration will thus be proportional to the total LNG concentration. For example, if an OC product produces a $C_{max}$ of 7000 pg/mL, then the free LNG will be 105 pg/mL (1.5%). If Mirena produces early concentrations of 300 pg/mL, then free concentrations will be 4.5 pg/mL (1.5%). Even if, hypothetically, the percentage of free LNG were to double with Mirena as compared to the OC (from 1.5% to 3%), the free concentration of LNG with Mirena would be 9 pg/mL, still markedly lower than the free LNG with the OC product. The total and the free ratios between products remain constant and the differences in both total and free LNG produced by oral and IUS dosage forms remain substantial.

Therefore, regardless of a modest decrease in SHBG with Mirena, the absolute concentrations of free LNG are substantially less than with oral forms, even those also containing EE.

As reviewed by Fotherby (35), administration of EE jointly reduces LNG clearance and increases both free LNG and SHBG concentrations, both likely due to alterations of hepatic metabolism. There is further complexity in that the concentrations of free LNG (or of any drug) are controlled by its metabolic clearance and total plasma concentrations follow in relation to the degree of SHBG and albumin binding. This duality with respect to the role of protein binding is well-appreciated in pharmacokinetics. Provision of these and various additional details about SHBG in the product literature would be confusing to many and would not be sufficiently informative about factors controlling the pharmacokinetics and pharmacology of LNG.

The current Mirena product label (48) provides information that is consistent with some LNG product labels and states that LNG "is about 97.5 to 99% protein bound, principally to sex hormone binding globulin (SHBG) and, to a lesser extent, serum albumin." Further, most and even very recent (2, 3) clinical studies measured only total LNG concentrations. Current bioanalytical methodology involving use of LC/MS (liquid chromatography/mass spectrometry) and ultrafiltration allows for precise estimation of total, as well as free, LNG as seen in the Edelman publication (42).

19. The pharmacology of LNG and the various other progestins is complex. Like most steroids, they largely act through the nuclear receptor 'super-family' mechanisms where drug-receptor binding is followed by alteration of DNA-mediated transcription of various genes leading to further biochemical and physiological effects. Binding of drugs to diverse receptors in cell or tissue preparations is a common screening method to assess the potential for further activity of the compounds. However, such binding alone may not indicate whether the drug actions are agonism, antagonism, indirect, or have other complexities. It has long been recognized in pharmacology and with progestins that "In vitro study alone cannot establish efficacy...because binding affinity fails to discriminate between agonists, antagonists, and what may be called partial or incomplete agonists (49). Animal screening systems are often enacted to assess mechanisms of drug action and the potential for both desired and adverse pharmacological effects. The results of in vitro binding and activity studies depend upon a number of factors, including the tissues or cell lines used, the incubation conditions, and the preclinical assays. Such studies do not necessarily reflect the biologic activity of the compound being tested. (50, 51).

For example, our studies (52) with corticosteroids in animals have demonstrated that following distribution from plasma to cells, drug-receptor binding occurs in diverse organs such as the liver. Subsequently, after activation, the drug-receptor complex translocates into the nucleus and interacts with response elements on DNA to control gene transcription. There is both up-regulation (trans-activation) and down-regulation (trans-repression) of hundreds of genes and subsequent changes in protein expression over time leading to diverse downstream effects. These processes vary with each tissue in the body. As progestins act similarly, in fact interacting with various types of cell receptors, in order to draw conclusions about any contraceptive hormone and a proposed biological and clinical effect, it is necessary to relate the receptor binding pattern with clinical findings.

The pharmacokinetics, receptor binding, and clinical effects of many of the progestogens was reviewed by Kuhl in 1996 (51). He observed that there is "great variation between agents in their pharmacokinetic properties and hormonal effects". Fotherby (35) noted, "the complexities of the pharmacokinetics of levonorgestrel make it unlikely that these can be related to the pharmacodynamic activity of the gestagen". A diverse array of relative binding affinities for progesterone, androgen, and other receptors have been assessed with indication that all of the agents have antiestrogenic activities and cause endometrial transformation, but some show differences in androgenic activity. A "selectivity index" has been used to reflect the ratio of progestin to androgen receptor affinity to argue that the newer gestagens have a pharmacologic basis for reduced androgenic adverse effects (53). However, while receptor affinity can provide a theoretical pharmacologic basis for a differing adverse effect profile, the relationship between receptor affinity and the adverse effect profile is entirely speculative unless it correlates with clinical findings. Comprehensive reviews of the molecular mechanisms of steroid receptor-mediated actions of synthetic progestins have been constructed. (50, 54). These compounds bind to varying degrees to progesterone, glucocorticoid, androgen, mineralocorticoid, and estrogen receptors. Their ultimate beneficial and adverse clinical effects ensue from a diverse constellation of genomic and biochemical changes triggered by these receptors and modulated by the dose, pharmacokinetics, and numerous other factors.

Some reviews (53) have provided comparisons of Relative Binding Affinities (RBA) of various progestins for the five steroid receptor binding systems and discussed possible clinical relevance. Although Sitruk-Ware (57) reported weak LNG binding at the MR in human steroid receptors *in vitro*, many studies show no LNG-induced activity at the MR (e.g. 51, 55), and those that do show activity show anti-mineracorticoid activity (50, 54). The available evidence, therefore, does not support the theory that LNG causes adverse effects, or more effects than native progesterone, due to activity at the mineralocorticoid receptor.

Dr. Salpietro provides tables from Pollow et al (56) (rat kidney MR receptor) and Sitruk-Ware (57) (unspecified human MR receptor) for the proposition that LNG binds substantially to the MR. Importantly, from these two articles, it is clear that LNG has much less affinity to human MR receptors compared to rat MR receptors. Dr. Salpietro further indicates that Souque et al (58) attribute agonistic activity to progesterone at the MR receptor. In contrast, Souque utilizes functional cotransfection assays, a means of demonstrating regulation of gene activity, to demonstrate that "progesterone binds to MR with a high affinity and acts as an antagonist".

Most importantly, even if the facts about receptor binding and biological activity are incomplete, what really matters is whether the type of activity produced by binding at various receptors can be associated with the pathophysiology of IIH. None of plaintiffs' experts cited even one study that states that LNG is an MR agonist and can produce effects in the brain. I have looked for such studies myself, but found none. The studies I have reviewed indicate that LNG produces no MR activity or possible anti-MR activity.

Plaintiffs suggest it is "biologically plausible" that LNG may cause idiopathic intracranial hypertension (IIH) via interaction with mineralocorticoid and/or androgen receptors, but provide no

valid scientific data to demonstrate that their claims are more than hypotheses. As reviewed above, binding of any drugs to various receptors does not necessarily translate into clinical effects as the pharmacokinetics, sites of tissue distribution, binding mechanism, alternative mechanisms of triggering signaling processes, types of target tissues, and genomic, biochemical, and physiological processes create in vivo complexity that cannot be anticipated by receptor binding alone.

Plaintiffs have provided extensive reviews with abundant literature citations in an attempt to support their conjecture that LNG from Mirena could possibly produce IIH. I have seen unproven hypotheses in the literature that IIH may result from dysregulation of cerebrospinal fluid (CSF) production in the brain. Even if this were a proven mechanism by which IIH occurs, which it is not, this is unlikely to occur with Mirena, firstly because endogenous concentrations of progesterone, testosterone, and many other hormones have been shown to be extremely low in CSF, much less than unbound hormone in plasma (59). This is likely to be the case for LNG as well, but no assessments of LNG concentrations in CSF or brain could be found in the literature. Secondly, numerous factors, such as effects of corticosteroid withdrawal on CSF flow, have been directly studied with experiments in dogs (60). Besides employment of large animals, aspects of CSF dynamics have been assessed in mice, rats, and in vitro cell culture systems. In spite of claims having been raised more than 20 years ago that LNG may be associated with IIH, and appreciating that LNG is used by millions of women, the plaintiffs have not provided even one experimental study examining effects of LNG on CSF production, let alone an assessment that the very low serum concentrations of LNG from Mirena may be a causative factor in IIH.

## IV. Pharmacokinetics, Pharmacology, and Effects of Mirena

20. Mirena is an intrauterine system (IUS) developed by the Population Council in the late 1980's that delivers LNG locally (into the uterus) producing local contraceptive effects and steady low plasma concentrations of the drug (compared to oral dosing) (61, 62). The product was approved by the FDA in December 2000 (62). The local delivery appears to produce effective suppression of endometrial proliferation along with thickening and impenetrability of cervical mucous by sperm and perhaps other local effects. The Mirena IUS has a 32 mm T-shaped backbone and contains a cylindrical reservoir of 52 mg of LNG that produces continuous in vivo release through a regulating surface membrane. The IUS is approved for use (retention) for 5 years. The initial release rate is approximately 20 mcg LNG/24 hr declining progressively to half that amount over 5 years of usage (48).

Several publications and reports provide LNG concentrations in serum during long-term IUS retention of Mirena as listed in Table 1:

Table 1. Mean LNG (CV%)[2] Concentrations (pg/mL) in Serum Over Various IUS Durations

| Reference | 12-mo | 24-mo | 36-mo | 60-mo |
|---|---|---|---|---|
| Mirena Label 2000 (48) | 180 (37) | 192 (73) | NA[3] | 159 (37) |
| FDA Clinical Pharm Summary (62) | 180 (37) | 192 (73) | 143 (35) | 159 (37) |
| Seeber et al (63) | 191 (37) | 157 (43) | 134 (31) | 133 (29) |
| Apter et al (43) | 220 (est) | 218 (35) | 165 (40) | NA |
| FDA Clinical Pharm Review, Liletta (64) | 187 (22) | 150 (19) | 148 (49) | NA |
| Reinecke et al (44) | 177 (35) | 164 (35) | 153 (36) | 133 (37) |

[2]For ease of comparisons, Coefficients of Variation (CV%) are provided in this document. [3]NA: Not Available

The first two listings are from the initial NDA filing with the FDA (62). Some of the data are different assessments of the same studies. There is great consistency in mean LNG concentrations as well as moderate variability (CV%) in LNG concentrations at various times among these studies and reports. In addition, Apter et al (43) and Medicines 360 Inc (64) found 14-day concentrations of LNG of about 342 (43%) and 341 pg/mL that then continuously diminished over time as indicated above. The degree of variability – considered moderate (2) – is quite comparable to that seen with Jadelle, the two-rod implant containing 75 mg of LNG (44) as well as most of the studies with oral contraceptives containing LNG and EE (2).

Seeber et al (63) found that serum LNG concentrations from Mirena were lower in women with higher Body Mass Indices (BMI). Hidalgo et al (65) reported LNG concentrations of 253 (99 CV%) pg/mL during the first 2 months and also found lower LNG concentrations in obese women after 5 years. Medicines 360 (64) confirmed that obese women had about 25% lower LNG concentrations at various times during use of Mirena. Thus it has been observed that Mirena exhibits only moderate variability throughout the duration of its use and that obese women should have fewer purported adverse effects attributable to exposure to LNG from Mirena.




Figure 2. LNG concentrations at various times during IUS exposure of women to Mirena. Circles are mean values and vertical lines are standard deviations (SD).
Data from Ref. 43.

Apter et al (43) provided LNG (and SHBG) concentrations from the time of initial placement of Mirena out to 3 years of use as shown in Figure 2. The SHBG concentrations were 54.3 (42%) nmol/L at the beginning and stabilized at about 44 nmol/L after the first week, a stated decline "of approximately 15%". Similar findings were tabulated by Reinecke et al (44). Calculated unbound LNG concentrations remained fairly constant at about 1.5% of the total for a similar product delivering 19.5 mcg/24 hr of LNG. Apter et al (43) also listed ovulation rates and cervical function values in the Mirena users. Low and similar cervical scores were found over the 3 years, "indicating cervical mucus that is impenetrable by sperm".

21. Mirena acts by direct delivery of LNG to the endometrium. There is very little information in the literature regarding LNG concentrations in tissues in either animals or humans (35, 36, 51). Thus the FDA review of Mirena (62) described the clinical findings of Nilsson et al (66). Differing from Mirena, the studied IUS device contained 63 mg LNG releasing 30 mcg/day. It produced average serum concentrations of 202 (50 CV%) pg/mL at 36 to 49 days just prior to hysterectomies in the 7 women studied. Four other women received tablets containing 250 mcg LNG and 2 mg estradiol daily for 7 days before their hysterectomies and exhibited serum LNG concentrations of 559 (37%) pg/mL, presumably at 12 h after dosing. The concentrations of LNG in the endometrium averaged 808,000 (63%) pg/g in the IUS group and 3,500 pg/g in the OC group. Other tissues analyzed (fat, myometrium, and fallopian tube) had far lower LNG concentrations (1200 – 2400 pg/g). Both Nilsson (66) and the FDA (62) concluded, "This was expected as the LNG is released directly into the endometrium". Support for this can be found by estimating the in vivo concentrations of LNG in the diffusion layer (a thin static aqueous layer on the surface of a solid dosage form) adjacent to the IUS. The Mirena device is a cylinder 32 mm long with release from the surface membrane (61). The delivery rate of 30 mcg/24 hr in the IUS studied by Nilsson (66) equals 20,834 pg/min. If the diffusion layer concentration is assumed as the solubility of LNG in water of about 2,000,000 pg/mL, then these local LNG concentrations adjacent to the IUS could clearly produce the measured endometrium values of 808,000 pg/g.

Binding to progesterone receptors in the endometrium would be expected to produce relatively high (greater than 1) tissue/plasma ratios in spite of strong binding of LNG to SHBG. Thus the endometrial:plasma ratio of 3500:559 = 6.26 in the orally-dosed group is consistent with pharmacokinetic expectations.

Devoto et al (67) measured plasma and endometrial concentrations of LNG after 1.5 mg oral and vaginal doses in women. Vaginal dosing produced higher endometrial concentrations. These authors reported the tissue concentrations in relation to mg of tissue protein, so comparison with the Nilsson study is difficult.

22. It has been suggested that total serum LNG concentrations from Mirena may "spike" owing to changes or variability in individual metabolic clearances. This is conjecture with no supporting evidence. The several studies performed with Mirena (Table 1) demonstrate great consistency in LNG concentrations and the study by Seeber et al (63) and report by Reinecke et al (44) displaying individual LNG concentrations at various times for all subjects showed no unusually high values.

The term 'spike' is vague, generally meaning a very rapid rise in serum or plasma drug concentrations, but a simple calculation can show possible changes in LNG serum concentrations if metabolic clearance (CL) decreases, for example if there was a drug interaction. The mean steady-state serum concentration of any drug (Css) is determined by Input Rate / CL. If CL decreases by one-half, a substantial change, then the Css would increase two-fold once a new steady-state is reached. If CL decreases by half and volume of distribution (Vd) is constant, then the half-life would increase two-fold. As it takes 4-5 half-lives during multiple-dosing to reach a new steady-state, then any reduction in CL and doubling of Css would not be evident for about 10 days. Thus it is impossible for a reduction in CL to produce a rapid elevation of LNG concentrations. Only a slow rise in LNG concentrations would occur over 1 to 2 weeks.

23. Obesity, besides producing changes in sex hormone and SHBG homeostasis and possibly being associated with higher contraceptive failure rates, produces some complexity in relation to use of LNG. Pharmacokinetic reasons for this have been sought. With daily dosing of women with an OC containing 150 mcg LNG and 30 mcg EE, Westoff et al (37) found significantly lower AUC values of EE and slightly lower mean AUC values of LNG in obese women (79,900 pg h/mL) compared to normal weight women (85,800 pg h/mL). My review (3) observed that various progestogen products produce drug concentrations that are typically about 20% lower in obese women. Sivin et al (68) observed much lower serum LNG concentrations in heavier women using subcutaneous LNG rod implants. Both EE and LNG concentrations were found to be consistently lower in obese women during treatment with transdermal contraceptive patches containing these drugs (69).

Lower serum LNG concentrations are found in obese women using Mirena. Seeber et al (63) observed lower concentrations of LNG in women with a higher Body Mass Index. Medicines 360 (64) reported about 25% lower LNG concentrations at 12 months and later times during use of Mirena in obese women as well. A recent study by Creinin et al (70) with Mirena found LNG concentrations of

148.5 pg/mL in non-obese women and 103.2 pg/mL in obese women at 36 months. They showed a similar 31% difference for LNG20, a new IUS product containing LNG.

24. Plaintiffs' experts criticize Mirena for what they characterize as extreme, or at least unusual, variability in the LNG serum concentrations. The conventional approach to assessing variability and making comparisons in pharmacokinetics and clinical pharmacology is the consideration of statistical measures such as standard deviations (SD), confidence limits, and only sometimes the range. Citing the range alone is biased and neglects the behavior of the preponderance of the observed values. As listed in Table 1, the preponderance of data for LNG yield Coefficients of Variation (100 x SD/Mean) at various times during use of Mirena of 29 to 43%. Such values can be considered as quite typical for serum concentrations of most drugs after standard doses in healthy volunteers.

It is useful to compare the typical variability of drugs that are extensively metabolized as found in published studies primarily carried out in healthy volunteers. For this purpose, a random selection of $C_{max}$ values as listed in the pharmacokinetics section of the premier clinical pharmacology textbook, Goodman & Gilman (71), was made. The 16 drugs and their CV% values for $C_{max}$ after typical oral doses are as follows: amlodipine (39%), aripiprazole (15%), baclofen (31%), cyclosporine (35%), doxepin (39%), fentanyl (36%), fluphenazine (91%), haloperidol (48%), lamotrizine (16%), methylprednisolone (25%), midazolam (35%), oxybutynin (33%), propranolol (16%), rifampin (54%), and ziprasidone (29%). Thus the overall inter-subject variability of individual LNG serum concentrations observed with use of Mirena (29 to 43%) is quite typical of many drugs – i.e. not considered large – but clearly moderate.

The more contemporary pharmacokinetic studies (2) with typical doses of current products on the market containing LNG demonstrate much less inter-subject variability than found in the early studies and products such as cited by Fotherby in 1995 (35). Numerous pharmaceutical companies use OC products containing 150 mcg LNG and 30 mcg EE for the assessment of possible drug interactions that may affect OC pharmacokinetics. The studies typically involve a 1-cycle pre-study OC regimen followed by a cross-over study of the PK of LNG and EE at 14 to 21 days into the second and third monthly dosing cycles with the OC product. Reference 2 provides a table listing pharmacokinetic parameters for LNG from 17 such types of studies carried out mostly over the past 20 years in healthy women including results from Ref. 31 and 33. Each of the studies typically shows moderate variability (20-40 CV%) in the $C_{max}$, $C_{min}$, and AUC values of LNG for their groups of women. Further these values are notably quite similar from study to study in spite of often different OC products, investigators, countries, study dates, and bioanalytical assays utilized. Calling LNG a 'highly variable drug' (72), especially during routine use, is clearly an outdated concept.

In addition, studies of variability of drugs must take into account differences in route of administration. The LNG concentrations measured at various times after exposure to Mirena from several sources and demonstrated in Table 1 and Figure 2 show highly consistent values with clearly moderate variability as indicated by CV% values typically about 40% or less.

## V. Comparison of Oral, Subcutaneous, and IUS Dosing of LNG

25. Levonorgestrel can be given by various routes of administration. The serum or plasma concentrations of LNG have been reported after oral, vaginal, subcutaneous, dermal, and intra-uterine administration. Once released from the dosage form, LNG exhibits relatively rapid absorption with reported nearly 100% bioavailability (F) (61).

Single oral doses of LNG of 1.5 mg (1500 mcg) can be taken by women for emergency contraception. Mean plasma concentrations ($C_{max}$) were 15,400 (25 CV%) pg/mL at 2 hours and the $t_{1/2}$ averaged 29.3 (19%) hours in 12 lactating women (73). Variability was obviously modest.

Dosing with oral contraceptives (OC) produces serum concentrations of LNG that fluctuate during a daily dosing regimen with peak concentrations ($C_{max}$) usually occurring about 2 hours after the dose that decline to the trough ($C_{min}$) at 24 hours, in turn producing a typical profile and a terminal half-life of the drug of about 30 hours, especially during multiple-dosing (Figure 1). During repeated daily dosing, such a half-life results in natural build-up (accumulation) of the drug with rising $C_{max}$ and $C_{min}$ values with a steady-state (consistent $C_{max}$ and $C_{min}$ values) expected after about 4 to 5 half-lives (4 days) such as shown in Figure 1. Tissue concentrations will fluctuate in tandem, usually with a delay owing to the time needed for distribution to and from plasma. A common goal in drug therapy is to maintain plasma and tissue drug concentrations sufficiently high to occupy tissue receptors over the entire dosing interval. There are observations that maintaining LNG serum concentrations above 140 pg/mL may be sufficient for contraception for an implant (74). With oral dosing, part of the dose of drug is 'wasted' or excessive, owing to the high serum concentrations, the $C_{max}$ being much greater than $C_{min}$, and distribution to diverse secondary tissues throughout the body (possibly resulting in secondary adverse effects). However, giving drugs orally is convenient and the 'extra' amount of drug compensates for the added variability and uncertainty in the therapeutic effects related to inter-patient differences in various factors such as pharmacokinetics, body weights, food- and drug-interactions, as well as concerns regarding patient compliance with daily self-administration.

Mirena is placed in the uterus by a medical professional with retention of the IUS approved by the FDA for 5 years. The relative efficacy and safety in use of this old and well-studied drug and this method of contraception is well-established as described in the FDA review (62). The delivery rates from the device have been characterized with an initial release rate of 20 mcg/day (43, 48). In addition to Mirena producing very steady serum concentrations as described above, Seeber et al (63) showed that release from Mirena can continue for as long as 8.5 years. The daily large $C_{max}/C_{min}$ fluctuations seen with OC and the need for co-administration with EE are obviated with the IUS but, most importantly, the primary effects of the drug are produced by diffusion from the device directly into the uterine tissues, the primary site of action. While LNG subsequently diffuses from the endometrium into plasma and then to other tissues, the plasma concentrations produced by Mirena (130 to 340 pg/mL) are far lower than found with typical OCs. For example, numerous studies (2) observed average LNG $C_{max}$ values of about 7000 pg/mL and $C_{min}$ values of about 2500 pg/mL in women taking an OC daily containing 150 mg LNG and 30 mcg EE, very similar to the profiles depicted in Figure 1. A comparison of

the usual serum concentrations of LNG during use of Mirena compared to those from women taking a typical OC containing 150 mcg LNG and 30 mcg EE is shown in Figure 3.




Figure 3.

Comparison of typical LNG serum concentrations during oral dosing of a 150 mcg LNG/30 mcg EE product and Mirena. Values for Mirena are from Table 1.

26. The subcutaneous product Norplant consists of Silastic rods that release LNG over several years producing a steady input rate of 60 to 80 mcg/day initially that later diminishes to about 30 mcg/day (46). This produces early plasma concentrations averaging about 450 pg/mL that decline to about 250 pg/mL over 3 years. The first-week concentrations of LNG are much higher ranging from 639-3524 pg/ml (74). Serum LNG concentrations after Norplant were appreciably lower in women with higher body weights (68). In presenting results from studies with Norplant, Sivin et al (68) stated that "recent Population Council studies indicate that individual [LNG plasma] concentrations above 140 pg/mL appear to be protective for most long-term users" and observed from their data that "the threshold for pregnancy lies below 200 pg/mL".

IIH. Further, as LNG concentrations are lower in obese women using Mirena as well as other contraceptives delivering LNG, obese women should have reduced exposures and fewer adverse effects, if any, from LNG.

**VII. Labeling Considerations**

28. In my view, the Mirena label (48) is an accurate reflection of pharmacokinetic and pharmacodynamic information for LNG and Mirena. It contains more pharmacologic information than many other labels for progestin-containing products (e.g. Portia, 76). The labeling provides the basic and necessary drug concentration information, information on drug metabolism and protein binding, and factors that might influence metabolic clearance, and other data in a manner comparable to, if not exceeding, other contraceptive labels.

32. To the extent that the Plaintiffs in this litigation claim the Mirena label should have expressed levonorgestrel concentration in moles rather than grams, I note it is standard practice in the clinical and pharmacokinetic literature to express LNG (and other progestin and estrogen concentrations or amounts) in units such as pg/mL or ng/L or similar gram/volume units. Nearly all of the studies cited in this report use such units (1, 2, 3, 4, 8, 35, 36, 37, 39, 40, 41, 42, 43, 44, 51, 63, 65, 66, 67, 68, 69, 70, 72, 73, 74).F including the FDA Clinical Pharmacology reviews (62, 64, 77) and product labels (48, 76). The exception is when calculating the nebulous FLI (46), which necessitates use of the same units (nmol/L) in the numerator and denominator of the equation. I also note it is possible, knowing the molecular weight of LNG, which is provided in the Mirena label (48), for anyone interested in doing so to convert gram units to mole units with a simple calculation.

It has been suggested that use of grams may skew comparisons among progestins due to their different molecular weights. The commonly used progestins have similar molecular weights (LNG 312.4, norethindrone 298.4, desogestrel 324.5, norgestimate 369.5), which would render very similar gram versus mole comparisons. Pharmacokinetic studies with all of these compounds typically utilize gram/volume units as indicated in my assessments (1-3) and in the many reviews of the literature for OC products (2, 35, 36, 51). Of course, making this conversion to moles would not matter when comparing one LNG-containing product to another such as Mirena versus Norplant.

29. To the extent that Plaintiffs claim that the Mirena labeling should provide data regarding SHBG, free LNG, and the FLI observed with Mirena in a manner informative to health care providers, I disagree. Such detailed information is highly complicated, would be understood only by some pharmacologists and endocrinologists, is unreliable (47), and is not found in the vast majority – if any of product labels for other contraceptives (and therefore would not assist health care providers in comparing across products). The product label must be approved by the FDA, the specific information is provided in a standard format (78), and is not meant to serve either as a textbook or review on the vast clinical pharmacology and endocrinology studies and literature that are available.

The opinions expressed throughout this report are mine, and I hold them to a reasonable degree of scientific certainty. I am compensated at a rate of $600 per hour for my time in this matter. A listing of the expert testimony I have given in the past four years is attached as Appendix C.

