# EXHIBIT F4

**Salpietro V, Arrigo T, Loddo I, et al. Idiopathic Intracranial Hypertension: a unifying neuroendocrine hypothesis is possible? The Child: A Journal of Pediatrics, 2012;1(2)**

THE CHILD
A JOURNAL OF PEDIATRICS
OPEN ACCESS
Vol 1 - No. 2 June 2012 Four-monthly Journal of Pediatrics - ISSN 2240-791X



# Idiopathic Intracranial Hypertension: a unifying neuroendocrine hypothesis is possible?

Salpietro V[1], Arrigo T[1], Loddo I[1], Briuglia S[1], Ferraù V[1], Ruggieri M[2]
[1]Department of Pediatrics University of Messina, Italy
[2]Chair of Pediatrics, Department of Formative Processes University of Catania, Italy

**Abstract**

The clinical syndrome idiopathic intracranial hypertension (IIH), also termed pseudotumor cerebri, consists of symptoms of headache, nausea, vomiting and visual field defects in combination with findings of papilledema. IIH is commonly seen in overweight, 20–50-year-old women wherer the rise in intracranial pressure is putatively a consequence of an endocrine-based disturbance of electrolytes. Associated risk factors include primary and secondary aldosteronism, pregnancy, corticoidsteroid therapy and Cushing disease. Herein, we review the association between these conditions and IIH working toward its having a unifying neuroendocrine hypothesis.

**Introduction**

Idiopathic intracranial hypertension (IIH; also known as pseudotumor cerebri) is a neurological disorder of uncertain etiology, characterized by increased intracranial pressure in the absence of a tumor, hydrocephalus and no apparent cause evident on neuroimaging or other routine evaluation. Its main symptoms and signs are headache, nausea and vomiting, as well as visual field defects and papilledema. Its pathophysiologic origins remain uncertain.

Several decades ago, it was suggested IIH is a consequence of an underlying endocrine abnormality related to a disturbance of electrolytes. In 1955, Foley1 suggested that: "…an underlying endocrine imbalance, with presumably a disturbance of electrolytes, is in some way connected with the alteration of intracranial pressure." The occurrence of a "…water-electrolyte imbalance, brought about by hormonal disturbance" was likewise suggested by Oldstone.2

In this context, Weber KT, et al. in 2002 were the first to draw attention to the association between IIH and primary aldosteronism (PAL) in 2 overweight, middle-aged women.3 Since then additional cases associated with PAL have been reported.4 IIH has also been reported in children and adolescents with secondary aldosteronism (SAL) from the UK including an Italian girl we recently reported.5 The English literature thus currently consists of 12 reported cases of IIH with either PAL or SAL. The PAL group were mostly hypertensive middle-aged women with adrenal pathology, whereas the SAL patients were mostly normotensive girls affected by inherited renotubular defect. Five out of the 12 patients reviewed were treated with spironolactone with good control of symptoms. In two of these five, an additional therapy was correction of hypokalemia and hypomagnesaemia. The study conclusions inferred that IIH patients should be evaluated for aldosteronism and considered for spironolactone therapy.

**Aldosteronism**

Aldosterone is a mineralocorticoid which promotes Na+ resorption at the expense of a well-recognized K+ excretion and a less-recognized mechanism of Mg2+ and Ca2+ excretion in classic target tissues (e.g., kidneys, colon, and sweat and salivary glands) but also newly discovered sites including epithelial cells of the choroid plexus and inner ear.6, 7 The biological action of aldosterone on the epithelial cells of the choroid plexus are similar to the classical mechanisms involved in the epithelial cells of the kidney (i.e., enhancement of the number and activity of the Na+/K+ ATPase pumps in the apical membranes).8, 9 Cerebrospinal fluid (CSF) production by the choroid plexus is governed by the systemic volume control, which is tightly regulated by the action of aldosterone acting on its specific receptors (Figure 1).10 In this respect, aldosterone alters the composition of CSF, which in turn contributes to the regulation of blood (CSF) pressure.8 Whether CSF formation is increased in aldosteronism accounting either for increased intracranial pressure and for headache, shared symptoms in aldosteronism and IIH, remains unknown.

In addition to aldosterone, other risk factors associated with IIH include pregnancy, corticosteroid therapy, Cushing disease, r Gh therapy, obesity and vitamin A intoxication, which act to enhance the renin-aldosterone axis thus disturbing the electrolyte balance and/or by influencing mineralocorticoid receptors in the epithelial cells of the choroid plexus.

