# EXHIBIT H1

**Moore et al., Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells, 357 MOLECULAR & CELLULAR ENDOCRINOL. 60-70 (2012)**

Δ π EXHIBIT 21
Deponent Musko
Date 3/8/18 Rptr. ct
WWW.DEPOBOOK.COM

Molecular and Cellular Endocrinology 357 (2012) 60–70

ELSEVIER

Contents lists available at SciVerse ScienceDirect

Molecular and Cellular Endocrinology

journal homepage: www.elsevier.com/locate/mce



Review

# Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells

Nicole L. Moore, Theresa E. Hickey, Lisa M. Butler, Wayne D. Tilley*

*Dame Roma Mitchell Cancer Research Laboratories, School of Medicine, The University of Adelaide, Hanson Institute, Adelaide, South Australia 5000, Australia*

ARTICLE INFO

*Article history:*
Available online 16 September 2011

*Keywords:*
Progestin
Androgen receptor
Glucocorticoid receptor
Breast cancer
Ovarian cancer
Endometrial cancer

ABSTRACT

Synthetic progestins are used clinically to treat a variety of women's health issues. Although progestins are designed to signal through the progesterone receptor (PR) to elicit specific pharmacological effects, they can also variably bind to and influence the activity of other nuclear receptors within target tissues, particularly the androgen and glucocorticoid receptors and, in some cases, they regulate mineralocorticoid and estrogen receptors. This article reviews current knowledge on progestin cross-talk to nuclear receptors other than PR, their resultant effect on receptor function in different in vitro models and the potential consequences of this activity for breast, ovarian and endometrial cancer. The impact of cell and tissue context, assay type, steroid metabolism and hormonal milieu in determining progestin-mediated activity are also presented. Collectively this review highlights the complexity of progestin action and the need for consideration of multiple mechanisms that act in concert to influence their ultimate biological activity.

© 2011 Elsevier Ireland Ltd. All rights reserved.

**Contents**

1. Introduction ..... 61
2. Progestin structure and function ..... 61
3. Progestin interaction with other nuclear receptors ..... 61
4. Assays used to measure progestin activity ..... 61
5. Progestin regulation of nuclear receptor transactivation activity ..... 63
   5.1. Activity of MPA on AR ..... 63
   5.2. Activity of MPA on GR ..... 65
   5.3. Activity of other progestins on AR, GR, MR and ER ..... 65
   5.4. Indirect progestin regulation of nuclear receptor activity ..... 65
6. Phenotypic consequences of progestin cross-talk for hormone dependent cancers ..... 67
   6.1. Breast cancer ..... 67
      6.1.1. Proliferative effects of MPA on breast cancer cells ..... 67
      6.1.2. Proliferative effects of other progestins on breast cancer cells ..... 67
      6.1.3. Clinical response of breast cancers to progestin therapy mediated by AR and GR ..... 67
      6.1.4. Combined EP-HRT and breast cancer: the role of AR and GR ..... 67
   6.2. Endometrial cancer ..... 68
   6.3. Ovarian cancer ..... 68
7. Conclusions and future directions ..... 68
   Acknowledgements ..... 68
   References ..... 69

*Abbreviations:* AF2, activation function 2; AR, androgen receptor; CMA, chlormadinone acetate; CPA, cyproterone acetate; DHT, 5α-dihydrotestosterone; E1, estrone; E2, 17β-estradiol; E-HRT, estrogen only hormone replacement therapy; EP-HRT, estrogen-progestin hormone replacement therapy; ER, estrogen receptor; GR, glucocorticoid receptor; GSD, gestodene; LNG, levonorgestrel; MA, megestrol acetate; MPA, medroxyprogesterone acetate; MR, mineralocorticoid receptor; NET, norethisterone; NOMAc, nomegestrol acetate; OSE, ovarian surface epithelium; P4, progesterone; PR, progesterone receptor; RBA, relative binding affinity; siRNA, short interfering RNA; T, testosterone; WHI, women's health initiative.

* Corresponding author. Address: Dame Roma Mitchell Cancer Research Laboratories, School of Medicine, The University of Adelaide, Hanson Institute, P.O. Box 14, Rundle Mall, Adelaide, SA 5000, Australia. Tel.: +61 8 8222 3225; fax: +61 8 8222 3217.
*E-mail address:* wayne.tilley@health.sa.gov.au (W.D. Tilley).

0303-7207/$ - see front matter © 2011 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.mce.2011.09.019

EXHIBIT
PENGAD 800-631-6989
16
LR 5/26/16

## 1. Introduction

The ovarian hormone progesterone (P4) regulates many facets of female reproductive health, with its best understood action being the exquisite regulation of the endometrium. In the clinic, a wide range of synthetic progestagenic compounds, referred to in this article as progestins, are prescribed in place of progesterone because of their greater bioavailability, half-life and potency. Progestins are currently used for treatment of endometrial diseases or disorders such as cancer, uterine leiomyoma, endometriosis and menstrual dysfunction. They have also been used, at high doses, as first or second line therapy for breast cancer. In addition, progestins are prescribed to reproductive age women for hormone-based contraceptives and uterine support during in vitro fertilization cycles, and to peri- or post-menopausal women with an intact uterus for combined estrogen-progestin hormone replacement therapies (EP-HRT).

While the therapeutic benefits of progestins for the above-mentioned conditions are well established, they do have potential risks and can elicit undesirable side effects. For example, while progestins prevent the development of endometrial cancer in women taking EP-HRT, they have been associated with an increased risk of developing breast cancer and cardiovascular morbidities (Beral, 2003; Chlebowski et al., 2010; Chlebowski et al., 2003; Kerlikowske et al., 2003). Hormone-based contraceptive use remains controversially associated with an increased risk of developing breast cancer (Cibula et al., 2010) and many are also associated with undesirable side effects such as acne, bloating and water retention (Sitruk-Ware, 2004a). Hence, commercial development of progestins has proceeded through four generations in an effort to produce compounds that more closely mimic the actions of native progesterone and improve benefit to risk profiles. Additionally, micronized progesterone, a bio-identical version of progesterone derived from plant compounds and micronized to increase its absorption following oral administration, has also been developed. Although not currently in widespread clinical use, observational studies have suggested that micronized progesterone in EP-HRT does not modulate breast cancer risk (Fournier et al., 2008), suggesting that it may be safer than synthetic progestins. Micronized progesterone, however, is not technically considered a synthetic progestin and its actions will therefore not be discussed in this review.

At the molecular level, all progestins bind to the progesterone receptor (PR) and activate PR signaling pathways, leading to changes in gene transcription and protein expression that elicit physiological effects in major target tissues such as the endometrium, ovary, breast, brain and bone (Graham and Clarke, 1997). However, the role of PR in mediating the activity of progestins in some tissues can be considerably overestimated. Indeed, there is in fact a large body of evidence dating back as far as the 1970s showing that in addition to PR, the androgen receptor (AR) and the glucocorticoid receptor (GR) also mediate progestin action. The side effects experienced by women taking progestins gave the first indication that their effects may not be solely mediated by PR; acne, hirsutism and dyslipodemia suggested they had androgenic properties while changes in weight as well as salt and water retention suggested glucocorticoid or mineralocorticoid-like activities (Sitruk-Ware, 2004b). Consistent with these observations, subsequent molecular studies of progestin action have since demonstrated that the AR, GR and in some cases the mineralocorticoid receptor (MR) or estrogen receptors (ERα and ERβ), all members of the nuclear receptor subfamily 3, are capable of mediating certain biological effects of progestins with the potential to impact on human health (Fig. 1). Mechanisms involving the PR are discussed in other articles in this issue. Herein, we review progestin cross-talk with nuclear receptors other than PR, with a particular focus on AR and GR, and the implications of this cross-talk for breast, ovarian and endometrial cancer biology.

## 2. Progestin structure and function

Progestins are defined as synthetic steroids that mimic the effects of the natural hormone progesterone (P4) (The North American Menopause Society, 2003). They are derived from either P4 or the closely related androgenic hormone, testosterone (T) (Fig. 2), with the exception of drospirenone which is derived from the MR antagonist, spironolactone. Functionally, all progestins induce secretory transformation of the estrogen-primed rabbit endometrium in vivo and this activity is measured using the McPhail test (McPhail, 1934). Since they are structurally similar to androgens, glucocorticoids, mineralocorticoids and estrogens, progestins can potentially cross-talk with the PR, AR, GR, MR and ER signaling pathways. This is in part due to the high sequence homology within the ligand binding domains of these receptors which permits promiscuous binding of progestins even though binding of the native ligands is highly selective for their cognate receptor (Moras and Gronemeyer, 1998; Schindler et al., 2003). Additionally, there is high sequence homology in the DNA binding domain of these receptors as well as in the genomic hormone response elements recognized by ligand-bound PR, AR and GR, providing potential for progestins to regulate many of the same gene networks and intracellular signaling pathways as androgens and glucocorticoids (Denayer et al., 2010). Therefore, the complex interplay between these nuclear receptors that can be stimulated by progestins elicits outcomes at the cellular, tissue and systemic levels that are (1) intended effects that reflect those of the natural hormone P4, or (2) unintended effects that are not typical of P4, the latter having the potential for beneficial or detrimental consequences (Fig. 1).

