# EXHIBIT H5

**Kumar et al., Nestorone: a progestin with a unique pharmacological profile, 65 Steroids 629-36 (2000)**

ELSEVIER

Steroids

Steroids 65 (2000) 629–636

# Nestorone®: a progestin with a unique pharmacological profile☆

Narender Kumar*, Samuel S. Koide, Yun-Yen Tsong, Kalyan Sundaram

*Center for Biomedical Research, Population Council, 1230 York Avenue, New York, NY 10021, USA*

**Abstract**

Nestorone® (Nestorone 16-methylene-17α-acetoxy-19-norpregn-4-ene-3,20-dione), formerly referred to as ST 1435, is a potent progestin when given parenterally via sustained release formulations. The pharmacological profile of Nestorone was compared with that of levonorgestrel and 3-keto-desogestrel by steroid receptor binding studies and by in vivo bioassays in rats and rabbits. 3-Keto-desogestrel showed the highest binding affinity to progesterone receptors (PR) followed by Nestorone, levonorgestrel, and progesterone. The binding affinity of Nestorone to androgen receptors (AR) was 500- to 600-fold less than that of testosterone. However, both levonorgestrel and 3-keto-desogestrel showed significant binding (40 to 70% of testosterone) to AR. None of the progestins bound to estrogen receptors (ER). The progestational activity of Nestorone, levonorgestrel, and progesterone was compared using McPhail index in immature rabbits and pregnancy maintenance and ovulation inhibition tests in rats after subcutaneous (s.c.) administration. In all three tests, Nestorone was the most potent progestin. The progestational activity of Nestorone was also compared after oral and s.c. administration in rabbits. The potency of Nestorone was over 100-fold higher upon s.c. administration than via the oral route. The androgenic activity of progestins, based on the stimulation of ventral prostate (androgenic target) and levator ani (anabolic target) growth in castrated immature rats, showed good correlation with their binding affinity to AR. Nestorone showed no androgenic or anabolic activity. Nestorone did not bind to sex hormone binding globulin (SHBG), whereas both levonorgestrel and 3-keto-desogestrel showed significant binding to SHBG. The estrogenic/antiestrogenic activity of Nestorone was investigated in immature ovariectomized rats. In contrast to estradiol and levonorgestrel, Nestorone showed no uterotropic activity in ovariectomized rats. Despite significant binding to glucocorticoid receptors (GR), Nestorone showed no glucocorticoid activity in vivo. It is concluded that a strong progestational activity, combined with lack of androgenic, estrogenic, and glucocorticoid-like activities, confer special advantages to Nestorone for use in contraception and hormone replacement therapy. © 2000 Elsevier Science Inc. All rights reserved.

*Keywords:* Progestin; Androgenic activity; Pharmacology

## 1. Introduction

The widespread use of progestins alone or in combination with estradiol for female contraception and hormone replacement therapy has generated renewed interest in the development of new progestins with high selectivity indices (ratio of progestational to androgenic activity) [1,2]. Nestorone®[1] (16-methylene-17α-acetoxy-19-norpregn-4-ene-3,20-dione) Nestorone, a 19-norprogesterone derivative, is a potent progestin when administered parenterally [3]. Upon oral administration, Nestorone undergoes rapid metabolism and inactivation, thereby making it suitable for use in nursing women during lactation [4]. Several clinical trials have been performed with Nestorone administered via subdermal implants [3,5,6]. Nestorone was found to be very effective in controlling fertility at low doses [6]. So far, no alterations in liver function and lipid and carbohydrate metabolism have been observed in women using Nestorone implants [7–9]. Many of the synthetic steroids, in addition to their primary hormonal effects, exhibit some actions typical of other steroids. Indeed, some of the side effects of a compound can be related to such ancillary activities. Thus, we compared the progestational, androgenic, and estrogenic activities of Nestorone with some 19-nortestosterone-derived-progestins using receptor binding studies and in vivo bioassays. In addition, we investigated the glucocorticoid-

☆ This work was undertaken as part of the contraceptive development program sponsored and coordinated by the International Committee for Contraception Research of the Population Council, Inc. (New York, New York). This work was generously supported by the Cooperative Agreement CCP-A-00-94-000B-04 from the US Agency for International Development.

* Corresponding author. Tel.: +1-212-327-8743; fax: +1-212-327-7678.

*E-mail address:* kumar@popcbr.rockefeller.edu (N. Kumar).

[1] Nestorone® is the registered trademark of the Population Council for the steroid 16-methylene-17α-acetoxy-19-norpregn-4-ene-3,20-dione.

