# EXHIBIT H6

**Mueck & Sitruk-Ware, Nomegestrol acetate, a novel progestogen for oral contraception, 76 Steroids 531-9 (2011)**

EXHIBIT 28
Deponent JUSKO
Date 2/8/18 Rptr. [illegible]
WWW.DEPOBOOK.COM

Steroids 76 (2011) 531–539

Contents lists available at ScienceDirect

Steroids

journal homepage: www.elsevier.com/locate/steroids

Review

# Nomegestrol acetate, a novel progestogen for oral contraception

Alfred O. Mueck[a,*], Regine Sitruk-Ware[b]

[a] Department of Endocrinology and Menopause, University Women's Hospital, Calwer Strasse 7, DE-72076, Tübingen, Germany
[b] Rockefeller University and Population Council, New York, NY, USA

ARTICLE INFO

*Article history:*
Received 1 November 2010
Received in revised form 7 February 2011
Accepted 8 February 2011
Available online 16 February 2011

*Keywords:*
Nomegestrol acetate
Progestogen
Oral contraception
Pharmacology

ABSTRACT

Nomegestrol acetate (NOMAC) is a potent, highly selective progestogen, which is structurally similar to 19-norprogesterone and characterized as a full agonist at the progesterone receptor, with no or minimal binding to other steroid receptors, including the androgen and glucocorticoid receptors. In animal models, NOMAC demonstrated moderate antiandrogenic activity and strong antiestrogenic activity. In clinical studies, the progestogen was associated with effective suppression of gonadotropic activity and ovulation in premenopausal women, and a neutral impact on hemostasis, lipids, and carbohydrate metabolism. In normal and cancerous human breast tissue, NOMAC has shown favorable effects on estrogen metabolism, and in human breast cancer cell lines *in vitro*, it does not stimulate cell proliferation. The pharmacologic profile of NOMAC suggested that it would be well suited for combination with a physiologic estrogen in a combined oral contraceptive (COC), with the aim of achieving effective contraception with good cycle control and a favorable safety profile. A monophasic COC containing NOMAC 2.5 mg and 17β-estradiol (E2) 1.5 mg, administered in a 24/4-day regimen, is currently under clinical investigation. In a phase III study, NOMAC/E2 provided consistent and robust ovulation inhibition, with contraceptive effects that compared favorably with those of drospirenone 3 mg/ethinyl estradiol (EE) 30 μg. Investigators for a second phase III study reported less overall impact with NOMAC/E2 on hemostatic, lipid, inflammatory, and carbohydrate metabolism parameters than with levonorgestrel 150 μg/EE 30 μg. These clinical findings are promising; however, full publication of results from the pivotal phase III trials of NOMAC/E2 is pending.

© 2011 Elsevier Inc. All rights reserved.

**Contents**

1. Introduction ..... 532
2. Progestogen use in COCs ..... 532
   2.1. Classification of progestogens ..... 532
   2.2. Mechanisms of action ..... 532
   2.3. Binding to steroid receptors ..... 532
   2.4. *In vivo* bioassays and activity of the different progestogens ..... 532
3. Pharmacological profile of NOMAC ..... 534
   3.1. Progestogenic properties ..... 534
   3.2. Pharmacokinetic profile ..... 534
   3.3. Contraceptive effects ..... 534
   3.4. Effects on hemostatic and metabolic parameters ..... 535
   3.5. Effects on estrogen metabolism ..... 535
4. Clinical investigations of the COC NOMAC/E2 ..... 538
5. Conclusions ..... 538
   Acknowledgments ..... 538
   References ..... 538

* Corresponding author. Tel.: +49 7071 2984801; fax: +49 7071 294801.
*E-mail address:* Endo.Meno@med.uni-tuebingen.de (A.O. Mueck).

0039-128X/$ – see front matter © 2011 Elsevier Inc. All rights reserved.
doi:10.1016/j.steroids.2011.02.002

EXHIBIT 23 [illegible] 5/26/16

## 1. Introduction

Since the introduction of the first combined oral contraceptive (COC) in 1960, a half century ago, COCs have become one of the most popular modern family planning methods used worldwide [1]. Early formulations of the "pill" differed dramatically from current formulations. The first generation of COCs contained high doses of estrogen and progestogen, several times greater than those found in current formulations, and were administered exclusively in a 28-day cycle. An initial 3 weeks of continuous combined fixed-dose contraceptive hormone pills were followed by 1 week off treatment or 1 week of placebo pills, which allowed for a monthly withdrawal bleeding that mimicked normal menses and minimized women's concerns about potential pregnancy. Early COCs offered very effective contraception and other benefits, including improvements in menstrual bleeding, but were also associated with relatively high rates of side effects and an increased risk of cardiovascular events, especially venous thromboembolism (VTE) [2].

Over the past several decades, COCs have undergone substantial changes intended primarily to improve tolerability, safety, and compliance without compromising contraceptive efficacy. These changes have included the reduction of hormone doses, the development of new pill-dosage regimens and administration schedules, and the incorporation of new estrogens and progestogens. The synthetic estrogen ethinyl estradiol (EE) has been used almost exclusively in COCs since their introduction. The 17-α ethinyl group found in EE elevates the oral bioavailability of this hormone but slows down its hepatic metabolism, increasing the risk of metabolic changes and adverse events. Early attempts to replace EE with a form of the natural estrogen estradiol, used in combination with progestogens such as cyproterone or norethisterone acetate, were unsuccessful due to inadequate cycle stability [3–6]. However, systematic research has recently focused on the development of progestogens that are more suitable for combination with physiological estrogen in COCs with the aim of achieving contraceptive efficacy, an improved safety profile, and good cycle control.

Nomegestrol acetate (NOMAC) is a potent, highly selective synthetic progestogen that is derived from 19-norprogesterone. NOMAC is used alone and in combination with estradiol as hormone replacement therapy in menopause [7]. In clinical trials, this progestogen, which is characterized by a high antigonadotropic activity, provided effective ovulation inhibition in normally cycling women and consistently suppressed luteinizing hormone, follicle growth, and progesterone levels [8–12]. To restore suppressed estrogen levels, it has been combined with 17β-estradiol (E2) for use in a monophasic COC that is currently in development [13–15].

