# EXHIBIT H7

**Philibert et al., The pharmacological profile of a novel norpregnane progestin (trimegestone), 13 Gynecol. Endocrinol. 316-26 (1999)**

*Gynecol Endocrinol 1999;13:316–326*

# The pharmacological profile of a novel norpregnane progestin (trimegestone)

*D. Philibert, F. Bouchoux, M. Degryse, D. Lecaque, F. Petit and M. Gaillard*

Hoechst Marion Roussel, Romainville, France

Key words: TRIMEGESTONE, NORPREGNANE PROGESTIN, PHARMACOLOGY

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

## ABSTRACT

*Trimegestone is a novel norpregnane progestin that is being developed, in combination with estradiol, for the treatment of menopausal symptoms. The pharmacological characteristics of trimegestone have been evaluated in both* in vitro *and* in vivo *test systems, and compared with reference progestins. Interaction with hormonal steroid receptors from animal tissues and with human recombinant receptors* in vitro *has demonstrated that trimegestone has a high specificity and potency for the progesterone receptor, no affinity for the estrogen receptor, and weak affinity for androgen, glucocorticoid and mineralocorticoid receptors. With respect to progestomimetic activity* in vivo, *trimegestone was more potent than reference progestins in the endometrial transformation test in the rabbit, preventing the uterotrophic effect of estradiol in the immature mouse bioassay, and had more effect on traumatic deciduoma formation and greater oral antiovulatory activity in the rat.* In vivo, *trimegestone effectively maintained pregnancy in the rat, but was devoid of any uterotrophic activity. Trimegestone showed no androgenic, glucocorticoid, antiglucocorticoid or mineralocorticoid activity, but did show some antiandrogenic and antimineralocorticoid activity at higher doses. Administration of trimegestone to ovariectomized rats, in combination with estradiol, inhibited the uterotrophic effects of estradiol. At doses up to 1 mg/kg intravenously and 30 mg/kg orally, trimegestone was not associated with any unwanted pharmacological effects. Overall, the results show trimegestone to have a favorable pharmacological profile with potent progestomimetic activity.*

## INTRODUCTION

Trimegestone, 17β-[(S)-2-hydroxypropanoyl]-17-methyl-estra-4,9-dien-3-one, is a novel progestin. It is being developed in combination with estradiol for the treatment of menopausal symptoms, and also for the prevention of postmenopausal osteoporosis.

The consequences of estrogen deficiency can be categorized into early, intermediate and late onset problems. Early problems include hot flushes, insomnia, depression and other psychological symptoms. Intermediate consequences (which occur approximately 5 years after the menopause) include atrophy of the vagina, uterine prolapse, urgency and stress incontinence and thinning of the skin. Late onset and most severe consequences (which begin about 10 years after the menopause) are the development of osteoporosis and the acceleration of atherosclerosis.

Estrogen therapy is very effective in relieving menopausal symptoms such as hot flushes and certain psychological symptoms. It is also widely

Correspondence: Dr M. Gaillard, Hoechst Marion Roussel, 102 Route de Noisy, 93235 Romainville, France



RIGHTSLINK

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

accepted that estrogen therapy is the most effective therapy for preventing the rapid loss of bone that occurs following the cessation of ovarian function after the menopause. Estrogen therapy also has a protective effect against cardiovascular disease in women.

Administration of estrogens alone in postmenopausal women increases the risk of endometrial cancer because they provoke endometrial hyperplasia. The addition of a progestin in combination with estrogen prevents the occurrence of endometrial hyperplasia, and thus reduces the risk of endometrial carcinoma. Women with an intact uterus are treated, therefore, with a progestin in addition to the estrogen, in order to oppose the endometrial actions of estrogens. Ideally, the progestin should demonstrate potent activity at the endometrial level and an absence of androgenic effects, as the latter could reduce the cardiovascular benefit brought by estrogen therapy.

Estrogens and progestins can be administered by the oral and transdermal routes. Oral therapy with estrogens involves the administration of high doses to overcome the partial inactivation which occurs within the gut wall and liver, and results in high non-physiological levels of estrone formed by the hepatic biotransformation of estradiol. In contrast, transdermal administration of estrogens mimics the physiological pattern of ovarian secretion of estrogens and the estradiol/estrone ratio is within the physiological range. However, some women develop skin intolerance to transdermal products and find the use of oral formulations more convenient. Thus, both oral and transdermal formulations of trimegestone and estradiol are being developed.

The aim of this paper is to present the pharmacological profile of this novel norpregnane progestin, trimegestone, when administered by oral and dermal routes.

