# EXHIBIT H11

**Winneker RC, *et al.*, The preclinical biology of a new potent and selective progestin: trimegestone 68 Steroids 915-20 (2003)**

ELSEVIER

Available online at www.sciencedirect.com
SCIENCE DIRECT

Steroids 68 (2003) 915–920

Steroids

www.elsevier.com/locate/steroids

Δ π EXHIBIT 25
Deponent JNSKO
Date 2/8/18 Rptr. LL
WWW.DEPOBOOK.COM

# The preclinical biology of a new potent and selective progestin: trimegestone

Richard C. Winneker [a,*], Daniel Bitran [b], Zhiming Zhang [a]

[a] *Women's Health Research Institute, Wyeth Research, 500 Arcola Road, Collegeville, PA 19426, USA*
[b] *Department of Psychology, College of the Holy Cross, Worcester, MA, USA*

**Abstract**

Trimegestone (TMG) is a 19-norpregnane progestin being developed, in combination with an estrogen, for the treatment of postmenopausal symptoms. TMG binds to the human progesterone receptor with an affinity greater than medroxyprogesterone acetate (MPA), norethindrone (NET), and levonorgestrel (LNG). In contrast, TMG binds with low affinity to the androgen, glucocorticoid and mineralocorticoid receptor and has no measurable affinity for the estrogen receptor. Compared to other progestins, TMG demonstrates an improved separation of its PR affinity from its affinity to other classical steroid hormone receptors. In vivo, TMG has potent progestin activity. For example, TMG produces glandular differentiation of the uterine endometrium in rabbits and is about 30 and 60 times more potent than MPA and NET, respectively. In the rat, TMG maintains pregnancy, induces deciduoma formation, inhibits ovulation and has uterine anti-estrogenic activity. With respect to these endpoints, TMG appears to be more potent and selective on uterine epithelial responses than other classical progestin responses. In vivo, TMG does not have significant androgenic, glucocorticoid, anti-glucocorticoid or mineralocorticoid activity but does have anti-mineralocorticoid activity and modest anti-androgenic effects. This overall profile is qualitatively similar to progesterone. When TMG is administered chronically, it antagonizes the effect of estradiol on the uterus but does not antagonize the beneficial bone sparing activity of estradiol. In rat studies evaluating CNS $GABA_A$ receptor modulatory activity, TMG is less active on this likely undesirable endpoint than progesterone and norethindrone acetate, which may translate into fewer mood-related side effects. The results indicate that TMG is a potent and selective progestin with a preclinical profile well suited for hormone replacement therapy.
© 2003 Elsevier Inc. All rights reserved.

*Keywords:* Trimegestone; Progestin; GABA receptors; Steroid receptors; Progesterone receptor

## 1. Introduction

Estrogen in combination with a progestin (HRT) is an effective therapy for the treatment of menopausal symptoms in women with an intact uterus [1,2]. Estrogen/progestin combination therapy is also used for the prevention of osteoporosis after the menopause [3,4]. The main purpose of adding a progestin into the hormone replacement regimen is to counter the proliferative effect of the estrogen on the uterine epithelium, thus preventing estrogen-induced endometrial hyperplasia.

Trimegestone (TMG), 17β-[(*S*)-2-hydroxypropanoyl]-17-methyl-estra-4,9-diene-3-one, is a novel, 19-norpregnane progestin (see Fig. 1 for chemical structure) that is being developed, in combination with either 17β-estradiol ($E_2$) or conjugated estrogens, for the treatment of postmenopausal symptoms and prevention of postmenopausal osteoporosis [5,20]. There are a variety of progestins that are used regionally or worldwide for HRT and other indications [6]. In general, these progestins either lack potent effects on the endometrium, significantly cross-react with other steroid receptors or affect non-target tissues (e.g. CNS) which may translate into undesirable side effects for some women such as weight gain, bloating, and moodiness [7]. TMG is a newly characterized progestin with high affinity and selectivity for the progesterone receptor (PR) [8,9]. In addition, TMG has potent progestational effects on the endometrium [9,10] which appear to occur at doses lower than those required for its other progestin-related effects. As expected, TMG does not inhibit the beneficial effects of estrogen on bone [11,12].

