# EXHIBIT H12

**Zhang *et al.*, In vitro characterization of trimegestone: a new potent and selective progestin, 65 Steroids 637-43 (2000)**

ELSEVIER

Steroids 65 (2000) 637–643

Steroids

# In vitro characterization of trimegestone: a new potent and selective progestin

Zhiming Zhang*, Scott G. Lundeen, Yuan Zhu, Jeffrey M. Carver, Richard C. Winneker

*Women's Health Research Institute, Wyeth–Ayerst Research, 145 King of Prussia Road, Radnor, PA 19087, USA*

**Abstract**

Trimegestone (TMG) is a novel 19-norpregnane progestin under development for hormone replacement therapy and oral contraception. The objective of the current study was to characterize the potency and steroid receptor selectivity of TMG in several in vitro assays and to compare its activity to that of medroxyprogesterone acetate (MPA). TMG and MPA had a similar competitive binding affinity for human and rabbit progesterone receptor (PR). However, TMG had a significantly higher affinity for rat PR ($IC_{50}$ = 3.3 nM) than MPA ($IC_{50}$ = 53.3 nM). In T47D cells, both compounds increased alkaline phosphatase activity and cell proliferation with comparable potencies ($EC_{50s}$ of 0.1 nM and of 0.02 nM, respectively). To further characterize the progestational activity and steroid receptor selectivity, we established an immortalized human endometrial stromal cell line (HESC-T). This cell line lacks endogenous estrogen receptor (ER) and PR but does have functional glucocorticoid receptors (GR). When ER is transiently expressed in the cells, 17$\beta$-estradiol ($E_2$) induces PR, allowing the study of PR-regulated genes. In HESC-T cells expressing exogenous ER, and therefore PR, both TMG and MPA increased HRE-tk-luciferase activity tenfold with an $EC_{50}$ of 0.2 nM. In HESC-T cells without exogenous ER, and therefore no PR, TMG did not induce HRE-tk-luciferase activity, whereas MPA induced the reporter activity with an $EC_{50}$ of about 10 nM. This MPA-induced reporter activity is believed to be mediated through GR. The steroid receptor selectivity of TMG was further evaluated using the HRE-tk-luciferase assay in the human lung carcinoma cell line A549, which contains GR but no PR. In these cells TMG had no effect on luciferase activity, whereas MPA increased the reporter activity in a dose-dependent manner with an $EC_{50}$ of ~30 nM. Furthermore, HRE-tk-luciferase assay in mouse fibroblast cell line L929, which expresses androgen receptor (AR) but no PR, showed that TMG had weak antiandrogenic activity whereas MPA had androgenic activity. In summary, data from several in vitro assays demonstrate that TMG is a potent progestin with a better receptor selectivity profile than MPA.
© 2000 Elsevier Science Inc. All rights reserved.

*Keywords:* Trimegestone; Progesterone receptor; Progestin; Steroid

## 1. Introduction

Progesterone (P4) plays an important role in female reproduction. It is involved in the regulation of uterine cell proliferation and differentiation, implantation, ovulation, and mammary gland growth and differentiation [1–3]. Thus, progestins have many therapeutic uses: for example, in oral contraceptives (OCs), hormone replacement therapy (HRT) in combination with estrogens, and assisted reproductive technology. Several synthetic progestins are currently being used in HRT and OCs [4]. However, newer generations of progestins are being developed to improve receptor selectivity, potency, and side effect profiles.

Trimegestone (TMG; 17$\beta$-[(S)-2-hydroxypropanoyl]-17-methyl-estra-4,9-dien-3-one; Fig. 1) is a synthetic progestin that is being developed for use in combination with estrogen for HRT and as an OC (co-developed by Hoechst Marion Roussel and Wyeth–Ayerst). The objective of current study was to characterize the potency and selectivity of TMG in vitro. In addition to using the progesterone receptor (PR)-positive human breast cancer cell line, T47D, and rodent uterine tissues, we have developed an immortalized human endometrial stromal cell line that is useful in evaluating a compound's selectivity for PR and glucocorticoid receptor (GR). The data from these studies demonstrate that TMG is a potent progestin with greater receptor selectivity compared to medroxy-progesterone acetate (MPA).

