# EXHIBIT F1

**Lundeen, *et al.*, Rat uterine complement C3 expression as a model for progesterone receptor modulators: characterization of the new progestin trimegestone, J Steroid Biochem Mol Biol 78 (2001) 137-143**

PERGAMON

Journal of Steroid Biochemistry & Molecular Biology 78 (2001) 137–143

The Journal of Steroid Biochemistry & Molecular Biology

www.elsevier.com/locate/jsbmb

# Rat uterine complement C3 expression as a model for progesterone receptor modulators: characterization of the new progestin trimegestone

Scott G. Lundeen *, Zhiming Zhang, Yuan Zhu, Jeffrey M. Carver, Richard C. Winneker

*Endocrinology Division, Women's Health Research Institute, Wyeth-Ayerst Research, 145 King of Prussia Road, Radnor, PA 19087, USA*

Received 31 July 2000; accepted 10 April 2001

**Abstract**

Progestins have a wide variety of activities in female reproduction. There are also pharmacological applications for progestins, including hormone replacement therapy and contraception. Here we report the development and characterization of the rat uterine complement component C3 mRNA as a molecular target for the evaluation of the antiestrogenic activity of progestins in the uterus. In this assay, ethinyl estradiol (EE) is used to stimulate C3 expression and progestins are then evaluated for their ability to inhibit this expression. The three reference progestins, progesterone (P4), levonorgestrel (LNG), and medroxyprogesterone acetate (MPA) blocked the increase in C3 mRNA levels induced by EE. Dexamethasone (DEX) and 17α-methyl testosterone did not inhibit the estrogen induced C3 mRNA levels; in fact, DEX caused a further increase in C3 mRNA levels. Finally, the antiprogestin RU486 was able to block the MPA inhibition of C3 message. RU486, like DEX, caused an increase in C3 mRNA levels above that of estrogen treatment alone. The model was also used to evaluate trimegestone (TMG), a new steroidal progestin, that has been shown to be a potent and selective progesterone receptor agonist. The activity of TMG in the rat uterine decidualization and ovulation inhibition assays was similar to MPA. However, in the C3 model, TMG caused a dose-dependent inhibition of the EE induced C3 message and was approximately five-fold more potent in this model than MPA ($EC_{50}$ of 4.7 μg/kg and 26.5 μg/kg, respectively). Therefore, TMG was a more potent antagonist of estrogenic activity in the uterine endometrium than any of the reference progestins tested and therefore may be more effective in protecting the endometrium in hormone replacement therapy. © 2001 Published by Elsevier Science Ltd.

*Keywords:* Complement component C3; Progestin; Endometrium; Trimegestone

## 1. Introduction

Progesterone plays an important role in the regulation of female reproduction [1–3]. Its functions include regulation of uterine cell proliferation and differentiation, ovulation, implantation, and mammary gland growth and differentiation. Progestins also have many pharmacological uses including contraception and hormone replacement therapy (HRT), in combination with estrogens. In the HRT regimen, the role of the progestin is to block the estrogenic activity in the endometrium, thereby reducing the potential unwanted cell proliferation in response to estrogen administration. This action of progestin occurs without compromising the beneficial effects of estrogen on hot flashes and bone loss [4,5].

Many models exist for the evaluation of progestin activity. These include the rabbit endometrial transformation assay [6,7], uterine stromal cell decidualization [3], ovulation inhibition [8], and others [9]. Each of these assays evaluates progestin activity in different tissues. One of the classic effects of progestins in the uterus and vagina is to antagonize the action of estrogen. There are several model systems that can be used to evaluate this activity. These include uterine wet

* Corresponding author. Present address: RWJ Pharmaceutical Research Institute, Route 202, P.O. Box 300, Raritan, NJ 08869, USA. Tel.: +1-908-704-5593; fax: +1-908-526-7118.

*E-mail address:* slundeen@prius.jnj.com (S.G. Lundeen).

0960-0760/01/$ - see front matter © 2001 Published by Elsevier Science Ltd.

