# EXHIBIT H14

**Muhn P, *et al.*, Drospirenone: a Novel Progestogen with Antimineralocorticoid and Antiandrogenic Activity, ANNALS NEW YORK ACADEMY OF SCIENCES 311-35 (1995)**

Δ π EXHIBIT 26
Deponent JWSKo
Date 2/8/18 Rptr. LL
WWW.DEPOBOOK.COM

# Drospirenone: a Novel Progestogen with Antimineralocorticoid and Antiandrogenic Activity

PETER MUHN, ULRIKE FUHRMANN, KARL-HEINRICH FRITZEMEIER, ROLF KRATTENMACHER, AND EKKEHARD SCHILLINGER

*Research Laboratories*
*Schering AG*
*Muellerstrasse 170–178*
*D-13342 Berlin, Germany*

## INTRODUCTION

Progesterone as well as the synthetic progestogens usually display a mixture of distinct hormonal and/or antihormonal activities *in vitro* and *in vivo*. Depending on their structure, progestogens may also have estrogenic (norethynodrel), androgenic (norethisterone, levonorgestrel) or antiandrogenic (cyproterone acetate, chlormadinone acetate) effects (for reference see Ref. 3).

Besides its progestogenic activity, progesterone gives rise to antimineralocorticoid[4–10] and antiandrogenic effects *in vivo*.[13–15] Most synthetic progestogens presently used in oral contraception and hormone therapy differ from progesterone in that they have no antiandrogenic or antimineralocorticoid activity. Exceptions to this are cyproterone acetate and chlormadinone acetate with their antiandrogenic properties[16] and gestodene, which has a weak antimineralocorticoid effect.[1,17]

Drospirenone[18] is a novel type of progestogen: the compound represents the first potent synthetic progestogen to exhibit both antiandrogenic and antimineralocorticoid activity at pharmacologically relevant dose levels. Drospirenone's antimineralocorticoid effects were earlier demonstrated in rats[1] and in humans.[2] Here, a complete endocrine pharmacological profile of drospirenone is presented. The binding affinity to steroid hormone receptors has been investigated. Furthermore, the pharmacodynamic profile was studied *in vivo* in appropriate animal models. Drospirenone was found to combine potent progestogenic with antimineralocorticoid and antiandrogenic activity at similar dose levels. The compound is devoid of any additional steroid agonistic or antagonistic activity. The pharmacological properties of drospirenone were confirmed *in vitro* by transactivation experiments in cell lines transfected with individual steroid receptors and a reporter gene. Together, these data imply that the steroid agonistic and antagonistic properties of drospirenone are based on direct interactions with the respective steroid hormone receptors.



EXHIBIT
PENGAD 800-631-6989
20
LR 5/26/16

Because of its antimineralocorticoid activity, drospirenone is expected to minimize certain estrogen-induced side effects in women and to give rise to a number of additional health benefits on clinical application.

## MATERIALS AND METHODS

### *Animals*

Rats (HAN:WIST) were obtained from TZH Schering AG, Berlin, unless otherwise indicated. Rabbits came from Med. Versuchstierzucht SAVO, Germany. Cynomolgus monkeys were purchased from Hazelton Laboratories (Germany). Animals were kept under standard conditions unless otherwise indicated.

### *Chemicals*

R1881 (17β-hydroxy-17α-methylestra-4,9,11-trien-3-one), [17α-methyl-$^3$H]-R1881 (specific activity: 3182 GBq/mmol), aldosterone (11β,21-dihydroxy-3,20-dioxo-4-pregnene-18-al) and [1,2,6,7-$^3$H]-aldosterone (specific activity: 1768.6 GBq/mmol) were purchased from New England Nuclear (NEN, Germany). [$^3$H]-Progesterone (4-pregnene-3,20-dione; specific activity: 1.89 TBq/mmol), [2,3,6,7-$^3$H]-estradiol (1,3,5(10) estratriene-3; specific activity: 2.04 TBq/mmol) and [1,2,4,6,7-$^3$H]-dexamethasone (9-fluoro-11β,17,21-trihydroxy-16α-methyl-1,4-pregnadiene-3,20-dione; specific activity: 3.29 TBq/mmol) were obtained from Amersham Buchler (Germany). All other steroids used for the experiments were synthesized at the Dept. of Medical Chemistry, Schering AG, Berlin: drospirenone (6β,7β;15β,16β-dimethylen-3-oxo-17α-pregn-4-ene-21,17-carbolactone); spironolactone (7α-acetylthio-3-oxo-17α-pregn-4-ene-21,17-carbolactone); progesterone; cyproterone acetate (17-acetoxy-6-chloro-1α,2α-methylene-4,6-pregnadiene-3,20-dione); levonorgestrel (D-17α-ethynyl-13-ethyl-17β-hydroxy-4-gonen-3-one); testosterone propionate; mifepristone (11β-(4-dimethylaminophenyl)-17β-hydroxy-17α-(1-propynyl)-4,9-estradien-3-one); dexamethasone; 17β-estradiol; ethinylestradiol (17α-ethynyl-1,3,5(10)-estratriene-3,17β-diol); ZK 91 587 (7α-methoxycarbonyl-15β,16β-methylen-3-oxo-17α-pregn-4-ene-21,17-carbolactone). All other chemicals were purchased in the highest purity available. 0.1 ml (mice) or 0.2 ml (rats) benzyl benzoate/castor oil (1:5; v/v) was used as a vehicle for s.c. drug application. For p.o. application, rats were treated with 0.5 ml of a 0.085% Myrj solution in a 0.9% NaCl vehicle.

## METHODS

### *Receptor Binding Studies*

The procedures of cytosol preparation for all the tissues used and the protocols for the competition experiments were described previously.[24] Estrogen receptor containing cytosol was prepared from uteri of ovariectomized rats. Progesterone receptor containing cytosol was prepared from mature rabbits which had been treated with

estradiol valerate for 7 days. Androgen receptor containing cytosol was prepared from the prostates of castrated male rats. Glucocorticoid receptor containing cytosol was prepared from the thymi of juvenile female rats. Mineralocorticoid receptor was prepared from COS-1 cells transiently transfected with an expression vector for the human mineralocorticoid receptor (pRShMR).

The radiotracers used were [$^3$H]-estradiol for estrogen receptor assay, [$^3$H]-progesterone for progesterone receptor assay, [$^3$H]-R1881 for androgen receptor assay, [$^3$H]-dexamethasone for glucocorticoid receptor assay, and [$^3$H]-aldosterone for mineralocorticoid receptor assay. For each receptor assay, the respective radioinert compounds were used as standards. Free and bound tracer were separated by dextrane-coated charcoal absorption. The relative binding affinity (RBA) of the test compound was determined by the method of Korenmann.[25] RBA values were given in %, whereby the respective standard compound arbitrarily was given an RBA value of 100%.

### *Transactivation Assays*

#### *Constructs*

The expression plasmid pRShMR containing the full-length coding sequence of the human mineralocorticoid receptor (hMR) expressed from the long terminal repeat (LTR) of the rous sarcoma virus (RSV; Ref. 26) was kindly provided by Dr. R. Evans. The expression plasmid pHGO containing the full-length coding sequence of the human glucocorticoid receptor (hGR; Ref. 27) driven from the SV 40 early promoter was a generous gift from Dr. P. Chambon. The pMMTV-CAT plasmid containing the mouse mammary tumor virus promoter linked to a chloramphenicol acetyltransferase gene[28] was kindly provided by Dr. A. C. B. Cato.

#### *Cell Culture and Transfections*

CV-1 cells and COS-1 cells for transient transfections were cultured in Dulbecco's Modified Eagle's Medium (DMEM) supplemented with 10% fetal calf serum (FCS), 4 mmol/l L-glutamine, penicillin and streptomycin. The culture medium of CV-1 cells stably transfected with the rat AR and pMMTV-CAT[11] was supplemented with 400 μg/ml G418 (Gibco BRL, Berlin, Germany) and 5 μg/ml puromycin (Sigma, Deisenhofen, Germany).

