# EXHIBIT J

**Kancheva R, Hill M, Novak Z, Chrastina J, Kancheva L, and Starka, Neuroactive steroids in periphery and cerebrospinal fluid, Neuroscience 191: 22-27, 2011**

Δ π EXHIBIT 30
Deponent Musko
Date 2/8/18 Rptr. bt
WWW.DEPOBOOK.COM

*Neuroscience* 191 (2011) 22–27

# REVIEW

# NEUROACTIVE STEROIDS IN PERIPHERY AND CEREBROSPINAL FLUID

R. KANCHEVA,[a*] M. HILL,[a] Z. NOVÁK,[b] J. CHRASTINA,[b] L. KANCHEVA[a] AND L. STÁRKA[a]

[a]*Institute of Endocrinology, Národní třída 8, Prague 116 04, Czech Republic*

[b]*St. Anne's University Hospital, Pekařská 53, 656 91 Brno, Czech Republic*

**Abstract—Some peripheral steroids penetrate the blood-brain barrier (BBB), providing at least substances for the CNS steroid metabolome. That is why the predictive value of the peripheral steroids appears to be comparable with that of the cerebrospinal fluid (CSF) steroids. The concentrations of the CSF steroids are pronouncedly lower in comparison with the ones in circulation. The available data indicate that the levels of pregnenolone sulfate substantially increase in the rat brain tissue after the administration of pregnenolone into the circulation. In the human circulation there are about two orders of magnitude higher levels of pregnenolone sulfate compared to the free pregnenolone. Our data show insignificant correlation between CSF and serum pregnenolone, but a borderline one between CSF pregnenolone and serum pregnenolone sulfate. Therefore in humans, the circulating pregnenolone sulfate might be of an importance for pregnenolone concentration in the CNS. In contrast to free pregnenolone, dehydroepiandrosterone (DHEA) in the CSF correlates with both unconjugated and conjugated DHEA in the serum. These data as well as the low C17-hydroxylase-C17,20-lyase activity in the CNS might indicate that DHEA levels in the CNS are influenced by peripheral levels of DHEA and its sulfate. According to the information, available part of the neurosteroids may be synthesized *de novo* in the CNS, but substantial part of the steroid metabolites may be also synthesized in the CNS from the steroid precursors or directly transported through BBB from the periphery. The processes mentioned above may be complimentary in some cases. Brain synthesis may provide minimal level of neurosteroids, which are indispensable for the CNS functions. Thus, brain steroids of peripheral origin may reflect various physiological situations or even pathologies.**

***This article is part of a Special Issue entitled: Neuroactive Steroids: Focus on Human Brain.*** **© 2011 IBRO. Published by Elsevier Ltd. All rights reserved.**

**Key words: neuroactive steroids, cerebrospinal fluid, blood, human, transport.**

Contents

Objectives 22
Determination of neurosteroids in blood and cerebrospinal fluid 22
Concentration of some neurosteroids in blood and CSF and their ratios 24
7-Hydroxylated derivatives of dehydroepiandrosterone 26
Conclusive remarks 26
Acknowledgments 27
References 27

## OBJECTIVES

There have been numerous investigations regarding neurosteroids and neuroactive steroids under various conditions in blood, plasma or amniotic fluid (Molnar and Kassai-Bazsa, 1997; Kancheva et al., 2007; Hill et al., 2010b), in cerebrospinal fluid (Coppen et al., 1971; George et al., 1994; Guazzo et al., 1996; Starka et al., 2009) and in brain (Akwa et al., 1992, 1993; Doostzadeh and Morfin, 1996; Rose et al., 1997). Several authors (Marynick et al., 1976; Wang et al., 1997; Kulak-Ublick et al., 1998; Asaba et al., 2000) have analyzed the steroid transport between the periphery and the brain, but the respective data are still incomplete. Recently, neuroendoscopy has achieved extensive acceptance among neurosurgeons as a minimally invasive technique for the treatment of patients. Hence, the measurement of some neurosteroids and their conjugations in the periphery, simultaneously with their concentrations and correlations in the cerebrospinal fluid (CSF) from the third ventricle have been recently evaluated (Starka et al., 2009; Kancheva et al., 2010). Some peripheral steroids penetrate the blood-brain barrier (BBB), providing at least substances for the CNS steroid metabolome. That is why the predictive value of the peripheral steroids appears to be comparable with that of CSF steroids.

### Determination of neurosteroids in blood and cerebrospinal fluid

It was aimed to elucidate the steroid environment in theCNS, and accordingly determinate the concentration of different groups of neurosteroids by immunoanalysis. Murakami et al. (1999) using combination of high performance liquid chromatography (HPLC) and radioimmunoassay (RIA) have addressed the concentration of cortisol, estradiol, dehydroepiandrosterone (DHEA) and its sulfate (DHEAS) during life span and aging in women. Gas chromatography–mass spectrometry (GC–MS) alone or with RIA, for some steroids, were applied by Usunov et al. (1996), Kim et al. (2003), Rasmusson et al. (2006), Starka et al. (2009), and Hill et al. (2010a). Many authors have measured simultaneously neurosteroids in blood and CSF obtained by lumbar puncture (Backstrom et al., 1976; Molnar and Kassai-Bazsa, 1997; Murakami et al., 1999; Rasmusson et al., 2006).

