# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO.II)**

17-MD-2767(PAE)
17-MC-2767 (PAE)

***This Document Relates to All Actions***

---

**EXPERT REPORT OF GREGORY VAN STAVERN, M.D.**

# MIRENA: Report of Gregory Van Stavern, MD

## GENERAL REPORT

### Background

I am a neuro-ophthalmologist practicing at a large, quaternary care, university-based medical center. I have been in practice for over 15 years. I have extensive clinical experience with Idiopathic Intracranial Hypertension (IIH) (Pseudotumor Cerebri), and I see several such patients every day in clinic. I am well versed in the diagnosis and management of patients with this condition. I have published several reviews of IIH and have been invited to give talks on the subject.

I pursued residency training in both Ophthalmology and Neurology and then completed a fellowship in Neuro-Ophthalmology at Emory University. I practiced as the sole neuro-ophthalmologist at Wayne State University in Detroit for 9 years, an area with a relatively high incidence of IIH. I relocated to Washington University in St. Louis in 2009, which is where I continue to practice, teach, and perform clinical research.

I have also performed research in IIH, and my research has been published in peer-reviewed journals. I have explored the epidemiology of the condition in a large, urban medical center, and investigated the use of brain imaging (MRI) in diagnosing and predicting the course of IIH. I was the site investigator for a large, multi-center, NIH-funded clinical trial studying the treatment of IIH, the first ever performed for this disease. For more information, please see my attached CV.

### Overview of IIH

Idiopathic intracranial hypertension (IIH), also called Pseudotumor Cerebri, is a disorder of elevated intracranial pressure of unknown cause. This condition primarily occurs in obese and overweight women of child-bearing age. A wide variety of other conditions can result in elevated intracranial pressure and need to be ruled out before the diagnosis of IIH is confirmed. These conditions include, for example, brain tumors, meningitis, thrombotic obstruction of the venous sinuses (which drain spinal fluid), and some metabolic conditions. This is why IIH is typically referred to as a "diagnosis of exclusion" – many other conditions can mimic IIH and may need to be managed differently. The fact that other conditions can mimic IIH and that misdiagnosis is relatively common (Fisayo et al. 2016) is important when trying to ascertain causal relationships between this condition and other disorders or exogenous agents, such as medications, since alternate causes of intracranial hypertension (ICH) must be adequately excluded.

The diagnostic criteria for IIH have evolved in concert with increasing knowledge about this condition and in parallel with advances in brain imaging, and more recently better understanding of the range of normal opening cerebrospinal fluid (CSF) pressure obtained during lumbar puncture. It was recognized that prior criteria were overbroad and would allow for the inclusion of other diseases and would increase the possibility

that an alternate disorder could be missed. The current diagnostic criteria require the presence of normal brain MRI, elevated opening CSF pressure, optic nerve swelling (papilledema), and normal spinal fluid contents (i.e., no meningitis). The current criteria are thought to significantly lower the likelihood of patients with IIH "mimickers" being falsely diagnosed with the condition. In particular, recent evidence suggests that venous sinus thrombosis can cause elevated intracranial pressure and can be misdiagnosed as IIH. Venous sinus thrombosis can easily be missed even on good quality CT scans, so MRI is now generally required to confirm the diagnosis.

**Potential causes and mechanisms of IIH**

The specific pathogenesis of IIH is unknown. A number of risk factors have been identified that are associated with IIH, the most consistent being female gender, age 15-45 (post-pubertal / pre-menopausal), excess weight, and recent weight gain. Any theory of the underlying causes of IIH must account for the predilection for this specific group of patients. Similarly, any condition or drug purported to cause this condition must demonstrate that it is a risk factor independent of the primary risk factors mentioned above. It may be that IIH represents a converging of events to a final common pathway resulting in elevated intracranial pressure. There may also be specific anatomic and genetic factors rendering certain individuals more susceptible to developing the condition.

Papilledema refers to optic nerve swelling secondary to elevated intracranial pressure from any cause. Therefore, patients may have "IIH-like syndromes" in which there is papilledema but they do not fit the diagnostic criteria for IIH. Put differently, papilledema is not specific to, synonymous with, or diagnostic of IIH, and the term is often misused even by neurologists to refer to any condition where there is swelling of the optic disc. For example, papilledema in the context of thrombosis is, by definition, not IIH. It should be noted that the appearance of the optic disc itself not only cannot distinguish between specific causes of elevated intracranial pressure (ICP), it cannot even – in and of itself, with no other clinical information – distinguish between any other condition which damages the optic nerve.

It is highly likely that metabolic and endocrine consequences of excess weight, an almost ubiquitous feature of IIH patients, underlie its pathogenesis. Adipose tissue has been identified as an active endocrine organ, with attention being drawn to its products, leptin and gherlin, as having a possible role in IIH. Fasting plasma ghrelin levels have been found to negatively correlate with body mass index (BMI) and leptin has been shown to positively correlate with BMI. The myriad metabolic dysregulations in obesity could predispose to IIH though presently there is inadequate evidence for specific causative pathways. In addition, adipose tissue also leads to increases in estrogen by its effect on aromatase; by contrast, obese women have lower progesterone levels on average than normal weight women (Yeung et al. 2013). As such, if female sex hormones play any role in IIH at all, estrogen is the likely culprit. Nevertheless, there is no reliable evidence that estrogen-containing contraceptives cause IIH. BMI is a better surrogate marker of whole body adipose tissue than weight but is still imperfect as weight exists on a continuum and categories of overweight versus obese are relatively

arbitrary. For example, while a patient with a BMI of 29.8 is technically considered overweight and a patient with a BMI of 30.1 is considered obese, their risk of clinical complications from excess weight is similar.

There has been increased attention paid to sleep disorders in IIH. Obstructive sleep apnea (OSA) is a well-documented association, particularly in men, suggesting that in such patients, alveolar hypoventilation and nocturnal hypoxia may play a role in raised ICP. Again, OSA and IIH share a common risk factor (obesity) and it remains unclear whether OSA in and of itself confers an additional risk for developing IIH.

Vitamin A toxicity has long been acknowledged as a cause of severe headaches and papilledema associated with intracranial hypertension. The finding of increased levels of unbound retinol in the CSF of IIH patients suggests the involvement of vitamin A in its pathogenesis. Warner and colleagues demonstrated lower levels of retinol-binding-protein (RBP) and a higher retinol to RBP ratio in the CSF of IIH patients compared to controls after controlling for BMI, suggesting that unbound toxic retinol might interfere with pressure regulation (Warner et al. 2007). Another well-controlled clinical study that examined the CSF and serum of patients matched for BMI with and without IIH demonstrated significant elevations in CSF retinoic acid in IIH patients (Grzybowski et al. 2007). The mechanisms by which vitamin A and its synthetic derivatives lead to reversible ICP elevation are unknown. Vitamin A could lead to intracranial hypertension via enhanced transcription of genes involved in CSF secretion or absorption, or could cause structural changes in the arachnoid granulations, which help modulate spinal fluid resorption.

There has been a recent surge of interest in disorders of CSF dynamics and how they might relate to the development of IIH. Broadly speaking, this could involve several mechanisms: (1) a sustained increase in the rate of choroidal secretion of CSF; (2) a sustained decrease in the rate of CSF absorption by the arachnoid villi; and/or (3) disruption in transverse sinus flow and central venous pressure. Raised venous pressure can lead to impaired CSF absorption due to resistance to venous outflow.

Transverse venous sinus narrowing occurs in a significant number of patients with IIH. It is not known whether it represents a primary or secondary cause in the pathogenesis of IIH. There are several theories to explain its role in the disease; however, there is no agreement on a single unifying process. The venous stenosis may be a consequence of elevated intracranial pressure that compresses the sinus. When the narrowing develops, it exacerbates the pressure elevation even more by increasing venous pressure in the superior sagittal sinus. However, there have also been reports of the persistence of transverse sinus stenosis in MR venography even after normalization of CSF pressures.

**Management**

Once IIH has been accurately diagnosed, management varies based on presentation. Patients who have visual field loss and/or symptoms of elevated ICP are managed with weight loss, medication, procedural intervention, or a combination of the above.

Asymptomatic patients with no visual field loss can be reasonably managed with close observation, a low-salt diet, and encouragement to lose weight. While some patients have a chronic course with substantial loss of vision, many if not most patients have a self-limited course with spontaneous resolution occurring within 12-24 months and do well with conservative management. In general, the patients who tend to lose vision are those with more severe papilledema. Patients presenting with mild papilledema and no visual field loss at presentation tend, in general, to have a more benign course and may not require aggressive treatment. Lumbar puncture, which is required to make the diagnosis of IIH, may also relieve symptoms of raised intracranial pressure temporarily; in some cases a single diagnostic LP can lead to lasting resolution (de Simone et al. 2005). Less than 10% of patients have severe permanent visual field loss.

Since visual loss is a serious potential complication of IIH, close coordination between an ophthalmologist (who typically performs visual field testing, fundus examination and fundus photography) and a neurologist (headache management), or the involvement of a neuro-ophthalmologist (who can address both vision and symptoms of IIH) is required so that therapy can be appropriately directed to halt or prevent loss of vision. This can be done medically (with ICP lowering agents such as Diamox) or surgically. If the patient continues to have persistent headache despite normalization of visual fields and reversal of papilledema, a careful headache history is essential to exclude alternative causes (such as medication overuse) and symptomatic headache therapy should be initiated. Primary headache disorders such as migraine are extremely common in the population and even more so among women of reproductive age (Burch et al. 2015), and patients with IIH can present with an unrelated headache disorder that is not due to raised intracranial pressure. For that reason, headache is an unreliable marker of resolution in patients with IIH. Weight loss plays a critical role in the treatment of IIH, and may require the use of a dietician or weight loss program. The IIH Treatment Trial, completed in 2013, demonstrated that the combination of modest weight loss and Diamox is superior to weight loss alone in improving visual fields and papilledema; however, both groups improved suggesting that, at least in this patient population with mild visual loss, the prognosis is generally good (NORDIC 2014). Aside from this study, there are no other large randomized controlled studies of IIH treatment and much of the evidence guiding treatment is drawn from case series, known pathophysiology, and the expected course of the disease.

Surgical options for treatment include optic nerve sheath fenestration and CSF diversion (shunting). The indication for surgical treatment is sustained progression of visual loss despite maximal medical therapy. Shunting has a very limited role in the treatment of chronic headache in IIH patients, as the headache is most commonly due to a primary headache syndrome such as migraine, and will not respond to shunting. In some centers, stenting of the venous sinuses is a treatment option, but this is still considered experimental in most institutions.

**Epidemiology**

As discussed above, IIH is primarily a disease of obese/overweight reproductive-age women, though men and thin women do sometimes develop IIH. The overall annual

incidence of IIH was reported at 0.9 to 1 per 100,000 in one US study (Durcan et al. 1988). However, in females aged 20-44 years who were 10% or more above normal body weight, the incidence increased to 13-14.8/100,000 and to 19/100,000 if 20% or more above normal body weight. Because the rates of overweight/obesity in the US have increased substantially since the conduct of this study, the overall incidence rate of IIH has increased as well. More recent studies suggest that the annual incidence of IIH in the US is 2.4 per 100,000 in the general population, 6.8 per 100,000 women ages 15 to 44, and 22 per 100,000 obese women in the same age group (Kilgore 2017). Friesner et al. estimated that there were 6041 cases of new IIH in the US in 2007, 5194 of which were female and 4531 of which were obese (Friesner et al. 2011). Epidemiological studies in other parts of the world have shown similar trends, such as a Spanish study (Asensio-Sanchez et al. 2007) in which the annual incidence of IIH was reported to be 5.1 per 100,000.

Pediatric IIH is uncommon and may represent a distinct disorder with a different clinical and demographic profile from adult IIH. Post-pubertal patients with IIH are nearly identical to adult patients in terms of epidemiology, course and management.

**High-risk populations**

The primary risk factors for developing IIH are female gender, age 15-45 (post-pubertal to pre-menopausal), and excess weight/recent weight gain. These primary risk factors have been borne out by numerous studies, using a variety of methodologies, evaluating different populations, over a wide range of time periods. Excessive weight and weight gain are independently associated with IIH in a dose response manner, with weight gain being a significant risk factor independent of baseline BMI (Daniels et al. 2007). Weight gain is associated with the recurrence of IIH (Ko et al. 2011), and weight loss with resolution (Johnson et al. 1998; NORDIC 2014). As in the published literature, in my clinical experience the vast majority of IIH patients are overweight or obese women of childbearing age.

From a practical standpoint, this means that any attempt to identify a causal variable (medication, hormonal status, other associated medical conditions) must account for possible confounding due to the known primary risk factors. A large, well designed, prospective study might be able to minimize confounding and isolate and evaluate risk factors; however, given the rarity of IIH (which occurs at an annual incidence of less than 1 per 1,000 even among high-risk groups), such a study would likely be unfeasible given the number of subjects needed and the time required to complete it. Retrospective studies are useful in furthering our understanding of IIH only when they identify a priori outcomes, appropriately select cases, and select well-matched controls, or are otherwise able to control for—or at least acknowledge—confounding by the primary risk factors identified above. This is particularly important where a drug is preferentially prescribed to a high-risk group, as is true with Mirena, which is used by reproductive-age women and is specifically recommended for obese women (Peipert et al. 2011, Marnach et al. 2013, Saito-Tom et al. 2015, Bhuva et al. 2017, Edelman et al. 2017, Mosher et al. 2017). In addition, Mirena and other forms of progestin-only contraception are recommended for women with a history of migraine, and particularly

migraine with aura, which may introduce additional confounding into attempts to assess a potential relationship between Mirena and IIH (CDC 2016).

Therefore, one must be extremely cautious about assigning a causal relationship between a potential additional risk factor and IIH in a subject already at high risk (given the presence of primary, well-established risk factors), particularly when the evidence is drawn from case reports and small case series. Evidence from case series and case reports, particularly those containing valid de-challenge/re-challenge data, can be helpful in some circumstances, but is among the lowest level of evidence in the hierarchy of Evidence-Based Medicine and is generally hypothesis-generating only (FDA 2005 Guidance for Industry, FDA Q&A: FAERS).

One learns very quickly in clinical (and research) medicine that correlation does not equal causation. X might **precede** Y in time, leading to an erroneous assumption that X **caused** Y, when in reality the relationship was only temporal and coincidental. In other words, association is not the same thing as causation. For example, there is a very strong correlation between consumption of ice cream and drownings. Does this mean that eating a lot of ice cream causes you to drown? Of course not: the third factor, or hidden variable, is weather and season. In warmer weather, more people eat ice cream and participate in water-related activities. If you account for weather and season, there is no true relationship between consumption of ice cream and drownings. In real world medical clinics, there are usually numerous variables in play and the clinician or researcher needs to account for them as much as possible. For example, multiple treatments may be employed at the same time, particularly when a patient is doing poorly. If improvement results, it may be difficult to isolate the specific treatment strategy that worked.

There are a number of medications that have been associated with the development of IIH. In most cases, the evidence is insufficient to establish that there is a causal relationship between exposure to the medication and the development of IIH. Multiple criteria should be met before concluding that a medication can cause idiopathic intracranial hypertension, including:

1. There should be scientific plausibility for a causal relationship: why does this particular medication cause elevated intracranial pressure?

2. There should be a clinical dose-response curve: the higher the dose, the more likely the patient is to develop IIH.

3. The association between the toxin and disease should occur in the absence of potential confounders.

4. A pattern of recovery to some degree should be observed across cases in a relatively short time after removal of the offending toxin (de-challenge), in a patient who does not undergo other concomitant interventions (such as lumbar puncture, weight loss, or acetazolamide).

5. A pattern should be demonstrated in which re-exposure results in the same condition (re-challenge). It is particularly important to establish that the condition reappears with re-challenge in the case of IIH, where one of the interventions required to diagnose IIH—lumbar puncture—may also be therapeutic.

Most informative would be a prospectively collected series of subjects without other known risk factors, all demonstrating the development of intracranial hypertension after exposure to a medication, resolution of ICH after withdrawal of the medication, and then well-documented re-development of ICH after re-challenge with the same drug, in more than the occasional isolated case, beyond what would be expected given the fluctuating course of the disease. Obviously, such a study is not feasible, but this does provide a template by which ostensibly offending medications can be judged.

**IIH and hormonal contraceptives**

An association between hormonal contraceptives (both oral and implantable) and IIH has been suggested for many years. It has been proposed that IIH may have a hormonal basis (although this remains to be proven), and the addition of a hormonally active agent makes some intuitive sense as a potential cause for the condition. However, as noted, any attempt at proving that hormonal contraceptives are an independent risk factor for the development of IIH must account for the fact that those most likely to be using contraceptives are post-pubertal, pre-menopausal women, a group already at high risk for developing the condition.

**To date, there is no reliable evidence that a causal relationship exists between hormonal contraceptives of any type and IIH.** I do not recommend that my patients with IIH discontinue their hormonal contraception (including Mirena), nor is it standard practice among my colleagues in neuro-ophthalmology to do so, as there is no established causal relationship. A survey of the existing literature supports this contention.

**Oral contraceptives (OCs):** Going back many years, a number of published case reports associated the development of IIH with the use of estrogen-containing OCs, causing some to suspect a causal relationship. A number of groups have more recently conducted controlled observational studies to evaluate this hypothesis. Durcan et al. surveyed practitioners in the Midwest United States and identified 27 patients with IIH. There was no significant difference in OC use in the IIH group and the general female population (Durcan et al. 1988). A study in 1990 comparing 40 cases and 39 controls, found no difference in OC use between cases and controls (Ireland et al. 1990). Similar results were found in three additional studies (Digre et al. 1984 in a pregnant population; Giuseffi et al. 1991; Radhakrishnan et al. 1993). Indeed, to my knowledge no controlled study has ever found a statistically significant association between OC use and IIH. The highest quality evidence available does not support a causal relationship. Recent review articles written by experts in the field, therefore, appropriately conclude that there is no increased risk of developing IIH with use of OCs (such as Ball et al. 2006; Wall et al. 2010), and the recently completed IIH Treatment Trial, which excluded

patients with exposure to substances known to be associated with IIH, did not exclude women who used hormonal contraception (Friedman 2014). Similarly, leading textbooks in the field of neuro-ophthalmology do not consider oral contraceptives – or any form of hormonal contraceptive, for that matter – to be established causes of IIH (Walsh & Hoyt's 2005; Liu et al. 2010). Unfortunately, there is a misperception among some physicians who do not specialize in IIH that hormonal contraception causes IIH, despite the lack of scientific support. Notably, it is quite likely that some of the older reports of purported IIH in users of estrogen-containing OCs were actually due to thrombotic events missed by less sensitive imaging studies used at the time.

**Contraceptive implants:** Implantable contraceptives have also been associated with IIH, again based on case reports and case series, and have therefore been proposed as possible causes of IIH. However, available data fail to establish a causal relationship. Norplant is a levonorgestrel-releasing subcutaneous contraceptive implant previously available for use in the United States. In a letter to the editor in the New England Journal of Medicine, Alder et al. reviewed FDA data and identified 56 reports of "intracranial hypertension" or "disc edema" in Norplant users for whom no weight data were available. They also reported two cases of elevated intracranial pressure in two non-obese patients. No further information about weight, including BMI, normal weight vs. overweight, or recent weight gain was provided for these two patients. In these two cases, the neuroimaging was not sufficient to exclude venous sinus pathology. One patient recovered after removal of the implant; the other experienced multiple recurrences requiring medication, which is inconsistent with a Norplant-induced condition. The authors concluded that levonorgestrel "may have contributed to the onset of intracranial hypertension, or it may have had nothing to do with it" (Alder et al. 1995). Another publication found 39 reports of PTC with the Norplant implant. Of these, 4 had "resolution" of the IIH while continuing on Norplant, 16 had Norplant removed with resolution of symptoms, and 6 had Norplant removed but symptoms of ICH persisted. Resolution was not defined and resolution of papilledema was not documented. In 8 patients, it was unclear whether Norplant was removed, and there was no follow-up information for the other 5 patients (Wysowski et al. 1995). In the vast majority of reported cases, there is inadequate documentation of whether these patients met current criteria for the diagnosis IIH, as well as whether papilledema persisted or resolved after discontinuation of the drug (or even whether it was present at all). In that study, every patient for whom weight data were available was obese or overweight. No clear de-challenge pattern was discernible. There, too, the authors concluded it was impossible on the basis of their data to determine whether Norplant was causally related to PTC.

Several additional case series and isolated case reports also presented patients who developed IIH while using Norplant. None reported re-challenge information, and none concluded that a causal relationship between Norplant and IIH had been established. For example, in a meeting abstract in 1995, which was never published, Tang et al. reported that they had investigated PTC in 100 patients who were using Norplant. The information provided in the abstract is inadequate to comment on its findings. No information is provided on how many of the patients actually developed IIH; no information is provided on the demographic characteristics of those patients, including

recent weight gain and BMI; while the abstract reports that PTC resolved in "some" patients with removal of the device, it is unclear how many patients resolved. Again, as with oral contraceptives, the available evidence does not establish a causal relationship between levonorgestrel implants and IIH.

**Mirena and IIH**

Regarding the specific question of whether Mirena causes IIH, as with oral and implantable contraceptives, there are no adequately controlled studies demonstrating such an association, and the available evidence does not support such a relationship. It is estimated that the rate of IIH reported with Mirena users is approximately 0.1-0.2/100,000 (MIR_IIH_EU00606946), which is well below the expected rate of IIH among women of reproductive age, even with significant under-reporting. More than half of all cases of IIH reported with Mirena use were legal cases in the United States. Information for the reported cases is incomplete, but for the subset of patients for whom BMI information is available, more than 90% were either obese, overweight, or had recent weight gain, all of which would be typical of IIH. There is no clear or consistent temporal relationship in reported cases between onset or reported resolution of IIH (unclear what resolution means in these cases), and Mirena use. All reports of de-challenge for which treatment information is available are confounded by concomitant treatment. Whether Mirena was removed or not, approximately half of the patients recovered or improved and half did not. These findings are not consistent with a causal relationship.

I have reviewed three cases of possible IIH from Bayer's clinical trials previously identified by Plaintiffs. In the first case, it is unclear from the documentation whether she ever received a lumbar puncture; she did not ever meet criteria for IIH (MIR_PIEU_157045 to -048). In the second case, the patient reportedly had a completely normal spinal tap (which, to a neuro-ophthalmologist who treats IIH, conveys that there was a normal opening pressure) and had exposure for over 5 years with two separate Mirenas prior to developing IIH (MIR_JSEU_01057384 to -38). The third patient developed IIH more than two years *before* her IUD was inserted and a planned venous stent during her participation in a clinical trial of another LNG-releasing IUD (INDNDA_00473902 to -903). The stent was reportedly planned independent of trial participation. Furthermore, even two or three cases of IIH reported in the Mirena clinical trial program would be too few to draw any conclusions about whether Mirena causes IIH.

Several recent publications address Mirena and IIH, but those publications do not provide evidence of a causal relationship. As an initial matter, any study investigating an association between Mirena and IIH must account for several obvious sources of confounding, including confounding by indication (use in women of reproductive age) and preferential prescribing (in the case of Mirena, prescribing to women who are poor candidates for oral contraceptives such as obese women and those with a history of migraine). Mirena, like other contraceptives, is used almost exclusively by the population at greatest risk for developing IIH, that is, reproductive-age women. Mirena is specifically recommended for obese women, and the CDC guidance directs that

progestin-only contraceptives such as Mirena may be preferred for women with history of migraine, particularly migraine with aura, where estrogen use may increase stroke risk or exacerbate migraine symptoms (CDC 2016; Edelman et al. 2017). Those women may also be more likely to present with IIH (or, in the case of migraine, may already have undiagnosed IIH). For these reasons, with respect to Mirena and IIH, the quality of evidence needed to establish a causal relationship should be appropriately rigorous. Recent publications fail to account for these sources of bias and confounding, as described below.

In a 2015 publication, Etminan et al. purport to evaluate an association between Mirena and "intracranial hypertension" in two separate analyses. Unfortunately, their methodology was severely flawed in both analyses, and neither analysis supports a relationship between Mirena and IIH. First, Etminan et al. performed a search of the US FDA Adverse Events reporting system (FAERS), which even under the best of circumstances cannot be relied upon to draw causal conclusions (FDA 2005 Guidance for Industry; Questions & Answers on FDA's Adverse Event Reporting System (FAERS), fda.org). In this analysis they used multiple search terms in addition to "idiopathic intracranial hypertension" and "benign intracranial hypertension" (both of which would be considered equivalent for coding purposes): these included cerebral edema (which can result from many conditions and is actually NOT a feature of IIH), "intracranial hypertension" (which can be due to many conditions that are not idiopathic), and "papilledema" (which can result from ANY cause of intracranial hypertension and which is often misused to refer to any cause of optic disc swelling). Moreover, it appears they did not limit their analysis to women of reproductive age. Other confounders, like weight, were not considered either. While the authors report a "higher than expected" reporting odds ratio in Mirena users in FAERS (ROR 1.78 and 1.5 for "intracranial hypertension" and papilledema, respectively), the limitations of their study make it impossible to draw that conclusion. I note that Dr. Etminan in a subsequent sworn affidavit and a published letter to the editor recognized that his analysis contained multiple errors and that after correcting for those errors there was no elevated reporting odds ratio for IIH in Mirena users (Etminan 2016 Affidavit, Etminan 2017). In a second analysis, a retrospective observational study, Etminan et al. compared reports of "intracranial hypertension" among users of Mirena and two oral contraceptives (neither of which contained levonorgestrel) and found no significant difference in the odds of IIH among Mirena users compared with oral contraceptive users. Since, as explained above, multiple controlled studies have found no association between oral contraceptives and IIH, this finding suggests that there is no causal relationship between Mirena and IIH either.

Etminan et al. refer to a case report presented at a conference, Martinez 2010, as evidence of IIH in a Mirena user. However, the case presented in Martinez 2010 does not meet the accepted diagnostic criteria for IIH (normal opening pressure) and is not in keeping with understood pathomechanisms of vision loss with IIH (visual field deficits reportedly occurring in the absence of papilledema). No clear temporal relationship is reported between symptom onset or resolution and Mirena use or discontinuation, nor is any information provided on weight gain or BMI apart from noting the patient was non-obese.

I have also reviewed a recent case report of what is referred to as "minocycline-induced intracranial hypertension" in a levonorgestrel IUD user (Ros Forteza et al. 2017). In this case, the patient developed symptoms of elevated intracranial pressure a week after beginning therapy with minocycline. My review of the funduscopic photos and visual fields shows grade I papilledema on the right eye and grade I-II papilledema on the left, and perhaps a slightly enlarged blind spot in the left eye. This is consistent with the described time course in relation to her minocycline use. Minocycline was withdrawn. A repeat LP was normal, and within 24 hours the authors report significant improvement in the papilledema. Three weeks later, her IUD, which she had used for two years, was removed. In this case, onset and resolution of elevated intracranial pressure was closely temporally related to minocycline use. The patient's onset and resolution of elevated ICP bears no temporal relationship to her use or discontinuation of Mirena. This case therefore does not support the conclusion that her Mirena caused, or had any bearing on, her episode of elevated intracranial pressure. Had she been my patient, I would have discontinued minocycline, but would not have recommended removal of her IUD.

In 2017, Valenzuela et al. published a study examining IIH in Mirena users in two populations: the University of Utah hospital system and Rigshospitalet, Denmark (Valenzuela et al. 2017). The authors report unadjusted odds ratios of 7.7 and 3.9 in Utah and Denmark respectively (no odds ratios adjusted for potential confounders, including age or weight, were reported). They also report that Mirena users and non-users with IIH were clinically indistinguishable in presentation and risk factors such as obesity, meaning the primary risk factors for IIH were the same in both groups; there was no Mirena-specific IIH "phenotype." Valenzuela et al. acknowledge a number of limitations of their study—including the failure to account for potential confounders and the inability to verify that Mirena use even preceded the diagnosis of IIH among cases—and conclude that it is entirely plausible that "LNG does not cause increased intracranial pressure, but that PTC is more likely to occur in the same population of women who are more likely to have an LNG-IUS recommended to them by their physician." The authors do not recommend any changes in management, such as removing the Mirena IUD from patients with IIH, based on their findings. I agree with this course.

In addition to the limitations expressly acknowledged by the authors, there are at least two other significant methodologic flaws that render the odds ratios reported by Valenzuela et al. unreliable. First, the authors underestimated exposure to Mirena in both control groups, which is a fundamental flaw that makes their reported results entirely unreliable. In Denmark, the authors used the number of Mirenas sold in one year (2014) to determine the "prevalence" of Mirena use in the control group. This would misclassify any woman who had her IUD inserted before 2013 but was still using it as a non-user.[1] In their Utah control group, the authors used CPT codes for IUD insertion at the University of Utah between 2008 and 2013 to determine the "prevalence" of Mirena use among women with any clinical contact with the University between 2008 and 2013.

[1] The error here is limited to the controls, and not the cases. This error did not affect Denmark cases, whose medical records were reviewed to determine contraceptive history. As a result, the error biases the odds ratio by underestimating exposure in one group (controls) but not the other (cases), thereby artificially inflating the odds ratio.

That methodology would misclassify women who had their IUD inserted elsewhere, or women who were prescribed Mirena before 2008 but still using it during the study period, as non-users.[2] As a result, the authors found a "prevalence" of Mirena use of about 3.5% in Denmark and 2.0% in Utah. Both are several fold lower than those found in recent studies reporting the prevalence of contraceptive use in Denmark and Utah (Cibula et al. 2008; Lindh et al. 2017; Boulet et al. 2016; Sanders et al. 2017). Second, the authors failed to age-match between IIH cases and controls. In Utah, for example, the average age of IIH cases was 30-32. Their controls consisted of any woman aged 18 to 55 who had any contact with the University health care system. No mean age is provided for controls, but since older Americans use healthcare more frequently (CDC 2004), it is likely that the average age among controls skewed toward the upper end of that range. Because women in their 20s and early 30s are both more likely to be diagnosed with IIH and to use Mirena than older women (Branum 2015), this, too, would inflate the reported odds ratios.

Given these limitations, this study does not provide evidence that Mirena use is even associated with IIH, and its authors acknowledge their study does not suggest a causal relationship. Indeed, the authors' findings that there were no differences in clinical characteristics (BMI, weight gain, presenting symptoms) between Mirena users and non-users who developed IIH supports the conclusion that there is no causal association.

I have reviewed the reports submitted by the Plaintiffs' experts in this litigation. As none of those experts are neuro-ophthalmologists and none reference experience diagnosing and treating patients with IIH, it is perhaps not surprising that they do not appear to understand some of its fundamental tenets. For example, the preferred term for the disease at issue here is idiopathic intracranial hypertension; pseudotumor cerebri is also used by experts in the field. "Intracranial hypertension" as such, however, is not an accepted term for the condition at issue in this litigation, and with good reason: it is non-specific, and would cover elevated intracranial pressure due to any cause, including known identifiable causes such as trauma, blood clot, and brain tumor.

Despite our best efforts to try to understand it, to date the pathophysiology of IIH remains unknown. This reality is accepted by experts in IIH and reflected in the vast literature on this topic, including very recently reviewed evidence-based resources such as UpToDate and my own research and publications on the subject (Ball et al. 2006; Biousse et al. 2012; Mears et al. 2012; Andrews et al. 2014; Lee et al. 2017; Dinkin et al. 2017). This reality is also acknowledged in the very literature plaintiffs rely on to support their "biologically plausible" mechanism theories. Even the most recent studies, published or presented in 2017, acknowledge that the pathogenesis of IIH "remains unclear" (Buchanan et al. 2017), the etiology "is poorly understood" (Westgate et al. 2017), and the theories they present are merely "interesting to speculate" about (Hornby et al. 2017). The articles cited by the Plaintiffs' experts reiterate this fact. Kempegowda et al. 2016 (IIH is a disease of "unknown aetiology"); Mollan et al. 2016 ("the

[2] Again, the error is limited to the controls, and not the cases. This error did not affect Utah cases, who were interviewed by telephone regarding their contraceptive history.

pathophysiology of IIH is incompletely characterized"); Klein et al. 2013 ("the pathogenesis of IIH remains unclear and there are many proposed theories"); Mowl et a. 2009 ("The name [IIH] indicates a condition with unknown aetiology. Over the years, a multitude of IIH cases and coinciding conditions and medications have been reported, many of which have arisen by chance."); Glueck et al. 2005 ("better understanding of IIH's origins should advance novel medical therapies for IIH").

There are a variety of potential mechanism theories proposed in the scientific literature to explain IIH. While some are interesting, all are unproven. They include, for example, proposed mechanical obstruction of the cerebral venous system, increased CSF outflow resistance, obesity-related increased abdominal and venous pressure, abnormalities of vitamin A metabolism, altered sodium and water retention, and various endocrine theories (Biousse et al. 2012; Andrews et al. 2014; Lee et al. 2017; Dinkin et al. 2017). There is no consensus in our field that IIH is caused by hormones, much less any particular hormone via any particular mechanism. In the absence of a known mechanism, plaintiffs' experts appear to have started with the proposition that Mirena does, in fact, cause IIH, and then looked for those mechanism theories (among the many that have been proposed but not proven) that advance that basic assumption. In so doing they suggest that they have found definitive answers to the question that those of us who have devoted our lives to the study of this disease are still asking. They do so using mechanistic hypotheses that no one – not even themselves – have endorsed in the published literature as established.

There are a number of inconsistencies and oversights in the plaintiffs' proposed mechanisms, including the problems I highlight below.

> *It is not established or accepted that overproduction of CSF is involved in IIH:* some of plaintiffs' experts suggest that overproduction of CSF, caused by either mineralocorticoid or androgen activity in the choroid plexus, is a likely cause of IIH.[3] That overstates the evidence that overproduction, as opposed to impaired resorption, of CSF is what causes elevated intracranial pressure in IIH. That hypothesis is challenged, for example by the fact that diseases that are known to cause CSF overproduction, such as choroid plexus papilloma, nearly always cause hydrocephalus, which is by definition absent in IIH (Jaiswal et al. 2013), and imaging studies have not demonstrated CSF overproduction at the choroid plexus in IIH patients (Gideon 1994).

