# Exhibit A

# CAN WE PREDICT THE PROGNOSIS/OUTCOME OF IIH PATIENTS?

**Valérie Biousse, MD**
*Emory University*
Atlanta, GA

EXHIBIT
PENGAD 800-631-6989
Van Stavern
10
cb 5-17-16

## LEARNING OBJECTIVES

1. The attendee will be able to recognize IIH patients at high risk for visual loss
2. The attendee will be able to initiate appropriate therapy based on the patient's characteristics and clinical presentation
3. The attendee will be able to plan appropriate follow-up based on the expected clinical course of the patient with IIH

## CME QUESTIONS

1. Which of the following statements about fulminant IIH is FALSE:
   a. Fulminant IIH is characterized by acute very severe headaches.
   b. Fulminant IIH is associated with a high risk of visual loss.
   c. Most patients with visual loss in the setting of fulminant IIH recover normal visual function with appropriate management.
   d. Most patients with fulminant IIH need aggressive treatment, which often include surgery.
   e. Most patients with fulminant IIH have very elevated CSF opening pressures.
2. Which of the following statement about the visual outcome of IIH patients is FALSE:
   a. Men with IIH have a worse visual prognosis than women with IIH.
   b. Black IIH patients have a worse visual prognosis than Caucasian IIH patients.
   c. Morbidly obese patients have a worse visual prognosis than moderately and non-obese IIH patients.
   d. Pregnant women with IIH have a worse prognosis than non-pregnant women with IIH.
   e. Anemia and obstructive sleep apnea are systemic conditions associated with an overall worse outcome of IIH.
3. Which of the following statement about the evaluation of visual function IIH patients is FALSE:
   a. Automated perimetry detects early changes in papilledema.
   b. Measurement of visual acuity and repeat funduscopic examination are not a reliable way to follow patients with papilledema and IIH.
   c. Repeat measurements of the retinal nerve fiber layer thickness by OCT is better than perimetry to follow-patients with papilledema and IIH.
   d. Progressive normalization of the retinal nerve fiber layer thickness on OCT is not necessarily indicative of a good visual prognosis in IIH patients with papilledema.

## KEYWORDS

1. Idiopathic Intracranial Hypertension
2. Fulminant Idiopathic Intracranial Hypertension
3. Visual Outcome
4. Prognostic Factors

## INTRODUCTION

Idiopathic intracranial hypertension (IIH) has a highly variable clinical presentation and outcome, making the management and follow-up of an individual patient a challenge for both neurologists and ophthalmologists. Because a number of patients irreversibly lose vision or have a chronic disease with reduced quality of life, the term "benign intracranial hypertension" is not used anymore (1–7).

In most patients, IIH has a self-limited course, and symptoms and signs resolve with the diagnostic lumbar puncture, weight loss and medical treatment (6). In others, chronic symptoms (mostly headaches) result in altered quality of life (8). Indeed, many IIH patients suffer from persistent headaches, even after normalization of the intracranial pressure (ICP), and frequently require the continued involvement of a neurologist for adequate treatment (8,9). Patients with IIH also experience depression, anxiety, and reduced quality of life (8), which are found more often than would be expected based on the patients' persistent headaches and co-morbid obesity (8,10).

Papilledema from IIH can result in insidious and slowly progressive visual loss, which is usually reversible with appropriate treatment. Wall and George (11) noted visual field defects in up to 96% of eyes depending on the perimetry used; most defects were mild and most patients were not aware of the visual field changes (11). Other studies (7,12,13) reported a similar percentage of mild visual field defects. Although visual loss is usually relatively mild at presentation, it may progress insidiously. Indeed, up to 25% of IIH patients develop secondary optic atrophy and associated permanent visual loss (4,5,11,13,14). Blindness occurs in at least one eye in 8–10% of patients (3,11).

Although IIH is self-limited in many patients, it can also be a chronic disease, with delayed worsening and recurrence (7,14–16). The long-term relapse rate (over 10 years) was only 15% in a recent study (15), whereas two earlier studies had a relapse rate of 38.4% (over 6.2 years) (17) and 28% (over 2 years) (7). Older studies (14,18) suggested a low relapse rate of 10%. The variation in recurrence rates among studies is likely explained by differences in the definition of IIH relapse.

