# Relative binding affinity of norgestimate and other progestins for human sex hormone–binding globulin

**A. Phillips, D. W. Hahn, and J. L. McGuire**

*R. W. Johnson Pharmaceutical Research Institute at Ortho Pharmaceutical Corporation, Raritan, New Jersey, USA*

*The relative binding affinity of norgestimate for human sex hormone–binding globulin was compared with that of its metabolites and other progestins by measuring their abilities to displace [$^3$H]testosterone from this carrier protein in vitro. Norgestimate and its 17-deacetylated and 3-keto metabolites did not significantly displace [$^3$H]testosterone from sex hormone–binding globulin at concentrations up to 10,000 nM, whereas gestodene, levonorgestrel, and 3-keto desogestrel displaced [$^3$H]testosterone from sex hormone–binding globulin with $IC_{50}$ concentrations of 23.1, 53.4, and 91.0 nM, respectively. Since it is believed that a progestin may exert androgenic effects by displacing testosterone from sex hormone–binding globulin, thereby increasing circulating levels of free, active testosterone, these data are consistent with the results of preclinical and clinical studies demonstrating the selective progestational activity of norgestimate.* (*Steroids* **55**:373–375, 1990)

**Keywords:** steroids; sex hormone–binding globulin, progestins, norgestimate, androgenicity, receptor affinity

## Introduction

Progestational agents bind to progestin receptors in reproductive target organs and induce pharmacologic effects that include endometrial stimulation and ovulation blockade. These agents may also possess other activities such as androgenicity, which has been linked to undesirable changes in lipid metabolism.[1–3] Norgestimate, a new progestin, emerged from a drug discovery program designed to identify new progestins without androgenic activity. This steroid has been shown to exhibit improved selectivity based on its reduced androgenicity compared with other progestins. Its selectivity has been confirmed by in vitro receptor-binding studies, in vivo animal studies,[4,5] and comparative clinical trials.[6]

In addition to binding to androgen receptors and exerting an androgenic response directly, a progestin may also cause androgenic side effects indirectly by binding to sex hormone–binding globulin (SHBG), thereby displacing testosterone from this circulating carrier protein and resulting in increased levels of free active testosterone.[7,8] It is not known if the affinity of a progestin for cellular androgen receptors is predictive of its affinity for SHBG.

The study presented here extends our evaluation of norgestimate by comparing its ability to displace [$^3$H]testosterone from human SHBG in vitro with that of its metabolites and other progestins. In addition, this study examines the relationship of the affinities of these progestins for cellular androgen receptors and their affinities for SHBG.

## Experimental

### *Materials*

Norgestimate [(+)-13-ethyl-17-acetoxy-18,19-dinor-17-pregn-4-en-20-yn-3-one oxime], 17-deacetylated norgestimate, 3-keto norgestimate, levonorgestrel, gestodene, 3-keto desogestrel (the active metabolite of desogestrel), [$^3$H]testosterone, and progesterone were either synthesized at the R. W. Johnson Pharmaceutical Research Institute or purchased from Roussel Uclaf (France). The steroids were dissolved in ethanol and diluted in Tris-EDTA buffer to yield a final 5% ethanol concentration.

Address reprint requests to Dr. A. Phillips, R. W. Johnson Pharmaceutical Research Institute at Ortho Pharmaceutical Corporation, P.O. Box 300, Raritan, NJ 08869, USA.
Received December 21, 1989; accepted March 19, 1990.

© 1990 Butterworth–Heinemann

### *In vitro binding studies*

The affinity of the test steroids for human SHBG was assessed by their ability to displace [$^3$H]testosterone from the binding globulin. Pooled serum from women not on steroid therapy was stripped of endogenous steroids with dextran-coated charcoal. Aliquots of charcoal-treated serum were incubated with 2 nM [$^3$H]testosterone (55.2 Ci/mmol; New England Nuclear) and increasing amounts of test steroids for 15 minutes at room temperature and then for 2 hours at 4°C, after which the free [$^3$H]testosterone was extracted with dextran-coated charcoal. The bound isotope was quantified by liquid scintillation spectrometry. The concentration of the test progestin corresponding to 50% inhibition of total [$^3$H]testosterone binding ($IC_{50}$) was used as the measure of displacement of [$^3$H]testosterone from human SHBG by the progestin.

