**In the Matter Of:**

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

# 30(b)(6) VIDEOTAPED

# DEPOSITION OF BIRTE HOFMANN, DVM, PH.D.

*November 21, 2017*

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

Q Okay. So levonorgestrel is a steroid hormone. Correct?
A That's correct.
Q And it binds to certain steroid receptors.
A It binds to certain steroid receptors, not to all.
Q And by binding to those receptors, it may activate or inactivate some sort of biological process.
A Well, theoretically. Binding in itself, the binding ability does not necessarily mean that it's active there.
Q Okay. But it may.
A Yes, it may.
Q Okay.
A But you need to test that.
Q Okay. What are some activities that levonorgestrel causes by binding to the various receptors?
MR. IMBROSCIO: Object to the form.
A We should go back first, what it binds to, I guess.
Q Sure. Okay. Again, let's pause for a second on that.

saving trees. And if we want or we need to, we can pull up the full study for you at any point. Okay?

A Okay. Fine.

MR. IMBROSCIO: We have no objection. That's perfectly fine, and I'm in line with the tree-saving idea behind it.

MS. NATALE: Okay.

BY MS. NATALE:

Q So if we turn to what says page 42 of 1300, and that ends in Bates number MIR_BSR-R_00138246.

A Correct.

Q Do you see there's a, I guess, like a section title, "6.5.5.1.4 Adverse Drug Reactions"?

A Yes, I see that.

Q Okay. We're on the same page.

And then it says "Expected Drug Reactions." Is that correct?

A That's correct.

Q Then there's a text table 4, "Expected Adverse Drug Reactions for Mirena."

Is that correct?

A That's correct.

Q So one of the -- I'd just like to kind

of -- we talked earlier about how binding to steroid receptors may correlate -- correspond with biological effects activity. Is that correct?

A Yes, we did.

Q So what I'd like to do is, if you could help me out, I'd like to just go through these, and if you do have an understanding of what that effect might be, I would like to ask you what it would be for some of these effects. Is that okay -- does that make sense?

MR. IMBROSCIO: Object to the form.

A Well, I -- can you --

Q We'll give it a shot. We'll give it a shot.

So the first thing that's listed, it says, "Endocrine disorders" as the organ system, and then it says, "Common undesirable effects, greater than 1 in 100, less than 1 in 10." Is that correct?

A Yes, that's what it says.

Q So under that endocrine disorder system, it says, "Edema (peripheral and abdominal)."

Did I read that correctly?

A You did.

Q Do you have any understanding of by what

mechanism Mirena would cause edema?
A That's by -- well, generally, it's -- I have to apologize for searching for words. But, generally, edema is the retention of water, of water in certain tissue parts.
Q By what mechanism would Mirena cause retention of water in the tissues?
A I really cannot answer that question. I'm not aware. I know that it might happen in some cases or it is observed, not that Mirena does it, but it is observed in people using Mirena. But I have no idea what the mechanism is.
MR. IMBROSCIO: I'll just note I think that's outside the scope, but you can keep asking.
MS. NATALE: Your objection is noted.
MR. IMBROSCIO: Thank you.
BY MS. NATALE:
Q Is it fair to say that because this is -- these are listed as expected adverse drug reactions of Mirena. Correct?
A Correct.
Q So is it fair to say that there is some -- strike that.
Is levonorgestrel the only -- the only aspect of Mirena that would cause side effects?

A Well, the device can cause side effects as well but not systemic ones, I assume, but, yes. So levonorgestrel is the active ingredient in Mirena.
Q That's a very good way to put it. Thank you. That was much better than the way I said it.
Levonorgestrel is the only active ingredient of Mirena. Correct?
A Correct.
Q So any expected adverse drug reactions would be reactions to the active ingredient levonorgestrel. Is that correct?
A Well, it is -- as I said, this table reflects adverse reactions observed in people using Mirena --
Q Okay.
A -- yes.
Q Okay. So I'm going -- we're going to continue to go through the list. And just like you did there with edema, you can explain it to the extent that you understand it and let me know if you don't know any further. Is that fair?
A That's fair.
MR. IMBROSCIO: Before you begin, I want to just -- I won't do it with every question. I

will just note that this line of questioning about the chart is outside the scope. She can answer in her personal capacity.

MS. NATALE: Objection noted, not that she will answer in her personal capacity, but your objection is noted.

A But just for the record, I'm a pharmacokinetic expert, and this is a clinical table, yes.

Q Because it's a clinical table, okay. Do -- okay.

A That's not my responsibility.

Q The biological effects of levonorgestrel in the blood, is that a part of pharmacokinetics and pharmacodynamics?

A The general concept of pharmacodynamics is that, of course, but, I mean, that is -- the table is derived from clinical studies and what was observed in clinical studies, and they were conducted by clinical colleagues.

