# The Androgenicity of Progestins

PHILIP D. DARNEY, M.D., M.Sc., *San Francisco, California*

**All steroid hormones are structurally similar, but relatively minor differences cause profound alterations in biochemical activity. The 21-carbon series (pregnane nucleus) includes the corticoids and the true progestins (e.g., medroxyprogesterone acetate). The 19-carbon series (androstane nucleus) includes all the androgens, among them the progestins used in most oral and parenteral contraceptives. The removal of carbon 19 from testosterone changes the major hormonal effect from androgenic to progestogenic, but these "19-nor" steroids retain varying degrees of androgenic activity. (They can also have limited estrogenic activity, but this is insignificant at the low doses used for contraception.) Some of the 19-nortestosterone progestins are metabolized to other compounds (e.g., norethynodrel, ethynodiol diacetate, and lynestrenol to norethindrone), and some (levonorgestrel, desogestrel) are active unchanged. The lingering androgenic effects of 19-nor progestins are dose-related, opposed by estrogen, and are manifested metabolically (e.g., glucose tolerance, lipoprotein synthesis) and symptomatically (e.g., acne, weight gain). The effect of 19-nortestosterones on lipoproteins prompted the development of less androgenic compounds, but the obvious benefit of the new progestins (desogestrel, gestodene, norgestimate) is a reduction in the symptoms associated with the androgenicity of the older compounds. Mitigation of androgenic effects on lipoprotein and carbohydrate metabolism could have long-term benefits, especially for women who are at risk of arteriosclerotic vascular disease; however, these effects remain to be epidemiologically demonstrated.**

From the Department of Obstetrics, Gynecology, and Reproductive Sciences, University of California, San Francisco, California.
Requests for reprints should be addressed to Philip D. Darney, M.D., M.Sc., San Francisco General Hospital, 1001 Potrero Avenue, Ward 6D, San Francisco, California 94110.

Synthetic progestins have been used for contraception and hormone replacement for nearly 30 years; their development made possible all of the current hormonal contraceptive formulations and replacement progestins. These potent agents, administered orally or parenterally, have been found safe and effective in numerous epidemiologic evaluations, but their androgenic activity may cause side effects that limit their acceptability. This review will examine current information about the androgenicity of progestins and recent progress in synthesizing progestins with fewer androgenic side effects.

When health effects of combined oral contraceptives (OCs) were initially evaluated in epidemiologic studies, it seemed that estrogenic activity was responsible for increased mortality and morbidity, primarily through alterations of blood coagulability. This activity was thought to be due to both OC components: estrogen and progestin. It was discovered that ethinyl estradiol and mestranol had hepatic effects on globulin (e.g., clot constituents) and protein synthesis (e.g., lipoproteins) that could lead to hypercoagulability. Since synthetic progestins can bind to estrogen receptors in target organs, including the liver, skin, blood vessels, uterus, and breasts, it was thought that their intrinsic estrogenic activity, as well as their metabolic conversion to estrogens, implicated progestins derived from 19-nortestosterone in disturbances of coagulation. However, estrogenic receptor binding by the 19-nortestosterones is weak, and the degree of metabolic conversion had been overestimated. Only insignificant amounts of ethinyl estradiol can be found in the blood or urine after the administration of contraceptive doses of norethindrone [1]. The singular importance of the estrogen component in OC-related vascular disease was supported epidemiologically when the ethinyl estradiol or mestranol content of OCs was reduced over the course of several years and a steep decline in vascular disease in OC users occurred.

