Bayer HealthCare
Bayer Schering Pharma

Global Project Leader: Jan-Peter Ingwersen | ☎ +49 30 46817849

**Strictly confidential**

**Do not copy without authorization of a recipient (see list below)**

# Minutes

## New Progestins IUS – PID 423710 – BAY1007626

### Global Project Team Meeting 1/ 2010 (kick off)

### September 10, 2010

**- Draft version September 15, 2010**
**- Final version of September 22, 2010**

| GPT Members / Function | Name |
|---|---|
| Research | N. Schmees (LOPL) |
| Pharm. Dev. | T. Valo |
| Chem. Dev. | T. Kuhlmann (excused) |
| Non Clinical Drug Safety | S. Müller (part time) |
| DMPK | N.N. |
| Clinical Pharmacology | K. Waellnitz |
| Clinical | E. Lukkari-Lax |
| Regulatory | K. Sommer (excused) |
| Marketing | D. Bernuit<br>K. Vanthuyne (excused) |
| HEOR | K. Uhl-Hochgräber |
| Medical Safety | n.a. |
| P & L | n.a. |
| Patents | Uwe Hartmann (excused) |
| Project Management | Maki Kaneko<br>Jan-Peter Ingwersen |
| **Guests:** | |
| DMPK | R. Nubbemeyer |
| GPM | P. Sallinen |
| Research | H. Fritzemeier (part time) |

| For information (all projects): | |
|---|---|
| Global Development | Kemal Malik |
| Global Drug Discovery | Andreas Busch |
| Clinical Development | Joerg Moeller |
| Regulatory Affairs | Joseph Scheeren |
| Clinical Operations | Shona Fraser |
| Global Pharmacovigilance | Christoph Hofmann |
| Global Medical Affairs | Michael Levy |
| Global Clin. Program&Study Management | Manfred Grote |
| GMACS | Pierre-P. Sagnier / Franz Waibel |
| R&D Project Management | Josef Schoeneseiffen |
| GDD Project Management | Gustav Hagen |
| Project Office | Andrea Jahn / Juergen Schmidt / Angela Hanke / G. Pommerenke |
| Product Development Japan | Erik Louvel |
| Clinical Pharmacology | Dietmar Gross |
| DMPK | Klaus Buehner |
| Toxicology | Eckhard von Keutz / F. W. Jekat |
| Lead Generation & Optimization | Hanno Wild |
| Therapeutic Research | Martin Schneider |
| GDD Operations / Function Support | Gabriele Brehme |
| Global CMC | Hubertus Hakert |
| Process Coordination & Quality | Petra Rach |
| Pharmaceutical Development | Hans Lindner |
| Chemical Development | Rolf Angerbauer |
| Biological Development | Harald Dinter |
| Clinical Supply | Evelin Ego |
| Product Supply API | Klaus Jelich |
| Pharmaceutical Production | Johannes Michaelis |
| Patents & Licensing | Dorian Immler |
| Portfolio Management | N.N. |
| Global Development Asia | Yuhang Zhao |
| Global Project Management Asia | Yosuke Tanaka |
| Global Biologics | Clive Wood |
| TRG | Ursula Habenicht |
| Head WH | Flemming Oernskov / P. Smits |
| Clinical Development | Rolf Schuermann |
| Strategy&Portfolio | Yves Furet |
| CBM WH | Geoff Bailey |
| GBT Yaz | Philip Owens |
| GBT Mirena | Kristien Vanthuyne |
| GBT Qlaira | Catherine Holtz |
| GPM | Elena Stuerzebecher |
| GRA | Bettina Fiedler |

## EXECUTIVE SUMMARY

With BAY1007626 Research delivers a potent new progestin for an intrauterine application delivering local activity and avoiding unwanted systemic exposure. This dissociation has been demonstrated in rats.

It is hypothesized that an IUS with BAY1007626 used for contraception provides less bleeding in the first months of use compared to LNG containing devices (e.g. Mirena, LCS12 Redacted: Other Bay or future competitors with LNG). Systemic side effects of the progestin can be avoided.

With the possibility to allow higher local exposure of BAY1007626 (characterized by equal or higher potency than LNG[1]) without exhibiting systemic progestogenic effects the new progestin is expected to be specifically suited for the treatment of heavy menstrual bleeding (successor of Mirena).

