**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **17-MD-2767 (PAE)** |
| **MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)** | : | **17-MC-2767 (PAE)** |
| | : | |
| ***This Document Relates To All Actions*** | : | |

# GENERAL CAUSATION EXPERT REPORT OF PHILIP DARNEY, MD, MSc

**Expert Background**

I, Philip D. Darney, MD, MSc, am a Distinguished Professor Emeritus in the Department of Obstetrics, Gynecology and Reproductive Sciences at the University of California, San Francisco (UCSF), and the founding director of the Bixby Center for Global Reproductive Health, a clinical and epidemiological research organization at UCSF.

I received my undergraduate degree in experimental psychology at the University of California, Berkeley, my MD at UCSF, and my MSc at The London School of Hygiene and Tropical Medicine. I am board-certified in preventive medicine and obstetrics and gynecology. I trained in epidemiology at the Centers for Disease Control, Atlanta, and obstetrics and gynecology including reproductive endocrinology at Brigham and Women's Hospital, Boston. I have served on the medical faculties at Harvard University, the Oregon Health and Science University, and UCSF where I was for 12 years Chief of Obstetrics and Gynecology at San Francisco General Hospital.

I have served as scientific advisor and consultant to many governments as well as to all the major non-governmental family planning organizations. I have chaired the Medical Advisory Boards of both the Planned Parenthood Federation of America and the International Planned Parenthood Federation and have collaborated with all of the important contraceptive development organizations, including NIH, Population Council and several pharmaceutical companies about contraceptive research and development. I have served as an editor or reviewer for all of the major scholarly journals publishing studies about contraceptives including *Obstetrics and Gynecology, American Journal of Obstetrics and Gynecology, Contraception, Human Reproduction, Lancet, NEJM and JAMA.* The American Public Health Association has honored me with its "Young Professional Award for Outstanding Achievements in Maternal and Child Health" and "The Carl Schulz Award for Outstanding Achievements in Population and Family Planning; Planned Parenthood Federation of America with The Margaret Sanger Award and the Michael Burnhill Memorial Award; The Society of Family Planning with its "Lifetime Contributions to Contraceptive Research;" and UCSF with the Chancellor's awards for public service and for advancement of women. I was elected to The National Academy of Medicine in 2004.

I am the author of more than 300 scientific papers, scholarly reviews, abstracts, and book chapters on contraception and gynecology and four books on family planning. I have conducted clinical and acceptability trials of intrauterine, implantable, injectable, vaginal and oral contraceptives, contragestins and surgical devices, through research contracts and grants from The National Institutes of Health (NIH), Centers for Disease Control (CDC), foundations, and pharmaceutical companies.

In addition to conducting research relevant to all aspects of family planning, The Bixby Center provides, under my direction, post-doctoral training in family planning and reproductive infectious diseases to physicians and social scientists and serves as the national headquarters of the Ryan Residency Training Program and the Fellowship in Family Planning, which trains contraceptive researchers at the medical schools of the major American research universities, *e.g.*, Columbia, Emory, Harvard, Hopkins, Penn, Northwestern, Chicago, Washington in St. Louis, Stanford, UCSF, UCLA, UCSD, USC, OHSU, and UW. These universities comprise the principal sites for NIH and foundation-funded contraceptive research which in the USA is carried out mostly by Family Planning Fellowship graduates. For 40 years my own chief interests have been the development and evaluation of contraceptives and the training of contraceptive researchers.

My full Curriculum Vitae, attached hereto as **Appendix A**, provides additional detail.

I am currently leading the following clinical trials:

1. P0518478 (Darney) 11/28/16- ongoing
   SPRL(ESTETRA)

   A Multicenter, Open-label, Single-Arm Study to Evaluate the Contraceptive Efficacy and Safety of a Combined Oral Contraceptive Containing 15 mg Estetrol and 3 mg Drospirenone

2. HHSN275201300006I (Darney)
   National Institute of Child Health and Human Development 11/15/12-11/14/19
   *Contraceptive Clinical Trials Network* $1,437,139

   NICHD project to develop protocols and conduct Phase I, II, III clinical trials for contraceptives. Additional trials will be funded as approaches are identified, and

protocols developed. This funding is for the first protocol, dose-finding, acceptability, and safety of ulipristal acetate as a daily oral contraceptive and for developing additional studies.

3. HHSN275201300006I (Darney) 7/16/13-1/15/16 $878,528

National Institute of Child Health and Human Development
*A Multi-Center, Randomized Study to Evaluate the Pharmacokinetic and Pharmacodynamic Profile, Contraceptive Efficacy and Safety of Daily Oral Low Dose Ulipristal Acetate"*

4. A116078 (Darney) 3/31/10-9/30/18
Medicines360 $687,810

A Phase 3, Randomized, Multi-Center, Open-Label Study of a Levonorgestrel-Releasing Intrauterine System (20 mcg/day) and Mirena® for Long-Term, Reversible Contraception up to Eight Years

5. B0178362 (Darney) 3/1//17-present
Bayer

Phase 3, randomized, Multi-Center, Open-Label Study of a Levonorgestrel-Releasing Intrauterine System – Mirena (20mcg/day) for contraception up to 8 years

In the past I have conducted more than one hundred clinical trials focused on family planning, including the following specifically related to long-acting reversible contraceptives (LARCs) and/or levonorgestrel (LNG):

1983-90 Comparative use effectiveness of two levonorgestrel contraceptive implant systems. (Population Council - $98,000/year)

1986-87 Acceptability of levonorgestrel implant contraception (Population Council - $7,395)

1986-89 Capronor levonorgestrel degradable contraceptive implant - a clinical evaluation (National Institute of Child Health and Human Development - $447,646)

1988-90 Evaluation of safety, efficacy and acceptability of a sustained release norethindrone contraceptive system (Family Health International - $121,000)

1989-94 Comparative trial of T380A and Flexiguard 330 IUDs (Gynopharma - $60,000/yr)

1990-95 Comparative efficacy, safety and acceptability of Norplant and Norplant-2 levonorgestrel contraceptive implants (Population Council - $135,000/yr)

| | |
|---|---|
| 1990-95 | Physiologic effects of levonorgestrel implants (Population Council - $35,000/yr) |
| 1991-96 | Release rates of levonorgestrel by two different contraceptive silastic implants (Population Council - $55,000/yr) |
| 1992-97 | Acceptability of Norplant levonorgestrel contraceptive implants by teenagers (Kaiser Foundation - $60,000/yr) |
| 1993-94 | Production of contraceptive implants continuing medical education videotape (Wyeth Ayerst Laboratories - $65,000) |
| 1994-95 | Norplant localization with radiologic techniques (Wyeth Laboratories, $34,000/yr) |
| 1994-96 | Trial of the safety and efficacy of a 3 keto desogestrel contraceptive implant (Organon, $60,000). |
| 1995-99 | Evaluation of reformulated Norplant 2 levonorgestrel implants' acceptability and safety (Wyeth Laboratories, $75,000/yr) |
| 1995-00 | Phase IV evaluation of levonorgestrel contraceptive implant safety and acceptability (Wyeth Laboratories, $675,000) |
| 2000-01 | Safety and acceptability of a levonorgestrel intrauterine contraceptive system (Berlex, Inc., $31,300) |
| 2003-05 | Phase 3 Multicenter open label study to evaluate the safety and efficacy of Levonorgestrel 90 ug and Ethinyl 20 ug in a continuous daily regimen for oral contraception (Wyeth Pharmaceuticals, Inc., $93,270) |
| 2005-07 | A Randomized, Open-Label, Comparative, multi-Center Trial to Evaluate Contraceptive Efficacy, Cycle Control, Safety and Acceptability of a Monophasic Combined Oral Contraceptive (COC) Containing 2.5 mg, nomegestrol acetate and 17 beta estradiol |
| 2005-07 | Immediate Versus Delayed Initiation of Transdermal Hormonal Contraception after Therapeutic Abortion (Anonymous Foundation, $33,655) |
| 2007-10 | Clinical trial of one year *nesterone and ethinyl estradiol* vaginal contraceptive ring, (Population Council, $368,812) |

A full listing of trials for which I have served as Principal Investigator is attached hereto as **Appendix B**. One past and one current of the studies listed were sponsored by Bayer and a company Bayer subsequently acquired (Berlex). In addition, I have in the past advised Berlex and Bayer about scientific matters and given lectures for which these companies paid me. Neither Berlex nor Bayer have consulted with me regarding any products' liability litigation. I do

not recall being given any information by either company about a potential causal association with pseudotumor cerebri (PTC) or intercranial hypertension (IH). To the best of my recollection, I have never provided scientific advice to Berlex or Bayer regarding the pharmacology of levonorgestrel, nor have I received materials on these matters in confidence. To the best of my recollection, Berlex and Bayer did not provide me any information that would be of use in coming to my conclusions and preparing this report. None of the opinions in this report uses or relies in any way on materials Bayer or others provided me in confidence.

