**From:** Russell Barrans
**Sent:** Monday, April 25, 2005 11:35 AM
**To:** Kurt Pederson
**Cc:** Stephanie Kavanagh
**Subject:** Re: Philip Darney MD

Kurt,
Thanks for your message. I have already spoken to Leslie regarding this request, and to Catherine as well. I have encouraged them to consider offering the units as a marketing effort, rather than waiting for Medical to decide. They are concerned about the HIV patient and our potential for lawsuits. I don't think this is valid, however that is still their concern. I'll keep pushing to see where this is at.

Russ Barrans
Sr. Manager Sales Operations, Female Healthcare

Berlex, Inc.
PO Box 1000
340 Changebridge Road
Montville, NJ 07045-1000
(973) 487-2518
800-237-5392 (Berlex2)

Kurt Pederson
04/25/2005 04:11 AM

To: Russell Barrans/MV/USR/SHG@SCHERINGGROUP
cc: Stephanie Kavanagh/WA/USR/SHG@SCHERINGGROUP
Subject: Philip Darney MD

Hi Russ,

This is an important Dr and a very important account. I know that Catherine is the person who will make this call, would you mind following up on the request to make sure that Catherine understands the importance of the account and the customer. Thanks for your help.

Kurt L Pederson
Field Sales Director
Female Healthcare
Berlex Laboratories, Inc
Voice Mail: 1-800-237-5392 Ext 7732#
E-Mail: kurt_pederson@berlex.com
----- Forwarded by Kurt Pederson/WA/USR/SHG on 04/25/2005 01:08 AM -----

Stephanie Kavanagh
04/21/2005 01:07 AM

To: Dave Vilushis/WA/USR/SHG@SCHERINGGROUP
Catherine Holtz/MV/USR/SHG@SCHERINGGROUP
cc: Kurt Pederson/WA/USR/SHG@SCHERINGGROUP

Irene Fernicola/WA/USR/SHG@SCHERINGGROUP
Subject: Darney

Catherine and Dave,

Is there any way that we can help provide the 20 Mirenas for this study (see attached email)?

Dr. Darney is a key thought leader, and is a huge Mirena advocate. San Francisco General used 450 Mirena units last year, and this year they have increased their usage: we are already at 254 units with them. If you need to speak live, please let me know, for this is something we should look at supporting. If you need a copy of the protocols, he will be able to provide them.

Thanks,
Stephanie

Cell:408-425-8948

----- Forwarded by Stephanie Kavanagh/WA/USR/SHG on 04/21/2005 12:58 AM -----

Irene Fernicola
04/19/2005 09:43 AM

To: Stephanie Kavanagh/WA/USR/SHG@SCHERINGGROUP
cc:
Subject: Darney

Irene Fernicola, RN, MA
Mirena Sales Consultant
Berlex Laboratories
Voice Mail: (888) 237-5394
Extension: 7207
irene_fernicola@berlex.com
----- Forwarded by Irene Fernicola/WA/USR/SHG on 04/19/2005 09:43 AM -----

"Darney, Philip" <darneyp@obgyn.ucsf.edu>
04/15/2005 04:08 PM

To: Irene_Fernicola@berlex.com
cc: "Coleman, Jenell" <colemanj@obgyn.ucsf.edu>
"Cohan, Deborah" <cohand@obgyn.ucsf.edu>
"COHEN, CRAIG" <ccohen@psg.ucsf.edu>
Subject:

HI Irene,

The research project of one of our fellows, Jennell Coleman, is to determine the safety of Mirena in HIV positive women, who have in the past been excluded from IUC. Jennell won $25K from ACOG in a competition for funding. She did NOT include the cost of Mirena because the subjects would normally be eligible for MediCal contraception. The UCSF IRB decided that a research project could not bill an insurer even for an approved drug or device (this is a new stance; in the past you couldn't bill for experimental drugs) so we need 20 Mirenas to carry out the study. Can you provide them? I can send you the protocol if that would help.

Philip D. Darney, MD. MSc
Professor and Chief
Obstetrics, Gynceology and Reproductive Sciences
San Francisco General Hospital
University of California, San Francisco
(415) 206 6358; fax 206 3112
1001 Potrero Ave., 6D
San Francisco, CA 94110