**In the Matter Of:**

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

# VIDEOTAPED DEPOSITION OF DANA GOSSETT, M.D., M.S.C.I.

*February 14, 2018*

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

to tell me why.
So first tell me whether you think this is a reliable study.
Why don't you answer that question first, and then we'll move on to the flaws.
A I do not believe that this study is reliable study due to a variety of design flaws.
Q And what are those design flaws, please?
A Well, I walked through a number of them in my report, and I'm happy to do so today, and I would take the two pieces of the study separately, as the flaws differ between those two radically different study designs.
So, first, is that the use of spontaneous adverse event reporting, or those FAERS -- that FAERS data set, is specifically warned against by the FDA as a -- as a numerator to calculate an incident rate of a particular complication.
So the FDA has guidance that essentially warns against using those as a means to try to calculate a rate of a particular outcome or complication.
Dr. Etminan himself retracted the -- retracted the paper, which is an unusual step that does not happen frequently in the medical

be associated with IIH is in the context of this litigation.

Q And based on everything you just said, would you agree with me that Dr. Darney is not biased against Mirena?

MS. FUJIMOTO: Object to form.

THE WITNESS: I would agree that Dr. Darney continues to be an avid promoter of Mirena.

BY MR. ROCKSTAD:

Q And so he -- he's demonstrated in his career no bias against Mirena?

MS. FUJIMOTO: Object to form.

THE WITNESS: To my knowledge, Dr. Darney has no bias against any particular product or method.

BY MR. ROCKSTAD:

Q Including Mirena?

A Including Mirena.

Q You work with Dr. Darney, right?

A Dr. Darney and I both have appointments at the same institution. Dr. Darney is essentially retired at this point, so we don't cross paths particularly frequently.

Q He is essentially retired as a clinician?