**In the Matter Of:**

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

# VIDEOTAPED DEPOSITION OF GERI D. HEWITT, M.D.

*February 09, 2018*

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

Q. In the formation of your opinions that are included within the expert report, your expert report.
A. I mean, I read them. I read their reports. I guess I don't know -- I mean, I read them, I thought about what they said, and I have my own opinions. I don't know what you mean by "rely."
Q. Do they serve as a basis for any of the expert opinions listed in your report?
A. Do they serve as a basis? I think I respond to their ideas. I don't know if that's the same thing as relying on them. I mean, I read them. I thought about them, and I responded. So I guess -- I don't know -- I just -- I don't know what the legal word -- I don't know what that word "rely" means.
Q. Did you know any of the Plaintiffs' experts prior to your involvement in this --
A. I have -- I know of Dr. Darney, of course, because of his reputation around contraception. I've never met him in person.
And I don't -- Dr. Wheeler, I'm completely unfamiliar with him.
Q. Okay. Do you know who the other experts -- the other defense experts in this case are?
A. No, I don't know.
Q. What is -- can you tell me your opinion of

Dr. Darney?

MS. PALEY: Objection.

A. I've not met him personally, but I recognize that he is highly respected in the field around contraception and family planning. I think historically he's been a thought leader in the field of contraception and family planning.

I have known people that have -- that he's trained, and I've had high regard for them. I've always appreciated when I -- earlier in my career that I oftentimes would refer to his textbook. I thought his textbook was very helpful earlier in my career, and I oftentimes -- you know, I think it's been a while since they've updated it, the contraceptive technology textbook he and Speroff would do. I think I'm -- you know, I'm familiar with his reputation.

Q. What is his reputation?

MS. PALEY: Objection.

A. I would say that Phil Darney's reputation is that he is known for being very active and one of the initial sort of founders of the world of contraception and family planning, and that he's put a lot of energy and effort into training people in contraception and family planning, training people how to do research and training abortion providers.