UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MIRENA IUS LEVONOGESTEREL-RELATED
PRODUCTS LIABILITY 17-MD-2767(PAE)
LITIGATION (NO.II) 17-MC-2767(PAE)

----------------------------------------/
This Document Relates to All Actions.
----------------------------------------/

* CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER *
VIDEOTAPED DEPOSITION OF PHILIP DARNEY, M.D.
San Francisco, California
Tuesday, January 30, 2018

Reported by:
LORRIE L. MARCHANT
California State CSR No. 10523
Washington State CSR No. 3318
RMR, CRR, CCRR, CRC

Job No. 173602

Tuesday, January 30, 2018

9:12 a.m.

Videotaped deposition of PHILIP DARNEY, M.D., held at the offices of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco California, before Lorrie L. Marchant, a California Certified Shorthand Reporter, Registered Merit Reporter, Certified Realtime Reporter, California Certified Realtime Reporter and Certified Realtime Captioner.

A P P E A R A N C E S

FOR THE PLAINTIFFS:

JONES WARD PLC
BY: CHRISTINA NATALE, ESQ.
The Pointe
1205 E. Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Fax: (502) 587-2007
e-mail: christina@jonesward.com

and

DAVIS & CRUMP, P.C.
BY: TREVOR B. ROCKSTAD, ESQ.
TAYLOR S. HARDENSTEIN, ESQ.
2601 Fourteenth Street
Gulfport, Mississippi 39501
Phone: (228) 863-6000
Fax: (228) 864-0907
e-mail: trevor.rockstad@daviscrump.com
taylor.hardenstein@daviscrump.com

and

ARIAS SANGUINETTI STAHLE TORRIJOS
BY: ELISE R. SANGUINETTI, ESQ.
JAMIE G. GOLDSTEIN, ESQ.
555 12th Street, Suite 1230
Oakland, California 94607
Phone: (510) 629-4877
Fax: (855) 481-1020
e-mail: elise@asstlawyers.com
jamie@asstlawyers.com

(Continued)

A P P E A R A N C E S

FOR THE DEFENDANT:

GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM, LLP
BY: SHAYNA S. COOK, ESQ.
LAURA SEXTON, ESQ.
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Phone: (312) 681-6000
Fax: (312) 881-5247
e-mail: scook@goldmanismail.com
lsexton@goldmanismail.com

and

SHOOK, HARDY & BACON, LLP
BY: MICHELLE M. FUJIMOTO, ESQ.
5 Park Plaza, Suite 1600
Irvine, California 92614
Phone: (949) 475-1500
Fax: (949) 475-1508
e-mail: mfujimoto@shb.com

ALSO PRESENT:

Joseph Margous, Videographer

---oOo---

# I N D E X

## INDEX OF EXAMINATION


| EXAMINATION BY | PAGE |
|---|---|
| MS. COOK | 9 |
| MR. ROCKSTAD | 307 |
| MS. COOK | 310 |


---oOo---

## INDEX OF EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Notice of Videotaped Deposition of Philip Darney | 15 |
| Exhibit 2 | Invoice to Christina T. Natale from Philip D. Darney, dated 11/12/2017 | 16 |
| Exhibit 3 | General Causation Expert Report of Philip Darney, MD, MSc | 18 |
| Exhibit 4 | "Additional Documents Reviewed" | 30 |
| Exhibit 5 | "Recent Developments in Hormonal Contraception" | 57 |
| Exhibit 6 | Copies of excerpted pages 238 - 279 from the book entitled "A Clinical Guide for Contraception, Fifth Edition" | 83 |
| Exhibit 7 | Copies of excerpted pages 18 - 152 from the book entitled "A Clinical Guide for Contraception, Fifth Edition" | 99 |
| Exhibit 8 | "Obesity and contraceptive use among women 20-44 years of age in United States: results from the 2011-15 National Survey of Family Growth (NSFG)," dated November 2017 | 107 |

