IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | |
| MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II) | 17-MD-2767(PAE)<br>17-MC-2767(PAE) |
| This Document Relates to All Actions | |

**********************************************

ORAL/VIDEO DEPOSITION OF

CONRAD E. JOHANSON, Ph.D.

JANUARY 26, 2018

**********************************************

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF CONRAD E. JOHANSON, Ph.D., produced as a witness at the instance of the Defendants, was duly sworn, was taken in the above-styled and numbered cause on JANUARY 26, 2018, from 9:23 a.m. to 6:51 p.m., before Chris Carpenter, RPR and CSR, in and for the State of Texas, reported by machine shorthand, at the Law Offices of Craig Eiland, 1220 Colorado Street, Suite 300, Austin, TX 78701, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

would be so straightforward. A week's research could answer some pivotal questions, and I'm sure it could be set up easily. So that was a result of preparation work, as you requested. And these are the thoughts that have come into my mind within the past month or past two months or so.

Q. You said one week's research could answer pivotal questions, correct?

A. I'm sorry?

Q. You said one week's research could answer pivotal questions, correct?

MR. ROCKSTAD: Object to form. Go ahead.

Q. (By Mr. Baum) In your last answer, did you just say that one week's research could answer pivotal questions?

A. Oh, yes, yes, right. If Bayer -- if it were subcontracted out. I really think that if that particular lab were in a position to do like ventriculocisternal perfusions of the brain to quantify CSF --

THE REPORTER: Ventricular?

A. Ventriculocisternal perfusions of the brain, indicator dilution that quantifies CSF formation rate. And you could test it with drugs like levonorgestrel. It would be such a straightforward experiment, and it

wouldn't tell you everything, but it would give you a very big clue. If you found like a 40 percent drop as you do with acetazolamide and CSF formation rate, that would speak volumes. It would be just unbelievably valuable.

Q. (By Mr. Baum) Okay. So my question was: Did you just say that phrase? So I'm only asking you, yes or no, did you utter the phrase, one week's -- one week of research could answer pivotal questions?

MR. ROCKSTAD: Object to form.

Q. (By Mr. Baum) Was that what you said?

A. Yes, it is, because I think that's a pivotal question. To me, it is.

Q. Okay.

A. Maybe not to anyone else, but to me it's a pivotal question.

Q. And the pivotal question is, am I correct in understanding, what the effects of LNG are on CSF formation rate?

MR. ROCKSTAD: Object to form.

A. Yes, that's important; yes, right.

Q. (By Mr. Baum) Okay. Bayer is not the only organization that could run that study, right?

A. Exactly, of course.

Q. Have you ever run that study?

A. Not on the levonorgestrel, of course, but over the years, definitely have. In fact, my thesis, Ph.D. thesis many years ago was using that preparation. So I appreciate that --

Q. So you're very familiar with and capable of conducting this one week's worth of research that could answer pivotal questions, including the effect of LNG on CSF production rate, correct?

MR. ROCKSTAD: Object to form.

A. That is correct, yes.

Q. (By Mr. Baum) You have not performed that study, correct, in all of your years of research --

A. Right.

Q. -- on this topic?

A. And the reason -- I mean, if I still had --

MR. ROCKSTAD: Object to form.

A. If I still had an active laboratory, I very well may have done something akin to that, but I don't have the resources and I couldn't do it. But I think it would be a very valuable experience to do, to get information generally for progestins, not just for levonorgestrel, I think is critical.

Q. (By Mr. Baum) And for decades you did have an active laboratory that was capable of doing that one week's worth of research that could answer pivotal