Clin. Pharmacokinet. 28 (3): 203-215, 1995
0312-5963/95/0003-0203/$06.50/0

DRUG DISPOSITION

● Adis International Limited. All rights reserved.

# Levonorgestrel
## Clinical Pharmacokinetics

*Kenneth Fotherby*
Royal Postgraduate Medical School, London, England

## Contents

Summary . . . 203
1. Overview of Pharmacokinetic Parameters of Levonorgestrel . . . 204
2. Binding of Levonorgestrel in Blood . . . 206
3. Levonorgestrel Concentrations in Blood . . . 207
 3.1 Oral Administration . . . 207
 3.2 Vaginal Administration . . . 209
 3.3 Subcutaneous Implants . . . 210
 3.4 Intra-Uterine Administration . . . 211
4. Discussion . . . 212

## Summary

Published values for the serum concentrations and pharmacokinetic parameters of levonorgestrel after administration of various doses of levonorgestrel alone or with ethinylestradiol are reviewed. Most data apply to oral administration of the gestagen, with the smaller amount of data for other modes of administration, e.g. subcutaneous, intravaginal and intra-uterine administration, also included.

There is a large variability among the different studies for both serum concentration and pharmacokinetic parameters and not all of this is due to the large interindividual variability demonstrated in all of the studies. The factors responsible for the inter- and intraindividual variability have not been discovered. Sex hormone binding globulin (SHBG) plays an important role in levonorgestrel pharmacokinetics since: (i) levonorgestrel binds strongly to this protein; and (ii) serum SHBG levels are influenced by a large number of different factors including the administration of levonorgestrel and ethinylestradiol. However, not all of the anomalies in the metabolism of levonorgestrel can be ascribed to its interaction with SHBG.

Norgestrel was synthesised in the late 1950s as a racemic mixture. From the results of animal studies it was found that: (i) norgestrel was an extremely potent progestogen with progestational and anti-ovulatory activities higher than those of existing progestogens; and (ii) the activity of norgestrel resided in the dextro-rotatory isomer, the levo-rotatory isomer being biologically inactive. The dextro-rotatory isomer was subsequently officially named levonorgestrel. Although the racemic mixture was initially used clinically, and has continued to be used in some countries, in most countries it was replaced by levonorgestrel.

The pharmacokinetics of the 2 isomers differ considerably.[1,2] Unless an assay specific for levonorgestrel is used in studies in which the drug is

given as the racemic mixture, the results will be a combination of the pharmacokinetics of both isomers.

As a consequence of its potent biological activity, levonorgestrel rapidly became the major progestogen used in oral contraceptives because it could be used in such low dosages. This situation continued until the recent introduction of new compounds. Levonorgestrel also became the progestogen of choice in the development of continuous, slow release formulations given by routes other than the oral route of administration.

Levonorgestrel is used as a steroidal contraceptive in a number of different formulations administered in various ways. However, it is not widely recognised that its pharmacokinetics are dependent on the particular formulation being administered. The various formulations that have been studied include:

- monophasic and triphasic combined oral contraceptives in combination with ethinylestradiol;
- 'progesterone-only' contraceptives containing levonorgestrel alone;
- 'post-coital' therapy with levonorgestrel in large doses (usually 750μg) orally;
- levonorgestrel administration via localised therapy, e.g. subcutaneous silastic implants, biodegradable subcutaneous implants, intravaginal (vaginal rings) and intra-uterine levonorgestrel-containing intra-uterine devices; and
- combination of levonorgestrel with 'natural' estrogens for postmenopausal hormone replacement therapy.

Most of the information for the pharmacokinetics of levonorgestrel has been obtained from studies with combination oral contraceptives; accordingly these data are presented first and provide the background for the much smaller amount of information available regarding other formulations.

## 1. Overview of Pharmacokinetic Parameters of Levonorgestrel

The pharmacokinetic parameters of levonorgestrel are summarised in table I. There is general agreement that absorption in most individuals is rapid, with a half-life of absorption of less than 1 hour and the mean time taken to achieve maximal serum concentrations ($t_{max}$) being less than 2 hours. There are insufficient values to show any correlation between maximal serum concentrations ($C_{max}$) and dose, but it is unlikely that there is any correlation (see section 3). More values are available for area under the serum concentration-time curve (AUC) than for $C_{max}$, but these are still insufficient for a proper evaluation of the relationship between AUC and dose.

For 2 formulations of levonorgestrel and ethinylestradiol a number of values are available. The mean AUC for levonorgestrel 150μg plus ethinylestradiol 30μg is 28.9 μg/L • h compared with 60.4 μg/L • h for levonorgestrel 250μg plus ethinylestradiol 50μg, suggesting that there might be a correlation between dose and AUC if sufficient studies were performed under standardised conditions. However, for the 5 values for levonorgestrel 250μg plus ethinylestradiol 50μg, 2 are about 100 μg/L • h and 3 are about 35 μg/L • h, with no overlap in the range of values. The values for levonorgestrel 150μg plus ethinylestradiol 30μg also appear to fall into 2 less well-defined groups, with 3 values of about 22 μg/L • h and 3 about 35 μg/L • h.

Values for the half-life of distribution (range of most values is from 0.5 to 2 hours) and volume of distribution (Vd) [range is from 75 to 200L] are fairly consistent among the studies. In contrast, those for clearance are much more variable.

The values reported in a study undertaken in Indian women[17] for half-lives of distribution and elimination are so vastly different from other reports that it must be assumed that there is some error in the derivation of these values. Compared with other parameters the terminal half-life of elimination ($t_{½β}$), which should be the parameter most readily and accurately determined, shows the largest variability across all of the studies, with most mean values in the range of between 8.0 and 26.4 hours: individual values varied between 4 and 54 hours.

© Adis International Limited. All rights reserved.

**Table I.** Mean pharmacokinetic parameters (range or SD provided in square brackets) for various oral doses of levonorgestrel (LNG) administered alone or in combination with ethinylestradiol (EE)

