UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: | 17-MD-2767 (PAE) |
| MIRENA IUS LEVONORGESTREL-RELATED | 17-MC-2767 (PAE) |
| PRODUCTS LIABILITY LITIGATION (NO. II) | |

\- - - - - - - - - - - - - - - - - - - - x

VIDEOTAPED 30(b)(6) DEPOSITION OF

BAYER HEALTHCARE PHARMACEUTICALS, INC.,

BAYER PHARMA AG, AND BAYER OY

BY AND THROUGH ITS REPRESENTATIVE

BIRTE HOFMANN, DVM, Ph.D.

Washington, D.C.

November 21, 2017

9:00 a.m.

Job No. 38071

Reported by: Michele E. Eddy, RPR, CRR, CLR

So in these people -- in the people in this study, it was a good thing that the unbound fraction was higher because it was still able to exert the contraceptive effect. Is that correct?

A I mean, they had -- they looked at clinical end points and they observed something, and they also measured. And their conclusion was, because it was higher, that may be the reason that luckily it still works. So that's how I understand the article.

Q So you said it may be, but you've established numerous times that the free -- the free hormone is what's biologically active. Correct?

A Yes. And that's why the -- it's a conclusion you can draw, but it's not necessarily proven, yes.

Q Sure.

But it's not hypothetical. Right? We know that the free fraction is what's biologically active. Right?

A That's correct. But with this contraceptive, it's not only the serum concentration that is related to efficacy or the other -- or the adverse effects. Because if it