**Pharmakokinetics**

## Statement on the use of FLI (free levonorgestrel index) for comparison of different estrogen/LNG combinations

Serum levels of LNG are strongly dependent on the concentration of SHBG. LNG binds with high affinity to SHBG. Accordingly, the SHBG-bound fraction cannot be easily distributed into the tissue or eliminated from the body. During treatment with either LNG alone or in combination with an estrogen the concentration of SHBG can distinctly differ. Treatment with LNG alone or in combination with a low transdermally administered estrogen dose results in decreasing SHBG concentrations which subsequently leads to decreasing serum levels of LNG. On the other hand, treatment with a combination of IUS and oral estrogen results in increased SHBG as well as LNG concentrations in serum. Based on these facts, the unbound or free fraction of LNG are considered to be more important for any comparison between different estrogen/LNG combinations.

The FLI represents the ratio of the total LNG concentration divided by the SHBG concentration in molar units times 100. Calculation of FLI are based on investigations of Olsson et al. and Barche et al. and are closely related to the calculation of the more popular free androgen index (FAI) for testosterone. For the FAI, Vermeulen et al. provided a detailed assessment of different methods to describe the biologically active fraction of testosterone, e.g. calculatation of the free androgen index (FAI) and of the free fraction of testosterone by using the total concentration of testosterone and the concentration of SHBG and by knowing the binding constants of testosterone to SHBG and albumin. The calculated free fraction data were compared with those obtained from experimental measurements of the free fraction by equilibrium dialysis and with those obtained by calculation of the FAI. There was a high correlation observed between the experimentally obtained data and the calculated free fraction data as long as the albumin concentration does not vary too much. Compared to this result, the correlation between FAI and the experimental data was worse and assessed less valid.

According to this, the calculation of the FLI for LNG should be considered as a first approach to compare different treatment schemes. However, calculation of the free fraction according to Vermeulen et al. should be the preferred approach.

The FLI reflects the changes of the free fraction of LNG in relation to SHBG changes. The ratio will represent the truth if a linear relationship between the free fraction of LNG and the SHBG concentration exists. However, the relationship may only be linear in a specific concentration range due to the non-linear dependency of the free fraction from the ligand and the binding protein concentrations. Nevertheless, the FLI should better reflect the available free fractionof LNG between different estrogen/LNG combinations than just using the total drug concentration. This is nicely reflected by data from a 1-year study in perimenopausal women (Report no. B955, study no. 1240) in which IUSs delivering 5 or 10 µg LNG/day were combined with either daily oral treatment of 2 mg estradiol valerate or with transdermal treatment using patches delivering 50 µg E2 per day (see Table 1). Concentrations of total LNG in serum were completely different for the IUSs delivering the same dose of LNG whereas the FLI was similar indicating that the free fraction of LNG might be similar in both treatments. Whether the difference in FLI for the lower LNG dose only reflects variability or a real difference which might be due to non-linearity at this concentration range, cannot be decided.

**Table 1:** **LNG, SHBG and FLI data in study no. 1240**

| Dose | LNG (nmol/L) | SHBG baseline (nmol/L) | SHBG, 12 months (nmol/L) | FLI |
|---|---|---|---|---|
| 50 µg /d E2 (transdermal ) + 5 µg LNG/d IUS | 0.16 | 54 | 55 | 0.29 |
| 2 mg E2 valerate (oral) + 5 µg LNG/d IUS | 0.24 | 63 | 102 | 0.24 |
| 50 µg /d g E2 (transdermal) + 10 µg LNG/d IUS | 0.26 | 60 | 58 | 0.45 |
| 2 mg E2 valerate (oral) + 10 µg LNG/d IUS | 0.42 | 61 | 92 | 0.46 |

With regard to the second approach, to calculate the free fraction of LNG in the already conducted studies needs some additional investigations or at least literature research on the in-vitro binding constants of LNG to SHBG and albumin. The validity of the calculation of the free fraction should then be verified by comparison of calculated protein binding data with those available by experimental analyses from the same study. For this kind of analysis data from any LNG-containing product can be used.

**References:**

Brache V, Alvarez-Sanchez F, Faundes A, Tejada AS, Cochon L. Free levonorgestrel index and its relationship with luteal activity during long-term use of Norplant implants. Adv Contraception 1992;8:319-326.

Olsson SE, Odlind V, Johansson ED, Nordstrom ML. Plasma levels of levonorgestrel and free levonorgestrel index in women using NORPLANT implants or two covered rods. Contraception 1987;35:215-228.

Vermeulen A, Verdonck L, Kaufman JM. A critical evaluation of simple methods for the estimation of free testosterone in serum. J Clin Endocrinol Metab. 1999;84:3666-3672.