# Expert report on the toxico-pharmacological (nonclinical) documentation

to the application for drug marketing approval of

**Mirena®**

Levonorgestrel Intrauterine System

**Author: Christina Björklund**

**Date: 07 Feb 2003**

**Table of contents**

1 Introduction ..... 4

2 Development history of the formulation, components and terminology ..... 5

2.1 Compositions A-D ..... 5

2.2 Terminology and structural considerations on some polysiloxane materials ..... 6

3 Pharmacodynamics of levonorgestrel (LNG) ..... 8

3.1 Pharmacodynamics relating to the proposed indications ..... 8

3.2 Other effects ..... 9

3.2.1 Interactions ..... 9

4 Pharmacokinetics ..... 9

4.1 General pharmacokinetics of LNG ..... 9

4.2 Pharmacokinetics of LNG administered via an intrauterine route ..... 10

5 Toxicity ..... 10

5.1 Toxicology of the LNG-releasing IUS ..... 11

5.1.1 Studies evaluating the local and systemic toxicity of LNG-releasing IUSs ..... 11

5.2 Reproductive toxicity ..... 12

5.2.1 Reproductive toxicity of the LNG IUS ..... 12

5.3 Mutagenic and carcinogenic potential of the LNG-releasing IUS ..... 13

6 Toxicology of the plastic materials of Mirena® ..... 14

Redacted:
Manufacturing/CM&C

14

14

18

20

21

7 Conclusions ..... 23

8 References .......... 24
8.1 Textual summaries and statements .......... 24
8.2 Reports .......... 25
8.3 Literature .......... 28

**ABBREVIATIONS**

| | |
|---|---|
| ASTM | American Society for Testing and Materials |
| DMSO | Dimethylsulfoxide |
| GLP | Good Laboratory Practice |
| HDPE | High density polyethylene |
| ISO | The International Organization for Standardization |
| IUD | Intrauterine device |
| IUS | Intrauterine system |
| LDPE | Low density polyethylene |
| LNG | Levonorgestrel |
| MSI | Material Science Institute, Tennessee, USA |
| PA fluid | Dimethylhydroxy endblocked polydimethyl siloxane fluid |
| PDMS | Polydimethylsiloxane |
| PE | Polyethylene |
| ppm | parts per million |
| USP | United States Pharmacopoeia |

## 1 Introduction

Mirena® (Levonova® in the Nordic countries) is an intrauterine system (IUS) developed by Leiras Oy, Turku, Finland, for contraception. Mirena® consists of a T-shaped polyethylene frame with a hormone reservoir around the vertical arm. The reservoir is cylinder-shaped and composed of a mixture of levonorgestrel (LNG), (50%) and peroxide-catalyzed polydimethylsiloxane (50%). The reservoir contains a total of 52 mg of levonorgestrel and has been designed to release 20 µg per 24 hours for 5 years. The reservoir forms a "sleeve" around the vertical arm of the T-body and is covered by a polydimethylsiloxane (PDMS) membrane that regulates the release rate of levonorgestrel. The target in the development of the product has been to combine into one single product the beneficial bleeding profile and contraceptive efficacy of combined oral contraceptives with a long period of use of intrauterine devices. The result of this work is Mirena® which by a steady, low release rate of hormone directly into the uterus induces a long-term contraception with minimal systemic concentration of the hormone.

Redacted:
Manufacturing/CM&C

Levonorgestrel is widely used in gynecology in various ways: as the progestin component in oral contraceptives, in hormonal replacement therapy or alone for contraception in minipills and subdermal implants. The pharmacological properties of levonorgestrel and its toxicity profile after oral administration are well known indicating that this hormone is a safe drug. Therefore, this toxico-pharmacological expert report on Mirena® focuses on the evaluation and discussion of the safety evaluation studies which examine the effects of intrauterine administered hormone and the toxicity of the plastic materials, especially on those used in approved Compositions C and D. The safety evaluation studies span the period 1963-1998. All toxicological studies conducted by Leiras on the plastic components of Composition C and D have been performed according to the current GLP standards. The GLP status of the older published articles is not known.

## 2 Development history of the formulation, components and terminology

**Redacted: Manufacturing/CM&C**

Red

Redact

Redacte

Re

Redact

R

Red

**Redacted:**
**Manufacturing/CM&C**

**Redacted: Manufacturing/CM&C**

Redacted:
Manufacturing/CM&C

## 3 Pharmacodynamics of levonorgestrel (LNG)

Levonorgestrel (D-(l)-norgestrel) is a totally synthetic 13β-ethyl substituted 19-nor steroid (1,2). LNG is the active form of norgestrel being twice as potent as the racemate (3). The effects of LNG are mediated mainly by activation of progesterone receptors, which are primarily found in the female reproductive tract. LNG diffuses freely into the cell nucleus, where it binds to these receptors. As all progestins, LNG influences the transcription of certain genes (for review, see 4). LNG is not a pure progesterone agonist. It has a low, but substantial affinity to the androgen receptor and the mineralocorticoid receptor, and to some transport proteins (for review, see 5, 6).

### 3.1 Pharmacodynamics relating to the proposed indications

LNG is a potent inhibitor of ovulation in the rabbit and rat. When orally administered to rabbits, LNG was a more potent inhibitor of ovulation than medroxyprogesterone acetate, norgestimate and norethindrone acetate, but not desogestrel (7). LNG has also anti-estrogenic properties mediated by at least two different mechanisms. In the pig endometrium, LNG has been shown to cause induction of 17-hydroxysteroid dehydrogenase and estrogen sulphotransferase (7), and in the rhesus monkey it causes a decrease in the number of cytosolic estrogen receptors even in the presence of estradiol (8). In the ovariectomized rat, LNG inhibited estrone-induced vaginal cornification (9). As an inhibitor of estrogen, LNG was considerably more potent when administered subcutaneously than orally. In the same study, orally administrated LNG and desogestrel showed equal potency as androgenic agents in castrated rats (9).

In the monkey, studies with LNG-releasing devices have shown widespread changes in the endometrial morphology, which explains the prevention of nidation (11, 10, 12, report 9725). Thus, in rhesus and cynomolgus monkeys, intrauterine LNG-releasing systems elicited morphological alterations such as suppression of the endometrium with glandular atrophy and decidualization of stromal cells (11, 12, reports 9725, B180).

