# 1. Project Goal and Target Product Profile

## 1.1 Project Goal

Develop BAY1007626 in a "two year" contraceptive IUS for the treatment of heavy menstrual bleeding (HMB) and providing a benefit on dysmenorrhea for women with HMB and dysmenorrhea. The product shall provide a significantly higher efficacy for HMB treatment regarding responder rates during the first months of treatment; less spotting and a superior safety profile over the course of treatment compared to IUSs with 20 µg/ 24 h LNG release.

## 1.2 Target Product Profile

### 1.2.1 Target Population & Indication

Treatment of women with HMB.

Indications

- Treatment of heavy menstrual bleeding
- Contraception (secondary indication base case)

Benefit

- Treatment of dysmenorrhea in women with HMB (benefit base case)

### 1.2.2 Efficacy

- Significantly higher proportion of subjects with successful treatment in HMB at month 3 compared to IUS products with 20 µg/ 24 h LNG
- Reduction of heavy menstrual bleeding at least as good as with IUS products with 20 µg/ 24 h LNG
- Alleviate symptoms of dysmenorrhea in women with HMB
- Pearl Index not more than 0,5 after 2 years of treatment

### 1.2.3 Safety & Tolerability

- Significantly less cysts compared to IUS products with 20 µg/ 24 h LNG release
- Progestin related AEs compared to IUS products with 20 µg/ 24 h LNG release[1]:
- Significantly less acne
- Significantly less breast pain
- One year expulsion rate not higher than with an IUS product with 20 µg/ 24 h LNG[2]

### 1.2.4 Convenience

- Less spotting compared to IUS products with 20 µg/ 24 h LNG

### 1.2.5 Dose & Administration

- Two years wearing duration (IUS)

### 1.2.6 Health Economics & Outcomes Research

- Meaningful improvement in Patient Reported Outcomes/ Health-Related Quality of Life
- Economically justifiable price through demonstrated cost-effectiveness compared to current standard of care
- High satisfaction and continuation rates (at least Mirena-level)

[1] No or only minimal hormone-related side-effects are valuable

[2] Upside potential, optimized shape/ size for HMB women, may go along with easier insertion and less insertion pain (due to insertion such as push in technique)

### 1.2.7 Brand Benefit Ladder

Best in class IUS for Heavy Menstrual Bleeding resulting in

- Quick and effective relief for patients with bleeding issues without worries of undesired side effects
- First choice IUS by HCPs (health care providers) for women with bleeding issues because of
- Proven clinical superiority on bleeding over other IUS
- No concern for systemic issues (side effects)
- Effective contraception

## 2. Project Rationale

Heavy menstrual bleeding (HMB) is a significant healthcare problem that is quite common among women, especially at the late reproductive and perimenopausal age groups and is an important cause for women to search for medical advice.

Available therapies of HMB rely on the suppression of the endometrium (MIRENA; OCs; GnRH Agonists/Antagonists), inhibition of fibrinolysis (Tranexamic acid) and inhibition of inflammation (COX-inhibitors). Next to surgery MIRENA represents the most effective therapy of HMB.

MIRENA® is a Levonorgestrel-releasing intrauterine system for contraception and heavy menstrual bleeding. MIRENA releases the progestin Levonorgestrel into the uterine endometrium. The mechanism of action of Levonorgestrel releasing IUS on HMB is assumed to rely on the down regulation of estrogen and progestin receptors, the induction of atrophy of the endometrium and induction of apoptosis of endometrial glands.

Undesired effects of MIRENA® concern systemic effects such as ovarian cyst formation, acne, and breast tenderness. These side effects are due to the systemic availability of Levonorgestrel. In addition undesired effects of MIRENA® comprise unscheduled bleeding over the initial 3 to 6 cycles of use. Thus, the identification of a new progestin with high local potency and reduced peripheral effects would represent a significant medical improvement.

Studies in a rat model revealed reduced systemic effects (parameters: decrease of serum LH; induction of mammary gland gene expression) of locally released progestins in dependence of the clearance. BAY 1007626 shows the desired profile: It exhibits high local progestogenic activity (progestogenic potency >Levonorgestrel in the rat maintenance of pregnancy test; PK/PD study) and it is predicted to exhibit considerably lower systemic exposure upon local release in women (37-fold lower exposure at potency adjusted release rates) due to its high clearance compared to Levonorgestrel.

High potency of the compound and high local release (> Levonorgestrel in MIRENA) is assumed to increase efficiency and to reduce the time of treatment needed to achieve uterine atrophy and reduction of bleeding. In preclinical models markers of progestogenic action such as estrogen induced IGF-I ('Estromedin'), IGF-I binding protein 1, 17ß HSD2, ER and PR are affected in a dose dependent manner upon local release of BAY 1007626

BAY 1007626 shows the desired profile: It exhibits high local progestogenic activity and it is predicted to exhibit considerably lower systemic exposure upon local release in women (37-fold lower exposure at potency adjusted release rates) due to its high clearance compared to Levonorgestrel.