**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | | |
| **MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)** | | **17-MD-2767 (PAE)**<br>**17-MC-2767 (PAE)** |
| ***This Document Relates to All Actions*** | | |

**DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' OMNIBUS MOTION TO EXCLUDE GENERAL CAUSATION EXPERT TESTIMONY OF DEFENDANTS' EXPERT WITNESSES**

Paul W. Schmidt declares the following under the penalties of perjury:

1. I am a Partner with the law firm of Covington & Burling LLP, counsel for defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy ("Bayer").

2. Annexed hereto are true and accurate copies of the following documents submitted in support of Bayer's Opposition to Plaintiffs' Omnibus Motion to Exclude General Causation Expert Testimony of Defendants' Expert Witnesses:

Exhibit A: American College of Obstetricians and Gynecologists, Practice Bulletin: Use of Hormonal Contraception in Women with Coexisting Medical Conditions (June 2006).

Exhibit B: Diedrich JT, Zhao Q, Madden T, et al. Three-year continuation of reversible contraception. Am J Obstet Gynecol 2015.

Exhibit C: Jones J, Mosher W, Daniels K. Current contraceptive use in the United States, 2006–2010, and changes in patterns of use since 1995. National health statistics reports; no 60. National Center for Health Statistics 2012.

Exhibit D: Deposition Transcript of Dr. Katrin Manlik, December 7, 2017.

Exhibit E: Empirica Monthly Signal Runs (MIR_IIH_EU05328197).

Exhibit F: DeLott L, Moniz M, Narayanaswamy P, Musch D, Cornblath W. Idiopathic Intracranial Hypertension is not associated with levonorgestrel intrauterine device use. North American Neuro-Ophthalmology Society Poster Presentation, 2018.

Exhibit G: Friedman D. Risk of intracranial hypertension with intrauterine levonorgestrel: letter to the editor. Ther Adv Drug Saf 2016, Vol. 7(1) 23-24.

Exhibit H: Apter D, Gemzell-Danielsson K, Hauck B, Rosen K, Zurth C. Pharmacokinetics of two low-dose levonorgestrel-releasing intrauterine systems and effects on ovulation rate and cervical function: pooled analyses of phase II and III studies. Fertil Steril. 2014 June;101(6):1656-62.e1-4.

Exhibit I: Email from James Shepherd to Plaintiffs' Counsel, December 15, 2017.

DATED: March 15, 2018

Respectfully submitted,

*/s/ Paul W. Schmidt*

Paul W. Schmidt
Michael X. Imbroscio
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5272
Facsimile: (202) 778-5272
pschmidt@cov.com
mimbroscio@cov.com

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
scook@goldmanismail.com

James Shepherd
Shook Hardy & Bacon LLP
600 Travis Street, Suite 3400

Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
eshepherd@shb.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer OY*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2018, a copy of the foregoing has been served on the interested parties in this action via ECF:

Martin D. Crump
Davis & Crump PC
2601 Fourteenth Street
Gulfport, Mississippi 39501
martincrump@daviscrump.com
*Co-Lead Counsel for Plaintiffs*

Lawrence L. Jones II
Jones Ward PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
larry@jonesward.com
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
PO Box 30049
Elkins Park, Pennsylvania 19027
msk@thlawyer.com
*Liaison Counsel for Plaintiffs*

*/s/ Paul W. Schmidt*
Paul W. Schmidt