# Exhibit B

GYNECOLOGY

# Three-year continuation of reversible contraception

Q7 Justin T. Diedrich, MD; Qiuhong Zhao, MS; Tessa Madden, MD, MPH;
Q1 Gina M. Secura, PhD; Jeffrey F. Peipert, MD, PhD

**OBJECTIVE:** The objective of this analysis was to estimate the 3 year continuation rates of long acting reversible contraceptive (LARC) methods and to compare these rates to non LARC methods.

**STUDY DESIGN:** The Contraceptive CHOICE Project (CHOICE) was a prospective cohort study that followed 9256 participants with telephone surveys at 3 and 6 months, then every 6 months for 2 3 years. We estimated 3 year continuation rates of baseline methods that were chosen for CHOICE and that included 3 LARC methods (52 mg levonorgestrel intrauterine device; the copper intrauterine device; and the subdermal implant) and compared these rates to non LARC hormonal methods (depot medroxyprogesterone acetate, oral contraceptive pills, contra ceptive patch, or vaginal ring). Eligibility criteria for this analysis included participants who started their baseline chosen method by the 3 month survey. Participants who discontinued their method to attempt concep tion were censored. We used a Cox proportional hazard model to adjust for confounding and to estimate the hazard ratio for risk of discontinuation.

**RESULTS:** Our analytic sample consisted of 4708 CHOICE participants who met inclusion criteria. Three year continuation rates were 69.8% for users of the levonorgestrel intrauterine device, 69.7% for copper intrauterine device users, and 56.2% for implant users. At 3 years, continuation was 67.2% among LARC users and 31.0% among non LARC users ($P < .001$). After adjustment for age, race, education, socioeconomic status, parity, and history of sexually transmitted infection, the hazard ratio for risk of discontinuation was 3 fold higher among non LARC method users than LARC users (adjusted hazard ratio, 3.08; 95% confidence interval, 2.80 3.39).

**CONCLUSION:** Three year continuation of the 2 intrauterine devices approached 70%. Continuation of LARC methods was significantly higher than non LARC methods.

**Key words:** contraception, continuation, intrauterine device, long acting reversible contraception, subdermal implant

**Cite this article as:** Diedrich JT, Zhao Q, Madden T, et al. Three-year continuation of reversible contraception. Am J Obstet Gynecol 2015;●●●:●●●●.

Long-acting reversible contraceptive (LARC) methods are highly effective and have high user satisfaction.[1] Their use has increased in the United States over the past 2 decades; approximately 8.5% of women who use contraception report current use of a LARC method.[2] In fact, a recent report demonstrated a nearly 5-fold increase in LARC methods over the last decade.[3] LARC users are likely to be highly satisfied with their method at 12 and 24

EDITORS' ★ CHOICE

months.[4,5] However, data are lacking regarding continuation of LARC methods at 3 years in the United States. Some of the previous studies that assessed longer-term continuation randomly assigned women to a contraceptive method and included women from many different countries.[6,7] The largest study was performed by Sivin et al.[8] This multinational study randomly assigned women to the levonogestrel-20 (the predecessor to the current levonorgestrel-containing intrauterine device [LNG-IUD]) and the TCu380Ag (the predecessor to the current copper-intrauterine device [Cu-IUD]). Cumulative continuation at 3 years was 49% among LNG-20 users and 59% among TCu380Ag users. Other prospective studies found 3-year continuation rates of 67-78% among users of Cu-IUDs.[9,10] Continuation of

From the Divisions of Family Planning and Clinical Research, Department of Obstetrics and Gynecology; Washington University School of Medicine in St. Louis, St. Louis, MO.

Received April 27, 2015; revised July 20, 2015; accepted Aug. 2, 2015.

The Contraceptive CHOICE Project is funded by an anonymous foundation. This publication also was supported by Washington University Institute of Clinical and Translational Sciences grant number UL1 TR000448 from the National Center for Advancing Translational Sciences and award number K23HD070979 from the *Eunice Kennedy Shriver* National Institute of Child Health and Human Development, National Institutes of Health.

