# Exhibit D

# In the Matter Of:

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

# VIDEOTAPED DEPOSITION OF KATRIN MANLIK

*December 07, 2017*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1-MD-2767 (PAE)
1-MC-2767 (PAE)

--------------------------------------

IN RE:

MIRENA IUS LEVONORGESTREL-RELATED
PRODUCTS LIABILITY LITIGATION (NO. II)

--------------------------------------

Videotaped Deposition
of Katrin Manlik

On December 7, 2017
at 10.10 a.m.

Taken at:
Covington & Burling,
265 Strand,
London, WC2R 1BH
United Kingdom

Court reporter: ALAN J. BELL, MBIVR

A P P E A R A N C E S:

For the Plaintiffs:

JONES WARD PLC
The Pointe
1205 E Washington St
Suite 111,
Louisville, KY 40206
United States
(502) 882 6000
BY: CHRISTINA T. NATALE
christina@jonesward.com

PULASKI LAW FIRM PLLC
2925 Richmond Avenue
Suite 1725
Houston, Texas 77098
United States
(713) 664 4555
BY: LESLIE LAMACCHIA
llamacchia@pulaskilawfirm.com

KENNERLY LOUTEY LLC
601 Walnut St #1150w
Philadelphia, PA 19106
United States
(215) 261 7070
BY: MAX KENNERLY
christina@jonesward.com

For the Defendants:

GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Blvd, #710
Santa Monica, CA 90401
United States
(310) 576 6000
BY: KENNETH BAUM, J.D., M.D.
LAURA A. SEXTON
kbaum@goldmanismail.com
lsexton@goldmanismail.com



For the Defendants:

WILKINSON WALSH & ESKOVITZ LLP
130 West 42nd St, Suite 1402
New York, NY 10036
United States
(929) 264 7765
BY: JEREMY BARBER
jbarber@wilkinsonwalsh.com

Also present:

Raphael Oen - In-house counsel, Bayer
Stephen Faigenbaum - Videographer
Alan Bell - Court Reporter



I N D E X


| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| Katrin Manlik | Ms. Natale | 6 |
| | Ms. LaMacchia | 46 |
| | Mr. Baum | 81 |
| | Ms. LaMacchia | 90 |
| | Mr. Baum | 94 |


E X H I B I T S


| Number | Description | Page |
| --- | --- | --- |
| Exhibit KM1 | Curriculum vitae, Katrin Manlik, dated January 31, 2017 | 7 |
| Exhibit KM2 | Article: Wisniewski et al Good Signal Detection Practices: Evidence From IMI PROTECT | 29 |
| Exhibit KM3 | One page of 10 page e-mail chain, dated 01/12/2009 | 31 |
| Exhibit KM4 | E-mail chain, dated October 7 and October 10, 2017 | 38 |
| Exhibit KM5 | Signal assessment: Company assessment of the study by Etminan et al, 2015 | 41 |
| Exhibit KM6 | Etminan at al, 2017: Revised disproportionality analysis of Mirena and benign intracranial hypertension | 51 |
| Exhibit KM7 | E-mail chain, dated April 4, 5 and 7, 2017 | 68 |
| Exhibit KM8 | E-mail chain, dated October 7, 13 and 14, 2015 | 73 |
| Exhibit KM9 | E-mail chain, dated March 4 and 7 (x4), 2016 | 78 |




(Whereupon the deposition commenced at 10.10 a.m.)

THE VIDEOGRAPHER: This is videotape number one the videotaped deposition of Katrin Manlik in the matter of the Mirena MDL litigation. This deposition is being held at Covington & Burling in London, England, on December 7 in the year 2017. The time on the video clock is 10:10. My name is Stephen Faigenbaum. I am the video operator. The court reporter is Alan Bell.

Would counsel identify themselves for the record and then would the court reporter swear the interpreters and the witness.

MS. NATALE: Christina Natale on behalf of the plaintiffs.

MS. LAMACCHIA: Leslie LaMacchia on behalf of the plaintiffs.

MR. KENNERLY: Max Kennerly on behalf of the plaintiffs.

MR. BAUM: Ken Baum on behalf of defendants.

MS. SEXTON: Laura Sexton on behalf of defendants.

MR. BARBER: Jeremy Barber on

behalf of defendants.
MR. OEN: Raphael Oen on behalf of Bayer.
(Interpreters sworn)
(Answers through the interpreters)
KATRIN MANLIK
Having been duly sworn,
testified as follows:
EXAMINATION BY MS. NATALE:
Q. Good morning Dr. Manlik. My name is Christina Natale and I am here today with the plaintiffs. Do you understand that your deposition being taken today in the lawsuit against Bayer regarding the Mirena intrauterine device?
A. Yes, I know that.
Q. Have you ever been deposed before, or have you ever given testimony under oath before?
A. No.
Q. I am just going to go over some quick rules with you, just to try to help make it easier for you and to get a better record for our court reporter and for the videographer, who are capturing today's deposition. The first is that,



and it should be easy, that we not speak over each other and let each other finish our sentences before we move on to the next.
A. Okay.
Q. Also, for the court reporter, it's very important that you give verbal answers and no nods or shakes of the head so that they have a real answer from you and our interpreters can also interpret that for us.
A. Good, I understood that.
Q. Also, you will see that we have three interpreters here today who are going to be switching out to try to help to make sure that translations are accurate and fairly reflect your responses. So if you hear something back from them that does not sound like what you said or if I ask another question that depends on your previous answer, it's very helpful if you at that time say, "Oh wait, that's not what I said", or clarify what you meant. Is that fair?
A. Yes.
(Exhibit 1 marked)
BY MS. NATALE:
Q. I have marked Exhibit 1 today. Your counsel has provided us today with your



curriculum vitae that I marked Exhibit 1 and it looks to be dated January 31, 2017. Is that correct?
A. Yes, that is correct.
Q. Did you prepare this document yourself or did someone create it for you?
A. I prepared the content for this document myself and the format is the Bayer template for a curriculum vitae.
Q. So under employment here on this page it looks like your first position with any of the Bayer or Schering companies began in 2003; is that correct?
A. Yes, that is correct.
Q. So it says from July 2003 to October 2016 you served as safety data analysis expert in pharmacovigilance at Schering AG/Bayer Pharma AG in Berlin. What were your responsibilities as safety data analysis expert in pharmacovigilance from 2003 to 2016?
A. So I was the safety data analysis expert from 2003 to 2016 within the group of PV data analysis and my main tasks were database retrievals and that concerned the internal Bayer safety database, as well as external databases.



Q. Could you explain for the jury what database retrievals mean, what that entails?
A. Yes, I can explain that. At the pharmacovigilance department at Bayer there's one defined process for this. The clients of the data analysis group can order data analyses from that group and this is done with an order form and the clients deliver search criteria, with certain references to Bayer products, for example, or other WHO products. Also, they can ask for certain or specific adverse events and other restricting criteria, such as, for example, the time period, or others. This order form is then sent to the data analysis group and it also entails the form of the required output, for example, lists or tables in the standard format. Our group offers all that and our group then processes the query and delivers the client what they need. This is done via e-mail and the e-mail comes with an attachment with all the results.
Q. When you say "client", are you referring to someone in pharmacovigilance?
A. Our group has clients in PV and also in other functions but then we also have clients from outside this area, as in other Bayer

functions. However, PV is where our main clients come from. It could be the PV benefit/risk management, the single case processing and all the leadership team, and outside PV it could be the clinical department, internal auditors from Bayer and we also prepare and send lists for licence partners. And when audits or inspections are carried out in the widest sense, health authorities can also be our clients.

Q. You mentioned both internal Bayer safety database and also external databases. So first, what is the internal Bayer safety database or databases that you would use in that role?

A. So the internal Bayer database is Argus, that's a product sold by Oracle and many pharmaceutical companies use this database – use it as their safety database, sorry. With respect to the external database, here we work with retrievals from the WHO database, that is VigiBase, as well as that of the FDA, which is FAERS.

Q. From 2003 to 2016, when you were a safety data analysis expert in pharmacovigilance, did you ever receive requests relating to intracranial hypertension?



MR. BAUM: Objection, form.

THE WITNESS: Well, our group carries out a lot of database analyses. It's about 3,500 to 5,000 retrievals per year and surely, among them, there will also have been such requests.

BY MS. NATALE:

Q. Do safety – strike that.

As a safety data analysis expert in pharmacovigilance, did you do any analysis of the data that you retrieved, or was your function just the retrieval of data and then sending it to someone else?

MR. BAUM: Objection to form.

THE WITNESS: Well, my task wasn't the medical analysis in terms of contents of these data, but rather the provision of the data for this medical analysis in terms of content for our clients, and the clients were mostly those from the field of the benefit/risk analysis and they carried out those analyses. My task as a safety data analysis expert in pharmacovigilance is, or rather was, the retrieval of these data based on the provided criteria and the delivery of the results to the clients.



BY MS. NATALE:

Q. Were you ever asked in that role to provide analysis or input regarding your retrievals?

MR. BAUM: Objection to form.

THE WITNESS: Can you please specify what you mean by input?

BY MS. NATALE:

Q. So you mentioned that – sorry, strike that.

You said your task wasn't the medical analysis in terms of contents of these data, but rather the provision of the data for this medical analysis in terms of content for our clients. My question is, outside of medical analysis, were you ever asked for analysis of – strike that.

What types of – did you ever perform – I'm going to strike everything else.

Did you ever perform disproportionality analyses in that position?

MR. BAUM: Objection, form.

THE WITNESS: Yes.

BY MS. NATALE:

Q. So aside from the medical content



analysis that you were describing earlier, were you ever asked to comment on the results of, say, a disproportionality analysis?

MR. BAUM: Objection, form.

THE WITNESS: No.

BY MS. NATALE:

Q. Were you ever asked to comment on the results of a disproportionality analysis in published literature?

A. No.

Q. Just to backtrack a little bit, you mentioned that the internal Bayer safety database is Argus, correct: A-r-g-u-s?

A. Yes.

Q. Is Empirica (E-m-p-i-r-i-c-a) a part of Argus?

MR. BAUM: Objection, form.

THE WITNESS: It is a part of the Argus suite. Oracle calls the group of software products for pharmacovigilance its Argus suite. There are several software modules, for example Argus Safety and others that Bayer uses – Argus Insight, Argus LAN, Argus J for Japan, as well as Empirica Signal and Empirica Topic. These are all modules of the Argus suite that are provided by

this software company.
BY MS. NATALE:
Q. In your position as safety data analysis expert in pharmacovigilance, did you ever use the Empirica Signal function of Argus?
MR. BAUM: Objection to form.
THE WITNESS: Yes, I have used the Empirica Signal module of Argus.
BY MS. NATALE:
Q. Have you ever used the Empirica Topic module of Argus?
A. Not as a systems user, but as an administrator.
Q. So back to Exhibit 1, which was your CV, it says from November 2016 to present that you are the signal detection leader in pharmacovigilance at Bayer AG in Berlin. Is that still currently your position?
A. Yes, that is still my position.
Q. What are your current responsibilities in that position?
A. In my current position I look after the signal detection and the signal management systems of Bayer as relates to pharmacovigilance. I work with Empirica Signal and Empirica Topic.



My tasks in this context are the configuration of the system to ensure that the system is validated, which is an important request by GSP. Another task is looking after the access rights for the users of the system, to help prepare training documents for the users of the system, second level user support for the system and I also take up user requests for use of the signal management system and discuss them with Oracle, with a view to having them potentially integrated in the next version: i.e. strategically co-operate with the software provider in this area.
Q. What is signal detection?
MR. BAUM: Objection, form.
THE WITNESS: Signal detection looks after the search or the recognition, search of or recognition, of hitherto unknown aspects or new aspects of previously known relationships between a product and the events, product and event combination. Which could create a new signal context: i.e. a new relationship between a medical product and an adverse event.
BY MS. NATALE:
Q. You mentioned signal detection and signal management earlier so what, if any, is the



distinction between signal detection and signal management?
A. Yes, there is a difference between the two. The signal detection part is the first step in the process of signal detection management. It's the recognition of safety observations from different sources and there we draw a distinction between qualitative and quantitative signal detection. The source of the qualitative signal detection is individual cases that come into the safety database. There may be complaints about the technical side of the products or medical literature, or dates from clinical study or requests or observations from the authorities that reach Bayer. The second part is the quantitative signal detection, which uses mathematical statistical algorithms for the purpose of adverse event processing by Bayer.
The results of the signal detection are always safety observations, which then are – which then go into a next step, which is the signal validation. The signal validation is the next step in the signal management process, which entails working through various steps: validation, prioritisation of the signal,



assessment, then recommendations for follow-up action and, finally, the communication of the signal internally and externally and then the storage of the data.
So the signal detection is the first step in the process, really, and we would count all the following steps as part of signal management.
Q. Under qualitative signal detection you have said individual cases, medical literature and data from clinical studies. Would you say those are all of the qualitative sources?
A. No, those are not all. As I said before, there's the product technical complaints as well and ongoing monitoring of the qualitative signal detection, as well as medical people use them while drawing up their annual or semiannual prepares. So the signal detection contains quite a lot of building blocks and I must say that in my function I have had nothing to do with the actual qualitative signal detection.
Q. You have had nothing to do in your function – strike that.
Is it accurate that in your function you have had nothing to do with the

actual qualitative signal detection?
A. In the qualitative signal detection it happens that clients carry out queries sent to the database, the results of which they then use in the qualitative signal detection and our group would prepare, for example, weekly lists within the ongoing monitoring process. So that would be an input into the process of qualitative safety detection -- signal detection sorry. And I see my role, in a sense, as giving an input in the form of data interpretation for this qualitative signal detection use.
Q. So in that response you mentioned input into the ongoing monitoring process. Did you also have any input into medical literature, which was one of the other qualitative sources that you mentioned?
MR. BAUM: Objection, form.
THE WITNESS: No.
BY MS. NATALE:
Q. Under quantitative signal detection, you mentioned mathematical statistical algorithms. Could you explain that to the jury?
A. Yes, I can explain. The quantitative signal detection works with various



algorithms that you can use. One that's quite widespread in the pharmaceutical industry is the disproportionality algorithms and there is one called PRR, which is the proportional reporting ratio, and ROR, which is the reported odds ratio, and there are others as well coming under these disproportionality algorithms. They basically establish relationship between the reports of adverse event frequency for specific medical products, on the one hand, and the same event related to all other medical products within the database. So the result of that comparison is a disproportionality number.
Q. So would you agree that a disproportionality analysis is a comparative tool?
MR. BAUM: Objection.
THE WITNESS: Could you specify for me what exactly you mean by a comparative tool?
BY MS. NATALE:
Q. So you said the result of that comparison is a disproportionality number. What does that mean?
A. This result or this number tells you how frequent adverse events are reported for specific medicinal products compared with the same



event occurring, or being reported, for all other products in the database. So it compares products.
Q. So in your role as -- strike that.
Have you ever been asked to interpret any of the mathematical statistical algorithms that you described?
MR. BAUM: Objection, asked and answered. Go ahead.
THE WITNESS: No.
BY MS. NATALE:
Q. You mentioned ROR, which is the reported odds ratio. How does that -- how might an ROR help you or anyone assess whether there is a signal?
MR. BAUM: Objection, form.
INTERPRETER: Can I just ask the witness for the explanation of one term?
MS. NATALE: Sure. Do you know what the context was, where it was said?
INTERPRETER: I think I can have a go.
A. So the figure has a statistical value as a result of this ROR and it tells you whether the reported -- when a certain AE is



reported more frequently, or less frequently than expected within a specific database. So if you end up with a value of less than 1, it means it is less frequently reported than expected. If it's more than one, it's more frequently reported than expected. Also, we never just look at the statistical values like PRR or ROR on their own. In practice, we calculate more statistical values, just to make sure of the statistical significance of the result. Values we look at, for example, would be PRR, chi squared and the higher and lower minimum maximum confidence intervals to see whether the values are statistically significant.
Q. You said if you end up with a value of less than one it means that it is less frequently reported than expected. If it's more than one, it's more frequently reported than expected. Is an ROR of 1 -- does an ROR of 1 demonstrate a signal?
MR. BAUM: Objection to form.
THE WITNESS: No, the disproportionality analysis itself does not result in signals. It's the first part and you cannot interpret the result of this disproportionality analysis as being a signal. If the result is

Page 22

above the defined threshold, the result is considered as a safety observation and then more steps are required in order to see whether a signal is present, so the next similar process would be signal validation to take a decision based on that and based on all the detailed information.

Can I just add something?

BY MS. NATALE:

Q. Let's try and flush out what you have already said, if that's all right.

MR. BAUM: That's all right. I guess we are going to get a sign in a few minutes that the tape is going to be changed.

THE VIDEOGRAPHER: 20 minutes.

BY MS. NATALE:

Q. You said if the result is above the defined threshold, the result is considered as a safety observation. What is the defined threshold?

MR. BAUM: Objection.

THE WITNESS: At Bayer we use the PRR, this proportional reporting ratio, as a disproportionality algorithm for the safety database, and the threshold is defined as a number

Page 23

of cases equal to or more than 3. A PPR of 2 or more and other chi squared with value 4 of more.

BY MS. NATALE:

Q. Is that a PRR of 3 or more, or PPR?

A. PRR.

Q. You said that a safety observation -- recognition of a safety observation is the first step in signal management. Is a safety observation required to move on to the next step?

MR. BAUM: Objection, mischaracterizes. Go ahead.

THE WITNESS: I just need a moment to sort the question out for myself.

BY MS. NATALE:

Q. Sure. So you said that there's signal detection and signal management and signal detection is the first step and then you move on to signal management. Then within signal management, the first thing that you said was recognition of safety observations from different sources. I'm just asking if a safety observation is required before you move on to anything else?

MR. BAUM: Objection, mischaracterizes. Go ahead.

THE WITNESS: Yes, I would correct

Page 24

that. You described the process correctly in so far as the first step is signal detection, the result is the safety observation and then the next step would be the safety validation, not the recognition of the safety observation. And that's the first step within the signal management process. At this point that's a medically trained person would carry out the first assessment of this safety observation to ascertain whether a signal is present or not.

MR. BAUM: Why don't we take a break because it has been an hour and 13 minutes and you guys are switching anyway.

MS. NATALE: Sure.

THE VIDEOGRAPHER: We are going off the video record. The time is 11:23. This is the end of videotape one.

(Short break)

THE VIDEOGRAPHER: We are back on the video record. The time is 11:44. This is the beginning of videotape two.

BY MS. NATALE:

Q. Welcome back Dr. Manlik. Earlier we talked about some rules of the deposition and I just wanted to make two more quick points before

Page 25

we continue. The first is that our interpreters, it would be a lot easier for them, if you have a very long answer, you can tell us that you have more to go and allow them to translate what you have already said before you continue your answer. Is that fair?

A. Yes, that's fair. May I make a remark for the record?

Q. Sure.

A. I don't have a doctor title because you addressed me as Dr. Manlik. I just wanted to clarify that.

Q. Thank you for that. Okay, and the last thing is I may give you some documents and what I'm going to do is read a sentence to you, or a part that I want to ask you about, and our translators will say, "Was that correct, did she read that correctly?" If you need more context, please ask, but it would be a lot easier than asking our translators to read an entire document to you. Is that fair?

