# Exhibit E

# Empirica Signal Monthly Runs

Date of retrieval: 12/14/2017
Database: Argus Mart / ARG8P2

**Parameters:**
PRODUCT: LEVONORGESTREL 52mg (IUS)
EVENT PTs: Benign intracranial hypertension
Idiopathic intracranial hypertension
Intracranial pressure increased
CSF pressure increased
Papilloedema

**Criteria for identifying Mined Safety Observations:**
N >= 3 AND PRR >= 2 AND CHI2 >= 4 AND TREND_FLAG IN ('NEW','YES')

The Trend Flag is an "increased frequency flag" indicating a significant increase in period frequency of the PEC compared to the last validated period. (If the period frequency is not available, the cumulative frequency is used.)
The Trend Flag is calculated for PECs that fulfill the following threshold criteria: N >= 3 AND PRR >= 2 AND CHI2 >= 4.
If the PEC is over threshold the first time, the field value will be "NEW".
The increase is significant, if the PEC's frequency in the current period exceeds the PEC's frequency from the last validated period by 50% or more. In this case, the field takes the value "YES" and otherwise "NO".