# Exhibit F

# Idiopathic Intracranial Hypertension is not associated with levonorgestrel intrauterine device use

**Lindsey B. De Lott MD, MS[1], Michelle Moniz MD, MS[2], Prabha Narayanaswamy MS[1], David C. Musch PhD, MPH[1], Wayne T. Cornblath MD[1]**

Departments of [1]Ophtha mo ogy & V sua Sc ences, and [2]Obstetr cs and Gyneco ogy, Un vers ty of M ch gan, Ann Arbor, MI

KELLOGG EYE CENTER
MICHIGAN MEDICINE

## BACKGROUND

Limited evidence from 2 prior studies has suggested that levonorgestrel intrauterine devices (IUDs; e.g., Mirena®, Liletta®, Skyla®) may place women at an increased risk of idiopathic intracranial hypertension (IIH), a potentially blinding disease that predominantly affects young, overweight women in their reproductive years.

In a retrospective cohort study by Etminan, *et al*, utilizing administrative data from the Food and Drug Administration Reporting System, the odds of having "intracranial hypertension" and papilledema was higher for women using Mirena® (OR 1.78, 95% CI 1.41 2.25; OR 1.50, 95% CI 1.10 2.05). However, poorly defined inclusion/exclusion criteria, lack of adjustment for potential confounders, and use of inappropriate historical controls limit interpretation of these findings.

A retrospective case series at 2 institutions by Valenzuela, *et al*, showed that the odds of having IIH were higher in those women exposed to levonorgestrel IUDs (OR 7.7, 95% CI 3.7 16.0 Utah; OR 3.91, 95%CI 1.89 8.06 Rigshospitalet). However, the authors were careful to note that the number of women with levonorgestrel IUDs (16 total) was too small to determine if it was an independent risk factor, and there was no adjustment for confounders that may be associated with both IIH and IUD use (eg. obesity).

herefore, our aim was to address the limitations of these prior studies by assessing the risk of IIH in women exposed to levonorgestrel IUDs using a large administrative claims database with over 58 million beneficiaries.

## METHODS

**Data:** he Clinformatics™ Data Mart database (OptumInsight, Eden Prairie, Minnesota) contains fully de identified inpatient, outpatient, prescription, laboratory, geographic, and sociodemographic data from beneficiaries in a managed care network in the United States from anuary 1, 2004 December 31, 2015.

**Sample Selection:** Women 18 45 years old using a hormonal IUD or non hormonal form of contraception (copper IUD or sterilization procedure).

**Inclusion Criteria:**

- HCSPCS levonorgestrel or copper IUD & CP /ICD 9/10 for insertion only, insertion following removal, or initial prescription
- HCSPCS copper IUD & ICD9/10 emergency contraception
- CP sterilization or A4264 (tubal occlusion device)

**Exclusion Criteria**

- CP /ICD 9/10 removal without insertion prior to IIH diagnosis
- Presence of other contraceptive device (V45.59)
- Failed IUD insertion or mechanical complication code
- HCSPCS hormonal IUD, implant, medroxyprogesterone injection, contraceptive vaginal ring after copper IUD or sterilization

**Outcome and Covariates** Incident IIH defined as ≥ 2 IIH ICD9/10 codes following at least 1 year without an IIH code, CP code for MRI brain OR C head AND lumbar puncture before or after ≥ 1 IIH code. Exclusion criteria included dural venous sinus thrombosis, cerebral edema, brain tumor, antibiotics and vitamin A derivatives associated with IIH, pregnancy (including loss). Covariates include age, sociodemographics, hyperlipidemia, diabetes mellitus, hypertension, bariatric surgery, polycystic ovarian syndrome, and obesity.

