# Exhibit I

**From:** Shepherd, James (SHB)
**To:** Hartnett, David (SHB); "Larry Jones"; MartinCrump@daviscrump.com; Max Kennerly; "christina@jonesward.com"; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com)
**Cc:** Shayna Cook; Schmidt, Paul; Shepherd, James (SHB)
**Subject:** Mirena - Bayer"s Supplemental Prod24 Production (Empirica)
**Date:** Friday, December 15, 2017 4:30:05 PM
**Attachments:** MIR_IIH_EU05328197.xls

---

Counsel:

Please find attached Prod24 which is the Empirica data we discussed on December 7, 2017. Defendants do not intend to produce this same data via FTP. If you would like/need it produced via FTP, please let me know.

--James

**James Shepherd**
*Partner*
Shook, Hardy & Bacon L.L.P.

713.546.5610 | eshepherd@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Thursday, December 7, 2017 7:16 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod23 Production (Various E.U. Custodians) and Completion of Custodial Files Due by Dec. 8th

Counsel:

Kroll has posted Bayer's Prod23 production. The Prod23 production includes several E.U. custodians (Breitfeld, Cronin, Inki, Kaipomaki, Sallinen, Schellschmidt, Schneider, and Wilson). FTP and download instructions for Bayer's Prod23 production are as follows:

URL: https://ftlt.krollontrack.com

Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password “York_plum_New York_fifty-four” to extract data from the zip file.

Please note that that this closes all custodial files that were due by Dec. 8th.

Regards,

---

**From:** Hartnett, David (SHB)
**Sent:** Thursday, December 7, 2017 7:44 AM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod22 Production (Various U.S. Custodians)

Counsel:

Kroll has posted Bayer’s Prod22 production. The Prod22 production includes several U.S. custodians (Brown, Costales, Lynen, Plouffe, Ruane, Zampaglione and Zuccarini). FTP and download instructions for Bayer’s Prod22 production are as follows:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password “York_plum_New York_fifty-four” to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

**From:** Hartnett, David (SHB)
**Sent:** Wednesday, December 6, 2017 6:57 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod21 Production (Various E.U. Custodians)

Counsel:

Kroll has posted Bayer's Prod21 production. The Prod21 production includes several E.U. custodians (Breitfeld, Cronin, Inki, Kaipomaki, Sallinen, Schellschmidt, Schneider, and Wilson). FTP and download instructions for Bayer's Prod21 production are as follows:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password "York_plum_New York_fifty-four" to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

**From:** Hartnett, David (SHB)
**Sent:** Wednesday, December 6, 2017 3:21 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB)

<dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod20 Production (Various U.S. Custodians)

Counsel:

Kroll has posted Bayer's Prod20 production. The Prod20 production includes several U.S. custodians (Brown, Costales, Lynen, Plouffe, Ruane, Zampaglione and Zuccarini). FTP and download instructions for Bayer's Prod20 production are as follows:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password "York_plum_New York_fifty-four" to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Wednesday, December 6, 2017 8:38 AM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod19 Production (Various E.U. Custodians)

Counsel:

Kroll has posted Bayer's Prod19 production. The Prod19 production includes several E.U. custodians (Breitfeld, Cronin, Inki, Kaipomaki, Sallinen, Schellschmidt, Schneider, and Wilson) . FTP and download instructions for Bayer's Prod19 production are as follows:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password "York_plum_New York_fifty-four" to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Tuesday, December 5, 2017 8:12 AM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod17 and Prod18 Productions (Various U.S. Custodians)

Counsel:

Kroll has posted Bayer's Prod17 and Prod18 productions. Prod17 and Prod18 productions include several U.S. custodians (Brown, Costales, Lynen, Plouffe, Ruane, Zampaglione, Zuccarini). Please note that larger productions will have multiple zip files. FTP and download instructions for Bayer's Prod17 and Prod18 are as follows:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password "York_plum_New York_fifty-four" to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Monday, December 4, 2017 4:22 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>; Donahue, Alicia (SHB) <adonahue@shb.com>; 'AWang@cov.com' <AWang@cov.com>
**Subject:** Mirena - Bayer's Supplemental Prod16 Production (Machlitt)

Counsel:

Kroll has posted Bayer's Prod16 production. Prod16 closes the production of documents from Dr. Machlitt's file.  FTP and download instructions for Bayer's Prod16 are as follows:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password "York_plum_New York_fifty-four" to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

**From:** Hartnett, David (SHB)
**Sent:** Saturday, December 2, 2017 9:07 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; 'AWang@cov.com' <AWang@cov.com>; Donahue, Alicia (SHB) <adonahue@shb.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** CORRECTION - RE: Mirena - Bayer's Supplemental Prod14 and Prod15 Productions (Koelm and Manlik Supplemental Productions)

Counsel:

Correcting the e-mail below. Bayer's Prod14 and Prod15 closes Koelm and Manlik (not Machlitt) custodial files. We anticipate closing the Machlitt custodial file tomorrow.

