**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)** | : | **17-MD-2767 (PAE)**<br>**17-MC-2767 (PAE)** |
| | : | |
| ***This Document Relates to All Actions*** | : | |
| | : | |

**DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE GENERAL CAUSATION EXPERT TESTIMONY OF ROBERT LANGER, M.D., M.P.H**

Paul W. Schmidt declares the following under the penalties of perjury:

1. I am a Partner with the law firm of Covington & Burling LLP, counsel for defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy ("Bayer").

2. Annexed hereto are true and accurate copies of the following documents submitted in support of Bayer's Opposition to Plaintiffs' Motion to Exclude General Causation Expert Testimony of Robert Langer, M.D., M.P.H.:

**Exhibit A:** Wall M. Idiopathic intracranial hypertension. Neurol Clin. 2010 Aug;28(3):593-617.

**Exhibit B:** DeLott L, Moniz M, Narayanaswamy P, Musch D, Cornblath W. *Idiopathic Intracranial Hypertension is not associated with levonorgestrel intrauterine device use.* North American Neuro-Ophthalmology Society Poster 2018.

DATED: March 15, 2018

Respectfully submitted,

*/s/ Paul W. Schmidt*

Paul W. Schmidt
Michael X. Imbroscio
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5272
Facsimile: (202) 778-5272
pschmidt@cov.com
mimbroscio@cov.com

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
scook@goldmanismail.com

James Shepherd
Shook Hardy & Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
eshepherd@shb.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer OY*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2018, a copy of the foregoing has been served on the interested parties in this action via ECF:

Martin D. Crump
Davis & Crump PC
2601 Fourteenth Street
Gulfport, Mississippi 39501
martincrump@daviscrump.com
*Co-Lead Counsel for Plaintiffs*

Lawrence L. Jones II
Jones Ward PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
larry@jonesward.com
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
PO Box 30049
Elkins Park, Pennsylvania 19027
msk@thlawyer.com
*Liaison Counsel for Plaintiffs*

*/s/ Paul W. Schmidt*
Paul W. Schmidt