# Exhibit A

# Idiopathic Intracranial Hypertension

Michael Wall, MD[a,b,*]

**KEYWORDS**

- Idiopathic intracranial hypertension • Pseudotumor cerebri
- Papilledema • Visual loss

Idiopathic intracranial hypertension (IIH) is a disorder of increased cerebrospinal fluid (CSF) pressure of unknown cause. Quincke in 1897 reported the first cases of IIH shortly after he introduced the lumbar puncture into medicine. It was named pseudotumor cerebri in 1904 but was not well delineated clinically until the 1940s when cerebral angiography was added to pneumoencephalography to identify cases of cerebral mass lesions. Foley coined the term benign intracranial hypertension in 1955 but reports from the 1980s showed a high incidence of visual loss,[1,2] and the term benign is no longer appropriate.

IIH is a syndrome characterized by increased intracranial pressure that usually occurs in obese women in the childbearing years. The signs and symptoms of intracranial hypertension are that the patient maintains an alert and oriented mental state, but has no localizing neurologic findings. There is no evidence of deformity or obstruction of the ventricular system and neurodiagnostic studies are otherwise normal except for increased CSF pressure (>200 mm $H_2O$, in the nonobese and probably >250 mm $H_2O$ in the obese patient).[3] Neuroimaging signs of increased intracranial pressure include empty sella syndrome, lateral sinus collapse (smooth-walled venous stenoses, **Fig. 1**), flattened globes, and fully unfolded optic nerve sheaths. In addition, no secondary cause of intracranial hypertension can be found. This definition comprises the modified Dandy criteria for IIH.[4]

The symptoms of increased intracranial pressure are headache, pulse synchronous tinnitus (pulsatile tinnitus), transient visual obscurations, and visual loss. Signs are

This study was supported in part by an unrestricted grant to the Department of Ophthalmology from Research to Prevent Blindness, New York, USA, Va Merit Review Support grant and NIH U10 EY017281.
[a] Department of Neurology, College of Medicine, University of Iowa, Veterans Administration Medical Center, Iowa City, IA 52242, USA
[b] Department of Ophthalmology and Visual Sciences, College of Medicine, University of Iowa, Veterans Administration Medical Center, Iowa City, IA 52242, USA
* Department of Neurology, College of Medicine, University of Iowa, Veterans Administration Medical Center, Iowa City, IA 52242.
*E mail address:* michael wall@uiowa.edu

Neurol Clin 28 (2010) 593 617
doi:10.1016/j.ncl.2010.03.003 **neurologic.theclinics.com**
0733 8619/10/$ see front matter © 2010 Elsevier Inc. All rights reserved.




**Fig. 1.** Magnetic resonance venogram showing smooth walled venous stenoses of the trans verse sinus, characteristic of IIH.

diplopia caused by sixth cranial nerve (CN) paresis and papilledema with its associated loss of sensory visual function. The only major morbidity with IIH is visual loss.

## EPIDEMIOLOGY

The annual incidence of IIH is 0.9/100,000 persons and 3.5/100,000 in women 15 to 44 years of age. It is increasing in incidence in parallel with the current epidemic of obesity.[5,6] In obese women aged 20 to 44 years who were 20% (or greater) more than ideal weight, the incidence of IIH was 19 per 100,000.[5] More than 90% of patients with IIH are obese and more than 90% are women of childbearing age. Although symptoms and signs may be recurrent in at least 10%, asymptomatic increased intracranial pressure may persist for years.[7] The mean age at the time of diagnosis is about 30 years.[8]

Studies of conditions associated with IIH are mostly uncontrolled and retrospective. This situation has led to erroneous conclusions because investigators have tried to implicate IIH using chance and spurious associations with common medical conditions and medications. Also, there are a host of case reports of associations with IIH in which the cases do not meet the modified Dandy criteria of IIH.

**Box 1** lists the causes of intracranial hypertension that meet the modified Dandy criteria for IIH except when a cause is associated. The highly likely category is a list of cases with many reports of the association with multiple lines of evidence. Probable causes have reports with some convincing evidence. Possible causes have suggestive evidence or are common conditions or medications with intracranial hypertension as a rare association. Also listed are some frequently cited but poorly documented or unlikely causes; 3 case-control studies suggest these associations are not valid.[9–11]

Any disorder that causes decreased flow through the arachnoid granulations or obstructs the venous pathway from the granulations to the right heart is accepted

**Box 1**
**Differential diagnosis of IIH (cases must meet the modified Dandy criteria of IIH except when a cause is found)**

*Highly likely*

Decreased flow through arachnoid granulations

- Scarring from previous inflammation (eg, meningitis, sequel to subarachnoid hemorrhage)

Obstruction to venous drainage

- Venous sinus thromboses
  - Hypercoaguable states
  - Contiguous infection (eg, middle ear or mastoid otitic hydrocephalus)
- Bilateral radical neck dissections
- Superior vena cava syndrome
- Glomus tumor
- Increased right heart pressure

Endocrine disorders

- Addison disease
- Hypoparathyroidism
- Obesity
- Steroid withdrawal
- Growth hormone use in children

Nutritional disorders

- Hypervitaminosis A (vitamin, liver, or isotretinoin intake and all *trans* retinoic acid for acute promyelocytic leukemia)
- Hyperalimentation in deprivation dwarfism

Arteriovenous malformations and dural shunts

*Probable causes*

Anabolic steroids (may cause venous sinus thrombosis)

Chlordecone (kepone)

Ketoprofen or indomethacin in Bartter syndrome

Systemic lupus erythematosus via venous sinus thrombosis

Thyroid replacement therapy in hypothyroid children

Tetracycline and its derivative

Uremia

*Possible causes*

Amiodarone

Hypovitaminosis A

Iron deficiency anemia

Lithium carbonate

Nalidixic acid

Sarcoidosis

| |
|---|
| Sulfa antibiotics |
| *Causes frequently cited that are unproven and unlikely* |
| Corticosteroid intake |
| Hyperthyroidism |
| Menarche |
| Menstrual irregularities |
| Multivitamin intake |
| Oral contraceptive use |
| Pregnancy |

as a cause of intracranial hypertension because of its biologic plausibility. Arteriovenous malformations or dural fistulae with high flow may overload venous return and result in increase of intracranial pressure.

Although steroid withdrawal and Addison disease are clearly associated with IIH,[12–14] as is hypoparathyroidism, links to other endocrine abnormalities remain unproven. For example, corticosteroid use has been associated with many suspected cases of IH; however, none of the cases fulfill the modified Dandy criteria.

Several other purported associations with IIH have been refuted by controlled studies. Pregnancy, irregular menses, and oral contraceptive use have been shown to be simply chance associations.[5,11,15] In case-control studies, no association is found between IIH and multivitamin, oral contraceptive, corticosteroid, or antibiotic use.[10,11] However, case reports associating some drugs seem convincing: nalidixic acid,[16] nitrofurantoin,[17] indomethacin,[18] or ketoprofen in Bartter syndrome,[19] vitamin A intoxication,[20] isotretinoin,[21] thyroid-replacement therapy in hypothyroid children,[22] lithium,[23] and anabolic steroids.[24] Corticosteroid use is not associated with intracranial hypertension, but steroid withdrawal clearly is linked.[12,13]

Arterial hypertension has been associated with IIH.[7,11] However, spuriously increased blood pressure is commonly reported in obese people as a result of the use of standard size rather than oversize sphygmomanometer cuffs and obesity is associated with arterial hypertension. It is unlikely that there is a direct association of arterial hypertension and IIH.

A case-control study has found strong associations between IIH and obesity and with weight gain during the 12 months before IIH diagnosis. In this study, there was no evidence that IIH was associated with any other medical conditions or pregnancy.[11] Other than obesity and recent weight gain, many conditions believed to be associated with IIH are just common disorders of women in childbearing years and are likely chance associations.

