# EXHIBIT 3

## Nov. 28, 2017
## Deposition of Eeva Lukkari-Lax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

IN RE:

MIRENA IUS LEVONOROGESTREL-RELATED
PRODUCTS LIABILITY LITIGATION (No. II)

---------------------------------------

17-MD-2767(PAE)

-----------------------

Videotaped deposition of:

DR EEVA LUKKARI-LAX
(Volume II)

taken at:

Hannes Snellman Attorneys Ltd
Eteläesplanadi 20
Helsinki
Finland

on Tuesday, November 28th, 2017
commencing at 9.06 am

------------------------

* * * * *

also worried about safety. Right?
A. We evaluate the safety.
Q. Okay. Are the safety effects local -- primarily local as well?
MR EVANS: Object to form and foundation. Vagueness.
A. There are also systemic adverse events in Mirena users, but the bleeding problems, which are very common, they are based on the local effect on the endometrium.
MS LAMACCHIA: What other systemic adverse events are there or effects are there with Mirena?
MR EVANS: Object to form, foundation and compound.
A. For example, acne is a systemic adverse event in Mirena users.
Q. Were these effects studied during the clinical trials?
A. Yes. We report all adverse events that Mirena users are complaining during the clinical study.
Q. Does Mirena cause acne?
A. Yes. Women complain acne in clinical trials. Some of them are considered by the investigator to be related to -- to the product.

Q. So is what you're saying you believe that Mirena causes acne?
A. Yes. We have done the causal -- causal evaluation for that and it is included to the ADR table.
Q. So does a systemic adverse effect mean causation?
MR EVANS: Object to form and foundation. Vagueness.
A. Not necessarily.
MS LAMACCHIA: Okay. Can you explain that?
A. It depends on the adverse event.
Q. When you say "it depends on the adverse event", what -- what do you mean? Are there certain events that are systemic that the event is the cause of that systemic effect and then there are other systemic effects that the cause is unknown?
MR EVANS: Objection. Vagueness. Compound.
A. So some adverse events are known that they are caused by the compound. There is evidence from history or from the drug family that it causes and the not adverse events are known that they are not related.
MS LAMACCHIA: Does Bayer believe that Mirena causes acne?

* * * * *

undesired effects of ovarian cyst formation, acne and breast tenderness fall under systemic effects?

A. Could you reformulate the question, please?

Q. Sure. I just asked you if undesired effects of Mirena listed here fall under the category of adverse events and you said "yes". Right?

A. So I said that -- I don't remember anymore. Sorry.

Q. Okay. I'm just going to read back.

A. I'm confused now.

Q. My question to you was, "Do undesired effects fall under adverse events?" and you testified "Yes". Okay?

A. Yes.

Q. So when you asked me to repeat the question, I tried to clarify it a little more by saying, "Do undesired effects of Mirena, the ones listed here, such as ovarian cysts, acne and breast tenderness, do they fall under adverse events?"

A. Yes.

Q. Okay. Do these undesired effects listed here, ovarian cysts, acne and breast tenderness, also fall under systemic effects?

A. Yes.