# EXHIBIT 5

## Nov. 29, 2017
## Deposition of Juliane Schoendorf, Ph.D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------
IN RE:

MIRENA IUS LEVONOROGESTREL-RELATED
PRODUCTS LIABILITY LITIGATION (No. II)

--------------------------------------

17-MD-2767(PAE)

-----------------------

**CONFIDENTIAL**

Videotaped deposition of:

DR JULIANE SCHOENDORF
(Volume II)

taken at:

Hannes Snellman Attorneys Ltd

Eteläesplanadi 20
Helsinki
Finland

on Wednesday, November 29th, 2017

commencing at 9.29am

-----------------------

* * * * *

none of them have been established as the underlying cause of the disease, so -- yes.

MR KENNERLY: Just to clarify, I am not asking if it is established. I am asking if Bayer believes that any of these proposed mechanisms are biologically plausible?

MS COOK: Objection. Outside the scope. Object to form.

A. So since none of them have been established and -- since none of them have been established as the mechanism in which IIH is caused, so there is no established biologically plausible mechanism that we can identify by which Mirena would cause some IIH.

MR KENNERLY: So in Bayer's view a mechanism has to be established before it can be biologically plausible?

MS COOK: Objection. Outside the scope.

A. So a biologically plausible mechanism is something that you would consider in your causality assessment, and I assume we are still talking here about the causality assessment with regards to Mirena and IIH. So in order to look at whether there is a biologically plausible mechanism we have looked at the different hypothesis that have

been proposed, most of which don't have anything to do with hormones, many of which don't have anything to do with progestins, and the ones that have been suggested involving progestin are actually not biologically plausible to be applicable to Levonorgestrel Ius. So in summary, looking at the hypotheses that are out there we could not identify a biologically plausible mechanism by which Levonorgestrel Ius use causes IIH.

MR KENNERLY: In Bayer's view is it biologically plausible that hormones play a role in causing IIH?

MS COOK: Objection. Outside the scope. Go ahead.

A. So as discussed in our response document to the BfArM, since it has been established that the female gender and women of reproductive age are risk factors for developing IIH, it is a valid hypothesis to investigate further whether there is influence of sex hormones on the development of IIH. But none of these hypothesis have been really established as the mechanism of IIH at this point.

MR KENNERLY: Now, we talked before about how clinical trials are not really an appropriate mechanism to prove or disprove a causal association