# EXHIBIT 10

**Kempegowda P, et al. 2016 Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovarian syndrome and simple obesity. 18th European Congress of Endocrinology 2016, Munich, Germany. Endocrine Abstracts 41 EP728.**

EP728

ECE2016 28 – 31 May 2016 MUNICH, GERMANY 18th EUROPEAN CONGRESS OF ENDOCRINOLOGY

# Women with idiopathic intracranial hypertension have a distinct andro-metabolic signature compared to polycystic ovary syndrome and simple obesity

UNIVERSITY OF BIRMINGHAM

IMSR INSTITUTE OF METABOLISM AND SYSTEMS RESEARCH

**Punith Kempegowda[2], Michael O'Reilly[2], Catherine Hornby[1], Hannah Botfield[1], Angela Taylor[2], Beverley Hughes[2], Jeremy Tomlinson[3], Wiebke Arlt[2] and Alexandra Sinclair[1]**

[1] Neurometabolism, Institute of Metabolism and Systems Research, University of Birmingham, Birmingham, UK
[2] Centre of Endocrinology, Diabetes and Metabolism, Institute of Metabolism and Systems Research, University of Birmingham, Birmingham, UK
[3] Oxford Centre for Diabetes, Endocrinology and Metabolism (OCDEM), University of Oxford, Oxford, UK
**Correspondence: p.kempegowda@bham.ac.uk**

## Background

**Idiopathic Intracranial Hypertension (IIH)**

- Disorder characterised by raised intracranial pressure of unknown aetiology.
- Up to 94% of IIH patients are young, obese women.

**Androgen Pathway**

•Testosterone and dihydrotestosterone are the most potent androgens, produced by gonads and adrenal glands but can also be produced through peripheral conversion.

•While aldo-keto reductase enzyme AKR1C3 catalyses testosterone production, 5α reductase plays an important role in breakdown of these androgens (Figure 1)




**Figure 1**: Androgen synthesis and metabolism. 5α reductase is a rate limiting step in androgen breakdown and hence urinary An/Et and 5αTHF/THF ratio helps measure androgen load.

**IIH and PCOS**

- PCOS is characterised by hyperandrogenism, primarily raised androstenedione, and increased systemic 5α reductase activity.
- Prevalence of PCOS in IIH patients is 39-57%, higher than the prevalence of PCOS in the general population (9-18%).
- Both conditions share similar phenotype of young, obese women.

## Objective

To assess androgen metabolism in women with IIH in comparison to women with PCOS and healthy obese females.

## Methodology

- 25 patients with IIH were compared to age and BMI matched 31 women with PCOS and 15 with simple obesity.
- Women with IIH were studied before and after weight loss intervention.
- All IIH patients had active disease (papilloedema and lumbar puncture pressure > 25cmCSF and had secondary causes including venous sinus stenosis excluded.
- All participants underwent comprehensive metabolic phenotyping and steroid profiling.
- Serum and 24-hour urinary androgens were measured by liquid chromatography-tandem mass spectrometry and gas chromatography/mass spectrometry respectively.
- Urinary steroid profiles were correlated with clinical parameters of IIH severity.

## Results

| | PCOS | IIH | Controls | P-value |
|---|---|---|---|---|
| Age (years) | 32±8 | 34±9 | 35±4 | 0.285 |
| BMI (kg/m²) | 38±5 | 38±5 | 35±4 | 0.146 |

**Table 1**: Comparison of age and BMI between IIH, PCOS and healthy obese females. Results in mean±SD format. All subjects were females.
There was statistically no significant difference between the three groups.

| | IIH Baseline | IIH Post-weight loss | Mean difference | P value |
|---|---|---|---|---|
| LP Pressure | 37.8±4.7 | 29.7±4.8 | 8.3±4.1 | 0.000 |
| Papilloedema | 136.2±46.3 | 111.3±27.4 | 27.3±34.6 | 0.001 |
| Visual acuity | 0.09±0.4 | 0.02±0.2 | 0.1±0.2 | 0.033 |
| Headache severity | 58.2±8.9 | 46.7±10.1 | 11.5±10.4 | <0.001 |
| HOMA IR | 3.2±3.0 | 1.3±1.1 | 1.3±2.3 | 0.016 |
| DHEA | 18.6±9.3 | 16.4±12.6 | 0.5±12.2 | 0.847 |
| Androstenedione | 7.5±7.4 | 3.9±2.4 | 0.4±1.4 | 0.259 |
| Testosterone | 1.7±0.8 | 1.6±0.3 | 0.3±0.5 | 0.006 |
| An/Et ratio | 1.4±0.7 | 1.2±0.7 | 0.4±0.5 | 0.003 |
| 5aTHF/THF ratio | 1.0±0.5 | 0.9±0.5 | 0.3±0.4 | 0.003 |

**Table 2**: Comparison of effects of weight loss on IIH and androgen profile. Results in mean±SD format. There was significant reduction in testosterone synthesis with simultaneous reduction in markers of 5α reductase activity. (HOMA IR- Homeostatic model assessment insulin resistance, LP- Lumbar puncture, DHEA- Dehydroepiandrosterone)




**Figure 2**: Comparison of androgens between the three groups. Serum testosterone and DHEAS were significantly higher in IIH. Androstenedione was not elevated in IIH (but was in PCOS).
Reference range in Mean±SD format. * p<0.05, ** p<0.01, *** p<0.001




**Figure 3**: Post-intervention, reduced excretion of total glucocorticoid metabolites and markers of 5a reductase activity was noted in the IIH group following weight loss.
Reference range in Mean±SD format. * p<0.05, ** p<0.01




**Figure 4**: An/Et ratio correlated significantly with markers of papilloedema (optical coherence tomography (OCT) average retinal nerve fibre layer thickness (RNFL)) in IIH both at baseline (R=0.47, p=0.02) and post-intervention (R=0.56, p=0.0096)

## Conclusion

- IIH is characterised by increased testosterone but not androstenedione.
- In IIH, Testosterone and 5α-reductase activity falls following therapeutic weight loss alongside a significant reduction in disease activity ( intracranial pressure and papilloedema).
- IIH maybe characterised by increased AKR1C3 activity, as evidenced by increased serum testosterone relative to androstenedione, which may improve after weight loss.

## References

1.Sinclair, Alexandra J., et al. Low energy diet and intracranial pressure in women with idiopathic intracranial hypertension: prospective cohort study. BMJ. 2010
2.O'Reilly M, et al. Understanding androgen action in adipose tissue. J Steroid Biochem Mol Biol. 2014