**William J. Jusko, Ph.D**

SUNY Distinguished Professor of Pharmaceutical Sciences
University of Buffalo, State University of New York

January 18, 2018

**References**


1. Kanarkowski R, Tornatore KM, D'Ambrosio R, Gardner MJ, and Jusko WJ, Pharmacokinetics of single and multiple doses of ethinylestradiol and levonorgestrel in relation to smoking, Clin Pharmacol Ther 43: 23-31, 1988.
2. Jusko WJ, Perspectives on variability in pharmacokinetics of an oral contraceptive product, Contraception 95: 5-9, 2017.
3. Jusko WJ, Clarification of contraceptive drug pharmacokinetics in obesity, Contraception 95, 10-16, 2017.
4. Kothare PA, Seger ME, Northrup J, et al, Effect of exenatide on the pharmacokinetics of a combination oral contraceptive in healthy women: an open-label, randomized, cross-over trial, BMC Clinical Pharmacology 12: 8, 2012.
5. Food & Drug Administration, Guidance: Exposure-Response Relationships: Study Design, Data Analysis, and Regulatory Applications, March 2002.
6. Dunn TE, Ludwig EA, Slaughter RL, Camara DS, and Jusko WJ, Pharmacokinetics and pharmacodynamics of methylprednisolone in obesity, Clin. Pharmacol. Ther. 50: 536-549 (1991).
7. Hanley MJ, Abernethy DR, Greenblatt DJ, Effect of obesity on the pharmacokinetics of drugs in humans, Clin Pharmacokin 49: 71-87, 2010.
8. Praditpan P, Hamoule A, Basaraba CN, Nandakumar R, Cremers S, Davis AR, and Westhoff CL, Pharmacokinetics of levonorgestrel and ulipristal acetate emergency contraception in women with normal and obese body mass index, Contraception 464-469, 2017.
9. Brunner Huber LR, Hogue CJ, Stein AD, et al, Body mass index and risk for oral contraceptive failure: a case-cohort study in South Carolina, Ann Epidemiol 16: 637-43, 2006.
10. McNicholas C, Zhao Q, Secura G, et al, Contraceptive failures in overweight and obese combined hormonal contraceptive users, Obstet Gynecol 121: 585-92, 2013.
11. Yamazaki M, Dwyer K, Sobhan M, Davis D, Kim M-J, Soule L, et al, Effect of obesity on the effectiveness of hormonal conceptives: an individual participant data meta-analysis, Contraception 92: 445-52, 2015.
12. Peipert JF, Zhao Q, Allsworth JE, Petrosky E, et al. Continuation and satisfaction of reversible contraception. Obstet & Gynecol. 117: 1105-1113, 2011.
13. Yeung EH, Zhang C, Albert PS, et al, Adiposity and sex hormones across the menstrual cycle: the BioCycle Study, Int J Obesity 37: 237-243, 2013.
14. Smith SR, The endocrinology of obesity, Endocrinol & Metab Clinics 25: 921-942, 1996.
15. Sowers MF, Beebe JL, McConnell D, Randolph J, and Jannausch, M,Testosterone Concentrations in Women Aged 25–50 Years: Associations with Lifestyle, Body Composition, and Ovarian Status, American Journal of Epidemiology, 153, 256–264, 2001.
16. O'Leary P, Boyne P, Flett P, et al, Longitudinal assessment of changes in reproductive hormones during normal pregnancy, Clin Chem 37: 667-672, 1991.
17. Soldin OP, Guo T, Weiderpass E, et al, Steroid hormone levels in pregnancy and 1 year postpartum using isotope dilution tandem mass spectrometry, Fertil Steril 84: 701-710, 2005.
18. https://www.mayomedicallaboratories.com/test-catalog/Clinical+and+Interpretive/83686

19. Ireland B, Corbett JJ, and Wallace RB, The search for causes of idiopathic intracranial hypertension, Arch Neurol 47: 315-320, 1990.
20. Giuseffi V, Wall M, Siegel PZ, and Rojas PB, Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri: A case-control study, Neurology 41: 239-244, 1991.
21. Daniels AB, Liu GT, Volpe NJ, Galetta SL, et al., Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri), Am J Opthal 143: 635-641, 2007.
22. Modesto W, Silva dos Santos PdN, Correia VM, Borger L, and Bahamondes L, Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel-releasing intrauterine system and a copper intrauterine device for up to ten years of use, Eur J Contr Reprod Health 20: 57-63, 2015.
23. Vickery A, Madden T, Zhao Q, Secura GM, Allsworth JE, Peipert JF, Weight change at 12 months in users of three progestin-only contraceptive methods. Contraception 88: 503-508, 2013.
24. Silva dos Santos PdN, Madden T, Omvig K, and Peipert JF, Changes in body composition in women using long-acting reversible contraception, Contraception 95: 382-389, 2017.
25. Food & Drug Administration, Medical Officer's Review of NDA 21-225, Mirena Dec 5, 2000.
26. Schering Clinical Study Report A10982.
27. Bayer Healthcare Study A46796.
28. Nilsson CG, Lähteenmäki PLA, Luukkainen T, Ovarian function in amenorrheic and menstruating users of a levonorgestrel-releasing intrauterine device. Fertil Steril 41:53-55, 1984.
29. Pakarinen P, Luukkainen T, Laine H, Lähteenmäki P, The effect of local intrauterine levonorgestrel administration on endometrial thickness and uterine blood circulation. Human Reprod. 10:2390-2394, 1995.
30. Kovalevsky G, Ballagh SA, Stanczyk FZ, Lee J, Cooper J, and Archer DF, Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function, Fertility and Sterility 93: 1997-2003, 2010.
31. Olsson SE, Odlind V, Johansson E, Androgen levels in women using Norplant implants. Contraception 34:157-167, 1986.
32. O'Leary P, Boyne P, Flett P, et al, Longitudinal assessment of changes in reproductive hormones during normal pregnancy, Clin Chem 37: 667-672, 1991.
33. Soldin OP, Guo T, Weiderpass E, et al, Steroid hormone levels in pregnancy and 1 year postpartum using isotope dilution tandem mass spectrometry, Fertil Steril 84: 701-710, 2005.
34. Pharmacist's Letter, Comparison of Oral Contraceptives and Non-Oral Alternatives, PL Detail Document 290305, March 2013.
35. Fotherby K, Levonorgestrel clinical pharmacokinetics, Clin Pharmacokin 28: 2013-215, 1995.
36. Shenfield GM and Griffin JM, Clinical pharmacokinetics of contraceptive steroids, An update, Clinical Pharmacokinetics 20: 15-37, 1991.
37. Westoff CL, Torgal AH, Mayeda ER, et al., Pharmacokinetics of a combined oral contraceptive in obese and normal weight women, Contraception 81: 474-480, 2010.
38. Mendel CM, The free hormone hypothesis: a physiologically based mathematical model, Endocrin Rev 16: 232-274, 1989.

39. Kuhnz W, Al-Yacoub G, Fuhrmeister A, Pharmacokinetics of LNG and EE after administration of LNG 150 mcg and EE 30 mcg, Contraception 46: 455-69, 1992.
40. Kuhnz W, AlYacoub G, Fuhrmeister A, Pharmacokinetics of levonorgestrel in 12 women who received a single oral dose of 0.15 mg levonorgestrel and, after a washout phase, the same dose during one treatment cycle. Contraception. 46: 443-454, 1992.
41. Hammond GL, Abrams LS, Creasey GW et al, Serum distribution of the major metabolites of norgestimate in relation to its pharmacological properties, Contraception 67: 93-99, 2003.
42. Edelman AB, Cherala G, Blue SW, Erikson DW, Jensen JT, Impact of obesity on the pharmacokinetics of levonorgestrel-based emergency contraception: single and double dosing, Contraception 94: 52-57, 2016.
43. Apter D, Gemzell-Danielsson K, Hauck B, et al, Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: Pooled analyses of Phase II and III studies, Fertility and Sterility 101: 1656-1662, 2014.
44. Reinecke I, Hofmann B, Mesic E, Drenth H-J, and Garmann D, An integrated population pharmacokinetic analysis to characterize levonorgestrel pharmacokinetics after different administration routes, Manuscript from Bayer AG, 2017.
45. Jusko WJ and Gretch M, Plasma and tissue protein binding of drugs in pharmacokinetics, Drug Met. Rev. 5: 43-140, 1976.
46. Olsson S-E, Odlind V, Johansson EDB, and Nordstrom M-L, Plasma levels of levonorgestrel and free levonorgestrel index in women using Norplant implants or two covered rods (Norplant-2), Contraception 35: 215-228, 1987.
47. Goldman AL, Bhasin S, Wu FCW, Krishna M, Matsumoto AM, and Jasuja R, A reappraisal of testosterone's binding in circulation: Physiological and clinical implications, Endocrin Rev 38: 302-324, 2017.
48. Mirena Product Label 2000 [INDNDA_10719]
49. Reel JR, Humphrey RR, Shih Y-H, Windsor BL, Sakowski R, Creger PL, Edgren RA, Competitive progesterone antagonists: receptor binding and biological activity of testosterone and 19-nortestosterone derivatives, Fertility and Sterility 31: 552-561, 1979.
50. Moore NL, Hickey TE, Butler LM, and Tilley WD, Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells, Mol Cell Endocrinol 357: 60-70, 2012.
51. Kuhl H, Comparative pharmacology of newer progestogens, Drugs 51: 188-215, 1996.
52. Kamisoglu K, Sukumaran S, Nouri-Nigjeh E, Tu C, Li J, Shen X, Duan X, Qu J, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Tandem Analysis of Transcriptome and Proteome Changes after a Single Dose of Corticosteroid: A System Approach to Liver Function in Pharmacogenomics, OMICS J. Integrative Bio. 19: 80-91 (2015).
53. Collins DC, Sex hormone receptor binding, progestin selectivity, and the new oral contraceptives, Am J Obstet Gynecol 170: 1508-13, 1994.
54. Africander D, Verhoog N, and Hapgood JP, Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception, Steroids 76: 636-652, 2011.
55. Losert W, Casals-Stenzel J, Buse M. Progestogens with antimineralocorticoid activity. Arzneimittelforschung. 35: 459-471, 1985.

56. Pollow K, Juchem M, Grill H-J, Elger W, Beier S, Henderson D, Schmidt-Gollwitzer K, and Manz B, Gestodene: A novel synthetic progestin — characterization of binding to receptor and serum proteins, Contraception 40:325-341, 1989.
57. Sitruk-Ware, R. New progestogens for contraceptive use. Human Reprod. Update 12: 169-178, 2006.
58. Souque A, Fagart J, Couette B, Davioud E, Sobrio A, and Rafestin-Oblin M-E, The mineralocorticoid activity of progesterone derivatives depends on the nature of the C18 substituent, Endocrinology 136: 5651-5658, 1995.
59. Kancheva R, Hill M, Novak Z, Chrastina J, Kancheva L, and Starka, Neuroactive steroids in periphery and cerebrospinal fluid, Neuroscience 191: 22-27, 2011.
60. Johnston I, Gilday DL, and Hendrick EB, Experimental effects of steroids and steroid withdrawal on cerebrospinal fluid absorption, J Neurosurg 42: 690-695, 1975.
61. Rose S, Chaudhari A, and Peterson CM, Mirena (Levonorgestrel Intrauterine System): A successful novel drug delivery option in contraception, Adv Drug Deliv Rev 61: 808-812, 2009.
62. Food & Drug Administration, Mirena, Clinical Pharmacology and Biopharmaceutics Review, Jan 31, 2000 [AC_144423].
63. Seeber B, Ziehr SC, Gschliesser A, et al, Quantitative levonorgestrel plasma level measurements in patients with regular and prolonged use of the levonorgestrel-releasing intrauterine system, Contraception 86: 345-349, 2012.
64. Food & Drug Administration, Clinical Pharmacology Review, Liletta, NDA 206229, 06/27/2014. www.fda.org
65. Hidalgo MM, Hidalgo-Regina C, Bahamondes V, et al, Serum levonorgestrel levels and endometrial thickness during extended use of the levonorgestrel-releasing intrauterine system, Contraception 80: 84-89, 2009
66. Nilsson CG, Haukkamaa, M, Vierolar H, and Luukkaienen T, Tissue concentrations of levonorgestrel in women using a levonorgestrel-releasing IUD, Clin Endocrinol 17: 529-536, 1982.
67. Devoto L, Fuentes A, Palomino A, et al, Pharmacokinetics and endometrial tissue levels of levonorgestrel after administration of a single 1.5-mg dose by the oral and vaginal route, Fertility and Sterility 84: 46-52, 2005.
68. Sivin I, Lahteenmaki P, Ranta S, et al, Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants , Contraception 55: 81-85, 1997.
69. Foegh M, Archer DF, Stanczyk FZ, Ovarian activity in obese and nonobese women treated with three transdermal contraceptive patches delivering three different doses of ethinyl estradiol and levonorgestrel, Contraception 87: 201-211, 2013.
70. Creinin MD, Baker JB, Eisenberg DL, et al, Levonorgestrel levels in nonobese and obese women using LNG20, a new intrauterine contraceptive, Obst & Gynecol Suppl 1, 845-855, 2015.
71. Brunton L, Chabner B, and Knollman B, Goodman & Gilman's The Pharmacologic Basis of Therapeutics, Twelfth Edition, McGraw Hill, New York, 2011.
72. Goldzeiher JW and Stanczyk FZ, Oral contraceptives and individual variability of circulating levels of ethinyl estradiol and progestins, Contraception 78: 4-9, 2008.

73. Gainer E, Massai R, Lillo S, et al, Levonorgestrel pharmacokinetics in plasma and milk of lactating women who take 1.5 mg for emergency contraception, Human Reprod 22: 1578-1584, 2007.
74. Sivin I, Lahteenmaki P, Mishell DR, et al, First week drug concentrations in women with levonorgestrel rod or Norplant capsule implants, Contraception 56: 317-321, 1997.
75. Ball AK and Clarke CE, Idiopathic intracranial hypertension, Lancet Neurol 5: 433-42, 2006.
76. Barr Laboratories, Portia Product Label (updated 3/2014).
77. Food & Drug Administration, Clinical Pharmacology Review, Skyla, NDA 203159, 12/10/2012. www.fda.gov.
78. Food & Drug Administration, Guidance for Industry: Clinical Pharmacology Labeling for Human Prescription Drug and Biological Products - Considerations, Content, and Format (August 2014).

# APPENDIX B

Gerstman BB, Gross TP, Kennedy DL, Bennett, RC, et al. Trends in the content and use of oral contraceptives in the United States, 1964-88. *Am J Public Health* 1991; 81:90-96.

Hammond GL, et al. Distribution and Percentages of Non-Protein Bound Contraceptive Steroids in Human Serum. *J. Steroid Biochem* 1982; 17(4):375-380.

Juchem M and Pollow K. Binding or oral contraceptive progestogens to serum proteins and cytoplasmic receptor. *Am J Obstet Gynecol* 1990; 163:2171-2183.

Kilgore KP, Lee MS, Leavitt JA, et al. Re-evaluating the Incidence of IIH in an Era of Increasing Obesity. *Ophthalmology* 2017; 124:697-700.

Lundström E, et al. Digitized assessment of mammographic breast density in patients who received low-dose intrauterine levonorgestrel in continuous combination with oral estradiol valerate: a pilot study. *Fertil Steril* 2006; 85(4):989-995. (MIR_IIH_EU02499885-891)

Mosher WD, Lantos H, Burke AE. Obesity and contraceptive use among women 20-44 years of age in the United States: results from 2011-15 National Survey of Family Growth (NSFG). *Contraception* 2017; https://doi.org/10.1016/j.contraception.2017.11.007.

Noe G, et al. Changes in Serum Levels of SHBG, Endogenous Ligands and Levonorgestrel Induced by Ethinylestradiol in Norplant Users. *Contraception* 1992; 45:187-201.

Radhakrishnan K, Thacker AK, Bohlaga NH, et al. Epidemiology of idiopathic intracranial hypertension: a prospective and case control study. *J Neurol Sciences* 1993; 116:18-28.

Sanders JN, Turok DK, Gawron LM, et al. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review. *AJOG* 2017; 590.e.1-590.e8.

Sheng JJ et al. Particle Diffusional Layer Thickness in a USP Dissolution Apparatus II: A Combined Function of Particle Size and Paddle Speed. *J Pharm Sci* 2008; 97(11):4815-4829.

Stanczyk FZ. All progestins are not created equal. *Steroids* 2003; 68:879-890.

Sunku AJ, et al. Abstract: Benign Intracranial Hypertension Associated with Levonorgestrel Implants. *Annals of Neurology* 1993; 34:299.

Valenzuela RM, Rai R, Kirk BH, et al. An Estimation of the Risk of Pseudotumor Cerebri among Users of the Levonorgestrel Intrauterine Device. *Neuro-Ophthalmology* 2017; http://dx.doi.org/10.1080/01658107.2017.1304425.

Westoff C. Obesity and Contraception Implications for Clinical Care. Slide Set ACOG District 2, October 2014.

Wu F, et al. Determinants of sex hormone-binding globulin in normal postmenopausal women. *Clinical Endocrinology* 2001; 54:81-87.

Wysowski DK and Green L. Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. *Obstet & Gynecol* 1995; 85(4):538-542.

Wysowski DK and Green L. Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. *Obstet & Gynecol* 1995; 86(2):319-320.

Xiao B, et al. Pharmacokinetic and Pharmacodynamic Studies of Levonorgestrel-Releasing Intrauterine Device. *Contraception* 1990; 41(4):353-361.

Zia MC, Zhou S, Ren LD, Xiao B. Serum SHBG levels during normal menstrual cycle and after insertion of levonorgestrel-releasing IUD. *Advances in Contraception*. 1992; 8:33-40.

**Depositions and Exhibits**

*Katrina Dawn Copley vs. Bayer Healthcare Pharmaceuticals, Inc., et al.*
Deposition of John E. Maggio, Ph.D., taken 04/06/2016 and Exhibits 1-54

*Katrina Dawn Copley vs. Bayer Healthcare Pharmaceuticals, Inc., et al.*
Deposition of Mahyar Etminan, PharmD, taken 04/15/2016 and Exhibits 1-40

*Katrina Dawn Copley vs. Bayer Healthcare Pharmaceuticals, Inc., et al.*
Deposition of Leo Plouffe, MD, taken 03/29/2016 and Exhibits 1-12

*Katrina Dawn Copley vs. Bayer Healthcare Pharmaceuticals, Inc., et al.*
Deposition of Dr. Juliane Schoendorf, taken 11/14/2015, and Exhibits 1-9
*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Dr. Alex Asiimwe, taken 12/05/2017, and Exhibits 1-8

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Maja Francuski, taken 11/29/2017, and Exhibits 1-27

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Dr. Birte Hofmann, taken 11/21/2017, and Exhibits 1-43

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Mirja Kaipomaki, Volume I, taken 11/15/2017, and Exhibits 1-11

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Mirja Kaipomaki, Volume II, taken 11/16/2017, and Exhibits 12-32

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Petra Koelm, taken 12/06/2017, and Exhibits 1-36
*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*

Deposition of Dr. Eeva Lukkari-Lax, Volume I, taken 11/27/2017, and Exhibits 1-10

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Dr. Eeva Lukkari-Lax, Volume II, taken 11/28/2017, and Exhibits 11-27

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Dr. Andrea Machlitt, taken 12/05/2017, and Exhibits 1-17

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Katrin Manlik, taken 12/07/2017, and Exhibits 1-9

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Dr. Juliane Schoendorf, Volume I, taken 11/28/2017, and Exhibits 1-13

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Dr. Juliane Schoendorf, Volume II, taken 11/29/2017, and Exhibits 14-36

*In Re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*
Deposition of Dr. Christian Zurth, taken 11/30/2017, and Exhibits 1-15

**Product Labels**

2000 Mirena Label
2008 Mirena Label
2009 Mirena Label
2013 Mirena Label
2014 Mirena Label
2015 Liletta Label
2016 Jadelle Label
1997 Norplant Label
2010 Seasonique Label
2008 Alesse Label

**Plaintiffs' Expert Reports**

Undated Report of Mahyar Etminan, PharmD and Exhibits A-C
12/17/2016 Affidavit of Mahyar Etminan
01/22/2016 Report of John E. Maggio, PhD and Exhibits A-E
12/28/2017 Report of Lemuel A. Moyé, MD, Ph.D., with appendices and literature cited
12/21/2017 Report of James M. Wheeler, MD, MPH, JD, with appendices and literature cited
12/27/2017 Report of Laura M. Plunkett, Ph.D., DABT, with appendices and literature cited
12/27/2017 Report of Philip Darney, MD, MSc, with appendices and literature cited
12/27/2017 Report of Vincenzo Salpietro, MD, with appendices and literature cited
12/28/2017 Report of Conrad E. Johanson, Ph.D., with appendices and literature cited

Amended Report of Frederick W. Fraunfelder, MD, MBA, with appendices and literature cited

**Other Material**

| Document Description | Bates Range |
|---|---|
| Mirena MDL No. 2767 Master Complaint | |
| Mirena Clinical Pharmacology and Review | MIR_AC_00144459-<br>MIR_AC_-00144474 |
| Clinical Study Report No.A229, with Appendices | MIR_INDNDA_00252700 -<br>MIR_INDNDA_00252745 |
| Clinical Study Report No. A00174 (MLS (10 mcg/day)) | MIR_BSR_00234364 -<br>MIR_BSR_00234415 |
| Clinical Study Report No. A04411, with Appendices | MIR_INDNDA_00252494 -<br>MIR_INDNDA_00252820 |
| Clinical Study Report No. A10982, with Appendices | MIR_INDNDA_00251887 -<br>MIR_INDNDA_00252286 |
| Clinical Study Report No. A36505 | MIR_IIH_EU00159606–Prod4EU |
| Clinical Study Report No. A36565, with Appendices | MIR_BSR_00330653-<br>MIR_BSR_00330682 |
| Clinical Study Report No. A46796, with Appendices | MIR_BSR-R_00138205 -<br>MIR_BSR-R_00172910 |
| Clinical Study Report No. A57552 | MIR_BSR_00209598 -<br>MIR_BSR_00210128 |
| Clinical Study Report No. AW61, with Appendices | MIR_BSR_00015018 -<br>MIR_BSR_00015088 |
| Clinical Study Report No. AW96, with Appendices | MIR_INDNDA_00115625 -<br>MIR_INDNDA_00118084 |
| Clinical Study Report No. AY32, with App. 16.2.6.9 | MIR_BSR_00015091 -<br>MIR_BSR_00015161 |
| Clinical Study Report No. B073, with Appendices | MIR_INDNDA_00050034 -<br>MIR_INDNDA_00050214 |
| Clinical Study Report No. B074 | MIR_INDNDA_00054721 -<br>MIR_INDNDA_00054780 |
| Clinical Study Report No. B078, with Appendices | MIR_INDNDA_00086491 -<br>MIR_INDNDA_00092571 |
| Clinical Study Report No. B089, with Appendices | MIR_INDNDA_00054095 -<br>MIR_INDNDA_00054220 |

| Document Description | Bates Range |
| --- | --- |
| Clinical Study Report No. B090, with Appendices | MIR_INDNDA_00115030 - MIR_INDNDA_00115146 |
| Clinical Study Report No. B330 (release rate study for B078) | MIR_INDNDA_00055289 - MIR_INDNDA_00055466 |
| Clinical Study Report No. B336, with Appendices | MIR_INDDNA_00054075 - MIR_INDNDA_00054092 |
| Clinical Study Report No. B344, with Appendices | MIR_INDNDA_00053366 - MIR_INDNDA_00053516 |
| Clinical Study Report No. B344, Addendum No. 1 to the Study Protocol | MIR_KCOPLEY_00000003 - MIR_KCOPLEY_00000067 |
| Clinical Study Report No. B350 (4-yr interim report for B078), with Appendices | MIR_HC_00467308 |
| 01/31/2000 Berlex submission to the FDA – NDA 21-225 Mirena Original New Drug Application | MIR_INDNDA_00044353 - MIR_INDNDA_00047273 |
| D3 Proposed Progestin IUS | MIR_IIH_EU00162439 - MIR_IIH_EU00162505 |

# APPENDIX A

# CURRICULUM VITAE: WILLIAM J. JUSKO

**January 2018**

**Address:**

Department of Pharmaceutical Sciences, Kapoor 404
School of Pharmacy and Pharmaceutical Sciences
State University of NY at Buffalo, Buffalo, NY 14214-8033
Phone (716) 645-2855; FAX (716) 829-6569

E-MAIL: wjjusko@buffalo.edu
ORCID No. 000-0003-4027-0550

**Weblinks:**

http://www.webofknowledge.com/ Jusko, W
http://pharmacy.buffalo.edu/departments-offices/pharmaceutical-sciences.html
http://www.researcherid.com/rid/G-4885-2015
https://www.linkedin.com/pub/william-jusko/33/aa7/825
https://www.facebook.com/william.jusko

**Education:**

| | |
|---|---|
| Salamanca High School, NY | 1956-1960 Secondary Education |
| State University of New York at Buffalo | 1960-1965 B.S. Pharmacy |
| State University of New York at Buffalo | 1966-1969 Ph.D. 1970 |

**Appointments:**

State University of New York at Buffalo, School of Pharmacy and Pharmaceutical Sciences,
Department of Pharmaceutical Sciences

| | |
|---|---|
| **SUNY Distinguished Professor** | Nov 2008 - present |
| **UB Distinguished Professor** | April 2007-Nov 2008 |
| Professor | April 1977 – Apr 2007 |
| **Chair, Department of Pharmaceutical Sciences** | Jan 2001 – May 2016 |
| **Director, Center of Excellence in Pharmacokinetics and Pharmacodynamics** | Dec 2005 -present |
| Vice-Chairman, Department of Pharmacy | April 1984 - Oct. 1986 |
| Director, Doctor of Pharmacy Program | Sept. 1981 - Aug. 1986 |
| Associate Professor of Pharmaceutics | March 1974 - April 1977 |
| Assistant Professor of Pharmaceutics | Aug.1972 - March 1974 |
| Millard Fillmore Hospital, Buffalo, NY<br>Director, Clinical Pharmacokinetics Laboratory | Aug. 1972 - Sept. 1981 |
| Mario Negri Institute for Pharmacological<br>Research, Milan, Italy, Visiting Scientist | Sept. 1978 - June 1979 |
| Veterans Administration Hospital, Boston, MA<br>Clinical Pharmacology Section, Research Pharmacologist | Sept. 1969 - July 1972 |
| Boston University School of Medicine<br>Department of Pharmacology, Assistant Professor of Pharmacology | June 1970 - July 1972 |
| Boston Collaborative Drug Surveillance Program<br>Boston University Medical Center, Research Associate | Sept. 1969 - July 1972 |

State University of New York at Buffalo
Dept. of Pharmaceutics, Research Assistant — Sept. 1962 - Aug. 1969

Soby's Pharmacy, Buffalo, NY, Pharmacist — March 1966 - June 1968

Children's Hospital of Buffalo, NY, Hospital Pharmacist — Sept. 1962 - Feb. 1966

**Consultant:**

Council for International Exchange of Scholars (Fulbright Scholar Program)
Medical Sciences Award Committee, 1980-84
National Institutes of Health, Pharmacology Study Section, 1980-84, 1997-01
Food and Drug Administration, CDER, Clinical Pharmacology Advisory Committee, 1999-2007
Various pharmaceutical companies, 1978-present

**Awards and Honors:**

NIH Predoctoral Research Fellowship, 1966-1969.
Fulbright-Hays Award to Mario Negri Institute, Milan, Italy, 1978-1979.
Fellow, Academy of Pharmaceutical Sciences, 1980.
Rorer Award, Second Best paper in: Am. J. Gastroent., 1980, (Ref. 116).
Fellow, American Association for the Advancement of Science, 1985.
Fellow, American Association of Pharmaceutical Scientists, 1986.
Rawls-Palmer Award, Am. Soc. Clinical Pharmacology & Therapeutics, 1987.
Doctor Honoris Causae, Jagiellonian University, Krakow, Poland, 1987.
Russell R. Miller Award, Am. College of Clinical Pharmacy, 1988.
Citizen of the Year (Health/Medicine), Am-Pol Eagle, Buffalo, NY, 1987
Distinguished Service Award, Am. College Clinical Pharmacology, 1989.
Fellow, American College of Clinical Pharmacology, 1989.
Faculty Exchange Scholar, State University of New York, 1990
Kosciusko Award, General Pulaski Assn. of Niagara Frontier, 1996
Research Achievement Award in PPDM, AAPS, 1998
John G. Wagner Lectureship, University of Michigan, 1999
Sustained Achievement Award, University at Buffalo, 2002
Roland T Lakey Award Lecture, Wayne State Univ., 2003
Chancellor's Award, University at Buffalo, 2003
ISI Most Highly Cited List in Pharmacology, 2003-present
MERIT Award, National Institutes of Health, 2005-2015
Volwiler Research Achievement Award, Am Assn Colleges of Pharmacy, 2005
Swintosky Distinguished Lecturer, University of Kentucky, 2006
Paul Ehrlich Magic Bullet Lifetime Achievement Award, Oct 2008
AAPS Meritorious Manuscript Award, 2008 (Ref. #469)
Leadership Award, American Society of Pharmacometrics, 2011
Distinguished Investigator Award, Am Coll. Clinical Pharmacology, Sept 2012
ASCPT Sheiner-Beal Pharmacometrics Award, March 2013
Collegium of Eminent Scientists, Kosciuszko Foundation, 2015
Doctor Honoris Causae, University of Paris Descartes, Sept. 2015
Fellow, International Society of Pharmacometrics, Oct. 2016
ASCPT/FDA William Abrams Lecture Award, May 2017

**Memberships:**

American Association of Pharmaceutical Scientists (1986-present)
American Association of Colleges of Pharmacy (1972-present)
American Association for the Advancement of Science (1970-present)
American Society for Clinical Pharmacology and Therapeutics (1976-2009)
American Pharmaceutical Association (1962-2012)
American Society for Microbiology (1975-1994)
American Society for Pharmacology and Experimental Therapeutics (1974-present)
Kappa Psi Pharmaceutical Fraternity (1962-1965)
Rho Chi Pharmaceutical Honor Society (1968)
American College of Clinical Pharmacy (1980-2009)
Federation Internationale Pharmaceutique (1980-2009)
American College of Clinical Pharmacology (1989-present)
European Federation for Pharmaceutical Sciences (1999-2009)
American Society of Pharmacometrics (2011-present)

**Listings:**

American Men and Women of Science, Who's Who (various venues)

**Editorial Boards:**

Journal of Pharmaceutical Sciences, 1976-81, 1992-2001.
Antimicrobial Agents and Chemotherapy, 1978-1989
Biopharmaceutics and Drug Disposition, 1980-present
Journal of Pharmacokinetics and Pharmacodynamics, 1982-2005
Developmental Pharmacology and Therapeutics, 1980-1982
Drug Intelligence and Clinical Pharmacy, 1982-1987
Clinical Pharmacology and Therapeutics, 1986-2014
Journal of Clinical Pharmacology, 1993-present
American Journal of Therapeutics, 1994-present
Pharmaceutical Research, 1995-1997; Board of Consulting Editors, 2006-present
Pharmacotherapy, 1995-2002
Journal of Pharmacology and Experimental Therapeutics, 1999-present
Drug Metabolism and Pharmacokinetics (Japan), 2002-present
Open Access Bioinformatics, March 2009- present
**Editor-in-Chief:** Journal of Pharmacokinetics and Pharmacodynamics, 2005-present.
CPT: Pharmacometrics & Systems Pharmacology, 2012-present.
Current Pharmacology Reports, 2014-present

**Other:**

Registered Pharmacist in New York State (License No. 25534, March 1, 1966).
Laboratory Director in Toxicology, Certificate of Qualification No. 588, New York State Department of Public Health (Issued August 13, 1973).