**Pregnancy**

In normal pregnancy plasma aldosterone concentrations increase in parallel to progesterone11 playing a key role in the maintenance of volume expansion (especially during the first trimester) by contributing to water and sodium retention. Progesterone has an additional effect secondary to its in vitro demonstrated high affinity for mineralocorticoids and its in vivo demonstrated low agonistic mineralocorticoid activities.12 It is well known that IIH can be precipitated by normal pregnancy and that there is a tendency for preexisting IIH to worsen during pregnancy, possibly due these hormonal changes.13 It is conceivable that the activation of the renin-aldosterone axis may have a pathogenetic role in pregnant women who develop IIH in association to their weight gain.

**Corticosteroid Axis**

Chronic steroid administration, Cushing disease and acute withdrawal of chronic steroid use are among the other largely reported risk factors for IIH. There is a putative mechanism for the effects of corticosteroids on CSF production. The enzyme 11□-hydroxysteroid dehydrogenase type 1 (11□-HSD1) is highly expressed in the epithelium of the choroid plexuses: among its main activities is the reduction of inactive cortisone to cortisol. The latter can activate mineralocorticoid receptors with a degree of affinity similar to aldosterone thereby increasing CSF pressure and leading to the development of IIH.14 Of interest, it has been also proposed that autocrine regulation of intracerebral cortisol is dependent on 11□-HSD1 expression in the epithelial cells of the choroid plexus and that this enzyme may be involved in the CSF production and may influence cortisol levels in the CSF.15 An additional effect of 11□-HSD2 is its dehydrogenase activity, which inactivates corticosterone or cortisol via their conversion to inactive cortisone. This enzyme in the adult brain is thought to protect mineralocorticoid receptors from activation by cortisol and it is also implicated in mediating central control of salt/water balance16 where its expression in the brain could be considered a factor indirectly influencing CSF production and composition.

**Renin/Aldosterone Axis and Obesity**

The renin-aldosterone axis is involved and enhanced in obesity. Obesity is frequently associated with increased plasma aldosterone levels. Recent evidence suggests that human fat is a highly active endocrine tissue and secretory products strongly stimulate steroidogenesis in human adrenocortical cells (type NCI-H295R) with a predominant effect on mineralocorticoid secretion.17 Human adipocytes secrete potent mineralocorticoid-releasing factors, suggesting a direct correlation between obesity and hypertension. Adipocytes release secretagogues that stimulate adrenocortical steroidogenesis with a strong effect on mineralocorticoid secretion. Mineralocorticoid-releasing factors secreted from subcutaneous or from visceral fat into the circulation may reach the adrenal glands via endocrine pathways reaching concentrations capable of stimulating adrenocortical steroidogenesis.18 Increased levels of aldosterone may be responsible for hypertension and for cardiovascular complications associated with obesity, including IIH through the chronic stimulation of mineralocorticoid receptors in the choroid plexuses.

**Vitamin A Intoxication**

Recent studies focused on the role of retinoic acid during steroidogenesis and demonstrating that all-trans-retinoic acid (ATRA) activates the expression of neurosteroid biosynthesis genes in the human glial cell line GI 1, expresses the major steroidogenic genes. Treatment with ATRA induces an increase in the expression of the cytochrome P450scc (CYP11A1) gene, the steroidogenic acute regulatory protein (StAR) and 3beta-hydroxysteroid dehydrogenase (3beta-HSD).19. In addition, ATRA also induces de novo synthesis of neurosteroids, including pregnenolone and progesterone. These results would suggest that ATRA might induce the de novo neurosteroid synthesis via the induction of steroidogenic genes in human glial cells. The multiple effects of vitamin A on central nervous system functions might therefore be partly explained by the induction of neurosteroidogenesis by retinoid acids. Among the overall complications induced by vitamin A intoxication one could consider the risk of developing acute IIH, which could be related to an upregulation of the secretion of neurosteroids, which in turn would overload the mineralocorticoid receptor in the choroid plexuses.

**Growth Hormone**

Growth hormone (GH) has important effects on the renin-angiotensin-aldosterone system. Acute treatment of GH-deficient adults with r Gh can lead to sodium and water retention with increased plasma renin activity and aldosterone levels.20 The complications of these treatment protocols include hypertension, dependent edema and carpal tunnel syndrome. In GH-deficient children treated with r Gh, hypertension-dependent edema and fluid retention are less frequent. However, some studies recorded transient, mild increases in blood pressure during the first phase of treatment.21 Of interest, the activation of the renin/aldosterone axis complicated by sodium and water retention has been recorded in children with idiopathic short stature who had been treated with r Gh therapy.22, 23 These findings suggest activation of the renin/aldosterone axis in children the exogenous (r GH) hormone administration must overlap the endogenous (GH) hormone production. Recent studies have shown also that chronic GH excess is associated with increased aldosterone in humans and mice and that the underlying mechanism is likely to be independent from renin action, IGF I excess, or adrenal aldosterone synthase expression.24

**A Unifying Neuroendocrine Hypothesis**

The literature of reported cases of IIH points to various risk factors, together with yet unknown individual predisposition, as a cause of this neurological syndrome.