## 3. Progestin interaction with other nuclear receptors

Specific, high affinity binding of progestins to nuclear receptors has typically been measured using tritiated progestins or by competition of unlabelled progestins with tritiated cognate ligands. These assays are generally performed in vitro using recombinant receptors in cell-free assays, in human or animal cell lines (expressing endogenous or exogenous receptor) or in tissue extracts. There is considerable variation in the reported relative binding affinity (RBA) of individual progestins for different nuclear receptors across these different assay systems (Africander et al., 2011), therefore studies performed in multiple contexts should be considered when assessing or interpreting the relative ability of progestins to bind to a given receptor.

While all progestins bind to PR, some, such as gestodene, display a greater RBA than P4 in certain assays (Philibert et al., 1999). Many progestins also bind to AR, GR and/or MR, some with higher RBA than the native ligands for these receptors. Generally, T-derived progestins have a higher affinity for the AR than P4-derived progestins. However some P4-derived progestins such as medroxyprogesterone acetate (MPA) can also bind AR with high affinity. Although some progestins, such as norethindrone and norgestrel (Poulin et al., 1991), have been reported to exert estrogenic effects, in general progestins have demonstrated very low or no affinity for ER (Africander et al., 2011; Kuhl, 2005; Terenius, 1974). The binding characteristics of progestins for AR, GR, MR and ER are summarized in Table 1.

## 4. Assays used to measure progestin activity

Although progestins can directly bind to AR, GR and/or MR, this interaction does not necessarily lead to receptor activation.




**Fig. 1.** Model indicating reported direct and indirect progestin actions in target cells via agonistic, antagonistic and anti-hormone actions on PR and other nuclear receptors. Progestin (P), progesterone (P4), 5α-dihydrotestosterone (D), testosterone (T), estrogen (E).

Numerous different types of assay have been used to assess progestin activity mediated via PR and other nuclear receptors. In vivo assays include the McPhail test to measure progestagenic activity by assessing uterine responses in estrogen-primed rabbits (McPhail, 1934), the Hershberger assay to measure androgenic activity by assessing ventral prostate weight in male Wistar rats (Hershberger et al., 1953) and an assay for glucocorticoid activity measuring thymus and adrenal weight in rats (van der Vies and




**Fig. 2.** Chemical structure of progesterone, testosterone and commonly used progestins. Progesterone-derived progestins are shown in the upper panel; testosterone-derived progestins are shown in the lower panel.

de Visser, 1983). While these assays measure specific phenotypic consequences of progestin action, they do not accurately measure potential off-target effects of progestins. Therefore, other assays specifically measuring progestin effects on the transactivation activity of individual receptors have been extensively utilized. These assays have been performed in yeast cells (Gaido et al., 1997) or in various animal or human cell lines expressing endogenous or exogenous receptors, with endpoint measurement of transiently transfected reporter genes or endogenous genes. Antagonists or short interfering RNAs (siRNA) have been used to confirm the role of specific receptors in mediating progestin action in complex contexts. The reported non-progestagenic activities of various progestins in different assay systems are discussed below and summarized in Table 1. The collective results of these different assay types have revealed that progestins can have activating, null or anti-hormone effects on nuclear receptor function depending on the cellular and hormonal context. These actions of progestins can result from direct interaction with nuclear receptors, via agonism or antagonism, or from indirect effects that can occur without direct binding of the progestin to the affected receptor. The discrepancies between different assay systems presumably reflect the important contribution of cell-specific factors to the action of progestins.

## 5. Progestin regulation of nuclear receptor transactivation activity

### *5.1. Activity of MPA on AR*

The first generation progestin, MPA, remains in widespread clinical use and abundant data exists on its action via nuclear receptors other than PR. In yeast, MPA has weak androgenic activity, activating AR to only 4.8% of the maximal activity induced by the natural androgen, testosterone (McRobb et al., 2008). However, numerous studies have described strong androgen agonistic actions of MPA in mammalian cells expressing exogenous or endogenous AR. In the steroid receptor negative COS-1 cell line, which is derived from green monkey kidney cells, transient expression of AR and treatment with MPA resulted in strong AR transcriptional activity on a transfected androgen responsive reporter (Sasagawa et al., 2008). In HeLa cells, which are derived from a cervical tumor and do not express endogenous PR or AR, transient expression of AR enabled MPA to activate expression of an androgen responsive reporter gene to greater levels than the native AR ligand 5α-dihydrotestosterone (DHT) (Ghatge et al., 2005). Similarly, in T-47D breast cancer cells engineered to express AR but not PR, MPA and DHT both activate expression of this reporter to comparable levels (Ghatge et al., 2005). The MDA-MB-453 breast cancer cell line expresses AR and a small amount of GR, but not PR, and in these cells, MPA can activate AR to a similar level as DHT (Bentel et al., 1999; McRobb et al., 2008). In ZR-75-1 breast cancer cells, which express PR, AR and GR, MPA induces comparable activation of AR to that induced by DHT and this activity is partially antagonized by the AR antagonist anandron, consistent with AR mediating at least some effects of MPA in these cells (Bentel et al., 1999). Collectively, these studies support the concept that MPA can be a strong AR agonist in certain cell contexts.

Genome profiling has provided further insight into how progestins can function to regulate gene expression via multiple nuclear receptor signaling pathways. In human breast epithelial cells obtained from reduction mammoplasty procedures and treated with the native ER ligand, 17β-estradiol (E2), the genes regulated by co-treatment with MPA are not identical to those regulated by co-treatment with P4 (Courtin et al., 2011). Similarly, in T-47D breast cancer cells, MPA and P4 regulate overlapping but also distinct sets of target genes (Ghatge et al., 2005). This may be explained at the molecular level by differential recruitment of cofactors and the transcriptional machinery by progestin- and P4-bound PR. Alternatively, MPA may have some actions mediated through PR but others that are mediated via other signaling pathways. Indeed, in T-47D breast cancer cells engineered to express AR and not PR (AR+ PR−), MPA induces a gene expression profile overlapping 60% with that of the native AR ligand DHT, suggesting that the actions of MPA are mediated at least in part by the AR in these cells (Ghatge et al., 2005). In fact, the genes regulated by MPA in PR+ versus AR+ PR− T-

**Table 1**
Reported relative binding affinity (RBA, percent of reference steroid)[a] and activity[b,c] of various progestins with nuclear receptors other than PR.