0039-128X/00/$ – see front matter © 2000 Elsevier Science Inc. All rights reserved.
PII: S0039-128X(00)00019-7

like activity of Nestorone and levonorgestrel in adrenalectomized rats.

## 2. Materials and methods

### *2.1. Materials*

Nestorone was custom synthesized by Gideon Richter, Budapest, Hungary. Levonorgestrel was obtained from Sigma Chemical Co. (St. Louis, MO, USA). All other steroids were obtained from Steraloids Inc., Wilton, NH, USA. 3-Keto-desogestrel (an active metabolite of desogestrel) was provided by Dr A. Moo–Young, Population Council, New York. Chemicals and solvents were of reagent grade. Radiolabeled steroids were purchased from NEN Research Products, Boston, MA, USA. All chemicals used were of analytical reagent grade.

### *2.2. Determination of binding affinities to steroid hormone receptors*

#### *2.2.1. Progesterone receptors (PR)*

Female Sprague–Dawley rats (150 g, b.wt.) were ovariectomized and 1 week later, injected daily for 3 days (i.p.) with 1 $\mu$g 17 $\beta$-estradiol ($E_2$) to induce synthesis of PR. The animals were killed on day 4, and uteri were collected over dry ice. Uteri were minced into small pieces and homogenized in 10 mM Tris-HCl buffer, pH 7.4, containing 1.5 mM EDTA, 0.5 mM dithiothreitol (DTT), 10 mM sodium molybdate, 10% glycerol (v/v), and 1 mM phenylmethylsulfonyl fluoride (PMSF), using a Polytron PT-10 homogenizer. The homogenate was centrifuged for 20 min at 1000 $\times$ $g$ in a refrigerated centrifuge. The supernatant was centrifuged for 90 min at 105 000 $\times$ $g$ in a refrigerated Beckman ultracentrifuge. The cytosol was removed and stored at $-70$°C until used. Aliquot (100 $\mu$l) of cytosol were incubated overnight at 4°C in glass tubes with [$^3$H]promegestone with or without cold progestins at different concentrations. The bound and free radioactivity was separated by the dextran-charcoal method [10]. The supernatant was decanted into scintillation vials and counted for radioactivity with 5 ml of Beckman Ready Safe® scintillation fluid in a Packard TriCarb Liquid Scintillation Counter. The percentage of radioligand bound in the presence of competitor, compared to that bound in its absence, was plotted against the concentration of unlabeled steroid. The molar concentrations of steroid competitor that reduced radioligand binding by 50% ($ED_{50}$) were determined graphically. The ratio of these concentrations, multiplied by 100, was termed the relative binding affinity (RBA).

#### *2.2.2. Androgen receptors (AR)*

Male Sprague–Dawley rats were castrated through a scrotal incision and were killed the next day. The ventral prostate was collected over ice, minced into small pieces, homogenized and the cytosol fraction was prepared. Aliquots of cytosol were incubated at 4°C for 18 h with [$^3$H]dimethyl-19-nortestosterone (Mibolerone), in the presence or absence of cold steroids. The bound and free radioactivity was separated by the hydroxylapatite method [11].

#### *2.2.3. Estrogen receptors (ER)*

Immature female rats (18–21 days old) were killed, and the uteri were removed and homogenized in buffer. The cytosol was prepared as described above. Aliquots of cytosol were incubated with [$^3$H]estradiol, with or without cold steroids. The bound and free fractions were separated by the dextran-charcoal method.

#### *2.2.4. Glucocorticoid receptors (GR)*

Calf thymus cytosol was used as the source of GR. Aliquots of cytosol were incubated with [6,7-$^3$H] triamcinolone acetonide with or without cold dexamethasone or progestins. The percentage bound radiolabeled triamcinolone was determined by separating the bound and free fractions by the dextran-charcoal method.

### *2.3. Determination of binding to sex hormone binding globulin (SHBG)*

Sex steroids, especially estrogens and androgens, are bound to SHBG in circulation. Several synthetic progestins also show binding to SHBG. Thus, the binding of Nestorone and other progestins to SHBG was studied by methods described earlier [12]. Third trimester pregnancy serum was used as the source of SHBG and [$^3$H]testosterone was used as the radioactive ligand. Dextran-charcoal was used to separate bound and free radioactivity.