In this review, an overview of the use of progestogens in COCs is presented, including a description of the pharmacologic profile of the new progestogen NOMAC.

## 2. Progestogen use in COCs

### 2.1. Classification of progestogens

Progestogens have traditionally been classified by the steroidal structure to which they relate (Table 1) [16,17]. Most older progestogens were related to testosterone (19-nortestosterone derivatives). The structures of testosterone-related progestogens were modified to decrease the frequency of undesirable androgenic side effects such as acne, oily skin, and hair growth, as well as the negative effect on high-density lipoproteins (HDL), and to increase progestational potency, i.e., to allow use at lower dosages. Other progestogens have been developed from the progesterone structure or spironolactone with the intent of avoiding the androgenic adverse effects associated with testosterone-related hormones; preventing the estrogen-dependent fluid retention through the antialdosterone action of some molecules; and improving the safety profile, particularly metabolic and cardiovascular safety.

**Table 1**
Classification of progestogens [16,17].

| Related to progesterone | Related to testosterone |
|---|---|
| Dydrogesterone<br>Medrogestone | √ **Estranes**<br>Norethisterone<br>Dienogest (non-ethyl) |
| √ **17-OH progesterone (pregnanes)**<br>Medroxyprogesterone Ac<br>Cyproterone Ac<br>Chlormadinone Ac<br>Megestrol Ac | √ **13-Ethyl gonanes**<br>Levonorgestrel<br>Desogestrel (etonogestrel)<br>Gestodene<br>Norgestimate (norelgestromin) |
| √ **19-Norprogesterone**<br>Nomegestrol Ac<br>Trimegestone | √ **Spirolactone**<br>Drospirenone |

### 2.2. Mechanisms of action

One of the primary biological effects of progesterone or a progestogen is the secretory transformation of the estrogen-primed endometrium. Endometrial overproliferation is prevented by a progestogen to an extent that is dependent on the antiestrogenic properties of the progestogen, dose, and duration of use. When used as contraceptives, progestogens with high antigonadotropic activity suppress ovulation [16]. Reduced cervical mucus production and endometrial thickness are secondary contraceptive mechanisms of progestogens.

### 2.3. Binding to steroid receptors

The effects of most progestogens are related to their interactions with the progesterone receptor (PR) as well as other steroid receptors [16]. All progestogens bind to the PR and thereby exert the anticipated effect on the endometrium and hypothalamic–pituitary–ovarian axis, but individual progestogens have distinct effects on other target tissues. Progestogens of the same class may not share the same profile of steroid-receptor interaction. Progestogens may interact with other steroid receptors such as the androgen receptor (AR), estrogen receptor (ER), glucocorticoid receptor (GR), or the mineralocorticoid receptor (MR), either inducing activation of the receptor via coactivators, or preventing activation of the receptor via corepressors recruited in the target cell [16]. The overall agonist or antagonist effects of a progestogen are determined by the balance between receptor coactivators and corepressors associated with that molecule. As shown in Table 2, progestogens bind to the PR and may also bind to the other steroid receptors with low or high binding affinity, although this affinity does not always correlate with the biological response that can be agonistic or antagonistic (by blocking the receptor) [11]. Progestogens related to testosterone are more likely to bind to the AR and therefore may induce androgenic adverse effects, although dienogest, a nonethylated estrane molecule, exerts rather an antiandrogenic action. Progesterone-related progestogens such as NOMAC bind more specifically to the PR and generally have little or no activity at other steroid receptors. The biological activities of progestogens commonly used in COCs, as demonstrated primarily in animal studies, are summarized in Table 3 [11].

### 2.4. In vivo bioassays and activity of the different progestogens

Several standard *in vivo* bioassays have been used to evaluate the progestational and antiovulatory, androgenic, estrogenic, glucocorticoid, and mineralocorticoid potencies of progestogens.

**Table 2**
Relative binding affinities of progesterone and common progestogens to steroid receptors [11].

| Progestin | Relative binding affinity (%) | | | | |
|---|---|---|---|---|---|
| | Progesterone receptor | Androgen receptor | Estrogen receptor | Glucocorticoid receptor | Mineralocorticoid receptor |
| Progesterone | 50 | 0 | 0 | 10 | 100 |
| Norethisterone | 75 | 15 | 0 | 0 | 0 |
| Levonorgestrel | 150 | 45 | 0 | 1 | 75 |
| Gestodene | 90 | 85 | 0 | 27 | 290 |
| Norgestimate | 15 | 0 | 0 | 1 | 0 |
| Dienogest | 5 | 10 | 0 | 1 | 0 |
| Drospirenone | 35 | 65 | 0 | 6 | 230 |
| Nomegestrol acetate | 125 | 42 | 0 | 6 | 0 |

Reference steroids (100% affinity): progesterone receptor, promegestone; androgen receptor, metribolone; estrogen receptor, estradiol-17β; glucocorticoid receptor, dexamethasone; mineralocorticoid receptor, aldosterone.

**Table 3**
Summary of biological activities of progesterone and common progestogens [11].

| Progestogen | Biological activity | | | | | |
|---|---|---|---|---|---|---|
| | Androgenic | Antiandrogenic | Estrogenic | Antiestrogenic | Glucocorticoid | Anti-mineralocorticoid |
| Progesterone | – | (+) | – | + | + | + |
| Norethisterone | + | – | + | + | – | – |
| Levonorgestrel | + | – | – | + | – | – |
| Gestodene | + | – | – | + | (+) | + |
| Norgestimate | + | – | – | + | ? | ? |
| Dienogest | – | + | – | + | – | – |
| Drospirenone | – | + | – | + | – | + |
| Nomegestrol acetate | – | (+) | – | + | – | – |

+, effective; (+), weakly effective; –, not effective; ?, unknown.