## MATERIALS AND METHODS

### Test materials

The following were used as test substances: aldosterone monoacetate (Fluka), dexamethasone, estradiol, progesterone and testosterone (Roussel Uclaf), medroxyprogesterone acetate, norethindrone, levonorgestrel (Wyeth-Ayerst, WY-5104-J), gestodene (Wyeth-Ayerst, WY-48420-E) and spironolactone. The tritiated radioactive markers, R-5020 [(17β)-17-(1-oxopropyl)-17-methyl-estra-4,9-dien-3-one] (specific activity, 2.07 TBq/mmol), dexamethasone (0.814 TBq/mmol), testosterone (2 TBq/mmol), RU 28362 [11β, 17β-dihydroxy-6-methyl-17α-(prop-1-ynyl) androsta 1,4,6 trien-3-one] (2.75 TBq/mmol), estradiol (1.48 TBq/mmol) and aldosterone (1.85 TBq/mmol), were prepared by the Radiomolecules Department, Roussel Uclaf. Laboratory reagents were purchased from Fluka, Merck or Sigma. For oral administration, trimegestone, gestodene, levonorgestrel, dexamethasone and testosterone propionate were suspended in 0.5% methylcellulose in demineralized water. For topical administration, trimegestone, levonorgestrel and gestodene were dissolved in ethanol. For subcutaneous administration, aldosterone monoacetate was dissolved in aqueous 0.2% ethanol and medroxyprogesterone acetate, norethindrone, dexamethasone and testosterone propionate were dissolved in sesame oil containing 5% benzyl alcohol.

### Animals

New Zealand rabbits (1.0–1.2 kg and 38–42 days old) were obtained from Dombes Scientific Breeding Center (ESD), Sprague Dawley rats from Iffa Credo or Charles River Laboratories, Kingston, New York and Swiss SPF mice from Iffa Credo.

### Methods

*In vitro* receptor binding assays (rabbit uterus progestin, rat prostate androgen, rat thymus glucocorticoid, rat kidney mineralocorticoid, mouse uterus estrogen) were performed according to methods previously published[1]. Extracts of SF9 insect cells in which the different human steroid receptor genes were transfected and expressed with recombinant baculovirus processings[2], were provided by Professor Chambon (Laboratoire de Genetique Moleculaire des Eucaryotes, Strasbourg).

Briefly, cell extracts were harvested, resuspended in a specific buffer and broken by using two freeze–thaw (–80 to 0 °C) cycles. Protein extracts were ultracentrifuged between 0 and 4 °C



RIGHTSLINK

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

at 209 000 *g* for 30 min. The supernatants or cytosols were stored as aliquots in liquid nitrogen until required.

Human progestin receptor was extracted in a Tris 20 mmol/l HCl pH 8, EDTA 0.5 mmol/l, DTT 2 mmol/l, glycerol 20%, KCl 400 mmol/l, PIS 1‰ buffer (protease inhibitor solution, containing aprotinin, leupeptin, antipain, chymostatin and pepstatin at a concentration of 2.5 μg/ml), and diluted in TSG buffer (Tris 10 mmol/l HCl pH 7.4, sucrose 0.25 mol/l, gelatine 1‰). Aliquots of receptor preparation were incubated at 0 °C for 24 h with 2.5 nmol/l tritiated R-5020, in the presence of increasing concentrations (0–2500 nmol/l) of unlabelled progesterone or test compound.

Human glucocorticoid receptor was extracted in a mono potassium phosphate 50 mmol/l NaOH pH 7, glycerol 20%, DTT 5 mmol/l, sodium molybdate 20 mmol/l, PIS 1‰ buffer and diluted in TSG buffer containing 2 mmol/l DTT and 20 mmol/l sodium molybdate. Aliquots of receptor preparation were incubated at 0 °C for 24 h with 2.5 nmol/l tritiated RU-28362 in the presence of increasing concentrations (0–1000 nmol/l) of unlabelled dexamethasone or test compound.

Human androgen receptor was extracted in a Tris 20 mmol/l HCl pH 7.5, EDTA 1 mmol/l, PMSF 0.1 mmol/l, sodium molybdate 20 mmol/l, glycerol 10%, PIS 1‰ buffer and diluted in TSG buffer containing 2 mmol/l DTT, 20 mmol/l sodium molybdate and 0.1 mmol/l PMSF. Aliquots of receptor preparation were incubated at 0 °C for 24 h with 5 nmol/l tritiated testosterone in the presence of increasing concentrations (0–1000 nmol/l) of unlabelled testosterone or test compound.

Human mineralocorticoid receptor was extracted in a Tris 20 mmol/l HCl pH 7.4, glycerol 10%, sodium tungstate 20 mmol/l, EDTA 1 mmol/l, PIS 1‰ buffer and diluted in TSG buffer. Aliquots of receptor preparation were incubated at 0 °C for 24 h with 5 nmol/l tritiated aldosterone in the presence of increasing concentrations (0–1000 nmol/l) of unlabelled aldosterone or test compound.

Human estrogen receptor was extracted in a Tris 20 mmol/l HCl pH 8, EDTA 0.5 mmol/l, DTT 2 mmol/l, glycerol 20%, KCl 400 mmol/l, PIS 1‰ buffer, and diluted in TSG buffer. Aliquots of receptor preparation were incubated at 0 °C for 24 h with 2.5 nmol/l tritiated estradiol in the presence of increasing concentrations (0–1000 nmol/l) of unlabelled estradiol or test compound.

For all the human receptor assays, the concentration of bound tritiated hormone was measured in each incubate by the charcoal-coated dextran adsorption technique. The relative binding affinity (RBA) of the test compound is equal to $100 \times CH/CX$, where CH (the concentration of unlabelled reference hormone) and CX (the concentration of unlabelled test compound) are those concentrations which inhibit the specific binding of the tritiated marker by 50%.

Endometrial transformation in the rabbit was measured by the method which is based on that described by McPhail[3] and Zarrow[4].