In this paper, we review much of the published preclinical data on TMG demonstrating its potency and selectivity as a progestin and present previously unpublished data comparing the effect of TMG to other progestins in rat behavioral models that reflect $GABA_A$ receptor activity. These data indicate that TMG has an overall improved pharmacological profile compared to other marketed progestins.

* Corresponding author. Tel.: +1-484-865-2743; fax: +1-484-865-9394.
*E-mail address:* winnekr@wyeth.com (R.C. Winneker).

0039-128X/$ – see front matter © 2003 Elsevier Inc. All rights reserved.
doi:10.1016/S0039-128X(03)00142-9

PENGAD 800-631-6989
EXHIBIT
19
JR 5/26/16




Fig. 1. The chemical structure of trimegestone.

## 2. Steroid receptor competition studies

The relative binding affinities (RBAs) of TMG to the various human steroid receptors were assessed using recombinant human steroid receptors and radiolabeled ligands in competition-binding assays [9]. Data are expressed as percentages of the reference steroids (progesterone for the progesterone receptor, testosterone for the androgen receptor, dexamethasone for the glucocorticoid receptor, aldosterone for the mineralocorticoid receptor, and $E_2$ for the estrogen receptor) with the reference value set at 100. As shown in Table 1, TMG had a relatively high binding affinity (RBA = 588) for the human progesterone receptor which was greater than NET, MPA, and levonorgestrel (LNG), respectively, but lower than that of gestodene (GE). TMG showed moderate affinity for the mineralocorticoid receptor with an RBA of 42%, relatively weak affinity for the glucocorticoid and androgen receptor and no significant affinity for the estrogen receptor. These results were consistent with competition-binding studies using steroid receptor preparations from rodent tissues [8,9]. In general, these competition-binding results showed that TMG is more selective for the progesterone receptor versus other steroid receptors than the other reference progestins especially on the androgen receptor. Compounds with high selectivity for the PR would be predicted to have fewer side effects, which are often due to their interactions with the other steroid receptors.

Table 1
Binding of trimegestone and reference progestins to human steroid receptors in vitro

| Receptor | Relative binding affinity (%) | | | | |
|---|---|---|---|---|---|
| | TMG | MPA | NET | GE | LNG |
| Progesterone | 588 | 298 | 134 | 864 | 323 |
| Androgen | 2.4 | 36 | 55 | 71 | 58 |
| Glucocorticoid | 13 | 58 | 1.4 | 38 | 7.5 |
| Mineralocorticoid | 42 | 3.1 | 2.7 | 97 | 17 |
| Estrogen | <0.02 | <0.02 | 0.15 | <0.02 | <0.02 |

TMG: trimegestone; MPA: medroxyprogesterone acetate; NET: norethindrone; GE: gestodene; LNG: levonorgestrel. Data adapted from [9].

## 3. Progestational activity in vivo

The progestational activity of TMG was evaluated in several rodent models. The rat uterine complement C3 model was used to determine the "anti-estrogenic" activity of TMG in the endometrium [10]. The assay mimics the action of a progestin in a HRT type paradigm in that the progestin is used to block estrogen induction of uterine epithelial C3 gene expression. In this model, the $ED_{50}$ of TMG was 0.005 mg/kg, whereas MPA and drospirenone had $ED_{50}$ values of 0.03 and 1.3 mg/kg, p.o., respectively (Fig. 2B; Table 2). Thus, TMG was 6 and 250 times more potent than MPA and drospirenone, respectively. Furthermore, TMG was about 30 and 300 times more potent than MPA and drospirenone, respectively, in the rabbit uterine glandular transformation model [9,13] and about 10 times more potent than MPA in blocking the effects of $E_2$ on mouse uterine weight gain [9]. Therefore, in the endometrial epithelium, TMG ranges from 6 to 300 times more potent than MPA and drospirenone.