* Corresponding author. Tel.: +1-610-341-5627; fax: +1-610-989-4832.

*E-mail address:* zhangz@war.wyeth.com (Z. Zhang).

0039-128X/00/$ – see front matter © 2000 Elsevier Science Inc. All rights reserved.
PII: S0039-128X(00)001200-3




Fig. 1. Structure of trimegestone.

## 2. Experimental

### 2.1. Reagents

MPA, P4, dexamethasone (DEX), and 5$\alpha$-dihydrotestosterone (DHT) were purchased from Sigma Chemical Co. (St. Louis, MO, USA). TMG was provided by Hoechst Marion Roussel. Mifepristone (RU486) and 2-hydroxyflutamide were kindly provided by Ligand Pharmaceuticals. Tissue culture media DMEM/F12 and DMEM were obtained from GibcoBRL (Grand Island, NY, USA), and DEF/NPM was purchased from Biowittaker (Walkersville, MD, USA). Fetal bovine serum (FBS) was obtained from Hyclone (Logan, UT, USA). $^3$H-R5020 was purchased from NEN Life Science Products, Inc. (Boston, MA, USA). Cell proliferation ELISA kits (RPN 250) were obtained from Amersham Life Science (Arlington Heights, IL, USA). All other chemicals were purchased from Sigma.

### 2.2. PR competition binding assays

Rat and rabbit uterine tissues or T47D cells were homogenized in 20 mM HEPES buffer (pH 7.6, 1 mM EDTA) with protease inhibitors (aprotinin 0.5 $\mu$g/ml, leupeptin 0.5 $\mu$g/ml, pepstatin A 0.7 $\mu$g/ml, and PMSF 0.5 mM). After centrifugation at 100 000 $\times$ $g$ for 1 h (4°C), the supernatant containing PR was collected and measured for protein concentration. The PR binding assay was performed with 100 $\mu$g cytosolic protein, 3 nM $^3$H-R5020, and increasing concentrations of test compounds. After overnight incubation at 4°C, free and bound $^3$H-R5020 were separated by using 1% charcoal/0.05% dextran 69K in Tris/EDTA buffer (pH 7.4). Bound $^3$H-R5020 was counted in a Beckman LS6500 Scintillation Counter (Beckman Instruments, Inc., Fullerton, CA, USA).

### 2.3. Cell culture and assays

Human breast carcinoma cell line T47D, human lung carcinoma cell line A549, and mouse fibroblast cell line L929 were obtained from American Type Culture Collection (Rockville, MD, USA). T47D, A549, and L929 cells were maintained in DMEM/F12, DEF/NPM and DMEM (each containing 10% FBS), respectively. Cells were passed two to three times every week.

### 2.4. T47D alkaline phosphatase assay

To determine effects of test compounds on alkaline phosphatase activity in T47D, cells were plated in 96-well plates at 50 000 cells/well in DMEM/F12 with 10% FBS. After overnight culture, the medium was changed to DMEM/F12 containing 2% charcoal-stripped FBS (phenol red-free). The next day, cells were treated with TMG, MPA, or P4 by using the same medium. Compounds were dissolved in 100% ethanol vehicle and diluted by using the treatment medium. The final concentration (v/v) of ethanol in treatment medium was 0.1%. Each treatment consisted of four to six replicates.

Twenty-four hours after treatment, cellular alkaline phosphatase activity was measured as follows: the medium was removed, and cells were rinsed three times with Dulbecco's phosphate-buffered saline (PBS) (D-PBS). After aspirating the residual D-PBS, 50 $\mu$l of cell lysis buffer (0.1 M Tris-HCl containing 0.2% Triton X-100, pH 9.8) was added to each well, and plates were frozen at $-80$°C for 30 min. The plates were thawed at room temperature for approximately 15 min with shaking in a titer plate shaker. Then, 150 $\mu$l of substrate buffer (0.1 M Tris-HCl containing 4 mM $p$-nitrophenyl phosphate, pH 9.8) was added to each well. Optical density measurements were taken at 5-min intervals for 30 min at a test wavelength of 405 nm.