PII: S0960-0760(01)00091-7

weight [9], uterine epithelial cell height, and vaginal keratinization [10]. These assays, however, are either not very robust or require long, tedious histological evaluation. Therefore, our goal was to develop a model for the antiestrogenic activity of progestins in the uterus that was rapid and sensitive.

Complement component C3 expression in the epithelial cells of the rat uterus is a molecular marker that can be used to examine the antiestrogenic activity of progestins. Estrogen stimulates both the mRNA and protein levels of C3 in the uterus and the expression is blocked by progestins [11,12]. Because of this pattern of regulation, the complement C3 gene is an excellent marker for steroid hormone action in the uterus, and in particular the antiestrogenic action of progestins. Here we report the further characterization of rat uterine C3 mRNA as a model for action of progestins in the endometrium of the uterus. Moreover, this model was used to evaluate a new potent and selective progestin, trimegestone (TMG; Fig. 1) that is currently in development for HRT and contraception.

## 2. Materials and methods

### *2.1. Reagents*

17α-Ethinyl estradiol (EE), medroxyprogesterone acetate (MPA), progesterone (P4), dexamethasone (DEX), and 17α-methyl testosterone (MT) were obtained from Sigma Chemical Co. (St. Louis, MO); trimegestone (17β-[(*S*)-2-hydroxypropanoyl]-17-methyl-estra-4,9-dien-3-one) was obtained from Hoechst Marion Roussel. Levonorgestrel (LNG) was synthesized by Wyeth-Ayerst Chemistry Group. Stock solutions of the compounds were prepared in 100% ethanol. The compounds were diluted into a vehicle of 10% ethanol in corn oil (Mazola™, CPC International Inc., Englewood Cliffs, NJ) before administration to the animals. [D-trp[6], Des–Gly[10]]-luteinizing hormone releasing hormone (LHRH) ethylamide (Peninsula Laboratories, Inc. Belmont, CA) was solubilized in 0.1 N acetic acid at a concentration of 2 μg/ml and stored as aliquots at −80° C.




Fig. 1. Structure of trimegestone.

### *2.2. Animals*

All animals were used under an approved Wyeth-Ayerst Research Radnor Animal Care and Use Committee protocol. They were housed under a 12-h light/dark cycle and fed a casein-based Purina Laboratory Rodent Diet 5K96 (Purina, Richmond, IN) and water ad libitum.

#### *2.2.1. Rat uterine C3 model*

Ovariectomized female, 60-day-old Sprague–Dawley rats were obtained from Harlan (Indianapolis, IN). The ovariectomies were performed by the supplier a minimum of 8 days prior to treatment. The rats were randomized and placed in groups of six. The animals were treated once daily for 2 days, orally by gavage (p.o.) in a volume of 0.5 ml or s.c. injection in the nape of the neck (0.2 ml), with either the test compound, or RU486 in the antagonist studies, or vehicle. On the second day of treatment, the animals were also treated with EE (0.08 mg/kg BW) orally by gavage. Approximately 24 h after the final treatment the animals were euthanized by $CO_2$ asphyxiation. The uteri were then removed, stripped of remaining fat and mesentery, weighed, and snap-frozen on dry ice.

Total RNA was isolated from the uteri using the Trizol Reagent (GibcoBRL) as described by the manufacturer. Northern blot analysis was performed as previously described [13] with RNAs that were separated in a 1% agarose gel containing 1% formaldehyde. 28S rRNA was quantified from ethidium bromide stained gels using the IP Lab Gel software (Signal Analytics Corp., Vienna, VA). cDNA probes were labeled with a$^{32}$P-dCTP (NEN Life Science Products, Boston, MA) using the Rediprime random primer DNA labeling kit (Amersham Pharmacia Biotech, Inc., Piscataway, NJ). C3 mRNA was quantified using a phosphorimager (Molecular Dynamics, Sunnyvale, CA) and normalized to 28S rRNA.