Stable and transient transfections were performed using Lipofectin Reagent (Gibco BRL, Berlin) according to a procedure recommended by the manufacturer.[29] Stable transfections were carried out as described by Fuhrmann *et al.*[11] For transient transfections, $1 \times 10^6$ COS-1 or CV-1 cells, respectively, were plated onto 100-mm dishes one day prior to transfection. Cells were typically about 80% confluent after 24 hrs. Before transfection, cells were washed twice with 1 ml Opti-MEM (Gibco BRL, Berlin) per dish. For each dish, 5 μg pRShMR (hMR expression plasmid) or 5 μg pHGO (hGR expression plasmid), respectively, and 5 μg pMMTV-CAT were diluted with 1 ml Opti-MEM; in addition, 50 μg Lipofectin Reagent was diluted with 1 ml Opti-MEM. Next, the DNA and Lipofectin Reagent dilutions were combined in a polystyrene snap-cap tube to obtain 2 ml of transfection solution per dish, gently




**FIGURE 1.** Androgen receptor-mediated CAT induction (**A**) and CAT inhibition (**B**). CV-1 cells stably transfected with the rAR and pMMTV-CAT were cultured either in the absence (EtOH control) or presence of increasing amounts of R1881, drospirenone or progesterone, respectively, as indicated (A). CV-1 cells stably transfected with the rAR and pMMTV-CAT were treated with 0.5 nmol/l R1881 and, in addition, with increasing amounts of either the antiandrogen cyproterone acetate or the progestins drospirenone and progesterone, respectively as indicated (B). After 48 hrs cells were harvested and duplicate dishes were assayed for CAT activity.[31] The amount of protein extract used for the CAT assay was 20 μg. CAT activity is either shown as percent conversion from chloramphenicol to acetylated chloramphenicol (A) or was calculated relative to the induction of CAT activity obtained by treating the cells with 0.5 nmol/l R1881 in the absence of antiandrogen or progestins (= 100% relative CAT activity, *dashed line;* B). CAT activity in duplicate dishes varied by <1%.

mixed, incubated at room temperature for 5 min and added to the washed cells. After 5 h the transfection solution was replaced by 6 ml DMEM supplemented with 10% FCS.

To study the effect of hormones, transiently transfected cells were trypsinized, pooled and replated onto 60 mm dishes at a density of $4.5 \times 10^5$ per dish 24 h after transfection. Stably transfected cells were seeded onto 6-well dishes ($1 \times 10^5$ cells/dish). Cells were cultured in medium supplemented with 3% charcoal stripped FCS and the appropriate hormones for 48 h. As negative control for reporter gene induction cells were cultured in 1% ethanol (EtOH).

Transactivation assays with transiently or stably transfected cells were carried out at least three times. In FIGURES 1A, 1B, 2A, 2B, 3A and 3B below data from one representative experiment are shown.




**FIGURE 2.** Glucocorticoid receptor-mediated CAT induction (A) and CAT inhibition (B). CV-1 cells transiently transfected with the hGR and pMMTV-CAT were cultured either in the absence (EtOH control) or presence of increasing amounts of dexamethasone (DEX), drospirenone or progesterone, respectively as indicated (A). CV-1 cells transiently transfected with the hGR and pMMTV-CAT were treated with 1 nmol/l dexamethasone and, in addition, with increasing amounts of either the antiprogestin RU 486 or the progestins drospirenone and progesterone, respectively, as indicated (B). Determination and calculation of CAT activity was carried out as described in FIGURE 1.

### *CAT Assay*

Transiently or stably transfected cells were disrupted by freezing (EtOH/dry ice bath) and thawing (37°C water bath) three times. Protein concentrations of the cell extracts were determined according to the procedure of Bradford.[30] The CAT assay was performed as described by Gorman *et al.*[31]

## *Progestogenic Activity of Drospirenone* In Vivo

### *Endometrial Transformation Test in the Rabbit*

Juvenile New Zealand White rabbits weighing about 1.2 kg were ovariectomized. Beginning 7 days later, they were treated s.c. or p.o. for 6 consecutive days with 5 µg/animal 17β-estradiol (n = 5 to 6 animals/group). This was followed by 5 days' treatment with a daily dose of 0.1, 0.3, or 1 mg/animal drospirenone, 0.01, 0.03, or

Case 1:17-mc-02767-PAE-JLC Document 130-26 Filed 03/15/18 Page 7 of 26






**FIGURE 3.** Mineralocorticoid receptor-mediated CAT induction (A) and CAT inhibition (B). COS-1 cells transiently transfected with the hMR and pMMTV-CAT were cultured either in the absence (EtOH control) or presence of increasing amounts of aldosterone, drospirenone or progesterone, respectively, as indicated (A). COS-1 cells transiently transfected with the hMR and pMMTV-CAT were treated with 10 nmol/l aldosterone and, in addition, with increasing amounts of either the antimineralocorticoid ZK 91 587 or the progestins drospirenone and progesterone, respectively, as indicated (B). Determination and calculation of CAT activity was carried out as described in FIGURE 1.

0.1 mg/animal levonorgestrel, or 3, 10, or 30 mg/animal spironolactone as reference. The animals were sacrificed on the day following completion of treatment. Uterine horns were dissected and examined histologically after hematoxylin-eosin staining.

Progestational (secretory) transformation of the endometrium was assessed in histological preparations according to a modified McPhail-scale (rating grades 1-4; 1 = no action; 4 = complete transformation; see Ref. 19). The dose that results in a McPhail-value of 1.5 as group average was considered to represent the threshold value.

### *Inhibition of Ovulation in the Cyclic Rat*

Rats with regular 4-day cycles were treated for 4 consecutive days with 0.3, 1, 3, or 10 mg/animal/day drospirenone (6 animals per dose), beginning in metestrus. Unilateral ovariectomy and tubectomy were carried out under ether narcosis on the fourth day. Crush preparations were prepared from the tubes and examined by light

microscopy for the presence of oocytes. On the fifth day, the animals were sacrificed, the remaining tube was removed and investigated as described above. The percentage of animals in which ovulation was inhibited on the fourth and/or fifth day was determined in the individual dosage groups.

*Maintenance of Pregnancy in Ovariectomized Rats*

Female rats (Moellegard Breeding Center Ltd., Denmark) weighing 200-230 g were mated. The presence of sperm in vaginal smears was considered day 1 of pregnancy. The animals were ovariectomized on day 8 p.c. and treated with estrone (1 μg/animal s.c.) and either drospirenone or cyproterone acetate (s.c. or p.o.). The progestogens were given s.c. in doses of 0.1, 1, 3, or 10 mg/animal/day; 10 animals per dose). The oral doses were 1 × 3 mg every 24 hrs, 2 × 1.5 mg every 12 hrs, 3 × 1 mg every 8 hrs or 6 × 0.5 mg every 4 hrs in 0.5 ml vehicle. Treatment was started on day 8 p.c. 2 hrs before ovariectomy and continued for 4 consecutive days (days 8-11 p.c.). Animals were sacrificed one day after the last treatment (day 12 p.c.). The degree of maintenance was calculated by dividing the number of live fetuses by the total number of implantation sites in the left uterine horn (given in %). Fetuses with beating hearts were regarded as alive. The absence of implantation sites (castrated controls) was defined as 0% pregnancy maintenance.

*Antigonadotropic Effect in Male Cynomolgus Monkeys*

Male cynomolgus monkeys *(Macaca fascicularis)* were treated with 4 mg drospirenone/kg/day p.o. or 40 mg spironolactone/kg/day p.o. on days 5, 7, 10, 12 and 14 (5 animals/group) of the experiment. Blood samples were drawn before (days 1 and 3) and 24 hrs after each treatment. Serum testosterone was determined by radioimmunoassay (S. Hasan, unpublished).