In a study (Kancheva et al., 2010) 18 unconjugated steroids in the CSF as well as 18 unconjugated steroids

*Corresponding author. Tel: +420-2-24905-238; fax: +420-2-24905-325.
E-mail address: rkanceva@endo.cz (R. Kancheva).
*Abbreviations:* BBB, blood-brain barrier; CSF, cerebrospinal fluid; DHEA, dehydroepiandrosterone; DHEAS, DHEA sulfate; HPLC, high performance liquid chromatography; GC–MS, gas chromatography–mass spectrometry; RIA, radioimmunoassay.

0306-4522/11 $ - see front matter © 2011 IBRO. Published by Elsevier Ltd. All rights reserved.
doi:10.1016/j.neuroscience.2011.05.054

**Table 1.** Levels of steroids in the cerebrospinal fluid (CSF) and serum (nmol/L)

| Steroid | CSF, free steroids | | | Serum, free steroids | | | Serum, polar conjugates | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Quartile | | | Quartile | | | Quartile | |
| | Median | Lower | Upper | Median | Lower | Upper | Median | Lower | Upper |
| Pregnenolone | 0.0604 | 0.0448 | 0.0659 | 0.417 | 0.245 | 0.786 | 35.3 | 17.0 | 54.5 |
| Dehydroepiandrosterone | 0.078 | 0.058 | 0.154 | 2.28 | 1.11 | 4.47 | 1544 | 726 | 2095 |
| Progesterone | 0.235 | 0.194 | 0.306 | 1.68 | 1.50 | 2.21 | | | |
| 17-Hydroxy-progesterone | 0.0167 | 0.0077 | 0.0217 | 0.77 | 0.56 | 1.97 | | | |
| Androstenedione | 0.208 | 0.123 | 0.273 | 1.26 | 0.67 | 1.89 | | | |
| Testosterone | 0.231 | 0.186 | 0.428 | 6.8 | 4.2 | 12.8 | | | |
| Allopregnanolone | 0.0078 | 0.0058 | 0.0110 | 0.125 | 0.075 | 0.149 | 3.65 | 1.88 | 6.57 |
| Isopregnanolone | 0.0399 | 0.0244 | 0.0584 | 0.189 | 0.155 | 0.210 | 7.0 | 4.8 | 13.0 |
| Androsterone | 0.0047 | 0.0033 | 0.0135 | 0.111 | 0.080 | 0.215 | 331 | 213 | 1043 |
| Epiandrosterone | 0.0044 | 0.0021 | 0.0080 | 0.128 | 0.067 | 0.215 | 109 | 76 | 295 |
| 7α-Hydroxy-dehydroepiandrosterone | 0.300 | 0.178 | 0.375 | 0.79 | 0.52 | 1.28 | | | |
| 7β-Hydroxy-dehydroepiandrosterone | 0.0369 | 0.0107 | 0.0538 | 0.314 | 0.171 | 0.442 | | | |
| 5-Androstene-3β,7α,17β-triol | 0.0068 | 0.0038 | 0.0177 | 0.095 | 0.040 | 0.167 | | | |
| 5-Androstene-3β,7β,17β-triol | 0.0119 | 0.0035 | 0.0205 | 0.0504 | 0.0339 | 0.0829 | | | |
| 16α-Hydroxy-pregnenolone | 0.0014 | 0.0012 | 0.0041 | 0.071 | 0.052 | 0.223 | | | |
| 16α-Hydroxy-dehydroepiandrosterone | 0.0059 | 0.0044 | 0.0115 | 0.180 | 0.103 | 0.216 | 71.8 | 34.9 | 94.1 |
| 16α-Hydroxy-progesterone | 0.072 | 0.047 | 0.158 | 2.51 | 1.69 | 3.11 | | | |
| Cortisol | 5.59 | 2.24 | 9.15 | 412 | 155 | 607 | | | |