> *Other endocrine theories may better explain IIH but were ignored by plaintiffs:* in searching for a hypothesis to explain IIH, it makes some intuitive sense to

[3] *See* Salpietro Report at pp. 20, 23, 30: The choroid plexus "is the major site for production of CSF;" mineralocorticoids can affect CSF production through "derangements in the MRs-epithelial sodium channels activity at the choroid plexus;" and "the LNG released by the Mirena IUD causes or substantially contributes to causing PTCS through this [mineralocorticoid]-Na+/K+ channels mechanism." *See also* Plunkett Report at 32: "authors suggested that testosterone may have a pathogenic role in PTC that is related to increased cerebrospinal fluid production" (citing Westgate 2017, a preliminary study attempting to create a model for IIH using extracted tissue from the choroid plexus of rats).

examine the hormonal changes that differentiate reproductive-age women—and especially obese reproductive-age women—from other population groups. However, plaintiffs' experts' approach to doing so is incomplete and misleading. Obese women exhibit multiple hormonal changes—not just changes in androgen levels. They tend to have lower progesterone levels and higher estrogen levels, for example (Yeung et al. 2013), and as a result, it has been suggested by some (but not cited by the plaintiffs) that estrogen might play a role in IIH (Andrews et al. 2014).

*No evidence that progestins at higher doses or LNG compared to other progestins increase risk:* studies of exogenous sex hormone administration have *not* established a role for exogenous estrogens or progestins in IIH. Specifically, multiple controlled studies of oral contraceptives have found no increased risk of IIH. And the only study to date to compare different progestins on this issue (Etminan's 2015 cohort analysis comparing a LNG IUD to norgestimate- and norethindrone-containing oral contraceptives) found no different in the risk of intracranial hypertension, regardless of how androgenic the progestin was. This clinical evidence undermines the plaintiffs' theory that LNG's androgenic properties actually cause IIH in clinical practice.

Some of the plaintiffs' experts suggest that LNG is a mineralocorticoid agonist, and that that explains how LNG would increase the risk of IIH (*see generally* Salpietro Report; Moye Report). As explained above, the pathophysiology of IIH is unknown to this day, and there is no reliable evidence that mineralocorticoid receptor activity causes it. But even if that were true, I am aware of no evidence that LNG is an agonist of the human choroid plexus MR receptor, rather than, for example, binding to that receptor but having neither agonistic or antagonistic effect.

Many of plaintiffs' experts minimize or underplay the import of weight and BMI in this condition. This is inconsistent with the overwhelming body of literature that clearly establishes that overweight status is a significant risk factor for developing IIH. Just as the vast majority of Mirena (or other LNG) users never develop IIH, the vast majority of patients with IIH have never used Mirena (or other LNG-containing contraceptives). Those IIH patients who have never used Mirena appear to share the exact same risk factor profile as patients who *have* used Mirena, in that the vast majority are overweight or obese women of reproductive age. It is therefore not scientifically sound to simply discount those risk factors in an otherwise clinically indistinguishable patient who also happened to use Mirena, or any hormonal contraceptive, as reproductive-age women often do use those methods.

As explained above, before concluding that a medication can cause idiopathic intracranial hypertension, a number of criteria should be met. Plaintiffs' experts suggest that they have applied those criteria to the relationship between Mirena and IIH using the Bradford Hill construct. Having examined the plaintiffs' experts' theories and the literature underlying them, however, I find their analysis deeply flawed.

As a preliminary matter, the Bradford Hill criteria are a tool for evaluating an observed relationship in epidemiology, but only *after* there is "clear cut" evidence of an association, meaning that the disease clearly occurs more frequently among exposed persons (Bradford Hill 1965). Here, there is no such clear evidence of an association. As described above, only two published studies have ever examined the possible association between Mirena and IIH. The first (Etminan et al. 2015) found no difference in IIH risk between Mirena and oral contraceptives which do not contain LNG, and found no signal for IIH in adverse event reporting when the analysis was properly limited to the at-risk population. The second (Valenzuela et al. 2017) provides only unadjusted—and, for the reasons I explained previously, unreliable—odds ratios which the authors themselves say do not suggest a causal relationship. In this setting, there is no "clear cut" evidence that IIH occurs more often in Mirena users than would be expected by chance alone, and so no basis to apply the Bradford Hill criteria. And as the Norplant case reports do not establish that Norplant causes IIH (as explained above), they are not evidence that Mirena causes IIH "by analogy."

Troublingly, the plaintiffs' experts appear to have ignored data that did not suit their conclusion that Mirena causes IIH while overstating data that fit their theory. For example, with respect to the "temporality" criteria, several of plaintiffs' experts suggest that the fact that most cases of IIH are reported in the first two years of Mirena use supports their theory that Mirena causes IIH (Plunkett Report at 15; Darney Report at 24; Moye Report at 39). However, the sources they cite make it clear that the majority of cases were reported after more than one year of Mirena use (Bayer 2017), and Valenzuela et al. reported an average time-to-symptom-onset of 22 months in Mirena patients who were later diagnosed with IIH (Valenzuela et al. 2017). Since Mirena LNG levels are highest shortly after insertion and decline steadily thereafter (a point most of plaintiffs' experts do not appear to contest), this does not support their conclusion that Mirena causes IIH. In addition, in my clinical experience treating and diagnosing IIH, in cases where a drug exposure is felt to be likely related to the onset of IIH (such as minocycline exposure), the average time from exposure to symptom onset is measured in weeks or months, not years.

Data from Mirena spontaneous adverse event reports purporting to be dechallenges is not "experimental" evidence supporting a causal relationship between Mirena and IIH, as the plaintiffs' experts suggest. I routinely diagnose and treat IIH in my clinical practice. Part of the diagnostic workup for IIH is an LP, which may also provide relief from symptoms (albeit usually temporary). Once I diagnose a patient with IIH, I generally instruct them to lose weight and start them on acetazolamide, unless the symptoms are so minor that they are not bothersome or so severe they require immediate surgical intervention. When trying to assess a relationship between a potential drug exposure and IIH, however, if a patient is concomitantly treated medically for their condition and discontinues the exposure, such a case (called a confounded dechallenge) does not allow the observer to determine whether removing the exposure or initiating treatment was responsible for the patient's improvement. Bayer reports receiving cases where IIH was diagnosed, Mirena was discontinued, and the patient improved (Bayer 2017). However, there is no pattern of unconfounded dechallenge—meaning the drug was stopped and no further treatment was undertaken—that would

suggest that it was discontinuing the Mirena, and not medically treating the disease, that led to improvement.

In addition, because IIH is a disease that waxes and wanes, even a few cases where symptoms improved after Mirena removal would not answer the question of whether removal caused the improvement or was coincidental—one would instead want to see a consistent pattern in which patients improved following removal of their Mirena (ideally without confounding interventions at the time of discontinuation) and did not recur once the offending agent was removed. I see no such pattern here. In fact, there is no clear difference in outcome whether or not Mirena was removed: whether Mirena was removed or not, roughly half of IIH patients improved, whereas the others did not (Bayer 2017).

In summary, the available evidence does not support a causal relationship between Mirena and IIH, such a relationship is not accepted in the medical community, and I do not believe that Mirena has been shown to cause IIH. None of the five causal factors identified above—scientific plausibility, dose response, disease occurring in the absence of potential confounders, clear pattern of recovery shortly after de-challenge and in the absence of therapeutic interventions, and re-challenge—are met with respect to Mirena.

I hold all of the above opinions, which are based on my education, training, experience, and review of scientific evidence and literature, to a reasonable degree of medical certainty. I am compensated at a rate of $750 per hour for my time. I reserve the right to amend and/or supplement my report should additional information become available, and to respond to the opinions and testimony of others. My CV, the materials I reviewed, and a list of testimony I have given in the last 4 years are attached as appendices to this report. I reserve the right to amend and/or supplement my opinions based on new evidence or to respond to the opinions or testimony of others.

Gregory Van Stavern, M.D.

January 18, 2018

# APPENDIX A

# CURRICULUM VITAE – Gregory Paul Van Stavern, MD

**BORN:** [redacted]

**CITIZENSHIP:** US

**ADDRESS:** (Office)
Department of Ophthalmology & Visual Sciences
Washington University School of Medicine
660 S. Euclid Ave., Campus Box 8096
St. Louis, MO 63110 USA
Telephone (314) 362-5753 (office)
(314) 362-3275 (FAX)
E-mail vanstaverng@vision.wustl.edu

(Home) [redacted]

[redacted] [redacted]

**PRESENT POSITION:**
Professor
Department of Ophthalmology & Visual Sciences
Department of Neurology
Washington University School of Medicine, St. Louis, MO

## EDUCATION AND TRAINING:

La Salle University, Philadelphia PA, 1985-1989

Pennsylvania State University School of Medicine, Hershey Medical Center, 1989-1993

Pennsylvania Hospital, Philadelphia, PA 1993-1994

University of North Carolina Hospitals, Chapel Hill, NC. Ophthalmology Residency 1994-1996

University of North Carolina Hospitals, Chapel Hill, NC. Neurology Residency 1996-1999

Emory University, Atlana GA. Neuro-Ophthalmology Fellowship. 1999-2000

## ACADEMIC POSITIONS / EMPLOYMENT:

Professor, Department of Ophthalmology and Visual Sciences, Department of Neurology, Washington University in St. Louis, St. Louis, MO, 7/17-present

Associate Professor, Department of Ophthalmology and Visual Sciences, Department of Neurology, Washington University in St. Louis, St. Louis, MO, 4/09-present

Associate Professor of Ophthalmology, Neurology, and Neurosurgery, Wayne State University, Detroit, MI. 7/07-3/09

Assistant Professor, Department of Ophthalmology and Neurology, Wayne State University, Detroit MI 7/00-7/07

## UNIVERSITY / HOSPITAL / DEPARTMENTAL APPOINTMENTS AND COMMITTEES:

Clinical Competency Committee, Department of Ophthalmology and Visual Sciences 6/13-present

Clinical Research Committee, Co-Chair, Department of Ophthalmology and Visual Sciences 7/12-present

**MEDICAL AND BOARD CERTIFICATION:** American Board of Psychiatry and Neurology, 2000, Recertification 2010

**MEDICAL LICENSURE:** Missouri

## HONORS AND AWARDS:

Ophthalmology Teacher of the Year, Research, 2017

Fellow, American Academy of Neurology, 2016

Best Doctor's in America- 2005-2016

AAO Achievement Award, 2012

Fellow, North American Neuro-Ophthalmology Society, 2010

Excellence in Teaching Award: Kresge Eye Institute, Ophthalmlogy Residents, 3/09

2005: Wayne State University Teaching Award

2004: Distinguished Teaching Award. Kresge Eye Institute/WSU Dept of Ophthalmology

2002- Teaching Award- Wayne State University Dept. of Neurology-

1993 - Hewlitt-Packard Scholastic Achievement Award, Pennsylvania State University College of Medicine

## EDITORIAL RESPONSIBILITIES:

Section Editor, Journal of Neuro-Ophthalmology. 2013-present

Peer Reviewer, *Journal of the Neurological Sciences*
Peer Reviewer, *American Journal of Ophthalmology*

Peer Reviewer, *Neurology*
Peer Reviewer, *Journal of Neuro-Ophthalmology*
Peer Reviewer, *Investigative Ophthalmology and Visual Sciences*
Peer Reviewer, *Ophthalmology*
Peer Reviewer, *JAMA Ophthalmology*

## PROFESSIONAL SOCIETIES AND ORGANIZATIONS:

North American Neuro-Ophthalmology Society, Fellow

American Academy of Ophthalmology

American Academy of Neurology, Fellow

Alpha Omega Alpha

Chair, Neuro-Ophthalmology/Neuro-Otology Section, American Academy of Neurology

## MAJOR INVITED PROFESSORSHIPS AND LECTURESHIPS

1. Invited Speaker, Annual Pituitary Conference. "Pituitary masses and visual loss". Charles Knight Center, St. Louis 3/23/17
2. Course chair, Neuroscience in the Clinic, American Academy of Neurology annual meeting: "Neurodegenerative diseases and vision". 4/28/17, Boston, MA
3. Invited Speaker, Neuro Ophthalmology/Neuro-Otology Abstracts session. American Academy of Neurology annual meeting: "Neurodegenerative diseases and vision". 4/25/17, Boston, MA
4. Course Instructor, Neuro-Ophthalmology/Neuro-Otology Skills Transfer Course, AAN meeting, 4/23/17. Boston, MA
5. Invited Speaker, Washington University Department of Otolaryngology Grand Rounds. "IIH and CSF leaks". 2/15/17
6. Invited Speaker, Washington University Technician's Seminar. "Visual Fields". 2/10/17
7. Visiting Professor, Michigan State University, East Lansing MI. 12/16/16
8. Invited Speaker, American Academy of Ophthalmology. "Breakfast with the Experts: Neuroimaging". 10/17/16. Chicago
9. Invited Speaker, American Academy of Ophthalmology. "The swollen optic nerve: a guide to evaluation and management". 10/17/16, Chicago
10. Invited Speaker, Washington University, Department of Neurosurgery. "Pseudotumor and Real Tumor". 4/27/16
11. Course Instructor, Neuro-Ophthalmology/Neuro-Otology Skills Transfer Course, AAN meeting, Vancouver, 4/16/16
12. Invited Speaker, Washington University, Department of Ophthalmology and Visual Sciences. Ophthalmology Technician Symposium. "Is the optic nerve the culprit?" 3/4/16
13. Invited Speaker, AAO Sub-Specialty Day. "Test interpretation made ridiculously simple", 11/14/15. Las Vegas, NV
14. Invited Speaker, Physical Medicine and Rehabilitation. Washington University School of Medicine. 9/16/15
15. Invited Speaker, Alzheimer's Disease Research Center, Washington University in St. Louis. Ocular biomarkers in AD. 11/18/14

16. Invited Speaker, Physical Medicine and Rehabilitation. Washington University School of Medicine. 9/12/14
17. Invited Speaker, Neuro-Ophthalmology and Oculoplastics Symposium. Clinical perspective on IgG4 related disease. Illinois Eye and Ear Infirmary. 9/27/14
18. Ophthalmology Update, Washington University in St. Louis. "Visual Electrophysiology: A clinical approach". 3/7/14
19. North American Neuro-Ophthalmology Society Annual Meeting, Chair and moderator: Visual Electrophysiology Symposium. 3/3/14, Puerto Rico
20. North American Neuro-Ophthalmology Society Annual Meeting, Invited Speaker. "IgG: What is it good 4?". 3/3/14. Puerto Rico
21. Visiting Professor, Kellogg Eye Institute, University of Michigan. 12/13/13-12/14/13
22. American Academy of Neurology, San Diego CA. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/19/13
23. American Academy of Neurology, San Diego. Invited Speaker. Visual electrophysiology: matching structure to function. .Integrative Neuroscience Session 3IN002. 4/20/13
24. American Academy of Neurology, San Diego. Co-chair: Integrative Neuroscience Session 3IN002. Approaching neurologic diseases through the visual system. 4/20/13
25. North American Neuro-Ophthalmology Society Annual Meeting, Moderator, Frank B. Walsh Session, Snowbird, UT 2/9/13
26. Department of Emergency Medicine, Washington University in St. Louis, Visiting Speaker, Grand Rounds. "Neuro-Ophthalmology Emergencies". 12/4/12
27. Departments of Ophthalmology and Neurology, Michigan State University College of Osteopathic Medicine. Visiting Professor. 8/4/12
28. American Academy of Neurology, New Orleans, LA. Co-Chair, Scientific Highlights, Neuro-Ophthalmology/Neuro-Otology 4/27/12
29. American Academy of Neurology, New Orlean, LA. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/26/12
30. St. Luke's Hospital Ophthalmology Service. Quarterly Meeting. Chesterfield, MO. Invited Speaker. "Clinical Applications: Visual Electrophysiology". 5/17/11
31. American Academy of Neurology, Honolulu, HI. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/10/11
32. North American Neuro-Ophthalmology Society Annual Meeting, Moderator, Evidence-Based Neuro-Ophthalmology Symposium. 2/10/11
33. North American Neuro-Ophthalmology Society Annual Meeting, Invited Speaker, Evidence-Based Neuro-Ophthalmology Symposium."Clinical decision making in Neuro-Ophthalmology". 2/10/11
34. North American Neuro-Ophthalmology Society Annual Meeting, Co-Chair, Frank B. Walsh Session, 2/6/11
35. St. Luke's Hospital Ophthalmology Service. Quarterly Meeting. Chesterfield, MO. Invited Speaker. "Idiopathic Intracranial Hypertension: What do we know?" 7/20/10
36. American Academy of Neurology, Toronto, ON. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/16/10
37. American Academy of Ophthalmology, San Francisco, CA. Dorsal Midbrain Syndrome. Invited Speaker, Sub Specialty Day. 10/24/09
38. Grand Rounds, Washington University Department of Neurology. Invited Speaker. "Idiopathic Intracranial Hypertension: What do we know?" 10/10
39. American Academy of Neurology, Seattle, WA. Breakfast Symposium- Neuro-Ophthalmology Examination Techniques
40. Ohio Ophthalmology Society, Toledo, OH. Invited Speaker. "Ischemic Optic Neuropathies: What's New?" 3/17/09.
41. American Academy of Ophthalmology, Atlanta GA. Late Breakers Symposium- OCT and Multiple Sclerosis. Invited Speaker 11/408

42. Grand Rounds, University of Washington, Seattle WA. Invited Speaker. "OCT and demyelinating disease". 8/14/08.
43. Mimickers of Multiple Sclerosis. CME presentation. Cincinnati, OH 11/5/08
44. Visual Manifestations of Multiple Sclerosis, CME Presentation Dayton, OH 11/6/08
45. OCT and MS: What is the Evidence? CME Presentation Cleveland, OH 3/21/08
46. North American Neuro-Ophthalmology Society, Annual Meeting, Orlando, Fl. Invited Speaker, Stroke Symposium, "Does it Apply to the Eye? 3/10/08
47. Michigan Eye Physicians and Surgeons Winter Meeting, Crystal Mountain, MI. Invited Speaker. "Update on Ischemic Optic Neuropathies. 2/23/08
48. North American Neuro-Ophthalmology Society, Walsh Meeting, Orlando, Fl. Here's the story of a man who's brady (kinetic). 3/9/08
49. 4th Annual Neuroprotection Conference. Optical Coherence Tomography and the Optic Nerve: A Potential Biomarker. Santa Barbara, CA. 9/29/07. Invited Speaker
50. Michigan Neurologic Association Annual Meeting. Topical Facilitator, Neuro-Ophthalmology. Crystal Mountain, MI. 8/11/07
51. 10th Annual Review of Multiple Sclerosis. Orlando, FL Neuro-ophthalmology: Clues to diagnosis and misdiagnosis. Invited Speaker. 5/30/07
52. American Academy of Ophthalmology, Las Vegas, NV. Ocular Motility Disorders- It's Multiple Nerves. Invited Speaker, Sub Specialty Day 11/14/06
53. 3rd Annual Neuroprotection: Defining a clinical strategy in neurodegenerative disease. Napa Valley, CA. Neuro-Protection and Neuro-Ophthalmology. Invited Speaker. 10/28/06
54. Grand Rounds, Department of Ophthalmology, Duke University, Durham, NC. Visiting Lecturer 6/13/06
55. North American Neuro-Ophthalmology Society, Walsh Meeting, Tucson, AZ. Selected case presentation, 2/26/06
56. Grand Rounds, Department of Ophthalmology Beaumont Hospital, Royal Oak, MI. Visiting Lecturer, 2/13/06
57. American Academy of Ophthalmology, Chicago, IL., Invited Speaker, 10/16/05
58. Grand Rounds, Division of Neurology, Beaumont Hospital, Royal Oak, MI. Visiting Lecturer, 3/30/05
59. Didactic Conference, Crittendon Hospital, Rehabilitation Unit. Visiting Lecturer, 3/9/05
60. North American Neuro-Ophthalmology Society, Annual Meeting, Copper Mtn, CO. Moderater, Migraine/Neuro-Ophthalmology Symposium, 2/12/05
61. North American Neuro-Ophthalmology Society, Annual Meeting, Copper Mtn, CO. Invited Speaker, Migraine Symposium, "Persistent Migraine Aura". 2/15/05
62. CORO/NORO Monthly Conference, Michigan State University, East Lansing, MI. Visiting Lecturer, 11/7/03
63. North American Neuro-Ophthalmology Society, Walsh Meeting, Copper Mtn, CO. Selected case presentation, 2/02
64. Grand Rounds, Department of Emergency Medicine, Wayne State University, Detroit, MI. Visiting Lecturer. 5/02
65. Grand Rounds, Department of Neurosurgery, Wayne State University, Detroit, MI. Visiting Lecturer, 3/5/01

North American Neuro-Ophthalmology Society, Walsh Meeting, Ann Arbor, MI. Moderater, 4/01

**RESEARCH SUPPORT:** *(role, title, duration, amount)*

Government

Multicenter, Double-blind, Randomized, Placebo-controlled Study of Weight- Reduction and/or Low Sodium Diet plus Acetazolamide vs Diet plus Placebo in Subjects with Idiopathic Intracranial Hypertension with Mild Visual Loss

**St. Luke's/NEI Fund # 12-003135-943965**

NonGovernment

Prospective evaluation of visual pathway functional connectivity in patients with clinically isolated syndrome

**National MS Society PP1916, $50,000, 2 years**

Ocular biomarkers in early and pre-symptomatic Alzheimer's Disease

**Knight Alzheimer's Disease Research Center Grant P50 AG05681, $15,000, 2 years**

**Optovue (Educational grant), $25,000, 2 years**

## CLINICAL TITLE AND RESPONSIBILITIES:

Director, Neuro-Ophthalmology Service:

Provide clinical care to neuro-ophthalmology patients in greater St. Louis Metro area
Coordinate didactic teaching for Ophthalmology, Neurology and Neurosurgery residents
Supervise residents and medical students in Neuro-Ophthalmology clinic

Director, Visual Electrophysiology Service:

Supervise visual electrophysiology laboratory testing and interpretation

Interpret visual electrophysiology tests

Develop and maintain adherence to ISCEV standards and protocols

## BIBLIOGRAPHY: (*number and list chronologically, ending with most recent*)

Peer Reviewed Manuscripts

Liu JC, Green W, Van Stavern GP, Culican SM. Assessing the utility of 2.5% phenylephrine for diagnostic pupillary dilation. Can J Ophthalmol 2017;52:349-354

Nolan KW, Lee MS, Jalalizadeh R, Smith S, Van Stavern GP, McClelland CM. Optic nerve head drusen: the relationship between intraocular pressure and optic nerve structure and function. J Neuro Ophthalmol 2017 *In Press*

Lu P, Kung N, Van Stavern G. Ethambutol Optic Neuropathy Associated with Enhancement at the Optic Chiasm. Can J Ophthalmol 2017 *Epub ahead of print.*

Dresner S, Kung N, Palko J, McJunkin J, Goebel J, Van Stavern G. Skew Deviation and Partial Ocular Tilt Reaction due to Intratympanic Gentamicin Injection with Review of the Literature. Neuro-Ophthalmology **2017** *Epub ahead of print.*

Daniel R. Gold, DO, Nathan H. Kung, MD, and Gregory P. Van Stavern, MD. Central Acute Vestibular Syndrome due to posterior fossa hemorrhage. Video. [NOVEL]. 2017. Available at: https://collections.lib.utah.edu/details?id=1253804. June 26, 2017.

Daniel R. Gold, DO, Nathan H. Kung, MD, and Gregory P. Van Stavern, MD. Acute Vestibular Syndrome with ocular tilt reaction due to bacterial labyrinthitis. Video. [NOVEL]. 2017. Available at: https://collections.lib.utah.edu/details?id=1253805. June 26, 2017.

Daniel R. Gold, DO, Nathan H. Kung, MD, and Gregory P. Van Stavern, MD. Acute Vestibular Syndrome with skew deviation and positive head impulse test due to a demyelinating lesion. Video. [NOVEL]. 2017. Available at: https://collections.lib.utah.edu/details?id=1253806. June 26, 2017.

Kung NH, Van Stavern GP, Bucelli RC. A middle aged man with progressive ophthalmoplegia, ataxia, and spastic paraparesis. JAMA Neurology 2017; 74:733-736

Ferguson I, Huecker J, Huang J, McClelland C, Van Stavern G. Risk factors for radiation-induced optic neuropathy: a case-control study. *Clin Exp Ophthalmol 2017 In Press*

Holmes BB, Green WC, Kung NH, Goebel JA, Van Stavern GP. Vertebrobasilar dolichoectasia causing an optic tract syndrome. J Neuro Ophthalmol 2017;37:179-181

McClelland CM, Van Stavern GP, Bei L, Lee M. Acute vision loss and choroidal filling delay in the absence of giant cell arteritis. *Clin Ophthalmol 2016;10:1573-1578*

Chang R, Marshall BK, Huecker J, Gordon MO, Sharma A, McClelland C, Van Stavern GP. Neuroimaging features of Idiopathic Intracranial Hypertension persist after resolution of papilledema. *Neuro Ophthalmology 2016;40(4):165-170*

Kung NH, Bucelli RC, Van Stavern RB, Goebel J, Van Stavern GP. A young man with progressive vision and hearing loss. JAMA Neurol *2016;73(7):880-3*

Kung NH, Bartlett NL, Yaseen NR, Van Stavern GP, Bucelli RC. A young woman with blurred vision and distal paresthesias. JAMA Neurol 2015;72:1519-1523

Bruce CT, McClelland CM, Van Stavern GP. Papilledema in an otherwise typical case of Miller Fisher Syndrome. Can J Ophthalmol 2015;50:69-70

Lee CS, Harocopos G, Kraus CL, Lee AY, Van Stavern GP. IgG associated ocular and orbital inflammation. J Ophthal Inflamm Infect 2015;29:5-15

Wu GF, Brier MR, Parks CA, Ances BM, Van Stavern GP. An eye on brain integrity: acute optic neuritis affects resting state functional connectivity. Invest Ophthalmol Vis Sci 2015; 56(4):2541-6

Bei L, Shui YB, Bai F, Nelson SK, Van Stavern GP, Beebe DC. A test of lens opacity as in indicator of pre-clinical Alzheimer's disease. Exp Eye Res 2015; 140:117-23

Van Stavern G, Kumar G, Thuruthumaly C. Visual disturbance after bariatric surgery. JAMA Ophthalmol 2015;133:345-346

Viets R, Parsons M, Van Stavern GP, McKinstry R, Sharma A. Effect of spatial resolution of T-2 weighted imaging on diagnostic efficacy in MR imaging in the detection of papilledema. *Am J Radiol 2015;204(3):602-7*

Van Stavern GP.. Bardet Biedl Syndrome. PDF. [NOVEL]. 2014. Available at: *http://content.lib.utah.edu/cdm/ref/collection/EHSL-NOVEL/id/2218. March 3, 2015.*

Van Stavern GP. Occult Macular Dystrophy. PDF. [NOVEL]. 2014. Available at: *http://content.lib.utah.edu/cdm/ref/collection/EHSL-NOVEL/id/2193. March 3, 2015.*

Van Stavern GP. Usher syndrome. PDF. [NOVEL]. 2014. Available at: *http://content.lib.utah.edu/cdm/ref/collection/EHSL-NOVEL/id/2214. March 3, 2015.*

Purgert R, Peralta E, McClelland C, Van Stavern GP. Combined anterior ischemic optic neuropathy and hemiretinal artery occlusion during hemodialysis. *Can J Ophthalmol 2015;50:19-21*

Ong C, Patel K, Musiek E, Van Stavern GP. Mystery case: A young women with isolated upbeating nystagmus. *Neurology 2015;27:e17-19*

Stock M, Kumar G, Van Stavern G. Transient blurred vision in a neurologically decompensating patient. *JAMA Ophthalmol.* 2014;132(7):887-888

Earl JB, Lee CS, Yom V, Van Stavern GP, Abuattieh M, Chin-Yee D, Rao K, Apte RS. Visual cycle suppression via patching in Central Serous Chorioretinopathy. *Ophthalmology 2014;121:2502-2504*

Salvay DM, Padhye L, Huecker JB, Gordon MO, Sharma A, Van Stavern GP. Correlation between papilledema grade and diffusion weighted magentic resonance imaging in Idiopathic Intracranial Hypertension. *J Neuro Ophthalmol 2014;34:331-335*

Marshall BK, Goel M, Pitha I, Van Stavern GP, McClelland C. Sequential episodes of perioperative ischemic optic neuropathy after hip surgery. *J Neuro-Ophth 2014;34:165-168*

Padhye L, Van Stavern GP, Sharma A, Viets R, Huecker J, Gordon M. Association between visual parameters and neuroimaging features of Idiopathic Intracranial Hypertension. *J Neurol Sci 2013;332:80-85*

Jain N, Morgan M, Corbo J, Sharma A, Van Stavern GP. Diplopia with a cavernous sinus metastasis of a remote endometrial stromal cell tumor. *Neuro-Ophthalmol 2013*

Van Stavern GP, McClelland C, Shepherd JB. Neuro-imaging in patients referred to a neuro-ophthalmology service: rates of appropriateness and concordance in interpretation: Author Reply. *Ophthalmology 2013;120:879-880*

Viets R, Sharma A, Van Stavern GP, Parsons M. Hyperintense optic nerve heads on diffusion weighted imaging: a new imaging sign for papilledema. *Am J Neuroradiol 2013;34:1438-1442*

McClelland C, Van Stavern GP, Shepherd JB, Gordon M, Huecker J. Neuro-imaging in patients referred to a neuro-ophthalmology service: rates of appropriateness and concordance in interpretation. *Ophthalmology 2012;119:1701-1704*

Khanna S, Sharma A, Huecker J, Gordon M, Naismith RT, Van Stavern GP. The comparison of magnetic resonance imaging of optic neuritis in patients with multiple sclerosis vs neuro-myelitis optica. J *Neuro-Ophthalmol 2012;32:216-220*

Rajagopol R, Bateman R, Van Stavern GP. Visual involvement in corticobasal syndrome. *In Press J Neuro Ophthalmol 2012;32:338-340*

McClelland C, Tselis A, Van Stavern GP. Leber's Hereditary Optic Neuropathy (LHON) mimicking Neuromyelitis Optica (NMO). *J Neuro-Ophthalmol 2011;31:265-268*

Bruce BB, Sedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA et al. Atypical idiopathic intracranial hypertension: normal BMI and older patients. *Neurology 2010;74:1827-32*

Miller RC, Tewari A, Miller JA, Garbern J, Van Stavern GP. Neuro-ophthalmologic features of Spinocerebellar Ataxia Type 7. *J Neuro Ophthalmol 2009;29:180-186*

Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, Newmna NJ, Biousse V. Idiopathic intracranial hypertension in men. *Neurology. 2009 Jan 27;72(4):304-9*

Ragheb S, Lisak R, Lewis R, Van Stavern GP, Gonzales F, Simon K. A potential role for Baff in the pathogenesis of autoimmune myasthenia gravis. *Arch Neurol 2008 65:1358-1362*

Mears K, Van Stavern GP. Bilateral simultaneous onset non-arteritic anterior ischemic optic neuropathy associated with sticky platelet syndrome. *Br J Ophthalmol 2008 In Press*

Tselis A, Perumal J, Caon C, Hreha S, Ching W, Din M, Van Stavern GP, Kahn O. Treatment of corticosteroid refractory optic neuritis in multiple sclerosis patients with intravenous immunoglobulin MS. *Eur J Neurol. 2008 Nov;15(11):1163-7*

Colen C, Ketko A, Van Stavern GP. Periodic alternating nystagmus with periodic alternating skew deviation in Spinocerebellar ataxia type 6. *J Neuro-Ophthalmol 2008;28:1-2*

Wolfe S, Van Stavern GP. Characteristics of patients presenting with ocular pain. *Can J Ophthalmol 2008 Aug;43(4):432-4*

Sivawamy L, Van Stavern GP. Anterior ischemic optic neuropathy in a child. *Ped Neurol 2007;37:371-372*

Randhawa S, Van Stavern GP. Sticky platelet syndrome and anterior ischaemic optic neuropathy. *Clin Exp Ophthalmol 2007;35:779-781*

Randhawa S, Van Stavern GP. Giant Cell Arteritis Presenting with Hemianopic Visual Field Loss. *Can J Ophthalmol 2007;42:486-487 2007*

Randhawa S, Yonkers J, Van Stavern GP. The Relationship of Body Mass Index and Intaocular Pressure with the Severity of Disease in Idiopathic Intracranial Hypertension *Ophthalmology 2007114:827-828*

Van Stavern GP, Bhatt A, Black EH. . A prospective study assessing the utility of Cogan's lid twitch sign in patients with isolated unilateral or bilateral ptosis *J Neurol Sci 2007;256:84-85*

Gasperini J, Black EH, Van Stavern GP. Breast cancer metastasis to the optic nerve treated with optic nerve sheath fenestration. *Ophthal Plast Reconstruct Surg 2007;23:331-333*

Borsody M, Semenov I, Carroll K, Kessler A, Dubow J, Olsen E, Hammond J, Van Stavern G, Raizer J, White R, Leenan. The relation of brain ouabain-like compounds and idiopathic intracranial hypertension. *Headache 2006 46:1255-1260*

Chung J, Frohman L, Van Stavern GP, Turbin R. Adalibumab-associated optic neuritis. *J Neurol Sci 2006;15:133-136*

Zuchner S, De Jonghe PD, Jordanova A, Claeys KG, Van Stavern GP, Shy M et al. Axonal neuropathy with optic atrophy is caused by mutations in mitofusin 2. *Ann Neurol 2006;59:276-281*