## DO SPECIFIC FEATURES ALLOW PREDICTION OF WHICH EYES MAY LOSE VISUAL FUNCTION, AND WHICH PATIENTS MAY HAVE A CHRONIC COURSE OR RECURRENCES?

Predicting which patient might be at risk for severe visual loss when evaluating new patients with presumed IIH is challenging, but essential, as it determines the strategies chosen for monitoring and management (6,19).

Several demographic risk factors for visual loss in IIH have been identified (Table).

**Table: Factors [independently*] associated with a worse visual outcome in idiopathic intracranial hypertension**

| |
|---|
| Male gender* |
| Race (black patients)* |
| Morbid obesity* |
| Marked recent weight gain* |
| Anemia |
| Obstructive sleep apnea |
| Acute onset of symptoms and signs of raised intracranial pressure (fulminant IIH)* |
| High grade papilledema |
| Lack of headaches* |
| Lack of ophthalmological oversight* |

### GENDER

Only about 10% of IIH patients are men (20,21). While affected men have a similar body mass index (BMI) when compared to affected women, they are, on average, about a decade older than women at the time of presentation. Although men develop IIH less frequently than women, their visual prognosis is worse, perhaps because they have less headaches to alert them to the problem (21). In one study by Bruce et al. (21), men were more likely to have worse visual acuity and visual fields at presentation and follow-up, with the odds of severe visual loss for men at least double those of women. Thus, men also likely need more aggressive intervention when visual loss ensues, and closer follow-up given their lower propensity for headache (20,21).

### RACE

Although race does not seem to influence the incidence of IIH, race appears to be an important determining factor of a patient's visual prognosis, worse in black patients compared with whites living in the US (22), and worse in white US IIH patients compared with white French IIH patients (23). Bruce et al. (22) showed that black patients with IIH were 3 times more likely than non-black patients to have severe visual loss in at least one eye and were nearly 5 times more likely to be blind in both eyes. In that study, this difference in visual prognosis was likely unrelated to racial differences in diagnosis, treatment, or access to care, suggesting that black patients with IIH appear to have a more aggressive disease and, therefore, need closer follow-up and a lower threshold for early aggressive intervention. Interestingly, a difference in visual outcome in two populations of white IIH patients was suggested by Mrejen et al. (23), who showed that white US IIH patients had a worse visual outcome than white French IIH patients, independent of BMI and other associated factors.

### OBESITY

IIH occurs most frequently among obese women of childbearing age. Daniels et al. (10) showed a dose relationship of higher body mass index (BMI) associated with a greater risk of IIH. Interestingly, this study also showed that even non-obese patients (BMI<30) were at greater risk for IIH if they had a recent moderate weight gain as low as 5 to 15% of their weight. Wall and George (11) had previously shown that marked recent weight gain was highly correlated with poor visual outcome. Another recent study (16) showed that a group of 26 women with recurrent IIH had a greater BMI at the time of recurrence compared to their BMI at the time of initial diagnosis. This study also suggested that even moderate weight gain might be a risk factor for recurrence. Additionally, Szewka et al. (24) demonstrated that increasing degrees of obesity were associated with an increased risk of severe visual loss. Patients with BMI ≥40 (World Health Organization Obese Class III) were more likely to have severe papilledema at first visit than those with a lower BMI ($p = 0.02$). There was a trend toward more severe visual loss at last follow-up among patients with BMI ≥40 (18% vs 11%, $p = 0.067$). Logistic regression modeling found that 10-unit (kilogram per square meter) increases in BMI increased the odds of severe visual loss by 1.4 times (95% confidence interval, 1.03–1.91, $P = 0.03$) after controlling for sex, race, diagnosed hypertension, and diagnosed sleep apnea. The exact relationship between obesity and IIH remains poorly understood, with several etiologic hypotheses proposed, including increased central venous pressure and various hormonal and metabolic changes commonly found in obese patients (25). This trend for severe papilledema and visual loss associated with increasing BMI suggests that very obese IIH patients should be closely monitored for progression of visual field loss.