## Results

Norgestimate, its 17-deacetylated and 3-keto metabolites, and progesterone did not significantly displace [$^3$H]testosterone from SHBG at concentrations up to and including 10,000 nM (Figure 1 and Table 1). Gestodene demonstrated the strongest relative binding affinity for SHBG, displacing [$^3$H]testosterone at the lowest concentration ($IC_{50}$ = 23.1 nM), followed by testosterone ($IC_{50}$ = 46.6 nM), levonorgestrel ($IC_{50}$ = 53.4 nM), and 3-keto desogestrel ($IC_{50}$ = 91.0 nM).

The ranking order of the relative binding affinities of these steroids for human SHBG, in general, reflects that reported previously for rat prostatic androgen receptors (Table 1). Progesterone, norgestimate, 17-deacetylated norgestimate, and 3-keto norgestimate exhibited relatively little or no binding affinity for either receptor. The $IC_{50}$ concentrations of these steroids for the rat androgen receptor were 401, 764, 222, and 77 nM, respectively, with no displacement of [$^3$H]testosterone from human SHBG observed with any of these steroids at concentrations up to 10,000 nM. 3-Keto desogestrel demonstrated binding affinity for rat prostatic receptors and human SHBG that, in both cases, was weaker than the affinities of either gestodene or levonorgestrel. However, the ranking order of gestodene and levonorgestrel differed for the two receptors. The relative binding affinity of gestodene for human SHBG was significantly greater than that of levonorgestrel, whereas the affinity of gestodene for rat androgen receptors was similar to or slightly weaker than that of levonorgestrel.




**Figure 1** Displacement of [$^3$H]testosterone from human SHBG in vitro. $IC_{50}$ concentrations and relative binding affinities are presented in Table 1.

## Discussion

The present studies demonstrate that norgestimate, its 17-deacetylated and 3-keto metabolites, and progesterone display virtually no affinity for human SHBG in vitro, in contrast to the strong relative binding affinities of gestodene, levonorgestrel, and, to a lesser degree, 3-keto desogestrel. Since it is believed that the binding of progestins to SHBG may elevate levels of free, active testosterone, resulting in androgenic stimulation, these data are consistent with previous studies in animals and humans demonstrating the selective progestational activity of norgestimate compared with other progestins. In standard endocrine bioassays, norgestimate was shown to be an effective progestin in stimulating the endometrium in rabbits while exhibiting no greater androgenicity than progesterone in rats.[4,5] Clinical studies with norgestimate in combination with ethinyl estradiol demonstrated an increase in blood levels of SHBG and high-density lipoprotein cholesterol and a decrease in the ratio of low- to high-density lipoprotein cholesterol, confirming the minimal androgenicity of norgestimate.[6]

The results reported here demonstrating an affinity of 3-keto desogestrel for SHBG of about one-half that of levonorgestrel are in reasonable agreement with those reported by others. Bergink et al.[9] and Nilsson and von Schoultz[10] reported the in vitro binding affinity of 3-keto desogestrel for human SHBG to be about one-third that of levonorgestrel, and Pollow et al.[11] reported a 10-fold difference in the affinity of these progestins for SHBG. The results of the present study demonstrating an affinity of gestodene for SHBG of about twice that of levonorgestrel is in contrast to the results of Pollow et al.,[11] who reported similar affinities of these progestins for SHBG.

Since SHBG is a circulating protein that carries androgens, the relative binding affinities of progestins for this protein might be expected to reflect their relative binding affinities for cellular androgen receptors. In this study, the affinity of the progestins for human SHBG correlated generally, although not absolutely, with their affinity for rat prostatic androgen receptors. The progestins with either relatively weak or strong affinity for the prostatic receptor demonstrate similar

**Table 1** Comparison of the relative binding affinity for rat prostatic androgen receptors and human sex hormone-binding globulin in vitro

| | Rat androgen receptors[a] | | Human SHBG[b] | |
|---|---|---|---|---|
| | $IC_{50}$ (nM)[c] | RBA | $IC_{50}$ (nM)[c] | RBA |
| Norgestimate | 764 (45) | 0.003 | >10,000 | <0.005 |
| Progesterone | 401 (41) | 0.005 | >10,000 | <0.005 |
| 17-Deacetylated norgestimate | 222 (53) | 0.013 | >10,000 | <0.005 |
| 3-Keto norgestimate | 77 (12) | 0.025 | >10,000 | <0.005 |
| 3-Keto desogestrel | 17 (3) | 0.118 | 91.0 (26.6) | 0.51 |
| Gestodene | 13 (2) | 0.154 | 23.1 (6.4) | 2.02 |
| Levonorgestrel | 9 (1) | 0.220 | 53.4 (8.9) | 0.87 |
| Dihydrotestosterone | 2 (0.2) | 1.000 | — | — |
| Testosterone | — | — | 46.6 (8.7) | 1.000 |