Q So the next category says, "metabolism and nutrition disorders," and under "Common undesirable effects," it says, "Weight gain." How might -- strike that.

How is it -- how do you understand

levonorgestrel causes weight gain?
A Well, I'm not sure that -- I do not know and I'm not aware that levonorgestrel causes that. It has been observed in people using --
Q Okay.
A -- Mirena.
Q Sorry to cut you off.
"Nervous system disorders," and it lists "headache" under "Common undesirable effects."
Do you have any understanding of how levonorgestrel causes headaches?
A I'm not aware of the progress that leads to it. Again, all these side effects have been observed, but I'm not aware of mechanism, if there is any.
Q Are these -- like earlier when you talked about how activity at the tissues by binding to receptors may cause biological activity. Correct?
A That's correct.
Q Are these biological activities that may be caused by levonorgestrel by binding at steroid receptors?
MR. IMBROSCIO: Object to the form.
A Could you just break it out and rephrase

that.

Q Sure.

A That was too long for me.

Q These are expected systemic -- you said that these would be systemic effects of levonorgestrel. Correct?

A Well, these are, as the title says, "Expected drug reactions," and they are -- I think it's taken from the label as it says. So adverse drug reaction observed in the study using -- with people using Mirena.

Q Okay. And there's systemic effects. Is that correct?

MR. IMBROSCIO: Object to the form.

A That's not what the table says.

Q Okay.

So, just for example, we just said headache. Correct? Is there any mechanism that you know of by which the local levels of levonorgestrel in the endometrium cause a headache?

A No, I don't know of any mechanism that could possibly lead to that.

Q And so then it says, under the category "Skin and subcutaneous skin disorders," under

"Common undesirable effects" is listed "acne." Correct?

A Yes, that's correct.

Q Is it your understanding that acne is an androgenic side effect of levonorgestrel?

A That could be the case in this case, yes.

Q Okay. Again, are you aware of any mechanism by which the local levels of levonorgestrel in the endometrium cause acne in Mirena users?

A Well, it is known that levonorgestrel has androgenic effects, so I assume -- well, it is also probably depending on the dose, but I assume that will be the reason why it could lead in some cases to acne, yes.

Q Okay. So the question is, is there -- do you know of a mechanism by which the local levonorgestrel in the endometrium directly causes acne?

A The local mechanism?

Q Is there one? Does the -- does the levonorgestrel in the endometrium cause acne?

A No, it's not in the endometrium. But if -- that is, I assume, a systemic effect and

that would be binding to -- that would be due to the systemic Mirena -- levonorgestrel, sorry. Mirena is not systemic.

Q That's helpful.

The levonorgestrel released from Mirena, correct?

A Correct. It is -- as we discussed earlier, it's absorbed into the blood, so in the systemic circulation, and that is a possible reason for the effects.

Q Okay. And -- okay. That's helpful. Thank you. You can put that aside. Thank you very much.

MR. IMBROSCIO: We've got to improve the tree-to-question ratio.

MS. NATALE: I know. I was like how many pages of this do I have to print. I didn't want to just stop at the one page that we needed.

MR. IMBROSCIO: That's fine.

MS. NATALE: We did our best.

BY MS. NATALE:

Q Okay. It might be a little bit difficult to find, but in the spirit of saving trees, let's go back to Exhibit 2, which was the 2013 Stanczyk piece.

MR. IMBROSCIO: We have it.
MS. NATALE: Okay. I'm hoping I do. Okay.
BY MS. NATALE:
Q So earlier we talked about the sentence on page 176 about how pharmacokinetics determine how much of the progestogen administered is available to the tissues. Do you recall that? Why don't we take a look back at page 176.
A That is now a single -- is that the -- I don't recall what --
Q That's okay. So this -- we talked about this article earlier. This is the Stanczyk piece titled "Progestogens used in postmenopausal hormone therapy: Differences in their pharmacological properties, intracellular actions, and clinical effects." Correct?
A Correct.
Q And I took you to page 176, with the subheading "Five pharmacokinetics of progestogens." Correct?
A Yes, correct.
Q It says, "Pharmacokinetics (absorption, distribution, and excretion)" --
A Yes.

So in these people -- in the people in this study, it was a good thing that the unbound fraction was higher because it was still able to exert the contraceptive effect. Is that correct?

A I mean, they had -- they looked at clinical end points and they observed something, and they also measured. And their conclusion was, because it was higher, that may be the reason that luckily it still works. So that's how I understand the article.

Q So you said it may be, but you've established numerous times that the free -- the free hormone is what's biologically active. Correct?

A Yes. And that's why the -- it's a conclusion you can draw, but it's not necessarily proven, yes.

Q Sure.

But it's not hypothetical. Right? We know that the free fraction is what's biologically active. Right?

A That's correct. But with this contraceptive, it's not only the serum concentration that is related to efficacy or the other -- or the adverse effects. Because if it