## CONSEQUENCES AND DETERMINANTS OF PROGESTIN ANDROGENICITY

With the estrogen component established as the cause of clotting effects leading to heart attack and stroke, researchers then focused their attention on the androgenic potential of the 19-nortestosterones

for explanations of other OC side effects [2]. Because androgens were known to change adversely lipid and carbohydrate metabolism, there was strong interest in examining the impact of various progestins on these parameters. The effects on lipoprotein synthesis seemed to vary with progestin androgenicity, so efforts were made to document increased rates of vascular disease among users of OCs containing the more androgenic progestins [3]. Two factors confounded epidemiologic attempts to demonstrate a relationship between use of OCs containing various amounts and types of progestins and subsequent development of vascular disease. First, the estrogen content of the OCs studied decreased as the progestins changed. Second, the women most likely to develop vascular diseases were excluded from the studies because they and their physicians became cautious about OC use. These two events meant that very few of the participants in these studies ever developed vascular disease, even in very large investigations, such as the Nurses' Health Study.

Overall, the seemingly adverse metabolic effects of older, high-dose, relatively androgenic progestins appeared to have little impact on cardiovascular mortality estimated in epidemiologic studies [4–6]. This lack of impact on mortality may be due in part to estrogen's positive effects on lipoproteins and on the arterial wall and, in part, to selection bias. (Alterations in metabolic parameters and their clinical implications are discussed elsewhere in this supplement.) Lingering concerns about the potential impact of androgenic activity on vascular disease, however, prompted the development of three new progestins that bind less avidly to androgen receptors: desogestrel, gestodene (unavailable in the United States), and norgestimate. The relative binding affinities to androgen receptors of some progestins, including progesterone and dihydrotestosterone (DHT), the androgen standard, are shown in **Figure 1** [7].

The desired pharmacologic property of progestins developed for use in OCs is progestational activity, but before they can exhibit such activity, progestins must first bind to progestin receptors. The relative binding affinities of some progestins are compared with progesterone in **Figure 2** [7]. An ideal progestin should achieve a progestational response when given at a low concentration but elicit an androgenic response only at a high concentration. For example, in androgen receptor (rat prostate) binding assays (Figure 1), it was determined that the concentration of norgestimate that inhibits 50% ($IC_{50}$) of DHT is 764 n$M$. In progestin receptor (rabbit uterus) binding assays (Figure 2), norgestimate's $IC_{50}$ dose is 3.5 n$M$. One measure of progestogenicity versus androgenicity is the androgen-to-progestin (A/P) receptor binding ratio. **Figure 3** shows the A/P ratios (or "selectivity") of six progestins compared with DHT [7]. The higher the ratio, the greater the separation between the desired progestational response and the undesired androgenic response. However, receptor binding is not the only determinant of progestin androgenicity; interactions with sex hormone binding globulin (SHBG) may be just as important.

## INTERACTIONS OF PROGESTINS WITH SHBG

The androgenic effects of 19-nortestosterones are caused not only by direct binding to receptors on target organs but also by the effects they have on SHBG and the degree to which they are themselves bound to SHBG. These three processes together determine, in a not yet well understood manner, the "androgenicity" of a particular sex steroid [8].

The effects on serum SHBG concentrations of OC preparations containing the same amounts of ethinyl estradiol but different 19-nortestosterones are shown in **Figure 4** for desogestrel and levonorgest-




**Figure 1.** Relative binding affinities (RBAs) to androgen receptors in rat prostate. P = progesterone; 17-D-NGM = 17-deacetyl norgestimate; DHT = dihydrotestosterone; GSD = gestodene; 3-K-DSG = 3-keto-desogestrel; LNG = levonorgestrel; NGM = norgestimate. From [7].




**Figure 2.** Relative binding affinities to progestin receptors in rabbit uterus. Abbreviations as in Figure 1. From [7].




**Figure 3.** Androgen-to-progestin (A/P) receptor binding ratios: a measure of selectivity based on androgen/progestin displacement, $IC_{50}$. Abbreviations as in Figure 1. From [7].




**Figure 4.** Sex hormone binding globulin (SHBG) concentrations in women before and after three cycles of treatment with monophasic oral contraceptives containing EE and DSG or LNG. EE = ethinyl estradiol; DSG = desogestrel; LNG = levonorgestrel. From [9].