Research proposes to look at the impact of the product on e.g. break through bleeding and heavy menstrual bleeding in a clinical study. Preclinical models or preclinical data are not available to address these development uncertainties.

### Budget Status and Forecast

Project will be budgeted **after D3** on project code PID 423710.

[1] Levonorgestrel

## ACTION ITEMS

| Action Item | Responsible | Due date |
|---|---|---|

The summary slide on the possible benefits (slide 4 of the Research presentation) will be updated with clinical input (**A: N. Schmees, E. Lukkari-Lax; for D3 GDD PRC presentation**).

Further clarification is needed regarding the claim, why we believe bleeding under the new product may be better compared to LNG containing products (**A: N. Schmees, upcoming MB and GPT**).

Two major indications can be foreseen for the new product: Contraception and/ or HMB. Marketing to discuss priorities as of today (**A: D. Bernuit, K. Vanthuyne, done: contraception**)

The new TPP shall be based on the TPP of the LCS project (see below). Clinical development is asked to propose target values for the progestin related adverse reactions based on data of copper IUSs (**A: E. Lukkari-Lax; Sept 23; done: see post meeting note**)

# MINUTES

## 1. Research

With BAY1007626 Research delivers a potent new progestin for uterine application exhibiting local activity and avoiding unwanted systemic exposure. This fulfills the functional target criteria of the project. The project is in further preparation for D3 (e.g. early toxicology; further activities to finally determine local versus systemic dissociation).

The compound can be formulated in a polymer to allow uterine application. In animal models the progestin released from the polymer exhibits a strong local activity at the uterus. Release levels could be identified leading to full local progestogenic activity without systemic effects. Based on studies in a rat model, an at least 7-fold dissociation between local and systemic effects was determined. Systemic effects were monitored by effects on serum LH-levels and alpha casein expression in the mammary gland . High local progestogenic activity could also be shown in nonhuman primates after local release of BAY 1007626 with an IUS.

The dissociation of local vs. systemic progestogenic activity provided by BAY 1007626 is expected to address liabilities of Mirena or LCS as outlined by research. The summary slide on the possible benefits (slide 4 of the Research presentation) will be updated with clinical input (**A: N. Schmees, E. Lukkari-Lax; for D3 GDD PRC presentation**). From this the Project Goal and TPP is deducted (see chapter 10). The impact of the new product on break through bleeding (BTB) and heavy menstrual bleeding (HMB) should be investigated in clinical studies.

Further clarification is needed regarding the claim, why we believe bleeding under the new product may be better compared to LNG containing products (**A: N. Schmees**).

## 2. CMC & Operations

CMC has provided IUS test samples to support the pharmacological tests in Research.

**Redacted:**
**Other Bayer Product**

## 3. Toxicology & Safety Pharmacology

n.a.

## 4. Preclinical Pharmacokinetics & Metabolism

n.a.

## 5. Clinical Pharmacology

The PoC strategy foresees a non uterine application for single and multiple dose of BAY1007626 to study safety, pharmacokinetics and pharmacological properties of the

compound. Thereafter a local application of BAY1007626 in an IUS is proposed to be investigated. Then the PoC study follows.

Project uncertainties for later development to be clarified in a PoC approach (beside standard safety questions) are at this point considered to be the following:

- Measurement of desired effects: unchanged course of gonadotropin levels (FSH, LH), estrogen and progesterone levels during treatment, proof of ovulation, changes in endometrium.
- Measurement of undesired effects: side effects like bleeding, spotting problems, counter-regulation resulting in ovarian stimulation e.g. ovarian cysts.

It will not be possible to assess parameters regarding "better bleeding profile" in a PoC setting.

## 6. Clinical Development

Bleeding problems (reported as AEs, mainly spotting and irregular bleeding) are most common during the first 3 to 6 months of use of Mirena. Discontinuation rates due to bleeding problems (excluding amenorrhea) are:

- Parous women, 5.8 to 6.1 per 100 women at 12 months
- Nulliparous women, 2.5% (2 out of 94 women) at 12 months
- In the 5 pivotal contraception studies with Mirena (n=3330)
  - 4.5% at 1 year time point, 10.7% 5 year time points

In 2nd use of Mirena there will be no initial bleeding problems, if there is no gap between the insertions of the two consecutive systems.