In this report I will state opinions on the following topics:

1. Levonorgestrel (LNG) is a potent androgenic progestin (gestagen, progestogen).
2. Intrauterine delivery, compared to other routes, *e.g.*, oral, subdermal and transdermal, results in wide intra- and inter-individual serum concentrations of LNG.
3. Individual women vary greatly in their physiologic reactions to LNG, regardless of the route of administration.
4. In susceptible individuals, relatively high unbound LNG concentrations can cause, or be a substantial contributing factor in causing, intracranial hypertension/pseudotumor cerebri (IH/PTC).

In forming these opinions, I have drawn upon my knowledge, experience, skill, and training in clinical obstetrics and gynecology, clinical epidemiology, reproductive endocrinology, and pharmacokinetics. In reaching these opinions, I have used the same methods I would use as a researcher, such as the weight of the evidence, and as a treating physician, such as the differential diagnosis. All opinions are stated to a reasonable degree of medical and scientific certainty.

**Intrauterine Contraception Background**

The global application of intrauterine contraception, first with simple stainless steel and plastic devices and later with "active" ones, began in the 1950s. In the 1970s, in order to achieve greater efficacy, first copper wire and sheaths and then progestin (levonorgestrel)-containing plastic cylinders were affixed to plastic IUD frames, often, but not always, in a "T-shaped" configuration. The 1980s saw the decline of IUD use particularly in the United States as

manufacturers discontinued marketing in response to reports of side effects, particularly pelvic infections. Declining use due to unjustified apprehensions about pelvic infection and infertility among physicians and patients affected the economics of IUDs in the USA. The final blow to the IUD in the US came in 1985 with the publication of two reports indicating that the use of IUDs was associated with tubal infertility. Later, better controlled studies identified the all-plastic Dalkon Shield as a high-risk device and failed to demonstrate an association between PID and other IUDs, except during the period shortly after insertion. Research showing that the situation was different for the copper IUDs, and that, in fact, the risk of pelvic inflammatory disease was increased only in women with multiple sexual partners, failed to prevent the negative reaction to IUDs by the American public and the withdrawal of IUDs from the market. It was not until 1988 that the IUD was returned to the US market, first the Copper T 380A initially sold by Ortho, then levonorgestrel (LNG)-releasing Mirena from the US subsidiary of Germany's Schering, and, currently, Germany's Bayer.

The number of reproductive-aged women using the intrauterine device in the US decreased by two-thirds from 1982 to 1988 and further decreased in 1995, from 7.1% to 2% to 0.8%, respectively. Since 1995, the use of the IUD in the U.S. has steadily climbed to about 10% of contraceptors, reflecting the popularity of the levonorgestrel-releasing system in America. In the rest of the world, the IUD is the most widely used method of reversible contraception; currently, more than 180 million women use the IUD, 16.5% of reproductive age women in developing countries and 9.4% in the developed world. Most of these women use copper devices.

The LNG-IUS (levonorgestrel-releasing intrauterine system, Mirena) was developed by the Population Council and first manufactured by Schering-Oy in Finland (later acquired by Schering, and now owned by Bayer)designed to release initially at a rate of 20 µg *in vivo*, progressively declining (reaching half of the initial rate after 5 years).

Levonorgestrel (LNG) is a synthetic steroid hormone; its pharmacological, pharmacokinetic, and pharmacodynamic characteristics are described more fully below. The class of synthetic hormones to which LNG belongs has other names (gestagen, progestogen), but the term progestin is used throughout this Report. Mirena is approved in the USA for 5 years use, but has

been shown in Europe to provide highly effective contraception for 10 years. Trials to extend the period of use in the USA are currently underway and I am an investigator for one of them. A second brand of 20ug/day LNG-releasing IUD, Liletta, is also sold in the USA and is available in some developing countries. I am currently conducting a long-term-use trial of Liletta. Recently marketed in the USA are smaller T-shaped versions of Mirena delivering 12 (Skyla) and 16 (Kyleena) micrograms LNG daily. These new LNG devices have shorter durations of action, lower blood concentrations, and, as a result, fewer progestin-mediated side effects as demonstrated in clinical trials and post marketing experience.

**Pharmacology (PC), Pharmacokinetics (PK), Pharmacodynamics (PD) Background**

Pharmacokinetics, abbreviated as **PK**, is a branch of pharmacology dedicated to determining the fate of substances administered to a living organism, in this case a pharmaceutical drug, the 19 nortestosterone derivative, levonorgestrel. PK attempts to analyze molecular metabolism and to discover the fate of a substance from the moment that it is administered up to the point at which it is completely eliminated from the body. Pharmacokinetics is the study of how an organism affects a drug through absorption, dispersion, metabolism and excretion, whereas pharmacodynamics (PD) is the study of how the drug affects the organism. Both together influence dosing, benefit, and adverse effects, as seen in PK/PD models. Thus, pharmacokinetics and pharmacodynamics are integrally related disciplines, critical to both the safety and efficacy of a drug.

The PK characteristics such as half-life and route of delivery (oral, injection, transdermal, subdermal or intrauterine) of contraceptive steroids — estrogens and progestins such as LNG — are determined for each molecular configuration by the substitution of various carbon and hydroxyl radicals at, in particular, the 6, 11, and 17 positions on the steroid ring, as shown in the diagrams below.

**The Progestin Component of Contraceptives**

The discovery of ethinyl substitution and consequent oral potency led (at the end of the 1930s) to the preparation of ethisterone, an orally active derivative of the major androgen, testosterone. In 1951, it was demonstrated that removal of the 19-carbon from ethisterone to form norethindrone

did not destroy the oral activity, and most importantly, it changed the major hormonal effect from mostly androgenic to mostly progestogenic. Accordingly, the progestin derivatives of testosterone were designated as 19-nortestosterones (denoting the missing 19-carbon). The androgenic properties of these compounds, however, were not eliminated, and anabolic and androgenic potential remains within their structures, much more in some, *e.g.*, levonorgestrel, than in others, *e.g.*, norethindrone.




**Figure 1.** Derivation of ethisterone from testosterone, and removal of carbon-19 to form norethindrone. From Speroff and Darney, Clinical Guide to Contraception, Lippincott, 2012.

The norethindrone family contains the following 19-nortestosterone progestins: norethindrone, norethynodrel, norethindrone acetate, ethynodiol diacetate, lynestrenol, norgestrel and levonorgestrel, norgestimate, desogestrel, and gestodene. These, and others, have all been employed as contraceptives. Among them LNG is the most androgenic, followed by gestodene. As described below, the desire to mitigate potent androgenic capacity motivated the development of third and fourth generation progestins, including those derived from progesterone itself, the 19-norprogesterones. These newer progestins including norgestimate and desogestrel (gonane derivatives), and nesterone and nomegestrol acetate (19-norprogesterones), were designed to display greater selectivity for progesterone receptors and decreased or no androgenic actions.