INDEX OF EXHIBITS



| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 9 | "Two-year continuation of intrauterine devices and contraceptive implants in a mixed-payer setting: a retrospective review" | 114 |
| Exhibit 10 | "Contraceptive Use Among Nonpregnant and Postpartum Women at Risk for Unintended Pregnancy, and Female High School Students, in the Context of Zika Preparedness - United States, 2011-2013 and 2015" | 121 |
| Exhibit 11 | Copies of excerpted pages 184 - 216 from the book entitled "A Clinical Guide for Contraception, Fifth Edition" | 131 |
| Exhibit 12 | Copies of excerpted pages 430 - 438 from the book entitled "A Clinical Guide for Contraception, Fifth Edition" | 140 |
| Exhibit 13 | "An Estimation of the Risk of Pseudotumor Cerebri among User of the Levonorgestrel Intrauterine Device" | 168 |
| Exhibit 14 | "Contraceptive use in Nordic countries" | 178 |
| Exhibit 15 | "Response Document, BfArM requested dated 20th July 2017, Risk of pseudotumor cerebri/idiopathic intracranial hypertension," MIR_IIH_EU00606946 - MIR_IIH_EU00607040 | 196 |
| Exhibit 16 | "Risk of intracranial hypertension with intrauterine levonorgestrel" | 206 |

INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 17 | Affidavit of Dr. Mahyar Etminan | 215 |
| Exhibit 18 | "Abstracts of the 2010 Meeting of the International Neuro-Ophthalmology Society, Lyon, France" | 217 |
| Exhibit 19 | "Letter to the Editor, Minocycline-induced intracranial hypertension in a patient with a levonorgestrel intrauterine device," MIR_IIH_EU01083403 - MIR_IIH_EU01083405, and "Hipertensión intracraneal inducida por minociclina en mujer portadora de dispositivo intrauterino de levonorgestrel" | 221 |
| Exhibit 20 | "Idiopathic intracranial hypertension, polycystic-ovary syndrome, and thrombophilia" | 248 |
| Exhibit 21 | "Hyperandrogenism is Associated with Earlier Age of Onset of Idiopathic Intracranial Hypertension in Women" | 252 |
| Exhibit 22 | "Endocrine Abstracts, November 2017, Volume 50, Society for Endocrinology BES 2017" | 256 |
| Exhibit 23 | "Androgenic side effects of Mirena," MIR_JSEU_01362341 - MIR_JSEU_01362346 | 263 |
| Exhibit 24 | "Levonorgestrel effects on serum androgens, sex hormone-binding globulin levels, hair shaft diameter, and sexual function" | 267 |
| Exhibit 25 | "Pharmacokinetics of single-dose levonorgestrel in adolescents" | 276 |

INDEX OF EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 26 | "Integrated pharmacokinetic analysis of leveonorgestrel-containing contraceptives with various routes of administration," MIR_IIH_EU01205373 - MIR_IIH_EU01205406 | 279 |
| Exhibit 27 | Copy of PowerPoint slides | 305 |

---oOo---

Certificate of Witness 313

Certificate of Deposition Reporter 314

Errata 315


---oOo---

SAN FRANCISCO, CALIFORNIA

TUESDAY, JANUARY 30, 2018

9:12 A.M.

THE VIDEOGRAPHER: We are now on the record. My name is Joseph Margous. I'm the videographer representing Golkow Technologies. The court reporter is Lorrie Marchant.

And the read-on has been waived. Please begin. Administer the oath, please.

PHILIP DARNEY, M.D.,

FIRST DULY SWORN/AFFIRMED, TESTIFIED AS FOLLOWS:

EXAMINATION BY MS. COOK

BY MS. COOK:

Q. Good morning, Dr. Darney.

A. Good morning.

Q. I'm Shayna Cook, and I represent Bayer in the Mirena litigation.

And we just met for the first time this morning before the deposition; right?

A. Yes.

Q. Have you ever met any of the attorneys that represent Bayer in this litigation, to your recollection?

A. No.

Q. And you are here today as an expert witness

A. Well, I refreshed my own memory about pseudotumor cerebri and its relationship to androgens, and particularly to levonorgestrel. That had been an issue during clinical trials for the contraceptive levonorgestrel-based subdermal contraceptive, Norplant, and what's now called Jadelle, that I had investigated and written about over several -- many years. So I refreshed my memory about that relationship.

Q. So were you finished with your answer?

A. No.

Q. Okay. Go ahead. Please finish.

A. And then as I recall, I asked if there was -- what additional information that I might not be aware of that was available and asked for materials that Bayer had about reports of pseudotumor cerebri related not to Norplant or Jadelle, but to Mirena.

Q. When you say you refreshed your memory about the relationship between Norplant and Jadelle and IIH from clinical trials, what was it that you reviewed to refresh your memory?

MS. NATALE: Just object to the form. I don't know that that's what the testimony was.

MS. COOK: So you can object to form and

not go further, please.