| Dose (μg) LNG | EE | No. of individuals | $C_{max}$ (μg/L) | $t_{max}$ (h) | $t_{½α}$ (h) | $t_{½DIST}$ (h) | $t_{½β}$ (h) | Vd (L) | CL (ml/min/kg) | AUC (μg/L • h) | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | 5 | | | | | 13.7 [8-23] | | | | 3 |
| 30 | | 3 | | | | 0.6 [0.5-1.1] | 14.8 [7.4-19.0] | | 4.6 [2.7-6.2] | 6.7 [3.5-11.1] | 4 |
| 150 | | 12 | 4.3 [1.3] | 1.2 [0.5] | | 0.6 [0.2] | 13.9 [3.2] | 108 [37] | 1.5 [0.6] | 30.9 [11.9] | 5 |
| | | 12[a] | 2.7 [0.3] | 1.0 [0.3] | | 0.5 [0.2] | 17.4 [3.6] | 226 [61] | 2.5 [0.4] | 25.0 [5.9] | |
| 250 | | 6 | | | | | 19.3 [15.1-28.7] | | | 24.3 [15.4-37.7] | 6 |
| 750 | | 10 | | | | | 14.5 [8.5-18.5] | | | | 7 |
| 750 | | 10 | 11.2 [8.1-18.4] | 1.9 [1.0-2.7] | 0.9 (0.6-1.2] | 1.2 [0.6-2.2] | 13.3 [8.0-18.2] | 115 [44-163] | 102[b] [63-157] | 124 [67-177] | 8 |
| 750 | | 6 | 9.0 [2.3] | | | | 8.9 [1.9] | 89 [26] | 120[b] [45] | 116 [41] | 9 |
| | | 6[a] | 7.1 [2.8] | | | | 12.0 [4.8] | 124 [57] | 135[b] [90] | 118 [50] | |
| 1000 | | 5 | | | | | 12.6 [9-20] | | | | 3 |
| 1000 | | 3 | | | | | 10.0 | | | | 10 |
| 75 | 40 | 24 | 2.5 [1.5-5.3] | 0.8 [0.3-3.0] | 0.55 [0.1-2.4] | | 14 [4-38] | 1.7[c] [0.9-3.6] | 1.3 [0.4-4.8] | 15.5 [4-48] | 11 |
| 150 | 30 | 5 | | | | | 8.6 [1.5] | 59.9 [15.5] | 70[b] [12] | 37.8 [6.5] | 12 |
| 150 | 30 | 5 | | | | 1.0 [0.2] | 11.4 [1.3] | 1.9[c] [0.3] | 1.8 [0.3] | 20.4 [3.0] | 13 |
| 150 | 30 | 9 | 3.8 [1.2] | 2.4 [1.0] | | | 8.0 [3.2] | | | 20.2 [7.8] | 14 |
| 150 | 30 | 24 | 3.2 [1.5-6.8] | 1.3 [0.7-3.1] | 0.85 [0.5-2.5] | | 18 [8-43] | 138 [65-340] | 1.2 [0.4-3.8] | 35 [90-120] | 15 |
| 150 | 30 | 6 | | | | 1.7 [1.4-2.1] | 25 [21-35] | | 96[b] [65-260] | 32.3 [14-49] | 4 |
| 150 | 30 | 9 | 3.2 [0.9] | 1.0 [0.2] | | 0.5 [0.3] | 20.1 [6.1] | 184 [106] | 1.6 [0.7] | 27.6 [11.0] | 16 |
| | | 9[a] | 6.8 [2.1] | 1.0 [0.2] | | 0.2 [0.1] | 23.5 [8.6] | 92 [25] | 0.7 [0.2] | 115 [52] | |
| 150 | 50 | 5 | | 0.31 | 0.8 | 5.1 | 81.1 | | | | 17 |
| 250 | 30 | 6 | | 0.35 | 1.05 | 4.3 | 62.7 | | | | 17 |
| 250 | 50 | 5 | | | | | 9.9 [1.6] | 75.4 [15.7] | 88[b] [17] | 96.5 [18.8] | 12 |
| 250 | 50 | 5 | | | | | 12.6 [10-19] | | | | 3 |
| 250 | 50 | 6 | 7.1 [2.0] | 2.2 [1.3] | | 3.0 [0.6] | 26.4 [7.2] | | | | 18 |
| 250 | 50 | 10 | | | | | | 1.4[c] [0.2] | | 36.2 [7.6] | 19 |
| 250 | 50 | 8 | | | | | 19.3 [2.5] | | 1.3 [0.26] | | 20 |
| | | 8 | (Long term users) | | | | 31.4 [18.5] | | 0.6 [0.2] | | |
| 250 | 50 | 5 | | | | 0.9 [0.2] | 8.8 [1.6] | 1.6[c] [0.3] | 1.9 [0.23] | 33.1 [3.4] | 13 |
| 250 | 50 | 5 | 5.1 [0.5] | 1.2 [0.4] | | | 11.9 [1.7] | | 97[b] [43] | 36.2 [12.8] | 21 |
| 250 | 50 | 6 | | | | | 30 [18-54] | | | 100 [70-149] | 6 |

a Repeated administration until steady-state achieved.
b Clearance presented in ml/min.
c Volume of distribution presented in L/kg.

*Abbreviations and symbols:* AUC = area under the serum concentration-time curve; CL = total body clearance; $C_{max}$ = maximal serum concentration; $t_{max}$ = time taken to achieve maximal serum concentration; $t_{½α}$ = absorption half-life; $t_{½DIST}$ = distribution half-life; $t_{½β}$ = terminal elimination half-life; Vd = volume of distribution.

© Adis International Limited. All rights reserved.

## 2. Binding of Levonorgestrel in Blood

The plasma protein binding of levonorgestrel plays a crucial role in its pharmacokinetics. Binding occurs both to albumin, with a large capacity but low affinity, and to sex hormone binding globulin (SHBG), with limited capacity but high affinity.

On the basis of *in vitro* determinations the concentration of binding sites in human serum is 1.48 nmol/mg for albumin and 0.12 nmol/mg for SHBG; equilibrium dissociation constants are 3.49 and 0.11 μmol/L, respectively.[22] Levonorgestrel has a high relative binding activity for SHBG that is 50% of that of dihydrotestosterone and higher than those of the other gestagens used in combination oral contraceptives.

Levonorgestrel forms a stable long-lived complex with SHBG from which it dissociates slowly.[23] As its name implies, under normal physiological conditions SHBG binds the sex hormones, testosterone, 5α-dihydrotestosterone and, to a lesser extent, estradiol. Levonorgestrel was the only one of a number of progestogens tested to have an affinity for SHBG similar to that of these sex hormones.[23]

Not only does SHBG have a strong affinity for progestogens, but it is also a hormone-sensitive protein whose plasma concentration can be increased by estrogens and decreased by androgens and some progestogens. Levonorgestrel administered alone decreases serum SHBG levels; levonorgestrel 150μg daily for 20 days leads to a 50% decrease in the level of SHBG in plasma,[24] and a single 750μg dose resulted in a 25% decrease in SHBG.[8] Ethinylestradiol (30 to 50μg) given alone will increase the level of SHBG 2- to 3-fold and this increase can be inhibited by levonorgestrel, depending on the dose, as a result of its strong antiestrogenicity. Thus, after administration of levonorgestrel 250μg in combination with ethinylestradiol 50μg, serum SHBG concentrations actually decrease. Only minor increases occur following administration of levonorgestrel 150μg plus ethinylestradiol 30μg; an increase of about 70 to 100% occurs with the triphasic formulation. Readers who require further details of this interaction between estrogen and progesterone and SHBG, and its clinical implications, are referred to a previously published review.[25]

The changes in serum SHBG concentrations begin as soon as the first dose of the oral contraceptive is administered and become maximal after about 7 days. Similarly, about 7 days are required before SHBG returns to pretreatment levels when tablet taking stops. The drug-related changes that occur in SHBG levels over time are likely to extend the time required for serum levonorgestrel to reach steady-state concentrations. The wide range of SHBG levels in healthy non-treated women also contributes to the variability in the pharmacokinetic profile of levonorgestrel.

A number of different factors may affect serum SHBG levels[26] and also the interindividual variation in the magnitude of the response to exogenous steroid administration. The importance of SHBG in levonorgestrel pharmacokinetics is further demonstrated in a number of studies[27-29] that have shown a positive correlation between total serum levonorgestrel and SHBG concentrations, irrespective of the mode of administration of levonorgestrel. Furthermore, in studies in which serum levonorgestrel concentrations remained constant, e.g. in women with levonorgestrel implants, oral administration of ethinylestradiol increased both SHBG and levonorgestrel concentrations in serum in parallel.[30] Since levonorgestrel release from the implant was unchanged, the increase in serum levonorgestrel must be due to a decreased clearance.

Early experiments of the distribution of levonorgestrel among the serum binding proteins utilised equilibrium dialysis and usually serum from individuals not taking contraceptive steroids. However, the results have little relevance to the *in vivo* situation. Preliminary results using ultracentrifugation-filtration[31] suggested that about 50% of levonorgestrel was bound to albumin and 47.5% of levonorgestrel was bound to SHBG; about 2.5% was unbound.

More relevant findings were obtained using a similar analytical technique but with serum from women treated with a combined oral contraceptive

© Adis International Limited. All rights reserved.