In the rabbit, the contraceptive effect of orally given LNG was dose-dependent when the hormone was administered immediately after copulation (13).

The endometrial effects of LNG are not dependent on the route of administration; thus the effects are very similar after intrauterine, oral or subcutaneous dosing. Studies in dogs have shown that the constant, low plasma levels of LNG produced after subcutaneous administration of the hormone induced stronger endometrial effects than intravenous administration, which produced high plasma levels of short duration (14).

According to human studies, the mechanism of contraceptive action of the LNG IUD is based mainly on the following changes:

- thickening of the cervical mucus which inhibits the passage of sperm (15)
- suppression of ovulation in some women (15)
- local IUD effects on the endometrium (16)
- prevention of endometrial proliferation (26)

### 3.2 Other effects

LNG given in the diet to female rats at approximately 1.4 µg/day for 15 days significantly lowered both plasma total and very low-density lipoprotein triglycerides, while plasma total and low-density lipoprotein cholesterol were significantly increased (17). The possible effect of LNG on aortic accumulation of cholesterol was examined in another study in which 15 cholesterol-fed ovariectomized rabbits received orally daily doses of 0.5 mg LNG for 12 weeks. Although serum triglyceride levels were higher in the LNG treated animals than in the other groups (norethisterone acetate, estradiol and placebo groups), this parameter was not statistically significantly related to aortic accumulation of cholesterol. In other words, the study did not show significant differences in the aortic accumulation of cholesterol between the LNG and placebo groups (18).

In the rat, chronic subcutaneous administration of LNG (2.0 µg/day) induced a transient increase in systolic blood pressure with no renal or ventricular hypertrophy (19). It has been suggested that this transient effect may be due to enhanced adrenoceptor-mediated constriction of peripheral blood vessels (20).

#### 3.2.1 Interactions

In rats, a 6-week administration of liquid diet containing ethanol in concentration of 5%, which contributed 36% of the energy of the diet, did not affect plasma levels of LNG as a single oral dose of 5 µg/kg. When the same dose of hormone was injected subcutaneously, plasma levels and AUC were significantly decreased in the ethanol group compared to the control group. Following intravenous administration, the elimination half-life of LNG was shortened while the metabolic clearance rate was higher in the ethanol-treated group than in the control group (21).

## 4 Pharmacokinetics

### 4.1 General pharmacokinetics of LNG

The pharmacokinetics of LNG show wide variation between different species (for review, see 22). In general, lower bioavailability and a more rapid elimination of LNG has been demonstrated in animals than in humans. In the rat, oral bioavailability varied from 6% to 44% depending on the study, and in the rabbit, dog and monkey the oral bioavailability was about 63%, 20% and 10%, respectively. In the rat, the terminal half-lives determined after intravenous

administration varied from 0.5 h to 23 h, and they were 17 h, 1.2 h and 4.5 h in the rabbit, dog and monkey, respectively. A prolongation of half-life as a result of the depot effect of subcutaneous administration was demonstrated in the rat, dog and monkey (23, 24).

The ratio of AUCanimal/AUChuman for an equivalent oral dose demonstrates that a simplistic body weight conversion for a given dose is not adequate in a pharmacological or toxicological assessment of the total body burden of these steroids. The plasma levels in humans are much higher than those in other species. Laboratory animals have compound body burdens of less than 10% of the human dose for LNG. This indicates a higher first-pass clearance of the steroids in non-human species than in humans (25).

## 4.2 Pharmacokinetics of LNG administered via an intrauterine route

Very few pharmacokinetic studies have been performed with an intrauterine LNG-releasing system in animals. In a one-year study in rhesus monkeys (report 9725), 24 female animals were divided into three groups (8 monkeys/group): a sham-operated group, an inert system group and a 12.3 µg/24 h LNG-releasing system group, where insertion was performed by hysterotomy. The systemic LNG blood concentration ranged from 100 to 400 pg/ml. In another 14-week study in 15 rhesus monkeys, an intrauterine system releasing 25 µg/day of LNG did not induce any noticeable systemic side effects, which is in accordance with the low bioavailability reported after intrauterine administration of LNG (11). In a 9-month study in cynomolgus monkeys (report B180), 32 females were divided into four groups: a sham-operated group, an inert system group and two groups with intrauterine systems releasing LNG 8 µg/day or 2 µg/day, respectively. The mean LNG concentrations in serum varied from 1.9 to 3.3 ng/ml and 0.6 to 0.9 ng/ml in the high and low dose groups, respectively. The corresponding concentrations in the uterine tissue were 123 (SD 63) ng/g and 16 (SD 4) ng/g wet tissue. The large variation of LNG concentrations in the tissue was possibly due to unevenly distributed LNG and the small size of the tissue samples.

# 5 Toxicity

Safety and the systemic effects of LNG, including the absence of carcinogenic potential, are well characterized both in animal models [1] and in humans. The toxicological studies for the Mirena® LNG IUS are presented in terms of studies conducted with the LNG IUS system and its components where applicable.

The toxicological evaluation of the LNG IUS is based upon the local and systemic tolerance studies of Compositions B and D, and the genetic toxicology and biocompatibility of the Composition D LNG IUS. An embryo-fetal toxicity and teratogenicity study of an earlier developmental formulation of LNG IUS (Composition B) is also included.

### 5.1 Toxicology of the LNG-releasing IUS

The toxicity profile of LNG given orally is well documented. The pharmacokinetic data clearly show that the plasma LNG concentrations in LNG IUS users are below those measured in users of oral LNG-containing contraceptives. Toxicological studies of the LNG IUS were conducted to investigate its local and systemic tolerance. Because monkeys were used in these studies, the size and shape of the intrauterine systems were modified for anatomical reasons.

#### 5.1.1 Studies evaluating the local and systemic toxicity of LNG-releasing IUSs

Mirena® is in direct contact with the endometrium. Consequently, the concentration of LNG in the tissue in close proximity of the IUS is considerable. However, clinical experience with Norplant® and Mirena® administered subcutaneously and intrauterine, respectively, has shown that the combination of polysiloxane and LNG is locally and systemically well tolerated. Studies to evaluate toxicology have been conducted with the intrauterine systems to investigate local endometrial tolerance and systemic effects. Because the shape and size of Mirena® are incompatible with the uteri of laboratory animals, the preclinical studies have been performed by using experimental intrauterine LNG-releasing systems composed of similar components and materials as used in Mirena®. The following paragraphs and Table 1 summarize observations on LNG administration via intrauterine systems to rhesus monkeys.