Q6 J.F.P. receives research funding/support from Bayer, Teva, and Merck and serves on advisory boards for Teva Pharmaceuticals and MicroCHIPs; T.M. serves on an advisory board for Bayer Healthcare Pharmaceuticals and a data safety monitoring board for phase 4 safety studies of Bayer contraceptive products; the remaining authors report no conflict of interest.

The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health.

Corresponding author: Jeffrey F. Peipert, MD, PhD. peipertj@wustl.edu

0002 9378/free • © 2015 Elsevier Inc. All rights reserved. • http://dx.doi.org/10.1016/j.ajog.2015.08.001

UNCORRECTED PROOF

FIGURE 1
**Flow diagram of women included in the analysis**




Q3 ●●●●.

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.*

LNG-IUD has been reported at 73-80% at 3 years.[11,12] Subdermal implants have international continuation rates of 30-53%.[12-15]

This analysis was performed to estimate the rates of 36-month continuation of the baseline contraceptive method that was chosen and to compare continuation rates of LARC and non-LARC methods. In addition, we explored baseline characteristics that are associated with discontinuation of contraceptive methods. We hypothesized that 36-month continuation rates for the LARC methods would exceed 60% and that continuation would be significantly higher for LARC methods than non-LARC methods.

## Materials and Methods

In 2007, the Contraceptive CHOICE Project (CHOICE) began recruiting women for a prospective observational cohort study. The goal of the study was to reduce the unintended pregnancy rate in the St. Louis, MO, area by promoting the most effective methods of contraception and eliminating the cost barrier to all forms of contraception. The methods have been reported in detail[16] but are described briefly later. The Human Research Protection Office at Washington University in St. Louis approved the study protocol before study recruitment.

Participants were referred to CHOICE through their health care providers, posted flyers, and word of mouth. Recruitment sites included local health care centers, 2 abortion care providers, and a university-associated clinical research center. Inclusion criteria included women who (1) were 14-45 years of age (2) desired reversible contraception and were willing to start a new method, (3) were sexually active with a male partner or intended to be within 6 months, (4) who lived in or received reproductive care in the St. Louis area, and (5) were able to consent in English or Spanish. Women were excluded if they desired pregnancy in the next 12 months or were had had hysterectomy or permanent sterilization. Recruitment of the 9256 participants began in 2007 and was completed in 2011. All participants provided written informed consent before study enrollment.

All potential participants heard a standardized introduction to LARC methods; on enrollment, they received additional contraceptive counseling.[17] LARC methods included the LNG-IUD, the Cu-IUD, and the 3-year subdermal implant. The contraceptive counseling reviewed all reversible methods in order of effectiveness from most to least effective. After a baseline interview, participants completed screening for sexually transmitted infections, received their contraceptive of choice at no cost, and were followed for 2 or 3 years, depending on the timing of enrollment. Follow-up telephone interviews were performed at 3 and 6 months then every 6 months thereafter for the duration of study participation. At the enrollment visit, each participant chose her baseline method. When possible, they would start that method immediately. In certain cases (such as when pregnancy could not be ruled out reasonably), the patient received a bridge method until they returned for the initiation of their chosen method. Bridge methods included depot medroxyprogesterone acetate (DMPA), oral contraceptive pills (OCPs), combined contraceptive patch, vaginal ring, or condoms. Participants were able to switch methods at any time during the follow-up period. For the purposes of this analysis, if a participant switched her method, we considered this

FIGURE 2
Q4 **Contraceptive continuation**




Kaplan-Meier Survival Curve of by long-acting reversible contraceptive methods and non long-acting reversible contraceptive methods.