A. Yes.

MR. BAUM: And I'll just add, I agree, not worth translating an entire document, but if you can please let the witness know that if

she needs to just look at other parts of it to get context, that's her right.
THE WITNESS: Thank you.
BY MS. NATALE:
Q. So before we took a break you clarified that safety observations are part of signal detection, which is the first step. Is that correct?
A. Yes, that is correct.
Q. And we were discussing some of the mathematical statistical algorithms that are included under quantitative safety observations. Is that correct?
A. Correct.
Q. You talked about some measures including PRR and ROR. Are there any other statistical measures that you use in your job?
MR. BAUM: Objection.
THE WITNESS: Yes, at Bayer we also use the IBGM algorithm.
BY MS. NATALE:
Q. Is that EBGM?
INTERPRETER: EBGM, sorry.
BY MS. NATALE:
Q. So you said if the result of any of



those measures is above a defined threshold, then the result is -- strike that.
What is the defined threshold for PRR to determine that there is a safety observation?
MR. BAUM: Objection, asked and answered. Go ahead.
THE WITNESS: It is N, which would be the number of cases larger than or equal to 3, a PRR of larger than or equal to 2, and chi squared larger than or equal to 4.
BY MS. NATALE:
Q. What is the threshold for ROR to determine that there is a safety observation?
MR. BAUM: Objection, foundation.
THE WITNESS: We at Bayer currently do not use the ROR algorithm.
BY MS. NATALE:
Q. What is the threshold for EBGM to determine that there is a safety observation?
MR. BAUM: Objection to form and foundation.
THE WITNESS: In this respect I need to explain that we use both algorithms at Bayer, that's the PRR and the EBGM, in our



mathematical safety detection, but the threshold is only based on the PRR algorithm. The values for the EBGM algorithm, which would be the lower and the upper confidence interval, would be indicated in the Empirica tool but the decision as to whether it's a safety observation or not is not based on them. These values are used as additional information provided to the product experts or the medically trained staff in order to support their safety validation.
BY MS. NATALE:
Q. So the confidence interval is not determinative of whether or not there is a safety observation?
MR. BAUM: Objection, vague.
THE WITNESS: Yes, that is correct. The upper and lower confidence interval of the EBGM, which would be the EBO5 and the EBO95, are not part of the threshold definition.
BY MS. NATALE:
Q. If we look back quickly to Exhibit 1, that was your CV, under Scientific Activities, do you see the third bullet is Wisniewski et al Good Signal Detection Practices: Evidence From IMI PROTECT.



A. Yes, correct.
Q. Are you a coauthor of that article?
A. Yes.
(Exhibit 2 marked)
BY MS. NATALE:
Q. I have marked Exhibit 2 for the record. Is this the article listed on your CV?
A. Yes, correct.
Q. If you could turn to the page at the top. The page number is 479.
A. Yes, found it.
Q. Do you see a section 2.8 Duplicate Detection?
A. Yes.
Q. What is duplicate detection?
A. Duplicate detection, as part of the pharmacovigilance process, is about finding individual cases that already exist in the safety database in order to avoid redundancies, to do with cases that either concern the same patient or the same adverse event or the same medical product. So in other words, it is a process, and as already indicated by the word "detection", in order to detect if cases already exist or if they don't exist yet, to be added to the database.

Q. Is it important for good signal detection to ensure that each case is only counted once?
MR. BAUM: Objection, form. Go ahead.
THE WITNESS: It is, or let me say it is very supportive of the quality of the signal detection process to ensure that beforehand there was a good process of duplicate detection in order to avoid multiple countings.
BY MS. NATALE:
Q. And does Bayer use duplicate detection in its signal detection processes?
MR. BAUM: Objection, form.
THE WITNESS: No. Break for translation. More to come. Bayer uses the duplicate detection in the single case processing. That is, when entering the individual cases. That is, before the case is entered into the database, such a duplicate check is carried out and that for each single case. So it is being checked whether the case is already on the database. If it is not, it gets entered and if, at a later stage, as part of the single case processing process, it turns out that there is additional info coming up



about an individual case and it's later detected as a duplicate, then it gets characterized and identified as a duplicate and then does not enter into the signal detection process.
That was it.
(Exhibit 3 marked)
BY MS. NATALE:
Q. I have marked Exhibit 3. You can put the article aside for a bit. I have marked Exhibit 3 and I will just represent to you it is one page of a 10 page document.
MR. BAUM: As expected, I'm going to put an objection on the record to giving what looks to be one page of what you are representing to be a – I don't know if it's a 10 page e-mail string?
MS. NATALE: 10 page e-mail string.
MR. BAUM: So objection to using a partial e-mail strain.
BY MS. NATALE:
Q. I just have a few questions about this. Do you see at the bottom it marked MIR_AC_00179160?
A. Yes, I can see that.
Q. And I know that you don't have the



full 10 pages here but this first e-mail on this first page, do you appear to be the sender of this e-mail?
A. That is correct, yes.
Q. In your work at Bayer, do you write e-mails within the company in English?
MR. BAUM: Objection, form.
THE WITNESS: Yes, I do.
BY MS. NATALE:
Q. So the top of this e-mail, you see it was sent on January 12 – either January 12 or December 1, 2009?
A. Yes.
Q. And if you go to the bottom there's the beginning of another e-mail from Charles Walsh that says 9/1, so would it appear to be January 9 and then January 12, 2009?
A. Yes, that is highly likely.
Q. So the e-mail up top, which you wrote, says: "Dear Antonio, I agree to Charles, that the listing contains initial cases and follow-ups for that period." Do you see that?
A. Yes.
Q. Would follow-ups create multiple reports for a single case?



MR. BAUM: Objection, form.
THE WITNESS: No. The follow-up would always be part of an individual case. It would still be the same case. No separate case gets opened up for a follow-up.
BY MS. NATALE:
Q. Do you know what the phrase "comparing apples to apples" means?
MR. BAUM: Objection, form.
BY MS. NATALE:
Q. It's not in the e-mail, just generally.
MR. BAUM: Same objection.
THE WITNESS: Comparing one object to a comparable object.
BY MS. NATALE:
Q. Okay. So we talked a little bit about disproportionality analyses earlier. Do you remember that?
A. Yes, I do.
Q. And it was my understanding, and I'm paraphrasing here, that it would be comparing the reported rates of adverse events with one drug versus other drugs. Is that basically correct?
MR. BAUM: Objection, form.

THE WITNESS: Yes.
BY MS. NATALE:
Q. So when you compare adverse events with one drug versus other drugs, is it important to compare apples to apples, or, in your words, compare one object to a comparable object?
MR. BAUM: Objection to form.
THE WITNESS: I believe that both views can be useful. That is, to have the overall overview as to how all of the objects behave, as well as the detailed overview as to how comparable objects behave.
BY MS. NATALE:
Q. Is Mirena a Levonorgestrel releasing intrauterine device?
A. Now, I'm not a trained medical expert. As far as I'm aware, that is correct, but in order to explain that in greater detail, that would require medical expertise.
Q. I will represent to you that I will not ask you to explain that in any further expertise or context. Just to clarify, your position in pharmacovigilance, is that under the therapeutic group or indication women's health or gynaecological whatever it's called now?



MR. BAUM: Objection, form.
THE WITNESS: At Bayer that would be called women's healthcare, but with my team, I do not belong to that particular section or division. The PV data analysis group that I work for is a support function servicing all groups within Bayer for all Bayer products, so there is no single individual in my team with any specific product focus, but rather we provide services to all Bayer groups and to their medical products.
BY MS. NATALE:
Q. Looking back to Exhibit 3, which was this e-mail, do you see the subject says: "Re: FW: Uterine perforations." Did I read that side of the subject correctly?
A. Yes, correct.
Q. So do you understand – strike that.
I understand you have explained that you don't have medical expertise, so just on a basic level, do you have any understanding of whether uterine perforations is a device related issue or a drug related issue?
MR. BAUM: Objection, form.
THE WITNESS: I would believe that



it is something device-specific, but I cannot be certain.
BY MS. NATALE:
Q. And when you perform any disproportionality analysis, is it accurate that you are comparing two ratios –
MR. BAUM: Objection – sorry.
BY MS. NATALE:
Q. – generally.
MR. BAUM: Objection, form. Go ahead.
THE WITNESS: No, that's not accurate.
BY MS. NATALE:
Q. Would a disproportionality analysis measure the ratio of reports of a specific disease with a specific – sorry, a specific event with a specific drug – strike that.
What does a disproportionality analysis measure?
A. A disproportionality analysis measures if a certain adverse event with respect to a certain product, a medical product, occurs – or no, I need to correct that, is reported more frequently or less frequently.



Q. And is one of the measures included in a disproportionality analysis a total number of all events reported with the product?
A. Yes.
Q. And so is it fair to say that uterine perforations may be one reported event with Mirena, based on this e-mail?
A. From this e-mail I cannot tell which medical product would be concerned in that data analysis that had been carried out. No mention is made of the product concerned. I can assume that it is about a database search that had been carried out because I can see the number here and we allocate clear and identifiable numbers to all our database searches, but from the e-mail I cannot tell which product this is.
Q. Say you were to compare, as part of a disproportionality analysis, all adverse events reported with Mirena to all adverse events reported with all other drugs. Does that make sense so far?
A. Yes, that is what we do in the monthly signal detection.
Q. Would it be appropriate to include device related adverse events in the Mirena side

when you are comparing to other drugs that are not necessarily devices?

MR. BAUM: Objection, form, incomplete. Go ahead. And mischaracterizes. Go ahead. I could add some more if you want.

MS. NATALE: Let's keep it concise and non-argumentative.

MR. BAUM: Objection, form, incomplete hypothetical, mischaracterization.

THE WITNESS: All adverse events are included and there's no product specific differentiation.

BY MS. NATALE:

Q. You can put that aside. I'm going to enter Exhibit 4 – strike that.

I asked earlier if you had ever had any input into medical literature during the signal management process. Do you recall that?

MR. BAUM: Objection, form. Go ahead.

THE WITNESS: It is not part of my job or my task to review medical literature on certain products. That is not my task.

(Exhibit 4 marked)

BY MS. NATALE:



Q. I am entering Exhibit 4 into the record do you see at the bottom a Bates stamp MIR_IIH_EU00547417?

A. Yes, I can see that.

Q. If you flip to the back page, which ends in 418, do you see that this is an e-mail dated October 7, 2015?

A. Yes.

Q. And at that time was your role safety data analysis expert in pharmacovigilance?

A. Yes, that is correct.

Q. Do you see the subject of this e-mail is "signal investigation on IIH triggered by publication of Etminan et al"?

A. Yes.

Q. Are you familiar with a publication by Etminan et al in 2015?

A. Yes, I'm familiar with it.

Q. And if we read the beginning of the e-mail, it looks like it's from Dr. Koelm and it says "Dear Katrin." Is that you? Sorry, it does not say "Dear Katrin is that you?" It says "Dear Katrin." Are you Katrin that it addresses in this e-mail?

A. Yes, that is me.



Q. So she says: "Thank you for all the information that you provided to us. As discussed, please find attached the current draft of the signal investigation document. Please review the parts referring to the FAERS- und WHO-database retrieval." Did I read that correctly?

A. Yes, that is correct.

Q. Does it appear to ask you to review the Etminan publication?

MR. BAUM: Objection, form and foundation. Go ahead.

THE WITNESS: No, that is not what it means here. Dr. Koelm is asking me for a review, but not of the publication of this literature article, but a review of part of her signal assessment document, for which I did database retrievals through FAERS and VigiBase for Dr. Koelm.

BY MS. NATALE:

Q. So does it appear from this e-mail that Dr. Koelm asked you to review her current draft of the signal investigation document?

MR. BAUM: Objection, mischaracterizes. Go ahead.



BY MS. NATALE:

Q. I'm going to strike that question. Does it appear from this e-mail that you were asked to review the parts of the current draft of the signal investigation document referring to the FAERS and WHO database retrieval?

A. Yes, that was her request.

Q. Did you review the current draft of the parts of the signal investigation referring to the FAERS and WHO database retrieval?

A. Yes, I did that.

Q. And is it your understanding that the WHO and FAERS database retrieval to which Dr. Koelm refers is a retrieval that you performed, that Bayer performed?

MR. BAUM: Objection to form.

THE WITNESS: Yes.

(Exhibit 5 marked)

BY MS. NATALE:

Q. I have marked Exhibit 5 for the record and this is Bates stamped MIR_IIH_EU0008718. Does the title of this document say Signal Assessment?

A. Yes, that is correct.

Q. And the last kind of underlined

title on this first page says: "Company assessment of the study by Etminan et al, 2015."
Do you see that?
A. Yes.
Q. And whether or not this is the "current draft" that Dr. Koelm was referring to, does this appear to be a signal assessment triggered by publication of Etminan et al?
A. Yes, it seems to be.
Q. If you flip to the page ending in 87181, do you see in the right-hand column there are some comment boxes?
A. Yes, I can see that.
Q. Does PK stand for Petra Koelm?
A. Yes, that is correct.
Q. And does KM stand for Katrin Manlik?
A. Yes, that is correct.
Q. So do you appear to have entered comments into this draft version of this signal investigation?
A. Yes.
Q. Okay, so you mentioned that you believed that the FAERS or WHO retrieval that was discussed in the e-mail was a retrieval performed



by Bayer; correct?
A. I think we need to differentiate two things. There was an analysis on the FAERS database done by the author, Etminan, and there was a retrieval on the FAERS and WHO database that was ordered by Dr. Koelm and which was carried out by Bayer, by me. And in the other e-mail, exhibit number 4, Dr. Koelm's request refers to the review of the FAERS or WHO retrieval that had been done by Bayer.
Q. So is it accurate to say that Dr. Koelm requested you to review a FAERS or WHO retrieval that had been done by Bayer?
MR. BAUM: Objection, form. Go ahead.
THE WITNESS: The review Dr. Koelm asked me to carry out referred to the section of the signal assessment document which describes how the retrieval on the FDA AERS and WHO database was carried out. She wanted to be sure that she, as the author of the document, had described the process of the retrieval correctly and she asked me if the method had been described correctly by her. It was about what had been carried out with the tool. She did not ask for the medical content



review of the data.
BY MS. NATALE:
Q. So you carried out – initially you carried out a retrieval of the FAERS/WHO database; correct?
MR. BAUM: Objection, form.
THE WITNESS: Yes, the two retrievals were carried out before the signal assessment document and the results were then included in the signal assessment document by Dr. Koelm.
BY MS. NATALE:
Q. So I will object to everything after "yes" as non-responsive.
MR. BAUM: I oppose.
BY MS. NATALE:
Q. The first question is you testified earlier: "There was a retrieval on the FAERS and WHO database that was ordered by Dr. Koelm which was carried out by Bayer, by me." Is that correct?
MR. BAUM: Objection, form.
THE WITNESS: Yes, that is correct, yes.
BY MS. NATALE:



Q. And then after that you were asked by Dr. Koelm to review the draft signal assessment reviewing the FAERS/WHO retrieval that you had performed; is that correct?
MR. BAUM: Objection, asked and answered, characterization.
THE WITNESS: Yes, that is correct.
BY MS. NATALE:
Q. But you were never asked to review the FAERS or WHO data retrieval presented in Dr. Etminan's publication; is that correct?
MR. BAUM: Objection, lack of foundation, characterization.
THE WITNESS: Yes, that is correct. I was asked – sorry, I was not asked for this review. However, I need to add that in order to understand the overall context in this case, it was absolutely necessary to read the publication in order to understand the kind of analysis – what kind of analysis Etminan had carried out and which parameters he had used.
BY MS. NATALE:
Q. So did you provide commentary as to the kind of analysis that Etminan had carried out and which parameters he had used?

MR. BAUM: Objection, form.
THE WITNESS: Yes. The goal was to try to fully understand Dr. Etminan's analysis and we saw that not all parameters and criteria that he had used for his analysis and publication became clear through reading the publication. Some were not mentioned at all.
MS. NATALE: Let's take a quick five minute break off the record.
THE VIDEOGRAPHER: We are going off the video record. The time is 12:46 and this will be the end of videotape number two.
(Break for lunch)
THE VIDEOGRAPHER: We are back on the record. The time is 13:48. This is the beginning of videotape three.
EXAMINATION BY MS. LAMACCHIA
Q. Ms. Manlik, my name is Leslie LaMacchia, we met briefly this morning but I am going to do the second half or the continuation of your deposition, okay?
A. Yes.
Q. Before we took a lunch break, one of the last questions or topics we were talking about was Dr. Etminan's analysis. Do you remember that?



A. Yes.
Q. After your review of the 2015 Etminan publication, did you identify any problems with the methodology?
MR. BAUM: Objection, foundation and characterization. Go ahead.
THE WITNESS: My task was not really to review this publication. That was done by Drs. Koelm and Schoendorf, they carried out the review of the publication. However, I read the publication, read the article in order to get an idea which technical parameters were used for that search, and to see which parameters were used to I could recreate that analysis in as precise a way as possible. That was also the aim of the first request that Dr. Koelm sent to me.
BY MS. LAMACCHIA:
Q. Okay, so as the signal detection lead, in your opinion did the publication use reliable parameters?
MR. BAUM: Objection.
THE WITNESS: Well, the parameters of the search in that publication, as I said before, were not all complete and were not all described, so I can't really fully judge the position. There are some points I can mention.



For example, the search terms for the adverse event as described did not always match the PT terms. That's one thing that struck me. The article also did not describe which tool was used and which data set of the FDA FAERS database was used, which would have been helpful to be able to follow the reasoning and to recreate the line of argument. So it wasn't – and it wasn't clear whether the data set was duplicated, I could not see that, and there were also some points relating to the parameters that were described that I couldn't really follow.
BY MS. LAMACCHIA:
Q. So one thing that struck you was that the search terms for the adverse events as described did not always match the PT terms. So my question to you after that testimony is what are the appropriate PT terms?
MR. BAUM: Objection, form, vague. Go ahead.
THE WITNESS: In order to be able to assess which PT terms should be used for a fine search you need a medical background to be able to fully assess or describe that, so from my position I cannot judge that. What I can say is that you can compare the search terms with the MedDRA browser to find out what would be the correct PTs, but that is a purely technical aspect.



BY MS. LAMACCHIA:
Q. You also testified that the Etminan article did not describe which data set of the FDA FAERS database was used. Which data set do you believe should have been used?
MR. BAUM: Objection to form.
THE WITNESS: My view is that the data set that we use should be as complete as possible and should also have the duplicates removed. The FDA FAERS database really contains data sets from different periods. Originally, in 1969, it was the SAS database, then later the FDA AERS and in the last few years it was the FAERS database. It's always possible to search individual data sets using the tool that we use, for example without reference to the SAS or including SAS and FAERS, and we always recommend a cumulative search. However, for this particular case, the timeframe we chose was the same as described by Dr. Etminan in his article. However,

what he did not describe was whether this time period related – to which data field this time period related. We assume that it related to the initial FDA data.
BY MS. LAMACCHIA:
Q. In addition to a couple of the limitations that you just mentioned, can you think of any other limitations of the Etminan publication or methodology?
MR. BAUM: Objection, form.
THE WITNESS: I can remember that in the Etminan publication, all cases were included in the disproportionality analysis and that the analysis did not contain any subgroups; for example, special age or gender groups.
BY MS. LAMACCHIA:
Q. Do you feel as though you are qualified to comment on the methodology used by Dr. Etminan?
MR. BAUM: Objection to form.
THE WITNESS: Yes.
BY MS. LAMACCHIA:
Q. Have you ever read or are you familiar with the 2017 Etminan publication?
A. Yes, I read it.