**Statistical Analysis:** Descriptive statistics and Cox proportional hazard analysis. P < 0.05 was significant (*).

## RESULTS

bl 1 B lin popul tion ch r ct ri tic

| V ri bl | V lu | No IIH | IIH | ot l |
|---|---|---|---|---|
| O AL( ) | | 46 42( ) | 6 ( 4) | 46 |
| M n g (SD) | | 4 4 (6 2) | 2(6 4) | 4 4 (6 4) |
| Contr c ption typ ( ) | H IUD | (2 ) | 4 (2 ) | 62 (2 ) |
| | N H | 4 2 ( 4 ) | 24( 4 ) | 4 4 ( 4 ) |
| R c ( ) | W t | 2 2( ) | ( ) | 2 2 ( ) |
| | B | 2 ( 2 4) | 26 ( 6 4) | 22 ( 2 4) |
| | L t | 22 ( 2 4) | ( ) | ( 2 4) |
| | A | 66 ( ) | ( 2) | 66 ( ) |
| Educ tion ( ) | Hg | 62 ( ) | ( 6) | 6 ( ) |
| | H g | 6 ( ) | 64 ( ) | ( ) |
| | g | 222 4 ( ) | ( ) | 222 24 ( ) |
| | B | 6 4 ( ) | ( ) | 6 46 ( ) |
| Hou hold incom ( ) | 4 | 4 26 ( 6 4) | 2 (22 4) | 4 4 ( 6 4) |
| | 4 | 4 2 ( ) | 26 (2 ) | 4 4 ( ) |
| | 6 | 4 4 (2 2) | (2 ) | 4 4 (2 2) |
| | >= | 6 ( ) | 6 (2 ) | 6 ( ) |
| Urb n/Rur l ( ) | U | ( ) | ( ) | 4 ( ) |
| | L g | 42 (6 ) | ( ) | 6 (6 ) |
| | | 2 (6 ) | 6 ( ) | 2 2 (6 ) |
| Polycy tic ov ri n yndrom ( ) | Y | 24 ( ) | 2 ( 2) | 2 ( ) |
| B ri tric urg ry ( ) | Y | 26 ( ) | 4 (2 4) | 2 ( ) |
| Di b t m llitu ( ) | Y | 4 6 ( ) | 4 (24 6) | 4 6 2 ( ) |
| Ob ity ( ) | Y | 42 ( 4) | ( ) | ( 4) |
| Hyp rlipid mi ( ) | Y | (2 ) | 6 (4 ) | (2 ) |
| Hyp rt n ion ( ) | Y | 4 2 (2 ) | (4 ) | 6 (2 ) |

Figure . Kaplan Meier curves of IIH free survival (days)




bl 2 Adju t d Cox proportion l h z rd mod l pr dicting h z rd of IIH

| Cov ri t | V lu | HR (95 CI) | p v lu |
|---|---|---|---|
| Ag Group | Ag | (2 4 ) | |
| Contr c ption typ | Hormon l IUD | 1 18 (0 1 81) | 0 45 |
| R c | W t | ( 6 ) | |
| Hou hold incom | Ov K | 4 ( 4 4) | |
| Educ tion | g | ( ) | |
| Urb n/Rur l | U | 64 ( ) | |
| Di b t | Y | 4 ( 2 2 ) | |
| Hyp rt n ion | Y | 6 ( 2 ) | 2 |
| Hyp rlipid mi | Y | 2 ( 4 2 ) | 2 |
| Ob ity | Y | 4 6 (2 6 ) | |
| Polycy tic ov ri n yndrom | Y | ( 2 2 ) | |
| B ri tric urg ry | Y | ( 4 2 ) | 4 |

## CONCLUSION

- Use of a evo o ges e UD s o assoc a ed w a c eased sk of H af e ad us g fo mpo a po e a co fou de s assoc a ed w bo UD use a d H sk
- Ou da a do o suppo e ou e emova of evo o ges e UDs pa e s w H, a d H does o appea o be a co a d ca o o evo o ges e UD use

## LIMITATIONS

- Cannot be certain patients actually have IIH, but by requiring multiple codes, head imaging, and lumbar puncture, we tried to increase the likelihood that these patients had IIH.
- May undercapture IUD use among youngest women who may be more likely to obtain contraception outside of a commercial health plan.
- Our population undercaptures minorities and those of lower socioeconomic status.

## REFERENCES

1. Etminan M, Luo H, Gustafson, P. Risk of intracranial hypertension with intrauterine levonorgestrel. her Adv Drug Saf. 2015 une; 6(3) 110 113.
2. Valenzuela RM, Rai R, Kirk B, et al. An estimation of the risk of pseudotumor cerebri among users of the levonorgestrel intrauterine device. Neuro Ophthalmology. 2017; 41(4) 192 197.