Sorry for the confusion,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

**From:** Hartnett, David (SHB)
**Sent:** Saturday, December 2, 2017 8:52 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB)

<dhartnett@shb.com>; 'AWang@cov.com' <AWang@cov.com>; Donahue, Alicia (SHB) <adonahue@shb.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod14 and Prod15 Productions (Koelm and Machlitt Supplemental Productions)

Counsel:

Bayer's Prod14 and Prod15 supplemental productions for Petra Koelm and Andrea Machlitt have been posted to Kroll's FTP site. Instructions to download are:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password "York_plum_New York_fifty-four" to extract data from the zip file.

This completes the custodial files of Petra Koelm and Andrea Machlitt.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Saturday, December 2, 2017 7:41 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod13 Production (Machlitt Supplemental Production)

Counsel:

Bayer's Prod13 supplemental production for Andrea Machlitt has been posted to Kroll's FTP site. Instructions to download are:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password “York_plum_New York_fifty-four” to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Thursday, November 30, 2017 2:55 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** RE: Mirena - Bayer's Supplemental Prod12 Production (Schoendorf Supplemental Production)

Counsel:

FTP and download instructions for Bayer’s Prod12 are as follows:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

Please use the password “York_plum_New York_fifty-four” to extract data from the zip file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Thursday, November 30, 2017 2:33 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad (Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com) <Trevor.Rockstad@daviscrump.com>
**Cc:** Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>; Hartnett, David (SHB) <dhartnett@shb.com>
**Subject:** Mirena - Bayer's Supplemental Prod12 Production (Schoendorf Supplemental Production)

Counsel:

Further following up on the e-mail below, attached please find Bayer's Prod12 spreadsheet (Schoendorf supplement). This completes the production of Dr. Schoendorf's custodial file.

Regards,

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

---

**From:** Hartnett, David (SHB)
**Sent:** Wednesday, November 29, 2017 5:26 PM
**To:** 'Larry Jones' <larry@jonesward.com>; MartinCrump@daviscrump.com; Max Kennerly <msk@thlawyer.com>; 'christina@jonesward.com' <christina@jonesward.com>; Trevor Rockstad

(Trevor.Rockstad@daviscrump.com) (Trevor.Rockstad@daviscrump.com)
<Trevor.Rockstad@daviscrump.com>
**Cc:** Hartnett, David (SHB) <dhartnett@shb.com>; Shepherd, James (SHB) <eshepherd@shb.com>; Shayna Cook (scook@goldmanismail.com) <scook@goldmanismail.com>; Schmidt, Paul <pschmidt@cov.com>
**Subject:** Mirena - Bayer's Supplemental Prod11 Production (Schoendorf Supplemental Production)

**Counsel:**

**Following up on James' e-mail below, attached please find Bayer's Prod11 spreadsheet (Schoendorf supplemental production).**

**Regards,**

**David S. Hartnett**
*Of Counsel*
Shook, Hardy & Bacon L.L.P.

713.546.5648 | dhartnett@shb.com

**From:** "Shepherd, James (SHB)" <ESHEPHERD@shb.com>
**Date:** November 28, 2017 at 7:01:12 PM GMT+1
**To:** "Lawrence L. Jones II (larry@jonesward.com)" <larry@jonesward.com>, "Martin Crump (MartinCrump@daviscrump.com)" <MartinCrump@daviscrump.com>, "'msk@thlawyer.com'" <msk@thlawyer.com>, "Christina Natale (christina@jonesward.com)" <christina@jonesward.com>, "Trevor Rockstad (Trevor.Rockstad@daviscrump.com)" <Trevor.Rockstad@daviscrump.com>
**Cc:** 'Shayna Cook' <scook@goldmanismail.com>, "Paul W. Schmidt - Covington & Burling LLP (pschmidt@cov.com)" <pschmidt@cov.com>, "Hartnett, David (SHB)" <DHARTNETT@shb.com>, "Shepherd, James (SHB)" <ESHEPHERD@shb.com>
**Subject: Supplemental Schoendorf Production**

Counsel,

We have just identified specific documents relating to Dr. Schoendorf that were inadvertently excluded from the review process due to a processing error. While we do not anticipate that these documents address any new issues, we are working to get them to you as soon as possible. The first set will be posted to the FTP site (link and password provided below) within the next hour. We will continue to roll documents to this FTP site until we are done. We anticipate completing the production of these documents this week.

FTP link:

URL: https://ftlt.krollontrack.com
Username: BY6069365_Prod
Password: cmS9pLCg

**James Shepherd**
*Partner*
Shook, Hardy & Bacon L.L.P.

713.546.5610 | eshepherd@shb.com

Mail Gate made the following annotations on Fri Dec 15 2017 15:29:52

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.