## PATHOGENESIS

Any hypothesis of pathogenesis of IIH should explain the following observations of patients with the disorder:

1. High rate of occurrence in obese women during the childbearing years
2. Reduced conductance to CSF outflow[25]
3. Normal ventricular size; no hydrocephalus[26]
4. No histologic evidence of cerebral edema.[27]

Changes in cerebral hemodynamics (ie, increased cerebral blood volume and decreased cerebral blood flow) have been reported.[28] However, others have found no significant changes in these factors.[29] The most popular hypothesis is that IIH is a syndrome of reduced CSF absorption. Decreased conductance to CSF outflow may be caused by dysfunction of the absorptive mechanism of the arachnoid granulations or possibly through the extracranial lymphatics.[30] This latter mechanism of an alternative route of drainage along extracranial and spinal nerve roots to the extracranial lymphatics, proposed by Miles Johnston and coworkers,[30] may be an important factor in the mechanism of IIH, because this route may account for a substantial percentage of CSF absorption.

So, regardless of the outflow mechanism, if outflow resistance is increased then intracranial pressure must increase for CSF to be absorbed. Although interstitial and intracellular edema have been reported in brain biopsy specimens,[31] a study with current methods of analysis has concluded that the histologic features of the brain parenchyma are normal and the findings from the initial report are artifactual.[27]

## CLINICAL FEATURES

The symptoms of patients with IIH are headache (94%), transient visual obscurations (68%), pulse synchronous tinnitus (58%), photopsia (54%), and retrobulbar pain (44%). Diplopia (38%) and visual loss (30%) are less common accompaniments of IIH; however, some of these symptoms are common in controls (**Fig. 2**).

### *Headache*

The presence of headache is common in patients with IIH and is the usual presenting symptom. The headache profile of the patient with IIH[32] is that of severe daily pulsatile headaches. They are different from previous headaches, may awaken the patient and usually last hours. The headache is often reported as the worst head pain




**Fig. 2.** Frequency in percent of symptoms in IIH and a control group. TVO, transient visual obscurations; ICN, intracranial noises. (*Reprinted from* Giuseffi V, Wall M, Siegel PZ, et al. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case control study. Neurology 1991;41:239 44; with permission.)

experienced. Associated nausea is common, but vomiting is uncommon. In addition, other headache syndromes frequently coexist such as rebound headache from analgesic or caffeine overuse and require their own therapy.[33]

### *Transient Visual Obscurations*

Visual obscurations are episodes of transient blurred vision that usually last less than 30 seconds and are followed by visual recovery to baseline. Visual obscurations occur in about two-thirds of patients with IIH.[8] The symptoms may be monocular or binocular. The cause of these episodes is believed to be transient ischemia of the optic nerve head related to increased tissue pressure.[34] Although transient visual obscurations are anxiety provoking for the patient, they do not seem to be associated with poor visual outcome.[8]

### *Pulse-synchronous Tinnitus*

Pulsatile intracranial noises or pulse-synchronous tinnitus is common in IIH.[11] The sound is often unilateral, with neither side predominating. In patients with intracranial hypertension, jugular compression or head turning ipsilateral to the sound abolishes it.[35] The sound is believed to be caused by transmission of intensified vascular pulsations by means of CSF under high pressure and turbulence through smooth-walled venous stenoses related to transverse sinus collapse from high CSF pressure (see **Fig. 1**).[36]

The major signs of IIH are papilledema and sixth nerve paresis.

### *Ophthalmoscopic Examination*

Papilledema (optic disc edema caused by increased intracranial pressure) is the cardinal sign of IIH. Optic disc edema either directly or indirectly is the cause of visual loss of IIH. The higher the grade of the papilledema, the worse the visual loss,[37] but, in the individual patient, the severity of visual loss cannot accurately be predicted from the severity of the papilledema. A partial explanation for this situation is that with axonal death from compression of the optic nerve, the amount of papilledema decreases.

Frisén[38] has proposed a useful staging scheme for papilledema with good sensitivity and specificity based on the ophthalmoscopic signs of disturbed axoplasmic transport. It has been modified recently,[39] with a key finding added for each stage or grade. Grade 0 represents a normal optic disc. Grade 1 is characterized by the presence of a C-shaped or reverse C-shaped halo of peripapillary edema obscuring the retina adjacent to the optic disc. The temporal border of the optic disc is spared, presumably because of the fine caliber of these axons (**Fig. 3**). The C-shaped halo becomes circumferential with grade 2 papilledema (**Fig. 4**). In grade 3 papilledema, there is complete obscuration of at least 1 major vessel as it leaves the optic disc (**Fig. 5**). With the increased optic disc edema of grade 4 there is complete obscuration of at least 1 major vessel on the optic disc (**Fig. 6**). Grade 5 is characterized by total obscuration of at least 1 vessel on the disc and leaving the disc and at least partial obscuration of all major vessels leaving or on the disc (**Fig. 7**).

### *Ocular Motility Disturbances*

Horizontal diplopia is reported by about one-third of patients with IIH, and sixth nerve palsies are found in 10% to 20%.[8] Motility disturbances other than sixth nerve palsies have been reported. Some of these reflect erroneous conclusions from the small vertical ocular motor imbalance that is known to accompany sixth nerve palsies. Bell-type palsies of CN VII rarely occur and are usually transient.



**Fig. 3.** Characteristic C shaped halo with a temporal gap surrounding the disc of early of (Frisén grade 1) papilledema.

The common thread here is that the CNs that make nearly a 90° bend (CN II, VI, VII) seem to be susceptible to damage at the site of the bend.[40] The diagnosis of IIH should be viewed with suspicion in patients with ocular motility disturbances other than sixth nerve palsies.

### *Sensory Visual Function*

Visual acuity usually remains normal in patients with papilledema except when the condition is long standing and severe or if there is a serous retinal detachment present and optic disc edema extends to the macula. Snellen acuity testing is insensitive to the



**Fig. 4.** With grade 2 papilledema the halo becomes circumferential.



**Fig. 5.** Grade 3 papilledema is characterized by loss of major vessels as they leave the disc (*arrow*).

amount of visual loss present when compared with perimetry. It is also insensitive to worsening of papilledema grade.[8]

### *Perimetry*

Visual field loss occurs in almost all cases of IIH. In a prospective study of IIH, visual loss in at least 1 eye (other than enlargement of the physiologic blind spot) was found in 96% of patients with Goldmann perimetry using a disease-specific strategy and in 92% with automated perimetry.[8,41] About one-third of this visual loss is mild and unlikely to be noticed by the patient but serves as a marker with which to guide therapy.[8]

The visual field defects found in IIH are the same types as those reported to occur in papilledema resulting from other causes. The most common defects are enlargement of the physiologic blind spot and loss of inferonasal portions of the visual field along with constriction of isopters (**Fig. 8**). Central defects are distinctly uncommon and warrant a search for another diagnosis unless there is a large serous retinal detachment from high-grade optic disc edema spreading toward the macula. The loss of visual field may be progressive and severe, leading to blindness in about 5% of cases. The time course of visual loss is usually gradual; however, acute severe visual loss can occur.



**Fig. 6.** Grade 4 papilledema is characterized by loss of major vessels on the disc.



**Fig. 7.** Grade 5 has the criteria of grade 4 plus partial or total obscuration of all vessels on the disc.

The earliest visual field defect in IIH is often an inferior nasal step defect (see **Fig. 8**) followed by peripheral nasal loss. Arcuate defects may appear next followed by a gradual depression of the entire field, most pronounced peripherally (**Fig. 9**).

Blind spot enlargement is ubiquitous in IIH. Because refraction often eliminates this defect,[42] blind spot enlargement should not be considered significant visual loss unless it encroaches on fixation. Also, because blind spot size is so dependent on refraction, it should not be used to follow the course of therapy.