**Patents:**

1. Benincosa L and Jusko WJ, Novel Method of Treatment, Patent No. WO 00/27341 (May 2000).

**Publications:**


1. Levy G, and Jusko WJ, Effect of Viscosity on Drug Absorption, J. Pharm. Sci. 54: 219-225 (1965). PMID: 14293807
2. Levy G., and Jusko WJ, Factors Affecting the Absorption of Riboflavin in Man, J. Pharm. Sci. 54: 285-289 (1966). PMID: 5960174
3. Levy G and Jusko WJ, Apparent Renal Tubular Secretion of Riboflavin in Man, J. Pharm. Sci. 55: 1322 (1966). PMID: 5969798
4. Jusko WJ, and Levy G, Absorption, Metabolism, and Excretion of Riboflavin-5'-Phosphate in Man, J. Pharm. Sci. 56: 58-62 (1967). PMID: 6030496
5. Jusko WJ and Levy G, Effect of Probenecid on Riboflavin Absorption and Excretion in Man, J. Pharm. Sci. 56: 1145-1149 (1967). PMID: 6049701
6. Levy G and Jusko WJ, Case History of a Pharmaceutical Formulation Failure, Clin. Pharmacol. Ther. 8: 887-889 (1967). PMID: 6072698
7. Jusko WJ and Levy G, Plasma Protein Binding of Riboflavin and Riboflavin-5'-Phosphate in Man, J. Pharm. Sci. 58: 58-62 (1969). PMID: 5765837
8. Levy G, Gibaldi M, and Jusko WJ, Multicompartment Pharmacokinetic Models and Pharmacologic Effects, J. Pharm. Sci. 58: 422-424 (1969). PMID: 5787438
9. Jusko WJ, Ph.D. Thesis, The Absorption, Distribution, Metabolism, and Elimination of Riboflavin in Man. State University of New York at Buffalo (1970). Dissertation Abst. 31: 71-6083 (1971).
10. Jusko WJ, Levy G, Yaffe SJ, and Gorodischer R, Effect of Probenecid on Renal Clearance of Riboflavin in Man, J. Pharm. Sci. 59: 473-477 (1970). PMID: 5440673
11. Jusko WJ, Rennick B, and Levy G, Renal Excretion Kinetics of Riboflavin in the Dog, Am. J. Physiol. 218: 1046-1053 (1970). PMID: 5435402
12. Jusko WJ, Levy G, and Yaffe SJ, Effect of Age on Intestinal Absorption of Riboflavin in Humans, J. Pharm. Sci. 59: 487-490 (1970). PMID: 5440675
13. Jusko WJ, Leonards JA, and Levy G., Riboflavin Distribution and Elimination in Two Functionally Anephric Human Patients, J. Pharm. Sci. 59: 566-567 (1970). PMID: 5440692
14. Jusko WJ and Levy G, Pharmacokinetic Evidence for Saturable Renal Tubular Reabsorption of Riboflavin, J. Pharm. Sci. 59: 765-772 (1970). PMID: 5463652
15. Jusko WJ, Khanna N., Levy G, Stern L, and Yaffe SJ, Riboflavin Absorption and Excretion in the Neonate, Pediatrics 45: 945-949 (1970). PMID: 5422117
16. Jusko WJ, Levy G., Yaffe SJ, and Allen J, Riboflavin Absorption in Children with Biliary Obstruction, Am. J. Dis. Child. 121: 48-52 (1971). PMID: 5539814
17. Jusko WJ, Fluorometric Analysis of Ampicillin in Biological Fluids, J. Pharm. Sci. 60: 728-732 (1971). PMID: 5125772
18. Jusko WJ, Pharmacodynamics of Chemotherapeutic Effects: Dose-TimeResponse Relationships for Phase-Nonspecific Agents, J. Pharm. Sci. 60: 892-895 (1971). PMID: 5166939
19. Lewis GP, Jusko WJ, Burke CW, Graves L, and the Boston Collaborative Drug Surveillance Program, Prednisone Side-Effects and Serum-Protein Levels: A Collaborative Study, Lancet ii: 778-781 (1971). PMID: 4106604
20. Jusko WJ, Lewis GP, and Dittert LW, Integral Coefficients of Multicompartment Pharmacokinetic Models: Application to Chemotherapy, Chemotherapy 17: 109-120 (1972). PMID: 5046835
21. Jusko WJ, and Lewis GP, Precaution in Pharmacokinetic Evaluation of Ampicillin Precursors, Lancet i: 690-691 (1972). PMID: 4125194
22. Jusko, W.J., and Lewis, G.P., Effect of Hepatic Disease on Liver Flavin and Protein Levels, Am J Clin Nutr 25: 265-268 (1972). PMID: 5011906
23. Cohen JL, Jao JT, Jusko WJ, Pharmacokinetics of Cyclophosphamide in Man, Brit. J. Pharmacol. 43: 677-680 (1971). PMID: 5157730
24. Lewis GP, Jusko WJ, Coughlin L, and Hartz S., The Contribution of Cigarette Smoking to Cadmium Accumulation in Man, Lancet i: 291-292 (1972). PMID: 4109933
25. Wizwer P, Lewis GP, Jusko WJ, and Slone D, A New System For Drug Ordering, Dispensing and Administration in Hospitals, Am. J. Hosp. Pharm. 29: 28-29 (1972). PMID: 5021507
26. Jusko WJ and Gibaldi M, Effects of Change in Elimination on Various Parameters of the Two-Compartment Open Model, J. Pharm. Sci. 61: 1270-1273 (1972). PMID: 5050376
27. Wizwer P, Lewis GP, Jusko WJ, and Slone D, System Records Drug Orders, Drug Effects, J. Am. Hosp. Assn., 16: 86-94 (1972). PMID: 5055143
28. Jusko WJ, Pharmacodynamic Principles in Chemical Teratology: Dose-Response Relationships, J. Pharmacol. Exp. Ther. 183: 469-480 (1972). PMID: 4636387
29. Jao JY, Jusko WJ, and Cohen JL, Phenobarbital Effects on Cyclophosphamide Pharmacokinetics in Man, Cancer Res. 32: 2761-2764 (1972). PMID: 4678592
30. Jusko WJ, and Lewis GP, Comparison of Ampicillin and Hetacillin Pharmacokinetics in Man, J. Pharm. Sci. 62: 69-76 (1973). PMID: 4630199
31. Jusko WJ, Lewis GP, and Schmitt G, Ampicillin and Hetacillin Pharmacokinetics in Normal and Anephric Subjects, Clin. Pharmacol. Ther. 14: 90-99 (1973). PMID: 4345622
32. Lewis GP, Jusko WJ, Coughlin LL, and Hartz S, Cadmium Accumulation in Man: Influence of Smoking, Occupation, Alcoholic Habit, and Disease, J. Chron. Dis. 26: 717-726 (1973). PMID: 4648516
33. Jusko WJ, Pharmacokinetic Principles of Pediatric Pharmacology, Pediatr. Clin. North Am. 19: 81-100 (1972). PMID: 5049220
34. Jusko WJ, Pharmacokinetic Principles in Chemical Teratology, Proc. Europ. Soc. Study Drug Toxicity 14: 9-19 (1973).
35. Jusko WJ, The Bioavailability of Drug Products: Ampicillin APhA Pilot Project on Bioavailability, Am. Pharm. Assn., pp. 19-23 (1973).
36. Jusko WJ, A Pharmacodynamic Model for Cell Cycle-Specific Chemotherapeutic Agents, J. Pharmacokin. Biopharm. 1: 175-200 (1973).
37. Jusko WJ, Gretch M, and Gassett R, Precipitation of Diazepam from Intravenous Preparations, JAMA 225: 176 (1973). PMID: 4740282
38. Jusko WJ, The Clinical Status of Predictive Pharmacokinetics, in: "Regulation and Control in Physiological Systems", A.S. Iberall and A.C. Guyton, editors, 1973, Instr. Soc. of America, Pittsburgh, pp. 57-60.
39. Szefler SJ and Jusko WJ, Decreased Volume of Distribution of Digoxin in a Patient with Renal Failure, Res. Comm. Chem. Path. Pharmacol. 6: 1095-1098 (1973). PMID: 4760884
40. Jusko WJ, Rapporteur; in: "Pharmacology and Pharmacokinetics", T. Teorell, R.L. Dedrick, and P.G. Condliffe, editors, Plenum Press, New York (1974), pp. 312-313, 336-337, 348-349, 366-368.

41. Jusko WJ, Szefler SJ, and Goldfarb AL, Pharmacokinetic Design of: Digoxin Dosage Regimens in Relation to Renal Function, J. Clin. Pharmacol. 14: 525-635 (1974). PMID: 4430731
42. Jusko WJ and Weintraub M, Myocardial Distribution of Digoxin and Renal Function, Clin. Pharmacol. Ther. 16: 449-454 (1974). PMID: 4414761
43. Jusko WJ, Interpretation of Cell Proliferation Curves Using a Two-Compartment Cell Model, Math. Biosci. 21: 31-37 (1974).
44. Gretch M, Jusko WJ, Interpretation of Drug Binding Changes in Relation to Protein Concentration, Br J Anesth 46: 545 (1974). PMID: 4458779
45. Jusko WJ, Clinical Pharmacokinetics of Digoxin, in: "Clinical Pharmacokinetics - A Symposium", G Levy, editor, A.Ph.A., Academy of Pharmaceutical Sciences, Washington, 1974, pp. 31-43.
46. Jusko WJ, Pharmacokinetic Management of Antibiotic Therapy, in: "Clinical Pharmacokinetics - A Symposium", G.Levy, editor, A.Ph.A. Academy of Pharmaceutical Sciences, Washington, 1974, pp. 111-127.
47. Jusko WJ, Conti DR, Molson A, Kuritzky P, Giller J, and Schultz R, Digoxin Absorption from Tablets and Elixir: The Effect of Radiation-Induced Malabsorption, JAMA 230: 1554-1555 (1974). PMID: 4479663
48. Danish M, Schultz R, and Jusko WJ, Pharmacokinetics of Gentamicin and Kanamycin During Hemodialysis, Antimicrob. Ag. Chemother. 6: 841-847 (1974). PMID: 4451356
49. Jusko WJ, Slaunwhite WR, and Aceto T, Partial Pharmacodynamic Model for the Circadian-Episodic Secretion of Cortisol in Man, J. Clin. Endocrinol. Metab. 40: 278-289 (1975). PMID: 163972
50. Garrettson LK and Jusko WJ, Diphenylhydantoin Elimination Kinetics in Overdosed Children, Clin. Pharmacol. Ther. 17: 481-491 (1975). PMID: 1122689
51. Lalka D, Jusko WJ, and Bardos TJ, Reactions of 2,2-Dimethylaziridine-Type Alkylating Agents in Biological Systems. II. A Comparative Pharmacokinetic Study in Dogs, J. Pharm. Sci. 64: 230-235 (1975). PMID: 236372
52. Jusko WJ, Factors Affecting the Pharmacokinetics of Some Psychoactive Drugs, Proc. of the Symposium: Clinical Pharmacology and Toxicology of Psychoactive Drugs, E.M. Sellers, ed, Addict Res Found, Toronto, pp.55-72 (1975).
53. Jusko WJ and Levy G, Absorption, Protein Binding, and Elimination of Riboflavin, Chapter 4 in Riboflavin, Rivlin R.S., editor, Plenum Press, New York, 99-152 (1975).
54. Jusko WJ, Gerbracht LM, Golden LH, and Koup J., Digoxin Concentrations in Serum and Saliva, Res. Comm. Chem. Path. Pharmacol. 10: 189-192 (1975). PMID: 1124317
55. Jusko WJ, Mosovich LL, Gerbracht LM, Mattar ME, and Yaffe SJ, Enhanced Elimination of Dicloxacillin in Patients with Cystic Fibrosis, Pediatrics 56: 1038-1044 (1975). PMID: 1196754
56. Koup JR, Jusko WJ, Elwood CM, and Kohli RK, Digoxin Pharmacokinetics: Role of Renal Failure in Dosage Regimen Design, Clin. Pharmacol. Ther. 18: 9-21 (1975). PMID: 1149366
57. Koup JR, Jusko WJ, Goldfarb AL, pH-Dependent Secretion of Procainamide into Saliva, J. Pharm. Sci. 64; 2008-2010 (1975). PMID: 1514
58. Koup JR, Greenblatt DJ, Jusko WJ, Smith TW, and Koch-Weser J, Pharmacokinetics of Digoxin in Normal Subjects After Intravenous Bolus and Infusion Doses, J. Pharmacokin. Biopharm. 3: 181-192 (1975). PMID: 1159622
59. Lewis GP and Jusko WJ, Pharmacokinetics of Ampicillin in Cirrhosis, Clin. Pharmacol. Ther. 18: 475-484 (1975). PMID: 1164828
60. Jusko WJ, Drug Dosage Adjustments in Diseased Patients, Rational Drug Therapy 10: 1-8 (1976). PMID: 951505
61. Gorodischer R, Jusko WJ, and Yaffe SJ, Renal Clearance of Digoxin in Young Infants, Res. Comm. Chem. Path. Pharmacol. 16: 363-374 (1977). PMID: 847290
62. Gorodischer R, Jusko WJ, and Yaffe SJ, Tissue and Erythrocyte Distribution of Digoxin in Infants, Clin. Pharmacol. Ther. 19: 256-263 (1976). PMID: 1261163
63. Koup JR, DeLattre M, Jusko WJ, and Vance JW, Caution in the Use of Variable Heparin Strengths, Drug Intell. Clin. Pharm. 9: 387-388 (1975).
64. Jusko WJ, Bioavailability Monograph on "Ampicillin", J. Am. Pharmaceut. Assn., NS 15: 591-594 (1975). PMID: 1184921
65. Jusko WJ and Poliszczuk A, Analysis of Theophylline in Biological Fluids by HPLC, Dupont Liquid Chromatography Applications Report, DuPont Instruments, Wilmington, Del. (1975).
66. Yurchak AM and Jusko WJ, Theophylline Secretion into Breast Milk, Pediatrics 57: 518-520 (1976). PMID: 1264548
67. Jusko WJ, Baliah T, Kim KH, Gerbracht LM, and Yaffe SJ, Pharmacokinetics of Gentamicin During Peritoneal Dialysis in Children, Kidney International 9: 430-438 (1976). PMID: 940277
68. Jusko WJ and Gretch M., Plasma and Tissue Protein Binding of Drugs in Pharmacokinetics, Drug Met. Rev. 5: 43-140 (1976). PMID: 829788 & PMID: 780085
69. Hunt SN, Jusko WJ, Yurchak AM, Effect of Smoking on Theophylline Disposition, Clin. Pharmacol. Ther. 19: 546-551 (1976). PMID: 1277710
70. Thiessen JJ, Bernardo PD, Seitz J, and Jusko WJ, Prednisolone: Bioavailability Monograph, J. Am. Pharm. Assn. NS 16: 143-146 (1976).
71. Jusko WJ, Bioavailability and Disposition Kinetics of Phenytoin in Man, In: "Quantitative Analytic Studies in Epilepsy", Kellaway P and Peterson I., editors, Raven Press, New York, 115-136 (1976).
72. Jusko WJ, Koup JR, and Alvan G, Nonlinear Assessment of Phenytoin Bioavailability, J. Pharmacokin. Biopharm. 4: 327-336 (1976). PMID: 978395
73. Jusko WJ, Pharmacokinetics in Disease States Changing Protein Binding, Chapter 7, in: "The Effects of Disease States on Drug Pharmacokinetics," L Benet, editor, Acad. Pharmaceut. Sci., Washington, D.C., 99-123 (1976).
74. Parsons RL, Jusko WJ, and Young JM, Pharmacokinetics of Antibiotic Absorption in Coeliac Disease, J. Antimicrob. Chemother. 2: 214-215 (1976). PMID: 956085
75. Koup JR, Schentag JJ, Vance JW, Kuritzky PM, Pyszczynski DR, and Jusko WJ, System for Clinical Pharmacokinetic Monitoring of Theophylline Therapy, Am. J. Hosp. Pharm. 33: 949-956 (1976). PMID: 790952
76. Jusko WJ and Poliszczuk A, High Pressure Liquid Chromatographic and Spectrophotometric Assays for Theophylline in Biological Fluids, Am. J. Hosp. Pharm. 33: 1193-1196 (1976). PMID: 998637
77. Giacoia G, Jusko WJ, Menke J, and Koup JR, Theophylline Pharmacokinetics in Premature Infants with Apnea, J. Ped. 89: 829-32 (1976). PMID: 789845
78. Yaffe SJ, Gerbracht LM, Mosovich LL, Mattar ME, and Jusko WJ, Methicillin Pharmacokinetics in Cystic Fibrosis, J. Inf. Dis. 135: 828-831 (1977). PMID: 404369
79. Jusko WJ, Koup JR, Vance JW, Kuritzky PM, and Schentag JJ, Intravenous Theophylline Therapy: Nomogram Guidelines, Ann. Int. Med., 86: 400-404 (1977). PMID: 848801

80. Schentag JJ and Jusko WJ, Gentamicin Persistence in the Body, The Lancet i: 486 (1977). PMID: 65590
81. Rose JQ, Choi HK, Schentag JJ, Kinkel WR, and Jusko WJ, Intoxication Caused by Interaction of Chloramphenicol and Phenytoin, JAMA 237: 2630-2631 (1977). PMID: 576989
82. Resman BH, Blumenthal HP, and Jusko WJ, Breast-Milk Distribution of Theobromine from Chocolate, J. Ped. 91: 477-480 (1977). PMID: 894424
83. Schentag JJ, Jusko WJ, Plaut ME, Cumbo TJ, Vance JW, and Abrutyn E, Tissue Persistence of Gentamicin in Man, JAMA 238: 327-329 (1977). PMID: 406431
84. Schentag JJ, and Jusko WJ, Renal Clearance and Tissue Accumulation of Gentamicin in Man, Clin. Pharmacol. Ther. 22: 364-370 (1977). PMID: 330081
85. Schentag JJ, Jusko WJ, Vance JW, Cumbo TJ, Abrutyn E, DeLattre M, and Gerbracht LM, Gentamicin Disposition and Tissue Accumulation on Multiple Dosing, J. Pharmacokin. Biopharm. 5: 559-577 (1977). PMID: 599407
86. Lima JJ, Kuritzky PM, Schentag JJ, and Jusko WJ, Fetal Uptake and Neonatal Disposition of Procainamide and NAPA: A Case Report, Pediatrics 61: 491-493 (1978). PMID: 643424
87. Lima JJ and Jusko WJ, Determination of Procainamide Acetylator Status, Clin. Pharmacol. Ther. 23: 25-29 (1978). PMID: 618707
88. Jusko WJ, Role of Tobacco Smoking in Pharmacokinetics, J. Pharmacokin. Biopharm. 6: 7-39 (1978). PMID: 349132
89. Lima JJ and Jusko WJ, Micromethod for Procainamide and Its Acetylated Metabolite by HPLC, In: GL Hawk, editor; Biological/Biochemical Application of Liquid Chromatography, Marcel Dekker,, New York, 10: 573-583 (1979).
90. Gal P, Jusko WJ, Yurchak AM, and Franklin BA, Theophylline Disposition in Obesity, Clin Pharmacol.Ther 23: 438-444 (1978). PMID: 630791
91. Mangione A, Imhoff TE, Lee RV, Shum LY, and Jusko WJ, Pharmacokinetics of Theophylline in Hepatic Disease, Chest 73: 616-622 (1978). PMID: 648214
92. Jusko WJ, Schentag JJ, Clark JH, Gardner M, and Yurchak AM, Enhanced Biotransformation of Theophylline in Marihuana and Tobacco Smokers, Clin. Pharmacol. Ther. 24: 406-410 (1978). PMID: 688731
93. Schentag JJ, Lasezkay G, Plaut ME, Jusko WJ, and Cumbo TJ, Tissue Accumulation and Prolonged Washout of Gentamicin and Tobramycin in Humans, Current Chemotherapy 2: 957-959 (1978).
94. Colburn WA, Schentag JJ, Jusko WJ, and Gibaldi, M., A Model for the Prospective Identification of the Pre-Nephrotoxic State During Gentamicin Therapy, J. Pharmacokin. Biopharm. 6: 179-186 (1978). PMID: 671224
95. MacKichan JJ, Pyszczynski DR, and Jusko WJ, Analysis and Disposition of Low Dose Oral Propranolol, Res. Commun. Chem. Pathol. Pharmacol. 20: 531-538 (1978). PMID: 674830
96. Owerbach J, Johnson NF, Bates TR, Pieniaszek HJ, and Jusko WJ, High Performance Liquid Chromatograph Assay of Sulfapyridine and Acetylsulfapyridine in Biological Fluids, J. Pharm. Sci. 67: 1250-53 (1978). PMID: 690830
97. Schentag JJ, Lasezkay G, Cumbo TJ, Plaut ME, and Jusko WJ, Accumulation Pharmacokinetics of Tobramycin, Antimicrob. Agents Chemother. 13: 649-656 (1978). PMID: 666293
98. Rose JQ. Barron SA, and Jusko WJ, Phenytoin Disposition in Smokers and Nonsmokers, Int. J. Clin. Pharmacol. Biopharm. 16: 547-550 (1978). PMID: 730422
99. Jusko WJ, Therapeutic Implications of Digoxin Kinetics in Impaired Renal Function, Proc. Int. Symposium on Cardiac Glycosides, G Bodem and HJ Dengler, Eds., Bonn-1977, pp. 265-272 (1978).
100. Rose JQ and Jusko WJ, Corticosteroid Analysis in Biological Fluids by High Performance Liquid Chromatography, J. Chromatogr. 162: 273-280 (1979). PMID: 528595
101. Schentag JJ, Lasezkay G, Plaut ME, Jusko WJ, and Cumbo TJ, Comparative Tissue Accumulation of Gentamicin and Tobramycin in Patients, J. Antimicrob. Chemother. 4 (Suppl. A): 23-30 (1978). PMID: 659346
102. Lima JJ, Conti DR, Goldfarb AL, Golden LH, and Jusko WJ, Pharmacokinetic Approach to Intravenous Procainamide Therapy, Europ. J. Clin. Pharmacol. 13: 303-308 (1978). PMID: 668789
103. Schentag JJ, Cumbo TJ, Jusko WJ, Plaut ME, Gentamicin Tissue Accumulation and Nephrotoxic Reactions, JAMA 240: 2067-9 (1978). PMID: 702701
104. Lima JJ, Conti DR, Goldfarb AL, Tilstone WJ, Golden LH, and Jusko WJ, Clinical Pharmacokinetics of Procainamide Infusions in Relation to Acetylator Phenotype, J. Pharmacokin. Biopharm. 7: 69-85 (1979). PMID: 458558
105. Schentag JJ, Jusko WJ, Vance J, Cumbo TJ, Abrutyn E., and Plaut ME, Aminoglycoside Nephrotoxicity in Relation to Tissue Accumulation, In: Nephrotoxicity, J-P Fillastre, Ed., Masson Publ. Inc., New York (1978), pp. 63-82.
106. Schentag JJ, Sutfin TA, Plaut ME, and Jusko WJ, Early Detection of Aminoglycoside Nephrotoxicity with Urinary Beta Microglobulin, J. Med. 9: 201-210 (1978). PMID: 84037
107. Lima JJ, Goldfarb AL, Conti DR, Golden LH, Bascomb BL, Benedetti GM, and Jusko WJ, Safety and Efficacy of Procainamide Infusions, Am. J. Cardiol. 43: 98-105 (1979). PMID: 758776
108. Sutfin TA and Jusko WJ, High Performance Liquid Chromatographic Assay for Imipramine, Desipramine, and Their 2-Hydroxylated Metabolites, J. Pharm. Sci. 68: 703-705 (1979). PMID: 458567
109. MacKichan JJ, Pyszczynski DR, and Jusko WJ, Dose-Dependent Disposition of Oral Propranolol in Normal Subjects, Biopharm. Drug Disp. 1: 159-166 (1980). PMID: 7448344
110. Jusko WJ, Influence of Cigarette Smoking on Drug Metabolism in Man, Drug Metab. Rev. 9: 221-236 (1979). PMID: 385272
111. MacKichan JJ and Jusko WJ, Stability of Hydrocortisone in Human Feces, J. Pharm. Sci. 68: 623-625 (1979). PMID: 430502
112. Hilligoss DM, Jusko WJ, Hart BA, Koup JR, and Giacoia G, Factors Affecting Theophylline Pharmacokinetics in Premature Infants with Apnea. Dev. Pharmacol. Ther. 1: 6-15 (1980). PMID: 7438966
113. Plaut ME, Schentag JJ, and Jusko WJ, Aminoglycoside Nephrotoxicity: Comparative Assessment in Critically Patients, J. Med. 10: 257-266 (1979). PMID: 294466
114. Potter WZ, Calil HM, Zavadil AP, Jusko WJ, Sutfin T, Rapoport JL, and Goodwin FK. Steady-State Concentrations of Hydroxylated Metabolites of Tricyclic Antidepressants in Patients: Relationship to Clinical Effect, Psychopharmacol. Bull. 16: 32-34 (1980).
115. Lima JJ, Giller J, MacKichan JJ, and Jusko WJ, Bioavailability of Hydrocortisone Retention Enemas in Normal Subjects, Am. J. Gastroenterol. 73: 232-237 (1980). PMID: 7405924
116. Jusko WJ, Concepts for Population Pharmacokinetics of Theophylline, In: 25 Jahre Pharmakokinetik (Symposium), E Gladke and G Hermin, Eds., Gustov Fisher Verlag, Stuttgart, pp. 181-189 (1980).