The IIH has also been associated to conditions such as withdrawal of chronic steroid therapy 25, hypoadrenalism 26 and vitamine A deficiency 27; there are many reports that correlate these factors to an acute or chronic onset of IIH.

These conditions may reduce the activation of the MR in the epithelial cells of the choroid plexus resulting in a possible reduction of CSF volume and pressure.

Applying the Monroe-Kellie doctrine, which dictates that the sum and subtraction of the volumes of intracranial blood, cerebrospinal fluid, and cerebral tissue must remain constant where the skull is intact, a decrease in cerebrospinal fluid volume and pressure results in a reduction of CSF absorption in arachnoid villi and an increase in resistance to cerebrospinal fluid flow.

There is abundant evidence in support of this consideration. It has been shown in canine studies that the abrupt cessation of steroids after chronic therapy can cause a substantial reduction in cerebrospinal fluid absorption and a subsequent increase in resistance to cerebrospinal fluid flow.28 Thus, abnormalities in cerebrospinal fluid dynamics during the glucocorticoid withdrawal may lead to high intracranial pressure.

We can imagine an impaired CSF outflow also in hypoadrenalism, with a similar mechanism. Vitamin A deficiency in experimental animals causes intracranial hypertension associated with a demonstrated increase in CSF outflow resistance.29 Hyperaldosteronism, rGh therapy, Cushing disease, vitamin A intoxication, pregnancy and chronic steroid therapy could lead to IIH through CSF overproduction; on the contrary, vitamin A deficiency, acute withdrawal of chronic steroid therapy and hypoadrenalism could lead to IIH through prolonged reduction of CSF absorption (that exceeds the reduced production).

Thus far, however, there is not a credible and comprehensive hypothesis aimed to uncover the pathogenesis and pathophysiology of IIH despite the different mechanisms proposed. Some recent clinical and laboratory evidence have suggested a role for the renin/aldosterone system in symptomatic IIH patients: this was supported by the empirical benefits recorded after spironolactone (an antagonist of central receptors for aldosterone) administration. That could be regarded as the first etiological therapy in IIH. In addition there is an increasing number of evidence suggesting other hormones (e.g., corticosteroids, GH), endogenous or exogenous substances (e.g., retinoic acids) and/or enzymes (11a-HSD1) may act on non-classical peripheral targets (i.e., epithelial cells of the choroid plexuses) involved in the production and increase of CSF. In light of these new advances we propose that multiple neuroendocrine interactions could influence the activation of mineralocorticoid receptor in the central nervous system and could play a key role in the onset of IIH. This awareness could provide the guidelines for a greater understanding of the underlying alteration of CSF production and composition (i.e., the main pathogenetic premise for developing IIH) and for non-conventional therapeutic strategies.




***Fig1**. Aldosterone, cortisol and progesterone can activate MR; spironolactone can antagonize this activation. In nucleus MR can activate mineralocorticoid responsive elements that stimulate synthesis from DNA of $Na^+/K^+$ ATPase pumps. Ouabain can inhibit activation and increased number of $Na^+/K^+$ ATPase pumps. All-Trans retinoic acid, interacting with DNA, can activate neurosteroidogenesis and de novo synthesis of pregnenolone and progesterone.*