| | Generation | PR | AR | GR | MR | ER | References |
|---|---|---|---|---|---|---|---|
| Progesterone-derived | | | | | | | |
| Progesterone | NA | 100 Agonistic | 3, 62, 80, 0.6 Weakly anti-androgenic | 11, 6 Agonistic | 1000 Anti-mineralocorticoid | 0.5 No activity | Africander et al. (2011), Breiner et al. (1986), Markiewicz and Gurpide (1994), Mueck and Sitruk-Ware (2011), Schindler et al. (2003) |
| Medroxyprogesterone acetate (MPA) | 1 | 298, 230 Agonistic | 36, 5, 151, 75, 10 Agonistic, anti-androgenic | 58, 29, 79, 42 Agonistic | 3.1, 160, 134 Anti-mineralocorticoid | <0.02, 0 No activity | Africander et al. (2011), Bentel et al. (1999), Birrell et al. (2007), Breiner et al. (1986), Kontula et al. (1983), Koubovec et al. (2005), Kuhl (2005), Markiewicz and Gurpide (1994), McRobb et al. (2008), Perez-Palacios et al. (1983), Philibert et al. (1999), Poulin et al. (1991), Sasagawa et al. (2008), Schindler et al. (2003), Terenius (1974), Teulings et al. (1980) |
| Megestrol acetate (MA) | 1 | 130 Agonistic | 5 Agonistic, anti-androgenic | 30, 46 Agonistic, anti-glucocorticoid | 0 Activity not reported | 0 Anti-estrogenic[d] | Kontula et al. (1983), Koubovec et al. (2005), McRobb et al. (2008), Poulin et al. (1991), Schindler et al. (2003), Terenius (1974), Teulings et al. (1980) |
| Cyproterone acetate (CPA) | 1 | 180 Agonistic | 6, 2.1 Weakly agonistic, anti-androgenic | 6, 5.1 Agonistic, anti-glucocorticoid | 8 No activity | 0 Anti-estrogenic[d] | Kontula et al. (1983), Kuhl (2005), Losert et al. (1985), Palacios et al. (2006), Poulin et al. (1991), Schindler et al. (2003), Terenius (1974), Breiner et al. (1986) |
| Chlormadinone acetate (CMA) | 1 | 134 Agonistic | 5 Weakly agonistic, anti-androgenic | 8 Agonistic, anti-glucocorticoid | 0 Activity not reported | 0 Anti-estrogenic[d] | Kuhl (2005), Poulin et al. (1991), Schindler et al. (2003), Schneider et al. (2009), Terenius (1974) |
| Nomegestrol acetate (NOMAc) | 4 | 250 Agonistic | 42 Anti-androgenic | 6 No activity | 0 No activity | 0 Anti-estrogenic[d] | Africander et al. (2011), Kuhl (2005), Mueck and Sitruk-Ware (2011), Schindler et al. (2003), Shields-Botella et al. (2003), Sitruk-Ware (2003) |
| Nestorone | 4 | 272 Agonistic | 0 No activity | 38 No activity | RBA NA No activity | 0 Anti-estrogenic[d] | Kuhl (2005), Kumar et al. (2000), Sitruk-Ware (2003) |
| Testosterone-derived | | | | | | | |
| Norethindrone | 1 | 134 Agonistic | 55 Agonistic, anti-androgenic | 1.4 Anti-glucocorticoid | 2.7 No activity | 0.15 Agonistic | Botella et al. (1995), Markiewicz and Gurpide (1994), Muhn et al. (1995), Philibert et al. (1999), Poulin et al. (1991), Wambach et al. (1979) |
| Norethisterone (NET) | 2 | 150 Agonistic | 15 Agonistic | 0, 0.1 No activity | 0 Anti-mineralocorticoid | 0 Agonistic[d] | Garcia-Becerra et al. (2004), Kontula et al. (1983), Kuhl (2005), McRobb et al. (2008), Mueck and Sitruk-Ware (2011), Sasagawa et al. (2008), Schindler et al. (2003), Terenius (1974), Wambach et al. (1979) |
| Levonorgestrel (LNG)[e] | 2 | 323, 300 Agonistic | 58, 45 Agonistic | 7.5, 1 No activity | 17, 75 Anti-mineralocorticoid | 0.02, 0 Agonistic[d], anti-estrogenic[d] | Africander et al. (2011), Botella et al. (1995), Garcia-Becerra et al. (2004), Kuhl (2005), Kumar et al. (2000), Mueck and Sitruk-Ware (2011), Philibert et al. (1999), Schindler et al. (2003) |
| Norgestrel[e] | 2 | 162 Agonistic | 16 Agonistic | 0.4 Anti-glucocorticoid | RBA NA No activity | 0 Agonistic[d] | Breiner et al. (1986), Kontula et al. (1983), Losert et al. (1985), Markiewicz and Gurpide (1994), McRobb et al. (2008), Poulin et al. (1991), Terenius (1974) |
| Gestodene (GSD) | 3 | 864, 180 Agonistic | 71, 85, 33, 13 Agonistic | 38, 27, 56 Agonistic | 97, 290, 11 Anti-mineralocorticoid | 0.02, 0 No activity | Africander et al. (2011), Breiner et al. (1986), Garcia-Becerra et al. (2004), Mueck and Sitruk-Ware (2011), Philibert et al. (1999), Schindler et al. (2003) |
| Dienogest | 4 | 10 Agonistic | 10 Anti-androgenic | 1 No activity | 0 No activity | RBA NA No activity | Africander et al. (2011), McRobb et al. (2008), Mueck and Sitruk-Ware (2011), Sasagawa et al. (2008), Schindler et al. (2003) |
| Spironolactone-derived | | | | | | | |
| Drospirenone | 4 | 19, 70 Agonistic | 2, 65, 0.6 Anti-androgenic | 3, 1 Anti-glucocorticoid | 500, 230, 100 Anti-mineralocorticoid | 0.5, 0 No activity | Africander et al. (2011), Mueck and Sitruk-Ware (2011), Muhn et al. (1995) |

[a] Indicated RBAs for PR, AR, GR, MR and ER are relative to progesterone, testosterone/DHT/R1881, dexamethasone, aldosterone and 17β-estradiol, respectively (each set to 100%), and vary due to different assays and biological systems used. NA = not available.
[b] Reported activity may not be consistent due to measurement in different biological systems.
[c] Anti-hormone actions may be due to direct receptor antagonism and/or indirect reduction in receptor activity.
[d] Activity may not be due to direct receptor binding of the progestin.
[e] Norgestrel is a racemic mixture of two stereoisomers: levonorgestrel (the active component) and dextronorgestrel (the inert isomer).

47D cell sublines overlap (Ghatge et al., 2005), which is consistent with the ability of MPA-bound PR or AR to bind to similar DNA response elements and regulate expression of common target genes. Another study reported that MPA can regulate endogenous target genes in T47D-Y cells (Bray et al., 2005). These cells are a PR negative subline of T-47D, generated via single cell cloning of T-47D cells assessed as PR negative by flow cytometry (Sartorius et al., 1994). However, it is unclear from the literature whether T47D-Y cells express AR and GR like the parental T-47D cells, and whether MPA regulates gene expression through these receptors in T47D-Y. Interestingly, there was very little overlap in the genes regulated by MPA in parental T-47D cells, which express high levels of PR, and T47D-Y cells (Bray et al., 2005), suggesting MPA can regulate gene expression via distinct mechanisms of action not involving the PR.

Despite studies showing that MPA can activate AR to similar levels as DHT, the mechanisms by which these two ligands achieve receptor activation are distinct. Classical AR agonists such as DHT induce an interaction between the FQNLF peptide in the amino-terminal transactivation domain and the carboxy-terminal activation function 2 (AF2) surface of the AR, referred to as the "AR N/C" interaction, which is considered essential for androgenic induction of AR-mediated transcriptional activation (Ikonen et al., 1997). Despite its AR agonist activity in multiple contexts, MPA binding to AR causes the AF2 to adopt an atypical structure and consequently induces a relatively weak N/C interaction, even at concentrations as high as 100 nM (Birrell et al., 2007; Kemppainen et al., 1999). This suggests that there may be alternative mechanisms of AR activation by MPA, perhaps involving enhanced or differential coactivator interactions. Interestingly, MPA is a potent inhibitor of DHT-induced N/C interaction (Birrell et al., 2007; Kemppainen et al., 1999), implying that it also has AR antagonistic potential. This concept is supported by experiments performed in our laboratory in which MPA reverses the stimulatory effects of DHT on the expression of certain endogenous genes in ZR-75-1 breast cancer cells. For example, mRNA levels for oxidized low density lipoprotein receptor 1 (OLR1) are significantly induced by DHT and not by MPA, but the induction by DHT is significantly antagonized by co-treatment with MPA (Fig. 3). The lack of regulation of OLR1 by MPA when used alone suggests that this gene is not directly regulated by either AR or PR in ZR-75 cells. Consequently, the ability of MPA to act as an AR agonist or antagonist may be dependent upon the nature and concentration of other ligands in the hormonal milieu.

### 5.2. Activity of MPA on GR

Numerous studies have shown that MPA can modulate GR activity. In HeLa cells, MPA is able to activate expression of a progestin response element ($PRE_2$)-luciferase reporter gene via the endogenous GR, albeit weakly (approximately 15%) compared to the synthetic glucocorticoid dexamethasone (Ghatge et al., 2005). MPA also activates exogenous GR and antagonizes MR activity induced by aldosterone in COS-1 cells (Sasagawa et al., 2008). MPA enhances the endogenous protein levels of the metastasis suppressor Nm23-H1 (NME1) in the metastatic breast cancer cell line MDA-MB-231, which expresses GR but not AR, PR or ERα (Ouatas et al., 2003). The induction of Nm23-H1 by MPA is reversed by the PR/AR/GR antagonist RU486, consistent with this action of MPA being mediated by the GR. Courtin et al. (2011) have shown that MPA activates the endogenous GR in ERα, PR, AR and GR positive MCF-7 breast cancer cells and this promotes transactivation of exogenous MMTV-luciferase and GRE-luciferase reporters as well as the endogenous gene for fatty acid synthase. While each of these actions of MPA in MCF-7 cells can be antagonized by the anti-glucocorticoid ORG-34116 or by GR depletion with siRNA, consistent with a GR-mediated effect, the role of the AR was not considered in that study.




**Fig. 3.** AR antagonistic actions of MPA assessed by quantitative reverse-transcription PCR analysis of endogenous OLR1 gene expression in ZR-75-1 breast cancer cells. Bars represent the mean ± standard error of the mean of triplicate samples. $^{*}p < 0.05$ one way ANOVA with Tukey's post-hoc test.