## 3. Evaluation of biologic activity: progestational activity

### *3.1. Endometrial transformation test*

Immature female rabbits (700–800 g) were primed with estradiol (5 $\mu$g/day s.c. for 6 days) and assigned to treatment groups. They were injected s.c. with progestins for five consecutive days. In a separate experiment, the progestational activity of Nestorone administered via the oral or s.c. route was compared. One day after the last progestin administration, the rabbits were killed by asphyxiation with $CO_2$. The uteri were excised, cleaned, and weighed. Part of each uterus was fixed in Bouin's solution and processed for microscopic examination. The uterine sections were graded for progestagenic activity according to McPhail Index [13].

### *3.2. Maintenance of pregnancy in ovariectomized rats*

Adult female rats were placed in suspended cages with proven fertile males. The next morning, animals were ex-

2

amined for the presence of sperm plugs. If sperm plugs were present, the date was considered as day 1 of pregnancy. Pregnant females were separated from the males and ovariectomized on day 8. On the day of surgery, and daily through day 21 of pregnancy, 1 μg of estrone together with varying doses of progestins was injected (s.c.). A negative control group received estrone only. On day 22, all animals were killed by asphyxiation with $CO_2$, the uteri were exposed, and the number of live fetuses in each uterine horn was recorded.

### 3.3. *Ovulation inhibition in rats*

Adult female rats (200–250 g) showing three consecutive 4-day cycles were used for this assay. On the day of diestrus (at 1:00 p.m.), they were injected s.c. with steroids in 0.2 ml of vehicle (cottonseed oil containing 5% ethanol). Two days later, the rats were killed, the oviducts were excised and sandwiched between two glass slides, and the number of ova counted under the microscope.

### 3.4. *Androgenic activity*

Immature male Sprague–Dawley rats (27–28 days old) were castrated under methoxyflurane anesthesia. They were then treated (s.c.) with testosterone (control) or progestins daily for 10 days. One day after the last injection, they were killed, and the ventral prostate and *levator ani* were removed and weighed. Serum LH levels were measured by homologous radioimmunoassay (RIA) using reagents supplied by the National Hormone and Pituitary Program, NICHD, Baltimore, MD, USA.

### 3.5. *Estrogenic/antiestrogenic activity*

Immature female rats were ovariectomized under methoxylflurane anesthesia, randomly distributed into treatment groups ($n$ = 6 per group), and used 5 to 7 days later. Levonorgestrel or Nestorone (1 or 5 mg) was injected s.c. daily for 5 days. Vaginal lavages were examined microscopically to detect vaginal cornification. The animals were killed on day 6, and the uteri were removed, cleaned, blotted dry, and weighed. The antiestrogenic effects of levonorgestrel and Nestorone were determined in rats receiving 1.0 μg $E_2$. A positive control group received $E_2$ alone. Negative controls received the vehicle.

### 3.6. *Glucocorticoid activity*

Female Sprague–Dawley rats (175–200 g) were bilaterally adrenalectomized and supplied with 1% NaCl in drinking water. Four days after surgery, the animals were injected s.c. with dexamethasone or progestins for 3 days. They were killed 4 h after the last injection, and the livers were removed. Glycogen content and tyrosine transaminase (TAT) activity were determined by previously described methods [14,15].

Table 1
Selectivity index of levonorgestrel, 3-keto-desogestrel, and Nestorone® based on their relative binding affinities to PR and AR

| Steroid | Relative binding affinity[a] | | Selectivity index PR/AR |
|---|---|---|---|
| | PR | AR | |
| Progesterone | 20 (50.3) | NB | — |
| Testosterone | NB | 100 (7.4) | — |
| Levonorgestrel | 100 (11.0) | 70 (10.1) | 1 |
| 3-Keto-desogestrel | 220 (5.1) | 40 (19.0) | 6 |
| Nestorone® | 110 (10.3) | 0.2 (6279) | 590 |

[a] The nanomolar concentration of steroid competitors that reduced binding by 50% were determined. $ED_{50}$ values are shown in parentheses. The ratio of the reference compound to the test compound was expressed as the relative binding affinity. Levonorgestrel is used as reference compound for progesterone receptors (PR), and testosterone is used as reference compound for androgen receptors (AR). NB, no binding.