As shown in Fig. 1, based on the McPhail Index, which measures the progestogen dose required for endometrial transformation to a secretory state in immature, estrogen-primed female rabbits, trimegestone has a very high progestational potency (i.e., >100 times greater than natural progesterone) [17,18]. Progestogens such as NOMAC, levonorgestrel, and drospirenone have progestational potencies that are approximately 10 times greater than that of progesterone. NOMAC has demonstrated progestational activity, using the McPhail method, that was four times greater than that of medroxyprogesterone acetate and 1.4 times greater than megestrol acetate [19]. NOMAC administered orally has been shown to be at least as active as progesterone administered subcutaneously in delaying ovulation in an animal model [19].

As shown in Fig. 2, cyproterone acetate exerts the greatest antiandrogenic potency when tested in the Hershberger bioassay. In this test, the androgenic effect of progestogens is tested in gonadectomized male Wistar rats after once-daily subcutaneous injection at various doses to assess the mean ventral prostate weight (weight of seminal vesicle) in comparison with the effect of testosterone propionate and in comparison with castrated controls.

The only progestogens to demonstrate antiandrogenic potency at therapeutic doses are cyproterone acetate, dienogest, and drospirenone. A moderate antiandrogenic activity has been observed with NOMAC (i.e., approximately five times less than that of cyproterone acetate) [18,19]. Drospirenone, derived from the aldosterone antagonist spironolactone, exhibits five times greater affinity for the MR than aldosterone and a two- to four-fold greater potency than progesterone, whereas progestogens such as cyproterone acetate, norethisterone, and levonorgestrel do not show any aldosterone antagonistic activity, even at high doses [18]. It is important to note that although these bioassays may be valuable in assessing differences among progestogens in their potencies for




**Fig. 1.** Progestogenic and antiovulatory potencies of progestogens [18]. NES and LNG values are in milligrams. DNG, dienogest; DRSP, drospirenone; DSG, desogestrel; LNG, levonorgestrel; NOMAC, nomegestrol acetate; MPA, medroxyprogesterone acetate; TMG, trimegestone.
Adapted by permission from Informa Healthcare: Sitruk-Ware [18].




**Fig. 2.** Antiandrogenic potency of progestogens [18]. CMA, chlormadinone acetate; CPA, cyproterone acetate; DNG, dienogest; DRSP, drospirenone; NOMAC, nomegestrol acetate; TMG, trimegestone.
Adapted by permission from Informa Healthcare: Sitruk-Ware [18].

the various steroid receptors, the results observed in animal models may not be consistent with those seen in clinical investigations.

## 3. Pharmacological profile of NOMAC

### *3.1. Progestogenic properties*

NOMAC, a highly selective progestogen derived from 19-nor-progesterone, is a very strong agonist at the PR [20]. In rats, NOMAC has been shown to have moderate antiandrogenic activity, without androgenic activity [21,22]. This progestogen is devoid of significant agonistic or antagonistic activity for the ER [23]. In studies of the modulatory effects of NOMAC on rat uterine steroid receptors, NOMAC displayed higher antiestrogenic activity than medroxyprogesterone, megestrol, norethisterone, chlormadinone, or cyproterone acetate [24]. NOMAC has shown little or no activity at the GR [11] and no affinity for rat kidney MR [25]. Although the clinical consequences of these receptor interactions have been only partially evaluated, the potential clinical implications of NOMAC transactivation or repression of the different steroid receptors are discussed in subsequent sections.

### *3.2. Pharmacokinetic profile*

A recent review summarized the pharmacokinetic profile of NOMAC based on findings from 10 preliminary studies, which included approximately 70 healthy pre- and postmenopausal women [15]. The absolute bioavailability of NOMAC was ~63%, with ~98% bound to albumin and a volume of distribution of 1200–1300 L. Peak plasma concentrations ($C_{max}$) were reached within 2–3 h of oral NOMAC administration. A linear correlation was found between NOMAC dose and $C_{max}$ and area under the concentration–time curve (AUC) at doses of 5–100 mg/d. In one study, $C_{max}$ of 7.21 μg/L was achieved 3.33 h after a single NOMAC dose of 3.75 mg was administered orally. $AUC_{0-\infty}$ was 150.0 ng h/mL; total body clearance was 289.9 L/h. The half-life of NOMAC has been reported to be ~50 h [11,26]. Repeated administration of NOMAC was associated with a slight accumulation, and the steady state was reached after 5 days. NOMAC was shown to undergo hepatic metabolism via the cytochrome P450 (CYP) system (CYP3A3, 3A4, and 2A6), with hydroxylation to six primary metabolites that have little or no progestational activity. As a result, there is potential for clinically significant interactions between NOMAC and CYP3A4 inhibitors or inducers such as ketoconazole and rifampicin, respectively, as well as with some antiepileptics. The progestogen and metabolites were excreted partially via urine and predominantly via feces. Food intake did not produce clinically significant changes in NOMAC pharmacokinetics. In studies of NOMAC 3.75 mg plus E2 1.5 mg, single or repeated dosing of the combination resulted in no significant interaction.

### *3.3. Contraceptive effects*

NOMAC has demonstrated useful contraceptive properties when administered as a single agent. In a study of the impact of NOMAC on the human cervix, this progestogen was associated with major changes of the cervical mucus, measured in spinnability, ferning pattern, and glycoprotein meshwork, that were similar to those induced by progesterone during the luteal phase and sufficient to prevent sperm penetration and block sperm transport to the uterine cavity (Fig. 3) [27]. When taken alone orally at doses of 2.5 or 5.0 mg/d from treatment cycle days 5–25 in 13 normally cycling women of childbearing age, NOMAC effectively inhibited ovulation and follicular development, with consistent suppression of mid-cycle surges of luteinizing hormone (LH) (Fig. 4A), follicle-stimulating hormone (FSH) (Fig. 4B), and progesterone levels (Fig. 4D) [8]. The 1.25-mg/d dose of NOMAC induced the greatest suppression of FSH levels; this finding may be related to persistent endogenous levels of E2 (Fig. 4C), which would be expected to exert negative feedback effects on FSH levels. Strong antigonadotropic activity was also demonstrated in a second study of NOMAC administered in an oral dose of 5 mg for 21 days in 10 women [9]. Based on the suppressive effects of NOMAC on plasma estrogen and progesterone levels and follicular growth, the researchers determined that no ovulations occurred with NOMAC treatment. In addition, NOMAC was shown to significantly decrease plasma LH levels, LH pulse frequency, and LH response to exogenous gonadotropin-releasing hormone.