For the measurement of inhibitory activity on the uterus, groups of five 18-day-old female mice were treated daily for 3 days with 10 μg estradiol/kg subcutaneously concurrently with the test compound, given either orally or subcutaneously. All animals were killed by cervical dislocation 24 h after the last treatment. The uterus was removed and weighed. The percentage inhibition of estradiol-induced uterotrophy (antiestrogenic activity) was then calculated. Test compounds were also administered alone under the same experimental conditions to evaluate potential uterotropic activity.

Traumatic deciduoma formation in the rat was determined as follows. Female rats ($n$ = 4–10 per group) were ovariectomized on day 1 under Imalgene 1000 anesthesia (100 mg/kg intramuscularly). Animals were treated daily from days 1 to 4 with 5 μg estradiol/rat, given subcutaneously. Test compounds were administered daily from days 5 to 14, either subcutaneously, orally or topically. On day 9, trauma was induced under anesthesia by inserting a silk thread into the uterine lumen of the left uterine horn. On day 15, the animals were killed by carotid exsanguination under anesthesia, and the traumatized horn and a median portion of the non-traumatized contralateral horn were removed from each animal and fixed in Bouin's fluid. The two uterine horns were fixed, embedded in paraffin, sectioned transversely, and at the most distended part of the traumatized horn. Sections (5 μm thickness) were stained with hematoxylin, eosin and saffron, and examined by



RIGHTSLINK

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

light microscopy. A semiquantitative evaluation of the decidual reaction was made for the traumatized horn on a scale ranging from 0 to 4 with intermediate points of 0.5.

Maintenance of pregnancy was measured by using female rats (2–10 per group) which were ovariectomized under Imalgene anesthesia (100 mg/kg intramuscularly) on day 8 of pregnancy (day 1 of gestation being determined by the presence of spermatozoa in the vaginal smears) and the number of implants were noted. Animals were treated daily from days 8 to 11 with the test compounds, either orally or topically. On day 12, the animals were killed by carotid exsanguination under anesthesia, and the number of implants were noted.

Antiovulatory activity was assessed in rats with a 4-day estrus cycle. A single oral or subcutaneous dose of the control vehicle or test compound was administered on diestrus (day 2 of the 4-day cycle). Animals were anesthetized 24 h later and the ova recovered from the oviducts. The number of ovulated rats and the number of ova from each rat were recorded.

Androgenic and antiandrogenic activities were measured by the method of Hershberger and colleagues[5] by measuring seminal vesicle and prostate weights in castrated rats. Glucocorticoid and antiglucocorticoid activities were measured by the method of Meier and co-workers[6] by measuring thymus weight in male rats. Mineralocorticoid and antimineralocorticoid activities were measured by the method based on that described by Kagawa[7] and Marcus and colleagues[8]. Antiovulatory potency in rats was measured by a method based on that of Beattie and Corbin[9] in which the number of ovulating rats is measured. Statistical analyses between groups were made by using Dunnett's *t* test[10].

## RESULTS

### *In vitro* receptor binding studies

The interaction of trimegestone with hormonal steroid receptors from animal sources has been investigated and compared with other progestins. The RBAs of progesterone, testosterone, dexamethasone, aldosterone and estradiol reference steroids for progestin, androgen, glucocorticoid, mineralocorticoid and estrogen receptors, respectively, were taken arbitrarily to be equal to 100%. The RBA of trimegestone for the rabbit uterus progestin receptor was approximately 7 times greater than that of progesterone and 4.5 and 1.5 times greater than those of norethindrone and medroxyprogesterone acetate, respectively (Table 1).

Trimegestone had a very low RBA for the rat prostate androgen receptor, about 140 times less than that of testosterone and medroxyprogesterone acetate and 30 times less than that of norethindrone. The RBA of trimegestone for the rat thymus glucocorticoid receptor was 3 and 10 times lower than those of medroxyprogesterone acetate and dexamethasone, respectively, but 10 times higher than that of norethindrone. The RBA of trimegestone for the rat kidney mineralocorticoid receptor was about 12 times lower than that of aldosterone and 8 and 80 times higher than those of medroxyprogesterone acetate and norethindrone, respectively. Trimegestone, like medroxyprogesterone acetate and norethindrone, showed no affinity for the mouse uterus estrogen receptor.

The RBAs of trimegestone for human recombinant steroid receptors were determined and compared with other progestins (Table 2). Trimegestone showed a strong RBA (588%) for the human recombinant progestin receptor. Its RBA was about 5.9, 4.4, 2 and 1.8 times higher

**Table 1** Relative binding affinities (RBA) on hormonal steroid receptors from animal tissues. Data are expressed as RBA compared with a value of 100 for the reference agent

| | | | *RBA (%)* | | |
|---|---|---|---|---|---|
| *Receptor* | *Source* | *Reference agent* | *Trimegestone* | *MPA* | *NE* |
| Progesterone | rabbit uterus | progesterone | 690 | 451 | 145 |
| Androgen | rat prostate | testosterone | 0.7 | 99 | 20 |
| Glucocorticoid | rat thymus | dexamethasone | 9 | 26 | 0.9 |
| Mineralocorticoid | rat kidney | aldosterone | 8 | 1.1 | 0.1 |
| Estrogen | mouse uterus | estradiol | < 0.01 | < 0.01 | < 0.01 |