In the ovulation inhibition model in mature cycling rats, both TMG and MPA had similar potency with an $ED_{100}$ value of 1 mg/kg, p.o. (Fig. 2A) and were more potent than drospirenone (Table 2) [8,13]. The $ED_{100}$ represents the dose that blocks ovulation in 100% of the animals. In the uterine stromal decidualization assay in mature ovariectomized rats, TMG was about two-fold less potent than MPA when given orally with an $ED_{50}$ value of 1 mg/kg, p.o. (Table 2). Drospirenone had an $ED_{50}$ value of greater than 10 mg/kg in this assay. Finally, TMG and MPA were evaluated in the rat vaginal keratinization model to assess their ability to block estrogenic activity in the vagina [14]. In this model, the compounds were co-administered with 17α-ethinyl estradiol orally once daily for 4 days. Each vagina was evaluated histologically for evidence of estrogen-induced luminal keratinization. The dose required to completely inhibit vaginal keratinization in 50% of the animals was estimated for each compound. TMG had an $ED_{50}$ value of 0.02 mg/kg and was two-fold less potent than MPA. Therefore, the potency of TMG was similar to or less than MPA on many progestin endpoints; however, the potency of TMG was consistently

Table 2
Progestational potency of TMG, MPA, and drospirenone (DROS) in various animal models[a]

| Bioassay | TMG | MPA | DROS |
|---|---|---|---|
| Rat ovulation inhibition | 1.0 | 1.0 | 1.5–5[b] |
| Rat uterine decidualization | 1.0 | 0.4 | 10–30 |
| Rat vaginal keratinization | 0.02 | 0.01 | NT |
| Mouse uterine weight | 1.0 | 10.0 | NT |
| Rat uterine C3 | 0.005 | 0.03 | 1.3 |
| Rabbit endometrial assay | 0.001 | 0.03 | 0.3[b] |

Data adapted from [9,10,13]. NT = not tested.
[a] All values represent the estimated $ED_{50}$ in mg/kg, p.o. except the ovulation inhibition model which represents the $ED_{100}$.
[b] Subcutaneous (s.c.) administration; $ED_{50}$.




Fig. 2. Representative studies of the effects of trimegestone (TMG) and medroxyprogesterone acetate (MPA) on ovulation (A) and 17α-ethinyl estradiol (EE)-induced uterine epithelial complement C3 expression (B) in rats.

greater than MPA on uterine epithelial endpoints (see Table 2 for a summary of the data). Furthermore, both TMG and MPA were more potent than drospirenone on all endpoints.

## 4. Steroid receptor specificity studies

The steroid receptor specificity of TMG was characterized extensively both in vitro and in vivo and compared to several reference progestins [8–10,13]. A semi-quantitative summary of these studies is illustrated in Table 3. TMG is one of the most potent progestational compounds in rodents especially on the endometrium. In vivo, TMG was devoid of estrogenic, androgenic, and glucocorticoid activities. TMG did show significant anti-mineralocorticoid activity at 3–10 mg/kg in rats. The magnitude of its anti-mineralocorticoid activity at 10 mg/kg was comparable to that of spironolactone and drospirenone [9]. TMG

Table 3
Steroid hormone potency and selectivity for progestins in preclinical models

| Cpd. | PROG | ANDR | AAR | GLUC | AMR | ESTR |
|---|---|---|---|---|---|---|
| $P_4$ | + | − | + | − | + | − |
| NETA | ++ | + | − | − | − | +/− |
| DROS | ++ | − | + | − | ++ | − |
| LNG | +++ | ++ | − | − | +/− | − |
| MPA | +++ | + | − | + | − | − |
| TMG | ++++ | − | + | − | ++ | − |

Cpd.; compound, $P_4$: progesterone; NETA: norethindrone acetate;. DROS: drospirenone; LNG: levonorgestrel; MPA: medroxyprogesterone acetate; TMG: trimegestone. Activities; PROG: progestin; ANDR: androgen; AAR: ant-androgen; GLUC: glucocorticoid; AMR: anti-mineralocorticoid; ESTR: estrogen. Data adapted from [8–10,13].

also showed significant anti-androgenic activity with $ED_{50}$ values between 10 and 30 mg/kg when administered subcutaneously or orally. Therefore, TMG is a potent progestin with modest anti-androgenic and anti-mineralocorticoid activities. This profile is qualitatively similar to that of progesterone and drospirenone but is coupled to a greater potency on the target organ of interest for HRT, i.e. the endometrium.