### 2.5. T47D cell proliferation assay

A 5-bromodeoxyuridine (BrdU) incorporation assay was used to measure T47D cell proliferation. Cells were plated in 96-well plates at 10 000 cells/well in DMEM/F12 with 10% FBS. After overnight incubation, the medium was changed to MEM supplemented with 0.5% charcoal stripped FBS (phenol red-free), and cells were cultured for an additional 24 h before treatment. Then cells were treated with vehicle or test compounds for 24 h. After the treatment, the medium was discarded, and cells were labeled with 10 $\mu$m BrdU in the MEM medium for 4 h. At the end of BrdU labeling, the medium was removed, and BrdU incorporation was measured by using a cell proliferation ELISA kit (Amersham Life Science, Arlington, IL, USA) according to manufacturer's instructions.

### 2.6. Establishment of human endometrial stromal cell line (HESC-T)

The cells were isolated from an endometrial biopsy taken on cycle day 16 from a 36-year-old patient who was undergoing a tubal ligation. The stromal cell isolation was performed as described previously [5]. Briefly, the cells were dispersed with a collagenase digestion, then passed through narrow gauge mesh screens of 100 $\mu$m and 38 $\mu$m. The stromal cells

passed through both screens and were plated immediately in T-25 flasks. Cells were cultured in DMEM/F12 supplemented with 10% FBS and 1% glutamax for about 1 month (six passages) before immortalization. The cells were immortalized using an adenovirus construct containing the tsA209 mutant large T-antigen, as described previously [6]. The cells were cultured in DMEM/F12 (phenol red-free) with 0.5% charcoal stripped FBS when the progestin responses were examined.

*2.7. Adenovirus HRE-tk-luciferase reporter assay*

*2.7.1. HESC-T cells*

Cells were plated in 96-well plates at 20 000 cells/well and incubated overnight at 34°C (permissive temperature). Exogenous estrogen receptor (ER) and the luciferase reporter were introduced into the cells by adenovirus infections as previously described [7]. Briefly, 24 h after plating, the cells were infected with an adenovirus containing the human ER cDNA. The cells were incubated overnight in DMEM/F12 with 0.5% charcoal stripped FBS supplemented with 10 nM 17$\beta$-estradiol ($E_2$). Then cells were infected with an adenovirus hormone response element (HRE)-tk-luciferase reporter construct containing two copies of the consensus glucocorticoid response sequence that is able to mediate induction by GR, PR, androgen receptor (AR), and mineralocorticoid receptor (MR) [8–10]. After the infection, the cells were treated with TMG or MPA for about 20 h. Then the cells were lysed and luciferase activity was measured using the Promega luciferase reagents (Promega Corp., Madison, WI, USA) in a MicroLumat LB96 luminometer (EG&G Berthold, Gaithersburg, MD, USA).

*2.7.2. A549 cells*

Cells were plated in 96-well plates at 25 000 cells/well in DEF/NPM with 10% FBS. After overnight incubation, cells were infected with the adenovirus HRE-tk-luciferase reporter construct. The next day cells were treated with reference or test compounds for approximately 24 h in DEF/NPM (phenol red-free) containing 2% charcoal stripped FBS. Luciferase activity was measured as described above.

*2.7.3. L929 cells*

Cells were plated in 96-well plates at 25 000 cells/well in DMEM with 10% FBS. The next day cells were infected with the adenovirus HRE-tk-luciferase reporter construct and kept in DMEM containing 10% charcoal stripped FBS for an additional 24 h. Then cells were treated with reference or test compounds diluted in the same medium. To test a compound's anti-androgenic activity, cells were cotreated with 3 nM DHT. Luciferase activity was measured 24 h after the treatment, as described previously.