#### *2.2.2. Rat decidualization model*

Ovariectomized mature female Sprague–Dawley rats (∼220 g) were obtained from Taconic (Taconic Farms, NY). Ovariectomies were performed by the supplier a minimum of 10 days prior to treatment. Upon arrival, the rats were randomized to groups of 5–6. TMG and MPA were administered once daily for 7 days orally by gavage (0.5 ml). Approximately 24 h after the third daily treatment, decidualization was induced in one uterine horn of each anesthetized rat by scratching the antimesometrial luminal epithelium with a blunt 21 G needle. The contralateral horn was not scratched and served as a non-stimulated control. Approximately 24 h

following the final treatment, rats were euthanized by $CO_2$ asphyxiation. The uteri were removed, trimmed of fat, and the decidualized (D) and control (C) horns were weighed separately. The decidual response is expressed as D/C.

*2.2.3. Rat ovulation inhibition model*

Random cycling mature female rats ( ~ 200 g) were obtained from Charles River Laboratory (Boston, MA). Rats were synchronized for estrus with 2 μg/rat of LHRH (in PBS containing 0.1% BSA) s.c. at 09:00 h and again at 16:00 h. Animals were allowed to rest for 8 days prior to the administration of test compounds. Animals were then grouped 7–9 rats per treatment group. The morning of the ninth day following LHRH treatment, the rats were treated with TMG or MPA once daily, by oral administration, for 4 consecutive days. The animals were euthanized the morning following the last treatment. Oviducts were removed, placed between two glass slides, and viewed through a dissecting microscope to count ova. The number of animals presenting ova in the oviduct from each treatment group as well as the number of ova in the oviduct of each animal was also recorded.

*2.3. Statistical analysis*

The data for both the uterine C3 and decidualization assays were transformed by logarithms to maximize normality and homogeneity of variance. The Huber M-estimator was used to down-weight the outlying transformed observations for both dose–response curve fitting and one-way analysis of variance [14]. In the ovulation inhibition assay, the animals were assigned to either ovulating or non-ovulating categories. Data are presented as percentage of animals that ovulated (ovulation rate) in each group. $ED_{50}$ is calculated from non-transformed data. For all the analyses, JMP software (SAS Institute, Inc., Cary, NC) was used to analyze the data for both the one-way ANOVA and the non-linear dose–response curves.

## 3. Results

*3.1. Characterization of the rat uterine C3 assay*

*3.1.1. Effect of progestins on uterine C3 mRNA levels*

Initial studies were run to determine the optimal conditions to get maximal sensitivity for progestin action. These studies examined different estrogens, doses, and treatment regimens (data not shown). The final study design that provided the most sensitive response to progestins, is shown in Fig. 2.

Studies were undertaken to determine the potencies of P4, LNG, and MPA on the C3 response. As assessed by Northern blot (Fig. 3A), all three of the reference progestins decreased the steady state level of C3 mRNA from that induced by EE (Fig. 3B). Table 1 shows the summary data for these three reference compounds.




Fig. 2. Protocol for the uterine complement C3 assay. Sixty-day-old, ovariectomized Sprague–Dawley rats received two daily treatments of progestin. On the second day of treatment, EE was co-administered with the progestin. The next day, the animals were euthanized, the uteri were removed and RNA was isolated. Complement component C3 mRNA was then measured by Northern blot analysis.

*3.1.2. Progesterone receptor antagonists*

The ability of the PR antagonist RU486 (RU) to block the progesterone inhibition of the EE-induced C3 expression was also examined. When administered alone, RU had no significant, reproducible effect on C3 mRNA levels (Fig. 4A). Interestingly, when RU was administered with EE, the level of C3 mRNA significantly increased above the EE control level (Fig. 4A). Finally, when RU was administered with progesterone and EE, RU was able to block progesterone inhibition




Fig. 3. Effect of progestins on ethinyl estradiol (EE) induced C3 mRNA levels. (A) A representative Northern blot of rat uterine RNA probed with $^{32}$P-labeled C3 cDNA probe. (B) Graphical representation of the Northern blots for medroxyprogesterone acetate (MPA) administered p.o., progesterone (P4) administered s.c., and levonorgestrel (LNG) administered s.c. C3 mRNA levels were normalized by 28S rRNA and are expressed as percent of the EE group (■ bar) response.