### *Anabolic/Androgen Test in the Castrated Rat*

Juvenile male rats (HAN:WIST) weighing about 100 g were castrated. Beginning seven days after castration, they received s.c. injections of 10 mg drospirenone/animal/day or 0.1 mg testosterone propionate/animal/day on 12 days within two weeks (n = 6 animals/group). Animals were sacrificed on the day after the last treatment and the fresh weights of seminal vesicles, prostate and M. levator ani were determined. For evaluation, organ weights were normalized to 100 g body weight. The mean value and standard deviation were calculated for each group. The differences between the groups were tested for statistical significance by multiple variance analysis.

### *Antiandrogenic Activity of Drospirenone*

*Antiandrogen Test in the Castrated Male Rat*

Juvenile male rats (HAN:WIST) weighing about 100 g were castrated. Beginning 7 days after castration, groups of 6 animals were treated subcutaneously with drospire-

none or cyproterone acetate as a reference compound at doses of 0.1, 0.3, 1, 3, or 10 mg/animal/day together with 0.1 mg testosterone propionate (TP)/animal/day for 7 days. Controls received only the vehicle or TP. One day after the last treatment, the animals were sacrificed. The weights of the seminal vesicles and prostate were determined. In addition, the weight of the adrenal glands and the body weight were recorded. All organ weights were normalized to mg/100 g body weight. Data were evaluated by plotting the percentage inhibition of organ weight against the corresponding dose whereby the TP controls were set at 100%. Statistical evaluation was carried out with a least significance (LSD) test to compare the TP control with the various treatment groups. In case of significance, this test was followed by pair-wise *t* tests using the mean square for error.

### *Sexual Differentiation (Feminization/Virilization Test)*

Pregnant rats were treated s.c. with drospirenone (0.1, 0.3, 1, 3, or 10 mg/animal/day) or cyproterone acetate (0.1, 0.3, 1, 3, or 10 mg/animal/day) on days 17 to 20 p.c. Day 1 of pregnancy was identified by the presence of sperm in the vaginal plug. Six mother animals were treated in each dosage group. The vehicle control group consisted of 12 animals. The animals were sacrificed on day 23 p.c. For morphological evaluation, the fetuses were fixed in Bouin solution. For histological studies, a 2-3-mm slice was cut out of the middle of the fetuses and embedded in paraffin. Sexual differentiation was assessed in serial sections through the internal sexual organs as well as through the urogenital sinus (UGS) after hematoxylin-eosin staining. Qualitative parameters taken were the type of perineal region, the presence of ventral glandar lamella and the presence of prostate anlagen. Quantitative parameters were the anogenital distance and the length of the UGS which were evaluated with a VIDEOPLAN system (MOP AM 02/HP9815A; Kontron, Japan). Mean and standard deviation were calculated for each group. In addition, multiple variance analysis was performed.

### ***Evaluation of Long-Term Antimineralocorticoid Activity in Female Rats***

Rats weighing 210-240 g were ovariectomized on day 1. From day 1 to 30 they were fed a low-sodium diet containing 0.014% sodium (Altromin 1324; Altromin GmbH, Germany). From day 9 to 29, groups of 6 animals were treated s.c. with drospirenone or spironolactone (1, 3, or 10 mg/animal/day). Ten animals treated with vehicle served as controls. Urine was collected for 24 hrs on days 9, 10, 12, 16, 19, 23, 26 and 30. Thereafter the animals were sacrificed. Blood samples from the retrobulbar plexus were taken under ether narcosis at 8:00 a.m. on day 5 (pretreatment) and day 30 (one day after the last treatment). Then urine concentration of sodium and potassium ions was determined by flame photometry. Serum aldosterone was determined with a commercial radioimmunoassay (Biermann, Germany). Treatment effects were evaluated against the control with the Dunnet test. In cases of an overall significant difference pairwise comparison between individual treatment and control groups was carried out with the Wilcoxon test. Sodium and urine excretion was evaluated by area under the curve (AUC) analysis (Kruskal-Wallis test).

### *Glucocorticoid/Antiglucocorticoid Activity in Rats*

*Adrenal Weight Stimulation Test*

Female SPF-Wistar rats (Schering AG, Berlin) weighing 240 g were treated with 5 mg drospirenone/animal p.o. or s.c. or vehicle on 36 days within six weeks. The animals were sacrificed on the day after the last treatment and the adrenals were dissected. Their fresh weight was determined and normalized to 100 g body weight. For statistical evaluation multiple variance analysis was performed.

*Thymolytic/Antithymolytic Activity Test*

Juvenile male rats (HAN:WIST) weighing 100-130 g were obtained from Moellegard Breeding Center (Denmark). Animals were adrenalectomized on day 1 of the experiment and randomly assigned to the different dose regimens in groups of 7 to 10. To evaluate thymolytic effects, the animals were treated s.c. on days 6 to 9 with drospirenone (10 mg/animal/day), mifepristone (RU 486; 10 mg/animal/day), dexamethasone (0.01 mg/animal/day) or vehicle alone. Antithymolytic effects were evaluated by s.c. application of dexamethasone (0.01 mg/animal/day) and either the vehicle or one of the test compounds (drospirenone, mifepristone or cyproterone acetate at doses of 1, 3, or 10 mg/animal/day) on days 6 to 9. The animals were sacrificed on day 10. Thymus wet weights were determined and normalized to 100 g body weight. Thymolysis experiments were evaluated by calculating the percentage suppression of the thymus weight (control = 100%). Antithymolysis experiments were evaluated by calculating the drug-induced inhibition of the dexamethasone-induced thymus weight suppression (given in %). Dexamethasone-induced thymus weight suppression was regarded as 100%. For statistical analysis the 95% confidence intervals were calculated using Fjeller's theorem.

### *Estrogenic Activity in Rats*

Rats (HAN:WIST; Moellegard Breeding Center, Denmark) weighing between 200 and 230 g were ovariectomized on day 1. On day 10, the animals received a single dose of drospirenone (10 mg/animal) or 17β-estradiol (0.1 μg/animal). Vaginal smears were investigated by light microscopy 48, 54 and 72 hrs after treatment. The animals were sacrificed immediately thereafter. Autopsy was performed and uterine wet and dry weight was determined.

## RESULTS

### *Receptor Binding Studies*

The receptor binding profile of drospirenone was found to be qualitatively very similar to that of progesterone (TABLE 1). Drospirenone binds to the rabbit PR with high affinity (RBA value: 40%). The RBA value of progesterone is slightly higher

TABLE 1. Relative Binding Affinities (RBA) of Drospirenone and Progesterone to the Steroid Hormone Receptors[a]

| | Relative Binding Affinity (RBA, %) | | | | |
|---|---|---|---|---|---|
| Progestogen | PR (Rabbit) | AR (Rat) | GR (Rat) | MR (Rat) | ER (Rat) |
| Drospirenone | 40 | 0.6 | 1 | 100 | n.c. |
| Progesterone | 100 | 1.4 | 11 | 100 | n.c. |

[a] The reference compounds were progesterone for the PR, R 1881 for the AR, dexamethasone for the GR, aldosterone for the MR, and 17β-estradiol for the ER. The RBA value for the reference compounds was arbitrarily designated 100%. n.c.: no competition.

(100%). Both progestogens show low affinity to the rat prostate AR as documented by the 0.6% RBA values for drospirenone and 1.4% for progesterone, respectively. The 11% RBA value of progesterone indicates considerable affinity to the rat GR, whereas drospirenone has only low binding affinity (RBA value: 1%). Drospirenone and the reference compound aldosterone bind to the MR with high affinity (RBA value: 100%); the RBA value of progesterone is even higher (200%). Neither drospirenone nor progesterone shows measurable affinity to the rat ER.

### *Transactivation Assays*

Since drospirenone besides binding to the PR shows affinity to the AR, the GR and the MR, the effects of this progestogen on AR-, GR- and MR-mediated induction of transcription were investigated, in order to obtain additional information about its pharmacodynamic profile and the molecular mechanism of action. The effects of drospirenone on receptor-mediated reporter gene transcription were compared with those of progesterone.