**Table 2.** Comparison of CSF steroid levels in nmol/L with the results of other authors

| Steroid | | | | Pregnenolone | DHEA | Progesterone |
|---|---|---|---|---|---|---|
| Our results (Kancheva et al., 2010) | GC–MS RIA | Postmenopausal women and men with hydrocephalus | Median (quartiles) | M: 0.0604 (0.0503, 0.0649) F: 0.0548 (0.0431, 0.0677) | M: 0.129 (0.079, 0.293) F: 0.0656 (0.0493, 0.1028) | M: 0.269 (0.251, 0.399) F: 0.194 (0.148, 0.23)* |
| Murphy | CPB | M+F, pathology?, age? | Mean | | | |
| | | | SD7 | | | |
| Backstrom | RIA CPB | F, 19–65 y | Mean | | | 0.14 |
| | | | SD | | | 0.03 |
| | | M, 19–65 y | Mean | | | 0.12 |
| | | | SD | | | 0.02 |
| Carroll | CPB | Non-depressed psychiatric patients | Mean | | | |
| | | | SD | | | |
| Schwarz | RIA | M (age?) | Mean | | 1.7 | 0.32 |
| | | | SD | | 2.1 | 0.45 |
| | | F (age?) | Mean | | 1.7 | 0.32 |
| | | | SD | | 2.1 | 0.45 |
| George | RIA | M (age?) | Mean | 0.95 | | 0.32 |
| | | | SD | 0.7 | | 0.13 |
| | | F (age?) | Mean | 0.67 | | 0.35 |
| | | | SD | 0.41 | | 0.35 |
| Guazzo | EIA RIA | Sex? 3–85 y old | Mean | | 0.8 | |
| | | | SD | | | |
| Molnar | RIA | Postmenopausal F | Mean | | | 0.39 |
| | | | SD | | | 0.24 |
| Uzunova | GC–MS | Unipolar major dep., M 37–51 y | Mean | 0.053 | | 0.03 |
| | | | SD | 0.024 | | 0.17 |
| | | Unipolar major dep., F 23–45 y | Mean | 0.063 | | 0.26 |
| | | | SD | 0.024 | | 0.17 |
| Murakami | HPLC+RIA | Postmenopausal F | Mean | | 0.76 | |
| | | | SD | | | |
| Kim | RIA GC–MS | M, 56–86 y (mean=63) | Mean | 2.0 | 0.25 | |
| | | | SD | 1.1 | 0.05 | |
| | | F, 19–69 y (mean=45) | Mean | 5.5 | 0.32 | |
| | | | SD | 2.1 | 0.2 | |
| Rasmusson | GC–MS | F, follicular phase | Mean | | 0.22 | 0.39 |
| | | | SD | | 0.11 | 0.34 |

* $P<0.05$, as evaluated by Mann–Whitney test.

M, males; F, females; CPB, competitive protein binding assay; RIA, radioimmunoassay; GC–MS, gas chromatography–mass spectrometry; EIA, enzyme immunoassay; HPLC, high performance liquid chromatography.

and 7 steroid polar conjugates were simultaneously evaluated in blood of men and postmenopausal women, who underwent an endoscopic third ventriculostomy for obstructive hydrocephalus. The access to the third ventricle by neuroendoscopic system (Longatti et al., 2004a,b; Hellvig et al., 2005) was as follows: in the beginning of the neuroendoscopic procedure samples of CSF were collected from the third ventricle through foramen of Munro and from the lateral ventricle afterwards. Before surgery a peripheral sample was taken from the cubital vein as well.

### Concentration of some neurosteroids in blood and CSF and their ratios

The levels of free and conjugated steroids in serum and CSF, simultaneously evaluated in our recent study (Kancheva et al., 2010) are presented in Table 1, while in Table 2 a comparison of the late results with the data of other authors (Murphy et al., 1967; Backstrom et al., 1976; Caroll et al., 1976; Schwarz and Pohl, 1992; George et al., 1994; Guazzo et al., 1996; Molnar and Kassai-Bazsa, 1997; Usunova et al., 1998; Murakami et al., 1999; Kim et al., 2003; Rasmusson et al., 2006) are shown. Generally the data from GC–MS are in fair agreement in between, despite the fact that they are from different experiments. This is most apparent in pregnenolone showing very close values reported by Kancheva et al. (2010) to the data of Usunova et al. (1998), but they both are lower than the corresponding concentrations obtained by immunoassay.

This is also valid for DHEA CSF levels, while compared with the GC–MS or RIA data of Kim et al. (2003) and Rasmusson et al. (2006). Progesterone CSF concentrations, presented in Table 2, are mostly in a good agreement, while CSF androstenedione data are substantially lower than those obtained by RIA (Schwarz and Pohl, 1992). Testosterone, as expected shows significantly higher CSF levels in male subjects as has been proven by Backstrom et al. (1976) and Molnar and Kassai-Bazsa (1997). It is evident that allopregnenolone levels are lower than the GC–MS data of Usunova et al. (1998), and the 7-hydroxy metabolites of DHEA measured by GC–MS are almost the same like the ones obtained by RIA (Kim et al., 2003).