Galvin J, Van Stavern GP. Pituitary Apoplexy and Lupus Anticoagulant. *J Neuro Sci 2004 221;89-90*

Galvin J, Van Stavern GP. Pseudotumor Cerebri: Demographic Patterns and Clinical Presentation in Southeastern Michigan:1985-2002. *J Neuro Sci 2004 223:157-160*

Kim RW, Van Stavern GP, Juzych M. Non-arteritic anterior ischemic optic neuropathy following acute glaucoma secondary to Posner-Schlossman syndrome. *Arch Ophthalmol 2003 Jan;121(1):127-8*

Van Stavern GP, Gorman M. Orbital infarction after cocaine use. *Neurology 2002;59:642-645*

Brown MD, Allen JC, Van Stavern GP, Newman NJ, Wallace D. Clinical, genetic, and biochemical characterization of a Leber's Hereditary Optic Neuropathy family containing both the 11778 and 14484 primary mutations. *Am J Hum Gen 2001;104:331-338*

VanStavern, GP, Biousse V, Simon D, Lynn, MS, Newman, NJ. Neuro-Ophthalmic Manifestations of Head Trauma. *J Neuro-Ophth 2001;21:112-117*

VanStavern, GP, Biousse V, Leingang, JC, Newman, NJ. Downbeat Nystagmus in Heat Stroke. *J. Neuro Neurosurg and Psychiatry, 69(3):403-404, Sept. 2000*

Invited Publications

Liu J, Kung N, Van Stavern GP. Functional visual loss. Principles and Practice of Ophthalmology. Eds: Subramanian P, Pranja NK. JAYPEE Bros. 2018 *In Press*

Kung N, Van Stavern GP, Gold D. HINTS to INFARCT: Pearls and Pitfalls. J Neuro Ophthalmol 2018 *In Press*

Eck TW, Van Stavern GP. Neuro-ophthalmic manifestations of head trauma. Clinical practice perspective. Focal Points. 2016, Module 3

Kung N, Van Stavern GP. Isolated ocular motor palsies. Semin Neurol *2015;35(5):539-48*

Meyerson C, Van Stavern GP, McClelland CM. Leber's Hereditary Optic Neuropathy: current perspectives. Clin Ophthalmol 2015 9:1165-1176

Van Stavern GP. Vision loss: metabolic, hereditary, neoplastic and traumatic optic neuropathies. *Continuun Lifelong Learn Neurol 2014;20:877-906*

Jacobs S, Van Stavern GP. Neuro-ophthalmic deficits after head trauma. Curr Neurol Neurosci Rep *2013;13(11):389*

Morgan M, Van Stavern GP. Aneurysms and vascular malformations. Duane's Ophthalmology. Eds: Jaeger E, Tasman W. Lippincott, Williams, and Wilkins. *In Press 2013*

Van Stavern GP. Transient visual loss. Clinician's Corner. Focal Points. *Clinical Modules for Ophthalmologists. 2013;Vol XXXI, #7. 9-13*

Van Stavern GP, Costello F, Biousse V, Lee AG. Point Counter-Point for the Journal of Neuro-Ophthalmology. Should optical coherence tomography (OCT) be used to manage patients with multiple sclerosis? *J Neuro-Ophthalmol 2012;32:363-371*

Mears K, Van Stavern GP. Idiopathic Intracranial Hypertension: update and review. *Expert Rev Ophthalmol 2012;7:487-498*

Van Stavern, GP. Optic nerve disorders. Encyclopedia of Neurological Sciences, 2nd Ed. *In press 2012*

Kent T, Shepherd JB, Van Stavern GP. Neuro-Ophthalmic approach to Oculo-Plastic Disorders. In: *Smith's Oculoplastic and Reconstructive Surgery, 3rd Ed., Eds, Nesi F, Gladstone G, Back EH. 2012*

Van Stavern GP. Efferent: Supranuclear Motility. *Continuum Lifelong Learning Neurol 2009;15(4):127–148.*

Randhawa S, Van Stavern GP. Extracranial granulomatous arteritis (giant cell arteritis). In: *Internation Neurology: A Clinical Approach. Eds. Lisak RP, Truong DD, Carroll W, & and Bhidyasiri R. 2009 Blackwell Pub.*

Randhawa S, Van Stavern GP. Idiopathic intracranial hypertension (pseudotumor cerebri). *Curr Opin Ophthalmol 2008;19:445-453*

Van Stavern GP, Van Stavern, RD. Stroke and visual loss. *Expert Rev Ophthalmol 2008 3(5):529-541*

Van Stavern GP. Use of OCT in multiple sclerosis. Current Insight *2008 Available at: http://one.aao.org/CE/News/CurrentInsight.aspx*

Van Stavern GP. The eye and systemic diseases: Hematologic disorders. *In: Albert and Miller; Albert and Jakobiec's Principles and Practice of Ophthalmology, 3rd edition; Philadelphia Elsevier 2008 4803-4820*

Van Stavern GP. Optic Disc Edema. *Semin Neurol 2007;27:233-243*

Rafols J, Van Stavern GP, Monsell EM. Neuroanatomy. Borsody MK, Ed. In: Comprehensive Board Review in Neurology. 1st ed. Thieme New York, NY 2007

Powell JT, Black EH, Van Stavern GP. Blepharospasm. Zigiotti GL, Ed. *In: Chirurgia Ofthalmoplastica 1st Ed. Aracne, Rome, Italy, 2006*

Van Stavern GP. Transient visual loss. Rose BD, Ed. *In: Up To Date. UpTODate, Wellesley, MA 2007*

Van Stavern GP. Headache and facial pain. Miller NR, Newman NJ, Eds. *In: Walsh and Hoyt's Clinical Neuro-Ophthalmology 6th Edition. Lippincott Williams & Wilkins, Philadelphia, PA 2004*

Powell JT, Van Stavern GP. Neuro-ophthalmic manifestations of systemic disease: Hematology. Eggenberger E, Kaufman D, Eds. Ophthalmology Clinics of North America, W.B. Saunders Company. *Ophthalmol Clin North Am 2004 17:371-388*

Van Stavern, GP. Clinical Syndromes-Ocular: Transient Visual Loss. *In*: Transient Ischemic Attacks. Chaturvedi S, Levine S. Eds. 1st ed. *Blackwell/Futura Publications 2004*

Van Stavern GP. Amaurosis Fugax. In: Gilman S, editor. Medlink Neurology. San Diego: Medlink Corporation, 4th 2005Edition

Van Stavern GP. Treatments for Optic Neuritis and Multiple Sclerosis. *Curr Opin Ophthalmol 2001; 12:400-407*

VanStavern, GP, Newman NJ. Optic Neuropathies: An Overview. Newman, NJ ed. Ophthalmology Clinics of North America, W.B. Saunders Company. . *Ophthalmol Clin North Am. 2001;14:61-71*

Published Abstracts

McClelland C, Tselis A, Van Stavern GP. Leber's Hereditary Optic Neuropathy (LHON) mimicking Neuromyelitis Optica (NMO). NANOS 2/10 Tucson, AZ

Miller RC, Tewari A, Miller JA, Garbern J, Van Stavern GP. Neuro-ophthalmologic features of Spinocerebellar Ataxia Type 7. NANOS 3/09, Lake Tahoe, NV

Bruce B, Kedar S, Van Stavern G, Monaghan D, Acierno M et al. The old and the restless: Atypical idiopathic intracranial hypertension. P04.072 American Academy of Neurology Meeting, Seattle WA 4/29/09

Sniegowski M, Van Stavern GP. African American Optic Neuritis Revisited. P05.033 Academy of Neurology Meeting, Chicago, Il. 4/16/08

Van Stavern GP, Wolfe S. Value of neuroimaging and prevalence of primary headache in patients with isolated eye pain. P0.147 Academy of Neurology Meeting, Boston, MA, 5/1/07

Randhawa S, Yonkers JM, Van Stavern GP. The relationship of Body Mass Index and IOP with the severity of disease in pseudotumor cerebri. American Academy of Ophthalmology Final Program p. 169 *October 2005*

Bhatt A, Haviland J, Black EH, Van Stavern GP. Sensitivity and specificity of Cogan's lid twitch. American Academy of Neurology Final Program p. 143 *April 2005*

Yonker JM, Galvin JA, Van Stavern GP. Visual outcomes of idiopathic intracranial hypertension at the Detroit Medical Center: a retrospective review. *Invest Ophthalmol Vis Sci 2005;46: E-abstract 654*

Abowd MC, Rathod F, Black EH, Sosne G, Van Stavern GP, Kish K. Comparison of direct and reformatted computed tomography scans in the evaluation of orbital pathology. *Invest Ophthalmol Vis Sci 2004;45: E-abstract 2421*

Van Stavern GP. Galvin JA. Clinical characterization of idiopathic intracranial hypertension in a North American urban population. American Academy of Neurology. San Francisco, CA 4/04

Van Stavern GP. Paradoxical worsening of myasthenic ptosis after Ice Test. North American Neuro-Ophthalmology Society Meeting, Orlando, FL 3/04

Van Stavern GP. Horner's syndrome and cavernous sinus involvement in Giant Cell Arteritis. North American Neuro-Ophthalmology Society Meeting, Orlando, FL 3/04

Kim RW, Van Stavern, GP, Juzych, M. Non-arteritic anterior ischemic optic neuropathy following acute glaucoma secondary to Posner-Schlossman syndrome. North American Neuro-Ophthalmology Society Meeting. Snowbird, UT 2/03

Galvin JA, Van Stavern GP. Pseudotumor cerebri: Demographic patterns and clinical presentations in Southeastern Michigan, 1985-2002. North American Neuro-Ophthalmology Society Meeting. Snowbird, UT 2/03

Galvin JA, Van Stavern GP. Ischemic pituitary apoplexy associated with lupus anticoagulant. North American Neuro-Ophthalmology Society Meeting. Snowbird, UT 2/03

Van Stavern, GP, Gorman M. Orbital infarction after cocaine use. North American Neuro-Ophthalmology Society Meeting. Copper Mountain, CO. 2/02

Van Stavern GP, Biousse V, Leingang JC, Newman NJ. Downbeat Nystagmus in Heat Stroke. North American Neuro-ophthalmology Society Meeting, Mont Tremblanc, Canada
3/02

# APPENDIX B

**Gregory Van Stavern, MD**

**General Materials Reviewed (*in conjunction with materials cited in the report*):**

**Articles:**


Affendi B, et al. The interaction between sex hormone binding globulin and levonorgestrel released from Norplant, an implantable contraceptive. Contraception 1987; 35(2):135-45.

Africander D, et al. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. Steroids 2011; 76:636-52.

Ahmed K, et al. Contraceptive commodities for women's health: key data findings. UNFPA 2012.

Alder JB and Fraunfelder FT. Levonorgestrel implants and intracranial hypertension. NEJM 1995; 332(25):1720-21.

Alksne JF. "Headache Associated with Changes in Intracranial Pressure". In Wolff's Headache and other head pain. 4th Ed. DJ Dalessio, ed. New York: Oxford University Press. 1980; 310-3.

Alvarez F, et al. Sex hormone binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants. Contraception 1998; 58:211-4.

Alvarez-Requejo A, et al. Under-reporting of adverse drugs reactions: Estimate based on a spontaneous reporting scheme and sentinel system. Eur J Clin Pharmacol 1998; 54:483-8.

American College of Obstetricians and Gynecologists, Clinical Management Guidelines for Obstetrician-Gynecologists, Practice Bulletin Number 121. Long-acting reversible contraception: Implants and intrauterine devices. Obstet Gynecol. 2011;118:184-96.

American College of Obstetricians and Gynecologists, Clinical Management Guidelines for Obstetrician-Gynecologists, Practice Bulletin Number 73. Use of hormonal contraception in women with coexisting medical conditions. Obstet Gynecol. 2006 Jun; 107(6):1453-72.

American College of Obstetricians and Gynecologists, Committee on Health Care for Underserved Women, Committee Opinion Number 591. Challenges for overweight and obese women. Obstet Gynecol. 2014;123:726-30.

American College of Obstetricians and Gynecologists, Publications December 2015. Withdrawn. Obstet Gynecol 2015.

Andrews L, et al. Idiopathic intracranial hypertension and obesity. Horm Res Paediatr 2014; 81:217-25.

Andrews LE, Liu GT, Ko MW. Idiopathic intracranial hypertension and obesity. Horm Res Paediatr. 2014;81:217-25.

Apter D, et al. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. Fertil Steril 2014; 101:1656-62.

Attia AM, et al. Role of the levonorgestrel intrauterine system in effective contraception. Patient Preference and Adherence 2013; 7:777-85.

Backman T, et al. Length of use and symptoms associated with premature removal of the levonorgestrel intrauterine system: a nation-wide study of 17,360 users. BJOG 2000; 107:335-9.

Backman T. Benefit-risk assessment of the levonorgestrel intrauterine system in contraception. Drug Safety 2004; 27(15):1185-204.

Badea MA, et al. Current concepts in minimal hepatic encephalopathy. Rev Med Chir Soc Med Nat 2015; 119(1):9-17.

Bahamondes L, et al. A cross-sectional study of the forearm bone density of long-term users of levonorgestrel-releasing intrauterine system. Hum Reprod 2006; 21(5):1316-9.

Bahemuka M. Benign intracranial hypertension associated with the use of Depo-Provera (Depot medroxyprogesterone): a case report. East Afr Med J. 1981; 58(2):140-1.

Baker ME, et al. Evolution of hormone selectivity in glucocorticoid and mineralocorticoid receptors. J Steroid Biochem Molec Biol 2013; 137:57-70.

Balcer LJ, et al. Idiopathic intracranial hypertension: Relation of age and obesity in children. Neurology 1999; 52:870-2.

Baldini M and Sangiovanni G. Benign intracranial hypertension and thrombosis of the venous sinuses during contraceptive treatment: anatomo-clinical and neuroradiological observations (author's transl). Riv Patol Nerv Ment. 1977; 98(3):185-90.

Ball AK and Clarke CE. Idiopathic intracranial hypertension. Lancet Neurol 2006; 5:433-42.

Bamberger CM, et al. Dissociative glucocorticoid activity of medroxyprogesterone acetate in normal human lymphocytes. J Clin Endocrin Metab 1999; 84(11):4055-61.

Barnard ND, et al. Diet and sex-hormone binding globulin, dysmenorrhea, and premenstrual symptoms. Obstet Gynecol 2000; 95(2):245-50.

Bate A, et al. A Bayesian neural network method for adverse drug reaction signal generation. Eur J Clin Pharmacol 1998; 54:315-21.

Bayer Healthcare Pharmaceuticals. A guide for those considering birth control with Mirena. https://www.mirena-us.com/assets/Mirena-Brochure_English.pdf

BBC News. Contraceptive implant withdrawn. April 30, 1999. http://news.bbc.co.uk/2/hi/health/331618.stm

Begaud B, et al. False-positives in spontaneous reporting: should we worry about them? Br J Clin Pharmac 1994; 38:401-4.

Bergink W, et al. Serum pharmacokinetics of orally administered desogestrel and binding of contraceptive progestogens to sex hormone-binding globulin. Am J Obstet Gynecol 1980; 163:2132-7.

Bhuva K, Kraschnewski JL, Lehman EB, Chuang CH. Does body mass index or weight perception affect contraceptive use? Contraception. 2017;95:59–64.

Biousse V, Ameri A, Bousser MG. Isolated intracranial hypertension as the only sign of cerebral venous thrombosis. Neurology. 1999 Oct;53(7):1537. doi: 10.1212/WNL.53.7.1537.

Biousse V, et al. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 2012; 83:488-94.

Bonnar J. Coagulation effects of oral contraception. Am J Obstet Gynecol 1987; 157(4Pt 2):1042-8.

Boschitsch E, et al. Hypertension in women: the role of progesterone and aldosterone. Climacteric 2010; 13:307-13.

Boulet SL, D'Angelo DV, Morrow B, et al. Contraceptive use among nonpregnant and postpartum women at risk for unintended pregnancy, and female high school students, in the context of zika preparedness — United States, 2011–2013 and 2015. MMWR. 2016 Aug 5;65(30):780-7.

Bourruat FX and Regli F. Pseudotumor cerebri as a complication of amiodarone therapy. Am J Opthal 1993; 116(6):775-7.

Brache V, et al. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. Adv in Contraception 1992; 8:319-26.

Bradburn MJ, et al. Much ado about nothing: a comparison of the performance of meta-analytical methods with rare events. Statist Med 2007; 26:53-77.

Bradford Hill A. The environment and disease: association or causation? Proc R Soc Med.1965;58(5):295-300.

Branum AM and Jones J. Trends in long-acting reversible contraception use among US women aged 15-44. NCHS Data Brief (Hyattsville, MD). 2015 Feb;188:1-8.

Brinker T, et al. A new look at cerebrospinal fluid circulation. Fluids and Barriers of the CNS 2014; 11:1-16.

Brinton RD, et al. Progesterone receptors: form and function in brain. Frontiers in Neuroendocrinology 2008; 29:313-39.

Brody JE. Popular antibiotics may carry serious side effects. The New York Times. Sept. 12, 2012. http://well.blogs.nytimes.com/2012/09/10/popular-antibiotics-may-carry-serious-sideeffects/?_r=0 Oct 2015

Brown PD, et al. Molecular mechanisms of cerebrospinal fluid production. Neurosci 2004; 129:957-70.

Buchanan I, Hansen K, Bedolla J. Idiopathic intracranial hypertension in a transgender male on hormone therapy. Arch Emerg Med Crit Care. 2017;2(1):1019.

Buijs RM, et al. "Vasopressin and oxytocin: Distribution and putative functions in the brain". In: The Nuerohypophysis: Structure, Function and Control, Progress in Brain Research 1993; 60:289-64.

Burch RC, et al. *Erratum*. The prevalence and burden of migraine and severe headache in the United States: updated statistics from government health surveillance studies. Headache 2015; 55:21-34.

Burch RC, et al. The prevalence and burden of migraine and severe headache in the United States: updated statistics from government health surveillance studies. Headache 2015; 55:21-34.

Callaway LK, et al. Diabetes mellitus in the 21 years after a pregnancy that was complicated by hypertension: findings from a prospective cohort study. Am J Obstet Gynecol 2007; 197:492.e1-492.e7.

Carruth RS and Goldstein BD. Relative risk greater than two in proof of causation in toxic tort litigation. Jurimetrics 2001; 41:196-209.

Cekan SZ, et al. The interaction between sex hormone binding globulin and levonorgestrel released from vaginal rings in women. Contraception 1985; 31:431-9.

Centers for Disease Control and Prevention (US), Bernstein AB, Hing E, Moss AJ, Allen KF, Siller AB, Tiggle RB. Health care in America: Trends in utilization. Hyattsville, Maryland: National Center for Health Statistics. 2004.

Centers for Disease Control and Prevention (US). U.S. Medical Eligibility Criteria for Contraceptive Use, 2010. Morbidity and Mortality Weekly Report 2010; 59(RR-4).

Centers for Disease Control and Prevention (US). US medical eligibility criteria for contraceptive use, 2016. MMWR. 2016 Jul 29;65(3):1-108.

Chan JW. Idiopathic intracranial hypertension associated with depot medroxyprogesterone. Eye 2006; 20:1396–7.

Chavez BA, et al. Stereospecificity of the intracellular binding of norethisterone and its A-ring reduced metabolites. J Steroid Biochem 1985; 22:121-6.

Chen C, et al. Sex hormone-binding globulin genetic variation: associations with type 2 diabetes mellitus and polycystic ovary syndrome. Minerva Endocrinol. 2010; 35(4):271-80.

Chen J and Wall M. Epidemiology and risk factors for idiopathic intracranial hypertension. Intl Ophthalmol Clin 2014; 54:1-11.

Chen JJ, et al. Sex disparities in neuro-ophthalmologic disorders. Curr Eye Res 2015; 40(2):247-65.

Chen L, et al. Pathways of cerebrospinal fluid overflow: a deeper understanding of resorption. Neurorad 2015; 57:139-47.

Chhabra R, et al. FDA policy on unapproved drug products: Past, Present, and Future. Ann Pharmacother 2005; 39:1260-4.

Chi, I. The Progestin-only pills and the levonorgestrel-releasing IUD: two progestin-only contraceptives. Clinical Obstetrics and Gynecology 1995; 38(4):872-89.

Chi, I. The safety and efficacy issues of progestin-only oral contraceptives – An epidemiologic perspective. Contraception 1992; 47:1-21.

Chikly B and Quaghebeur J. Reassessing cerebrospinal fluid (CSF) hydrodynamics: a literature review presenting a novel hypothesis for CSF physiology. J Bodyw & Movemt Ther 2013; 17:344-54.

Chitalia N, et al. Aldosterone-producing adrenal adenoma and idiopathic intracranial hypertension – a pathogenetic link for aldosterone? QJ Med 2010; 103:699-702.

Chiu AM, et al. Minocycline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol 1998; 126:116-21.

Cibula D. Women's contraceptive practices and sexual behaviour in Europe. Eur J Contracept Reprod Health Care. 2008 Dec;13(4):362-75. doi: 10.1080/13625180802511541

Cinciripini GS, et al. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment, and outcome. Am J Ophthalmol 1999; 127:178-82.

Classen DC, et al. Computerized surveillance of adverse drug events in hospital patients. JAMA 1991; 266(20):2847-51.

Cleland K, et al. The efficacy of intrauterine devices for emergency contraception: a systematic review of 35 years of experience. Hum Reprod 2012; 27(7):1994-2000.

Cohn GA. Pseudotumor cerebri in children secondary to administration of adrenal steroids. J Neurosurg 1963; 20:784-6.

Collins DC. Sex hormone receptor binding, progestin selectivity, and the new oral contraceptives. Am J Obstet Gynecol 1994; 170:1508-13.

Colucciello M. Pseudotumor cerebri induced by all-trans retinoic acid treatment of acute promyelocytic leukemia. Arch Ophthalmol 2003; 121:1064-5.

Condulis N, et al. Pseudotumor cerebri: a presenting manifestation of Addison's disease. Clin Pediatr 1997; 36:711-3.

Crane MG and Harris JJ. Plasma renin activity ad aldosterone excretion rate in normal subjects. II: effect of oral contraceptive agents. J Clin Endocrinol Metab 1969; 29:558-62.

Creinin MD, Baker JB, Eisenberg DL, Ginde S, Turok DK, Westhoff CL. Levonorgestrel levels in nonobese and obese women using LNG20, a new intrauterine contraceptive [abstract]. Obstet Gynecol. 2015 May;125(5 Suppl):84S-85S.

Critchley HOD, et al. Progestin receptor isoforms and prostaglandin dehydrogenase in the endometrium of women using a levonorgestrel-releasing intrauterine system. Hum Reprod 1998; 13(5):1210-7.

Crock PA, et al. Benign intracranial hypertension and recombinant growth hormone therapy in Australia and New Zealand. Acta Paediatr 1998; 87:381-6.

Croxatto HB, et al. Plasma levels of levonorgestrel in women during long term use of Norplants. Contraception 1980; 22(6):583-96.

Curtis KM, Peipert JF. Long-acting reversible contraception. N Engl J Med 2017;376:461-8.

Dal'Ava N, et al. Body weight and composition in users of levonorgestrel-releasing intrauterine system. Contraception 2012; 86:350-3.

Daniels AB, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 2007; 143(4):635-41.

Daniels K, Daugherty J, Jones J, Mosher W. Current contraceptive use and variation by selected characteristics among women aged 15–44: United States, 2011–2013. NHCS, Natl Health Stat Rep (Hyattsville, MD). 2015;86:1-15.

Daniels K, Daugherty J, Jones J. Current contraceptive status among women aged 15-44: United States, 2011-2013. NCHS Data Brief (Hyattsville, MD). 2014 Dec;173:1-8.

Darendeliler F, et al. Headache, idiopathic intracranial hypertension and slipped capital femoral epiphysis during growth hormone treatment: A Safety Update from the KIGS Database. Horm Res 2007; 68(Suppl 5):51-47.

Dasheiff, R. Letter to the editor: Ducks in a row; Freidman, DI, et al Author Response. Neurology March 18, 2014, 82:1012.

De Kloet ER, et al. Brain mineralocorticoid receptors and centrally regulated functions. Kidney International 2000; 57:1329-36.

De Simone R, et al. Sudden re-opening of collapsed transverse sinuses and longstanding clinical remission after a single lumbar puncture in a case of idiopathic intracranial hypertension. Pathogenetic implications. Neurol Sci 2005; 25:342-4.

Deckers GH, et al. Influence of the substitution of 11-methylene, Δ15, and/or 18-methyl groups in norethisterone on receptor binding, transactions assays and biological activities in animals. J Steroid Biochem Mol Biol 2000; 78:83-92.

Degnan AJ and Levy LM. Pseudotumor cerebri: brief review of clinical syndrome and imaging findings. Am J Neuroradiol 2011; 32:1986-93.

Deonna T and Guignard JP. Acute intracranial hypertension after nalidixic acid administration. Arch Dis

Child 1974; 49:743.

Derry S and Loke YK. Risk of gastrointestinal haemorrhage with long term use of aspirin: meta-analysis. BMJ 2000; 321:1183-7.

Dhungana S, et al. Idiopathic intracranial hypertension. Acta Neurol Scand 2010; 121:71-82.

Diedrich JT, Zhao Q, Madden T, Secura GM, Peipert JF. Three-year continuation of reversible contraception. Am J Obstet Gynecol. 2015 Nov;213:662.e1-e8.

Digre KB and Corbett JJ. Pseudotumor cerebri in men. Arch Neurol 1988; 45:866-72.

Digre KB and Kinard K. Neuro-ophthalmic disorders in pregnancy. Continuum 2014; 20:162-76.

Digre KB, et al. Pseudotumor cerebri and pregnancy. Neurology 1984; 34:721-9.

Digre KB. Idiopathic intracranial hypertension headache. Curr Pain Headache Reports 2002; 6:217-25.

Digre KB. Not so benign intracranial hypertension. BMJ 2003; 326:613–4.

Dinger J, et al. Levonorgestrel-releasing and copper intrauterine devices and the risk of breast cancer. Contraception 2011. 83:211-7.

Dinkin MJ and Patsalides A. Venous sinus stenting for idiopathic intracranial hypertension: where are we now. Neurol Clin [Internet]. 2017 [cited 2018 Jan 16];35:59–81.

Dogulu CF, et al. Idiopathic intracranial hypertension in cystinosis. J Pediatr 2004; 145:673-8.

Dohrmann GJ. The choroid plexus: a historical review. Brain Res 1970; 18:197-218.

dos Santos P, Madden T, Omvig K, Peipert JF. Changes in body composition in women using long-acting reversible contraception. Contraception. 2017;95:382–9.

Dresser R and Frader J. Off-label prescribing: a call for heightened professional and government oversight. J Law Med Ethics 2009; 37(3):476-86.

Dubey RK, et al. Sex hormones and hypertension. Cardiovasc Res 2002; 53:688-708.

Durcan FJ, et al. The incidence of pseudotumor cerebri – population studies in Iowa and Louisiana. Arch Neurol 1988; 45:875-7.

Earl L. The Mirena migraine - A Review of the pharmacodynamics of levonorgestrel and its implications in women's health (Thesis). May 17, 2014.

Eaton HD. Chronic bovine hypo- and hypervitaminosis A and cerebrospinal fluid pressure. Am J Clin Nutr 1969; 1070-80.

Edelman AB, Cherala G, Blue SW, Erikson DW, Jensen JT. Impact of obesity on the pharmacokinetics of levonorgestrelbased emergency contraception: single and double dosing (manuscript). Contraception. 2016;94(1):52-7. doi: 10.1016/j.contraception.2016.03.006.

Edelman A and Kaneshiro B. Contraception counseling for obese women. UpToDate [Internet]. [literature review current through Dec 2017].

Electronic Medicine compendium. Mirena. Section 5.2. http://www.medicines.org.uk/emc/print-document?documentId=1829

Equale T, et al. Association of off-label drug use and adverse drug events in an adult population. JAMA Intern Med 2016; 176(1):55-63.

Etminan M, Luo H, Gustafson P. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf. 2015;6(3):110–3. doi:10.1177/2042098615588084.

Etminan M. Revised disproportionality analysis of Mirena and benign intracranial hypertension (letter). Ther Adv Drug Saf. 2017;8(9):299–300. doi:10.1177/2042098617709768.

Etminan M. Risk of intracranial hypertension with intrauterine levonorgestrel: reply (letter). Ther Adv Drug Saf. 2016;7(1):25-6. doi:10.1177/2042098615588084.

Evans SJ, et al. Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. Pharmacoepidemiol Drug Saf 2001; 10(6):483-6.

Ewies A. Levonorgestrel-releasing intrauterine system – the discontinuing story. Gynecological Endocrinology 2009; 25(10):668–73.

Fazio G, et al. Prothrombotic effects of contraceptives. Current Pharmaceutical Design 2010;

16(31):3490-6.

FDA. AERS and OPSS Brief Description with Caveats of System. July 18, 2005.

FDA. FDA Drug Safety Communication: FDA requires label changes to warn of risk for possibly permanent nerve damage from antibacterial fluoroquinolone drugs taken by mouth or by injection. Drug Safety and Availability. http://www.fda.gov/Drugs/DrugSafety/ucm365050.htm

FDA. Guidance for industry: Good pharmacovigilance practices and pharmacoepidemiologic assessment. March 2005. http://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126834.pdf.

FDA. Questions and answers on FDA's adverse event reporting system (FAERS). http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/default.htm

Fisayo A, et al. Overdiagnosis of idiopathic intracranial hypertension. Neurol 2016; 86:341-50.

Fisher CJ, et al. Treatment of septic shock with the tumor necrosis factor receptor: Fc fusion protein. The Soluble TNF Receptor Sepsis Study Group. N Engl J Med. 1996; 334(26):1697-702.

Forsling ML, et al. Variations in plasma concentrations of vasopressin during the menstrual cycle. J Endocrinol 1981; 89:263-6.

Fortunati N. Sex hormone-binding globulin (SHBG), estradiol and breast cancer. Mol Cell Endocrinol 2010; 316:86-92.

Fotherby K. Levonorgestrel clinical pharmacokinetics. Clin Pharmacokinet 1995; 28(3):203–15.

Franklin TJ. Binding energy and the activation of hormone receptors. Biochem Pharmacol 1980; 15:853-6.

Fraser JA, et al. Risk factors for idiopathic intracranial hypertension in men: A case–control study. J Neurol Sci 2010; 290:86-9.

Fraunfelder FT, et al. Drug-Induced Ocular Side Effects. 7th Ed. Elsevier Saunders. 2015; 198-201.

Fraunfelder FW, et al. Isotretinoin-associated intracranial hypertension. Ophthalmology 2004; 111:1248-50.

Friedman DI and Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology 2002; 59:1492-5.

Friedman DI and Rausch EA. Headache diagnoses in patients with treated idiopathic intracranial hypertension. Neurology. 2002 May;58:1551-3.

Friedman DI, et al. Doxycycline and intracranial hypertension. Neurology 2004; 62:2297-9.

Friedman DI, et al. Revised diagnostic criteria for the pseudotumor cerebri symptom in adults and children. Neurology 2013; 81:1159-65.

Friedman DI, Liu GT, Digre KB. Ducks in a row (author response). Neurology. 2014 Mar 18;82:1012.

Friedman DI, McDermott MP, Kieburtz K, et al. The idiopathic intracranial hypertension treatment trial: design considerations and methods. J Neuro-ophthalmol. 2014;34:107-17. doi:10.1097/WNO.0000000000000114.

Friedman DI. "Papilledema". In *Walsh & Hoyt's Clinical Neuro-Ophthalmology*. 6th ed. Eds. NR Miller and NJ Newman. Lippincott Williams & Wilkins 2005; 237-91.

Friedman DI. Idiopathic intracranial hypertension. Current Pain and Headache Reports 2007; 11:62-8.

Friedman DI. Letter to the Editor: Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf 2016;7(1):23-4.

Friedman DI. Medication-induced intracranial hypertension in dermatology. Am J Clin Dermatol 2005; 6(1):29-37.

Friedman DI. The pseudotumor cerebri syndrome. Neurol Clin 2014; 32:363-96.

Friedman FM and Weiss JP. Desmopressin in the treatment of nocturia: clinical evidence and experience. Ther Adv Urol 2013; 5(6):310-7.

Friesner D, et al. Idiopathic intracranial hypertension in the USA: The role of obesity in establishing prevalence and healthcare costs. Obesity Rev 2011; e372-e380.

Frost LJ and Reich MR. Access: How do good heath technologies get to poor people in poor countries? Cambridge: Harvard University Press. 2008; 116-40.

Funder JW. Aldosterone, mineralocorticoid receptors and vascular inflammation. Mol Cell Endocrinol 2004; 217:263-9.

Galetta SL and Digre KB. Misdiagnosing idiopathic intracranial hypertension: you've got some nerve. Neurology 2016; 86:318-9.

Gans MS, et al. Idiopathic intracranial hypertension. Medscape. Jan. 28, 2016.

Gasparian SS, et al. Compensatory mechanisms in patients with benign intracranial hypertension syndrome. Acta Neurochir 2002; 81(Suppl):31-3.

Gemzell-Danielsson K, et al. The effect of age, parity and body mass index on the efficacy, safety, placement and user satisfaction associated with two low-dose levonorgestrel intrauterine contraceptive systems: subgroup analyses of data from a phase III trial. PLoS ONE 2015; 10(9):e0135309.

Gemzell-Danielsson K, Schellschmidt I, Apter D. A randomized, phase II study describing the efficacy, bleeding profile, and safety of two low-dose levonorgestrel-releasing intrauterine contraceptive systems and Mirena. Fertil Steril. 2012 Mar;97(3):616–22. doi:10.1016/j.fertnstert.2011.12.003.