## AGE

Similar to adults with IIH, visual loss in pediatric IIH is usually mild and reversible, but it can rarely be devastating and permanent (26). Visual field deficits are often difficult to identify in young children who might not perform perimetry reliably. A study from Israel (27) suggested that pubertal children might have a worse visual outcome than prepubertal, teenage and adult patients. The recurrence rate in children seems to be similar to that of adults with IIH, ranging from 6 to 22% (28), and may be more common in obese teenagers who initially lose weight and subsequently regain it (28).

## MEDICATIONS

While various medications have been proposed to cause or, more likely, to precipitate IIH (such as tetracycline and its derivatives, cyclosporine, lithium, nalidixic acid, nitrofurantoin, oral contraceptives, levonorgestrel, danaxol, and tamoxifen) (4), there are compelling test-retest data only in a few individual patients (such as in patients treated with tetracyclines, particularly minocycline) (29). The prognosis of IIH precipitated by medications tends to be good, with a self-limited course once the drug is discontinued (30). However, fulminant IIH has been described in patients with severe increased ICP precipitated by minocycline (30,31) and visual loss should not be overlooked in these patients.

## ANEMIA

Anemia at the time of diagnosis has been associated with worse visual outcome in IIH patients (22,32). In a few patients, prompt treatment of the anemia resulted in dramatic improvement of visual function (32).

## HYPERTENSION

Although no study has definitely linked high blood pressure with a worse outcome in IIH, a few authors have suggested a trend towards worse visual outcome in IIH patients with poorly controlled hypertension (11,14,22). This might be explained by an increased vulnerability of the optic disc in patients with preexisting severe hypertensive retinopathy (33).

## OBSTRUCTIVE SLEEP APNEA

Obstructive sleep apnea (OSA) is associated with IIH (4). It is unclear, however, whether obesity is the common pathophysiological link, or whether OSA is another factor capable of triggering IIH in predisposed patients. It has also been suggested that OSA might portend a worse prognosis for IIH patients (21,34).

## CLINICAL CHARACTERISTICS OF IIH PATIENTS AS PREDICTORS OF OUTCOME

### *Lack of headaches.*

Almost all patients with IIH first seek medical attention because of headaches. Patients without headaches at presentation are likely to be diagnosed at a much later stage, when asymptomatic papilledema is already responsible for irreversible visual field changes. This might explain why the absence of headache is associated with a worse visual outcome in IIH (19), and might contribute to the worse outcome of men with IIH, who are less likely to report headaches than women with IIH (21). This has also been observed in children (35).

### *Transient visual obscurations*

Transient visual obscurations (very brief episodes of blurred vision, which may be uni- or bilateral and are classically precipitated by postural changes) occur in about two-thirds of patients with papilledema from IIH. Although they are often perceived as worrisome by patients, they are not associated with a poor visual outcome (4,11,13,14).

### *Severity of papilledema*

Most authors agree that the severity of papilledema does not correlate with the visual outcome (4,11,13,14). However, only patients with obvious papilledema develop visual loss, and the amount of visual loss correlates grossly with the grade of papilledema (eyes with more disc edema have more visual loss) (4,33,36). It is therefore unlikely for patients with mild papilledema and no visual loss at presentation to eventually develop severe visual field defects, whereas patients with severe papilledema at presentation should be followed very closely with serial visual field testing in order to prevent devastating visual loss.

### *Visual field deficits at presentation*

Visual loss at the onset of the disease is predictive of poor visual outcome (14,19). Indeed, most patients with severe visual field defects at presentation have either a fulminant course (see below) or a delayed diagnosis with already secondary optic atrophy at the time of diagnosis.

### *Fulminant course*

Rarely, patients with IIH may have an acute onset of symptoms and signs of raised ICP (so-called "fulminant" or "malignant" IIH), with rapid worsening of visual loss over a few days, but meet the criteria for IIH with normal brain MRI and venography (1). In a study of 16 such "fulminant IIH" cases (37), surgical treatment was required because of ongoing severe visual loss in all patients; 50% remained legally blind and the visual fields remained severely impaired in all cases. Prompt recognition and early aggressive treatment of patients with fulminant IIH is therefore essential.