Abbreviation: RBA, relative binding affinity.
[a] Results of study measuring affinity for rat androgen receptors were reported previously.[4]
[b] Competition curves for SHBG data are presented in Figure 1.
[c] Values represent the mean value (SE) of three to four experiments. Values in parentheses represent the SEM values.

relative affinities for SHBG. Gestodene, however, shows a slightly stronger relative binding affinity for SHBG than would be predicted from its affinity for the prostate receptors. Therefore, these results suggest that the relative affinities of progestins for cellular androgen receptors might reflect their affinities for SHBG. However, the evaluation of additional steroids is needed to confirm this relationship.

In conclusion, these studies demonstrate that norgestimate and its metabolites, 17-deacetylated norgestimate and 3-keto norgestimate, possess virtually no binding affinity for human SHBG in vitro and provide further evidence of norgestimate's selectivity compared with other progestins.

## Nomenclature

IUPAC equivalents of trivial names appearing in text: norgestimate [(+)-13-ethyl-17β-acetoxy-18,19-dinor-17α-pregn-4-en-20-yn-3-one oxime]

17β-deacetylated norgestimate [13-ethyl-17β-hydroxy-18,19-dinor-17α-pregn-4-en-20-yn-3-one oxime];

3-keto norgestimate [13-ethyl-17β-acetoxy-18,19-dinor-17α-pregn-4-en-20-yn-3-one];

levonorgestrel [(−)-13-ethyl-17β-hydroxy-18,19-dinor-17α-pregn-4-en-20-yn-one];

gestodene [13-ethyl-17β-hydroxy-18,19-dinor-17α-pregna-4,15-dien-20-yn-3-one];

3-keto desogestrel [13-ethyl-17B-hydroxy-11-methylene-18,19-dinor-17α-pregn-4-en-20-yn-3-one]

## References

1. Fotherby K (1985). Effect of oral contraceptives on serum lipid and cardiovascular disease. *Br J Fam Plan* **11**:86–91.
2. Silfverstolpe G, Gustafon A, Samsoie G, Svanborg A (1979). Lipid metabolic studies in oophorectomized women. Effects of three different progestagens. *Acta Obstet Gynecol Scand* **88**:89–95 (suppl).
3. Gordon T, Castelli WP, Hjortland MC, Kannel WB, Dawber TR (1977). High density lipoprotein as a protective factor against coronary heart disease. *Am J Med* **62**:707–714.
4. Phillips A, Demarest K, Hahn DW, Wong F, McGuire JL (1990). Progestational and androgenic receptor binding affinities and in vivo activities of norgestimate and other progestins. *Contraception* **41**:399–410.
5. Phillips A, Hahn DW, Klimek S, McGuire JL (1987). A comparison of the potencies and activities of progestogens used in contraceptives. *Contraception* **36**:181–192.
6. Chapdelaine A, Desmarais J-L, Derman RJ (1989). Clinical evidence of the minimal androgenic activity of norgestimate. *Int J Fertil* **34**:347–352.
7. Anderson DC (1974). Sex-hormone-binding globulin. *Clin Endocrinol* **3**:69–96.
8. Victor A, Weiner E, Johansson EDB (1976). Sex hormone binding globulin: the carrier protein for d-norgestrel. *J Clin Endocrinol Metab* **43**:244–247.
9. Bergink EW, Hamburger AD, de Jager E, van der Vies J (1981). Binding of a contraceptive progestogen ORG 2969 and its metabolites to receptor proteins and human sex hormone binding globulin. *J Steroid Biochem* **14**:175–183.
10. Nilsson B, von Schoultz B (1989). Binding of levonorgestrel, norethisterone and desogestrel to human sex hormone binding globulin and influences on free testosterone levels. *Gynecol Obstet Invest* **27**:151–154.
11. Pollow K, Juchem M, Grill NJ, Elger W, Beier S, Henderson D, Schmidt-Gollwitzer K, Manz B (1989). Gestodene: a novel synthetic progestin, characterization of binding to receptor and serum proteins. *Contraception* **40**:325–341.