**Figure 5.** SHBG concentrations in women after four cycles of treatment with monophasic oral contraceptives containing EE and NGM or NG. EE = ethinyl estradiol; NG = norgestrel; NGM = norgestimate; SHBG = sex hormone binding globulin. Reprinted with permission from [10].

rel after 3 months [9] and in **Figure 5**, the percent change in SHBG for other subjects administered norgestimate or norgestrel for 4 months [10]. In both studies, OCs containing the newer progestins increased SHBG concentrations significantly more than did the OCs containing older 19-nortestosterones. In a study of OCs containing six different progestins and one with cyproterone acetate (a progesterone, rather than a 19-nortestosterone, derivative, not used in OCs in the United States), SHBG concentrations reached nearly maximum levels after one cycle, then were essentially stable through the sixth cycle of use. Again, levels were higher for the two newer formulations than for the older ones, regardless of the doses studied. Cyproterone acetate resulted in far higher SHBG levels than any of the 19-nortestosterones, and they continued to rise at the third cycle (**Figure 6**) [11].

In **Figure 7** the effect of the difference in SHBG concentrations for OCs containing either desogestrel or levonorgestrel is manifested by a significantly lower serum concentration of free testosterone in the desogestrel-exposed subjects [9]. Reductions of similar magnitude have been documented for norgestimate [12]. A comparison of a desogestrel-containing and a gestodene-containing OC showed high levels of SHBG and concomitantly low levels of androgens (dehydroepiandrosterone sulfate [DHEAS] and total and free testosterone) for both preparations [13].

Increases in SHBG are dose related: when 0.125, 0.250, or 0.500 mg desogestrel was combined with 5 mg lynestrenol, SHBG rose in proportion to the increase in the desogestrel dose in all eight treated women, with lowest levels recorded for lynestrenol alone. Increasing doses also depressed estradiol levels proportionately. No androgenic effects were seen when desogestrel was administered with estrogen, but even 19-nortestosterones with little androgenic activity function as estrogen antagonists when taken alone, probably because they act hypothalamically to suppress follicular maturation and, therefore, estradiol production [14]. Administration of three different daily doses of norethindrone (0.5, 1.5, and 3.0 mg) without added estradiol resulted in proportionate decreases in SHBG with concentrations 70% lower for those receiving 3.0 mg than in those receiving 0.5 mg [15].

An additional factor in the complicated interactions that can alter the androgenicity of progestins is the degree to which 19-nortestosterones are bound to SHBG. **Table I** shows differences in SHBG affinity and binding characteristics for 19-nortestosterones commonly used in OCs.

**Figure 8** uses testosterone as a standard for comparing the binding of four progestins to SHBG.

Case 1:17-mc-02767-PAE-JLC Document 136-8 Filed 03/15/18 Page 4 of 7



Gestodene is relatively strongly bound, levonorgestrel lies midway, and 3-keto-desogestrel and norethindrone are weakly bound [16]. However, OCs containing gestodene increase concentrations of SHBG significantly more than do those containing either levonorgestrel or norethindrone [9]. Increased SHBG ought to bind more testosterone and other androgens, but Refn *et al* [17] reported similar decreases in total testosterone, androstenedione, and DHEAS for women using gestodene OCs compared with those using levonorgestrel OCs. A randomized cross-over trial comparing desogestrel OCs, containing either 20 or 30 $\mu$g of ethinyl estradiol, with a preparation containing levonorgestrel and 30 $\mu$g of ethinyl estradiol, showed that the desogestrel OCs raised SHBG to levels more than twice that of the levonorgestrel OC but that total testosterone was somewhat lower among users of the levonorgestrel combination. The authors commented that their results did not resolve the controversy over these paradoxical effects [18].

## EFFECTS ON CLINICAL SIGNS AND SYMPTOMS

Several studies of OCs have examined changes in signs and symptoms, such as acne, hirsutism, and weight gain, normally attributed to androgen effects in women. These are usually (but not always) consistent with the idea that progestins that increase SHBG more and reduce androgen levels most result in less acne and hirsutism; the consequences for weight gain are not as clear.