There seems to be a dose dependence in the number of bleeding and spotting days between LCS12 Redacted and Mirena: women using LCS 12 Redacted: tend to have slightly more bleeding and spotting days than women using Mirena.

An IUS with better initial bleeding profile and low systemic drug exposure is expected to lead to higher patient satisfaction and compliance i.e. lower discontinuation rate compared to LNG products.

## 7. Regulatory

n.a.

## 8. HEOR

n.a.

**Redacted:**
**Other Bayer Product**

## 10. Others

### 10.1 IUS device strategy

The upcoming innovations from Mirena is LCS in two strengths LCS12 Redacted: Other Bayer Red acte

**Redacted:**
**Other Bayer Product**

### 10.2 Working together

Procedures for operating the team work follows the general rules. Additionally to those a three weekly t-con will be introduced to align the operational part of the development.

**Redacted:**
**Other Bayer Product**

### 10.4 TPP

The new TPP shall be based on the TPP of the LCS project (see below). Clinical development is asked to propose target values for the progestin related adverse reactions based on data of copper IUSs. Research is asked to provide arguments for their hypothesis for improvement of bleeding and subsequent impact on bleeding claims in the FC use and the anticipated potential use for the treatment of HMB. Redacted: Other Bayer Product

**Redacted:**
**Other Bayer Product**

*Post Meeting Note September 22 (K. Vanthuyne, E. Lukkari-Lax, N. Schmees): The TPP has been aligned, values for better safety and convenience compared to LCS are highlighted..*

## TPP

- Efficacy
  - Cumulative Pearl Index not more than 0.2 after 3 years of treatment
  - Cumulative failure rate not more than 0.7% after 3 years of treatment
- Safety
  - Three year expulsion rate < 5.5 %
  - Abdominal pain < 20%
  - Progestin related adverse reactions:
    - Breast pain[1] **< 3%** (compare LCS < 1 / 10)
    - Acne **< 3%** (compare LCS < 1 / 10)
    - Edema[2] 1% (compare < 1/ 100)
- Convenience
  - Discontinuation because of bleeding or non-bleeding problems **<10%** (compare LCS < 15%)
  - Easy insertion[3]
  - Moderate to severe insertion pain < 30%

[1] Breast pain, breast tenderness and nipple pain
[2] Oedema and Oedema peripheral
[3] Allows for "extensive" use/ insertion by non Gynecologist

2 New Progestin IUS

**Redacted:**
**Other Bayer Product**

**Redacted:**
**Other Bayer Product**

### 10.6 Timelines until D3 (GPDC)

| | |
|---|---|
| 24.09. | shifted to MB WH pre alignment Project Goal and TPP for further project preparation |
| 1.10. | CRT – PoC strategy |
| 4-7.10. | 2nd GPT, finalize TPP decide on development strategy and alternatives |
| **11.10.** | MB WH pre alignment Project Goal and TPP for further project preparation |
| 11.-22.10. | Autumn school holidays |
| 20.10. | CRT – first ideas on development strategy post PoC |
| 21.10. | Template of Masterplan to team, provide functional input by October 28 |
| 21.10. | PoC-RC I / during CP-RC |
| 25.10. | CDP-RC (not mandatory for D3) |
| 02.11. | Final Team version of Masterplan to team |
| 02.11. | ProjeX data entry |
| 03.11. | Final team version of Masterplan to TLT members |
| 04.11. | Draft team version TLT presentation (shared presentation with Research, Marketing, Clinical Dev./ GRA, Clin. Pharm and PM, and others if applicable) |
| 08.11. | Final team version TLT presentation |
| 09.11. | Final TLT presentation to TLT members |
| 17.11./18.11. | TLT |
| 20.11. | Draft version GPDC presentation to team |
| 26.11. | GDD-PRC (preferred option, depends on monkey data) |
| 23.11. | Final Masterplan in GlobeDoc |
| 30.11. | Final presentation to GPDC |
| 2.12. | GDD-PRC |
| 7.12. | GPDC |