**Figure 2.** The norethindrone family consisting of the 19-nortestosterone progestins. From Speroff and Darney.

Most of the progestins closely related to norethindrone are converted to the parent compound. Thus, the activity of norethynodrel, norethindrone acetate, ethynodiol diacetate, and lynestrenol is due to rapid conversion to norethindrone. Norgestrel is a racemic equal mixture of the dextrorotatory enantiomer and the levorotatory enantiomer. These enantiomers are mirror images of each other and rotate the plane of polarized light in opposite directions. The dextrorotatory form is known as d-norgestrel, and the levorotatory form is l-norgestrel (known as levonorgestrel). Levonorgestrel is the active isomer of norgestrel.

As they circulate in the body progestins are bound, to varying degrees depending on molecular structure and the concentrations of competing steroids, to sex hormone binding globulin (SHBG) and, to a much lesser extent, albumin. Progestins bound to SHBG cannot bind to cellular progesterone (or androgen) receptors and are, hence, biologically inactive, *i.e.*, cannot have contraceptive actions or cause side effects.

**Mechanism of Action**

Levonorgestrel (LNG)-releasing IUDs add additional mechanisms to the foreign body actions of simple plastic and copper IUDs. These additional hormonal mechanisms account for their increased efficacy compared to earlier IUDs. The endometrium becomes decidualized (thinned out) with atrophy of the glands which can lead to inhibition of implantation, but inhibition of sperm capacitation, penetration, and survival and inhibition of ovulation — a systemic effect — are more important mechanisms. The levonorgestrel IUS produces serum concentrations of the progestin that are, on average, less than those of LNG pills or implants, but high enough that ovarian follicular development and ovulation are partially inhibited. Accordingly, the Mirena label states: "Ovulation is inhibited in some women using Mirena. In a 1-year study, approximately 45% of menstrual cycles were ovulatory, and in another study after 4 years, 75% of cycles were ovulatory." In addition, the LNG released by the IUD thickens the cervical mucus, creating a barrier to sperm penetration.

Sufficient progestin reaches the systemic circulation from the levonorgestrel-containing IUD so that suppression of ovulation may occur, as described above, and androgenic side effects, such as acne and hirsutism, can — and commonly do — occur; sex hormone-binding globulin (SHBG) is the main binder of LNG, and high circulating SHBG levels may mitigate marked clinical effects. However, SHBG levels are highly variable both inter- and intra-individually because they are affected by a number of factors including body weight, endogenous estrogen production, hepatic metabolism and other factors. Therefore, some users experience facial, androgenic skin changes, effects on mood and other, less common, symptoms of hyperandrogenicity. According to the most recent label, approved on May 25, 2017, 16.3% of women in pivotal clinical trials with Mirena reported headache/migraine; 6.8% reported acne; 7.5% reported benign ovarian cysts and associated complications; and less than 5% of women reported alopecia, and hirsutism.

1. **Levonorgestrel (LNG) is a Potent Androgenic Progestin.**

All synthetic progestins are intended to exhibit the contraceptive actions of endogenous progesterone (P), which is produced by women at high levels after ovulation and during pregnancy, through their high affinity to progesterone receptors (PR). Thus, the combined class of both natural P and synthetic progestins are often referred to as progestins (or gestagens or

progestogens). Yet, each of the synthetic progestins has its own chemical structure, and may bind to other members of the steroid receptor family (*i.e.*, the receptors specific to the other endogenous steroid hormones estrogen (ER), androgens (AR), glucocorticoids (GR), and mineralocorticoids (MR)). The set of steroid receptors to which any progestin may bind, as well as its affinity and potency to each receptor, will determine its capacity for certain biological activities at target organs within the body. Further complicating prediction of androgenic effects of individual progestins are the characteristics of the receptors, *i.e.*, the degree to which they exhibit "antagonism" and "agonism" when exposed over time to a particular exogenous steroid. All of these factors make it extremely difficult for those developing contraceptives as well as for clinicians prescribing contraceptives to predict for an individual woman to what degree she is likely to experience side effects from her method.

Those progestins derived from testosterone, the so-called 19-nortestosterones, reflecting the removal of carbon 19 from testosterone in order to change the major hormonal effect from androgenic to progestogenic, as described and diagramed above, retain varying degrees of androgenic activity. LNG's relative affinity to the AR has been characterized as .220 that of dihydrotestosterone (DHT), the androgen standard.




**Figure 3.** Relative binding affinities (RBAs) of synthetic progesins to androgen receptors in rat prostate. *P = progesterone; 17-D-NGM = 17-deacetyl norgestimate; DHT = dihydrotestosterone; GSD = gestodene; 3-K-DSG = 3-keto-desogestrel; LNG = levonorgestrel; NGM – norgestimate*. From Upmalis D, Phillips A. Receptor binding and in vivo activities of the new progestins. JSOGC 1991; 13: 35.

LNG is the most potent and androgenic of the progestins used in contraceptives. Its potency makes it particularly adaptable for "sustained release" contraceptive systems like implants and

IUDs (sometimes called "long-acting reversible contraception" or "LARC") because these delivery systems must contain a high level of contraceptive action (progestin receptor binding) in a small volume of plastic.

The ideal progestin for contraceptive use should exert a progestational response at a low concentration, and only elicit androgenic response at a high concentration. The minimum threshold for LNG's contraceptive efficacy varies by route of administration, but is generally quite low. For example, it is lower for implant administration than for oral and still lower for intrauterine delivery. Yet, because of LNG's potency, the threshold for undesired biological activity is also quite low. LNG shows a marked lack of selectivity because, more than other progestins, it binds avidly to androgen receptors, meaning that adverse systemic side effects can also be expected even at relatively low dosages effective for contraception.

One measure of selectivity, represented as progestogenicity versus androgenicity, is the androgen-to-progestin (A/P) receptor binding ratio. This ratio is commonly applied to synthetic contraceptive progestins to judge their likelihood of causing androgen-related physiologic changes and side effects in users, for example undesirable hepatic effects like lowering HDL ("good cholesterol") and skin effects like acne. As seen in **Figure 4,** the A/P receptor binding ratio of LNG is several-fold closer to the testosterone standard DHT than to progesterone.




**Figure 4.** Androgen-to-progestin (A/P) receptor binding ratios. Abbreviations as in Figure 3. From Upmalis and Phillips.

The androgenicity of a particular sex steroid is determined by three processes together: 1) direct binding to receptors on target organs (discussed above); 2) the effects the steroids have on SHBG; and 3) the degree to which they are themselves bound to SHBG.

Regarding the second point, LNG is known to decrease SHBG over time. This effect has been documented for various routes of administration: oral administration of LNG alone results in approximately 50% decrease in SHBG; a mean decline of about 30% was seen up to 6 months after insertion of Mirena in 10 healthy young women. This decrease is both statistically and clinically significant. It is important clinically because a decrease in SHBG means that a higher proportion of circulating androgens are "free" and available for binding to androgen receptors resulting in androgenic side effects.

Finally, LNG binds with high specificity and high affinity to SHBG. Of the synthetic progestins, only gestodene binds with greater relative affinity to SHBG. Estrogens and androgens are the only steroids capable of binding to SHBG, and compete for binding thereto. Reports of LNG's affinity to SHBG range from 13% of the affinity of DHT to 50% in competition with endogenous DHT and other androgens. Accordingly, the 2017 Mirena label states under its distribution heading: "The apparent volume of distribution of LNG is reported to be approximately 1.8 L/kg. It is about 97.5 to 99% protein-bound, principally to sex hormone binding globulin (SHBG) and, to a lesser extent, serum albumin." The affinity of LNG for SHBG is also clinically important because, in binding to SHBG, LNG displaces endogenous androgens which are then "free" to activate androgen receptors and lead to additional side effects. Several studies with Norplant found resultant increase in circulating androgens.