MS. NATALE: Sure. Object to form. Misstates the testimony.

MS. COOK: Okay.

THE WITNESS: I looked at the literature about that issue, literature search. Case reports. I had -- this is something we had discussed -- "we," Norplant investigators -- in the past.

BY MS. COOK:

Q. The information that you reviewed to refresh your memory about Norplant and Jadelle, was that only published information, or did you also review internal information from the company Wyeth or whomever that you had available to you?

MS. NATALE: Object to form.

THE WITNESS: No. That was published information.

BY MS. COOK:

Q. And you mentioned case reports. Was it the published case reports for Norplant that you reviewed?

A. Yes.

Q. Okay. And then you also mentioned that you had done a literature search before.

Did you do that before agreeing to be an

relevant to the report itself.

BY MS. COOK:

Q. Sitting here today, can you think of any specific additional materials that you reviewed before completing your expert report that aren't on the list?

A. Yes. For example, I notice that my own textbook about contraception is in here. So I know that early on I read what I had written about levonorgestrel in the textbook.

Q. Which textbook are you referring to?

A. It's Speroff and Darney. Yes. That's it.

Q. "A Clinical Guide for Contraception, Fifth Edition"?

A. Yes.

Q. So you looked at that before completing your expert report?

A. Yes.

Q. Anything else that you can think of that you reviewed before completing your expert report that's not on the list?

A. I looked at another textbook that Robert Hatcher and I had written together. And anything of that relevance that I would have -- relevant that I looked at would be in my CV.

had -- had discussed this issue in the past. So it wasn't something that was -- I was completely unfamiliar with. So I would have wanted to see what Irv Sivin and other examples had written.

So some of the sources would be from colleagues. I would have been aware of those sources and would have reread them. Others are from literature searches that I mentioned earlier.

Q. Any other way you got these articles?

A. Well, I -- I didn't have materials specific to Bayer. So I asked for those materials from the attorneys.

Q. And you're talking about the internal Bayer documents that you cite?

A. Yes. Right.

Q. But just sticking to the scientific literature, other than your literature search and remembering colleagues and looking for their materials, was there any other way that you came about the scientific literature listed on your sources consulted or relied on list?

A. No.

Q. And then the -- you mentioned the Bayer documents.

What type of materials did you request from

the Bayer documents?
A. Materials that would be adverse event reports involving pseudotumor cerebri, for example. Information about subjects and clinical trials of Mirena in which I participated in the past, I would be aware of those -- of those -- of the existence of those trials. Information of that kind.
Q. Did you have access to a database of Bayer documents to do your own searches?
MS. NATALE: Just object to form. Vague.
THE WITNESS: No. No.
BY MS. COOK:
Q. You also have listed a number of drug labels on your sources list. And they are Jadelle, Kyleena, Mirena, Norplant, and Skyla.
Did you also look at the Liletta label?
A. I certainly looked at the Liletta label. For example, in part, because I'm doing a -- two levonorgestrel trials right now, one for Bayer and one for Medicines360, Liletta. I don't recall that I specifically -- I've looked at it, but I don't recall that I specifically looked at it for this in this situation.
Q. Did you look at any drug labels for any other LNG-containing contraceptive other than IUDs

or implants?

A. Of course I've looked at labels in the past for all of those, levonorgestrel-containing oral contraceptives, for Jadelle and Norplant. In fact, helped write the drafts of those labels. So I'm aware of them. I don't recall that I looked specifically at them for -- for this report.

Q. You helped write the drafts of which labels?

A. Of the Norplant and Jadelle labels.

During the course of research, during the course of work with the Population Council, and subsequently with Wyeth.

Q. Did your work on Jadelle, did any of that have to do with serving as a consultant for Bayer or Berlex or --

A. No. Most of my -- my work with Jadelle and Norplant would have been with the Population Council and then with Wyeth. And subsequently, also -- and this is related to Mirena -- with the little Finnish company, Leiras Oy, that actually made -- made both products, both Norplant, Jadelle, and Mirena.

So, for example, I visited colleagues in -- in Finland. That company was bought by Schering. Then Schering established a U.S. subsidiary, Berlex.

And then when I was no longer closely involved -- after we had done our first Mirena trial, Bayer bought Schering.

Q. So I think we got a little off topic, but my question was about Jadelle and whether you had ever done any work with any Bayer-related company, whether Leiras or Schering or Bayer, about the Jadelle label.