**Table II.** Binding of levonorgestrel (LNG) in serum. Values shown are % of LNG in serum in free, albumin-bound and sex hormone binding globulin (SHBG)-bound fractions after a single dose and at the end of the first (TC1) and third (TC3) cycles of treatment when LNG is administered alone or in combination with ethinylestradiol (EE). Values are mean ± SD[5,16]

| LNG dose (μg) | Sampling period | Free fraction | Albumin-bound fraction | SHBG-bound fraction | SHBG level (nmol/L) |
|---|---|---|---|---|---|
| 150 | Single dose | 1.1 ± 0.1 | 37.1 ± 6.7 | 61.8 ± 6.7 | 67 ± 22 |
| | TC1 | 1.7 ± 0.3 | 56.4 ± 11.2 | 42.0 ± 11.4 | 27 ± 7 |
| 150 + 30μg EE | Single dose | 1.3 ± 0.2 | 34.6 ± 4.0 | 64.1 ± 4.2 | 80 ± 19 |
| | TC1 | 1.2 ± 0.2 | 31.4 ± 5.1 | 67.4 ± 5.2 | 109 ± 28 |
| | TC3 | 1.1 ± 0.1 | 30.5 ± 6.4 | 68.3 ± 6.5 | 132 ± 14 |

or progestogen are summarised in table II. Administration of levonorgestrel alone markedly reduces serum SHBG levels and causes a concomitant decrease in SHBG-bound levonorgestrel and an increase in albumin-bound levonorgestrel. When the same dose was given with ethinylestradiol the reverse occurred, i.e. a minor increase in SHBG and SHBG-bound levonorgestrel and a reduction in albumin-bound drug. Although in these investigations changes in unbound levonorgestrel, the biologically active moiety, may appear small they may amount to up to a 2-fold change (table II). Despite the biological importance of the concentration of unbound levonorgestrel in plasma, which is presumably in equilibrium with the concentration of drug at the site of action, the binding of levonorgestrel and its relationship to the pharmacological activity of levonorgestrel has been inadequately studied. There is presumably a dynamic equilibrium between the free fractions and the free and bound fractions of drug. However, even though the biologically active unbound fraction accounts for less than 2% of the total drug, there are no data regarding the relevance of estimations of serum total levonorgestrel concentrations to biological activity.

## 3. Levonorgestrel Concentrations in Blood

### 3.1 Oral Administration

Values for serum levonorgestrel concentrations in women receiving various doses of levonorgestrel alone or with ethinylestradiol are shown in table III. It will be noted that of the studies listed in table III, all except 3 have involved only a small number of women (i.e. 10 or less). In all of the studies, radioimmunoassay has been the method used to estimate levonorgestrel concentrations. However, the reliability criteria for this methodology has varied among the studies.

What is readily discernable from table II is the large variation among the different studies for the mean levonorgestrel concentrations after administration of the same dose of levonorgestrel. Whether there is a correlation between dose and serum concentrations cannot be determined on the basis of the available results. For levonorgestrel, given as monotherapy, there are insufficient mean concentration values for any 2 dose levels to assess this. The values for levonorgestrel alone have to be considered separately from those for levonorgestrel given in combination with ethinylestradiol because of their varying effects upon SHBG.

For levonorgestrel plus ethinylestradiol, sufficient values are available for 2 formulations, but the wide variation among the reports precludes any correlation between dose and concentration (table IV). For most times of sampling there is a 2- to 4-fold variation between the lowest and highest mean concentration values for levonorgestrel and ethinylestradiol. This large range of mean values is surprising and for any one study the variability about the mean will be equally large (table IV).

Large interindividual variation in serum concentrations and pharmacokinetic parameters have been reported for a number of the synthetic gestagens.[38] More recently intraindividual variability, as large as that occurring interindividually, has been described.[39] However, the factors re-

© Adis International Limited. All rights reserved. 

**Table III.** Mean pharmacokinetic parameters for various oral doses of levonorgestrel (LNG) administered alone or in combination with ethinylestradiol (EE)[a]

| Dose administered (μg) | | No. of individuals | Mean serum concentration (μg/L) at specified time | | | | | | | Reference |
|---|---|---|---|---|---|---|---|---|---|---|
| LNG | EE | | 1h | 2h | 3h | 4h | 8h | 12h | 24h | |
| 30 | | 10 | | 0.9 | | 0.65 | 0.4 | | | 32 |
| 30 | | 5 | 0.9 | 0.7 | | 0.5 | 0.2 | 0.2 | 0.1 | 3 |
| 37.5 | | 3 | 1.4[b] | 1.5 | | 0.9 | 0.5 | 0.4 | 0.3 | 33 |
| 150 | | 12 | 3.7[b] | 3.0 | | 1.3 | 0.9 | 0.7 | 0.4 | 5 |
| 250 | | 5 | 3.0 | 4.2 | | 3.0 | 1.6 | 1.0 | | 34 |
| 250 | | 6 | | 2.3 | | | 0.9 | | 0.4 | 6 |
| 500 | | 5 | 8.5 | 9.0 | | 6.3 | 3.2 | 2.8 | | 34 |
| 750 | | 10 | 12[b] | 16 | | 12.5 | 7.5 | 6 | 3 | 7 |
| 750 | | 6 | 3.6 | 6.8 | | 7.9 | 4.2 | 2.8 | 1.6 | 9 |
| 750 | | 10 | 8.0 | 9.7 | | 6.5 | 4.2 | 3.0 | 1.6 | 8 |
| 1000 | | 5 | 13.6 | 18.6 | | 14.5 | 8.1 | 6.2 | 3.9 | 3 |
| 1000 | | 3 | | 8.6 | | | 1.2 | | 0.3 | 10 |
| 75 | 40 | 24 | 2.2 | 1.4 | | 0.7 | 0.4 | 0.3 | 0.2 | 11 |
| 150 | 30 | 5 | 4[b] | 3 | | 1.5 | 0.8 | 0.7 | 0.5 | 13 |
| 150 | 30 | 9 | 1.5[b] | 1.5 | | 1.3 | 0.7 | | 0.2 | 14 |
| 150 | 30 | 24 | 2.9 | 2.6 | | 1.8 | 0.9 | 0.7 | 0.5 | 15 |
| 150 | 30 | 3 | 3.5[b] | 3.3 | | 2.6 | 1.6 | 1.2 | 0.8 | 35 |
| 150 | 30 | 5 | | | 3.1 | 1.7 | 1.7 (7h) | | 0.8 | 36 |
| 150 | 30 | 6 | 3.2 | 2.4 | | 1.5 | 0.8 | | 0.4 | 4 |
| 150 | 30 | 8 | 3.1 | 2.2 | | 2.2 | 0.6 | 0.5 | 0.3 | 16 |
| 150 | 50 | 5 | 8.0 | 6.0 | | 2.0 | 1.6 | | 1.0 | 17 |
| 250 | 30 | 6 | 8.3 | 7.0 | | 5.0 | 2.6 | 2.0 | 1.1 | 17 |
| 250 | 50 | 5 | 4[b] | 3 | | 2 | 1.8 | | 0.7 | 21 |
| 250 | 50 | 5 | 7[b] | 5 | | 3.5 | 2 | 1 | 0.9 | 13 |
| 250 | 50 | 5 | 2.9 | 4.4 | | 2.9 | 1.5 | 1.1 | 0.6 | 3 |
| 250 | 50 | 5 | | | 3.9 | 3.7 | 3.7 (7h) | | 1.9 | 36 |
| 250 | 50 | 6 | | 5.9 | | | 4.3 | | 2.8 | 6 |
| 250 | 50 | 10 | 6 | 4 | | 2.8 | 1.9 | 1.5 | 0.9 | 19 |
| 250 | 50 | 5 | 0.7 | 5.1 | | 3.6 | 2.3 | 1.8 | 1.1 | 37 |
| 250 | 50 | 6 | 5.9 | 5.5 | | 5.3 | 2.6 | 1.9 | 1.2 | 18 |
| 250 | 50 | 3 | 4.3 | 5.7 | | 4.7 | 4.5 | 2.7 | 1.7 | 35 |

a The values are mean values for a single oral dose.

b Values approximate and calculated from graphs in the original paper.

sponsible for this variability have not been elucidated. Levonorgestrel does not undergo first-pass metabolism[40] or entero-hepatic circulation. Therefore, variations in absorption after oral administration would not seem to be a major factor determining the variability in serum concentrations. This is further substantiated by the finding that similar variations in serum concentrations are found after intramuscular injection of gestagens.[38] Although in most individuals peak absorption occurs within 2 hours of administration, in a few individuals absorption is delayed beyond this time. Because almost all the studies in table II have been undertaken in Caucasian individuals, population differences cannot account for the variability observed. Furthermore, the considerable intraindividual variability eliminates genetic differences as the basis for variability.