**Table 3. Long-term local tolerance with experimental LNG systems**

| Species | N | Duration in weeks | Dose of LNG | Observations | Study/(ref) |
|---|---|---|---|---|---|
| Rhesus | 15 | 14 | 25 µg/24h | Leukocyte infiltration, Atrophy | Wadsworth et al. (1979)/(11) |
| Rhesus | 8 (LNG)<br>8 (Sham)<br>8 (Placebo) | 52 (all animals) | 12.3 µg/24h | Atrophy, no adverse effects<br>No adverse effects<br>No adverse effects | Schering AG (1992)/(report 9725) |
| Rhesus | 10 | 13, 26, 52 | 24 mg in capsule | Atrophy | Sethi et al. (1988)/(12) |

In the first study, the effect of intrauterine plastic LNG-loaded devices was investigated in the rhesus monkey for 14 weeks. Control animals were sham-operated or received placebo test articles. Treatments did not induce any observable systemic side effects. With the LNG-releasing IUS, widespread changes in endometrial morphology were seen. These changes included atrophy of the endometrial mucosal and glandular epithelium as well as decidualization of the endometrial stroma. Implantation of the test article in the uterus by hysterotomy did not seem to have an adverse effect on the frequency of vaginal bleeding. In some areas, the endometrium showed superficial focal necrosis and slight diffuse polymorphonuclear leukocyte infiltration (11). It is noteworthy that the test articles had not been prepared at Leiras and the formulation is not known.

In a 1-year study performed by Schering AG (report 9725), female rhesus monkeys were divided into a sham-operated, inert device, and a 12.3 µg/24h LNG-releasing system group inserted by hysterotomy. The test article, LNG in polysiloxane, was prepared at Leiras Oy. This IUS was a smaller modification of the LNG-releasing IUS intended for human use, consisting of the polysiloxane reservoir without polyethylene parts, containing approximately 16 mg of hormone. In terms of the combination of LNG and polysiloxane the IUS was close to the Composition B. At necropsy, thickened, sometimes soft endometrium, yellowish or reddish in color was detected. In all three groups, the morphology of the ovaries and the vagina was normal as well as the hormonal staining of pituitary. The histology of the endometrium of the LNG-IUS -treated group showed similar changes as in the previous study. No adverse effects were reported. Slight shortening in partial thromboplastin time (values were within the reference range) was observed in both the placebo and in the LNG-treated group. Blood-tinged vaginal discharge was less frequent in the LNG-IUS group, and no effects were observed in blood biochemistry, urine analysis, cardiovascular status, or hematological parameters. It was concluded that the intrauterine LNG-releasing system was not likely to cause any local or systemic adverse effects and that any potential risks were at least no greater than with the use of inert IUDs.

Sethi et al. (1988) (12) studied the effect of a 24-mm-long LNG-releasing IUS on the uterine endometrium of ten rhesus monkeys. This IUS was a silicone capsule containing 24 mg crystalline LNG attached to a small polyethylene 'T'. The monkeys were treated with the test article for a period of three, six or twelve months. A uniform suppression of endometrium with glandular atrophy and pseudodecidualization of stromal cells were observed in endometrial biopsies. The ovaries and the tubal epithelium showed normal physiological changes as evidenced by the presence of ovulatory stigma along with well-formed corpus luteum and secretory activity of tubal epithelium.

Silverberg et al. (1986) (26) studied the effects of experimental models of a LNG-releasing IUSs in 92 women. This IUS consisted of a plain NOVA T device and polysiloxane rod almost similar to those in Mirena®. Endometrial biopsies were taken between 3 months and 7 years after insertions. The most prominent findings were thin endometrium with glandular atrophy, decidualized stroma, and focal stromal inflammation and necrosis. No evidence of total endometrial atrophy, endometrial hyperplasia or malignant changes was seen in any of the specimens. Removal of the IUS resulted in normal menstruation within 30 days. More than 80% of the women became pregnant during the follow-up. These results have been confirmed in other studies as well (see Expert report on the clinical documentation of the LNG-releasing intrauterine device Mirena®).

## 5.2 Reproductive toxicity

### 5.2.1 Reproductive toxicity of the LNG IUS

Embryonic/fetal toxicity and teratogenic potential of an intrauterine LNG system were studied in the rabbit (report B524). The test article was a 7-mm-long silicone rod, 2.4 mm in diameter, with an inner core containing 12 mg of LNG mixed with silicone, and covered with a polysiloxane sleeve. The release rate was approximately 3.5 µg/24 h. The treatment did not have any adverse

effect on litter parameters, embryonic nor fetal development. One LNG-treated rabbit out of 19 had a hemorrhagic endometrium observed at the Caesarean section. It is unlikely that this single case would be related to the test article. No other adverse effects relating to LNG were observed.

### 5.3 Mutagenic and carcinogenic potential of the LNG-releasing IUS

Possible genotoxicity of the extracts of the LNG IUS was examined in different genotoxicity tests, which all were negative at the concentrations of extracts corresponding to the LNG doses in clinical use. Under the conditions of the tests employed, the extracts of the test articles were neither mutagenic nor clastogenic *in vitro* (reports B021, B022, B023) and did not induce chromosomal changes or other damage to micronucleus formation in polychromatic erythrocytes *in vivo* after intraperitoneal administration to mice (report B039).

None of the intrauterine studies presented above revealed any signs of changes that might be associated to possible carcinogenesis.

The genotoxicity potential of the extractables of LNG-containing formulations was also examined in the following studies, which are described later in this statement (see 6.1.1. and 6.1.2):

- The Ames test using saline and ethanol extracts from Mirena® (report B219)
- The Ames test using saline and DMSO extracts from elastomer cylinders of Mirena® [2]
- The gene mutation assay with the mouse lymphoma L5178Y cells using saline and DMSO extracts from elastomer cylinders of Mirena® [2]
- The chromosomal aberration analysis using saline and DMSO extracts from elastomer cylinders of Mirena® [2]
- The mouse bone-marrow micronucleus assay using saline and arachis oil extracts from elastomer cylinders of Mirena® [2]

These tests were all negative except for the chromosomal aberration analysis, which showed a clastogenic effect as well as some indication of polyploidy. These effects, however, were observed only at the highest (precipitating) doses of the DMSO extracts (see 6.1.1.3 for details).