*LARC, long acting reversible contraceptive method.*

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.*

TABLE 1
**Baseline characteristics of analytic sample, stratified by contraceptive method and age**

| Variable | Overall (n = 4708) | Non—long-acting reversible contraceptive method (n = 1505) | Long-acting reversible contraceptive method (n = 3203) | *P* value |
|---|---|---|---|---|
| Age, y[a] | 25.2 ± 5.7 | 24.0 ± 5.0 | 25.7 ± 5.9 | < .001 |
| Race, n (%) | | | | .668 |
| Black | 2243 (47.7) | 723 (48.1) | 1520 (47.5) | |
| White | 2100 (44.6) | 659 (43.8) | 1441 (45.0) | |
| Other | 364 (7.7) | 122 (8.1) | 242 (7.6) | |
| Education, n (%) | | | | < .001 |
| ≤High school | 1661 (35.3) | 472 (31.4) | 1189 (37.1) | |
| Some college | 1987 (42.2) | 666 (44.3) | 1321 (41.3) | |
| College graduate | 1058 (22.5) | 366 (24.3) | 692 (21.6) | |
| Body mass index, n (%) | | | | < .001 |
| Underweight | 144 (3.1) | 72 (4.9) | 72 (2.3) | |
| Normal | 1895 (41.2) | 718 (49.2) | 1177 (37.4) | |
| Overweight | 1206 (26.2) | 333 (22.8) | 873 (27.8) | |
| Obese | 1357 (29.5) | 336 (23.0) | 1021 (32.5) | |
| Low socioeconomic status, n (%)[b] | | | | < .001 |
| No | 2088 (44.4) | 776 (51.6) | 1312 (41.0) | |
| Yes | 2618 (55.6) | 728 (48.4) | 1890 (59.0) | |
| Insurance, n (%) | | | | < .001 |
| None | 2031 (43.5) | 683 (46.0) | 1348 (42.4) | |
| Private | 2081 (44.6) | 711 (47.9) | 1370 (43.0) | |
| Public | 556 (11.9) | 91 (6.1) | 465 (14.6) | |
| Parity, n (%) | | | | < .001 |
| 0 | 2225 (47.3) | 988 (65.6) | 1237 (38.7) | |
| 1 | 1150 (24.4) | 290 (19.3) | 860 (26.8) | |
| 2 | 819 (17.4) | 149 (9.9) | 670 (20.9) | |
| 3+ | 514 (10.9) | 78 (5.2) | 436 (13.6) | |
| Unintended pregnancies, n (%) | | | | < .001 |
| 0 | 1599 (34.0) | 704 (46.9) | 895 (28.0) | |
| 1 | 1292 (27.5) | 423 (28.2) | 869 (27.2) | |
| 2 | 780 (16.6) | 188 (12.5) | 592 (18.5) | |
| 3+ | 1027 (21.9) | 187 (12.5) | 840 (26.3) | |

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.* *(continued)*

UNCORRECTED PROOF

a discontinuation of the baseline method. Women who received the implant were told that it was approved for up to 3 years of use. If a participant had the device removed and reinserted within the same month, it was not considered a discontinuation. Follow-up interviews focused on method use, complaints, complications, side-effects, method troubleshooting, reasons for method discontinuation, and pregnancies. CHOICE participants have unrestricted access to device removal, even after CHOICE ended.

This analysis included women who chose a LARC or a non-LARC method (DMPA, OCPs, contraceptive patch, or vaginal ring), started using their method

**TABLE 1**
**Baseline characteristics of analytic sample, stratified by contraceptive method and age** *(continued)*

| Variable | Overall (n = 4708) | Non—long-acting reversible contraceptive method (n = 1505) | Long-acting reversible contraceptive method (n = 3203) | *P* value |
|---|---|---|---|---|
| History of abortion at baseline, n (%) | | | | < .001 |
| No | 2870 (61.0) | 969 (64.4) | 1901 (59.4) | |
| Yes | 1838 (39.0) | 536 (35.6) | 1302 (40.6) | |
| History of sexually transmitted infection at baseline | | | | .011 |
| No | 2869 (61.0) | 957 (63.6) | 1912 (59.7) | |
| Yes | 1836 (39.0) | 547 (36.4) | 1289 (40.3) | |

[a] Data are given as mean ± SD; [b] Includes trouble paying for basic necessities or receiving government subsidies in the form of food stamps or welfare.