(Exhibit 6 marked)
BY MS. LAMACCHIA:
Q. I'm going to hand to you what I marked as Exhibit 6 to your deposition. Does this appear to be the 2017 Etminan publication?
A. Yes.
Q. And it's titled "Revised disproportionality analysis of Mirena and benign intracranial hypertension", right?
A. Yes.
Q. In your view, based on the parameters that you testified to above regarding age or gender group search terms, PT terms, did Dr. Etminan's 2017 publication correct all of the limitations or problems with the 2015 publication?
MR. BAUM: Objection to form.
THE WITNESS: When I read the article I saw that it did contain a reference to subgroupings. For example, additional age restricted analysis was carried out, which I think was a good thing; and it also related to women only as a background for the disproportionality analysis. So these two points, I would say, are in this paper. Even so, I have to say that it was not mentioned – or even so, for example, there's



a tool mentioned with which the analysis was carried out. I can't comment on that, it's called Open Vigil. I can't comment on that, Bayer uses a different one for its FDA FAERS database searches and it is not clear which data set was used, so how the data were used or processed in relation to, for example, duplication or the coding of the product, so I cannot comment on that.
BY MS. LAMACCHIA:
Q. Did the 2017 Etminan publication correct any problems with the PT terms, to your recollection?
A. I can't remember that at the moment.
Q. If a case in the FAERS database does not include age information, is it appropriate, or would it be appropriate, to assume that those cases all involve women younger than 17 or older than 45?
MR. BAUM: Objection, incomplete, form.
THE WITNESS: I can see no basis for that assumption. A case in which age isn't mentioned just means that you cannot derive any – or age is not reported – means you cannot derive



any such assumption from it. In these cases, or we just treat these cases as age unknown ones and there is just some information missing.
BY MS. LAMACCHIA:
Q. When you read a publication like Etminan in 2015 or 2017, do you read it in English or is it translated into German for you?
A. I read them in English.
Q. And when you make comments to what was marked Exhibit 5 to your deposition, the signal assessment, is it also okay to assume that you read it in English and you comment in English as well?
A. Yes, I read that in English and I commented it in English as well. I think it's useful for the author if, for example, there's a term or language you don't think is correct and you would like a proposal for a better one, it helps to do it in English.
(English): Can I add some more?
Q. Sure, go ahead.
A. Furthermore, we in the pharmacovigilance have quite a lot of international colleagues and there's also people in the PV risk management department who are of

different nationalities, the medical people. So I cannot assume that others who take up or who read the comments will understand German.
Q. Did you meet with any attorneys in preparation for your deposition today?
A. Yes.
Q. How many?
A. Is your question how many persons?
Q. Yes, how many persons?
A. Five persons.
Q. How many hours would you approximate that you prepped for today's deposition, in either meeting with these five attorneys personally or speaking with them on the telephone?
A. We met twice. The first time for two days and the second time for a day and a half.
Q. When you say "days", are you talking like an eight hour work day?
A. Yes.
Q. So is it fair to say approximately 20 hours – 20-25?
MR. BAUM: Objection to form.
THE WITNESS: Thereabouts.
BY MS. LAMACCHIA:



Q. And you are from Germany, right? You live in Germany?
A. Yes, that is correct.
Q. Did you meet with these lawyers in Germany?
A. Yes.
Q. And was your preparation for this deposition in English or in German?
MR. BAUM: Objection to form.
THE WITNESS: It was in English but there was always one German native speaker present to help me if ever I didn't understand everything correctly.
BY MS. LAMACCHIA:
Q. Do you recall the names of the five attorneys that you met with?
A. Yes, I do remember them and four of them are actually present here – Mr. Baum, Ms. Sexton, Mr. Barber and Mr. Oen.
Q. And there was one more. Do you recall their name?
A. I only remember the first name, not the family name. The first name was Shankar.
Q. Look back at Exhibit 5, please, the signal assessment. Just to clarify for the ladies



and gentlemen of the jury, this was a signal investigation regarding Mirena in idiopathic intracranial hypertension that was performed in 2014; right?
A. That is correct, yes.
Q. If you look at the second paragraph on that first page, under the background heading, it indicates that the reporting was in the context of US lawsuits that artificially increase the report rates of idiopathic intracranial hypertension over the reporting period of December 24, 2013 and December 23, 2014. Is that your understanding?
A. Yes, I would translate this sentence in the same way.
Q. Do you have any understanding or knowledge as to when this litigation, the reason why we are sitting here in this room, when this began?
A. No, I have no idea.
Q. And this signal assessment, do you have any understanding of what US lawsuits they are speaking of?
A. No, I have no understanding of that. I wasn't the author of this document so I



wouldn't – for this question I would pass you on to the authors, so Drs. Koelm and Schoendorf.
Q. How many signal investigations have been done between Mirena and idiopathic intracranial hypertension since you have been employed by Bayer?
MR. BAUM: Objection, form.
THE WITNESS: I cannot answer that either. This is not part of my remit to carry out signal investigations. I have not done any counts, I have not followed this up, because it's not part of my tasks.
BY MS. LAMACCHIA:
Q. How many times since you have been employed by Bayer, starting in 2003, have you been asked to run any types of reports for signal investigations?
MR. BAUM: Objection, form.
BY MS. LAMACCHIA:
Q. For Mirena.
MR. BAUM: Same objection.
THE WITNESS: I cannot really give you an estimate on that because the number of database searches I did over the years are extremely high. During my time as a safety data

analysis expert, from the years 2003 to 2016, the time when I was focused on these types of database searches, I carried out something like five to eight searches a day regarding all different Bayer products. Therefore, it is very difficult for me to guess how many of those might have been for Mirena and of those who were for Mirena, how many had to do with signal investigations.

BY MS. LAMACCHIA:

Q. Let me make the question a little more clear, then. How many times have you been asked by Bayer to run a report for a signal investigation between Mirena and idiopathic intracranial hypertension?

MR. BAUM: Objection to form.

THE WITNESS: This document, if you are referring to it and as regards signal assessment and the year 2015, it is the only document to do with signal assessment data in the context of Mirena and IIH that I've ever seen and where I carried out part of the review. That, however, doesn't give any indication as to the total number of database searches or signal assessments ever carried out in connection with this product combination. We are a team that's



grown over the years, starting out with four colleagues and now it's grown to nine, so I therefore can't tell you anything about which of my other colleagues might have been involved with database searches to do with that particular topic.

BY MS. LAMACCHIA:

Q. Did you have anything to do with the 2017 signal investigation between Mirena and IIH?

MR. BAUM: Objection, form.

THE WITNESS: No, I had nothing to do with that.

BY MS. LAMACCHIA:

Q. You mentioned that the team has grown over the years and now it's grown to nine people. Who are those nine colleagues?

A. We have two team members in the United States, one team member in the UK, one team member in Germany in the city of Wuppertal and the rest of the team is in Berlin, Germany.

Q. Who is the team member in the United States?

MR. BAUM: Objection, form. Go ahead. I just said objection to form. You can



still answer.

THE WITNESS: Do I have to answer the question?

BY MS. LAMACCHIA:

Q. Yes.

MR. BAUM: You can answer the question.

THE WITNESS: You are asking for the names of my colleagues in the US?

BY MS. LAMACCHIA:

Q. Right. Who is the name of the one person that's on your team who resides and works in the United States?

MR. BAUM: Objection to form. You can go ahead and answer.

THE WITNESS: It's two colleagues in the US. The names are Ellen Gu and Raj Patel.

BY MS. LAMACCHIA:

Q. Who is your colleague on your team in the UK?

A. His name is Rory Raftery.

Q. Who are your team members in Berlin?

A. There is my team leader, Roman Haag, Ines Jaeger, Odo Kuhnert and Peer Ziepert.



Q. And you have one more German colleague, right?

A. Yes, it is's a female colleague in Wuppertal and her name is Brigitte Pfoertner-Franz.

Q. Do you have any understanding as to what your two US team members do with regards to Mirena?

MR. BAUM: Objection, form.

THE WITNESS: I cannot say anything about the details. What I can say is that those team members in the past, and still today, carried out and continue to carry out retrievals regarding all Bayer products for all possible kinds of applications and none of the colleagues has any specific focus on Mirena. All of them provide services for all Bayer products.

BY MS. LAMACCHIA:

Q. Let's continue on with Exhibit 5. We are going to put some pages together so you have a better understanding of the questions that are going to follow, okay? So we are first going to start with page Bates ends in 186.

A. Yes.

Q. Okay. You see the very last

sentence of that page says: "A total of 53% of the cases received since 2014 were received in the context of litigation."
A. Yes.
Q. And that is what we previously talked about from the first page, indicating that this reporting is in the context of Mirena and intracranial hypertension.
A. Yes.
Q. Let's go to the next page, 187.
MR. BAUM: Objection to form.
BY MS. LAMACCHIA:
Q. Under number 5, which reads "Update of signal investigation", do you see the fifth paragraph down starts with "A total of 115 reports" that coded intracranial pressure increased, CSF pressure increased, or Papilloedema. Do you see that?
A. Yes, I can see it.
Q. So we have 115 cases. Okay, let's go to the next page, and there is a figure 1, it's a chart that shows the annual number of reports for the last five years. Do you see that? The number of reports of IIH in Mirena users.
A. Yes, I can see that.



Q. And some of the bars on the graph indicate – they're broken down from legal cases, FAERS or newly identified cases and non-legal cases. Do you see that?
A. Yes, I see it.
Q. Then if we continue down below the chart under case origin, in that first paragraph, there's a line that says a total of 32 of the cases were reported from lawyers.
A. I can see that sentence. I'm just checking what this figure of 32 refers to or relates to.
(English): 32?
Q. Yes, so the case origin –
A. All for 115?
Q. Correct. You see that, right?
A. Yes.
Q. 32 of the 115 were reported from lawyers. So my question is if a person is diagnosed with idiopathic intracranial hypertension and that gets reported to the FDA, and then that person files a lawsuit, is it an invalid event in the context of a disproportionality analysis?
MR. BAUM: Objection, form.



THE WITNESS: I cannot see any connection why that would be an invalid case. The way we handle it at Bayer, and I think what the general definition is, that in order to have a valid case, four criteria have to be met, which is an identifiable patient, an adverse event, a medical product and a reporter. If those four minimum criteria are met, then it qualifies as a valid case. If all of those criteria are met it's reported as a case and I therefore cannot see why this would then make it be an invalid case.
BY MS. LAMACCHIA:
Q. So based on the signal assessment, if the FDA asked Bayer how many cases of idiopathic intracranial hypertension have been reported with Mirena, would you say 83 or 32?
MR. BAUM: Objection, form.
BY MS. LAMACCHIA:
Q. Or 115?
MR. BAUM: Same objection.
THE WITNESS: I cannot tell you like that because it really depends on which PTs are used in order to do any kind of count. So in this instance I would at any rate need a decision by the product expert with a medical background in



order to determine that figure.
BY MS. LAMACCHIA:
Q. In this instance, who would that product expert be?
A. For Mirena, those would be Drs. Koelm and Schoendorf.
Q. If you look at page 193 for me, please. You see on page 193 and 194 there are tables of retrievals from the FAERS database. My question to you is why did you choose to calculate EB05, EB95?
MR. BAUM: Objection, form.
THE WITNESS: I think it was not part of the – it was not explicitly part of the request handed in by Drs. Koelm and Schoendorf, but we have a kind of agreement with PV risk management as regards the standard output tables that are produced upon such request that would include the calculation of those three statistical measures and I should believe that was the reason why these types of calculation were included.
MR. BAUM: We've been going for over an hour here? Can we do a quick bio break?
MS. LAMACCHIA: Absolutely.
THE VIDEOGRAPHER: We are going off

the video record, the time is 14:56.
(Short break)
THE VIDEOGRAPHER: We are back on the video record. The time is 15:10. This is the beginning of videotape four.
BY MS. LAMACCHIA:
Q. Ms. Manlik, does the FAERS database allow for an analysis of information on obesity or recent weight gain?
MR. BAUM: Objection, form.
THE WITNESS: As far as I know, there are no database fields for this in particular and that's different from the Argus database. Here, for example, we have got fields for the BMI and I think that's not the case in FAERS, as far as I know. However, sometimes such events are coded as MedDRA terms and you can search for PT. However, I wouldn't expect to get a complete result from this because only events that are mentioned by reporters are added to the database and if, for example, weight gain or weight loss are not mentioned explicitly by the reporter, no event would be coded for them.
BY MS. LAMACCHIA:
Q. So would it be fair to say that



Bayer's analysis of the FAERS database regarding Mirena and the increased risk for idiopathic intracranial hypertension wouldn't allow for it either, the analysis of information on obesity and recent weight gain?
MR. BAUM: Objection, form.
THE WITNESS: That is correct.
BY MS. LAMACCHIA:
Q. Before I hand you another exhibit, you previously mentioned that you are an administrator for Empirica. Who has access to Empirica with regards to Mirena?
MR. BAUM: Objection, form.
THE WITNESS: We differentiate between two user groups: the administrators and the business users. The business users are the GSLs, that's our colleagues from the PV risk management, as well as medical experts, product experts, and they are divided into different therapeutic area groups. All GSLs that belong to the women's healthcare therapeutic group have access to all the mined safety operations regarding Mirena and so does the leader of the therapeutic group, so that would be the head of women's healthcare.



BY MS. LAMACCHIA:
Q. What is the head of women's healthcare?
MR. BAUM: Objection, vague.
THE WITNESS (English): I'm not 100% –
THE WITNESS: I'm not 100% sure because I think that this position has seen a change recently.
(Exhibit 7 marked)
BY MS. LAMACCHIA:
Q. I'm going to hand you marked as Exhibit 7 – counsel, for some reason for the next couple of exhibits, I only have three copies so I don't have an extra one.
MR. BAUM: Then you have to wait for each one. I'll have to review it.
MS. LAMACCHIA: They're going to share so take back the copy and just hand her the marked exhibit.
MR. BAUM: Thank you very much.
BY MS. LAMACCHIA:
Q. Thank you. I appreciate that. I've handed to you what has been Bates stamped MIR_IIH_EU00185065 and it is a three page



document. If you turn to the last page of the document, do you see there is an e-mail, it says from Katrin Manlik on behalf of GPV data analysis and it's dated April 4, 2017. Do you see that?
A. Yes.
Q. Do you recall sending this e-mail on behalf of the GPV data analysis on April 4, 2017 regarding the Empirica Signal that April run was complete?
A. Yes, I can remember that.
Q. Do you see down in the body of your e-mail it says: "Due date for signal validation is: Tuesday May16 (within 6 weeks)." What is meant by this, signal validation?
A. So this e-mail that you see on this last page in this document is a notice to all GSLs telling them that the monthly signal run has been completed. At Bayer this disproportionality analysis in the Empirica Signal is carried out once a month and here I notify the GSLs that for April this run is complete.
In the second line, the term signal validation means that the mined safety observations for April have been calculated and now there is a time period of six weeks that can

be used for validation. In these six weeks, the GSLs will log on to the system and look at their work list and look at all the mined safety observations that concern the product that they are responsible for and they prepare first assessment from medical and product expert point of view, in order to decide whether these observations have to be considered a signal or not, and the results of their assessment will always be signal yes or signal no.

MR. BAUM: I think she had asked her to hold on and translate and then --

MS. LAMACCHIA: Are you translating?

MR. BAUM: She asked her to pause and then continue translating. I am not translating, just listening.

THE WITNESS: I just wanted to add that this six week term is stipulated in the signal management operation instructions, so it's a fixed period of time for the signal validation.

BY MS. LAMACCHIA:

Q. But the signal validation, where do they validate it, within Empirica?

MR. BAUM: Objection.



THE WITNESS: So the biggest share of the signal validation is done within Empirica. All the results of the signal validation are documented in Empirica. That means that the GSLs look at the mined signal observations and then there are two drill-down levels. The first drill-down are the statistical values, the number of cases and the values for the disproportionality analysis and the GSL finds an overview of all cases here. That's the first drill-down level.

The second one is that on the list of all cases the GSLs can click on a single case in order to get the content of such a single case, as can also be found in the Argus database, and this also includes the case narrative and this is an important part of the signal validation process.

In addition, the GSLs can also already start to look at other data sources in order to decide whether this is a validated signal or not. What is described here is the signal validation for quantitative signal detection. The signal validation for qualitative signal detection is done outside Empirica.

BY MS. LAMACCHIA:



Q. What does the acronym PEC stand for, do you know?

A. Product event combination.

Q. Have you ever worked with someone named Peter Nowicki?

A. Yes.

Q. Who is Peter Nowicki?

A. Peter Nowicki is an external consultant from Lenolution GmbH. At least in the time period when we, Bayer AG, co-operated with him, he was working for Lenolution. Now he is working for RxLogix.

Q. What is Lenolution?

A. Lenolution is a consultancy with a focus on signal detection.

Q. Why would Bayer ever engage with Lenolution?

MR. BAUM: Objection, form.

THE WITNESS: Bayer works with Lenolution when they need consulting services in the fields of signal detection and signal management, as well as technical system upgrades for the Empirica Signal or Empirica Topic databases. They are experts in these fields, experts for Empirica.



BY MS. LAMACCHIA:

Q. So Bayer doesn't do their own analysis -- or Bayer doesn't do their own analysis for signal detection or signal management?

MR. BAUM: Objection, foundation, characterization.

THE WITNESS: No, that is not correct.

BY MS. LAMACCHIA:

Q. Bayer consults with Lenolution when -- strike that.

Why would Bayer need the consulting services of Lenolution for signal detection and signal management?

MR. BAUM: Objection to form.

THE WITNESS: I can't provide an answer for this.

BY MS. LAMACCHIA:

Q. Did Peter Nowicki ever work for Bayer, do you know?

A. Yes, he did.

Q. Do you know when?

A. I only have a very vague idea. Until about 2007 or 2008.

(Exhibit 8 marked)

BY MS. LAMACCHIA:
Q. I'm going to hand you what I marked as Exhibit 8. Unfortunately you're going to have to share again, I apologise. This is an e-mail that I just handed to you marked Exhibit 8 dated October 14, 2015. It's from Peter Nowicki and it's to you. Do you see that?
A. Yes.
Q. And the subject of the e-mail is a signal investigation on IIH triggered by publication of Etminan et al. Do you see that?
A. Yes.
Q. Do you also see in this e-mail that Peter Nowicki in the "from", from the sender e-mail, says "peter.nowicki@lenolution.com" and it's to katrinmanlik@bayer.com and the carbon copy is to peternowicki@bayer.com. Do you see that?
A. (English): Yes.
Q. Is that a yes?
A. Yes.
Q. So you understood my question in English and you answered back in English, yes?
MR. BAUM: Objection, form.
THE WITNESS: Yes, I understood it.
BY MS. LAMACCHIA:



Q. Do you have an understanding as to why Peter Nowicki would also have a Bayer e-mail address when he sent this e-mail to you on October 14, 2015, if you indicated or testified earlier that Mr. Nowicki had worked for Bayer approximately until 2007 or 2008?
MR. BAUM: Objection, form.
THE WITNESS: Yes, I know why. In 2015 Peter Nowicki was working as an external consultant for Lenolution at Bayer and it wasn't unusual for the external consultants at the time to have a Bayer e-mail address. In the meantime, the presentation of these addresses has changed. The external consultants now have got an e-mail saying bayer.ext.com so you can tell immediately whether we are dealing with external experts sending or receiving e-mails on behalf of Bayer. In 2015 the e-mail address did not reflect that situation, but if Peter Nowicki was still working as an external consultant for Bayer in 2017 the e-mail address would be something like peternowicki@b.ext.com.
BY MS. LAMACCHIA:
Q. Understood, thank you. You coauthored an article or a publication with



Mr. Nowicki in 2015, right?
A. I did coauthor an article with Mr. Nowicki, but that was not in 2017. I think it was in 2015, the one you find on the CV.
Q. Do you recall this morning you were asked by Ms. Natale if you had ever received requests relating to intracranial hypertension and you had testified between 3,500 and 5,000 retrievals per year and surely among them there would have been. Do you recall that testimony?
MR. BAUM: Objection to form.
THE WITNESS: I think I said not surely, but possibly.
BY MS. LAMACCHIA:
Q. Okay, and can you give the ladies and gentlemen of the jury your best estimate as to how many such requests that you would have received relating to intracranial hypertension?
MR. BAUM: Objection –
BY MS. LAMACCHIA:
Q. I don't want you to guess. I'm entitled to get your best estimate.
MR. BAUM: Objection, form.
BY MS. LAMACCHIA:
Q. I said your best estimate, not



recollection.
MR. BAUM: Same objection.
THE WITNESS: Unfortunately, really, I do not have any best estimate. I really cannot say.
BY MS. LAMACCHIA:
Q. Would you say more than 1,000?
MR. BAUM: Objection.
THE WITNESS: No, not more than 1,000.
BY MS. LAMACCHIA:
Q. Would you say less than – strike that.
Would you say between 500 and 1,000?
MR. BAUM: Objection to form.
THE WITNESS: I really cannot give you an estimate. There are two different things. These requests sent to us, the 3,500 to 5,000 requests per year that I mentioned are individual, i.e. ad hoc requests, they are sent to us by the GSLs or by other clients and we deal with them on a one-off basis. On top of that, there are other so-called regular retrievals that are repeated or recurrent in predetermined rhythms and depending

on the frequency of these, they get added up, but unfortunately I can't give you an overview of how many regular retrievals we got on that subject.
BY MS. LAMACCHIA:
Q. Has there ever been a time when you have been working at Bayer that the FDA would show up for an unannounced inspection?
MR. BAUM: Objection, form.
THE WITNESS: Yes. Not in Berlin, but in the US.
BY MS. LAMACCHIA:
Q. Why would -- what is your understanding as to why the FDA would show up for an unannounced inspection?
MR. BAUM: Objection to form, foundation.
THE WITNESS: I have no information on the reasons for that.
BY MS. LAMACCHIA:
Q. Do you recall ever being copied on any e-mails regarding any FDA unannounced inspections?
MR. BAUM: Objection, form.
THE WITNESS: No.
(Exhibit 9 marked)