With treatment there is significant perimetric improvement in about 50% of patients.[8] A study that evaluated a subgroup of patients with worsening of their vision showed that recent weight gain was the only factor significantly associated with decline in vision.[8] Other groups at risk for severe visual loss are black men, those with glaucoma, and patients being rapidly tapered off corticosteroids. The course of IIH is often chronic, with recurrences especially during periods of weight gain.[43]

## MECHANISMS OF VISUAL LOSS

The visual field defects found in patients with IIH are optic disc related. They are the type found when nerve fiber bundles are damaged at the level of the optic disk. These types of defects also occur with glaucoma and anterior ischemic optic neuropathy. This finding suggests a common mechanism for the visual loss in these disorders.

### *Degree of Papilledema and Visual Loss*

Is visual loss related to degree of papilledema or is the amount of optic disc edema an independent factor? A study of patients with highly asymmetric papilledema was aimed at answering this question.[37] The patients were tested with automated perimetry and a variety of sensory visual function tests. A generalized depression of the visual field in eyes with high-grade papilledema was found. The visual loss increased in magnitude with increasing visual field eccentricity, and although nerve fiber bundlelike defects were frequently observed, visual loss occurred across the visual field. However, this finding was appreciated only when a comparison was made with the low-grade papilledema eye, because the values of the tests of foveal visual function in the high-grade papilledema eye remain in the normal range but are significantly depressed compared with controls or the low-grade eye.

This study and another[44] showed that the amount of visual loss correlates with the severity of disc edema: eyes with more disc edema had more visual loss (**Fig. 10**).




**Fig. 8.** A typical inferonasal step defect (*arrow*) of early optic disc edema in IIH.

However, there was considerable interindividual variation. That is, some patients with marked optic disc edema appeared to have mild or no visual loss unless a comparison was made with a fellow eye with less disc edema. This relationship of degree of papilledema with visual loss implies that visual loss in IIH occurs because of papilledema (at the optic disc) and not from visual damage occurring posterior to the optic disc.

### *Factors Interacting with Optic Disc Edema that Lead to Visual Loss*

The occurrence of papilledema primarily depends on the relationship of 3 factors: CSF pressure, intraocular pressure, and systemic blood pressure.[45] Increased CSF pressure, low intraocular pressure, or low perfusion pressure can cause axoplasmic flow stasis, optic disc edema, and resultant intraneuronal ischemia.




**Fig. 9.** Grades of visual loss in IIH found by grading the visual field examinations and then averaging the values from within each grade.

Hayreh[46] showed the nerve sheath is composed of fibrous tissue and after it unfolds, it cannot expand any further. Optic nerve width is greatest just behind the globe and narrowest within the optic canal. Thick fibrous bands within the canalicular nerve sheath interrupt the subarachnoid space (**Fig. 11**). Hayreh[46] found the number of these bands varied from animal to animal and was sometimes scanty. He observed in monkeys and man that when dye was injected into the optic nerve sheath, fluid usually passed easily into the cranial cavity. The force needed depended on the quality of the fibrous bands within the subarachnoid space. Although the dye usually flowed freely, it concentrated in the subarachnoid space adjacent to the optic canals. There may be differences within individuals in this trabecular meshwork of the optic nerve sheath subarachnoid space contiguous with the optic canal.

### *Relationship of Papilledema to Visual Loss*

As stated earlier, the site of histologic damage in visual loss caused by increased intracranial pressure is at the optic disc. Brain parenchyma tolerates generalized raised




**Fig. 10.** Relationship of visual field loss by mean threshold value and papilledema grade. *From* Wall M. The morphology of visual field damage in idiopathic intracranial hyperten sion: an anatomic region analysis. In: Mills RP, Heijl A, editors. Perimetry update 1990/1991. Amsterdam: Kugler Publications; 1991. p. 20 7.



**Fig. 11.** Gross pathologic specimen of optic nerve (central core), optic nerve sheath, and arachnoid trabeculations in between. Note the well developed series of arachnoid trabecu lations and the fully unfolded optic nerve sheaths. *From* Cogan DG. Neurology of the visual system, ed 6. Springfield (IL): Charles C. Thomas Publisher; 1966; with permission.

intracranial pressure well. Patients do not develop hemianopias. It is unlikely that the intracranial or intraorbital optic nerve is the location of the damage because the visual field defects are not typical and there is no histologic evidence to support this location. There is evidence that the optic nerve head is an important site of damage in this disorder. This finding is based not only on histologic evidence but also because the types of visual field defects seen in patients with IIH are similar to those found in disorders known to affect the optic nerve head: glaucoma and anterior ischemic optic neuropathy. The last site of damage is the retina. Here, there may be either a neurosensory detachment or visual loss from choroidal folds. However, the main location for visual loss in IIH is at the optic disc.

There are 2 leading mechanisms for damage to the optic disc from intracranial hypertension: (1) disruption of axonal transport and (2) intraneuronal optic nerve ischemia. There is considerable evidence that the primary insult to the optic nerve is a slowing of axonal transport.[45,47,48] It is likely that raised intracranial pressure in the subarachnoid space is reflected along the optic nerve sheath. As noted earlier, the health of the optic nerve depends on the harmonious interaction of CSF pressure, intraocular pressure, and systemic blood pressure. Raising intracranial pressure, a drop in intraocular pressure, or a marked decrease of systemic blood pressure can all result in optic disc edema. It is likely that high CSF pressure disturbs the normal gradient between intraocular and retrolaminar pressure and results in increased tissue pressure within the optic nerve. This likely interferes with axoplasmic flow, with resultant stasis involving slow and fast axoplasmic transport resulting in intra-axonal edema.[49]

Another potential mechanism is ischemia of the optic nerve head. Support for this mechanism comes from (1) Hayreh's work showing delays in prelaminar arterial filling with fluorescein angiography and (2) because the visual field defects that occur are similar to those found in other optic neuropathies with ischemic final common pathways as their mechanism of visual loss (glaucoma and anterior ischemic optic neuropathy). It is most likely, however, that the mechanism of visual loss in IIH is through a combination of these 2 mechanisms. High CSF pressure is reflected along and through trabeculations in the subarachnoid space of the optic nerve sheath. This situation results in a disturbance of the pressure gradient across the optic nerve head.

There is resultant axoplasmic flow stasis, intra-axonal swelling, and compression of small arterioles, resulting in intraneuronal ischemic damage to the optic nerve.

## DIAGNOSTIC CRITERIA

The accepted criteria initially proposed by Walter Dandy have been modified.[4] Patients who fulfill these criteria are diagnosed as having IIH. These criteria are found in **Box 2**.

Patients with findings on examination other than papilledema, sixth nerve, and rarely seventh nerve paresis should be suspected of having a diagnosis other than IIH. Laboratory evaluation in patients with IIH is normal except for increased intracranial pressure.

There are several issues surrounding the criteria of the measurement and limits of the opening pressure. Whether the patient is supine, prone, or sitting, one must be sure that the reference level for CSF pressure measurement is the level of the left atrium. Next, spuriously high values can occur with Valsalva,[50] and the hypoventilation associated with sedation. The latter is particularly a recurring issue in the pediatric population. Artifactually low values can occur with hyperventilation in the anxious patient from reduction in carbon dioxide levels, and the patient undergoing multiple needle punctures may have falsely low results. CSF pressure fluctuates throughout the day and at times is normal so a single normal CSF measurement does not exclude IIH as the diagnosis.