117. Jusko WJ, Gardner M, Mangione A, Schentag JJ, Koup JR, and Vance JW, Factors Affecting Theophylline Clearances: Age, Tobacco, Marihuana, Cirrhosis, Congestive Heart Failure, Obesity, Oral Contraceptives, Benzodiazepines, Barbiturates, and Ethanol, J. Pharm. Sci. 68: 1358-1366 (1979). PMID: 41932
118. Schentag JJ, Gengo FM, Plaut ME, Danner D, Mangione A, and Jusko WJ., Urinary Casts as an Indicator of Renal Tubular Damage in Patients, Antimicrob. Ag. Chemother. 16: 468-474 (1979). PMID: 518076
119. MacKichan JJ, Jusko WJ, Duffner PK, and Cohen ME, Liquid Chromatographic Assay of Diazepam and Its Major Metabolites in Plasma, Clin. Chem. 25: 856-859 (1979). PMID: 448518
120. Rose JQ, Yurchak AM, Jusko WJ, and Powell D, Bioavailability and Disposition of Prednisone and Prednisolone from Prednisone Tablets, Biopharm. Drug Disp. 1: 247-258 (1980).
121. Rose JQ. Yurchak AM, Meikle AQ, and Jusko WJ, Effect of Smoking on Prednisone, Prednisolone, and Dexamethasone Pharmacokinetics, J. Pharmacokin. Biopharm. 9: 1-14 (1981). PMID: 7229914
122. DeVane CL, Wolin RE, and Jusko WJ, Pharmacokinetic Basis for Predicting Steady-State Serum Drug Concentrations of Imipramine from Single Dose Data, Res. Commun. Psychopharm, 3: 353-357 (1979). PMID: 548214
123. Lima JJ and Jusko WJ, The Bioavailability of Hydrocortisone Retention Enemas in Relation to Absorption Kinetics, Clin. Pharmacol. Ther. 28: 262-269 (1980). PMID: 7398193
124. Janssen FW, JuskoWJ, Chiang ST, Kirkman SK, Southgate PJ, Coleman AJ, and Ruelius HW, Metabolism and Pharmacokinetics of Oxaprozin in Normal Subjects, Clin. Pharmacol. Ther. 27: 352-362 (1980). PMID: 7357792
125. Rocci ML, Johnson NF, and Jusko WJ, Serum Protein Binding of Prednisolone in Four Species, J. Pharm. Sci. 69: 977-978 (1980). PMID: 7400951
126. Jusko WJ, Therapeutic Drug Monitoring: Pharmacokinetic Aspects, In: Breimer, DD, Editor, Towards Better Safety of Drugs and Pharmaceutical Products, pp. 153-165, Elvesier/North-Holland Biomedical Press (1980).
127. Assael BM, Cavanna G, Jusko WJ, Marini A, Parini R, Sereni F, and Vigano A., Multiexponential Elimination of Gentamicin. A Kinetic Study During Development, Dev. Pharmacol. Ther. 1: 171-181 (1980). PMID: 6927546
128. Jusko WJ and Rose JQ, Monitoring Prednisone and Prednisolone, Ther. Drug Monit. 2: 169-176 (1980). PMID: 6762710
129. Rose JQ, Nickelsen, JA, Middleton E, Yurchak AM, Park B, and Jusko WJ, Prednisolone Disposition in Steroid Dependent Asthmatics, J. Allerg. Clin. Immunol. 66: 366-373 (1980). PMID: 7440853
130. Tognoni G., Latini R., and Jusko WJ, Editors, Frontiers in Therapeutic Drug Monitoring, Raven Press, NY (1980).
131. Szefler SJ, Rose JQ, Ellis EF, Spector SL, Green AW, and Jusko WJ, The Effect of Troleandomycin on Methylprednisolone Disposition, J. Allerg. Clin. Immunol. 66: 447-451 (1980). PMID: 6968763
132. Jusko WJ, Guidelines for Collection and Pharmacokinetic Analysis of Drug Disposition Data, In: Evans, WE., Schentag JJ, and Jusko WJ, Eds., Applied Pharmacokinetics, Appl. Ther. Inc., San Francisco, pp. 639-680 (1980).
133. Evans WE, Schentag JJ, and Jusko WJ, Eds, Applied Pharmacokinetics, Applied Therapeutics Inc., San Francisco (1980).
134. Rocci ML, Szefler SJ, Acara M, and Jusko WJ, Prednisolone Metabolism and Excretion in the Isolated Perfused Rat Kidney, Drug Met. Disp. 9: 177-182 (1981). PMID: 6113924
135. DeVane CL, Wolin RE, Rovere RA, Panahon NC, Sutfin TA, and Jusko WJ, Excessive Plasma Concentrations of Tricyclic Antidepressants Resulting from Usual Doses: A Report of Six Cases, J. Clin. Psych. 42: 143-147 (1981). PMID: 7204359
136. Rose JQ, Yurchak AM, and Jusko WJ, Dose-Dependent Pharmacokinetics of Prednisone and Prednisolone in Man, J. Pharmacokin. Biopharm. 9: 389-417 (1981). PMID: 7310640
137. Rose JQ. Nickelsen JA, Ellis EF, Middleton E, Park B, and Jusko WJ, Prednisolone Disposition in Steroid Dependent Asthmatic Children, J. Allerg. Clin. Immunol. 67: 188-193 (1981). PMID: 7462536
138. DeVane CL, Savett M, and Jusko WJ, Desipramine and 2-HydroxyDesipramine Pharmacokinetics in Normal Volunteers, Eur. J. Clin. Pharmacol. 19: 61-64 (1981). PMID: 7461025
139. DeVane CL and Jusko WJ, Pharmacokinetics of High Clearance Drugs and Their Metabolites, In: Usdin,E., Dahl SG., Gram L., Linghaerde O., Eds., Clinical Pharmacology in Psychiatry, MacMillan &Co., London, pp. 253-261 (1981).
140. DeVane CL and Jusko WJ, Plasma Concentration Monitoring of Hydroxylated Metabolites of Imipramine and Desipramine, Drug Intell. Clin. Pharm. 15: 263-266 (1981). PMID: 7274042
141. Janicke DM, Mangione A, Schultz R, and Jusko WJ, Mezlocillin Disposition in Chronic Hemodialysis Patients, Antimicrob. Agents Chemother. 20: 590-594 (1981). PMID: 6459760
142. Jusko WJ, Smoking and Drug Response, Pharmacy Int. 2: 10-13 (1981).
143. Rocci ML and Jusko WJ, Analysis of Prednisone, Prednisolone, and Their 20-beta-Hydroxylated Metabolites by High Performance Liquid Chromatography, J. Chrom. Biomed. Appl. 224: 221-227 (1981).
144. Rocci ML and Jusko WJ, Blood Collection Technique: No Effect on In Vitro Protein Binding of Prednisolone, J. Pharm. Sci. 70: 1160-1161 (1981). PMID: 7299653
145. Rocci ML and Jusko WJ, Dose-Dependent Protein Binding and Disposition of Prednisolone in Rabbits, J. Pharm. Sci. 70: 1201-04 (1981). PMID: 7299663
146. Jusko WJ and Chiang ST, Distribution Volume Related to Body Weight and Protein Binding, J. Pharm. Sci. 71: 469-470 (1982). PMID: 7086663
147. DeVane CL and Jusko WJ, Dosage Regimen Design, Pharmacol. Ther. 17: 143-163 (1982). PMID: 6757976
148. Gardner MJ, Jusko WJ, Effect of Age and Sex on Theophylline Clearances in Young Subjects, Ped Pharmacol. 2: 157-69 (1982). PMID: 12760407
149. Mangione A, Janicke DM, Boudinot FD, Schultz RM, and Jusko WJ, Dose-Dependent Pharmacokinetics of Mezlocillin in Subjects with Normal and Impaired Renal Function, J. Antimicrob. Chemother. 9: Suppl. A, 81-85 (1982). PMID: 6210686
150. Potter WZ, Calil HM, Sutfin TA, Zavadil AP, Jusko WJ, Rapoport J and Goodwin FK, Active Metabolites of Imipramine and Desipramine in Man, Clin. Pharmacol. Ther. 31: 393-401 (1982). PMID: 7060321
151. Rocci ML, D'Ambrosio R, Johnson NF, and Jusko WJ, Prednisolone Binding to Albumin and Transcortin in the Presence of Cortisol, Biochem. Pharmacol. 31: 289-292 (1982). PMID: 7073761
152. Mangione A, Boudinot FD, Schultz RM, and Jusko WJ, Dose-Dependent Pharmacokinetics of Mezlocillin in Relation to Renal Impairment, Antimicrob. Ag. Chemother. 21: 428-435 (1982). PMID: 6213190
153. Meacham RH, Chiang ST, Kick CJ, Sisenwine SF. Jusko WJ, and Ruelius H, Pharmacokinetic Disposition of Guanabenz in the Rhesus Monkey,

Drug Metab. Disp. 9; 509-514 (1982). PMID: 6120807

154. Pautler DB and Jusko WJ, Determination of Metoprolol and Alpha-Hydroxymetoprolol in Plasma by High Performance Liquid Chromatography, J. Chrom. Biomed. Appl. 228: 215-222 (1982). PMID: 7076745

155. Jusko WJ and Eaton ML, Factors Affecting Theophylline Disposition, In: Therapy Update, MacLeod SM.and Isles A eds., Astra Pharmaceuticals Canada Ltd., Mississauga, Ontario (1982) pp. 19-29.

156. Tornatore KM., Kanarkowski R, McCarthy TL, Gardner MJ, Yurchak AM, and Jusko WJ, Effect of Chronic Oral Contraceptive Steroids on Theophylline Disposition, Eur. J. Clin. Pharmacol., 23: 129-134 (1982). PMID: 7140802

157. Szefler SJ, Ellis EF, Brenner M, Rose JQ, Spector SL, Yurchak AM, Andrew F, and Jusko WJ, Steroid-Specific and Anticonvulsant Interaction Aspects of Troleandomycin-Steroid Therapy, J. Allerg. Clin. Immunol., 69: 455-460 (1982). PMID: 6978898

158. Szefler SJ, Spector SL, Jusko WJ, Brenner M, Fleisher KA, and Ellis EF, Dose and Time-Dependent Effect of Troleandomycin on Methylprednisolone Elimination, Clin. Pharmacol. Ther. 32: 166-171 (1982). PMID: 6980076

159. Christoff PB, Conti DR, Naylor C and Jusko WJ, Procainamide Disposition in Obesity, Drug Intell. Clin. Pharm., 17: 516-522 (1983). PMID: 6191939

160. DeVane CL and Jusko WJ, Drug and Metabolite Concentrations Combined in Prediction of Steady-State Concentrations from Test Doses, Biopharm. Drug Disp., 4: 19-29 (1983). PMID: 6839000

161. Jusko WJ, Smoking Effects in Pharmacokinetics, In: Benet LZ, Gambertoglio JG, Massoud M, Eds., The Pharmacokinetic Basis of Drug Treatment, Raven Press, 311-320 (1982).

162. Rocci ML, Assael BM, Appiani AC, Edefonti A, and Jusko WJ, Effect of Nephrotic Syndrome on Absorption and Disposition of Prednisolone in Children, Int. J. Ped. Nephrol., 3: 159-166 (1982). PMID: 7141787

163. Assael BM. Banfi G, Appiani AC, Edefonti A, and Jusko WJ, Disposition of Pulse-Dose Methylprednisolone in Adult and Pediatric Patients with Nephrotic Syndrome, Eur. J. Clin. Pharmacol., 23: 429-433 (1982). PMID: 7151847

164. Milsap RL, George DE, Szefler SJ, Murray KA, Lebenthal E, and Jusko WJ, The Effects of Inflammatory Bowel Disease on Absorption and Disposition of Prednisolone, Dig. Dis. Sci., 28: 161-168 (1983). PMID: 6825536

165. Clarke DF, George D, Milsap RL, Pogonowska-Wala E, Owerbach J, Lebenthal E, and Jusko WJ, Sulfasalazine Metabolite Pharmacokinetics in Pediatric Patients with Inflammatory Bowel Disease: Effects of Disease Activity, Acetylator Phenotype and Age. Ped. Pharmacol. 2: 323-333 (1982). PMID: 6152489

166. Milsap RL and Jusko WJ, Binding of Prednisolone to $\alpha_1$-Acid Glycoprotein, J. Steroid Biochem., 18: 191-194 (1983). PMID: 6843123

167. Boekenoogen SJ, Szefler SJ, and Jusko WJ, Prednisolone Disposition and Protein Binding in Oral Contraceptive Users, J. Clin. Endocrin. Met. 56: 702-709 (1983). PMID: 6833459

168. Gardner MJ, Tornatore KM, Jusko WJ, and Kanarkowski R, Effects of Tobacco Smoking and Oral Contraceptive Use on Theophylline Disposition, Brit. J. Clin. Pharmacol. 16: 271-280 (1983). PMID: 6626419

169. Rocci ML and Jusko WJ, LAGRAN Program for Area and Moments in Pharmacokinetic Analysis, Comput. Progr. Biomed., 16: 203-216 (1983). PMID: 6688572

170. Fava GA, Molnar G, Carson SW, Perini GI, Jusko WJ, The Metyrapone Test in Depression, Neuroendocr Lett 5: 259-63 (1983).

171. Gengo FM, Schentag JJ, and Jusko WJ, Pharmacokinetics of Capacity-Limited Tissue Distribution of Methicillin in Rabbits, J. Pharm. Sci., 73: 867-73 (1984). PMID: 6470946

172. Cuddy Stotter ML, Jusko WJ, Mangione A, Yurchak AM, Gardner MJ, and Paigen B, Theophylline Disposition in Residents Living Near a Chemical Waste Site, Biopharm. Drug Disp. 5: 345-355 (1984). PMID: 6525442

173. Khalafallah N and Jusko WJ, Tissue Distribution of Prednisolone in the Rabbit, J. Pharmacol. Exp. Ther. 229: 719-725 (1984). PMID: 6726655

174. Khalafallah N and Jusko WJ, Determination and Prediction of Tissue Binding of Prednisolone in the Rabbit, J. Pharm. Sci., 73: 362-366 (1984). PMID: 6716244

175. Sutfin TA, DeVane CL, and Jusko WJ, The Analysis and Disposition of Imipramine and Its Active Metabolites in Man, Psychopharmacol., 82: 310-317 (1984). PMID: 6427820

176. Boudinot FD and Jusko WJ, Fluid Shifts and Other Factors Affecting Plasma Protein Binding of Prednisolone by Equilibrium Dialysis, J. Pharm. Sci., 73: 774-780 (1984). PMID: 6204037

177. Gardner MJ and Jusko WJ, Endogenous Factors Affecting Theophylline Clearance, In: JHG Jonkman, JW Jenne, and FER Simons, Eds., Sustained Release Theophylline, Excerpta Medica, Elsev. Sci. Publ., Amsterdam, pp. 52-66 (1984).

178. Green AW, Ebling WF, Gardner MJ, and Jusko WJ, Case Study of Cimetidine - Methylprednisolone - Theophylline Interaction, Am. J. Med., 77: 1115-18 (1984). PMID: 6507464

179. Ebling WF, Szefler SJ, and Jusko WJ, Analysis of Cortisol, Methylprednisolone, and Methylprednisolone Hemisuccinate: Absence on Effects of Troleandomycin on Ester Hydrolysis, J. Chrom., Biomed. Appl., 305: 271-280 (1984). PMID: 6368578

180. Fava GA, Carson SW, Perini GI, Morphy M, Molnar G, and Jusko WJ, The Metyrapone Test in Affective Disorders and Schizophrenia, J. Affect. Disord., 6: 241-247 (1984). PMID: 6235255

181. Fava GA, Morphy MA, Carson SW, Perini GI, Molnar G, and Jusko WJ, A Modified Metyrapone Test in Depressed Patients and Healthy Subjects, Neuroendocrinol. Lett. 6: 81-87 (1984).

182. Shum L and Jusko WJ, Theophylline Disposition in Obese Rats, J. Pharmacol. Exp. Ther., 228: 380-386 (1984). PMID: 6694116

183. Carson SW and Jusko WJ, Simultaneous Analysis of Cortexolone and Cortisol by High Performance Liquid Chromatography, J. Chromatogr., Biomed. Appl. 306: 345-350 (1984). PMID: 6715472

184. Gardner MJ, McCarthy TL, and Jusko WJ, Relationship of Serum Thiocyanate Concentrations to Smoking Characteristics, J. Toxicol. Environ. Health, 14: 393-406 (1984). PMID: 6502741

185. Sutfin TA, D'Ambrosio R, and Jusko WJ, Liquid Chromatographic Determination of Eight Tri- and Tetracyclic Antidepressants and Their Active Metabolites, Clin. Chem., 30: 471-474 (1984). PMID: 6697502

186. Boudinot FD and Jusko WJ. Plasma Protein Binding Interaction of Prednisone and Prednisolone, J. Steroid Biochem., 21: 337-9 (1984). PMID: 6492791

187. Lui N, Almon RR, and Jusko WJ, Comparison of Filtration and Equilibrium Dialysis Methods for $^3$H-Imipramine Binding to Human Platelets, Anal. Biochem., 139: 42-57 (1984). PMID: 6331229

188. Janicke DM, Rubio TT, Wirth FH, Karotkin EH, and Jusko WJ, Developmental Pharmacokinetics of Mezlocillin in Newborn Infants, J. Ped. 104: 773-781 (1984). PMID: 6716226

189. Milsap RL, Plaisance KL, Jusko WJ, Pharmacokinetics of Prednisolone in Obese Men, Clin. Pharmacol. Ther. 36: 824-31 (1984). PMID: 6499362
190. Perini GI, Fava GA, Morphy MA, Carson SW, Molnar G, and Jusko WJ, The Metyrapone Test in Manic Patients and Healthy Subjects, Pharmacopsychiat. 17: 94-97 (1984). PMID: 6739539
191. Janicke DM, Cafarell RF, Parker SW, Apicella MA, and Jusko WJ, Pharmacokinetics of Aztreonam in Patients with Gram-Negative Infection, Antimicrob. Ag. Chemother., 27: 16-20 (1985). PMID: 4039117
192. Perini GI, Fava GA, Carson SW, Morphy MA, Molnar G, and Jusko WJ, The Metyrapone Test in Affective Disorders and Schizophrenia II: Changes Upon Treatment, J. Affect. Disord., 7: 265-272 (1984). PMID: 6151957
193. Ebling WF, Szefler SJ, and Jusko WJ, Methylprednisolone Disposition in Rabbits: Analysis, Pro-drug Conversion, Reversible Metabolism, and Comparison with Man, Drug Met. Disp., 13: 296-304 (1985). PMID: 2861987
194. Boudinot FD, Homon CA, Jusko WJ, and Ruelius HW, Protein Binding of Oxazepam and its Glucuronide Conjugates to Human Albumin, Biochem. Pharmacol., 34: 2115-2121 (1985). PMID: 4004929
195. Morphy MA, Fava GA, Carson SW, Perini GI, Molnar G, and Jusko WJ, The Metyrapone Test in Schizophrenic Patients and Healthy Subjects, Neuropsychobiol., 14: 35-38 (1985). PMID: 4069347
196. Sutfin TA and Jusko WJ, Compendium of Active Drug Metabolites, In: Drug Metabolism and Disposition, MD Rawling and GR Wilkinson, Eds., MTP Press Ltd, Lancaster, UK, pp. 91-159, (1985).
197. Morse GD, Janicke DM, Cafarell RF, Piontek K, Apicella M., Jusko WJ, and Walshe J, Moxalactam Epimer Disposition in Patients Undergoing Continuous Ambulatory Peritoneal Dialysis, Clin. Pharmacol. Ther., 38: 150-156 (1985). PMID: 4017417
198. Morse GD, Janicke DM, Cafarell RF, Apicella MA, Jusko WJ, Venuto RC, and Walshe JJ, IP Administration of Moxalactam During CAPD, Frontiers in Peritoneal Dialysis, Field, Rich, Assoc., NY, pp. 135-140 (1986).
199. Ebling WF, Milsap RL, Szefler SJ, and Jusko WJ, 6α-Methylprednisolone and 6α-Methylprednisone Plasma Protein Binding in Humans and Rabbits, J. Pharm. Sci., 75: 760-763 (1986). PMID: 3772747
200. Janicke DM, Morse GD, Apicella MA, Jusko WJ, and Walshe JJ, Pharmacokinetic Modeling of Bidirectional Transfer During Peritoneal Dialysis, Clin. Pharmacol. Ther., 40: 209-218 (1986). PMID: 3731683
201. Szefler SJ, Ebling WF, Georgitis J, and Jusko WJ, Methylprednisolone versus Prednisolone Pharmacokinetics in Relation to Dose in Adults, Eur. J. Clin. Pharmacol. 30: 323-329 (1986). PMID: 3732369
202. Jusko WJ, Guidelines for Collection and Analysis of Pharmacokinetic Data, In: Applied Pharmacokinetics, Sec. Ed., WE Evans, JJ Schentag, and WJ Jusko, Eds., Applied Therapeutics Inc., San Francisco, CA, pp. 9-54 (1986).
203. Evans WE, Schentag JJ, and Jusko WJ, Eds, Applied Pharmacokinetics, Sec. Ed., Applied Ther. Inc., SF, CA (1986).
204. Ebling W and Jusko WJ, The Determination of Essential Clearance, Volume, and Residence Time Parameters of Recirculating Metabolic Systems: The Reversible Metabolism of Methylprednisolone and Methylprednisone in Rabbits, J. Pharmacokin. Biopharm. 14: 557-599 (1986). PMID: 3820091
205. Gardner MJ and Jusko WJ, Effects of Oral Contraceptives and Tobacco Use on the Metabolic Pathways of Theophylline, Int. J. Pharmaceut., 33 55-64 (1987).
206. Glynn AM, Slaughter RL, Brass C, D'Ambrosio R, and Jusko WJ, Effects of Ketoconazole on Methylprednisolone Pharmacokinetics and Cortisol Secretion, Clin. Pharmacol. Ther. 39: 654-659 (1986). PMID: 3709030
207. Shum L and Jusko WJ, Pharmacokinetics of Tritiated Water in Normal and Dietary-Induced Obese Rats, J. Pharmacol. Methods, 16: 83-89 (1986). PMID: 3747548
208. Jusko WJ, The Role of the Pharmacist in Clinical Research, In: DD Breimer and P Speiser, eds, Topics in Pharmaceutical Sciences, Elsevier Sci. Publ., Amsterdam, pp. 417-430 (1985).
209. Shum L and Jusko WJ, Reversed-Phase High-performance Liquid Chromatographic Determination of Verophylline in Rat Serum, J. Chromatogr. Biomed. Appl. 382: 207-213 (1986). PMID: 3782387
210. Jungbluth GL, Cooper DL, Doyle GD, Chudzik GM, and Jusko WJ, Pharmacokinetics of Ticarcillin and Clavulanic Acid (Timentin) in Relation to Renal Function, Antimicrob. Ag. Chemother., 30:896-900 (1986). PMID: 3492959
211. Boudinot FD and Jusko WJ, Dose-Dependent Pharmacokinetics of Prednisolone in Normal and Adrenalectomized Rats, J. Pharmacokin. Biopharm., 14: 453-467 (1986). PMID: 3806371
212. Boudinot FD, D'Ambrosio R, and Jusko WJ, Receptor-Mediated Pharmacodynamics of Prednisolone in the Rat, J. Pharmacokin. Biopharm., 14: 469-493 (1986). PMID: 2879901
213. Chow AT and Jusko WJ, Application of Moment Analysis to Nonlinear Drug Disposition Described by the Michaelis-Menten Equation, Pharmaceut. Res., 4: 59-61 (1987). PMID: 3508531
214. Shum L and Jusko WJ, Theophylline Tissue Partitioning and Volume of Distribution in Normal and Dietary-Induced Obese Rats, Biopharm. Drug Disp. 8: 353-364 (1987). PMID: 3620594
215. Ebling WF, Rich SA, Szefler SJ, and Jusko WJ, Troleandomycin Effects on Methylprednisolone and Methylprednisone Interconversion and Disposition in the Rabbit, Eur. J. Drug Met. Pharmacokin., 12: 49-57 (1987). PMID: 3497038
216. Gardner MJ, Schatz M, Cousins L, Zeigler R., Middleton E., and Jusko WJ, Longitudinal Effects of Pregnancy on the Pharmacokinetics of Theophylline, Europ. J. Clin. Pharmacol., 32: 289-295 (1987). PMID: 3595701
217. Kandrotas RJ, Slaughter RL, Brass C, and Jusko WJ, Ketoconazole Effects on Methylprednisolone Disposition and Their Joint Suppression of Endogenous Cortisol, Clin. Pharmacol. Ther., 42: 465-470 (1987). PMID: 3311551
218. Sutfin TA, Perini GI, Molnar G, and Jusko WJ, Multiple-Dose Pharmacokinetics of Imipramine and Its Major Active and Conjugated Metabolites in Depressed Patients, J. Clin. Psychopharm., 8: 48-53 (1988). PMID: 3350999
219. Haughey DB and Jusko WJ, Theophylline Disposition in Foundry Workers Exposed to Coke Oven Effluent, Biopharm. Drug Disp., 9: 405-409 (1988). PMID: 3207860
220. Kanarkowski R, Tornatore DM, D'Ambrosio R, Gardner MJ, and Jusko WJ, Pharmacokinetics of Single and Multiple Doses of Ethinylestradiol and Levonorgestrel in Relation to Smoking, Clin. Pharmacol. Ther., 43: 23-31 (1988). PMID: 3121231
221. Jungbluth GL, Wirth FH, Rubio TT, Janicke DM, and Jusko WJ, Developmental Pharmacokinetics of Mezlocillin in 4 Newborn Infants, Dev. Pharmacol. Ther. 11: 317-321 (1988). PMID: 3229277
222. Cheng H and Jusko WJ, Mean Residence Time Concepts for Pharmacokinetic Systems with Nonlinear Drug Elimination Described by the Michaelis-Menten Equation, Pharm. Res. 5: 156-164 (1988). PMID: 3244627