## References


1. Foley J. Benign forms of intracranial hypertension; toxic and otitic hydrocephalus. Brain 1955;78:1-41.
2. Oldstone MB. Disturbance of pituitary-adrenal interrelationships in benign intracranial hypertension (pseudotumor cerebri). J Clin Endocrinol Metab 1966;26:1366-9.
3. Weber KT, Singh KD, Hey JC. Idiopathic intracranial hypertension with primary aldosteronism. Report of 2 cases. Am J Med Sci 2002;324:45-50.
4. Chitalia N, Weeg N, Antonios TF. Aldosterone-producing adrenal adenoma and idiopathic intracranial hypertension--a pathogenetic link for aldosterone? QJM 2010;103:699-702.
5. Salpietro V, Ruggieri M, Sancetta F, et al. New insights on the relationship between pseudotumor cerebri and secondary hyperaldosteronism in children. J Hypertens 2012;30:629-30.
6. Lecain E, Yang TH, Tran Ba Huy P. Steroidogenic enzyme expression in the rat cochlea. Acta Otolaryngol 2003;123:187-91.
7. Akiyama K, Miyashita T, Matsubara A, et al. Expression and localization of 11□-hydroxysteroid dehydrogenase (11□HSD) in the rat endolymphatic sac. Acta Otolaryngol 2010;130:228-32.
8. Weber KT. Aldosteronism revisited. Perspectives on less well-recognized actions of aldosterone. J Lab Clin Med 2003;142:71-82.
9. Wright EM. Transport processes in the formation of the cerebrospinal fluid. Rev Physiol Biochem Pharmacol 1978;83:3-34.
10. Go KG. The normal and pathological physiology of brain water. Adv Tech Stand Neurosurg 1997;23:47-142.
11. Escher G. Hyperaldosteronism in pregnancy. Ther Adv Cardiovasc Dis 2009;3:123-32.
12. Myles K, Funder JW. Progesterone binding to mineralocorticoid receptors: in vitro and in vivo studies. Am J Physiol 1996;270:E601-7.
13. Shehata HA, Okosun H. Neurological disorders in pregnancy. Curr Opin Obstet Gynecol 2004;16:117-22.
14. Zada G, Tirosh A, Kaiser UB, et al. Cushing's disease and idiopathic intracranial hypertension: case report and review of underlying pathophysiological mechanisms. J Clin Endocrinol Metab 2010;95:4850-4.
15. Sinclair AJ, Onyimba CU, Khosla P, et al. Corticosteroids, 11□-hydroxysteroid dehydrogenase isozymes and the rabbit choroid plexus. J Neuroendocrinol 2007;19:614-20.
16. Holmes MC, Seckl JR. The role of 11beta-hydroxysteroid dehydrogenases in the brain. Mol Cell Endocrinol 2006;248:9-14.
17. Ehrhart-Bornstein M, Lamounier-Zepter V, Schraven A, et al. Human adipocytes secrete mineralocorticoid-releasing factors. Proc Natl Acad Sci U S A 2003;100:14211-16.
18. Nagase M, Yoshida S, Shibata S, et al. Enhanced aldosterone signaling in the early nephropathy of rats with metabolic syndrome: possible contribution of fat-derived factors. J Am Soc Nephrol 2006;17:3438-46.
19. Kushida A, Tamura H. Retinoic acids induce neurosteroid biosynthesis in human glial GI-1 cells via the induction of steroidogenic genes. J Biochem 2009;146:917-23.
20. Ho KY, Weissberger AJ. The antinatriuretic action of biosynthetic human growth hormone in man involves activation of the renin-angiotensin system. Metabolism 1990;39:133-7.
21. Barton JS, Hindmarsh PC, Preece MA, et al. Blood pressure and the renin-angiotensin-aldosterone system in children receiving recombinant human growth hormone. Clin Endocrinol (Oxf) 1993;38:245-51.
22. Hanukoglu A, Belutserkovsky O, Phillip M. Growth hormone activates renin-aldosterone system in children with idiopathic short stature and in a pseudohypoaldosteronism patient with a mutation in epithelial sodium channel alpha subunit. J Steroid Biochem Mol Biol 2001;77:49-57.
23. Lampit M, Nave T, Hochberg Z. Water and sodium retention during short-term administration of growth hormone to short normal children. Horm Res 1998;50:83-8.
24. Bielohuby M, Roemmler J, Manolopoulou J, et al. Chronic growth hormone excess is associated with increased aldosterone: a study in patients with acromegaly and in growth hormone transgenic mice. Exp Biol Med (Maywood) 2009;234:1002-9.
25. Liu GT, Kay MD, Bienfang DC, et al. Pseudotumor cerebri associated with corticosteroid withdrawal in inflammatory bowel disease. Am J Ophthalmol 1994;117:352-7.
26. Alexandrakis G, Filatov V, Walsh T. Pseudotumor cerebri in a 12-year-old boy with Addison's disease. Am J Ophthalmol 1993;116:650-1.
27. Panozzo G, Babighian S, Bonora A. Association of xerophthalmia, flecked retina, and pseudotumor cerebri caused by hypovitaminosis A. Am J Ophthalmol. 1998 May;125 (5):708-10.
28. Johnston I, Gilday DL, Hendrick EB 1975 Experimental effects of steroids and steroid withdrawal on cerebrospinal fluid absorption. J Neurosurg 42:690–695
29. Calhoun MC, Hurt HD, Eaton HD, et al. Rates of formation and absorption of cerebrospinal fluid in bovine hypovitaminosis A. Am J Dairy Sci 1967;50:1486–94.


Figure 1

**Figure Legend**

Figure 1 Aldosterone, cortisol and progesterone can activate MR; spironolactone can antagonize this activation. In nucleus MR can activate mineralocorticoid responsive elements that stimulate synthesis from DNA of $Na^+/K^+$ ATPase pumps. Ouabain can inhibit activation and increased number of $Na^+/K^+$ ATPase pumps. All-Trans retinoic acid, interacting with DNA, can activate neurosteroidogenesis and *de novo* synthesis of pregnenolone and progesterone.