### 5.3. Activity of other progestins on AR, GR, MR and ER

Studies investigating nuclear receptor cross-talk via progestins other than MPA are more limited. The first generation progestin cyproterone acetate (CPA) demonstrates anti-androgenic properties in the Hershberger bioassay and weak androgenic activity in yeast (McRobb et al., 2008; Mueck and Sitruk-Ware, 2011). CPA and other first generation progestins such as chlormadinone acetate (CMA) and MPA also possess glucocorticoid activity in the thymus of male rats (Kuhl, 2005). The second generation progestin norethisterone (NET) activates exogenous ERα and ERβ in COS-1 cells but only at concentrations approximately 100-fold higher than that required for the native ligand, E2, and shows AR agonistic activity and MR antagonistic activity (Sasagawa et al., 2008). In HeLa cells transiently expressing AR, the second generation progestins, NET and levonorgestrel (LNG), and the third generation progestin, gestodene (GSD), stimulate expression of an androgen responsive reporter gene, although to a lesser extent than DHT (Garcia-Becerra et al., 2004). Furthermore, using microarray analysis, LNG has been shown to regulate expression of 21 endogenous genes in PR negative T47D-Y cells (Bray et al., 2005). In COS-1 cells transiently transfected with individual receptor constructs, the fourth generation progestin dienogest is a strong PR agonist and an AR antagonist but has no effect on GR, ERα and ERβ (Sasagawa et al., 2008). Dienogest and other fourth generation progestins nomegestrol acetate (NOMAc) and drospirenone also exhibit anti-androgenic properties in the Hershberger bioassay (Mueck and Sitruk-Ware, 2011) while nestorone has weak androgenic activity in yeast (McRobb et al., 2008). Collectively, these assays suggest that while fourth generation progestins do have greater specificity for PR than the earlier progestins, most sustain some capacity for nuclear receptor cross-talk.

### 5.4. Indirect progestin regulation of nuclear receptor activity

Adding to the complexities of progestin action are the indirect effects these compounds have on nuclear receptor activity. Intracellular metabolizing enzymes finely regulate the levels of steroid hormones in target tissues and the metabolites of progestins can also affect steroid receptors other than PR. Despite some studies indicating that the progestins GSD and norgestrel do not directly bind to the ER (Philibert et al., 1999; Terenius, 1974), these ligands have been shown to stimulate expression of an estrogen responsive chloramphenicol acetyltransferase (CAT) reporter in MCF-7 cells and this is antagonized by the ER antagonist, ICI 164,384, suggesting that some effects of these progestins may involve an

**Table 2**
Reported AR-, GR- and ER-mediated proliferative effects of progestins on breast cancer cell lines[a].

| Progestin (dose) | Cell line | Proliferative effect | Contributing receptor | Details | References |
|---|---|---|---|---|---|
| MPA (>1 nM) | ZR-75-1 | Inhibitory | AR | Inhibitory effect blocked by the AR antagonists hydroxyflutamide and nilutamide and also occurs in the presence of saturating inhibitory concentrations of dexamethasone | Bentel et al. (1999), Poulin et al. (1989), Poulin et al. (1991) |
| MPA (>1 nM) | ZR-75-1 | Inhibitory | GR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of DHT and is reversed by the GR antagonist RU486 | Poulin et al. (1991), Poulin et al. (1989) |
| MPA (100 nM) | T-47D | Inhibitory | AR | Inhibitory effect is partially reversed by the AR antagonist nilutamide | Bentel et al. (1999) |
| MPA (100 nM) | MDA-MB-453 | Inhibitory | AR | MPA inhibits basal proliferation, this is partially reversed by the AR antagonist nilutamide | Bentel et al. (1999) |
| MPA (>10 nM) | MFM-223 | Inhibitory | AR | Inhibition of proliferation is blocked by the AR antagonist hydroxyflutamide | Hackenberg et al. (1993) |
| MPA (100 nM) | MCF-7 | Inhibitory | GR | MPA reduces the number of cells in the G2/S phase of the cell cycle, this is reversed by ablation of GR with siRNA | Courtin et al. (2011) |
| MPA (>5 nM) | Shionogi SC-115 | Stimulatory | AR | Stimulatory effects are reversed by the AR antagonist hydroxyflutamide | Luthy et al. (1988) |
| MA (>1 nM) | ZR-75-1 | Inhibitory | GR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of DHT and is reversed by the GR antagonist RU486 | Poulin et al. (1991) |
| MA (>1 nM) | ZR-75-1 | Inhibitory | AR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of dexamethasone and is reversed by the AR antagonist hydroxyflutamide | Poulin et al. (1991) |
| MA (>500 nM) | Shionogi SC-115 | Stimulatory | AR | Stimulatory effects are reversed by the AR antagonist hydroxyflutamide | Luthy et al. (1988) |
| CPA (>0.5 nM) | ZR-75-1 | Inhibitory | AR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of dexamethasone and is reversed by the AR antagonist hydroxyflutamide | Poulin et al. (1991) |
| CPA (>0.5 nM) | ZR-75-1 | Inhibitory | GR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of DHT and is reversed by the GR antagonist RU486 | Poulin et al. (1991) |
| CPA (>10 nM) | Shionogi SC-115 | Stimulatory | AR | Stimulatory effects are reversed by the AR antagonist hydroxyflutamide | Luthy et al. (1988) |
| CMA (>0.1 nM) | ZR-75-1 | Inhibitory | GR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of DHT and is reversed by the GR antagonist RU486 | Poulin et al. (1991) |
| CMA (>0.1 nM) | ZR-75-1 | Inhibitory | AR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of dexamethasone and is reversed by the AR antagonist hydroxyflutamide | Poulin et al. (1991) |
| CMA (>10 nM) | Shionogi SC-115 | Stimulatory | AR | Stimulatory effects are reversed by the AR antagonist hydroxyflutamide | Luthy et al. (1988) |
| Norethindrone (1–10 nM) | ZR-75-1 | Inhibitory | AR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of dexamethasone and is reversed by the AR antagonist hydroxyflutamide | Poulin et al. (1991) |
| Norethindrone (100–1000 nM) | ZR-75-1 | Stimulatory | ER | Stimulatory effects can be reversed by the anti-estrogen EM-139 | Poulin et al. (1991) |
| NET (>100 nM) | MCF-7 | Stimulatory | ER | Stimulatory effects are reversed by the anti-estrogen tamoxifen | Schoonen et al. (1995) |
| LNG (>100 nM) | MCF-7 | Stimulatory | ER | Stimulatory effects are reversed by the anti-estrogen tamoxifen | Schoonen et al. (1995) |
| Norgestrel (0.5–10 nM) | ZR-75-1 | Inhibitory | AR | Inhibitory effect persists in the presence of saturating inhibitory concentrations of dexamethasone and is reversed by the AR antagonist hydroxyflutamide | Poulin et al. (1991) |
| Norgestrel (>100 nM) | MCF-7 | Stimulatory | ER | Stimulatory effects can be reversed by the anti-estrogen ICI 164,384 | Catherino et al. (1993) |
| Norgestrel (>100 nM) | ZR-75-1 | Stimulatory | ER | Stimulatory effects can be reversed by the anti-estrogen EM-139 | Poulin et al. (1991) |
| GSD (>100 nM) | MCF-7 | Stimulatory | ER | Stimulatory effects can be reversed by the anti-estrogen ICI 164, 384 | Catherino et al. (1993) |
| GSD (>100 nM) | MCF-7 | Stimulatory | ER | Stimulatory effects are reversed by the anti-estrogen tamoxifen | Schoonen et al. (1995) |

[a] Receptor profiles for cell lines listed: ZR-75-1 (AR+, GR+, PR+, ER+), T-47D (AR+, GR−, PR+, ER+), MCF-7 (AR+, GR+, PR+, ER+), MDA-MB-453 (AR+, GR+, PR−, ER−), MFM-223 (AR+, GR−, PR−, ER−), Shionogi SC-115 (AR+, GR+, PR−, ER+).

ER-mediated mechanism (Catherino et al., 1993). Additionally, it has been hypothesized that metabolites of these progestins may bind directly to ER to mediate these effects. Indeed, while the progestins NET, GSD and LNG do not show significant induction of ERα activity in HeLa cells transiently transfected with an ERα expression construct and an estrogen responsive reporter gene, their tetrahydro-reduced metabolites (3α,5α-NET, 3α,5α-GSD, 3α,5α-LNG, 3β,5α-NET, 3β,5α-GSD and 3β,5α-LNG) are able to activate ERα to a similar level as E2 (Garcia-Becerra et al., 2002; Larrea et al., 2001). Additionally, 5α-dihydro-reduced derivatives of NET, GSD and LNG (5α-NET, 5α-GSD and 5α-LNG) activate AR in transiently transfected HeLa cells (Garcia-Becerra et al., 2004).

Progestins can also indirectly influence receptor activity induced by other ligands via regulation of steroid metabolizing

enzymes or receptor expression. The anti-androgenic actions of some progestins such as NET, LNG and DSG have been attributed to the ability of these steroids to compete with T for binding to the 5α-reductase enzyme (Kuhl, 2005), thereby preventing metabolism of T to DHT, the most potent endogenous AR ligand. The enzyme 17β-hydroxysteroid dehydrogenase type I reduces estrone (E1) to the more potent estrogen, E2, and its activity is inhibited in T-47D cells by the progestin NOMAc (Shields-Botella et al., 2005). NOMAc also enhances activity of estrogen sulfotransferase, thus favoring conversion of E2 to E2-sulfate which is unable to bind ER (Shields-Botella et al., 2005). These activities of NOMAc are therefore likely to contribute to its anti-estrogenic effects, although the means by which NOMAc regulates enzyme activity has not been determined. Similarly, MPA has been shown to act through the AR in ZR-75-1 cells to enhance net oxidation of E2 to E1 by regulation of 17β-hydroxysteroid dehydrogenase type II, resulting in reduced ER activity (Couture et al., 1993). Another potential indirect mechanism by which progestins may reduce ER activity is via down-regulation of ERα levels, which has been shown to occur in breast cancer cells via a PR-mediated mechanism (Savoldi et al., 1995).