## 4. Results

### 4.1. *Binding affinity to steroid receptors*

Rat uterine cytosol preparation was used as the source of PR to compare the binding affinities. The relative binding affinity of 3-keto-desogestrel (220) was highest followed by Nestorone (110), levonorgestrel (100), and progesterone (20) (Table 1). A comparison of the binding to AR (rat ventral prostate) showed that all progestins studied had lower binding affinity than did testosterone (Fig. 1). The decreasing order of binding to AR was: testosterone, levonorgestrel, 3-keto-desogestrel, progesterone, and Nestorone. Compared to testosterone, the RBA of levonorgestrel to AR was 70%, whereas that of 3-keto-desogestrel was 40%. Nestorone did not show significant binding to AR (Table 1). None of the progestins showed significant binding to ER (data not shown). Nestorone showed significant binding ($ED_{50}$ = 56 nM) compared to the binding of dexamethasone ($ED_{50}$ = 21 nM) to calf thymus GR. Levonorg-




Fig. 1. Competitive inhibition of [$^3$H]mibolerone binding to rat prostatic androgen receptors by testosterone and synthetic progestins. Each point represents the mean of two experiments.




Fig. 2. Competitive inhibition of [$^3$H]testosterone binding to sex hormone binding globulin (human trimester pregnancy serum) by testosterone and progestins. Each point represents the mean of three experiments.

estrel and 3-keto-desogestrel bound to GR with low affinity (data not shown).

The binding affinity of levonorgestrel (2.3 nM) and 3-keto-desogestrel (9 nM) to SHBG was significant but lower than that of testosterone (1 nM) (Fig. 2). Progesterone and Nestorone showed no binding to SHBG. Thus, the binding pattern of progestins to SHBG was similar to their binding to AR.

### 4.2. Progestational activity

Three different bioassays were used to compare the progestational activity of Nestorone, levonorgestrel, and progesterone. 3-Keto-desogestrel was not available in sufficient amounts for the bioassays. In the endometrial transformation test, dose-dependent increases in both uterine weight as well as McPhail index was observed. Nestorone was the most potent followed by levonorgestrel and progesterone upon s.c. administration (Fig. 3). Doses that elicited approximately half-maximal response ($ED_{50}$) of the McPhail index were 1 $\mu$g, 10 $\mu$g, and 100 $\mu$g for Nestorone, levonorgestrel, and progesterone, respectively. These estimates are approximate since the dose-response curves did not have the same slope. Thus, Nestorone was about 10× more potent than levonorgestrel and 100 times more potent than progesterone in this assay. The progestational activity of Nestorone was also compared in rabbits by oral and s.c. administration. Based on uterine weight increase and McPhail index, Nestorone was over 100-fold more potent when administered s.c. than by the oral route (Table 2).

In the pregnancy maintenance assay, Nestorone maintained pregnancy in 40 to 50% of rats at a dose of 0.03 to 0.1 mg/day. The minimal effective dose of Nestorone for maintaining pregnancy was 0.3 mg/rat/day. The minimal effective doses were 0.3 mg for levonorgestrel and 5 mg for progesterone (Table 3). The ovulation inhibition assay in cycling rats showed inhibition of spontaneous ovulation in a dose-dependent manner by the progestins (Fig. 4). Ovulation was completely inhibited by Nestorone, levonorgestrel, and progesterone at doses of 10, 20, and 900 $\mu$g/rat/day,

Table 2
Comparison of progestational activity of NES administered via oral or sc route in immature rabbits

| Treatment ($n$ = 4) | Uterine weight (g) mean ± SE | Progestational activity Average McPhail index |
|---|---|---|
| Control | 1.6 ± 0.1 | 0 |
| Nestorone® 0.5 $\mu$g, sc | 3.6 ± 0.4 | 3.0 ± 0.2 |
| Nestorone® 5.0 $\mu$g, sc | 6.5 ± 0.4 | 4.0 ± 0.0 |
| Nestorone® 5.0 $\mu$g, oral | 1.9 ± 0.6 | 0.3 ± 0.3 |
| Nestorone® 50.0 $\mu$g, oral | 3.1 ± 0.2 | 1.8 ± 0.3 |

Immature rabbits were primed with estradiol for 6 days and treated with Nestorone® for 5 days. On day 6, rabbits were killed and their uteri removed, weighed, and processed for histology. Endometrial transformation scores (McPhail index) were determined based on uterine changes.




Fig. 3. Endometrial transformation (McPhail Index) in immature female rabbits primed with estradiol. Progestins were administered s.c. for 7 days. Each point represents the mean of five to six rabbits. $ED_{50}$ = median effective dose.