In a 1-year study of the effects of a subdermal implant containing 55 mg of NOMAC on endometrial histology and ovarian function in women of reproductive age, the progestogen was associated with substantial inhibition of follicular growth and ovulation and endometrial vascularization, resulting in disrupted endometrial architecture and in an inadequate endometrial pattern to support pregnancy [28]. This study, along with two previous investigations [29,30] of the subdermal implant, showed that NOMAC was effective in preventing ovulation over the course of 1 year.




**Fig. 3.** Effects of NOMAC on the spinability of human cervical mucus [27]. NOMAC, nomegestrol acetate. Reprinted from Chretien and Dubois [27].

### 3.4. *Effects on hemostatic and metabolic parameters*

Epidemiological evidence suggests that COCs containing ethinyl estradiol are associated with an increased risk of cardiovascular morbidity, particularly VTE. In case-control studies, the risk of VTE was estimated to be four to eight times greater in current COC users compared with non-users [31]. The absolute risk of VTE in women using COCs has been described as relatively low (~3.0 vs. ~0.8 per 10,000 women per year in COC users vs. premenopausal non-COC users) [32]. However, in a more recent, active surveillance study [33], the incidence of VTE was found to be higher in COC users (~10 per 10,000 woman-years in new COC users), with no difference between new combined pills and so-called second-generation COCs. This finding has increased scrutiny of the hemostatic and metabolic characteristics of hormones used in currently available and experimental COCs [34]. Although none of the hemostatic or protein parameters modified by ethinyl estradiol and COCs have been established as a marker of thrombosis, the potential changes induced by new contraceptive combinations need to be assessed.

Based on clinical studies conducted to date, NOMAC appears to have a neutral impact on hemostatic and metabolic parameters. This is especially important when NOMAC is used in combination with estradiol, which has a much lower impact on the estrogen-dependent liver proteins than ethinyl estradiol. A variety of estradiol-related beneficial effects, including protective cardiovascular mechanisms, should in theory not be antagonized when the hormone is combined with a nonandrogenic progestogen such as NOMAC. Basdevant et al. reported that NOMAC 5 mg/d had no significant effects on fasting blood glucose or insulin; total, HDL or low-density lipoprotein cholesterol; or fibrinogen or plasminogen levels in premenopausal women after six treatment cycles [35]. A significant increase in antithrombin III and a significant decrease in apolipoprotein A1 levels were observed, although the clinical relevance of these changes was unclear. After 6 months of treatment in 20 premenopausal women, Dorangeon et al. observed no adverse effects with NOMAC 5 mg/d on plasma glucose or insulin levels, glucose or insulin AUCs, or glycosylated protein levels [36].

In addition, NOMAC has been shown to have no or minimal impact on nitric oxide (NO) production, a vasoprotective and antithrombotic factor. In a study of the effects of progestogens on NO formation by human endothelial cells, NOMAC and levonorgestrel were associated with little or no change in endothelial NO synthase mRNA and protein expression or endothelial cell-mediated inhibition of thrombin-induced platelet aggregation [37]. In contrast, progesterone and medroxyprogesterone acetate inhibited NO synthase mRNA and protein expression and decreased the inhibitory effects of endothelial cells on thrombin-stimulated platelet aggregation. Because expression of NO synthase was found to be regulated via activation of the GR, these results support the interest in progestogens with no glucocorticoid action such as NOMAC. In a follow-on study, NOMAC was found to preserve the beneficial impact of E2 on NO formation in human endothelial cells [38]. The protective effects of estrogen-treated endothelial cells on platelet aggregation were blunted by progesterone and medroxyprogesterone acetate (MPA) but were sustained by NOMAC and levonorgestrel.

In experiments conducted in ovariectomized female monkeys fed a highly atherogenic diet, researchers have found that estrogens preserve normal endothelial-dependent dilator responses of coronary arteries to acetylcholine, and progesterone does not alter this cardioprotective mechanism [39,40]. In the same model, MPA added to estradiol diminished acetylcholine-stimulated endothelium-dependent vasodilation [41], whereas NOMAC did not reverse estrogen-induced protection of this vasomotor response [42–44].

### 3.5. *Effects on estrogen metabolism*

Although findings from epidemiologic studies are conflicting, COC use may increase the risk for breast cancer. Based on a pooled analysis of 54 epidemiologic studies, COC users <35 years of age have a small increase in breast cancer risk (relative risk [RR]: 1.24; 95% confidence interval [CI], 1.15–1.33) compared with controls [45]. In a more recent meta-analysis of 34 case-control studies, prior COC users were shown to have a 19% increase in premenopausal breast cancer risk [46]. However, breast cancer risk was not found to be significantly increased among the current or former COC users, 35–64 years of age, who were included in the Women's Health Study [47].




**Fig. 4.** Effects of NOMAC on ovulation and follicular growth. (A) luteinizing hormone (LH); (B) follicle-stimulating hormone (FSH); (C) estradiol; and (D) progesterone levels. NOMAC, nomegestrol acetate.
Adapted with permission from Bazin et al. [8].




**Fig. 5.** (A) Inhibition of sulfatase activity (conversion of estrone sulfate to 17β-estradiol [E2]) and (B) stimulation of the conversion of E2 to estrogen sulfates with NOMAC in MCF-7 and T47-D human breast cancer cells [62,71,72]. NOMAC, nomegestrol acetate.
Reprinted from Shields-Botella et al. [62].

More recently, the results of the Royal College of General Practitioners Study in the United Kingdom were published [48]. From 1968 to 2007, the study followed 46,000 women who had either used or never used OCs, comparing their mortality rates. The four decades of data showed that there was a small decrease in the mortality rates of women who had taken the pill as well as a small decrease in the overall risk of developing cancer. The authors concluded that oral contraception was not associated with an increased long-term risk of death in this large UK cohort; indeed, a net benefit was apparent.