MPA, medroxyprogesterone; NE, norethindrone



RIGHTSLINK

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

**Table 2** Relative binding affinities (RBA) on recombinant human steroid receptors. Data are expressed as RBA compared with a value of 100 for the reference agent (see Table 1). All incubations were for 24 h at 0 °C

| | *RBA (%)* | | | | |
|---|---|---|---|---|---|
| *Receptor* | *Trimegestone* | *MPA* | *NE* | *GEST* | *LNG* |
| Progesterone | 588 | 298 | 134 | 864 | 323 |
| Androgen | 2.4 | 36 | 55 | 71 | 58 |
| Glucocorticoid | 13 | 58 | 1.4 | 38 | 7.5 |
| Mineralocorticoid | 42 | 3.1 | 2.7 | 97 | 17 |
| Estrogen | < 0.02 | < 0.02 | 0.15 | < 0.02 | < 0.02 |

MPA, medroxyprogesterone; NE, norethindrone; GEST, gestodene; LNG, levonorgestrel

than those of progesterone (100%), norethindrone (134%), medroxyprogesterone acetate (298%) and levonorgestrel (323%), respectively, but 1.5 times lower than that of gestodene (861%). A very weak RBA (2.4%) was seen for the interaction of trimegestone with the human recombinant androgen receptor. Its RBA was about 40, 30, 24, 23 and 15 times lower than those of testosterone (100%), gestodene (71%), levonorgestrel (58%), norethindrone (55%) and medroxyprogesterone acetate (36%), respectively. Trimegestone showed a weak RBA (13%) for the human recombinant glucocorticoid receptor. Its RBA was about 8, 4.5 and 3 times weaker than those of dexamethasone (100%), medroxyprogesterone acetate (58%) and gestodene (38%), respectively, but 1.7 and 10 times stronger than those of levonorgestrel (7.5%) and norethindrone (1.4%), respectively. A moderate RBA (42%) was seen for the interaction of trimegestone with the human recombinant mineralocorticoid receptor. Its RBA was about 2.5 times weaker than those of aldosterone (100%) and gestodene (97%), but 2.5 times stronger than that of levonorgestrel (17%), and about 15 times stronger than those of medroxyprogesterone acetate (3.1%) and norethindrone (2.7%). Within the concentration used (0–1 μmol/l), trimegestone, like gestodene, levonorgestrel and medroxyprogesterone acetate, was totally devoid of any affinity for the human recombinant estrogen receptor. The RBAs (< 0.02%) were at least 5000 times weaker than that of estradiol (100%). Only norethindrone showed a very low RBA (0.15%).

## *In vivo* progestomimetic activity

Five test systems were used to demonstrate the progestomimetic activity of trimegestone *in vivo*, namely endometrial transformation in the rabbit, preventing the uterotrophic effect of estradiol in the immature mouse (a test system which also evaluates uterotrophic effects), traumatic deciduoma formation in the rat, antiovulatory activity in the rat, and maintenance of pregnancy in the rat. The effects of trimegestone in these tests were compared with those of other progestins. The progestins were administered orally, subcutaneously or topically.

Trimegestone, like medroxyprogesterone acetate and norethindrone, caused a dose-dependent increase in endometrial transformation in the rabbit when administered orally (Table 3). Trimegestone was about 25 and 60 times more active than medroxyprogesterone acetate and norethindrone, respectively, by the oral route, and 6 and 1000 times more active than medroxyprogesterone acetate and norethindrone by the subcutaneous route. Trimegestone was approximately equipotent when administered by each of the three routes.

In the determination of antiestrogenic activity on the mouse uterus, estradiol increased uterine weight to about 6 times that of control animals and this effect was inhibited in a dose-related manner by trimegestone, medroxyprogesterone acetate (apart from a dose of 0.3 mg/kg) and norethindrone (Table 4). Trimegestone was the most active compound, whether administered orally or subcutaneously. When given alone, trimegestone was devoid of any uterotrophic activity at doses up to 3 mg/kg orally and 1 mg/kg subcutaneously, which both gave 66% inhibition of the uterotrophic effects of estradiol. Medroxyprogesterone acetate showed significant uterotrophic activity at 3 mg/kg subcutaneously but not at 10 mg/kg orally, whilst norethindrone was significantly uterotrophic at 1 mg/kg subcutaneously, and 3 and 10 mg/kg orally. Trimegestone, when given



RIGHTSLINK

**Table 3** Effect of trimegestone, medroxyprogesterone acetate (MPA), norethindrone (NE), gestodene (GEST) and levonorgestrel (LNG) on endometrial transformation in the immature rabbit