## 5. The effect of TMG on bone

Ovariectomy of mature rats leads to bone loss due to the absence of ovarian estrogens. Estrogens are known for their protective effect on bone, but their clinical use for this indication is limited because of unwanted effects on the uterine endometrium particularly during long-term treatment. These unwanted effects can be attenuated or prevented by the concurrent administration of a progestin. Therefore, the effect of TMG (1 mg/kg, p.o.) on bone and uterus was evaluated in ovariectomized rats concurrently receiving 17β-$E_2$ [11,12]. In most studies, NET was used as a comparator progestin. Studies were carried out in rats ovariectomized at different ages and were often conducted according to two strategies: a preventive regimen in which 17β-$E_2$ and progestin were administered immediately after ovariectomy, and a curative treatment regimen in which drug treatment was started at different times following ovariectomy.

As expected the removal of ovaries caused clear decreases in bone, evident as decreases in trabecular bone volume and metaphysis bone mineral density as well as an atrophy of the uterus. These conditions were completely or partially reversed with 17β-$E_2$ treatment depending upon the regimen. TMG alone had no significant effect on any of

Table 4
Effects of TMG and NET on tibial trabecular bone volume and uterine surface area in rats

| Treatment group | Trabecular bone volume (%) | Uterine surface area ($mm^2$) |
|---|---|---|
| Sham | 21.8* | 6.1* |
| OVX | 9.1 | 1.8 |
| OVX + $E_2$ | 15.5* | 6.4* |
| OVX + TMG | 6.3 | 2.3 |
| OVX + NET | 7.1 | 2.6 |
| OVX + $E_2$/TMG | 16.9* | 2.9** |
| OVX + $E_2$/NET | 11.8 | 5.6* |

$E_2$, 17β-estradiol(10 μg/kg/day, s.c.); TMG, trimegestone (1 mg/kg/day, p.o.); NET, norethindrone (1 mg/kg/day, p.o.); OVX, ovariectomized. Adapted from [11].
* $P < 0.05$ vs. OVX.
** $P < 0.05$ vs. OVX + $E_2$.

these parameters in ovariectomized animals. Regardless of the specific protocol or duration of treatment, when given in combination with 17β-$E_2$, TMG antagonized the uterotropic effects of 17β-$E_2$ without affecting its beneficial impact in restoring bone. One example of the data is shown in Table 4 where 9-month-old rats were ovariectomized and left untreated for 1 month followed by a 6-month treatment period. Under some specific treatment paradigms where there was a greater analysis of bone parameters such as static and dynamic histomorphometric parameters and biochemical markers, TMG was able to further increase the beneficial effects of estradiol on some specific bone parameters [12]. In these studies, NET was generally without effect on any parameter, which may be attributed to the low oral dose of NET selected as the comparator.

## 6. The effect of TMG in rat behavioral models

Ring-A reduced metabolites of progesterone are potent modulators of the $GABA_A$ receptor [15]. Thus, it is not surprising that 5α-pregnan-3α-ol-20-one (allopregnanolone, a metabolite of progesterone) is a potent anxiolytic, ataxic, anti-convulsant, and hypnotic agent acting via the $GABA_A$ receptor [16]. In fact, studies have shown that progesterone administration produces many of the same effects of its reduced metabolite. However, the psychotropic effects of progesterone are mediated by the formation and accumulation of allopregnanolone and do not occur directly via its interaction with the PR [17]. Most progestins used in HRT contain the typical steroidal backbone and therefore, have the potential for eliciting $GABA_A$ receptor-mediated psychotropic effects. These interactions may explain some of the mood-related side effects of steroidal progestins. Indeed, NETA, and MPA were recently reported to produce some anxiolytic-like effects in the rat elevated plus-maze and shock-probe burying test [18].

In order to evaluate the potential $GABA_A$ receptor agonist effects of TMG, two rodent models known to detect acute anxiolytic drug effects were used, each with two pretreatment time intervals (4 or 12 h). The "elevated plus maze" quantifies time spent in an open arm versus a sheltered one, and an anxiolytic compound will prolong time spent in the open arm. The "shock-probe burying test" measures the time spent and frequency of events raking cage bedding over an electrified probe. Active compounds in this model reduce the number of burying events and time spent covering the probe. TMG was compared to four other progestins: allopregnanolone (8 mg/kg, s.c.), progesterone (12 mg/kg, s.c.), NETA and MPA (1 and 10 mg/kg, s.c.).