*2.8. Statistical analysis*

In T47D alkaline phosphatase assay, a dose-response curve was generated for dose (X-axis) versus the rate of enzyme reaction (slope) (Y-axis) for test compounds. Square root-transformed data were used for analysis of variance and nonlinear dose-response curve fitting in both T47D cell alkaline phosphatase and proliferation assays, whereas log transformation was used in HESC-T and L929 HRE-tk-luciferase reporter assay. Huber weighting was used to down-weight the effects of outliers. The 50% effective concentration ($EC_{50}$) or 50% inhibitory concentration ($IC_{50}$) values were calculated from the retransformed values. JMP software (SAS Institute, Inc.) was used for both one-way analysis of variance and nonlinear dose-response analysis.




Fig. 2. A representative graph of PR competition binding curves of TMG, MPA, and R5020 using human T47D cell cytosol. The binding assays were performed with 100 $\mu$g cytosolic protein, 3 nM $^3$H-R5020, and increasing concentrations of test compounds. The binding reactions were incubated at 4°C overnight. Then free and bound $^3$H-R5020 were separated using 1% charcoal/0.05% dextran 69K in Tris/EDTA buffer (pH 7.4).

## 3. Results

*3.1. Comparison of TMG and MPA in PR competition binding in different species*

Fig. 2 shows representative competition curves for TMG, MPA, and R5020 using human T47D cytosol. The $IC_{50}$ values for TMG, MPA, and R5020 using different PR sources are summarized in Table 1.

*3.2. Effects of TMG and MPA on alkaline phosphatase activity and cell proliferation in T47D cells*

Effects of TMG, MPA, and P4 on alkaline phosphatase activity in T47D cells are shown in Fig. 3. These com-

Table 1
$IC_{50}$ (nM) for TMG, MPA, and R5020 in PR competition binding assays using PR from different species

| PR source | TMG | MPA | R5020 |
|---|---|---|---|
| T47D | 7.6 | 10.8 | 2.7 |
| Rabbit uterus | 4.4 | 3.3 | 3.7 |
| Rat uterus | 3.3 | 53.3 | 5.0 |

Values represent means from 2 to 3 individual experiments.

Table 2
Estimated $EC_{50s}$ (mean +/− SE, nM), for TMG, MPA, and P4 in T47D cell assays

| Compound | Alkaline phosphatase assay | BrdU incorporation assay |
|---|---|---|
| TMG | 0.09 +/− 0.002 ($n$ = 3) | 0.02 +/− 0.001 ($n$ = 4) |
| MPA | 0.12 +/− 0.001 ($n$ = 3) | 0.02 +/− 0.001 ($n$ = 2) |
| P4 | 0.72 +/− 0.014 ($n$ = 3) | Not determined |

pounds induced alkaline phosphatase activity dose dependently. Trimegestone and MPA had similar potency with an $EC_{50}$ of about 0.1 nM. They were approximately 7 to 8 times more potent than P4 (Table 2). Fig. 4 shows the effects of TMG and MPA on BrdU incorporation in T47D cells. Again, both compounds increased cell proliferation in a dose-dependent manner and had a potency of 0.02 nM (Table 2).

### *3.3. Effects of TMG and MPA on adenovirus HRE-tk-luciferase reporter activity in various cell types*

To further evaluate the progestational activity of TMG, we developed a T-antigen immortalized HESC-T cell line. These cells do not express endogenous ER or PR, but do express functional GR [11]. However, when exogenous ER is transiently expressed in the cells, $E_2$ induces the expression of PR and can be used to evaluate a compound's progestational activity. As shown in Fig. 5, in cells infected with adenovirus ER$\alpha$ and treated with 10 nM $E_2$, both TMG and MPA-induced luciferase activity with an $EC_{50}$ of 0.2 nM, and the induction was blocked by RU486. In the absence of ER$\alpha$, TMG did not increase luciferase activity, whereas MPA did.

To further determine the GR cross-reactivity of these two compounds, we examined their GR activity in the human lung carcinoma cell line A549 that contains GR but no PR. In this cell line, both DEX and MPA increased luciferase activity dose dependently, though DEX is much more potent. However, TMG had no detectable GR activity (Fig. 6).