Table 1
Potencies of the progestin tested in the rat uterine C3 model

| Compound | Route of administration | $ED_{50}$ (μg/kg)[a] |
|---|---|---|
| Progesterone | s.c. | 879.4 |
| Levonorgestrel | s.c. | 12.2 |
| Medroxyprogesterone acetate | p.o. | 26.5 |
| Trimegestone | p.o. | 4.7 |

[a] $ED_{50}$ is the mean of three independent experiments.

of EE-induced uterine C3 mRNA expression and increase the message level above that of EE alone (Fig. 4B).

### 3.1.3. *Steroid specificity of the C3 response*

Dexamethasone (DEX) and 17α-methyl testosterone (MT) were tested for their effects on C3 mRNA levels. Both DEX (up to 1 mg/kg, p.o.) and MT (up to 10 mg/kg, p.o.), when administered alone had no effect on uterine C3 levels (data not shown). When administered with estrogen, MT had no effect, while 1 mg/kg of DEX significantly increased C3 mRNA levels above that of EE alone (Fig. 5).




Fig. 4. Effect of RU486 on rat uterine C3 mRNA levels. (A) RU486 administered alone and with EE. (B) RU486 antagonism of progesterone. Data are presented as the C3 mRNA/28S rRNA ratio. * Significantly different from progesterone ($P < 0.05$), ¶ Significantly higher than EE ($P < 0.05$).




Fig. 5. Steroid specificity of the C3 response. Both 17α-methyl testosterone (17α-MT) and dexamethasone (DEX) were administered orally with 17α-ethinyl estradiol (EE). Data are presented as the C3 mRNA/28S rRNA ratio. ** Significantly higher than EE control ($P < 0.05$).

### 3.2. *In vivo progestin activity of TMG*

In the rat uterine stromal cell decidualization assay TMG was two-fold less potent than MPA, 1.0 and 0.4 mg/kg, p.o., respectively (Fig. 6A). In the rat ovulation inhibition assay, the two compounds had similar potency, both block ovulation in all animals at 1 mg/kg, p.o. (Fig. 6B). We then further characterized the progestin activity of TMG in the C3 model in a side-by-side comparison with MPA. In this assay, TMG, like MPA, decreased the C3 mRNA levels from that induced by EE, in a dose-dependent manner (Fig. 7). The calculated $ED_{50}$ values in this study were 5.4 and 32.2 μg/kg, for TMG and MPA, respectively. A summary of TMG and MPA activity in the C3 model, along with the other reference progestins, P4 and LNG, is shown in Table 1.

## 4. Discussion

The use of synthetic progestins in hormone replacement therapy (HRT), contraception, and reproductive biology is widespread. Many compounds have been, and continue to be, developed with improved potency, steroid receptor selectivity, and reduced side effect profiles. One key to developing such compounds is efficient, sensitive models to evaluate their activity. The

uterine C3 mRNA assay described here was optimized for maximum sensitivity for the antiestrogenic properties of progestins in the endometrium. This was accomplished through changes in the treatment regimen. The protocol used in this assay was two daily treatments with the progestin (and/or antiprogestin) with estrogen being administered with the progestin on the second day. This treatment paradigm proved to be the most sensitive to the progestins. This sensitivity is believed to be primarily due to two factors. One is the progestin is present in the system prior to the induction of the C3 message and two is that the single dose of estrogen does not induce maximal levels of C3 mRNA and therefore requires lower doses of the progestins to block the estrogenic activity. In addition to its sensitivity, using




Fig. 6. Effects of TMG and MPA in the rat uterine decidual response and ovulation inhibition models. (A) The decidual response in mature ovariectomized rats. The decidual response is expressed as the weight of the decidualized (D)/control (C) uterine horn. The ■ bar represents the TMG control; the □ bar represents the MPA control; —△— TMG-induced decidual response; and —●— MPA-induced decidual response. (B) The ovulation inhibition assay in mature female rats. Ovulation rate is expressed as the percent of animals that ovulated. —□— represents the data from TMG treated animals and the —◆— represents data taken from MPA treated animals.