To determine the androgenic or antiandrogenic activity of drospirenone, steroid receptor-free CV-1 cells, stably transfected with the rat AR (rAR) and a reporter plasmid containing the mouse mammary tumor virus promoter (pMMTV-CAT) were used.[11] AR-mediated agonistic activity was investigated by treating these cells with increasing amounts of either drospirenone or progesterone, as illustrated in FIGURE 1A. As a positive control for AR-mediated reporter gene induction, cells were cultured in the presence of the synthetic androgen R1881. To study AR-mediated inhibition of reporter gene induction, cells were treated with 0.5 nmol/l R1881 and, in addition, with increasing amounts of either drospirenone or progesterone. The antiandrogen cyproterone acetate was used as positive control for reporter gene inhibition. As shown in FIGURE 1A, neither drospirenone nor progesterone showed any androgenic activity. On the other hand, both drospirenone and progesterone strongly inhibited androgen-dependent transcription in a dose-dependent manner, progesterone being the somewhat more potent antiandrogen (FIG. 1B).

CV-1 cells transiently transfected with the human GR (pHGO) and pMMTV-CAT served to determine the glucocorticoid and antiglucocorticoid action of drospire-

none and progesterone. Transiently transfected CV-1 cells were treated with dexamethasone (DEX) as a positive control for GR-mediated reporter gene transcription (FIG. 2A). The antiprogestin RU 486, which is known to exhibit antiglucocorticoid activity, was used as a positive control for CAT inhibition (FIG. 2B). Unlike drospirenone, which was devoid of glucocorticoid activity, progesterone showed weak glucocorticoid action (FIG. 2A). Both compounds were weak antagonists of GR-mediated transcription (FIG. 2B).

Finally, mineralocorticoid and antimineralocorticoid activity of drospirenone and progesterone was investigated by transiently transfecting the human MR (pRShMR) and pMMTV-CAT into COS 1 cells. As a positive control for MR-mediated CAT induction, the transiently transfected COS 1 cells were cultured in the presence of the mineralocorticoid aldosterone (FIG. 3A). As a positive control for reporter gene inhibition, the antimineralocorticoid ZK 91587 was used (FIG. 3B). Both drospirenone and progesterone weakly induced reporter gene activation (FIG. 3A). In addition, both compounds strongly inhibited the aldosterone-induced CAT activity (FIG. 3B). These data illustrate the prominent antimineralocorticoid activity of the two progestogens.

### *Investigations into the Progestogenic Activity of Drospirenone* In Vivo

The progestogenic potency of drospirenone was analyzed and compared to that of other progestogens in a variety of animal models in different species.

#### *Endometrial Transformation Test in the Rabbit*

Following subcutaneous and oral administration of a daily dose of 0.3 mg drospirenone/animal (corresponding to approx. 0.25 mg/kg/day) over 5 days, a marked transformation of the endometrium was detected.[18]

In the dose range from 0.1 to 0.3 mg/animal s.c. (corresponding to approx. 0.08–0.25 mg/kg/day s.c.), endometrial reactions occurred at the threshold level (McPhail value of 1.5; see Ref. 19). Thus the progestogenic potency of drospirenone in the rabbit is in the range of that of norethisterone acetate (see Ref. 20). The relative progestational potency of drospirenone in comparison to that of various other progestogens is given in TABLE 2.

#### *Inhibition of Ovulation in Rats*

Upon s.c. application to rats, drospirenone inhibited spontaneous ovulation in the rat with an $ID_{50}$ in the dose range of 0.3 to 1.0 mg/animal/day (corresponding to approx 2.1 to 7.0 mg/kg/day; see TABLE 3). This suggests that the antiovulatory potency of drospirenone is of the same order as that of norethisterone acetate (see Ref. 18). Qualitatively similar results have been obtained in mice.

Upon p.o. application to cyclic rats, drospirenone inhibited ovulation at doses above 0.3 mg/animal/day, the half-maximal effect being reached at 1 mg/animal/day. Under these conditions, drospirenone is about a third as potent as cyproterone acetate (CPA).

TABLE 2. Efficacy of Various Progestogens in the Endometrial Transformation Test in the Rabbit[a]

| Compound | Threshold Dose (mg/Animal s.c.) |
|---|---|
| Drospirenone | 0.1-0.3 |
| Levonorgestrel | 0.01-0.03 |
| Norethisterone acetate[b] | 0.03-0.1 |
| Cyproterone acetate[b] | 0.003-0.01 |
| Progesterone[b] | ~0.5 |
| Spironolactone | 10-20 |

[a] Ovariectomized juvenile rabbits were treated with estrone and different doses of the various progestogens. Histological evaluation was performed as described under Methods. N = 6 to 8 animals/group.
[b] Taken from Ref. 20.

### *Maintenance of Pregnancy in Rats*

Progestogen substitution in combination with an appropriate dose of estrone leads to maintenance of an existing pregnancy in ovariectomized rats.

The pregnancy maintenance rate in rats was 95.7% with a 4-day subcutaneous application of 10 mg drospirenone (corresponding to about 50 mg/kg/day s.c.). In this test, drospirenone was as effective as subcutaneously administered cyproterone acetate (see FIG. 4 and Ref. 10). Qualitatively similar results have been obtained in mice.

After p.o. application to ovariectomized pregnant rats, drospirenone also efficiently maintained pregnancy (82.9% maintenance) with a split dose of 0.5 mg/animal 6 times a day. Application of a single dose (1 × 3 mg/animal/day) had no

TABLE 3. Inhibition of Ovulation in the Rat[a]

| Substance | $ED_{50}$ (mg/Animal/ Day s.c.) |
|---|---|
| Drospirenone | 0.3-1.0 |
| Levonorgestrel | 0.01-0.03 |
| Norethisterone acetate[b] | ~0.3 |
| Cyproterone acetate[b] | 1-3 |
| Progesterone[b] | ~3 |

[a] Groups of animals with regular cycles were treated with different doses of drospirenone, beginning in metestrus. Fallopian tubes were inspected for the presence of oocytes on the fourth (unilateral ovariectomy) and fifth day (second ovary) of treatment. The absence of oocytes on both day 4 and 5 was regarded as inhibited ovulation. N = 6 animals/group.
[b] Taken from Ref. 20.




**FIGURE 4.** Maintenance of pregnancy in ovariectomized rats. Pregnant rats were ovariectomized and treated s.c. for four consecutive days (days 8 to 11 of pregnancy) with 1 μg estrone and various doses of drospirenone or cyproterone acetate. Pregnancy maintenance was expressed as the percentage of live fetuses as compared to the number of implantation sites in the left uterine horn. N = 6 animals/group.

effect. This is presumably due to the short half-life but high bioavailability of the compound which has been demonstrated in rats (data not shown).

### *Antigonadotropic Effect of Drospirenone in Adult Male Cynomolgus Monkeys*

In cynomolgus monkeys, orally applied drospirenone (4 mg/kg/day on five days) showed strong antigonadotropic activity. There was a significant reduction of serum testosterone (FIG. 5) and LH levels (not shown) as compared to vehicle controls. In this respect, drospirenone was considerably more potent than spironolactone at a dose of 40 mg/kg/day p.o. This result clearly demonstrates that the progestogenic potency of drospirenone is distinctly higher than that of spironolactone.

### *Anabolic/Androgenic Effect in the Rat*

Castrated male rats were treated with drospirenone (10 mg/animal/day, corresponding to about 100 mg/kg/day) for 12 days (TABLE 4). The treatment had no significant effect on the weight of the seminal vesicles and prostate. The reference




**FIGURE 5.** Antigonadotropic effect (testosterone reduction) of drospirenone and spironolactone in mature male cynomolgus monkeys. Animals were treated p.o. with drospirenone or spironolactone on days 5, 7, 10, 12, and 14 of the experiment. Blood samples were drawn 24 hrs after the foregoing treatment. Serum testosterone levels were determined by radioimmunoassay. Pretreatment values were obtained on days 1 and 3. N = 5 animals/group.