On the basis of the above mentioned results, the ratios of steroid levels to median levels in the CSF are depicted in Table 3. Remarkable lower levels in the CSF steroids in

**Table 2.** Continued

| Androstenedione | Testosterone | Allopregnanolone | 7α-Hydroxy-DHEA | 7β-Hydroxy-DHEA | 16α-Hydroxy-DHEA | Cortisol |
|---|---|---|---|---|---|---|
| M: 0.26<br>(0.225, 0.31)<br>F: 0.123<br>(0.08, 0.169)* | M: 0.425<br>(0.299, 0.432)<br>F: 0.186<br>(0.141, 0.211)* | M: 0.00717<br>(0.00576, 0.00963)<br>F: 0.00862<br>(0.00617, 0.01191) | M: 0.3<br>(0.224, 0.472)<br>F: 0.254<br>(0.152, 0.356) | M: 0.0369<br>(0.0206, 0.0925)<br>F: 0.0247<br>(0.0094, 0.0503) | M: 0.00591<br>(0.00408, 0.02315)<br>F: 0.00649<br>(0.00439, 0.00934) | M: 6.85<br>(5.45, 12.06)<br>F: 2.76<br>(0.36, 6.65) |
| | | | | | | 16 |
| | | | | | | 17 |
| | 0.049 | | | | | |
| | 0.01 | | | | | |
| | 0.39 | | | | | |
| | 0.04 | | | | | |
| | | | | | | 14 |
| | | | | | | |
| 1.1 | 0.74 | | | | | 26 |
| 0.45 | 1.2 | | | | | 37 |
| 1.1 | 0.2 | | | | | 26 |
| 0.45 | 0.24 | | | | | 37 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | 18 |
| | | | | | | |
| | 0.15 | | | | | |
| | 0.15 | | | | | |
| | | 0.014 | | | | |
| | | 0.006 | | | | |
| | | 0.016 | | | | |
| | | 0.006 | | | | |
| | | | | | | 9.1 |
| | | | | | | |
| | | | 0.26 | 0.26 | 0.74 | |
| | | | 0.24 | 0.24 | 0.36 | |
| | | | 0.24 | 0.16 | 0.92 | |
| | | | 0.14 | 0.05 | 0.43 | |
| | | 0.036 | | | | |
| | | 0.021 | | | | |

**Table 3.** Ratios of steroid levels to median levels in the cerebrospinal fluid (CSF) and serum

| No | Steroid | CSF | | | | Serum, free steroids/CSF | | | | Serum, conjugates/CSF | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | *n* | Median | Quartile | | *n* | Median | Quartile | | *n* | Median | Quartile | |
| | | | | Lower | Upper | | | Lower | Upper | | | Lower | Upper |
| 1 | Pregnenolone | 15 | 1.0 | 0.7 | 1.1 | 13 | 6.9 | 4.1 | 13.0 | 11 | 584 | 281 | 903 |
| 2 | DHEA | 15 | 1.0 | 0.7 | 2.0 | 13 | 29.3 | 14.2 | 57.5 | 11 | 19,849 | 9332 | 26,932 |
| 3 | Progesterone | 15 | 1.0 | 0.8 | 1.3 | 13 | 7.1 | 6.4 | 9.4 | | | | |
| 4 | 17-Hydroxy-progesterone | 11 | 1.0 | 0.5 | 1.3 | 13 | 46.4 | 33.6 | 118.0 | | | | |
| 5 | Androstenedione | 15 | 1.0 | 0.6 | 1.3 | 13 | 6.0 | 3.2 | 9.1 | | | | |
| 6 | Testosterone | 15 | 1.0 | 0.8 | 1.9 | 13 | 29.7 | 18.1 | 55.7 | | | | |
| 7 | Allopregnanolone | 15 | 1.0 | 0.7 | 1.4 | 13 | 16.1 | 9.6 | 19.1 | 12 | 469 | 241 | 844 |
| 8 | Isopregnanolone | 15 | 1.0 | 0.8 | 1.4 | 13 | 4.0 | 3.3 | 4.5 | 12 | 148 | 101 | 276 |
| 9 | Androsterone | 15 | 1.0 | 0.7 | 2.9 | 13 | 23.6 | 17.1 | 45.5 | 11 | 70,129 | 45,114 | 221,196 |
| 10 | Epiandrosterone | 15 | 1.0 | 0.5 | 1.8 | 13 | 28.8 | 15.1 | 48.5 | 11 | 24,597 | 17,075 | 66,532 |
| 11 | 7α-Hydroxy-DHEA | 15 | 1.0 | 0.6 | 1.2 | 13 | 2.6 | 1.7 | 4.3 | | | | |
| 12 | 7β-Hydroxy-DHEA | 15 | 1.0 | 0.3 | 1.5 | 13 | 8.5 | 4.6 | 12.0 | | | | |
| 13 | 5-Androstene-3β,7α,17β-triol | 15 | 1.0 | 0.6 | 2.6 | 13 | 14.0 | 5.9 | 24.7 | | | | |
| 14 | 5-Androstene-3β,7β,17β-triol | 15 | 1.0 | 0.3 | 1.7 | 13 | 4.2 | 2.8 | 6.9 | | | | |
| 15 | 16α-Hydroxy-pregnenolone | 15 | 1.0 | 0.8 | 2.9 | 13 | 50.3 | 36.8 | 157.3 | | | | |
| 16 | 16α-Hydroxy-DHEA | 15 | 1.0 | 0.7 | 1.9 | 13 | 30.5 | 17.4 | 36.5 | 12 | 12,149 | 5901 | 15,934 |
| 17 | 16α-Hydroxy-progesterone | 15 | 1.0 | 0.7 | 2.2 | 13 | 34.8 | 23.4 | 42.9 | | | | |
| 18 | Cortisol | 15 | 1.0 | 0.4 | 1.6 | 13 | 73.7 | 27.7 | 108.6 | | | | |