Genazzani AR, et al. Hormonal influence on the central nervous system. Maturitas 2002; 43(Suppl 1):S11-S17.

Genazzani AR, et al. Progesterone, progestogens and the central nervous system. Human Reprod 2000; 15(Suppl 1):14-27.

Gerber A, et al. Vitamin A poisoning in adults, with description of a case. Am J Med 1954; 16:729-45.

Gershagen S, et al. A cNDA coding for human sex hormone binding globulin Homology to vitamin K-dependent protein S. FEBS Lett 1987; 220:129-35.

Gerstman BB, Gross TP, Kennedy DL, Bennett RC, Tomita DK, Stadel BV. Trends in the Content and Use of Oral Contraceptives in the United States, 1964-88. Am J Public Health. 1991;81(1):90-8.

Gimpl G and Fahrenholz F. The oxytocin receptor system: structure, function, and regulation. Phys Rev 2001; 81:629-83.

Giuseffi V, et al. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. Neurology 1991; 41:239-44.

Glueck CJ, Aregawi D, Goldberg N, Golnik KC, Sieve L, Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. J Lab Clin Med. 2005;145:72–82.

Glueck CJ, et al. Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med 2003; 142(1):35-45.

Glueck CJ, et al. Sex hormone-binding globulin, oligomenorrhea, polycystic ovary syndrome, and childhood insulin at age 14 years predict metabolic syndrome and class III obesity at age 24 years. J Pediatr 2011; 159:308-13.

Goldman SA. Limitations and strengths of spontaneous reports data. Clin Therapeutics 1998; 20:C41-C44.

Goldzieher JW and Stanczyk FZ. Oral contraceptives and individual variability of circulating levels of ethinyl estradiol and progestins. Contraception 2008; 78:4-9.

Goriely A, et al. Mechanics of the brain: perspectives, challenges, and opportunities. Biomech Model Mechanobiol 2015; 14:931-65.

Graugaard-Jensen C, et al. The influence of high and low levels of estrogen on diurnal urine regulation in young women. BMC Urology 2008; 9:1-13.

Grimes W. Sheldon J Segal, Who developed contraceptives, dies at 83. The New York Times. Oct. 20, 2009.

Grishkovskaya I, et al. Steroid ligands bind human sex hormone-binding globulin in specific orientations and produce distinct changes in protein conformation. J Bio Chem 2002; 277:32086-93.

Grysbowski D, et al. The role of vitamin A and its CSF metabolites in supporting a novel mechanism of idiopathic intracranial hypertension. Cerebrospinal fluid Res. 2007;4 (suppl 1):S44.

Haimov-Kochman R, et al. Management of a perforated levonorgestrel-medicated intrauterine device-a pharmacokinetic study: Case report. Human Reproduction 2003; 18:1231-3.

Hammond GL, et al. Distribution and percentages of non-protein bound contraceptive steroids in human serum. J Steroid Biochem 1982; 17(4):375-80.

Hammond GL. Diverse roles for sex hormone-binding globulin in reproduction. Biol Reprod 2011; 85:431-41.

Hanley JA and Lippman-Hand A. If nothing goes wrong, is everything all right? Interpreting zero numerators. JAMA 1983; 249(13):1743-5.

Harrison-Woolrych M, et al. Insertion of intrauterine devices: a comparison of experience with Mirena and Multiload Cu 375 during post-marketing monitoring in New Zealand. NZMJ 2002; 116(1179):538-44.

Hazell L and Shakir SAW. Under-reporting of adverse drug reactions: a systematic review. Drug Safety 2006; 29(5):385-96.

Heineman K, et al. Risk of uterine perforation with levonorgestrel-releasing and copper intrauterine devices in the European active surveillance study on intrauterine devices. Contraception 2015; 91:274-9.

Hennessy S. Postmarketing drug surveillance: an epidemiologic approach. Clin Therapeutics 1998; 20:C32-C39.

Herbst KL, et al. The male contraceptive regimen of testosterone and levonorgestrel significantly increases lean mass in healthy young men in 4 weeks, but attenuates a decrease in fat mass induced by testosterone alone. Clin Endocr Metab 2003; 88:1167-73.

Herkert O, et al. The progestin levonorgestrel induces endothelium-independent relaxation of rabbit jugular vein via inhibition of calcium entry and protein kinase C: role of cyclic AMP. B J Pharmacol 2000; 130:1911-8.

Hidalgo MM, et al. Serum levonorgestrel levels and endometrial thickness during extended use of the levonorgestrel-releasing intrauterine system. Contraception 2009; 80:84-9.

Hill AB. The environment and disease: association or causation? Proc Roy Soc Med 1965; 58(5):295-300.

Hiller O, et al. Matrix metalloproteinases collagenase-2, macrophage elastase, collagenase-3, and membrane type 1-matrix metalloproteinase impair clotting by degradation of fibrinogen and factor XII. J Biol Chem 2000; 275(20):33008-13.

Hladky SB and Barrand MA. Mechanisms of fluid movement into, through and out of the brain: evaluation of the evidence. Fluid and Barriers of CNS 2014; 11:1-32.

Hornby C, Mollan SP, Mitchell J, et al. What do transgender patients teach us about idiopathic intracranial hypertension? Neuro-Ophthalmology. 2017;41(6):326-9. doi: 10.1080/01658107.2017.1316744.

Hornby C, O'Reilly M, Botfield H. The andro-metabolic signature of IIH compared with PCOS and simple obesity. J Neurol Neurosurg Psychiatry. 2016 Dec;87(12):e1. doi: 10.1136/jnnp-2016-315106.14

ICA Foundation. Levonorgestrel intrauterine system (LNG IUS) Provider information sheet. http://www.ica-foundation.org/LNG_IUS_provider_info.pdf

Igarashi H, et al. Water influx into cerebrospinal fluid is primarily controlled by aquaporin-4, not by aquaporin-1: 170 JJVCPE MRI study in knockout mice. Neuroreport 2014; 25:39-43.

Iliff J, et al. A perivascular pathway facilitates CSF flow through the brain parenchyma and the clearance of interstitial solutes, including amyloid β. Sci Transl Med 2012; 4(147):1-11.

Iliff J, et al. Brain-wide pathway for waste clearance captured by contrast-enhanced MRI. Clin Inv 2013; 23:1299-309.

Ireland B, et al. The search for causes of idiopathic intracranial hypertension: a preliminary case-control study. Arch Neurol 1990; 47:315-20.

Islam F, et al. Microanalysis of lipids in discrete brain areas of the rabbit following intramuscular administration of steroid contraceptive. Contraception 1980; 21:434-42.

Ivancic R and Pfadenhauer K. Pseudotumor cerebri after hormonal emergency contraception. Eur Neurol 2004; 52:120.

Jacobson DM, et al. Serum vitamin A concentration is elevated in idiopathic intracranial hypertension. Neurology 1999; 53(5):1114-8.

Jenkins JS and Nussey SS. The role of oxytocin: present concepts. Clin Endocrin 1991; 34:515-25.

Jessen NA, et al. The glymphatic system: a beginner's guide. Neurochem Res 2015; 40:2583-99.

Jia MC, et al. Serum SHBG levels during normal menstrual cycle and after insertion of levonorgestrel-releasing IUD. Adv in Contraception 1992; 833-40.

Johnson LN, et al. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). Ophthalmology 1998; 105:2313-7.

Johnston I and Paterson A. Benign intracranial hypertension II. CSF pressure and circulation. Brain 1974; 97:301-12.

Johnston I, et al. Experimental effects of steroids and steroid withdrawal on cerebrospinal fluid absorption. Neurosurg 1975; 42:690-5.

Jones J, Mosher W, Daniels K. Current contraceptive use in the United States, 2006–2010, and changes in patterns of use since 1995. NHCS, Natl Health Stat Rep (Hyattsville, MD). 2012;60:1-26.

Jordan WM and Anand JK. Pulmonary embolism. Lancet 1961; 278:1146-7.

Juchem M and Powell K. Binding of oral contraceptive progestogens to serum proteins and cytoplasmic receptor. Am J Obstet Gynecol 1990; 163:2171-82.

Juchem M, et al. Receptor binding of norgestimate – a new orally active synthetic progestational compound. Contraception 1992; 47:283-94.

Jusko WJ. Clarification of contraceptive drug pharmacokinetics in obesity. Contraception. 2017;95:10–6.

Kaltas GA, et al. Menstrual irregularity in women with acromegaly. J Clin Endocrin & Metab 1999; 84(5):2731-5.

Karahalios DG, et al. Elevated intracranial venous pressure as a universal mechanism in pseudotumor cerebri of varying etiologies. Neurology 1996; 46:198-202.

Karimy JK, et al. A novel method to study cerebrospinal fluid dynamics in rats. Neurosci Methods 2015; 241:78-84.

Katz FH and Beck P. Plasma renin activity, renin substrate and aldosterone during treatment with various oral contraceptives. Clin Endocrinol Metab 1974; 39:1001-4.

Katzung BG, et al. Basic & clinical pharmacology. 12th Ed. New York: McGraw-Hill Medical. 2012.

Kavanaugh ML, Jerman J, Finer LB. Changes in Use of Long-Acting Reversible Contraceptive Methods Among U.S. Women, 2009–2012. Obstet Gynecol. 2015;126:917–27. doi: 10.1097/AOG.0000000000001094

Kempegowda P, O'Reilly M, Hornby C, et al. Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovary syndrome and simple obesity. Poster session EP728 presented at ECE 2016. 18th European Congress of Endocrinology; 2016 May 28-31; Munich, Germany.

Kesler A, et al. Idiopathic intracranial hypertension is associated with lower body adiposity. Ophthalmology 2010; 117:169-74.

Kesler A, et al. The outcome of pseudotumor cerebri induced by tetracycline therapy. Acta Neurol Scand 2004; 110:408-11.

Khan MU, et al. Idiopathic intracranial hypertension associated with either primary or secondary aldosteronism. Am J Med Sci 2013; 346:194-8.

Kilgore KP, Lee MS, Leavitt JA, Mokri B, Hodge DO, Frank RD, Chen JJ. Re-evaluating the incidence of idiopathic intracranial hypertension in an era of increasing obesity. Ophthalmology. 2017;124:697-700.

Kirschner MA, et al. Androgen-estrogen metabolism in women with upper body versus lower body obesity. J Clin Endocrinol Metab 1990; 70:473-9.

Klarica M and Oreskovic D. Enigma of cerebrospinal fluid dynamics. Croat Med J 2014; 55:287-98.

Klarica M, et al. "Compensated hyperosmolarity" of cerebrospinal fluid and the development of hydrocephalus. Neuroscience 2013; 248:278-9.

Klein A, Stern N, Osher E, Kliper E, Kesler A. Hyperandrogenism is associated with earlier age of onset of idiopathic intracranial hypertension in women. Curr Eye Res. 2013;38(9):972–6. doi: 10.3109/02713683.2013.799214.

Kloosterboer HJ, et al. Selectivity in progesterone and androgen receptor binding of progestagens used in oral contraceptives. Contraception 1988; 38:325-32.

Ko MW, et al. Weight gain and recurrence in idiopathic intracranial hypertension: a case-control study. Neurology 2011; 76:1564-7.

Koerner JC, et al. Inpatient and emergency service utilization in patients with idiopathic intracranial hypertension. J Neuro-Ophthalmol 2014; 34:229-32.

Korhonen S, et al. The androgenic sex hormone profile is an essential feature of metabolic syndrome in premenopausal women: a controlled community-based study. Fertil Steril 2003; 79(6):1327-34.

Kosmorsky GS. Idiopathic intracranial hypertension: pseudotumor cerebri. Headache 2014; 54:389-93.

Kovalevsky G, et al. Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function. Fertil Steril 2010; 93:1997-2003.

Kramer MS. Assessing causality of adverse drug reactions: global introspection and its limitations. Drug Information Journal 1986; 20:433-7.

Krozowski ZS and Funder JW. Renal mineralocorticoid receptors and hippocampal corticosterone-binding species have identical intrinsic steroid specificity. Proc Natl Acad Sci USA 1986; 80:6056-60.

Kuhl H. Comparative pharmacology of newer progestogens. Drugs 1996; 51:188-215.

Kuhl H. Pharmacology of estrogens and progestogens: influence of different routes of administration. Climacteric 2005; 8(Suppl 1):3-63.

Kuhnz W, et al. Pharmacokinetics of levonorgestrel in 12 women who received a single oral dose of 0.15 Mg levonorgestrel and, after a wash-out phase, the same dose during one treatment cycle. Contraception 1992; 46(5):443-5.

Kuhnz W. Pharmacokinetics of levonorgestrel and ethinyl estradiol in 14 women during three months of treatment with a tri-step combination oral contraceptive: Serum protein binding of levonorgestrel and influence of treatment on free and total testosterone levels in the serum. Contraception 1994; 50(6):563-79.

Kumar N, et al. Nestorone: a progestin with a unique pharmacological profile. Steroids 2000; 65:629-36.

Lampit M, et al. Water and sodium retention during short-term administration of growth hormone to short normal children. Horm Res 1998; 50:83-8.

Landgren BM, et al. Pharmacokinetic studies with a vaginal delivery system releasing levonorgestrel at a near zero order rate for one year. Contraception 1986; 33:473-85.

Lee AG and Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate [Internet]. 2014 Mar [cited 2018 Jan 14];1-11.

Lee AG and Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri): Epidemiology and pathogenesis. UpToDate [Internet]. 2017 Nov [cited 2018 Jan 14];1-13.

Lessell S. Pediatric pseudotumor cerebri (idiopathic intracranial hypertension). Surv Ophthalmol 1992; 37(3):155-66.

Levine DN. Ventricular size in pseudotumor cerebri and the theory of impaired CSF absorption. J Neurol Sci 2000; 177:85-94.

Levine SH and Puchalski C. Pseudotumor cerebri associated with lithium therapy in two patients. J Clin Psychiatr 1990; 51:251-3.

Libien J and Blaner WS. Retinal and retinal-binding protein in cerebrospinal fluid: can vitamin A take the "idiopathic" out of idiopathic intracranial hypertension? J Neuroophthalmol 2007; 27:253-7.

Lindh I, Skjeldestad FE, Gemzell-Danielsson K, Heikinheimo O, Hognert H, Milsom I, et al. Contraceptive use in the Nordic countries. Acta Obstet Gynecol Scand. 2017;96:19–28. doi:10.1111/aogs.13055.

Lindvall-Axelsson M and Owman C. Actions of sex steroids and corticosteroids on rabbit choroid plexus as shown by changes in transport capacity and rate of cerebrospinal fluid formation. Neurol Res 1990;

12:181-6.

Liu GT, et al. Neuro-Ophthalmology: Diagnosis and Management. 2nd Ed. Elsevier Saunders. 2010; 199-236.

Livington M and Fraser IS. Mechanisms of abnormal uterine bleeding. Human Reprod Update 2002; 8(1):60-7.

Lochhead J and Elston JS. Doxycycline induced intracranial hypertension. BMJ 2003; 326:641-2.

Lockhat FB, et al. Serum and peritoneal fluid levels of levonorgestrel in women with endometriosis who were treated with an intrauterine contraceptive device containing levonorgestrel. Fertility and Sterility 2005; 83(2):398-404.

Lombaert A. and Carton H. Benign intracranial hypertension due to A-hypervitaminosis in adults and adolescents. Eur Neurol 1976; 14:340-50.

Longo VD and Fontana L. Calorie restriction and cancer prevention: metabolic and molecular mechanisms. Trends Pharmacol Sci 2010; 31:89-98.

Lu NZ, et al. International Union of Pharmacology. LXV. The pharmacology and classification of the nuclear receptor superfamily: glucocorticoid, mineralocorticoid, progesterone, and androgen receptors. Pharmacol Rev 2006; 58:782-97.

Lusher SJ, et al. Structural basis for agonism and antagonism for a set of chemically related progesterone receptor modulators. J Biol Chem 2011; 286:35079-86.

Malozowski S, et al. Benign intracranial hypertension in children with growth hormone deficiency treated with growth hormone. J Pediatr 1995; 126:996-9.

Malozowski S, et al. Letter to the Editor: Growth hormone, insulin-like growth factor I, and benign intracranial hypertension. NEJM 1993; 329:665-6.

Mansour D. The benefits and risks of using a levonorgestrel-releasing intrauterine system for contraception. Contraception 2012; 85:224-34.

Markey KA, Mollan P, Jensen RH, Sinclair A. Understanding idiopathic intracranial hypertension: mechanisms, management, and future directions. Lancet Neurol. 2016;15:78-91.

Marnach ML, Lomg ME, Casey PM. Current issues in contraception. Mayo Clin Proc [Internet]. 2013;88(3):295-9.

Marseglia L, et al. Oxidative stress in obesity: a critical component in human diseases. Int J Mol Sci 2015; 16:378-400.

Martinez H, Arana M, Braccia GML, De Virgiliis M, Maggiora PZ. VIII-P 7: Atypical pseudotumour cerebri [abstract]. Neuro-ophthalmology [Internet]. 2010;34(3):255-6. doi: 10.3109/01658107.2010.485833

McCann MF and Potter LS. Progestin-only oral contraception: a comprehensive review. Contraception 1994; 50(Suppl 1):S9-S195.

McGeeney BE and Friedman DI. Pseudotumor cerebri pathophysiology. Headache 2014; 54:445-58.

Meima ME and Danser AH. The prorenin receptor: what's in a name. J Am Soc Nephrol 2011; 22:2141-3.

Merki-Feld GS, et al. Partial and complete expulsion of the Multiload 375 IUD and the levonorgestrel-releasing IUD after correct insertion. Eur J Obstet Gynecol Reprod Biol 2008; 137:92-6.

Miller M, et al. A comparison of clinical features of pseudotumor cerebri secondary to tetracyclines and idiopathic intracranial hypertension. Poster presented at: NANOS. 40th Annual Meeting; 2014 Mar 1-6; Rio Grande, PR.

Modesto W, de Nazar é Silva dos Santos P , Machado Correia V, Borges L, Bahamondes L. Weight variation in users of depot-medroxyprogesterone acetate, the levonorgestrel- releasing intrauterine system and a copper intrauterine device for up to ten years of use. Eur J Contracept Reprod Health Care. 2015;20:57–63. doi:10.3109/13625187.2014.951433.

Mollan SP, Ali F, Hassan-Smith G, et al. J Neurol Neurosurg Psychiatry. 2016;87:982-92. doi:10.1136/jnnp-2015-311302

Mollan SP, et al. A practical approach to, diagnosis, assessment and management of idiopathic intracranial hypertension. Pract Neurol 2014; 14:380-90.

Molland JR, et al. Immediate postpartum insertion of the Norplant contraceptive device. Fertil Steril 1996; 66(1):43-8.

Monoco F, et al. Benign intracranial hypertension after minocycline therapy. Eur Neurol 1978; 17:48-9.

Moore NL, et al. Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells. Mol Cell Endocrin 2012; 357:60-70.

Morrow DJ. Maker of Norplant offers a settlement in suit over effects. The New York Times. Aug. 27, 1999.

Mosher WD, Lantos H, Burke AE. Obesity and contraceptive use among women 20–44 years of age in the United States: results from the 2011–15 National Survey of Family Growth (NSFG). Contraception. 2017.

Mowl AD, Grogg JA, Klein J. Secondary pseudotumour cerebri in a patient undergoing sexual reassignment therapy. Clin Exp Optom. 2009;92(5):449–53. doi: 10.1111/j.1444-0938.2009.00404.x

Muhn P, et al. Drospirenone: a novel progestogen with antimineralocorticoid and antiandrogenic activity. Ann NY Acad Sci 1995; 761:311-35.

Murgia S, et al. Benign intracranial hypertension after sulfenazone. Pediatr Med Chir 1989; 11:541-2.

Nakad T. The molecular mechanisms of neural flow coupling: a new concept. Neuroimaging 2015; 25:861-5.

Nettles KW and Greene GL. Ligand control of coregulator recruitment to nuclear receptors. Ann Rev Physiol 2005; 67:309-33.

Neville BGR and Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. Br Med J 1970; 554-6.

Nguyen G and Duser AHJ. Prorenin and (pro)renin receptor: a review of available data from in vitro studies and experimental models in rodents. Exp Physiol 2008; 93(5):557-63.

Niaraki MA, et al. The effect of a synthetic progestogen, ethylnorgestrienone, on hypothalamicpituitary ovarian function, cervical mucus, vaginal cytology, and endometrial morphology. Fertil Steril 1981; 35(3):284-8.

Nilsson CG, et al. A D-norgestrel-releasing IUD. Contraception 1976; 13(4):503-14.

Nilsson CG, et al. Sustained intrauterine release of levonorgestrel over five years. Fertil Steril 1986; 45:805-7.

Nilsson CG, et al. Tissue concentrations of levonorgestrel in women using a levonorgestrel releasing IUD. Clin Endocr 1982; 17:529-36.

Noe G, et al. Changes in serum levels of SHBG, endogenous ligands and levonorgestrel induced by ethinyl estradiol in Norplant users. Contraception 1992; 45:187-201.

NORDIC Idiopathic intracranial hypertension study group writing committee. Effect of acetazolamide on visual function in patients with intracranial hypertension and mild visual loss: The Idiopathic Intracranial Hypertension Treatment Trial. JAMA 2014; 311(16):1641-51.

Oelkers W, et al. Effects of progesterone and four synthetic progestogens on sodium balance and the renin-aldosterone system in man. J Clin Endocrinol Metab 1974; 39(5):882-90.

Oelkers W. Drospirenone in combination with estrogens: for contraception and hormone replacement therapy. Climacteric 2005; 8(Suppl 3):19-27.

Oelkers W. Effects of estrogens and progestogens on the renin-aldosterone system and blood pressure. Steroids 1996; 61:166-71.

Olsson S, et al. Plasma levels of levonorgestrel and free levonorgestrel index in women using Norplant implants or two covered rods (Norplant-2). Contraception 1987; 35(3):215-28.

Oltunji LA and Soladoye AO. High-calcium diet reduces blood-pressure, blood volume and preserves vasorelaxation in oral contraceptive-treated female rats. Vasc Pharmacol 2010; 52:95-100.

Ooi LY, et al. Idiopathic intracranial hypertension: can studies of obesity provide the key to understanding pathogenesis? Br J Neurosurg 2008; 22(2):187-94.

Oreskovic D and Klarica M. A new look at cerebrospinal fluid movement. Fluids Barr CNS 2014; 11:16.

Oreskovic D and Klarica M. Development of hydrocephalus and classical hypothesis of cerebrospinal fluid hydrodynamics: Facts and illusions. Prog Neurobiol 2011; 94(3):238-58.

Oreskovic D and Klarica M. The formations of cerebrospinal fluid: nearly a hundred years of interpretations and misinterpretations. Brain Res Rev 2010; 64(2)241-62.

Patai K, et al. Tracking of the micro-structural changes of levonorgestrel-releasing intrauterine system by positron annihilation lifetime spectroscopy. J Pharm Biomed Anal 2010; 53:902-5.

Paul M, et al. Physiology of local renin-angiotension systems. Physiol Rev 2006; 86:747-803.

Pearce JMS. From pseudotumour cerebri to idiopathic intracranial hypertension. Pract Neurol 2009; 9:353-6.

Peipert JF, Zhao Q, Allsworth J, Petrosky E, Madden T, Eisenberg D, Secura G. Continuation and satisfaction of reversible contraception. Obstet and Gyne. 2011 May;117(5):1105-13. doi:10.1097/AOG.0b013e31821188ad.

Pelkonen O, et al. Inhibition and induction of human cytochrome P450 enzymes: current status. Arch Toxicol 2008; 82:667-715.

Peralta O, et al. Subdermal contraceptive implants. J Steroid Biochem Mol Biol 1995; 53(1-6): 223-6.

Perez MA, et al. "Idiopathic" intracranial hypertension caused by venous sinus thrombosis associated with contraceptive usage. Optometry 2010; 81(7):351-8.

Perusquia M, et al. Vasodilating effect of norethisterone and its 5α metabolites: a novel nongenomic action. Eur J Pharmacol 2003; 475:161-9.

Peterson PA and Berggard I. Isolation and properties of a human retinol-transporting protein. J Biol Chem 1971; 245:25-33.

Petit-Topin I, et al. Met909 plays a key role in the activation of the progesterone receptor and also in the high potency of 13-ethyl progestins. Molec Pharmacol 2008; 75:1317-24.

Philibert D, et al. The pharmacological profile of a novel norpregnane progestin (trimegestone). Gynecol Endocrinol 1999; 13:316-26.

Phillips A, et al. Progestational and androgenic receptor binding affinities and in vivo activities of norgestimate and other progestins. Contraception 1990; 41(4):399-410.

Phillips A, et al. Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin. Steroids 1990; 55:373-5.

Pluchino N, et al. Progesterone and progestins: effects on brain, allopregnanolone and β-endorphin. J Ster Biochem & Molec Biology 2006; 102:205-13.

Praditpan P, Hamouie A, Basaraba CN, Nandakumar R, Cremers S, Davis AR, Westhoff CL. Pharmacokinetics of levonorgestrel and ulipristal acetate emergency contraception in women with normal and obese body mass index. Contraception. 2017;95:464–9.

Quay WB. Regional differences in metabolism and composition of choroid plexuses. Brain Res 1966; 2:378-89.

Radhakrishnan K, et al. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. JNS 1993; 116:18-28.

Radhakrishnan K, et al. Idiopathic intracranial hypertension (pseudotumor cerebri): descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol 1993; 50:78-80.

Radhakrishnan K, et al. Pseudotumour cerebri: incidence and pattern in north-eastern Libya. Eur Neurol 1986; 25:117-24.

Rai R, et al. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster session presentation at ARVO 2015 Annual Meeting. May 4, 2015.

Raoof N, et al. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. European Journal of Neurology 2011; 18:1266-8.

Ratsula K, et al. Plasma levonorgestrel levels and ovarian function during the use of a levonorgestrel-releasing intracervical contraceptive device. Contraception 1989; 39(2):195-204.

Raudaskoski T, et al. Sex-hormone binding globulin as an indicator of the hepatic impacts of continuous

combined hormone replacement regimens. Maturitas 1998; 29:87-92.

Reddy AM, et al. Over-the-counter self-medication leading to intracranial hypertension in a young lady. J Neurol Rural Pract 2014; 5(4):384-6.

Redzic ZB and Segal MB. The structure of the choroid plexus and the physiology of the choroid plexus epithelium. Adv Drug Deliv Rev 2004; 56:1695-716.

Reeves GD and Doyle DA. Growth hormone treatment and pseudotumor cerebri: coincidence of close relationship? J Pediatr Endocrinol Metab 2002; 15(Suppl 2):723-30.

Reudelhuber TL. Prorenin, renin, and their receptor. Moving targets. Hypertension 2010; 55:1071-4.

Reynolds RF, et al. Is the large simple trial design used for comparative, post-approval safety research? A review of a clinical trials registry and the published literature. Drug Saf 2011; 34(10)799-820.

Rinaldi S, et al. Validity of free testosterone and free estradiol determinations in serum samples from postmenopausal women by theoretical calculations. Cancer Epi Biom & Prev 2002; 11:1065-71.

Roan S. Maker of Norplant Decides to take product off market. Los Angeles Times Aug. 5, 2002. http://articles.latimes.com/print/2002/aug/05/health/he-norplant5

Ros Forteza and Pereira Marques, I. Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel. Neurología. 2017. (Spanish)

Roytman M, et al. Pseudotumor cerebri caused by isotretinoin. Cutis 1988; 42:399-400.

Saito-Tom LY, et al. Levonorgestrel intrauterine use in overweight and obese women. Hawaii J Med & Pub Health 2015;74(11):369-74.

Salpietro V, et al. Adrenal disorders and the paediatric brain: pathophysiological considerations and clinical implications. Int J Endocrin 2014; 2014:282489.

Salpietro V, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis is possible? The Child 2012; 1(2).

Salpietro V, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. Neuroendocrinol Lett 2012; 33(6)569-73.

Salpietro V, et al. New insights on the relationship between pseudotumor cerebri and secondary hyperaldosteronism in children. J Hypertens 2012; 30:629-30.

Salpietro V, et al. Pediatric idiopathic hypertension and extreme childhood obesity: a role for weight gain. J Ped 2013; 162:1084.

Salpietro V, et al. Pediatric idiopathic intracranial hypertension and the underlying endocrinemetabolic dysfunction: a pilot study. J Pediatr Endocr Met 2014; 27(1-2):107-15.

Salpietro V, et al. Pseudotumor cerebri pathophysiology: the likely role of aldosterone. Headache 2014; 54(7):1229.

Sanchez VM, et al. Epidemiology of pseudotumor cerebri. Arch Soc Esp Oftalmol 2007; 82:219-22.

Sanders JN, Turok DK, Gawron LM, et al. Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review. Am J Obstet Gynecol [Internet]. 2017;216:590.e1-e8.

Sarna MA, et al. Oral contraceptive progestins and angiotensin-dependent control of the renal circulation in humans. J Human Hypertens 2009; 23:407-14.

Saul RF, et al. Pseudotumor cerebri secondary to lithium carbonate. JAMA 1985; 253(19):2869-70.

Schluterman N and Smith WS. Lawyer reporting creates false data mining signals in FDA's Adverse Event Reporting System (AERS). Abstract. Drug Information Association Annual Meeting. 2013.

Schneeweiss S. Sensitivity analysis and external adjustment for unmeasured confounders in epidemiologic database studies of therapeutics. Pharmacoepidemiol & Drug Saf 2006; 15:291-303.

Scott-Ram R, Chor J, Bhogireddy V, Keith L, Patel A. Contraceptive choices of overweight and obese women in a publically funded hospital: possible clinical implications. Contraception. 2012;86:122-6. doi:10.1016/j.contraception.2011.12.004

Seeber B, et al. Quantitative levonorgestrel plasma level measurements in patients with regular and prolonged use of levonorgestrel-releasing intrauterine system. Contraception 2012; 86:345-9.

Seeger JD, et al. Risk of thromboembolism in women taking ethinyl estradiol/drospirenone and other oral contraceptives. Obstetrics & Gynecology 2007; 110(3):587-93.

Selhorst JB, et al. Liver lover's headache: pseudotumor cerebri and vitamin A intoxication; JAMA 1984; 252(4):3365.

Selhorst JB, et al. Retinol-binding protein in idiopathic intracranial hypertension (IIH). J Neuro-Ophthalmology 2000; 20(4):250-2.

Shaamash AH, et al. A comparative study of the levonorgestrel-releasing intrauterine system Mirena versus the Copper T380A intrauterine device during lactation: breast-feeding performance, infant growth and infant development. Contraception 2005; 72:346-51.

Shaw KJ, et al. Human decidua is a major source of renin. J Clin Invest 1989; 83:2085-92.

Sheehan JP. Hormone replacement treatment and benign intracranial hypertension. Br Med J 1982; 284:1675-6.

Sheldon CA, et al. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. Pediatr Res 2015; 77(2):282-9.

Shetty K and Gaitonde BB. Effect of the chronic administration of ethinyl estradiol and norgestrel on biogenic amine(s) level and monamine oxidase enzyme activity in rat brain. Biochem Pharmacol 1980; 29:821-5.

Singh K and Chye CG. Adverse effects associated with contraceptive implants: incidence, prevention and management. Adv in Contraception 1998; 14:1-13.

Sitruk-Ware and Nath A. Metabolic effects of contraceptive steroids. Rev Endocr Metab Disord 2011; 12(2):63-75.

Sitruk-Ware R. New progestagens for contraceptive use. Hum Reprod Update 2006; 12(2):169-78.

Sitruk-Ware R. Pharmacological profile of progestins. Maturitas 2004; 47:277-83.

Sivin I, Lahteenmaki P, Ranta S, et al. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. Contraception. 1997;55:81-5.

Sivin, I. Letter to the Editor: Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch spontaneous reporting system. Obstet & Gynecol 1995; 86(2):318-9.

Smith K, et al. The effect of progesterone on microglial activation in a rat model of pediatric TBI. Crit Care Med Abstract 2014; 548.

Soini T, et al. Levonorgestrel-releasing intrauterine system and the risk of breast cancer: a nationwide cohort study. Acta Oncologica 2015; 1-4.

Somboonporn W and Davis SR. Testosterone effects on the breast: implications for testosterone therapy for women. Endocrine Reviews 2004; 25:374-88.

Somponpun SJ. Neuroendocrine regulations of fluid and electrolyte balance by ovarian steroids: contributions from central oestrogen receptors. J Neuroendocr 2007; 19:809-18.

Spector R, et al. A balanced view of choroid plexus structure and function: Focus on adult humans. Exp Neurol 2015; 267:78-86.

Stachenfeld NS, et al. Estrogen influences osmotic secretion of AVP and body water balance in postmenopausal women. Am J Physiol 1998; 274:R187-R195.

Stahl MI, et al. Assessing the impact of drug safety signals from the WHO database presented in 'signal': results from a questionnaire of national pharmacovigilance centres. Drug Safety 2003; 26(10):721-7.

Stanczyk FZ and Grimes DA. Sex hormone-binding globulin: not a surrogate marker for venous thromboembolism in women using oral contraceptives. Contraception 2008; 78:201-3.

Stanczyk FZ, et al. Progestogens used in postmenopausal hormone therapy: differences in their pharmacological properties, intracellular actions, and clinical effects. Endocrine Reviews 2013; 34(2):171-208.

Statista. Bayer AG's top pharmaceutical products from 2010 to 2015, based on revenue (in million euros). http://www.statista.com/statistics/263787/revenues-of-bayers-toppharmaceutical-products/

Stechmiller J, et al. The role of doxycycline as a matrix metalloproteinase inhibitor for the treatment of

chronic wounds. Biol Res Nurs 2010; 11(4):336-44.

Steegers EA, et al. Pre-eclampsia. Lancet 2010; 376:631-44.