## PREGNANCY

Because IIH is a disease which predominantly affects young women of childbearing age, IIH is often seen in pregnant women; however, it is important to emphasize that IIH is not more common in pregnant compared to non-pregnant women (38,39). IIH can be diagnosed at any time during pregnancy, but most new cases occur in the first or second trimester. However, any symptom of presumed "IIH" at the end of pregnancy or in the post-partum period should be concerning for cerebral venous thrombosis which can mimic IIH (40). Although the management of IIH can be challenging during pregnancy, the prognosis does not seem different from non-pregnant women. Idiopathic intracranial

hypertension does not interfere with pregnancy and these patients have the same rate of spontaneous abortion as the general population. Method of delivery, anesthesia and analgesia should be based only on obstetrical considerations (38). Indeed, although vaginal delivery is associated with a severe increase in ICP, even in normal patients, it is transient and does not alter the prognosis of IIH.

## OPTICAL COHERENCE TOMOGRAPHY

The role of optical coherence tomography (OCT) in the evaluation of papilledema remains unclear. A few studies have proposed an adjunctive utility of optic nerve imaging by OCT in monitoring the thickness of the peripapillary retinal nerve fiber layer (RNFL) during the course of IIH (41–46). However, in most cases, the reductions in the RNFL thickness observed as disc edema resolves cannot be easily differentiated from axonal loss reflecting disease worsening rather than improvement, suggesting that quantification of visual function by ophthalmic examination and automated perimetry remains much more helpful than anatomical characterization of the optic nerve with OCT in the monitoring of patients with IIH and the prediction of visual outcome.

Ongoing studies are investigating whether OCT can help predict the visual outcome of patients with papilledema. A recent study (46 ) suggested that scanner laser polarimetry combined with RNFL measurement with OCT might be helpful in identifying axonal injury associated with permanent visual loss in patients with RNFL thickening from disc edema. An ongoing OCT study in IIH patients with papilledema (Kardon R, personal communication) suggests that 3D ganglion cell layer segmentation might be possible with OCT and might allow early detection of axonal loss in the presence of disc edema. Such findings would help predict which patients need more aggressive treatment and careful follow-up.

## CSF OPENING PRESSURE

The grade of papilledema does not correlate with CSF opening pressure. In addition, the CSF opening pressure varies greatly from one IIH patient to another. However, a few studies have suggested that some patients with severe visual field defects at presentation (such as black patients with a worse visual outcome (22), or those with fulminant IIH), have very high CSF opening pressures (37).

## BRAIN IMAGING

Although brain imaging must be "normal" in order to diagnose IIH (1), imaging changes associated with raised ICP are commonly observed in IIH patients (47). These include an empty sella or flattening of the pituitary gland, flattening of the posterior globes, protrusion of the optic nerve heads, enhancement of the prelaminar portion of the optic nerve heads, distension of the optic nerve sheaths, and vertical tortuosity of the optic nerves. Although cerebral venous *thrombosis* must be ruled-out in patients with suspected IIH (40), numerous studies from the last decade have shown that unilateral *stenosis* of the dominant transverse sinus or bilateral *stenoses* of the transverse sinuses, often with measurable hemodynamic gradients, are common in typical IIH patients (48,49). Three recent studies have assessed the relationship between the visual outcomes of IIH patients and radiologic findings (VanStavern et al., Riggeal et al., personnal communications—presented at NANOS 2012; Saindane et al., personnal communication). In all 3 studies, none of the MRI abnormalities described above (including transverse sinus stenoses) were indicative of a worse outcome. Similar results had already been suggested in 1982 by Corbett et al. (14) and in 1984 by Orcutt et al. (33), who reported no correlation between visual outcomes and the findings of empty sella or dilation of the optic nerve sheath on brain imaging.

## CONCLUSION

Although the pathophysiology of IIH remains unknown, identification of subgroups of patients at high risk for irreversible visual loss, such as men, black patients, morbidly obese patients, and patients with fulminant IIH, helps determine management approaches and follow-up strategies.