Studies of OC impact on acne and hirsutism examine either preexisting or new abnormalities using various scoring systems; some compare one progestin with another and some compare pretreatment conditions to those following 3 or 6 months of treatment. In two groups of women with preexisting acne, the condition improved with either desogestrel-containing or levonorgestrel-containing OCs, but a greater proportion of users improved in the desogestrel group despite a similar drop in testosterone in both groups [19], perhaps because desogestrel increases SHBG more than does levonorgestrel (100% vs 200%) [20]. Significant reductions in preexisting and newly emerged acne have also been reported in women taking norgestimate OCs [21]. A new study of severe acne documented complete remission of pustular acne in 48% of subjects treated with a monophasic OC containing desogestrel and ethinyl estradiol. For those with comedones, papules, and pustules, the remission rate was only 18%, but an additional 28% reported improvement [22]. In a large (11,605 women) study of the effects of a desogestrel OC on acne and hirsutism, acne disappeared in >80% of those with preexisting lesions. Among the 499 women who had hirsutism before taking this OC, excess hair had disappeared in almost half who took the preparation for 6 months (**Figure 9**) [23]. In women with preexisting hirsutism and diagnosed as having polycystic ovary syndrome, 8 months of treatment with a desogestrel OC was associated with a significant diminution in hair shaft diameter but not to that found in normal women (**Figure 10**) [24]. Similar effects on hirsutism are documented in several other noncomparative studies of desogestrel after treatment varying from 5–24 months [25–28].

The clinical consequences of the hormonal alterations related to the use of OCs have been most thoroughly studied for desogestrel, but other synthetic progestins that increase SHBG and lower androgens demonstrate similar effects. For example, a cyproterone acetate–ethinyl estradiol combination OC, which increases SHBG more than any other formulation (Figure 6), is marketed in Europe specifically for the treatment of acne. Norgestimate and ethinyl estradiol treatment over six cycles led




**Figure 6.** SHBG levels over six cycles for seven combination OC preparations. A = cyproterone acetate monophasic; B = desogestrel monophasic; C = desogestrel biphasic; D = gestodene triphasic; E = levonorgestrel triphasic; F = norethindrone monophasic; G = levonorgestrel monophasic. From [11].




**Figure 7.** Free testosterone concentrations in women before and after three cycles of treatment with monophasic oral contraceptives containing EE and LNG or DSG. Abbreviations as in Figure 4. From [9].

**TABLE I**

**Globulin Binding Characteristics of Selected Progestins**

| | NET | LNG | DSG | GSD | NGM† |
|---|---|---|---|---|---|
| SHBG binding affinity (%)* | 2.5 | 13 | 5 | 17 | 0 |
| Serum binding (%) | | | | | |
| Albumin | 61 | 50 | 64 | 24 | — |
| SHBG | 35.5 | 47.5 | 32 | 75.5 | 0 |
| Unbound | 3.5 | 2.5 | 4 | 0.5 | — |

*Compared with 5α-dihydrotestosterone.
†Values relate to the 17-deacetyl metabolite only.
DSG = desogestrel; GSD = gestodene; LNG = levonorgestrel; NET = norethindrone; NGM = norgestimate; SHBG = sex hormone binding globulin. Adapted from [8].




**Figure 8.** Relative binding affinities of selected 19-nortestosterones for sex hormone binding globulin using testosterone (T) as a standard. NET = norethindrone. Abbreviations as in Figure 1. From [16].




**Figure 9.** Number of women with symptoms of preexisting or newly emergent hirsutism after six cycles of an EE/DSG oral contraceptive. Abbreviations as in Figure 4. From [23].