As a result of the three factors described above, androgenic side effects of LNG can be expected even at low doses. In 2010, in a draft response to a request from the Belgian Health Authority regarding known androgenic effects of Mirena, Bayer acknowledged that: "In comparison to other progestins, LNG is known to have a high binding affinity to androgen receptors causing androgenic side effects. Thus, LNG among other progestins is known to display certain androgenic side effects. Apart from direct androgen receptor interaction, binding to sex hormone binding globulin (SHBG) and displacement of testosterone is supposed to lead to an increase in free, metabolically

active testosterone." Bayer concludes, "The androgenic side effects of levonorgestrel have been known for a long time."

In order to help patients avoid known androgenic side effects of LNG, I and other clinicians moved away from the use of LNG-containing oral contraceptives to less androgenic ones like norgestimate, desogestrel, and drosperinone (used in Bayer's oral contraceptives). LNG is the only hormone currently available for intrauterine delivery, and often seems an attractive option for women because of Bayer's "low" dose and "no estrogen" marketing.

Typically, reducing dosage should minimize the undesired biological effects, *i.e.*, adverse side effects, of any pharmaceutical compound. However, in lowering dose one must consider the impact on the desired effect, or in the case of LNG, contraceptive efficacy. Because LNG is so potent, as described above, contraception may be achieved at a relatively low dose; yet, androgenic side effects cannot be eliminated. This inherent limitation of progestins derived from testosterone (*i.e.*, high affinity and potency at the AR), spurred the development of two new generations of progestins derived from either levonorgestrel, or progesterone – the so-called 19-norprogesterones. Thus, an obvious intended advantage of newer generations of progestins is the mitigation of androgenic effects on lipoprotein and carbohydrate metabolism, and other androgen-mediated side effects. These newer progestins, for example norgestimate and desogestrel, were designed to display greater selectivity to progesterone receptors (PR) and decreased or no androgenic actions.

Bayer has taken two routes to avoid the androgenic effects of levonorgestrel in its products. For oral delivery, Bayer has worked to develop and employ synthetic progestins with much-decreased androgenic activity. Drospirenone used in Bayer products like Yasmin and Yaz provide examples of oral contraceptives that have competed very successfully with LNG-containing pills because of decreased androgenicity.

For intrauterine delivery, Bayer has patented Skyla and Kyleena to reduce both the expected release rate, and resultant circulating concentrations of LNG. Bayer has also worked to develop a new progestin for intrauterine delivery, though this project was discontinued for non-safety

related reasons (*i.e.*, a demonstrated lack of efficacy). According to a patent application, the developmental new progestin (NP) was demonstrated in comparative transactivation studies to have an androgenic effect at least ten times lower than LNG, and a marked local versus systemic dissociation, expected to result in no systemic androgenic effects even at systemic concentrations comparable to Mirena use.

**2. Intrauterine delivery, compared to other routes, *e.g.*, oral, vaginal, subdermal and transdermal, results in wide intra- and inter-individual serum concentrations of LNG.**

Serum concentrations of LNG vary widely both intra- and inter-individual, regardless of route of administration. First, serum levels vary with duration of use, in conjunction with the gradual decline in expected release rate over time. Weight and BMI also impact serum LNG concentrations, due to differences in the volume of distribution of the drug. As described above and below, body weight has a significant impact on baseline SHBG concentration, which is also partly responsible for differences in drug distribution and metabolism. A clinic factor (*i.e.*, the clinic where measures are taken) has also been documented to contribute to variability of LNG concentrations, perhaps attributable to population differences in levels or affinities of SHBG, or to other metabolic and non-metabolic factors. Finally, there is considerable inter- and intra-assay variability in LNG measurements, depending on the method employed, *e.g.*, radio-immuno assay vs. mass spectrometry. Some of this variation is eliminated by processing all of the samples from a particular study at the same time at the same laboratory, but storage and transport required for this approach may also alter results. As Bayer has explained in clinical trial reports, the high inter-individual variability of serum levels makes accurate calculation of important pharmacological parameters such as the half-life of LNG difficult or impossible.

I and others have documented the profound effects of synthetic progestins, including LNG, on endometrial histology. These changes include: the appearance of prominent, dilated surface vessels, and cytoplasmic contraction, increased electron density, and plasmolemmal vesicles of the capillaries. Endometrial veins are also increased and dilated: The average density of endometrial blood vessels was reduced by 58% in a study of Norplant users compared to controls. Though the mechanisms by which sex steroids alter endometrial vascular function are still not fully understood, they likely involve mediation by vascular endothelial growth factor and

other angiogenic peptides. The extent of these effects varies with the formulation, dose, route of administration, duration of use, and, of course, the potency of the progestin in altering the secretion of physiologic sex hormones and production of SHBG.

While Mirena is expected to release less LNG daily on average than Norplant, the LNG released from Mirena is delivered directly into the uterus, where it is first distributed to the endometrium. There, LNG is absorbed through the blood vessels into the blood, and brought through the systemic circulation to the tissues and cells at target organs. As described above, the endometrial vasculature, because it is uniquely sensitive to progestin and estrogen hormones, provides a much less stable network for drug absorption than subdermal (for implant contraception) or intestinal (for oral contraception) vasculature networks that are not primarily modulated by sex hormones. Hence, systemic LNG concentrations from intrauterine delivery systems like Mirena are much less predictable and stable than those from subdermal or oral administration.

Not only is greater variability to be expected with intrauterine delivery of LNG because of these physiologic considerations, comparative studies (both with true head-to-head measures, and population-based PK analyses) have demonstrated a greater variability with the intrauterine route of administration. An example of each follows.

Prior to submission of the Mirena New Drug Application (NDA), a study was performed by Berlex to compare suppression of endometrial proliferation for subdermal versus intrauterine administration of LNG in menopausal women receiving oral estrogen. The subdermal application consisted of one rod of the Jadelle (Norplant-2) system releasing approximately 40 micrograms per day for the first month, and approximately 15 micrograms per day in long-term use. The intrauterine application (Levonova) released approximately 20 micrograms per day, consistent with the currently marketed Mirena device. Even with the highest intrauterine value excluded from the analysis and one subject withdrawal at month six, total serum levels show greater range and a greater standard deviation from the mean at month six and month twelve with intrauterine release. The only time that subdermal application showed greater range or variation was at month one, where average daily release rate was expected to be double that of intrauterine administration.

A recent draft manuscript prepared by Bayer's Director of Pharmacokinetics for women's healthcare products, describes summary statistics of average total and estimated unbound LNG serum concentrations for various routes of administration. The group responsible for this and another draft manuscript utilized a population PK (popPK) integrated analysis, calculating the geometric mean at various time points for the included studies, and the calculated coefficient of variation (CV) for both measured total serum LNG and estimated unbound LNG. For measures at every time point (day 25, 2 months, 3 months, 6 months, 1 year, 2 years, 3 years, 4 years, 5 years), the intrauterine systems Mirena (LNG-IUS 20), Kyleena (LNG-IUS 12), and Skyla (LNG-IUS 8) show greater CV for total serum LNG than the implant (Jadelle). Interestingly, CV is greater even for the lower dose IUDs, though fairly steady between the two.

There is also high intra-individual variability with intrauterine LNG administration. As seen in a study of Japanese women (A10982), the same individual may have average (relative to study values) serum LNG concentrations at one measure (*e.g.*, month one), and significantly higher serum LNG measured at the next visit (*e.g.*, month six) despite an expected decline of release rate. The Japanese study showed high variability both between individual users (range at one month: 89.9 to 1415.4 pg/mL), and at different timepoints for the same individual. Some examples include subject 657109 (297 at month one; 427.3 at month six); subject 656904 (493.5 at month one; 1055.2 at month six); subject 656902 (565.2 at month one; 859.2 at month six); subject 653402 (436.4 at month one; 657.3 at month six); and 653910 (388.9 at month one; 519.4 at month 6). This variability means clinically that users may develop androgenic symptoms in some cycles (month of use) but not in others.