And I think you said "no" to that; is that correct?

MS. NATALE: Object to form.

You can answer.

THE WITNESS: I said -- I said, "No," and qualified it by saying that I would have had contact with Leiras --

BY MS. COOK:

Q. Okay.

A. -- and with Berlex, who -- who never marketed implantable contraceptives in the United States. They did market Mirena. So as I -- the only discussions of labeling would have been with Pop Council and Wyeth.

Q. Okay. Thank you.

A. That's the answer.

Q. Yes.

And then your work with Leiras in Finland related to Mirena, you mentioned you were one of the investigators on preapproval at least in the U.S. --
A. Pre-U.S. approval, yes.
Q. Of Mirena; correct?
A. That's right. Yes.
Q. And was the context for your visit to Finland, was working on the Mirena clinical trial?
MS. NATALE: Object to form.
THE WITNESS: Yes.
BY MS. COOK:
Q. Now, there are two deposition transcripts from Bayer employees on here.
Did you review those?
A. Yes.
Q. Did you review the exhibits?
A. No. The exhibits that went with those?
Q. Yes.
A. Those -- those transcripts and the exhibits, I would have read some of it and glanced at some of it. I don't recall specific -- how much detail.
Q. How did you pick just those depositions to look at?
MS. NATALE: Object to form.

THE WITNESS: I relied on the judgment of the attorneys what was most relevant. And I -- they were quite -- they were lengthy depositions. I don't have -- some of it didn't seem relevant.

BY MS. COOK:

Q. Are you relying on any documents or any communications directly from Bayer or any of its predecessors to you in this litigation?

A. No.

Q. Are you relying on any conversations that you've had with anyone, any of your colleagues or anyone else, in this litigation?

MS. NATALE: Object to form.

THE WITNESS: No.

BY MS. COOK:

Q. You mentioned Dr. Frank Stanczyk.

A. Yes.

Q. One of your colleagues.

A. Yes.

Q. Have you spoken to him about this issue?

MS. NATALE: Object to form.

THE WITNESS: I've spoken to Frank a lot about -- and collaborated in studies about levonorgestrel, but not about this issue.

///

people I would have thought of as among the people I mentioned who are levonorgestrel investigators and who have written about it.

For example, I -- probably in my textbook, I refer to, at the time, every paper ever written about this issue, and I wouldn't find Dr. Gossett's name there.

BY MS. COOK:

Q. And she's a couple decades junior to you; right?

A. I don't know how old she is.

Q. Okay. Have you ever spoken to her about this issue, any of the issues --

A. No. No.

Q. -- at -- okay.

Do you agree it's important to consider the evidence on both sides of an issue like this before reaching an opinion?

A. Do you mean it's -- do you mean evidence or other opinions or -- how are you classifying "evidence"?

Q. Sure.

I mean, certainly you would want to review all of the peer-reviewed literature about Mirena and IIH before reaching your opinions in this

litigation; correct?

A. Well, not necessarily all of it. It mean, it depends where it's published and who wrote it. That's what I -- that was my caveat in saying would you review everything.

But I've read enough to have opinions about who's a -- who's a respected researcher and who's competent and who isn't. So I don't read everything.

Q. So when you say it depends on where it's published, what journals would you be looking for for authoritative literature about this issue?

MS. NATALE: Object to form.

THE WITNESS: I mentioned that I would rely on a journal like Contraception. And of course we all rely on the big three: Lancet, JAMA, New England Journal. Obstetrics and Gynecology, the American Journal of Obstetrics and Gynecology, and so on down the -- down the list of reliable sources.

It doesn't mean that there's not good work published in many other journals, but those are just examples of journals that I would typically look at. Not just for this issue, but for -- for any issue related to my field.

///

related -- these androgen-related side effects, including acne, and so on and so forth.

Q. Yes. You mentioned those androgenic side effects with levonorgestrel implants; correct?

A. Yes.

Q. And then in the third paragraph of the side effects section, you write that stroke and then thrombotic thrombocytopenic purpura, thrombocytopenia, and pseudotumor cerebri have been reported with Norplant.

Do you see that?