Similarly, other possibilities can also be ruled out as major factors in the variability of serum con-

© Adis International Limited. All rights reserved.

lone or in combination with

| 24h | Reference |
|---|---|
| | 32 |
| 0.1 | 3 |
| 0.3 | 33 |
| 0.4 | 5 |
| | 34 |
| 0.4 | 6 |
| | 34 |
| 3 | 7 |
| 1.6 | 9 |
| 1.6 | 8 |
| 3.9 | 3 |
| 0.3 | 10 |
| 0.2 | 11 |
| 0.5 | 13 |
| 0.2 | 14 |
| 0.5 | 15 |
| 0.8 | 35 |
| 0.8 | 36 |
| 0.4 | 4 |
| 0.3 | 16 |
| 1.0 | 17 |
| 1.1 | 17 |
| 0.7 | 21 |
| 0.9 | 13 |
| 0.6 | 3 |
| 1.9 | 36 |
| 2.8 | 6 |
| 0.9 | 19 |
| 1.1 | 37 |
| 1.2 | 18 |
| 1.7 | 35 |

n a few individuals ab- this time. Because al- I have been undertaken population differences ility observed. Further- aindividual variability es as the basis for vari-

ities can also be ruled ariability of serum con-





centrations of levonorgestrel. For most of the studies, formulations of the dose have been similar and this would eliminate pharmaceutical factors from contributing to the variability. Age and bodyweight could be important, but in all of the studies the age and bodyweight of the individuals covered a narrow range. Diet is unlikely to lead to a marked variability in the serum concentrations of levonorgestrel. The effect of smoking is controversial even for the estrogens; for the gestagens much less information is available and the findings vary.[20,41] Significant drug interactions have been reported with the oral contraceptives, mainly affecting the estrogen component. However, in the small-scale single-dose studies listed in table III, none of the individuals are likely to have been taking such drugs. Further details regarding factors that may influence the metabolism of contraceptive steroids are considered in a recent review article.[42] The steroidal contraceptives are usually used by women over an extended period of time, but no information is available regarding changes in metabolism after long term use of these drugs.

Much less information is available for steady-state serum levonorgestrel concentrations, although these are more clinically relevant than single-dose studies (table V). Data for steady-state serum concentrations are insufficient for a proper comparison with the data from single-dose studies. However, it would be expected that steady-state concentrations would be higher than concentrations observed after single-dose administration. For the only comparison possible, levonorgestrel concentrations at 12 to 24 hours after administration of levonorgestrel 150μg plus ethinylestradiol 30μg varied from 1.2 to 2.1 μg/L at steady-state (table V) compared with from 0.2 to 1.2 μg/L for single dose administration (table III). The most detailed studies of steady-state concentrations are those of Kuhnz et al.[5,16] (see table V).

In table V, the levonorgestrel concentration described for levonorgestrel 125μg plus ethinylestradiol 30μg relates to administration of levonorgestrel in the triphasic formulation. During the first 2 phases of drug administration (phase 1: 6 tablets levonorgestrel 50μg plus ethinylestradiol 30μg; phase 2: 5 tablets levonorgestrel 75μg plus ethinylestradiol 40μg), the serum levonorgestrel concentration increased steadily to about 0.8 μg/L, and then it increased more markedly to reach plateau concentrations during phase 3 (10 tablets levonorgestrel 125μg plus ethinylestradiol 30μg) of about 1.5 μg/L. All samples were taken about 15 hours postdose.[43]

The time required for attainment of 'pseudo' steady-state concentrations is longer than expected on the basis of the $t_{½β}$ of levonorgestrel. This is because of the drug-induced changes in serum SHBG levels.

### 3.2 Vaginal Administration

A number of different types of vaginal rings containing various gestagens and estrogens have been tested since the mid-1970s. The most successful would appear to be a silastic toroidal-shaped ring with an outer diameter of 55mm and a cross-sectional diameter of about 9mm. Levonorgestrel is released from this device at about 20 μg/day, with a near zero-order release rate. After insertion of the ring into the vagina plasma levonorgestrel concentrations increase rapidly to about 1 mmol/L within 12 hours, reaching plateau concentrations of about 1.6 nmol/L within 3 to 4 days. The concentration decreased by 1.1 pmol/L daily and reached approximately 50% of the initial concen-

**Table IV.** Variability of serum levonorgestrel (LNG) concentrations. Values show lowest and highest mean values in published studies after single oral administration of LNG in combination with ethinylestradiol (EE) [values from studies presented in table III]

| Dose (μg) | | No. of studies | Mean LNG concentration (μg/L) at specified sampling time | | | | | |
|---|---|---|---|---|---|---|---|---|
| LNG | EE | | 1h | 2h | 4h | 8h | 12h | 24h |
| 150 | 30 | 7 | 1.5-4 | 1.5-3.3 | 1.3-2.6 | 0.7-1.6 | 0.7-1.2 | 0.2-0.8 |
| 250 | 50 | 9 | 0.7-7 | 3-5.9 | 2-5.3 | 1.5-4.5 | 1-2.7 | 0.6-2.8 |

© Adis International Limited. All rights reserved.

**Table V.** Steady-state concentrations in plasma after oral administration of levonorgestrel (LNG) alone or in combination with ethinylestradiol (EE)

| Dose (μg) | | No. of individuals | Mean concentration (μg/L) at specified time | | | | | | | | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LNG | EE | | 1h | 2h | 3h | 4h | 8h | 12h | 15h | 24h | |
| 30 | | 10 | | 0.75 | | | | | | | 32 |
| 30 | | 5 | | | | | | 0.25 | | | 3 |
| 37.5 | | 3 | | | 1.5[a] | | | | | 0.5[a] | 35 |
| 150 | | 12 | 2.3 | 2.1 | | 1.1 | 0.6 | 0.5 | | 0.3 | 5 |
| 150 | | 6 | | | | | | | 0.6 | | 24 |
| 250 | | 6 | | 2.3 | | | 0.9 | | | 0.5 | 6 |
| 750 | | 6 | 3.5 | 5.5 | | 6.1 | 4.0 | 2.8 | | 1.7 | 9 |
| 125 | 30 | 5 | | | | | | | 1.5[a] | | 43 |
| 150 | 30 | 3 | | | | | | 1.2 | | | 3 |
| 150 | 30 | 6 | | | | | | | 1.7 | | 24 |
| 150 | 30 | 3 | | | 3.9[a] | | | | | 1.8[a] | 35 |
| 150 | 30 | 9 | 6.5 | 4.5 | | 3.4 | 2.5 | 2.1 | | 1.4 | 16 |
| 250 | 50 | 5 | 10.7 | 13.9 | | | | | | | 37 |
| 250 | 50 | 3 | | | 6.8[a] | | | | | 3.2[a] | 35 |
| 250 | 50 | 5 | | | | | | 2.0 | | | 3 |
| 250 | 50 | 6 | | 5.9 | | | 4.3 | | | 2.8 | 6 |

a Values approximate and calculated from graphical representation of data in original article.

tration at the end of 1 year.[44-46] After removal of the ring the $t_{½β}$ of levonorgestrel was about 21 hours.