In the Ames Salmonella/Microsome assay, Lang and Reimann (1993) (27) reported that none of the five tester strains showed a mutagenic response at the concentrations (5-2.500 µg/plate) tested, neither in the absence nor in the presence of S9 mix, derived from uninduced mouse liver and from Araclor 1254 induced rat liver. Precipitates in the agar were found at concentrations of 500 µg/plate or higher. Growth inhibition of the background lawn was not observed.

## 6 Toxicology of the plastic materials of Mirena®

### 6.1 Toxicology of polysiloxanes

Polysiloxane elastomers and polydimethylsiloxane polymers of various chain lengths and configurations are widely used in medical implant materials, such as drug delivery devices, prostheses in plastic and reconstructive surgery, as well as in drugs for gastrointestinal disorders (e.g. dimethicone and simethicone). From the chemical and toxicological point of view, the different polysiloxane compounds are quite similar. The safety evaluation studies in animals and the clinical experience of nearly 40 years strongly suggest that these polymers are biologically practically inert.

The dossier of Mirena® submitted in early nineties contains toxicological studies conducted by Dow Corning and publications found in the literature. Most of them have been performed under GLP and according to relevant standards of that time. Today, many of them could be replaced with the recent toxicity reports conducted by Leiras. Studies conducted by Leiras during 1992-1998 on the PDMS used in the Composition C and in the current Composition D are summarized. A short summary is also presented on toxicological information based mainly on studies conducted by Dow Corning or on studies reported in the literature.

#### 6.1.1 Toxicological studies on polysiloxane-containing components of Mirena®, Composition C

During 1992-1996 Leiras conducted several genotoxicity and biocompatibility studies on the polysiloxanes of Mirena®, Composition C. In addition to these studies, tests examining the hormone reservoir of MIRENA® or the whole product were also performed. Due to the solid nature of the components, extracts were tested in all except the implantation studies.

Studies conducted to assess genotoxicity (according to OECD guidelines):

1. *In vitro* bacterial reverse mutation test
2. *In vitro* mammalian cell gene mutation assay
3. *In vitro* chromosomal aberration test
4. *In vivo* mammalian erythrocyte micronucleus test

Studies conducted to assess biocompatibility:

1. *In vitro* cytotoxicity test
2. Guinea pig maximization (contact sensitization) test
3. Intracutaneous test in rabbits
4. Systemic injection (acute toxicity) test in mice
5. Pyrogen test in rabbits
6. Muscle implantation test in rabbits
7. Hemolysis (hemocompatibility) test

The biocompatibility studies were performed using standardized protocols described in several international testing compendia such as the United States Pharmacopoeia XXII/XXIII (USP) or Material Science Institute (MSI) or American Society for Testing and Materials (ASTM) or ISO 10993.

The types of studies on each test article have been listed in Table 4.

**Table 4. Toxicological studies on polysiloxanes that have been used, or are similar to those used in manufacturing of Mirena®, Composition C.**

Redacted:
Manufacturing/CM&C

All tests were performed in contract laboratories in accordance with GLP.

#### 6.1.1.1 Studies with the 4910 unfilled elastomer (core material)

Redacted:
Manufacturing/CM&C

**Table 5. Summary of the biocompatibility tests conducted on the 4910 unfilled elastomer.**

| **TEST**, Report No. | **STAN-DARD** |
|---|---|
| **1. *In vitro* cytotoxicity test (USP 23 elution test)**, Leiras report 116-95141-01<br><br>Method: L 929 mouse fibroblasts were exposed to cell culture medium extracts for 24 h at 37° C and evaluated for cytotoxicity using neutral red.<br><br>Results: Only slight toxicity was seen of the undiluted extract (cytotoxicity grade 1) and diluted extract (cytotoxicity grade 1); USP requirements (cytotoxicity grade ≤ 2 were met.) | USP |
| **2. Hemolysis test**, Leiras report 116-95140-01<br><br>Method: The test material was incubated in isotonic saline at 37° C for 30 minutes. A blood/saline suspension was incubated for a further 60 min, after which hemolysis was measured spectrophotometrically.<br><br>Results: 0.52% hemolysis was observed in the test solutions; MSI requirements were met (<5% hemolysis). | MSI |
| **3. Systemic injection test in mice,** Leiras report 116-95136-01<br><br>Method: Saline extracts (extraction conditions were 72 hours at 50ºC) were injected intracutaneously and sesame oil extracts intraperitoneally at the volume of 50 ml/kg into mice. Signs of toxicity and survival were observed immediately after dosing and at 4, 24, 48 and 72 h.<br><br>Results: No signs of toxicity, no deaths; USP requirements were met. | USP |
| **4. Pyrogen test in rabbits**, Leiras report 116-95135-01<br><br>Method: Saline extracts (extraction conditions were 60 minutes at 37º C) were injected intravenously into rabbits (10 ml/kg), and rectal temperature of the animals was monitored for 3 h.<br><br>Results: Maximum temperature increases of 0.00, 0.10 and 0.10ºC were observed; USP requirements were met. | USP |
| **5. Intracutaneous test in rabbits**, Leiras report 116-95139-01<br><br>Method: 0.2 ml of saline and sesame oil extracts (extraction condition was 72 hours at 50ºC) was injected intracutaneously. Injection sites were evaluated for erythema, eschar and edema at 24, 48 and 72 h.<br><br>Results: No erythema, eschar or edema was observed; USP requirements were met. | USP |
| **6. Muscle implantation test in rabbits**, Leiras report 116-95138-01<br><br>Method: Five rabbits were used. Each rabbit carried four samples of implantable pieces of 4910 Unfilled Elastomer measuring approximately 10 x 1 x 2 mm and two samples of USP Negative Control Plastic RS which were implanted surgically into paravertebral muscles. Two rabbits were sacrificed 5 days after implantation and three rabbits were sacrificed 90 days after implantation for macroscopic examination of the muscle tissue at the site of implantation. A sample of tissue including the site of implantation was taken for microscopic examination from the three rabbits kept for 90 days.<br><br>Results: No clinical signs of adverse reaction to the treatment were observed. After 5 days, the mean score was 0.0 for each type of implant. After 90 days, a very thin tissue capsule (< 0.5 mm) was macroscopically observed around all test articles and at one negative control implant. The difference between mean scores was 0.8. In two rabbits, the test article implant cavities were lined by a very thin fibrous sheet or by a very few inflammatory cells. In the third rabbit a similar but more pronounced reaction to the test article was observed. A very thin fibrous sheet with no or a very few inflammatory cells was found lining the cavities of all fond control implants. 4910 Unfilled Elastomer met the USP requirements. | USP |
| **7. Guinea pig maximization test**, Leiras report 116-95137-01<br><br>Method: Saline and sesame oil extracts (extraction conditions were 72 hours at 50ºC) were tested according to Magnusson and Kligman using forty animals.<br><br>Results: No evidence for delayed contact sensitivity was seen after treatment with extracts of 4910 Unfilled Elastomer. According to the ASTM Designation F 200-81, 4910 Unfilled Elastomer belongs to the grade 1 and shall be classified as "no different than control". | ASTM |