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.*

**TABLE 2**
**Kaplan-Meier estimates of 1-, 2-, and 3-year continuation of baseline method chosen**

| | Continuation, % (95% confidence interval) | | |
|---|---|---|---|
| Variable | 1 Year | 2 Year | 3 Year |
| Overall | 76.7 (75.4—77.9) | 64.2 (62.6—65.5) | 56.2 (54.5—57.5) |
| Intrauterine device | | | |
| Levonorgestrel | 87.3 (85.8—88.6) | 76.7 (74.8—78.5) | 69.8 (67.6—71.7) |
| Copper | 84.5 (80.7—87.3) | 76.3 (72.1—79.8) | 69.7 (65.1—73.7) |
| Implant | 81.9 (78.3—84.7) | 68.7 (64.7—72.3) | 56.4 (51.8—60.3) |
| Depot medroxyprogesterone acetate | 57.4 (51.5—62.2) | 40.5 (33.8—44.7) | 33.2 (26.9—37.7) |
| Oral contraceptive pill | 58.1 (56.3—64.6) | 40.1 (37.9—46.5) | 29.5 (27.3—35.8) |
| Ring | 53.6 (49.7—58.6) | 36.7 (33.1—41.9) | 29.1 (25.8—34.4) |
| Patch | 46.1 (38.3—57.4) | 35.0 (25.7—44.5) | 28.1 (19.5—37.9) |
| Long-acting reversible contraceptive | 85.9 (84.5—87.0) | 75.2 (73.6—76.7) | 67.3 (65.4—68.9) |
| Non—long-acting reversible contraceptive | 55.6 (54.2—59.4) | 38.7 (36.9—42.1) | 30.2 (28.5—33.5) |
| Adolescents, 14-19 y | | | |
| Long-acting reversible contraceptive | 82.1 (77.9—85.6) | 68.0 (63.0—72.5) | 52.6 (47.2—57.7) |
| Non—long-acting reversible contraceptive | 46.9 (42.1—54.6) | 32.9 (28.4—40.6) | 21.2 (17.6—29.0) |
| Adults, 20-45 y | | | |
| Long-acting reversible contraceptive | 86.4 (85.0—87.6) | 76.2 (74.5—77.7) | 69.3 (67.4—71.0) |
| Non—long-acting reversible contraceptive | 57.4 (55.7—61.3) | 39.9 (37.6—43.4) | 31.9 (29.8—35.4) |

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.*

by their 3-month survey, and completed their 36-month follow-up survey or had another data source that verified continuation or discontinuation at 3 years. Continuation rates at 3 years were estimated for each method. LARC methods were compared with non-LARC methods and were stratified by age (14-19 and 20-45 years old). Descriptive analyses were performed to describe demographic characteristics of participants with the use of chi-square test or *t*-test, where appropriate. Normality was assessed for continuous variables. The time-to-event for this survival analysis was calculated from method initiation to the time point when the participant discontinued her contraceptive method. If she was lost to follow up, she was censored at her last time of contact with CHOICE. Participants were censored if they discontinued a contraceptive method to attempt pregnancy. Kaplan-Meier survival functions were used to estimate continuation rates among different methods. We used Cox proportional hazard models to estimate hazard ratios for risk of contraceptive method discontinuation for characteristics that were associated with discontinuation. We defined *confounders* as variables that changed the estimate of hazard ratio for a contraceptive method by ≥10% when they were included in the model. Confounding variables and significant factors from univariable analysis or variables that were set a priori were

UNCORRECTED PROOF

included in the final multivariable model to evaluate their effect size. The alpha level was set at .05. Stata software (version 11; StataCorp, College Station, TX) was used for all analyses.

## Results

Of 9256 CHOICE participants, the first 5090 were observed for 3 years. In this cohort, 382 women were excluded because they did not start their chosen baseline method by the 3-month survey. There were a total of 4708 participants (92%) who were observed for 3 years and were included in this analysis. A flow diagram of included participants is shown in Figure 1. There were 185 women (4%) who were censored because of discontinuation for desire to conceive or pregnancy.

Demographic and reproductive characteristics are shown in Table 1. Mean age of participants in this analysis was 25 years; 48% were black; 35% had a high school education or less; 34% received public assistance; 44% had no health insurance; and 12% reported public insurance. Overall, 47% were nulliparous, and 66% reported at least 1 unintended pregnancy at baseline. There were 644 adolescents in our cohort: 405 used LARC methods and 239 used non-LARC methods. In our stratified analysis by LARC vs non-LARC methods, we noted that LARC users were older, had higher parity, were more likely to have public insurance, and were more likely to have a history of an unintended pregnancy.