BY MS. LAMACCHIA:
Q. This is the last one, counsel. This is Exhibit 9 I'm marking to Ms. Manlik's deposition. Do you know who Christine Thor-McCarthy is by any chance?
A. Yes.
Q. Who is she?
A. She's a colleague who also works at the PV in Berlin. Her position is called -- but I'm not 100% certain of the exact name, something like PV inspection management.
Q. And do you see the first page of this e-mail, the second e-mail down there's an e-mail from Christine Thor-McCarthy dated 7 March and you are cc'd on this e-mail with the subject "FDA request for safety information". In the body of the e-mail it states: "Dear All, Please be notified about a request by FDA during an unannounced inspection at the Population Council, MAH in the US for Jadelle implants." Do you have any understanding why you would be cc'd on this e-mail?
A. Yes. Christine Thor-McCarthy used standard mailing lists but represents different PV groups or different PV teams that are generally



involved whenever it comes to an inspection. So as soon as an inspection or an audit is announced, typically the different groups represented here will be involved, not necessarily, but can be the case. So she uses this standard mailing list for notification about inspections. Normally, it wouldn't have been copied -- I wouldn't have been copied into it but the team leader would be the head of data analysis because the data analysis team is always involved when inspections are concerned. However, my team leader, Roman Haag, was on paternity leave between January and March 2016 and during that time I took over his tasks relating to inspections, which is why I am on this mailing list.
MS. LAMACCHIA: Thank you Ms. Manlik. I have no further questions for you at this time.
MR. BAUM: Give me a couple of minutes.
THE VIDEOGRAPHER: We are going off the video record. The time is 16:01.
(Short break)
THE VIDEOGRAPHER: We are back on the record. This is the beginning of videotape



five. The time is 16:14.
EXAMINATION BY MR. BAUM
Q. Good afternoon Ms. Manlik.
A. Good afternoon.
Q. Are you a medical doctor?
A. No.
Q. Have you ever received any formal medical education?
A. No, I haven't.
Q. Do you have any roles or responsibilities at Bayer that are specific to Mirena?
A. No, I have no product-specific roles or responsibilities, neither for Mirena nor any other specific product.
Q. We have heard about these requests for data retrieval that the data analysis group receives. Do you have any role in initiating the data retrieval requests?
A. No, initiating such requests is not part of my role. As part of the data analysis group, I only receive such requests but don't initiate them.
Q. Who chooses which databases, such as Bayer's internal database or an external

database like that from FDA or WHO, to include in a data retrieval project?
MS. LAMACCHIA: Objection, form.
THE WITNESS: That is decided by our client. That is the one sending the request to us.
BY MR. BAUM:
Q. And who chooses which search terms or preferred terms to use for a specific retrieval project?
MS. LAMACCHIA: Form.
THE WITNESS: That too is decided by the client who submits the request to us.
BY MR. BAUM:
Q. Once you had executed the requested search, what did you do with the data that was collected as part of that retrieval?
A. There's two things. First, the result is added as a file attachment to the reply e-mail and, secondly, the same file is also stored on our network drive of our group, but that is the same file with the same data.
May I make an addition?
Q. Sure.
A. Every retrieval that we carry out



has a clearly identifiable retrieval identification number so that for us it is very easy to identify which retrieval result belongs to which request.
Q. And did you have any role in analyzing or interpreting the data that you retrieved for a request?
MS. LAMACCHIA: Objection, form.
THE WITNESS: No, that is not my role. The interpretation of the data is carried out by the product experts and by the GSLs within PV risk management, and also the medical analysis.
BY MR. BAUM:
Q. Has your job ever involved making medical assessments?
MS. LAMACCHIA: Objection, form, vague.
THE WITNESS: No.
BY MR. BAUM:
Q. Has your job ever involved assessing whether a medical product can or did cause an adverse event?
A. No.
Q. To your knowledge, does Bayer have in place any processes for regularly recurring and



signal detection activities?
A. Yes. At Bayer there is an established signal detection procedure, which provides the process description laid down in operational instruction 0264, which describes all the steps for both the qualitative and quantitative signal detection and for the overall signal management process.
Q. Could you take a look at Exhibit 7 that was marked by counsel. That is the 2017 e-mail change that referenced an Empirica Signal run for April 2017. Do you see that?
A. Yes, I do.
Q. Does that Empirica Signal run -- is that something that is done on a regularly recurring interval?
MS. LAMACCHIA: Objection, form.
THE WITNESS: Yes, we carry out monthly signal detection runs with Empirica.
BY MR. BAUM:
Q. And for which products or events does Bayer monthly carry out signal detection runs with Empirica?
A. For all Bayer products. That is, all products where Bayer is the marketing



application holder and has the obligation for signal detection. Correction, marketing authorization holder.
Q. Can you estimate for how many product event combinations Bayer carries out this monthly signal detection run with Empirica?
A. Yes. At the moment we have 1.7 million product event combinations on our database for spontaneous and literature cases that are part of the signal detection activities.
Q. And would Mirena and the event idiopathic intracranial hypertension be one of the 1.7 million, approximately, product event combinations that Bayer runs every month for signal detection with Empirica?
MS. LAMACCHIA: Form, objection.
THE WITNESS: Yes.
BY MR. BAUM:
Q. Do you have any role in analyzing or interpreting the results of these monthly reporting runs?
A. No, that is not my role.
Q. What database or databases does Bayer use for these monthly signal detection analyses?

A. We use the Argus database, so the Bayer signal – the Bayer safety database for these monthly disproportionality analyses.

Q. Are you able to tell us why Bayer uses its internal safety database, as opposed to an external database for these monthly reporting analyses?

MS. LAMACCHIA: Objection, form.

THE WITNESS: Yes. The Bayer safety database has for us and for all of the Bayer products the best quality of data for all of the cases that we have on the database. That is, regarding the completeness of the data and also the possibility to obtain follow-up confirmation. For these cases that we have in our internal Bayer database, we have full control over the data. That means we know our own processes for duplication detection, for example, we control the coding of the products and events and, as I said, for that reason, for us, this database provides the best quality of data for the Bayer products.

And there is an additional reason, which is the speed and the timeliness regarding signal detection on the Bayer database compared to the use of external databases, where the



information about cases in Empirica Signal often comes with quite some delay regarding the timeliness with which those individual cases are entered into the database. So in the case of the FDA database, that can cause a delay of up to six months or so, and for the WHO VigiBase it can be three months or more, so the information obtained from those databases can be a lot older than the data we can retrieve from the Bayer database.

And there is more to come.

And I would like to add that it is not as if we ever did any disproportionality analyses on external databases. We do so if a GSL or a product expert requests it, if there is a specific reason for it, so upon request that would be.

BY MR. BAUM:

Q. Do you have any role in deciding where a disproportionality analysis requires further follow-up?

A. No.

Q. We have heard the term signal validation today. Are you involved in any way in the signal validation process?

MS. LAMACCHIA: Objection, form.



THE WITNESS: I am involved, in that our group usually notice the GSLs when to start the process. That is, when the monthly signal run has been successfully completed. We then provide the GSLs with the information and that now the signal validation process can be started and that usually is a period of six weeks. So that is all of our involvement with the signal validation process, the actual initialization.

BY MR. BAUM:

Q. Based on your experience at Bayer, how would you characterise Bayer's commitment to signal detection?

MS. LAMACCHIA: Objection, form.

THE WITNESS: Throughout all of the years that I have been working for first Schering and then Bayer, I can say that that topic has always been taken very seriously and also over the years it's been constantly – it has been constantly worked on and developed further. So I think it has been developed into a well established process using a validated system to support it and I'm in a position to also assess that the training of the staff involved with the signal detection process is also very good.



So beyond that, Bayer is also committed and contributes to international projects on that subject. For example, the "IMI", or IMI project in which I was also personally involved from 2010 to 2015. That would be my comments on that.

BY MR. BAUM:

Q. Lastly, are you able to speak English?

A. Yes, I do. Yes, I am.

Q. Why are you testifying in German in this proceeding?

A. In my daily work activities I work a lot with international colleagues and a lot of my work also is carried out in both spoken and written English, but not all of it. I thought very carefully about whether to testify in German or English here today and decided and concluded that I would rather do so in German, which is my mother tongue, in order to be able to voice my statements as precisely as possible today, because I do take this deposition very seriously and for that reason wanted to make sure that I can be as precise and exact as possible.

MR. BAUM: Thank you Ms. Manlik, I

have no further questions at this time.
FURTHER EXAMINATION BY MS. LAMACCHIA
Q. Ms. Manlik if we checked Empirica right now would it say that there is a signal for Mirena and idiopathic intracranial hypertension?
MR. BAUM: Objection, form.
THE WITNESS: That would indeed be a question to ask of my colleagues from PV risk management, Drs. Schoendorf and Koelm, and I would refer you to them for that question. It's something I cannot tell you and not something that is within my responsibility.
BY MS. LAMACCHIA:
Q. Do you have any understanding or self-awareness that both Dr. Schoendorf and Petra Koelm have already been deposed in this action?
MR. BAUM: Objection.
THE WITNESS: Yes, I'm aware of that.
BY MS. LAMACCHIA:
Q. Did you speak with either of them prior to giving testimony here today?
MR. BAUM: Objection, vague.
THE WITNESS: No.
BY MS. LAMACCHIA:



Q. Did you speak with anyone, any of your colleagues at Bayer, about your deposition today?
MR. BAUM: To the extent that's calling for a discussion that you may or may not have had with a legal employee within Bayer, I'm going to instruct the witness not to answer, but other than an in-house counsel, you can answer.
BY MS. LAMACCHIA:
Q. I'm not asking about lawyers or in-house counsel, I'm asking about your team members, your colleagues, your coworkers.
A. Considering that originally it was planned for me to be here today and tomorrow and for that reason would have been off work on those two days, that of course made it necessary to talk to my team leader and also to his line manager, and also to my project leader, who is in charge of the project I'm working on currently. But that was rather referring to my absence from work and that would also refer to the actual deposition today and tomorrow and also the days spent preparing. But it was not in any way related to the content of it, or regarding the topic or the products under discussion, and no content related



discussions whatsoever. It was only about organizational matter, about making sure that a deputy for me was found and that similar aspects to do with my absence, and also I answered some questions from my team colleagues of the nature of, "Oh you are going to go to a deposition, what exactly is a deposition?" Because none of them had ever been involved in any.
Q. And you understand, as you have testified here today, that I represent persons who are alleging they have been injured by Mirena and diagnosed, or subsequently diagnosed with intracranial hypertension, pseudotumor cerebri, and as these lawsuits against Bayer continue to go on, Bayer is given more information about and by the injured patient or my client. So my question to you is who at Bayer makes sure, or will make sure, that Argus is updated with that information as these lawsuits go on?
MR. BAUM: Objection, form.
THE WITNESS: I am not involved with the actual entry of individual cases or matching of cases on the databases. For that there is a defined and established process at Bayer within PV to make sure that all reported



cases that are provided to Bayer or that any Bayer employee worldwide obtains information about is actually entered on to the Argus database.
BY MS. LAMACCHIA:
Q. Objection, non-responsive.
MR. BAUM: Oppose.
BY MS. LAMACCHIA:
Q. My question to you is who will make sure, or who at Bayer is responsible for making sure that Argus will be updated with that patient or client information as these lawsuits go on?
MR. BAUM: Objection, form.
THE WITNESS: Individual cases. My answer is the function PV single case processes.
BY MS. LAMACCHIA:
Q. Is that a person?
A. Processing, sorry.
Q. Is there a person in charge of that?
MR. BAUM: Objection to form.
THE WITNESS: I cannot answer that. Certainly it would not be one single individual. Single case processing is a large worldwide function. Naturally, there is a "head of" for each function.

BY MS. LAMACCHIA:
Q. Who is the head of that function?
MR. BAUM: Objection.
THE WITNESS: I really don't know right now.
MS. LAMACCHIA: Ms. Manlik I sincerely appreciate your time here today and your testimony and I hope we have treated you fairly and courteously and professionally and thank you.
FURTHER EXAMINATION BY MR. BAUM.
Q. I would like to thank counsel for their courteous treatment or interaction with the witness today.
I have one question. Ms. Manlik, do you or the data analysis group have any involvement with entry into Argus of data or information about individual cases?
A. No, neither me personally nor my team colleagues have any involvement.
MR. BAUM: I have no further questions, thank you.
THE WITNESS: I would also like to thank you.
THE VIDEOGRAPHER: We are going off the video record. This video deposition is



complete. The time is 1653.
(Whereupon the deposition concluded at 4.53 p.m.)



CERTIFICATE OF COURT REPORTER

I, Alan Bell (Accredited Court Reporter, Member of the British Institute of Verbatim Reporters) do hereby certify that KATRIN MANLIK was duly sworn, that I took the Stenograph Notes of the foregoing statement under oath and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which the deposition was taken, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

Alan Bell



DEPOSITION ERRATA SHEET
Assignment No. 38102
Case Caption: IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY
Witness: Katrin Manlik - December 7, 2017

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the ______ day of
___________, 20___.
_________________________________
Katrin Manlik
Sworn to and subscribed before me this _____ day
of _______________, 20__.
_________________________
Notary Public
My commission expires________

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

SIGNATURE:_______________________DATE:___________

Katrin Manlik



DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

Page No._____Line No._____Change to:______________

________________________________________________

Reason for change:________________________________

SIGNATURE:_______________________DATE:___________

Katrin Manlik

**Exhibits**

**38102 Manlik. Katrin Exhibit 1** 7:22,24 8:1 14:14 28:21,22

**38102 Manlik. Katrin Exhibit 2** 29:4,6

**38102 Manlik. Katrin Exhibit 3** 31:6,8,10 35:12

**38102 Manlik. Katrin Exhibit 4** 38:15,24 39:1 43:7,8

**38102 Manlik. Katrin Exhibit 5** 41:18,20 53:10 55:24 61:19

**38102 Manlik. Katrin Exhibit 6** 51:1,4

**38102 Manlik. Katrin Exhibit 7** 68:10,13 84:9

**38102 Manlik. Katrin Exhibit 8** 73:25 74:3,5

**38102 Manlik. Katrin Exhibit 9** 78:25 79:3

**0**

**0264** 84:5

**1**

**1** 7:22,24 8:1 14:14 21:3,18 28:22 32:12 62:21

**1,000** 77:7,10, 15

**1.7** 85:7,13

**10** 31:11,15,17 32:1

**10.10** 5:2

**100%** 68:6,7 79:10

**10:10** 5:9

**115** 62:15,20 63:15,18 64:19

**11:23** 24:16

**11:44** 24:20

**12** 32:11,17

**12:46** 46:11

**13** 24:12

**13:48** 46:15

**14** 74:6 75:4

**14:56** 66:1

**15:10** 66:4

**16:01** 80:22

**16:14** 81:1

**17** 52:18

**186** 61:23

**187** 62:10

**193** 65:7,8

**194** 65:8

**1969** 49:17

**2**

**2** 23:1 27:10 29:4,6

**2.8** 29:12

**20** 22:15 54:22

**20-25** 54:22

**2003** 8:12,15, 20,22 10:22 57:15 58:1

**2007** 73:24 75:6

**2008** 73:24 75:6

**2009** 32:12,17

**2010** 89:5

**2013** 56:12

**2014** 56:4,12 62:2

**2015** 39:7,17 42:2 47:3 51:15 53:6 58:18 74:6 75:4,9,18 76:1, 4 89:5

**2016** 8:16,20, 22 10:22 14:15 58:1 80:13

**2017** 5:8 8:2 50:24 51:5,14 52:10 53:6 59:9 69:4,8 75:20 76:3 84:10,12

**23** 56:12

**24** 56:12

**3**

**3** 23:1,4 27:9 31:6,8,10 35:12

**3,500** 11:4 76:8 77:19

**31** 8:2

**32** 63:8,11,13, 18 64:16

**4**

**4** 23:2 27:11 38:15,24 39:1 43:8 69:4,7

**418** 39:6

**45** 52:19

**479** 29:10

**5**

**5** 41:18,20 53:10 55:24 61:19 62:13

**5,000** 11:4 76:8 77:19

**500** 77:14

**53%** 62:1

**6**

**6** 51:1,4 69:13

**7**

**7** 5:8 39:7 68:10,13 79:14 84:9

**8**

**8** 73:25 74:3,5

**83** 64:16

**87181** 42:11

**9**

**9** 32:16 78:25 79:3

**9/1** 32:16

**A**

**A-R-G-U-S** 13:13

**a.m.** 5:2

**able** 48:8,23,25 86:4 89:8,20

**about** 11:4 16:12 24:24 25:16 26:15 29:17 31:1,21 33:18 37:12 43:24 46:25 59:3 61:11 62:6 73:24 79:18 80:6 81:16 87:1 89:17 91:2,10, 11 92:1,2,15 93:2 94:17

**above** 22:1,17 27:1 51:12

**absence** 91:20 92:4

**absolutely** 45:18 65:24

**access** 15:4

67:11,22

**accurate** 7:14 17:24 36:5,13 43:11

**acronym** 72:1

**action** 17:2 90:16

**activities** 28:22 84:1 85:10 89:13

**actual** 17:20 18:1 88:9 91:21 92:22

**actually** 55:18 93:3

**ad** 77:21

**add** 22:8 25:23 38:5 45:16 53:20 70:18 87:11

**added** 29:25 66:20 78:1 82:19

**addition** 50:6 71:18 82:23

**additional** 28:8 30:25 51:19 86:22

**address** 75:3, 12,18,21

**addressed** 25:11

**addresses** 39:23 75:13

**administrator** 14:13 67:11

**administrators** 67:15

**adverse** 9:11 15:22 16:18 19:9,24 29:21 33:23 34:3 36:22 37:18, 19,25 38:10 48:3,17 64:6 83:22

**AE** 20:25

**AERS** 43:19 49:18

**after** 14:22 15:4,16 44:14 45:1 47:3 48:19

**afternoon** 81:3, 4

**AG** 8:18 14:17 72:10

**AG/BAYER** 8:17

**again** 74:4

**against** 6:14 92:14

**age** 50:15 51:13,19 52:16,23,25 53:2

**agree** 19:14 25:24 32:20

**agreement** 65:16

**ahead** 20:9 23:11,24 27:7 30:5 36:11 38:4,5,20 40:12,25 43:15 47:7 48:22 53:21 59:25

60:15

**aim** 47:16

**Alan** 5:11

**algorithm** 22:24 26:20 27:17 28:2,3

**algorithms** 16:17 18:23 19:1,3,7 20:7 26:11 27:24

**all** 9:17,20 10:3 13:24 17:7,12, 13 19:11 20:1 22:6,11,12 34:10 35:6,7, 10 37:3,15,18, 19,20 38:10 40:1 46:4,7 47:25 50:12 51:14 52:18 58:4 61:14,16, 17 63:15 64:9 67:20,22 69:16 70:3 71:3,9,12 79:17 84:5,24, 25 86:10,11 88:8,15 89:16 92:25

**alleging** 92:11

**allocate** 37:14

**allow** 25:4 66:8 67:3

**already** 22:11 25:5 29:18,23, 24 30:22 71:19 90:16

**also** 7:5,8,11 9:10,14,24 10:6,9,11 11:5 15:7 18:15

21:6 26:19 47:16 48:6,12 49:7,14 51:21 53:11,24 71:14,15,18 74:13 75:2 79:8 82:20 83:12 86:13 88:18,23,25 89:1,4,15 91:17,18,21,22 92:4 94:22