The normal limits for CSF opening pressure remain controversial. Normal limits are less than 200 mm water in nonobese patients but in obese patients there are conflicting studies. Whiteley and coworkers[51] prospectively recorded CSF opening pressure in 242 adults and measured patients' weights and heights. The 95% reference interval for the CSF opening pressure was 10 to 25 cm CSF. However, neither neck nor hip flexion was altered in their protocol, suggesting some of their patients may have been prone to Valsalva and falsely increased pressures. In addition, the inclusion and exclusion criteria of the study may not have been appropriate.[52] Corbett and Mehta[3] found a cutoff of 250 but their numbers were somewhat small. Bono and coworkers[53] measured CSF pressure in obese and nonobese patients with neck and legs extended and no patients had pressures more than 200 mm water. In summary, the cutoff value for increased intracranial pressure remains unclear. Values between 200 and 250 mm water may be considered borderline with values more than 250 mm water definitely increased.

**Box 2**
**Modified Dandy Criteria for IIH**

1. Signs and symptoms of increased intracranial pressure
2. Absence of localizing findings on neurologic examination
3. Absence of deformity, displacement, or obstruction of the ventricular system and otherwise normal neurodiagnostic studies, except for evidence of increased cerebrospinal fluid pressure (>250 mm water). Abnormal neuroimaging except for empty sella turcica, optic nerve sheath with filled out CSF spaces, and smooth walled non flow related venous sinus stenosis or collapse should lead to another diagnosis
4. Awake and alert patient
5. No other cause of increased intracranial pressure present (see **Box 1**)

Diagnostic confusion can result from anomalous optic discs in patients with borderline increased intracranial pressure. The main culprit is buried optic nerve drusen, which can cause optic disc edema indistinguishable from low-grade papilledema. Orbital ultrasound (echography) is an excellent test to reveal calcified buried optic disc drusen; the noncalcified variety can be problematic to prove. The authors recommend ultrasound of the optic disc in all cases of IIH with borderline increased CSF pressures and low-grade optic disc edema. Tilted discs, little red discs, and optic discs with anomalous branching and tortuosity can also mimic optic disc edema.

## RECOMMENDATIONS FOR EVALUATION

A history tailored to search for the secondary causes of intracranial hypertension is imperative. A series of evaluations can then be selected based on the likelihood of secondary causes (see **Box 1**).

Corbett and Thompson[54] have correctly pointed out that many physicians follow patients with IIH with the wrong tests. Snellen acuity and the visual evoked potential are insensitive methods to detect visual loss in IIH. Repeated measurements of CSF pressure can be misleading because it fluctuates throughout the day and does not correlate well with the clinical state. Patients with IIH should be followed with perimetry with a known sensitive strategy and either serial stereo fundus photographs, drawing-documented indirect ophthalmoscopy, or optic disc grading using the Frisén scheme.[38] Automated perimetry is used for attentive and motivated patients; in others manual perimetry gives more reproducible results.

## TREATMENT

Once intracranial hypertension is discovered one should first eliminate presumed causal factors such as excessive vitamin A or tetracyclines and begin a low-sodium weight reduction diet. Therapy aimed at reversing and preventing visual loss should then be instituted. Symptomatic headache treatment can be introduced if this symptom persists in the face of intracranial pressure-lowering agents and procedures. Many medical and surgical treatments have been used for IIH with varying success. All reports to date are anecdotal. Visual loss is the only serious complication and it may occur from the time of first appearance to many years later. We therefore recommend tailoring the treatment primarily to the presence and progression of visual loss.

## MEDICAL THERAPY

Medical treatment is aimed at lowering intracranial pressure and treating symptoms directly such as headache. There are no evidence-based data from controlled clinical treatment trials for IIH but such a trial is currently in progress.

### *Weight Loss*

Weight loss has been used to treat IIH for many years. Newborg in 1974 reported remission of papilledema in all 9 patients placed on a low-calorie adaptation of Kempner rice diet. The patients' intake was 400 to 1000 calories per day by fruits, rice, vegetables and occasionally 28 to 56 g of meat. Fluids were limited to 750 to 1250 mL/d and sodium to less than 100 mg/d. All patients had reversal of their papilledema. There was no mention of the patients' visual testing.[55] Others have also documented successful outcomes associated with weight loss[56–58] and it seems only modest degrees of weight loss in the range of 5% to 10% total body weight are needed for reversal of symptoms and signs.[56]

Gastric weight reduction surgery has been used with some success in 24 morbidly obese women with IIH.[59] Symptoms resolved in all but 1 patient within 4 months of the procedure. Two patients regained weight associated with return of their symptoms. There were many significant but treatable complications of this surgery. We reserve this treatment for patients with IIH with morbid obesity.

Because marked recent weight gain is a predictor of visual deterioration[8] and papilledema can resolve with modest weight loss as the only treatment, we strongly encourage our patients to pursue a supervised weight loss program. Institution of a low-salt diet and mild fluid restriction (no forcing of fluids) seem to be beneficial for many patients with IIH. This finding may be especially true in patients who lose only 5% to 10% of their total body mass, yet have resolution of their papilledema. It is not yet clear whether improvement occurs because of weight loss per se or other changes in diet such as fluid or sodium restriction or decrease in the intake of a molecule such as vitamin A.

### *Lumbar Puncture*

Use of repeated lumbar punctures is controversial. Lumbar puncture has only a short-lived effect on CSF pressure[60] with a return of pressure to pretap level after only 82 minutes.[60] Lumbar puncture measures CSF pressure at only 1 point in time. Because CSF pressure fluctuates, this information has only limited clinical use for modifying treatment plans. However, because transverse sinus collapse (smooth-walled venous stenoses) can resolve immediately with lowering pressure,[61] CSF circulatory dynamics may be restored with this procedure and may give temporary relief until the sinus recollapses, usually within weeks.

### *Corticosteroids*

Steroids are still occasionally used to treat IIH but their mechanism of action remains unclear. The side effects of weight gain, striae, and acne are especially unfortunate for these already obese patients. Although patients treated with steroids often respond well, there is usually recurrence of papilledema with rapid tapering of the dose. This effect may be accompanied by marked deterioration of visual function. A prolonged tapering may prevent return of symptoms and signs in some patients. Use of long-term steroids to treat IIH has largely been abandoned. Short-term use may have a role in the preoperative period before a CSF shunting procedure.

### *Acetazolamide*

McCarthy and Reed[62] showed acetazolamide (Diamox) decreases CSF flow but not until more than 99.5% of choroid plexus carbonic anhydrase is inhibited. Gücer and Viernstein[63] used intracranial pressure monitoring before and after treatment in 4 patients with IIH. They monitored acetazolamide treatment in 2 of the patients and showed gradual CSF pressure reduction in both. They reported the dosage in only 1 of the patients (4 g of acetazolamide was needed per day). Apparent efficacy of acetazolamide has also been shown by others[64,65] but we await data from an ongoing multicenter, double-blind, randomized, placebo-controlled study of weight reduction and/or low-sodium diet plus acetazolamide versus diet plus placebo in patients with mild visual loss.

We start with 0.5 to 1 g/d of acetazolamide in divided doses (twice daily with meals) and gradually increase the dosage until either symptoms and signs regress, side effects become intolerable, or a dosage of 3 to 4 g/d is reached. Most patients seem to respond in the 1 to 2 g/d range.