223. Kong A-N and Jusko, WJ, Definitions and Applications of Mean Transit and Residence Times in Reference to the Two-Compartment Mammillary Plasma Clearance 225Model, J. Pharm. Sci. 77: 157-165 (1988). PMID: 3361431
224. Matsumoto RM, Jusko WJ, and Corcoran GB, Cytochrome P450 and In Vitro Drug Metabolism in an Overfed Rat Model of Obesity, Drug Nutr. Int. 5: 237-247 (1988). PMID: 3149237
225. Green C, Kraus C, Lemonske R, Farrell P, and Jusko WJ, Rapid Methylprednisolone Clearance in a Patient with Cystic Fibrosis, Drug Intell. Clin. Pharm. 22: 876-878 (1988). PMID: 3234253
226. Janicke DM, Parker SW, Cafarell RF, Apicella MA, and Jusko WJ, Pharmacokinetics of Two Multiple-Dose Mezlocillin Regimens, Antimicrob. Agents Chemother. 32: 777-779 (1988). PMID: 3395106
227. Haughey DB and Jusko WJ, Analysis of Methylprednisolone, Methylprednisone and Corticosterone for Assessment of Methylprednisolone Disposition in the Rat, J. Chromatogr. Biomed. Appl. 430: 241-248 (1988). PMID: 3235500
228. Kong AN, Slaughter RL, and Jusko WJ, Simultaneous Analysis of Methylprednisolone Hemisuccinate, Cortisol, and Methylprednisolone by Normal-Phase High-Performance Liquid Chromatography in Human Plasma, J. Chromatogr. Biomed. Appl. 430: 308-314 (1988). PMID: 3065346
229. Cheng H and Jusko WJ, An Area Function Method for Calculating the Apparent Elimination Rate Constant of a Metabolite, J. Pharmacokin. Bioph. 17: 125-130 (1989). PMID: 2715930
230. Cheng H and Jusko WJ, The Area Function Method for Assessing the Drug Absorption Rate in Linear Systems with Zero-Order Input, Pharm. Res. 6: 133-139 (1989). PMID: 2762213
231. Cheng H and Jusko WJ, Application of Mean Residence Time Concepts to Pharmacokinetic Systems with Noninstantaneous Input and Nonlinear Elimination, Pharm. Res. 6: 4-12 (1989). PMID: 2717515
232. Cheng H and Jusko WJ, Mean Residence Time of Drugs Showing Simultaneous First-Order and Michaelis-Menten Kinetics, Pharmaceu. Res. 6: 258-261 (1989). PMID: 2726685
233. Jungbluth GL and Jusko WJ, Dose-Dependent Pharmacokinetics of Mezlocillin in Rats, Antimicrob. Ag. Chemother. 33: 839-843 (1989). PMID: 2764534
234. Jungbluth GL, Pasko MT, Beam TR, and Jusko WJ, Ceftriaxone Disposition in Open Heart Surgery Patients, Antimicrob. Ag. Chemother. 33: 850-856 (1989). PMID: 2764536
235. Jungbluth GL, Janicke DM, and Jusko WJ, Reversed-Phase High-Performance Liquid Chromatographic Assay for Determination of Mezlocillin in Human and Rat Biological Samples, J. Chromatogr. 494: 376-380 (1989). PMID: 2584336
236. Jungbluth GL and Jusko WJ, Ion-Paired Reversed-Phase High-Performance Liquid Chromatography Assay for Determination of Ceftriaxone in Human Plasma and Urine, J. Pharm.Sci. 78: 968-970 (1989). PMID: 2621584
237. Giacoia GP, Jungbluth GL, and Jusko WJ, Effect of Formula Feeding on Oral Absorption of Caffeine in Premature Infants, Dev. Pharmacol. Ther. 12: 205-210 (1989). PMID: 2766923
238. Shum L and Jusko WJ, Effects of Obesity and Ancillary Variables (Dialysis Time and Drug, Albumin, and Fatty Acid Concentrations) on Theophylline Serum Protein Binding, Biopharm. Drug Disp., 10: 549-562 (1989). PMID: 2611356
239. Kong A-N, Ludwig EA, Slaughter RL, DiStefano PM, DeMasi J, Middleton E, and Jusko WJ, Pharmacokinetics and Pharmacodynamic Modeling of Direct Suppression Effects of Methylprednisolone on Serum Cortisol and Blood Histamine in Human Subjects. Clin. Pharmacol. Ther. 46: 616-628 (1989). PMID: 2689044
240. Jungbluth GL, Pasko MT, and Jusko WJ, Factors Affecting Ceftriaxone Plasma Protein Binding During Open Heart Surgery, J. Pharm. Sci. 78: 807-811 (1989). PMID: 2600784
241. Nichols AI, Boudinot FD, and Jusko WJ, Second Generation Model for Prednisolone Pharmacodynamics in the Rat, J. Pharmacokin. Biopharm., 17: 209-227 (1989). PMID: 2571711
242. Nichols AI, D'Ambrosio R, Pyszczynski NA, and Jusko WJ, Pharmacokinetics and Pharmacodynamics of Prednisolone in Obese Rats, J. Pharmacol. Exp. Ther. 250: 963-970 (1989). PMID: 2778721
243. Cheng H and Jusko WJ, Relationships Between Steady-State and Single-Dose Plasma Drug Concentrations for Pharmacokinetic Systems with Nonlinear Elimination, Biopharm. Drug Disp. 10: 513-528 (1989). PMID: 2804255
244. Ludwig EA, Slaughter RL, Savliwala M, Brass C, and Jusko WJ, Steroid-Specific Effects of Ketoconazole on Corticosteroid Disposition: Unaltered Prednisolone Elimination, DICP: The Annals of Pharmacotherapy, 23: 858-861 (1989). PMID: 2596127
245. Jusko WJ, Pharmacokinetics of Capacity-Limited Pharmacokinetic Systems, J. Clin. Pharmacol, 29: 488-493 (1989). PMID: 2666450
246. Tornatore KM, Morse GD, Jusko WJ, and Walshe JJ, Methylprednisolone Disposition in Renal Transplant Recipients Receiving Triple Drug Suppression, Transplantation, 48: 962-965 (1989). PMID: 2595785
247. Cheng H and Jusko WJ, Effects of Variation in Drug Elimination on Five Methods for Assessing Zero-Order Drug Absorption Rates, Pharmaceut. Res. 7: 76-79 (1990). PMID: 2300540
248. Cheng H and Jusko WJ, Mean Residence Times of Multi-Compartmental Drugs Undergoing Reversible Metabolism, Pharmaceut. Res., 7: 103-107 (1990). PMID: 2300529
249. Kong A-N, Jungbluth GL, Pasko MT, Beam TR, and Jusko WJ, Pharmacokinetics of Methylprednisolone Sodium Succinate and Methylprednisolone in Patients Undergoing Cardiopulmonary Bypass. Pharmacother., 10: 29-34 (1990). PMID: 2179900
250. Jusko WJ, Corticosteroid Pharmacodynamics: Models for a Broad Array of Receptor-Mediated Pharmacologic Effects, J. Clin. Pharmacol., 30: 303-310 (1990). PMID: 1971281
251. Nichols AI and Jusko WJ, Receptor Mediated Prednisolone Pharmacodynamics in Rats: Model Verification Using a Dose-Sparing Regimen, J. Pharmacokin. Bioph., 18: 189-208 (1990). PMID: 1974305
252. Murata R, Haughey DB, and Jusko WJ, Effects of Thyroid Dysfunction on Prednisolone and Prednisone Interconversion and Disposition in the Rat, Drug. Met. Dispos., 18: 403-408 (1990). PMID: 1976060
253. Reiss WG, Slaughter RL, Ludwig EA, Middleton E, and Jusko WJ, Steroid Dose-Sparing: Pharmacodynamic Responses to Single Versus Divided Doses of Methylprednisolone in Man, J. Allergy Clin. Immunol., 85: 1058-1066 (1990). PMID: 2191992
254. Cheng H and Jusko WJ, Constant-Rate Intravenous Infusion Methods for Estimating Steady-State Volumes of Distribution and Mean Residence Times in the Body for Drugs Undergoing Reversible Metabolism, Pharm. Res., 7: 628-632 (1990). PMID: 2367330
255. Huang M-L and Jusko WJ, Nonlinear Pharmacokinetics and Interconversion of Prednisolone and Prednisone in Rats, J. Pharmacokin. Biopharm., 18: 401-421 (1990). PMID: 2266496
256. Cheng H and Jusko WJ, Mean Interconversion Times and Distribution Rate Parameters for Drugs Undergoing Reversible Metabolism, Pharm.

Res., 7: 1003-1010 (1990). PMID: 2281028

257. Chow AT and Jusko WJ, Michaelis-Menten Metabolite Formation Kinetics: Equations Relating Area Under the Curve and Metabolite Recovery to the Administered Dose, J. Pharm. Sci., 79: 902-906 (1990). PMID: 2280360
258. Cheng H and Jusko WJ, Drug Redistribution and Mean Transit Time Concepts For Nonlinear Pharmacokinetic Systems, Biopharm. Drug Disp. 12: 73-79 (1991). PMID: 2039813
259. Cheng H and Jusko WJ, Noncompartmental Determination of the Mean Residence Time and Steady-State Volume of Distribution During Multiple Dosing, J. Pharm. Sci., 80: 202-204 (1991). PMID: 2051333
260. Cheng H and Jusko WJ, Mean Residence Times and Distribution Volumes for Drugs Undergoing Linear Reversible Metabolism and Tissue Distribution and Linear or Nonlinear Elimination from the Central Compartments, Pharm. Res., 8:508-511 (1991). PMID: 1871048
261. Cheng H, Jusko WJ, and Gillespie WR, Relationships Between the Area Under the First Moment Curve After Single Bolus Injection and the Integral of Plasma Concentrations After Constant-Rate Intravenous Infusion, J. Pharm. Sci., 80: 507-510 (1991). PMID: 1880736
262. Kong A-N and Jusko WJ, Disposition of Methylprednisolone and Its Sodium Succinate Prodrug In Vivo and In Perfused Liver of Rats: Nonlinear and Sequential First-Pass Elimination, J. Pharm. Sci., 80: 409-415 (1991). PMID: 1880717
263. Veng-Pedersen P, Cheng H and Jusko WJ, Regarding Dose Independent Pharmacokinetic Parameters in Nonlinear Pharmacokinetics, J. Pharm. Sci., 80: 608-612 (1991). PMID: 1941554
264. Yamashita SK, Ludwig EA, Middleton E Jr. E and Jusko WJ, Lack of Pharmacokinetic and Pharmacodynamic Interactions Between Ketoconazole and Prednisolone, Clin. Pharmacol. Ther. 49: 558-570 (1991). PMID: 1827622
265. Cheng H and Jusko WJ, Mean Residence Time of Drugs in Pharmacokinetic Systems with Linear Distribution, Linear or Nonlinear Elimination and Noninstantaneous Input, J. Pharm. Sci. 80:1005-1006 (1991). PMID: 1783996
266. Dunn TE, Ludwig EA, Slaughter RL, Camara DS, and Jusko WJ, Pharmacokinetics and Pharmacodynamics of Methylprednisolone in Obesity, Clin. Pharmacol. Ther. 50: 536-549 (1991). PMID: 1827621
267. Cheng H and Jusko WJ, Pharmacokinetics of Linear Reversible Metabolic Systems, In: Advanced Methods of Pharmacokinetic and Pharmacodynamic Systems Analysis, D.D'Argenio, Ed., Plenum Press, NY, p 13-20 (1991).
268. Jusko WJ, Pharmacokinetics/Dynamics of Corticosteroids, In: Advanced Methods of Pharmacokinetic and Pharmacodynamic Systems Analysis, D. D'Argenio, Ed., Plenum Press, New York, pp. 61-68 (1991).
269. Garg V and Jusko WJ, Simultaneous Analysis of Prednisone, Prednisolone, and Their Major Hydroxylated Metabolites in Urine by High-Performance Liquid Chromatography, J. Chrom. Biomed. Appl., 567: 39-47 (1991). PMID: 1918259
270. Shum L and Jusko WJ, Verophylline Pharmacokinetics in Normal and Dietary-Induced Obese Rats: Role of Fat Mass and Protein Binding in Determining Volume of Distribution, Xenobiotica, 21: 1419-1430 (1991). PMID: 1763516
271. Haughey DB and Jusko WJ, Effect of Ketoconazole on Methylprednisolone Pharmacokinetics and Receptor/Gene-Mediated Pharmacodynamics, J. Pharmacol. Exper. Ther., 259: 826-832 (1991). PMID: 1941630
272. Jusko WJ, D'Ambrosio R, Monitoring FK506 Concentrations in Plasma and Whole Blood, Transplant Proc 23:2732-2735 (1991). PMID: 1721260
273. Wald JA, Salazar DE, Cheng H and Jusko WJ, Two-Compartment Basophil Cell Trafficking Model for Methylprednisolone Pharmacodynamics, J. Pharmacokin. Biopharm. 19: 521-536 (1991). PMID: 1783990
274. Jusko WJ, Kung L-P, and Schmelter RD, Immunopharmacokinetics of $^{111}$In-CYT-103 in Ovarian Cancer Patients, In: Diagnosis of Colorectal and Ovarian Carcinoma: Application of Immunoscintigraphic Technology, Eds. R.T. Maguire and D. Van Nostrand, Marcel Dekker Inc., New York, 177-190 (1992). Also: Targeted Diagn. & Ther. 6: 177-190 (1990). PMID: 1576345
275. Garg V, Blum R, Wilner KD, and Jusko WJ, Effect of the Anti-Inflammatory Agent Tenidap on the Pharmacokinetics and Pharmacodynamics of Prednisolone, J. Clin. Pharmacol. 32: 222-230 (1992). PMID: 1564126
276. Haughey DB and Jusko WJ, Bioavailability and Nonlinear Disposition of Methylprednisolone/Methylprednisone in the Rat, J. Pharm. Sci. 80: 117-121 (1992). PMID: 1545348
277. Wald JA and Jusko WJ, Corticosteroid Pharmacodynamic Modeling: Osteocalcin Suppression by Prednisolone, Pharm. Res., 9: 1096-1098 (1992). PMID: 1409384
278. Jusko WJ and Ludwig EA, Corticosteroids, Chap. 27 In "Applied Pharmacokinetics: Principles of Therapeutic Drug Monitoring", Third Ed, WE Evans, JJ Schentag, WJ Jusko, Eds., Appl Ther. Inc., Vancouver, WA, pp. 27-1 to 34 (1992).
279. Evans WE, Schentag JJ, and Jusko WJ, Editors: Applied Pharmacokinetics: Principles of Therapeutic Drug Monitoring, Third Edition, Applied Therapeutics Inc., Vancouver WA (1992) & Jusko WJ, Guidelines for Collection and Analysis of Pharmacokinetic Data, Chapter 2, pp: 1-43 (1992).
280. Fisher LE, Ludwig EA, Wald JA, Sloan RR, Middleton E, and Jusko WJ, Pharmacokinetics and Pharmacodynamics of Methylprednisolone When Administered at 8 AM versus 4 PM, Clin. Pharmacol. Ther., 51: 677-688 (1992). PMID: 1535301
281. Dove AM, Szefler SJ, Hill MR, Jusko WJ, Larsen GL and Accurso FJ, Altered Prednisolone Pharmacokinetics in Patients with Cystic Fibrosis, J. Pediatrics, 120: 789-794 (1992). PMID: 1578318
282. Klamerus KJ, Maloney K, Rudolph RL, Sisenwine SF, Jusko WJ, and Chiang ST, Introduction of a Composite Parameter to the Pharmacokinetics of Venlafaxine and Its Active O-Desmethyl Metabolite, J. Clin. Pharmacol., 32: 716-724 (1992). PMID: 1487561
283. Haughey DB and Jusko WJ, Receptor-Mediated Methylprednisolone Pharmacodynamics in Rats: Steroid-Induced Receptor Down-Regulation, J. Pharmacokin. Biopharm. 20: 333-355 (1992). PMID: 1362219
284. Fisher LE, Ludwig EA, and Jusko WJ, Pharmacoimmunodynamics of Methylprednisolone: Trafficking of Helper T Lymphocytes, J. Pharmacokin. Biopharm. 20: 319-331 (1992). PMID: 1479558
285. Cheng H and Jusko WJ, Mean Residence Time of Oral Drugs Undergoing First-Pass and Linear Reversible Metabolism, Pharmaceut. Res., 10: 8-13 (1993). PMID: 8430064
286. Jusko WJ, Conceptualization of Drug Distribution to a Hypothetical Pharmacodynamic Effect Compartment, Clin. Pharmacol. Ther. 54: 112-113 (1993). PMID: 8330459
287. Ludwig EA, Kong A-N, Camara DS, and Jusko WJ, Pharmacokinetics of Methylprednisolone Hemisuccinate and Methylprednisolone in Chronic Liver Disease, J. Clin. Pharmacol. 33: 805-810 (1993). PMID: 8227476
288. Piekoszewski W and Jusko WJ, Plasma Protein Binding of Tacrolimus (FK506) in Man, J. Pharm. Sci., 82: 340-341 (1993). PMID: 7680714
289. Chow AT, Meek PD, and Jusko WJ, High-Pressure Liquid Chromatographic Assay of Theophylline in Dog Feces Following Oral Administration of Sustained-Release Products, J. Pharm. Sci., 82: 956-958 (1993). PMID: 8229696

290. Wald JA, Law RM, Ludwig EA, Sloan RR, Middleton E Jr., Jusko WJ, Evaluation of Dose-Related Pharmacokinetics and Pharmacodynamics of Prednisolone in Man, J. Pharmacokin. Biopharm., 20: 567-589 (1993). PMID: 1302763
291. Dubois DC, Almon RR, and Jusko WJ, Molar Quantification of Specific Messenger Ribonucleic Acid Expression in Northern Hybridization Using cRNA Standards, Analyt. Biochem. 210: 140-144 (1993). PMID: 7683846
292. Piekoszewski W, Chow FS, and Jusko WJ, Disposition of Tacrolimus (FK506) in Rabbits: Role of Red Cell Binding in Hepatic Clearance, Drug Met. Dispos., 21: 690-698 (1993). PMID: 7690698
293. Jusko WJ and Milsap RL, Pharmacokinetic Principles of Drug Distribution in Saliva, Ann NY Acad Sci, 694: 36-47 (1993). PMID: 8215084
294. Mishina EV, Straubinger RM, Pyszczynski NA, and Jusko WJ, Enhancement of Tissue Delivery and Receptor Occupancy of Methylprednisolone in Rats by a Liposomal Formulation, Pharm. Res., 10: 1402-1410 (1993). PMID: 8272400
295. Lew KH, Ludwig EA, Milad MA, Donovan K, Middleton E, Ferry JJ, and Jusko WJ, Gender-Based Effects on Methylprednisolone Pharmacokinetics and Pharmacodynamics, Clin. Pharmacol. Ther. 54: 402-414 (1993). PMID: 8222483
296. Pleyer U, Lutz S, Jusko WJ, Nguyen K, Narawane M, Rückert D, Mondino BJ, and Lee VHL, Ocular Absorption of Topically Applied FK506 from Liposomal and Oil Formulations in the Rabbit Eye, Invest. Ophth Vis. Sci., 34: 2737-42 (1993). PMID: 7688360
297. Milad MA and Jusko WJ, Pharmacodynamic Interpretation of Adrenocorticotropin Stimulation Tests, Annals Pharmacother. 27: 1195-1197 (1993). PMID: 8251686
298. Cheng H and Jusko WJ, Pharmacokinetics of Reversible Metabolic Systems, Biopharm. Drug Disp., 14: 721-766 (1993). PMID: 8298069
299. Dayneka N, Garg V, and Jusko WJ, Comparison of Four Basic Models of Indirect Pharmacodynamic Responses, J. Pharmacokin. Biopharm., 21: 457-478 (1993). PMID: 8133465
300. D'Ambrosio R, Girzaitis N, and Jusko WJ, Validation and Quality Assurance Program for Monitoring Tacrolimus (FK 506) Concentrations in Plasma and Whole Blood, Ther. Drug Monitor., 15: 414-426 (1993). PMID: 7504339
301. Lew KH and Jusko WJ, Pharmacodynamic Modeling of Cortisol Suppression from Fluocortolone, Europ. J. Clin. Pharmacol., 45: 581-583 (1993). PMID: 8157047
302. D'Ambrosio R, Stabler T, Kobayashi M, and Jusko WJ, Improved Procedures for Enzyme Immunoassay of Tacrolimus (FK 506) in Whole Blood, Clin. Chemistry, 40: 159-160 (1994). PMID: 7507007
303. Garg V and Jusko WJ, Pharmacodynamic Modeling of NSAIDs: Antipyretic Effect of Ibuprofen, Clin. Pharmacol. Ther., 55: 87-88 (1994). PMID: 8299322
304. Cheng H, Gong Y, and Jusko WJ, A Computer Program for Calculating Distribution Parameters for Drugs Behaving Nonlinearly Based on Disposition Decomposition Analysis, J. Pharm. Sci., 83: 110-112 (1994). PMID: 8138898
305. Ermer JC, Hicks DR, Wheeler SC, Kraml M, and Jusko WJ, Concomitant Etodolac Affects Neither the Unbound Clearance Nor the Pharmacologic Effect of Warfarin, Clin. Pharmacol. Ther., 55: 305-316 (1994). PMID: 8143396
306. Garg V and Jusko WJ, Bioavailability and Reversible Metabolism of Prednisone and Prednisolone in Man, Biopharm. Drug Dispos., 15: 163-172 (1994). PMID: 8011967
307. Garg V and Jusko WJ, Effect of Indomethacin on the Pharmacokinetics and Pharmacodynamics of Prednisolone in Rats, J. Pharm. Sci., 83: 747-750 (1994). PMID: 7915309
308. Mishina EV and Jusko WJ, Inhibition of Rat Splenocyte Proliferation with Methylprednisolone: In Vivo Effect of Liposomal Formulation, Pharm. Res., 11: 848-854 (1994). PMID: 7937524
309. Garg V, Hon YY, and Jusko WJ, Effects of Acute and Chronic Inflammation on the Pharmacokinetics of Prednisolone in Rats, Pharm. Res., 11: 541-544 (1994). PMID: 8058612
310. Troy SM, Hicks DR, Parker VD, Jusko WJ, Rofsky HE, and Porter RJ, Differences in Pharmacokinetics and Comparative Bioavailability Between Premarin and Estratab in Healthy Postmenopausal Women, Curr. Ther. Res., 55: 359-372 (1994).
311. Piekoszewski W, Chow FS, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Effects of Coadministration of Methylprednisolone and Tacrolimus in Rabbits, J. Pharmacol. Exper. Ther., 269: 103-109 (1994). PMID: 7513355
312. D'Ambrosio R, Girzaitis N, and Jusko WJ, Multicenter Comparison of Tacrolimus (FK 506) Whole Blood Concentrations as Measured by the Abbott IMx Analyzer and Enzyme Immunoassay with Methylene Chloride Extraction, Ther. Drug Monitor., 16: 287-292 (1994). PMID: 7521979
313. Milad MA, Ludwig EA, Lew KH, Kohli RK, and Jusko WJ, The Pharmacokinetics and Pharmacodynamics of Methylprednisolone in Chronic Renal Failure, Am. J. Ther., 1:49-57 (1994). PMID: 11835067
314. Mishina EV and Jusko WJ, Selected Tissue Distribution of Liposomal Methylprednisolone in Rats, Res. Commun. Chem. Path. Pharmacol., 84: 47-52 (1994). PMID: 8042008
315. Cheng H, Yu C, and Jusko WJ, An Algorithm and Computer Program for Calculating the Mean Transit Time and Distribution Rate Parameters of Generated Metabolites Undergoing Linear Tissue Distribution and Linear or Non-linear Central Elimination, Biopharm. Drug Disp. 15: 273-294 (1994). PMID: 8068866
316. Jusko WJ, Receptor-Mediated Pharmacodynamics of Corticosteroids, In: "Receptor-Mediated Biological Processes: Implications for Evaluating Carcinogenesis", HL Spitzer, TJ Slaga, WF Greenlee, M McClain, ed, Wiley-Liss, NY, pp. 261-270 (1994). PMID: 7972251
317. Jusko WJ and Ko HC, Physiologic Indirect Response Models Characterize Diverse Types of Pharmacodynamic Effects, Clin. Pharmacol. Ther., 56: 406-419 (1994). PMID: 7955802
318. Wald JA and Jusko WJ, Prednisolone Pharmacodynamics: Leukocyte Trafficking in the Rat, Life Sci., 55: PL371-378 (1994). PMID: 7968208
319. Jusko WJ, Pyszczynski NA, Bushway MS, D'Ambrosio R, and Mis SM, Fifteen Years of Operation of a High-Performance Liquid Chromatographic Assay for Prednisolone, Cortisol and Prednisone in Plasma, J. Chrom. Biomed. Appl., 658: 47-54 (1994). PMID: 7952131
320. Piekoszewski W, Chow FS, and Jusko WJ, Inhibition of Phytohaemagglutinin-Induced Lymphocyte Proliferation by Immunosuppressive Drugs: Use of Whole Blood Culture, Immunopharmacol. Immunotoxicol., 16: 389-401 (1994). PMID: 7798592
321. Binder J, Mishina EV, Jusko WJ, and Kupiec-Weglinski JW, Prolongation of Cardiac Allograft Survival in Rats by Liposome-Encapsulated Methylprednisolone, Transplantation, 58: 633-635 (1994). PMID: 8091492
322. The U.S. Multicenter FK506 Liver Study Group, Comparison of Tacrolimus (FK506) and Cyclosporine for Immunosuppression in Liver Transplantation, New Engl. J. Med., 331: 1110-1115 (1994). PMID: 7523946
323. Cheng H, Gillespie WR, and Jusko WJ, Mean Residence Time Concepts for Nonlinear Pharmacokinetic Systems, Biopharm. Drug Disp., 15: 627-641 (1994). PMID: 7888595
324. Mishina EV, Binder J, Kupiec-Weglinski JW, and Jusko WJ, Effect of Liposomal Methylprednisolone on Heart Allograft Survival and Immune