## 6. Phenotypic consequences of progestin cross-talk for hormone dependent cancers

### 6.1. Breast cancer

#### 6.1.1. Proliferative effects of MPA on breast cancer cells

Although rarely used today due to the availability of hormonal therapies such as tamoxifen, breast cancers were commonly treated with androgens and progestagens such as fluoxymesterone acetate, progesterone, 17-hydroxyprogesterone, MPA or megestrol acetate (MA) from the 1950s through to the 1980s. These compounds were thought to influence endogenous signaling pathways to oppose the growth promoting effects of estrogen on breast tumors. With the advent of the anti-estrogen, tamoxifen, androgen and progestin therapies were continued mainly as second line therapies following treatment failure, but their use was completely negated following the introduction of third generation aromatase inhibitors. Doses of progestins given for breast cancer therapy are considered high, with serum concentrations of MPA in the order of 100-1000 nM in comparison to the doses given for EP-HRT or oral contraceptives which are approximately 100-1000 times lower. The high doses of MPA used for breast cancer therapy have been associated with activation of AR and/or GR activity in various contexts (Table 1). Consistent with this, MPA has a growth inhibitory effect on various breast cancer cell lines in vitro, such as ZR-75-1, T-47D, MCF-7, MDA-MB-453 and MFM-223 and these effects can be mediated by the AR and/or GR (Table 2). MPA is also reported to have an AR-mediated stimulatory effect on proliferation of the mouse mammary carcinoma Shionogi SC115 cell line in culture (Table 2).

#### 6.1.2. Proliferative effects of other progestins on breast cancer cells

Other progestins such as MA, CPA, CMA, norethindrone and norgestrel have been reported to have predominantly inhibitory effects on ZR-75-1 breast cancer cell proliferation in vitro and these effects can be AR- and/or GR-mediated (Table 2). Interestingly, CPA, CMA, MA and norethindrone also antagonized the anti-proliferative effects of DHT while MA, CMA, CPA and norethindrone antagonized the anti-proliferative effects of dexamethasone (Poulin et al., 1991). This is consistent with other reports demonstrating that progestins can have agonistic or antagonistic effects on AR and GR in vivo depending on the hormonal milieu. This potential for dichotomous responses has important implications for the systemic effects of clinically used progestins.

Stimulatory ER-mediated effects of norgestrel and norethindrone on ZR-75-1 cell proliferation have also been reported when cells are cultured in the absence of estrogen (Poulin et al., 1991). These progestins did not strongly compete for ER binding, perhaps suggesting that a metabolite of norgestrel and norethindrone may stimulate ER activity in ZR-75-1 cells. Norgestrel, GSD, LNG and NET can also stimulate proliferation of MCF-7 cells via the ER (Table 2) (Catherino et al., 1993; Schoonen et al., 1995). However, the growth-stimulatory effects of progestins are not always mediated by the ER; in Shionogi SC115 mouse mammary tumor cells grown in culture, CPA, CMA, MA and MPA each act via the AR to stimulate proliferation (Luthy et al., 1988). Therefore, the proliferative effects of progestins on breast cancer cells appear to be highly dependent on factors such as cell type, ligand concentration and the presence or absence of other hormones. While PR, AR, GR and ER are all capable of mediating the proliferative effects of progestins, the relative contribution of an individual receptor to a given proliferative effect has been difficult to define.

#### 6.1.3. Clinical response of breast cancers to progestin therapy mediated by AR and GR

The ability of MPA or MA to function through the AR at the molecular level is consistent with the observation that the level of AR in breast tumors can predict clinical response to therapy with MPA or MA (Birrell et al., 1995; Teulings et al., 1980). Interestingly, the level of ERα or PR did not predict the response to MPA or MA therapy in these studies, suggesting that the action of these progestins is potentially mediated by the AR in advanced human breast cancers. Consistent with AR being critical for the therapeutic efficacy of MPA in breast cancers, we have also found inactivating AR mutations in AR positive tumors that did not respond to treatment with MPA (Buchanan et al., 2005). Given the important role of GR in mediating the effects of progestins in breast cancer cells at the molecular level, it is possible that GR also contributes to the response of breast cancers to progestin therapy, especially at the high doses used. However, there are no reports on the predictive value of GR for progestin therapy. One of the mechanisms by which MPA may improve survival in breast cancer patients is via GR-mediated induction of the metastasis suppressor Nm23-H1, which is associated with an MPA-induced reduction in metastatic potential of MDA-MB-231 xenografts in mice (Ouatas et al., 2003; Palmieri et al., 2005).

#### 6.1.4. Combined EP-HRT and breast cancer: the role of AR and GR

Epidemiological studies clearly demonstrate the progestin component of EP-HRT is associated with increased risk of breast cancer in post-menopausal women. In 2003, the Women's Health Initiative (WHI) trial reported a relative risk of 1.24 for invasive breast cancer among users of EP-HRT compared to estrogen only (E-HRT) users (Chlebowski et al., 2003). The US National Cancer Institute reported a relative risk of ER positive breast cancers of 1.72 in EP-HRT users compared to nonusers, while a relative risk of only 1.14 was observed in E-HRT users (Kerlikowske et al., 2003). The Million Women Study reported a relative breast cancer risk of 2.0 for EP-HRT users compared to 1.3 in E-HRT users (Beral, 2003). Most recently, in an extended follow-up of the WHI trial participants, EP-HRT use was associated with increased risk of death following breast cancer diagnosis (Chlebowski et al., 2010). The increased breast cancer risk is particularly evident in women who initiate EP-HRT soon after menopause (Prentice et al., 2008) while breast cancer risk declines to normal levels soon after discontinuation of EP-HRT use (Chlebowski et al., 2009). MPA is the most common progestin used in EP-HRT in the United States and Australia, while in Europe, LNG or micronized progesterone are

more commonly prescribed. In contrast to the high doses used for breast cancer therapy, which might be predicted to induce maximal AR activity for a progestin such as MPA, the MPA doses used in EP-HRT may lead to less than optimal activation of AR signaling, and perhaps more potent PR signaling, in breast epithelial cells and a resultant loss in the protective mechanisms that androgen action imparts to breast cancer. Alternatively, as discussed above and in Birrell et al. (2007), MPA in EP-HRT may disrupt normal AR signaling in breast tissue, leading to reduced protective effects. This is supported by evidence for proliferative effects of lower doses of MPA in breast tissue. MPA can enhance the proliferative effects of estrogen in the primate mammary gland (Cline et al., 1996), while increases in mammographic breast density, an established risk factor for breast cancer, and mammary epithelial cell proliferation are observed in women taking EP-HRT containing MPA compared to E-HRT (Hofseth et al., 1999; Lundstrom et al., 2001). The GR-mediated effects of progestins appear to only occur at high concentrations (greater than 100 nM) (Poulin et al., 1991) which are not attained in the serum of women taking EP-HRT, and therefore the contribution of GR to the cancer promoting effects of progestins is questionable. Indeed, it is possible that GR-mediated progestin actions are more important for the inhibitory effects of high dose progestins used for breast cancer therapies. Nevertheless, it is important to determine which receptors are mediating the variable effects of progestins in EP-HRT in order to effectively manage menopausal symptoms, particularly in those women who may be predisposed to breast cancer development. While PR, AR and GR are expressed in non-malignant breast tissues (Buxant et al., 2010; Courtin et al., 2011; Eigeliene et al., 2006; Lien et al., 2006; Zhuang et al., 2003) their relative contribution to the cancer-promoting effects of progestins in the breast has not been fully elucidated.

### 6.2. Endometrial cancer

The PR is considered a tumor suppressor in the endometrium and some form of progestin therapy is commonly employed to prevent or treat endometrial cancer (Yang et al., 2011). However, the relative contribution of PR and other nuclear receptors in mediating the effects of progestins in non-malignant or malignant endometrial cells are poorly defined. Although the presence of GR and MR in the endometrium is not well documented, AR expression has been reported (Horie et al., 1992; Ito et al., 2002). The progestin component of EP-HRT may therefore protect the endometrium from tumor development via mechanisms that involve both the PR and the AR. In support of this concept, PR and AR have been shown to regulate distinct anti-proliferative genetic programs when selectively stimulated by MPA in human endometrial cells undergoing decidualization (Cloke et al., 2008). Up-regulation of AR signaling by progestins may also act to inhibit the stimulatory effects of estrogen signaling in endometrium (Apparao et al., 2002; Brenner and Slayden, 2005; Hackenberg et al., 1994; Lovely et al., 2000). Interestingly, therapeutic use of MA to preserve fertility in young women with low grade endometrial carcinoma has been associated with development of independent cancers of the endometrium and ovary in patients with therapeutic resistance, due to lack of PR in the tumor (Yang et al., 2005). The latter finding could feasibly involve the anti-androgenic action of MA (Migliari et al., 1999). To date there have been no studies directly examining GR-mediated effects of progestins in an endometrial tissue context.