Table 3
Maintenance of pregnancy by progestins in ovariectomized pregnant rats treated with estrone[a]

| Compounds administered | Dose (mg/day) | No. of rats | Rats pregnant (%) |
|---|---|---|---|
| Vehicle | 0 | 6 | 0 |
| Progeterone | 0.3 | 5 | 0 |
| | 1.0 | 5 | 40 |
| | 3.0 | 5 | 60 |
| | 5.0 | 6 | 100 |
| Nestorone® | 0.01 | 5 | 0 |
| | 0.1 | 6 | 50 |
| | 0.3 | 19 | 100 |
| | 1.0 | 5 | 100 |
| Levonorgestrel | 0.3 | 5 | 100 |
| | 0.5 | 6 | 100 |

[a] Rats were ovariectomized on day 8 of pregnancy. Progestins and estrone (1.0 $\mu$g/day) were injected sc from day 8 to day 21. Rats were killed on day 22.

4




Fig. 4. Ovulation inhibition in adult female rats after s.c. administration of progestins. Each point represents the percentage of rats ovulating ($n$ = 12 to 20) per dose of progestin.

respectively. In cases where ovulation was not blocked, there were no significant differences in the number of ova shed. Thus, the inhibitory effect of progestins on ovulation appears to be an all-or-none phenomenon.

### *4.3. Androgenic/antiandrogenic activity*

The androgenic activity of progestins was compared with that of testosterone. Both levonorgestrel and 3-keto-desogestrel increased the weights of ventral prostate and *levator ani* in immature castrated rats in a dose-dependent manner (Fig. 5). Levonorgestrel was more potent than 3-keto-desogestrel with testosterone being 2- to 3-fold more potent than the progestins. Relatively high doses of Nestorone (1 and 4 mg/day) had no effect on the androgen target tissues (Fig. 6). Also, Nestorone showed no antiandrogenic activity (Fig. 6). Both testosterone and levonorgestrel were able to suppress serum LH in a dose-dependent manner in castrated rats; whereas Nestorone had no effect (Fig. 6). Thus, Nestorone showed no androgenic or antiandrogenic activity at a dose (20 mg/kg/day), which is almost 10 000× the effective human dose for contraception (2 µg/kg/day).

### *4.4. Estrogenic/antiestrogenic activity*

Estradiol, at a dose of 0.1 µg/day induced a significant increase in uterine weight (Fig. 7). Levonorgestrel (1 and 5 mg/day) also caused significant increase in uterine weight. In contrast, Nestorone showed no uterotropic activity at similar doses. Combined administration of estradiol and levonorgestrel led to a synergistic increase in uterine weight; whereas Nestorone did not affect the uterotropic activity of estradiol (Fig. 7). However, both levonorgestrel and Nestorone blocked $E_2$-induced vaginal cornification, indicating antiestrogenic action.




Fig. 5. Androgenic and anabolic effects of levonorgestrel and 3-keto-desogestrel in immature castrated rats. One week after castration, rats were injected with testosterone or progestins dissolved in cottonseed oil for 10 days. The rats were killed on day 11, and the weights of ventral prostate and *levator ani* determined. I, intact control; C, castrated control.

### *4.5. Glucocorticoid activity*

Nestorone showed significant binding affinity to calf thymus GR compared to dexamethasone. The thymolytic effect of Nestorone and levonorgestrel was evaluated in orchidectomized male and female rats in conjunction with the bioassays for androgenic and estrogenic activity. Only high doses of Nestorone (16 to 20 mg/kg b.wt.) caused significant thymic involution (data not shown). To further evaluate this activity, glucocorticoid-specific responses in the liver of adrenalectomized rats were studied. Dexamethasone at a dose of 40 µg caused a 2- to 3-fold increase in glycogen content and TAT activity in the liver; whereas both Nestorone and levonorgestrel at doses as high as 4 mg/kg had no effect on these parameters (Fig. 8). The results of the combined treatment with dexamethasone and Nestorone showed that Nestorone had no antiglucocorticoid activity. Thus, the lack of a glucocorticoid action of Nestor-

5




Fig. 6. Androgenic/antiandrogenic effect of Nestorone in immature castrated rats. T, testosterone; LNG, levonorgestrel; NES, Nestorone®. (See legend to Fig. 5 for details.)




Fig. 7. Estrogenic (uterine growth) effect of Nestorone® (NES) and levonorgestrel (LNG) in immature ovariectomized female rats. One week after ovariectomy, rats were injected (s.c.) with estradiol ($E_2$) or progestin for 5 days. Symbols on top of the bars indicate the presence or absence of vaginal cornification.

one on the liver and thymus in vivo did not match its high binding affinity to GR.