The respective contribution of estrogens and progestogens to a putative increase in breast cancer risk with COCs is controversial, most likely due to differences in the molecules tested as well as the experimental models used. Evidence from experimental studies indicates that estrogens can stimulate breast tumor development and growth [49,50]. In several clinical studies, no statistically significant difference was observed in serum levels of endogenous estradiol between women who developed breast cancer and those who did not develop breast cancer [51–55]. In the European Prospective Investigation into Cancer and Nutrition (EPIC), Kaaks et al. reported no clear association between premenopausal serum estrogen levels and breast cancer risk [56]. However, it is interesting to note that elevated serum levels of androgens were significantly associated with increased breast cancer risk in EPIC, whereas elevated serum progesterone levels were significantly associated with reduced cancer risk. The role of progesterone and progestogens in breast cancer development and growth is also controversial. Consistent with EPIC results, it is believed that progestogens may exert a primarily anti-growth-promoting effect on human breast cells, but this effect appears to be dependent on the progestogen type, dose, and duration of use [57]. Some estrane derivatives stimulate breast cell multiplication *in vitro* via ER-mediated mechanisms. A-ring reduced metabolites of norethindrone, gestodene, and levonorgestrel have been shown to lose their progestational activity and exhibit significant ER binding affinity in association with *in vivo* estrogenic activity [58–60].

As previously mentioned, the progestogen NOMAC is structurally similar to the physiological hormone progesterone and lacks estrogenic and androgenic activity, a potential advantage in terms of breast cell response. The local biosynthesis of E2 in breast cancer tissue occurs primarily via the sulfatase pathway, in which estrone sulfate is transformed by estrogen sulfatase into estrone, which in turn is converted to E2 by 17β-hydroxysteroid dehydrogenase 1. *In vitro* studies have shown that NOMAC alters estrogen metabolism via the sulfatase pathway in normal breast and breast cancer cells such that less estradiol is produced and/or available in the breast epithelial cells [61,62]. In a study of the effect of NOMAC on estrone sulfatase in both normal and cancerous breast tissue, NOMAC strongly inhibited estrone sulfatase activity, particularly in cancerous breast tissue [61]. In a study of the effects of NOMAC on estrogen metabolism in the hormone-dependent MCF-7 and T47-D human breast cancer cell lines, Shields-Botella et al. [62] observed that NOMAC significantly blocked the conversion of estrone sulfate to E2 (Fig. 5A) and inhibited the transformation of estrone to E2. NOMAC also exhibited a stimulatory effect on sulfotransferase activity in both cell lines, resulting in the conversion of estrone to biologically inactive estrone sulfate (Fig. 5B). Findings from additional studies have also suggested that this progestogen may have antiproliferative effects in breast tissue. In MCF-7 and T47-D human breast cancer cell lines, NOMAC did not stimulate cell proliferation, whereas the progestogens norgestrel and gestodene had stimulatory effects on cell growth, mediated via the ER [23,63,64].

The interference of NOMAC with estrogen metabolism demonstrated in breast tissue may also have important implications in the endometrium. Endometrial proliferation is dependent on estrogen concentrations in the endometrial cells, which may be essential for cyclical stability using NOMAC/E2 combinations. Progesterone and progestogens binding to the PR are known to induce conversion of E2 into a less active estrogen E1 in the endometrial cells via stimulation of the 17β-estradiol dehydrogenase [65]. This protective mechanism may be more active in combinations with E2 as ethinyl estradiol is not a substrate for the enzyme [66]. Of certain clinical importance is the progestational effect that NOMAC has demonstrated in the endometrium that is under estrogen-induced proliferation. In postmenopausal women who received E2 50-mg implants, a relatively high dose of estrogen, plus NOMAC 0.5 mg, 1.0 mg, or 2.5 mg daily for 12 days each month, Fraser et al. observed secretory and ultrastructural features in the endometrium, such as induction of the nuclear channel system and subnuclear accumulation of glycogen and giant mitochondria [67]. In addition, antimitotic effects were reported, with reductions in DNA synthesis and nuclear estradiol receptor content and increases in E2 dehydrogenase activity. In an open randomized study of percutaneous E2 gel (1.5 mg/d, days 1–24) administered cyclically for 6 months with NOMAC (5 mg/d, days 11–24) in postmenopausal women, post-treatment endometrial biopsies revealed a secretory pattern in the majority of women and an absence of hyperplasia [68].

## 4. Clinical investigations of the COC NOMAC/E2

Combinations of progestogens with E2 in postmenopausal women have been far more extensively studied than such combinations in younger women of fertile age. Initial investigations of COCs containing estradiol were unsuccessful because these pills were associated with inadequate cycle control [3–6]. Although the progestogen components of these COCs proved effective in preventing pregnancy, oral estradiol was less effective than EE in preventing intracyclic bleeding. The progestogen component of a COC has an impact on estradiol metabolism and can thereby indirectly affect cycle control. A progestogen with minimal impact on estradiol metabolism and endometrial breakdown is required to maintain cycle stability. As mentioned previously, NOMAC lacks estrogenic effects, does not activate cell proliferation, and reduces accumulation of intracellular estrone, which may help prevent endometrial breakdown. These observations suggest that a COC containing NOMAC and estradiol may result in less endometrial breakdown than previously investigated COCs containing estradiol.

Clinical investigations of the COC containing NOMAC/E2 are ongoing, following the promising results of the initial studies. In a phase II, randomized, double-blind, dose-finding study, NOMAC 2.5 mg/E2 1.5 mg administered in a single 21-day cycle was shown to provide effective ovulation inhibition in women of childbearing age [13]. In a subsequent randomized double-blind study [14], researchers observed effective suppression of ovarian activity with both a 21/7-day regimen and a 24/4-day regimen of NOMAC 2.5 mg/E2 1.5 mg. However, in the latter study, the 24/4-day regimen was associated with stronger follicular suppression and a shorter duration of withdrawal and breakthrough bleeding/spotting events than the 21/7-day regimen.