| *Treatment* (μg/kg) | | *Endometrial response (McPhail units, mean ± SEM)* | | |
|---|---|---|---|---|
| | | *Oral* | *Subcutaneous* | *Topical* |
| Control | | 0 | 0 | — |
| Progesterone* | | 0.7 ± 0.1 | 2.4 ± 0.2 | 0.8 ± 0.2 |
| Trimegestone | 0.1 | | | 0.4 ± 0.1 |
| | 0.3 | 0.7 ± 0.1 | 1.8 ± 0.1 | 0.8 ± 0.1 |
| | 1 | 2.0 ± 0.5 | 2.8 ± 0.1 | 2.7 ± 0.2 |
| | 3 | 3.3 ± 0.2 | 3.3 ± 0.1 | — |
| MPA | 1 | — | 1.1 ± 0.2 | — |
| | 3 | 0.3 ± 0.1 | 1.9 ± 0.1 | — |
| | 10 | 0.5 ± 0 | 3.2 ± 0.1 | — |
| | 30 | 2.5 ± 0.3 | — | — |
| NE | 10 | 0.5 ± 0 | — | — |
| | 30 | 1.3 ± 0.3 | 1.7 ± 0.1 | — |
| | 100 | 2.8 ± 0.3 | 1.4 ± 0.2 | — |
| | 300 | — | 1.4 ± 0.1 | — |
| | 1000 | — | 2.9 ± 0.1 | — |
| Control | | 0 | — | 0 |
| Progesterone* | | — | 4.0 | — |
| Trimegestone | 1 | 2.3 | — | — |
| | 3 | 3.5 | — | 3.8 |
| | 10 | 3.6 | — | — |
| GEST | 1 | 0 | — | — |
| | 3 | 0.4 | — | 1.8 |
| | 10 | 2.9 | — | — |
| LNG | 1 | 0 | — | — |
| | 3 | 0 | — | 0.7 |
| | 10 | 1.3 | — | — |

*Doses of progesterone in the first study were 10 000, 200 and 1000 μg/kg for oral, subcutaneous and topical dosing, respectively; in the second study, progesterone was only administered subcutaneously at a dose of 1000 μg/kg

orally, caused a decidual response in 50% of the animals at a dose of about 3 mg/kg, and was 3 times less active than medroxyprogesterone acetate, and more than 30 times more active than norethindrone. By the subcutaneous route, trimegestone caused a decidual response in 50% of the animals at a dose of 0.1 mg/kg, and was about twice as active as medroxyprogesterone acetate and 10 times more active than norethindrone. When given topically, trimegestone caused a decidual response in all the animals at 0.03 mg/kg (Table 5).

The relative antiovulatory potency of trimegestone was compared with those for gestodene and levonorgestrel by determining the median effective dose ($ED_{50}$) for the percentage ovulation inhibition by the oral and subcutaneous routes. The $ED_{50}$s for gestodene, levonorgestrel and trimegestone were 1.95, 5.6 and 2.1 μg/rat, respectively, when administered subcutaneously as a single dose on diestrus. In contrast, the $ED_{50}$s were markedly different when the same compounds were administered orally as a single dose on diestrus (230, 2100 and 3 μg/rat for gestodene, levonorgestrel and trimegestone, respectively). A comparison of the values for trimegestone shows that the compound was equipotent by both routes of administration, unlike the other two compounds.

Trimegestone was active by both the oral and topical routes in the maintenance of pregnancy in the rat. When given orally at 10 mg/kg, it maintained pregnancy in all animals, with an $ED_{50}$ close to 5 mg/kg. By the topical route, pregnancy was maintained in all animals at a dose of 0.3 mg/kg, with the $ED_{50}$ close to 0.1 mg/kg.



Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

RIGHTSLINK

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

**Table 4** Prevention of the uterotropic effect of trimegestone, medroxyprogesterone acetate (MPA) and norethindrone (NE) against 17β-estradiol in the immature mouse

| | | *% Inhibition of increase in uterus weight* | |
|---|---|---|---|
| *Treatment* (mg/kg) | | *Oral* | *Subcutaneous* |
| Trimegestone | 0.1 | 36* | 55* |
| | 0.3 | 44* | 55** |
| | 1 | 48* | 66** |
| | 3 | 66** | — |
| MPA | 0.3 | 27 | 41* |
| | 1 | 6 | 55** |
| | 3 | 18 | 73** |
| | 10 | 54** | — |
| NE | 0.1 | — | 18 |
| | 0.3 | 0 | 42* |
| | 1 | 20 | 67** |
| | 3 | 45* | — |
| | 10 | 60** | — |

*$p < 0.05$; **$p < 0.01$: significance as compared with animals receiving estradiol alone. Estradiol alone increased uterine weight to 76–90 mg from control values of 13–16 mg

## Other *in vivo* hormonal activity

### *Mineralocorticoid and antimineralocorticoid activity*

When administered alone at doses in the range 0.3–10 mg/kg to adrenalectomized rats, trimegestone exhibited no mineralocorticoid effect. Trimegestone exerted a dose-dependent antimineralocorticoid effect. This effect was absent at 0.3 mg/kg, only weakly apparent at 1 mg/kg and became pronounced at 3 and 10 mg/kg. The magnitude of the antimineralocorticoid effect at 10 mg/kg trimegestone was comparable with that seen with 10 mg/kg spironolactone when administered in combination with aldosterone (Table 6). Under the same experimental conditions, norethindrone and medroxyprogesterone acetate, when administered at 30 mg/kg, had no antimineralocorticoid effect.