Allopregnanolone was significantly active in both models at the 4 h treatment interval as expected. Progesterone was also fully active in the elevated plus-maze model whereas MPA, NETA and TMG were only weakly active at this early time point. In the shock-probe burying test, NETA was the only synthetic progestin significantly active 4 h after treatment.

The results from the 12 h pretreatment interval for these two models are shown in Fig. 3 (elevated plus-maze) and in Fig. 4 (shock-probe burying test). In contrast to the other steroidal progestins, TMG did not significantly increase the time spent in the open (uncovered) arm of the maze nor did it reduce the number of burying events in the shock-probe burying test. TMG did produce modest but significant effects on some other parameters in the shock-probe burying test (data not shown). It is possible that the modest effects of TMG in these models are due to the anti-mineralocorticoid




Fig. 3. Effect of progestins on behavior in the rat elevated plus-maze model. Compounds were administered s.c. 12 h before initiation of the test. * $P < 0.05$ compared to vehicle.




Fig. 4. Effects of progestins on behavior in the rat shock-probe burying model. Compounds were administered s.c. 12 h before initiation of the test. * $P < 0.05$ compared to vehicle.

activity of TMG as compounds blocking minerlocorticoid receptor function in the CNS have been shown to elicit some anxiolytic behavior in these models [19]. Nevertheless, considering all time points and parameters tested, TMG appears to have the least impact of all the steroidal progestins on the $GABA_A$ receptor system as assessed using these acute models.

## 7. Conclusions

Studies presented herein demonstrate that TMG has an overall improved progestin profile in preclinical models that may translate into clinical advantages for HRT. TMG has potent effects on the endometrium as assessed in both the traditional endometrial transformation (i.e. Clauberg) model and in blocking the effects of estrogens on the endometrium. In this regard, it is among the most potent of the progestins tested. Unlike MPA and drospirenone, TMG also appears to have some selectivity for the uterine glandular epithelium compared to other classical progestin effects (e.g. ovulation inhibition, decidual response). MPA and drospirenone do not appear to have this uterine endometrial selectivity.

TMG is a high affinity and selective ligand for the PR. Importantly, TMG has no androgenic, estrogenic, glucocorticoid, anti-glucocorticoid or minerlocorticoid activity in vivo and has a qualitative profile very similar to progesterone. TMG also has no adverse effects on bone as assessed in ovariectomy-induced rat osteopenia models. Finally, compared to progesterone and NETA, TMG has relatively weak effects in rat behavioral models used to assess potential $GABA_A$ receptor activity. This is perhaps due to the unique 19-nor-pregnane structure of TMG, which may not be readily metabolized in the rat to a neuroactive steroid as is progesterone and some other synthetic progestins. These data suggest that TMG may have less mood-related side effects than some of the traditional progestins used in HRT regimens [20].

## Acknowledgements

The authors gratefully acknowledge D. Philibert, F. Bouchoux, M. Degryse, D. Lecaque, F. Petit, M. Gaillard-Kelly, L. Lepescheux. J. Secchi, P. Miller from Roussel-Uclaf, Hoechst-Marion-Roussel, and Aventis who contributed to the early characterization of trimegestone. We also acknowledge S. Lundeen, J. Carver, Y. Zhu, K. Rudnick, and J. Cohen from Wyeth Research for their scientific and technical assistance.