In L929 cells, the reference androgen DHT stimulated adenovirus HER-tk-luciferase reporter activity with an $EC_{50}$ of 0.5 ± 0.01 nM (mean +/− SEM; $n$ = 4). MPA also increased the reporter activity dose dependently with an




Fig. 3. Effects of TMG, MPA, and P4 on alkaline phosphatase activity in T47D cells. T47D cells were plated at 50 000 cells/well in 96-well plates in DMEM/F12 with 10% fetal bovine serum (FBS). The medium was changed to DMEM/F12 (phenol red free) with 2% charcoal stripped FBS the next day, and cells were cultured for an additional 24 h. Then cells were treated with test compounds for 24 h followed by alkaline phosphatase assay as described in Materials and Methods.




Fig. 4. Effects of TMG and MPA on BrdU incorporation in T47D cells. Cells were plated at 10 000 cells/well in 96-well plates in DMEM/F12 containing 10% FBS. After overnight incubation, the medium was changed to MEM (phenol red free) supplemented with 0.5% charcoal stripped FBS and cultured for an additional 24 h. Then cells were treated with test compounds for 24 h. At the end of treatment, cells were labeled with BrdU for 4 h. BrdU incorporation was measured as described in Section 2.

$EC_{50}$ of 85 ± 8 nM ($n$ = 4) (Fig. 7). Very weak androgenic activity was observed for TMG with an estimated $EC_{50}$ of greater than 10 000 nM. In the antagonist mode, the reference antiandrogen 2-OH-flutamide had an $IC_{50}$ of 55 ± 5 nM ($n$ = 3). No antagonistic activity was observed for MPA. On the contrary, TMG had significant antiandrogenic activity with an $IC_{50}$ of 303 ± 7 nM ($n$ = 4).

## 4. Discussion

Trimegestone is a new progestin that is under development for HRT and OC. In the current study, we characterized its potency and steroid receptor selectivity in several in vitro assays and compared it with MPA. The relative PR binding affinities of TMG and reference progestins were determined by using cytosolic preparations from human T47D cells and rat and rabbit uterine tissues as PR sources. TMG, like MPA and R5020, has high binding affinities for human and rabbit PR. However, TMG has greater binding affinity for rat PR than MPA. This may explain why TMG is more potent than MPA in some rat models for progestational activity [12].

Because T47D cells contain high levels of PR, and progestins modulate the expression of endogenous alkaline phosphatase and cell proliferation, the cells have become an accepted in vitro model to evaluate progestational activity [13–17]. In this cell line, the expression of alkaline phosphatase is induced by progestins but not by other steroids [10,11]. Our results demonstrate that TMG is a potent progestin in this model. It induces maximal alkaline phosphatase activity at 1 nM with an $EC_{50}$ of 0.1 nM. Trimegestone is as potent as MPA and about eight times more potent than P4 in this assay. In the cell proliferation assay, TMG and MPA also have similar potency ($EC_{50}$ = 0.02 nM). In the T47D cells, proliferation is a more sensitive response to progestins than is alkaline phosphatase induction (e.g. $EC_{50}$ for TMG was 0.02 and 0.1 nM for the two responses, respectively). The reason for the difference in sensitivity at these two endpoints is unclear. Taken together, the data herein demonstrate that both TMG and MPA are potent progestins in T47D cells.

To further characterize the progestational and steroid




Fig. 5. Effects of TMG and MPA on adenovirus HRE-tk-luciferase activity in immortalized human endometrial stromal cells (HESC-T). Cells were plated at 20 000 cells/well in 96-well plates in DMEM/F12 with 10% FBS and cultured at 34°C overnight. Cells with (through adenovirus-ER infection) or without exogenous ER were then infected with an adenovirus HRE-tk-luciferase reporter construct and treated with TMG or MPA. Luciferase activity (relative light unit, RLU) was measured 24 h after treatment.