Fig. 7. Comparison of trimegestone (TMG) and medroxyprogesterone acetate (MPA) on rat uterine C3 mRNA levels. C3 mRNA levels were normalized by 28S rRNA and the are expressed as percent of the EE group (■ bar) response. —○— TMG-treated animals, —◆— MPA-treated animals.

this paradigm made the assay rapid, efficient, and reproducible.

It has been reported that uterine C3 mRNA levels increase in response to estrogen treatment and its expression in this tissue is limited to the epithelial cells of the endometrium [11]. When progestins are administered along with the estrogen, they block the increase in C3 message induced by estrogen [12,15]. While the assay is very sensitive to antiestrogenic activity, it is not specific for progestins, i.e. compounds with estrogen receptor antagonist activity will be active in this model [16]. Interestingly, some antiestrogens such as tamoxifen demonstrate agonist activity on the C3 message, while other more 'pure' antiestrogens, such as ICI164384, completely block the C3 mRNA induction by estrogen [16].

Steroid hormones other than estrogens and progestins, however, have limited effect on the C3 message. Our studies support earlier work showing that glucocorticoids and androgens do not decrease the levels of C3 mRNA induced by estrogen [17,18]. Contrary to earlier findings, however, we have shown that DEX, when administered along with estrogen, increased uterine C3 message level above that of the EE control level [17]. DEX had no effect on C3 message when given alone.

The uterine C3 mRNA levels can also be used to characterize antiprogestin activity. RU486 was able to block the inhibitory activity of progesterone on the estrogen-induced C3 mRNA. RU486 not only blocked the effect of progesterone, but it caused C3 message levels to increase above the EE control level, similar to the effect of DEX. This increase over the estrogen control level caused by RU486 was previously reported [15]. The mechanism of this effect, as well as that seen with DEX is not understood. RU486, in addition to being a PR antagonist, also is a potent glucocorticoid receptor (GR) antagonist [19]. While both DEX and

RU can modulate GR activity, we do not believe that the effect of the RU to increase C3 mRNA levels is related to its GR activity. This is because we have seen similar effects on C3 mRNA with other PR antagonists having only weak GR cross-reactivity (unpublished observations). Additional studies will be required to determine the mechanism by which RU486 and dexamethasone increase the message.

We used the uterine C3 model to evaluate trimegestone (TMG), a new progestin that is currently under development for use in HRT and contraception. In vitro studies have shown that TMG has potent PR agonist activity and improved steroid receptor selectivity compared to other marketed progestins [9,20]. Moreover, receptor binding studies with rat uterine PR demonstrated that TMG has a higher binding affinity than MPA, $IC_{50}$ values of 3.3 and 53.3 nM, respectively [20]. The activity of TMG in the C3 model was compared with its activity in two classical rat models for progestin activity, uterine stromal cell decidualization and ovulation inhibition assays.

In the C3 model, TMG displayed potent antiestrogenic activity as did MPA, the reference progestin used in these studies. However, the potency of TMG was approximately five-fold higher than MPA, similar to the results on uterine wet weight [9]. These data suggest that TMG may provide better endometrial protection from estrogen stimulation.

The decidualization model also measures the progestational activity of a compound in the uterus. However, the target cells are the endometrial stromal cells, as opposed to the epithelial cells in the C3 model. In this model, the stromal cells undergo a progestin dependent proliferation and differentiation that is required for normal embryo implantation and maintenance [1,21]. This response is specific for progestins and MPA was approximately two-fold more potent than TMG when given orally.

The third model used to evaluate TMG was the ovulation inhibition assay. In this assay, the progestins are functioning at the level of the hypothalamus to block the LH surge associated with ovulation [8]. As with the decidualization model, TMG had similar potency to MPA. That is, both compounds completely inhibited ovulation at 1 mg/kg when administered orally. Moreover, there were no differences, with either compound, in the number of ova in the oviducts of the animals that ovulated (data not shown).