TABLE 4. Effect of Drospirenone and Testosterone Propionate on the Weight of Androgen-Dependent Organs in Castrated Male Rats (Anabolic/Androgen Test, s.c.)[a]

| | Drospirenone | Testosterone Prop. | Controls (Vehicle) |
|---|---|---|---|
| Dose (mg/animal/day) | 10.0 | 0.1 | – |
| Body Weight (g) | | | |
| Start | 100 ± 1.2 | 99 ± 0.8 | 99 ± 2.0 |
| End | 163 ± 1.7 | 183 ± 4.0 | 171 ± 2.3 |
| Organ weight (mg/100 g BW; mean ± SD) | | | |
| Seminal vesicles | 6 ± 0.2 | 86 ± 5.5[b] | 4 ± 0.2 |
| Prostate | 16 ± 0.8 | 125 ± 9.5[b] | 12 ± 0.9 |
| Adrenals | 30 ± 0.7 | 41 ± 6.6 | 36 ± 1.3 |

[a] Juvenile male rats were castrated. Beginning seven days later they received s.c. injections of 10 mg drospirenone or 0.1 mg testosterone propionate 12 times within 14 days. The weight of the accessory sex organs and the adrenals was determined and normalized to 100 g body weight. N = 6 animals/group.
[b] Differs significantly from the controls ($p < 0.05$).

substance testosterone propionate caused a marked increase in the weight of the accessory sex organs (seminal vesicles, prostate) at a dose of 0.1 mg/animal/day s.c. (corresponding to approx. 1.0 mg/kg/day s.c.). Thus, drospirenone did not show any androgenic properties in rats.

### *Antiandrogenic Activity of Drospirenone*

#### *Antiandrogenic Effect in Castrated, Testosterone-Substituted Rats*

Androgen substitution maintains the function of the accessory sex glands in castrated animals in a dose-dependent manner. Substances with antiandrogenic properties inhibit this effect.

Like cyproterone acetate, drospirenone (0.1 to 10 mg/animal/day s.c. corresponding to about 1 to 100 mg/kg/day administered for 7 days) caused a distinct dose-dependent inhibition of the growth of the seminal vesicles and the prostate (FIG. 6A and B) induced by concurrent administration of testosterone propionate (0.1 mg/animal/day s.c.). In this test, drospirenone was about a third as antiandrogenic as cyproterone acetate.

Similarly, upon p.o. application to castrated and testosterone propionate-treated male rats, both cyproterone acetate and drospirenone induced a dose-dependent reduction of seminal vesicle and prostate weight (data not shown). At the highest dose tested (10 mg/animal/day), cyproterone acetate and drospirenone inhibited the testosterone




**FIGURE 6.** Antiandrogenic effect of drospirenone in castrated rats. Juvenile male rats were castrated. Beginning seven days later they were substituted with testosterone propionate (0.1 mg/animal/day) and treated for 7 days with vehicle alone or different doses of drospirenone or cyproterone acetate as described under Methods. Relative organ weight was obtained by normalizing the wet weight to 100 g body weight. (**A**) Reduction of seminal vesicle weight; (**B**) Reduction of prostate weight. N = 6 animals/group.

stimulated growth of seminal vesicles by 93.8% and 79.6%, respectively. Prostate growth was inhibited by 87.0% and 74.5%, respectively.

*Effect on Sexual Differentiation (Feminization/Virilization Test in the Rat)*

Treatment of pregnant animals with androgenic substances in the vulnerable phase of sexual differentiation leads to development of a number of internal and external genital organs in a masculine direction in female fetuses (virilization). In male fetuses, on the other hand, exposure to antiandrogens which overcome the physiological function of testicular androgens, leads to female differentiation of external and internal genitalia. Most sensitive to hormone effects are the external genitalia and the urogenital sinus (UGS; Ref. 14).

Investigation of male fetuses showed that subcutaneous administration of drospirenone to pregnant rats (3 and 10 mg/animal/day from the 17th to the 20th day of pregnancy) led to a decrease in anogenital distance and to a shortening of the UGS (TABLE 5). CPA (3 and 10 mg/animal/day) had a more pronounced effect on the anogenital distance and a significant effect on the UGS length was already found at a dose of 1 mg/animal/day. Drospirenone and CPA were also observed to have a feminizing effect on the prostate anlage, the perineal region and the ventral glandar lamella; CPA proved to be more potent in this respect. No effect on the internal genitalia (gonads, gonoducts, *descensus testis*) was found with either compound. In conclusion, the feminizing activity of drospirenone on male rat fetuses was a third to a tenth as pronounced as that of CPA, depending on the target organ.

Neither drospirenone nor cyproterone acetate had any masculinizing effect on female fetuses as the two compounds are devoid of androgenic activity (data not shown).




**FIGURE 7.** Effect of repeated application of drospirenone and spironolactone on the urinary $Na^+/K^+$ excretion ratio in ovariectomized rats. Female rats were ovariectomized on day 1. The animals were treated daily with drospirenone or spironolactone from day 9 to 29. Urine was collected for 24 hrs on days 9, 10, 12, 16, 19, 23, 26, and 30. Sodium and potassium levels were determined by flame photometry. N = 6 animals/group except for vehicle control (n = 12 animals/group).

### *Evaluation of Long-Term Antimineralocorticoid Activity of Drospirenone in Female Rats*

A single dose of drospirenone has already been shown to have a potent natriuretic effect in rats.[1] Specifically, it was about eight to ten times as powerful as spironolactone. The investigations reported here explored the persistence of the antimineralocorticoid effect on repeated application to ovariectomized rats.

Ovariectomized rats were treated for 21 days with various doses of drospirenone or spironolactone (0.1, 1, or 10 mg/animal/day). Drospirenone was more potent than spironolactone in increasing the $Na^+/K^+$ excretion rate on the first day of treatment (Fig. 7). However, as judged from the increased serum aldosterone levels at the end of the experiment (Fig. 8), counterregulation was induced by both the compounds. This may well explain the rapid regression of the antimineralocorticoid effect of spironolactone after the initial treatment phase and the smaller reduction found with drospirenone. A dose of 10 mg drospirenone/animal/day resulted in sustained stimulation of the $Na^+/K^+$ excretion ratio, however. Thus drospirenone is to be regarded as a long-term antimineralocorticoid on repeated application of 10 mg/animal/day.




**FIGURE 8.** Serum aldosterone concentration in ovariectomized rats before (day 5) and after (day 30) a 21 days' treatment (s.c.) with drospirenone or spironolactone. Animals were treated from day 9 to day 29; M ± SD: mean ± standard deviation.

### *Glucocorticoid and Antiglucocorticoid Activity*

The adrenal gland is very sensitive to changing ACTH levels. Glucocorticoids, which inhibit ACTH secretion, lead to a progressive loss in organ weight. Adrenal weight is stimulated by treating the animal with antiglucocorticoids.

Gluco- and antiglucocorticoid activity was assessed by six weeks' application of 5 mg drospirenone/animal/day s.c. or p.o. to intact male rats. No change in adrenal weight was to be observed (for comparison see adrenal weight data in TABLE 4), which indicates that drospirenone is devoid of gluco- and antiglucocorticoid activity.

Another sensitive assay of gluco-/antiglucocorticoid activity is the regression of thymus weight in adrenalectomized juvenile rats. Application of drospirenone at a dose of 10 mg/day s.c. for four days did not show any significant suppression of thymus weight (TABLE 6), whereas thymus involution was stimulated considerably by dexamethasone at 0.01 mg/animal/day. This result confirms that drospirenone is devoid of glucocorticoid activity.