comparison with the concentrations in circulation are documented. They varied from 2.6 for 7α-hydroxy-DHEA to 77 for cortisol. The ratio of circulating steroid polar conjugates to unconjugated steroids in the CSF showed values from 175 for isopregnanolone to 70,000 for androsterone. Table 4 deals with the correlation between the steroids in the CSF and serum. In general, C19 3β-hydroxy-5-ene steroids showed significant correlations between circulation and CSF, particularly the 7α/β-hydroxy-metabolites of DHEA and androstenedione.

No significant correlation ($r$=0.383, $P$=0.2) between pregnenolone and DHEA in the CSF exists, which indicates low probability of pregnenolone conversion to DHEA in the CNS. Testosterone and androstenedione correlate significantly in the CSF, but serum and CSF testosterone do not correlate. Serum androstenedione and CSF androstenedione correlate significantly, thus the transport of androstenedione from the periphery through BBB to the CNS and its conversion to testosterone within the CNS might be only partly dependent on

**Table 4.** Pearson's correlations* between circulating steroids and steroids in the cerebrospinal fluid

| Steroid | CSF vs. serum free steroids | | | CSF vs. serum conjugates | | | Serum free steroids vs. serum conjugates | | |
|---|---|---|---|---|---|---|---|---|---|
| | *r* | *P* | *n* | *r* | *P* | *n* | *r* | *P* | *n* |
| Pregnenolone | 0.225 | 0.459 | 13 | 0.588 | 0.057 | 11 | **0.742** | **0.009** | 11 |
| DHEA | **0.820** | **0.001** | 13 | 0.532 | 0.092 | 11 | **0.620** | **0.042** | 11 |
| Progesterone | 0.087 | 0.778 | 13 | — | — | — | — | — | — |
| 17-Hydroxy-progesterone | 0.586 | 0.097 | 9 | — | — | — | — | — | — |
| Androstenedione | **0.558** | **0.047** | 13 | — | — | — | — | — | — |
| Testosterone | 0.320 | 0.287 | 13 | — | — | — | — | — | — |
| Allopregnanolone | **0.740** | **0.004** | 13 | 0.195 | 0.543 | 12 | 0.155 | 0.630 | 12 |
| Isopregnanolone | **0.656** | **0.015** | 13 | 0.431 | 0.161 | 12 | 0.429 | 0.164 | 12 |
| Androsterone | 0.505 | 0.078 | 13 | 0.168 | 0.621 | 11 | 0.406 | 0.215 | 11 |
| Epiandrosterone | **0.820** | **0.001** | 13 | 0.450 | 0.165 | 11 | 0.477 | 0.138 | 11 |
| 7α-Hydroxy-DHEA | **0.917** | **0.000** | 13 | — | — | — | — | — | — |
| 7β-Hydroxy-DHEA | **0.941** | **0.000** | 13 | — | — | — | — | — | — |
| 5-Androstene-3β,7α,17β-triol | **0.867** | **0.000** | 13 | — | — | — | — | — | — |
| 5-Androstene-3β,7β,17β-triol | **0.890** | **0.000** | 13 | — | — | — | — | — | — |
| 16α-Hydroxy-pregnenolone | **0.843** | **0.000** | 13 | — | — | — | — | — | — |
| 16α-Hydroxy-DHEA | **0.735** | **0.004** | 13 | −0.048 | 0.882 | 12 | 0.303 | 0.338 | 12 |
| 16α-Hydroxy-progesterone | 0.486 | 0.092 | 13 | — | — | — | — | — | — |
| Cortisol | **0.889** | **0.000** | 13 | — | — | — | — | — | — |

* Pearson's correlation after data transformation providing Gaussian distribution and homoscedasticity; significant correlations ($P$<0.05) are in bold.

serum testosterone concentration and its influx from the serum to the CNS.

### 7-Hydroxylated derivatives of dehydroepiandrosterone

At the cellular level, irreversible 7$\alpha$-hydroxylation of 7$\alpha$-hydroxy-5-ene steroids produces derivatives, which exert important physiological influence, including brain functions. Their concentrations have been evaluated in blood, brain (Morfin and Starka, 2001) and for the first time in CSF by Starka et al. (2009). Results concerning DHEA and its 7-hydroxylated derivatives and the respective correlations are presented in Tables 3 and 4. Briefly, remarkable lower amounts of the CSF steroids were found in comparison with the concentrations in circulation.