Stephens DP, et al. Sympathetic nonnoradrenergic cutaneous vasoconstriction in women is associated with reproductive hormone status. Am J Physiol Heart Circ Physiol 2002; 282:H264-H272.

Su-Juan G, et al. A 5-year evaluation of NORPLANT contraceptive implants in China. Obstet Gynecol 1994; 83(5):673-8.

Sunku A, O'Duffy A, Swanson J. Benign intracranial hypertension associated with levonorgestrel implants [abstract]. Ann Neurol. 1993 Aug;34(2):299-300.

Szarfman A, et al. Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database. Drug Saf 2002; 25(6):381-92.

Tan JJ, et al. Cerebral venous sinus thrombosis with ophthalmic manifestations in 18-year-olds on oral contraceptives. Clin Ped 2014; 53:826-30.

Tang RA, Pardo G, Woon CC, Hamlin M, O'Neal T, Schiffman J. Pseudotumor cerebri associated with the norplantNorplant contraceptive device. Invest Ophthalmol Vis Sci. 1995 Mar 15;36(4):3100-87S677.

Tanneepanichskul S, et al. Effects of DMPA on weight and blood pressure in long term acceptors. Contraception 1999; 59:301-3.

Tepper K, et al. Progestin-only contraception and thromboembolism: A systematic review. Contraception 2016 Dec;94(6)678-700.

Tesoriero HW. Trouble brews over Merck product. The Wall Street Journal. Jan. 30, 2008. http://www.wsj.com/articles/SB120165519331327133

Teulings FAG, et al. Estrogen, androgen, glucocorticoid, and progesterone receptors in progestin-induced regression of human breast cancer. Cancer Res 1980; 40:2557-61

Thon OR and Gittinger Jr., JW. Medication-related pseudotumor cerebri syndrome. Semin Ophthalmol. 2017;32(1):134–43. doi: 10.1080/08820538.2016.1228415

Thurtell MJ, et al. An update on idiopathic intracranial hypertension. Rev Neurol Dis. 2010; 7:e56-e-68.

Toivonen J, et al. Protective effect of intrauterine release of levonorgestrel on pelvic infection: three years' comparative experience of levonorgestrel- and copper-releasing intrauterine devices. Obstet Gynecol 1991; 77:261-4.

Tremblay D, et al. The pharmacokinetics of 750 µg levonorgestrel following administration of one single does or two doses at 12- or 24-h interval. Contraception 2001; 64:327-31.

Trevisi G, et al. Idiopathic cerebrospinal fluid overproduction: case-based review of the pathophysiological mechanism implied in the cerebrospinal fluid production. Croat Med J 2014; 53:377-87.

Urdall M, et al. Obesity-related intracranial hypertension in the rat – a possible idiopathic intracranial hypertension (IIH) model? Journal of Headache and Pain 2014; 15(Suppl 1):F29.

Valenzuela RM, Rai R, Kirk BH, et al. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. Neuroophthalmology [Internet]. 2017;41(4):1-6.

Valenzuela RM, Rai R, Kirk BH, Sundar S, Sanders JN, Warner JE, Digre KB, Crum AV, Katz BJ. Exploratory study of the relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster presented at: NANOS. 41st Annual Meeting. 2015 Feb 21-26; San Diego, CA.

Van Puijenbroek EP, et al. A comparison of measures of disproportionality for signal detection in spontaneous reporting systems for adverse drug reactions. Pharmacoepidem & Drug Saf 2002; 11:3-10.

Vickery Z, et al. Weight change at 12 months in users of three progestin-only contraceptive methods. Contraception 2013; 88:503-8.

Visani G, et al All-trans-retinoic acid and pseudotumor cerebri in a young adult with acute promyelocytic leukemia: a possible disease association; Haematologica 1996; 81:152-4.

Vos AG and van de Ree MA. Hypertension and use of an intrauterine levonorgestrel-releasing device. Neth J Med 2012; 70(9):431.

Wahab M and Al-Azzawi F. The use of levonorgestrel-releasing intrauterine system for treatment of menorrhagia in women with inherited bleeding disorders. BJOG 2004; 112:1456.

Walker AE and Adamkiewicz JJ. Pseudotumor cerebri associated with prolonged corticosteroid therapy. JAMA 1964; 188(9):779-84.

Walker RWH. Idiopathic intracranial hypertension: any light on the mechanisms of the raised pressure? J Neurol Neurosurg Psychiatry 2001; 71:1-7.

Wall M and George D. Idiopathic intracranial hypertension. A prospective study of 50 patients. Brain 1991; 114 (Pt 1A):155-80.

Wall M and Purvin V. Idiopathic intracranial hypertension in men and the relationship to sleep apnea. Neurology 2009; 72:300-1.

Wall M, et al. The idiopathic intracranial hypertension treatment trial: clinical profile at baseline. JAMA Neurology 2014; 71(6):693-701.

Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri). Curr Neurol Neurosci Rep. 2008; 8:87-9.

Wall M. Idiopathic intracranial hypertension. Neurol Clin. 2010;28:593-617. doi:10.1016/j.ncl.2010.03.003.

Walsh FB, et al. Oral contraceptives and neuro-ophthalmologic interest. Arch Ophthal 1965; 74:628-40.

Wang X, et al. Progesterone attenuates cerebral edema in neonatal rats with hypoxic-ischemic brain damage by inhibiting the expression of matrix metalloproteinase-9 and aquaporin-4. Exp & Ther Med 2013; 6:262-7.

Warner JEA, et al. Retinol-binding protein and retinol analysis in cerebrospinal fluid and serum of patients with and without idiopathic intracranial hypertension. J Neuro-Ophthalmol 2007; 27:258-62.

Weatherby LB, et al. The impact of wording in "dear doctor" letters and in black box labels. Clin Pharmacol Ther 2002; 72(6):735-42.

Weber KT, et al. Idiopathic intracranial hypertension with primary aldosteronism: report of 2 cases. Am J Med Sci 2002. 142:71-82.

Weber KT. Aldosteronism revisited: Perspectives on less well-recognized actions of aldosterone. Lab Clin Med 2003; 324:45-50.

Weber ME, et al. Levonorgestrel implants and intracranial hypertension, Reply. NEJM 1995; 332(25):1721.

Weiner E, et al. Plasma levels of d-norgestrel after oral administration. Contraception 1976; 14(5):563-70.

Westgate C, Botfield H, O'Reilly M, Hodson D, Sinclair A. Evaluating the role of testosterone in cerebrospinal fluid secretion. Poster session P325 presented at SfE BES 2017. Society for Endocrinology BES; 2017 Nov 6-8; Harrogate, UK.

Wingenfel P, et al. Acute glaucoma and intracranial hypertension in a child on long-term peritoneal dialysis with growth hormone. Pediatr Nephrol 1995; 9:742-5.

Winrow AP and Supramaniam G. Benign intracranial hypertension after ciprofloxacin administration. Arch Dis Child 1990; 65:1165-6.

Wollen A, et al. The localization and concentration of copper in the fallopian tube in women with or without an intrauterine contraceptive device. Actu Obstet Gynecol Scand 1994; 73:195-9.

Wolski H. Selected aspects of oral contraception side effects. Ginekol Pol. 2014; 85(12)944-9.

Wysowski DK and Green L. Reply to Sivin Letter: Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet & Gynecol 1995; 86(2):319-20.

Wysowski DK and Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet & Gynecol 1995; 85(4):538-42.

Xiao B, et al. Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. Contraception 1990; 41(4):353-61.

Yamada, S. Cerebrospinal fluid physiology: visualization of cerebrospinal fluid dynamics using the magnetic resonance imaging Tim-Spatial Inversion Pulse method. Croat Med J 2014; 55:337-46.

Yeung EH, et al. Adiposity and sex hormones across the menstrual cycle: the BioCycle Study. Intl J Obesity 2013; 37:237-43.

Yeung EH, et al. Adiposity and sex hormones across the menstrual cycle: the BioCycle Study. Supplementary Table SA1. International Journal of Obesity 2013.

Zavod RM. "Women's Health". In: Foye's Principles of Medicinal Chemistry. 7th Ed. TL Lemke and DA Williames, eds. Baltimore: Lippincott Williams & Wilkins 2013; 1398-401.

Zia MI, et al. Comparison of outcomes of phase II studies and subsequent randomized control studies using identical chemotherapeutic regimens. J Clin Oncol 2005; 23(28):6982-91.

Zimmerman Y, et al The effect of combined oral contraception on testosterone levels in healthy women: a systematic review and meta-analysis. Human Reprod Update 2014; 20:76-105.

Zink R. Disproportionality analysis and its application to spontaneously reported adverse events in pharmacovigiliance. Statistical Discovery. SAS Institute. http://www.jmp.com/content/dam/jmp/documents/en/white-papers/disproportionality-106865.pdf

**Labels:**

1991 Norplant Label (Maggio Exhibit E)
1993 Norplant Label (Maggio Exhibit E)
1997 Norplant Label (MIR_INDNDA_00055897 - MIR_INDNDA_00055913)
2000 Mirena Label (MIR_INDNDA_00010719 - MIR_INDNDA_00010752)
2000 Norethindrone Acetate Bioequivalence Review (Ross Exhibit B)
2000 Norethindrone Acetate Chemical Review (Ross Exhibit B)
2001 Norethindrone Acetate Label (Ross Exhibit B)
2002 Jadelle Label (Ross Exhibit B)
2002 South Africa Mirena Label
2003 Seasonale Label
2005 Mirena Physician Prescribing Information (Ross Exhibit B)
2005 ParaGard Label (Ross Exhibit B)
2006 Solodyn Label and Packaging Images (Ross Exhibit B)
2007 Accretropin Label (Ross Exhibit B)
2007 Aygestin Label (Ross Exhibit B)
2007 Israel, Mirena Label (Ross Exhibit B)
2007 Norditropin Label (Ross Exhibit B)
2007 Triesence, Drugs@FDA
2008 Alesse Label
2008 Micronor Label (Ross Exhibit B)
2008 Mirena Label (MIR_FCR_2038 - MIR_FCR_2076)
2008 Omntrope Label (Ross Exhibit B)
2009 Mirena Label (MIR_INDNDA_00039737 - MIR_INDNDA_00039770)
2010 Mirena Label, Israel (Ross Exhibit B)
2011 Doryx Label, Drugs@FDA
2011 Tev-Tropin Label (Ross Exhibit B)
2012 Mirena Label, Ireland (Ross Exhibit B)
2013 Mirena Label (MIR_INDNDA_00319903 - MIR_INDNDA_003199335)
2013 Skyla Label (Ross Exhibit B)
2013 Solodyn Label (Ross Exhibit B)
2014 China Concise Information for Mirena from mims.com (Ross Exhibit B)
2014 India Levonorgestrel Prescribing Information from mims.com (Ross Exhibit B)
2014 Hong Kong Mirena Label from mims.com (Ross Exhibit B)
2014 Mirena Label (MIR_INDNDA_322203 - MIR_INDNDA_32232)
2014 Mylasia Mirena Label from mims.com (Ross Exhibit B)
2014 Notropin AQ Label, Drugs@fda
2014 Phillippines Concise Mirena Information from mims.com (Ross Exhibit B)
2014 Singapore Mirena Label from mims.com (Ross Exhibit B)

2014 Thailand Mirena Concise Info from mims.com (Ross Exhibit B)
2014 Vietnam Mirena Label from mims.com (Ross Exhibit B)
2015 Depo-Provera Label (U.S.)
2015 Depo-Provera Label (Canada)
2015 Liletta Label (Ross Exhibit B)
2015 Mirena Label, Drugs@fda
2015 Norgeston, Summary of Product Characteristics
2016 Jadelle Label
2017 Mirena Label

**Company Documents:**

MIR_IIH_EU00606946
MIR_IIH_EU01015398
MIR_IIH_EU01083403
MIR_IIH_EU01156144
MIR_IIH_EU01156239
MIR_IIH_EU01156267
MIR_IIH_EU01157532
MIR_IIH_EU01157644
MIR_IIH_EU01157654
MIR_IIH_EU01157689
MIR_IIH_EU01158039
MIR_IIH_EU01158200
MIR_IIH_EU01205373
MIR_INDNDA_00246213 at -6312, -9110 to -9114
MIR_INDNDA_00473411 at -3902 to -3903
MIR_ INDNDA_00481727 to -749
MIR_JSEU_01057343 at -383 to -385
MIR_JSEU_01445975 at -6069 to -6071
MIR_ PIEU_00157045
MIR_PKEU_00699321

**Reports:**

Expert Report of Etminan, PharmD, Mahyar, dated 1/22/16 and Exhibits A-C
Expert Report of Fraunfelder, MD, Frederick W., dated 1/21/16 and Exhibits A-C
Expert Report of Maggio, PhD, John, dated 1/22/16 and Exhibits A-F
Expert Report of Ross, MD, PhD, David B, dated 1/22/16 and Exhibits A-C; Correction Letter (2/25/2016)
Expert Report of Tang, MD, MPH, MBA, Rosa A. in the matter of: Miller v. Bayer.
Expert Report of Wheeler, MD, James M., dated 12/21/2017 with appendices and literature cited
Expert Report of Fraunfelder, MD, Frederick W., dated 12/23/2017 with appendices and literature cited
Expert Report of Plunkett, PhD, DABT, Laura M., dated 12/27/2017 with appendices and literature cited
Expert Report of Darney, MD, MSc, Philip, dated 12/27/2017 with appendices and literature cited
Expert Report of Salpietro, MD, Vincenzo, dated 12/28/2017 with appendices and literature cited
Expert Report of Johanson, PhD, Conrad, dated 12/22/2017 with appendices and literature cited
Expert Report of Moye, MD, PhD, Lemuel A., dated 12/28/2017 with appendices and literature cited

**Depositions:**

Deposition Transcript and Exhibits of Etminan, Mahyar, taken on 4/15/16
Deposition Transcript and Exhibits of Fraunfelder, Frederick W., taken on 4/21/16
Deposition Transcript of Maggio, John E., taken on 4/6/16

Deposition Transcript and Exhibits of Ross, David B., taken on 4/8/16
Deposition Transcript and Exhibits of Schoendorf, Juliane, taken on 11/13/2015 - 11/14/2015
Deposition Transcript and Exhibits of Tang, Rosa, taken on 5/10/16
Deposition Transcript and Exhibits of Asiimwe, Alex, taken on 12/05/17
Deposition Transcript and Exhibits of Francuski, Maja, taken on 11/29/17
Deposition Transcript and Exhibits of Hofmann, Birte, taken on 11/21/17
Deposition Transcript and Exhibits of Kaipomaki, Mirja-Leena, taken on 11/15/17 - 11/16/17
Deposition Transcript and Exhibits of Koelm, Petra, taken on 12/06/17
Deposition Transcript and Exhibits of Lukkari-Lax, Eeva, taken on 11/27/17 - 11/28/17
Deposition Transcript and Exhibits of Machlitt, Andrea, taken on 12/05/17
Deposition Transcript and Exhibits of Manlik, Katrin, taken on 12/07/17
Deposition Transcript and Exhibits of Schoendorf, Juliane, taken on 11/28/17 - 11/29/17
Deposition Transcript and Exhibits of Zurth, Christian, taken on 11/30/17

**Other:**

Affidavit of Mahyar Etminan, PharmD, dated 12/17/16
Consolidated Amended Complaint, dated 7/10/17
FAERS Q&A (from FDA website):
https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/
FDA Guidance for Industry (2005)
CDC website: BRFSS: https://www.cdc.gov/brfss

# APPENDIX C

**Gregory Van Stavern, M.D. – Prior Testimony 2014- present**

| Deposition Date | Case | State |
|---|---|---|
| 8/19/14 | McWherter v. St. John's Providence Hospital | MI |
| 8/4/15 | Palmer v. Chris Daley | NC |
| 11/17/15 | Short v. Cox | MO |
| 5/17/16 | Houston v. Bayer | AL |
| 8/16/16 | Thompson v. Bayer | IL |

Updated January 2018

# MIRENA: Report of Gregory Van Stavern, MD

## GENERAL REPORT

### Background

I am a neuro-ophthalmologist practicing at a large, quaternary care, university-based medical center. I have been in practice for over 15 years. I have extensive clinical experience with Idiopathic Intracranial Hypertension (IIH) (Pseudotumor Cerebri), and I see several such patients every day in clinic. I am well versed in the diagnosis and management of patients with this condition. I have published several reviews of IIH and have been invited to give talks on the subject.

I pursued residency training in both Ophthalmology and Neurology and then completed a fellowship in Neuro-Ophthalmology at Emory University. I practiced as the sole neuro-ophthalmologist at Wayne State University in Detroit for 9 years, an area with a very high incidence of IIH. I relocated to Washington University in St. Louis in 2009, which is where I continue to practice, teach, and perform clinical research.

I have also performed research in IIH, and my research has been published in peer-reviewed journals. I have explored the epidemiology of the condition in a large, urban medical center, and investigated the use of brain imaging (MRI) in diagnosing and predicting the course of IIH. I was the site investigator for a large, multi-center, NIH-funded clinical trial studying the treatment of IIH, the first ever performed for this disease. For more information, please see my attached CV.

### Overview of IIH

Idiopathic intracranial hypertension (IIH), also called Pseudotumor Cerebri, is a disorder of elevated intracranial pressure of unknown cause. This condition primarily occurs in obese and overweight women of child-bearing age. A wide variety of other conditions can result in elevated intracranial pressure and need to be ruled out before the diagnosis of IIH is confirmed. These conditions include, for example, brain tumors, meningitis, thrombotic obstruction of the venous sinuses (which drain spinal fluid), and some metabolic conditions. This is why IIH is typically referred to as a "diagnosis of exclusion" – many other conditions can mimic IIH and may need to be managed differently. The fact that other conditions can mimic IIH and that misdiagnosis is relatively common (Fisayo et al. 2016) is important when trying to ascertain causal relationships between this condition and other disorders or exogenous agents, such as medications, since alternate causes of intracranial hypertension (ICH) must be adequately excluded.

The diagnostic criteria for IIH have evolved in concert with increasing knowledge about this condition and in parallel with advances in brain imaging, and more recently better understanding of the range of normal opening cerebrospinal fluid (CSF) pressure obtained during lumbar puncture. It was recognized that prior criteria were overbroad and would allow for the inclusion of other diseases and would increase the possibility

that an alternate disorder could be missed. The current diagnostic criteria require the presence of normal brain MRI, elevated opening CSF pressure, optic nerve swelling (papilledema), and normal spinal fluid contents (i.e., no meningitis). The current criteria are thought to significantly lower the likelihood of patients with IIH "mimickers" being falsely diagnosed with the condition. In particular, recent evidence suggests that venous sinus thrombosis can cause elevated intracranial pressure and can be misdiagnosed as IIH. Venous sinus thrombosis can easily be missed even on good quality CT scans, so MRI is now generally required to confirm the diagnosis.

**Potential causes and mechanisms of IIH**

The specific pathogenesis of IIH is unknown. A number of risk factors have been identified that are associated with IIH, the most consistent being female gender, age 15-45 (post-pubertal / pre-menopausal), excess weight, and recent weight gain. Any theory of the underlying causes of IIH must account for the predilection for this specific group of patients. Similarly, any condition or drug purported to cause this condition must demonstrate that it is a risk factor independent of the primary risk factors mentioned above. It may be that IIH represents a converging of events to a final common pathway resulting in elevated intracranial pressure. There may also be specific anatomic and genetic factors rendering certain individuals more susceptible to developing the condition.

Papilledema refers to optic nerve swelling secondary to elevated intracranial pressure from any cause. Therefore, patients may have "IIH-like syndromes" in which there is papilledema but they do not fit the diagnostic criteria for IIH. Put differently, papilledema is not specific to, synonymous with, or diagnostic of IIH, and the term is often misused even by neurologists to refer to any condition where there is swelling of the optic disc. For example, papilledema in the context of thrombosis is, by definition, not IIH. It should be noted that the appearance of the optic disc itself not only cannot distinguish between specific causes of elevated intracranial pressure (ICP), it cannot even – in and of itself, with no other clinical information – distinguish between any other condition which damages the optic nerve.

It is highly likely that metabolic and endocrine consequences of excess weight, an almost ubiquitous feature of IIH patients, underlie its pathogenesis. Adipose tissue has been identified as an active endocrine organ, with attention being drawn to its products, leptin and gherlin, as having a possible role in IIH. Fasting plasma ghrelin levels have been found to negatively correlate with body mass index (BMI) and leptin has been shown to positively correlate with BMI. The myriad metabolic dysregulations in obesity could predispose to IIH though presently there is inadequate evidence for specific causative pathways. In addition, adipose tissue also leads to increases in estrogen by its effect on aromatase; by contrast, obese women have lower progesterone levels on average than normal weight women (Yeung et al. 2013). As such, if female sex hormones play any role in IIH at all, estrogen is the likely culprit. Nevertheless, there is no reliable evidence that estrogen-containing contraceptives cause IIH. BMI is a better surrogate marker of whole body adipose tissue than weight but is still imperfect as weight exists on a continuum and categories of overweight versus obese are relatively

arbitrary. For example, while a patient with a BMI of 29.8 is technically considered overweight and a patient with a BMI of 30.1 is considered obese, their risk of clinical complications from excess weight is similar.

There has been increased attention paid to sleep disorders in IIH. Obstructive sleep apnea (OSA) is a well-documented association, particularly in men, suggesting that in such patients, alveolar hypoventilation and nocturnal hypoxia may play a role in raised ICP. Again, OSA and IIH share a common risk factor (obesity) and it remains unclear whether OSA in and of itself confers an additional risk for developing IIH.

Vitamin A toxicity has long been acknowledged as a cause of severe headaches and papilledema associated with intracranial hypertension. The finding of increased levels of unbound retinol in the CSF of IIH patients suggests the involvement of vitamin A in its pathogenesis. Warner and colleagues demonstrated lower levels of retinol-binding-protein (RBP) and a higher retinol to RBP ratio in the CSF of IIH patients compared to controls after controlling for BMI, suggesting that unbound toxic retinol might interfere with pressure regulation (Warner et al. 2007). Another well-controlled clinical study that examined the CSF and serum of patients matched for BMI with and without IIH demonstrated significant elevations in CSF retinoic acid in IIH patients (Grzybowski et al. 2007). The mechanisms by which vitamin A and its synthetic derivatives lead to reversible ICP elevation are unknown. Vitamin A could lead to intracranial hypertension via enhanced transcription of genes involved in CSF secretion or absorption, or could cause structural changes in the arachnoid granulations, which help modulate spinal fluid resorption.

There has been a recent surge of interest in disorders of CSF dynamics and how they might relate to the development of IIH. Broadly speaking, this could involve several mechanisms: (1) a sustained increase in the rate of choroidal secretion of CSF; (2) a sustained decrease in the rate of CSF absorption by the arachnoid villi; and/or (3) disruption in transverse sinus flow and central venous pressure. Raised venous pressure can lead to impaired CSF absorption due to resistance to venous outflow.

Transverse venous sinus narrowing occurs in a significant number of patients with IIH. It is not known whether it represents a primary or secondary cause in the pathogenesis of IIH. There are several theories to explain its role in the disease; however, there is no agreement on a single unifying process. The venous stenosis may be a consequence of elevated intracranial pressure that compresses the sinus. When the narrowing develops, it exacerbates the pressure elevation even more by increasing venous pressure in the superior sagittal sinus. However, there have also been reports of the persistence of transverse sinus stenosis in MR venography even after normalization of CSF pressures, which would appear to contradict this theory.

**Management**

Once IIH has been accurately diagnosed, management varies based on presentation. Patients who have visual field loss and/or symptoms of elevated ICP are managed with weight loss, medication, procedural intervention, or a combination of the above.

Asymptomatic patients with no visual field loss can be reasonably managed with close observation, a low-salt diet, and encouragement to lose weight. While some patients have a chronic course with substantial loss of vision, many if not most patients have a self-limited course with spontaneous resolution occurring within 12-24 months and do well with conservative management. In general, the patients who tend to lose vision are those with more severe papilledema. Patients presenting with mild papilledema and no visual field loss at presentation tend, in general, to have a more benign course and may not require aggressive treatment. Lumbar puncture, which is required to make the diagnosis of IIH, may also relieve symptoms of raised intracranial pressure temporarily; in some cases a single diagnostic LP can lead to lasting resolution (de Simone et al. 2005). Less than 10% of patients have severe permanent visual field loss.

Since visual loss is a serious potential complication of IIH, close coordination between an ophthalmologist (who typically performs visual field testing, fundus examination and fundus photography) and a neurologist (headache management), or the involvement of a neuro-ophthalmologist (who can address both vision and symptoms of IIH) is required so that therapy can be appropriately directed to halt or prevent loss of vision. This can be done medically (with ICP lowering agents such as Diamox) or surgically. If the patient continues to have persistent headache despite normalization of visual fields and reversal of papilledema, a careful headache history is essential to exclude alternative causes (such as medication overuse) and symptomatic headache therapy should be initiated. Primary headache disorders such as migraine are extremely common in the population and even more so among women of reproductive age (Burch et al. 2015), and patients with IIH can present with an unrelated headache disorder that is not due to raised intracranial pressure. For that reason, headache is an unreliable marker of resolution in patients with IIH. Weight loss plays a critical role in the treatment of IIH, and may require the use of a dietician or weight loss program. The IIH Treatment Trial, completed in 2013, demonstrated that the combination of modest weight loss and Diamox is superior to weight loss alone in improving visual fields and papilledema; however, both groups improved suggesting that, at least in this patient population with mild visual loss, the prognosis is generally good (NORDIC 2014). Aside from this study, there are no other large randomized controlled studies of IIH treatment and much of the evidence guiding treatment is drawn from case series, known pathophysiology, and the expected course of the disease.

Surgical options for treatment include optic nerve sheath fenestration and CSF diversion (shunting). The indication for surgical treatment is sustained progression of visual loss despite maximal medical therapy. Shunting has a very limited role in the treatment of chronic headache in IIH patients, as the headache is most commonly due to a primary headache syndrome such as migraine, and will not respond to shunting. In some centers, stenting of the venous sinuses is a treatment option, but this is still considered experimental in most institutions.

**Epidemiology**

As discussed above, IIH is primarily a disease of obese/overweight reproductive-age women, though men and thin women do sometimes develop IIH. The overall annual

incidence of IIH was reported at 0.9 to 1 per 100,000 in one US study (Durcan et al. 1988). However, in females aged 20-44 years who were 10% or more above normal body weight, the incidence increased to 13-14.8/100,000 and to 19/100,000 if 20% or more above normal body weight. Because the rates of overweight/obesity in the US have increased substantially since the conduct of this study, the overall incidence rate of IIH has almost certainly increased as well. Friesner et al. estimated that there were 6041 cases of new IIH in the US in 2007, 5194 of which were female and 4531 of which were obese (Friesner et al. 2011). Epidemiological studies in other parts of the world have shown similar trends, such as a Spanish study (Asensio-Sanchez et al. 2007) in which the incidence of IIH was reported to be 5.1 per 100,000.

Pediatric IIH is uncommon and may represent a distinct disorder with a different clinical and demographic profile from adult IIH. Post-pubertal patients with IIH are nearly identical to adult patients in terms of epidemiology, course and management.

**High-risk populations**

The primary risk factors for developing IIH are female gender, age 15-45 (post-pubertal to pre-menopausal), and excess weight/recent weight gain. These primary risk factors have been borne out by numerous studies, using a variety of methodologies, evaluating different populations, over a wide range of time periods. Excessive weight and weight gain are independently associated with IIH in a dose response manner, with weight gain being a significant risk factor independent of baseline BMI (Daniels et al. 2007). Weight gain is associated with the recurrence of IIH (Ko et al. 2011), and weight loss with resolution (Johnson et al. 1998; NORDIC 2014).

From a practical standpoint, this means that any attempt to identify a causal variable (medication, hormonal status, other associated medical conditions) must account for possible confounding due to the known primary risk factors. A large, well designed, prospective study might be able to minimize confounding and isolate and evaluate risk factors; however, given the rarity of IIH (which occurs at an incidence of less than 1 per 1,000 even among high-risk groups), such a study would likely be unfeasible given the number of subjects needed and the time required to complete it. Retrospective studies are useful in furthering our understanding of IIH only when they identify a priori outcomes, appropriately select cases, and select well-matched controls, or are otherwise able to control for—or at least acknowledge—confounding by the primary risk factors identified above. This is particularly important where a drug is preferentially prescribed to a high-risk group, as is true with Mirena, which is used by reproductive-age women and is specifically recommended for obese women by the American College of Obstetricians & Gynecologists (ACOG 2006). In addition, both ACOG and CDC recommend Mirena and other forms of progestin-only contraception for women with a history of migraine, and particularly migraine with aura, which may introduce additional confounding into attempts to assess a potential relationship between Mirena and IIH (ACOG 2006; CDC 2010).

Therefore, one must be extremely cautious about assigning a causal relationship between a potential additional risk factor and IIH in a subject already at high risk (given

the presence of primary, well-established risk factors), particularly when the evidence is drawn from case reports and small case series. Evidence from case series and case reports, particularly those containing valid de-challenge/re-challenge data, can be helpful, but is among the lowest level of evidence in the hierarchy of Evidence-Based Medicine and is generally hypothesis-generating only.

One learns very quickly in clinical (and research) medicine that correlation does not equal causation. X might **precede** Y in time, leading to an erroneous assumption that X **caused** Y, when in reality the relationship was only temporal and coincidental. In other words, association is not the same thing as causation. For example, there is a very strong correlation between consumption of ice cream and drownings. Does this mean that eating a lot of ice cream causes you to drown? Of course not: the third factor, or hidden variable, is weather and season. In warmer weather, more people eat ice cream and participate in water-related activities. If you account for weather and season, there is no causal relationship between consumption of ice cream and drownings. In real world medical clinics, there are usually numerous variables in play and the clinician or researcher needs to account for them as much as possible. For example, multiple treatments may be employed at the same time, particularly when a patient is doing poorly. If improvement results, it may be difficult to isolate the specific treatment strategy that worked.

There are a number of medications that have been associated with the development of IIH. In most cases, the evidence is insufficient to establish that there is a causal relationship between exposure to the medication and the development of IIH. Multiple criteria should be met before concluding that a medication can cause idiopathic intracranial hypertension, including:

1. There should be scientific plausibility for a causal relationship: why does this particular medication cause elevated intracranial pressure?

2. There should be a clinical dose-response curve: the higher the dose, the more likely the patient is to develop IIH.

3. The association between the toxin and disease should occur in the absence of potential confounders.

4. Recovery to some degree should occur in a relatively short time after removal of the offending toxin (de-challenge), in a patient who does not undergo other concomitant interventions (such as lumbar puncture, weight loss, or acetazolamide).

5. Re-exposure should result in the same condition (re-challenge). It is particularly important to establish that the condition reappears with re-challenge in the case of IIH, where one of the interventions required to diagnose IIH—lumbar puncture—may also be therapeutic.

The strongest evidence would be a prospectively collected series of subjects, none of whom carry the two highest risks for IIH (female gender and excess weight/weight gain),

all demonstrating the development of intracranial hypertension after exposure to medication, resolution of ICH after withdrawal of the medication, and then re-development of ICH after re-challenge with the same drug. Obviously, such a study is not ethically or practically feasible, but this does provide a template by which ostensibly offending medications can be judged.

**IIH and hormonal contraceptives**

An association between hormonal contraceptives (both oral and implantable) and IIH has been suggested for many years. It has been proposed that IIH may have a hormonal basis (although this remains to be proven), and the addition of a hormonally active agent makes some intuitive sense as a potential cause for the condition. However, as noted, any attempt at proving that hormonal contraceptives are an independent risk factor for the development of IIH must account for the fact that those most likely to be using contraceptives are post-pubertal, pre-menopausal women, a group already at high risk for developing the condition.

**To date, there is no evidence that a causal relationship exists between hormonal contraceptives of any type and IIH.** I do not recommend that my patients with IIH discontinue their hormonal contraception (including Mirena), nor is it standard practice among my colleagues in neuro-ophthalmology to do so, as there is no established causal relationship. A survey of the existing literature supports this contention.

**Oral contraceptives (OCs):** Going back many years, a number of published case reports associated the development of IIH with the use of estrogen-containing OCs, causing some to suspect a causal relationship. A number of groups have more recently conducted controlled observational studies to evaluate this hypothesis. Durcan et al. surveyed practitioners in the Midwest United States and identified 27 patients with IIH. There was no significant difference in OC use in the IIH group and the general female population (Durcan et al. 1988). A study in 1990 comparing 40 cases and 39 controls, found no difference in OC use between cases and controls (Ireland et al. 1990). Similar results were found in three additional studies (Digre et al. 1984 in a pregnant population; Giuseffi et al. 1991; Radhakrishnan et al. 1993). Indeed, to my knowledge no controlled study has ever found a statistically significant association between OC use and IIH. The highest quality evidence available does not support a causal relationship. Recent review articles written by experts in the field, therefore, appropriately conclude that there is no increased risk of developing IIH with use of OCs (such as Ball et al. 2006; Wall et al. 2010), and the recently completed IIH Treatment Trial, which excluded patients with exposure to substances known to be associated with IIH, did not exclude women who used hormonal contraception (Friedman 2014). Similarly, leading textbooks in the field of neuro-ophthalmology do not consider oral contraceptives – or any form of hormonal contraceptive, for that matter – to be established causes of IIH (Walsh & Hoyt's 2005; Liu et al. 2010). Unfortunately, there is a misperception among some physicians who do not specialize in IIH that hormonal contraception causes IIH, despite the lack of scientific support. Notably, it is quite likely that some of the older reports of purported IIH in users of estrogen-containing OCs were actually due to thrombotic events missed by less sensitive imaging studies used at the time.