## CME ANSWERS

1. c
2. d
3. c

## REFERENCES


1. Friedman DI, Jacobson DM: Diagnostic criteria for idiopathic intracranial hypertension, Neurology, 2002;59:1492–1495.
2. Friedman DI, Jacobson DM.: Idiopathic intracranial hypertension, J Neuroophthalmol, 2004; 24: 138–145.
3. Ball AK, Clarke CR.: Idiopathic intracranial hypertension, Lancet Neurology, 2006; 5: 433–442.
4. Wall M.: Idiopathic intracranial hypertension, Neurol Clin, 2010; 28: 593–617.
5. Digre KB: Idiopathic intracranial hypertension, BMJ, 2010; 341:c2836.
6. Biousse V, Bruce BB, Newman NJ.: Update on the pathophysiology and management of idiopathic intracranial hypertension, J Neurol Neurosurg Psychiatry, 2012; 83: 488–494.
7. Yri HM, Wegener M, Sander B, et al.: Idiopathic intracranial hypertension is not benign: a long-term outcome study, J Neurol, 2012; 259: 886–894.
8. Kleinschmidt JJ, Digre KB, Hanover R: Idiopathic intracranial hypertension: relationship to depression, anxiety, and quality of life, Neurology, 2000; 54: 319–324.
9. Friedman DI, Rausch EA: Headache diagnoses in patients with treated idiopathic intracranial hypertension. Neurology 2002; 58: 1551–1553.
10. Daniels AB, Liu GT, Volpe NJ, et al.: Profiles of obesity, weight gain, and quality of life in idiopathic intracranial hypertension (pseudotumor cerebri), Am J Ophthalmol, 2007; 143: 635–641.
11. Wall M, George D: Idiopathic intracranial hypertension. A prospective study of 50 patients, Brain 1991; 114: 155–180.
12. Rowe FJ, Sarkies NJ: Visual outcome in a prospective study of idiopathic intracranial hypertension, Arch Ophthalmol; 1999; 117: 1571.
13. Rush JA: Pseudotumor cerebri. Clinical Profile and visual outcome in 63 patients, Mayo Clin Proc, 1980; 55: 541–546.

14. Corbett JJ, Savino PJ, Thompson HS, et al.: Visual loss in pseudotumor cerebri. Follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss, Arch Neurol, 1982; 39: 461–474.

15. Shah VA, Kardon RH, Lee AGet al.: Long-term follow-up of idiopathic intracranial hypertension: the Iowa experience, Neurology, 2008; 70: 634–640.

16. Ko MW, Chang SC, Ridha MA, et al: Weight gain and recurrence in idiopathic intracranial hypertension: a case-control study, Neurology. 2011; 76: 1564–1567.

17. Kesler A, Hadayer A, Goldhammer Y, et al.: Idiopathic intracranial hypertension: risk of recurrences, Neurology, 2004; 63: 1737–1739.

18. Johnston I, Paterson A: Benign intracranial hypertension. I. Diagnosis and prognosis, Brain 1974; 97: 289–300.

19. Corbett JJ, Thompson HS. The rational management of idiopathic intracranial hypertension. Arch Neurol 1989; 46: 1049–1051.

20. Digre KB, Corbett JJ.: Pseudotumor cerebri in men, Arch Neurol, 1988; 45: 866–872. Erratum in: Arch Neurol 1989; 46: 172.

21. Bruce BB, Kedar S, Van Stavern GP, et al:. Idiopathic intracranial hypertension in men, Neurology, 2009; 72: 304–309.

22. Bruce BB, Preechawat P, Newman NJ, et al.: Racial differences in idiopathic intracranial hypertension, Neurology, 2008; 70: 861–867.

23. Mrejen S, Vignal C, Bruce BB, et al.: Idiopathic intracranial hypertension: a comparison between French and North-American white patients, Rev Neurol (Paris), 2009; 165: 542–548.

24. Szewka AJ, Bruce BB, Newman NJ, Biousse V. Idiopathic intracranial hypertension: Relation Between Obesity and Visual Outcomes. J Neuroophthalmol 2012 Jan 3. [Epub ahead of print]

25. Ooi LY, Walker BR, Bodkin PA, et al.: Idiopathic intracranial hypertension: can studies of obesity provide the key to understanding pathogenesis?, Br J Neurosurg, 2008; 22: 187–194.

26. Babikian P, Corbett J, Bell: Idiopathic intracranial hypertension in children: the Iowa experience, J Child Neurol, 1994; 9: 144–149.

27. Stiebel-Kalish H, Kalish Y, Lusky M, et al: Puberty as a risk factor for less favourable visual outcome in idiopathic intracranial hypertension, Am J Ophthalmol, 2006; 142: 279–283.

28. Ko MW, Liu GT: Pediatric idiopathic intracranial hypertension (pseudotumor cerebri), Horm Res Paediatr, 2010; 74: 381–389.