**Figure 10.** Hair shaft diameter in normal women and in women with polycystic ovary syndrome (PCO) before and after treatment with an oral contraceptive containing EE/DSG for eight cycles. Abbreviations as in Figure 4. Reprinted with permission from [24].

to a progressive decrease (from 12.6% to 9.2%) in the proportion of subjects with acne (**Figure 11**) [29], and other investigators reported similar results for norgestimate, including a relative reduction in the incidence of acne as compared with users of a norgestrel OC [10,30]. Use of a gestodene and ethinyl estradiol OC resulted in a progressive reduction in the percent of users with acne from 4.3% pretreatment to 1.2% at 12 months [31]. Effects on hirsutism have not been reported as often in the literature for other 19-nortestosterones as they have been for desogestrel OCs.

Nearly all studies of the androgenic effects of progestins have been conducted in users of combination OCs. Since 30 μg of ethinyl estradiol approximately doubles the concentration of SHBG, and this estrogen-induced increase is antagonized to varying degrees by progestins, a less complicated view of the androgenic effects of synthetic progestins might be obtained by examining the actions of progestin-only contraceptives, such as levonorgestrel and 3-keto-desogestrel implants and depot medroxyprogesterone acetate.

Because they do not provide exogenous estrogen, these contraceptives lower SHBG. The degree to which they do so and the extent to which they suppress endogenous estradiol production determine, in ways that are not well studied, their androgenic side effects. For example, SHBG concentrations decline to approximately 50% of normal levels after 1 year of subdermal levonorgestrel use. Although levonorgestrel is delivered at a very low dose by this method (30–80 μg/day), it has a high affinity for SHBG [32]. The acne that occurs in implant users despite the low daily dose of levonorgestrel [33] may be explained by low SHBG levels and relatively high concentrations of unbound levonorgestrel and endogenous androgens. Since 3-keto-desogestrel, in the absence of supplemental estrogen, suppresses SHBG less than does levonorgestrel and is itself less bound to SHBG [34], it may lead to less acne and hair change than does the levonorgestrel implant method. This has not been studied, but the idea is supported by the low incidence of acne among users of the injectable 17-hydroxyprogesterone derivative, which, even though administered at doses that suppress follicular development and estradiol production more than does the levonorgestrel implant, suppresses SHBG less and is associated with a lower incidence of acne.

Weight change is among the most common reasons for user dissatisfaction with OCs. Diet, aging, and other factors have more impact on weight than the androgenic effects of OCs, and these confounding factors are difficult to control in clinical trials

Case 1:17-mc-02767-PAE-JLC Document 136-8 Filed 03/15/18 Page 6 of 7



[35]. The 19-nortestosterones that increase SHBG (and lower androgen concentrations) the most might be expected to increase body weight the least. However, one study comparing norgestimate-containing and norgestrel-containing OCs failed to show a difference in weight gain between the two, even though norgestimate increased SHBG considerably more than did norgestrel (161% vs 26% over baseline) [28]. Moreover, neither of two comparative trials of gestodene versus levonorgestrel showed a significant difference in weight gain, with no change in either group in one study [36], and a slight gain in a few women from both groups in the other [37]. A comparison of gestodene-containing and norethindrone-containing OCs reported that weight gain of >2 kg at 1 year of use was more common in the norethindrone-treated group, but equal proportions in both groups maintained constant weight [38]. A comparison of triphasic norgestimate-containing and levonorgestrel-containing OCs, both with ethinyl estradiol, showed no change in mean body weight for either preparation [39]. However, when monophasic norgestrel OCs, which increase SHBG considerably less than triphasic levonorgestrel, were compared with monophasic norgestimate in two studies, discontinuation rates for weight gain were somewhat higher in the norgestrel groups than in the norgestimate groups (1.4% vs 1.0% [27] and 1.54% vs 0.84% [28]). A comparison of desogestrel and ethinyl estradiol 20 $\mu$g with gestodene and ethinyl estradiol 30 $\mu$g showed a slight but significant weight gain of 0.5 kg at 7 months for both groups but no difference between groups of women over age 30 [40].

In noncomparative studies of the newer 19-nortestosterones, significant weight gain is rarely reported. Trials of a monophasic norgestimate–ethinyl estradiol OC did not show change [26,41], nor did similar trials of a monophasic gestodene–ethinyl estradiol OC [42,43]. A study of triphasic desogestrel and ethinyl estradiol in 1,095 women using the OC for up to 18 months failed to show a significant change from baseline in body mass index (kg/m$^2$) [44].