Comparison of area under the curve (AUC) for Mirena, Kyleena and Skyla show high variability and extreme values. This PK parameter measures the area under the plasma drug concentration time curve, and represents the true exposure after administration of a single dose over time. For steroidal contraceptives, this measure is most indicative of hormonal homeostasis. As would be expected from its higher daily release rate and consequent higher serum concentrations, Mirena's AUC is greater and more variable than those of the lower dose systems, as seen in phase II comparative study A46796. AUC measures (subset 3) for 13 women receiving Mirena ranged from 104132.89 to 426106.40 NG*D/L; for 12 women receiving Kyleena ranged from 10518.53

to 305056.26 NG*D/L; and for 12 women receiving Skyla ranged from 45109 to 122495.89 NG*D/L. Consequently, symptoms related to excessive androgenicity are less frequent in women using these new lower-dose intrauterine LNG delivery systems.

**3. Individual women vary greatly in their physiologic reactions to LNG.**

Although acne and other androgenic symptoms more commonly develop when high doses of androgenic molecules such as LNG are utilized this observation typically refers to oral contraceptives that necessarily employ relatively high doses of LNG to obtain acceptable bleeding patterns when combined with lower doses of estrogen. With intrauterine administration, as from Mirena, relatively lower doses are sufficient for contraceptive efficacy because of delivery directly to the uterus, endometrium, and cervix. LNG, however, exhibits androgenic effects even at relatively low systemic doses, particularly in women who are highly sensitive to increased androgens.

It is important when discussing the potential biological activity of LNG (both contraceptive efficacy and androgenic side effects) to consider not only total serum concentrations, but estimated or measured free levels of LNG. While total LNG serum levels may be helpful for predicting biological effect when SHBG concentrations are not available, they do not give an accurate picture of biological capacity. It is well-established for many steroid hormones, and specifically for LNG, that only the free or unbound hormone is available for receptor binding and cellular expression. Because LNG is so highly bound to SHBG (and to a lesser extent, to albumin) as described above, one must take into account the circulating levels of SHBG when assessing potential adverse effects. As Fotherby and others have noted, for extensively bound drugs, such as LNG (and many other progestins), small changes in binding to these two proteins may have important implications. A decrease in the relative distribution of bound LNG from 98% to 96% would result in a doubling of the unbound fraction from 2% to 4% and, hence, greatly increase the probability of untoward hyperandrogenic effects.

While the effect of albumin binding on unbound levels of LNG is negligible, circulating SHBG levels greatly impact levels of unbound, or biologically active, LNG. Several factors affect the circulating levels of SHBG. As described above, the relatively high initial release rate of LNG

from Mirena results in an approximate 30% decrease in SHBG levels. Additionally, obesity has been demonstrated to decrease baseline SHBG levels as much as 50%.

My colleague Frank Alvarez demonstrated in 1998 that LNG has an inhibitory effect on sex hormone binding globulin (SHBG), and that this decrease in SHBG leads to an increase in the free levonorgestrel index (FLI), allowing a given dose of LNG to have a stronger biological effect, *i.e.*, increased contraceptive as well as androgenic side effects. These results demonstrate the need to take the serum concentration of SHBG into account to understand and predict the pharmacodynamic and biological effects of levonorgestrel administration including androgenic side effects. Alvarez found that the FLI was at its highest for the first 17 months to 2 years of use, which also corresponded to the highest suppression of ovulation.[1]

In 2016 my colleagues Alison Edelman and Jeffrey Jensen observed that, since LNG is highly bound to SHBG, an elevated free fraction of hormone could result in unpredictable effects on clearance and that it was unclear whether an SHBG-associated increase in free fraction would also alter free concentrations, the pharmacologically active form of the drug. They showed that levels of free LNG were approximately 1% of the total levels in a non-obese user. Although there was no significant difference in the free Cmax between obese and normal BMI women receiving two different doses of LNG (0.065 ng/mL vs 0.089, p = 0.37), the absolute proportion of free drug was higher in the obese group (1.2% versus 0.8). As discussed above, while this increase may appear minor, it represents a significant 50% increase in the absolute proportion of free drug, and thus, the probability of untoward hyperandrogenic effects.

Edelman and Jensen further observed that the fraction of LNG unbound, or free percentage, was inverse to SHBG levels. Serum SHBG levels were significantly lower in obese compared to normal BMI women (70.4 nmol/L±21.6; p=0.015). Yet, SHBG levels were similar in obese

---

[1] Similarly, Olsson and others showed that women who became pregnant while using Norplant-2 covered rods had similar plasma LNG levels as those who did not become pregnant, but a significantly lower FLI. Although Mirena's primary contraceptive mechanism is believed to be local, suppression of ovulation is significant for at least the first year, and is evidence of systemic, biologically active hormone. A study by Xiao and Luukkainen in affiliation with Leiras found that 55% of 29 cycles were anovulatory, though serum LNG concentrations were significantly lower than expected average levels. Again, this is strong evidence of LNG's potency, and a low threshold for biological activity, *i.e.*, clinically significant systemic hormonal endpoints even at low serum LNG concentrations.

BMI women between the two dosing regimens (ECx1 35.6 nmol/L±6.8; ECx2 33.2 nmol/L±11.2; p=0.42). Compared to normal BMI women, the increase in fraction unbound was approximately 35% in obese women at both doses.

Furthermore, the scientific literature demonstrates that individual sensitivity to sex hormones, including LNG, is also quite variable. For example, hirsutism has been attributed to either increased production of, or increased sensitivity of the hair follicles to normal levels of, circulating androgens. Varying sensitivity of women to negative mood changes induced by progestin has also been documented in the literature. Others have suggested that the sebaceous glands may be sensitive to even small amounts of DHT. Acne and hair loss provide good examples of the clinical impact of this sensitivity, because they are relatively common manifestations of hyperandrogenicity in hormonal contraceptors.

Additionally, in my experience with many hundreds of women participating in my clinical trials of a variety of LNG containing contraceptives (oral, implantable and intrauterine), susceptibility to acne or hair loss varied widely, even among women with about the same serum concentrations of LNG. The variability of reaction to LNG was greatest among those participating in trials of LNG by intrauterine administration. Many of Bayer's internal reviews of post marketing case reports of adverse events among Mirena users state that some women are "highly sensitive" to exogenous androgenic progestins so that, in Mirena users with low average concentrations of LNG, "extreme sensitivity to the hormone" (LNG) may result in hyperandrogenic symptoms like acne, hair loss, or PTC. I agree with Bayer's observations, which are consistent with my clinical experience.

Analysis of A46796PK study data (dose finding for Skyla and Kyleena vs Mirena) shows that adverse events related to androgenicity and progestogenicity occurred in conjunction with the highest levels of LNG. For example, in a Phase II study, ovarian cysts were reported in 25.2% of Mirena users (20 ug), 9.8% of Skyla users (then LCS16), and 8.8% of Kyleena users (then LCS12). Yet, a significant percentage of users of even these lower dose formulations experienced this clinical endpoint. Furthermore, in study A46796, the same expected androgenic reactions were reported in women of varying BMI, total serum LNG concentrations, total serum

SHBG concentrations, and estimated free LNG concentrations (calculated as FLI, described above). Representative subjects from this study for all three dosages are presented, along with their BMIs, reported adverse reactions, serum LNG and SHBG measures, and calculated FLI, in **Appendix C** attached hereto.