A. Yes.

Q. And that is a reference to case reports that reported PTC with Norplant back in the '90s?

A. Well, let's see what reference 94 is.

Q. 94 is the Wysowski article that you reference in this.

A. Yes. That would have been from the FDA's reporting system. Yep.

Q. And you reference that in this litigation in your report too, right?

A. Yes.

Q. Okay. So you say that PTC has been reported with Norplant, and then you go on to write:

"However, it is by no means

established that the incidence of these
problems is increased, and there is
little reason to suspect a
cause-and-effect relationship."
Do you see that?
A. Yes.
Q. And that was a true statement; correct?
A. Well, it was true at the time.
Q. Well, there's been no additional information that became available since 2011, or even 2005, about the risk of PTC with Norplant, has there?
A. I'm not aware of additional information that could shed more light whether there's -- could change little to some.
Q. So you -- just so I understand what you just said, you're not aware --
A. Of additional information.
Q. -- of additional -- just let me finish my sentence so we don't drive our court reporter crazy.
Do I understand you correctly to be saying that there's no additional information available today that was not available at the time of any of the publication of any edition of your book that would allow you to change this statement "there's

little reason to suspect a cause-and-effect relationship between Norplant and PTC" to state there is some reason to suspect?

Is that an accurate statement of what you're saying?

MS. NATALE: Object to form.

THE WITNESS: Yes.

BY MS. COOK:

Q. And today, in your expert report, are you opining that there is a cause-and-effect relationship between Norplant and PTC?

MS. NATALE: Object to form.

THE WITNESS: No. The expert report doesn't directly concern Norplant --

BY MS. COOK:

Q. Okay. So would you agree with me that --

A. -- which was never as widely used as Mirena.

Q. I apologize for interrupting you, Doctor. I really didn't mean to do that.

A. No problem.

Q. Would you agree with me that as of today, the evidence does not support a cause-and-effect relationship between Norplant and PTC or IIH?

A. Yes.

Q. And one of the things that they say is that it's not possible to capture the number of insertions performed outside the university system, so they may have underestimated the number of women with an LNG-IUS.

And you agree with that, especially based on the data you've looked at today; right, Doctor?

MS. NATALE: Object to form.

THE WITNESS: Yes. But I disagree with some of their other caveats about their data. For example, polycystic ovarian syndrome women are usually given oral contraceptives, not the other way around. People with headaches are not less likely to receive oral contraceptives.

So I think that the -- some of the biases in their own work that they assert are -- are patently wrong. For example, combined oral contraceptives are a treatment for polycystic ovarian syndrome, not the other way around. We've discussed how you wouldn't give a levonorgestrel-containing method to somebody with PCOS.

So my point is I -- it goes both ways in terms of the -- the biases they assert here.

///

BY MS. COOK:

Q. Well, one of the things that they say is that they did not account for potential confounders, like, for example, they did not account for obesity or recent weight gain; correct?

A. Yes.

Q. And you agree that that was a limitation of the study; right?

A. Yes.

Q. And in your own book, we looked at what you said in your book about confounders. And one of the things you look at or you encouraged doctors to look at when they're considering how to weigh a published study is that case control studies that are confounded, that that can impact the reliability of the results; correct?

MS. NATALE: Object to form.

THE WITNESS: That's correct.

But if you look at their Table 1 and those who had pseudotumor cerebri with and without levonorgestrel intrauterine system, as they call it, there was no significant difference in mean body mass.

BY MS. COOK:

Q. So in the cases that had PTC, all of them

were overweight or obese; right?
MS. NATALE: Object to form.
THE WITNESS: Yes.
BY MS. COOK:
Q. But what the confounders matter for is when you're looking at the control groups and whether those are matched in terms of the risk for IIH; correct?
A. Yes.
Q. And that's where the confounding makes a difference; correct, Doctor?
A. Yes.
Q. And because of the various confounders in other issues, the Valenzuela authors actually conclude that their investigation does not suggested an LNG-IUS can cause PTC.
Did you see that in --
A. Yes, I see that.
Q. And you agree with that, don't you, Doctor?
MS. NATALE: Object to form.
THE WITNESS: Well, as I said, I think they've been a little harsh on themselves with regard to these possibly androgenic -- possibly and clearly androgenic conditions -- headache, possibly. Polycystic ovarian syndrome, clearly -- who are

less, not more likely, to receive levonorgestrel system.

So on the one hand, they have biases. On the other, I think they misjudge the degree to which their results are biased.

BY MS. COOK:

Q. Well, I know that you disagree with the statements they make about PCOS and about oral contraceptives, but those are only two of the statements that they mention. And you have agreed that they did not control for potential confounders, which is a limitation of the study; correct?