As an alternative to oral administration, it has been proposed that placement of levonorgestrel directly into the vagina will overcome any hepatic first-pass effect. Serum levonorgestrel concentrations were compared in a crossover study in 6 women receiving levonorgestrel 250μg plus ethinylestradiol 50μg either orally or vaginally.[47] After vaginal placement of the drug absorption was slow. Serum levonorgestrel concentrations reached a peak of 1 μg/L after 4 hours compared with a peak concentration of about 3 μg/L 2 hours after oral administration. By 24 hours, concentrations in the 'oral' group were still much higher than in the 'vaginal' group (about 1.2 and 0.4 μg/L). Levonorgestrel concentrations increased daily in the 'vaginal' group and by day 15 of the treatment cycle they were similar to those measured 12 hours postdose in the oral group. The concentrations in both groups continued to be similar until the end of the treatment cycle.

Similar results were reported by Abdalla et al.[37] and Back et al.[21] In the former study no difference occurred in the SHBG response to treatment in the 2 groups and in both groups there was a high positive correlation between serum levonorgestrel concentrations and SHBG levels. Back et al.[21] confirmed the slower absorption of levonorgestrel after vaginal administration ($C_{max}$ after vaginal administration was 2.6 ± 0.4 μg/L, $t_{max}$ after vaginal administration was 5.6 ± 1.7 hours; $C_{max}$ after oral administration was 5.1 ± 0.5 μg/L, $t_{max}$ after oral administration was 1.2 ± 0.4 hours). However, these investigators reported no differences in the $t_{½β}$ or bioavailability (after vaginal administration $t_{½β}$ was 15.6 ± 6.4 hours, F was 0.9 ± 0.2; after oral administration $t_{½β}$ was 11.9 ± 1.7 hours, F was 1.0 ± 0.2).

No studies appear to have been performed to ascertain whether vaginal absorption can be improved by changing the pharmaceutical characteristics of the formulation for vaginal use rather than administering the oral drug vaginally.

### 3.3 Subcutaneous Implants

Subcutaneous implants of levonorogestrel are now widely used as a long term steroidal contraceptive and are effective for at least 5 years.

© Adis International Limited. All rights reserved. 

in combination with ethinylestradiol

| 15h | 24h | Reference |
|---|---|---|
| | | 32 |
| | | 3 |
| | 0.5[a] | 35 |
| | 0.3 | 5 |
| 0.6 | | 24 |
| | 0.5 | 6 |
| | 1.7 | 9 |
| 1.5[a] | | 43 |
| | | 3 |
| 1.7 | | 24 |
| | 1.8[a] | 35 |
| | 1.4 | 16 |
| | | 37 |
| | 3.2[a] | 35 |
| | | 3 |
| | 2.8 | 6 |

roups there was a high pos-
veen serum levonorgestrel
HBG levels. Back et al.[21]
bsorption of levonorgestrel
tration ($C_{max}$ after vaginal
± 0.4 μg/L, $t_{max}$ after vagi-
5.6 ± 1.7 hours; $C_{max}$ after
s 5.1 ± 0.5 μg/L, $t_{max}$ after
s 1.2 ± 0.4 hours). However,
orted no differences in the
after vaginal administration
s, F was 0.9 ± 0.2; after oral
11.9 ± 1.7 hours, F was 1.0

to have been performed to
inal absorption can be im-
he pharmaceutical charac-
ation for vaginal use rather
oral drug vaginally.

Implants

ants of levonorogestrel are
long term steroidal contra-
e for at least 5 years.





The 'Norplant' system consists of 6 capsules 34mm in length and 2.4mm in outer diameter, containing about 35mg of crystalline levonorgestrel within silastic tubing. The release rate of levonorgestrel from the capsules is initially high (60 to 80 μg/day), but then settles down to a rate of about 30 μg/day. Serum concentrations of levonorgestrel have been measured in many studies.[48-54]

Absorption from the capsules is rapid and levonorgestrel can be readily measured in serum within a few hours of implantation. The serum concentration tends to be high in the first 3 to 4 weeks (0.5 to 1.0 μg/L) and then decreases to typical values of about 0.35 μg/L after 1 year of use, 0.31 μg/L in year 2, 0.34 μg/L in year 3, 0.32 μg/L in year 4 and 0.29 μg/L in year 5. Some studies suggest a weak inverse relationship (correlation coefficient approx 0.4) between serum levonorgestrel concentrations and bodyweight.[49]

The pharmacokinetics of the elimination of levonorgestrel after removal of 'Norplant' implants was studied by Croxatto et al.[55] in 11 women who had been treated with subcutaneous levonorgestrel for between 5 and 72 months. Prior to removal of the subcutaneous implant, the mean plasma concentration was 0.42 μg/L and had become undetectable in most individuals within 96 hours. Levonorgestrel was cleared from plasma at a constant rate during this time with a mean $t_{½β}$ of 41.7 hours, although there was a wide range in values from 12.9 to 61.6 hours. The $t_{½β}$ did not appear to be affected by the length of treatment, but showed a positive correlation with bodyweight (r = 0.86). Levonorgestrel concentrations before implant removal did not correlate with bodyweight.

Two other types of silastic implants containing levonorgestrel have been tested: homogeneous uncovered rods, 30 by 2.4mm, containing 25% by weight of levonorgestrel dispersed in silastic; and covered rods, which contain a greater proportion of levonorgestrel and are covered by thin-walled silastic tubing. Quoted release rates vary from about 50 to 100 μg/day. Results of the various studies[52,53,56,57] are variable and depend on the type of rod used, its release characteristics and the number of rods implanted. Serum levonorgestrel concentrations in women implanted with 6 rods are, as would be expected, higher than those with only 4 rods implanted and tend to be higher than those found in patients treated with 'Norplant'.[56]

Trials of an implant designed to provide contraceptive protection for 1 year and then degrade spontaneously have also been described. This implant consists of a 4cm poly (ε-caprolactone) capsule containing about 20mg levonorgestrel in a suitable vehicle. In a preliminary trial[58] of an implant containing about 16mg levonorgestrel with a release rate of about 46 μg/day, serum levonorgestrel concentrations increased to reach plateau concentrations of around 300 ng/L after 5 days and remained at this concentration until removal of the implant 1 month later. In a more extensive trial in 32 women with a 4cm capsule containing 22mg levonorgestrel implanted, Darney et al.[59] found plasma levonorgestrel concentrations decreased from an initial value of 0.5 to 0.2 μg/L after 10 months. Levonorgestrel release is much faster than from 'Norplant', the initial release rate varying from 20 to 55 μg/day and decreasing to approximately 28 μg/day after 20 days and to 9 μg/day after 1 year.

### 3.4 Intra-Uterine Administration

A number of trials have been performed using an intra-uterine device (IUD) as a carrier for levonorgestrel. Most of these trials have used a T-shaped IUD with a silastic sleeve containing about 15mg of levonorgestrel attached to the horizontal arm of the device. The release rate for most devices appears to be about 20 μg/day. In one of the first trials, which involved 6 women,[60] after an initial peak in the plasma levonorgestrel concentration, concentrations over a period of 77 to 124 days varied from 0.2 to 0.5 μg/L in the 6 women, but were relatively constant in each individual. In a 12-month study,[61] the mean concentrations were 0.5 μg/L in month 1 and 0.3 μg/L in month 6; although there was a large interindividual variation, the intraindividual variation was much smaller. In 17 women who had been using the levonorgestrel-

© Adis International Limited. All rights reserved.

containing IUD for more than 4 years, Barbosa et al.[62] reported mean levonorgestrel concentrations of 0.36 ± 0.02 nmol/L. Even with such a small amount of levonorgestrel reaching the systemic circulation, serum SHBG levels were depressed.[61,62]

## 4. Discussion

In common with the other synthetic sex steroids, the pharmacokinetics of levonorgestrel show many characteristics not found with many other drugs. As shown in table III there are large variations between individuals in plasma levonorgestrel concentrations. Although these may be influenced by many different factors, none appear to satisfactorily account for the variability observed. Furthermore, although less data are available, there is an equally large variability in other pharmacokinetic parameters (table I). At least part of this variability may be attributed to the way in which the parameters were derived. Most of the parameters presented in table I were computed on the basis of a 2-compartment open model, although there are always some individuals whose data do not fit such a model.