In all biocompatibility tests, the results showed acceptable biocompatibility.

#### 6.1.1.2 Studies with the PDMS 373TW membrane tubing

**Redacted:**
**Manufacturing/CM&C**

#### 6.1.1.3 Studies with the hormone reservoir of the LNG-releasing IUS, composition C

The hormone reservoir of Mirena®, Composition C, was also tested in four genotoxicity tests. These tests have been summarized in the statement 102-94906-02 [2]. Briefly, saline and DMSO extracts were prepared for the three *in vitro* tests, and saline and arachis oil extract for the *in vivo* test, using an extraction ratio of 0.2 g/mL.

In the Ames test, neither the saline nor the DMSO extracts of the hormone reservoir exhibited mutagenic activity in the presence or absence of extrinsic metabolic activation.

When the extracts were cultured with L5178Y TK+/- mouse lymphoma cells to determine the mutagenic potential of the extracts in the presence or absence of extrinsic metabolic activation, no indication of mutagenic activity was observed.

Chromosomal aberration analysis with extracts of the hormone reservoir resulted in slightly increased number of aberrant cells. The minor clastogenic effect and polyploidy were seen only at the highest, precipitating doses of DMSO extracts. Pure LNG, when tested as a reference material, gave no indication of chromosomal damage. It is noteworthy that similar effects have been observed by Isquith et al. (28, 29) in studies with a series of 12 organosilicon compounds. In spite of these positive results, it is very unlikely that the formulation of Mirena® would induce genetic damage in clinical use. This assumption is based on the following facts. Firstly, several epidemiological studies in women with silicone breast implants have not shown any increase in the cancer rates (30, 31, 32). The amount of silicone elastomers in breast implants is considerably higher than in Mirena®. Secondly, it is very likely that the extraction conditions used in the tests with hormone reservoir of Mirena® are more extreme than the conditions under which the device would be maintained *in utero*. Thirdly, a true clastogen might be expected to cause an increase in small-colony mutants in the thymidine kinase mutation assay but this was not observed. Moreover, all results of the genotoxicity studies on the individual polysiloxanes of both Composition C and Composition D were negative.

When the maximum intraperitoneal dose level of saline and arachis oil extracts was used in mouse bone-marrow micronucleus assay, no clastogenic activity was detected.

Mirena®, Composition C was tested also in the *in vitro* bacterial reverse mutation fluctuation assay. In this test, ethanol and ethanol:water (1:1) extracts of the product in the presence and absence of metabolic activation were used. The results revealed no evidence of mutagenic activity (report B219).

### 6.1.2 Toxicological studies on polysiloxanes of Mirena®, Composition D

The toxicity of polysiloxanes of the current Composition D were studied during 1996-1998 (Table 6.)

**Table 6. Toxicity test on polysiloxanes of Mirena®, Composition D.**

Redacted:
Manufacturing/CM&C

**Redacted:**
**Other Bayer Product**

Redacted:
Manufacturing/CM&C

Several epidemiological studies in women with silicone breast implants have not revealed increased cancer rates (30, 31, 32).

### 6.1.4.5 Immunological responses to polydimethylsiloxane

The comprehensive immunotoxicological studies on the effects of four silicone preparations (silicone fluid, gel, elastomer and polyethylene prostheses containing silicone) in mice, did not reveal any immunological or other adverse effects during or after an exposure of 180 days (36).

Based on several studies it has been concluded that there is no valid experimental evidence that silicone elicits specific immunity in humans or in experimental animals (37,38).

In recent years, there has been discussion about the ability of low molecular weight polydimethylsiloxane polymers released from silicone elastomers to evoke an immunological response. When anti-silicone antibodies were measured in 111 female patients exposed to different amounts of silicone, significantly elevated anti-silicone IgG levels were found compared to patients without implants (39). However, background levels of antibodies to silicone were found even in non-implanted controls, probably as a result of exposure to over-the-counter products (e.g. those containing dimethicone) or other common sources of silicones. Several studies and reviews have concluded that there is no evidence of a causative relationship between silicone breast implants and autoimmune disorders (36, 38)

During recent years the ability of polydimethylsiloxane polymers to evoke immune or carcinogenic responses has raised a debate, which is especially focused on the extractable impurities. In general, the risks have been associated to the use of implantable materials containing polysiloxanes in non-solid forms. According to the tests in the part of the dossier presenting the chemistry and manufacturing of the product the amounts of extractables released from the polysiloxanes of Mirena® are very low in comparison to the theoretical maximal daily release from oral dimethicone preparations. The maximum acceptable amount of low molecular weight polysiloxanes as impurities specified in the European Pharmacopoeia (2nd Ed., 1985) for oral silicone products such as dimethicone is 0.3%. The maximum recommend daily dose of oral dimethicone is in the range of 10 – 15 g. With doses of dimethicone, which have not been reported to cause immune or carcinogenic responses, the maximum theoretical daily intake of low molecular weight polysiloxanes would be as high as 30 – 45 mg. This amount is high, as the amount of polysiloxanes, which are regarded as solid polysiloxanes, in the hormone reservoir of Mirena® is approximately 100 mg in total.

### 6.1.4.6 Polysiloxanes and connective-tissue diseases, human data

Data from a very recent large cohort study of 395 543 female health professionals suggested small increased risks (1.24, 95% confidential interval, 1.08 to 1.41, $P = .0015$) of connective-tissue diseases among women with breast implants (40). In another study with 87 510 women, no association was found between silicone breast implants and connective tissue diseases (41). Similarly, in a population-based, retrospective study after breast implantation, no association was found between breast implants and the connective tissue disease and other disorders studied (42).