Continuation at 1, 2, and 3 years for each contraceptive method is listed in Table 2. We stratified continuation by LARC and non-LARC methods. At 3 years, continuation was 67.2% among LARC users and 31.0% among non-LARC users ($P < .001$). The highest continuation was among IUD users, with 69.8% continuation among LNG-IUD users and 69.7% among Cu-IUD users. Non-LARC methods had lower rates of continuation that range from 28-32% at 3 years. Among adolescents 14-19 years old, 3-year continuation was lower for all methods compared with women 20-45 years old and was lowest among non-LARC methods (52.6% for adolescents who used LARC and

TABLE 3
**Univariable analysis of risk factors for discontinuation of baseline contraceptive method at 3 years**

| | Univariable model | |
|---|---|---|
| Variable | Hazard ratio | 95% Confidence interval |
| Contraceptive method | | |
| Oral contraceptive pill | | Reference |
| Intrauterine device | | |
| Levonorgestrel | 0.30 | 0.27–0.35 |
| Copper | 0.31 | 0.26–0.38 |
| Implant | 0.48 | 0.40–0.56 |
| Depot medroxyprogesterone acetate | 1.01 | 0.85–1.20 |
| Patch | 1.21 | 0.94–1.56 |
| Ring | 1.12 | 0.96–1.30 |
| Age, y | | |
| 14-19 | 1.55 | 1.38–1.74 |
| 20+ | | Reference |
| Race | | |
| Black | 1.20 | 1.09–1.32 |
| White | | Reference |
| Other | 1.30 | 1.10–1.54 |
| Education | | |
| ≤High school | | Reference |
| Some college | 0.93 | 0.84–1.03 |
| College graduate | 0.82 | 0.73–0.93 |
| Body mass index | | |
| Underweight | 1.18 | 0.92–1.51 |
| Normal | | Reference |
| Overweight | 0.91 | 0.82–1.02 |
| Obese | 0.78 | 0.70–0.87 |
| Low socioeconomic status[a] | | |
| No | | Reference |
| Yes | 0.95 | 0.87–1.04 |
| Insurance | | |
| None | 1.07 | 0.97–1.18 |
| Commercial | | Reference |
| Public | 1.04 | 0.90–1.20 |
| Parity | | |
| 0 | 1.38 | 1.27–1.51 |
| 1+ | | Reference |

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.* *(continued)*

UNCORRECTED PROOF

**TABLE 3**
**Univariable analysis of risk factors for discontinuation of baseline contraceptive method at 3 years** *(continued)*

| | Univariable model | |
|---|---|---|
| **Variable** | **Hazard ratio** | **95% Confidence interval** |
| Previous unintended pregnancies | | |
| 0 | | Reference |
| 1+ | 0.79 | 0.72–0.87 |
| History of sexually transmitted infection | | |
| No | | Reference |
| Yes | 1.13 | 1.03–1.24 |

[a] Defined as trouble paying for basic needs (food, housing, medical care, transportation) or receiving government aid (food stamps, welfare).

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.*

**TABLE 4**
**Multivariable analysis of risk factors for discontinuation of baseline contraceptive method at 3 years**

| | Multivariable model | |
|---|---|---|
| **Variable** | **Hazard ratio** | **95% Confidence interval** |
| Contraceptive method | | |
| Oral contraceptive pills | | Reference |
| Intrauterine device | | |
| Levonorgestrel | 0.31 | 0.27–0.36 |
| Copper | 0.33 | 0.27–0.40 |
| Implant | 0.44 | 0.37–0.52 |
| Depot medroxyprogesterone acetate | 0.93 | 0.78–1.11 |
| Patch | 1.17 | 0. 91–1.52 |
| Ring | 1.16 | 1.00–1.35 |
| Contraceptive duration | | |
| Long-acting reversible contraceptive | | Reference |
| Non–long-acting reversible contraceptive | 3.08 | 2.80–3.39 |
| Age, y | | |
| 14-19 | 1.33 | 1.16–1.53 |
| 20+ | | Reference |
| Race | | |
| Black | 1.12 | 1.01–1.25 |
| White | | Reference |
| Other | 1.26 | 1.07–1.50 |
| Education | | |
| ≤High school | | Reference |
| Some college | 0.93 | 0.84–1.04 |
| College/graduate | 0.85 | 0.74–0.98 |