**always** 16:20 33:3 48:4,18 49:19,22 55:11 70:10 80:10 88:18

**am** 5:10 6:11, 21 39:1 46:19 70:16 80:14 88:1 89:10 92:21

**among** 11:5 76:9

**analyses** 9:6 11:3,21 12:21 33:18 85:25 86:3,7 87:13

**analysis** 8:16, 19,21,23 9:6, 14 10:23 11:9, 10,16,18,20,22 12:3,12,14,16 13:1,3,8 14:4 19:15 21:22,25 35:5 36:5,15, 20,21 37:2,10, 18 39:10 43:3 45:19,20,24 46:3,5,25 47:15 50:13,14 51:8,20,23

52:1 58:1 63:24 66:8 67:1,4 69:3,7, 19 71:9 73:3 80:9 81:17,21 83:12 87:19 94:15

**analyzing** 83:6 85:19

**announced** 80:2

**annual** 17:17 62:22

**another** 7:17 15:3 32:15 67:9

**answer** 7:8,18 25:3,5 57:8 60:1,2,6,15 73:17 91:7,8 93:14,21

**answered** 20:9 27:7 45:6 74:22 92:4

**answers** 6:5 7:6

**Antonio** 32:20

**anyone** 20:14 91:1

**anything** 23:22 59:3,8 61:10

**anyway** 24:13

**apologise** 74:4

**appear** 32:2,16 40:9,21 41:3 42:7,19 51:5

**apples** 33:8 34:5

**application** 85:1

**applications** 61:15

**appreciate** 68:23 94:7

**appropriate** 37:24 48:20 52:17

**approximate** 54:12

**approximately** 54:21 75:6 85:13

**April** 69:4,7,8, 21,24 84:12

**area** 9:25 15:12 67:20

**argument** 48:10

**Argus** 10:15 13:13,16,19, 20,22,23,25 14:5,8,11 66:13 71:14 86:1 92:18 93:3,10 94:16

**article** 29:2,7 31:9 40:16 47:12 48:6 49:8,25 51:18 75:25 76:2

**artificially** 56:9

**ascertain** 24:9

**aside** 12:25 31:9 38:14

**ask** 7:17 9:10 20:17 25:16,19 34:21 40:9 43:25 90:8

**asked** 12:2,16 13:2,7 20:5,8 27:6 38:16 40:22 41:4 43:17,22 45:1, 5,9,15 57:16 58:12 64:14 70:11,15 76:6

**asking** 23:21 25:20 40:14 60:8 91:10,11

**aspect** 49:5

**aspects** 15:17, 18 92:3

**assess** 20:14 48:24 49:1 88:23

**assessing** 83:21

**assessment** 17:1 24:8 40:17 41:23 42:2,7 43:18 44:9,10 45:2 53:11 55:25 56:21 58:18,19 64:13 70:6,9

**assessments** 58:24 83:15

**assume** 37:12 50:3 52:17 53:11 54:2

**assumption** 52:23 53:1

**attached** 40:3

**attachment** 9:20 82:19

**attorneys** 54:4, 14 55:16

**audit** 80:2

**auditors** 10:5

**audits** 10:7

**author** 43:4,21 53:16 56:25

**authorities** 10:9 16:15

**authorization** 85:3

**authors** 57:2

**avoid** 29:19 30:10

**aware** 34:17 90:18

B

**back** 7:15 14:14 24:19,23 28:21 35:12 39:5 46:14 55:24 66:3 68:19 74:22 80:24

**background** 48:25 51:22 56:7 64:25

**backtrack** 13:11

**Barber** 5:25 55:19

**bars** 63:1

**based** 11:23 22:6 28:2,7 37:7 51:11 64:13 88:11

**basic** 35:21

**basically** 19:7 33:24

**basis** 52:22 77:23

**Bates** 39:2 41:21 61:23 68:24

**Baum** 5:21 11:1,14 12:5, 22 13:4,17 14:6 15:14 18:18 19:16 20:8,16 21:20 22:12,21 23:10,23 24:11 25:23 26:18 27:6,15,21 28:15 30:4,14 31:12,18 32:7 33:1,9,13,25 34:7 35:1,24 36:7,10 38:3,8, 19 40:11,24 41:16 43:14 44:6,15,22 45:5,12 46:1 47:6,22 48:21 49:11 50:10,20 51:16 52:20 54:23 55:9,18 57:7,18,21 58:15 59:11,24 60:6,14 61:9 62:11 63:25 64:17,20 65:12,22 66:10 67:6,13 68:4, 16,21 70:11, 15,25 72:18 73:5,15 74:23 75:7 76:11,19, 23 77:2,8,16 78:8,15,23 80:19 81:2 82:7,14 83:13, 19 84:20 85:18 87:17 88:10 89:7,25 90:6, 17,23 91:4 92:20 93:6,12, 20 94:3,10,20

**Bayer** 6:3,14 8:8,12,24 9:4, 9,25 10:5,10, 12,14 13:12,22 14:17,24 16:15,18 22:22 26:19 27:16,25 30:12,16 32:5 35:2,7,10 41:15 43:1,7, 10,13 44:20 52:3 57:6,15 58:4,12 61:14, 17 64:3,14 69:18 72:10, 16,19 73:2,3, 10,12,20 75:2, 5,10,12,17,20 78:6 81:11 83:24 84:2,22, 24,25 85:5,14, 24 86:2,4,9,11, 15,21,24 87:9 88:11,17 89:1 91:2,6 92:14, 15,17,25 93:1, 9

**Bayer's** 67:1 81:25 88:12

**bayer.ext.com** 75:15

**became** 46:6

**because** 24:12 25:10 37:13

57:11,23 64:22 66:19 68:8 80:9 89:21 92:7

**before** 6:17,19 7:3 17:14 23:22 24:25 25:5 26:5 30:19 44:8 46:23 47:25 67:9

**beforehand** 30:8

**began** 8:12 56:19

**beginning** 24:21 32:15 39:19 46:16 66:5 80:25

**behalf** 5:16,18, 20,21,23 6:1,2 69:3,7 75:17

**behave** 34:10, 12

**being** 5:6 6:13 20:1 21:25 30:21 78:20

**believe** 34:8 35:25 49:10 65:20

**believed** 42:24

**Bell** 5:11

**belong** 35:4 67:20

**belongs** 83:3

**below** 63:6

**benefit/risk** 10:2 11:20

**benign** 51:8

**Berlin** 8:18 14:17 59:21 60:23 78:9 79:9

**best** 76:16,22, 25 77:4 86:11, 21

**better** 6:23 53:18 61:21

**between** 15:19, 21 16:1,3,8 19:8 57:4 58:13 59:9 67:15 76:8 77:14 80:12

**beyond** 89:1

**biggest** 71:1

**bio** 65:23

**bit** 13:11 31:9 33:17

**blocks** 17:19

**BMI** 66:15

**body** 69:11 79:16

**both** 10:10 27:24 34:8 84:6 89:15 90:15

**bottom** 31:22 32:14 39:2

**boxes** 42:12

**break** 24:12,18 26:5 30:15 46:9,13,23 65:23 66:2 80:23

**briefly** 46:19

**Brigitte** 61:4

**broken** 63:2

**browser** 49:4

**building** 17:19

**bullet** 28:23

**Burling** 5:7

**business** 67:16

**C**

**calculate** 21:8 65:10

**calculated** 69:24

**calculation** 65:19,21

**called** 19:4 34:25 35:3 52:2 79:9

**calling** 91:5

**calls** 13:19

**can't** 48:1 52:2, 3,13 59:3 73:16 78:2

**cannot** 21:23 36:1 37:8,16 49:2 52:8,24, 25 54:2 57:8, 22 61:10 64:1, 10,21 77:5,17 90:11 93:21

**capturing** 6:25

**carbon** 74:16

**carefully** 89:17

**carried** 10:8 11:21 30:20 37:10,13 43:6, 20,24 44:3,4,8, 20 45:20,24 47:10 51:20 52:2 58:3,21, 24 61:12 69:19 83:10 89:15

**carries** 11:3 85:5

**carry** 18:3 24:8 43:17 57:9 61:13 82:25 84:18,22

**case** 10:3 30:2, 17,19,21,22,24 31:1 32:25 33:3,4 45:17 49:24 52:15,23 63:7,14 64:2,5, 9,10,11 66:15 71:12,13,15 80:5 87:4 93:14,23

**cases** 16:10 17:10 23:1 27:9 29:18,20, 24 30:18 32:21 50:12 52:18 53:1,2 62:2,20 63:2,3,4,9 64:14 71:8,10, 12 85:9 86:12, 15 87:1,3 92:22,23 93:1, 13 94:17

**cause** 83:22 87:5

**cc'd** 79:15,21

**cerebri** 92:13

**certain** 9:8,11 20:25 36:2,22, 23 38:23 79:10

**Certainly** 93:22

**chance** 79:5

**change** 68:9 84:11

**changed** 22:14 75:13

**characterise** 88:12

**characterization** 45:6,13 47:7 73:6

**characterized** 31:2

**charge** 91:18 93:18

**Charles** 32:15, 20

**chart** 62:22 63:7

**check** 30:20

**checked** 30:21 90:3

**checking** 63:11

**chi** 21:11 23:2 27:10

**choose** 65:10

**chooses** 81:24 82:8

**chose** 49:24

**Christina** 5:15 6:11

**Christine** 79:4, 14,23

**city** 59:20

**clarified** 26:6

**clarify** 7:20 25:12 34:22 55:25

**clear** 37:14 46:6 48:10 52:5 58:11

**clearly** 83:1

**click** 71:12

**client** 9:18,21 82:5,13 92:16 93:11

**clients** 9:5,8, 23,25 10:1,9 11:19,25 12:15 18:3 77:22

**clinical** 10:5 16:14 17:11

**clock** 5:9

**co-operate** 15:11

**co-operated** 72:10

**coauthor** 29:2 76:2

**coauthored** 75:25

**coded** 62:16 66:17,23

**coding** 52:7 86:19

**colleague** 60:19 61:2,3 79:8

**colleagues** 53:24 59:2,4, 17 60:9,16 61:15 67:17 89:14 90:8 91:2,12 92:5 94:19

**collected** 82:17

**column** 42:11

**combination** 15:20 58:25 72:3

**combinations** 85:5,8,14

**come** 10:2 16:11 30:16 87:10

**comes** 9:20 80:1 87:2

**coming** 19:6 30:25

**commenced** 5:2

**comment** 13:2, 7 42:12 50:18 52:2,3,8 53:12

**commentary** 45:23

**commented** 53:15

**comments** 42:20 53:9 54:3 89:6

**commitment** 88:12

**committed** 89:2

**communication** 17:2

**companies** 8:12 10:16

**company** 14:1 32:6 42:1

**comparable** 33:15 34:6,11

**comparative** 19:15,18

**compare** 34:3, 5,6 37:17 49:3

**compared** 19:25 86:24

**compares** 20:2

**comparing** 33:8,14,22 36:6 38:1

**comparison** 19:12,21

**complaints** 16:12 17:14

**complete** 47:25 49:13 66:19 69:9,21

**completed** 69:18 88:4

**completeness** 86:13

**concern** 29:20 70:4

**concerned** 8:24 37:9,11 80:11

**concise** 38:6

**concluded** 89:18

**confidence** 21:12 28:4,12, 17

**configuration** 15:1

**confirmation** 86:14

**connection** 58:24 64:2

**considered** 22:2,18 70:8

**Considering** 91:13

**constantly** 88:19,20

**consultancy** 72:14

**consultant** 72:9 75:10,20

**consultants** 75:11,14

**consulting** 72:20 73:12

**consults** 73:10

**contain** 50:14 51:18

**contains** 17:18 32:21 49:15

**content** 8:7 11:18 12:14,25 43:25 71:13 91:24,25

**contents** 11:16 12:12

**context** 15:1,21 20:20 25:18 26:2 34:22 45:17 56:8 58:20 62:3,7 63:23

**continuation** 46:20

**continue** 25:1,5 61:13,19 63:6 70:16 92:14

**contributes** 89:2

**control** 86:16, 18

**copied** 78:20 80:7,8

**copies** 68:14

**copy** 68:19 74:16

**correct** 8:3,4, 13,14 13:13 23:25 25:17 26:8,9,13,14 28:16 29:1,8 32:4 33:24 34:17 35:16 36:24 39:11 40:8 41:24 42:15,18 43:1 44:5,21,23 45:4,7,11,14 49:4 51:14 52:11 53:17 55:3 56:5 63:16 67:7 73:8

**Correction** 85:2

**correctly** 24:1 25:18 35:15 40:7 43:22,23 55:13

**could** 9:1 10:2, 4 15:20 18:23 19:17 29:9 38:5 47:15 48:11 84:9

**couldn't** 48:14

**Council** 79:19

**counsel** 5:12 7:25 68:13 79:2 84:10 91:8,11 94:11

**count** 17:7 64:23

**counted** 30:2

**countings** 30:10

**counts** 57:11

**couple** 50:6 68:14 80:19

**course** 91:16

**court** 5:10,13 6:24 7:5

**courteous** 94:12

**courteously** 94:9

**Covington** 5:7

**coworkers** 91:12

**create** 8:6 15:20 32:24

**criteria** 9:8,12 11:24 46:4 64:5,8,9

**CSF** 62:17

**cumulative** 49:23

**current** 14:20, 22 40:3,22 41:4,8 42:6

**currently** 14:18 27:16 91:19

**curriculum** 8:1, 9

**CV** 14:15 28:22 29:7 76:4

**D**

**daily** 89:13

**data** 8:16,19, 21,23 9:5,6,14 10:23 11:9,11, 12,17,22,23 12:13 14:3 17:4,11 18:11 35:5 37:10 39:10 44:1 45:10 48:7,11 49:8,9,13,16, 20 50:2,4 52:5, 6 57:25 58:19 69:3,7 71:19 80:9 81:17,19, 21 82:2,16,22 83:6,10 86:11, 13,16,21 87:9 94:15,16

**database** 8:23, 25 9:2 10:11, 12,14,16,17, 18,19 11:3 13:12 16:11 18:4 19:12 20:2 21:2 22:25 29:19,25 30:19,22 37:12,15 40:18 41:6,10,13 43:4,5,19 44:4, 19 48:7 49:9, 15,17,19 52:4, 15 57:24 58:2, 23 59:5 65:9 66:7,12,14,21 67:1 71:14 81:25 82:1 85:8,23 86:1,2, 5,6,10,12,16, 20,24 87:4,5,9 93:3

**databases** 8:25 10:11,13 72:24 81:24 85:23 86:25 87:8,13 92:23

**date** 69:12

**dated** 8:2 39:7 69:4 74:5 79:14

**dates** 16:13

**day** 54:17,19 58:4

**days** 54:17,18 91:16,22

**deal** 77:22

**dealing** 75:16

**Dear** 32:20 39:21,22 79:17

**December** 5:8 32:12 56:11,12

**decide** 70:7 71:20

**decided** 82:4, 12 89:18

**deciding** 87:18

**decision** 22:5 28:5 64:24

**defendants** 5:22,24 6:1

**defined** 9:5 22:1,18,19,25 27:1,3 92:24

**definition** 28:19 64:4

**delay** 87:2,5

**deliver** 9:8

**delivers** 9:18

**delivery** 11:24

**demonstrate** 21:19

**department** 9:4 10:5 53:25

**depending** 77:25

**depends** 7:17 64:22

**deposed** 6:17 90:16

**deposition** 5:1, 4,6 6:13,25 24:24 46:21 51:4 53:10 54:5,13 55:8 79:4 89:22 91:2,21 92:6,7 94:25

**deputy** 92:3

**derive** 52:24,25

**describe** 48:6 49:1,8 50:1

**described** 20:7 24:1 43:21,23 48:1,4,13,18 49:25 71:21

**describes** 43:18 84:5

**describing** 13:1

**description** 84:4

**detail** 34:18

**detailed** 22:6 34:11

**details** 61:11

**detect** 29:24

**detected** 31:1

**detection** 14:16,23 15:13,15,24 16:1,4,5,9,10, 16,19 17:5,9, 16,18,21 18:1, 2,5,9,12,22,25 23:16,17 24:2 26:7 28:1,24 29:13,15,16,23 30:2,8,9,13,17 31:4 37:23 47:19 71:22,23 72:15,21 73:4, 13 84:1,3,7,19, 22 85:2,6,10, 15,24 86:18,24 88:13,25

**determinative** 28:13

**determine** 27:4, 14,20 65:1

**developed** 88:20,21

**device** 6:15 34:15 35:22 37:25

**device-specific** 36:1

**devices** 38:2

**diagnosed** 63:20 92:12

**didn't** 55:12

**difference** 16:3

**different** 16:7 23:20 49:16 52:4 54:1 58:4 66:13 67:19 77:18 79:24,25 80:3

**differentiate** 43:2 67:14

**differentiation** 38:12

**difficult** 58:5

**discuss** 15:9

**discussed** 40:3 42:25

**discussing** 26:10

**discussion** 91:5,25

**discussions** 92:1

**disease** 36:16

**disproportionality** 12:21 13:3,8 19:3,7,13,15, 21 21:22,24 22:24 33:18 36:5,15,19,21 37:2,18 50:13 51:8,22 63:24 69:18 71:8 86:3 87:12,19

**distinction** 16:1,8

**divided** 67:19

**division** 35:5

**doctor** 25:10 81:5

**document** 8:5,8 25:20,24 31:11 40:4,17,23 41:5,23 43:18, 21 44:9,10 56:25 58:16,19 69:1,2,16

**documented** 71:4

**documents** 15:6 25:14

**does** 7:16 19:22 20:13 21:18,22 30:12 31:3 36:19 37:20 39:21 40:9,21 41:3, 22 42:7,14,16 51:4 52:16 66:7 67:23 72:1 83:24 84:14,22 85:23

**doesn't** 58:22 73:2,3

**done** 9:7,19 43:4,9,13 47:9 57:4,10 71:2, 24 84:15

**down** 62:15 63:2,6 69:11 79:13 84:4

**Dr** 6:10 24:23 25:11 39:20 40:14,19,22 41:14 42:6 43:6,8,12,16 44:11,19 45:2, 11 46:3,25 47:17 49:25 50:19 51:14 90:15

**draft** 40:3,23 41:4,8 42:6,20 45:2

**draw** 16:8

**drawing** 17:17

**drill-down** 71:6, 7,10

**drive** 82:21

**Drs** 47:10 57:2 65:6,15 90:9

**drug** 33:23 34:4 35:23 36:18

**drugs** 33:24 34:4 37:20 38:1

**Due** 69:12

**duly** 6:7

**duplicate** 29:12,15,16 30:9,12,17,20 31:2,3

**duplicated** 48:11

**duplicates** 49:14

**duplication** 52:7 86:18

**during** 38:17 57:25 79:18 80:13

**E**

**E-M-P-I-R-I-C-A** 13:15

**e-mail** 9:19 31:15,17,19 32:1,3,10,15, 19 33:11 35:13 37:7,8,15 39:6, 13,20,24 40:21 41:3 42:25 43:7 69:2,6,12, 15 74:4,9,13, 15 75:2,3,12, 14,18,21 79:13,14,15, 17,22 82:20 84:11