The mechanism of action of acetazolamide is likely multifactorial. It has been found to reduce CSF production; also, it changes the taste of foods and sometimes causes anorexia, aiding in weight loss. Patients nearly always experience tingling in the fingers, toes, and perioral region, and less commonly have malaise. Renal stones occur in a few percent of patients. Metabolic acidosis, indicated by lowered serum bicarbonate, is a good measure of compliance. A rare but serious side effect is aplastic anemia. It occurs in 1 in 15,000 patient years of treatment with acetazolamide and usually occurs in the first 6 months of therapy. Aplastic anemia from acetazolamide has been reported most often in elderly people and is probably less common in younger IIH patients. Because this side effect is so rare and finding the case and stopping the medication does not necessarily cure the patient, repeated blood testing is not usually performed.[66]

Although there are some structural similarities between acetazolamide and sulfa, there is little clinical or pharmacologic evidence to suggest that a self-reported sulfa allergy is likely to produce a life-threatening cross-reaction with acetazolamide or furosemide.[67]

Topiramate (Topomax) has also been used to treat IIH because it has carbonic anhydrase inhibitor activity and weight loss commonly occurs. In studies to date, it seems comparable with acetazolamide.[65,68]

### *Furosemide*

Furosemide has also been used to treat IIH.[7] It has been well documented that furosemide (Lasix) can lower intracranial pressure.[69] It seems to work by diuresis and reducing sodium transport into the brain. We initiate furosemide at a dosage of 20 mg by mouth twice a day and gradually increase the dosage, if necessary, to a maximum of 40 mg by mouth 3 times a day. Potassium supplementation is given as needed.

## SURGICAL THERAPY

The surgical forms of therapy now used are various shunting and decompression procedures including stereotactic ventriculoperitoneal shunts and optic nerve sheath fenestration.

### *Subtemporal or Suboccipital Decompression*

Subtemporal or suboccipital decompression was used from the 1940s to the 1960s for patients with visual loss from IIH. These procedures are now infrequently used because of complications, which although rare include seizures, otorrhea, and subdural hematoma. However, long-term success has been reported[70] and this procedure may be underused.

### *Optic Nerve Sheath Fenestration*

Optic nerve sheath fenestration consists of either creating a window or making a series of slits in the optic nerve sheath just behind the globe. This treatment is preferred for the patient with progressive visual loss with mild or easily controlled headaches, although more than 50% of patients with the procedure gain adequate headache control (especially if the headache is frontal). Because improvement in papilledema may occur in the unoperated eye and fistula formation has been reported, the mechanism of action may be local decompression of the subarachnoid space (see **Fig. 11**). Occasional failure of the fellow eye to improve and the asymmetry of papilledema may be explained by the resistance to CSF flow produced by the trabeculations of the subarachnoid space. The mechanism of action may also be closure of the

subarachnoid space in the retrolaminar optic nerve by scarring. It is likely that both mechanisms contribute to protection of the optic nerve head.

Many large case series attest to the efficacy of this technique.[71–77] In these series, postoperative visual acuity or perimetry results were as good as or better than preoperative studies in about 90%.[74] However, occasional patients lose vision in the perioperative period (**Table 1**).

### *CSF Shunting Procedures*

Various shunting procedures have been used for the treatment of IIH such as lumbar subarachnoid-peritoneal, ventriculoatrial, ventriculojugular, and ventriculoperitoneal shunts. In general, the indication for a CSF diversion procedure is failed medical therapy or intractable headache. Its use seems to be increasing.[78]

Eggenberger and coworkers[79] studied lumboperitoneal shunt retrospectively in 27 patients with IIH. Although initially successful, 56% required a shunt revision. Rosenberg and colleagues[80] reported on 37 patients with IIH who underwent 73 lumboperitoneal shunts and 9 ventricular shunts with modest success (38% of patients successfully treated after 1 shunting procedure). The most common causes for reoperation were shunt failure in 55% and low-pressure headaches in 21% of patients. The vision of most patients improved or stabilized from the procedure, but 3 who had initially improved later lost vision and 6 had a decrease in vision postoperatively. Serious complications occurred in 3.6%. Other series are similar,[81,82] with the conclusion thet there is initial success but at least half need reoperations. Also, when the procedure is performed primarily for headache relief, long-term success is only about 50%.[83] In-hospital mortality for new shunts is 0.5%, with 0.9% for ventricular shunts and 0.2% for lumbar shunts.[78]

Shunting procedures are successful in selected patients. Shunt occlusion that occurs in about half of those shunted can be accompanied by severe visual loss, limiting the effectiveness of this procedure. **Table 2** summarizes the results of shunting procedures that reported visual outcomes.

### *Gastric Exclusion Surgery*

As discussed earlier, for the morbidly obese patient, successful treatment has been reported using gastric exclusion procedures.[59] This procedure may be especially

**Table 1**
**Case series with visual results from operations for IIH performed with optic nerve sheath fenestration.**

| Investigators | Year Published | Vision Worse | Vision Not Worse | Total No. of Patients |
|---|---|---|---|---|
| Hupp et al[96] | 1987 | 6 | 11 | 17 |
| Sergott et al[73] | 1988 | 0 | 23 | 23 |
| Brourman et al[76] | 1988 | 0 | 10 | 10 |
| Kelman et al[97] | 1992 | 1 | 21 | 22 |
| Goh et al[71] | 1997 | 3 | 26 | 29 |
| Plotnik and Kosmorsky[75] | 1993 | 4 | 27 | 31 |
| Acheson et al[72] | 1994 | 3 | 17 | 20 |
| Corbett et al[98] | 1988 | 9 | 31 | 40 |
| Banta and Farris[99] | 2000 | 10 | 148 | 158 |
| Total | | 36 (11.4%) | 314 | 350 |

**Table 2**
**Reported cases with visual results from CSF shunting operations for IIH**

| Investigators | Year Published | Shunt Type | Shunt Failures | Vision Worse | Vision Not Worse | Total |
|---|---|---|---|---|---|---|
| Rosenberg et al[100] | 1993 | LP/VP/V+ | 20/37 | 9 | 28 | 37 |
| Shapiro et al[101] | 1995 | LP | 0/4 | 1 | 3 | 4 |
| Eggenberger et al[79] | 1996 | LP | 15/27 | 0 | 14 | 14 |
| Burgett et al[81] | 1997 | LP | 19/30 | 1 | 29 | 30 |
| Bynke et al[102] | 2004 | VP | 7/17 | 0 | 17 | 17 |
| Total | | | 61/115 | 11 (10.7%) | 91 | 102 |

useful in treating other conditions comorbid with obesity such as arterial hypertension, diabetes mellitus, and sleep apnea. Complications include major wound infection and stenosis at the gastrojejunal anastomosis.

### *Venous Sinus Stenting*

It has been suggested that the cause of IIH is collapse of the proximal transverse sinus. However, King and colleagues[84] have shown lowering of CSF pressure from a cervical puncture abolishes the pressure gradient. Because this collapse of the transverse sinus, which is ubiquitous in IIH[36] (and occurs in about 7% of normal patients), may obstruct venous return and hence CSF outflow, stents have been placed to keep this portion of the transverse sinus open. This procedure has been reviewed by Friedman,[85] with the conclusion that it can have major morbidity (subdural hematoma), remains unproven, and needs further study.

### *Treatment Overview*

Medical and surgical treatment of patients with IIH is often challenging, requiring integration of the history, examination, and clinical course. Many factors are involved and each is weighted in creating individualized therapy. The most important factor is usually the amount and progression of visual loss. Next in importance is the severity of the patient's symptoms with regard to how much they are disrupting the patient's activities of daily living. Headache is the most problematic symptom but pulse synchronous tinnitus, and diplopia, can be difficult to treat. Also factored in is the degree and change in papilledema grade. The options are summarized in **Fig. 12**.

Patients with mild or no visual loss are treated with modest weight loss and sodium restriction often with the addition of acetazolamide (Diamox). In patients with no visual loss, the decision on whether to add acetazolamide is based on the severity of headache or other symptoms and the degree of papilledema; the greater the grade of papilledema, the greater the risk for visual loss. Patients with mild or no visual loss are usually followed first at 4-month intervals. If their vision improves or papilledema lessens to grade 1 or 0, we use 6-month or 1-year intervals. All patients are encouraged to enter a weight-management program with a goal of 5% to 10% weight loss along with a low-salt diet and modest fluid restriction (drinking only when thirsty rather than forcing fluids as is sometimes done to lose weight).