Function in Rats, J. Pharmacol. Exp. Ther., 271: 868-874 (1994). PMID: 7965807
325. Milsap RL and Jusko WJ, Pharmacokinetics in the Infant, Environ. Health Persp., 102 [Suppl. 11]: 107-110 (1994). PMID: 7737034
326. Jusko WJ, Milad MA, Ludwig EA, Lew KH, and Kohli RK, Methylprednisolone Pharmacokinetics and Pharmacodynamics in Chronic Renal Failure, Clinical Nephol., 43: S16-S19 (1995). PMID: 7781199
327. Jusko WJ, Piekoszewski W, Klintmalm GB, Schaeffer M, Hebert MF, Piergies AA, Lee C, Schechter P, and Mekki QA, Pharmacokinetics of Tacrolimus (FK506) in Liver Transplant Patients, Clin. Pharmacol. Ther., 57: 281-290 (1995). PMID: 7535213
328. Xu Z-X, Lee M-J, Blum RA, and Jusko WJ, Pharmacodynamic Modeling of Prednisolone Effects on Natural Killer Cell Trafficking, Pharm. Res., 12: 459-463 (1995). PMID: 7617538
329. Fasanmade AA and Jusko WJ, An Improved Pharmacodynamic Model for Formation of Methemoglobin by Antimalarial Drugs, Drug Met. Disp., 23: 573-576 (1995). PMID: 7587933
330. Abouljoud MS, Levy MF, Klintmalm GB, and The US Multicenter Study Group, Hyperlipidemia After Liver Transplantation: Long-Term Results of the FK506/Cyclosporine: A US Multicenter Trial, Transplant. Proc., 27: 1121-1123 (1995). PMID: 7533360
331. Ko HC, Jusko WJ, Pharmacodynamic Modeling of Finasteride, a 5α-Reductase Inhibitor, Pharmacother., 15: 509-511 (1995). PMID: 7479205
332. Lee MJ, Straubinger RM, and Jusko WJ, Physicochemical, Pharmacokinetic and Pharmacodynamic Evaluation of Liposomal Tacrolimus (FK 506) in Rats, Pharm. Res., 12: 1055-1059 (1995). PMID: 7494802
333. Ko HC, Almon RR, and Jusko WJ, Effect of Corticosteroid Binding Globulin on the Pharmacokinetics of Prednisolone in Rats, Pharm. Res., 12: 902-904 (1995). PMID: 7667198
334. Lee M-L, Pyszczynski N, and Jusko WJ, Combined Inhibition Effects of Tacrolimus and Methylprednisolone on In Vitro Human Lymphocyte Proliferation, Immunopharmacol. Immunotoxicol. 17: 335-345 (1995). PMID: 7544367
335. Fasanmade AA and Jusko WJ, Effect of Halofantrine and its Desbutyl Metabolite on Lymphocyte Proliferation Dynamics, Life Sci. Pharmacol. Letters, 57: 175-180 (1995). PMID: 7564875
336. Szefler SJ, Bender BG, Jusko WJ, Lanier BQ, Lemanske RF, Skoner DP, and Stempel DA, Evolving Role of Theophylline in Treatment of Chronic Childhood Asthma, J. Peds. 127: 176-185 (1995). PMID: 7636640
337. Milad MA, Ludwig EA, Ane S, Middleton E, and Jusko WJ, Pharmacodynamic Model for Joint Exogenous and Endogenous Corticosteroid Suppression of Lymphocyte Trafficking, J. Pharmacokin. Biopharm., 22: 469-480 (1994). PMID: 7473077
338. Fasanmade, AA, Jusko WJ, Optimizing Whole Blood Lymphocyte Proliferation in the Rat, J. Immun. Meth., 184: 163-167 (1995). PMID: 7658020
339. DuBois DC, Xu Z-X, McKay L, Almon RR, Pyszczynski N, and Jusko WJ, Differential Dynamics of Receptor Down-Regulation and Tyrosine Aminotransferase Induction Following Glucocorticoid Treatment, J. Steroid Biochem. Mol. Biol., 54: 237-243 (1995). PMID: 7577705
340. Jusko WJ, Ko HC, and Ebling WF, Convergence of Indirect and Direct Pharmacodynamic Response Models, J. Pharmacokin. Biopharm., 23: 5-8 (1995). PMID: 8576844
341. Xu Z-X, Sun Y-N, Dubois DC, Almon RR, Jusko WJ, Third-Generation Model for Corticosteroid Pharmacodynamics: Roles of Glucocorticoid Receptor mRNA and Tyrosine Aminotransferase mRNA in Rat Liver, J. Pharmacokin Biopharm 23: 163-181 (1995). PMID: 8719235
342. Van Griensven, JMTh, Jusko WJ, Lemkes HHPJ, Kroon R, Chiang ST, and AF Cohen, Tolrestat Pharmacokinetic and Pharmacodynamic Effects on Red Blood Cell Sorbitol Levels in Normal Volunteers and in Patients with Insulin-Dependent Diabetes, Clin. Pharmacol. Ther., 58: 631-640 (1995). PMID: 8529328
343. Nash RA, Etzioni R, Storb R, Furlong T, Gooley T, Anasetti C, Appelbaum FR, Doney K, Martin P, Slattery J, Sullivan K, van der Jagt R, Witherspoon R, Jusko WJ, Zager RA, and Deeg MJ, Tacrolimus (FK506) Alone or in Combination with Methotrexate or Methylprednisolone for the Prevention of Acute Graft-Versus-Host Disease After Marrow Transplantation from HLA-Matched Siblings: A Single-Center Study, Blood, 85: 3746-3753 (1995). PMID: 7540071
344. Jusko WJ, Analysis of Tacrolimus (FK506) in Relation to Therapeutic Drug Monitoring, Ther Drug Monit, 17: 596-601 (1995). PMID: 8588227
345. Jusko WJ, Thomson AW, Fung J, McMaster P, Wong SH, Zylber-Katz E, Christians U, Winkler M, Fitzsimmons WE, Lieberman R, McBride J, Kobayashi M, Warty V, and Soldin SJ, Consensus Document: Therapeutic Monitoring of Tacrolimus (FK-506), Ther. Drug Monit., 17: 606-614 (1995). PMID: 8588229
346. Cheng H and Jusko WJ, Disposition Decomposition Analysis for Pharmacodynamic Modeling of the Link Compartment, Biopharm. Drug Disp., 17: 117-124 (1996). PMID: 8907718
347. Mishina EV and Jusko WJ, Liposomal Methylprednisolone in Rats: Dose-Proportionality and Chronic-Dose Pharmacokinetics/Dynamics, Pharm. Res., 13: 141-145 (1996). PMID: 8668664
348. Jusko WJ, Pharmacokinetics and Receptor-Mediated Pharmacodynamics of Corticosteroids, Toxicol. 102: 189-196 (1995). PMID: 7482553
349. Slayter KL, Ludwig EA, Lew KH, Middleton Jr, E, Ferry JJ, and Jusko WJ, Oral Contraceptive Effects on Methylprednisolone Pharmacokinetics and Pharmacodynamics, Clin. Pharmacol. Ther., 59: 312-321 (1996). PMID: 8653994
350. Jusko WJ, Physiologically Based Models in Pharmacodynamics, Ch 2.7 in "Pharmacokinetic/Pharmacodynamic Analysis: Accelerating Drug Discovery and Development", J Schlegel, Ed., Int. Bus. Comm. Inc., Southborough MA, pp.1-20 (1996).
351. Ferron GM, Rochdi M, Jusko WJ, and Scherrmann J-M, Oral Absorption Characteristics and Pharmacokinetics of Colchicine in Healthy Volunteers after Single and Multiple Doses, J. Clin. Pharmacol., 36: 874-883 (1996). PMID: 8930773
352. Meno-Tetang Guy ML, Hon YY, and Jusko WJ, Synergistic Interaction Between Dehydroepiandrosterone and Prednisolone in the Inhibition of Rat Lymphocyte Proliferation, Immunopharm. Immunotoxicol 18: 443-456 (1996). PMID: 8872495
353. Sharma A and Jusko WJ, Characterization of Four Basic Models of Indirect Pharmacodynamic Responses, J. Pharmacokin. Biopharm. 24: 611-635 (1996). PMID: 9300353
354. Jusko WJ, Ferron GM, Mis SM, Kahan BD, and Zimmerman JJ, Pharmacokinetics of Prednisolone During Administration of Sirolimus in Patients with Renal Transplants, J. Clin. Pharmacol., 36: 1100-1106 (1996). PMID: 9013365
355. Ferron GM, Mishina EV, Zimmerman JJ, and Jusko WJ, Population Pharmacokinetics of Sirolimus in Kidney Transplant Patients, Clin. Pharmacol. Ther., 61: 416-428 (1997). PMID: 9129559
356. Cheng H, Gong Y, and Jusko WJ, A Computer Program Using Disposition Decomposition Analysis in Pharmacodynamics, Biopharm. Drug Dispos., 18: 9-15 (1997). PMID: 9008265
357. Chow FS, Piekoszewski W, and Jusko WJ, Effect of Hematocrit and Albumin Concentration on Hepatic Clearance of Tacrolimus (FK 506) During Rabbit Liver Perfusion, Drug Met. Disp., 25: 610-616 (1997). PMID: 9152601
358 Sharma A and Jusko WJ, Indirect Pharmacodynamic Models for Tolerance and Rebound Phenomena, Chap. 3.2 In:

Pharmacokinetic/Pharmacodynamic Analysis II, Int. Bus. Commun. Inc., Southborough, MA (1997).

359. Krzyzanski W and Jusko WJ, Application of Moment Analysis to the Sigmoid Effect Model for Drug Administered Intravenously, Pharmaceut. Res., 14: 949-952 (1997). PMID: 9244156

360. Ko HC, Jusko WJ, and Ebling WF, Nonlinear Perpendicular Least Squares Regression in Pharmacodynamics, Biopharm. Drug Disp., 18: 711-716 (1997). PMID: 9373727

361. Krzyzanski W and Jusko WJ, Mathematical Formalism for the Properties of Four Basic Models of Indirect Pharmacodynamic Responses, J. Pharmacokin. Biopharm: 25: 107-123 (1997). PMID: 9353696

362. McKay LI, DuBois DC, Sun Y-N, Almon RR, and Jusko WJ, Corticosteroid Effects in Skeletal Muscle: Gene Induction/Receptor Autoregulation, Muscle & Nerve, 20: 1318-1320 (1997). PMID: 9324091

363. Ferron GM, Conway WD, and Jusko WJ, Lipophilic Benzamide and Anilide Derivatives as High-Performance Liquid Chromatography Internal Standards: Application to Sirolimus (Rapamycin) Determination, J ChromB., 703: 243-251 (1997). PMID: 9448082

364. Krzyzanski W and Jusko WJ, Integrated Functions for Four Basic Models of Indirect Pharmacodynamic Response, J. Pharm. Sci., 87: 67-72 (1998). PMID: 9452970

365. Ferron GM and Jusko WJ, Species Differences in Sirolimus Stability in Humans, Rabbits and Rats, Drug Metab. Disp., 26: 83-84 (1998). PMID: 9443858

366. Sharma A and Jusko WJ, Characteristics of Indirect Pharmacodynamic Models and Applications to Clinical Drug Responses, Brit. J. Clin. Pharmacol., 45: 229-239 (1998). PMID: 9517366

367. Segal JL, Maltby BF, Langdorf MI, Jacobson R, Brunnemann SR, and Jusko WJ, Methylprednisolone Disposition Kinetics in Humans with Acute Spinal Cord Injury, Pharmacotherapy, 18: 16-22 (1998). PMID: 9469676

368. Sun Y-N and Jusko WJ, Transit Compartments Versus Gamma Distribution Function to Model Signal Transduction Processes in Pharmacodynamics, J. Pharm. Sci., 87: 732-737 (1998). PMID: 9607951

369. Ferron GM, Pyszczynski NA, and Jusko WJ, Gender-Related Assessment of Cyclosporine/Prednisolone/Sirolimus Interactions in Three Human Lymphocyte Proliferation Assays, Transplantation, 65: 1203-1209 (1998). PMID: 9603169

370. Ferron GM and Jusko WJ, Species- and Gender-Related Differences in Cyclosporine/Prednisolone/Sirolimus Interactions in Whole Blood Lymphocyte Proliferation Assays, J. Pharmacol. Exp. Ther., 286: 191-200 (1998). PMID: 9655860

371. Sharma A, Ebling WF, and Jusko WJ, Precursor-Dependent Indirect Pharmacodynamic Response Model for Tolerance and Rebound Phenomena, J. Pharm. Sci., 87: 1577-1584 (1998). PMID: 10189270

372. Gobburu JVS and Jusko WJ, Role of Dosage Regimen in Controlling Indirect Pharmacodynamic Responses, Adv. Drug Del. Rev., 33: 221-233 (1998). PMID: 10837662

373. Gobburu JVS, TenHoor C, Rogge MC, Frazier DE, Thomas D, Benjamin C, Hess DM, and Jusko WJ, Pharmacokinetics/Dynamics of 5c8, a Monoclonal Antibody to CD154 (CD40 Ligand): Suppression of an Immune Response in Monkeys, J. Pharmacol. Exp. Ther., 286: 925-930 (1998). PMID: 9694951

374. Gumbhir-Shah K, Kellerman, DJ, DeGraw S, Koch P, and Jusko WJ, Pharmacokinetic-Pharmacodynamic Characteristics and Safety of Inhaled Albuterol Enantiomers in Healthy Volunteers, J. Clin. Pharmacol., 38: 1096-1106 (1998). PMID: 11301561

375. Sharma A, Slugg PH, Hammett JL, and Jusko WJ, Estimation of Oral Bioavailability of a Long Half-Life Drug in Healthy Subjects, Pharm. Res., 15: 1782-1786 (1998). PMID: 9834003

376. Sun Y-N, DuBois DC, Almon RR, and Jusko WJ, Fourth-Generation Model for Corticosteroid Pharmacodynamics: A Model for Methylprednisolone Effects on Receptor/Gene-Mediated Glucocorticoid Receptor Down-Regulation and Tyrosine Aminotransferase Induction in Rat Liver, J. Pharmacokin. Biopharm., 26: 289-316 (1998). PMID: 10098101

377. Krzyzanski W and Jusko WJ, Characterization of Pharmacodynamic Recession Slopes for Direct and Indirect Response Models, J. Pharmacokin. Biopharm., 26: 409-435 (1998). PMID: 10214560

378. Radwanski E, Chakraborty A, Van Wart S, Huhn RD, Cutler DL, Affrime MB, and Jusko WJ, Pharmacokinetics and Leukocyte Responses of Recombinant Human Interleukin-10, Pharm. Res., 15: 1895-1901 (1998). PMID: 9892475

379. Krzyzanski W and Jusko WJ, Mathematical Formalism and Characteristics of Four Basic Models of Indirect Pharmacodynamic Responses for Drug Infusions, J. Pharmacokin. Biopharm., 26: 385-408 (1998). PMID: 10214559

380. Ferron GM and Jusko WJ, Pharmacokinetic and Pharmacoimmunodynamic Interactions between Prednisolone and Sirolimus in Rabbits, Pharm. Res., 15: 1888-1894 (1998). PMID: 9892474

381. Sharma A, Slugg PH, Hammett JL, and Jusko WJ, Clinical Pharmacokinetics and Pharmacodynamics of a New Squalene Synthase Inhibitor, BMS-188494, in Healthy Volunteers, J. Clin. Pharmacol., 38: 1116-1121 (1998). PMID: 11301563

382. Flores-Murrieta FJ, Ko HC, Flores-Acevedo DM, Lopez-Munoz FJ, Jusko WJ, Sale ME, and Castaneda-Hernandez G, Pharmacokinetic-Pharmacodynamic Modeling of Tolmetin Antinociceptive Effect in the Rat Using an Indirect Response Model: A Population Approach, J. Pharmacokin. Biopharm., 26: 547-557 (1998). PMID: 10205770

383. Sun Y-N, DuBois DC, Almon RR, Pyszczynski NA, and Jusko WJ, Dose-Dependence and Repeated-Dose Studies for Receptor/Gene Mediated Pharmacodynamics of Methylprednisolone on Glucocorticoid Receptor Down-Regulation and Tyrosine Aminotransferase Induction in Rat Liver, J. Pharmacokin. Biopharm., 26: 619-648 (1998). PMID: 10485078

384. Krzyzanski W and Jusko WJ, Caution in Use of Empirical Equations for Pharmacodynamic Indirect Response Models, J. Pharmacokin. Biopharm., 26: 735-741 (1998). PMID: 10485083

385. Meno-Tetang GML, Gobburu JVS, and Jusko WJ, Influence of Gender on Prednisolone Effects on Whole Blood T-Cell Deactivation and Trafficking in Rats, J. Pharm. Sci., 88: 46-51 (1999). PMID: 9874701

386. Meno-Tetang, GML, Hon YY, VanWart S, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Interactions Between Dehydroepiandrosterone and Prednisolone in the Rat, Drug Met. Drug Interact., 15: 51-70 (1999). PMID: 10707113

387. Sun Y-N, McKay LI, DuBois DC, Jusko WJ, and Almon RR, Pharmacokinetic-Pharmacodynamic Models for Corticosteroid Receptor Down-Regulation and Glutamine Synthetase Induction in Rat Skeletal Muscle by a Receptor/Gene-Mediated Mechanism, J. Pharmacol. Exper. Ther., 288: 720-728 (1999). PMID: 9918581

388. Chakraborty A, Blum RA, Cutler DL, and Jusko WJ, Pharmacoimmunodynamic Interactions of IL-10 and Prednisone in Healthy Volunteers, Clin. Pharmacol. Ther., 65: 304-318 (1999). PMID: 10096263

389. Sharma A, Jusko WJ, Fulmor IE, Norton J, Uderman HD, and Salazar DE, Clinical Pharmacokinetics and Pharmaco-dynamics of Avitriptan During Intravenous Administration in Healthy Subjects, J. Clin. Pharmacol., 39: 685-694 (1999). PMID: 10392323

390. Chakraborty A, Blum RA, Mis SM, Cutler DL, and Jusko WJ, Pharmacokinetic and Adrenal Interactions of IL-10 and Prednisone in Healthy Volunteers, J. Clin. Pharmacol., 39: 624-635 (1999). PMID: 10354967

391. Sun Y-N, Lee HJ, and Almon RJ, A Pharmacokinetic/Pharmacodynamic Model for Recombinant Human Growth Hormone (rhGH) Effects on Induction of Insulin-Like Growth Factor I (IGF-I) in Monkeys, J. Pharmacol. Exp. Ther., 289: 1523-32 (1999). PMID: 10336548

392. Ferron GM and Jusko WJ, Clinical Pharmacokinetics and Pharmacodynamics of Glucocorticoids in Transplant Patients, Graft, 2: 182-186 (1999).

393. Ferron GM, Pyszczynski NA, and Jusko WJ, Pharmacokinetic and Pharmacoimmunodynamic Interactions Between Prednisolone and Sirolimus In Adrenalectomized Rats, J. Pharmacokin. Biopharm., 27: 1-21 (1999). PMID: 10533695

394. Krzyzanski W, Chakraborty A, and Jusko WJ, Algorithm for Application of Fourier Analysis for Biorhythmic Baselines of Pharmacodynamic Indirect Response Models, Chronobiol. Internat., 17: 77-93 (2000). PMID: 10672436

395. Chakraborty A, Krzyzanski W, and Jusko WJ, Mathematical Modeling of Circadian Cortisol Concentrations Using Indirect Response Models: Comparison of Several Methods, J. Pharmacokin. Biopharm., 27: 23-43 (1999). PMID: 10533696

396. Gumbhir-Shah K, Kellerman DJ, DeGraw S, Koch P, and Jusko WJ, Pharmacokinetics and Pharmacodynamics of Cumulative Single Doses of Inhaled Albuterol Enantiomers in Asthmatic Subjects, Pulm. Pharmacol. Ther., 12: 353-362 (1999). PMID: 10587476

397. Imani S, Jusko WJ, and Steiner R, Diltiazem Retards the Metabolism of Oral Prednisone with Effects on T-Cell Markers, Pediatr. Transplant., 3: 126-130 (1999). PMID: 10389134

398. Davis CB, Tobia LP, Kwok DC, Oishi CM, Kheterpal N, Hebburn TW, Benincosa LJ, Chow FS, and Jusko WJ, Accumulation of Antibody-Target Complexes and the Pharmacodynamics of Clotting after Single Intravenous Administration of Humanized Anti-Factor IX Monoclonal Antibody to Rats, Drug Delivery, 6: 171-179 (1999).

399. Gobburu JVS, Agerso H, Jusko WJ, and Ynddal L, Pharmacokinetic-Pharmacodynamic Modeling of Ipamorelin, a Growth Hormone Releasing Peptide, in Human Volunteers, Pharmaceut. Res., 16: 1412-1416 (1999). PMID: 10496658

400. Sun Y-N and Jusko WJ, Role of Baseline Parameters in Determining Indirect Pharmacodynamic Responses, J. Pharm. Sci., 88: 987-990 (1999). PMID: 10514344

401. Fasanmade AA and Jusko WJ, Immunodynamics of Methylprednisolone Induced T-Cell Trafficking and Deactivation Using Whole Blood Lymphocyte Proliferation Techniques in the Rat, Biopharm. Drug Disp., 20: 255-261 (1999). PMID: 10594870

402. Benincosa LJ, Chow F-S, Tobia LP, Kwok DC, Davis CB, and Jusko WJ, Pharmacokinetics and Pharmacodynamics of a Humanized Monoclonal Antibody to Factor IX in Cynomolgus Monkeys, J. Pharmacol. Exp. Ther., 292: 810-816 (2000). PMID: 10640322

403. Krzyzanski W, Ramakrishnan R, and Jusko WJ, Basic Pharmacodynamic Models for Agents which Alter Production of Natural Cells, J. Pharmacokin. Biopharm., 27: 467-489 (2000). PMID: 10948694

404. Chow F-S, Sharma A, and Jusko WJ, Modeling Interactions between Adrenal Suppression and T-Helper Lymphocyte Trafficking During Multiple-Dosing of Methylprednisolone, J. Pharmacokin. Biopharm., 27: 559-575 (1999). PMID: 11153446

405. Gabrielsson J, Jusko WJ, and Alari L, Modeling of Dose-Response-Time Data: Four Examples of Generating Kinetic Functions from Response Profiles, Biopharm. Drug Disp., 21: 41-52 (2000). PMID: 11100906

406. Levy G, Zamacona MK, and Jusko, WJ. Developing Compliance Instructions for Drug Labeling, Clin. Pharmacol. Ther., 68: 586-591 (2000). PMID: 11180017

407. Wyska E and Jusko WJ, Approaches to Pharmacokinetic/Pharmacodynamic Modeling during Pregnancy, Seminars in Perinatology, 25: 124-132 (2001). PMID: 11453607

408. Puchalski TA, Krzyzanski W, Blum RA, and Jusko WJ. Pharmacodynamic Modeling of Lansoprazole Using an Indirect Irreversible Response Model, J. Clin. Pharmacol., 41: 251-258 (2001). PMID: 11269565

409. Krzyzanski W and Jusko WJ, Indirect Pharmacodynamic Models for Responses with Multicompartmental Distribution or Polyexponential Disposition, J. Pharmacokin. Pharmacodyn., 28: 57-78 (2001). PMID: 11253614

410. Mager DE and Jusko WJ, Pharmacodynamic Modeling of Time-Dependent Transduction Systems, Clin. Pharmacol. Ther., 70: 210-216 (2001). PMID: 11557908

411. Jusko WJ, Relationship of Dose- and Time-Dependent Corticosteroid Responses to Receptor Turnover, Proceedings of a Workshop on "The Anti-Asthmatic Actions and Selectivity of Inhaled Steroids", Chap 5, pp. 95-112, Eds. RP Schleimer, P O'Bryne, SJ Szefler, and R Brattsand, Marcel Dekker Inc, New York (2001).

412. Magee MH, Blum RA, Lates CD, and Jusko WJ, Prednisolone Pharmacokinetics and Pharmacodynamics in Relation to Sex and Race, J. Clin. Pharmacol., 41: 1180-1194 (2001). PMID: 11697751

413. Meno-Tetang G, Blum RA, Schwartz KE, Jusko WJ, Effects of Oral Prasterone (Dehydroepiandosterone) on Single-Dose Pharmacokinetics of Oral Prednisone and Cortisol Suppression in Normal Women, J. Clin. Pharmacol., 41: 1195-1205 (2001). PMID: 11697752

414. Ramakrishnan R and Jusko WJ, Interactions of Aspirin and Salicylic Acid with Prednisolone for Inhibition of Lymphocyte Proliferation, Internat. Immunopharmacol., 1: 2035-2042 (2001). PMID: 11606034

415. Chakraborty A and Jusko WJ, Pharmacodynamic Interaction of Recombinant Interleukin-10 and Prednisolone Using In Vitro Whole Blood Lymphocyte Proliferation, J. Pharm. Sci., 91: 1334-1342 (2002). PMID: 11977109

416. Chow F-S, Benincosa LJ, Sheth SB, Wilson D, Davis CB, Minthorn EA, Jusko WJ, Pharmacokinetic and Pharmaco-dynamic Modeling of Humanized Anti-Factor IX Antibody (SB 249417) in Humans, Clin. Pharm. Ther., 71: 235-245 (2002). PMID: 11956506

417. Ramakrishnan R, Dubois D, Almon RA, Pyszczynski NA, and Jusko WJ, Pharmacodynamics and Pharmacogenomics of Methylprednisolone during 7-Day Infusion in Rats, J. Pharmacol. Exper. Ther., 300: 245-256 (2002). PMID: 11752123

418. Magee MH, Blum RA, Lates CD, and Jusko WJ, Integrated Pharmacokinetic/Pharmacodynamic Model for Prednisolone Inhibition of Ex Vivo Whole Blood Lymphocyte Proliferation, Brit. J. Clin. Pharmacol., 53: 474-484 (2002). PMID: 11994053

419. Mager DE and Jusko WJ, General Pharmacokinetic Model for Drugs Exhibiting Target-Mediated Drug Disposition, J. Pharmacokin. Biopharm., 28: 507-532 (2001). PMID: 11999290

420. Ramakrishnan R, DuBois D, Almon RA, Pyszczynski NA, and Jusko WJ, Fifth-Generation Model for Corticosteroid Pharmacodynamics: Steady-State Receptor Down-Regulation and Enzyme Induction Patterns During Seven-Day Continuous Infusion of Methylprednisolone in Rats, J. Pharmacokin. Pharmacodyn., 29: 1-24 (2002). PMID: 12194533

421. Bernstein SH, Jusko WJ, Krzyzanski, W., Nichols J, and Wetzler M, Pharmacodynamic Modeling of Thrombopoietin, Platelet and Megakarocyte Dynamics in Patients with Acute Myeloid Leukemia Undergoing Dose Intensive Chemotherapy, Cancer Res., J. Clin. Pharmacol., 42: 501-511 (2002). PMID: 12017344

422. Zimmerman JJ, Harper D, Getsy J, Jusko WJ, Pharmacokinetic Interactions Between Sirolimus and Microemulsion Cyclo-sporine When Orally

Administered Jointly and 4 Hours Apart in Healthy Volunteers, J. Clin. Pharmacol., 43: 1168-76 (2003). PMID: 14517200

423. Li H, Meno-Tetang GML, Chiba K, Arima N, Heining P, Jusko WJ, Pharmacokinetics and Cell Trafficking Dynamics of FTY720 in Cynomolgus Monkeys Following Single Oral and Intravenous Doses, J. Pharmacol. Exp. Ther., 301: 519-526 (2002). PMID: 11961052

424. Almon RA, Dubois DC, Brandenburg EH, Shi W, Zhang S, Straubinger RM, and Jusko WJ, Pharmacodynamics and Pharmacogenomics of Diverse Receptor-Mediated Effects of Methylprednisolone in Rats using Microarray Analysis, J. Pharmacokin. Pharmacodyn., 29: 103-129 (2002). PMID: 12361239

425. Mager DE and Jusko WJ, Quantitative Structure-Pharmacokinetic/Pharmacodynamic Relationships of Corticosteroids in Man, J. Pharm. Sci., 91: 2441-2451 (2002). PMID: 12379930

426. Booker BM, Magee M, Blum RA, Lates CD, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Interactions between Diltiazem and Methylprednisolone in Healthy Volunteers, Clin. Pharmacol. Ther. 72: 370-382 (2002). PMID: 12386639

427. Krzyzanski W and Jusko WJ, Multiple-Pool Cell Lifespan Model of Hematologic Effects of Anticancer Agents, J. Pharmacokin. Pharmacodyn., 29: 311-337 (2002). PMID: 12518707

428. Levy G, Mager DE, Cheung WK, and Jusko WJ, Comparative Pharmacokinetics of Coumarin Anticoagulants L: Physiologic Modeling of S-Warfarin in Rats and Pharmacologic Target-Mediated Disposition in Man, J. Pharm. Sci., 92: 985-994 (2003). PMID: 12712418

429. Mager DE, Pyszczynski N, and Jusko WJ, Integrated QSPR – Pharmacodynamic Model of Genomic Effects of Several Corticosteroids, J. Pharm. Sci., 92: 881-889 (2003). PMID: 12661073

430. Mager DE and Jusko WJ, Receptor-Mediated Pharmacokinetic/Pharmacodynamic Model of Interferon-Beta in Man, Pharm. Res., 19: 1537-1543 (2002). PMID: 12425473

431. Jeng S, Chanchairujira T, Jusko WJ, and Steiner R, Prednisone Metabolism in Recipients of Kidney or Liver Transplants and in Lung Recipients Receiving Ketoconazole, Transplantation, 75: 792-795 (2003). PMID: 12660503

432. Petersen KB, Jusko WJ, Rasmussen M, and Schmiegelow K, Population Pharmacokinetics of Prednisolone in Children with Acute Lymphoblastic Leukemia, Cancer Chemother. Pharmacol., 51: 465-473 (2003). PMID: 12698270

433. Ramakrishnan R, Cheung WK, Farrell F, Jolliffe L, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Modeling of Recombinant Human Erythropoietin after Intravenous and Subcutaneous Single Dose Administrations in Cynomolgous Monkeys, J. Pharmacol. Exp. Ther., 306: 324-331 (2003). PMID: 12676891

434. Mager DE, Moledina N, and Jusko WJ, Relative Immunosuppressive Potency of Therapeutic Corticosteroids Measured by Whole Blood Lymphocyte Proliferation, J. Pharm. Sci., 92: 1521-1525 (2003). PMID: 12820156

435. Mager DE, Wyska E, Jusko WJ, Diversity of Mechanism-Based Pharmacodynamic Models, Drug Met. Disp., 31: 510-518 (2003). PMID: 12695336

436. Almon RR, DuBois DC, Pearson KE, Stephan DA, and Jusko WJ, Gene Arrays and Temporal Patterns of Drug Response: Corticosteroid Effects on Rat Liver, Functional & Integrative Genomics, 3: 171-179 (2003). PMID: 12928814

437. Mager DE, Neuteboom B, Efthymiopoulos C, Munafo A, and Jusko WJ, Receptor-Mediated Pharmacokinetics and Pharmacodynamics of Interferon-β1a Following Intravenous and Subcutaneous Dosing in Monkeys, J. Pharmacol. Exp. Ther., 306: 262-270 (2003). PMID: 12660309

438. Jin JY, Almon RR, Dubois DC, and Jusko WJ, Modeling of Corticosteroid Pharmacogenomics in Rat Liver Using Gene Microarrays, J. Pharmacol. Exp. Ther., 307: 93-109 (2003) [*featured on cover of November 2003 issue of journal*]. PMID: 12808002

439. Mager DE, Lin SX, Blum RA, Lates CD, and Jusko WJ, Dose Equivalency Evaluation of Major Corticosteroids I. Pharmacokinetics and Cell Trafficking and Cortisol Dynamics, J. Clin. Pharmacol., 43: 1216-1227 (2003). PMID: 14551176

440. Jin JY, Dubois DC, Almon RR, and Jusko WJ, Receptor/Gene-Mediated Pharmacodynamic Effects of Methylprednisolone on Phosphoenolpyruvate Carboxylase Regulation in Rat Liver, J. Pharmacol. Exper. Ther., 309: 328-339 (2004). PMID: 14722324

441. Samtani MN, Schwab M, Nathanielsz PW, and Jusko WJ, Stabilization and HPLC Analysis of Betamethasone Sodium Phosphate in Plasma, J. Pharm. Sci., 93: 726-732 (2004). PMID: 14762910

442. Almon RR, Chen J, Snyder G, Dubois DC, Jusko WJ, and Hoffman EP. In Vivo Multi-Tissue Corticosteroid Microarray Time Series Available Online at Public Expression Profile Resource (PEPR). Pharmacogenomics, 4: 791-799 (2003). PMID: 14596642

443. Chen J, Zhao P, Massaro D, Clerch LB, Almon RR, Dubois DC, Jusko WJ, and Hoffman EP, The PEPR GeneChip Data Warehouse, and Implementation of a Dynamic Time Series Query Tool (SGQT) with Graphical Interface, Nucleic Acids Research, 32: D578-D581 (2004). PMID: 14681485

444. Jusko WJ, Jin JY, Dubois DC, and Almon RR. Pharmacodynamics and Pharmacogenomics of Corticosteroids: Microarray Studies, In: Advanced Methods of Pharmacokinetic and Pharmacodynamics Systems Analysis, Volume 3, D.Z. D'Argenio, Editor, Kluwer Academic Publishers, Boston, pp. 85-103 (2004).