### 6.3. Ovarian cancer

While progestin-based hormone interventions have largely been ascribed as having a protective effect against ovarian cancer development, this remains controversial (Ho, 2003; Taylor and Manson, 2011). The ovarian surface epithelium (OSE) gives rise to >90% of ovarian cancers and normally expresses PR, AR and GR, but there is no documented expression of MR (www.proteinatlas.org; www.nursa.org). Thus, there is ample opportunity for progestins to stimulate steroid hormone receptor cross-talk in the OSE and potentially in OSE-derived tumors, but there has been little investigative focus on the potential role of this cross-talk in the development or prevention of ovarian cancer. In one in vitro study, activation of AR by MPA has been shown to promote ovarian cancer cell invasion more potently than activation of PR by this ligand (Gogoi et al., 2008). Ovarian granulosa cells also give rise to cancer and treatment with MPA can be an effective therapy for women with metastatic granulosa cell tumors (Malik and Slevin, 1991). MPA has been shown to modulate steroidogenesis in rat granulosa cells via interaction with AR, GR or PR (Pridjian et al., 1987). These two studies imply that MPA can activate AR and/or GR signaling in an ovarian tissue context, but the effect of MPA in the presence of native ligands for these receptors, or in relation to other factors that potentially modulate cellular responses to progestin exposure, have not been investigated.

## 7. Conclusions and future directions

Multiple studies from the last few decades have provided overwhelming evidence supporting progestin action via AR, GR, MR and ER in addition to PR, making the actions of these compounds highly complex, particularly in cell types that express multiple steroid receptors. Furthermore, defining an agonistic or anti-hormone function of progestins is difficult and requires consideration of the cell or tissue type as well as the hormonal milieu, ligand and receptor concentrations and the net activity of metabolizing enzymes. Despite the large number of published studies in this field, the relative contribution of each nuclear receptor signaling pathway to specific phenotypic outcomes induced by progestins in a cellular context where multiple steroid receptors are expressed and functional has not yet been fully delineated. This could be addressed through the use of more specific antagonists or ablation of receptor expression using siRNA. While these types of studies may reveal an even greater degree of complexity of progestin action, they may also provide more physiologically and clinically relevant information that will enable design of new agents in which the intended beneficial effects of progestins are enhanced while minimizing their unintended side effects. Studies to date suggest that progestin cross-talk with nuclear receptors other than PR occurs within normal and malignant cells and this action may have multiple implications for the biological responses to progestin-based pharmaceuticals. While this may in part involve increased risk of developing disease, there is also scope for exploiting this cross-talk to develop new ways to prevent disease or treat progestin-resistant tumors.

## Acknowledgements

The authors wish to thank Margaret McGee for critical review of the manuscript. This work was supported by a National Health and Medical Research Council of Australia Project Grant (#1008349 to W.D.T.) and a National Breast Cancer Foundation of Australia Novel Concept Award (to TEH). N.L.M. holds a Cancer Council South Australia Cancer Research Fellowship, T.E.H. holds a National Health and Medical Research Council of Australia Peter Doherty Fellowship and L.M.B. holds a Cancer Council South Australia Senior Research Fellowship.