## 5. Discussion

Synthetic progestins, alone or in combination with estrogens, have been used as female contraceptives for a long time. Their use encompasses oral contraceptives, intrauterine devices, sustained-release injectables, and Silastic implants. Newer formulations of progestins in the form of transdermal gels or skin patches and vaginal rings are under development [16,17]. At present, the progestins most commonly used are norethindrone, levonorgestrel, 3-keto-desogestrel, and gestodene, which are derivatives of 19-nortestosterone. These progestins, with demonstrable androgenic activity, may be responsible for changes in the lipid profile, acne, and weight gain [18–20]. Thus, new progestins with less or no androgenic activity are being investigated [9,21]. At the Population Council, we are evaluating Nestorone (a norprogesterone derivative) alone for female contraception administered via Silastic® implants or vaginal rings and in combination with estradiol for hormone replacement therapy (HRT). Clinical testing of new contraceptive steroids requires the determination of their pharmacological effects to assess their effectiveness and side effects [22]. The pharmacological profile of Nestorone presented here has identified this progestin to be highly selective based on its binding to sex hormone receptors and its in vivo bioactivity.

An index based on the ratio between the desired effect (progestational activity) and the undesired effect (androgenic activity) of synthetic progestins has been used as a measure of selectivity. One measure of selectivity index is the ratio of progesterone to androgen receptor binding affinity [1]. The most commonly observed adverse effects of some progestins are attributed to their androgenic effect on lipid metabolism [23–25]. The binding of Nestorone to AR was negligible. It was 300- to 400-fold less than that of 3-keto-desogestrel and levonorgestrel. 3-Keto-desogestrel exhibited the highest binding affinity to PR whereas Nestorone and levonorgestrel exhibited similar binding affinity. The selectivity index based on the binding affinity to PR and AR was highest for Nestorone followed by 3-keto-desogestrel and levonorgestrel (Table 1). The binding affinities of some synthetic progestins to steroid receptors have been reported by others [26,27]. The results presented here are in agreement with the earlier reports. Based on the binding affinities, the selectivity profiles of some progestins have also been reported [1,28]. Of the 19-nortestosterone-derived progestins, 3-keto-desogestrel was considered very selective compared to levonorgestrel and norethindrone [1,25]. Even though 3-keto-desogestrel exhibited significant binding affinity to AR, its enhanced progestational activity conferred a high selectivity index on it [1]. Norgestimate, on the other hand, while showing no androgenic activity, had relatively

Case 1:17-mc-02767-PAE-JLC Document 130-17 Filed 03/15/18 Page 8 of 9






Fig. 8. Effect of Nestorone® and levonorgestrel on glucocorticoid-specific responses in the liver of adrenalectomized rats. The steroids were injected s.c. daily for 3 days. Four hours after the last injection, they were killed, and the livers removed and assayed for glycogen content and tyrosine transaminase (TAT) activity.

low progestational activity. Hence, its selectivity index was lower compared to 3-keto-desogestrel [18]. In contrast, Nestorone showed very low affinity for AR but high affinity for PR, which conferred high selectivity on this progestin. Both levonorgestrel and 3-keto-desogestrel showed significant binding to SHBG. Nestorone showed no binding to SHBG. The percentage of nonprotein-bound Nestorone in normal and heat-inactivated serum samples from normal women was shown to be similar (~13%), confirming that Nestorone does not bind to heat-labile serum binding proteins, such as SHBG and corticosteroid binding globulin (CBG) [29]. Thus, the free fraction of Nestorone in serum would be much greater than that of endogenous steroid hormones and the commonly used contraceptive steroids [30]. This feature of Nestorone, may result in higher uptake by the target tissues.

Pharmacological studies in animals corroborated the conclusions of the in vitro receptor binding studies. In the progestational assays, Nestorone was found to be almost tenfold more potent than levonorgestrel in the endometrial transformation test and twofold more potent in the ovulation inhibition test. It was equipotent to levonorgestrel in maintaining pregnancy in ovariectomized rats. 3-Keto-desogestrel has been reported to be almost twofold more potent than levonorgestrel in both the endometrial transformation test and ovulation inhibition assays [1]. This suggested that Nestorone may be equal to or more potent than 3-keto-desogestrel in progestational activity. The variation in the potency of progestins in different assays may be related to species differences [25]. The comparison of androgenic activity of progestins showed that Nestorone had no androgenic activity. This finding correlates well with the lack of binding to AR. In contrast, both 3-keto-desogestrel and levonorgestrel showed significant androgenic activities in vivo. Thus, based on the in vivo assays, Nestorone was again found to be the most selective progestin.