In a phase III, open-label, comparative, randomized study investigating effects on ovarian function, NOMAC 2.5 mg/E2 1.5 mg administered in a 24/4-day regimen provided consistent and robust inhibition of ovulation, with more suppressive effects on follicular diameter than drospirenone 3 mg/EE 30 μg administered in a 21/7-day regimen [69]. In a randomized, open-label, comparative trial evaluating effects on hemostasis, lipids, and carbohydrate metabolism, NOMAC 2.5 mg/E2 1.5 mg showed less impact overall on hemostatic, inflammatory, lipid, and carbohydrate metabolism parameters than a second-generation COC containing levonorgestrel 150 μg/EE 30 μg [70]. Further phase III studies have been completed to confirm the efficacy, safety, and acceptability of this new oral contraceptive and publication of their results is awaited.

## 5. Conclusions

NOMAC is a highly selective progestogen that is derived from 19-nor-progesterone. Several characteristics suggest its usefulness in combination with E2 for oral contraception, including the specificity of its binding to the PR and lack of binding to other steroid receptors; its highly antiestrogenic effects, without androgenic or glucocorticoid effects; potent antigonadotropic action when given as a single agent; and its favorable impact on the metabolic profile and proliferative activity in breast/endometrial tissue. Clinical studies indicate that NOMAC/E2 provides robust contraceptive efficacy with acceptable cycle control and a favorable safety and tolerability profile. Findings from pivotal phase III clinical trials of this novel monophasic COC are pending.

## Acknowledgments

Editorial assistance was provided by Donna McGuire of Evidence Scientific Solutions, Philadelphia, PA, USA. This assistance was funded by Schering Corp., a division of Merck & Co. The authors received no compensation or honoraria in association with this article.

## References


[1] United Nations DoEaSA, Population Division. World Contraceptive Use 2007. http://www.un.org/esa/population/publications/contraceptive2007/contraceptive_2007_table.pdf; 2007 [accessed 05.08.09].

[2] Inman WH, Vessey MP, Westerholm B, Engelund A. Thromboembolic disease and the steroidal content of oral contraceptives. A report to the Committee on Safety of Drugs. Br Med J 1970;2:203–9.

[3] Hirvonen E, Allonen H, Anttila M, Kulmala Y, Ranta T, Rautiainen H, et al. Oral contraceptive containing natural estradiol for premenopausal women. Maturitas 1995;21:27–32.

[4] Hoffmann H, Moore C, Zimmermann H, Elger W, Schwarz S, Graser T, et al. Approaches to the replacement of ethinylestradiol by natural 17beta-estradiol in combined oral contraceptives. Exp Toxicol Pathol 1998;50:458–64.

[5] Wenzl R, Bennink HC, van Beek A, Spona J, Huber J. Ovulation inhibition with a combined oral contraceptive containing 1 mg micronized 17 beta-estradiol. Fertil Steril 1993;60:616–9.

[6] Koetsawang S, Mandlekar AV, Krishna UR, Uurandare VN, Deshpande CK, Chew SC, et al. A randomized, double-blind study of two combined oral contraceptives containing the same progestogen, but different estrogens. World Health Organization Task Force on Oral Contraception. Contraception 1980;21:445–59.

[7] Sitruk-Ware R. New progestogens: a review of their effects in perimenopausal and postmenopausal women. Drugs Aging 2004;21:865–83.

[8] Bazin B, Thevenot R, Bursaux C, Paris J. Effect of nomegestrol acetate, a new 19-nor-progesterone derivative, on pituitary-ovarian function in women. Br J Obstet Gynaecol 1987;94:1199–204.

[9] Couzinet B, Young J, Kujas M, Meduri G, Brailly S, Thomas JL, et al. The antigonadotropic activity of a 19-nor-progesterone derivative is exerted both at the hypothalamic and pituitary levels in women. J Clin Endocrinol Metab 1999;84:4191–6.

[10] Jamin C, Batallan A, Madelenat P. Antigonadotropic effects of a 19-nor-progesterone derivative: the example of nomegestrol acetate. Gynecol Obstet Fertil 2003;31:70–81.

[11] Kuhl H. Pharmacology of estrogens and progestogens: influence of different routes of administration. Climacteric 2005;8(Suppl. 1):3–63.

[12] Barbosa I, Coutinho E, Hirsch C, Ladipo O, Olsson SE, Ulmsten U. Effects of a single contraceptive silastic implant containing nomegestrol acetate on ovarian function and cervical mucus production during 2 years. Fertil Steril 1996;65:724–9.

[13] Chabbert-Buffet N, Christin Maitre S, Ochsenbein E, Thomas J-L. Synergistic effect of 17 β-estradiol and nomegestrol acetate used in a new monophasic oral contraceptive. In: The 8th Congress of the European Society of Gynecology. 2009.

[14] Serfaty D, Christin Maitre S, Ochsenbein E, Thomas J-L. Comparison of two regimens of new monophasic oral contraceptive combining 17 beta-estradiol and nomegestrol acetate. In: XIX FIGO World Congress of Gynecology and Obstetrics. 2009.

[15] Lello S. Nomegestrol acetate: pharmacology, safety profile and therapeutic efficacy. Drugs 2010;70:541–59.

[16] Sitruk-Ware R. New progestagens for contraceptive use. Hum Reprod Update 2006;12:169–78.

[17] Sitruk-Ware R. Pharmacological profile of progestins. Maturitas 2004;47:277–83.

[18] Sitruk-Ware R. Pharmacology of different progestogens: the special case of drospirenone. Climacteric 2005;8(Suppl. 3):4–12.

[19] Paris J, Thevenot R, Bonnet P, Granero M. The pharmacological profile of TX 066 (17 alpha-acetoxy-6-methyl-19-nor-4,6-pregna-diene-3,20-dione), a new oral progestative. Arzneimittelforschung 1983;33:710–5.

[20] Duc I, Botella J, Delansorne R, Paris J. Interaction of [3H]nomegestrol acetate with cytosolic progesterone receptors from the rat uterus. Steroids 1991;56:325–8.

[21] Botella J, Paris J, Lahlou B. The cellular mechanism of the antiandrogenic action of nomegestrol acetate, a new 19-nor progestagen, on the rat prostate. Acta Endocrinol (Copenh) 1987;115:544–50.

[22] Duc I, Botella J, Bonnet P, Fraboul F, Delansorne R, Paris J. Antiandrogenic properties of nomegestrol acetate. Arzneimittelforschung 1995;45:70–4.