### *Androgenic and antiandrogenic activity*

Trimegestone, when administered alone to castrated male rats by the subcutaneous route at doses up to 30 mg/kg was devoid of any androgenic activity (Table 7). Norethindrone and medroxyprogesterone acetate caused dose-dependent increases in seminal vesicle and prostate

**Table 5** Effect of trimegestone, medroxyprogesterone acetate (MPA) and norethindrone (NE) on deciduoma formation in the rat following trauma. Mean values for the intensity of response are calculated only for responder animals

| | | *% Rats with deciduoma* | | | *Intensity of response (mean ± SEM)* | | |
|---|---|---|---|---|---|---|---|
| *Treatment* (mg/kg) | | *Oral* | *s.c.* | *Topical* | *Oral* | *s.c.* | *Topical* |
| Trimegestone | 0.03 | — | 20 | 100 | — | 2.5 ± 0.0 | 2.5 ± 0.5 |
| | 0.1 | — | 60 | 100 | — | 2.7 ± 0.4 | 4.0 ± 0.0 |
| | 0.3 | — | 78 | 60 | — | 3.6 ± 0.3 | 3.7 ± 0.3 |
| | 1 | 0 | 100 | — | — | 3.5 ± 0.2 | — |
| | 3 | 60 | — | — | 2.3 ± 0.5 | — | — |
| | 10 | 78 | — | — | 2.6 ± 0.5 | — | — |
| | 30 | 100 | — | — | 3.3 ± 0.7 | — | — |
| MPA | 0.1 | — | 20 | — | — | 1.5 ± 0.0 | — |
| | 0.3 | 0 | 75 | — | — | 3.0 ± 0.3 | — |
| | 1 | 38 | 100 | — | 1.0 ± 0.0 | 3.5 ± 0.3 | — |
| | 3 | 89 | — | — | 2.1 ± 0.5 | — | — |
| NE | 0.3 | — | 0 | — | — | — | — |
| | 1 | — | 40 | — | — | 3.0 ± 0.0 | — |
| | 3 | — | 100 | — | — | 4.0 ± 0.0 | — |
| | 30 | 0 | — | — | — | — | — |
| Progesterone | 10 | — | 70 | 60 | — | 3.5 ± 0.2 | 0.5 ± 0 |

s.c., subcutaneous



RIGHTSLINK

**Table 6** Effect of oral administration of trimegestone, medroxyprogesterone acetate (MPA), norethindrone (NE) or spironolactone (Spir) on mineralocorticoid and antimineralocorticoid activities in the adrenalectomized rat (eight rats per group) (mean ± SEM)

| *Compounds* | *Dose* (mg/kg) | *Urine volume* (ml/kg) | *Na⁺* (mmol/l/kg) | *K⁺* (mmol/l/kg) | *Na⁺/K⁺‡* |
|---|---|---|---|---|---|
| *Mineralocorticoid activity (study 1)* | | | | | |
| Control | 0 | 10.6 ± 1.2 | 1.81 ± 0.15 | 0.41 ± 0.05 | 4.74 ± 0.52 |
| Trimegestone | 10 | 12.1 ± 1.3 | 2.33 ± 0.22 | 0.58 ± 0.06 | 4.11 ± 0.28 |
| *Antimineralocorticoid activity (study 1)* | | | | | |
| Aldo | 0.002 | 9.7 ± 1.2 | 1.30 ± 0.21 | 1.00 ± 0.10** | 1.30 ± 0.14** |
| Trimegestone + aldo | 10 + 0.002 | 10.1 ± 1.0 | 2.02 ± 0.11†† | 0.56 ± 0.05†† | 3.75 ± 0.34†† |
| Spir + aldo | 10 + 0.002 | 8.9 ± 1.6 | 1.94 ± 0.18† | 0.57 ± 0.09†† | 3.76 ± 0.45†† |
| *Antimineralocorticoid activity (study 2)* | | | | | |
| Control | 0 | 9.7 ± 0.6 | 2.13 ± 0.14 | 0.23 ± 0.04 | 11.78 ± 2.69 |
| Aldo | 0.002 | 7.7 ± 0.7 | 1.13 ± 0.10** | 0.42 ± 0.07 | 3.76 ± 1.21** |
| MPA + aldo | 30 + 0.002 | 12.1 ± 2.1 | 1.48 ± 0.15* | 0.74 ± 0.09** | 2.31 ± 0.45** |
| NE + aldo | 30 + 0.002 | 5.9 ± 0.5 | 1.08 ± 0.09** | 0.51 ± 0.10* | 2.66 ± 0.61** |

Aldo, aldosterone; *$p < 0.05$ ; **$p < 0.01$ compared to controls (Dunnett's test); †$p < 0.05$ ; ††$p < 0.01$ compared to aldosterone (Dunnett's test); ‡Dunnett's test on the logarithmic transformation

**Table 7** Effect of subcutaneous administration of trimegestone, medroxyprogesterone acetate (MPA) or norethindrone (NE) on androgenic and antiandrogenic activities in the castrated male rat (five rats per group) (mean ± SEM). Numbers in parentheses denote percentage inhibition of testosterone propionate effect