## References

[1] Keating NL, Cleary PD, Rossi AS, Zaslavsky AM, Ayanian JZ. Use of hormone replacement therapy by postmenopausal women in the United States. Ann Intern Med 1999;130:545–53.
[2] Utian WH, Shoupe D, Bachmann G, Pinkerton JV, Pickar JH. Relief of vasomotor symptoms and vaginal atrophy with lower doses of conjugated equine estrogens and medroxyprogesterone acetate. Fertil Steril 2001;75:1065–79.
[3] Torgerson DJ, Bell-Seyer SE. Hormone replacement therapy and prevention of nonvertebral fractures: a meta-analysis of randomized trial. JAMA 2001;285:2891–7.
[4] Writing Group for the PEPI Trial. Effects of hormone therapy on bone mineral density: results from the postmenopausal estrogen/progestin interventions (PEPI) trial. JAMA 1996;275:1389–96.
[5] Meuwissen JHJM, Beijers-De Bie L, Vihtamaski T, Tuimala R, Siseles N, Magaril C, et al. A 1 year comparison of the efficacy and clinical tolerance in postmenopausal women of two hormone replacement therapies containing estradiol in combination with either norgestrel or trimegestone. Gynecol Endocrinol 2001;15:349–58.
[6] Sitruk-Ware R. Progestogens in hormonal replacement therapy: new molecules, risks, and benefits. Menopause 2002;9:6–15.
[7] Hammond GL, Rabe T, Wagner JD. Preclinical profiles of progestins used in formulations of oral contraceptives and hormone replacement therapy. Am J Obstet Gynecol 2001;185(Suppl 2):S24–31.
[8] Zhang Z, Lundeen SG, Zhu Y, Carver JM, Winneker RC. In vitro characterization of trimegestone: a new potent and selective progestin. Steroids 2000;65:637–43.
[9] Philibert D, Bouchoux F, Degryse M, Lecaque D, Petit F, Gaillard M. The pharmacological profile of a novel nonpregnane progestin (trimegestone). Gynecol Endocrinol 1999;13:316–26.
[10] Lundeen SG, Zhang Z, Zhu Y, Carver J, Winneker RC. Rat uterine complement C3 expression as a model for progesterone receptor modulators: characterization of the new progestin trimegestone. J Steroid Biochem Mol Biol 2001;78:137–43.

[11] Lepescheux L, Secchi J, Gaillard-Kelly M, Miller P. Effects of 17 beta-estradiol and trimegestone alone, and in combination, on the bone and uterus of ovariectomized rats. Gynecol Endocrinol 2001;15:312–20.
[12] Bouali Y, Gaillard-Kelly M, Marie PJ. Effect of trimegestone alone or in combination with estradiol on bone mass and bone turnover in an adult rat model of osteopenia. Gynecol Endocrinol 2001;15:48–55.
[13] Muhn P, Krattenmacher R, Beier S, Elger W, Schillinger E. Drospirenone: a novel progestogen with anti-mineralocorticoid and anti-androgenic activity. Contraception 1995;51:99–110.
[14] Cason Z, Benghuzzi H, Tucci M, Scott A, England B. Assessment of endometrial function during sustained delivery of estradiol and estradiol plus progesterone in ovariectomized rats. Biomed Sci Instrum 2000;36:221–6.
[15] Robel P, Schumacher M, Baulieu E-E. Neurosteroids: from definition and biochemistry to physiopathologic function. In: Baulieu E-E, Robel P, Schumacher M, editors. Neurosteroids: a new regulatory function in the nervous system, vol. 21. Totowa, New Jersey: Humana Press; 1999. p. 1–25.
[16] Mayo W, Vallee M, Darnaudery M, Le Moal M. Neurosteroids: behavioral studies. In: Baulieu E-E, Robel P, Schumacher M, editors. Neurosteroids: a new regulatory function in the nervous system, vol. 21. Totowa, NJ: Humana Press; 1999. p. 317–35.
[17] Bitran D, Shiekh M, McLeod M. Anxiolytic effect of progesterone is mediated by the neurosteroid allopregnanolone at brain $GABA_A$ receptors. Neuroendocrinology 1995;7:171–7.
[18] Root E, Maul J, Fitzgerald S, McNamara J, Martin J, Hewlett K, et al. Psychotropic effects of pregnane steroids in animal models of anxiety. Soc Neurosci Abstr 2000;26:2038.
[19] Bitran D, Shiekh M, Dowd JA, Dugan MM, Renda P. Corticosterone is permissive to the anxiolytic effect that results from the blockade of hippocampal minerlocorticoid receptors. Pharmacol Biochem Behav 1998;60:879–87.
[20] Grubb G, et al. Steroids, in press.