Fig. 6. Effects of TMG, MPA, and P4 on adenovirus HRE-tk-luciferase activity in A549 cells. Cells were plated in 96-well plates at 25 000 cells/well in DEF/NPM with 10% FBS. After overnight incubation cells were infected with an adenovirus HRE-tk-luciferase reporter. The next day cells were treated with TMG or MPA in DEF/NPM (phenol red-free) with 2% charcoal stripped FBS. Luciferase activity was measured 20 h after treatment.

receptor selectivity, we have developed a human uterine stromal cell line that has an extended life span in culture. These cells do not express functional ER or PR. However, when ER is transiently expressed in the cells, PR is induced by $E_2$, and the cells can be used to study progestin-regulated genes [11]. When exogenous ER is expressed in HESC-T cells, TMG induced luciferase activity from the HRE-tk-luciferase reporter with an $EC_{50}$ value of 0.16 nM. This is similar to the $EC_{50}$ value for MPA in these cells (Fig. 5). However, TMG differs from MPA because it has no effect on HRE-tk-luciferase activity when exogenous ER is not present to induce PR expression. Without PR in the HESC-T cells, MPA can activate HRE-tk-luciferase activity through GR. Therefore, TMG demonstrates greater selectivity for PR than MPA in this system. This observation was further confirmed in A549 cells. Because A549 cells express GR but no PR, TMG had no effect on luciferase reporter activity, whereas MPA stimulated the reporter activity




Fig. 7. Effects of DHT, TMG, and 2-OH-flutamide on HRE-tk-luciferase activity in L929 cells. Cells were plated in 96-well plates at 25 000 cells/well in DMEM with 10% FBS. The next day cells were infected with the adenovirus HRE-tk-luciferase reporter construct and kept in DMEM with 10% charcoal stripped FBS. Then cells were treated with the reference or test compounds for their AR agonistic (A) or antagonistic (B) activities as described in Section 2.

through GR. These data are consistent with those from the pharmacological studies for TMG reported recently [18].

The mouse fibroblast cell line L929 expresses AR but no PR [19,20]. Thus it provides a good in vitro model to evaluate a compound's androgenic or antiandrogenic activity. In contrast to MPA that has androgenic activity, TMG possesses weak antiandrogenic activity. This observation in L929 cells using the functional reporter assay is consistent with data from the AR binding assay and an in vivo pharmacological model [18]. Several other progestins currently used in OCs, such as gestodene, 3-keto-desogestrel, and norethindrone, have some androgenic activity [21,22]. Conversely, a less potent synthetic progestin, drospirenone, and the natural PR agonist progesterone possess weak androgen antagonistic activity [23–25]. The antiandrogenic activity and absence of androgenicity observed in TMG may result in a more favorable clinical side effect profile than that of other progestins. TMG may reduce incidences in which women experience symptoms of androgenization, such as acne and seborrhea.

In summary, data from this study and others have demonstrated that TMG is a potent progestin that has greater steroid receptor selectivity compared to MPA or some other synthetic progestins. It may provide a better pharmacological profile than those progestins currently in use in HRT and OCs.

## Acknowledgments

The authors gratefully acknowledge Dr. Sheau-Mei Cheng and Marlene Ronchetti–Blume for preparing the adenovirus HRE-tk-luciferase reporter construct, Dr. Ramesh Bhat for the adenovirus-tsA209 SV40 large T-antigen construct, Dr. Youping Huang for advice on statistical analysis, Kelly Rudnick and Lorraine Suhadolnik for their excellent technical assistance, and Susan Jenkins and Matt Bookler for assistance with the cell culture.