Interestingly, the potency of all of the progestins tested in the C3 model is 10–100-fold higher than their potency in other in vivo models of progestin action. The molecular mechanism of this antiestrogenic activity in the C3 model is not known, but differences in the potency of these compounds suggests a mode of action different from that functioning in the other models. One possible mechanism that may explain this is differential activities mediated through the PR-A and PR-B isoforms [22,23]. It has been shown that PR-A is a transdominant inhibitor of other steroid receptors, including ER [24]. This antiestrogenic activity would not require transcriptional activation by PR and therefore have a different mechanism of action that could account for the different potencies. The affinities of these compounds for the two individual isoforms of PR are not known, but are likely similar because the ligand binding domains are identical in sequence [9]. Therefore, any differences would have to be accounted for in how the two isoforms mediate the signals from the different ligands. These mechanisms are currently under investigation.

A second factor that could potentially influence the sensitivity of the C3 gene to progestins is the target cells. While C3 is expressed in epithelial cells, it is not known if its regulation is a direct effect on the epithelial cells or an indirect effect mediated through the stromal cells of the endometrium. It has been shown that progestins block estrogen stimulated cell proliferation of epithelial cells through effects on the stromal cells [25]. This response is also very sensitive to progestins and therefore may suggest that the regulation of C3 gene expression is also occurring through a similar mechanism. The mechanisms by which progestins block estrogen action in the uterus will require additional study to fully understand.

The data reported here support the rat uterine C3 mRNA model as a rapid and sensitive assay for PR modulators. The rank order potencies of the three reference progestins used here, as well as TMG, are similar to their order of potency in other ‘classical’ models for progestin action. The utility of the model for antiestrogenic activity of progestins is further supported by the fact that the potency of TMG in the C3 model is similar to that on uterine wet weight [9]. Finally, these data suggest that TMG may have an advantage over MPA in an HRT paradigm. That is, it may be more effective in protecting the endometrium from the stimulatory effects of estrogen. Clinical studies that are currently underway will determine if this preclinical advantage is manifested in humans.

## Acknowledgements

We would like to thank Helga Ponce-de-Leon for excellent technical assistance, Drs Krish Ghosh and Youping Huang for their assistance with statistical analysis, and the Bioresource staff of Wyeth-Ayerst Research for assistance with all animal studies. Trimegestone is the result of a joint development program for Wyeth-Ayerst and Hoechst Marion Roussel.