The antiglucocorticoid activity of drospirenone was also evaluated in comparison with mifepristone (RU 486) and CPA. Mifepristone caused a dose-dependent inhibition in dexamethasone-stimulated loss of thymus weight with an $ID_{50}$ of about 10 mg/animal/day s.c. (FIG. 9). Drospirenone produced 9.8% inhibition at a dose of 10 mg/animal/day and in this respect was comparable to CPA. The antiglucocorticoid activity of drospirenone can be seen to be negligible.

### *Evaluation of Estrogenic Activity*

The estrogenic activity of drospirenone was assessed using the Allen-Doisy test. Uterine wet and dry weight, which is increased by estrogenic compounds in a dose-dependent manner, was also analyzed. Drospirenone (10 mg/animal) produced no sign of estrogenic effects on the vaginal epithelium. A marginal stimulation of rat uterine wet but not dry weight was noted (TABLE 7). In contrast, 17β-estradiol induced a full vaginal reaction and a distinct increase in uterine wet and dry weight. These data indicate that drospirenone has no estrogenic activity.

### *Comparison of Progesterone's and Drospirenone's Pharmacodynamic Profile with That of Various Other Progestogens*

There are presently two main classes of synthetic progestogens in therapeutic use: hydroxyprogesterone acetate derivatives (medroxyprogesterone acetate, cyproterone acetate etc.) and nortestosterone derivatives (norethisterone, levonorgestrel etc.). While in recent years newly developed progestogens mostly represented variations on a classical theme, namely, norethisterone, drospirenone represents a completely novel type of progestogen: it is the only compound that combines all the pharmacodynamic properties of progesterone: progestogenic, antimineralocorticoid and antiandrogenic activity occur within a very similar dose range. The pharmacodynamic properties of some widely used progestogens are compared with those of drospirenone and progesterone in TABLE 8.

TABLE 5. Effect of Drospirenone and Cyproterone Acetate on the Urogenital Sinus and the External Genital Organs in Male Rat Fetuses (Feminization/Virilization Test s.c.)[a]

| | | | Urogenital Sinus | | | | | External Genital Organs | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Length | | Prostate Anlage (%) | | | Anogenital Distance | | Presence of the Ventral Glandar Lamella (%) | | |
| Substance | Dose (mg/ Animal/ Day s.c.) | n | in mm (x ± SD) | Feminization vs Controls | e | ne | nep | in min (x ± SD) | Feminization vs Controls | e | ne | nep |
| Drospirenone | 0.1 | 12 | 4.9 ± 0.3 | 11.4% | 100 | | | 2.3 ± 0.3 | 14.9% | 100 | | |
| | 0.3 | 9 | 4.9 ± 0.2 | 9.3% | 100 | | | 2.5 ± 0.3 | 4.4% | 77.8 | 11.1 | 11.1 |
| | 1.0 | 12 | 4.9 ± 0.3 | 9.9% | 100 | | | 2.5 ± 0.3 | 1.5% | 83.3 | 16.7 | |
| | 3.0 | 13 | 4.3 ± 0.6[b] | 30.7%[b] | 92.3 | 7.7 | | 2.0 ± 0.3[b] | 35.3%[b] | 7.7 | 84.6 | 7.7 |
| | 10.0 | 13 | 3.2 ± 0.8[b] | 72.4%[b] | 53.8 | 46.2 | | 1.5 ± 0.4[b] | 67.6%[b] | | 100 | |
| Cyproterone acetate | 0.1 | 11 | 4.8 ± 0.3 | 13.7% | 100 | | | 2.3 ± 0.2 | 16.5% | 45.5 | 27.2 | 27.3 |
| | 0.3 | 12 | 5.0 ± 0.5 | 5.8% | 100 | | | 2.4 ± 0.2 | 8.2% | 25.0 | 66.7 | 8.3 |
| | 1.0 | 14 | 4.6 ± 0.3[b] | 20.7%[b] | 71.4 | 28.6 | | 2.2 ± 0.3 | 19.8% | 21.4 | 71.4 | 7.2 |
| | 3.0 | 12 | 4.0 ± 0.5[b] | 42.6%[b] | 66.7 | 25.0 | 8.3 | 1.8 ± 0.4[b] | 49.3%[b] | | 100 | |
| | 10.0 | 16 | 2.7 ± 0.3[b] | 87.1%[b] | 31.3 | 62.5 | 6.2 | 1.3 ± 0.2[b] | 77.9%[b] | | 100 | |
| Vehicle control | 0.2 ml | 18 | 5.2 ± 0.3 | | 94.4 | | 5.6 | 2.6 ± 0.4 | | 83.3 | 11.1 | 5.6 |

[a] Abbreviations: e, existent; n, number of fetuses; ne, nonexistent, nep, no evaluation possible; SD, standard deviation.
[b] Significant difference ($p < 0.05$) between treatment and control group.

TABLE 6. Suppression of Thymus Weight Induced by Drospirenone and Mifepristone in Comparison with Dexamethasone after Four Days' Treatment of Adrenalectomized Juvenile Male Rats[a]

| | Treatment (mg/Animal) | Relative Thymus Weight (mg/100 g Body Weight) | % Suppression as Compared with Control |
|---|---|---|---|
| Control | vehicle | 358 ± 56 | – |
| Drospirenone | 10 | 350 ± 61 | 2.2 |
| Mifepristone | 10 | 306 ± 24 | 14.4[b] |
| Dexamethasone | 0.01 | 81 ± 13 | 77.4[b] |

[a] Weight values are given as mean ± SD. N = 7 to 10 animals/group.
[b] Significant difference vs control.




**FIGURE 9.** Inhibition of dexamethasone induced thymus involution. Adrenalectomized juvenile male rats were substituted with dexamethasone and treated for four days with drospirenone, cyproterone acetate or mifepristone as described under Methods. Thymus wet weight was determined and normalized to 100 g body weight. N = 7 animals/group except for dexamethasone treatment (n = 10).

TABLE 7. Uterine Weight and Vaginal Reaction of Rats after Treatment with Drospirenone and 17β-Estradiol[a]

| Treatment (s.c.) | Dose | Relative Uterus Weight | | Vaginal Reaction |
|---|---|---|---|---|
| | | Wet | Dry | |
| Control | – | 49.3 ± 4.3 | 10.0 ± 0.9 | no |
| Drospirenone | 10 mg | 62.6 ± 6.7 | 10.7 ± 1.2 | no |
| Estradiol | 1 μg | 115 ± 6.3 | 17 ± 1.8 | yes |

[a] Weight values are given as mean ± SD. N = 6 animals/group.

TABLE 8. Pharmacodynamic Properties of Various Progestogens[a]

| Compound | Progestogenic Activity | Glucocorticoid Activity | Androgenic Activity | Antiandrogenic Activity | Antimineralocorticoid Activity |
|---|---|---|---|---|---|
| Progesterone | + | − | − | + | + |
| Drospirenone | + | − | − | + | + |
| Cyproterone acetate | + | (+) | − | + | − |
| Medroxyprogesterone acetate | + | − | + | − | − |
| Norethisterone | + | − | + | − | − |
| Levonorgestrel | + | − | + | − | − |
| Desogestrel | + | − | + | − | − |
| Gestodene | + | − | + | − | (+) |
| Norgestimate | + | − | + | − | − |

[a] (+): negligible activity at therapeutic doses.

## DISCUSSION

The experimental data reveal that drospirenone is a compound with progestogenic (rabbit, rat, monkey), antiandrogenic (rat, monkey; transactivation experiments *in vitro*) and aldosterone antagonistic (rat; transactivation experiments *in vitro*) activity.

Drospirenone binds to the progesterone receptor with high affinity (RBA = 40%; progesterone = 100%; see also Ref. 12). Its progestogenic activity was evaluated in a variety of animal models. The results obtained in the rat (maintenance of pregnancy) and in the rabbit (endometrial transformation) suggest a relative progestational potency of the same order as that of norethisterone acetate. Drospirenone also shows antigonadotropic activity; its antiovulatory potency in the rat was found to be comparable to that of norethisterone acetate (for comparison see Ref. 18).