Several correlations point out to a brain *in situ* 7$\alpha$-hydroxylation. These are in the CSF between DHEA with 7$\alpha$-hydroxy-DHEA ($r$=0.791, $P$<0.001), 7$\alpha$-hydroxy-DHEA with 7$\beta$-hydroxy-DHEA ($r$=0.957, $P$<0.001) and 5-androstene-3$\beta$,7$\alpha$,17$\beta$-triol with 5-androstene-3$\beta$,7$\beta$,17$\beta$-triol ($r$=0.946, $P$<0.001). When compared the concentration in serum and in ventricular CSF, it seems that 7-oxygenated derivatives with the exception of 5-androstene-3$\beta$,7$\beta$,17$\beta$-triol penetrate in CSF more easily than free DHEA (Starka et al., 2009).

The levels of circulating DHEA and DHEA in the CSF significantly correlate ($r$=0.820, $P$<0.001), thus underline the key role of peripheral C17-hydroxylase-C17,20-lyase activity, taking into consideration the insignificant ratio between DHEA and pregnenolone in the CSF. These data as well as the relatively low C17-hydroxylase-C17,20-lyase activity in the CNS indicate that DHEA levels in the CSF might be primarily of peripheral origin. In the body fluids, 7$\alpha$/$\beta$-hydroxy metabolites of DHEA and androstenediol present very strong correlations. These correlations and the ones between 5-androstene-3$\beta$,7$\alpha$,17$\beta$-triol and 5-androstene-3$\beta$,7$\beta$,17$\beta$-triol in the CSF could suggest an interconversion between 7$\alpha$- and 7$\beta$-hydroxyl-metabolites (via 7-oxo-intermediate) in the CNS. Chalbot and Morfin (2006) and Hennebert et al. (2007) have proved the interconversion between cortisol and cortisone. It is important to consider that interconversion between 7$\alpha$- and 7$\beta$-hydroxy-metabolites is catalyzed by the same enzyme system providing a balance between cortisol and cortisone (Hennebert et al., 2007).

The results obtained lead to the assumption that 7$\alpha$-hydroxy-steroids may originate in the brain, may be further converted to 7$\beta$-hydroxy-metabolite or may penetrate from the blood across the BBB to the CNS. Also certain amount of 16$\alpha$-hydroxy-pregnenolone and 16$\alpha$-hydroxy-DHEA in the CSF is likely to be also result of influx from the periphery or may be synthesized in the CNS from DHEA. In favor of this assumption are the existing correlations between 16$\alpha$-hydroxy-pregnenolone and pregnenolone, 16$\alpha$-hydroxy-DHEA and DHEA both in the CSF, between 16$\alpha$-hydroxy-pregnenolone in serum and CSF, and of 16$\alpha$-hydroxy-DHEA again in serum and CSF. Synthesis of 16$\alpha$-hydroxy-progesterone in the CSF may be of more importance than the transport of the neurosteroid from the periphery because the data indicate that the 16$\alpha$-hydroxy-progesterone significantly correlates with the parent neurosteroids in the CSF ($r$=0.602, $P$=0.02).

Significant correlation between the CSF and the serum and within CSF 3$\alpha$- and 3$\beta$-hydroxydroxy-5$\alpha$-reduced metabolites of C21 and C19 steroids indicates mutual interconversion via 3-oxo intermediates in CNS and periphery along with the existing influx of the substances into the brain. The ratio of serum to CSF concentrations fluctuates in a very high range being lower for 7-oxygenated derivatives than for the DHEA, which may be due to the contribution of 7-hydroxylation processes in brain tissue.

Concerning the importance of the neurosteroid transport from the blood trough BBB for the concentrations in the CNS, the ratios of the CNS steroids to serum steroids is more favorable for the 5$\alpha$-pregnanes in comparison with the 5$\alpha$-androstanes.

Until now only one attempt (Kancheva et al., 2010) exists for the simultaneous detection of a large group of steroid hormones. Endoscopic third ventriculostomy enables selective sampling of human ventricular CSF. Only few reports on the hormone content in ventricular fluid were published (Starka et al., 2009; Kancheva et al., 2010) concerning mainly melatonin distribution in CSF (Tricoire et al., 2003; Longatti et al., 2007). In the case of melatonin, it was shown that its concentration is dependent on the site of sampling.

## CONCLUSIVE REMARKS

The concentrations of the CSF steroids are pronouncedly lower in comparison with the circulating ones. Alternatively, brain steroid levels in general exceed the circulating steroid levels because of an accumulation and/or local synthesis. It is not possible to distinguish between these sources by simple steroid measures in humans. However, the steroid concentrations in the brain may be influenced by circulating hormones, as suggested by experimental studies in rodents (Wang et al., 1997).