**Contraceptive implants:** Implantable contraceptives have also been associated with IIH, again based on case reports and case series, and have therefore been proposed as possible causes of IIH. However, available data fail to establish a causal relationship. Norplant is a levonorgestrel-releasing subcutaneous contraceptive implant previously available for use in the United States. In a letter to the editor in the New England Journal of Medicine, Alder et al. reviewed FDA data and identified 56 reports of "intracranial hypertension" or "disc edema" in Norplant users for whom no weight data were available. They also reported two cases of elevated intracranial pressure in two non-obese patients. No further information about weight, including BMI, normal weight vs. overweight, or recent weight gain was provided for these two patients. In these two cases, the neuroimaging was not sufficient to exclude venous sinus pathology. One patient recovered after removal of the implant; the other experienced recurrence requiring medication. The authors concluded that levonorgestrel "may have contributed to the onset of intracranial hypertension, or it may have had nothing to do with it" (Alder et al. 1995). Another publication found 39 reports of PTC with the Norplant implant. Of these, 4 had "resolution" of the IIH while continuing on Norplant, 16 had Norplant removed with resolution of symptoms, and 6 had Norplant removed but symptoms of ICH persisted. Resolution was not defined and resolution of papilledema was not documented. In 8 patients, it was unclear whether Norplant was removed, and there was no follow-up information for the other 5 patients (Wysowski et al. 1995). In the vast majority of reported cases, there is inadequate documentation of whether these patients met current criteria for the diagnosis IIH, as well as whether papilledema persisted or resolved after discontinuation of the drug (or even whether it was present at all). In that study, every patient for whom weight data were available was obese or overweight. No clear de-challenge pattern was discernible. There, too, the authors concluded it was impossible on the basis of their data to determine whether Norplant was causally related to PTC.

Several additional case series and isolated case reports also presented patients who developed IIH while using Norplant. None reported re-challenge information. In a meeting abstract in 1995, which was never published, Tang et al. reported that they had investigated PTC in 100 patients who were using Norplant. The information provided in the abstract is inadequate to comment on its findings. No information is provided on how many of the patients actually developed IIH; no information is provided on the demographic characteristics of those patients, including recent weight gain and BMI; while the abstract reports that PTC resolved in "some" patients with removal of the device, it is unclear how many patients resolved. Again, as with oral contraceptives, the available evidence does not establish a causal relationship between levonorgestrel implants and IIH.

**Mirena and IIH**

Regarding the specific question of whether Mirena is causally associated with IIH, as with oral and implantable contraceptives, there are no adequately controlled studies demonstrating such an association, and the available evidence does not support such an association. It is estimated that the rate of IIH reported with Mirena users is less than 0.1/100,000 (KCOPLEY_JSEU_24 to 45), which is well below the expected rate of IIH

among women of reproductive age and more than two orders of magnitude below the expected rate in obese women in this age group. Information for the reported cases is incomplete, but for the subset of patients for whom BMI information is available (48/115), 84% were either obese, overweight, or had recent weight gain, all of which would be typical of IIH. There is no clear or consistent temporal relationship in reported cases between onset or reported resolution of IIH (unclear what resolution means in these cases), and Mirena use. All reports of de-challenge for which treatment information is available are confounded by concomitant treatment. In those cases where Mirena was not removed, approximately equal numbers recovered and did not recover (5 versus 4). These findings are not consistent with a causal relationship.

In reviewing the three cases of possible IIH from Mirena clinical trials, none of the clinical trial patients met accepted criteria for IIH, and all improved while their Mirena continued. In the first case, it is unclear from the documentation whether she ever received a lumbar puncture; she did not ever meet criteria for IIH. In the second case, the patient reportedly had a completely normal spinal tap (normal opening pressure) and had exposure for over 5 years with two separate Mirenas prior to developing IIH. The third patient had a previous history of IIH and a planned venous stent during her participation in a clinical trial of another LNG-releasing IUD. It is unclear whether her symptoms worsened at all, however the stent was reportedly planned independent of trial participation.

Several recent publications suggest a possible relationship between Mirena and IIH, but those studies have significant limitations that prevent one from drawing causal conclusions from them. As an initial matter, any study investigating an association between Mirena and IIH must account for several obvious sources of confounding, including confounding by indication (use in women of reproductive age) and preferential prescribing (in the case of Mirena, prescribing to women who are poor candidates for oral contraceptives such as obese women and those with a history of migraine). Mirena, like other contraceptives, is used almost exclusively by the population at greatest risk for developing IIH, that is, reproductive-age women. In addition, the American College of Obstetricians and Gynecologists (ACOG) specifically recommends Mirena for obese women, and both ACOG and CDC suggest progestin-only contraceptives such as Mirena may be preferred for women with history of migraine, particularly migraine with aura, where estrogen use may increase stroke risk or exacerbate migraine symptoms (CDC 2010; ACOG 2006). Those women may also be more likely to present with IIH (or, in the case of migraine, may already have undiagnosed IIH). For these reasons, with respect to Mirena and IIH, the quality of evidence needed to establish a causal relationship should be particularly rigorous. Recent publications fail to account for these sources of bias, as described below.

In a 2015 publication, Etminan et al. purport to evaluate an association between Mirena and "intracranial hypertension" in two separate analyses. Unfortunately, their methodology was severely flawed in both analyses making it impossible to draw any reliable conclusions from their study. First, Etminan et al. performed a search of the US FDA Adverse Events reporting system (FAERS), which even under the best of circumstances cannot be relied upon to draw causal conclusions (FDA 2005; Questions

& Answers on FDA's Adverse Event Reporting System (FAERS), fda.org). In this analysis they used multiple search terms in addition to "idiopathic intracranial hypertension" and "benign intracranial hypertension" (both of which would be considered equivalent for coding purposes): these included cerebral edema (which can result from many conditions and is actually NOT a feature of IIH), "intracranial hypertension" (which can be due to many conditions that are not idiopathic), and "papilledema" (which can result from ANY cause of intracranial hypertension and which is often misused to refer to any cause of optic disc swelling). Moreover, it appears they did not limit their analysis to women of reproductive age—and in fact a subsequent analysis using their same methods showed there was no significant association between Mirena and even the more specific term "benign intracranial hypertension" when the analysis is limited to reproductive-age women (Bayer 2015). Other confounders, like weight, were not adequately considered either. While the authors report a "higher than expected" incidence of IIH in Mirena users in FAERS (ROR 1.78 and 1.5 for "intracranial hypertension" and papilledema, respectively), the limitations of their study make it impossible to draw any reliable conclusions from their findings.

For the second part of their analysis, Etminan et al. compared reports of "intracranial hypertension" among users of Mirena and two oral contraceptives. Here they included even more inappropriate search terms for their search for cases of "intracranial hypertension," including obstructive hydrocephalus and normal pressure hydrocephalus (which is another condition that is excluded by IIH diagnostic criteria), as well as cerebral edema and papilledema. It does not appear that the authors made any attempt to verify the accuracy of the codes used in the health claims database to identify cases, further undercutting the results since more rigorous studies have found codes for IIH are frequently inaccurate (Koerner 2014). Regardless, the authors found no significant difference in the frequency of "intracranial hypertension" between Mirena and the two oral contraceptives they studied.

Etminan et al. refer to a case report presented at a conference, Martinez 2010, as evidence of IIH in a Mirena user. However, the case presented in Martinez 2010 does not meet the accepted diagnostic criteria for IIH (normal opening pressure) and is not in keeping with understood pathomechanisms of vision loss with IIH (visual field deficits reportedly occurring in the absence of papilledema). No clear temporal relationship is reported between symptom onset or resolution and Mirena use or discontinuation, nor is any information provided on weight gain or BMI apart from noting the patient was non-obese.

In 2015, Rai et al. presented a poster describing a case-control study involving 59 patients with IIH. These patients were surveyed by phone – an important point is that a total of 176 eligible cases were identified but only 34% provided contraception information by phone, introducing a potential responder bias. They identified >220,000 controls from a large database but no matching beyond age and sex was performed and exposure to Mirena was determined using CPT codes – an inherently flawed methodology since these are often unreliable (as was demonstrated in the selection of cases for this study, where only 176 of 473 ICD9-screened patients were found to meet inclusion criteria on further screening). Unlike cases, no additional screening beyond

age range of 18-55 and sex were undertaken for controls. They reported an increased risk of IIH with exposure to Mirena with an odds ratio of 7.7. This study had significant limitations, including but not limited to: inability to control for BMI or recent weight gain; failure to control for preferential prescribing of Mirena to women more likely to have IIH, such as obese women or women with a history of migraines; ascertainment bias (missing information for controls); and responder bias (only 1/3 of those deemed eligible participated). As a result, this study does not provide evidence that Mirena use is an independent risk factor for IIH, and even its authors acknowledge a causal relationship has not been established. Indeed, the authors' findings that there were no differences in clinical characteristics (BMI, weight gain, presenting symptoms) between Mirena users and non-users who developed IIH supports the conclusion that there is no causal association.

I have reviewed the reports of plaintiffs' experts in this litigation. Dr. Fraunfelder is an ophthalmologist, though not a specialist in IIH. In assessing the "possible" relationship between Mirena and PTC/IIH he relies on spontaneous reports of "Benign intracranial hypertension, Papilloedema, Intracranial pressure increased, and Optic nerve disorder" in a national registry, which are subject to the significant limitations described above. Dr. Fraunfelder confirms, and I agree, that female sex, reproductive age, and obesity are the greatest risk factors for IIH; however, he fails to account for those factors in his analysis.

Dr. Etminan has no clinical expertise whatsoever in IIH. The mechanisms he proposes by which Mirena might cause IIH are not accepted by the medical community, and his analyses are subject to considerable methodologic limitations.

Dr. Tang claims there is a "known association" between levonorgestrel and IIH based on her conclusion in her 1995 abstract described above, and on the more recent Rai 2015 abstract. Reliance on either is inappropriate as described above. Dr. Tang introduces a lexicon to describe IIH as something other than what it is—a disease of unknown etiology.

Dr. Maggio's proposed mechanism theories are similarly unsupported. Dr. Maggio suggests that Mirena causes IIH due to action at the mineralocorticoid receptor. This is not an accepted causal mechanism for IIH, nor am I aware of any clinical or animal research establishing that mineralocorticoid activity consistently reproduces IIH or an IIH-like syndrome. More generally, there is no accepted or established mechanism by which Mirena could cause IIH. Nor has Mirena been shown to cause significant weight gain, with one recent study finding no significant difference in weight gain between Mirena patients and those using a non-hormonal IUD (Vickery et al. 2013).

In summary, the available evidence does not support a causal relationship between Mirena and IIH, such a relationship is not generally accepted in the medical community, and I do not believe that Mirena has been shown to cause IIH. None of the five causal factors identified above—scientific plausibility, dose response, disease occurring in the absence of potential confounders, recovery shortly after de-challenge and in the absence of therapeutic interventions, and re-challenge—are met with respect to Mirena.

I hold all of the above opinions, which are based on my education, training, experience, and review of scientific evidence and literature, to a reasonable degree of medical certainty. I am compensated at a rate of $750 per hour for my time. I reserve the right to amend and/or supplement my report should additional information become available, and to respond to the opinions and testimony of others. My CV, the materials I reviewed, and a list of testimony I have given in the last 4 years are attached as appendices to this report. I reserve the right to amend and/or supplement my opinions based on new evidence or to respond to the opinions or testimony of others.

Gregory Van Stavern, M.D.

# Appendix A

# CURRICULUM VITAE – Gregory Paul Van Stavern, MD

**BORN:** 10/16/64, Philadelphia, PA

**CITIZENSHIP:** US

**ADDRESS:** (Office) Department of Ophthalmology & Visual Sciences
Washington University School of Medicine
660 S. Euclid Ave., Campus Box 8096
St. Louis, MO 63110 USA
Telephone (314) 362-5753 (office)
(314) 362-3275 (FAX)
E-mail vanstaverng@vision.wustl.edu

(Home) University City, MO 63130

Telephone (314) 725-2564

**PRESENT POSITION:** Associate Professor
Department of Ophthalmology & Visual Sciences
Department of Neurology
Washington University School of Medicine, St. Louis, MO

## EDUCATION AND TRAINING:

La Salle University, Philadelphia PA, 1985-1989

Pennsylvania State University School of Medicine, Hershey Medical Center, 1989-1993

Pennsylvania Hospital, Philadelphia, PA 1993-1994

University of North Carolina Hospitals, Chapel Hill, NC. Ophthalmology Residency 1994-1996

University of North Carolina Hospitals, Chapel Hill, NC. Neurology Residency 1996-1999

Emory University, Atlana GA. Neuro-Ophthalmology Fellowship. 1999-2000

## ACADEMIC POSITIONS / EMPLOYMENT:

Associate Professor, Department of Ophthalmology and Visual Sciences, Department of Neurology, Washington University in St. Louis, St. Louis, MO, 4/09-present

Associate Professor of Ophthalmology, Neurology, and Neurosurgery, Wayne State University, Detroit, MI. 7/00-3/09 -

**UNIVERSITY / HOSPITAL / DEPARTMENTAL APPOINTMENTS AND COMMITTEES:**

Clinical Competency Committee, Department of Ophthalmology and Visual Sciences 6/13-present

Clinical Research Committee, Co-Chair, Department of Ophthalmology and Visual Sciences 7/12-present

**MEDICAL AND BOARD CERTIFICATION:** American Board of Psychiatry and Neurology, 2000, Recertification 2010

**MEDICAL LICENSURE:** Missouri

**HONORS AND AWARDS:**

Best Doctor's in America- 2005-2015

AAO Achievement Award, 2012

Fellow, North American Neuro-Ophthalmology Society, 2010

Excellence in Teaching Award: Kresge Eye Institute, Ophthalmlogy Residents, 3/09

2005: Wayne State University Teaching Award

2004: Distinguished Teaching Award. Kresge Eye Institute/WSU Dept of Ophthalmology

2002- Teaching Award- Wayne State University Dept. of Neurology-

1993 - Hewlitt-Packard Scholastic Achievement Award, Pennsylvania State University College of Medicine

**EDITORIAL RESPONSIBILITIES:**

Section Editor, Journal of Neuro-Ophthalmology. 2013-present

Peer Reviewer, *Journal of the Neurological Sciences*
Peer Reviewer, *American Journal of Ophthalmology*
Peer Reviewer, *Neurology*
Peer Reviewer, *Journal of Neuro-Ophthalmology*
Peer Reviewer, *Investigative Ophthalmology and Visual Sciences*
Peer Reviewer, *Ophthalmology*
Peer Reviewer, *JAMA Ophthalmology*

**PROFESSIONAL SOCIETIES AND ORGANIZATIONS:**

## MAJOR INVITED PROFESSORSHIPS AND LECTURESHIPS

1. Invited Speaker, Washington University, Department of Ophthalmology and Visual Sciences. Ophthalmology Technician Symposium. "Is the optic nerve the culprit?" 3/4/16
2. Invited Speaker, Physical Medicine and Rehabilitation. Washington University School of Medicine. 9/16/15
3. Invited Speaker, Alzheimer's Disease Research Center, Washington University in St. Louis. Ocular biomarkers in AD. 11/18/14
4. Invited Speaker, Physical Medicine and Rehabilitation. Washington University School of Medicine. 9/12/14
5. Invited Speaker, Neuro-Ophthalmology and Oculoplastics Symposium. Clinical perspective on IgG4 related disease. Illinois Eye and Ear Infirmary. 9/27/14
6. Ophthalmology Update, Washington University in St. Louis. "Visual Electrophysiology: A clinical approach". 3/7/14
7. North American Neuro-Ophthalmology Society Annual Meeting, Chair and moderator: Visual Electrophysiology Symposium. 3/3/14, Puerto Rico
8. North American Neuro-Ophthalmology Society Annual Meeting, Invited Speaker. "IgG: What is it good 4?". 3/3/14. Puerto Rico
9. Visiting Professor, Kellogg Eye Institute, University of Michigan. 12/13/13-12/14/13
10. American Academy of Neurology, San Diego CA. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/19/13
11. American Academy of Neurology, San Diego. Invited Speaker. Visual electrophysiology: matching structure to function. .Integrative Neuroscience Session 3IN002. 4/20/13
12. American Academy of Neurology, San Diego. Co-chair: Integrative Neuroscience Session 3IN002. Approaching neurologic diseases through the visual system. 4/20/13
13. North American Neuro-Ophthalmology Society Annual Meeting, Moderator, Frank B. Walsh Session, Snowbird, UT 2/9/13
14. Department of Emergency Medicine, Washington University in St. Louis, Visiting Speaker, Grand Rounds. "Neuro-Ophthalmology Emergencies". 12/4/12
15. Departments of Ophthalmology and Neurology, Michigan State University College of Osteopathic Medicine. Visiting Professor. 8/4/12
16. American Academy of Neurology, New Orleans, LA. Co-Chair, Scientific Highlights, Neuro-Ophthalmology/Neuro-Otology 4/27/12
17. American Academy of Neurology, New Orlean, LA. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/26/12
18. St. Luke's Hospital Ophthalmology Service. Quarterly Meeting. Chesterfield, MO. Invited Speaker. "Clinical Applications: Visual Electrophysiology". 5/17/11
19. American Academy of Neurology, Honolulu, HI. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/10/11
20. North American Neuro-Ophthalmology Society Annual Meeting, Moderator, Evidence-Based Neuro-Ophthalmology Symposium. 2/10/11
21. North American Neuro-Ophthalmology Society Annual Meeting, Invited Speaker, Evidence-Based Neuro-Ophthalmology Symposium."Clinical decision making in Neuro-Ophthalmology". 2/10/11
22. North American Neuro-Ophthalmology Society Annual Meeting, Co-Chair, Frank B. Walsh Session, 2/6/11
23. St. Luke's Hospital Ophthalmology Service. Quarterly Meeting. Chesterfield, MO. Invited Speaker. "Idiopathic Intracranial Hypertension: What do we know?" 7/20/10
24. American Academy of Neurology, Toronto, ON. Neuro-Ophthalmology Skills Seminar, Neuro-Ophthalmology Examination Techniques 4/16/10
25. American Academy of Ophthalmology, San Francisco, CA. Dorsal Midbrain Syndrome. Invited Speaker, Sub Specialty Day. 10/24/09

26. Grand Rounds, Washington University Department of Neurology. Invited Speaker. "Idiopathic Intracranial Hypertension: What do we know?" 10/10
27. American Academy of Neurology, Seattle, WA. Breakfast Symposium- Neuro-Ophthalmology Examination Techniques
28. Ohio Ophthalmology Society, Toledo, OH. Invited Speaker. "Ischemic Optic Neuropathies: What's New?" 3/17/09.
29. American Academy of Ophthalmology, Atlanta GA. Late Breakers Symposium- OCT and Multiple Sclerosis. Invited Speaker 11/408
30. Grand Rounds, University of Washington, Seattle WA. Invited Speaker. "OCT and demyelinating disease". 8/14/08.
31. Mimickers of Multiple Sclerosis. CME presentation. Cincinnati, OH 11/5/08
32. Visual Manifestations of Multiple Sclerosis, CME Presentation Dayton, OH 11/6/08
33. OCT and MS: What is the Evidence? CME Presentation Cleveland, OH 3/21/08

34. North American Neuro-Ophthalmology Society, Annual Meeting, Orlando, Fl. Invited Speaker, Stroke Symposium, "Does it Apply to the Eye? 3/10/08
35. Michigan Eye Physicians and Surgeons Winter Meeting, Crystal Mountain, MI. Invited Speaker. "Update on Ischemic Optic Neuropathies. 2/23/08
36. North American Neuro-Ophthalmology Society, Walsh Meeting, Orlando, Fl. Here's the story of a man who's brady (kinetic). 3/9/08
37. 4th Annual Neuroprotection Conference. Optical Coherence Tomography and the Optic Nerve: A Potential Biomarker. Santa Barbara, CA. 9/29/07. Invited Speaker
38. Michigan Neurologic Association Annual Meeting. Topical Facilitator, Neuro-Ophthalmology. Crystal Mountain, MI. 8/11/07
39. 10th Annual Review of Multiple Sclerosis. Orlando, FL Neuro-ophthalmology: Clues to diagnosis and misdiagnosis. Invited Speaker. 5/30/07
40. American Academy of Ophthalmology, Las Vegas, NV. Ocular Motility Disorders- It's Multiple Nerves. Invited Speaker, Sub Specialty Day 11/14/06
41. 3rd Annual Neuroprotection: Defining a clinical strategy in neurodegenerative disease. Napa Valley, CA. Neuro-Protection and Neuro-Ophthalmology. Invited Speaker. 10/28/06
42. Grand Rounds, Department of Ophthalmology, Duke University, Durham, NC. Visiting Lecturer 6/13/06
43. North American Neuro-Ophthalmology Society, Walsh Meeting, Tucson, AZ. Selected case presentation, 2/26/06
44. Grand Rounds, Department of Ophthalmology Beaumont Hospital, Royal Oak, MI. Visiting Lecturer, 2/13/06
45. American Academy of Ophthalmology, Chicago, IL., Invited Speaker, 10/16/05
46. Grand Rounds, Division of Neurology, Beaumont Hospital, Royal Oak, MI. Visiting Lecturer, 3/30/05
47. Didactic Conference, Crittendon Hospital, Rehabilitation Unit. Visiting Lecturer, 3/9/05
48. North American Neuro-Ophthalmology Society, Annual Meeting, Copper Mtn, CO. Moderater, Migraine/Neuro-Ophthalmology Symposium, 2/12/05
49. North American Neuro-Ophthalmology Society, Annual Meeting, Copper Mtn, CO. Invited Speaker, Migraine Symposium, "Persistent Migraine Aura". 2/15/05
50. CORO/NORO Monthly Conference, Michigan State University, East Lansing, MI. Visiting Lecturer, 11/7/03
51. North American Neuro-Ophthalmology Society, Walsh Meeting, Copper Mtn, CO. Selected case presentation, 2/02
52. Grand Rounds, Department of Emergency Medicine, Wayne State University, Detroit, MI. Visiting Lecturer. 5/02
53. Grand Rounds, Department of Neurosurgery, Wayne State University, Detroit, MI. Visiting Lecturer, 3/5/01

North American Neuro-Ophthalmology Society, Walsh Meeting, Ann Arbor, MI. Moderater, 4/01

**RESEARCH SUPPORT:** (*role, title, duration, amount*)

Government

Multicenter, Double-blind, Randomized, Placebo-controlled Study of Weight- Reduction and/or Low Sodium Diet plus Acetazolamide vs Diet plus Placebo in Subjects with Idiopathic Intracranial Hypertension with Mild Visual Loss

**St. Luke's/NEI Fund # 12-003135-943965**

NonGovernment

Prospective evaluation of visual pathway functional connectivity in patients with clinically isolated syndrome

**National MS Society PP1916**

Ocular biomarkers in early and pre-symptomatic Alzheimer's Disease

**Knight Alzheimer's Disease Research Center Grant P50 AG05681**

**CLINICAL TITLE AND RESPONSIBILITIES:**

Director, Neuro-Ophthalmology Service:

Provide clinical care to neuro-ophthalmology patients in greater St. Louis Metro area
Coordinate didactic teaching for Ophthalmology, Neurology and Neurosurgery residents
Supervise residents and medical students in Neuro-Ophthalmology clinic

Director, Visual Electrophysiology Service:

Supervise visual electrophysiology laboratory testing and interpretation

Interpret visual electrophysiology tests

Develop and maintain adherence to ISCEV standards and protocols

**BIBLIOGRAPHY:** (*number and list chronologically, ending with most recent*)

Peer Reviewed Manuscripts

Kung NH, Bartlett NL, Yaseen NR, Van Stavern GP, Bucelli RC. A young woman with blurred vision and distal paresthesias. JAMA Neurol 2015;72:1519-1523

Bruce CT, McClelland CM, Van Stavern GP. Papilledema in an otherwise typical case of Miller Fisher Syndrome. Can J Ophthalmol 2015;50:69-70

Lee CS, Harocopos G, Kraus CL, Lee AY, Van Stavern GP. IgG associated ocular and orbital inflammation. J Ophthal Inflamm Infect 2015 epub ahead of print

Wu GF, Brier MR, Parks CA, Ances BM, Van Stavern GP. An eye on brain integrity: acute optic neuritis affects resting state functional connectivity. Invest Ophthalmol Vis Sci 2015; epub ahead of print

Bei L, Shui YB, Bai F, Nelson SK, Van Stavern GP, Beebe DC. A test of lens opacity as in indicator of pre-clinical Alzheimer's disease. Exp Eye Res 2015; epub ahead of print

Van Stavern G, Kumar G, Thuruthumaly C. Visual disturbance after bariatric surgery. JAMA Ophthalmol 2015;133:345-346

Viets R, Parsons M, Van Stavern GP, McKinstry R, Sharma A. Effect of spatial resolution of T-2 weighted imaging on diagnostic efficacy in MR imaging in the detection of papilledema. *In press. Am J Radiol 2015*

Van Stavern GP.. Bardet Biedl Syndrome. PDF. [NOVEL]. 2014. Available at: *http://content.lib.utah.edu/cdm/ref/collection/EHSL-NOVEL/id/2218. March 3, 2015.*

Van Stavern GP. Occult Macular Dystrophy. PDF. [NOVEL]. 2014. Available at: *http://content.lib.utah.edu/cdm/ref/collection/EHSL-NOVEL/id/2193. March 3, 2015.*

Van Stavern GP. Usher syndrome. PDF. [NOVEL]. 2014. Available at: *http://content.lib.utah.edu/cdm/ref/collection/EHSL-NOVEL/id/2214. March 3, 2015.*

Purgert R, Peralta E, McClelland C, Van Stavern GP. Combined anterior ischemic optic neuropathy and hemiretinal artery occlusion during hemodialysis. *Can J Ophthalmol 2015;50:19-21*

Ong C, Patel K, Musiek E, Van Stavern GP. Mystery case: A young women with isolated upbeating nystagmus. *Neurology 2015;27:e17-19*

Stock M, Kumar G, Van Stavern G. Transient blurred vision in a neurologically decompensating patient. *JAMA Ophthalmol.* 2014;132(7):887-888

Earl JB, Lee CS, Yom V, Van Stavern GP, Abuattieh M, Chin-Yee D, Rao K, Apte RS. Visual cycle suppression via patching in Central Serous Chorioretinopathy. *Ophthalmology 2014;121:2502-2504*

Salvay DM, Padhye L, Huecker JB, Gordon MO, Sharma A, **Van Stavern GP**. Correlation between papilledema grade and diffusion weighted magentic resonance imaging in Idiopathic Intracranial Hypertension. *J Neuro Ophthalmol 2014;34:331-335*

Marshall BK, Goel M, Pitha I, Van Stavern GP, McClelland C. Sequential episodes of perioperative ischemic optic neuropathy after hip surgery. *J Neuro-Ophth 2014;34:165-168*

Padhye L, Van Stavern GP, Sharma A, Viets R, Huecker J, Gordon M. Association between visual parameters and neuroimaging features of Idiopathic Intracranial Hypertension. *J Neurol Sci 2013;332:80-85*

Jain N, Morgan M, Corbo J, Sharma A, Van Stavern GP. Diplopia with a cavernous sinus metastasis of a remote endometrial stromal cell tumor. *Neuro-Ophthalmol 2013*

Van Stavern GP, McClelland C, Shepherd JB. Neuro-imaging in patients referred to a neuro-ophthalmology service: rates of appropriateness and concordance in interpretation: Author Reply. *Ophthalmology 2013;120:879-880*

Viets R, Sharma A, Van Stavern GP, Parsons M. Hyperintense optic nerve heads on diffusion weighted imaging: a new imaging sign for papilledema. *Am J Neuroradiol 2013;34:1438-1442*

McClelland C, Van Stavern GP, Shepherd JB, Gordon M, Huecker J. Neuro-imaging in patients referred to a neuro-ophthalmology service: rates of appropriateness and concordance in interpretation. *Ophthalmology 2012;119:1701-1704*

Khanna S, Sharma A, Huecker J, Gordon M, Naismith RT, Van Stavern GP. The comparison of magnetic resonance imaging of optic neuritis in patients with multiple sclerosis vs neuro-myelitis optica. J *Neuro-Ophthalmol 2012;32:216-220*

Rajagopol R, Bateman R, Van Stavern GP. Visual involvement in corticobasal syndrome. *In Press J Neuro Ophthalmol 2012;32:338-340*

McClelland C, Tselis A, Van Stavern GP. Leber's Hereditary Optic Neuropathy (LHON) mimicking Neuromyelitis Optica (NMO). *J Neuro-Ophthalmol 2011;31:265-268*

Bruce BB, Sedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA et al. Atypical idiopathic intracranial hypertension: normal BMI and older patients. *Neurology 2010;74:1827-32*

Miller RC, Tewari A, Miller JA, Garbern J, Van Stavern GP. Neuro-ophthalmologic features of Spinocerebellar Ataxia Type 7. *J Neuro Ophthalmol 2009;29:180-186*

Bruce BB, Kedar S, Van Stavern GP, Monaghan D, Acierno MD, Braswell RA, Preechawat P, Corbett JJ, Newmna NJ, Biousse V. Idiopathic intracranial hypertension in men. *Neurology. 2009 Jan 27;72(4):304-9*

Ragheb S, Lisak R, Lewis R, Van Stavern GP, Gonzales F, Simon K. A potential role for Baff in the pathogenesis of autoimmune myasthenia gravis. *Arch Neurol 2008 65:1358-1362*

Mears K, Van Stavern GP. Bilateral simultaneous onset non-arteritic anterior ischemic optic neuropathy associated with sticky platelet syndrome. *Br J Ophthalmol 2008 In Press*

Tselis A, Perumal J, Caon C, Hreha S, Ching W, Din M, Van Stavern GP, Kahn O. Treatment of corticosteroid refractory optic neuritis in multiple sclerosis patients with intravenous immunoglobulin MS. *Eur J Neurol. 2008 Nov;15(11):1163-7*

Colen C, Ketko A, Van Stavern GP. Periodic alternating nystagmus with periodic alternating skew deviation in Spinocerebellar ataxia type 6. *J Neuro-Ophthalmol 2008;28:1-2*

Wolfe S, Van Stavern GP. Characteristics of patients presenting with ocular pain. *Can J Ophthalmol 2008 Aug;43(4):432-4*

Sivawamy L, Van Stavern GP. Anterior ischemic optic neuropathy in a child. *Ped Neurol 2007;37:371-372*

Randhawa S, Van Stavern GP. Sticky platelet syndrome and anterior ischaemic optic neuropathy. *Clin Exp Ophthalmol 2007;35:779-781*

Randhawa S, Van Stavern GP. Giant Cell Arteritis Presenting with Hemianopic Visual Field Loss. *Can J Ophthalmol 2007;42:486-487 2007*

Randhawa S, Yonkers J, Van Stavern GP. The Relationship of Body Mass Index and Intaocular Pressure with the Severity of Disease in Idiopathic Intracranial Hypertension *Ophthalmology 2007114:827-828*

Van Stavern GP, Bhatt A, Black EH. . A prospective study assessing the utility of Cogan's lid twitch sign in patients with isolated unilateral or bilateral ptosis *J Neurol Sci 2007;256:84-85*

Gasperini J, Black EH, Van Stavern GP. Breast cancer metastasis to the optic nerve treated with optic nerve sheath fenestration. *Ophthal Plast Reconstruct Surg 2007;23:331-333*

Borsody M, Semenov I, Carroll K, Kessler A, Dubow J, Olsen E, Hammond J, Van Stavern G, Raizer J, White R, Leenan. The relation of brain ouabain-like compounds and idiopathic intracranial hypertension. *Headache 2006 46:1255-1260*

Chung J, Frohman L, Van Stavern GP, Turbin R. Adalibumab-associated optic neuritis. *J Neurol Sci 2006;15:133-136*

Zuchner S, De Jonghe PD, Jordanova A, Claeys KG, Van Stavern GP, Shy M et al. Axonal neuropathy with optic atrophy is caused by mutations in mitofusin 2. *Ann Neurol 2006;59:276-281*

Galvin J, Van Stavern GP. Pituitary Apoplexy and Lupus Anticoagulant. *J Neuro Sci 2004 221;89-90*

Galvin J, Van Stavern GP. Pseudotumor Cerebri: Demographic Patterns and Clinical Presentation in Southeastern Michigan:1985-2002. *J Neuro Sci 2004 223:157-160*

Kim RW, Van Stavern GP, Juzych M. Non-arteritic anterior ischemic optic neuropathy following acute glaucoma secondary to Posner-Schlossman syndrome. *Arch Ophthalmol 2003 Jan;121(1):127-8*

Van Stavern GP, Gorman M. Orbital infarction after cocaine use. *Neurology 2002;59:642-645*

Brown MD, Allen JC, Van Stavern GP, Newman NJ, Wallace D. Clinical, genetic, and biochemical characterization of a Leber's Hereditary Optic Neuropathy family containing both the 11778 and 14484 primary mutations. *Am J Hum Gen 2001;104:331-338*

VanStavern, GP, Biousse V, Simon D, Lynn, MS, Newman, NJ. Neuro-Ophthalmic Manifestations of Head Trauma. *J Neuro-Ophth 2001;21:112-117*

VanStavern, GP, Biousse V, Leingang, JC, Newman, NJ. Downbeat Nystagmus in Heat Stroke. *J. Neuro Neurosurg and Psychiatry, 69(3):403-404, Sept. 2000*

Invited Publications

Kung N, Van Stavern GP. Isolated ocular motor palsies. Semin Neurol 2015 *In Press*

Meyerson C, Van Stavern GP, McClelland CM. Leber's Hereditary Optic Neuropathy: current perspectives. Clin Ophthalmol 2015 9:1165-1176

Van Stavern GP. Vision loss: metabolic, hereditary, neoplastic and traumatic optic neuropathies. *Continuun Lifelong Learn Neurol 2014;20:877-906*

Jacobs S, Van Stavern GP. Neuro-ophthalmic deficits after head trauma. Curr Neurol Neurosci Rep *2013;13(11):389*