29. Friedman DI.: Medication-induced intracranial hypertension in dermatology, Am J Clin Dermatol, 2005; 6: 29–37.

30. Kesler A, Goldhammer Y, Hadayer A, et al.: The outcome of pseudotumor cerebri induced by tetracycline therapy, Acta Neurol Scand, 2004; 110: 408–411.

31. Fraser CL, Biousse V, Newman NJ.: Minocycline-induced fulminant intracranial hypertension, Arch Neurol, 2012 Apr 9. [Epub ahead of print] PubMed PMID: 22490325.

32. Biousse V, Rucker JC, Vignal C, et al.: Anemia and papilledema, Am J Ophthalmol, 2003; 135: 437–446.

33. Orcutt JC, Page NGR, Sanders MD: Factors affecting visual loss in benign intracranial hypertension, Ophthalmology, 1984; 91: 1303–1312.

34. Wall M, Purvin V: Idiopathic intracranial hypertension in men and the relationship to sleep apnea, Neurology, 2009; 72: 300–301.

35. Lim M, Kurian M, Penn A, et al.: Visual failure without headache in idiopathic intracranial hypertension, Arch Dis Child, 2005; 90: 206–210.

36. Wall M, White WN: Asymmetric papilledema in idiopathic intracranial hypertension: prospective interocular comparison of sensory visual function: Invest Ophthalmol, Vis Sci, 1998; 39: 134–142.

37. Thambisetty M, Lavin PJ, Newman NJ, et al.: Fulminant idiopathic intracranial hypertension, Neurology, 2007; 68: 229–232.

38. Digre KB, Varner MW, Corbett JJ.: Pseudotumor cerebri and pregnancy, Neurology, 1984; 34: 721–729.

39. Huna-Baron R, Kupersmith MJ.: Idiopathic intracranial hypertension in pregnancy, J Neurol, 2002; 249: 1078–1081.

40. Biousse V, Ameri A, Bousser MG.: Isolated intracranial hypertension as the only sign of cerebral venous thrombosis, Neurology, 1999; 53: 1537–1542.

41. Heidari G, Rizzo JF 3rd.: Use of optical coherence tomography to evaluate papilledema and pseudopapilledema, Semin Ophthalmol, 2010; 25: 198–20S.

42. Waisbourd M, Leibovitch I, Goldenberg D, et al,: OCT assessment of morphological changes of the optic nerve head and macula in idiopathic intracranial hypertension, Clin Neurol Neurosurg, 2011; 113: 839–843.

43. Skau M, Yri H, Sander B, et al.: Diagnostic value of optical coherence tomography for intracranial pressure in idiopathic intracranial hypertension, Graefes Arch Clin Exp Ophthalmol, 2012 May 18. [Epub ahead of print] PubMed PMID: 22592348.

44. Wang JK, Kardon RH, Kupersmith MJ, et al.: Automated quantification of volumetric optic disc swelling in papilledema using spectral-domain optical coherence tomography, Invest Ophthalmol Vis Sci, 2012; 53: 4069–4075.

45. Kupersmith MJ, Sibony P, Mandel G, et al.: Optical coherence tomography of the swollen optic nerve head: deformation of the peripapillary retinal pigment epithelium layer in papilledema, Invest Ophthalmol Vis Sci, 2011; 52: 6558–6564.

46. Kupersmith MJ, Kardon R, Durbin M, Horne M, Shulman J. Scanning laser polarimetry reveals status of RNFL integrity in eyes with optic nerve head swelling by OCT, Invest Ophthalmol Vis Sci, 2012; 53: 1962–1970.

47. Degnan AJ, Levy LM.: Pseudotumor cerebri: brief review of clinical syndrome and imaging findings, AJNR Am J Neuroradiol, 2011 Jun 16. [Epub ahead of print] PubMed PMID: 21680652.

48. Farb RI, Vanek I, Scott JN, et al.: Idiopathic intracranial hypertension: the prevalence and morphology of sinovenous stenosis, Neurology, 2003; 60: 1418–1424.

49. Ahmed R, Friedman DI, Halmagyi GM: Stenting of the transverse sinuses in idiopathic intracranial hypertension, J Neuroophthalmol, 2011; 31: 374–380.