Because age is an important determinant of weight gain (and easier to control for than diet or psychologic factors), a large OC trial examined weight change by age group. In a comparison of OCs containing either levonorgestrel or desogestrel, significant weight gain (approximately 1 kg) occurred with both preparations but only in women under age 20 [45].

## CONCLUSION

All of the synthetic progestins combined with estrogen in OCs increase SHBG to varying degrees




**Figure 11.** Decrease in the number of cases of acne in women taking a monophasic OC containing EE and NGM in a large multicenter study. From [29].

and, as a result, lower androgen concentrations. In addition, they have direct androgenic effects depending on their avidity for binding to androgen receptors and the degree to which they are bound to SHBG. They differ widely with respect to these characteristics.

The clinical manifestations of these differences are not always predictable. All the synthetic progestins, when combined with estrogen in OCs, reduce the incidence of acne, but not necessarily in proportion to their lack of androgenic binding capacity, ability to increase SHBG, or binding affinity to SHBG. In general, however, those that are least androgenic in these respects reduce acne and hirsutism the most. The effect of these compounds on weight gain is less predictable from their androgenic capacity, probably because body mass is largely determined by factors other than progestins. Exposure to the low doses of the synthetic progestins used in low-dose OCs seems not to account for much change in body weight regardless of the 19-nortestosterone they contain.

Although the development of new derivatives of 19-nortestosterone was prompted by the concern that older compounds adversely altered lipid and carbohydrate metabolism, their immediate benefit to women who are in good metabolic and vascular health is likely to be reduced androgenic effects on skin and their usefulness in treating acne and hirsutism.

## REFERENCES

**1.** Stanczyk FZ, Roy S. Metabolism of levonorgestrel, norethindrone, and structurally related contraceptive steroids. Contraception 1990; 42: 67–96.

**2.** Meade TW, Greenberg G, Thompson SG. Progestogens and cardiovascular reactions associated with oral contraceptives and a comparison of the safety of 50 and 30-microgram oestrogen preparations. Br Med J 1980; 280: 1157–61.

**3.** Kay C. Progestagens and arterial disease—evidence from the Royal College of General Practitioners' study. Am J Obstet Gynecol 1982; 142: 758–61.

**4.** Hirvonen E, Idanpaan-Heikkila J. Cardiovascular death among women under 40 years of age using low-estrogen oral contraceptives and intrauterine devices in Finland from 1975 to 1984. Am J Obstet Gynecol 1990; 163: 281–4.

**5.** Stampfer MJ, Willett WC, Colditz G, Speizer FE, Hennekens CH. A prospective study of past use of oral contraceptive agents and the risk of cardiovascular diseases. N Engl J Med 1988; 319: 1313–7.

**6.** Porter JB, Jick H, Walker AM. Mortality among oral contraceptive users. Obstet Gynecol 1987; 70: 29–32.

**7.** Upmalis D, Phillips A. Receptor binding and in vivo activities of the new progestins. JSOGC 1991; 13: 35.

**8.** Fotherby K, Caldwell A. New progestins in oral contraception. Contraception 1994; 49: 1–32.

**9.** Hammond G, Langley M, Robinson P, *et al.* Serum steroid binding protein concentrations and bioavailability of testosterone with oral contraceptives. Fertil Steril 1984; 42: 44–51.

**10.** Chapdelaine A, Desmarais J, Derman R. Clinical evidence of the minimal androgenic activity of norgestimate. Int J Fertil 1989; 34: 347–52.

**11.** van der Vange J, Blankenstein MA, Kloosterboer HJ, Haspels AA, Thijssen JH. Effects of seven low-dose combined oral contraceptives on sex hormone binding globulin, corticosteroid binding globulin, total and free testosterone. Contraception 1990; 41: 345–52.