**4. In susceptible individuals, relatively high unbound LNG concentrations can cause, or be a substantial contributing factor in causing, pseudotumor cerebri.**

Pseudotumor cerebri (PTC), sometimes called intracranial hypertension (IH), causes changes in vision and hearing, headaches, and, in severe cases, vision loss. It is diagnosed by eye examination – papilledema, or swelling of the optic nerve, is the most common sign – and, most specifically, lumbar puncture showing high intracranial pressure associated with a normal brain scan, *i.e.*, absence of a brain tumor, hence the nomenclature "pseudotumor." PTC has long been thought to be associated in some way with variations in sex steroid levels, or heightened sensitivity to such variations, because, after puberty, it is much more common in women than men, disproportionately effects women who are having menstrual cycles, and is particularly common in obese women and in those who have abnormalities of steroid metabolism, such as Cushing's Syndrome, Graves' and Addison's diseases, and polycystic ovarian syndrome (PCOS), an abnormality of androgen metabolism causing symptoms of hyperandrogenism, such as acne, hair loss, and increased waist to hip ratio (WHR).

Although PTC was first identified approximately 120 years ago, its relationship to steroid hormones with androgenic effects has more recently become clearer. For example, Glueck et al. studied 65 (consecutive) women referred due to PTC. In this study, 37 of the 65 women had polycystic ovaries (PCOS). As is typical of PCOS patients, all of the 37 were obese: 16 had a BMI between 30 and 40, and 19 had a BMI >40. There were also some findings related to conventional predictors of hormone-related thrombotic risk. Thirty-eight percent of the women with PTC were homozygous for the thrombophilic C677T mutation in the methylene tetrahydrofolate reductase gene: a finding present in only 14% of 102 controls. Nine of the patients also had baseline Factor VIII levels greater than 150% percent, 29 had elevations of lipoproteins (a common androgenic effect), and roughly half had symptoms appear during a high-estrogen state (oral contraceptive use, estrogen replacement therapy, or pregnancy). This study provides a biologically plausible explanation of the association of PCOS with PTC through

thrombophilia and hypofibrinolysis. It is worth noting here that LNG administration can cause both anovulation and androgenic side effects like acne and hirsutism, which are also the most common findings in PCOS women.

A 2013 study found that circulating androgens including androstenedione (A4), testosterone (T), and the bioavailable — *i.e.*, unbound — fraction of testosterone were clearly linked to an early age of onset of IIH. While PCOS and simple obesity are also conditions associated with increased androgens in females, other investigators more recently noted that the androgen profile in women with PTC is distinct from that in women with either PCOS or simple obesity. This finding is consistent with a biologically plausible causative role for LNG, given the above discussion of the importance of SHBG levels and LNG's competition with endogenous androgens for binding, which leads to increased circulating androgens. Further biologic plausibility of the association of PTC and LNG comes from Westgate's observation that women with increased secretion of CSF also have high androgen levels, and case reports showing that genotypic women receiving androgens for gender reassignment are also at increased risk of developing PTC.

The association of LNG with PTC predated the widespread use of Mirena when cases of PTC among users of Norplant and Jadelle were reported. At least one report has implicated LNG-only emergency contraception. Review articles about PTC epidemiology and secondary, *i.e.*, medication-induced, intracranial hypertension, have for years included LNG among potential causative agents highly associated with PTC. Warnings, precautions, and contraindications for PTC have been added to the labeling for Norplant and Jadelle (the Jadelle label is FDA approved and recently updated, although never yet distributed in the United States). In a 2002 clinical monograph, my colleague Irving Sivin wrote that women using Jadelle should see their healthcare provider for changes in the frequency, pattern, or severity of headaches, or blurred vision – symptoms which may be indicative of PTC – and women experiencing papilledema should have Jadelle removed.

PTC is a rare condition even among those susceptible to it, as described above, so studies of typical participants in clinical trials are unlikely to reveal an association unless the sample sizes

are very large. For example, Sivin, in launching a post marketing epidemiologic study of LNG-containing Norplant compared to non-hormonal contraceptive methods (copper IUD or sterilization) found no differences in morbidity rates for a wide range of conditions, but the study was not sufficiently powered to detect differences in PTC rates among the three groups. To my knowledge, there has never been any clinical trial of any LNG product that was sufficiently powered to detect PTC.

On the other hand, neuro-ophthalmologist Valenzuela and gynecologist Sanders, beginning with cases of PTC, assessed the influence of LNG IUS use on PTC incidence among women in the University of Utah medical system and found a significantly greater risk among women who had used or were using Mirena, (relative risk of 7.69). Valenzuela and Sanders also investigated PTC incidence among women in the Rigshospitalet in Denmark and found a relative risk of 3.90 among users of LNG IUS, a nearly four-fold increase. In light of scientific and medical evidence supporting a biologically plausible causative role for androgenic steroids such as LNG, this data strongly supports the conclusion that Mirena and LNG can cause, or be a substantial contributing factor in causing, PTC.

Thus, I do not agree with the authors' recommendation not to remove Mirena from women who develop PTC. Certainly, PTC is an uncommon outcome, and Mirena has a positive risk-to-benefit profile for many individuals. Physicians, however, must make a risk-to-benefit assessment for each patient, and there are many safe, effective contraceptive options available. As with the deep vein thrombosis (DVT) risk associated with combined oral contraceptives, physicians and potential patients, particularly those at an already increased risk, should be warned of a serious — even if rare — adverse event such as PTC which, if not promptly recognized and treated can have serious consequences, including blindness. Since some women improve after Mirena removal, a label warning would help a physician make the otherwise unusual PTC diagnosis and institute treatment, including discontinuation of exposure to LNG.

These findings were further supported when, in July 2017, the German Federal Institute for Drugs and Medical Devices ("BfArM") requested Bayer provide an analysis of the risk of PTC

associated with use of the LNG IUS (Mirena). The response provided by Bayer in October 2017 included a literature search of papers discussing exogenous progestins and PTC and a review of Bayer's individual case safety reports, which included 315 Mirena cases and 4 Jaydess cases. The papers identified appeared to support an association and included Valenzuela and Sanders' work. Also cited were two published case histories of PTC in LNG IUS users (Martinez and Ros Forteza), and case reports of PTC in Norplant users (Wysowski and Alder), which Bayer says "have been cited as evidence for an association by some").

Bayer raises criticisms of these reports (by questioning the control exposures; suggesting Martinez was misdiagnosed with PTC; noting potential confounding of Ros Forteza due to minocycline (a confounder because it is also shown to increase PTC risk and is sometimes used to treat acne caused by exogenous androgens); and noting potential confounding in Wysowski's report due to obesity), but these criticisms, taken separately or together, are, in my view, not enough to render the accumulated scientific findings invalid. In fact, the literature identified by Bayer's search is consistent with the opinions I have expressed in this report.

Further, Bayer's review of case safety reports showed that the majority of PTC reports with time-to-onset information occurred in the first two years of use, when LNG levels are at the highest and most variable, and that the majority of cases in which the LNG IUS was removed experienced recovery or improvement. Bayer has comments about these cases but, again, those criticisms are not sufficient to render the entirety of the accumulated data invalid. The time-to-onset and removal data are consistent with the opinions I have expressed in this report, that is:

1. Levonorgestrel (LNG) is a potent androgenic progestin (gestagen, progestogen).
2. Intrauterine delivery, compared to other routes, *e.g.*, oral, subdermal and transdermal, results in wide intra- and inter-individual serum concentrations of LNG.
3. Individual women vary greatly in their physiologic reactions to LNG, regardless of the route of administration.
4. In susceptible individuals, relatively high unbound LNG concentrations can cause, or be a substantial contributing factor in causing, pseudotumor cerebri.

Philip D. Darney, MD, MSc
December 27, 2017

**SOURCES CONSULTED AND/OR RELIED UPON**

**Scientific Literature**

Africander et al., *Molecular mechanisms of steroid receptor- mediated actions by synthetic progestins used in HRT and contraception*, 76 Steroids 636, 636 (2011)

Affandi B, Cekan SZ, Boonasemsanti W, Samil RS, Diczfalusy E. The interaction of sex hormone binding globulin and levonorgestrel released from Norplant®, an implantable contraceptive. Contraception 1987;35:135-45.