A. Yes. This study does have some limitations.

Q. And you also agreed with me that they likely underestimated the use of Mirena in the control group in both studies according to the published data; correct?

MS. NATALE: Object to form. Misstates testimony.

THE WITNESS: That's a possibility. We don't know that.

BY MS. COOK:

Q. Well, you haven't looked at it yourself; right?

A. No.
Q. Correct?
A. Correct.
Q. So just so I can get a clean answer to my question, when I asked you whether you agreed with the authors' statement that their investigation does not suggest an LNG-IUS can cause PTC, do you agree with that --
MS. NATALE: Object to form.
BY MS. COOK:
Q. -- based on the limitations you do agree with?
MS. NATALE: Asked and answered.
THE WITNESS: I think it suggests a relationship. It does not prove one.
BY MS. COOK:
Q. Okay. And -- and just to be clear, the relationship I'm talking about is a cause-and-effect relationship.
Do you believe that the Valenzuela article suggests a cause-and-effect relationship?
MS. NATALE: Object to form.
THE WITNESS: I agree that it suggests one.
BY MS. COOK:
Q. And that's a different finding than the

study authors themselves; right?

MS. NATALE: Object to form.

THE WITNESS: Yes.

BY MS. COOK:

Q. And when the study authors say, on page 196, there are two possible explanations for the association demonstrated in their study, and one of the two possible explanations is that LNG does not cause increased intracranial pressure, do you agree with that?

MS. NATALE: Object to form.

THE WITNESS: Which --

BY MS. COOK:

Q. Page 196 --

A. I'm on that page.

Q. Left-hand column, it says:

"There are two possible explanations for the association demonstrated in our study."

A. Yep.

Q. And one of them --

A. Let me reread that. I haven't read it in a while.

One explanation is that LNG does cause it. Another explanation is it does not cause it. Yes.

Q. You certainly consider LNG-IUS in women who are obese, overweight, or of contraceptive age; correct?
A. Yes.
Q. Okay. Now, have you communicated with any of the authors about this paper?
A. No.
Q. Have you communicated your views about this paper to anyone other than the lawyers in this litigation?
A. I'm trying to remember whether or not this came up in one of our journal clubs or works in progress, and I don't recall that I have.
Q. Okay. So notwithstanding the authors' conclusions in Valenzuela, are you giving the opinion that Valenzuela is evidence that Mirena causes IIH?
MS. NATALE: Object to form.
THE WITNESS: I'm giving the opinion that it is supportive evidence.
BY MS. COOK:
Q. Supportive evidence that Mirena causes IIH?
A. That Mirena is -- the use of Mirena is associated with pseudotumor cerebri.
Q. And I know we talked before about the

difference between association and causation --

A. Yes.

Q. -- and you described the difference.

Is it -- am I accurate that you're not reaching the conclusion that the Valenzuela publication is supportive evidence that Mirena causes PTC?

MS. NATALE: Object to form.

THE WITNESS: It is supportive, but not conclusive; that is, you would want to look at the other factors we talked about in our discussion of Chapter 14.

BY MS. COOK:

Q. Okay. And when --

A. Biologic plausibility and so on.

Q. I apologize for interrupting you.

When you say it's supportive and not conclusive, you understand that what I'm trying to understand is that you said that it's supportive evidence that Mirena is associated with PTC, and I'm trying to see if you agree that it's not supportive evidence that Mirena causes PTC.

MS. NATALE: Object to form.

THE WITNESS: By itself it's not evidence that Mirena causes PTC and that's why it's not the

only reference that's cited in my report. I think you have to look at the evidence in its entirety.

BY MS. COOK:

Q. Have the results of the Valenzuela publication been replicated?

MS. NATALE: Object to form.

THE WITNESS: No, there's no other -- there's no other study quite like it that I'm aware of.

BY MS. COOK:

Q. Are you aware of any published literature that concludes that Mirena can cause IIH?

A. I'm not aware of any single publication that is conclusive in the way you're suggesting.

Q. Are you aware of any regulatory authority in the world that has concluded that Mirena can cause IIH?

A. Well, I'm aware of regulatory authorities that are concerned about the issue and have asked -- and I've examined some of those reports -- have asked that Bayer follow up on, quote, signals --