Even for the $t_{1/2\beta}$, which can be calculated quite simply, the variability is equally large and it would appear that there is little overlap between the range of values in some of the studies. Part of this variability in $t_{1/2\beta}$ may be influenced by the period of time over which the plasma concentrations used for the estimation of this parameter were obtained. In most studies sampling was not continued beyond 24 hours, with few samples if any taken between 12 and 24 hours. If $t_{1/2\beta}$ is 12 hours or more, such a sampling schedule is inadequate. Some investigators have suggested that sampling should continue for 48 hours or longer and this introduces problems in regard to the accurate measurement of levonorgestrel in such samples. For most of the studies presented in table II, the mean serum levonorgestrel concentration at 24 hours is less than 1 μg/L. Obviously by 48 and 96 hours the concentrations will be considerably lower and below the limit of sensitivity of the method of estimation employed. Thus, the method of assessment has to be radically modified or alternative methodology used if the $t_{1/2\beta}$ is to be accurately determined.

For the two latter approaches, the sensitivity and, especially, the specificity would have to be rigorously assessed. A study with labelled levonorgestrel[63] suggested that, in blood, metabolites of levonorgestrel were present at concentrations greater than those of levonorgestrel. The extent to which these metabolites may invalidate the estimation of very low concentrations of levonorgestrel and thereby give an artefactually prolonged $t_{1/2\beta}$ has not been assessed. Insufficient information is available regarding any changes in $t_{1/2\beta}$ with duration of levonorgestrel use.

The values in table I show that there are equally large interindividual variations in the other pharmacokinetic parameters. Another difficulty in assessing the significance of the pharmacokinetic parameters is that preliminary information suggests that there is a large intraindividual variability that may be almost as large as the interindividual variability.[39,64]

A further complicating factor in the pharmacokinetics of levonorgestrel is the serum SHBG level – the normal range, the effect of numerous endocrine and non-endocrine factors and the effect of the different formulations of levonorgestrel are all important. The interaction with SHBG is especially important for levonorgestrel since it not only binds more strongly to SHBG than the other gestagens, but also it has much stronger antiestrogenic activity on most pharmacodynamic parameters. Accordingly, its antagonism of the estrogen-induced increase in serum SHBG levels is much greater than that of other gestagens. The extent to which the interaction between levonorgestrel and SHBG explains some of the peculiarities of the pharmacokinetics of levonorgestrel is controversial.

Early findings indicated that serum levonorgestrel concentrations in women using levonorgestrel-containing oral contraceptives were often higher than expected and independent findings demonstrated that SHBG was a binding protein for levonorgestrel and that SHBG was a hormone-sensitive protein increased by estrogens and decreased by

© Adis International Limited. All rights reserved.

Case 1:17-mc-02767-PAE-JLC Document 137-3 Filed 03/15/18 Page 11 of 13



nethodology used if the termined.
proaches, the sensitivity ificity would have to be dy with labelled levonor- t, in blood, metabolites present at concentrations morgestrel. The extent to nay invalidate the estima- rations of levonorgestrel ctually prolonged $t_{½β}$ has cient information is avail- es in $t_{½β}$ with duration of

now that there are equally ations in the other phar- Another difficulty in as- of the pharmacokinetic ninary information sug- ntraindividual variability rge as the interindividual

g factor in the pharmaco- is the serum SHBG level effect of numerous endo- factors and the effect of of levonorgestrel are all with SHBG is especially rel since it not only binds han the other gestagens, er antiestrogenic activity nic parameters. Accord- he estrogen-induced in- vels is much greater than The extent to which the orgestrel and SHBG ex- arities of the pharmaco- is controversial.
d that serum levonorgest- en using levonorgestrel- tives were often higher endent findings demon- binding protein for levo- was a hormone-sensitive ogens and decreased by





androgens and some gestagens. These findings led naturally to the conclusion that the increased serum levonorgestrel concentrations were the result of a greater proportion of levonorgestrel binding with the increased amount of SHBG leading to a consequent delay in clearance of levonorgestrel. However, due to the large interindividual variation, a true comparison of levonorgestrel administered alone with the same dose administered in combination with estrogen is best seen in crossover studies performed in the same individuals. Two such comparisons have been reported.[64,65]

With levonorgestrel alone, administered over one cycle of use, with repeated sampling, 6 women took daily levonorgestrel 150μg alone or levonorgestrel 150μg plus ethinylestradiol 30μg. In the former, mean levonorgestrel concentrations reached a plateau of about 0.66 μg/L from day 2 to day 8 and then decreased slightly to 0.5 μg/L on day 19. In the group taking levonorgestrel plus ethinylestradiol, levonorgestrel concentrations increased steadily up to day 7 to a concentration of 1.5 μg/L and then remained fairly constant until day 19 with a concentration of 1.75 μg/L. Although levonorgestrel concentrations in the levonorgestrel plus ethinylestradiol group increased during the cycle of use, there was no change in SHBG concentrations.

In the second study, 6 women used levonorgestrel 250μg alone or levonorgestrel 250μg and ethinylestradiol 50μg in random order for 3 months with blood samples taken on the last day of treatment each month. Use of levonorgestrel alone gave mean levonorgestrel concentrations of 2.2 μg/L 2 hours postdose, 1.0 μg/L 8 hours postdose and 0.6 μg/L 24 hours postdose. In contrast, concentrations of 6.0, 4.2 and 3.0 μg/L, respectively, were reported after administration of levonorgestrel in combination with ethinylestradiol. Thus, values for levonorgestrel plus ethinylestradiol were approximately 3- to 5-fold higher than those for levonorgestrel alone. Importantly, with levonorgestrel 250μg plus ethinylestradiol 50μg no increase in serum SHBG levels occurred. Indeed, 4 published studies have demonstrated decreases from –8 to –36% (mean –24%) in serum SHBG levels in women using levonorgestrel 250μg in combination with ethinylestradiol 50μg. It is clear, therefore, that the elevated concentrations of levonorgestrel in the blood of women taking levonorgestrel with estrogen in comparison with those taking levonorgestrel alone must be independent of SHBG. However, the mechanism(s) responsible for this phenomenon have not been elucidated.

The effect, to some extent, has been investigated in 2 studies reported by Kuhnz et al.[5,16] In the first, the pharmacokinetics of levonorgestrel were studied after single and multiple administration; Kuhnz et al.[5] claimed that the steady-state pharmacokinetics could be explained on the basis of single dose pharmacokinetics and changes in SHBG, although this is not completely substantiated. The second study was similar, but used levonorgestrel 150μg with ethinylestradiol 30μg;[16] they found a difference between the simulated and experimentally determined concentrations and concluded, in agreement with the findings of Fotherby,[64,65] that the accumulation of levonorgestrel in serum cannot be explained solely by the increase in SHBG. Although Kuhnz et al.[5,16] did not perform a direct comparison of serum levonorgestrel concentrations in women using levonorgestrel alone and levonorgestrel in combination with ethinylestradiol, combining the data from their 2 studies shows a difference between the 2 formulations that is similar in magnitude to that reported previously by Fotherby.[64,65] There was one major difference between the sets of reports from these 2 investigators. Kuhnz et al.[5,16] did not find any significant difference in $t_{½β}$ during steady-state conditions between levonorgestrel alone (17.4 ± 3.6 hours) and levonorgestrel plus ethinylestradiol (23.5 ± 8.6 hours), whereas Fotherby[64,65] reported that the $t_{½β}$ for levonorgestrel alone (19.3 ± 4.2 hours) was significantly lower than that for levonorgestrel in combination with ethinylestradiol (30.0 ± 11.2 hours).