## 7 Conclusions

LNG is one of the oldest and most extensively used progestins for contraception and its toxicity profile by the oral route is well documented. The pharmacokinetic data on the experimental models of Mirena® indicate that the LNG concentrations in the plasma yielded by the device, releasing hormone approximately 30 µg/24 h, are about 50% of those of users of oral LNG-containing contraceptives. Although no comparative pharmacokinetic study with Mirena® releasing LNG 20 µg/24 h, and LNG tablets are available, it is reasonable to assume that the possible adverse effects related to the circulating LNG do not exceed those elicited by the oral contraceptives.

The shape and size of Mirena® set limitations on the nonclinical evaluation of Mirena®. As it is incompatible with the uteri of the laboratory animals, the evaluation of the safety of this product must be based on the nonclinical studies on separate components of the product, *i.e.*, polyethylene frame, elastomers and LNG, on studies with modified formulations in animals, and on the clinical studies with Mirena®.

In early toxicity studies with polydimethylsiloxanes, stannous-octoate-cured polysiloxanes were used rather than dichlorobenzoylperoxide-catalyzed elastomers, which are now used. Therefore, in view of the possible toxicity of the catalyst and the impurities, it is not clear how closely the results of the early toxicity studies, which were not performed in accordance with GLP, reflect the safety profile of the current Mirena®. Today, the most relevant toxicological studies for evaluation of the toxicity of polysiloxanes of Mirena® are those on polysiloxanes used in both the former Composition C and in the current Composition D.

Leiras has conducted a wide range of toxicity tests with the plastic parts of Mirena®. Neither the LNG IUS nor its components were genotoxic *in vitro* or *in vivo*. No systemic or local intolerance was detected in rats following intramuscular implantation of the composition D PDMS rods for 6 months or in cynomolgus monkeys following intrauterine implantation of the composition D LNG IUS or the placebo for 9 months. Furthermore, the studies on the endometrial effects of the modified intrauterine devices in monkeys have detected similar changes to those seen in clinical studies with experimental models of Mirena®.

Taking into consideration the good biocompatibility and the absence of genotoxicity of the composition D LNG IUS and the PDMS and PE components, the extensive nonclinical and clinical experience with levonorgestrel and Mirena®, the absence of proliferative or neoplastic changes in the local and systemic tolerance studies in rats and monkeys, the carcinogenic potential of the composition D LNG IUS is considered to be very low.

The absence of compound-related maternal toxicity, embryotoxicity, teratogenicity or effects on fetal development in pregnant rabbits with intrauterine implants of a modified version of an early developmental formulation (composition B) LNG IUS suggests that the LNG IUS alone is not a reproductive toxicant.

The endometrial concentration of this hormone has not been analyzed in monkeys, but based on pharmacokinetic data in women, it is approximately 100 to 200 times higher than after oral LNG-containing contraceptives. However, the studies in monkeys and in women have revealed

Redacted:
Manufacturing/CM&C

# 8 References

## 8.1 Textual summaries and statements


[1] Seibert B. Summary. Toxicological experiments with levonorgestrel (ZK18206). Schering Experimental Toxicology.

[2] Alaranta S (1995) Evaluation on *in vitro* and *in vivo* genotoxicity of peroxide-catalysed silicone materials with levonorgestrel, Leiras document 102-94906-02.

[3] Alaranta S (1998) Summary on toxicological studies conducted by Leiras Oy on silicone material 4910 Unfilled Elastomer (Dow Corning). Leiras document LE116-98901-01.

[4] Alaranta S (1998) Summary on toxicological studies conducted by Leiras Oy on the PDMS 373 TW Tubing made of MDX4-4516 silicone elastomer (Dow Corning). Leiras document LE109-98903-01.

[5] Alaranta S (1998) Summary on toxicological studies conducted by Leiras Oy on the Unfilled Elastomer made of MED-4503 polymer (NuSil). Leiras document LE109-98902-01.

[6] Alaranta S (1998) Summary on toxicological studies conducted by Leiras Oy on the PDMS 373 MI Tubing made of MED-4516 silicone elastomer (NuSil). Leiras document LE102-98904-01.

[7] Alaranta S (1998) Summary on toxicological studies conducted by Leiras Oy on Exxon low-density polyethylene for T-bodies. Leiras document LE102-98905-01.

[8] Alaranta S (1998) Summary on toxicological studies conducted by Leiras Oy on BASF low-density polyethylene for T-bodies. Leiras document LE102-98946-01.

[9] Alaranta S (1998) Summary on toxicological studies conducted by Leiras Oy on removal threads containing 99% polyethylene (Borealis) and 1% iron oxide. Leiras document LE102-98906-01.

[10] Björklund C (2002) Toxicological risk evaluation of the inserter of Mirena® Leiras statement DE00650-99909-03.