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.* *(continued)*

UNCORRECTED PROOF

23.1% for non-LARC methods). By 3 years, 54.6% of adolescents continued the LNG-IUD; 49.5% continued the Cu-IUD, and 50.8% continued the subdermal implant.

Univariable analysis of risk factors for discontinuation is shown in Table 3; the [T3] multivariable model is shown in Table 4. [T4] After adjustment for age, race, education, low socioeconomic status, parity, and history of sexually transmitted infection, the hazard ratio for discontinuation was >3 times higher among non-LARC method users (adjusted hazard ratio, 3.08;95% confidence interval, 2.80 3.39) than LARC users. Participants 14-19 years old at baseline were more likely to discontinue at 3 years compared with women ≥20 years old (adjusted hazard ratio, 1.37; 95% confidence interval, 1.19 1.56). Compared with those with a high school education or less, college graduates reported a lower risk of discontinuation (adjusted hazard ratio, 0.85; 95% confidence interval, 0.74 0.98).

Participants discontinued their baseline methods for a variety of reasons (Table 5). [T5] Of LNG-IUD users who discontinued this method, approximately 19% did so because of bleeding changes; 25% reported "I did not like how it made me feel." The most common reasons for Cu-IUD users to stop their method was bleeding changes (35%) and cramping (17%). Forty-five percent of implant discontinuers reported bleeding changes; 28% reported that they did not like how they felt. Among non-LARC methods, 33% of DMPA users who stopped this method reported general side-effects as the most common reason for discontinuation. Forty-two percent of OCP users who discontinued reported logistical reasons, such as the pill being hard to remember to get or to take. Of patch discontinuers, 41% reported side-effects. Twenty-seven percent of women who discontinued the ring reported side-effects; 24% reported logistical issues.

## COMMENT

Continuation rates for LARC methods at 1, 2, and 3 years are significantly higher than non-LARC methods. After adjustment for confounding variables, the


FLA 5.4.0 DTD ■ YMOB10565_proof ■ 8 September 2015 ■ 6:23 pm ■ ce

**TABLE 4**
**Multivariable analysis of risk factors for discontinuation of baseline contraceptive method at 3 years** *(continued)*

| Variable | Multivariable model: Hazard ratio | Multivariable model: 95% Confidence interval |
|---|---|---|
| Low socioeconomic status[a] | | |
| No | | Reference |
| Yes | 1.05 | 0.95–1.17 |
| Parity | | |
| 0 | 1.10 | 0.98–1.23 |
| 1+ | | Reference |
| History of sexually transmitted disease | | |
| No | | Reference |
| Yes | 1.21 | 1.10–1.34 |

[a] Low socioeconomic status is defined as trouble paying for basic needs (food, housing, medical care, transportation) or receiving government aid (food stamps, welfare)

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.*

choice of a shorter-acting method and younger age were associated with increased discontinuation.[1,4,18,19] Teens 14-19 years old in our cohort were more likely to discontinue than women of ≥20 years old. However, of those adolescents who chose LARC methods, more than one-half were still using their method at 3 years compared with one-fifth of adolescents who were using their non-LARC methods at 3 years. Even among women who were using short-acting methods, 3-year continuation was relatively high. Those who used OCPs, DMPA, patch, and ring had continuation rates of 28-33%.