**e-mails** 32:6 75:17 78:21

**each** 7:1,2 30:2,21 68:17 93:25

**earlier** 13:1 15:25 24:23 33:18 38:16 44:18 75:4

**easier** 6:23 25:2,19

**easy** 7:1 83:3

**EB05** 65:11

**EB95** 65:11

**EBGM** 26:22,23 27:19,25 28:3, 18

**EBO5** 28:18

**EBO95** 28:18

**education** 81:8

**eight** 54:19 58:4

**either** 29:20 32:11 54:13 57:9 67:4 90:21

**Ellen** 60:17

**else** 11:13 12:19 23:22

**Empirica** 13:15, 24 14:5,8,10, 25 28:5 67:11, 12 69:8,19 70:24 71:2,4, 24 72:23,25 84:11,14,19,23 85:6,15 87:1 90:3

**employed** 57:6, 15

**employee** 91:6 93:2

**employment** 8:10

**end** 21:3,14 24:17 46:12

**ending** 42:10

**ends** 39:6 61:23

**engage** 72:16

**England** 5:7

**English** 32:6 53:6,8,12,14, 15,19,20 55:8, 10 63:13 68:5 74:18,22 89:9, 16,18

**ensure** 15:2 30:2,8

**entails** 9:2,15 16:24

**enter** 31:3 38:15

**entered** 30:19,

23 42:19 87:4 93:3

**entering** 30:18 39:1

**entire** 25:20,24

**entitled** 76:22

**entry** 92:22 94:16

**equal** 23:1 27:9,10,11

**establish** 19:8

**established** 84:3 88:22 92:24

**estimate** 57:23 76:16,22,25 77:4,18 85:4

**et al** 28:23 39:14,17 42:2, 8 74:11

**Etminan** 39:14, 17 40:10 42:2, 8 43:4 45:20, 24 47:4 49:7, 25 50:8,12,19, 24 51:5 52:10 53:6 74:11

**Etminan's** 45:11 46:3,25 51:14

**even** 51:24,25

**event** 15:20,22 16:18 19:9,10 20:1 29:21 36:17,22 37:6 48:4 63:23 64:6 66:23 72:3 83:22 85:5,8,11,13

**events** 9:11 15:19 19:24 33:23 34:3 37:3,18,19,25 38:10 48:17 66:17,19 84:21 86:19

**ever** 6:17,18 10:24 12:2,16, 18,20 13:2,7 14:4,10 20:5 38:16 50:23 55:12 58:20,24 72:4,16 73:19 76:6 78:5,20 81:7 83:14,20 87:12 92:8

**every** 82:25 85:14

**everything** 12:19 44:13 55:12

**Evidence** 28:24

**exact** 79:10 89:24

**exactly** 19:18 92:7

**EXAMINATION** 6:9 46:17 81:2 90:2 94:10

**example** 9:9, 12,16 13:21 18:6 21:10 48:3 49:21 50:15 51:19,25 52:7 53:16 66:14,21 86:18 89:3

**executed** 82:15

**exhibit** 7:22,24 8:1 14:14 28:21 29:4,6 31:6,8,10 35:12 38:15,24 39:1 41:18,20 43:7 51:1,4 53:10 55:24 61:19 67:9 68:10,13,20 73:25 74:3,5 78:25 79:3 84:9

**exhibits** 68:14

**exist** 29:18,24, 25

**expect** 66:18

**expected** 21:2, 4,6,16,18 31:12

**experience** 88:11

**expert** 8:17,19, 22 10:23 11:9, 22 14:4 34:17 39:10 58:1 64:25 65:4 70:6 87:14

**expertise** 34:19,22 35:20

**experts** 28:9 67:18,19 72:24,25 75:16 83:11

**explain** 9:1,3 18:23,24 27:24 34:18,21

**explained** 35:19

**explanation** 20:18

**explicitly** 65:14 66:22

**extent** 91:4

**external** 8:25 10:11,18 72:8 75:9,11,14,16, 20 81:25 86:6, 25 87:13

**externally** 17:3

**extra** 68:15

**extremely** 57:25

**F**

**FAERS** 10:21 40:18 41:6,10, 13 42:24 43:3, 5,9,12 44:18 45:10 48:7 49:9,15,18,22 52:4,15 63:3 65:9 66:7,16 67:1

**FAERS-** 40:5

**FAERS/WHO** 44:4 45:3

**Faigenbaum** 5:10

**fair** 7:20 25:6, 7,21 37:5 54:21 66:25

**fairly** 7:14 94:8

**familiar** 39:16, 18 50:24

**family** 55:23

**far** 24:2 34:17 37:21 66:11,16

**FDA** 10:20 43:19 48:7 49:8,15,17 50:4 52:4 63:21 64:14 78:6,13,21 79:16,18 82:1 87:5

**feel** 50:17

**female** 61:3

**few** 22:13 31:21 49:18

**field** 11:20 50:2

**fields** 66:12,14 72:21,24

**fifth** 62:14

**figure** 20:23 62:21 63:11 65:1

**file** 82:19,20,22

**files** 63:22

**finally** 17:2

**find** 40:3 49:4 76:4

**finding** 29:17

**finds** 71:9

**fine** 48:24

**finish** 7:2

**first** 6:25 8:11 10:12 16:4 17:6 21:23 23:8,17,19 24:2,6,8 25:1 26:7 32:1,2 42:1 44:17 47:16 54:16 55:22,23 56:7 61:22 62:6

63:7 70:5 71:6, 10 79:12 82:18 88:16

**five** 46:9 54:10, 13 55:15 58:3 62:23 81:1

**fixed** 70:21

**flip** 39:5 42:10

**flush** 22:10

**focus** 35:9 61:16 72:15

**focused** 58:2

**follow** 48:9,14 61:22

**follow-up** 17:1 33:2,5 86:14 87:20

**follow-ups** 32:22,24

**followed** 57:11

**following** 17:7

**follows** 6:8

**form** 9:7,13,15 11:1,14 12:5, 22 13:4,17 14:6 15:14 18:10,18 20:16 21:20 27:21 30:4,14 32:7 33:1,9,25 34:7 35:1,24 36:10 38:3,8,19 40:11 41:16 43:14 44:6,22 46:1 48:21 49:11 50:10,20 51:16 52:21 54:23 55:9 57:7,18 58:15 59:11,24,25 60:14 61:9 62:11 63:25 64:17 65:12 66:10 67:6,13 72:18 73:15 74:23 75:7 76:11,23 77:16 78:8,15,23 82:3,11 83:8, 16 84:17 85:16 86:8 87:25 88:14 90:6 92:20 93:12,20

**formal** 81:7

**format** 8:8 9:16

**found** 29:11 71:14 92:3

**foundation** 27:15,22 40:12 45:13 47:6 73:5 78:16

**four** 55:17 59:1 64:5,7 66:5

**frequency** 19:9 78:1

**frequent** 19:24

**frequently** 21:1, 4,5,16,17 36:25

**full** 32:1 86:16

**fully** 46:3 48:1 49:1

**function** 11:11 14:5 17:20,23, 25 35:6 93:14, 24,25 94:2

**functions** 9:24 10:1

**further** 34:21 80:17 87:20 88:20 90:1,2 94:10,20

**Furthermore** 53:22

**FW** 35:14

**G**

**gain** 66:9,21 67:5

**gender** 50:15 51:13

**general** 64:4

**generally** 33:12 36:9 79:25

**gentlemen** 56:1 76:16

**German** 53:7 54:3 55:8,11 61:1 89:11,17, 19

**Germany** 55:1, 2,5 59:20,21

**gets** 30:23 31:2 33:5 63:21

**give** 7:6 25:14 57:22 58:22 76:15 77:17 78:2 80:19

**given** 6:18 92:15

**giving** 18:10 31:13 90:22

**Gmbh** 72:9

**goal** 46:2

**going** 6:21 7:12 12:19 22:13,14 24:15 25:15 31:12 38:14 41:2 46:10,20 51:3 61:20,22 65:22,25 68:12,18 74:2, 3 80:21 91:7 92:6 94:24

**good** 6:10 7:10 28:24 30:1,9 51:21 81:3,4 88:25

**got** 66:14 75:14 78:3

**GPV** 69:3,7

**graph** 63:1

**greater** 34:18

**group** 8:22 9:6, 7,14,17,23 11:2 13:19 18:5 34:24 35:5 51:13 67:21,24 81:17,22 82:21 88:2 94:15

**groups** 35:6,10 50:15 67:15,20 79:25 80:3

**grown** 59:1,2, 16

**GSL** 71:9 87:13

**GSLS** 67:17,20 69:16,20 70:2 71:4,12,18 77:22 83:11 88:2,5

**GSP** 15:3

**Gu** 60:17

**guess** 22:13 58:6 76:21

**guys** 24:13

**gynaecological** 34:25

**H**

**Haag** 60:25 80:11

**half** 46:20 54:17

**hand** 19:10 51:3 67:9 68:12,19 74:2

**handed** 65:15 68:24 74:5

**handle** 64:3

**happens** 18:3

**haven't** 81:9

**having** 6:7 15:10

**head** 7:7 67:24 68:2 80:9 93:24 94:2

**heading** 56:7

**health** 10:8 34:24

**healthcare** 35:3 67:21,25 68:3

**hear** 7:15

**heard** 81:16 87:22

**held** 5:6

**help** 6:22 7:13 15:5 20:14 55:12

**helpful** 7:18 48:8

**helps** 53:19

**here** 6:11 7:12 8:10 10:18 32:1 33:22 37:13 40:14 55:18 56:18 65:23 66:14 69:20 71:10,21 80:3 89:18 90:22 91:14 92:10 94:7

**high** 57:25

**higher** 21:11

**highly** 32:18

**hitherto** 15:17

**hoc** 77:21

**hold** 70:12

**holder** 85:1,3

**hope** 94:8

**hour** 24:12 54:19 65:23

**hours** 54:11,22

**how** 19:24 20:13 34:10,11 43:18 52:6 54:7,8,9,11 57:3,14 58:6,7, 11 64:14 76:17 78:2 85:4 88:12

**however** 10:1 45:16 47:11 49:23,25 58:22 66:16,18 80:11

**hypertension** 10:25 51:9 56:3,11 57:5 58:14 62:8 63:21 64:15 67:3 76:7,18 85:12 90:5 92:13

**hypothetical** 38:9

**I**

**I'LL** 25:23 68:17

**I'M** 12:19 23:21 25:15 31:12 33:22 34:16,17 38:14 39:18 41:2 51:3 63:10 68:5,7, 12 74:2 76:21 79:3,10 88:23 90:18 91:6,10, 11,19

**I'VE** 58:20 68:24

**i.e.** 15:11,21 77:21

**IBGM** 26:20

**idea** 47:13 56:20 73:23

**identifiable** 37:14 64:6 83:1

**identification** 83:2

**identified** 31:3 63:3

**identify** 5:12 47:4 83:3

**idiopathic** 56:2, 10 57:4 58:13 63:20 64:15 67:2 85:12 90:5

**IIH** 39:13 58:20 59:10 62:24 74:10

**IMI** 28:25 89:3, 4

**immediately** 75:15

**implants** 79:20

**important** 7:6 15:3 30:1 34:4 71:16

**in-house** 91:8, 11

**include** 37:24 52:16 65:19 82:1

**included** 26:12 37:1 38:11 44:10 50:13 65:21

**includes** 71:15

**including** 26:16 49:22

**incomplete** 38:4,9 52:20

**increase** 56:9

**increased** 62:17 67:2

**indeed** 90:7

**indicate** 63:2

**indicated** 28:5 29:23 75:4

**indicates** 56:8

**indicating** 62:6

**indication** 34:24 58:22

**individual** 16:10 17:10 29:18 30:18 31:1 33:3 35:8 49:20 77:20 87:3 92:22 93:13,22 94:17

**industry** 19:2

**Ines** 60:25

**info** 30:25

**information** 22:7 28:8 40:2 52:16 53:3 66:8 67:4 78:17 79:16 87:1,7 88:5 92:15,18 93:2, 11 94:17

**initial** 32:21 50:4

**initialization** 88:9

**initially** 44:3

**initiate** 81:23

**initiating** 81:18, 20

**injured** 92:11, 16

**input** 12:3,7 18:8,10,14,15 38:17

**Insight** 13:23

**inspection** 78:7,14 79:11, 19 80:1,2

**inspections** 10:7 78:22 80:6,10,14

**instance** 64:24 65:3

**instruct** 91:7

**instruction** 84:5

**instructions** 70:20

**integrated** 15:10

**interaction** 94:12

**internal** 8:24 10:5,10,12,14 13:12 81:25 86:5,15

**internally** 17:3

**international** 53:24 89:2,14

**interpret** 7:9 20:6 21:24

**interpretation** 18:11 83:10

**INTERPRETER** 20:17,21 26:23

**interpreters** 5:14 6:4,5 7:8, 12 25:1

**interpreting** 83:6 85:20

**interval** 28:4, 12,17 84:16

**intervals** 21:12

**into** 16:11,21 18:8,14,15

30:19 31:4 38:17 39:1 42:20 53:7 67:19 80:8 87:4 88:21 94:16

**intracranial** 10:25 51:9 56:3,10 57:5 58:14 62:8,16 63:20 64:15 67:3 76:7,18 85:12 90:5 92:13

**intrauterine** 6:14 34:15

**invalid** 63:23 64:2,11

**investigation** 39:13 40:4,23 41:5,9 42:21 56:2 58:13 59:9 62:14 74:10

**investigations** 57:3,10,17 58:8

**involve** 52:18

**involved** 59:4 80:1,4,10 83:14,20 87:23 88:1,24 89:5 92:8,21

**involvement** 88:8 94:16,19

**is's** 61:3

**isn't** 52:23

**issue** 35:23

**it's** 7:5,18 11:3 16:6 21:4,5,16, 17,23 28:6 31:1,15 33:11 34:25 39:20 49:19 51:7 52:2 53:15 57:11 59:2,16 60:16 62:21 64:9 69:4 70:20 74:6,7, 16 88:19 90:10

**its** 13:20 30:13 52:4 86:5

**itself** 21:22

**J**

**Jadelle** 79:20

**Jaeger** 60:25

**January** 8:2 32:11,16,17 80:12

**Japan** 13:23

**Jeremy** 5:25

**job** 26:17 38:22 83:14,20

**judge** 48:1 49:2

**July** 8:15

**jury** 9:1 18:23 56:1 76:16

**just** 6:21,22 11:11 13:11 20:17 21:6,9 22:8 23:12,21 24:25 25:11,23 26:1 31:10,21 33:11 34:22 35:20 50:7 52:24 53:2,3 55:25 59:25 63:10 68:19 70:17,18 74:5

**K**

**Katrin** 5:5 6:6 39:21,22,23 42:16 69:3

**katrinmanlik@ bayer.com** 74:16

**keep** 38:6

**Ken** 5:21

**Kennerly** 5:19

**kind** 41:25 45:19,20,24 64:23 65:16

**kinds** 61:14

**KM** 42:16

**know** 6:16 20:19 25:25 31:15,25 33:7 66:11,16 72:2 73:20,22 75:8 79:4 86:17 94:4

**knowledge** 56:17 83:24

**known** 15:18

**Koelm** 39:20 40:14,19,22 41:14 42:6,14 43:6,12,16 44:11,19 45:2 47:10,17 57:2 65:6,15 90:9, 16

**Koelm's** 43:8

**Kuhnert** 60:25

**L**

**lack** 45:12

**ladies** 55:25 76:15

**laid** 84:4

**Lamacchia** 5:17 46:17,19 47:18 48:15 49:6 50:5,16,22 51:2 52:9 53:4 54:25 55:14 57:13,19 58:9 59:7,14 60:4, 10,18 61:18 62:12 64:12,18 65:2,24 66:6, 24 67:8 68:1, 11,18,22 70:13,22 71:25 73:1,9,18 74:1, 25 75:23 76:14,20,24 77:6,11 78:4, 11,19 79:1 80:16 82:3,11 83:8,16 84:17 85:16 86:8 87:25 88:14 90:2,13,20,25 91:9 93:4,7,15 94:1,6

**LAN** 13:23

**language** 53:17

**large** 93:23

**larger** 27:9,10, 11

**last** 25:14 41:25 46:24 49:18 61:25 62:23 69:1,16 79:2

**Lastly** 89:8

**later** 30:23 31:1 49:17

**Laura** 5:23

**lawsuit** 6:13 63:22

**lawsuits** 56:9, 22 92:14,19 93:11

**lawyers** 55:4 63:9,19 91:10

**lead** 47:20

**leader** 14:16 60:24 67:23 80:8,11 91:17, 18

**leadership** 10:4

**least** 72:9

**leave** 80:12

**legal** 63:2 91:6

**Lenolution** 72:9,11,13,14, 17,20 73:10,13 75:10

**Leslie** 5:17 46:18

**less** 21:1,3,4, 15 36:25 77:12

**let** 7:2 25:25 30:6 58:10

**let's** 22:10 38:6 46:8 61:19 62:10,20

**level** 15:7 35:21 71:10

**levels** 71:6

**Levonorgestrel** 34:14

**licence** 10:6

**like** 7:16 8:11 21:7 39:20 53:5,18 54:19 58:3 64:22 75:21 79:11 82:1 87:11 94:11,22

**likely** 32:18

**limitations** 50:7,8 51:15

**line** 48:9 63:8 69:22 91:17

**list** 70:3 71:11 80:5,15

**listed** 29:7

**listening** 70:17

**listing** 32:21

**lists** 9:16 10:6 18:6 79:24

**literature** 13:9 16:13 17:10 18:15 38:17,22 40:16 85:9

**litigation** 5:6 56:17 62:3

**little** 13:11 33:17 58:10

**live** 55:2

**log** 70:2

**London** 5:7

**long** 25:3

**look** 14:22 21:6,10 26:1 28:21 55:24 56:6 65:7 70:2,3 71:5,19 84:9

**looking** 15:4 35:12

**looks** 8:2,11 15:16 31:14 39:20

**loss** 66:22

**lot** 11:3 17:19 25:2,19 53:23 87:8 89:14

**lower** 21:11 28:3,17

**lunch** 46:13,23

**M**

**made** 37:11 91:16

**MAH** 79:20

**mailing** 79:24 80:5,15

**main** 8:23 10:1

**make** 6:22 7:13 21:9 24:25 25:7 37:20 53:9 58:10 64:11 82:23 89:23 92:17,25 93:8

**makes** 92:17

**making** 83:14 92:2 93:9

**management** 10:3 14:23 15:8,25 16:2,6,16,18,19 24:6 38:18 53:25 65:17 67:18 70:20 72:22 73:4,14 79:11 83:12 84:8 90:9

**manager** 91:17

**Manlik** 5:5 6:6,10 24:23 25:11 42:17 46:18 66:7 69:3 80:17 81:3 89:25 90:3 94:6,14

**Manlik's** 79:3

**many** 10:15 54:7,8,9,11 57:3,14 58:6,7,11 64:14 76:17 78:3 85:4

**March** 79:14 80:12

**marked** 7:22,24 8:1 29:4,6 31:6,8,9,22 38:24 41:18,20 51:1,4 53:10 68:10,12,20 73:25 74:2,5 78:25 84:10

**marketing** 84:25 85:2

**marking** 79:3

**match** 48:4,18

**matching** 92:23

**mathematical** 16:17 18:22 20:6 26:11 28:1

**matter** 5:5 92:2

**Max** 5:19

**maximum** 21:12

**may** 16:11 25:7,14 37:6 82:23 91:5

**May16** 69:13

**MDL** 5:5

**mean** 9:2 12:7 19:18,22

**means** 21:3,15 33:8 40:14 52:24,25 69:23 71:4 86:17

**meant** 7:20 69:14

**meantime** 75:12

**measure** 36:16,20

**measures** 26:15,17 27:1 36:22 37:1 65:20

**Meddra** 49:3 66:17

**medical** 11:16,18 12:12,14,15,25 15:22 16:13 17:10,16 18:15 19:9,11 29:21 34:16,19 35:10,20 36:23 37:9 38:17,22 43:25 48:25 54:1 64:7,25 67:18 70:6 81:5,8 83:12,15,21

**medically** 24:7 28:9

**medicinal** 19:25

**meet** 54:4 55:4

**meeting** 54:13

**member** 59:19,20,22

**members** 59:18 60:22 61:7,12 91:12

**mention** 37:11 48:2

**mentioned** 10:10 12:9 13:12 15:24 18:13,17,22 20:12 42:23 46:7 50:7 51:25 52:1,24 59:15 66:20,22 67:10 77:20

**met** 46:19 54:16 55:16 64:5,8,9

**method** 43:23

**methodology** 47:5 50:9,18

**might** 20:13 58:6 59:4

**million** 85:8,13

**mined** 67:22 69:23 70:3 71:5

**minimum** 21:12 64:8

**minute** 46:9

**minutes** 22:13, 15 24:12 80:20

**MIR_AC_00179160** 31:23

**MIR_IIH_EU0008718** 41:22

**MIR_IIH_EU00185065** 68:25

**MIR_IIH_EU00547417** 39:3

**Mirena** 5:5 6:14 34:14 37:7,19, 25 51:8 56:2 57:4,20 58:7, 13,20 59:9 61:8,16 62:7, 24 64:16 65:5 67:2,12,23 81:12,14 85:11 90:5 92:11