If the patient presents with moderate to severe visual loss (mean deviation on automated perimetry $> -5$ dB), the optimal management has yet to be determined. Some advocate early surgery, whereas others give a medical trial. We have seen both approaches work. For maximal medical therapy we start with 1 g/d of Diamox in divided doses and over weeks gradually increase the dose to the maximal tolerated




**Fig. 12.** Treatment algorithm for IIH. Visual loss does not include enlargement of the blind spot unless it is compromising vision. Optic nerve sheath fenestration is preferred to steroids. Downward arrows show the next step when vision worsens.

dose. We define this the highest dose that does not interfere significantly with activities of daily living. There is some evidence that furosemide (Lasix) can be added in increasing doses to 40 mg by mouth three times a day to further reduce CSF pressure. We use optic nerve sheath fenestration if there is worsening on maximal medical therapy; headache improves in about half of patients, especially if the pain is frontal and worsens with eye movements. This pain is likely caused by distended optic nerve sheaths and pain-sensitive structures are stretched with eye movements. If headache is severe and unresponsive to medical treatments we first make sure the patient does not have rebound headaches from daily analgesics or caffeine. If we believe the headaches are caused by increased intracranial pressure, we proceed with a CSF shunting procedure, although the surgery is successful for headache relief in only about half. We believe stereotactic ventriculoatrial or ventriculoperitoneal shunts are most successful.

Patients who fail to respond to therapy should have repeat neuroimaging, looking for occult meningiomas or other tumors invading the venous sinuses, and a sleep study, looking for obstructive sleep apnea, which should have treatment optimized. Patients with unrelenting visual loss should also have 24-hour blood pressure monitoring to look for periods of hypotension. Hypotension is a strong risk factor for visual loss, especially during surgery. Treatment decisions may be complicated and are further discussed elsewhere.[86]

### *Headache Treatment*

Headache in patients with IIH may improve after a lumbar puncture, but may remain as a management problem even after medications have been given to reduce intracranial pressure. We have had success treating these patients with standard prophylactic vascular headache remedies. However, we try to avoid medications that cause hypotension, such as β-blockers or calcium channel blockers, because they may cause reduced perfusion of the optic nerve head. Tricyclic antidepressants can be problematic because of their side effect of weight gain. We use tricyclics in low doses such as

amitriptyline 10 to 25 mg at bedtime. Nonsteroidal antiinflammatory agents, especially naproxen, are used as an adjunct but their use is limited to 2 days per week to prevent the development of rebound headaches. Topiramate may be useful for its migraine prophylaxis, side effect of weight loss, and for carbonic anhydrase inhibition.

Uncommonly, a CSF shunting procedure is needed for persistent headache; but it can produce the hindbrain herniation headache in return. Patients with IIH also have other headache syndromes. Especially in patients with a migraine history, analgesic-rebound or caffeine-rebound headaches may coexist. These patients may require IV dihydroergotamine to treat this troublesome headache syndrome.

## IIH IN CHILDREN

The effect of papilledema on vision is the same in children as in adults. Some form of quantitative perimetry can be performed in most children more than the age of 6 years. Excellent reviews of IIH in children can be found.[87–89] These investigators point out differences between adult and childhood forms of IIH. In IIH of childhood up to puberty, the incidence in girls and boys is the same.[90] In addition, obesity does not seem to be an important factor in the pathogenesis or treatment of IIH in prepubertal children. The causes reported only with children are nutritional restoration after malnutrition and thyroid-replacement therapy in hypothyroid children.[22]

## IIH IN MEN

Digre and Corbett[9] studied 29 men with IIH using a case-control design and found IIH occurs in men in a similar age distribution to women. They noted that men may require surgical treatment of impending visual loss more often and suggest African American men to be at greater risk to loss of vision. Bruce and colleagues[91] also found men with IIH were 2 times as likely as women to have visual loss.

The issue of IIH in men is complicated by the not infrequent cooccurrence of obstructive sleep apnea.[92] Two studies have documented increased intracranial pressure during apneic periods in these patients.[93,94] Jennum and Borgesen[94] documented the occurrence of increased intracranial pressure during waking hours in the absence of apnea in half their subjects. Because there is a biologically plausible mechanism to explain increased intracranial pressure in sleep apnea and the cooccurrence in men is frequent, we recommend sleep studies in all men and in women with symptoms suggestive of obstructive sleep apnea.

## IIH IN PREGNANCY

Digre and colleagues[15] using a case-control design found no increase in obstetric complications in IIH. Visual loss occurred with the same frequency in pregnant and nonpregnant patients with IIH. They concluded that treatment of patients with IIH in pregnancy should be the same as for nonpregnant patients with IIH, except that caloric restriction must be tempered.

The issue of acetazolamide use in the first trimester of pregnancy is complex. Because of potential teratogenic effects in animals and a single case of a sacrococcygeal teratoma in humans, the basis for withholding acetazolamide is not strong. Acetazolamide is a US Food and Drug Authority category C agent and in our experience can be used after appropriate informed consent, discussion with the patient and the obstetrician, and for patients in whom the benefit outweighs the potential risk for treatment.[95]

## SUMMARY

IIH is characterized by increased CSF pressure of unknown cause. It is predominantly a disease of women in the childbearing years. Although the cause of IIH remains obscure, it has become clear that loss of visual function is common and patients may progress to blindness if untreated. Diagnosis should adhere to the modified Dandy criteria and other causes of intracranial hypertension sought. IIH patient management should include serial perimetry and optic disc grading or photography. The proper therapy can then be selected and visual loss prevented or reversed. Although there are no evidence-based data to guide therapy, there is an ongoing randomized double-blind placebo controlled treatment trial of IIH investigating diet and acetazolamide therapy.

## REFERENCES

1. Corbett JJ, Savino PJ, Thompson HS, et al. Visual loss in pseudotumor cerebri. Follow-up of 57 patients from five to 41 years and a profile of 14 patients with permanent severe visual loss. Arch Neurol 1982;39:461–74.
2. Wall M, Hart WM Jr, Burde RM. Visual field defects in idiopathic intracranial hypertension (pseudotumor cerebri). Am J Ophthalmol 1983;96:654–69.
3. Corbett JJ, Mehta MP. Cerebrospinal fluid pressure in normal obese subjects and patients with pseudotumor cerebri. Neurology 1983;33:1386–8.
4. Smith JL. Whence pseudotumor cerebri? J Clin Neuroophthalmol 1985;5:55–6.
5. Durcan FJ, Corbett JJ, Wall M. The incidence of pseudotumor cerebri. Population studies in Iowa and Louisiana. Arch Neurol 1988;45:875–7.
6. Radhakrishnan K, Ahlskog JE, Cross SA, et al. Idiopathic intracranial hypertension (pseudotumor cerebri). Descriptive epidemiology in Rochester, Minn, 1976 to 1990. Arch Neurol 1993;50:78–80.
7. Corbett JJ. The 1982 Silversides lecture. Problems in the diagnosis and treatment of pseudotumor cerebri. Can J Neurol Sci 1983;10:221–9.
8. Wall M, George D. Idiopathic intracranial hypertension. A prospective study of 50 patients. Brain 1991;114:155–80.
9. Digre KB, Corbett JJ. Pseudotumor cerebri in men. Arch Neurol 1988;45:866–72.
10. Ireland B, Corbett JJ, Wallace RB. The search for causes of idiopathic intracranial hypertension. A preliminary case-control study. Arch Neurol 1990;47:315–20.
11. Giuseffi V, Wall M, Siegel PZ, et al. Symptoms and disease associations in idiopathic intracranial hypertension (pseudotumor cerebri): a case-control study. Neurology 1991;41:239–44.
12. Greer M. Benign intracranial hypertension. II. Following corticosteroid therapy. Neurology 1963;13:439–41.
13. Neville BG, Wilson J. Benign intracranial hypertension following corticosteroid withdrawal in childhood. Br Med J 1970;3:554–6.
14. Walsh FB. Papilledema associated with increased intracranial pressure in Addison's disease. Arch Ophthalmol 1952;47:86.
15. Digre KB, Varner MW, Corbett JJ. Pseudotumor cerebri and pregnancy. Neurology 1984;34:721–9.
16. Deonna T, Guignard JP. Acute intracranial hypertension after nalidixic acid administration. Arch Dis Child 1974;49:743.
17. Mushet GR. Pseudotumor and nitrofurantoin therapy [letter]. Arch Neurol 1977; 34:257.
18. Konomi H, Imai M, Nihei K, et al. Indomethacin causing pseudotumor cerebri in Bartter's syndrome [letter]. N Engl J Med 1978;298:855.