445. Smith PF, Bullock JM, Booker BM, Haas CE, Berenson C, and Jusko WJ, Induction of Imatinib Metabolism by Hypericum Perforatum, Blood, 104: 1229-30 (2004). PMID: 15294859

446. Lima JJ, Matsushima N, Kissoon N, Wang J, Sylvester JE, Jusko WJ, Modeling the Metabolic Effects of Terbutaline in β2 Adrenergic Receptor Diplotypes, Clin. Pharmacol. Ther., 76: 27-37 (2004). PMID: 15229461

447. Almon RR, DuBois DC, Piel WH, Jusko, WJ. The Genomic Response of Skeletal Muscle to Methylprednisolone Using Microarrays: Tailoring Data Mining to the Structure of the Pharmacogenomic Time Series, Pharmacogenomics, 5: 525-552 (2004). PMID: 15212590

448. Lepist E-I, Jusko WJ. Modeling and Allometric Scaling of s(+)Ketoprofen Pharmacokinetics and Pharmacodynamics: A Retrospective Analysis, J. Vet. Pharmacol. Ther., 27: 211-218 (2004). PMID: 15305849

449. Earp J, Krzyzanski W, Chakraborty A, Zamacona MK, and Jusko WJ, Assessment of Drug Interactions Relevant to Pharmacodynamic Indirect Response Models, J. Pharmacokin. Pharmacodyn., 31: 345-380 (2004). PMID: 15669772

450. Kamal MA and Jusko WJ, Interactions of Prednisolone and Other Immunosuppressants Used in Dual Treatment of Systemic Lupus Erythematosus in Lymphocyte Proliferation Assays, J. Clin. Pharmacol., 44: 1034-1045 (2004). PMID: 15317831

451. Ramakrishnan R, Cheung WK, Wacholtz MC, Minton N, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Modeling of Recombinant Human Erythropoietin after Single and Multiple Doses in Healthy Volunteers, J. Clin. Pharmacol., 44: 991-1002 (2004). PMID: 15317827

452. Smith PF, Bullock JM, Booker BM, Haas CE, Berenson CS, Jusko WJ, The Influence of St. John's Wort on the Pharmacokinetics and Protein Binding of Imatimib Mesylate, Pharmacotherapy, 24: 1508-1514 (2004). PMID: 15537555

453. Samtani MN, Nathanielsz PW, Schwab M, and Jusko WJ, Area/Moment and Compartmental Modeling of Pharmacokinetics during Pregnancy: Applications to Maternal/Fetal Exposures to Corticosteroids in Sheep and Rats, Pharm. Res., 21: 2279-2292 (2004). PMID: 15648260

454. Chakraborty A, Yeung S, Pyszczynski NA, and Jusko WJ, Pharmacodynamic Interactions between Recombinant Mouse Interleukin-10 and Prednisolone Using a Mouse Endotoxemia Model, J. Pharm. Sci., 94: 590-603 (2005). PMID: 15666292

455. Almon RR, DuBois DC, Jin JY, Jusko WJ, Pharmacogenomic Responses of Rat Liver to Methylprednisolone: An Approach to Mining a Rich Microarray Time Series, The AAPS Journal, 7: E156-E194 (2005). PMID: 16146338

456. Mager DE, Neuteboom B, Jusko WJ, Pharmacokinetics and Pharmacodynamics of Pegylated IFN-β1a Following Subcutaneous Administration in Monkeys, Pharm. Res., 22: 58-61 (2005). PMID: 15771230

457. Chow F-S and Jusko WJ, Immunosuppressive Interactions among Calcium Channel Antagonists and Selected Corticosteroids and Macrolides Using Human Whole Blood Lymphocytes, Drug Metab. & Pharmacokin., 19: 413-421 (2004). PMID: 15681895

458. Samtani M and Jusko WJ, Comparison of Dexamethasone Pharmacokinetics in Female Rats after Intravenous and Intramuscular Administration, Biopharm. & Drug Dispos., 26: 85-91 (2005). PMID: 15654687

459. Almon RR, DuBois DC, Jin JY, Jusko WJ, Temporal Profiling of the Transcriptional Basis for the Development of Corticosteroid-Induced Insulin Resistance in Rat Muscle, J. Endocrinol., 184: 219-232 (2005). PMID: 15642798

460. Jusko WJ, Guidelines for Collection and Analysis of Pharmacokinetic Data, Burton ME, Shaw LM, Schentag JJ, Evans WE, Editors, Applied Pharmacokinetics & Pharmacodynamics, 4th Edition, Lippincott Williams & Wilkins, Philadelphia, pp 9-29 (2005).

461. Samtani M, Lohle M, Grant A, Nathanielsz PW, and Jusko WJ, Betamethasone Pharmacokinetics after Two Prodrug Formulations in Sheep: Implications for Antenatal Corticosteroid Use, Drug Metab. Dispos., 33: 1124-1130 (2005). PMID: 15860658

462. Krzyzanski W, Jusko WJ, Wacholtz, Minton N, Cheung WK, Pharmacokinetic and Pharmacodynamic Modeling of Recombinant Human Erythropoietin after Multiple Subcutaneous Doses in Healthy Subjects, Eur. J. Pharm. Sci., 26: 295-306 (2005). PMID: 16102948

463. Almon RR, Lai W, DuBois DC, Jusko WJ, Corticosteroid Regulated Genes in Rat Kidney: Mining Time Series Array Data, Am. J. Physiol., Endocrinology and Metabolism, 289: E870-E882 (2005). PMID: 15985454

464. Ruixo JJP, Kimko HC, Chow AT, Piotrovsky V, Krzyzanski W, and Jusko WJ, Population Cell Lifespan Models for Effects of Drugs Following Indirect Mechanisms of Action, J. Pharmacokin. Pharmacodyn., 32: 767-793 (2005). PMID: 16328102

465. Gordi T, Xie R, and Jusko WJ, Semi-Mechanistic Pharmacokinetic/Pharmacodynamic Modelling of the Antimalarial Effect of Artemisinin, Brit. J. Clin. Pharmacol., 60: 594-604 (2005). PMID: 16305583

466. Krzyzanski W, Woo S, and Jusko WJ, Pharmacodynamic Models for Agents that Alter Production of Natural Cells with Various Distributions of Lifespans, J. Pharmacokin. Pharmacodyn., J. Pharmacokin. Pharmacodyn., 33: 125-166 (2006). PMID: 16565883

467. Samtani M and Jusko WJ, Stability of Dexamethasone Sodium Phosphate in Rat Plasma, Int. J. Pharmaceutics, 301: 262-266 (2005). PMID: 16054309

468. Yao Z, Krzyzanski W, and Jusko WJ, Assessment of Basic Indirect Response Models with Physiological Limits, J. Pharmacokin.Pharmacodyn., 33: 167-193 (2006). PMID: 16547797

469. Yao Z, DuBois DC, Almon RA, and Jusko WJ, Modeling Circadian Rhythms of Glucocorticoid Receptor and Glutamine Synthetase Expression in Rat Skeletal Muscle, Pharm. Res., 23: 670-679 (2006). PMID: 16673181

470. Samtani M, Pyszczynski NA, DuBois D, Almon RR, and Jusko WJ, Modeling Glucocorticoid-Mediated Fetal Lung Maturation I. Temporal Patterns of Corticosteroids in Rat Pregnancy, J. Pharmacol. Exp. Ther., 317: 117-126 (2006). PMID: 16371449

471. Samtani M, Pyszczynski NA, DuBois D, Almon RR, and Jusko WJ, Modeling Glucocorticoid-Mediated Fetal Lung Maturation II. Temporal Patterns of Gene Expression in Fetal Rat Lung, J. Pharmacol. Exp. Ther., 317: 127-138 (2006). PMID: 16371448

472. Qu J, Jusko WJ, and Straubinger RM, Utility of Cleavable Isotope-Coded Affinity-Tagged Reagents for Quantification of Low-Copy Proteins Induced by Methylprednisolone Using Liquid Chromatography/Tandem Mass Spectrometry, Anal. Chem., 78: 4543-4552 (2006). PMID: 16808464

473. Hon YY, Jusko WJ, Zhou HH, Chen GL, Guo D, Zhou G, Spratlin VE, Jann MW, Endogenous Histamine and Cortisol Levels in Subjects with Different Histamine N-Methyltransferase C314T Genotypes, Mol. Diag. Ther., 10: 109-114 (2006). PMID: 16669609

474. Hon YY, Jusko WJ, Spratlin VE, and Jann MW, Altered Methylprednisolone Pharmacodynamics in Healthy Subjects with Histamine N-Methyltransferase C314T Genetic Polymorphism, J. Clin. Pharmacol., 46: 408-417 (2006). PMID: 16554448

475. Lee SJ, Jusko WJ, Salaita CG, Calis KA, Jann MW, Spratlin VE, Goldstein JA, and Hon YY, Reduced Methylprednisolone Clearance Causing Prolonged Pharmacodynamics in a Healthy Subject Was Not Associated with CYP3A5*3 Allele or a Change in Diet Composition, J. Clin. Pharmacol., 46: 515-526 (2006). PMID: 16638735

476. Schwab M, Coksaygan T, Samtani MN, Jusko WJ, and Nathanielsz PW, Kinetics of Betamethasone and Fetal Cardiovascular Adverse Effects in Pregnant Sheep after Different Doses, Obstetrics & Gynecology 108: 617-625 (2006). PMID: 16946223

477. Almon RR, DuBois DC, Jin JY, Yao Z, Hazra A, Samtani M, Snyder G, Piel W, Jusko WJ, Development, Analysis, and Use of Pharmacogenomic Time Series for Pharmacokinetic/Pharmacodynamic Modeling of Multi-Tissue Polygenic Responses to Corticosteroids, In: New Research on Pharmacogenetics, ISBN 1-60021-056-2, Chapter 2, Nova Publishers (2006).

478. Krzyzanski W, Dmochowski J, Matsushima N, Jusko WJ, Assessment of Dosing Impact on Intra-Individual Variability in Estimation of Parameters for Basic Indirect Response Models, J. Pharmacokin. Pharmacodyn. 33: 635-655 (2006). PMID: 16941234

479. Meno-Tetang GML, Li H, Mis S, Pyszczynski N, Heining P, Lowe P, and Jusko WJ, Physiologically-Based Pharmacokinetic Modeling of FTY720 (2-Amino-2[2-(-4-octylphenyl)ethyl]propane-1,3-diol hydrochloride) in Rats Following Oral and Intravenous Doses, Drug Met. Disp., 34: 1480-1487 (2006). PMID: 16751263

480. Hazra A, Krzyzanski W, and Jusko WJ, Mathematical Assessment of Properties of Precursor-Dependent Indirect Pharmacodynamic Response Models, J. Pharmacokin. Pharmacodyn., 33: 683-717 (2006). PMID: 17053985

481. Woo S, Krzyzanski W, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Modeling of Recombinant Human Erythropoietin after Intravenous and Subcutaneous Administration in Rats, J. Pharmacol. Exper. Ther. 319: 1297-1306 (2006). PMID: 16973883

482. Hazra A, Pyszczynski N, DuBois DC, Almon RR, and Jusko WJ, Pharmacokinetics of Methylprednisolone after Intravenous and Intramuscular Administration in Rats, Biopharm. & Drug Disp. 28: 263-273 (2007). PMID: 17569107

483. Samtani MN and Jusko WJ, Quantification of Dexamethasone and Corticosterone in Rat Biofluids and Fetal Tissue Using Highly Sensitive Analytical Methods: Assay Validation and Application to a Pharmacokinetic Study, Biomed. Chromatog. 21: 585-597 (2007). PMID: 17385808

484. Wetzler M, Earp JC, Brady MT, Keng MK, and Jusko WJ, Synergism Between Arsenic Trioxide and Heat Shock Protein 90 Inhibitors on Signal Transducer and Activator of Transcription Protein 3 Activity – Pharmacodynamic Drug-Drug Interaction Modeling, Clin. Cancer Res. 13: 2261-2270 (2007). PMID: 17404111

485. Hazra A, DuBois DC, Almon RR, and Jusko WJ, Assessing the Dynamics of Nuclear Glucocorticoid-Receptor Complex; Adding Flexibility to Gene Expression Modeling, J. Pharmacokin. Pharmacodyn., 34: 333-354 (2007). PMID: 17285360

486. Woo S and Jusko WJ, Interspecies Comparisons of Pharmacokinetics and Pharmacodynamics of Recombinant Human Erythropoietin, Drug Met. Disp. 35: 1672-1678 (2007). PMID: 17576810

487. Mager DE and Jusko WJ, Mechanistic Pharmacokinetic/Pharmacodynamic Models II, In: Pharmacometrics, The Science of Quantative Pharmacology, Ette EI & Williams PJ Editors, Wiley & Sons, Inc, Chapter 23, pp. 607-631 (2007).

488. Jin JY and Jusko WJ, Pharmacogenomics and Pharmacokinetic/Pharmacodynamic Modeling, In: Pharmacometrics, The Science of Quantative Pharmacology, Ette EI & Williams PJ Editors, Wiley & Sons, Inc, Chapter 19, pp. 509-528 (2007).

489. Yao Z, Zhao B, Hoffman EP, Ghimbovschi S, DuBois DB, Almon RR, and Jusko WJ, Application of a Scaling Factor in Simultaneous Modeling of Microarray Data from Diverse Chips, Pharmaceut. Res. 24: 643-649 (2007). PMID: 17318415

490. Hong Y, Mager DE, Blum RA, and Jusko WJ, Population Pharmacokinetic/Pharmacodynamic Modeling of Systemic Corticosteroid Inhibition of Whole Blood Lymphocytes: Modeling Interoccasion Pharmacodynamic Variability, Pharm. Res. 24: 1088-1097 (2007). PMID: 17385022

491. Almon RR, DuBois DC, and Jusko WJ, Microarray Analysis of the Temporal Response of Liver to Methylprednisolone: Comparative Analysis of Two Dosing Regimens, Endocrinology, 148: 2209-2225 (2007). PMID: 17303664

492. Yang E, Simcha D, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Context Specific Transcription Factor Prediction, Ann. Biomed. Eng., 35: 1053-1067 (2007). PMID: 17377845

493. Hazra A, Pyszczynski NA, DuBois DC, Almon RR, and Jusko WJ, Modeling of Corticosteroid Effects on Hepatic Low-Density Lipoprotein Receptors and Plasma Lipid Dynamics in Rats, Pharm. Res., 25: 769-780 (2008). PMID: 17674160

494. Woo S, Krzyzanski W, and Jusko WJ, Target-mediated Pharmacokinetics and Pharmacodynamics of Recombinant Human Erythropoietin (rHuEPO), J. Pharmacokin. Pharmacodyn., 34: 849-868 (2007). PMID: 17943422

495. Yao Z, DuBois DC, Almon RR, and Jusko WJ, Pharmacokinetic/Pharmacodynamic Modeling of Corticosterone Suppression and Lymphocytopenia by Methylprednisolone in Rats, J. Pharm. Sci., 97: 2820-2832 (2008). PMID: 17828751

496. Almon RR, DuBois DC, Yao Z, Hoffman EP, Ghimbovschi S, and Jusko WJ, Microarray Analysis of the Temporal Response of Skeletal Muscle to Methylprednisolone: Comparative Analysis of Two Dosing Regimens, Physiol. Genomics 30: 282-299 (2007). PMID: 17473217

497. Hazra A, Pyszczynski NA, DuBois DC, Almon RR, and Jusko WJ, Modeling Receptor/Gene-Mediated Effects of Corticosteroids on Hepatic Tyrosine Aminotransferase Dynamics in Rats: Dual Regulation by Endogenous and Exogenous Corticosteroids, J. Pharmacokin. Pharmacodyn., 34: 643-667 (2007). PMID: 17593325

498. Woo S, Krzyzanski W, Duliege A-M, Stead RR, and Jusko WJ, Population Pharmacokinetics and Pharmacodynamics of Peptidic Erythropoiesis Receptor Agonist (ERA) in Healthy Volunteers, J. Clin. Pharmacol. 48: 43-52 (2008). PMID: 18025524

499. Hazra A, DuBois DC, Almon RR, Snyder GH, and Jusko WJ, Pharmacodynamic Modeling of Acute and Chronic Effects of Methylprednisolone on Hepatic Urea Cycle Genes in Rats, Gene Reg. Sys. Biol. 2: 1-19 (2008). PMID: 19787073

500. Woo S, Krzyzanski W, and Jusko WJ, Pharmacodynamic Model for Chemotherapy-Induced Anemia in Rats, Cancer Chem. Pharmacol., 62: 123-133 (2008). PMID: 17891399

501. Landersdorfer CB and Jusko WJ, Pharmacokinetic/Pharmacodynamic Modelling in Diabetes, Clin. Pharmacokin., 47:417-448 (2008). PMID: 18563953

502. Yang E, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Extracting Global System Dynamics of Corticosteroid Genomic Effects in Rat Liver, J. Pharmacol. Exp. Ther. 324: 1243-1254 (2008). PMID: 18086872

503. Yao Z, Hoffman EP, Ghimbovschi S, DuBois DC, Almon RR, and Jusko WJ, Mathematical Modeling of Corticosteroid Pharmacogenomics in Rat Muscle Following Acute and Chronic Methylprednisolone Dosing, Mol. Pharm., 5: 328-339 (2008). PMID: 18271548

504. Mager DE and Jusko WJ, Development of Translational Pharmacokinetic-Pharmacodynamic Models, Clin. Pharmacol. Ther. 83: 909-912 (2008). PMID: 18388873

505. Earp JC, Pyszczynski NA, Molano DS and Jusko WJ, Pharmacokinetics of Dexamethasone in a Rat Model of Rheumatoid Arthritis, Biopharm. Drug Disp., 29: 366-372 (2008). PMID: 18613033

506. Earp JC, DuBois DC, Almon RR, and Jusko WJ, Quantitative Dynamic Models of Arthritis Progression in the Rat, Pharm. Res. 26: 196-203 (2009). PMID: 18758921

507. Yao Z, Hoffman EP, Ghimbovschi S, DuBois DC, Almon RA, and Jusko WJ, Pharmacodynamic/Pharmacogenomic Modeling of Insulin Resistant Genes in Rat Muscle after Methylprednisolone Treatment: Exploring Regulatory Signaling Cascases, Gene Reg. Sys. Biol., 2: 141-161 (2008). PMID: 19787081

508. Earp JC, DuBois DC, Molano DS, Pyszczynski NA, Keller CE, Almon RR, and Jusko WJ, Modeling Corticosteroid Effects in a Rat Model of Rheumatoid Arthritis I: Mechanistic Disease Progression Model for the Time Course of Collagen-Induced Arthritis in Lewis Rats, J. Pharmacol. Exp. Ther., 326: 532-545 (2008). PMID: 18448865

509. Earp JC, DuBois DC, Molano DS, Pyszczynski NA, Almon RR, and Jusko WJ, Modeling Corticosteroid Effects in a Rat Model of Rheumatoid Arthritis II: Mechanistic Pharmacodynamic Model for Dexamethasone Effects in Lewis Rats with Collagen-Induced Arthritis, J. Pharmacol. Exp. Ther., 326: 546-554 (2008). PMID: 18448864

510. Rohatagi S, Carrothers TJ, Jin JY, Jusko WJ, Khariton T, Walker J, Truitt K, and Salazar DE, Model-Based Development of a PPARγ Agonist, Rivoglitazone, to Aid Dose Selection and Optimize Clinical Trial Designs, J. Clin. Pharmacol. 48: 1420-1429 (2008). PMID: 18936283

511. Almon RR, Yang E, Lai W, Androulakis IP, DuBois DC, Jusko WJ, Circadian Variations in Rat Liver Gene Expression: Relationships to Drug Actions, J. Pharmcol. Exp. Ther. 326: 700-716 (2008). PMID: 18562560

512. Almon RR, Yang E, Lai W, Androulakis IP, Ghimbovschi S, Hoffman EP, Jusko WJ, and DuBois DC, Relationships Between Circadian Rhythms and Modulation of Gene Expression by Glucocorticoids in Skeletal Muscle, Am. J. Physiol. Regul. Integr. Comp. Physiol. 295: R1031-R1047 (2008). PMID: 18667713

513. Bulitta JB, Ly NS, Yang JC, Forrest A, Jusko WJ, Tsuji BT, Development and Qualification of a Pharmacodynamic Model for the Pronounced Inoculum Effect of Ceftazidime against Pseudomonas aeruginosa, Antimicrob. Ag. Chemother. 53: 46-56 (2009). PMID: 18852268

514. Bulitta JB, Zhao P, Arnold RD, Kessler DR, Daifuku R, Pratt J, Luciano G, Hanauske A-R, Gelderblom H, Awada A, Jusko WJ: Mechanistic Population Pharmacokinetics of Total and Unbound Paclitaxel for a New Nanodroplet Formulation vs. Taxol in Cancer Patients, Cancer Chemother. Pharmacol., 63: 1049-1063 (2009). PMID: 18791718

515. Bulitta JB, Zhao P, Arnold RD, Kessler DR, Daifuku R, Pratt J, Luciano G, Hanauske A-R, Gelderblom H, Awada A, Jusko WJ: Multiple-Pool Lifespan Models for Neutropenia to Assess the Population Pharmacodynamics of Unbound Paclitaxel from Two Formulations in Cancer Patients, Cancer Chemother. Pharmacol., 63: 1035-1048 (2009). PMID: 18791717

516. Landersdorfer CB, DuBois DC, Almon RR and Jusko WJ, Mechanism-Based Modeling of Nutritional and Leptin Influences on Growth in Normal and Type 2 Diabetic Rats, J. Pharmacol. Exp. Ther., 328: 644-651 (2009). PMID: 18971370

517. Mager DE, Woo S, and Jusko WJ, Scaling Pharmacodynamics from In Vitro and Preclinical Animal Studies to Humans, Drug Metab. Pharmacokin. 24: 16-24 (2009). PMID: 19252333

518. Jin JY and Jusko WJ, Pharmacodynamics of Glucose Regulation by Methylprednisolone. I. Adrenalectomized Rats, Biopharm. Drug Disp., 30: 21-34 (2009). PMID: 19156931

519. Jin JY and Jusko WJ, Pharmacodynamics of Glucose Regulation by Methylprednisolone. II. Normal Rats, Biopharm. Drug Disp., 30: 35-48 (2009). PMID: 19156669

520. Almon RR, DuBois DC, Lai W, Xue B, Nie J and Jusko WJ, Gene Expression Analysis of Hepatic Roles in Cause and Development of Diabetes in Goto-Kakizaki Rats, J. Endocrin., 200: 331-346 (2009). PMID: 19074471

521. Cho H-Y, Blum RA, Sunderland T, Cooper GJS, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Modeling of a Copper-Selective Chelator (TETA) in Healthy Adults, J. Clin. Pharmacol., 49: 916-928 (2009). PMID: 19602718

522. Yang EH, Almon RR, Dubois DC, Jusko WJ, and Androulakis IP, Identification of Global Transcriptional Dynamics, PLoS One, 4:e5992 (2009). PMID: 19593450

523. Khinkis LA, Krzyzanski W, Jusko WJ,and Greco WR, D-Optimal Designs for Parameter Estimation for Indirect Pharmacodynamic Response Models, J. Pharmacokin. Pharmacodyn. 36: 523-539 (2009). PMID: 19904585

524. Woo S, Pawaskar D, and Jusko WJ, Methods of Utilizing Baseline Values for Indirect Response Models, J. Pharmacokin. Pharmacodyn. 36: 381-405 (2009). PMID: 19697107

525. Freishtat RJ, Nagaraju K, Jusko WJ, and Hoffman EP, Glucocorticoid Efficacy in Asthma: Is Improved Tissue Remodeling Upstream of Anti-Inflammation, J. Invest. Med, 58: 19-22 (2010).