## References


Africander, D., Verhoog, N., Hapgood, J., 2011. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. Steroids 76, 636–652.
Apparao, K.B., Lovely, L.P., Gui, Y., Lininger, R.A., Lessey, B.A., 2002. Elevated endometrial androgen receptor expression in women with polycystic ovarian syndrome. Biol. Reprod. 66, 297–304.
Bentel, J.M., Birrell, S.N., Pickering, M.A., Holds, D.J., Horsfall, D.J., Tilley, W.D., 1999. Androgen receptor agonist activity of the synthetic progestin, medroxyprogesterone acetate, in human breast cancer cells. Mol. Cell Endocrinol. 154, 11–20.
Beral, V., 2003. Breast cancer and hormone-replacement therapy in the Million Women Study. Lancet 362, 419–427.
Birrell, S.N., Butler, L.M., Harris, J.M., Buchanan, G., Tilley, W.D., 2007. Disruption of androgen receptor signaling by synthetic progestins may increase risk of developing breast cancer. FASEB J. 21, 2285–2293.
Birrell, S.N., Roder, D.M., Horsfall, D.J., Bentel, J.M., Tilley, W.D., 1995. Medroxyprogesterone acetate therapy in advanced breast cancer: the predictive value of androgen receptor expression. J. Clin. Oncol. 13, 1572–1577.
Botella, J., Duranti, E., Viader, V., Duc, I., Delansorne, R., Paris, J., 1995. Lack of estrogenic potential of progesterone- or 19-nor-progesterone-derived progestins as opposed to testosterone or 19-nor-testosterone derivatives on endometrial Ishikawa cells. J. Steroid Biochem. Mol. Biol. 55, 77–84.
Bray, J.D., Jelinsky, S., Ghatge, R., Bray, J.A., Tunkey, C., Saraf, K., Jacobsen, B.M., Richer, J.K., Brown, E.L., Winneker, R.C., Horwitz, K.B., Lyttle, C.R., 2005. Quantitative analysis of gene regulation by seven clinically relevant progestins suggests a highly similar mechanism of action through progesterone receptors in T47D breast cancer cells. J. Steroid Biochem. Mol. Biol. 97, 328–341.
Breiner, M., Romalo, G., Schweikert, H.U., 1986. Inhibition of androgen receptor binding by natural and synthetic steroids in cultured human genital skin fibroblasts. Klin. Wochenschr. 64, 732–737.
Brenner, R.M., Slayden, O.D., 2005. Progesterone receptor antagonists and the endometrial antiproliferative effect. Semin. Reprod. Med. 23, 74–81.
Buchanan, G., Birrell, S.N., Peters, A.A., Bianco-Miotto, T., Ramsay, K., Cops, E.J., Yang, M., Harris, J.M., Simila, H.A., Moore, N.L., Bentel, J.M., Ricciardelli, C., Horsfall, D.J., Butler, L.M., Tilley, W.D., 2005. Decreased androgen receptor levels and receptor function in breast cancer contribute to the failure of response to medroxyprogesterone acetate. Cancer Res. 65, 8487–8496.
Buxant, F., Engohan-Aloghe, C., Noel, J.C., 2010. Estrogen receptor, progesterone receptor, and glucocorticoid receptor expression in normal breast tissue, breast in situ carcinoma, and invasive breast cancer. Appl. Immunohistochem. Mol. Morphol. 18, 254–257.
Catherino, W.H., Jeng, M.H., Jordan, V.C., 1993. Norgestrel and gestodene stimulate breast cancer cell growth through an oestrogen receptor mediated mechanism. Br. J. Cancer 67, 945–952.
Chlebowski, R.T., Anderson, G.L., Gass, M., Lane, D.S., Aragaki, A.K., Kuller, L.H., Manson, J.E., Stefanick, M.L., Ockene, J., Sarto, G.E., Johnson, K.C., Wactawski-Wende, J., Ravdin, P.M., Schenken, R., Hendrix, S.L., Rajkovic, A., Rohan, T.E., Yasmeen, S., Prentice, R.L., 2010. Estrogen plus progestin and breast cancer incidence and mortality in postmenopausal women. JAMA 304, 1684–1692.
Chlebowski, R.T., Hendrix, S.L., Langer, R.D., Stefanick, M.L., Gass, M., Lane, D., Rodabough, R.J., Gilligan, M.A., Cyr, M.G., Thomson, C.A., Khandekar, J., Petrovitch, H., McTiernan, A., 2003. Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative Randomized Trial. JAMA 289, 3243–3253.
Chlebowski, R.T., Kuller, L.H., Prentice, R.L., Stefanick, M.L., Manson, J.E., Gass, M., Aragaki, A.K., Ockene, J.K., Lane, D.S., Sarto, G.E., Rajkovic, A., Schenken, R., Hendrix, S.L., Ravdin, P.M., Rohan, T.E., Yasmeen, S., Anderson, G., 2009. Breast cancer after use of estrogen plus progestin in postmenopausal women. N. Engl. J. Med. 360, 573–587.
Cibula, D., Gompel, A., Mueck, A.O., La, V.C., Hannaford, P.C., Skouby, S.O., Zikan, M., Dusek, L., 2010. Hormonal contraception and risk of cancer. Hum. Reprod. Update 16, 631–650.
Cline, J.M., Soderqvist, G., von, S.E., Skoog, L., von, S.B., 1996. Effects of hormone replacement therapy on the mammary gland of surgically postmenopausal cynomolgus macaques. Am. J. Obstet. Gynecol. 174, 93–100.
Cloke, B., Huhtinen, K., Fusi, L., Kajihara, T., Yliheikkila, M., Ho, K.K., Teklenburg, G., Lavery, S., Jones, M.C., Trew, G., Kim, J.J., Lam, E.W., Cartwright, J.E., Poutanen, M., Brosens, J.J., 2008. The androgen and progesterone receptors regulate distinct gene networks and cellular functions in decidualizing endometrium. Endocrinology 149, 4462–4474.
Courtin, A., Communal, L., Vilasco, M., Cimino, D., Mourra, N., de, B.M., Taverna, D., Faussat, A.M., Chaouat, M., Forgez, P., Gompel, A., 2011. Glucocorticoid receptor activity discriminates between progesterone and medroxyprogesterone acetate effects in breast cells. Breast Cancer Res. Treat., in press.
Couture, P., Theriault, C., Simard, J., Labrie, F., 1993. Androgen receptor-mediated stimulation of 17 beta-hydroxysteroid dehydrogenase activity by dihydrotestosterone and medroxyprogesterone acetate in ZR-75-1 human breast cancer cells. Endocrinology 132, 179–185.
Denayer, S., Helsen, C., Thorrez, L., Haelens, A., Claessens, F., 2010. The rules of DNA recognition by the androgen receptor. Mol. Endocrinol. 24, 898–913.
Eigeliene, N., Harkonen, P., Erkkola, R., 2006. Effects of estradiol and medroxyprogesterone acetate on morphology, proliferation and apoptosis of human breast tissue in organ cultures. BMC Cancer 6, 246.
Fournier, A., Berrino, F., Clavel-Chapelon, F., 2008. Unequal risks for breast cancer associated with different hormone replacement therapies: results from the E3N cohort study. Breast Cancer Res. Treat. 107, 103–111.
Gaido, K.W., Leonard, L.S., Lovell, S., Gould, J.C., Babai, D., Portier, C.J., McDonnell, D.P., 1997. Evaluation of chemicals with endocrine modulating activity in a yeast-based steroid hormone receptor gene transcription assay. Toxicol. Appl. Pharmacol. 143, 205–212.
Garcia-Becerra, R., Borja-Cacho, E., Cooney, A.J., Jackson, K.J., Lemus, A.E., Perez-Palacios, G., Larrea, F., 2002. The intrinsic transcriptional estrogenic activity of a non-phenolic derivative of levonorgestrel is mediated via the estrogen receptor-alpha. J. Steroid Biochem. Mol. Biol. 82, 333–341.
Garcia-Becerra, R., Cooney, A.J., Borja-Cacho, E., Lemus, A.E., Perez-Palacios, G., Larrea, F., 2004. Comparative evaluation of androgen and progesterone receptor transcription selectivity indices of 19-nortestosterone-derived progestins. J. Steroid Biochem. Mol. Biol. 91, 21–27.
Ghatge, R.P., Jacobsen, B.M., Schittone, S.A., Horwitz, K.B., 2005. The progestational and androgenic properties of medroxyprogesterone acetate: gene regulatory overlap with dihydrotestosterone in breast cancer cells. Breast Cancer Res. 7, R1036–R1050.
Gogoi, R., Kudla, M., Gil, O., Fishman, D., 2008. The activity of medroxyprogesterone acetate, an androgenic ligand, in ovarian cancer cell invasion. Reprod. Sci. 15, 846–852.
Graham, J.D., Clarke, C.L., 1997. Physiological action of progesterone in target tissues. Endocr. Rev. 18, 502–519.
Hackenberg, R., Beck, S., Filmer, A., Hushmand, N.A., Kunzmann, R., Koch, M., Slater, E.P., Schulz, K.D., 1994. Androgen responsiveness of the new human endometrial cancer cell line MFE-296. Int. J. Cancer 57, 117–122.
Hackenberg, R., Hawighorst, T., Filmer, A., Nia, A.H., Schulz, K.D., 1993. Medroxyprogesterone acetate inhibits the proliferation of estrogen- and progesterone-receptor negative MFM-223 human mammary cancer cells via the androgen receptor. Breast Cancer Res. Treat. 25, 217–224.
Hershberger, L.G., Shipley, E.G., Meyer, R.K., 1953. Myotrophic activity of 19-nortestosterone and other steroids determined by modified levator ani muscle method. Proc. Soc. Exp. Biol. Med. 83, 175–180.
Ho, S.M., 2003. Estrogen, progesterone and epithelial ovarian cancer. Reprod. Biol. Endocrinol. 1, 73.
Hofseth, L.J., Raafat, A.M., Osuch, J.R., Pathak, D.R., Slomski, C.A., Haslam, S.Z., 1999. Hormone replacement therapy with estrogen or estrogen plus medroxyprogesterone acetate is associated with increased epithelial proliferation in the normal postmenopausal breast. J. Clin. Endocrinol. Metab. 84, 4559–4565.
Horie, K., Takakura, K., Imai, K., Liao, S., Mori, T., 1992. Immunohistochemical localization of androgen receptor in the human endometrium, decidua, placenta and pathological conditions of the endometrium. Hum. Reprod. 7, 1461–1466.
Ikonen, T., Palvimo, J.J., Janne, O.A., 1997. Interaction between the amino- and carboxyl-terminal regions of the rat androgen receptor modulates transcriptional activity and is influenced by nuclear receptor coactivators. J. Biol. Chem. 272, 29821–29828.
Ito, K., Suzuki, T., Akahira, J., Moriya, T., Kaneko, C., Utsunomiya, H., Yaegashi, N., Okamura, K., Sasano, H., 2002. Expression of androgen receptor and 5alpha-reductases in the human normal endometrium and its disorders. Int. J. Cancer. 99, 652–657.
Kemppainen, J.A., Langley, E., Wong, C.I., Bobseine, K., Kelce, W.R., Wilson, E.M., 1999. Distinguishing androgen receptor agonists and antagonists: distinct mechanisms of activation by medroxyprogesterone acetate and dihydrotestosterone. Mol. Endocrinol. 13, 440–454.
Kerlikowske, K., Miglioretti, D.L., Ballard-Barbash, R., Weaver, D.L., Buist, D.S., Barlow, W.E., Cutter, G., Geller, B.M., Yankaskas, B., Taplin, S.H., Carney, P.A., 2003. Prognostic characteristics of breast cancer among postmenopausal hormone users in a screened population. J. Clin. Oncol. 21, 4314–4321.
Kontula, K., Paavonen, T., Luukkainen, T., Andersson, L.C., 1983. Binding of progestins to the glucocorticoid receptor. Correlation to their glucocorticoid-like effects on in vitro functions of human mononuclear leukocytes. Biochem. Pharmacol. 32, 1511–1518.
Koubovec, D., Ronacher, K., Stubsrud, E., Louw, A., Hapgood, J.P., 2005. Synthetic progestins used in HRT have different glucocorticoid agonist properties. Mol. Cell Endocrinol. 242, 23–32.
Kuhl, H., 2005. Pharmacology of estrogens and progestogens: influence of different routes of administration. Climacteric 8 (Suppl. 1), 3–63.
Kumar, N., Koide, S.S., Tsong, Y., Sundaram, K., 2000. Nestorone: a progestin with a unique pharmacological profile. Steroids 65, 629–636.
Larrea, F., Garcia-Becerra, R., Lemus, A.E., Garcia, G.A., Perez-Palacios, G., Jackson, K.J., Coleman, K.M., Dace, R., Smith, C.L., Cooney, A.J., 2001. A-ring reduced metabolites of 19-nor synthetic progestins as subtype selective agonists for ER alpha. Endocrinology 142, 3791–3799.
Lien, H.C., Lu, Y.S., Cheng, A.L., Chang, W.C., Jeng, Y.M., Kuo, Y.H., Huang, C.S., Chang, K.J., Yao, Y.T., 2006. Differential expression of glucocorticoid receptor in human breast tissues and related neoplasms. J. Pathol. 209, 317–327.
Losert, W., Casals-Stenzel, J., Buse, M., 1985. Progestogens with antimineralocorticoid activity. Arzneimittelforschung 35, 459–471.
Lovely, L.P., Apparao, K.B., Gui, Y., Lessey, B.A., 2000. Characterization of androgen receptors in a well-differentiated endometrial adenocarcinoma cell line (Ishikawa). J. Steroid Biochem. Mol. Biol. 74, 235–241.