Other pharmacological effects of progestins are related to their estrogenic and/or glucocorticoid like activities. It has been shown that the 19-nortestosterone derivatives, norethindrone, levonorgestrel, and gestodene can stimulate the growth of MCF-7 breast cancer cells in culture; the effect can be blocked specifically by the antiestrogen, ICI-164,384 but not by the antiprogestin (mifepristone) [31,32]. The pharmacological implications of estrogenic activity of progestins, as demonstrated by in vitro studies, have not been fully understood. Our results demonstrated that none of the progestins tested bound to ER. However, in vivo assays for estrogenic activity showed that levonorgestrel was uterotropic whereas Nestorone was not. The uterotropic effect of levonorgestrel could be mediated via binding to AR and may represent an anabolic effect. We have previously reported the presence of AR in the uterine cytosol and a uterotropic action of androgens through binding to AR [33]. Both Nestorone and levonorgestrel exhibited antiestrogenic activity as evidenced by the inhibition of $E_2$-induced vaginal cornification in ovariectomized female rats.

Some progestins have been shown to possess significant glucocorticoid-like activity, albeit at high doses and after prolonged treatment [34,35]. The binding of Nestorone to GR was significant; however, in vivo administration of Nestorone did not stimulate glucocorticoid-specific responses in the liver. The reason for this could be the rapid metabolism of Nestorone by the liver as seen by its rapid inactivation after oral administration [36]. Further studies are needed to fully characterize the glucocorticoid activity, if any, of Nestorone.

In summary, this report identifies Nestorone as a highly selective progestin for use in female contraception. In view of its high progestational potency and lack of androgenic and estrogenic activities, Nestorone could be safely used for long periods of time. The pharmacological profile of Nestorone conforms well to the safety and effectiveness of this progestin in the clinical trials reported so far.

7

## Acknowledgments

We wish to acknowledge the help of Dr Richard P. Blye, Contraceptive and Reproductive Health Branch, NIH in arranging to analyze the uterine slides for McPhail index. We also wish to thank W. DeJesus and A. Marshall for technical assistance and M. Small for reviewing the manuscript.

## References

[1] Collins D. Selectivity information on desogestrel. Am J Obstet Gynecol 1993;168:1010–6.

[2] Kuhl H. Comparative pharmacology of newer progestogens (Review). Drugs 1996;51:188–215.

[3] Daz S, Schiappacasse V, Pavez M, et al. Clinical trial with Nestorone® subdermal contraceptive implants. Contraception 1995; 51:33–8.

[4] Lahteenmaki PLA, Daz S, Miranda P, Croxatto HB, Lahteenmaki P. Milk and plasma concentrations of the progestin ST 1435 in women treated parenterally with ST 1435. Contraception 1990;42:555–62.

[5] Coutinho EM, da Silva AR, Kraft HG. Fertility control with subdermal silastic capsules containing a new progestin (ST 1435). Int J Fertil 1976;2:103–8.

[6] Haukkamaa M, Laurikka–Routti M, Heikinheimo O, Moo–Young AJ. Contraception with subdermal implants releasing the progestin ST 1435: a dose-finding study. Contraception 1992;45:49–55.

[7] Odlind V, Lithell H, Selinus I, Vessby B. Unaltered lipoprotein and carbohydrate metabolism during treatment with contraceptive subdermal implants containing ST 1435. Contraception 1985;31:123–30.

[8] Kurunmaki H, Toivonen J, Lahteenmaki PLA, Luukkainen T. Contraception with subdermal ST 1435 capsules: side-effects, endocrine profiles and liver function related to different lengths of capsules. Contraception 1985;31:305–18.

[9] Laurikka–Routti M. Serum lipids, blood pressure, body weight, and serum chemistry in women using s.c. contraceptive implants releasing the progestin ST 1435. Obstet Gynecol 1992;80:855–9.

[10] LaMorte A, Kumar N, Bardin CW, Sundaram K. Aromatization of 7$\alpha$-methyl-19-nortestosterone by human placental microsomes in vitro. J Steroid Biochem Molec Biol 1994;48:297–303.

[11] Isomaa V, Pajunen AEI, Bardin CW, Janne OA. Nuclear androgen receptors in the mouse kidney: validation of a new assay. Endocrinology 1982;111:833–43.

[12] Kumar N, Suvisaari J, Tsong Y-Y, et al. Pharmacokinetics of 7$\alpha$-methyl-19-nortestosterone in men and cynomologus monkeys. J Androl 1997;18:352–8.

[13] McPhail MK. The assay of progestin. J Physiol 1934;83:145–56.

[14] Kemp A, Kits van Heijningen JM. A colorimetric micromethod for the determination of glycogen in tissues. Biochem J 1954;56:646–8.