[23] Catherino WH, Jordan VC. Nomegestrol acetate, a clinically useful 19-norprogesterone derivative which lacks estrogenic activity. J Steroid Biochem Mol Biol 1995;55:239–46.

[24] Botella J, Duc I, Delansorne R, Paris J, Lahlou B. Regulation of rat uterine steroid receptors by nomegestrol acetate, a new 19-nor-progesterone derivative. J Pharmacol Exp Ther 1989;248:758–61.

[25] Paris J, Botella J, Fournau P, Bonnet P, Thevenot R. Extinction of mineralocorticoid effects in 19-norprogesterone derivatives: structure-activity relationships. J Pharmacol Exp Ther 1987;243:288–91.

[26] Ezan E, Benech H, Bucourt R, Ardouin T, Tchernatinsky C, Thomas JL, et al. Enzyme immunoassay for nomegestrol acetate in human plasma. J Steroid Biochem Mol Biol 1993;46:507–14.

[27] Chretien FC, Dubois R. Effect of nomegestrol acetate on spinability, ferning and mesh dimension of midcycle cervical mucus. Contraception 1991;43:55–65.

[28] Barbosa IC, Maia Jr H, Coutinho E, Lopes R, Lopes AC, Noronha C, et al. Effects of a single Silastic contraceptive implant containing nomegestrol acetate (Uniplant) on endometrial morphology and ovarian function for 1 year. Contraception 2006;74:492–7.
[29] Coutinho EM. One year contraception with a single subdermal implant containing nomegestrol acetate (Uniplant). Contraception 1993;47:97–105.
[30] Devoto L, Kohen P, Barnhart K, Alba F, Pommer R, Retamales I, et al. Hormonal profile, endometrial histology and ovarian ultrasound assessment during 1 year of nomegestrol acetate implant (Uniplant). Hum Reprod 1997;12:708–13.
[31] Godsland IF, Winkler U, Lidegaard O, Crook D. Occlusive vascular diseases in oral contraceptive users. Epidemiology, pathology and mechanisms. Drugs 2000;60:721–869.
[32] Vandenbroucke JP, Koster T, Briet E, Reitsma PH, Bertina RM, Rosendaal FR. Increased risk of venous thrombosis in oral-contraceptive users who are carriers of factor V Leiden mutation. Lancet 1994;344:1453–7.
[33] Dinger JC, Heinemann LA, Kuhl-Habich D. The safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance Study on oral contraceptives based on 142,475 women-years of observation. Contraception 2007;75:344–54.
[34] Odlind V, Milsom I, Persson I, Victor A. Can changes in sex hormone binding globulin predict the risk of venous thromboembolism with combined oral contraceptive pills? Acta Obstet Gynecol Scand 2002;81:482–90.
[35] Basdevant A, Pelissier C, Conard J, Degrelle H, Guyene TT, Thomas JL. Effects of nomegestrol acetate (5 mg/d) on hormonal, metabolic and hemostatic parameters in premenopausal women. Contraception 1991;44:599–605.
[36] Dorangeon P, Thomas JL, Choisy H, Lumbroso M, Hazard MC. Effects of nomegestrol acetate on carbohydrate metabolism. Diabete Metab 1993;19:441–5.
[37] Zerr-Fouineau M, Chataigneau M, Blot C, Schini-Kerth VB. Progestins overcome inhibition of platelet aggregation by endothelial cells by down-regulating endothelial NO synthase via glucocorticoid receptors. Faseb J 2007;21:265–73.
[38] Zerr-Fouineau M, Jourdain M, Boesch C, Hecker M, Bronner C, Schini-Kerth VB. Certain progestins prevent the enhancing effect of 17beta-estradiol on NO-mediated inhibition of platelet aggregation by endothelial cells. Arterioscler Thromb Vasc Biol 2009;29:586–93.
[39] Clarkson TB, Anthony MS, Klein KP. Hormone replacement therapy and coronary artery atherosclerosis: the monkey model. Br J Obstet Gynaecol 1996;103(Suppl. 13):53–7.
[40] Williams JK, Adams MR, Klopfenstein HS. Estrogen modulates responses of atherosclerotic coronary arteries. Circulation 1990;81:1680–7.
[41] Williams JK, Honore EK, Washburn SA, Clarkson TB. Effects of hormone replacement therapy on reactivity of atherosclerotic coronary arteries in cynomolgus monkeys. J Am Coll Cardiol 1994;24:1757–61.
[42] Williams JK, Cline JM, Honore EK, Delansorne R, Paris J. Coadministration of nomegestrol acetate does not diminish the beneficial effects of estradiol on coronary artery dilator responses in nonhuman primates (Macaca fascicularis). Am J Obstet Gynecol 1998;179:1288–94.
[43] Paris JM, Williams KJ, Hermsmeyer KR, Delansorne R. Nomegestrol acetate and vascular reactivity: nonhuman primate experiments. Steroids 2000;65:621–7.
[44] Williams JK, Delansorne R, Paris J. Estrogens, progestins, and coronary artery reactivity in atherosclerotic monkeys. J Steroid Biochem Mol Biol 1998;65:219–24.
[45] 9th Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. Lancet 1996;347:1713–27.
[46] Kahlenborn C, Modugno F, Potter DM, Severs WB. Oral contraceptive use as a risk factor for premenopausal breast cancer: a meta-analysis. Mayo Clin Proc 2006;81:1290–302.
[47] Marchbanks PA, McDonald JA, Wilson HG, Folger SG, Mandel MG, Daling JR, et al. Oral contraceptives and the risk of breast cancer. N Engl J Med 2002;346:2025–32.
[48] Hannaford PC, Iversen L, Macfarlane TV, Elliott AM, Angus V, Lee AJ. Mortality among contraceptive pill users: cohort evidence from Royal College of General Practitioners' Oral Contraception Study. Br Med J 2010;340:c927.
[49] Doisneau-Sixou SF, Sergio CM, Carroll JS, Hui R, Musgrove EA, Sutherland RL. Estrogen and antiestrogen regulation of cell cycle progression in breast cancer cells. Endocr Relat Cancer 2003;10:179–86.