| *Compound* | *Dose* (mg/kg) | *Testosterone propionate* (mg/kg s.c.) | *Seminal vesicles weight* (mg) (%) | *Prostate weight* (mg) (%) |
|---|---|---|---|---|
| *Androgenic activity* | | | | |
| Control | 0 | — | 12.5 ± 1.2 | 17.5 ± 0.9 |
| Trimegestone | 3 | — | 11.4 ± 0.4 | 17.8 ± 1.3 |
| | 10 | — | 10.0 ± 0.6 | 18.3 ± 3.9 |
| | 30 | — | 10.8 ± 1.1 | 19.5 ± 1.0 |
| MPA | 3 | — | 14.2 ± 0.5 | 28.8 ± 2.3** |
| | 10 | — | 25.4 ± 3.9* | 58.2 ± 6.2** |
| | 30 | — | 34.4 ± 1.9** | 61.1 ± 14.1* |
| NE | 3 | — | 19.0 ± 0.8** | 39.2 ± 4.5* |
| | 10 | — | 82.2 ± 5.2** | 92.0 ± 4.1** |
| | 30 | — | 187.7 ± 8.0** | 136.3 ± 15.8** |
| *Antiandrogenic activity* | | | | |
| Control | 0 | 0 | 12.5 ± 1.2 | 17.5 ± 0.9 |
| Control | 0 | 0.5 | 136.0 ± 6.4** | 145.0 ± 11.7** |
| Trimegestone | 3 | 0.5 | 92.3 ± 12.0† (35) | 131.3 ± 7.9 (11) |
| | 10 | 0.5 | 74.2 ± 11.6†† (50) | 108.2 ± 11.5 (29) |
| | 30 | 0.5 | 39.7 ± 4.9†† (78) | 77.2 ± 6.4†† (53) |
| MPA | 3 | 0.5 | 77.7 ± 5.7†† (47) | 97.4 ± 6.6† (37) |
| | 10 | 0.5 | 64.5 ± 3.6†† (58) | 87.6 ± 8.3†† (45) |
| | 30 | 0.5 | 68.9 ± 1.9†† (55) | 88.8 ± 10.1†† (44) |
| NE | 3 | 0.5 | 98.0 ± 7.2† | 98.9 ± 12.3† |
| | 10 | 0.5 | 162.1 ± 15.3 | 118.4 ± 12.9 |
| | 30 | 0.5 | 209.6 ± 12.3†† | 147.2 ± 18.2 |

*$p < 0.05$; **$p < 0.01$ compared with the control group (Dunnett's test); †$p < 0.05$; ††$p < 0.01$ compared with the testosterone group (Dunnett's test); s.c., subcutaneous

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.



RIGHTSLINK

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

weights, when administered by the same route. When administered subcutaneously to animals also receiving testosterone propionate, both trimegestone and medroxyprogesterone acetate showed antiandrogenic activity at higher doses, while norethindrone was devoid of similar activity. The $ED_{50}$ values for trimegestone administered subcutaneously were 10 and 30 mg/kg on seminal vesicle and prostate weights, respectively. Trimegestone exhibited similar antiandrogenic activity when administered orally at a dose of 30 mg/kg.

### *Glucocorticoid and antiglucocorticoid activity*

Dexamethasone, a potent glucocorticoid, administered at a dose of 0.05 mg/kg orally, reduced thymus weight by 64% in the male rat. Trimegestone, whether given by the oral or subcutaneous route, was devoid of any thymolytic activity at doses up to 30 mg/kg (Table 8). Medroxyprogesterone acetate and norethindrone exhibited a significant thymolytic activity at the highest dose of 30 mg/kg by the subcutaneous route only. Trimegestone, medroxyprogesterone acetate and norethindrone at doses up to 30 mg/kg were devoid of any antiglucocorticoid activity on thymus weight when administered simultaneously with dexamethasone.

## DISCUSSION

The present paper reports the pharmacological properties and characteristics of trimegestone, a novel norpregnane progestin. Binding studies with trimegestone *in vitro* showed strong binding specificity for the rabbit uterus and recombinant human progestin receptors. The RBAs of trimegestone for the rabbit uterus and the recombinant human progestin receptors were approximately

**Table 8** Effect of oral or subcutaneous administration of trimegestone, medroxyprogesterone acetate (MPA) or norethindrone (NE) on glucocorticoid and antiglucocorticoid activities in the male rat (five rats per group) (mean ± SEM). Numbers in parentheses denote percentage inhibition of the thymus weight

| *Compound* | *Dose* (mg/kg – 4 days) | *Dexa* (mg/kg – 4 days) | *Thymus weight* (g) *Subcutaneous* | *Thymus weight* (g) *Oral* |
|---|---|---|---|---|
| *Glucocorticoid activity* | | | | |
| Control | 0 | — | 0.57 ± 0.02 | 0.56 ± 0.05 |
| Dexa | 0.05 | | 0.20 ± 0.02** (65) | 0.21 ± 0.02** (62) |
| Trimegestone | 3 | — | 0.59 ± 0.04 | 0.53 ± 0.04 |
| | 10 | — | 0.55 ± 0.03 | 0.56 ± 0.09 |
| | 30 | — | 0.55 ± 0.04 | 0.60 ± 0.04 |
| MPA | 3 | — | 0.58 ± 0.03 | 0.70 ± 0.04 |
| | 10 | — | 0.55 ± 0.03 | 0.57 ± 0.03 |
| | 30 | — | 0.36 ± 0.04** (37) | 0.54 ± 0.05 |
| NE | 3 | — | 0.54 ± 0.05 | 0.50 ± 0.03 |
| | 10 | — | 0.42 ± 0.05* | 0.46 ± 0.03 |
| | 30 | — | 0.32 ± 0.02** (44) | 0.44 ± 0.05 |
| *Antiglucocorticoid activity* | | | | |
| Control | 0 | 0 | — | 0.53 ± 0.05 |
| Control | 0 | 0.05 | — | 0.18 ± 0.02** |
| Trimegestone | 3 | 0.05 | — | 0.19 ± 0.01 |
| | 10 | 0.05 | — | 0.22 ± 0.03 |
| | 30 | 0.05 | — | 0.21 ± 0.01 |
| MPA | 3 | 0.05 | — | 0.16 ± 0.01 |
| | 10 | 0.05 | — | 0.21 ± 0.01 |
| | 30 | 0.05 | — | 0.20 ± 0.02 |
| NE | 3 | 0.05 | — | 0.19 ± 0.02 |
| | 10 | 0.05 | — | 0.14 ± 0.02 |
| | 30 | 0.05 | — | 0.11 ± 0.01 |