## References

[1] Psychoyos A. Hormonal control of ovo-implantation. Vitam Horm 1973;31:201–56.
[2] Lydon JP, DeMayo FJ, Funk CR, et al. Mice lacking progesterone receptor exhibit pleiotropic reproductive abnormalities. Gene Develop 1995;9:2266–78.
[3] Zhang Z, Funk C, Glasser SR, Mulholland J. Progesterone regulation of heparin-binding epidermal growth factor-like growth factor gene expression during sensitization and decidualization in the rat uterus: effects of the antiprogestin, ZK98299. Endocrinology 1994;135:1256–63.
[4] Fotherby K. Bioavailability of orally administered sex steroids used in oral contraception and hormone replacement therapy. Contraception 1996;54:59–69.
[5] Mathews CJ, Redfern CP, Hirst BH, Thomas EJ. Characterization of human purified epithelial and stromal cells from endometrium and endometriosis in tissue culture. Fertil Steril 1992;1996:57:990–7.
[6] Lei KJ, Luzman Y, Pan CJ, Chou JY. Immortalization of virus-free human placental cells that express tissue-specific functions. Mol Endocrinol 1992;6:703–12.
[7] Bodine PVN, Green J, Harris HA, et al. Functional properties of a conditionally phenotypic, estrogen-responsive, human osteoblast cell line. J Cell Biochem 1997;65:368–87.
[8] Allgood VE, Oakly RH, Cidlowski JA. Modulation by vitamin B6 of glucocorticoid receptor-mediated gene expression requires transcription factor in addition to the glucocorticoid receptor. J Biol Chem 1993;268:20870–6.
[9] Beato M. Gene regulation by steroid hormones. Cell 1989;56:335–44.
[10] Wahli W, Martinez E. Superfamily of steroid nuclear receptors: positive and negative regulators of gene expression. FASEB J 1991; 5:2243–9.
[11] Lundeen SG, Carver JM, Winneker RC. Development of an immortalized human endometrial cell line that is responsive to steroid hormones. The Endocrine Society, 79th Annual Meeting, Minneapolis, MN, 1997: Abstr. No. P3–438.
[12] Lundeen SG, Zhang Z, Zhu Y, Carver JM, Ponce-de-Leon H, Winneker RC. In vivo characterization of trimegestone: a new potent selective steroidal progestin. The Endocrine Society 81st Annual Meeting, San Diego, CA, 1999: Abstr. No. P1–256.
[13] Horwitz KB, Zava DT, Thilagar AK, Jensen EM, McGuire WL. Steroid receptor analysis of nine human breast cancer cell lines. Cancer Res 1978;38:2434–7.
[14] Di Lorenzo D, Albertini A, Zava D. Progestin regulation of alkaline phosphatase in the human breast cancer cell line T47 D. Cancer Res 1991;51:4470–5.
[15] Di Lorenzo D, Gianni M, Savoldi GF, Ferrari F, Albertini A, Garattini E. Progesterone induced expression of alkaline phosphatase is associated with a secretory phenotype in T-47 D breast cancer cells. Biochem Biophys Res Commun 1993;92:1077–2.
[16] Hissom JR, Moore MR. Progestin effects on growth in human breast cancer cell line T47D: possible therapeutic implications. Biochem Biophys Res Commun 1987;145:706–11.
[17] Musgrove EA, Hamilton JA, Lee CS, Sweeney KJE, Watts CKW, Sutherland RL. Growth factor, steroid, and steroid antagonist regulation of cyclin gene expression associated with changes in T47D human breast cancer cell cycle progression. Mol Cell Biol 1993;13: 3577–87.
[18] Philibert D, Bouchoux F, Degryse M, Lecaque D, Petit F, Gaillard M. The pharmacological profile of a novel norpregnane progestin (trimegestone). Gynecol Endocrinol 1999;13:316–26.
[19] Jung–Testas I, Bayard F, Bauelieu EE. Two sex steroid receptors in mouse fibroblasts in culture. Nature 1976;259:136–8.
[20] Jung–Testas I, Bauelieu EE. Effects of steroid hormones and antihormones in cultured cells. Exp Clin Endocrinol 1985;86:151–64.
[21] Fuhrmann U, Slater EP, Fritzemeier K-H. Characterization of the novel progestin gestodene by receptor binding studies and transactivation assays. Contraception 1995;51:45–52.
[22] Botella J, Duranti E, Viader V, Duc I, Delansorne R, Paris J. Lack of estrogenic potential of progesterone- or 19-nor-progesterone-derived progestins as opposed to testosterone or 19-nor-testosterone derivatives on endometrial Ishikawa cells. J Steroid Biochem Mol Biol 1995;55:77–84.
[23] Muhn P, Krattenmacher R, Beier S, Elger W, Schillinger E. Drospirenone: a novel progestogen with antimineralocorticoid and antiandrogenic activity. Contraception 1995;51:99–110.
[24] Revesz C, Chappel CI. Biological activity of medrogestone. A new orally active progestogen. J Reprod Fertil 1966;12:473.
[25] Dorfman RI. Antiandrogens in a castrated mouse test. Steroids 1963; 2:185–93.