## References

[1] A. Psychoyos, Hormonal control of ovoimplantation, Vitam. Horm. 31 (1973) 201–256.
[2] J.P. Lydon, F.J. DeMayo, C.R. Funk, S.K. Mani, A.R. Hughes, C.A. Montgomery Jr., et al., Mice lacking progesterone receptor exhibit pleiotropic reproductive abnormalities, Genes Dev. 9 (1995) 2266–2278.
[3] Z. Zhang, C. Funk, S.R. Glasser, J. Mulholland, Progesterone regulation of heparin-binding epidermal growth factor-like growth factor gene expression during sensitization and decidualization in the rat uterus: effects of the antiprogestin, ZK98299, Endocrinology 135 (1994) 1256–1263.
[4] The Writing Group for the PEPI Trial, Effects of hormone replacement therapy on endometrial histology in postmenopausal women. The Postmenopausal Estrogen/Progestin Interventions (PEPI) Trial, J. Am. Med. Assoc. 275 (1996) 370–375.
[5] The Writing Group for the PEPI Trial, Effects of hormone replacement therapy on bone mineral density. Results from the Postmenopausal Estrogen/Progestin Interventions (PEPI) Trial, J. Am. Med. Assoc. 276 (1996) 1389–1396.
[6] M.K. McPhail, The assay of progestin, J. Physiol. 83 (1934) 145–156.
[7] M.X. Zarrow, The Assay of Progesterone by Measures of Endometrial Proliferation, Experimental Endocrinology, Academic Press, New York, 1964, pp. 92–94.
[8] C. Schubert, J. Donath, H. Michna, Y. Nishino, The antiovulatory activity of progesterone antagonists is not correlated to their antiprogestational potency in the rat, J. Steroid Biochem. Molec. Biol. 59 (1996) 75–82.
[9] D. Philibert, F. Bouchoux, M. Degryse, D. Lecaque, F. Petit, M. Gillard, The pharmacological profile of a novel norpregnane progestin (trimegestone), Gynecol. Endocrinol. 13 (1999) 316–326.
[10] R.C. Jones, R.A. Edgren, The effects of various steroids on the vaginal histology in the rat, Fertil. Steril. 24 (1973) 284–291.
[11] S.A. Sundstrom, B.S. Komm, H. Ponce-de-Leon, P. Yi, C. Teuscher, C.R. Lyttle, Estrogen regulation of tissue specific expression of complement C3, J. Biol. Chem. 264 (1989) 16941–16947.
[12] E.O. Brown, S.A. Sundstrom, B.S. Komm, Z. Yi, C. Teuscher, C.R. Lyttle, Progesterone regulation of estradiol-induced rat uterine secretory protein, complement C3, Biol. Reprod. 42 (1990) 713–719.
[13] F.M. Ausubel, R. Brent, R.E. Kingston, D.D. Moore, J.G. Seidman, J.A. Smith, K. Struhl, Current Protocols in Molecular Biology, John Wiley & Sons, Inc., New York, 1995.
[14] R.J. Carroll, D. Ruppert, Transformation and Weighting in Regression, Chapman and Hall, New York, 1988.
[15] L.A. Hasty, C.R. Lyttle, Progesterone and RU486 regulation of uterine complement C3 after prior induction with estradiol, Biol. Reprod. 47 (1992) 285–290.
[16] S.A. Sundstrom, B.S. Komm, Q. Xu, V. Boundy, C.R. Lyttle, The stimulation of uterine complement component C3 gene expression by antiestrogens, Endocrinology 126 (1990) 1449–1456.
[17] R.S. Howe, Y.H. Lee, S.A. Fischkoff, C. Teuscher, C.R. Lyttle, Glucocorticoid and progestin regulation of eosinophil chemotactic factor and complement C3 in the estrogen-treated rat uterus, Endocrinology 126 (1990) 3193–3199.
[18] M.C. Levia, C.R. Lyttle, P.H. Jellinck, Complement C3 synthesis, peroxidase activity and eosinophil chemotaxis in the rat uterus: effect of estradiol and testosterone, Mol. Cell. Endocrinol. 81 (1991) 105–111.
[19] M. Moguilewsky, D. Philibert, RU 38486: Potent antiglucocorticoid activity correlated with strong binding to the cytosolic glucocorticoid receptor followed by an impaired activation, J. Steroid Biochem. 20 (1984) 271–276.
[20] Z. Zhang, S.G. Lundeen, Y. Zhu, J.M. Carver, R.C. Winneker, In vitro characterization of trimegestone: a new potent and selective steroid progestin, Steroids 65 (2000) 637–643.
[21] P.A. Abrahamson, T.M.D. Zorn, Implantation and decidualization in rodents, J. Exp. Zool. 266 (1993) 603–628.
[22] A.R. Hovland, R.L. Powell, G.S. Takimoto, L. Tun, K.B. Horwitz, An N-terminal inhibitory function, IF, suppresses transcription by the A-isoform but not the B-isoform of human progesterone receptors, J. Biol. Chem. 273 (1998) 5455–5460.
[23] P.H. Giangrande, G. Pollio, D.P. McDonnell, Mapping and characterization of the functional domains responsible for the differential activity of the A and B isoforms of the human progesterone receptor, J. Biol. Chem. 272 (1997) 32889–32900.
[24] D.P. McDonnell, M.E. Goldman, RU486 exerts antiestrogenic activities through a novel progesterone receptor A form-mediated mechanism, J. Biol. Chem. 269 (1994) (1994) 11945–11949.
[25] P.S. Cooke, D.L. Buchanan, P. Young, T. Setiawan, J. Brody, J. Taylor, et al., Stromal estrogen receptors (ER) mediate the mitogenic effect of estradiol on uterine epithelium, Proc. Natl. Acad. Sci. USA 94 (1997) 6535–6540.