Drospirenone binds to the androgen receptor with low affinity (RBA = 0.6%; R 1881 = 100%). Drospirenone has no androgenic activity *in vitro* as was demonstrated by a lack of stimulation of androgen receptor-driven gene transcription in a cell line stably transfected with the androgen receptor and a reporter gene. Similar results were obtained *in vivo:* treatment of castrated male rats with drospirenone had no influence on the weight of the accessory sex organs (seminal vesicles, prostate). Moreover, the compound had no recognizable virilization effect on the process of sexual differentiation of female rat fetuses. These results demonstrate that drospirenone is devoid of any androgenic activity.

The antiandrogenic effect of drospirenone was investigated in a transactivation assay *in vitro.* Inhibition of the androgen receptor-induced reporter gene activity was dose dependent. The $IC_{50}$ of drospirenone was somewhat higher than that of cyproterone acetate or progesterone. *In vivo,* antiandrogenic activity was demonstrated by inhibition of androgen-stimulated growth of the accessory sexual organs (seminal vesicles, prostate) in testosterone-substituted, castrated male rats. The potency of drospirenone *in vivo* was found to be about a third that of cyproterone acetate on s.c. application. The results obtained *in vivo* together with the data concerning inhibition of androgen-stimulated transactivation *in vitro* imply that the antiandrogenic activity of drospirenone is based on a functional blockade of the androgen receptor.

Drospirenone also showed antiandrogenic activity in rats upon oral application of a daily dose of 3 to 10 mg/animal. This contrasts with the results obtained in the maintenance of pregnancy test, where the dose had to be split into six applications per day in order to obtain maximal activity. These divergent results are probably due to the relatively short half-life (but high bioavailability; data not shown) of drospirenone in rats. Whereas maintenance of pregnancy apparently requires continuously high blood levels, the occurrence of antiandrogenic effects is less affected by the pharmacokinetics of drospirenone in this species.

Drospirenone induced feminization in male fetuses following treatment of pregnant rats at a dose of 3 mg/day during the vulnerable period of sexual differentiation. This is a property it has in common with all potent antiandrogens.[14,16] Consistent with the antiandrogenic potencies of the two compounds, drospirenone was about a third to a tenth as active in this respect as cyproterone acetate. Based on these data and taking into consideration the clinical experience with pharmacological preparations containing CPA, feminization of human fetuses at ovulation-inhibitory doses of drospirenone can be excluded.

Drospirenone binds to the mineralocorticoid receptor with high affinity (RBA = 100%; aldosterone = 100%). As shown here, the compound is a potent antimineralocorticoid *in vitro* and *in vivo.* This is an outstanding characteristic and has not been described for any other synthetic progestogen at therapeutically relevant doses. The natural hormone progesterone, however, exhibits this activity (Refs. 5-9 and data shown here). The antimineralocorticoid properties of drospirenone and progesterone were demonstrated in transactivation studies *in vitro* where both compounds potently antagonized aldosterone-induced reporter gene activation. Progesterone was somewhat more potent in this respect. Some weak aldosterone agonistic activity seen in the transactivation assay with both progesterone and drospirenone was not observed *in vivo* (data not shown). The antimineralocorticoid activity of drospirenone and progesterone has also been analyzed in the rat distal colon *in vitro,* where both compounds inhibited aldosterone-stimulated transepithelial sodium transport.[17] As was reported earlier,[1] short-term studies with adrenalectomized, aldosterone-substituted rats indicate that drospirenone stimulates sodium and water excretion in a dose-dependent manner. It is now shown that the compound also exhibits long-term antimineralocorticoid activity in rats upon daily treatment for 21 days with 10 mg/animal. Under these conditions, the compound stimulated the sodium/potassium excretion ratio over the entire treatment period while spironolactone became ineffective after the first or second application. This is probably due to the induction of counterregulation: the increased serum aldosterone levels observed under the treatment apparently completely overcame the natriuretic effect of spironolactone but not that of drospirenone.

Additional endocrine pharmacological investigations showed that drospirenone is devoid of estrogenic, glucocorticoid and antiglucocorticoid activity as can be seen from the absence of an influence on vaginal epithelial cornification in rats, adrenal weight changes in rats, and thymus regression in adrenalectomized, glucocorticoid-substituted rats, respectively.

Drospirenone is expected to act as a progestogen with aldosterone antagonistic and antiandrogenic properties in women. It has already been shown that drospirenone exhibits strong central and peripheral progestational activity in humans (Ref. 2 and Oelkers *et al.*, unpublished results) which renders the compound suitable for a variety of applications including oral contraception and hormone replacement therapy. Drospirenone has also been shown to exhibit antimineralocorticoid activity on oral application to women.[2]

Drospirenone's lack of androgenicity and its antiandrogenic activity suggest that it may have positive effects in women suffering from symptoms of androgenization such as acne and seborrhea. Its antimineralocorticoid activity is expected to result in reduced weight gain and in an amelioration of other side effects possibly related to estrogen-induced water retention, such as breast tension, nausea and headache, quite common complaints among women taking estrogens or OCs.

The absence of aldosterone antagonistic activity in the synthetic progestogens available today may also be connected with the discrete increase in blood pressure[21,22] that is observed in a number of OC users. A beneficial effect of drospirenone on blood pressure development is to be inferred from the results of a study involving 4 weeks' treatment of *spontaneously hypertensive rats* (SHR) with equipotent progestogen doses of drospirenone, progesterone, levonorgestrel and cyproterone acetate.

Whilst the last two compounds caused an increase, with drospirenone a slight reduction of blood pressure was registered.[23] In this respect the effect of drospirenone may best be compared with that of a slightly sodium-reduced diet.

In conclusion, drospirenone is a novel progestogen with antimineralocorticoid and antiandrogenic characteristics. It is devoid of androgenic, estrogenic, gluco- and antiglucocorticoid properties. Drospirenone thus exhibits an innovative pharmacological profile, which is more closely related to that of the natural hormone progesterone than is that of any other synthetic progestogen in use today. With such a profile drospirenone is expected to provide a number of additional health benefits both in OC users and hormone replacement therapy recipients.

## SUMMARY

Drospirenone (ZK 30595; 6β,7β,15β,16β-dimethylen-3-oxo-17α-pregn-4-ene-21,17-carbolactone) is a novel progestogen under clinical development. Drospirenone is characterized by an innovative pharmacodynamic profile which is very closely related to that of progesterone. Potential applications include oral contraception, hormone replacement therapy and treatment of hormonal disorders.

The pharmacological properties of drospirenone were investigated *in vitro* by receptor binding and transactivation experiments and *in vivo* in appropriate animal models.

In qualitative agreement with progesterone, the compound binds strongly to the progesterone and the mineralocorticoid receptor and with lower affinity to androgen and glucocorticoid receptors. There is no detectable binding to the estrogen receptor.

Steroid hormone agonistic and antagonistic activities of progesterone and drospirenone were compared in transactivation experiments. Individual steroid hormone receptors were artificially expressed together with a reporter gene in appropriate cell lines. Both hormones were unable to induce any androgen receptor-mediated agonistic activity. Rather, both progesterone and drospirenone distinctly antagonized androgen-stimulated transcriptional activation. Likewise, both compounds only very weakly activated the mineralocorticoid receptor but showed potent aldosterone antagonistic activity. Drospirenone did not induce glucocorticoid receptor-driven transactivation. Progesterone was a weak agonist in this respect.

Drospirenone exerts potent progestogenic and antigonadotropic activity which was studied in various animal species. It efficiently promotes the maintenance of pregnancy in ovariectomized rats, inhibits ovulation in rats and mice and stimulates endometrial transformation in the rabbit. Furthermore, drospirenone shows potent antigonadotropic, *i.e.*, testosterone-lowering activity in male cynomolgus monkeys. The progestogenic potency of drospirenone was found to be in the range of that of norethisterone acetate.