In humans pregnenolone sulfate may be of an importance for pregnenolone concentration in the CSF because of the great excess of pregnenolone sulfate levels over pregnenolone ones in the circulation. The influence of the circulating unconjugated pregnenolone on the concentrations of pregnenolone in the CSF might be minor when compared with the contribution of pregnenolone synthesis from cholesterol in the brain tissue (Baulieu et al., 2001). Regarding DHEAS, 700 times higher serum concentration of DHEAS was found in comparison with that of DHEA serum level and 20,000-fold higher DHEAS value when compared to the CSF one (Kancheva et al., 2010). Based on these results, some influx of DHEAS could be expected from the periphery into the CNS.

According to the information available, part of the neurosteroids may be synthesized *de novo* in the CNS, but substantial part of the steroid metabolites may be also synthesized in the CNS from the steroid precursors or directly transported through BBB from the periphery. The processes mentioned above may be complimentary in some cases. Brain synthesis may provide minimal level of neurosteroids, which are indispensable for the CNS func-

tions. Thus, brain steroids of peripheral origin may reflect various physiological situations or even pathologies.

*Acknowledgments*——*Grant projects of the Internal Grant Agency of the Czech Republic NS/9831-4 and NS/9790-4 supported this study.*

## REFERENCES


Akwa Y, Morfin RF, Robel P, Baulieu EE (1992) Neurosteroid metabolism. 7 alpha-hydroxylation of dehydroepiandrosterone and pregnenolone by rat brain microsomes. Biochem J 288:959–964.

Akwa Y, Sananes N, Gouezou M, Robel P, Baulieu EE, LeGoascogne C (1993) Astrocytes and neurosteroids: metabolism of pregnenolone and dehydroepiandrosterone. Regulation by cell density. Biochem J 121:959–943.

Asaba H, Hosoya K, Takanaga H, Ohtsuki S, Tamura E, Takizawa T, Terasaki T (2000) Blood–brain barrier is involved in the efflux transport of a neuroactive steroid, dehydroepiandrosterone sulfate, via organic anion transporting polypeptide 2. J Neurochem 75:1907–1916.

Backstrom T, Carstensen H, Sodergard R (1976) Concentration of estradiol, testosterone and progesterone in cerebrospinal fluid compared to plasma unbound and total concentrations. J Steroid Biochem 7: 469–472.

Baulieu EE, Robel P, Schumacher M (2001) Neurosteroids: beginning of the story. Int Rev Neurobiol 46:1–32.

Caroll BJ, Curtis GC, Mendels J (1976) Cerebrospinal fluid and plasma free cortisol concentrations in depression. Psychol Med 6:235–244.

Chalbot S, Morfin R (2006) Dehydroepiandrosterone metabolites and their interactions in humans. Drug Metab Drug Interact 22:1–23.

Coppen A, Brooksbank WL, Noguera R, Wilson DA (1971) Cortisol in cerebrospinal fluid of patients suffering from affective disorders. J Neurol Neurosurg Psychiatry 34:432–435.

Doostzadeh J, Morfin R (1996) Studies of the enzyme complex responsible for pregnenolone and dehydroepiandrosterone 7 alpha-hydroxylation in mouse tissues. Steroids 61:613–620.

George MS, Guidotti A, Rubinow D, Pan B, Mikalauskas K, Post R (1994) CSF neuroactive steroids in affective disorders: pregnenolone, progesterone, and DBI. Biol Psychiatry 35:775–780.

Guazzo EP, Kirkpatrick PJ, Goodyar IM, Shiers HM, Herbert J (1996) Cortisol, dehydroepiandrosterone (DHEA), and DHEA sulfate in the cerebrospinal fluid in man: relation to blood levels and the effects of age. J Clin Endocrinol Metab 81:6–15.

Hellvig D, Grotenhuis JA, Tirakotai W, Riegel T, Schulte DM, Bauer H, Bertalaffy H (2005) Endoscopic third ventriculostomy for obstructive hydrocephalus. Neurosurg Rev 28:1–34.

Hennebert O, Chalbot A, Alran S, Morfin R (2007) Dehydroepiandrosterone 7alpha-hydroxylation in human tissue: possible interference with type I 11beta-hydroxysteroid-dexydrogenase-mediated processes. J Steroid Biochem Mol Biol 104:704–713.

Hill M, Parizek A, Cibula D, Kancheva R, Jirasek JE, Jerkovska M, Kubatova J, Klemkova M, Paskova A, Zizka Z, Kancheva L, Kazihnitkova H, Zamrazilova L, Starka L (2010a) Steroid metabolome in fetal and maternal body fluids in human late pregnancy. J Steroid Biochem Mol Biol 122:114–132.

Hill M, Parizek A, Kancheva R, Duskova M, Velikova M, Kriz L, Klimkova M, Paskova A, Zizka Z, Matucha P, Meloun M, Starka L (2010b) Steroid metabolism in plasma from umbilical artery, umbilical vein, maternal cubital vein and in amniotic fluid in normal and preterm labour. J Steroid Biochem Mol Biol 121:594–610.