Morgan M, Van Stavern GP. Aneurysms and vascular malformations. Duane's Ophthalmology. Eds: Jaeger E, Tasman W. Lippincott, Williams, and Wilkins. *In Press 2013*

Van Stavern GP. Transient visual loss. Clinician's Corner. Focal Points. *Clinical Modules for Ophthalmologists. 2013;Vol XXXI, #7. 9-13*

Van Stavern GP, Costello F, Biousse V, Lee AG. Point Counter-Point for the Journal of Neuro-Ophthalmology. Should optical coherence tomography (OCT) be used to manage patients with multiple sclerosis? *J Neuro-Ophthalmol 2012;32:363-371*

Mears K, Van Stavern GP. Idiopathic Intracranial Hypertension: update and review. *Expert Rev Ophthalmol 2012;7:487-498*

Van Stavern, GP. Optic nerve disorders. Encyclopedia of Neurological Sciences, 2nd Ed. *In press 2012*

Kent T, Shepherd JB, Van Stavern GP. Neuro-Ophthalmic approach to Oculo-Plastic Disorders. In: *Smith's Oculoplastic and Reconstructive Surgery, 3rd Ed., Eds, Nesi F, Gladstone G, Back EH. 2012*

Van Stavern GP. Efferent: Supranuclear Motility. *Continuum Lifelong Learning Neurol 2009;15(4):127–148.*

Randhawa S, Van Stavern GP. Extracranial granulomatous arteritis (giant cell arteritis). In: *Internation Neurology: A Clinical Approach. Eds. Lisak RP, Truong DD, Carroll W, & and Bhidyasiri R. 2009 Blackwell Pub.*

Randhawa S, Van Stavern GP. Idiopathic intracranial hypertension (pseudotumor cerebri). *Curr Opin Ophthalmol 2008;19:445-453*

Van Stavern GP, Van Stavern, RD. Stroke and visual loss. *Expert Rev Ophthalmol 2008 3(5):529-541*

Van Stavern GP. Use of OCT in multiple sclerosis. Current Insight *2008 Available at: http://one.aao.org/CE/News/CurrentInsight.aspx*

Van Stavern GP. The eye and systemic diseases: Hematologic disorders. *In: Albert and Miller; Albert and Jakobiec's Principles and Practice of Ophthalmology, 3rd edition; Philadelphia Elsevier 2008 4803-4820*

Van Stavern GP. Optic Disc Edema. *Semin Neurol 2007;27:233-243*

Rafols J, Van Stavern GP, Monsell EM. Neuroanatomy. Borsody MK, Ed. In: Comprehensive Board Review in Neurology. 1st ed. Thieme New York, NY 2007

Powell JT, Black EH, Van Stavern GP. Blepharospasm. Zigiotti GL, Ed. *In: Chirurgia Ofthalmoplastica 1st Ed. Aracne, Rome, Italy, 2006*

Van Stavern GP. Transient visual loss. Rose BD, Ed. *In: Up To Date. UpTODate, Wellesley, MA 2007*

Van Stavern GP. Headache and facial pain. Miller NR, Newman NJ, Eds. *In: Walsh and Hoyt's Clinical Neuro-Ophthalmology 6th Edition. Lippincott Williams & Wilkins, Philadelphia, PA 2004*

Powell JT, Van Stavern GP. Neuro-ophthalmic manifestations of systemic disease: Hematology. Eggenberger E, Kaufman D, Eds. Ophthalmology Clinics of North America, W.B. Saunders Company. *Ophthalmol Clin North Am 2004 17:371-388*

Van Stavern, GP. Clinical Syndromes-Ocular: Transient Visual Loss. *In*: Transient Ischemic Attacks. Chaturvedi S, Levine S. Eds. 1st ed. *Blackwell/Futura Publications 2004*

Van Stavern GP. Amaurosis Fugax. In: Gilman S, editor. Medlink Neurology. San Diego: Medlink Corporation, 4th 2005Edition

Van Stavern GP. Treatments for Optic Neuritis and Multiple Sclerosis. *Curr Opin Ophthalmol 2001; 12:400-407*

VanStavern, GP, Newman NJ. Optic Neuropathies: An Overview. Newman, NJ ed. Ophthalmology Clinics of North America, W.B. Saunders Company. . *Ophthalmol Clin North Am. 2001;14:61-71*

<u>Published Abstracts</u>

McClelland C, Tselis A, Van Stavern GP. Leber's Hereditary Optic Neuropathy (LHON) mimicking Neuromyelitis Optica (NMO). NANOS 2/10 Tucson, AZ

Miller RC, Tewari A, Miller JA, Garbern J, Van Stavern GP. Neuro-ophthalmologic features of Spinocerebellar Ataxia Type 7. NANOS 3/09, Lake Tahoe, NV

Bruce B, Kedar S, Van Stavern G, Monaghan D, Acierno M et al. The old and the restless: Atypical idiopathic intracranial hypertension. P04.072 American Academy of Neurology Meeting, Seattle WA 4/29/09

Sniegowski M, Van Stavern GP. African American Optic Neuritis Revisited. P05.033 Academy of Neurology Meeting, Chicago, Il. 4/16/08

Van Stavern GP, Wolfe S. Value of neuroimaging and prevalence of primary headache in patients with isolated eye pain. P0.147 Academy of Neurology Meeting, Boston, MA, 5/1/07

Randhawa S, Yonkers JM, Van Stavern GP. The relationship of Body Mass Index and IOP with the severity of disease in pseudotumor cerebri. American Academy of Ophthalmology Final Program p. 169 *October 2005*

Bhatt A, Haviland J, Black EH, Van Stavern GP. Sensitivity and specificity of Cogan's lid twitch. American Academy of Neurology Final Program p. 143 *April 2005*

Yonker JM, Galvin JA, Van Stavern GP. Visual outcomes of idiopathic intracranial hypertension at the Detroit Medical Center: a retrospective review. *Invest Ophthalmol Vis Sci 2005;46: E-abstract 654*

Abowd MC, Rathod F, Black EH, Sosne G, Van Stavern GP, Kish K. Comparison of direct and reformatted computed tomography scans in the evaluation of orbital pathology. *Invest Ophthalmol Vis Sci 2004;45: E-abstract 2421*

Van Stavern GP. Galvin JA. Clinical characterization of idiopathic intracranial hypertension in a North American urban population. American Academy of Neurology. San Francisco, CA 4/04

Van Stavern GP. Paradoxical worsening of myasthenic ptosis after Ice Test. North American Neuro-Ophthalmology Society Meeting, Orlando, FL 3/04

Van Stavern GP. Horner's syndrome and cavernous sinus involvement in Giant Cell Arteritis. North American Neuro-Ophthalmology Society Meeting, Orlando, FL 3/04

Kim RW, Van Stavern, GP, Juzych, M. Non-arteritic anterior ischemic optic neuropathy following acute glaucoma secondary to Posner-Schlossman syndrome. North American Neuro-Ophthalmology Society Meeting. Snowbird, UT 2/03

Galvin JA, Van Stavern GP. Pseudotumor cerebri: Demographic patterns and clinical presentations in Southeastern Michigan, 1985-2002. North American Neuro-Ophthalmology Society Meeting. Snowbird, UT 2/03

Galvin JA, Van Stavern GP. Ischemic pituitary apoplexy associated with lupus anticoagulant. North American Neuro-Ophthalmology Society Meeting. Snowbird, UT 2/03

Van Stavern, GP, Gorman M. Orbital infarction after cocaine use. North American Neuro-Ophthalmology Society Meeting. Copper Mountain, CO. 2/02

Van Stavern GP, Biousse V, Leingang JC, Newman NJ. Downbeat Nystagmus in Heat Stroke. North American Neuro-ophthalmology Society Meeting, Mont Tremblanc, Canada
3/02

# Appendix B

Disclosure of Prior Testimony by Gregory Van Stavern, M.D.

| Deposition Date | Case | State |
|---|---|---|
| 5/1/12 | Cullen vs MI Pediatric Assoc. | MI |
| 4/4/13 | Runnels v Galveston Discount Warehouses | MO |
| 8/19/14 | McWherter v St. John's Providence Hospital | MI |
| 8/4/15 | Palmer v Chris Daley | NC |
| 11/17/15 | Short v Cox | MO |

# Appendix C

**Materials Reviewed** (in conjunction with materials cited in the report):

ACOG. Practice Bulletin 73: Use of hormonal contraception in women with coexisting medical conditions. Obstetrics & Gynecology 2006; 107(6):1453-1472.

ACOG. Practice Bulletin 121: long-acting reversible contraception: implants and intrauterine devices. Obstetrics & Gynecology 2011; 118:184-196.

Affendi B, et al. The interaction between sex hormone binding globulin and levonorgestrel realeased from Norplant, an implantable contraceptive. Contraception 1987; 35(2):135-145.

Africander D, et al. Molecular mechanisms of steroid receptor-mediated actions by synthetic progestins used in HRT and contraception. Steroids 2011; 76:636-652.

Ahmed K, et al. Contraceptive commodities for women's health: key data findings. UNFPA 2012.

Alder JB and Fraunfelder FT. Levonorgestrel implants and intracranial hypertension. NEJM 1995; 332(25):1720-1721.

Alksne JF. "Headache Associated with Changes in Intracranial Pressure". In Wolff's Headache and other head pain. 4th Ed. DJ Dalessio, ed. New York: Oxford University Press. 1980; 310-313.

Alvarez F, et al. Sex hormone binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants. Contraception 1998; 58:211-214.

Alvarez-Requejo A, et al. Under-reporting of adverse drugs reactions: Estimate based on a spontaneous reporting scheme and sentinel system. Eur J Clin Pharmacol 1998; 54:483-488.

Andrews L, et al. Idiopathic intracranial hypertension and obesity. Horm Res Paediatr 2014; 81:217-225.

Apter D, et al. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. Fertil Steril 2014; 101:1656-1662.

Attia AM, et al. Role of the levonorgestrel intrauterine system in effective contraception. Patient Preference and Adherence 2013; 7:777-785.

Backman T. Benefit-risk assessment of the levonorgestrel intrauterine system in contraception. Drug Safety 2004; 27(15):1185-1204.

Backman T, et al. Length of use and symptoms associated with premature removal of the levonorgestrel intrauterine system: a nation-wide study of 17,360 users. BJOG 2000; 107:335-339.

Badea MA, et al. Current concepts in minimal hepatic encephalopathy. Rev Med Chir Soc Med Nat 2015; 119(1):9-17.

Bahamondes L, et al. A cross-sectional study of the forearm bone density of long-term users of levonorgestrel-releasing intrauterine system. Hum Reprod 2006; 21(5):1316-1319.

Bahemuka M. Benign intracranial hypertension associated with the use of Depo-Provera (Depot medroxyprogesterone): a case report. East Afr Med J. 1981; 58(2):140-141.

Baker ME, et al. Evolution of hormone selectivity in glucocorticoid and mineralocorticoid receptors. J Steroid Biochem Molec Biol 2013; 137:57-70.

Balcer LJ, et al. Idiopathic intracranial hypertension: Relation of age and obesity in children. Neurology 1999; 52:870-872.

Baldini M and Sangiovanni G. Benign intracranial hypertension and thrombosis of the venous sinuses during contraceptive treatment: anatomo-clinical and neuroradiological observations (author's transl). Riv Patol Nerv Ment. 1977; 98(3):185-90.

Ball AK and Clarke CE. Idiopathic intracranial hypertension. Lancet Neurol 2006; 5:433-442.

Bamberger CM, et al. Dissociative glucocorticoid activity of medroxyprogesterone acetate in normal human lymphocytes. J Clin Endocrin Metab 1999; 84(11):4055-4061.

Barnard ND, et al. Diet and sex-hormone binding globulin, dysmenorrhea, and premenstrual symptoms. Obstet Gynecol 2000; 95(2):245-250.

Bate A, et al. A Bayesian neural network method for adverse drug reaction signal generation. Eur J Clin Pharmacol 1998; 54:315-321.

Bayer Healthcare Pharmaceuticals. A guide for those considering birth control with Mirena. https://www.mirena-us.com/assets/Mirena-Brochure_English.pdf

BBC News. Contraceptive implant withdrawn. April 30, 1999. http://news.bbc.co.uk/2/hi/health/331618.stm

Begaud B, et al. False-positives in spontaneous reporting: should we worry about them? Br J Clin Pharmac 1994; 38:401-404.

Bergink W, et al. Serum pharmacokinetics of orally administered desogestrel and binding of contraceptive progestogens to sex hormone-binding globulin. Am J Obstet Gynecol 1980; 163:2132-2137.

Biousse V, et al. Update on the pathophysiology and management of idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatry 2012; 83:488-494.

Bonnar J. Coagulation effects of oral contraception. Am J Obstet Gynecol 1987; 157(4Pt 2):1042-8.

Boschitsch E, et al. Hypertension in women: the role of progesterone and aldosterone. Climacteric 2010; 13:307-313.

Bourruat FX and Regli F. Pseudotumor cerebri as a complication of amiodarone therapy. Am J Opthal 1993; 116(6):775-777.

Brache V, et al. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. Adv in Contraception 1992; 8:319-326.

Bradburn MJ, et al. Much ado about nothing: a comparison of the performance of meta-analytical methods with rare events. Statist Med 2007; 26:53-77.

Brinker T, et al. A new look at cerebrospinal fluid circulation. Fluids and Barriers of the CNS 2014; 11:1-16.

Brinton RD, et al. Progesterone receptors: form and function in brain. Frontiers in Neuroendocrinology 2008; 29:313-339.

Brody JE. Popular antibiotics may carry serious side effects. The New York Times. Sept. 12, 2012. http://well.blogs.nytimes.com/2012/09/10/popular-antibiotics-may-carry-serious-side-effects/?_r=0 Oct 2015

Brown PD, et al. Molecular mechanisms of cerebrospinal fluid production. Neurosci 2004; 129:957-970.

Buijs RM, et al. "Vasopressin and Oxytocin: Distribution and Putative Functions in the Brain". In: The Nuerohypophysis: Structure, Function and Control, Progress in Brain Research 1993; 60:289-264.

Burch RC, et al. The prevalence and burden of migraine and severe headache in the United States: updated statistics from government health surveillance studies. Headache 2015; 55:21-34.

Burch RC, et al. *Erratum*. The prevalence and burden of migraine and severe headache in the United States: updated statistics from government health surveillance studies. Headache 2015; 55:21-34.

Callaway LK, et al. Diabetes mellitus in the 21 years after a pregnancy that was complicated by hypertension: findings from a prospective cohort study. Am J Obstet Gynecol 2007; 197:492.e1-492.e7.

Carruth RS and Goldstein BD. Relative risk greater than two in proof of causation in toxic tort litigation. Jurimetrics 2001; 41:196-209.

CDC. U.S. Medical Eligibility Criteria for Contraceptive Use, 2010. Morbidity and Mortality Weekly Report 2010; 59(RR-4).

Cekan SZ, et al. The interaction between sex hormone binding globulin and levonorgestrel released from vaginal rings in women. Contraception 1985; 31:431-439.

Chan JW. Idiopathic intracranial hypertension associated with depot medroxyprogesterone. Eye 2006; 20:396–1397.

Chavez BA, et al. Stereospecificity of the intracellular binding of norethisterone and its A-ring reduced metabolites. J Steroid Biochem 1985; 22:121-126.

Chen C, et al. Sex hormone-binding globulin genetic variation: associations with type 2 diabetes mellitus and polycystic ovary syndrome. Minerva Endocrinol. 2010; 35(4):271-80.

Chen J and Wall M. Epidemiology and Risk Factors for Idiopathic Intracranial Hypertension. Intl Ophthalmol Clin 2014; 54:1-11.

Chen JJ, et al. Sex Disparities in Neuro-Ophthalmologic Disorders. Curr Eye Res 2015; 40(2):247-265.

Chen L, et al. Pathways of cerebrospinal fluid overflow: a deeper understanding of resorption. Neurorad 2015; 57:139-147.

Chhabra R, et al. FDA Policy on Unapproved Drug Products: Past, Present, and Future. Ann Pharmacother 2005; 39:1260-1264.

Chi, I. The Safety and Efficacy Issues of Progestin-Only Oral Contraceptives – An epidemiologic perspective. Contraception 1992; 47:1-21.

Chi, I. The Progestin-only pills and the levonorgestrel-releasing IUD: two progestin-only contraceptives. Clinical Obstetrics and Gynecology 1995; 38(4):872-889.

Chikly B and Quaghebeur J. Reassessing cerebrospinal fluid (CSF) hydrodynamics: a literature review presenting a novel hypothesis for CSF physiology. J Bodyw & Movemt Ther 2013; 17:344-354.

Chitalia N, et al. Aldosterone-producing adrenal adenoma and idiopathic intracranial hypertension – a pathogenetic link for aldosterone? QJ Med 2010; 103:699-702.

Chiu AM, et al. Minocycline treatment and pseudotumor cerebri syndrome. Am J Ophthalmol 1998; 126:116-121.

Cinciripini GS, et al. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment, and outcome. Am J Ophthalmol 1999; 127:178-182.

Classen DC, et al. Computerized Surveillance of Adverse Drug Events in Hospital Patients. JAMA 1991; 266(20):2847-2851.

Cleland K, et al. The efficacy of intrauterine devices for emergency contraception: a systematic review of 35 years of experience. Hum Reprod 2012; 27(7):1994-2000.

Cohn GA. Pseudotumor cerebri in children secondary to administration of adrenal steroids. J Neurosurg 1963; 20:784-786.

Collins DC. Sex hormone receptor binding, progestin selectivity, and the new oral contraceptives. Am J Obstet Gynecol 1994; 170:1508-1513.

Colucciello M. Pseudotumor cerebri induced by all-trans retinoic acid treatment of acute promyelocytic leukemia. Arch Ophthalmol 2003; 121:1064-1065.

Condulis N, et al. Pseudotumor cerebri: a presenting manifestation of Addison's disease. Clin Pediatr 1997; 36:711-173.

Crane MG and Harris JJ. Plasma renin activity ad aldosterone excretion rate in normal subjects. II: effect of oral contraceptive agents. J Clin Endocrinol Metab 1969; 29:558-562.

Critchley HOD, et al. Progestin receptor isoforms and prostaglandin dehydrogenase in the endometrium of women using a levonorgestrel-releasing intrauterine system. Hum Reprod 1998; 13(5):1210-1217.

Crock PA, et al. Benign intracranial hypertension and recombinant growth hormone therapy in Australia and New Zealand. Acta Paediatr 1998; 87:381-386.

Croxatto HB, et al. Plasma levels of levonorgestrel in women during long term use of Norplants. Contraception 1980; 22(6):583-96.

Dal'Ava N, et al. Body weight and composition in users of levonorgestrel-releasing intrauterine system. Contraception 2012; 86:350-353.

Daniels AB, et al. Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 2007; 143(4):635-641.

Darendeliler F, et al. Headache, Idiopathic Intracranial Hypertension and Slipped Capital Femoral Epiphysis during Growth Hormone Treatment: A Safety Update from the KIGS Database. Horm Res 2007; 68(Suppl 5):51-47.

De Kloet ER, et al. Brain mineralocorticoid receptors and centrally regulated functions. Kidney International 2000; 57:1329-1336.

De Simone R, et al. Sudden re-opening of collapsed transverse sinuses and longstanding clinical remission after a single lumbar puncture in a case of idiopathic intracranial hypertension. Pathogenetic implications. Neurol Sci 2005; 25:342-344.

Deckers GH, et al. Influence of the substitution of 11-methylene, $\Delta^{15}$, and/or 18-methyl groups in norethisterone on receptor binding, transactions assays and biological activities in animals. J Steroid Biochem Mol Biol 2000; 78:83-92.

Degnan AJ and Levy LM. Pseudotumor cerebri: brief review of clinical syndrome and imaging findings. Am J Neuroradiol 2011; 32:1986-1993.

Deonna T and Guignard JP. Acute intracranial hypertension after nalidixic acid administration. Arch Dis Child 1974; 49:743.

Derry S and Loke YK. Risk of gastrointestinal haemorrhage with long term use of aspirin: meta-analysis. BMJ 2000; 321:1183-1187.

Dhungana S, et al. Idiopathic intracranial hypertension. Acta Neurol Scand 2010; 121:71-82.

Digre KB, et al. Pseudotumor cerebri and pregnancy. Neurology 1984; 34:721-729.

Digre KB and Corbett JJ. Pseudotumor cerebri in men. Arch Neurol 1988; 45:866-872.

Digre KB. Idiopathic intracranial hypertension headache. Curr Pain Headache Reports 2002; 6:217-225.

Digre KB. Not so benign intracranial hypertension. BMJ 2003; 326:613–614.

Digre KB and Kinard K. Neuro-ophthalmic disorders in pregnancy. Continuum 2014; 20:162-176.

Dinger J, et al. Levonorgestrel-releasing and copper intrauterine devices and the risk of breast cancer. Contraception 2011. 83:211-217.

Dogulu CF, et al. Idiopathic intracranial hypertension in cystinosis. J Pediatr 2004; 145:673-678.

Dohrmann GJ. The choroid plexus: a historical review. Brain Res 1970; 18:197-218.

Dresser R and Frader J. Off-label prescribing: a call for heightened professional and government oversight. J Law Med Ethics 2009; 37(3):476-86.

Dubey RK, et al. Sex hormones and hypertension. Cardiovasc Res 2002; 53:688-708.

Durcan FJ, et al. The incidence of pseudotumor cerebri – population studies in Iowa and Louisiana. Arch Neurol 1988; 45:875-877.

Earl L. The Mirena Migraine - A Review of the Pharmacodynamics of Levonorgestrel and Its Implications in Women's Health (Thesis). May 17, 2014. http://digitalcommons.salemstate.edu/honors_theses

Eaton HD. Chronic bovine hypo- and hypervitaminosis A and cerebrospinal fluid pressure. Am J Clin Nutr 1969; 1070-1080.

Electronic Medicine Compendium. Mirena. Section 5.2. http://www.medicines.org.uk/emc/print-document?documentId=1829

Equale T, et al. Association of off-label drug use and adverse drug events in an adult population. JAMA Intern Med 2016; 176(1):55-63.

Etminan M, et al. Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf. 2015; 6(3):110-113.

Etminan M. Risk of intracranial hypertension with intrauterine levonorgestrel: reply. Ther Adv Drug Saf 2016; 1-2.

Evans SJ, et al. Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. Pharmacoepidemiol Drug Saf 2001; 10(6):483-486.

Ewies A. Levonorgestrel-releasing intrauterine system – the discontinuing story. Gynecological Endocrinology 2009; 25(10):668–673.

Fazio G, et al. Prothrombotic effects of contraceptives. Current Pharmaceutical Design 2010; 16(31):3490-6.

FDA. AERS and OPSS Brief Description with Caveats of System. July 18, 2005.

FDA. FDA Drug Safety Communication: FDA requires label changes to warn of risk for possibly permanent nerve damage from antibacterial fluoroquinolone drugs taken by mouth or by injection. Drug Safety and Availability. http://www.fda.gov/Drugs/DrugSafety/ucm365050.htm

FDA. Guidance for Industry: Good pharmacovigilance practices and pharmacoepidemiologic assessment. March 2005. http://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126834.pdf .

FDA. Questions and Answers on FDA's Adverse Event Reporting System (FAERS). http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/default.htm

Fisayo A, et al. Overdiagnosis of idiopathic intracranial hypertension. Neurol 2016; 86:341-350.

Fisher CJ, et al. Treatment of septic shock with the tumor necrosis factor receptor: Fc fusion protein. The Soluble TNF Receptor Sepsis Study Group. N Engl J Med. 1996; 334(26):1697-1702.

Forsling ML, et al. Variations in plasma concentrations of vasopressin during the menstrual cycle. J Endocrinol 1981; 89:263-266.

Fortunati N. Sex hormone-binding globulin (SHBG), estradiol and breast cancer. Mol Cell Endocrinol 2010; 316:86-92.

Fotherby K. Levonorgestrel clinical pharmacokinetics. Clin Pharmacokinet 1995; 28(3):203–215.

Franklin TJ. Binding Energy and the Activation of Hormone Receptors. Biochem Pharmacol 1980; 15:853-856.

Fraser JA, et al. Risk factors for idiopathic intracranial hypertension in men: A case–control study. J Neurol Sci 2010; 290:86-89.

Fraunfelder FT, et al. Drug-Induced Ocular Side Effects. 7th Ed. Elsevier Saunders. 2015; 198-201.

Fraunfelder FW, et al. Isotretinoin-associated intracranial hypertension. Ophthalmology 2004; 111:1248-1250.

Friedman DI and Jacobson DM. Diagnostic criteria for idiopathic intracranial hypertension. Neurology 2002; 59:1492-1495.

Friedman DI, et al. Doxycycline and intracranial hypertension. Neurology 2004; 62:2297-2299.

Friedman DI. "Papilledema". In *Walsh & Hoyt's Clinical Neuro-Ophthalmology*. 6th ed. Eds. NR Miller and NJ Newman. Lippincott Williams & Wilkins 2005; 237-291.

Friedman DI, et al. Revised diagnostic criteria for the pseudotumor cerebri symptom in adults and children. Neurology 2013; 81:1159-1165.

Friedman DI, et al. The Idiopathic Intracranial Hypertension Treatment Trial: design considerations and methods. J Neuro-Ophthalmol 2014; 34:107-117.

Friedman DI. The pseudotumor cerebri syndrome. Neurol Clin 2014; 32:363-396.

Friedman DI. Letter to the Editor: Risk of intracranial hypertension with intrauterine levonorgestrel. Ther Adv Drug Saf 2016; 1-2.

Friedman FM and Weiss JP. Desmopressin in the treatment of nocturia: clinical evidence and experience. Ther Adv Urol 2013; 5(6):310-317.

Friesner D, et al. Idiopathic intracranial hypertension in the USA: The role of obesity in establishing prevalence and healthcare costs. Obesity Rev 2011; e372-e380.

Frost LJ and Reich MR. Access: How do Good Heath Technologies Get to Poor People in Poor Countries? Cambridge: Harvard University Press. 2008; 116-140.

Funder JW. Aldosterone, mineralocorticoid receptors and vascular inflammation. Mol Cell Endocrinol 2004; 217:263-269.

Galetta SL and Digre KB. Misdiagnosing idiopathic intracranial hypertension: you've got some nerve. Neurology 2016; 86:318-319.

Gans MS, et al. Idiopathic intracranial hypertension. Medscape. Jan. 28, 2016. http://emedicine.medscape.com/article/1214410-overview

Gasparian SS, et al. Compensatory mechanisms in patients with benign intracranial hypertension syndrome. Acta Neurochir 2002; 81(Suppl):31-33.

Gemzell-Danielsson K, et al. The effect of age, parity and body mass index on the efficacy, safety, placement and user satisfaction associated with two low-dose levonorgestrel intrauterine contraceptive systems: subgroup analyses of data from a phase III trial. PLoS ONE 2015; 10(9):e0135309.

Genazzani AR, et al. Progesterone, progestogens and the central nervous system. Human Reprod 2000; 15(Suppl 1):14-27.

Genazzani AR, et al. Hormonal influence on the central nervous system. Maturitas 2002; 43(Suppl 1):S11-S17.

Gerber A, et al. Vitamin A poisoning in adults, with description of a case. Am J Med 1954; 16:729-745.

Gershagen S, et al. A cNDA coding for human sex hormone binding globulin Homology to vitamin K-dependent protein S. FEBS Lett 1987; 220:129-135.

Gimpl G and Fahrenholz F. The oxytocin receptor system: structure, function, and regulation. Phys Rev 2001; 81:629-683.

Giuseffi V, et al. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. Neurology 1991; 41:239-244.

Glueck CJ, et al. Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med 2003; 142(1):35-45.

Glueck CJ, et al. Sex hormone-binding globulin, oligomenorrhea, polycystic ovary syndrome, and childhood insulin at age 14 years predict metabolic syndrome and class III obesity at age 24 years. J Pediatr 2011; 159:308-313.

Goldzieher JW and Stanczyk FZ. Oral contraceptives and individual variability of circulating levels of ethinyl estradiol and progestins. Contraception 2008; 78:4-9.

Goldman SA. Limitations and strengths of spontaneous reports data. Clin Therapeutics 1998; 20:C41-C44.

Goriely A, et al. Mechanics of the brain: perspectives, challenges, and opportunities. Biomech Model Mechanobiol 2015; 14:931-965.

Graugaard-Jensen C, et al. The influence of high and low levels of estrogen on diurnal urine regulation in young women. BMC Urology 2008; 9:1-13.

Grimes W. Sheldon J Segal, Who Developed Contraceptives, Dies at 83. The New York Times. Oct. 20, 2009. http://www.nytimes.com/2009/10/21/health/21segal.html

Grishkovskaya I, et al. Steroid ligands bind human sex hormone-binding globulin in specific orientations and produce distinct changes in protein conformation. J Bio Chem 2002; 277:32086-32093.

Grzybowski D, et al. The role of vitamin A and its CSF metabolites in supporting a novel mechanism of idiopathic intracranial hypertension. Cerebrospinal Fluid Res 2007; 4(Suppl 1):S44.

Haimov-Kochman R, et al. Management of a perforated levonorgestrel-medicated intrauterine device-a pharmacokinetic study: Case report. Human Reproduction 2003; 18:1231-1233.

Hammond GL, et al. Distribution and percentages of non-protein bound contraceptive steroids in human serum. J Steroid Biochem 1982; 17(4):375-380.

Hammond GL. Diverse roles for sex hormone-binding globulin in reproduction. Biol Reprod 2011; 85:431-441.

Hanley JA and Lippman-Hand A. If nothing goes wrong, is everything all right? Interpreting zero numerators. JAMA 1983; 249(13):1743-1745.

Harrison-Woolrych M, et al. Insertion of intrauterine devices: a comparison of experience with Mirena and Multiload Cu 375 during post-marketing monitoring in New Zealand. NZMJ 2002; 116(1179):538-544.

Hazell L and Shakir SAW. Under-reporting of adverse drug reactions: a systematic review. Drug Safety 2006; 29(5):385-396.

Heineman K, et al. Risk of uterine perforation with levonorgestrel-releasing and copper intrauterine devices in the European Active Surveillance Study on Intrauterine Devices. Contraception 2015; 91:274-279.

Hennessy S. Postmarketing drug surveillance: an epidemiologic approach. Clin Therapeutics 1998; 20:C32-C39.

Herbst KL, et al. The male contraceptive regimen of testosterone and levonorgestrel significantly increases lean mass in healthy young men in 4 weeks, but attenuates a decrease in fat mass induced by testosterone alone. Clin Endocr Metab 2003; 88:1167-1173.

Herkert O, et al. The progestin levonorgestrel induces endothelium-independent relaxation of rabbit jugular vein via inhibition of calcium entry and protein kinase C: role of cyclic AMP. B J Pharmacol 2000; 130:1911-1918.

Hidalgo MM, et al. Serum levonorgestrel levels and endometrial thickness during extended use of the levonorgestrel-releasing intrauterine system. Contraception 2009; 80:84-89.

Hill AB. The environment and disease: association or causation? Proc Roy Soc Med 1965; 58(5):295-300.

Hiller O, et al. Matrix metalloproteinases collagenase-2, macrophage elastase, collagenase-3, and membrane type 1-matrix metalloproteinase impair clotting by degradation of fibrinogen and factor XII. J Biol Chem 2000; 275(20):33008-33013.

Hladky SB and Barrand MA. Mechanisms of fluid movement into, through and out of the brain: evaluation of the evidence. Fluid and Barriers of CNS 2014; 11:1-32.

ICA Foundation. Levonorgestrel Intrauterine System (LNG IUS) Provider Information Sheet. http://www.ica-foundation.org/LNG_IUS_provider_info.pdf

Igarashi H, et al. Water influx into cerebrospinal fluid is primarily controlled by aquaporin-4, not by aquaporin-1: $^{17}O$ JJVCPE MRI study in knockout mice. Neuroreport 2014; 25:39-43.

Iliff J, et al. A perivascular pathway facilitates CSF flow through the brain parenchyma and the clearance of interstitial solutes, including amyloid β. Sci Transl Med 2012; 4(147):1-11.

Iliff J, et al. Brain-wide pathway for waste clearance captured by contrast-enhanced MRI. Clin Inv 2013; 23:1299-1309.

Ireland B, et al. The search for causes of idiopathic intracranial hypertension: a preliminary case-control study. Arch Neurol 1990; 47:315-320.

Islam F, et al. Microanalysis of lipids in discrete brain areas of the rabbit following intramuscular administration of steroid contraceptive. Contraception 1980; 21:434-442.

Ivancic R and Pfadenhauer K. Pseudotumor cerebri after hormonal emergency contraception. Eur Neurol 2004; 52:120.

Jacobson DM, et al. Serum vitamin A concentration is elevated in idiopathic intracranial hypertension. Neurology 1999; 53(5):1114-1118.

Jenkins JS and Nussey SS. The role of oxytocin: present concepts. Clin Endocrin 1991; 34:515-525.

Jessen NA, et al. The glymphatic system: a beginner's guide. Neurochem Res 2015; 40:2583-2599.

Jia MC, et al. Serum SHBG levels during normal menstrual cycle and after insertion of levonorgestrel-releasing IUD. Adv in Contraception 1992; 833-40.

Johnson LN, et al. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). Ophthalmology 1998; 105:2313-2317.

Johnston I and Paterson A. Benign intracranial hypertension II. CSF pressure and circulation. Brain 1974; 97:301-312.

Johnston I, et al. Experimental effects of steroids and steroid withdrawal on cerebrospinal fluid absorption. Neurosurg 1975; 42:690-695.

Jordan WM and Anand JK. Pulmonary embolism. Lancet 1961; 278:1146-1147.

Juchem M and Powell K. Binding of oral contraceptive progestogens to serum proteins and cytoplasmic receptor. Am J Obstet Gynecol 1990; 163:2171-2182.