**12.** Mall-Haefali M, Werner-Zodrow I, Huber PR. Biochemical and clinical results with the new micropill Cilest. In: Keller PJ, ed. Aktuelle Aspekte der Hormonalen Kontrazeption. Bonn: Karger Basel, 1991: 53–64.

**13.** Jung-Hoffmann C, Heidt F, Kuhl H. Effect of two oral contraceptives containing 30 micrograms ethinyl estradiol and 75 micrograms gestodene or 150 micrograms desogestrel upon various hormonal parameters. Contraception 1988; 38: 593–603.

**14.** Cullberg G, Mattsson L-A. Androgenic, oestrogenic and antioestrogenic effects of desogestrel and lynestrenol alone: effects of serum proteins, sex hormones and vaginal cytology. In: Harrison RF, Thompson W, Bonnar J, eds. Trends in Oral Contraception. Hingham: MTP Press Ltd, 1984; 17–24.

**15.** Song S, Chen J, Lu C, *et al.* Effects of different doses of norethisterone on ovarian function, serum sex hormone binding globulin and high density lipoprotein-cholesterol. Contraception 1993; 47: 527–37.

**16.** Bergink E, Van Meel F, Turpijn E, van der Vies J. Binding of progestogens to receptor proteins in MCF-7 cells. J Steroid Biochem 1983; 19: 1563–70.

**17.** Refn H, Kjaer A, Lebech A, Borggaard B, Schiefup L. Clinical and hormonal effects of two contraceptives: correlation to serum concentrations of levonorgestrel and gestodene. Contraception 1990; 41: 259–69.

**18.** Song S, Chen J, Yang P, *et al.* A cross-over study of three oral contraceptives containing ethinyl oestradiol and either desogestrel or levonorgestrel. Contraception 1992; 45: 523–32.

**19.** Palatsi R, Hirvensalo E, Liukko P, *et al.* Serum total and unbound testosterone and sex hormone binding globulin in female acne patients treated with two different oral contraceptives. Acta Derm Venereol (Stockh) 1984; 64: 517–23.

**20.** Kloosterboer HJ, van Wayjen R, van den Ende A. Effects of three low-dose oral contraceptive combinations on sex hormone binding globulin, corticosteroid binding globulin and antithrombin III activity in healthy women: two monophasic desogestrel combinations (containing 0.020 or 0.030 mg ethinyl estradiol) and one triphasic levonorgestrel combination. Acta Obstet Gynecol Scand Suppl 1987; 144: 41–4.

**21.** Grunwald K, Rabe T, Runnebaum R. Clinical tolerance of a low-dose norgestimate-containing combination oral contraceptive (Cilest) in a West Germany multicenter study (Heidelberg Multicenter Oral Contraceptive Study). In: Keller PJ, ed. Aktuelle Aspekte der Hormonalen Kontraception. Bonn: Karger Basel, 1991: 67–78.

**22.** Geissler K, Ballmer F. Influence of a combination of desogestrel and ethinyl estradiol on acne vulgaris in women seeking contraception; results of an open, non-comparative, multicenter trial. TW Gynaekol 1989; 2: 321–4.

**23.** Bilotta P, Favilli S. Clinical evaluation of a monophasic ethinyl estradiol/desogestrel-containing oral contraceptive. Arzneimitteiforschung 1988; 38: 932–4.

**24.** Cullberg G, Hamburger L, Mattsson L, *et al.* Effects of desogestrel/ethinyl estradiol in hirsutism, androgens and SHBG. Acta Obstet Gynecol Scand 1985; 64: 195–202.

**25.** Porcile A, Gallardo E. Oral contraceptives containing desogestrel in hirsutism. Contraception 1991; 44: 533–40.

**26.** Venturoli S, Porcu E, Gammi L, *et al.* The effects of desogestrel and ethinylestradiol combination in normal and hyperandrogenic young girls: speculations on contraception in adolescence. Acta Eur Fertil 1988; 19: 129–34.