Ainat Klein, Naftali Stern, Etty Osher, Efrat Kliper & Anat Kesler (2013) Hyperandrogenism is Associated with Earlier Age of Onset of Idiopathic Intracranial Hypertension in Women, Current Eye Research, 38:9, 972-976.

Alder, J. B., F. T. Fraunfelder, and R. Edwards. Levonorgestrel implants and intracranial hypertension. *N. Engl. J. Med.* (1995) 332(25):1720-1721.

Alvarez, F., Brache V, et al. Sex hormone binding globulin and free levonorgestrel index in the first week after insertion of Norplant implants. Contraception 1998; 58(4):211-214.

Brache V, Alvarez-Sanchez F, et al. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. Adv Contraception. 1992;8:319-326.

Buchanan I, Hansen K, Bedolla J (2017) Idiopathic Intracranial Hypertension in a Transgender Male on Hormone Therapy. Arch Emerg Med Crit Care 2(1): 1019.

C. Hornby *et al.* What do Transgender Patients Teach Us About Idiopathic Intracranial Hypertension? *Neuro-Ophthalmology* (2017).

Cherala G, Edelman A, Dorflinger L, Stanczyk FZ, The elusive minimum threshold concentration of levonorgestrel for contraceptive efficacy. Contraception 94 (2016) 104-108.

Darney PD, The Androgenicity of Progestins. *Am J Med* 1995, 98 (Suppl 1A): 104S-110S.

Darney PD, Taylor RN, Klaisle C, Bottles K, Zaloudec C. Serum concentrations of estradiol, progesterone and levonorgestrel are not determinants of endometrial histology or abnormal bleeding in long-term Norplant implant users. Contraception 1996;53:97-00.

Dorflinger, Laneta J. "Variability in Steroid Pharmacokinetics: Needs for Future Reaearch." *Steroid Contraceptives and Women's Response: Regional Variability in Side-Effects and Pharmacokinetics*, ed. Rachel Snow and Peter Hall, 1st ed., Springer Science+Business Media LLC, 1994, pp. 239-245.

Edelman AB, et al. Impact of obesity on the pharmacokinetics of levonorgestrel-based emergency contraception: single and double dosing. Contraception 2016; 94(1):52.57.

Evans DJ, et al. Relationship of Androgenic Activity to Body Fat Topography, Fat Cell Morphology, and Metabolic Aberrations in Premenopausal Women. *J Clin Endocrin Metab* 1983; 57(2):304-310.

Faundes A, Alvarez-Sanchez F, Brache V, Jimenez E, Tejada AS. Hormonal changes associated with bleeding during low-dose progestogen contraception delivered by Norplant subdermal implants. Adv Contracep 1991;7:85-94.

Fotherby K. Potency and Pharmacokinetics of Gestagens. Contraception 1990; 41(5):533-550.

Fotherby K. Levonorgestrel. *Clin Pharmacokinet*. 28 (3): 203-15. 1995.

Friedman, D I and D. M. Jacobson. Diagnostic criteria for idiopathic intracranial hypertension. *Neurology* 2002; 59(10):1492-1495.

Friedman, DI Idiopathic intracranial hypertension. *Curr. Pain Headache Rep.* 2007;11(1):62-8.

Friedman DI, MD, *Medication-Induced Intracranial Hypertension in Dermatology,* Am. J. Clin. Dermatol. 2004; 6(1): 29-37.

French V.A., Darney P.D. (2016) Implantable Contraception. In: Shoupe D., Mishell, Jr. D. (eds) The Handbook of Contraception. Current Clinical Practice. Humana Press, Cham.

Glueck CJ, Iyengar S, Goldenberg N, Sieve-Smith L, and Wang P, Idiopathic intracranial hypertension: associations with coagulation disorders and polycystic-ovary syndrome. J Lab Clin Med 2003;142(1):35–45.

Glueck C.J., Aregawi D., Goldenberg N., Golnik K.C., Sieve L., Wang P. Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia. J Lab Clin Med. 2005;145, 72.

Haimov-Kochman et al. Management of a perforated levonorgestrel-medicated intrauterine device-a pharmacokinetic study: Case report. Human Reproduction. 2003; 18:1231-1233.

Hammond GL. Plasma steroid-binding proteins: primary gatekeepers of steroid hormone action. *J. Endocrinol* (2016) **230**:1, R13-R25.

Hornby C, O'Reilly M, Botfield H*, et al* THE ANDRO-METABOLIC SIGNATURE OF IIH COMPARED WITH PCOS AND SIMPLE OBESITY. *J Neurol Neurosurg Psychiatry* 2016;**87:**e1.

Hourihan H, Sheppard B, Belsey E, Brosens I. Endometrial vascular features prior to and following exposure to levonorgestrel. Contraception 1991;43:375-85.

Hourihan H, Sheppard B, Bonnar J. A morphometric study of the effect of oral norethisterone or levonorgestrel on endometrial blood vessels. Contraception 1986;34:603-12.

Hunter MH & Carek PJ, Evaluation and Treatment of Women with Hirsutism. Am Fam Physician 2003;67(12):2565-72.

International Collaborative Post-marketing surveillance of Norplant((R)) contraceptive implants: II. Non-reproductive health (1). Contraception. 2001;63(4):187-209.

Ivancic & Pfadenhauer, *Pseudotumor Cerebri after Hormonal Emergency Contraception*, 52 Eur. Neurol. 120 (2004).

Jia MC, Zhou LY, Ren S, Dong L, and Xiao B. Serum SHBG levels during normal menstrual cycle and after insertion of levonorgestrel-releasing IUD. *Adv Contraception* 1992;8:33-40.

Johannisson E. Effects on the endometrium, endo- and exocervix following the use of local progestogen-releasing delivery systems. Contraception 1990;42:403- 21.

Kempegowda P, et al. 2016 Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity. Presented at 18th European Congress of Endocrinology 2016, Munich, Germany. *Endocrine Abstracts* 41 EP728.

Kuhnz W, AI-Yacoub G, Fuhrmeister A. Pharmacokinetics of levonorgestrel in 12 women who received a single oral dose of 0 .15 mg levonorgestrel and, after a washout phase the same dose during one treatment cycle. Contraception 1992; 46:443-454.

Kuhnz, W., G. al-Yacoub, and A. Fuhrmeister. 1992. Pharmacokinetics of levonorgestrel and ethinylestradiol in 9 women who received a low-dose oral contraceptive over a treatment period of 3 months and, after a wash-out phase, a single oral administration of the same contraceptive formulation. Contraception 1992; 46(5):455-469.

Lai J, et al. The Role of Androgen and Androgen Receptor in the Skin-Related Disorders. *Arch Dermatol Res.* 2012 September; 304(7): 499-510.

Lan P, Aedo A, Landgren B, Johannisson E, Diczfalusy E. Return of ovulation following a single injection of depo-medroxyprogesterone acetate: a pharmacokinetic and pharmacodynamic study. Contraception 1984;29:1-18.

Luukkainen T, Pakarinen P & Toivonen J. Progestin-Releasing Intrauterine Systems. *Semin Reprod Med*, Dec 2001;19(4):355-63.

Martinez et al., *Atypical Pseudotumour Cerebri*, 34 NEURO-OPHTHALMOLOGY 255 (abstract) (2010).

M.N.G. Dukes, Chapter 40.1 Hormonal contraceptives. M.N.G. Dukes and J.K. Aronson, editors. Section editor: B. Vrhovac. *Meyler's Side Effects of Drugs, 11th Edition.* 2000 Eleviser Science

B.V. (Reproduced at MIR_IIH_EU00885953).

Mowl AD, Grogg JA, Klein J. Secondary pseudotumor cerebri in a patient undergoing sexual reassignment therapy. *Clin Exp Optom* 2009: 5: 449-453.

Nilsson B, von Schoultz B. Binding of levonorgestrel, norethisterone and desogestrel to human sex hormone binding globulin and influence on free testosterone levels. Gynecol Obstet Invest 1989;27(3):151-4.