Q. You're talking --

A. -- to report the results of dechallenge and so on and so forth.

So there's certainly concern among

BY MS. COOK:
Q. What is your basis for saying that there's a generalized concern among the experts in contraception that Mirena causes IIH?
A. The -- the discussions that I've mentioned already going back to Norplant. The case reports.
Q. So the only --
A. And the concern about the androgenic implications of widely varying corrections of levonorgestrel with various delivery systems.
Q. Okay. So the only discussions that you've mentioned to me today was with colleagues about Norplant and IIH, not Mirena; correct?
A. Yes.
Q. And what I'm saying is is it generally accepted in the community of experts in contraception that Mirena causes IIH? That's my question.
A. No, it's not generally accepted that it causes it. There's concern about the association.
Q. Have you spoken to any expert in contraception about the concern about an association between Mirena specifically and IIH?
A. Yes, I've talked to colleagues about it.
Q. Who did you talk to?

A. My colleagues who have done lots of research with levonorgestrel.
Q. When did you --
A. I mentioned two of them. Dan Mishell. Sam Pasquale.
Q. When did you talk to them?
A. As we were working on developing -- doing our clinical trials for Mirena and outlining possible risk factors for androgen-sensitive women.
Q. This was back in 2000?
A. Yes.
Q. Okay. So you were talking to certain colleagues about a potential concern about an association between Mirena and IIH as far back as 2000?
A. Because we had been concerned about association -- case reports of an association with Norplant, where delivering levonorgestrel through a different system, should we have the same concerns about androgenic side effects.
Q. But even though you had potential concerns about IIH with -- being associated with Mirena as far back as 2000, none of your publications mention that concern; correct?
A. Right.

A. Yes.
Q. Did you review the Etminan article before completing your expert report?
MS. NATALE: Shayna, I -- we can let him lead if you don't. I'm not trying to coach him. Earlier, there were some confusion about when things were reviewed. So I just want to instruct him to respond to the best of his recollection. It's not my intent to --
THE WITNESS: I think I reviewed it afterward.
BY MS. COOK:
Q. Well, it's not on your materials reviewed list in your report.
So would that indicate that you didn't review it before you completed your report?
A. I assume so.
Q. Now, this article has to do with IIH and Mirena; correct?
A. That's right.
Q. Did this come up in your -- in your literature search?
A. I don't recall if it did or not. And I saw it -- or I saw it later.
Q. Now, let's look at the abstract first,

Q. Now, you agree that levonorgestrel is fundamentally a progestin, not an androgen; right?

MS. NATALE: Object to form.

THE WITNESS: Yes.

BY MS. COOK:

Q. Testosterone, on the other hand, is fundamentally an androgen; right?

A. Yes. But levonorgestrel and several of the other synthetic progestins are 19-nortestosterone derivates that have progestogenic properties. And the effort over the years has been to -- beginning with 19-nortestosterone, to enhance progestogenic character and diminish the androgenic character. Levonorgestrel remains with the most androgenic character of the synthetic progestins.

Q. You would agree with me that men have higher androgen levels than women; correct?

A. Yes.

Q. And the percentage of IIH patients who are men is incredibly small; right?

A. Yes.

Q. Now, the -- the Glueck 2005 article, we can look at it if you want, but you agree with me that that doesn't conclude that high levels of androgens in PCOS -- PCOS patients is what caused them to

develop IIH; right?
A. It doesn't conclude that, but it suggests it, in my view.
Q. Well, let me ask you this: While PCOS patients develop IIH at a higher level than the background group or the background rate, you're not aware of any study that has actually concluded that PCOS, not obesity and the other risk factors of the patients, are what caused the patient's IIH, are you?
A. Well, I believe that -- that the principal mechanism by which obese patients develop PTC is through abnormalities of androgen metabolism, and that some of those women are undiagnosed PCOS.
Some estimates of abnormalities of androgen metabolism -- although overall about 8 percent of women have PCSO, estimates of abnormalities is a spectrum. Estimates of abnormalities of androgen metabolism reach as high as 20 percent of women if you actually looked for those abnormalities.
Q. Are you aware of any study that concludes that obese patients develop PTC through abnormalities of the androgen metabolism? Are you aware of any study that has reached that conclusion?
A. Not of a study that -- that definitively

demonstrates that association.
Q. Do you even know if the androgen mechanism theory is generally accepted in the community of doctors that research and treat PTC?
MS. NATALE: Object to form. Asked and answered.
THE WITNESS: I don't know if it is or isn't. I mentioned earlier that there's a real division between those who provide contraceptives, the gynecologists, and those who would diagnose and treat PTC, the neuro-ophthalmologists.
BY MS. COOK:
Q. I'm going to hand you the Glueck article that we've been talking about and ask you a quick question.
(Marked for identification purposes, Exhibit 20.)
BY MS. COOK:
Q. And this is the article that you cite and discuss on page 21 of your report; right?
A. Yes.
Q. Now, this article itself -- well, if you turn to page 76, the discussion section --
A. Yes.
Q. -- on the right-hand column, about eight