The profound effect of estrogen on the metabolism of levonorgestrel is not restricted to its effect

© Adis International Limited. All rights reserved.

on $t_{1/2\beta}$. Since blood concentrations of levonorgestrel are affected, all pharmacokinetic parameters are modified. One simple parameter affected, important since it is widely equated with bioavailability, is AUC. AUC for levonorgestrel in combination with ethinylestradiol is about 4-fold greater than that of levonorgestrel alone (levonorgestrel plus ethinylestradiol, mean value 99.7 μg/L • h *vs* levonorgestrel, 24.3 μg/L • h;[64,65] levonorgestrel plus ethinylestradiol, 118 μg/L • h *vs* levonorgestrel alone 25 μg/L • h.[5,16] The values in the former study are lower even though the daily dose of levonorgestrel was higher (250 *vs* 150μg); this apparent anomaly is most probably due to the greater suppressive effect of the higher dose of levonorgestrel on SHBG. Since levonorgestrel is completely absorbed and there is no difference in the rate of absorption between levonorgestrel given either alone or in combination with ethinylestradiol, it would appear that the bioavailability of levonorgestrel, as assessed by AUC, is artefactually higher when administered with ethinylestradiol than when the same dose is of levonorgestrel is given without ethinylestradiol. Thus, for oral contraceptives containing levonorgestrel, measurement of AUC is not a valid index of bioavailability unless stringent criteria are applied to the experimental design.

Finally, two further comments can be made regarding the pharmacokinetics of levonorgestrel: (i) the complexities of the pharmacokinetics of levonorgestrel make it unlikely that these can be related to the pharmacodynamic activity of the gestagen; and (ii) whilst the pharmacokinetics of levonorgestrel are dependent on the concomitantly administered dose of ethinylestradiol, levonorgestrel does not appear to affect the pharmacokinetics of ethinylestradiol.[39]

## References


1. Khan FS, Fotherby K. *In vitro* hydroxylation of norgestrel. J Steroid Biochem 1983; 19: 1169-72
2. Stanczyk FM. Metabolism of contraceptive steroids in animals. In: Goldzieher JW, Fotherby K, editors. Pharmacology of the contraceptive steroids. New York: Raven Press, 1994: 53-80
3. Weiner E, Victor A, Johansson EDB. Plasma levels of LNG after oral administration. Contraception 1976; 14: 563-70
4. Humpel M, Wendt H, Pommerenke G, et al. Pharmacokinetics of LNG in women. Contraception 1978; 17: 207-20
5. Kuhnz W, Al-Yacoub G, Fuhrmeister A. Pharmacokinetics of LNG after a dose of 150μg. Contraception 1992; 46: 443-54
6. Dennerstein L, Fotherby K, Burrows G, et al. LNG replacement therapy after oophorectomy. Maturitas 1980; 2: 147-54
7. Landgren BM, Johanisson E, Aedo AR, et al. Effect of LNG in large doses at different stages of the cycle. Contraception 1989; 39: 275-89
8. He CH, Shi YE, Liao DL, et al. Pharmacokinetic study of two types of postcoital contraceptive tablets containing LNG. Contraception 1990; 41: 557-67
9. Shi YE, Zheng SH, Zhu YH, et al. Pharmacokinetic study of LNG as a postcoital agent. Contraception 1988; 37: 359-69
10. Warren RJ, Fotherby K. Metabolism of *D*- and *L*-norgestrel in humans. Arzneimittel Forschung 1975; 25: 964-5
11. Stanczyk FZ, Lobo RA, Chiang ST, et al. Pharmacokinetic comparison of two formulations of LNG and EE. Contraception 1990; 41: 39-53
12. El-Raghy I, Back DJ, Makeram M, et al. Pharmacokinetics of contraceptive steroids in Egyptian women. Contraception 1986; 33: 379-83
13. Back DJ, Bates M, Breckenridge AM, et al. Pharmacokinetics of LNG and EE. Contraception 1981; 23: 229-39
14. Back DJ, Killick SR, Stevenson PJ, et al. Relative bioavailability of LNG and EE. Contraception 1987; 36: 321-6
15. Goebelsmann U, Hoffman D, Chiang S, et al. Relative bioavailability of LNG and EE. Contraception 1986; 34: 341-51
16. Kuhnz W, Al-Yacoub G, Fuhrmeister A. Pharmacokinetics of LNG and EE after administration of LNG 150μg and EE 30μg. Contraception 1992; 46: 455-69
17. Nair KM, Sivakumar B, Prema K, et al. Pharmacokinetics of LNG in Indian women. Contraception 1979; 20: 303-17
18. Humpel M, Wendt H, Dogs G, et al. Pharmacokinetic parameters of norgestrel, lynestrenol and cyproterone acetate. Contraception 1977; 16: 199-215
19. Grimmer SFM, Back DJ, Orme ML, et al. Bioavailability of EE and levonorgestrel in patients with an ileostomy. Contraception 1986; 33: 51-9
20. Kanarkowski R, Tornatore KM, D'Ambrosis R, et al. Pharmacokinetics of single and multiple doses of EE and LNG in relation to smoking. Clin Pharmacol Ther 1988; 43: 23-31
21. Back DJ, Grimmer SFM, Rogers S, et al. Comparative pharmacokinetics of LNG and EE after intravenous, oral and vaginal administration. Contraception 1987; 36: 471-9
22. Jenkins N, Fotherby K. Binding of norethisterone and norgestrel in human plasma. J Steroid Biochem 1980; 13: 521-7
23. Juchem M, Pollon K. Binding of progestogens to serum proteins and cytoplasmic receptor. Am J Obstet Gynecol 1990; 163: 2171-83
24. Song S, Chen JK, He ML, et al. Effect of some oral contraceptives on SHBG and caeruloplasmin. Contraception 1989; 39: 385-99
25. Fotherby K. Interactions of contraceptive steroids with binding proteins and the clinical implications. Ann N Y Acad Sci 1988; 538: 313-20
26. Moore JW, Bulbrook RD. Epidemiology and function of SHBG. Oxford Rev Reprod Biol 1988; 10: 180
27. Affandi B, Cekan SZ, Boonkasemsanti W, et al. Interaction between SHBG and LNG released from norplant. Contraception 1987; 35: 135-45
28. Victor A, Weiner E, Johansson EDB. SHBG: the carrier protein for LNG. J Clin Endocrinol Metab 1976; 43: 244-7
29. Victor A, Weiner E, Johansson EDB. Relation between SHBG and LNG levels in plasma. Acta Endocrin 1977; 86: 430-6


© Adis International Limited. All rights reserved.






30. Noe G, Pavey M. C SHBG, endogenou in Norplant users.
31. Hammond GL, Lah protein bound con roid Biochem 198
32. Shikary ZK, Betrab through different d 35: 477-86
33. Stanczyk FZ, Hiroi assay of serum L administration. Co
34. Victor A, Johansson in SHBG on plas 115-23
35. Brenner PF, Mishell LNG in women af Obstet Gynecol 19
36. Nilsson S, Nygren plasma and milk.
37. Abdalla KA, Shabaa serum LNG and S of steroid contrac
38. Fotherby K. Variab contraceptive stero
39. Fotherby K. Intrasub ethinyloestradiol. J
40. Fotherby K. Pharma in humans. In: Gol cology of the contr 1994: 99-126
41. Crawford P, Back DJ trations in smoke 1818-29
42. Fotherby K. A critic contraceptive stero contraceptives and York, 1994: 125-3
43. Jenkins N, Limpongs of synthetic steroid J Obstet Gynecol 1
44. Landgren BM, Joha kinetic and pharm devices releasing L
45. Landgren BM, Joha pharmacological st tem for LNG. Cont
46. Landgren BM, Aedo studies with a vagi traception 1986; 3
47. Alvarez F, Faundes A after vaginal place 1983; 40: 120-3