## 8.2 Reports

| REPORT NO LEIRAS/SCHERING | DATE | TITLE | COMPANY | DEPART-MENT | STUDY NUMBER |
|---|---|---|---|---|---|
| 116-95135-01/AX33 | 5 Sep 1996 | 4910 unfilled elastomer (MF159304): Pyrogen test in rabbits. | Scantox | | 116-95135 |
| 116-95139-01/AX34 | 24 Apr 1996 | 4910 unfilled elastomer (MF159304): Intracutaneous test in rabbits. | Scantox | | 116-95139 |
| 116-95138-01/AX35 | 5 Sep 1996 | 4910 unfilled elastomer (MF159304): Muscle implantation test in rabbits. | Scantox | | 116-95138 |
| 116-95136-01/AX36 | 24 Apr 1996 | 4910 unfilled elastomer (MF159304): Systemic injection test in mice. | Scantox | | 116-95136 |
| 116-95137-01/AX37 | 24 Apr 1996 | 4910 unfilled elastomer (MF159304): The guinea pig maximization test. | Scantox | | 116-95137 |
| 116-95140-01/AX38 | 5 Sep 1996 | 4910 unfilled elastomer (MF159304): Hemolysis test | Scantox | | 116-95140 |
| 116-95141-01/AX39 | 24 Apr 1996 | 4910 unfilled elastomer (MF159304): In vitro cytotoxicity test (USP 23 elution test) | Scantox | | 116-95141 |
| 116-95131-01/AX40 | 5 Sep 1996 | 4910 Unfilled Elastomer (MF 159304): Assessment of mutagenic potential in amino-acid auxotrophs of *Salmonella typhimurium* and *Escherichia coli* (the Ames test) | Huntingdon Life Sciences | | 116-95131 |
| 116-95132-01/AX41 | 5 Sep 1996 | 4910 Unfilled Elastomer (MF 159304): L5178Y TK+/- Mouse Lymphoma Mutation Assay | Huntingdon Life Sciences | | 116-95132 |
| 116-95133-01/AX42 | 20 Nov 1996 | 4910 Unfilled Elastomer (MF 159304): Lymphocyte Cytogenetic Study | Huntingdon Life Sciences | | 116-95133 |
| 116-95134-01/AX43 | 20 Nov 1996 | 4910 Unfilled Elastomer (MF 159304): Mouse Miconucleus Test | Huntingdon Life Sciences | | 116-95134 |
| 102-97119-01/B021 | 8 Oct 1999 | LE10200A: Ames test. | Scantox | | LE102-97119 |
| 102-97120-01/B022 | 8 Oct 1999 | LE10200A: In vitro mammalian cell gene mutation test performed with mouse lymphoma cells (L15178Y). | Scantox | | LE102-97120 |

| REPORT NO LEIRAS/SCHERING | DATE | TITLE | COMPANY | DEPART-MENT | STUDY NUMBER |
|---|---|---|---|---|---|
| 102-97121-01/B023 | 8 Oct 1999 | LE10200A: In vitro mammalian chromosome aberration test performed with human lymphocytes. | Scantox | | LE102-97121 |
| 102-97122-01/B039 | 8 Oct 1999 | LE10200A: Mouse micronucleus test. | Scantox | | LE102-97122 |
| 116-95116-01/B046 | 26 Oct 1998 | LE11600F: Six month toxicity study in rat after subcutaneous implantation. | Scantox | | 116-95116 |
| /9725 | 19 Mar 1992 | One year local and systemic tolerance study with a levonorgestrel-releasing intrauterine device in the rhesus monkey and determination of plasma concentration of levonorgestrel using a radioimmunoassay method. | Schering AG | Exp. Toxicology | TX 82.200<br>KI 83 034 |
| /B180 | 20 Aug 1999 | LE11600A: 9 months local and systemic tolerance study in monkeys with an intrauterine system inserted into the uterus. | Schering AG | Exp. Toxicology | TXST 19970167 |
| 15-109-93186/B213 | 9 June 1994 | PDMS 373TW tubing: Hemolysis test. | Scantox | | LE15-109-93186 |
| 15-109-93185/B214 | 9 June 1994 | PDMS 373TW tubing: In vitro cytotoxicity test (USP XXII elution test). | Scantox | | LE15-109-93185 |
| 15-109-93187/B233 | 20 May 1994 | PDMS 373TW tubing: Systemic injection test in mice. | Scantox | | LE15-109-93187 |
| 15-109-93188/B234 | 20 May 1994 | PDMS 373TW tubing: Intracutaneous test in rabbits. | Scantox | | 15-109-93188 |
| 15-109-93189/B235 | 23 June 1994 | PDMS 373TW tubing: Muscle implantation test in rabbits. | Scantox | | 15-109-93189 |
| 15-109-93190/B236 | 25 July 1994 | PDMS 373TW tubing: The guinea pig maximization test. | Scantox | | 15-109-93190 |
| 15-109-93191/B237 | 15 Sep 1994 | PDMS 373TW tubing: Pyrogen test in rabbits. | Scantox | | 15-109-93191 |
| 102-92153-01/B219 | 28 Jan 1992 | Extracts of 102 levonorgestrel device: Bacterial mutation assay using a fluctuation test. | Huntingdon Reseach Centre | | LE102-92153 |

**Redacted:**
**Manufacturing/CM&C**

## 8.3 Literature

1. Smith H, Hughes GA, Douglas GH, Hartley D, McLoughlin BJ et al. (1963) Totally synthetic (±)-13-alkyl-3-hydroxy and methoxy-gona-1,3,5 (10)-trien-17-ones and related compounds. Experientia 19:394-396.

2. Edgren RA, Smith H, Peterson DL, Carter DL (1963) The biological effects of a series of 13β-substituted gonanes related to norethisterone (17α-ethynyl-19-nortestosterone). Steroids 2:319-335.

3. Jones RC, Singer AC, Edgren RA (1979) The biological activities of norgestrel and its enantiomers. Int J Fertil 24:39-43.

4. Murad F, Kuret JA (1990) Estrogens and progestins. In: Gilman AG, Rall TW, Nies AS, Taylor P, eds. Goodman and Gilman's The Pharmacological Basis of Therapeutics. New York: Pergamon press, pp 1384-1412.

5. Phillips A (1990) The selectivity of a new progestin. Acta Obstet Gynecol Scand Suppl 152:21-24.

6. Elger W, Steinbeck H, Schillinger E, Losert W, Beier S (1995) Endocrine-pharmacological profile of gestodene. Adv Contra Delv Syst II:182-97.

7. Saunders DE, Lozon MM, Corombos JD, Brooks SC (1989) Role of endometrial estrogen sulfotransferase in progesterone mediated downregulation of estrogen receptor. J Steroid Biochem 32:749-757.

8. Brenner RM, Resko JA, West NB. Cyclic changes in oviductal morphology and residual cytoplasmic estradiol binding capacity induced by sequential estradiolprogesterone treatment of spayed rhesus monkeys. Endocrinology 1974;95:1094-1104.

9. Phillips A, Hahn DO, Klimek S, Mcguire JL (1987) A comparison of the potencies and activities of progestogens used in contraceptives. Contraception 36:181-192.

10. Wadsworth PF, Lewis DJ, Heywood R (1980) The ultrastructural features of progestagen-induced decidual cells in the rhesus monkey (*Macaca mulatta*). Contraception 22:189-198.

11. Wadsworth PF, Heywood R, Allen DG, Sortwell RJ, Walton RM (1979) Treatment of rhesus monkey (*Macaca mulatta*) with intrauterine devices loaded with levonorgestrel. Contraception 20:177-184.