Relatively few previous studies have estimated continuation beyond 1 year among women in the United States who chose their contraceptive method rather than being randomly assigned to a method. Furthermore, this analysis was conducted with the data from the CHOICE cohort with a high follow-up rate in which only 19% of participants were lost to follow up at 3 years. Our cohort had continuation rates that were consistent with other prospective trials. The 70% continuation of both LNG- and Cu-IUDs was consistent with the previously reported 67-80%.[9-12] The 56% continuation of implants was higher than the previously reported 30-53%.[12-15]

It is very plausible that women who are interested in long-term (>2 years) protection from pregnancy are more likely to select IUDs and the implant; women who are less certain about their need or desire for long-term contraception would select non-LARC methods. However, we still believe our estimates of 3-year continuation are important for contraceptive counseling. High continuation rates reflect high satisfaction with LARC methods.[5]

The major limitation of CHOICE is that it is a convenience sample within 1 geographic region. Participants were

**TABLE 5**
**Reasons for discontinuation of baseline contraceptive method in Contraceptive CHOICE Project**

| | Long-acting reversible contraception, n (%) | | | Non–long-acting reversible contraception, n (%) | | | |
|---|---|---|---|---|---|---|---|
| Variable | Levonorgestrel–intrauterine device | Copper-intrauterine device | Implant | Depo medroxyprogesterone acetate | Oral contraceptive pill | Patch | Ring |
| Bleeding changes | 136 (19.1) | 75 (35.2) | 133 (45.5) | 58 (25.6) | 49 (12.3) | 4 (4.8) | 39 (10.4) |
| Pain | 82 (11.5) | 37 (17.4) | 8 (2.7) | 4 (1.8) | 3 (0.8) | 2 (2.4) | 9 (2.4) |
| Did not like “side-effects” | 181 (25.4) | 20 (9.4) | 81 (27.7) | 76 (33.5) | 62 (15.6) | 34 (41.0) | 100 (26.7) |
| Desired pregnancy | 67 (9.4) | 22 (10.3) | 17 (5.8) | 4 (1.8) | 8 (2.0) | 3 (3.6) | 15 (4.0) |
| Method failed | 9 (1.3) | 3 (1.4) | 0 | 2 (0.9) | 25 (6.3) | 4 (4.8) | 11 (2.9) |
| Expulsion/came off /fell out | 96 (13.5) | 26 (12.2) | — | — | — | 5 (6.0) | 14 (3.7) |
| Difficult to use | 0 | 0 | 0 | 0 | 0 | 0 | 20 (5.3) |
| Logistics[a] | 0 | 0 | 0 | 22 (9.7) | 169 (42.5) | 14 (16.9) | 89 (23.7) |
| All others | 142 (19.8) | 30 (14.1) | 53 (18.2) | 61 (26.7) | 82 (20.6) | 17 (20.5) | 78 (20.8) |
| Totals | 713 | 213 | 292 | 227 | 398 | 83 | 375 |

[a] Time, hard to get, remember.

*Diedrich. Three-year contraceptive continuation. Am J Obstet Gynecol 2015.*

UNCORRECTED PROOF

required to start or switch to a different contraceptive method at enrollment, which may also limit generalizability. An important consideration in this analysis is our assessment of 3-year continuation of the subdermal implant. This may be an inappropriate cut-off to measure continuation and satisfaction if women undergo implant removal because of the approaching "expiration" of the device at 3 years (the Food and Drug Administration approved duration of use).[20] Another limitation is that data on side-effects, continuation, and expulsion were self-reported through phone follow up instead of at clinic visits.

Regardless of age, sociodemographic markers, and education, women who use LARC methods report high continuation rates at 3 years. OCPs and condoms continue to be the most commonly used reversible contraceptive methods used by women in the United States.[3] It is time for a paradigm shift: LARC methods should be considered first-line contraceptives for women of all ages, given that satisfaction, continuation, and effectiveness of LARC methods have been shown to be superior to non-LARC methods.[1,4,5,21]

## UNCITED FIGURE

Fig2.