**mischaracterization** 38:9

**mischaracterizes** 23:11,24 38:4 40:25

**missing** 53:3

**module** 14:8,11

**modules** 13:21, 25

**moment** 23:12 52:14 85:7

**monitoring** 17:15 18:7,14

**month** 69:20 85:14

**monthly** 37:23 69:17 84:19,22 85:6,20,24 86:3,6 88:3

**months** 87:6,7

**more** 21:1,5,8, 16,17 22:2 23:1,2,4 24:25 25:4,18 30:16 36:24 38:5 53:20 55:20 58:11 61:1 77:7,9 87:7,10 92:15

**morning** 6:10 46:19 76:5

**mostly** 11:19

**mother** 89:20

**move** 7:3 23:9, 17,22

**Mr** 5:19,21,25 6:2 11:1,14 12:5,22 13:4, 17 14:6 15:14 18:18 19:16 20:8,16 21:20 22:12,21 23:10,23 24:11 25:23 26:18 27:6,15,21 28:15 30:4,14 31:12,18 32:7 33:1,9,13,25 34:7 35:1,24 36:7,10 38:3,8, 19 40:11,24 41:16 43:14 44:6,15,22 45:5,12 46:1 47:6,22 48:21 49:11 50:10,20 51:16 52:20 54:23 55:9,18, 19 57:7,18,21 58:15 59:11,24 60:6,14 61:9 62:11 63:25 64:17,20 65:12,22 66:10 67:6,13 68:4, 16,21 70:11, 15,25 72:18 73:5,15 74:23 75:5,7 76:1,3, 11,19,23 77:2, 8,16 78:8,15, 23 80:19 81:2 82:7,14 83:13, 19 84:20 85:18 87:17 88:10 89:7,25 90:6, 17,23 91:4 92:20 93:6,12, 20 94:3,10,20

**Ms** 5:15,17,23 6:9 7:23 11:7 12:1,8,24 13:6 14:2,9 15:23 18:20 19:19 20:11,19 22:9, 16 23:3,14 24:14,22 26:4, 21,24 27:12,18 28:11,20 29:5 30:11 31:7,17, 20 32:9 33:6, 10,16 34:2,13 35:11 36:3,8, 14 38:6,13,25 40:20 41:1,19 44:2,12,16,25 45:8,22 46:8, 17,18 47:18 48:15 49:6 50:5,16,22 51:2 52:9 53:4 54:25 55:14,19 57:13,19 58:9 59:7,14 60:4, 10,18 61:18 62:12 64:12,18 65:2,24 66:6,7, 24 67:8 68:1, 11,18,22 70:13,22 71:25 73:1,9,18 74:1, 25 75:23 76:6, 14,20,24 77:6, 11 78:4,11,19 79:1,3 80:16, 17 81:3 82:3, 11 83:8,16 84:17 85:16 86:8 87:25 88:14 89:25 90:2,3,13,20, 25 91:9 93:4,7, 15 94:1,6,14

**much** 68:21

**multiple** 30:10 32:24

**must** 17:19

**myself** 8:8 23:13

**N**

**name** 5:9 6:10 46:18 55:21, 22,23 60:11,21 61:4 79:10

**named** 72:5

**names** 55:15 60:9,17

**narrative** 71:15

**Natale** 5:15 6:9, 11 7:23 11:7 12:1,8,24 13:6 14:2,9 15:23 18:20 19:19 20:11,19 22:9, 16 23:3,14 24:14,22 26:4, 21,24 27:12,18 28:11,20 29:5 30:11 31:7,17, 20 32:9 33:6, 10,16 34:2,13 35:11 36:3,8, 14 38:6,13,25 40:20 41:1,19 44:2,12,16,25 45:8,22 46:8 76:6

**nationalities** 54:1

**native** 55:11

**Naturally** 93:24

**nature** 92:5

**necessarily** 38:2 80:4

**necessary** 45:18 91:16

**need** 9:19 23:12 25:18 27:24 36:24 43:2 45:16 48:25 64:24 72:20 73:12

**needs** 26:1

**neither** 81:14 94:18

**network** 82:21

**never** 21:6 45:9

**new** 15:18,20, 21

**newly** 63:3

**next** 7:3 15:10 16:21,23 22:4 23:9 24:3 62:10,21 68:13

**nine** 59:2,16,17

**nods** 7:7

**non-argumentative** 38:7

**non-legal** 63:3

**non-responsive** 44:14 93:5

**none** 61:15 92:7

**nor** 81:14 94:18

**Normally** 80:6

**nothing** 17:20, 22,25 59:12

**notice** 69:16 88:2

**notification** 80:6

**notified** 79:18

**notify** 69:20

**November** 14:15

**now** 34:16,25 59:2,16 69:25 72:11 75:14 88:6 90:4 94:5

**Nowicki** 72:5,7, 8 73:19 74:6, 14 75:2,5,9,19 76:1,3

**number** 5:4 19:13,21,23 22:25 27:9 29:10 37:2,13 43:8 46:12 57:23 58:23 62:13,22,24 71:7 83:2

**numbers** 37:14

**O**

**oath** 6:18

**obesity** 66:8 67:4

**object** 33:14,15 34:6 44:13

**objection** 11:1, 14 12:5,22 13:4,17 14:6 15:14 18:18 19:16 20:8,16 21:20 22:21 23:10,23 26:18 27:6,15,21 28:15 30:4,14 31:13,18 32:7 33:1,9,13,25 34:7 35:1,24 36:7,10 38:3,8, 19 40:11,24 41:16 43:14 44:6,22 45:5, 12 46:1 47:6, 22 48:21 49:11 50:10,20 51:16 52:20 54:23 55:9 57:7,18, 21 58:15 59:11,24,25 60:14 61:9 62:11 63:25 64:17,20 65:12 66:10 67:6,13 68:4 70:25 72:18 73:5,15 74:23 75:7 76:11,19,23 77:2,8,16 78:8, 15,23 82:3 83:8,16 84:17 85:16 86:8 87:25 88:14 90:6,17,23 92:20 93:5,12, 20 94:3

**objects** 34:10, 12

**obligation** 85:1

**observation** 22:2,19 23:6,7, 9,21 24:3,5,9 27:5,14,20 28:6,14

**observations** 16:7,14,20 23:20 26:6,12 69:24 70:4,8 71:5

**obtain** 86:14

**obtained** 87:7

**obtains** 93:2

**occurring** 20:1

**occurs** 36:23

**October** 8:16 39:7 74:6 75:3

**odds** 19:5 20:13

**Odo** 60:25

**Oen** 6:2 55:19

**off** 24:15 46:9, 10 65:25 80:21 91:15 94:24

**offers** 9:17

**often** 87:1

**Oh** 7:19 92:6

**okay** 7:4 25:13 33:17 42:23 46:21 47:19 53:11 61:22,25 62:20 76:15

**older** 52:19 87:8

**once** 30:3 69:20 82:15

**one** 5:4 9:4 18:16 19:1,3, 10 20:18 21:5, 15,17 24:17 31:11,14 33:14,23 34:4, 6 37:1,6 46:23 48:5,16 52:4 53:18 55:11,20 59:19 60:11 61:1 68:15,17 71:11 76:4 79:2 82:5 85:12 93:22 94:14

**one-off** 77:23

**ones** 53:2

**ongoing** 17:15 18:7,14

**only** 28:2 30:2 51:22 55:22 58:18 66:19 68:14 73:23 81:22 92:1

**Open** 52:3

**opened** 33:5

**operation** 70:20

**operational** 84:5

**operations** 67:22

**operator** 5:10

**opinion** 47:20

**oppose** 44:15 93:6

**opposed** 86:5

**Oracle** 10:15 13:19 15:9

**order** 9:6,7,13 22:3 28:9 29:19,24 30:9 34:18 45:16,19 47:12 48:23 64:4,23 65:1 70:7 71:13,20 89:20

**ordered** 43:6 44:19

**organizational** 92:2

**origin** 63:7,14

**originally** 49:16 91:13

**other** 7:2 9:10, 11,24,25 18:16 19:11 20:1 23:2 26:1,16 29:22 33:24 34:4 37:20 38:1 43:7 50:8 59:4 71:19 77:22,23 81:15 91:8

**others** 9:13 13:22 19:6 54:2

**our** 6:23 7:2,8 9:17,23 10:1,9 11:2,18 12:14 18:5 25:1,16, 20 27:25 37:15 67:17 82:5,21 85:8 86:15,17 88:2,8

**out** 7:13 10:8 11:3,21 18:3 22:10 23:13 24:8 30:20,25 37:10,13 43:6, 17,20,24 44:3, 4,8,20 45:20, 24 47:10 49:4 51:20 52:2 57:9 58:3,21, 24 59:1 61:13 69:19 82:25 83:11 84:18,22 85:5 89:15

**output** 9:15 65:17

**outside** 9:25 10:4 12:15 71:24

**over** 6:21 7:1 56:11 57:24 59:1,16 65:23 80:13 86:16 88:18

**overall** 34:9 45:17 84:7

**overview** 34:10,11 71:9 78:2

**own** 21:7 73:2, 3 86:17

**P**

**page** 8:11 29:9, 10 31:11,14, 15,17 32:2 39:5 42:1,10 56:7 61:23 62:1,6,10,21 65:7,8 68:25 69:1,16 79:12

**pages** 32:1 61:20

**paper** 51:24

**Papilloedema** 62:18

**paragraph** 56:6 62:15 63:7

**parameters** 45:21,25 46:4 47:13,14,21,23 48:13 51:12

**paraphrasing** 33:22

**part** 13:16,18 16:4,15 17:7 21:23 25:16 26:6 28:19 29:16 30:24 33:3 37:17 38:21 40:16 57:9,12 58:21 65:14 71:16 81:21 82:17 85:9

**partial** 31:19

**particular** 35:4 49:23 59:5 66:13

**partners** 10:7

**parts** 26:1 40:5 41:4,9

**pass** 57:1

**past** 61:12

**Patel** 60:17

**paternity** 80:12

**patient** 29:20 64:6 92:16 93:10

**pause** 70:15

**PEC** 72:1

**Peer** 60:25

**people** 17:16 53:24 54:1 59:17

**per** 11:4 76:9 77:20

**perforations** 35:14,22 37:6

**perform** 12:19, 20 36:4

**performed** 41:15 42:25 45:4 56:3

**period** 9:13 32:22 50:2,3 56:11 69:25 70:21 72:10 88:7

**periods** 49:16

**person** 24:8 60:12 63:19,22 93:16,18

**personally** 54:14 89:4 94:18

**persons** 54:8,9, 10 92:10

**Peter** 72:5,7,8 73:19 74:6,14 75:2,9,19

**peter.nowicki@ lenolution.com** 74:15

**peternowicki@ b.ext.com.** 75:22

**peternowicki@ bayer.com.** 74:17

**Petra** 42:14 90:15

**Pfoertner-franz** 61:5

**Pharma** 8:18

**pharmaceutical** 10:16 19:2

**pharmacovigila nce** 8:17,20 9:4,22 10:23 11:10,22 13:20 14:4,17,24 29:17 34:23 39:10 53:23

**phrase** 33:7

**PK** 42:14

**place** 83:25

**plaintiffs** 5:16, 18,20 6:12

**planned** 91:14

**please** 12:6 25:19,25 40:3, 4 55:24 65:8 79:17

**point** 24:7 70:6

**points** 24:25 48:2,12 51:23

**Population** 79:19

**position** 8:11 12:21 14:3,18, 19,21,22 34:23 48:2 49:1 68:8 79:9 88:23

**possibility** 86:14

**possible** 47:16 49:14,19 61:14 89:21,24

**possibly** 76:13

**potentially** 15:10

**PPR** 23:1,4

**practice** 21:8

**Practices** 28:24

**precise** 47:15 89:24

**precisely** 89:21

**predetermined** 77:25

**preferred** 82:9

**preparation** 54:5 55:7

**prepare** 8:5 10:6 15:5 18:6 70:5

**prepared** 8:7

**prepares** 17:18

**preparing** 91:23

**prepped** 54:12

**present** 14:15 22:4 24:10 55:11,18

**presentation** 75:13

**presented** 45:10

**pressure** 62:16, 17

**previous** 7:18

**previously** 15:18 62:5 67:10

**prior** 90:22

**prioritisation** 16:25

**problems** 47:4 51:15 52:11

**procedure** 84:3

**proceeding** 89:12

**process** 9:5 16:5,23 17:6 18:7,8,14 22:4 24:1,7 29:17, 22 30:8,9,24 31:4 38:18 43:22 71:17 84:4,8 87:24 88:3,6,9,22,25 92:24

**processed** 52:6

**processes** 9:18 30:13 83:25 86:17 93:14

**processing** 10:3 16:18 30:17,24 93:17,23

**produced** 65:18

**product** 10:15 15:19,22 17:14 28:8 29:22 35:9 36:23 37:3,9,11,16 38:11 52:8 58:25 64:7,25 65:4 67:18 70:4,6 72:3 81:15 83:11,21 85:5,8,13 87:14

**product-specific** 81:13

**products** 9:9,10 13:20 16:13 19:10,11,25 20:2,3 35:7,10 38:23 58:5 61:14,17 84:21,24,25 86:11,19,21 91:25

**professionally** 94:9

**project** 82:2,10 89:4 91:18,19

**projects** 89:3

**proportional** 19:4 22:23

**proposal** 53:18

**PROTECT** 28:25

**provide** 12:3 35:9 45:23 61:16 73:16 88:5

**provided** 7:25 11:24 13:25 28:8 40:2 93:1

**provider** 15:12

**provides** 84:4 86:20

**provision** 11:17 12:13

**PRR** 19:4 21:7, 11 22:23 23:4, 5 26:16 27:4, 10,25 28:2

**pseudotumor** 92:13

**PT** 48:4,18,20, 24 51:13 52:11 66:18

**PTS** 49:4 64:22

**publication** 39:14,16 40:10,15 42:8 45:11,18 46:5, 6 47:4,9,11,12, 20,24 50:9,12, 24 51:5,14,15 52:10 53:5 74:11 75:25

**published** 13:9

**purely** 49:5

**purpose** 16:18

**put** 31:9,13 38:14 61:20

**PV** 8:22 9:23 10:1,2,4 35:5 53:25 65:16 67:17 79:9,11, 24,25 83:12 90:8 92:25 93:14

**Q**

**qualified** 50:18

**qualifies** 64:8

**qualitative** 16:8,10 17:9, 12,15,21 18:1, 2,5,8,11,16 71:23 84:6

**quality** 30:7 86:11,21

**quantitative** 16:9,16 18:21, 25 26:12 71:22 84:7

**queries** 18:3

**query** 9:18

**question** 7:17 12:15 23:13 41:2 44:17 48:19 54:8 57:1 58:10 60:3,7 63:19 65:10 74:21 90:8,10 92:16 93:8 94:14

**questions** 31:21 46:24 61:21 80:17 90:1 92:5 94:21

**quick** 6:22 24:25 46:8 65:23

**quickly** 28:21

**quite** 17:18 19:1 53:23 87:2

**R**

**Raftery** 60:21

**Raj** 60:17

**Raphael** 6:2

**rate** 64:24

**rates** 33:23 56:10

**rather** 11:17,23 12:13 35:9 89:19 91:20

**ratio** 19:5 20:13 22:23 36:16

**ratios** 36:6

**Re** 35:14

**reach** 16:15

**read** 25:15,18, 20 35:14 39:19 40:6 45:18 47:11,12 50:23,25 51:17 53:5,6,8,12,14 54:2

**reading** 46:6

**reads** 62:13

**real** 7:8

**really** 17:6 47:9 48:1,14 49:15 57:22 64:22 77:4,17 94:4

**reason** 56:17 65:20 68:13 86:20,22 87:15 89:23 91:15

**reasoning** 48:9

**reasons** 78:18
**recall** 38:18 55:15,21 69:6 76:5,10 78:20
**receive** 10:24 81:22
**received** 62:2 76:6,18 81:7
**receives** 81:18
**receiving** 75:17
**recent** 66:9 67:5
**recently** 68:9
**recognition** 15:16,17 16:6 23:7,20 24:5
**recollection** 52:12 77:1
**recommend** 49:22
**recommendations** 17:1
**record** 5:13 6:23 24:16,20 25:8 29:7 31:13 39:2 41:21 46:9,11, 15 66:1,4 80:22,25 94:25
**recreate** 47:15 48:9
**recurrent** 77:25
**recurring** 83:25 84:16
**redundancies** 29:19
**refer** 90:10 91:21
**reference** 49:21 51:18
**referenced** 84:11
**references** 9:9
**referred** 43:17
**referring** 9:22 40:5 41:5,9 42:6 58:17 91:20
**refers** 41:14 43:8 63:11
**reflect** 7:14 75:18
**regarding** 6:14 12:3 51:12 56:2 58:4 61:13 67:1,23 69:8 78:21 86:13,23 87:2 91:24
**regards** 58:17 61:7 65:17 67:12
**regular** 77:24 78:3
**regularly** 83:25 84:15
**related** 19:11 35:22,23 37:25 50:2,3 51:21 91:23,25
**relates** 14:24 63:12
**relating** 10:24 48:12 76:7,18 80:14
**relation** 52:6
**relationship** 15:21 19:8
**relationships** 15:18
**releasing** 34:15
**reliable** 47:21
**remark** 25:8
**remember** 33:19 46:25 50:11 52:13 55:17,22 69:10
**remit** 57:9
**removed** 49:15
**repeated** 77:24
**reply** 82:19
**report** 56:10 58:12
**reported** 19:5, 24 20:1,13,25 21:1,4,5,16,17 33:23 36:24 37:3,6,19,20 52:25 63:9,18, 21 64:10,16 92:25
**reporter** 5:11, 13 6:24 7:5 64:7 66:23
**reporters** 66:20
**reporting** 19:4 22:23 56:8,11 62:7 85:21 86:6
**reports** 19:8 32:25 36:16 57:16 62:16, 22,24
**represent** 31:10 34:20 92:10
**represented** 80:3
**representing** 31:14
**represents** 79:24
**request** 15:3 41:7 43:8 47:17 65:15,18 79:16,18 82:5, 13 83:4,7 87:15
**requested** 43:12 82:15
**requests** 10:24 11:6 15:8 16:14 76:7,17 77:19,20,21 81:16,19,20,22 87:14
**require** 34:19
**required** 9:15 22:3 23:9,22
**requires** 87:19
**resides** 60:12
**respect** 10:17 27:23 36:22
**response** 18:13
**responses** 7:15
**responsibilities** 8:19 14:21 81:11,14
**responsibility** 90:12
**responsible** 70:5 93:9
**rest** 59:21
**restricted** 51:20
**restricting** 9:12
**result** 19:12,20, 23 20:24 21:10,22,24,25 22:1,17,18 24:3 26:25 27:2 66:19 82:19 83:3
**results** 9:20 11:25 13:2,8 16:19 18:4 44:9 70:9 71:3 85:20
**retrieval** 11:12, 23 40:6 41:6, 10,13,14 42:24,25 43:5, 9,13,19,22 44:4,18 45:3, 10 81:17,19 82:2,9,17,25 83:1,3
**retrievals** 8:24 9:2 10:19 11:4 12:4 40:18 44:8 61:13 65:9 76:9 77:24 78:3
**retrieve** 87:9
**retrieved** 11:11 83:7
**review** 38:22 40:5,9,15,16, 22 41:4,8 43:8, 12,16 44:1 45:2,9,16 47:3, 9,11 58:21 68:17