19. Larizza D, Colombo A, Lorini R, et al. Ketoprofen causing pseudotumor cerebri in Bartter's syndrome [letter]. N Engl J Med 1979;300:796.
20. Feldman MH, Schlezinger NS. Benign intracranial hypertension associated with hypervitaminosis A. Arch Neurol 1970;22:1–7.
21. Spector RH, Carlisle J. Pseudotumor cerebri caused by a synthetic vitamin A preparation. Neurology 1984;34:1509–11.
22. Van Dop C, Conte FA, Koch TK, et al. Pseudotumor cerebri associated with initiation of levothyroxine therapy for juvenile hypothyroidism. N Engl J Med 1983; 308:1076–80.
23. Saul RF, Hamburger HA, Selhorst JB. Pseudotumor cerebri secondary to lithium carbonate. JAMA 1985;253:2869–70.
24. Shah A, Roberts T, McQueen IN, et al. Danazol and benign intracranial hypertension. Br Med J (Clin Res Ed) 1987;294:1323.
25. Bercaw BL, Greer M. Transport of intrathecal 131-I risa in benign intracranial hypertension. Neurology 1970;20:787–90.
26. Jacobson DM, Karanjia PN, Olson KA, et al. Computed tomography ventricular size has no predictive value in diagnosing pseudotumor cerebri. Neurology 1990;40:1454–5.
27. Wall M, Dollar JD, Sadun AA, et al. Idiopathic intracranial hypertension: lack of histologic evidence for cerebral edema. Arch Neurol 1995;52:141–5.
28. Mathew NT, Meyer JS, Ott EO. Increased cerebral blood volume in benign intracranial hypertension. Neurology 1975;25:646–9.
29. Brooks DJ, Beaney RP, Leenders KL, et al. Regional cerebral oxygen utilization, blood flow, and blood volume in benign intracranial hypertension studied by positron emission tomography. Neurology 1985;35:1030–4.
30. Boulton M, Armstrong D, Flessner M, et al. Raised intracranial pressure increases CSF drainage through arachnoid villi and extracranial lymphatics. Am J Physiol 1998;275(3 Pt 2):889–96.
31. Sahs AL, Joynt RJ. Brain swelling of unknown cause. Neurology 1956;6: 791–803.
32. Wall M. The headache profile of idiopathic intracranial hypertension. Cephalalgia 1990;10:331–5.
33. Friedman DI, Rausch EA. Headache diagnoses in patients with treated idiopathic intracranial hypertension. Neurology 2002;58:1551–3.
34. Sadun A, Currie J, Lessell S. Transient visual obscurations with elevated optic discs. Ann Neurol 1984;16:489–94.
35. Meador KJ, Swift TR. Tinnitus from intracranial hypertension. Neurology 1984; 34:1258–61.
36. Farb RI, Vanek I, Scott JN, et al. Idiopathic intracranial hypertension: the prevalence and morphology of sinovenous stenosis. Neurology 2003;60:1418–24.
37. Wall M, White WN. Asymmetric papilledema in idiopathic intracranial hypertension: prospective interocular comparison of sensory visual function. Invest Ophthalmol Vis Sci 1998;39:134–42.
38. Frisén L. Swelling of the optic nerve head: a staging scheme. J Neurol Neurosurg Psychiatr 1982;45:13–8.
39. Scott CJ, Kardon RH, Lee AG, et al. Diagnosis and grading of papilledema in patients with raised intracranial pressure using optical coherence tomography (OCT) compared to clinical expert assessment using a Clinical Staging Scale. Arch Ophthalmol 2010, in press.
40. Cushing H. Strangulation of the nervi abducentes by lateral branches of the basilar artery in cases of brain tumor. Brain 1910;33:204–35.

41. Wall M, George D. Visual loss in pseudotumor cerebri. Incidence and defects related to visual field strategy. Arch Neurol 1987;44:170–5.
42. Corbett JJ, Jacobson DM, Mauer RC, et al. Enlargement of the blind spot caused by papilledema. Am J Ophthalmol 1988;105:261–5.
43. Shah VA, Kardon RH, Lee AG, et al. Long-term follow-up of idiopathic intracranial hypertension: the Iowa experience. Neurology 2008;70:634–40.
44. Wall M. The morphology of visual field damage in idiopathic intracranial hypertension: an anatomic region analysis. In: Mills RP, Heijl A, editors. Perimetry update 1990/1991. Amsterdam: Kugler Publications; 1991. p. 20–7.
45. Hayreh SS. Pathogenesis of optic disc oedema in raised intracranial pressure. Trans Ophthalmol Soc U K 1976;96:404–7.
46. Hayreh SS. The sheath of the optic nerve. Ophthalmologica 1984;189:54–63.
47. Hayreh SS. Optic disc edema in raised intracranial pressure. V. Pathogenesis. Arch Ophthalmol 1977;95:1553–65.
48. Hayreh SS, March W, Anderson DR. Pathogenesis of block of rapid orthograde axonal transport by elevated intraocular pressure. Exp Eye Res 1979;28:515–23.
49. Tso MO, Hayreh SS. Optic disc edema in raised intracranial pressure. IV. Axoplasmic transport in experimental papilledema. Arch Ophthalmol 1977;95:1458–62.
50. Neville L, Egan RA. Frequency and amplitude of elevation of cerebrospinal fluid resting pressure by the Valsalva maneuver. Can J Ophthalmol 2005;40:775–7.
51. Whiteley W, Al Shahi R, Warlow CP, et al. CSF opening pressure: reference interval and the effect of body mass index. Neurology 2006;67:1690–1.
52. Bono F, Quattrone A. CSF opening pressure: reference interval and the effect of body mass index. Neurology 2007;68:1439–40.
53. Bono F, Lupo MR, Serra P, et al. Obesity does not induce abnormal CSF pressure in subjects with normal cerebral MR venography. Neurology 2002;59:1641–3.
54. Corbett JJ, Thompson HS. The rational management of idiopathic intracranial hypertension. Arch Neurol 1989;46:1049–51.
55. Newborg B. Pseudotumor cerebri treated by rice reduction diet. Arch Intern Med 1974;133:802–7.
56. Johnson LN, Krohel GB, Madsen RW, et al. The role of weight loss and acetazolamide in the treatment of idiopathic intracranial hypertension (pseudotumor cerebri). Ophthalmology 1998;105:2313–7.
57. Kupersmith MJ, Gamell L, Turbin R, et al. Effects of weight loss on the course of idiopathic intracranial hypertension in women. Neurology 1998;50:1094–8.
58. Wong R, Madill SA, Pandey P, et al. Idiopathic intracranial hypertension: the association between weight loss and the requirement for systemic treatment. BMC Ophthalmol 2007;7:15.
59. Sugerman HJ, Felton WL III, Sismanis A, et al. Gastric surgery for pseudotumor cerebri associated with severe obesity. Ann Surg 1999;229:634–40.
60. Johnston I, Paterson A. Benign intracranial hypertension. II. CSF pressure and circulation. Brain 1974;97:301–12.
61. Scoffings DJ, Pickard JD, Higgins JN. Resolution of transverse sinus stenoses immediately after CSF withdrawal in idiopathic intracranial hypertension. J Neurol Neurosurg Psychiatr 2007;78:911–2.
62. McCarthy KD, Reed DJ. The effect of acetazolamide and furosemide on CSF production and choroid plexus carbonic anhydrase activity. J Pharmacol Exp Ther 1974;189:194–201.