526. Wiczling P, Rosenzweig M, Vaickus L, and Jusko WJ, Pharmacokinetics and Pharmacodynamics of a Chimeric/Humanized Anti-CD3 Monoclonal Antibody, Otelixizumab (TRX4), in Subjects with Psoriasis and with Type 1 Diabetes Mellitus, J. Clin. Pharmacol. 50: 494-506 (2010). PMID: 19934031

527. Bulitta JB, Yang JC, Yohonn L, Ly NS, Brown SV, D'Hondt RE, Jusko WJ, Forrest A, Tsuji BT, Attenuation of Colistin Bactericidal Activity by High Incoulum of Pseudomonas Aeruginosa Characterized by a New Mechanism-Based Population Pharmacodynamic Model, Antimicrob Agents Chemother. 54: 2051-2062 (2010). PMID: 20211900

528. Scheff JD, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, A New Symbolic Representation for the Identification of Informative Genes in Replicated Microarray Experiments, OMICS J. Integrative Bio., 14: 239-248 (2010). PMID: 20455749

529. Nguyen TT, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Importance of Replication in Analyzing Time-Series Gene Expression Data: Corticosteroid Dynamics and Circadian Patterns in Rat Liver, BMC Bioinformatics, 11:279 (2010). PMID: 20500897

530. Hale G, Rebello P, al Bakir I, Bolam E, Wiczling P, Jusko WJ, Vandemeulebrouchke E, Keymeulen B, Mathieu C, Ziegler A, Chatenoud L, Pipeleers D, and Waldmann H, Pharmacokinetics and Antibody Responses to a CD3 Antibody Otelixizumab Used in the Treatment of Type 1 Diabetes, J. Clin. Pharmacol. 50:1238-1248 (2010). PMID: 20147616

531. Ghoshal (Gutpa) S, Rao I, Earp JC, Jusko WJ, and Wetzler M, Down-Regulation of Heat Shock Protein 70 Improves Arsenic Trioxide and 17-DMAG Effects on Constitutive Signal Transducer and Activator of Transcription 3 Activity, Cancer Chemother. Pharmacol. 66: 681-689 (2010). PMID: 20035426

532. Findling RL, Landersdorfer CB, Kafantaris V, Pavuluri M, McNamara NK, McClellan J, Frazier JA, Sikich L, Kowatch R, Lingler J, Faber J, Taylor-Zapata P, and Jusko WJ, First-Dose Pharmacokinetics of Lithium Carbonate in Children and Adolescents, J. Clin. Psychopharm. 30: 404-410 (2010). PMID: 20531219

533. Landersdorfer CB and Jusko WJ, Pharmacokinetic/Pharmacodynamic Modeling of Glucose Clamp Effects of Inhaled and Subcutaneous Insulin in Healthy Volunteers and Diabetic Patients, Drug Met. Pharmacokin. 25:418-429 (2010). PMID: 20924141

534. Sukumaran S, Almon RR, DuBois DC, and Jusko WJ, Circadian Rhythms in Gene Expression: Relationship to Physiology, Disease, Drug Disposition and Drug Action, Adv. Drug Delivery Rev., 62: 904-917 (2010). PMID: 20542067

535. Sukumaran S, Xue B, Jusko WJ, DuBois DC, and Almon RR, Circadian Variations in Gene Expression in Rat Abdominal Adipose Tissue and Relationship to Physiology, Physiol. Genomics, 42A:141-152 (2010). PMID: 20682845

536. Ovacik MA, Sukumaran S, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Circadian Signatures in Rat Liver: From Gene Expression to Pathways, BMC Bioinformatics, 11:540 (2010). PMID: 21040584

537. Nguyen TT, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Comparative Analysis of Acute and Chronic Corticosteroid Pharmacogenomic Effects in Rat Liver: Transcriptional Dynamics and Regulatory Structures, BMC Bioinformatics, 11:515 (2010). PMID: 20946642

538. Gao W, Bihorel S, DuBois DC, Almon RR, and Jusko WJ, Mechanism-Based Disease Progression Modeling of Type 2 Diabetes in Goto-Kakizaki Rats, J. Pharmacokin. Pharmacodyn., 38:143-162 (2011). PMID: 21127951

539. Gao W and Jusko WJ, Pharmacokinetic and Pharmacodynamic Modeling of Exendin-4 in Type 2 Diabetic Goto-Kakizaki Rats, J. Pharmacol Exper. Ther. 336: 881-890 (2011). PMID: 21156817

540. Nie J, DuBois DC, Jusko WJ, and Almon RR, Mechanistic Population Modeling of Diabetes Disease Progression in Goto-Kakizaki Rat Muscle, Biopharm. Drug Disp., 32: 50-63 (2011). PMID: 21162119

541. Nie J, Xue B, Sukumaran S, Jusko WJ, DuBois DC, and Almon RR, Differential Muscle Gene Expression as a Function of Disease Progression in Goto-Kakizaki Diabetic Rats, Mol. Cell. Endocrin., 338: 10-17 (2011). PMID: 21356272

542. Bai JPF, Bell R, Burckart GJ, Buckman S, Eichler HG, Goodsaid FM, Fang KC, Jusko WJ, Lesko LL, Meibohm B, Patterson SD, Puig O, Smerage JB, Wagner JA, Wang J, Walton M, and Weiner R, Translational Biomarkers: From Preclinical to Clinical, A Report of 2009 AAPS/ACCP Biomarker Workshop, The AAPS Journal, 13: 274-283 (2011). PMID: 21448748

543. Xue B, Sukumaran S, Nie J, Jusko WJ, DuBois DC, and Almon RR, Adipose Tissue Deficiency and Chronic Inflammation in Diabetic Goto-Kakizaki Rats, PLoS One, 6:e17386 (2011). PMID: 21364767

544. Scheff JD, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Assessment of Pharmacologic Area Under the Curve when Baselines are Variable, Pharm. Res., 28: 1081-1089 (2011). PMID: 21234658

545. Lon H-K, Liu D, Zhang Q, DuBois DC, Almon RR, and Jusko WJ, Pharmacokinetic-Pharmacodynamic-Disease Progression Model for Effect of Etanercept in Lewis Rats with Collagen-Induced Arthritis, Pharm. Res. 28: 1622-1630 (2011). PMID: 21360252

546. Landersdorfer CB, He YL, Jusko WJ, Mechanism-Based Population Pharmacokinetic Modelling in Diabetes: Vildagliptin as a Tight Binding Inhibitor and Substrate of Dipeptidyl Peptidase IV, Brit. J. Clin. Pharmacol. 73: 391-401 (2012). PMID: 22442826

547. Landersdorfer CB, He YL, Jusko WJ, Mechanism-Based Population Modelling of the Effects of Vildagliptin on GLP-1, Glucose and Insulin in Patients with Type 2 Diabetes, Brit. J. Clin. Pharmacol. 73: 373-390 (2012). PMID: 22442825

548. Fang J, DuBois DC, He Y, Almon RR, and Jusko WJ, Dynamic Modeling of Methylprednisolone Effects on Body Weight and Glucose Regulation in Rats, J. Pharmacokin. Pharmacodyn. 38: 293-316 (2011). PMID: 21394487

549. Moller JB, Jusko WJ, Gao W, Hansen T, Pedersen O, Holst JJ, Overgaard RV, Madsen H, and Ingwersen SH, Mechanism-Based Population Modelling for Assessment of L-Cell Function Based on Total GLP-1 Response Following an Oral Glucose Tolerance Test, J. Pharmacokin. Pharmacodyn., 38: 713-725 (2011). PMID: 21922329

550. Sukumaran S, Jusko WJ, DuBois DC, and Almon RR, Light/Dark Oscillations in the Lung Transcriptome: Implications for Lung Homeostasis, Repair, Metabolism, Disease and Drug Action, J. Appl. Physiol. 110:1732-1747 (2011). PMID: 21436464

551. Sukumaran S, Jusko WJ, DuBois DC, and Almon RR, Mechanistic Modeling of the Effects of Glucocorticoids and Circadian Rhythms on Adipokine Expression, J. Pharmacol. Exp. Ther. 337: 734-746 (2011). PMID: 21398515

552. Cao Y, DuBois DC, Sun H, Almon RR, and Jusko WJ, Modeling Diabetes Disease Progression and Salsalate Intervention in Goto-Kakizaki Rats, J. Pharmacol. Exp. Ther. 339: 896-904 (2011). PMID: 21903749

553. Cao Y, Gao W, and Jusko WJ, Pharmacokinetic/Pharmacodynamic Modeling of GLP-1 in Healthy Rats, Pharm. Res. 29: 1078-1086 (2012). PMID: 22179928

554. Liu D, Lon H-K, DuBois DC, Almon RR, and Jusko WJ, Population Pharmacokinetic - Pharmacodynamic - Disease Progression Model for Effects of Anakinra in Lewis Rats with Collagen-Induced Arthritis, J. Pharmacokin. Pharmacodyn. 38: 769-786 (2011). PMID: 22002845

555. Gao W and Jusko WJ, Target-Mediated Pharmacokinetic and Pharmacodynamic Model of Exendin-4 in Rats, Monkeys and Man, Drug Met. Disp. 40: 990-997 (2012). PMID: 22338110

556. Gao W and Jusko WJ, Modeling Disease Progression and Rosiglitazone Intervention in Type 2 Diabetic Goto-Kakizaki Rats, J. Pharmacol. Exp. Ther. 341: 617-625 (2012). PMID: 22378938

557. Sukumaran S, DuBois DC, Jusko WJ, and Almon RR, Glucocorticoid Effects on Adiponectin Expression in Adiponectin, Vitamins & Hormones Series, ISBN: 978-0-12-398313-8, Vol. 90, Chpt 7, pp. 163-186, Elsevier Inc., Editor: G. Litwack (2012). PMID: 23017716

558. Sukumaran S, Lepist E-I, DuBois DC, Almon RR, and Jusko WJ, Pharmacokinetic/Pharmacodynamic Modeling of Methylprednisolone Effects on iNOS mRNA Expression and Nitric Oxide During LPS-Induced Inflammation in Rats, Pharm. Res. 29: 2060-2069 (2012). PMID: 22422321

559. Cao Y, DuBois DC, Almon RR, and Jusko WJ, Pharmacokinetics of Salsalate and Salicylic Acid in Normal and Diabetic Rats, Biopharm. Drug Disp., 33: 285-291 (2012). PMID: 22782506

560. Jusko WJ, Use of Pharmacokinetic Data Below Lower Limit of Quantitation Values, Pharm. Res. 29: 2628-2631 (2012). PMID: 22729370

561. Lon H-K, Liu D, and Jusko WJ, Pharmacokinetic/Pharmacodynamic Modeling in Inflammation, Crit. Rev. Biomed Eng. 40: 295-312 (2012). PMID: 23140121

562. Almon RR, DuBois DC, Sukumaran S, Wang X, Xue B, Nie J and Jusko WJ, Effects of High Fat Feeding on Liver Gene Expression in Diabetic Goto-Kakizaki Rats, Gene Regulation and Systems Biology 6: 151-168 (2012). PMID: 23236253

563. Cao Y and Jusko WJ, Applications of Minimal Physiologically-Based Pharmacokinetic Models, J. Pharmacokin. Pharmacodyn. 39: 711-723 (2012). PMID: 23179857

564. Fang J, Landersdorfer CB, Cirincione B, and Jusko WJ, Study Reanalysis Using a Mechanism-Based Pharmacokinetic/Pharmacodynamic Model of Pramlintide in Subjects with Type 1 Diabetes, AAPSJ 15: 15-29 (2013). PMID: 23054970

565. Pawaskar DK, Straubinger RM, Fetterly GJ, Ma WW, and Jusko WJ, Interactions of Everolimus and Sorafenib in Pancreatic Cancer Cells, AAPSJ 15: 78-84 (2013). PMID: 23054975

566. DuBois DC, Sukumaran S, Jusko WJ, and Almon RR, Evidence for a Glucocorticoid Receptor Beta Splice Variant in the Rat and Its Physiological Regulation in Liver, Steroids 78: 312-320 (2013). PMID: 23257260

567. Pawaskar DK, Straubinger RM, Fetterly GJ, Ma WW, and Jusko WJ, Interactions of Everolimus and Sorafenib in Whole Blood Lymphocyte Proliferation, Pharm. Res. 30: 707-713 (2013). PMID: 23151723

568. Pawaskar DK, Straubinger RM, Fetterly GJ, Hylander BH, Repasky EA, Ma WW, and Jusko WJ, Synergistic Interactions Between Sorafenib and Everolimus in Pancreatic Cancer Xenografts in Mice, Cancer Chemother. Pharmacol. 71: 1231-1240 (2013). PMID: 23455452

569. Pawaskar DK, Straubinger RM, Fetterly GJ, Hylander BH, Repasky EA, Ma WW, and Jusko WJ, Physiologically-Based Pharmacokinetic Models for Everolimus and Sorafenib in Mice, Cancer Chemother. Pharmacol. 71: 1219-1229 (2013). PMID: 23455451

570. Sorger PK, Allerheiligen SRB, Abernethy DR, Altman RB, Brouwer KLR, Califano A, D'Argenio DZ, Iyengar R, Jusko WJ, Lalonde R, Lauffenburger DA, Shoichet B, Stevens JL, Subramaniam S, Van der Graaf P, and Vicini P, Quantitative and Systems Pharmacology in the Postgenomic Era: New Approaches to Discovering and Understanding Therapeutic Drugs and Mechanisms, An NIH White Paper from the QSP Workshop Group – July, 2011, http://www.nigms.nih.gov/News/Reports/201110-syspharma.htm.

571. Liu D-Y, Lon H-K, Wang Y-L, DuBois DC, Almon RR, and Jusko WJ, Pharmacokinetics, Pharmacodynamics, and Toxicities of Methotrexate in Healthy and Collagen-induced Arthritic Rats, Biopharm. Drug Disp. 34: 203-214 (2013). PMID: 23456770

572. Jusko WJ, Moving from Basic toward Systems Pharmacodynamics Models, J. Pharm. Sci. 102: 2930-2940 (2013). PMID: 23681608

573. Cao Y, Balthasar JP, and Jusko WJ, Second-Generation Minimal Physiologically-Based Pharmacokinetic Model for Monoclonal Antibodies, J. Pharmacokin. Pharmacodyn. 40: 597-607 (2013). PMID: 23996115

574. Hamed SS, Straubinger RM, and Jusko WJ, Pharmacodynamic Modeling of Cell Cycle and Apoptotic Effects of Gemcitabine on Pancreatic Adenocarcinoma Cells, Cancer Chemother. Pharmacol. 72: 553-563 (2013). PMID: 23835677

575. Lon H-K, Liu D-Y, DuBois DC, Almon RR, and Jusko WJ, Modeling Pharmacokinetics/Pharmacodynamics of Abatacept and Disease Progression in Collagen-Induced Arthritic Rats: A Population Approach, J. Pharmacokin. Pharmacodyn. 40: 701-712 (2013). PMID: 24233383

576. Fang J, Sukumaran S, DuBois DC, Almon RR, and Jusko WJ, Meta-Modeling of Methylprednisolone Effects on Glucose Regulation in Rats, PLoS One 8: e81679 (2013). PMID: 24312573

577. Nguyen T, Almon RR, DuBois DC, Sukumaran S, Jusko WJ, and Androulakis IP, Tissue-specific Gene Expression and Regulation in Liver

and Muscle following Chronic Corticosteroid Administration, Gene Reg. Sys. Biol. 8:75-87 (2014). PMID: 24653645

578. He Y, Brunstrom-Hernandez JE, Thio LL, Lackey S, Gaebler-Spira G, Kuroda MM, Stashinko E, Hoon Jr AH, Vargus-Adams J, Stevenson RD, Lowenhaupt S, McLaughlin JF, Christensen A, Dosa NP, Butler M, Schwabe A, Lopez C, Roge D, Kennedy D, Tilton A, Krach LE, Lewandowski A, Dai H, Gaedigk A, Leeder JS, and Jusko WJ, Population Pharmacokinetics of Oral Baclofen in Pediatric Patients with Cerebral Palsy, J. Peds. 164: 1181-1188 (2014). PMID: 24607242
579. Cao Y and Jusko WJ, Survey of Monoclonal Antibody Disposition in Man Utilizing a Minimal Physiologically-Based Pharmacokinetic Model, J. Pharmacokin. Pharmacodyn. 41: 571-580 (2014). PMID: 25146360
580. Grimsrud KN, Ait-Oudhia S, Durbin-Johnson BP, Rocke DM, Mama KR, Rezende ML, Stanley SD, and Jusko WJ, Pharmacokinetic and Pharmacodynamic Analysis Comparing Diverse Effects of Detomidine, Medetomidine and Dexmedetomidine in the Horse: A Population Analysis, J. Vet. Pharmacol. Ther. 38: 24-34 (2014). PMID: 25073816
581. Nouri-Nigjeh E, Sukumaran S, Tu C, Li J, Yu H, Duan X, DuBois DC, Almon RR, Jusko WJ and Qu J, Highly Multiplexed and Reproducible Ion Current-Based Strategy for Large-Scale Quantitative Proteomics with Application to Protein Expression Dynamics Induced by Methylprednisolone in 60 Animals, Analytical Chem. 86: 8149-8157 (2014). PMID: 25072516
582. Wang X, DuBois DC, Sukumaran S, Ayyar V, Jusko WJ, and Almon RR, Diabetes disease progression in Goto-Kakizaki rats: effects of salsalate treatment, Diabetes Metab. Syndr. Obes.: Targets and Therapy 7: 381-389 (2014). PMID: 25120374
583. Cao Y and Jusko WJ, Incorporating Target-Mediated Drug Disposition in a Minimal Physiologically-Based Pharmacokinetic Model for Monoclonal Antibodies, J. Pharmacokin. Pharmacodyn. 41: 375-387 (2014). PMID: 25077917
584. Wang X, DuBois DC, Sukumaran S, Ayyar V, Jusko WJ, and Almon RR, Variability in Zucker Diabetic Fatty Rats: Differences in Disease Progression in Hyperglycemic and Normoglycemic Animals, Diabetes Metab. Syndr. Obes.: Targets and Therapy 7: 531-541 (2014). PMID: 25419150
585. Kamisoglu K, Sukumaran S, Nouri-Nigjeh E, Tu C, Li J, Shen X, Duan X, Qu J, Almon RR, DuBois DC, Jusko WJ, and Androulakis IP, Tandem Analysis of Transcriptome and Proteome Changes after a Single Dose of Corticosteroid: A System Approach to Liver Function in Pharmacogenomics, OMICS J. Integrative Bio. 19: 80-91 (2015). PMID: 25611119
586. Ayyar V, Almon RR, Jusko WJ, and DuBois DC, Quantitative Tissue-Specific Dynamics of In Vivo GILZ mRNA Expression and Regulation by Endogenous and Exogenous Glucocorticoids, Physiol Rep. 3(6):e12382 (2015). PMID: 26056061
587. Chen X, DuBois DC, Almon RR, and Jusko WJ, Biodistribution of Etanercept to Tissues and Sites of Inflammation in Arthritic Rats, Drug Met. Disp. 43:898-907 (2015). PMID: 25834031
588. Zhao J, Cao Y, and Jusko WJ, Across-Species Scaling of Monoclonal Antibody Pharmacokinetics Using a Minimal PBPK Model, Pharm. Res. 32: 3269-3281 (2015). PMID: 25939552
589. Xue B, Nie J, Wang X, DuBois DC, Jusko WJ and Almon RR, Effects of High Fat Feeding on Adipose Tissue Gene Expression in Diabetic Goto-Kakizaki Rats, Gene Reg. Sys. Bio. 9: 15-26 (2015). PMID: 26309393
590. Lon HK, DuBois DC, Earp JC, Almon RR and Jusko WJ, Modeling Effects of Dexamethasone on Disease Progression of Bone Mineral Density in Collagen-Induced Arthritic Rats, Pharmacol. Res. Perspect., 3(5):e00169 (2015). PMID: 26516581
591. Yoo H, Iirola T, Vilo S, Manner T, Aantaa R, Lahtinen M, Scheinin M, Jusko WJ, and Olkkola KT, Mechanism-Based Population Pharmacokinetic and Pharmacodynamic Modeling of Intravenous and Intranasal Dexmedetomidine in Healthy Subjects, Eur. J. Clin. Pharmacol. 71: 1197-1207, (2015). PMID: 26233335
592. Estepp JH, Melloni C, Thornburg CD, Wiczling P, Rogers Z, Rothman JA, Green NS, Liem R, Brandow AM, Crary SE, Howard TH, Morris MH, Lewandowski A, Garg U, Jusko WJ, and Neville KA, on behalf of the Best Pharmaceuticals for Children Act – Pediatric Trials Network Administrative Core Committee, Pharmacokinetics and Bioequivalence of a Liquid Formulation of Hydroxyurea in Children with Sickle Cell Anemia, Blood, J. Clin. Pharmacol. 56: 298-306 (2016). PMID: 26201504
593. Zhu X, Straubinger RM, and Jusko WJ, Mechanism-Based Mathematical Modeling of Combined Gemcitabine and Birinapant in Pancreatic Cancer Cells, J. Pharmacokin. Pharmacodyn. 42: 477-496 (2015). PMID: 26252969
594. Miao X, Koch G, Straubinger RM, and Jusko WJ, Pharmacodynamic Modeling of Combined Chemotherapeutic Effects Predicts Synergistic Activity of Gemcitabine and Trabectedin in Pancreatic Cancer Cells, Cancer Chemother. Pharmacol. 77: 181-193 (2016). PMID: 26604207
595. Fung H-L and Jusko WJ, Perspectives on the history and scientific contributions of Gerhard Levy, J. Pharmacokin. Pharmacodyn. 42:429–446 (2015). PMID: 26403702
596. Cao Y and Jusko WJ, Mechanistic Physiologically Based Pharmacokinetic Models in Development of Therapeutic Monoclonal Antibodies in: ADME and Translational PK/PD of Therapeutic Proteins, ISBN: 978-1-118-89864-2, Chpt 12, pp. 159-174, John Wiley & Sons, Inc., New Jersey, Editors: H. Zhou & F.P. Theil (2015).
597. Rao R, DuBois DC, Almon RR, Jusko WJ, and Androulakis I, Mathematical Modeling of the Circadian Dynamics of the Neuroendocrine-Immune Network in Experimentally Induced Arthritis, Am. J. Physiol. Endocrinol. Metab. 311:E310-24 (2016). PMID: 27221115
598. Chen X, Jiang X, Jusko WJ, Zhou H, and Wang W, Minimal Physiologically-Based Pharmacokinetic (mPBPK) Model for a Monoclonal Antibody against Interleukin-6 in Mice with Collagen-Induced Arthritis, J. Pharmacokin. Pharmacodyn. 43:291-304 (2016). PMID: 27119518
599. Koch G, Schropp J, and Jusko WJ, Assessment of Non-linear Combination Effect Terms for Drug-Drug Interactions, J. Pharmacokin. Pharmacodyn. 43: 461-479 (2016). PMID: 27638639
600. Jusko WJ, Perspectives on Variability in Pharmacokinetics of an Oral Contraceptive Product, Contraception, 95: 5-9 (2017). PMID: 27475034
601. Jusko WJ, Clarification of Contraceptive Drug Pharmacokinetics in Obesity, Contraception, 95: 10-16 (2017). PMID: 27542520
602. Miao X, Koch G, Ait-Oudhia S, Straubinger RM, and Jusko WJ, Pharmacodynamic Modeling of Cell Cycle Effects of Drug Combinations in Pancreatic Cancer Cells: Analysis of Gemcitabine and Trabectedin Interactions, Front. Pharmacol. http://dx.doi.org/10.3389/fphar.2016.00421 7: Article 421: 1-16 (2016). PMID: 27895579
603. Jusko WJ, Foundations of Pharmacodynamic Systems Analysis, In: Systems Pharmacology and Pharmacodynamics, AAPS Advances in the Pharmaceutical Sciences Series 23, ISBN: 978-3-319-44534-2, Chpt 8, pp. 161-175, Springer, New York, Editors: DM Mager and H Kimko (2016).
604. Koch G, Jusko WJ, and Schropp J, Target-Mediated Drug Disposition with Drug-Drug Interaction, Part I: Single Drug Case in Alternative Formulations, J. Pharmacokin. Pharmacodyn., 44:17-26 (2017). PMID: 28074395
605. Koch G, Jusko WJ, and Schropp J, Target-Mediated Drug Disposition with Drug-Drug Interaction, Part II: Competitive and Uncompetitive

Cases, J. Pharmacokin. Pharmacodyn., 44:27-42 (2017). PMID: 28074396

606. Vali P, Chandrasekharan P, Rawat M, Gugino S, Koenigsknecht C, Helman J, Jusko WJ, Wyckoff MH, Mathew B, Berkelhamer S, Nair J, and Lakshminrusimha S, Evaluation of Timing and Route of Epinephrine in a Neonatal Model of Asphyxial Arrest, J. Amer. Heart Assoc., Feb 18;6(2) (2017). PMID: 28214793

607. Kamisoglu K, Acevedo A, Almon RR, Coyle S, Corbett S, DuBois DC, Nguyen TT, Jusko WJ, and Androulakis IP, Understanding Physiology in the Continuum: Integration of Information from Multiple -omics Levels, Front. Pharmacol. https://doi.org/10.3389/fphar.2017.00091 8: Article 91: 1-19 (2017). PMID: 28289389

608. Ayyar VS, Almon RR, DuBois DC, Sukumaran S, Qu J, and Jusko WJ, Functional Proteomic Analysis of Corticosteroid Pharmacodynamics in Rat Liver: Relationship to Hepatic Stress, Signaling, Energy Regulation, and Drug Metabolism, J. Proteomics http://dx.doi.org/10.1016/j.jprot.2017.03.007 160:84-105 (2017). PMID: 28315483

609. Li X, DuBois DC, Almon RR, and Jusko WJ, Effect of Disease-Related Changes in Plasma Albumin on the Pharmacokinetics of Naproxen in Male and Female Arthritic Rats, Drug Metab. Disp. 45: 476-483 (2017). PMID: 28246126

610. Li X, DuBois DC, Almon RR, and Jusko WJ, Modeling Sex Differences in Pharmacokinetics, Pharmacodynamics, and Disease Progression Effects of Naproxen in Rats with Collagen-Induced Arthritis, Drug Metab. Disp. 45:484-491 (2017). PMID: 28246127

611. Chen X, DuBois DC, Almon RR, and Jusko WJ, Characterization and Interspecies Scaling of rhTNF-α Pharmacokinetics with Minimal Physiologically-Based Pharmacokinetic (mPBPK) Models, Drug Metab. Disp. 45:798-806 (2017). PMID: 28411279

612. Chen X, DuBois DC, Almon RR, and Jusko WJ, Interrelationships between Infliximab and rhTNF-α in Plasma using Minimal Physiologically-Based Pharmacokinetic (mPBPK) Models, Drug Metab. Disp. 45:790-797 (2017). PMID: 28411280

613. Li X, DuBois DC, Song D, Almon RR, Jusko WJ and Chen X, Modeling Combined Immunosuppressive and Anti-Inflammatory Effects of Dexamethasone and Naproxen in Rats Predicts the Steroid-Sparing Potential of Naproxen, Drug Metab. Disp. 45:834-845 (2017). PMID: 28416614

614. Nie J, DuBois DC, Xue B, Jusko WJ and Almon RR, Effects of High Fat Feeding on Skeletal Muscle Gene Expression in Diabetic Goto-Kakizaki Rats, Gene Reg. Syst. Biol. 11: 1-11 (2017). PMID: 28607540

615. Ayyar VS, DuBois DC, Almon RR, and Jusko WJ, Mechanistic Multi-Tissue Modeling of GILZ Regulation: Integrating Circadian Gene Expression with Receptor-Mediated Corticosteroid Pharmacodynamics, J. Pharmacol. Exp. Ther. 363:45-57 (2017). PMID: 28729456

616. McLaughlin MJ, He Y, Brunstrom-Hernandez J, Thio LL, Carleton BC, Ross CJD, Gaedigk A, Lewandowski A, Dai H, Jusko WJ, and Leeder JS, Pharmacogenomic Variability of Oral Baclofen Clearance and Clinical Response in Children with Cerebral Palsy, PM&R On Line First (2017). PMID: 28867665

617. Zhu X, Shen X, Qu J, Straubinger RM, and Jukso WJ, Proteomic Analysis of Combined Gemcitabine and Birinapant in Pancreatic Cancer Frontiers in Pharmacology. Submitted (2017).

618. Zhu X, Shen X, Qu J, Straubinger RM, and Jukso WJ, Multi-Scale Network Model Supported by Proteomics Data for Combined Gemcitabine and Birinapant Effects in Pancreatic Cancer Cells, CPT:PSP Submitted (2017).

619. Zhu X, Trueman S, Straubinger RM, and Jukso WJ, Physiologically-Based Pharmacokinetic and Pharmacodynamic Models for Gemcitabine and Birinapant in Pancreatic Cancer Xenografts, J. Pharmacokin. Pharmacodyn. Submitted (2017).

620. Mavroudis PD, DuBois DC, Almon RR and Jusko WJ, Variability of Circadian Gene Expression in Diverse Tissues of the Rat, PLoS One, Submitted (2017).

# APPENDIX C

***Disclosure of Expert Testimonial Work by William J. Jusko, PhD Updated January 17, 2018***

Dr. Jusko testified as an expert in deposition or at trial in the following cases in the past 4 years:

1. *Boehringer Ingelheim v. Abbvie Biotechnology Inc.* Deposition 2016
2. *Kellington v. Bayer*, 5:14-CV-00002 (W.D. VA) Deposition 2016
3. *Hospira / Pfizer v. Genetech* Deposition Sept 27, 2017
4. *Impax v. Actavis* Deposition Oct 10, 2017