Lundstrom, E., Wilczek, B., von, P.Z., Soderqvist, G., von, S.B., 2001. Mammographic breast density during hormone replacement therapy: effects of continuous combination, unopposed transdermal and low-potency estrogen regimens. Climacteric 4, 42–48.
Luthy, I.A., Begin, D.J., Labrie, F., 1988. Androgenic activity of synthetic progestins and spironolactone in androgen-sensitive mouse mammary carcinoma (Shionogi) cells in culture. J. Steroid Biochem. 31, 845–852.
Malik, S.T., Slevin, M.L., 1991. Medroxyprogesterone acetate (MPA) in advanced granulosa cell tumours of the ovary–a new therapeutic approach? Br. J. Cancer. 63, 410–411.
Markiewicz, L., Gurpide, E., 1994. Estrogenic and progestagenic activities coexisting in steroidal drugs: quantitative evaluation by in vitro bioassays with human cells. J. Steroid Biochem. Mol. Biol. 48, 89–94.
McPhail, M.K., 1934. The assay of progestin. J. Physiol. 83, 145–156.
McRobb, L., Handelsman, D.J., Kazlauskas, R., Wilkinson, S., McLeod, M.D., Heather, A.K., 2008. Structure-activity relationships of synthetic progestins in a yeast-based in vitro androgen bioassay. J. Steroid Biochem. Mol. Biol. 110, 39–47.
Migliari, R., Muscas, G., Murru, M., Verdacchi, T., De, B.G., De, A.M., 1999. Antiandrogens: a summary review of pharmacodynamic properties and tolerability in prostate cancer therapy. Arch. Ital. Urol. Androl. 71, 293–302.
Moras, D., Gronemeyer, H., 1998. The nuclear receptor ligand-binding domain: structure and function. Curr. Opin. Cell Biol. 10, 384–391.
Mueck, A.O., Sitruk-Ware, R., 2011. Nomegestrol acetate, a novel progestogen for oral contraception. Steroids 76, 531–539.
Muhn, P., Fuhrmann, U., Fritzemeier, K.H., Krattenmacher, R., Schillinger, E., 1995. Drospirenone: a novel progestogen with antimineralocorticoid and antiandrogenic activity. Ann. NY Acad. Sci. 761, 311–335.
Ouatas, T., Halverson, D., Steeg, P.S., 2003. Dexamethasone and medroxyprogesterone acetate elevate Nm23-H1 metastasis suppressor gene expression in metastatic human breast carcinoma cells: new uses for old compounds. Clin. Cancer Res. 9, 3763–3772.
Palacios, S., Foidart, J.M., Genazzani, A.R., 2006. Advances in hormone replacement therapy with drospirenone, a unique progestogen with aldosterone receptor antagonism. Maturitas 55, 297–307.
Palmieri, D., Halverson, D.O., Ouatas, T., Horak, C.E., Salerno, M., Johnson, J., Figg, W.D., Hollingshead, M., Hursting, S., Berrigan, D., Steinberg, S.M., Merino, M.J., Steeg, P.S., 2005. Medroxyprogesterone acetate elevation of Nm23-H1 metastasis suppressor expression in hormone receptor-negative breast cancer. J. Natl. Cancer Inst. 97, 632–642.
Perez-Palacios, G., Chavez, B., Vilchis, F., Escobar, N., Larrea, F., Perez, A.E., 1983. Interaction of medroxyprogesterone acetate with cytosol androgen receptors in the rat hypothalamus and pituitary. J. Steroid Biochem. 19, 1729–1735.
Philibert, D., Bouchoux, F., Degryse, M., Lecaque, D., Petit, F., Gaillard, M., 1999. The pharmacological profile of a novel norpregnance progestin (trimegestone). Gynecol. Endocrinol. 13, 316–326.
Poulin, R., Baker, D., Poirier, D., Labrie, F., 1989. Androgen and glucocorticoid receptor-mediated inhibition of cell proliferation by medroxyprogesterone acetate in ZR-75-1 human breast cancer cells. Breast Cancer Res. Treat. 13, 161–172.
Poulin, R., Baker, D., Poirier, D., Labrie, F., 1991. Multiple actions of synthetic 'progestins' on the growth of ZR-75-1 human breast cancer cells: an in vitro model for the simultaneous assay of androgen, progestin, estrogen, and glucocorticoid agonistic and antagonistic activities of steroids. Breast Cancer Res. Treat. 17, 197–210.
Prentice, R.L., Chlebowski, R.T., Stefanick, M.L., Manson, J.E., Pettinger, M., Hendrix, S.L., Hubbell, F.A., Kooperberg, C., Kuller, L.H., Lane, D.S., McTiernan, A., Jo, O.M., Rossouw, J.E., Anderson, G.L., 2008. Estrogen plus progestin therapy and breast cancer in recently postmenopausal women. Am. J. Epidemiol. 167, 1207–1216.
Pridjian, G., Schmit, V., Schreiber, J., 1987. Medroxyprogesterone acetate: receptor binding and correlated effects on steroidogenesis in rat granulosa cells. J. Steroid Biochem. 26, 313–319.
Sartorius, C.A., Groshong, S.D., Miller, L.A., Powell, R.L., Tung, L., Takimoto, G.S., Horwitz, K.B., 1994. New T47D breast cancer cell lines for the independent study of progesterone B- and A-receptors: only antiprogestin-occupied B-receptors are switched to transcriptional agonists by cAMP. Cancer Res. 54, 3868–3877.
Sasagawa, S., Shimizu, Y., Kami, H., Takeuchi, T., Mita, S., Imada, K., Kato, S., Mizuguchi, K., 2008. Dienogest is a selective progesterone receptor agonist in transactivation analysis with potent oral endometrial activity due to its efficient pharmacokinetic profile. Steroids 73, 222–231.
Savoldi, G., Ferrari, F., Ruggeri, G., Sobek, L., Albertini, A., Di, L.D., 1995. Progesterone agonists and antagonists induce down- and up-regulation of estrogen receptors and estrogen inducible genes in human breast cancer cell lines. Int. J. Biol. Markers 10, 47–54.
Schindler, A.E., Campagnoli, C., Druckmann, R., Huber, J., Pasqualini, J.R., Schweppe, K.W., Thijssen, J.H., 2003. Classification and pharmacology of progestins. Maturitas 46, S7–S16.
Schneider, J., Kneip, C., Jahnel, U., 2009. Comparative effects of chlormadinone acetate and its 3alpha- and 3beta-hydroxy metabolites on progesterone, androgen and glucocorticoid receptors. Pharmacology 84, 74–81.
Schoonen, W.G., Joosten, J.W., Kloosterboer, H.J., 1995. Effects of two classes of progestagens, pregnane and 19-nortestosterone derivatives, on cell growth of human breast tumor cells: I. MCF-7 cell lines. J. Steroid Biochem. Mol. Biol 55, 423–437.
Shields-Botella, J., Chetrite, G., Meschi, S., Pasqualini, J.R., 2005. Effect of nomegestrol acetate on estrogen biosynthesis and transformation in MCF-7 and T47-D breast cancer cells. J. Steroid Biochem. Mol. Biol. 93, 1–13.
Shields-Botella, J., Duc, I., Duranti, E., Puccio, F., Bonnet, P., Delansome, R., Paris, J., 2003. An overview of nomegestrol acetate selective receptor binding and lack of estrogenic action on hormone-dependent cancer cells. J. Steroid Biochem. Mol. Biol. 87, 111–122.
Sitruk-Ware, R., 2004a. New progestogens: a review of their effects in perimenopausal and postmenopausal women. Drugs Aging 21, 865–883.
Sitruk-Ware, R., 2004b. Pharmacological profile of progestins. Maturitas 47, 277–283.
Sitruk-Ware, R.L., 2003. Hormone therapy and the cardiovascular system: the critical role of progestins. Climacteric 6 (3), 21–28.
Taylor, H.S., Manson, J.E., 2011. Update in hormone therapy use in menopause. J. Clin. Endocrinol. Metab. 96, 255–264.
Terenius, L., 1974. Affinities of progestogen and estrogen receptors in rabbit uterus for synthetic progestogens. Steroids 23, 90919.
Teulings, F.A., van Gilse, H.A., Henkelman, M.S., Portengen, H., Alexieva-Figusch, J., 1980. Estrogen, androgen, glucocorticoid, and progesterone receptors in progestin-induced regression of human breast cancer. Cancer Res. 40, 2557–2561.
The North American Menopause Society, 2003. Role of progestogen in hormone therapy for postmenopausal women: position statement of The North American Menopause Society. Menopause 10, 113–132.
van der Vies, J., de Visser, J., 1983. Endocrinological studies with desogestrel. Arzneimittelforschung 33, 231–236.
Wambach, G., Higgins, J.R., Kem, D.C., Kaufmann, W., 1979. Interaction of synthetic progestagens with renal mineralocorticoid receptors. Acta Endocrinol. (Copenh). 92, 560–567.
Yang, S., Thiel, K.W., Leslie, K.K., 2011. Progesterone: the ultimate endometrial tumor suppressor. Trends Endocrinol. Metab. 22, 145–152.
Yang, Y.C., Wu, C.C., Chen, C.P., Chang, C.L., Wang, K.L., 2005. Reevaluating the safety of fertility-sparing hormonal therapy for early endometrial cancer. Gynecol. Oncol. 99, 287–293.
Zhuang, Y.H., Saaristo, R., Ylikomi, T., 2003. An in vitro long-term culture model for normal human mammary gland: expression and regulation of steroid receptors. Cell Tissue Res. 311, 217–226.