[15] Kupfer D, Partridge R. Corticoid mediated increase in tyrosine $\alpha$-ketoglutarate transaminase in the rat. A sensitive glucocorticoid assay. Endocrinology 1970;87:1198–204.

[16] Alvarez–Sanchez F, Brache V, Jackanicz T, Faunders A. Evaluation of four different contraceptive vaginal rings: steroid serum levels, luteal activity, bleeding control, and lipid profiles. Contraception 1992;46:387–98.

[17] Sitruk–Ware R. Transdermal application of steroid hormones for contraception. J Steroid Biochem Molec Biol 1995;53:247–51.

[18] Darney P, Klaisle C, Tanner S, Alvarado A. Sustained release contraceptives. Curr Prob Obstet Gynecol Fertil 1990;13:87–121.

[19] Refn H, Kjaer A, Lebech A, Borggaard B, Schierup L, Bremmelgaard A. Metabolic changes during treatment with two different progestogens. Am J Obstet Gynecol 1990;163:374–7.

[20] Song S, Chen J, Lu C, et al. Effects of different doses of norethisterone on ovarian function, serum sex hormone binding globulin and high density lipoprotein-cholesterol. Contraception 1993;47:527–37.

[21] Catherino WH, Jordan VC. Nomegestrol acetate, a clinically useful 19-norprogesterone derivative which lacks estrogenic activity. J Steroid Biochem Molec Biol 1995;55:239–46.

[22] Jordan A. FDA requirements for nonclinical testing of contraceptive steroids. Contraception 1992;46:499–509.

[23] Gordon T, Castellil WP, Hjortland MC, Kannel W, Dawber TR. High density lipoprotein as a protective factor against heart disease. Am J Med 1977;62:707–14.

[24] Silfverstolbe G, Gustafon A, Samsoie G, Suanborg A. Lipid metabolic studies in oophorectomized women: effects of three different progestagens. Acta Obstet Gynecol Scand 1979;88:89–95.

[25] Phillips A, Hahn DW, Klimek S, McGuire JL. A comparison of the potencies and activities of progestagens used in contraceptives. Contraception 1987;36:181–92.

[26] Bergink EW, van Meel F, Turpijn EW, van der Vies J. Binding of progestogens to receptor proteins in MCF-7 cells. J Steroid Biochem 1983;19:1563–70.

[27] Phillips A, Demarest K, Hahn DW, Wong F, McGuire JL. Progestational and androgenic receptor binding affinities and in vitro activities of norgestimate and other progestins. Contraception 1990;41:399–410.

[28] Darney PD. The androgenicity of progestins (Review). Am J Med 1995;98:104S–10S.

[29] Lahteenmaki PLA, Hammond GL. Serum non-protein bound percentage and distribution of the progestin ST-1435: no effect of ST-1435 treatment on plasma SHBG and CBG binding capacities. Acta Endocrinol (Copenh) 1983;102:307–13.

[30] Dunn JF, Nisula BC, Rodbard D. Transport of steroid hormones: binding of 21 endogenous steroids to both testosterone-binding globulin and corticosteroid-binding globulin in human plasma. J Clin Endocrinol Metab 1981;53:58–68.

[31] Jeng MH, Parker CJ, Jordan VC. Estrogenic potential of progestins in oral contraceptives to stimulate human breast cancer cell proliferation. Cancer Res 1992;52:6539–46.

[32] Catherino WH, Jeng MH, Jordan VC. Norgestrel and gestodene stimulate breast cancer cell growth through an estrogen receptor mediated mechanism. Br J Cancer 1993;67:945–52.

[33] Beri R, Kumar N, Savage T, Benalcazar L, Sundaram K. Estrogenic and progestational activity of 7$\alpha$-methyl-19-nortestosterone, a synthetic androgen. J Steroid Biochem Molec Biol 1998;67:275–83.

[34] Xu XF, Hoebeke J, Bjorntorp P. Progestin binds to the glucocorticoid receptor and mediates antiglucocorticoid effect in rat adipose precursor cells. J Steroid Biochem 1990;36:465–71.

[35] Selman PJ, Mol JA, Rutteman GR, Van Garderen E, Van den Ingh TS, Rijnberk A. Effects of progestin administration on the hypothalamic-pituitary-adrenal axis and glucose homeostasis in dogs. J Reprod Fertil Suppl 1997;51:345–54.

[36] Heikinheimo O, Noe G, Haukkamaa M, Lahteenmaki P. The progestin ST-1435 - rapid metabolism in man. Contraception 1994;50:275–89.

8