[50] Dickson RB, Stancel GM. Estrogen receptor-mediated processes in normal and cancer cells. J Natl Cancer Inst Monogr 2000:135–45.
[51] Kabuto M, Akiba S, Stevens RG, Neriishi K, Land CE. A prospective study of estradiol and breast cancer in Japanese women. Cancer Epidemiol Biomarkers Prev 2000;9:575–9.
[52] Rosenberg CR, Pasternack BS, Shore RE, Koenig KL, Toniolo PG. Premenopausal estradiol levels and the risk of breast cancer: a new method of controlling for day of the menstrual cycle. Am J Epidemiol 1994;140:518–25.
[53] Helzlsouer KJ, Alberg AJ, Bush TL, Longcope C, Gordon GB, Comstock GW. A prospective study of endogenous hormones and breast cancer. Cancer Detect Prev 1994;18:79–85.
[54] Thomas HV, Key TJ, Allen DS, Moore JW, Dowsett M, Fentiman IS, et al. A prospective study of endogenous serum hormone concentrations and breast cancer risk in premenopausal women on the island of Guernsey. Br J Cancer 1997;75:1075–9.
[55] Wysowski DK, Comstock GW, Helsing KJ, Lau HL. Sex hormone levels in serum in relation to the development of breast cancer. Am J Epidemiol 1987;125:791–9.
[56] Kaaks R, Berrino F, Key T, Rinaldi S, Dossus L, Biessy C, et al. Serum sex steroids in premenopausal women and breast cancer risk within the European Prospective Investigation into Cancer and Nutrition (EPIC). J Natl Cancer Inst 2005;97:755–65.
[57] Shields-Botella J, Duc I, Duranti E, Puccio F, Bonnet P, Delansorne R, et al. An overview of nomegestrol acetate selective receptor binding and lack of estrogenic action on hormone-dependent cancer cells. J Steroid Biochem Mol Biol 2003;87:111–22.
[58] Larrea F, Garcia-Becerra R, Lemus AE, Garcia GA, Perez-Palacios G, Jackson KJ, et al. A-ring reduced metabolites of 19-nor synthetic progestins as subtype selective agonists for ER alpha. Endocrinology 2001;142:3791–9.
[59] Lemus AE, Santillan R, Damian-Matsumura P, Garcia GA, Grillasca I, Perez-Palacios G. In vitro metabolism of gestodene in target organs: formation of A-ring reduced derivatives with oestrogenic activity. Eur J Pharmacol 2001;417:249–56.
[60] Schoonen WG, Deckers GH, de Gooijer ME, de Ries R, Kloosterboer HJ. Hormonal properties of norethisterone, 7alpha-methyl-norethisterone and their derivatives. J Steroid Biochem Mol Biol 2000;74:213–22.
[61] Chetrite GS, Thomas JL, Shields-Botella J, Cortes-Prieto J, Philippe JC, Pasqualini JR. Control of sulfatase activity by nomegestrol acetate in normal and cancerous human breast tissues. Anticancer Res 2005;25:2827–30.
[62] Shields-Botella J, Chetrite G, Meschi S, Pasqualini JR. Effect of nomegestrol acetate on estrogen biosynthesis and transformation in MCF-7 and T47-D breast cancer cells. J Steroid Biochem Mol Biol 2005;93:1–13.
[63] Catherino WH, Jeng MH, Jordan VC. Norgestrel and gestodene stimulate breast cancer cell growth through an oestrogen receptor mediated mechanism. Br J Cancer 1993;67:945–52.
[64] Botella J, Duranti E, Duc I, Cognet AM, Delansorne R, Paris J. Inhibition by nomegestrol acetate and other synthetic progestins on proliferation and progesterone receptor content of T47-D human breast cancer cells. J Steroid Biochem Mol Biol 1994;50:41–7.
[65] Yang S, Fang Z, Gurates B, Tamura M, Miller J, Ferrer K, et al. Stromal PRs mediate induction of 17beta-hydroxysteroid dehydrogenase type 2 expression in human endometrial epithelium: a paracrine mechanism for inactivation of E2. Mol Endocrinol 2001;15:2093–105.
[66] Gurpide E, Marks C. Influence of endometrial 17 beta-hydroxysteroid dehydrogenase activity on the binding of estradiol to receptors. J Clin Endocrinol Metab 1981;52:252–5.
[67] Fraser DI, Padwick ML, Whitehead MI, White J, Ryder TA, Pryse-Davies J. The effects of the addition of nomegestrol acetate to post-menopausal oestrogen therapy. Maturitas 1989;11:21–34.
[68] Foidart JM, Beliard A, Hedon B, Ochsenbein E, Bernard AM, Bergeron C, et al. Impact of percutaneous oestradiol gels in postmenopausal hormone replacement therapy on clinical symptoms and endometrium. Br J Obstet Gynaecol 1997;104:305–10.
[69] Duijkers I, Klipping, C, Grob, P, Korver, T. Effects of a monophasic combined oral contraceptive containing nomegestrol acetate and 17β-oestradiol on ovarian function in comparison to a monophasic combined oral contraceptive containing drospirenone and ethinylestradiol. Eur J Contracept Reprod Health Care 2010;15:314–25.
[70] Ågren U, Anttila M, Mäenpää-Liukko K, Rantala ML, Rautiainen H, Sommer W, et al. Effects of an oral contraceptive containing nomegestrol acetate and 17beta-estradiol on carbohydrate metabolism. The Hague, The Netherlands: European Society of Contraception and Reproductive Health; 2010.
[71] Chetrite G, Paris J, Botella J, Pasqualini JR. Effect of nomegestrol acetate on estrone-sulfatase and 17beta-hydroxysteroid dehydrogenase activities in human breast cancer cells. J Steroid Biochem Mol Biol 1996;58:525–31.
[72] Chetrite GS, Paris J, Shields-Botella J, Philippe JC, Pasqualini JR. Effect of nomegestrol acetate on human estrogen sulfotransferase activity in the hormone-dependent MCF-7 and T-47D breast cancer cell lines. Anticancer Res 2003;23:4651–5.