Dexa, dexamethasone; *$p < 0.05$ ; **$p < 0.01$ compared with the control group (Dunnett's test)



RIGHTSLINK

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.

7 and 6 times those of progesterone, and clearly greater than those for medroxyprogesterone acetate and norethindrone.

The progestomimetic activity of trimegestone was established in several *in vivo* test systems. In the McPhail test system with immature estrogen-primed rabbits, trimegestone showed a potent effect which was stronger than those of the reference progestins tested and which was equiactive by oral, subcutaneous and topical routes of administration. Similarly, in comparison with reference progestins, trimegestone was shown to have equal or greater potency, depending upon the route given, in its antiovulatory activity in the rat, and showed greater activity in traumatic deciduoma formation in the rat. Trimegestone was also effective in maintaining pregnancy in the rat, with greater activity seen by the topical than the oral route. Trimegestone was active at 1–3 μg/kg in the rabbit, and at 0.03–3 mg/kg in the mouse and rat, depending upon the test system and route of administration.

Trimegestone was devoid of affinity for the estrogen receptor in binding studies with mouse uterus and recombinant human estrogen receptor. When administered alone to immature mice, trimegestone was devoid of any uterotrophic activity, in contrast to medroxyprogesterone acetate and norethindrone, both of which showed significant uterotrophic activity after subcutaneous administration. Administration of trimegestone in combination with estradiol prevented the uterotrophic effects of estradiol in a dose-dependent manner. In comparison with reference progestins, trimegestone was the most active, whether given orally or subcutaneously.

The interactions of trimegestone with other hormonal steroid receptors were generally weak. The low RBAs for the androgen, glucocorticoid and mineralocorticoid receptors from animal tissues were replicated in the recombinant human steroid receptor assays *in vitro*, although there was less differentiation between progesterone and mineralocorticoid human receptors as compared to receptors from animal tissue. Trimegestone was devoid of androgenic, glucocorticoid, antiglucocorticoid and mineralocorticoid activity in test systems *in vivo*. However, it did show evidence of antiandrogenic activity at doses of 10 and 30 mg/kg given subcutaneously, and of antimineralocorticoid activity at doses of 3 and 10 mg/kg given orally, doses higher than those required for progestomimetic activity.

In conclusion, trimegestone shows a high specificity and potency for the progesterone receptor, with no affinity for the estrogen receptor, and only weak affinity for androgen, glucocorticoid and mineralocorticoid receptors. *In vivo*, it is devoid of androgenic, estrogenic, glucocorticoid, antiglucocorticoid and mineralocorticoid activity; it inhibits the uterotrophic effects of estradiol and, at higher doses, has weak antiandrogenic and antimineralocorticoid activity. Overall, the results show trimegestone to have a favorable pharmacological profile with potent progestomimetic activity by both the oral and transdermal routes of administration.

## ACKNOWLEDGEMENT

Trimegestone is the result of a joint development program undertaken by Hoechst Marion Roussel and Wyeth-Ayerst International.

## REFERENCES

1. Ojasoo T, Raynaud JP. Unique steroid congeners for receptor studies. *Cancer Res* 1978;38:4186–98
2. Frazer MJ. Expression of eukaryotic genes in insect cell cultures. *In Vitro Cell Dev Biol* 1989;25:225–35
3. McPhail MK. The assay of progestin. *J Physiol* 1934;83:145–56
4. Zarrow MX. The assay of progesterone by measures of endometrial proliferation. *Experimental Endocrinology*. New York, London: Academic Press, 1964:92–4
5. Hershberger LG, Shipley EG, Meyer RK. Myotrophic activity of 19-nortestosterone and other steroids determined by modified levator ani muscle method. *Proc Soc Exp Biol Med* 1953;83:175
6. Meier R, Schuler W, Desaulles P. Zur Frage des Mechanismus der Hemmung des Bindegewebswachstums durch Cortisone. *Experientia* 1950;6:469
7. Kagawa CM. Blocking urinary electrolytes effects of DOC with progesterone in rats. *Proc Soc Exp Biol Med* 1958;99:705
8. Marcus F, Romanoff LP, Pincus G. The electrolyte excreting activity of adrenocortical substances. *Endocrinology* 1952;50:286



RIGHTSLINK

9. Beattie CW, Corbin A. The differential effects of diestrous progestogen administration on proestrous gonadotrophin levels. *Endocrinology* 1975;97:885–90

10. Dunnett CW. A multiple comparison procedure for comparing several treatments with a control. *Am Stat Assoc J* 1955;50:1096

Gynecol Endocrinol Downloaded from informahealthcare.com by Dalhousie University on 09/20/12
For personal use only.



RIGHTSLINK