The majority of clinically used progestogens are androgenic. Drospirenone, like progesterone, has no androgenic but rather an antiandrogenic effect. This property was demonstrated in castrated, testosterone propionate substituted male rats by a dose-dependent inhibition of accessory sex organ growth (seminal vesicles, prostate). In this model, the potency of drospirenone was about a third that of cyproterone acetate.

Drospirenone, like progesterone, shows antimineralocorticoid activity, which causes moderately increased sodium and water excretion. This is an outstanding characteristic which has not been described for any other synthetic progestogen before. Drospirenone is eight to ten times more effective in this respect than spironolactone. The natriuretic effect was demonstrable for at least three weeks upon daily treatment of rats with a dose of 10 mg/animal.

Drospirenone is devoid of any estrogenic, glucocorticoid or antiglucocorticoid activity.

In summary, drospirenone, like progesterone, combines potent *progestogenic* with *antimineralocorticoid* and *antiandrogenic activity* in a similar dose range. Due to its innovative pharmacological profile, drospirenone is anticipated to give rise to a series of additional health benefits for both users of oral contraceptives and recipients of hormone replacement therapy.

## ACKNOWLEDGMENTS

The authors wish to thank R. Sonnemann for her expert secretarial work and C. Hegele-Hartung, M. Haberey and T. Perrott for their valuable contributions.

### REFERENCES


1. LOSERT, W., J. CASALS-STENZEL & M. BUSE. 1985. Progestogens with antimineralocorticoid activity. Arzneim. Forsch./Drug Res. **35:** 459-471.
2. OELKERS, W., V. BERGER, A. BOLIK *et al.* 1991. Dihydrospirorenone, a new progestogen with antimineralocorticoid activity: effects on ovulation, electrolyte excretion, and the renin-aldosterone system in normal women. J. Clin. Endocrinol. Metab. **73:** 837-842.
3. NEUMANN, F. 1968. Chemische Konstitution und pharmakologische Wirkung. *In* ed. Handbook of Exp. Pharmacology. Vol. 23, part 1: Die Gestagene. K. Junkmann, Ed. 680-1025. Springer Verlag. Berlin, Heidelberg, New York.
4. WAMBACH, G., J. R. HIGGINS, D. C. KEM & W. KAUFMANN. 1979. Interaction of synthetic progestagens with renal mineralocorticoid receptors. Acta Endocrinol. (Copenhagen) **92:** 560-567.
5. LANDAU, R. L., D. M. BORGENSTAL, K. LUGIBIHL & M. E. KASCHT. 1955. The metabolic effects of progesterone in man. J. Clin. Endocrinol. Metab. **15:** 1194-1215.
6. LANDAU, R. L. & K. LUGIBIHL. 1958. Inhibition of the sodium-retaining influence of aldosterone by progesterone. J. Clin. Endocrinol. Metab., **18:** 1237-1245.
7. LANDAU, R. L. & K. LUGIBIHL. 1961. The catabolic and natriuretic effects of progesterone in man. Recent Prog. Horm. Res. **17:** 249-292.
8. OELKERS, W., M. SCHÖNESHÖFER & A. BLÜMEL. 1974. Effects of progesterone and four synthetic progestagens on sodium balance and the renin-aldosterone system in man. J. Clin. Endocrinol. Metab. **39:** 882-890.
9. WAMBACH, G. & J. R. HIGGINS. 1979. Antimineralocorticoid action of progesterone. *In* Antihormones. M. K. Agarwal, Ed. 167-180. Elsevier North-Holland Biomedical Press. Amsterdam.
10. ELGER, W. & S. BEIER. 1982. Überlegungen zur Bedeutung unterschiedlicher hormonaler Wirkungsspektren von Gestagenen. *In* Aktuelle Aspekte der hormonalen Kontrazeption. J. Hammerstein, Ed. 9-27. Excerpta Medica. Amsterdam, Geneva, Princeton, Tokyo.
11. FUHRMANN, U., C. BENGTSON, G. REPENTHIN & E. SCHILLINGER. 1992. Stable transfection of androgen receptor and MMTV-CAT into mammalian cells: inhibition of CAT expression by antiandrogens. J. Steroid Biochem. Mol. Biol. **42:** 787-793.

12. Pollow, K., M. Jucherm, W. Elger, N. Jacobi, G. Hoffmann, & V. Möbus. 1992. Drospirenone (ZK 30595): a novel synthetic progestagen—characterization of binding to different receptor proteins. Contraception **46:** 561-574.
13. Dorfman, R. I. 1963. Antiandrogens in a castrated mouse test. Steroids **2:** 185-193.
14. Junkmann, K. & F. Neumann. 1964. Zum Wirkungsmechanismus von an Feten antimaskulin wirksamen Gestagenen. Acta Endocrinol. (Copenhagen) **90:** 139-154.
15. Revesz, C. & C. I. Chappel. 1966. Biological activity of medrogestone. A new orally active progestogen. J. Reprod. Fertil. **12:** 473.
16. Neumann, F. 1977. Pharmacology and potential use of cyproterone acetate. Horm. Metab. Res. **9:** 1-13.
17. Krattenmacher, R. & M. Fromm. 1992. Mineralocorticoid and antimineralocorticoid effects of various progestogens on electrogenic $Na^+$ transport in the rat distal colon *in vitro*. *In* Abstr. 36th Symposium of the Deutsche Gesellschaft für Endokrinologie. Acta Endocrinol. **124:** 88.
18. Nickisch, K., S. Beier, D. Bittler *et al.* 1991. Aldosterone antagonists. 4. Synthesis and activities of steroidal 6,6-ethylene-15,16-methylene 17-spirolactones. J. Med. Chem. **34:** 2464-2468.
19. McPhail, M. K. 1934. Assay of progestogen. J. Physiol. (London) **83:** 145-156.
20. Neumann, F., W. Elger, Y. Nishino & H. Steinbeck. 1977. Probleme der Dosisfindung: Sexual hormone. Drug. Res. **27:** 296-318.
21. The WHO Multicenter Trial of the Vasopressor Effect of Combined Oral Contraceptives. 1989. Contraception **40:** 129-145.
22. Nichols, M., G. Robinson, W. Bounds, B. Newman & J. Guillebaud. 1993. Effect of four combined oral contraceptives on blood pressure in the pill free interval. Contraception **47:** 367-376.
23. Berger, V., S. Beier, W. Elger, U. Müller & G. Stock. 1992. Influence of different progestogens on blood pressure of non-anaesthetized male spontaneously hypertensive rats. Contraception **46:** 83-97.
24. Fuhrmann, U., E. P. Slater & K. H. Fritzemeier. 1993. Characterization of the novel progestin gestodene by receptor binding studies and transactivation assays. Contraception. In press.
25. Korenmann, S. G. 1970. Relation between estrogen inhibitory activity and binding to cytosol of rabbit and human uterus. Endocrinology **87:** 1119.
26. Arriza, J. L., C. Weinberger, G. Cerrelli *et al.* 1987. Cloning of human mineralocorticoid receptor complementary DNA: structural and functional kinship with the glucocorticoid receptor. Science **237:** 268-275.
27. Hollenberg, S. M., C. Weinberger, E. S. Ong *et al.* 1985. Primary structure and expression of a functional human glucocorticoid receptor cDNA. Nature **318:** 635-641.
28. Cato, A. C. B., R. Miksicek, G. Schütz, J. Arnemann & M. Beato. 1986. The hormone regulatory element of mouse mammary tumour virus mediates progesterone induction. EMBO J. **6:** 2237-2240.
29. Felgner, P. L., & M. Holm. 1989. Cationic liposome-mediated transfection. Focus **11:** 21-25.
30. Bradford, M. 1976. A rapid and sensitive method for the quantitation of microgram quantities of protein utilizing the principle of protein-dye binding. Analyt. Biochem. **72:** 248-254.
31. Gorman, C. M., L. F. Moffat & B. H. Howard. 1982. Recombinant genomes which express chloramphenicol acetyltransferase in mammalian cells. Mol. Cell. Biol. **2:** 1044-1051.