Kancheva L, Hill M, Vcelakova H, Vrbikova J, Pelikanova T, Starka L (2007) The identification and simultaneous quantification of neuroactive androstane steroids and their polar conjugates in the serum of adult men, using gas chromatography mass spectrometry. Steroids 72:792–801.

Kancheva R, Hill M, Novak Z, Chrastina J, Velikova M, Kancheva L, Riha I, Starka L (2010) Peripheral neuroactive steroids may be as good as the steroids in the cerebrospinal fluid for the diagnostics of CNS disturbances. J Steroid Biochem Mol Biol 119:35–44.

Kim SB, Hill M, Kwak YT, Hample R, Jo DH, Morfin (2003) Neurosteroids: cerebrospinal fluid levels for Alzheimer's disease and vascular dementia diagnostics. J Clin Endocrinol Metab 88:5199–5206.

Kulak-Ublick CA, Fisch T, Oswald M, Hagenbuch B, Meier PJ, Beuers U, Paumgartner C (1998) Dehydroepiandrosterone sulfate (DHEAS): identification of a carrier protein in human liver and brain. FEBS Lett 424:173–176.

Longatti PI, Fiorindi A, Martinuzzi A (2004a) Failure of endoscopic third ventriculostomy in the treatment of idiopathic normal pressure hydrocephalus. Minim Invasive Neurosurg 47:342–345.

Longatti P, Perin A, Rizzo V, Comal S, Bertazzo A, Allegri G (2004b) Endoscopic selective sampling of human ventricular CSF: a new perspective. Minim Invasive Neurosurg 47:350–354.

Longatti P, Perin A, Rizzo V, Comal S, Glusti P, Costa CV (2007) Ventricular cerebrospinal fluid melatonin concentrations investigated with endoscopic technique. J Pineal Res 5:267–272.

Marynick SP, Havens WW II, Ebert MH, Loriaux DI (1976) Studies on the transfer of steroid hormones across the blood-cerebrospinal fluid barrier in the Rhesus monkey. Endocrinology 99:400–405.

Molnar G, Kassai-Bazsa Z (1997) Gonadotropin, ACTH, prolactin, sexual steroid and cortisol levels in postmenopausal women's cerebrospinal fluid (CSF). Arch Gerontol Geriatr 24:269–280.

Morfin R, Starka L (2001) Neurosteroid 7-hydroxylation products in the brain. Int Rev Neurobiol 46:79–95.

Murakami K, Nakagawa T, Shozu M, Uchide K, Koike K, Inoue M (1999) Changes with aging of steroidal levels in the cerebrospinal fluid of women. Maturitas 33:71–80.

Murphy BE, Cosgrove JB, Mclquham MC, Pattee CJ (1967) Adrenal corticoid levels in human cerebrospinal fluid. Can Med Assoc J 97:13–17.

Rasmusson AM, Pinna G, Palwal F, Weisman D, Gottschalk C, Charney D, Krystal J, Guidotti A (2006) Decreased cerebrospinal fluid allopregnanolone levels in women with posttraumatic stress disorder. Biol Psychiatry 60:704–713.

Rose KA, Stapleton G, Dott K, Kieny MP, Best R, Schwarz M, Russell DW, Bjorkhem I, Seckl J, Lathe R (1997) Cyp7b, a novel brain cytochrome P450, catalyzes the synthesis of neurosteroids 7 alpha-hydroxy dehydroepiandrosterone and 7alpha-hydroxy pregnenolone. Proc Natl Acad Sci U S A 94:4925–4930.

Schwarz S, Pohl P (1992) Steroid hormones and steroid hormone binding globulins in cerebrospinal fluid studied in individuals with intact and with disturbed blood-cerebrospinal fluid barrier. Neuroendocrinology 55:174–182.

Starka L, Hill M, Kancheva R, Novak Z, Chrastina J, Pohanka M, Morfin R (2009) 7-hydroxylated derivatives of dehydroepiandrosterone in the human ventricular cerebrospinal fluid. Neuroendocrinol Lett 30:368–372.

Tricoire H, Mooler M, Chemineau P, Malpaux B (2003) Origin of cerebrospinal fluid melatonin and possible function in the integration of photoperiod. Reprod Suppl 61:311–321.

Usunov DP, Cooper TB, Costa E, Guidotti A (1996) Fluoxetine-elicited changes in brain neurosteroid content measured by negative ion mass fragmentography. Proc Natl Acad Sci U S A 93:12599–12604.

Usunova V, Sheline Y, Davis JM, Rasmusson A, Uzunov DP, Costa E, Guidotti A (1998) Increase in the cerebrospinal fluid content of neurosteroids in patients with unipolar major depression who are receiving fluoxetine or fluvoxamine. Proc Natl Acad Sci U S A 95:3239–3244.

Wang MD, Wanistrom C, Backstrom T (1997) The regional brain distributation of the neurosteroids pregnenolone sulfate following intravenous infusion. J Steroid Biochem Mol Biol 41:299–306.


*(Accepted 22 May 2011)*
*(Available online 31 May 2011)*