Juchem M, et al. Receptor binding of norgestimate – a new orally active synthetic progestational compound. Contraception 1992; 47:283-294.

Kaltas GA, et al. Menstrual irregularity in women with acromegaly. J Clin Endocrin & Metab 1999; 84(5):2731-2735.

Karahalios DG, et al. Elevated intracranial venous pressure as a universal mechanism in pseudotumor cerebri of varying etiologies. Neurology 1996; 46:198-202.

Karimy JK, et al. A novel method to study cerebrospinal fluid dynamics in rats. Neurosci Methods 2015; 241:78-84.

Katz FH and Beck P. Plasma renin activity, renin substrate and aldosterone during treatment with various oral contraceptives. Clin Endocrinol Metab 1974; 39:1001-1004.

Katzung BG, et al. Basic & Clinical Pharmacology. 12th Ed. New York: McGraw-Hill Medical. 2012.

Kesler A, et al. The outcome of pseudotumor cerebri induced by tetracycline therapy. Acta Neurol Scand 2004; 110:408-411.

Kesler A, et al. Idiopathic intracranial hypertension is associated with lower body adiposity. Ophthalmology 2010; 117:169-174.

Khan MU, et al. Idiopathic intracranial hypertension associated with either primary or secondary aldosteronism. Am J Med Sci 2013; 346:194-198.

Kirschner MA, et al. Androgen-estrogen metabolism in women with upper body versus lower body obesity. J Clin Endocrinol Metab 1990; 70:473-479.

Klarica M, et al. "Compensated hyperosmolarity" of cerebrospinal fluid and the development of hydrocephalus. Neuroscience 2013; 248:278-279.

Klarica M and Oreskovic D. Enigma of cerebrospinal fluid dynamics. Croat Med J 2014; 55:287-298.

Kloosterboer HJ, et al. Selectivity in progesterone and androgen receptor binding of progestagens used in oral contraceptives. Contraception 1988; 38:325-332.

Ko MW, et al. Weight gain and recurrence in idiopathic intracranial hypertension: a case-control study. Neurology 2011; 76:1564-1567.

Koerner JC, et al. Inpatient and emergency service utilization in patients with idiopathic intracranial hypertension. J Neuro-Ophthalmol 2014; 34:229-232.

Korhonen S, et al. The androgenic sex hormone profile is an essential feature of metabolic syndrome in premenopausal women: a controlled community-based study. Fertil Steril 2003; 79(6):1327-1334.

Kosmorsky GS. Idiopathic intracranial hypertension: pseudotumor cerebri. Headache 2014; 54:389-393.

Kovalevsky G, et al. Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function. Fertil Steril 2010; 93:1997-2003.

Kramer MS. Assessing Causality of adverse drug reactions: global introspection and its limitations. Drug Information Journal 1986; 20:433-437.

Krozowski ZS and Funder JW. Renal mineralocorticoid receptors and hippocampal corticosterone-binding species have identical intrinsic steroid specificity. Proc Natl Acad Sci USA 1986; 80:6056-6060.

Kuhl H. Comparative pharmacology of newer progestogens. Drugs 1996; 51:188-215.

Kuhl H. Pharmacology of estrogens and progestogens: influence of different routes of administration. Climacteric 2005; 8(Suppl 1):3-63.

Kuhnz W, et al. Pharmacokinetics of Levonorgestrel in 12 Women Who Received a Single Oral Dose of 0.15 Mg Levonorgestrel and, After a Wash-Out Phase, the Same Dose During One Treatment Cycle. Contraception 1992; 46(5):443-445.

Kuhnz W. Pharmacokinetics of levonorgestrel and ethinyl estradiol in 14 women during three months of treatment with a tri-step combination oral contraceptive: Serum protein binding of levonorgestrel and influence of treatment on free and total testosterone levels in the serum. Contraception 1994; 50(6):563-579.

Kumar N, et al. Nestorone: a progestin with a unique pharmacological profile. Steroids 2000; 65:629-636.

Lampit M, et al. Water and sodium retention during short-term administration of growth hormone to short normal children. Horm Res 1998; 50:83-88.

Landgren BM, et al. Pharmacokinetic studies with a vaginal delivery system releasing levonorgestrel at a near zero order rate for one year. Contraception 1986; 33:473-485.

Lessell S. Pediatric pseudotumor cerebri (idiopathic intracranial hypertension). Surv Ophthalmol 1992; 37(3):155-166.

Levine DN. Ventricular size in pseudotumor cerebri and the theory of impaired CSF absorption. J Neurol Sci 2000; 177:85-94.

Levine SH and Puchalski C. Pseudotumor cerebri associated with lithium therapy in two patients. J Clin Psychiatr 1990; 51:251-253.

Libien J and Blaner WS. Retinal and retinal-binding protein in cerebrospinal fluid: can vitamin A take the "idiopathic" out of idiopathic intracranial hypertension? J Neuroophthalmol 2007; 27:253-257.

Lindvall-Axelsson M and Owman C. Actions of sex steroids and corticosteroids on rabbit choroid plexus as shown by changes in transport capacity and rate of cerebrospinal fluid formation. Neurol Res 1990; 12:181-186.

Liu GT, et al. Neuro-Ophthalmology: Diagnosis and Management. 2nd Ed. Elsevier Saunders. 2010; 199-236.

Livington M and Fraser IS. Mechanisms of abnormal uterine bleeding. Human Reprod Update 2002; 8(1):60-67.

Lochhead J and Elston JS. Doxycycline induced intracranial hypertension. BMJ 2003; 326:6341-642.

Lockhat FB, et al. Serum and peritoneal fluid levels of levonorgestrel in women with endometriosis who were treated with an intrauterine contraceptive device containing levonorgestrel. Fertility and Sterility 2005; 83(2):398-404.

Lombaert A. and Carton H. Benign intracranial hypertension due to A-hypervitaminosis in adults and adolescents. Eur Neurol 1976; 14:340-350.

Longo VD and Fontana L. Calorie restriction and cancer prevention: metabolic and molecular mechanisms. Trends Pharmacol Sci 2010; 31:89-98.

Lu NZ, et al. International Union of Pharmacology. LXV. The pharmacology and classification of the nuclear receptor superfamily: glucocorticoid, mineralocorticoid, progesterone, and androgen receptors. Pharmacol Rev 2006; 58:782-797.

Lusher SJ, et al. Structural basis for agonism and antagonism for a set of chemically related progesterone receptor modulators. J Biol Chem 2011; 286:35079-35086.

Malozowski S, et al. Letter to the Editor: Growth hormone, insulin-like growth factor I, and benign intracranial hypertension. NEJM 1993; 329:665-666.

Malozowski S, et al. Benign intracranial hypertension in children with growth hormone deficiency treated with growth hormone. J Pediatr 1995; 126:996-999.

Mansour D. The benefits and risks of using a levonorgestrel-releasing intrauterine system for contraception. Contraception 2012; 85:224-234.

Marnach ML, et al. Current issues in contraception. Mayo Clin Proc 2013; 88(3)295-299.

Marseglia L, et al. Oxidative stress in obesity: a critical component in human diseases. Int J Mol Sci 2015; 16:378-400.

Martinez H, et al. Abstract: Atypical pseudotumour cerebri. Neuro-ophthalmology 2010; 34(3): 131-288.

McCann MF and Potter LS. Progestin-only oral contraception: a comprehensive review. Contraception 1994; 50(Suppl 1):S9-S195.

McGeeney BE and Friedman DI. Pseudotumor cerebri pathophysiology. Headache 2014; 54:445-458.

Meima ME and Danser AH. The prorenin receptor: what's in a name. J Am Soc Nephrol 2011; 22:2141-2143.

Merki-Feld GS, et al. Partial and complete expulsion of the Multiload 375 IUD and the levonorgestrel-releasing IUD after correct insertion. Eur J Obstet Gynecol Reprod Biol 2008; 137:92-96.

Mollan SP, et al. A practical approach to, diagnosis, assessment and management of idiopathic intracranial hypertension. Pract Neurol 2014; 14:380-390.

Molland JR, et al. Immediate postpartum insertion of the Norplant contraceptive device. Fertil Steril 1996; 66(1):43-48.

Monoco F, et al. Benign intracranial hypertension after minocycline therapy. Eur Neurol 1978; 17:48-49.

Moore NL, et al. Multiple nuclear receptor signaling pathways mediate the actions of synthetic progestins in target cells. Mol Cell Endocrin 2012; 357:60-70.

Morrow DJ. Maker of Norplant Offers a Settlement in Suit Over Effects. The New York Times. Aug. 27, 1999.

Muhn P, et al. Drospirenone: a novel progestogen with antimineralocorticoid and antiandrogenic activity. Ann NY Acad Sci 1995; 761:311-335.

Murgia S, et al. Benign intracranial hypertension after sulfenazone. Pediatr Med Chir 1989; 11:541-542.

Nakad T. The molecular mechanisms of neural flow coupling: a new concept. Neuroimaging 2015; 25:861-865.

Nettles KW and Greene GL. Ligand control of coregulator recruitment to nuclear receptors. Ann Rev Physiol 2005; 67:309-333.

Neville BGR and Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. Br Med J 1970; 554-556.

Nguyen G and Duser AHJ. Prorenin and (pro)renin receptor: a review of available data from in vitro studies and experimental models in rodents. Exp Physiol 2008; 93(5):557-563.

Niaraki MA, et al. The effect of a synthetic progestogen, ethylnorgestrienone, on hypothalamic-pituitary-ovarian function, cervical mucus, vaginal cytology, and endometrial morphology. Fertil Steril 1981; 35(3):284-288.

Nilsson CG, et al. A D-norgestrel-releasing IUD. Contraception 1976; 13(4):503-514.

Nilsson CG, et al. Tissue concentrations of levonorgestrel in women using a levonorgestrel-releasing IUD. Clin Endocr 1982; 17:529-536.

Nilsson CG, et al. Sustained intrauterine release of levonorgestrel over five years. Fertil Steril 1986; 45:805-807.

Noe G, et al. Changes in serum levels of SHBG, endogenous ligands and levonorgestrel induced by ethinyl estradiol in Norplant users. Contraception 1992; 45:187-201.

NORDIC Idiopathic Intracranial Hypertension Study Group Writing Committee. Effect of acetazolamide on visual function in patients with intracranial hypertension and mild visual loss: The Idiopathic Intracranial Hypertension Treatment Trial. JAMA 2014; 311(16):1641-1651.

Oelkers W, et al. Effects of progesterone and four synthetic progestogens on sodium balance and the renin-aldosterone system in man. J Clin Endocrinol Metab 1974; 39(5):882-890.

Oelkers W. Effects of estrogens and progestogens on the renin-aldosterone system and blood pressure. Steroids 1996; 61:166-171.

Oelkers W. Drospirenone in combination with estrogens: for contraception and hormone replacement therapy. Climacteric 2005; 8(Suppl 3):19-27.

Oltunji LA and Soladoye AO. High-calcium diet reduces blood-pressure, blood volume and preserves vasorelaxation in oral contraceptive-treated female rats. Vasc Pharmacol 2010; 52:95-100.

Olsson S, et al. Plasma levels of levonorgestrel and free levonorgestrel index in women using Norplant implants or two covered rods (Norplant-2). Contraception 1987; 35(3):215-228.

Ooi LY, et al. Idiopathic intracranial hypertension: can studies of obesity provide the key to understanding pathogenesis? Br J Neurosurg 2008; 22(2):187-194.

Oreskovic D and Klarica M. The formations of cerebrospinal fluid: nearly a hundred years of interpretations and misinterpretations. Brain Res Rev 2010; 64(2)241-262.

Oreskovic D and Klarica M. Development of hydrocephalus and classical hypothesis of cerebrospinal fluid hydrodynamics: Facts and illusions. Prog Neurobiol 2011; 94(3):238-258.

Oreskovic D and Klarica M. A new look at cerebrospinal fluid movement. Fluids Barr CNS 2014; 11:16.

Patai K, et al. Tracking of the micro-structural changes of levonorgestrel-releasing intrauterine system by positron annihilation lifetime spectroscopy. J Pharm Biomed Anal 2010; 53:902-905.

Paul M, et al. Physiology of local renin-angiotension systems. Physiol Rev 2006; 86:747-803.

Pearce JMS. From pseudotumour cerebri to idiopathic intracranial hypertension. Pract Neurol 2009; 9:353-356.

Pelkonen O, et al. Inhibition and induction of human cytochrome P450 enzymes: current status. Arch Toxicol 2008; 82:667-715.

Peralta O, et al. Subdermal contraceptive implants. J Steroid Biochem Mol Biol 1995; 53(1-6): 223-226.

Perez MA, et al. "Idiopathic" intracranial hypertension caused by venous sinus thrombosis associated with contraceptive usage. Optometry 2010; 81(7):351-358.

Perusquia M, et al. Vasodilating effect of norethisterone and its 5α metabolites: a novel nongenomic action. Eur J Pharmacol 2003; 475:161-169.

Peterson PA and Berggard I. Isolation and properties of a human retinol-transporting protein. J Biol Chem 1971; 245:25-33.

Petit-Topin I, et al. Met909 plays a key roles in the activation of the progesterone receptor and alson in the high potency of 13-ethyl progestins. Molec Pharmacol 2008; 75:1317-1324.

Philibert D, et al. The pharmacological profile of a novel norpregnane progestin (trimegestone). Gynecol Endocrinol 1999; 13:316-326.

Phillips A, et al. Progestational and androgenic receptor binding affinities and in vivo activities of norgestimate and other progestins. Contraception 1990; 41(4):399-410.

Phillips A, et al. Relative binding affinity of norgestimate and other progestins for human sex hormone-binding globulin. Steroids 1990; 55:373-375.

Pluchino N, et al. Progesterone and progestins: effects on brain, allopregnanolone and β-endorphin. J Ster Biochem & Molec Biology 2006; 102:205-213.

Quay WB. Regional differences in metabolism and composition of choroid plexuses. Brain Res 1966; 2:378-389.

Radhakrishnan K, et al. Pseudotumour cerebri: incidence and pattern in north-eastern Libya. Eur Neurol 1986; 25:117-124.

Radhakrishnan K, et al. Epidemiology of idiopathic intracranial hypertension: a prospective and case-control study. JNS 1993; 116:18-28.

Radhakrishnan K, et al. Idiopathic intracranial hypertension (pseudotumor cerebri): descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol 1993; 50:78-80.

Rai R, et al. The relationship between the levonorgestrel-releasing intrauterine system and idiopathic intracranial hypertension. Poster session presentation at ARVO 2015 Annual Meeting. May 4, 2015.

Raoof N, et al. The incidence and prevalence of idiopathic intracranial hypertension in Sheffield, UK. European Journal of Neurology 2011; 18:1266-1268.

Ratsula K, et al. Plasma levonorgestrel levels and ovarian function during the use of a levonorgestrel-releasing intracervical contraceptive device. Contraception 1989; 39(2):195-204.

Raudaskoski T, et al. Sex-hormone binding globulin as an indicator of the hepatic impacts of continuous combined hormone replacement regimens. Maturitas 1998; 29:87-92.

Reddy AM, et al. Over-the-counter self-medication leading to intracranial hypertension in a young lady. J Neurol Rural Pract 2014; 5(4):384-386.

Redzic ZB and Segal MB. The structure of the choroid plexus and the physiology of the choroid plexus epithelium. Adv Drug Deliv Rev 2004; 56:1695-1716.

Reeves GD and Doyle DA. Growth hormone treatment and pseudotumor cerebri: coincidence of close relationship? J Pediatr Endocrinol Metab 2002; 15(Suppl 2):723-730.

Reynolds RF, et al. Is the large simple trial design used for comparative, post-approval safety research? A review of a clinical trials registry and the published literature. Drug Saf 2011; 34(10)799-820.

Reudelhuber TL. Prorenin, renin, and their receptor. Moving targets. Hypertension 2010; 55:1071-1074.

Rinaldi S, et al. Validity of free testosterone and free estradiol determinations in serum samples from postmenopausal women by theoretical calculations. Cancer Epi Biom & Prev 2002; 11:1065-1071.

Roan S. Maker of Norplant Decides to Take Product Off Market. Los Angeles Times Aug. 5, 2002. http://articles.latimes.com/print/2002/aug/05/health/he-norplant5

Roytman M, et al. Pseudotumor cerebri caused by isotretinoin. Cutis 1988; 42:399-400.

Salpietro V, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis is possible? The Child 2012; 1(2).

Salpietro V, et al. Idiopathic intracranial hypertension: a unifying neuroendocrine hypothesis through the adrenal-brain axis. Neuroendocrinol Lett 2012; 33(6)569-573.

Salpietro V, et al. New insights on the relationship between pseudotumor cerebri and secondary hyperaldosteronism in children. J Hypertens 2012; 30:629-630.

Salpietro V, et al. Pediatric idiopathic hypertension and extreme childhood obesity: a role for weight gain. J Ped 2013; 162:1084.

Salpietro V, et al. Adrenal disorders and the paediatric brain: pathophysiological considerations and clinical implications. Int J Endocrin 2014; 2014:282489-2822103.

Salpietro V, et al. Pediatric idiopathic intracranial hypertension and the underlying endocrine-metabolic dysfunction: a pilot study. J Pediatr Endocr Met 2014; 27(1-2):107-115.

Salpietro V, et al. Pseudotumor cerebri pathophysiology: the likely role of aldosterone. Headache 2014; 54(7):1229.

Sanchez VM, et al. Epidemiology of pseudotumor cerebri. Arch Soc Esp Oftalmol 2007; 82:219-222.

Sarna MA, et al. Oral contraceptive progestins and angiotensin-dependent control of the renal circulation in humans. J Human Hypertens 2009; 23:407-414.

Saul RF, et al. Pseudotumor cerebri secondary to lithium carbonate. JAMA 1985; 253(19):2869-2870.

Schluterman N and Smith WS. Lawyer reporting creates false data mining signals in FDA's Adverse Event Reporting System (AERS). Abstract. Drug Information Association Annual Meeting. 2013.

Schneeweiss S. Sensitivity analysis and external adjustment for unmeasured confounders in epidemiologic database studies of therapeutics. Pharmacoepidemiol & Drug Saf 2006; 15:291-303.

Seeber B, et al. Quantitative levonorgestrel plasma level measurements in patients with regular and prolonged use of levonorgestrel-releasing intrauterine system. Contraception 2012; 86:345-349.

Seeger JD, et al. Risk of thromboembolism in women taking ethinyl estradiol/drospirenone and other oral contraceptives. Obstetrics & Gynecology 2007; 110(3):587-593.

Selhorst JB, et al. Liver lover's headache: pseudotumor cerebri and vitamin A intoxication; JAMA 1984; 252(4):3365.

Selhorst JB, et al. Retinol-binding protein in idiopathic intracranial hypertension (IIH). J Neuro-Ophthalmology 2000; 20(4):250-252.

Shaamash AH, et al. A comparative study of the levonorgestrel-releasing intrauterine system Mirena versus the Copper T380A intrauterine device during lactation: breast-feeding performance, infant growth and infant development. Contraception 2005; 72:346-351.

Shaw KJ, et al. Human decidua is a major source of renin. J Clin Invest 1989; 83:2085-2092.

Sheehan JP. Hormone replacement treatment and benign intracranial hypertension. Br Med J 1982; 284:1675-1676.

Sheldon CA, et al. An integrated mechanism of pediatric pseudotumor cerebri syndrome: evidence of bioenergetic and hormonal regulation of cerebrospinal fluid dynamics. Pediatr Res 2015; 77(2):282-289.

Shetty K and Gaitonde BB. Effect of the chronic administration of ethinyl estradiol and norgestrel on biogenic amine(s) level and monamine oxidase enzyme activity in rat brain. Biochem Pharmacol 1980; 29:821-825.

Singh K and Chye CG. Adverse effects associated with contraceptive implants: incidence, prevention and management. Adv in Contraception 1998; 14:1-13.

Sitruk-Ware R. Pharmacological profile of progestins. Maturitas 2004; 47:277-283.

Sitruk-Ware R. New progestagens for contraceptive use. Hum Reprod Update 2006; 12(2):169-178.

Sitruk-Ware and Nath A. Metabolic effects of contraceptive steroids. Rev Endocr Metab Disord 2011; 12(2):63-75.

Sivin, I. Letter to the Editor: Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch spontaneous reporting system. Obstet & Gynecol 1995; 86(2):318-319.

Smith K, et al. The effect of progesterone on microglial activation in a rat model of pedeatric TBI. Crit Care Med Abstract 2014; 548.

Soini T, et al. Levonorgestrel-releasing intrauterine system and the risk of breast cancer: a nationwide cohort study. Acta Oncologica 2015; 1-4.

Somboonporn W and Davis SR. Testosterone effects on the breast: implications for testosterone therapy for women. Endocrine Reviews 2004; 25:374-388.

Somponpun SJ. Neuroendocrine regulations of fluid and electrolyte balance by ovarian steroids: contributions from central oestrogen receptors. J Neuroendocr 2007; 19:809-818.

Spector R, et al. A balanced view of choroid plexus structure and function: Focus on adult humans. Exp Neurol 2015; 267:78-86.

Stachenfeld NS, et al. Estrogen influences osmotic secretion of AVP and body water balance in postmenopausal women. Am J Physiol 1998; 274:R187-R195.

Stahl MI, et al. Assessing the impact of drug safety signals from the WHO database presented in 'signal': results from a questionnaire of national pharmacovigilance centres. Drug Safety 2003; 26(10):721-727.

Stanczyk FZ and Grimes DA. Sex hormone-binding globulin: not a surrogate marker for venous thromboembolism in women using oral contraceptives. Contraception 2008; 78:201-203.

Stanczyk FZ, et al. Progestogens used in postmenopausal hormone therapy: differences in their pharmacological properties, intracellular actions, and clinical effects. Endocrine Reviews 2013; 34(2):171-208.

Statista. Bayer AG's top pharmaceutical products from 2010 to 2015, based on revenue (in million euros). http://www.statista.com/statistics/263787/revenues-of-bayers-top-pharmaceutical-products/

Stechmiller J, et al. The role of doxycycline as a matrix metalloproteinase inhibitor for the treatment of chronic wounds. Biol Res Nurs 2010; 11(4):336-344.

Steegers EA, et al. Pre-eclampsia. Lancet 2010; 376:631-644.

Stephens DP, et al. Sympathetic nonnoradrenergic cutaneous vasoconstriction in women is associated with reproductive hormone status. Am J Physiol Heart Circ Physiol 2002; 282:H264-H272.

Su-Juan G, et al. A 5-year evaluation of NORPLANT contraceptive implants in China. Obstet Gynecol 1994; 83(5):673-678.

Sunku AJ, et al. Abstract: benign intracranial hypertension associated with levonorgestrel implants. Annals of Neurology 1993; 34:299.

Szarfman A, et al. Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database. Drug Saf 2002; 25(6):381-392.

Tan JJ, et al. Cerebral Venous sinus thrombosis with ophthalmic manifestations in 18-year-olds on oral contraceptives. Clin Ped 2014; 53:826-830.

Tanneepanichskul S, et al. Effects of DMPA on weight and blood pressure in long term acceptors. Contraception 1999; 59:301-303.

Tang RA, et al. Poster: Pseudotumor cerebri associated with the Norplant contraceptive device. Investigative Ophthalmology & Visual Science 1995; 36(4) S677.

Tesoriero HW. Trouble Brews Over Merck Product. The Wall Street Journal. Jan. 30, 2008. http://www.wsj.com/articles/SB120165519331327133

Teulings FAG, et al. Estrogen, androgen, glucocorticoid, and progesterone receptors in progestin-induced regression of human breast cancer. Cancer Res 1980; 40:2557-2561.

Thurtell MJ, et al. An update on idiopathic intracranial hypertension. Rev Neurol Dis. 2010; 7:e56-e-68.

Toivonen J, et al. Protective effect of intrauterine release of levonorgestrel on pelvic infection: three years' comparative experience of levonorgestrel- and copper-releasing intrauterine devices. Obstet Gynecol 1991; 77:261-264.

Tremblay D, et al. The pharmacokinetics of 750 µg levonorgestrel following administration of one single does or two doses at 12- or 24-h interval. Contraception 2001; 64:327-331.

Trevisi G, et al. Idiopathic cerebrospinal fluid overproduction: case-based review of the pathophysiological mechanism implied in the cerebrospinal fluid production. Croat Med J 2014; 53:377-387.

Urdall M, et al. Obesity-related intracranial hypertension in the rat – a possible idiopathic intracranial hypertension (IIH) model? Journal of Headache and Pain 2014; 15(Suppl 1):F29.

Valenzuela RM, et al. NANOS Abstract: Exploratory Study of the Relationship between the Levonorgestral-Releasing Intrauterine System and Idiopathic Intracranial Hypertension. North American Neuro-Ophthalmology Society. 41st Annual Meeting. February 21-26 2015.

Van Puijenbroek EP, et al. A comparison of measures of disproportionality for signal detection in spontaneous reporting systems for adverse drug reactions. Pharmacoepidem & Drug Saf 2002; 11:3-10.

Vickery Z, et al. Weight change at 12 months in users of three progestin-only contraceptive methods. Contraception 2013; 88:503-508.

Wahab M and Al-Azzawi F. The use of levonorgestrel-releasing intrauterine system for treatment of menorrhagia in women with inherited bleeding disorders. BJOG 2004; 112:1456.

Visani G, et al All-trans-retinoic acid and pseudotumor cerebri in a young adult with acute promyelocytic leukemia: a possible disease association; Haematologica 1996; 81:152-154.

Vos AG and van de Ree MA. Hypertension and use of an intrauterine levonorgestrel-releasing device. Neth J Med 2012; 70(9):431.

Walker AE and Adamkiewicz JJ. Pseudotumor cerebri associated with prolonged corticosteroid therapy. JAMA 1964; 188(9):779-784.

Walker RWH. Idiopathic intracranial hypertension: any light on the mechanisms of the raised pressure? J Neurol Neurosurg Psychiatry 2001; 71:1-7.

Wall M and George D. Idiopathic intracranial hypertension. A prospective study of 50 patients. Brain 1991; 114 (Pt 1A):155-80.

Wall M. Idiopathic intracranial hypertension (pseudotumor cerebri). Curr Neurol Neurosci Rep. 2008; 8:87-89.

Wall M and Purvin V. Idiopathic intracranial hypertension in men and the relationship to sleep apnea. Neurology 2009; 72:300-301.

Wall M. Idiopathic intracranial hypertension. Neurol Clin 2010; 28:593-617.

Wall M, et al. The Idiopathic Intracranial Hypertension Treatment Trial: clinical profile at baseline. JAMA Neurology 2014; 71(6):693-701.

Walsh FB, et al. Oral contraceptives and neuro-ophthalmologic interest. Arch Ophthal 1965; 74:628-640.

Wang X, et al. Progesterone attenuates cerebral edema in neonatal rats with hypoxic-ischemic brain damage by inhibiting the expression of matrix metalloproteinase-9 and aquaporin-4. Exp & Ther Med 2013; 6:262-267.

Warner JEA, et al. Retinol-binding protein and retinol analysis in cerebrospinal fluid and serum of patients with and without idiopathic intracranial hypertension. J Neuro-Ophthalmol 2007; 27:258-262.

Weatherby LB, et al. The impact of wording in "dear doctor" letters and in black box labels. Clin Pharmacol Ther 2002; 72(6):735-742.

Weber KT, et al. Idiopathic intracranial hypertension with primary aldosteronism: report of 2 cases. Am J Med Sci 2002. 142:71-82.

Weber KT. Aldosteronism revisited: Perspectives on less well-recognized actions of aldosterone. Lab Clin Med 2003; 324:45-50.

Weber ME, et al. Levonorgestrel implants and intracranial hypertension, Reply. NEJM 1995; 332(25):1721.

Weiner E, et al. Plasma levels of d-norgestrel after oral administration. Contraception 1976; 14(5):563-570.

Wingenfel P, et al. Acute glaucoma and intracranial hypertension in a child on long-term peritoneal dialysis with growth hormone. Pediatr Nephrol 1995; 9:742-745.

Winrow AP and Supramaniam G. Benign intracranial hypertension after ciprofloxacin administration. Arch Dis Child 1990; 65:1165-1166.

Wollen A, et al. The localization and concentration of copper in the fallopian tube in women with or without an intrauterine contraceptive device. Actu Obstet Gynecol Scand 1994; 73:195-199.

Wolski H. Selected aspects of oral contraception side effects. Ginekol Pol. 2014; 85(12)944-949.

Wysowski DK and Green L. Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet & Gynecol 1995; 85(4):538-542.

Wysowski DK and Green L. Reply to Sivin Letter: Serious adverse events in Norplant users reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System. Obstet & Gynecol 1995; 86(2):319-320.

Xiao B, et al. Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. Contraception 1990; 41(4):353-361.

Yamada, S. Cerebrospinal fluid physiology: visualization of cerebrospinal fluid dynamics using the magnetic resonance imaging Tim-Spatial Inversion Pulse method. Croat Med J 2014; 55:337-346.

Yeung EH, et al. Adiposity and sex hormones across the menstrual cycle: the BioCycle Study. Intl J Obesity 2013; 37:237-243.

Yeung EH, et al. Adiposity and sex hormones across the menstrual cycle: the BioCycle Study. Supplementary Table SA1. International Journal of Obesity 2013.

Zavod RM. "Women's Health". In: Foye's Principles of Medicinal Chemistry. 7th Ed. TL Lemke and DA Williames, eds. Baltimore: Lippincott Williams & Wilkins 2013; 1398-1401.

Zia MI, et al. Comparison of outcomes of phase II studies and subsequent randomized control studies using identical chemotherapeutic regimens. J Clin Oncol 2005; 23(28):6982-6891.

Zimmerman Y, et al The effect of combined oral contraception on testosterone levels in healthy women: a systematic review and meta-analysis. Human Reprod Update 2014; 20:76-105.

Zink R. Disproportionality Analysis and Its Application to Spontaneously Reported Adverse Events in Pharmacovigiliance. Statistical Discovery. SAS Institute. http://www.jmp.com/content/dam/jmp/documents/en/white-papers/disproportionality-106865.pdf

**Company Documents:**

MIR_INDNDA_00246312; MIR_INDNDA_00249110 - MIR_INDNDA_0024911

MIR_KCOPLEY_JSEU_00000024 - MIR_KCOPLEY_JSEU_00000045

MIR_JSEU_01057384 - MIR_JSEU_01057385

MIR_JSEU_01446069 - MIR_JSEU_01446071

MIR_PIEU_00157045 - MIR_PIEU_00157048

MIR_PKEU_006699321 - MIR_PKEU_006699335

**Labels:**

1991 Norplant Label (Maggio Exhibit E)

1993 Norplant Label (Maggio Exhibit E)

1997 Norplant Label (MIR_INDNDA_00055897 - MIR_INDNDA_00055913)

2000 Mirena Label (MIR_INDNDA_00010719 - MIR_INDNDA_00010752)

2000 Norethindrone Acetate Bioequivalence Review (Ross Exhibit B)

2000 Norethindrone Acetate Chemical Review (Ross Exhibit B)

2001 Norethindrone Acetate Label (Ross Exhibit B)

2002 Jadelle Label (Ross Exhibit B)

2002 South Africa Mirena Label

2005 Mirena Physician Prescribing Information (Ross Exhibit B)

2005 ParaGard Label (Ross Exhibit B)

2006 Solodyn Label and Packaging Images (Ross Exhibit B)

2007 Accretropin Label (Ross Exhibit B)

2007 Aygestin Label (Ross Exhibit B)

2007 Israel, Mirena Label (Ross Exhibit B)

2007 Norditropin Label (Ross Exhibit B)

2007 Triesence, Drugs@FDA

2008 Alesse Label

2008 Micronor Label (Ross Exhibit B)

2008 Mirena Label (MIR_FCR_2038 - MIR_FCR_2076)

2008 Omntrope Label (Ross Exhibit B)

2009 Mirena Label (MIR_INDNDA_00039737 - MIR_INDNDA_00039770)

2010 Mirena Label, Israel (Ross Exhibit B)

2011 Doryx Label, Drugs@FDA

2011 Tev-Tropin Label (Ross Exhibit B)

2012 Mirena Label, Ireland (Ross Exhibit B)

2013 Mirena Label (MIR_INDNDA_00319903 - MIR_INDNDA_003199335)

2013 Skyla Label (Ross Exhibit B)

2013 Solodyn Label (Ross Exhibit B)

2014 China Concise Information for Mirena from mims.com (Ross Exhibit B) 2014 India Levonorgestrel Prescribing Information from mims.com (Ross Exhibit B)

2014 Hong Kong Mirena Label from mims.com (Ross Exhibit B)

2014 Mirena Label (MIR_INDNDA_322203 - MIR_INDNDA_32232)

2014 Mylasia Mirena Label from mims.com (Ross Exhibit B)

2014 Notropin AQ Label, Drugs@fda

2014 Phillippines Concise Mirena Information from mims.com (Ross Exhibit B)

2014 Singapore Mirena Label from mims.com (Ross Exhibit B)

2014 Thailand Mirena Concise Info from mims.com (Ross Exhibit B)

2014 Vietnam Mirena Label from mims.com (Ross Exhibit B)

2015 Depo-Provera Label (Canada)

2015 Depo-Provera Label (U.S.)

2015 Liletta Label (Ross Exhibit B)

2015 Mirena Label, Drugs@fda

2015 Norgeston, Summary of Product Characteristics

**Depositions:**

Juliane Schoendorf (11/13/2015 - 11/14/2015)

**Reports:**

Report of Mahyar Etminan, PharmD and Exhibits A-C

Report of Frederick W. Fraunfelder, MD, MBA and Exhibits A-C

Report of John E. Maggio, PhD and Exhibits A-F

Report of David B. Ross, MD, PhD, MBI and Exhibits A-C; Correction Letter (2/25/2016)

Report of Rosa A. Tang, MD, MPH, MBA