**27.** Nappi C, Leone F, Nicotra A, *et al.* Effect of desogestrel with 20 or 30 micrograms ethinyl estradiol in adolescents with hyperandrogenism. In: Genassi A, Petraglia F, Volpe A, eds. Progress in Gynecology and Endocrinology. Carnforth: Parthenon Publishing Group, 1990; 757–64.

**28.** Sobrio G, Granata H, Granese D, *et al.* SBHG, CBG and ceruloplasmin changes with two low dose oral contraceptives. Clin Exp Obstet Gynecol 1991; 18: 43–5.

**29.** Runnebaum B, Grunwald K, Rabe T. The efficacy and tolerability of norgestimate/ethinyl estradiol: results of an open, multicenter study of 59,701 women. Am J Obstet Gynecol 1992; 166: 1963–8.

**30.** Corson SL. Efficacy and clinical profile of a new oral contraceptive containing norgestimate: U.S. clinical trials. Acta Obstet Gynecol Scand Suppl 1990; 152: 25–31.

**31.** Hoppe G. Gestodene, an innovative progestin. Contraception 1988; 37: 29–44.

**32.** Affandi B, Cekan S, Boonkasemanti F, Samil R, Dicsfalsuy E. The interaction between sex hormone binding globulin and levonorgestrel released from Norplant, an implantable contraceptive. Contraception 1987; 35: 135–43.

**33.** Darney P, Klaisle C, Tanner S, Alvarado A. Sustained release contraceptives. Curr Prob Obstet Gynecol Fertil 1990; 13: 87–121.

**34.** Olsson S, Odlind V, Johansson E. Clinical results with subcutaneous implants containing 3-ketodesogestrel. Contraception 1990; 42: 1–11.

**35.** Patsch W, Brown S, Gotto A, *et al.* The effect of triphasic oral contraceptives on plasma lipids and lipoproteins. Am J Obstet Gynecol 1989; 161: 1396–401.

**36.** Ball M, Ashwell E, Jackson M, Gillmer M. Comparison of two triphasic contraceptives with different progestogens: effects on metabolism and coagulation proteins. Contraception 1990; 41: 363–73.

**37.** Refn H, Kjaer A, Lebech A, Borggaard B, Schierup L, Bremmelgaard A. Metabolic changes during treatment with two different progestogens. Am J Obstet Gynecol 1990; 163: 374–7.

**38.** Weber-Diehl F, Lehnert J, Lachnit U. Comparison of two triphasic oral contraceptives containing either gestodene or norethindrone: a randomized controlled trial. Contraception 1993; 48: 291–301.

**39.** Janaud A, Rouffy J, Upmalis D, Dain MP. A comparison study of lipid and androgen metabolism with triphasic oral contraceptive formulations containing norgestimate of levonorgestrel. Acta Obstet Gynecol Scand Suppl 1992; 156: 33–8.

**40.** Kirkman RJ, Pedersen JH, Fioretti P, Roberts HE. Clinical comparison of two low-dose oral contraceptives, Minulet and Mercilon, in women over 30 years of age. Contraception 1994; 49: 33–46.

**41.** Anderson F. Selectivity and minimal androgenicity of norgestimate in monophasic and triphasic oral contraceptives. Acta Obstet Gynecol Scand 1992; 71: 15–21.

**42.** Rekers H. Multicenter trial of a monophasic oral contraceptive containing ethinyl estradiol and desogestrel. Acta Obstet Gynecol Scand 1988; 67: 171–4.

**43.** Dusterberg B, Brill K. Clinical acceptability of monophasic gestodene. Am J Obstet Gynecol 1990; 163: 1398–404.

**44.** Darney P. Efficacy and safety of triphasic DSG/EE. Contraception 1993; 48: 323–37.

**45.** Cullberg G, Samsioe G, Andersen RF, *et al.* Two oral contraceptives, efficacy, serum proteins, and lipid metabolism. A comparative multicentre study on a triphasic and a fixed dose combination. Contraception 1982; 26: 229–43.