Olsson S-E, Odlind V. "Free Levonorgestrel Index" (FLI) is a better parameter than plasma level of levonorgestrel for predicting risk of pregnancy during use of subdermal contraceptive implants releasing levonorgestrel. Steroids 1988; 52/4: 407-408.

Olsson S-E, Odlind V, Johansson EDB, Nordstrom M-L. Plasma levels of levonorgestrel and free levonorgestrel index in women using Norplant® implants or two cov-ered rods (Norplant®-2). Contraception 1987;35:215-28.

Osman M I, Abdalla M I , Toppozada M H, Bay ad M A, Ibrahim I I, Hafez E S E: Subdermal levonorgestrel implants: Serum androgens. Contraceptive Delivery Syst 4: 127-131, 1983.

Panay N & Studd J. Progestogen intolerance and compliance with hormone replacement therapy in menopausal women. Hum Reprod Update 1997;3(2):159-171.

Park S, Cheng CP, Lim LT, Gerber D. Secondary Intracranial Hypertension from Testosterone Therapy in a Transgender Patient *Seminars in Ophthalmology,* 2014; 29(3): 156-158.

Qin LH, Goldberg JM & Hao G. A 4-year follow-up study of women w Norplant-2 contraceptive implants. *Contraception* 2001;64: 301-303.

Ros Forteza FJ, Pereira Marques I, Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device, letter to the editor, *Neurología.* 2017 Feb 16.

Sachdeva S. Hirsutism: Evaluation and Treatment. Indian J Dermatol. 2010 Jan-Mar; 55(10: 3-7.

Shweiki D, Itin A, Neufeld G, Gitay-Goren H, Keshet E. Patterns of expression of vascular endothelial growth factor (VEGF) and VEGF receptors in mice suggest a role in hormonally regulated angiogenesis. J Clio loves 1993;91:2235-43.

Sisenwine, S. F. *et al.* 1975. Excretion and stereoselective biotransformations of dl-, d- and l-norgestrel in women. *Drug Metab. Dispos.* 3(3):180-188.

Sitruk-Ware, R. New progestogens for contraceptive use. Hum Reprod. 2006; 12(2):169-178.

Sivin I, Lähteenmäki P, Ranta S, Darney P, Klaisle C, Wan L, Mishell DR Jr, Lacarra M, Viegas OA, Bilhareus P, Koetsawang S, Piya-Anant M, Diaz S, Pavez M, Alvarez F, Brache V,

LaGuardia K, Nash H, Stern J. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. *Contraception* 1997;55:81-85.

Sivin I, Campodonico I, Kiriwat O, et al. The performance of LNG rod and Norplant contraceptive implants: a 5 year randomized study. Hum Reprod. 1998; 13(12):3371-3378.

Sivin, I, et al. *Jadelle Levonorgestrel Rod Implants: A Summary of Scientific Data and Lessons Learned from Programmatic Experience.* Population Council, 2002. http://www.respond-project.org/pages/files/4_result_areas/Result_1_Global_Learning/LA_PM_CoP/june2009-launch/Jadelle-Levonorgestrel-Rod-Implants.pdf

Stanczyk FZ, Hapgood JP, Winer S, Mishell DR. Progestins Used in Postmenopausal Hormone Therapy: Differences in Their Pharmacological Properties, Intracellular Actions, and Clinical Effects. *Endocr Rev*, April 2013, 34(2):171-208.

Subakir SB, Hadisaputra W, Handoyo AE, Affandi B. Endometrial angiogenic response in Norplant users. Hum Reprod. 1996; 11(S2):51-55.

Sunku, A. J., A. E. O'Duffy, and J. W. Swanson. Benign intracranial hypertension associated with levonorgestrel implants. *American Neurological Association*: 299 (1993).

Tang, R. A. *et al.* Pseudotumor cerebri associated with the Norplant contraceptive device. *Investigative Ophthalmology & Visual Science* 36:S677 (1995).

Upmalis D, Phillips A. Receptor binding and in vivo activities of the new progestins. JSOGC 1991; 13:35.

US Preventive Services Task Force. Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement. *JAMA.* 2017;318(22):2224–2233.

Valenzuela RM, Rai R, Kirk BH, Sanders JN, Sundar S, Hamann S, Warner JEA, Digre KB, Crum AV, Jones KP, Katz BJ: An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device, *Neuro-Ophthalmology* (2017).

Westgate C, Botfield H, O'Reilly M, Hodson D & Sinclair A. Evaluating the role of testosterone n cerebrospinal fluid secretion. *Endocrine Abstracts* (2017) **50** P325.

Wysowski & Green, *Serious Adverse Events in Norplant Users Reported to the Food and Drug Administration's MedWatch Spontaneous Reporting System*, 85 OBSTET. & GYNECOL. 538 (1995).

Xiao, B. L. *et al.* Pharmacokinetic and pharmacodynamic studies of levonorgestrel-releasing intrauterine device. *Contraception* 1990;41(4):353-362.

Zalanyi SJ, Aedo A, Johannisson E, Landgren B, Dicz-falusy E. Pituitary, ovarian and endometrial effects of graded doses of medroxyprogesterone acetate adminis-tered on cycle days 7 to 10. Contraception 1986;33:567- 78.

**Drug Labels**

Jadelle, Bayer OY. Turku, Finland: December 2016

Kyleena, Bayer HealthCare Pharmaceuticals Inc. Whippany, NJ: September 2016

Mirena, Bayer HealthCare Pharmaceuticals Inc. Whippany, NJ: May 2017

Norplant System, Wyeth. Philadelphia, PA: October 2001

Skyla, Bayer HealthCare Pharmaceuticals Inc. Whippany, NJ: March 2017

**Patents**

Patent Application US20150065472 (March 5, 2015): Intrauterine application of 18-methyl-15ss,16ss-methylene-19-nor-20-spirox-4-en-3-one systems, intrauterine systems containing 18-methyl-15ss,16ss-methylene-19-nor-20-spirox-4-en-3-one, as well as the use thereof in contraception and gynaecological therapy

Patent Publication EP2305267 A2: Pharmaceutical combination of ethinylestradiol and drospirenone for use as a contraceptive

**Bayer Documents**

MIR_AC_00254083

MIR_AC_00342056

MIR_AC_00363378

MIR_AC_00399139

MIR_BG_00342528

MIR_BSR_00010903

MIR_BSR_IIH_00002034

MIR_BSR-R_00138205

MIR_BSR-R_00140598

MIR_BSR-R_00143036

MIR_BSR-R_00172825

MIR_CH-R_00085086

MIR_ELEU_00138089

MIR_ELEU_00160451

MIR_ELEU_00260496

MIR_ELEU_00423662
MIR_ELEU_00741021

MIR_ELEU_00849680

MIR_ELEU_00087576

MIR_IIH_EU00001599

MIR_IIH_EU00606946

MIR_IIH_US00000146

MIR_IIH_US00002938

MIR_IIH_US00002940

MIR_INDNDA_0005002

MIR_INDNDA_00054781

MIR_INDNDA_00057246

MIR_INDNDA_00115027

MIR_IIH_EU00369901

MIR_IIH_EU01205373

MIR_JR_00284148

MIR_JR_00290799

MIR_JSEU_01362341

MIR_JSEU_00204154

MIR_JSEU_00204764

MIR_JSEU_00725583

MIR_JSEU_01362341

MIR_KCOPLEY_JSEU_00000022

MIR_PIEU_00251462

MIR_PIEU_00497630

MIR_PIEU_00695315

MIR_PKEU_00273084

MIR_PSEU_00166523

MIR_PSEU_00253471

MIR_PSEU_00308252

MIR_PSEU_00323928

MIR_PSEU_00512226

MIR_PSEU_00546368

**Deposition Transcripts**

Birte Hofmann (November 20, 2017)

Christian Zurth (November 29, 2017)