lines down, it says:
"Obesity is a clinical characteristic of both PCOS and IIH. The increased prevalence of PCOS in women with IIH may reflect PCOS-driven morbid obesity which, in turn, facilities the development of IIH."
Do you see that?
A. That's just what I said.
Q. But that doesn't say anything about androgens; correct?
A. Well, it implies that because PCOS is an abnormality of androgen metabolism.
Q. But my answer is correct, that it doesn't say that; correct?
A. It doesn't say that specifically, but that's the implication, maybe the understanding of the author.
Q. Okay. So page 77, the concluding paragraph of this paper --
A. Concluding paragraph?
Q. Yeah. It says:
"On the basis of our findings in this study, we make the following speculations: PCOS characterized by

obesity, extreme obesity, and
hypofibrinolysis is associated with and
may facilitate development of IIH."
Do you see that?
A. Yes.
Q. And it refers to that finding as a speculation.
Would you agree with that characterization?
A. Yes.
Q. And then the -- the final sentence of this paragraph talks about thrombophilia and hypofibrinolysis; right?
A. Yes.
Q. And you would agree that Mirena doesn't cause thrombophilia or hypofibrinolysis; right?
A. Yes, I agree with that. On the other hand, abnormalities of sex steroid metabolism are associated with changes in clotting parameters. So we're not -- we're not talking about a -- about a simple mechanism in which levonorgestrel would cause thrombophilia.
Q. What the authors talk about in this paragraph is about familial and acquired thrombophilia/hypofibrinolysis often exacerbated by exogenous estrogens and talks about that as the

mechanism by which PCOS can be associated with IIH; correct?

MS. NATALE: Object to form.

THE WITNESS: Yes.

BY MS. COOK:

Q. And that's not referencing androgens; correct?

A. Well, the association with PCOS refers to androgens and the effects of androgens on sex hormone binding globulin, which binds both estrogen and androgen. I think it's a complex picture.

Q. Well, certainly this study does not conclude that the high level of circulating androgens in PCOS patients is what caused them to develop IIH; correct?

A. Well, to my reading, it suggests an implication for something that's not yet well understood.

Q. Well, it certainly doesn't say that; right?

A. It does not say that androgens cause -- and you wouldn't expect that the explanation would be that simple -- cause pseudotumor cerebri, no.

Q. Okay. So then on the next page of your report, page 22, you refer to a 2013 study. And you don't have a citation there, but I deduce that it

EXAMINATION BY MR. ROCKSTAD

BY MR. ROCKSTAD:

Q. Dr. Darney, I'm Trevor Rockstad. I represent the plaintiffs in this case.

It's late. We've had a long day, so I don't want to keep you too long, but I just have a few questions to clarify a couple of things.

A. Okay.

Q. So if you would, pull your Exhibit 3. It's your report. We're going to take a look at Appendix C. Let me know when you've got that out.

Do you have it? If you would look at the -- I believe it's the first page of that appendix.

Are you there?

A. Yes.

Q. Okay. At the top there, right under title of the appendix, there's some data sets listed with some MIR numbers.

Do you see those?

A. Yes.

Q. Are those a wider set of data from which this Appendix C was compiled?

A. Yes.

Q. And did you review all the data from those

data sets?

A. Yes.

Q. And does that data, the full data, support the contention for which you cite this Appendix C?

MS. COOK: Object to foundation. Form.

BY MR. ROCKSTAD:

Q. You can answer.

A. Yes, those data do support what's shown in Appendix C.

Q. And what is that contention, Dr. Darney?

A. The high degree of variability in levonorgestrel concentrations, both free and total, among subjects participating in these trials, representative subjects, and the general lack of relationship of androgenic progestogenic side effects, those accepted the result from levonorgestrel among those subjects in the trials.

Q. And you mentioned side effects. There's a number of side effects listed in this Appendix C.

Why did you choose those specific side effects to -- to discuss here?

A. Well, those -- those are the side effects that -- about which there's agreement that they are caused by exposure to the drug.

Q. Doctor, does anything you've heard here