© Adis International Limited

ırmeister A. Pharmacokinetics of
, Contraception 1992; 46: 443-54
urrows G, et al. LNG replacement
r. Maturitas 1980; 2: 147-54
Aedo AR, et al. Effect of LNG in
ages of the cycle. Contraception

al. Pharmacokinetic study of two
ceptive tablets containing LNG.
;7-67
, et al. Pharmacokinetic study of
Contraception 1988; 37: 359-69
abolism of *D*- and *L*-norgestrel in
chung 1975; 25: 964-5
ng ST, et al. Pharmacokinetic com-
ıs of LNG and EE. Contraception

'am M, et al. Pharmacokinetics of
Egyptian women. Contraception

idge AM, et al. Pharmacokinetics
ıtion 1981; 23: 229-39
nson PJ, et al. Relative bioavail-
ntraception 1987; 36: 321-6
, Chiang S, et al. Relative bioavail-
ntraception 1986; 34: 341-51
hrmeister A. Pharmacokinetics of
istration of LNG 150µg and EE
; 46: 455-69
ma K, et al. Pharmacokinetics of
ntraception 1979; 20: 303-17
G, et al. Pharmacokinetic parame-
trenol and cyproterone acetate.
99-215
ne ML, et al. Bioavailability of EE
nts with an ileostomy. Contracep-

M, D'Ambrosis R, et al. Pharmaco-
iple doses of EE and LNG in rela-
macol Ther 1988; 43: 23-31
ers S, et al. Comparative pharmaco-
fter intravenous, oral and vaginal
ion 1987; 36: 471-9
ng of norethisterone and norgestrel
l Biochem 1980; 13: 521-7
; of progestogens to serum proteins
Am J Obstet Gynecol 1990; 163:

al. Effect of some oral contracep-
oplasmin. Contraception 1989; 39:

ontraceptive steroids with binding
plications. Ann N Y Acad Sci 1988;

idemiology and function of SHBG.
988; 10: 180
asemsanti W, et al. Interaction be-
ased from norplant. Contraception

n EDB. SHBG: the carrier protein
l Metab 1976; 43: 244-7
on EDB. Relation between SHBG
Acta Endocrin 1977; 86: 430-6





30. Noe G, Pavey M, Croxatto HB. Changes in serum levels of SHBG, endogenous ligands and LNG induced by oestrogen in Norplant users. Contraception 1992; 45: 187-200
31. Hammond GL, Lahteenmaki PL, Lahteenmaki P, et al. Non-protein bound contraceptive steroids in human serum. J Steroid Biochem 1982; 17: 375-80
32. Shikary ZK, Betrabet SS, Patel ZM, et al. LNG administered through different drug delivery systems. Contraception 1987; 35: 477-86
33. Stanczyk FZ, Hiroi M, Goebelsmann U, et al. Radioimmunoassay of serum LNG in women after oral and intravaginal administration. Contraception 1975; 12: 279-98
34. Victor A, Johansson EDB. Effect of LNG induced decreases in SHBG on plasma LNG levels. Contraception 1977; 16: 115-23
35. Brenner PF, Mishell DR, Stanczyk FZ, et al. Serum levels of LNG in women after ingestion of oral contraceptives. Am J Obstet Gynecol 1977; 129: 133-40
36. Nilsson S, Nygren KG, Johansson EDB. LNG in maternal plasma and milk. Am J Obstet Gynecol 1977; 129: 178-84
37. Abdalla KA, Shabaan MM, Stanczyk FZ. Interrelationship of serum LNG and SHBG after vaginal and oral administration of steroid contraceptives. Contraception 1992; 45: 111-8
38. Fotherby K. Variability of pharmacokinetic parameters for contraceptive steroids. J Steroid Biochem 1983; 19: 817-20
39. Fotherby K. Intrasubject variability in the pharmacokinetics of ethinyloestradiol. J Steroid Biochem 1991; 38: 733-6
40. Fotherby K. Pharmacokinetics and metabolism of progestins in humans. In: Goldzieher JW, Fotherby K, editors. Pharmacology of the contraceptive steroids. New York: Raven Press, 1994: 99-126
41. Crawford P, Back DJ, Orme ML, et al. Steroid plasma concentrations in smokers and non-smokers. BMJ 1981; 282: 1818-29
42. Fotherby K. A critical evaluation of the pharmacokinetics of contraceptive steroids. In: Snow R, Hall P, editors. Steroid contraceptives and women's response. Plenum Press, New York, 1994: 125-32
43. Jenkins N, Limpongsanurak S, Fotherby K. Circulating levels of synthetic steroids in women using a triphasic formulation. J Obstet Gynecol 1981; 2: 37-40
44. Landgren BM, Johanisson E, Masironi B, et al. Pharmacokinetic and pharmacodynamic investigations with vaginal devices releasing LNG. Contraception 1982; 26: 567-85
45. Landgren BM, Johannisson E, King S, et al. A clinical and pharmacological study of a new type of vaginal delivery system for LNG. Contraception 1985; 32: 581-590
46. Landgren BM, Aedo AR, Cekan SZ, et al. Pharmacokinetic studies with a vaginal delivery system releasing LNG. Contraception 1986; 33: 473-483
47. Alvarez F, Faundes A, Johansson E, et al. Blood levels of LNG after vaginal placement of contraceptive pills. Fertil Steril 1983; 40: 120-3
48. Alvarez F, Brache V, Faundes A, et al. Plasma LNG levels during use of different models of subdermal implants. Contraception 1983; 27: 123-30
49. Croxatto HB, Diaz S, Mirenda P, et al. Plasma levels of LNG during long-term use of Norplant. Contraception 1981; 23: 197-209
50. Diaz S, Pavez M, Mirenda P, et al. Long term follow-up of women treated with Norplant. Contraception 1987; 35: 551-68
51. Moore DE, Roy S, Stanczyk FZ, et al. Serum LNG in women using subdermal capsules for contraception. Contraception 1978; 17: 315-28
52. Olsson SE, Odlind V, Johansson EDB, et al. Plasma LNG levels in women using Norplant implants and rods. Contraception 1987; 35: 215-27
53. Robertson DN, Sivin I, Nash HA, et al. Release rates of LNG from silastic capsules and rods. Contraception 1983; 27: 483-95
54. Weiner E, Johansson EDB. Contraception with LNG silastic rods. Contraception 1976; 14: 551-61
55. Croxatto HB, Diaz S, Pavey M, et al. Clearance of LNG from the circulation after removal of Norplant. Contraception 1988; 38: 509-23
56. Croxatto HB, Diaz S, Brandeis A, et al. Plasma LNG in women treatment with silastic covered rods. Contraception 1985; 31: 643-54
57. Weiner E, Johansson EDB. Plasma levels of LNG during treatment with silastic implants. Contraception 1976; 14: 81-90
58. Ory SJ, Hammond CB, Yancy SG, et al. Effects of a biodegradable contraceptive capsule containing LNG. Am J Obstet Gynecol 1983; 145: 600-5
59. Darney PD, Klaisle CM, Monroe SE, et al. Evaluation of a one year LNG releasing implant. Fertil Steril 1992; 58: 137-43
60. Nilsson CG, Johansson EDB, Luukkainen T. A *D*-norgestrel IUD. Contraception 1976; 13: 503-14
61. Xiao B, Zhou L, Zhang X, et al. Pharmacokinetic and pharmacodynamic studies of LNG-IUDs. Contraception 1990; 41: 353-64
62. Barbosa I, Bakos O, Olsson SE, et al. Ovarian function during use of a LNG-IUD. Contraception 1990; 42: 51-62
63. Warren RJ, Fotherby K. Radioimmunoassay of norethisterone and norgestrel. J Endocrinol 1974; 62: 605-18
64. Fotherby K. Pharmacokinetics of gestagens – some problems. Am J Obstet Gynecol 1990; 163: 323-8
65. Fotherby K. Interactions with oral contraceptives. Am J Obstet Gynecol 1990; 163: 2153-9

Correspondence and reprints: Dr *K. Fotherby*, Royal Postgraduate Medical School, Hammersmith Hospital, Ducane Road, London W12 0NN, England.

© Adis International Limited. All rights reserved.