12. Sethi N, Agarwal K, Singh RK, Bajpai VK (1988) Effect of 24 mm levonorgestrel IUD on uterine endometrium of female rhesus monkeys, *Macaca mulatta*. Contraception 37:99-108.

13. Ugocsai G, Resch B, Traub A, Sas M (1984) Biological, microsopic and scanning electron microscopic investigations of the effects of postinor/d-norgestrel/ in rabbits. Contraception 30:153-159.

14. Düsterberg B, Beier S (1984) Plasma levels and progestational activity of levonorgestrel after repeated intravenous and subcutaneous administration in the beagle bitch. Contraception 29:345-357.

15. Barbosa I, Bakos O, Olsson S-E, Odlind V, Johansson EDB (1990) Ovarian function during use of a levonorgestrel-releasing IUD. Contraception 42:51-66.

16. Ortiz ME, Croxatto HB (1987) The mode action of IUDs. Contraception 36:37-53.

17. Khokha R, Wolfe BM (1984) Hypotriglyceridemic effects of levonorgestrel in rats. Atherosclerosis 52:329-338.

18. Haarbo J, Svendsen OL, Christiansen C (1992) Progestogens do not affect aortic accumulation of cholesterol in ovariectomized cholesterol-fed rabbits. Circ Res 70:1198-1202.

19. Geragthy DP, Byrne KB, McPherson GA, Burcher E (1990) Renal and myocardial adrenoceptors in steroid contraceptive-induced hypertension in rats. Clin Exp Pharmacol Physiol 17:567-578.

20. Byrne KB, Stanton BJ, Coupar IM, Burcher E (1988) Effect of levonorgestrel and ethinylestradiol on vasoconstriction in rat isolated vasculature. J Pharm Pharmacol 40:562-566.

21. Gomaa AA, Osman FH, Salem HT, Abdel Wareth AA (1984) A study of interaction between levonorgestrel and ethanol. Contraception 29:535-542.

22. Kuhnz W, Blode H (1994) Pharmacokinetics of selected contraceptive steroids in various animal species. In: Goldzieher JW, Fotherby K, eds. Pharmacology of the contraceptive steroids. Raven Press LTD., New York:, pp 41-51.

23. Düsterberg B, Hümpel M, Speck U (1981) Terminal half-lives in plasma and bioavailability of norethisterone, levonorgestrel, cyproterone acetate and gestodene in rats, beagles and rhesus monkeys. Contraception 24:673-683.

24. Düsterberg B (1984) Plasma levels of levonorgestrel, gestodene, norethisterone and cyproterone acetate on single-dose subcutaneous administration in oily solution in the rat, beagle and rhesus monkey. Steroids 43:43-56.

25. Hümpel M. Comparative pharmacokinetics of selected contraceptive steroids in animal species and man. In: Michal F, ed. Scientific Basis of Fertility Regualtion. Safety Requirements

for Contraceptive Steroids: Proceedings of a Symposium on Improving Safety Requirements for Contraceptive Steroids. Cambridge: Cambridge University Press. 1989;193-210.

26. Silverberg SG, Haukkamaa M, Arko H, Nilsson CG, Luukkainen T (1986) Endometrial morphology during long-term use of levonorgestrel-releasing intrauterine devices. Int J Gynaecol Pathol 5:235-241.

27. Lang R, Reimann R (1993) Studies for a genotoxic potential of some endogenous and exogenous sex steroids. I. Communication: examination for the induction of gene mutations using the Ames Salmonella/microsome test and the HGPRT test in V79 cells. Environ Mol Mutagen 21:272-304.

28. Isquith A, Matheson D, Slesinski R (1988) Genotoxicity studies on selected organosilicon compounds: *in vitro* assays. Food Chem Toxicol 26:255-261.

29. Isquith A, Slesinski R, Matheson D (1988) Genotoxicity studies on selected organosilicon compounds: *in vivo* assays. Food Chem Toxicol 26:263-266.

30. Deapen DM, Pike MC, Casagrande JT, Brody GS (1986) The relationship between breast cancer and augmentation mammaplasty: an epidemiologic study. Plast Reconstr Surg 77:361-367.

31. May DS, Stroup NE (1991) The incidence of sarcomas of the breast among women in the United States, 1973-1986. Plast Reconstr Surg 87:193-194.

32. Bryant H, Brasher P (1995) Breast implant and breast cancer - reanalysis of a linkage study. N Engl J Med 332:1535-1539.

33. Cutler MG, Collings AJ, Kiss IS, Sharrat M (1974) A lifespan study of a polydimethylsiloxane in the mouse. Food Cosmet Toxicol 12:443-450.

34. Lilla JA, Vistnes LM (1976) Long-term study of reactions to various silicone breast implants in rabbits. Plast Reconstr Surg 57:637-649.

35. Dreyfuss DA, Singh S, Dowlatshahi K, Krizef TJ (1987) Silicone implants as an anticarcinogen. Surg Forum 38:587-588.

36. Bradley SG, White Jr. KL, McCay, JA, Brown RD, Musgrove DL, Wilson S. et al. (1994) Immunotoxiicty of 180 day exposure to polydimethylsiloxane (silicone) fluid, gel, elastomer and polyurethane disks in female B6C3F1 mice. Drug Chem Toxicol 17:221-269.

37. Marcus DM (1996) An analytical review of silicone immunology. Arthritis Rheum 39:1619-1626.

38. Shastri PV (2002) Toxicology of polymers for implant contraceptives for women. Contraception 65:9-13.

39. Wolf LE, Lappe' M, Peterson RD, Ezrailson EG (1993) Human immune response to polydimethylsiloxane (silicone): screening studies in a breast implant population. FASEB J 7:1265-1268.

40. Hennekens CH, Lee I-M, Cook NR, Hebert PR, Karlson EW et al. (1996) Self-reported breast implants and connective-tissue diseases in female health professionals. JAMA 275:616-612.

41. Sánchez-Guerrero J, Colditz GA, Karlson EW, Hunter DJ, Speizer FE, Liang MH (1995) Silicone breast implants and the risks of connective-tissue diseases and symptoms. N Engl J Med 332:1666-1670.

42. Gabriel SE, O´Fallon WM, Kurland LT, Beard CM, Woods JE, Melton LJ (1994) Risk of connective-tissue diseases and other disorders after breast implantation. N Engl J Med 330:1697-1702.