## REFERENCES

**1.** Winner B, Peipert JF, Zhao Q, et al. Effectiveness of long acting reversible contraception. N Engl J Med 2012;366:1998 2007.
**2.** Finer LB, Jerman J, Kavanaugh ML. Changes in use of long acting contraceptive methods in the United States, 2007 2009. Fertil Steril 2012;98:893 7.
**3.** Branum A, Jones J. Trends in long acting reversible contracepiton use among U.S. women aged 15 44. NCHS Data Brief 2015;188:1 8.
**4.** O'Neil Callahan M, Peipert JF, Zhao Q, Madden T, Secura G. Twenty four month continuation of reversible contraception. Obstet Gynecol 2013;122:1083 91.
**5.** Peipert JF, Zhao Q, Allsworth JE, et al. Continuation and satisfaction of reversible contraception. Obstet Gynecol 2011;117:1105 13.
**6.** Sivin I, Alvarez F, Diaz J, et al. Intrauterine contraception with copper and with levonorgestrel: a randomized study of the TCu 380Ag and levonorgestrel 20 mcg/day devices. Contraception 1984;30:443 56.
**7.** Andersson K, Odlind V, Rybo G. Levonorgestrel releasing and copper releasing (Nova T) IUDs during five years of use: a randomized comparative trial. Contraception 1994;49:56 72.
**8.** Sivin I, el Mahgoub S, McCarthy T, et al. Long term contraception with the levonorgestrel 20 mcg/day (LNg 20) and the copper T 380Ag intrauterine devices: a five year randomized study. Contraception 1990;42:361 78.
**9.** UNDP/UNFPA/WHO/World Bank IRG. A randomized multicentre trial of the Multiload 375 and TCu380A IUDs in parous women: three year results. UNDP/UNFPA/WHO/World Bank, Special Programme of Research, Development and Research Training in Human Reproduction: IUD Research Group. Contraception 1994;49:543 9.
**10.** Champion CB, Behlilovic B, Arosemena JM, Randic L, Cole LP, Wilkens LR. A three year evaluation of TCu 380 Ag and multiload Cu 375 intrauterine devices. Contraception 1988;38:631 9.
**11.** Baldaszti E, Wimmer Puchinger B, Löschke K. Acceptability of the long term contraceptive levonorgestrel releasing intrauterine system (Mirena): a 3 year follow up study. Contraception 2003;67:87 91.
**12.** Weisberg E, Bateson D, McGeechan K, Mohapatra L. A three year comparative study of continuation rates, bleeding patterns and satisfaction in Australian women using a subdermal contraceptive implant or progestogen releasing intrauterine system. Eur J Contracept Reprod Health Care 2014;19:5 14.
**13.** Lakha F, Glasier AF. Continuation rates of Implanon in the UK: data from an observational study in a clinical setting. Contraception 2006;74:287 9.
**14.** Rai K, Gupta S, Cotter S. Experience with Implanon in a north east London family planning clinic. Eur J Contracept Reprod Heal Care 2004;9:39 46.
**15.** Agrawal A, Robinson C. An assessment of the first 3 years' use of Implanon in Luton. J Fam Plan Reprod Health Care 2005;31:310 2.
**16.** Secura GM, Allsworth JE, Madden T, Mullersman JL, Peipert JF. The Contraceptive CHOICE Project: reducing barriers to long acting reversible contraception. Am J Obstet Gynecol 2010;203:115.e1 7.
**17.** Madden T, Mullersman JL, Omvig KJ, Secura GM, Peipert JF. Structured contraceptive counseling provided by the Contraceptive CHOICE Project. Contraception 2013;88:243 9.
**18.** Rosenstock JR, Peipert JF, Madden T, Zhao Q, Secura GM. Continuation of reversible contraception in teenagers and young women. Obstet Gynecol 2012;120:1298 305.
**19.** Secura GM, McNicholas C. Long acting reversible contraceptive use among teens prevents unintended pregnancy: a look at the evidence. Expert Rev Obstet Gynecol 2013;8:297 9.
**20.** McNicholas C, Maddipati R, Zhao Q, Swor E, Peipert JF. Use of the etonogestrel implant and levonorgestrel intrauterine device beyond the U.S. Food and Drug Administration approved duration. Obstet Gynecol 2015;125:599 604.
**21.** Secura GM, Madden T, McNicholas C, et al. Provision of no cost, long acting contraception and teenage pregnancy. N Engl J Med 2014;371:1316 23.

UNCORRECTED PROOF