**reviewing** 45:3

**Revised** 51:7

**rhythms** 77:25

**right** 22:11,12 26:2 51:9 55:1 56:4 60:11 61:2 63:16 76:1 90:4 94:5

**right-hand** 42:11

**rights** 15:4

**risk** 53:25 65:16 67:2,17 83:12 90:8

**role** 10:13 12:2 18:10 20:4 39:9 81:18,21 83:5,10 85:19, 22 87:18

**roles** 81:10,14

**Roman** 60:24 80:11

**room** 56:18

**ROR** 19:5 20:12,14,24 21:7,18 26:16 27:13,17

**Rory** 60:21

**rules** 6:22 24:24

**run** 57:16 58:12 69:8,17, 21 84:12,14 85:6 88:4

**runs** 84:19,22 85:14,21

**Rxlogix** 72:12

**S**

**safety** 8:16,19, 21,25 10:11, 12,17,23 11:8, 9,21 13:12,22 14:3 16:6,11, 20 18:8 22:2, 19,24 23:6,7,8, 20,21 24:3,4,5, 9 26:6,12 27:4, 14,20 28:1,6, 10,13 29:18 39:10 57:25 67:22 69:23 70:3 79:16 86:2,5,10

**said** 7:16,19 12:11 17:10,13 19:20 20:20 21:14 22:11,17 23:6,15,19 25:5 26:25 47:24 59:25 76:12,25 86:19

**same** 19:10,25 29:20,21 33:4, 13 49:24 56:15 57:21 64:20 77:2 82:20,22

**SAS** 49:17,21, 22

**saw** 46:4 51:18

**saying** 75:15

**says** 8:15 14:15 32:16,20 35:13 39:21,22 40:1 42:1 62:1 63:8 69:2,12 74:15

**Schering** 8:12, 17 88:16

**Schoendorf** 47:10 57:2 65:6,15 90:9, 15

**Scientific** 28:22

**search** 9:8 15:16 37:12 47:14,24 48:3, 17,25 49:3,19, 23 51:13 66:18 82:8,16

**searches** 37:15 52:4 57:24 58:3,4,23 59:5

**second** 15:6 16:15 46:20 54:17 56:6 69:22 71:11 79:13

**secondly** 82:20

**section** 29:12 35:4 43:17

**see** 7:11 18:9 21:12 22:3 28:23 29:12 31:22,24 32:10,22 35:13 37:13 39:2,4,6, 12 42:3,11,13 47:14 48:12 52:22 61:25 62:14,18,19, 23,25 63:4,5, 10,16 64:1,10 65:8 69:2,4,11, 15 74:7,11,13, 17 79:12 84:12

**seems** 42:9

**seen** 58:20 68:8

**self-awareness** 90:15

**semiannual** 17:17

**send** 10:6

**sender** 32:2 74:14

**sending** 11:12 69:6 75:17 82:5

**sense** 10:8 18:10 37:21

**sent** 9:14 18:3 32:11 47:17 75:3 77:19,21

**sentence** 25:15 56:15 62:1 63:10

**sentences** 7:2

**separate** 33:4

**seriously** 88:18 89:22

**served** 8:16

**services** 35:9 61:17 72:20 73:13

**servicing** 35:6

**set** 48:7,11 49:8,9,13 52:5

**sets** 49:16,20

**several** 13:21

**Sexton** 5:23 55:19

**shakes** 7:7

**Shankar** 55:23

**share** 68:19 71:1 74:4

**She's** 79:8

**short** 24:18 66:2 80:23

**should** 7:1 48:24 49:10, 13,14 65:20

**show** 78:6,13

**shows** 62:22

**side** 16:12 35:15 37:25

**sign** 22:13

**signal** 13:24 14:5,8,16,23, 25 15:8,13,15, 21,24,25 16:1, 4,5,9,10,16,19, 22,23,25 17:3, 5,7,9,16,18,21 18:1,2,5,9,11, 21,25 20:15 21:19,25 22:4, 5 23:8,16,18 24:2,6,10 26:7 28:24 30:1,7, 13 31:4 37:23 38:18 39:13 40:4,17,23 41:5,9,23 42:7, 20 43:18 44:8, 10 45:2 47:19 53:11 55:25 56:1,21 57:3, 10,16 58:8,12, 17,19,23 59:9 62:14 64:13 69:8,12,14,17, 19,22 70:8,10, 20,21,23 71:2,

3,5,16,20,21, 22,23 72:15, 21,23 73:4,13, 14 74:10 84:1, 3,7,8,11,14,19, 22 85:2,6,10, 15,24 86:2,24 87:1,22,24 88:4,6,8,13,25 90:4

**signals** 21:23

**significance** 21:9

**significant** 21:13

**similar** 22:4 92:3

**since** 57:5,14 62:2

**sincerely** 94:7

**single** 10:3 30:17,21,24 32:25 35:8 71:12,13 93:14,22,23

**sitting** 56:18

**situation** 75:19

**six** 69:25 70:1, 19 87:5 88:7

**so-called** 77:24

**software** 13:19, 21 14:1 15:12

**sold** 10:15

**some** 6:21 24:24 25:14 26:10,15 38:5 42:12 46:7 48:2,12 53:3, 20 61:20 63:1 68:13 87:2 92:4

**someone** 8:6 9:22 11:13 72:4

**something** 7:15 22:8 36:1 58:3 75:21 79:10 84:15 90:11

**sometimes** 66:16

**soon** 80:2

**sorry** 10:17 12:9 18:9 26:23 36:7,17 39:21 45:15 93:17

**sort** 23:13

**sound** 7:16

**source** 16:9

**sources** 16:7 17:12 18:16 23:21 71:19

**speak** 7:1 89:8 90:21 91:1

**speaker** 55:11

**speaking** 54:14 56:23

**special** 50:15

**specific** 9:11 19:9,25 21:2 35:8 36:16,17, 18 38:11 61:16 81:11,15 82:9 87:15

**specify** 12:7 19:17

**speed** 86:23

**spent** 91:22

**spoken** 89:15

**spontaneous** 85:9

**squared** 21:11 23:2 27:11

**staff** 28:9 88:24

**stage** 30:23

**stamp** 39:2

**stamped** 41:21 68:24

**stand** 42:14,16 72:1

**standard** 9:16 65:17 79:24 80:5

**start** 61:23 71:19 88:3

**started** 88:7

**starting** 57:15 59:1

**starts** 62:15

**statements** 89:21

**states** 59:19,23 60:13 79:17

**statistical** 16:17 18:22 20:6,23 21:7,8, 9 26:11,17 65:19 71:7

**statistically** 21:13

**step** 16:5,21,23 17:6 23:8,9,17 24:2,4,6 26:7

**Stephen** 5:9

**steps** 16:24 17:7 22:3 84:6

**still** 14:18,19 33:4 60:1 61:12 75:19

**stipulated** 70:19

**storage** 17:4

**stored** 82:20

**strain** 31:19

**strategically** 15:11

**strike** 11:8 12:10,17,19 17:23 20:4 27:2 35:17 36:18 38:15 41:2 73:11 77:12

**string** 31:16,17

**struck** 48:5,16

**studies** 17:11

**study** 16:14 42:2

**subgroupings** 51:19

**subgroups** 50:14

**subject** 35:13, 15 39:12 74:9 78:3 79:15 89:3

**submits** 82:13

**subsequently** 92:12

**successfully** 88:4

**such** 9:12 11:5 30:20 53:1 65:18 66:16 71:13 76:17 81:20,22,24

**suite** 13:19,20, 25

**support** 15:7 28:10 35:6 88:23

**supportive** 30:7

**sure** 7:13 20:19 21:9 23:15 24:14 25:9 43:20 53:21 68:7 82:24 89:23 92:2,17, 18,25 93:9,10

**surely** 11:5 76:9,13

**swear** 5:14

**switching** 7:13 24:13

**sworn** 6:4,7

**system** 15:2,5, 6,7,9 70:2 72:22 88:22

**systems** 14:12, 24

**T**

**tables** 9:16 65:9,17

**take** 15:7 22:5 24:11 46:8 54:2 68:19

84:9 89:22

**taken** 6:13 88:18

**talk** 91:16

**talked** 24:24 26:15 33:17 62:6

**talking** 46:24 54:19

**tape** 22:14

**task** 11:15,21 12:11 15:4 38:22,23 47:8

**tasks** 8:23 15:1 57:12 80:13

**team** 10:4 35:3, 8 58:25 59:15, 18,19,21,22 60:12,19,22,24 61:7,12 80:8, 10,11 91:11,17 92:5 94:19

**teams** 79:25

**technical** 16:12 17:14 47:13 49:5 72:22

**telephone** 54:15

**tell** 25:3 37:8, 16 59:3 64:21 75:15 86:4 90:11

**telling** 69:17

**tells** 19:23 20:24

**template** 8:9

**term** 20:18 53:17 69:22 70:19 87:22

**terms** 11:16,18 12:12,14 48:3, 5,17,18,20,24 49:3 51:13 52:11 66:17 82:8,9

**testified** 6:8 44:17 49:7 51:12 75:4 76:8 92:10

**testify** 89:17

**testifying** 89:11

**testimony** 6:18 48:19 76:10 90:22 94:8

**than** 21:1,3,4,5, 15,16,17 23:1 25:19 27:9,10, 11 52:18,19 77:7,9,12 87:8 91:8

**thank** 25:13 26:3 40:1 68:21,23 75:24 80:16 89:25 94:9,11,21,23

**that's** 7:19 10:15 19:1 22:11,12 24:5, 7 25:7 26:2 27:25 36:12 48:5 58:25 60:12 66:13,15 67:17 71:10 91:4

**their** 10:17 17:17 21:7 28:10 35:10 55:21 70:2,9 73:2,3 94:12

**themselves** 5:12

**therapeutic** 34:24 67:20, 21,24

**there's** 9:4 17:14 23:15 32:14 38:11 51:25 53:16,24 63:8 79:13 82:18

**Thereabouts** 54:24

**therefore** 58:5 59:3 64:10

**these** 11:16,23 12:12 13:24 19:6 28:7 51:23 53:1,2 54:13 55:4 58:2 65:21 70:1,7 72:24 75:13 77:19 78:1 81:16 85:20,24 86:3, 6,15 92:14,19 93:11

**they're** 63:2 68:18

**thing** 23:19 25:14 48:5,16 51:21

**things** 43:3 77:18 82:18

**think** 20:21 43:2 50:7 51:20 53:15,17 64:3 65:13 66:15 68:8 70:11 76:3,12 88:21

**third** 28:23

**Thor-mccarthy** 79:5,14,23

**those** 11:19,21 17:12,13 27:1 52:18 58:6,7 59:17 61:11 64:7,9 65:5,19 87:3,8 91:15

**though** 50:17

**thought** 89:16

**three** 7:12 46:16 65:19 68:14,25 87:7

**threshold** 22:1, 18,20,25 27:1, 3,13,19 28:1, 19

**through** 6:5 16:24 40:18 46:6

**Throughout** 88:15

**time** 5:8 7:19 9:13 24:16,20 39:9 46:11,15 50:1,2 54:16, 17 57:25 58:2 66:1,4 69:25 70:21 72:10 75:11 78:5 80:13,18,22 81:1 90:1 94:7

**timeframe** 49:24

**timeliness** 86:23 87:3

**times** 57:14 58:11

**title** 25:10 41:22 42:1

**titled** 51:7

**today** 6:11,13 7:12,24,25 54:5 61:12 87:23 89:18,21 90:22 91:3,14, 22 92:10 94:7, 13

**today's** 6:25 54:12

**together** 61:20

**tomorrow** 91:14,22

**tongue** 89:20

**too** 82:12

**took** 26:5 46:23 80:13

**tool** 19:15,18 28:5 43:25 48:6 49:20 52:1

**top** 29:10 32:10,19 77:23

**topic** 13:24 14:11,25 59:6 72:23 88:17 91:24

**topics** 46:24

**total** 37:2 58:23 62:1,15 63:8

**trained** 24:7 28:9 34:16

**training** 15:5 88:24

**translate** 25:4 56:14 70:12

**translated** 53:7

**translating** 25:24 70:14, 16,17

**translation** 30:16

**translations** 7:14

**translators** 25:17,20

**treat** 53:2

**treated** 94:8

**treatment** 94:12

**triggered** 39:13 42:8 74:10

**try** 6:22 7:13 22:10 46:3

**Tuesday** 69:13

**turn** 29:9 69:1

**turns** 30:25

**twice** 54:16

**two** 16:4 24:21, 25 36:6 43:3 44:7 46:12 51:23 54:17 59:18 60:16 61:7 67:15 71:6 77:18 82:18 91:16

**types** 12:18 57:16 58:2 65:21

**typically** 80:3

**U**

**UK** 59:19 60:20

**unannounced** 78:7,14,21 79:19

**und** 40:5

**under** 6:18 8:10 17:9 18:21 19:6 26:12 28:22 34:23 56:7 62:13 63:7 91:25

**underlined** 41:25

**understand** 6:12 35:17,19 45:17,19 46:3 54:3 55:12 92:9

**understanding** 33:21 35:21 41:12 56:13, 16,22,24 61:6, 21 75:1 78:13 79:21 90:14

**understood** 7:10 74:21,24 75:24

**unfortunately** 74:3 77:3 78:2

**United** 59:19, 23 60:13

**unknown** 15:17 53:2

**until** 73:24 75:6

**unusual** 75:11

**up** 15:8 17:17 21:3,14 30:25 32:19 33:5 54:2 57:11 78:1,7,13 87:5

**Update** 62:13

**updated** 92:18 93:10

**upgrades** 72:22

**upon** 65:18 87:15

**upper** 28:4,17

**us** 7:9,25 25:3 40:2 56:9,22 60:9,17 61:7 77:19,21 78:10 79:20 82:6,13 83:2 86:4,10, 20

**use** 10:13,16 14:5 15:8 17:16 18:4,12 19:1 22:22 26:17,20 27:17,24 30:12 47:20 49:13,20 82:9 85:24 86:1,25

**used** 14:7,10 28:7 45:21,25 46:5 47:13,14 48:6,8,24 49:9, 10 50:18 52:5, 6 64:23 70:1 79:23

**useful** 34:9 53:16

**user** 14:12 15:7,8 67:15

**users** 15:5,6 62:24 67:16

**uses** 13:22 16:16 30:16 52:3 80:5 86:5

**using** 31:18 49:20 88:22

**usually** 88:2,7

**uterine** 35:14, 22 37:6

**V**

**vague** 28:15 48:21 68:4 73:23 83:17 90:23

**valid** 64:5,9

**validate** 70:24

**validated** 15:2 71:20 88:22

**validation** 16:22,25 22:5 24:4 28:10 69:12,14,23 70:1,21,23 71:2,3,16,22, 23 87:23,24 88:6,9

**value** 20:24 21:3,14 23:2

**values** 21:7,8, 10,13 28:2,7 71:7,8

**various** 16:24 18:25

**verbal** 7:6

**version** 15:11 42:20

**versus** 33:24 34:4

**very** 7:6,18 25:3 30:7 58:5 61:25 68:21 73:23 83:2 88:18,25 89:17,22

**via** 9:19

**video** 5:9,10 24:16,20 46:11 66:1,4 80:22 94:25

**videographer** 5:3 6:24 22:15 24:15,19 46:10,14 65:25 66:3 80:21,24 94:24

**videotape** 5:4 24:17,21 46:12,16 66:5 80:25

**videotaped** 5:4

**view** 15:9 49:12 51:11 70:7

**views** 34:9

**Vigibase** 10:20 40:18 87:6

**Vigil** 52:3

**vitae** 8:1,9

**voice** 89:20

**W**

**wait** 7:19 68:16

**Walsh** 32:15

**want** 25:16 38:5 76:21

**wanted** 24:25

25:11 43:20 70:18 89:23

**wasn't** 11:15 12:11 48:10 56:25 75:10

**way** 47:15 56:15 64:3 87:23 91:23

**We've** 65:22

**week** 70:19

**weekly** 18:6

**weeks** 69:13,25 70:1 88:7

**weight** 66:9,21, 22 67:5

**Welcome** 24:23

**well** 8:25 10:20 11:2,15 13:23 17:15,16 19:6 34:11 47:23 53:13,15 67:18 72:22 88:21

**whatever** 34:25

**whatsoever** 92:1

**whenever** 80:1

**where** 10:1 20:20 58:21 70:23 84:25 86:25 87:19

**whereupon** 5:1

**whether** 20:14, 25 21:13 22:3 24:9 28:6,13 30:21 35:22 42:5 48:11 50:1 70:7 71:20 75:16 83:21 89:17

**which** 10:20 14:14 15:3,20 16:16,20,21,23 18:4,16 19:4,5 20:12 26:7 27:8 28:3,18 32:19 35:12 37:9,16 39:5 40:17 41:13 43:6,18 44:19 45:21,25 47:13,14 48:6, 7,8,24 49:8,9 50:2 51:20 52:1,5,23 59:3 62:13 64:5,22 80:14 81:24 82:8 83:3,4 84:3,5,21 86:23 87:3 89:4,19

**while** 17:17

**who** 6:24 7:12 9:10 10:19 41:6,10,13 42:24 43:5,9, 12,19 44:19 45:10 53:25 54:2 58:7 59:17,22 60:11,12,19,22 65:3 67:11 72:7 79:4,7,8 81:24 82:1,8, 13 87:6 91:18 92:10,17 93:8, 9 94:2

**WHO-DATABASE** 40:6

**why** 24:11 56:18 64:2,10 65:10,21 72:16 73:12 75:2,8 78:12,13 79:21 80:14 86:4 89:11

**widespread** 19:2

**widest** 10:8

**will** 7:11 11:5 25:17 31:10 34:20 44:13 46:11 54:3 70:2,9 80:4 92:17 93:8,10

**Wisniewski** 28:23

**within** 8:22 18:6 19:11 21:2 23:18 24:6 32:6 35:7 69:13 70:24 71:2 83:11 90:12 91:6 92:25

**without** 49:21

**witness** 5:14 11:2,15 12:6, 23 13:5,18 14:7 15:15 18:19 19:17 20:10,18 21:21 22:22 23:12,25 25:25 26:3,19 27:8,16,23 28:16 30:6,15 32:8 33:2,14 34:1,8 35:2,25 36:12 38:10,21 40:13 41:17 43:16 44:7,23 45:7,14 46:2 47:8,23 48:23 49:12 50:11,21 51:17 52:22 54:24 55:10 57:8,22 58:16 59:12 60:2,8, 16 61:10 64:1, 21 65:13 66:11 67:7,14 68:5,7 70:18 71:1 72:19 73:7,16 74:24 75:8 76:12 77:3,9, 17 78:9,17,24 82:4,12 83:9, 18 84:18 85:17 86:9 88:1,15 90:7,18,24 91:7 92:21 93:13,21 94:4, 13,22

**women** 51:21 52:18

**women's** 34:24 35:3 67:21,25 68:2

**word** 29:23

**words** 29:22 34:5

**work** 10:18 14:25 32:5 35:5 54:19 70:3 73:19 89:13,15 91:15,20

**worked** 72:4 75:5 88:20

**working** 16:24 72:11,12 75:9, 19 78:6 88:16 91:19

**works** 18:25 60:12 72:19 79:8

**worldwide** 93:2,23

**worth** 25:24

**would** 5:12,13 10:13 17:6,11 18:6,7 19:14 21:11 22:5 23:25 24:4,8 25:2,19 27:8 28:3,4,18 32:16,24 33:3, 4,22 34:19 35:2,25 36:15 37:9,24 48:8 49:4 51:23 52:17 53:18 54:11 56:14 57:1 64:2,11, 16,24 65:3,5, 18 66:23,25 67:24 72:16 73:12 75:2,21 76:10,17 77:7, 12,14 78:6,12, 13 79:21 80:8 85:11 87:11,15 88:12 89:5,19 90:4,7,9 91:15, 21 93:22 94:11,22

**wouldn't** 57:1 66:18 67:3 80:7

**write** 32:5

**written** 89:16

**wrote** 32:20

**Wuppertal** 59:20 61:4

**Y**

**year** 5:8 11:4 58:18 76:9 77:20

**years** 49:18 57:24 58:1 59:1,16 62:23 88:16,19

**yet** 29:25

**you're** 74:3

**younger** 52:18

**yourself** 8:6

**Z**

**Ziepert** 60:25