63. Gücer G, Viernstein L. Long-term intracranial pressure recording in management of pseudotumor cerebri. J Neurosurg 1978;49:256–63.
64. Tomsak RL, Niffenegger AS, Remler BF. Treatment of pseudotumor cerebri with Diamox (acetazolamide). J Clin Neuroophthalmol 1988;8:93–8.
65. Celebisoy N, Gokcay F, Sirin H, et al. Treatment of idiopathic intracranial hypertension: topiramate vs acetazolamide, an open-label study. Acta Neurol Scand 2007;116:322–7.
66. Zimran A, Beutler E. Can the risk of acetazolamide-induced aplastic anemia be decreased by periodic monitoring of blood cell counts? Am J Ophthalmol 1987; 104:654–8.
67. Lee AG, Anderson R, Kardon RH, et al. Presumed “sulfa allergy” in patients with intracranial hypertension treated with acetazolamide or furosemide: cross-reactivity, myth or reality? Am J Ophthalmol 2004;138:114–8.
68. Shah VA, Fung S, Shahbaz R, et al. Idiopathic intracranial hypertension. Ophthalmology 2007;114:617.
69. Pollay M, Fullenwider C, Roberts PA, et al. Effect of mannitol and furosemide on blood-brain osmotic gradient and intracranial pressure. J Neurosurg 1983;59: 945–50.
70. Kessler LA, Novelli PM, Reigel DH. Surgical treatment of benign intracranial hypertension–subtemporal decompression revisited. Surg Neurol 1998;50:73–6.
71. Goh KY, Schatz NJ, Glaser JS. Optic nerve sheath fenestration for pseudotumor cerebri. J Neuroophthalmol 1997;17:86–91.
72. Acheson JF, Green WT, Sanders MD. Optic nerve sheath decompression for the treatment of visual failure in chronic raised intracranial pressure. J Neurol Neurosurg Psychiatr 1994;57:1426–9.
73. Sergott RC, Savino PJ, Bosley TM. Modified optic nerve sheath decompression provides long-term visual improvement for pseudotumor cerebri. Arch Ophthalmol 1988;106:1391–7.
74. Corbett JJ, Nerad JA, Tse D, et al. Optic nerve sheath fenestration for pseudotumor cerebri: the lateral orbitotomy approach. Arch Ophthalmol 1988;106: 1391–7.
75. Plotnik JL, Kosmorsky GS. Operative complications of optic nerve sheath decompression [review]. Ophthalmology 1993;100:683–90.
76. Brourman ND, Spoor TC, Ramocki JM. Optic nerve sheath decompression for pseudotumor cerebri. Arch Ophthalmol 1988;106:1378–83.
77. Chandrasekaran S, McCluskey P, Minassian D, et al. Visual outcomes for optic nerve sheath fenestration in pseudotumour cerebri and related conditions. Clin Experiment Ophthalmol 2006;34:661–5.
78. Curry WT Jr, Butler WE, Barker FG. Rapidly rising incidence of cerebrospinal fluid shunting procedures for idiopathic intracranial hypertension in the United States, 1988-2002. Neurosurgery 2005;57(1):97–108 [discussion: 97–108].
79. Eggenberger ER, Miller NR, Vitale S. Lumboperitoneal shunt for the treatment of pseudotumor cerebri. Neurology 1996;46:1524–30.
80. Rosenberg M, Smith C, Beck R. The efficacy of shunting procedures in pseudotumor cerebri. Neurology 1989;39:209.
81. Burgett RA, Purvin VA, Kawasaki A. Lumboperitoneal shunting for pseudotumor cerebri. Neurology 1997;49:734–9.
82. Johnston I, Besser M, Morgan MK. Cerebrospinal fluid diversion in the treatment of benign intracranial hypertension. J Neurosurg 1988;69:195–202.
83. McGirt MJ, Woodworth G, Thomas G, et al. Cerebrospinal fluid shunt placement for pseudotumor cerebri-associated intractable headache: predictors of

treatment response and an analysis of long-term outcomes. J Neurosurg 2004; 101(4):627–32.
84. King JO, Mitchell PJ, Thomson KR, et al. Manometry combined with cervical puncture in idiopathic intracranial hypertension. Neurology 2002;58:26–30.
85. Friedman DI. Cerebral venous pressure, intra-abdominal pressure, and dural venous sinus stenting in idiopathic intracranial hypertension. J Neuroophthalmol 2006;26:61–4.
86. Wall M. Papilledema and idiopathic intracranial hypertension (pseudotumor cerebri). In: Noseworthy JH, editor. Neurological theraputics principles and practice. 2nd edition. Abingdon (UK): Informa Healthcare; 2006. p. 1955–68.
87. Cinciripini GS, Donahue S, Borchert MS. Idiopathic intracranial hypertension in prepubertal pediatric patients: characteristics, treatment, and outcome. Am J Ophthalmol 1999;127:178–82.
88. Lessell S. Pediatric pseudotumor cerebri (idiopathic intracranial hypertension). Surv Ophthalmol 1992;37:155–66.
89. Babikian P, Corbett J, Bell W. Idiopathic intracranial hypertension in children: the Iowa experience. J Child Neurol 1994;9:144–9.
90. Balcer LJ, Liu GT, Forman S, et al. Idiopathic intracranial hypertension: relation of age and obesity in children. Neurology 1999;52:870–2.
91. Bruce BB, Kedar S, Van Stavern GP, et al. Idiopathic intracranial hypertension in men. Neurology 2009;72:304–9.
92. Lee AG, Golnik K, Kardon R, et al. Sleep apnea and intracranial hypertension in men. Ophthalmology 2002;109:482–5.
93. Sugita Y, Iijima S, Teshima Y, et al. Marked episodic elevation of cerebrospinal fluid pressure during nocturnal sleep in patients with sleep apnea hypersomnia syndrome. Electroencephalogr Clin Neurophysiol 1985;60:214–9.
94. Jennum P, Borgesen SE. Intracranial pressure and obstructive sleep apnea. Chest 1989;95:279–83.
95. Lee AG, Pless M, Falardeau J, et al. The use of acetazolamide in idiopathic intracranial hypertension during pregnancy. Am J Ophthalmol 2005;139(5): 855–9.
96. Hupp SL, Glaser JS, Frazier-Byrne S. Optic nerve sheath decompression. Review of 17 cases. Arch Ophthalmol 1987;105:386–9.
97. Kelman SE, Heaps R, Wolf A, et al. Optic nerve decompression surgery improves visual function in patients with pseudotumor cerebri. Neurosurgery 1992;30:391–5.
98. Corbett JJ, Nerad JA, Tse DT, et al. Results of optic nerve sheath fenestration for pseudotumor cerebri. The lateral orbitotomy approach. Arch Ophthalmol 1988; 106:1391–7.
99. Banta JT, Farris BK. Pseudotumor cerebri and optic nerve sheath decompression. Ophthalmology 2000;107:1907–12.
100. Rosenberg ML, Corbett JJ, Smith C, et al. Cerebrospinal fluid diversion procedures in pseudotumor cerebri. Neurology 1993;43:1071–2.
101. Shapiro S, Yee R, Brown H. Surgical management of pseudotumor cerebri in pregnancy: case report. Neurosurgery 1995;37:829–31.
102. Bynke G, Zemack G, Bynke H, et al. Ventriculoperitoneal shunting for idiopathic intracranial hypertension. Neurology 2004;63(7):1314–6.