# EXHIBIT 14

## 2017 CV of Dr. James Wheeler

# James M. Wheeler, MD, MPH, JD

The Center for Women's HealthCare, P.A.
Milam House, 4100 Milam Street, Houston, Texas 77006
Phone: (713)797-9200 Fax: (713)797-9276 Email: drwheeler@hotmail.com
Websites: TheCenterForWomensHealthCare.com JimWheelerMD.com

## Medical Employment History

1995 - Reproductive endocrinologist, Obstetrician/Gynecologist:
Private office practice – The Center for Women's HealthCare, Houston, TX

1988-1994 Reproductive endocrinologist, Obstetrician/Gynecologist:
Academic practice – Baylor College of Medicine, Houston, TX

1986-1988 Reproductive endocrinology, Obstetrician/Gynecologist:
Academic practice – Yale University School of Medicine, New Haven, CT

1982-1986 Resident in Obstetrics & Gynecology;
Baylor College of Medicine, Houston, TX

1981-1982 Research Fellow in Medical Endocrinology, Department of Internal Medicine,
Baylor College of Medicine, Houston, TX

## Academic Positions

2016 - Professor of Medicine, Law, & Nursing; Program Chair, Health & Law -
Brighton College/The Paralegal Institute, Scottsdale, AZ. Courses taught:
*Medical Law & Ethics, Legal Research, Legal Research-Associate's Degree, Legal Research-Legal Nurse Consultant Diploma Program; DOC Program*

1995-1996 Clinical Assistant Professor - Department of Obstetrics/Gynecology,
Baylor College of Medicine, Houston, TX

1988-1995 Assistant Professor, Division of Reproductive Endocrinology/Infertility,
Departments of Obstetrics/Gynecology and Community Medicine,
The Methodist Hospital and Baylor College of Medicine, Houston, TX

1986-1988 Postdoctoral Associate, Department of Obstetrics /Gynecology;
Fellow, Division of Reproductive Endocrinology/Infertility; and
Instructor, Department of Internal Medicine:
Yale University School of Medicine, New Haven, CT
Graduate Student, Yale University School of Public Health, New Haven, CT
Research Associate, Baylor College of Medicine, Houston, TX

1985-1986 Administrative Chief Resident, Department of Obstetrics/Gynecology,
Baylor College of Medicine, Houston, TX

1982-1986 Resident, Dept. of Ob/Gyn, Baylor College of Medicine, Houston, TX

EXHIBIT
tabbies
Wheeler
3
1-30-18 RM

## Pre-Medical and Medical Education

1974-1978 B.A.: Biology and Psychology/Social Relations, *magna cum laude,* Harvard College; Cambridge, MA

1978-1981 M.D.: Baylor College of Medicine; Houston, TX

1981-1982 Postdoctoral Research Fellowship, Division of Endocrinology, Department of Internal Medicine, Baylor College of Medicine, Houston, TX

1982-1986 Residency, Obstetrics/Gynecology: Baylor College of Medicine, Houston, TX
1985-1986 Administrative Chief Resident, Baylor Residency Ob/Gyn, Houston, TX

1986-1988 Fellowship in Reproductive Endocrinology/Infertility, Obstetrics/Gynecology;
Robert Wood Johnson Clinical Scholar, Internal Medicine & Obstetrics/Gynecology,
M.P.H. Graduate Student; Major – Biostatistics, Minor – Maternal/Child Health;
Awarded *Distinction* in Biostatistics;
Yale University Schools of Medicine and Public Health; New Haven, CT

ACOG-Ortho Academic Training Fellow: Department of Obstetrics and Gynecology, Baylor College of Medicine, Houston, TX

## Medical Certification and Licensure

Diplomat, American Board of Obstetrics and Gynecology, initially December 1989
(Annually recertified by written exam; last recertified 2017; new oral recertification exam taken and passed December 2014); no adverse actions

License: Texas #G3903; current status: active and unrestricted;
(Restricted 1996-1997 for 1993 dating relationship outside the office with former patient; cited specifically for insufficient proof of termination of patient-physician relationship.)

Previous license: Connecticut; 1986 – 1988; no adverse actions

DEA: #BW1220300; no adverse action DPS: #T0067876; no adverse actions

## Hospital Appointments

2006 - Woman's Hospital of Texas, Houston, TX; Courtesy staff with Admitting and Consulting privileges, renewed December 2016.

1988-2006 Woman's Hospital of Texas, Houston, TX; Attending; "Wide laparotomy" incision moved to IRB supervision in early 2006 after 300 cases.

1988-2000 St. Luke's Episcopal Hospital, Houston, TX; Attending; no adverse actions.

1988-1995 The Methodist Hospital, Houston, TX; Attending; Peer review committee difficulties culminated in 1997 lawsuit, settled in 2007; settlement language in NPDB ascribed peer review difficulties to "politics" among the doctors involved.

1988-1995 Harris County Hospital District, Houston, TX; no adverse actions.

1986-1988 Yale-New Haven Hospital, New Haven, CT; no adverse actions.

## Hospital and Academic Committee Appointments

| | |
|---|---|
| 1994-2006 | Surgery Review Rotating Committee, Woman's Hospital of Texas |
| 2005-2006 | Performance Improvement Committee, Woman's Hospital of Texas |
| 2002-2003 | Infection Control Committee, Woman's Hospital of Texas |
| 1998-2007 | Institutional Review Board, Woman's Hospital of Texas |
| 1992 | Continuing Medical Education Committee, Baylor College of Medicine |
| 1990-1994 | Credentialing Committee - Advanced Endoscopy: The Methodist Hospital and Baylor Department of Obstetrics/Gynecology |
| 1989-1990 | Admissions Committee, Baylor College of Medicine |
| 1989-1992 | Institutional Review Board, Baylor College of Medicine |
| 1988-1989 | Student Affairs Committee, Baylor College of Medicine |

## Achievements and Awards

**Private Practice/Faculty Practice** (1988 – present):

| | |
|---|---|
| 2015-2017 | Top 10% Rated Peer Reviewer, *Obstetrics & Gynecology* |
| 2015 | Top 1% U.S. Ob/Gyns, Vitals/American Registry/Castle Connolly Poll |
| 2015 | Doximity/US News World Report "Expert" polled re: 'Best Gyn. for Sick Patients' |
| 2009-2016 | Patients' Choice Award, Obstetrics & Gynecology, Houston, TX |
| 1997 | Golden Hysteroscope, Am. Assoc. Gyn. Laparoscopists, 1997; *see* Article #41 |
| 1994 | Consumer's Choice Award, American Nurses in Business |
| 1990 | Faculty Recognition Award, from graduating Baylor senior residents |
| 1989 | "Rookie-of-the-Year" Faculty Award, from Baylor Ob/Gyn resident physicians |
| 1988 | Faculty Recognition, from Yale Ob/Gyn resident physicians |

**Residency and Post-Residency Training** (1982 – 1988):

| | |
|---|---|
| 1988 | Society of Gynecologic Surgeons; President's Award, First Prize |
| 1986-1988 | Robert Wood Johnson Clinical Scholar: Yale Internal Medicine and Ob/Gyn |
| 1986-1987 | American College of Ob/Gyn-Ortho Academic Training Fellowship |
| 1986 | Alpha Omega Alpha Baylor Resident Physician Teaching Award |
| 1986 | Senior Baylor Residents' Scientific Presentations, Second Prize Paper |
| 1985 | Texas Association of Obstetricians and Gynecologists, Pritchard Prize |
| 1982 | Central Assoc. of Obstetricians/Gynecologists, Central Association Award |

**Medical School and College** (1974 – 1981):

| | |
|---|---|
| 1978-1981 | Baylor College of Medicine Trustees' Scholarships |
| 1978 | Arms of Quincy House, "For contributions to House life…", Harvard College |
| 1978 | Harvard College Graduation departmental honors:<br>Biology: *magna cum laude*; Psychology/Social Relations: *summa cum laude*;<br>Biology & Psychology/Social Relations Senior Honors Thesis: *summa cum laude* |
| 1974-1978 | Harvard Faculty of Arts and Science Scholarship |
| 1974-1975 | Florida State Scholar, Harvard Club of Broward County, Florida |

## Medical Advisory Panel Appointments

| | |
|---|---|
| 2017- | Reproductive Medicine Consultant, Primates, Little Rock Zoo, Little Rock, AR |
| 2014- | Member, Houston Regional Advisory Board, ProAssurance Insurance Co. |
| 2010- | Medical Review Board, Nucleus Medical Media, Kennesaw, GA |
| 2013 | Panelist, National Disease & Therapeutic Index, Collegeville, PA |
| 2012-2013 | Panelist, Physician Consulting Network/Medical Marketing Conference, NJ |
| 2004-2007 | Advisor, Cord Blood Registry, Tucson, AZ |
| 1993 | Ovulation Induction Monitoring Advisory Board, Serono, Randolph, MA |
| 1993 | Advisory Board, Institute for Conservative and Minimally Invasive Surgery; Chairman: Dr. Jim Dorsey, Baltimore, MD |
| 1991 | Gynecology Advisory Panel, Karl Storz Endoscopy, Culver City, CA |
| 1990 | Diagnostic & Therapeutic Committee, American Medical Assn, Chicago, IL |
| 1990 | Technical Expert Panel, Harvard Resources-Based Relative Value Scale (RBRVS) Study, Cambridge, MA |
| 1990-1994 | Milestones in Medicine Advisory Board, Methodist Hospital, Houston, TX |
| 1989-1993 | Advisory Panel, Association of Professors in Obstetrics and Gynecology Ethicon Program in Surgical Education, New Orleans, LA |
| 1989-1990 | Advisor, University of North Carolina Health Research Center, North Carolina Hysterectomy Appropriateness Study, Chapel Hill, NC |

## Medical Professional Society Elected Memberships

Alpha Omega Alpha National Honor Medical Society
American Academy for the Advancement of Science
American Association of Gynecologic Laparoscopists
American College of Obstetricians and Gynecologists
American Society for Reproductive Medicine

## Medical Professional Society Elected Positions

American College of Obstetricians and Gynecologists (ACOG), Junior Fellow Division:

1988-1989 (National) JFCAC past Chairman
1987-1988 (National) JFCAC Chairman
1986-1987 (National) JFCAC Vice Chairman
1985-1986 District VII Chairman
1984-1985 District VII Vice-Chairman
1983-1984 Texas Section, Chairman

## Medical Professional Society Committee Appointments

American College of Obstetricians and Gynecologists (ACOG):

| | |
|---|---|
| 1990-1993 | Current Procedural Terminology and Nomenclature Committee |
| 1990 | Vice Chairman, Texas Section of District VII (now District XI) |
| 1987-1990 | Purdue Fredrickson, Searle-Donald F. Richardson Prize Committee |
| 1987-1990 | Hysterectomy Task Force |
| 1987-1989 | Health Care Commission |
| 1987 | Long Range Planning Committee |

American Fertility Society (AFS)/American Society of Reproductive Medicine (ASRM):

| | |
|---|---|
| 1988-1989 | Local Arrangements; Second International Endometriosis Symposium |
| 1986-1987 | Committee on Development |

## Medical Journal Peer-Reviewer Experience

American Journal of Obstetrics and Gynecology
Fertility and Sterility
Journal of Clinical Epidemiology
Journal of Maternal-Fetal Medicine
Journal of the Nurses Association of ACOG
The New England Journal of Medicine
Nucleus Medical Media
Obstetrics and Gynecology

## Medical Research Training

1986-1988: Yale University
Funding: Fellowship training Ob/Gyn departmental funds, ACOG-Ortho Training Fellowship, Woman's Hospital of Texas Research and Education Foundation
Research areas: Clinical epidemiology of endometriosis; Assisted reproductive technology and endoscopy

1986-1988: Robert Wood Johnson Clinical Scholar, Departments of Internal Medicine and Obstetrics/Gynecology, Yale University School of Medicine
Funding: Robert Wood Johnson Foundation
Research areas: Computer-based pelvic mapping of surgical findings
Study design in infertility treatment

1986-1988: Masters in Public Health candidate, Yale University
Study areas: Classic epidemiology and biostatistics; Maternal/Child Health policy

1984-1986: Research Assistant, Department of Ob/Gyn, Baylor College of Medicine
Funding: Department research fund, administered by Dr. Ronald L. Young
Research areas: Bioassays of pathogen adherence to reproductive tissue; Amnion as adhesion inhibitor in animal models; Clomiphene citrate as menopausal treatment.

1981-1982: Postdoctoral Research Fellow, Medical Endocrinology, Baylor College of Medicine
Funding: National Institutes of Health Training Program, administered by Dr. James Field
Research areas: Immunologic model of male hypogonadism and infertility

1977-1978: Research Assistant, Depts. of Biology and Psychology/Social Relations Harvard College
Funding: National Institute of Health Scientist Training Program, directed by Dr. D. Crews
Research areas: Gonadotropin secretion control, neuroanatomic techniques

## Legal Education, Training, Licensure, Memberships, CLE

2005 - Attorney/Counselor, Member of Texas Bar, Bar No. 24051511; current on CLE

2001- 2005 J.D.: University of Houston Law Center, Houston TX
Concentration in Health and Insurance Law: Medical malpractice, Healthcare transactions,* Food & Drug Law,* Regulation of health professionals, Federal & state regulatory agencies, Health Law and Policy,*x2; ** Insurance Law: Life, Health, Disability, Automobile
*Courses "Am Jur" 'ed **After these seminars, invited to join UHLC Health Law Faculty

### Alternative Dispute Resolution (ADR) Training:

10/24/05 Arbitration Training;
10/25/05 Advanced Mediation Training, American Health Lawyers Association, Washington, DC
3/10/06 Negotiation Skills: Lessons from the Harvard Negotiation Project, Sponsored by Houston Family Bar, Houston, TX
3/13-17/06 40-Hour Basic Mediation Training, A.A. White Dispute Resolution Center, University of Houston Law Center, Houston, TX

### Legal Organization Memberships/Activities:

2004 - American Bar Association
2004 - American Health Lawyers Association
2005 - 2010 Texas Young Lawyers Association
2005 - 2007 Mentor/Protégé Program, Houston Bar Association
2006 - Houston Bar Association, #224017
2015 ABA Law Student Division, National Negotiation Competition: Judge, Semifinals Round

### Continuing Legal Education (CLE):

4/01/06 Practice in State Civil District Court, University of Houston CLE, Houston, TX
4/29/10 Advanced Medical Malpractice 2010
4/10/14 In House Counsel Practice – Self Study Course, State Bar of Texas CLE
6/05/14 Settling Cases In Mediation, Rossdale CLE
6/10/14 Recovering & Proving Attorneys' Fees & Costs, Rossdale CLE
6/11/14 Taking and Defending Effective Depositions, Rossdale CLE
6/18/14 Presenting Complex Medical Information to Judges & Juries, ABA CLE
6/30/14+ CLE 15: Personal Injury Law 2013; State Bar of Texas CLE
8/04/14 Powerful Trial Prep & Use of Experts, Rossdale CLE
2/10/15 Houston Bar Association's Ethics CLE: "The Texas Lawyers'
1/31/16 Texas Bar CLE: Legal Writing to Win – 2015
9/10/16 Texas Bar CLE: Best of Texas Bar College Summer School – 2016
9/21/16 ABA: Anatomy of Medical Malpractice Lawsuits
11/9/16 Daubert Motions; Lorman Education
1/27/17 Alternate Dispute Resolution – 2017; Texas Bar CLE
9 /4/17 Ethics & Law: Considerations Affecting Today's Legal Practice; Texas Bar CLE

# Other Educational Programs/Certifications

2017 **Laparoscopic Pelvic Dissection: From the Ureter to Blood Vessels to Avascular Spaces,** Practical Anatomy & Surgical Education, Saint Louis University

2015-2016 **Legal Nurse Consultant Program,** The Paralegal Institute/Brighton College, Scottsdale, AZ
Coursework: Legal Research LNC, Legal Analysis & Writing LNC;
Litigation and Trial Practice, Torts: Personal Injury Litigation;
Legal Nurse Consultant Practices; Legal Nurse Consultant Principles.
Diploma: "Legal Nurse Consultant"

2016 **University of Washington Biomaterials Intensive Short Course**, Seattle, WA

2016 **Biocompatability of Surgical Meshes – Directed Reading**; Prof. Buddy Ratner, UWEB21, University of Washington, Department of Biomedical Engineering, Seattle WA

2015 **CaseMaker Legal Research**, Houston Bar Association

2015 **LexisNexis CaseMap Certification for LNCs,** Raleigh NC

2015 **Presenting Data + Information: Graphical Analysis,** Professor Edward Tufte, Houston, TX

2015 **WestlawNext Training Certifications:** Research More Productively, Research More Efficiently, Westlaw Classic Fundamentals for Paralegals, Litigation Research for Paralegals, Statute Research for Paralegals, Case Law Research for Paralegals

2014 **Medical Doctor Expert Witness Certificate,** Florida Department of Health, Certificate No. MEEW2343. Initial certification: 10/21/2014, renewed 10/21/16.

2012-2014 **Medical Billing/Coding** Program , Penn Foster Online Program (not completed)

2011-2017 **Business Training:** Zig Ziglar, Inc./Tom Ziglar, Howard Partridge 'Inner Circle'

2010-2012 **Candy Bouquet International**: Franchisee Training and Consultation

2010-2012 **Insurance**: Farmers Insurance Reserve Agent; Farmer's University; Kaplan University School in Insurance

2010-2011 **Securities:** Series 6 and 63; Kaplan University Professional School in Securities Licensing

2006-2007 **Construction Management**: Basics, Regulations, Finance; Kaplan Construction Mgmt.

2006 **Real Estate:** Principles/Policies/Practice/Law; Mortgages and Mortgage Law; Kaplan University Professional School in Real Estate

# Publications: Articles[1]

*1. **Wheeler JM,** Crews D: The role of the anterior hypothalamus-preoptic area in the regulation of male reproductive behavior in the lizard, *Anolis carolinensis;* Lesion studies. Hormone and Behavior 1978; 11:42-60. [2]

*2. **Wheeler JM**, Malinak LR: Postoperative danazol therapy in infertile patients with severe endometriosis. Fertil Steril 1981; 36:460-3.

*3. **Wheeler JM**, Johnson BM, Malinak LR: The relationship of endometriosis to spontaneous abortion. Fertil Steril 1983; 39: 656-60.

*4. **Wheeler JM**, Malinak LR: Recurrent endometriosis: incidence, management and prognosis. Am J Obstet Gynecol 1983; 146:247-253.[3]

5. Malinak LR, **Wheeler JM:** Endometriosis: Diagnosis. The Female Patient, April 1985.

6. Malinak LR, Wheeler **JM**: Endometriosis: Treatment. The Female Patient, May 1985.

7. Malinak LR, **Wheeler JM**: Endometriosis: A Patient Guide. The Female Patient, May 1985.

*8. Malinak LR, **Wheeler JM**: Management of Endometriosis. American College of Obstetricians and Gynecologists, Technical Bulletin March 1985.

*9. **Wheeler JM**, Dodson MG: Transperitoneal migration of ova. J Reprod Med 1985; 30:895-8.

*10. **Wheeler JM**, Malinak LR: American College of Obstetricians and Gynecologists: Surgery of the Uterus. Precis III 1986; 186-189.

11. Young RL, **Wheeler JM**: The menopause: Symptomatology, endocrinology, and management. Modern Medicine 1987; 55:92-104.

12. **Wheeler JM,** DeCherney AH: Office hysteroscopy. Obstet Gynecol Clin North Am 1988; 15(1):29-39.

*13. **Wheeler JM**: Epidemiology of endometriosis-associated infertility. J Reprod Med 1989: 34:41-6.[4]

*14. Gonsoulin W, Moise KJ Jr., Kirshon B, Cotton DB, **Wheeler JM**, Carpenter RJ Jr: Outcome of twin-twin transfusion diagnosed before 28 weeks gestation. Obstet Gynecol 1990; 323:281-8.

15. **Wheeler JM**, Malinak LR: Combined medical and surgical therapy for endometriosis. Prog Clin Biol Res 1990; 443-8.

16. **Wheeler JM**: Statistical methods in evaluation endometriosis studies. Prog. Clin Biol 1990; 32; 443-8.

[1] Peer reviewed articles are so indicated in the left margin with an asterisk – ' * ' .
[2] Senior Honors Thesis, Departments of Biology and Psychology/Social Relations, Harvard College.
[3] Awarded Central Association of Obstetrics and Gynecology President's Award, 1982.
[4] Portion of MPH requirements, awarded Distinction in Biostatistics, Yale University School of Public Health

*17. **Wheeler JM**, Malinak LR: American College of Obstetricians and Gynecologists Surgery of the ovary including endometriosis. Precis III 1986: 186-92.

*18. Young RL, Cota J., Sund G., Mason BA., **Wheeler JM**: The use of an amniotic membrane graft to prevent postoperative adhesions. Reproductive Animal Research March 1991; 55(3):624-628.

*19. Hill GA, **Wheeler JM**: Incidence of breakthrough bleeding during oral contraceptive therapy. J. Reprod Med 1991; 36(4):334-39.

*20. Leduc L, Mitchell P, Kirshon B, **Wheeler JM**, Cotton DB: Coagulation profiles in severe pre-eclampsia. Am J. Obstet Gynecol 1991;14-18.

21. **Wheeler JM**: Epidemiology and prevalence of endometriosis. Infertil and Reprod Med Clin No Am, July 1992: 3(3): 545-549.

*22. **Wheeler JM**, Malinak LR, Miller J, Knittle J, and the Depot-Leuprolide Endometriosis Study Group: Depot-Leuprolide versus danazol in the Treatment of endometriosis: results of a randomized, double blind clinical trial. I. Clinical efficacy. Am J Obstet Gynecol 1992; 107;1367-71.

*23. Ayus C, **Wheeler JM**, Arrief A: Postoperative hyponatremic encephalopathy in menstruant women. Ann Int Med 1992; 117:891-7.

*24. **Wheeler JM**, Malinak LR, Miller J, Knittle J: And the Depot-leuprolide Endometriosis Study Group: Depot-leuprolide versus danazol in the treatment of endometriosis: results of a randomized, double-blind clinical trial. II. Safety. Am J Obstet Gynecol 1993; 169;26-33.

*25. **Wheeler JM**, Malinak LR: American College of Obstetricians and Gynecologists. Surgery of the ovaries including endometriosis. Precis IV 1990; 202-5.

26. **Wheeler JM**: Choosing an oral contraceptive. Infertility Clinics of North America. Ed AH DeCherney, WB Saunders. Philadelphia, 1990; 25-30/

27. **Wheeler JM**: Endometriosis surgery. In, Infertility Surgery. Ed MP Diamond. Clinical Practice of Gynecology. Elsevier Science Publishing Co., 1991; 57-74.

28. **Wheeler JM**: Epidemiology of Endometriosis . Infertility and Reproductive Clinics of Medicine North America 1992; Ed D. Olive 3 (3): 545-9.

29. **Wheeler JM**: Epidemiologic aspects of recurrent pregnancy loss. Obstetrics and Gynecology Clinics of North America, WB Saunders, Philadelphia, 1992.

30. **Wheeler JM**, Malinak LR: Leiomyomata uteri. Current Diagnosis 8. Ed. RB Conn, WB Saunders, Philadelphia, 1991: 1224-26.

*31. **Wheeler JM**: Role of Phase IV trials in determining the safety and efficacy of oral contraceptives. J Reprod Med. 1991: 36 (4): 325-24.

*32. Friedman AJ, **Wheeler JM**: Efficacy and safety of ethynodiol diacetate, 1 mg with ethinyl estradiol 35 mcg, with an emphasis on contraceptive efficacy. A Phase IV Trial. J Reprod Med 1991; 36(4):328-33.

*33. **Wheeler JM**, Malinak LR: Complexion changes in oral contraceptive users: results from a Phase IV Multicenter trial evaluation the safety and efficacy of ethynodiol 1 mg with ethinyl estradiol 35 mcg. J Reprod Med 1991; 36 (4):340-4.

*34. Friedman AJ, **Wheeler JM:** Incidence of ovarian cyst formation in women taking ethynodiol diacetate, 1 mg. with ethinyl estradiol, 35 mcgs. J Reprod Med 1991; 36(4):345-9.

*35. **Wheeler JM**, Malinak LR: American College of Obstetricians and Gynecologists. Surgery of the uterus. Precis IV. 1990; 193-8.

36. **Wheeler JM**: Clinical research of lasers in Gynecology: Ob/Gyn Clinic of North America 1991; 18:667-76.

*37. Taskin O, **Wheeler JM:** Laparoscopic repair of bladder injury and lacerations. J Am Assoc Gynecol Laparosc 1995; 2(2):227-9.

*38. Taskin O, Yalcinoglu A, Kucuk S, Burak F, Ozekici U, **Wheeler JM:** The degree of fluid absorption during hysteroscopic surgery in patients pretreated with goserelin. J Am Assoc Gynecol Laparosc 1996; 3(4):555-9

*39.Taskin O, Erden F, Uryan II, Atmaca R, Ozekici U, **Wheeler JM:** The sensitivity of low-dose oral contraceptives in differentiating endometriosis in patients with pelvic pain. J Am Assoc Gynecol Laparosc 1996; 3(Suppl 4):49.

*40.Uryan II, Taskin O, Erden F, Buhur A, Burak F, Ozekici U, **Wheeler JM:**Effectiveness and long-term safety of prolonged goserelin and tibolone women with endometriosis. J Am Assoc Gyn Laparosc 1996; 3(4):S51-2

*41. Taskin O, Buhur A, Birincioglu M, Burak F, Atmaca R, Yilmaz I, **Wheeler JM:** Endometrial Na+, K+-ATPase pump function and vasopressin levels during hysteroscopic surgery in pts pretreated with GnRH agonist. J Am Assoc Gyn Laparos 1998; 5(2):119-124. [5]

*42. Taskin, O, Birincioglu M, Aydin A, Buhur A, Burak F, Yilmaz I, **Wheeler JM:** The effects of twisted ischaemic adnexa managed by detorsion on ovarian viability and histology: an ischaemia-reperfusion rodent model. Hum Reprod 1998; 13(10):2823-7.

*43. Taskin O, Buhur A, Birincioglu M, Burak F, Atmaca R, Yilmaz I, **Wheeler JM:** The effects of duration of CO2 insufflation and irrigation on peritoneal microcirculation assessed by free radical scavengers and total glutathione levels during operative laparoscopy. J Am Assoc Gynecol Laparosc 1998; 5(2):129-33.

*44. Taskin O, Sadik S, Onoglu A, Gokdeniz R, Yilmaz I, Burak F, **Wheeler JM:** Adhesion formation after microlaparoscopic and laparoscopic ovarian coagulation for polycystic ovary disease. J Am Assoc Gynecol Laparosc 1999; 6(2):159-63.

*45. Taskin O, Sadik S, Onoglu A, Gokdeniz R, Erturan E, Burak F, **Wheeler JM:** Role of endometrial suppression on the frequency of intrauterine adhesions after

[5] Awarded The Golden Hysteroscope Award, American Association of Gynecologic Laparoscopists, 1997.

resectoscopic surgery. J Am Assoc Gynecol Laparosc 2000; 7(3):351-4.

*46. Sadik S, Onoglu AS, Gokdeniz R, Turan E, Taskin O, **Wheeler JM:** Laparoscopic management of selected adnexal masses. J Am Assoc Gynecol Laparosc 1999; 6(3):313-6.

*47. Taskin O, Onoglu A, Inal M, Turan E, Sadik S, Vardar E, Postaci H, **Wheeler JM:** Long-term histopathologic and morphologic changes after thermal endometrial ablation. J Am Assoc Gynecol Laparosc 2002; 9(2):186-190.

*48. Sadik S, Taskin O, Schirali S, Mendileioglu I, Onoglu AS, Kursun, **Wheeler JM:** Complex Mullerian malformation: report of a case with a hypoplastic non-cavitated uterus and two rudimentary horns. Hum Reprod 2002 May; 17(5)1343-4.

49. **Wheeler JM:** How can Causation Be Established in a Labor & Delivery Malpractice Action? Medical Law Perspectives; January 2015.

50. **Wheeler JM:** Advancing the understanding of endometriosis – Role of clinical Epidemiologic principles. Proceedings PCS 2nd Global Obstetrics & Gynaecology Congress, July 2017.

51. **Wheeler JM:** Empiric use of Metformin in subfertile women with low Anti-Mullerian Hormone ("AMH") levels. Proceedings of PCS 2nd Global Obstetrics & Gynaecology Congress, July 2017.

52. **Wheeler JM:** A known tool in clinical science, a new tool in litigation: Clinical Epidemiologist expert testimony in drug and device litigation. Rx for the Defense, The Newsletter of the Drug and Medical Device Committee, DRI-The Voice of the Defense Bar, 25(4):1-4, Sept 28, 2017.

53. **Wheeler JM:** Varying concepts of "Causation" – Philosophy, Science, Medicine, and Law. Rx for the Defense, The Newsletter of the Medical Liability & Health Law-Medlaw Update, DRI-The Voice of the Defense Bar, submitted Oct 2017, in press.

## Editorials

*1. **Wheeler JM**: A multivariate look at the menopause. J Clin Epidemiol 1989; 42:1029-30.

*2. **Wheeler JM**: The Emperor (or, rather , his statistician) has new clothes… Fertil Steril 1990; 53: 220-02.

## Book Chapters

1. Malinak LR, **Wheeler JM**: Endometriosis. Infertility-Diagnosis and Treatment. Ed J. Springer-Verlag, New York, NY 1984: 225-75.

2. Malinak LR, **Wheeler JM**: Association of endometriosis with spontaneous abortion: prognosis for pregnancy and risk for recurrence, Seminar for Reproductive Medicine, 1985; 361-5.

3. Malinak LR, **Wheeler JM**: Presacral neurectomy. Current Therapy in Surgical Gynecology. Ed Garcia C-R Garcia, JJ Mikuta, N Rosenblum, BC Decker, Inc., Philadelphia, PA 1987; 70-1.

4. Malinak LR, **Wheeler JM**: Therapeutic procedures in gynecology, Current Obstetric and Gynecologic Diagnosis and Treatment. Eds. ML Pernoll, R Benson. Appleton & Lange, Norwalk, CT 1987; 822-40.

5. Malinak LR **Wheeler JM**: Conservative surgery for endometriosis. Ed E. Wilson, Alan R Liss, New York, NY 1987; 141-60.

6. **Wheeler JM**, Malinak LR: Recurrent endometriosis. Current Gynecology and Obstetrics. Eds MA Bruhat, M Canis, B Switzerland, S Karger AG, 1987; 13-21.

7. **Wheeler JM**, Malinak LR, Simolke G: Vascular injuries during laparoscopy. Clinical Problems, Injuries and Complications of Gynecological Surgery, Second Edition. Ed D. Nichols, Williams and Wilkins, Baltimore, MD 1988; 58-61.

8. **Wheeler JM**, Malinak LR, Simolke G: Transabdomianl myomectomy-broken needle. Clinical Problems, Injuries and Complications of Gynecologic Surgery, Second Edition. Ed D. Nichols, Williams and Wilkins, Baltimore, MD 1988; 33-5.

9. **Wheeler JM**, Polan ML: Epidemiology of infertility. Decision Making in Infertility. Ed AH DeCherney, BD Decker, Toronto 1988; 2-3.

10. **Wheeler JM**, Polan ML: Etiology of Infertility: Female Factors. Decision Making in Infertility. Ed AH DeCherney, BC Decker, Toronto 1988; 6-7.

11. **Wheeler JM**, Polan ML: Etiology of Infertility: Male Factors. Decision Making in Infertility. Ed AH DeCherney, BC Decker, Toronto 1988; 8-9.

12. **Wheeler JM**, Polan ML: Ectopic pregnancy: Diagnosis. Decision Making in Infertility, BC Decker, Toronto 1988; 103-4.

13. **Wheeler JM,** Polan ML: Ectopic Pregnancy: Treatment. Decision Making in Infertility, Ed. AH DeCherney, BC Decker, Toronto 1988; 105-6.

14. **Wheeler JM**, Polan ML: Infertility operations the ovary. Decision Making in Infertility. Ed AH DeCherney, BC Decker, Toronto 1988; 100-1.

15. **Wheeler JM**, Polan ML: Tubal Surgery overview I: History and physcial examination. Decision Making in Infertillity. Ed AH DeCherney. BD Decker, Toronto 1988; 86-7.

16. **Wheeler JM**, Polan ML: Tubal surgery overview II: radiographic and operative evaluation. Decision Making in Infertility. Ed AH DeCherney. BC Decker, Toronto, 1988; 88-9.

17. **Wheeler JM**, Polan ML: Distal tubal disease. Decision Making in Infertility. Ed AH DeCherney. BC Decker, Toronto 1988; 96-7.

18. **Wheeler JM**, Polan ML: Proximal tubal obstruction. Decision Making in Infertility. Eds AH DeCherney, BC Decker, Toronto, 1988; 94-5.

19. **Wheeler JM**, Polan ML: Tubal Obstruction. Decision Making in Infertility. Ed AH DeCherney. BC Decker, Toronto 1988; 98-9.

20. **Wheeler JM**, Malinak LR: Endometriosis. Conn's Current Therapy. Ed. R Rakel, WB Saunders, Philadelphia, PA 1989.

21. **Wheeler JM,** Malinak LR: The Surgical Management of Endometriosis. Obstetrics Gynecology Clinics of N. America. Ed JA Rock, WB Saunders, Philadelphia, PA 1990.

22. Malinak LR, Wheeler CA, **Wheeler JM:** Therapeutic Gynecologic Procedures. Obstetrics and Gynecology: Current Diagnosis and Treatment, Eighth Edition, Eds. AH DeCherney, ML Pernoll, Appleton & Lange, Norwalk, CT 1994; 884-905.

23. **Wheeler JM:** Vascular Injury at Laparoscopy. In, Complications of Laparoscopy and Hysteroscopy, ed. by RS Corfman, MP Diamond, AH DeCherney, Blackwell, 1997; 50-53.

24. Dandade D, Malinak LR, **Wheeler JM:** Therapeutic Gynecologic Procedures. Obstetrics and Gynecology: Current Diagnosis & Treatment, Ninth Edition, Eds. AH DeCherney, Nathan L, Appleton & Lange, Norwalk, CT 2003, 856-878.

25. Wieslander CK, Dandade D, **Wheeler JM:** Therapeutic Gynecologic Procedures. In, Obstetrics and Gynecology: Current Diagnosis and Treatment, Tenth Edition. Eds. AH DeCherney, TM Goodwin, L Nathan, N Laufer, Appleton & Lange, Norwalk, CT 2007; 796-818.

## Books and Monographs

1. **Wheeler JM**: Quantitative issues in Endometriosis-associated infertility. Master's Thesis. Submitted as requirement of Masters in Public Health program, Yale University School of Public Health, June 1988.

2. **Wheeler JM**: Anatomy, Council on Residency Education in Obstetrics and Gynecology (CREOG) Basic Science Series. (Submitted 1991).

## CD – Rom Electronic Journal

Diamond MP, Lunenfeld B, **Wheeler JM**, DeCherney AH: Reproductive Endocrinology: a Quarterly Electronic Journal. Williams & Wilkins, Baltimore, MD.
Volume I: Infertility 1990; Volume II: Amenorrhea 1991.

## Published Abstracts

1. **Wheeler JM**, Meacham RB, Curran MLC, Malinak LR: Conservative Surgery for endometriosis: life table analysis of prognostic factors for pregnancy and re-operation. District VII, American College of Obstetrics and Gynecologists, Houston, TX, October 1982.

2. **Wheeler JM**, Malinak LR: Recurrent endometriosis: incidence, management and prognosis. Central Association of Obstetricians and Gynecologists, San Antonio, TX, October 1983.

3. **Wheeler JM**, Meacham RB. Malinak LR: Complications of infertility surgery. 32nd Annual Clinical Meeting, American College of Obstetricians and Gynecologists. San Francisco, CA, May 1984.

4. **Wheeler JM**, Christie R, Malinak LR: Gastrointestinal endometriosis. 32nd Annual Clinical Meeting, American College of Obstetricians and Gynecologists. San Francisco, CA, May 1984.

5. **Wheeler JM**, Christie R, Skepansky MK, Young RL, Buttram VC Jr., Malinak LR: Endometriosis at hysterectomy: incidence of recurrence according to ovarian preservation vs. estrogen replacement. 33rd Annual Clinical Meeting, ACOG. Washington, DC, May 1985.

6. Maccato M, **Wheeler JM**, Malinak LR: The timing of laparoscopy to laparotomy in the surgical treatment of female infertility. 33rd Annual Clinical Meeting, American College of Obstetricians and Gynecologists, Washington, DC, May 1985.

7. **Wheeler JM**, Malinak LR: Application of computerized pelvic mapping to the conservative surgical treatment of endometriosis: analysis of anatomical areas in relation to postoperative pregnancy. 41st Annual Meeting, American Fertility Society, Chicago, IL, September 1985.

8. **Wheeler JM**, Maccato M, Malinak LR: Postoperative danazol: pregnancy rates in women with endometriosis treated by combined conservativesurgical therapy/ immediate postoperative danazol. 41st AnnualMeeting, American Fertility Society, Chicago, IL, September 1985.

9. **Wheeler JM**, Maccato M, Malinak LR: The role of unilateral salping-oophorectomy in the conservative surg. treatment of endometriosis. 41st Annual Meeting, American Fertility Society, Chicago, IL, September 1985.

10. **Wheeler JM**, Maccato M, Malinak LR: Myomectomy at time of conservative surgical treatment for endometriosis: modification of technique and effects on postoperative pregnancy and recurrence. 41st Annual Meeting, American Fertility Society, Chicago, IL, September 1985.

11. Patton G, Crowder MT, Maccato M. **Wheeler JM**, Malinak LR: Amenorrhea as a prognosticator in danazol therapy. 41st Annual Meeting, American Fertility Society, Chicago, IL, September 1985.

12. **Wheeler JM**, Malinak LR: Recurrent endometriosis, First International Endometriosis Symposium. Clermont-Ferrand, France, November 19-21, 1986.

13. **Wheeler JM**, Malinak LR: Postoperative danazol for endometriosis. First International Endometrosis Symposium, Clermont-Ferrand, France, November 9-21, 1986.

14. **Wheeler JM**, Maccato M, Malinak LR: Combined myomectomy and conservative surgery for endometriosis,. First International Endometriosis Symposium,

Clermont-Ferrand, France, November 19-21, 1986.

15. **Wheeler JM**, Christie R, Young RL, Buttram VC Jr, Malinak LR: Gastrointestinal endometriosis. First International Endometriosis Symposium, Clermont-Ferrand, France, November 19-21, 1986.

16. **Wheeler JM**, Maccato M, Malinak LR: Uniltateral salpingo-oophorectomy as part of conservative surgery for endometriosis. First International Endometriosis Symposium, Clermont-Ferrand, France, November 19-21, 1986.

17. **Wheeler JM**, Patton G, Crowder MT, Maccato M, Malinak LR: Amenorrhea as a prognosticator in danazol therapy. First International Endometriosis Symposium, Clermont-Ferrand, France November 19-21, 1986.

18. Maccato M, **Wheeler JM**, Malinak LR: The timing of laparoscopy to conservative surgery at laparotomy for endometriosis. First International Endometriosis Symposium, Clermont-Ferrand, France, November 19-21,1986.

19. Lunenfeld B, Blankstein J, Rosenblum J, Cohen Y, **Wheeler JM**, Diamond MP: A computer simulation of the clinical management of infertility. 35th Annual Clinical Meeting, Amer. Coll. Of Ob. And Gyn., Las Vegas, NV, April, 27-30, 1987.

20. **Wheeler JM**, Malinak LR: Computer graphic pelvic mapping, second look laparoscopy and the distinction of recurrent vs. persistent endometriosis. 43rd Annual Meeting, American Fertility Society. Reno, NV, September 28-30, 1987.

21. **Wheeler JM**, Malinak LR: When "bad" endometriosis is not "severe". Analysis of endometriosis of the bladder, uterus, cervix, vagina and vulva with implications for current classification systems. 43rd Annual Meeting, American Fertility Society, Reno, NV, September 28-30, 1987.

22. **Wheeler JM**, The Baylor Gynecologic Collaborative: Clinically unsuspected, histology proven endometriosis: correlation with age, parity and infertility. 43rd Annual Meeting, American Fertility Society, Reno, NV, September 28-30, 1987.

23. **Wheeler JM**, Malinak LR: Danazol following conservative surgery for endometriosis at laparotomy significantly improves term preg/recurrence rates in infertile women with moderate and severe endometriosis. 43rd Annual Meeting, American Fertility Society, Reno, NV September 28-30, 1987.

24. **Wheeler JM**: Stress in residency: prevalence, effects and suggestions for alleviation. Annual Meeting, Robert Wood Johnson Clinical Scholars, Scottsdale, AZ, October 20, 1987.

25. **Wheeler JM**: Endometriosis as an innocent bystander: the prevalence and consequence of clinically unsuspected disease. Annual Meeting, Robert Wood Johnson Clinical Scholars, Scottsdale, AZ, October 21, 1987.

26. **Wheeler JM**, Gocke SE: Stress in residency: Program Characteristics associated with self-reports of stress-related problems. 35th Annual Meeting, Society for Gynecologic Investigation, Baltimore, MD, March 17-20, 1988.

27. Shapiro BS, Lunenfeld E, Sarov I, **Wheeler JM,** DeCherney AH: Antichlamydial antibody titers in pregnant, non pregnant and endometriosis patients in an IVF/ET program. 35th Annual Meeting, Society for Gynecologic Investigation, Baltimore, MD, March 17-20, 1988.

28. **Wheeler JM**: Stress during residency. Annual Meeting, Council for Residency Education in Obstetrics and Gynecology, New Orleans, LA, March 3, 1988.

29. **Wheeler JM**: A new instrument to improve the quantification surgical findings. Annual Meeting, Robert Wood Johnson Clinical Scholars. Miami Lakes, FL, October 2-5, 1988.

30. **Wheeler JM**: Limitation of resident work hours may not reduce the deleterious effects of stress. Annual Meeting, Robert Wood Johnson Clinical Scholars, Miami Lakes, FL, October 2-4, 1988.

31. **Wheeler JM**, Malinak LR: The Baylor Gynecologic Collaborative: How common is endometriosis? Proper prevalence estimates demand uniform case definition and cohort assembly form a large population. 44th Annual Meeting, American Fertility Society, Atlanta, GA, October 10-13, 1988.

32. **Wheeler JM**, Malinak LR: the Baylor Gynecologic Collaborative: Does mild endometriosis cause infertility? Application of criteria of causality to a suspected but unproven association. 44th Annual Meeting, American Fertility Society, Atlanta, GA, October 10-13, 1988.

33. **Wheeler JM**, Malinak LR: Choosing a study group: comparing methods of subject selection in endometriosis clinical research. Second International Symposium on Endometriosis, Houston, TX, May 3, 1989.

34. **Wheeler JM**: Modification of the electronic "pelvic map", adaptation of a clinical research tool to changing concepts of endometriosis. Second International Symposium on Endometriosis. Houston, T\X, May 1, 1989.

35. **Wheeler JM**, Malinak LR: Improved design of cohort studies in endometriosis research: methods adapted form randomized clinical trials. Second International Symposium on Endometriosis. Houston, TX, May 1, 1989.

36. **Wheeler JM,** Malinak LR: Combination medical-surgical therapy for endometriosis. ICI Conference on Endometriosis. Cambridge University, Cambridge, UK, September 1989.

37. **Wheeler JM**: Issues of Study Design and Statistical Analysis in Endometriosis. Cambridge University, Cambridge, UK, September 1989.

38. Evans AT, DeFriese GH, Cromartie EP, Rickets TC, **Wheeler JM:** Hysterectomy in North Carolina: Variations and appropriateness of care. Annual Meeting, Robert Wood Johnson Clinical Scholars, Fort Lauderdale, FL, November 5-8, 1989.

39. **Wheeler JM**, Malinak LR: Does endometriosis "cause" spontaneous abortion? Selection bias versus true cause and effect relationship. 37th Annual Meeting, Society for Gynecologic Investigation, St. Louis, MO, March 17-20, 1990.

40. **Wheeler JM**, Schulam KK, Malinak LR: Transvaginal sonographic diagnosis of pelvic adhesions: the luteal phase "tilt test". 45th Annual Meeting, American Fertility Society, Washington, DC, October 13-18, 1990.

41. Leibo SP, **Wheeler JM**: Interpreting the effects of varying super ovulation regiments in human IVF/ET: statistical lessons derived from experience with the cow. 45th Annual Meeting, American Fertility Society, Washington, DC, October 13-18, 1990.

42. **Wheeler JM**, Schulam KK: "Stepwise" therapy with clomiphene/IUI menotropins and GIFT/IVF. Annual Fall Meeting, District VII, American College of Obstetricians and Gynecologists, Oklahoma City, OK, October 11, 1990.

43. **Wheeler JM**, Torgeson G, Schulam KK: Doppler-aided sonographic blood vessel characterization reduces blood loss associated with laparoscopic myomectomy. Annual Meeting, District VII, American College of Obstetricians and Gynecologists, Oklahoma City, OK, October 11, 1990

44. **Wheeler JM**, Schulam KK: Non-invasive diagnosis of pelvic adhesions: preliminary findings. Annual Fall Meeting, District VII, American College of Obstetricians and Gynecologists, Oklahoma City, OK, October 11, 1990.

45. **Wheeler JM**, Rogers SF: Repair of severe pelvic anatomic anatomic defects with polytetrafluorethylene (Goretex) soft tissue patch: operative technique, complications, and clinical follow-up. 17th Scientific Meeting, Society of Gynecologic Surgeons, New Orleans, LA, February 19-20, 1991.

46. **Wheeler JM**, Reynolds R: When is enough surgery really enough? Developing learning curves for new operative techniques. 1991 CREOG/APGO Annual Meeting, New Orleans, LA February 20-23, 1991.

47. **Wheeler JM**, Miller J, Knittle J: For the Depot-leuprolide endometriosis study Group. Recurrence of pelvic pain following treatment of endometriosis with depot leuprolide acetate: results from a multi-center, double-blind randomized clinical trial (RCT) 38th Annual Meeting of the Society of Gynecologic Investigation, San Antonio, TX, March 20, 1991.

48. **Wheeler JM**, Miller J, Knittle J: for the Depot-leuprolide Endometriosis Study Group. Return of bone mineral density following treatment with leuprolide acetate depot for symptomatic endometriosis: results from a multi-center double-blind randomized clinical trial. 38th Annual Meeting of the Society of Gynecologic Investigation, San Antonio, TX, March 20, 1991

49. **Wheeler JM**, Malinak LR, Miller J, Knittle J: for the Depot-leuprolide Endometriosis Study Group. Leuprolide acetate depot vs. danazol in the treatment of women with symptomatic endometriosis: multicenter, double- blind randomized clinical trial assessing efficacy and safety. 39th Annual Clinical Meeting, The American College of Obstetricians and Gynecologists, New Orleans, LA, May 7, 1991.

50. **Wheeler JM**, Batt R: Recurrent endometriosis. Third International Endometriosis Symposium, Brussels, Belgium, June 3, 1992.

51. O Taskin, A Yalcinoglu, S. Jucuk, F Burak, **JM Wheeler**: The degree of fluid absorption during hysteroscopic surgery in patients pretreated with goserelin: a randomized placebo controlled study. America Association of Gynecologic Laparoscopists, Seattle, WA, 1997.

52. Coho A Yalcinoglu, O Taskin, S Kucuk, **JM Wheeler**: Role of hypoestrogenism on adhesion scoring in patients undergoing laparoscopic ovarian surgery: a prospective study. American Society for Reproductive Medicine, October 22, 1997.

53. O Taskin, M Birincioglu, A Aydin, A Buhur, F Burak, **JM Wheeler**: The effects of twisted ischemic adnexa managed by detorsion on ovarian viability and histology: an ischemia-reperfusion rodent model. American Society for Reproductive Medicine. October 22, 1997.

54. O Taskin, I Yilmaz, M Birincioglu, A Buhur, F Burak, **JM Wheeler:** The endometrial Na+, K+-ATPase pump function and vasopressin levels during hysteroscopic surgery in women pretreated with GnRH agonist. American Association of Gynecologic Laparoscopists, Seattle WA, 1997.

55. A Buhur, O Taskin, F Burak, R Atmacal, I Yilmaz, **JM Wheeler:** Effects of duration of CO2 insufflation on peritoneal microcirculation assessed by free radical scavengers and total glutathione levels during operative laparoscopy. American Association of Gynecologic Laparoscopists, Seattle, WA, 1997.

56. O Taskin, G Akkoyunlu, R Demir, S Sadik, A Onoglu, **JM Wheeler:** Comparing the effects of tibolone and hormone replacement therapy on endometrial estrogen receptor (ER) isoforms, ER-alpha and ER-beta: placebo controlled randomized study. American Society of Reproductive Medicine, Orlando, FL, 2001.

57. O Taskin, G Akkoyunlu, R Demir, S Sadik, A Onoglu, **JM Wheeler:** Comparing the effects of fixed-dose, step-down, and low dose step-up regimens of rFSH on endometrial receptivity in PCOS patients. American Society for Reproductive Medicine, Orlando, Fl, 2001.

58. O Taskin, B Trak, S Kursun, M Simsek, M Uner, **JM Wheeler:** Midluteal use of GnRH antagonist with microdose protocol in poor responders undergoing ICSI: effects on the follicular dynamics. American Society for Reproductive Medicine, Orlando, FL, 2001.

59. H Bayar, O Taskin, B Trak, M Simsek, S Kursun, **JM Wheeler:** Comparing the effects of misoprostol, tibolone and hormone replacement therapy on plasma lipoprotein (a) levels in menopause: a randomized placebo-controlled study. American Society for Reproductive Medicine, Orlando, FL, 2001.

60. O Taskin, S Kursun, M Simsek, B Trak, S Sadik, **JM Wheeler:** Comparing metformin effects on clinical, endocrine and metabolic characteristics, including insulin sensitivity, in obese vs. non-obese PCOS patients. American Society for Reproductive Medicine, Orlando, FL, 2001.

61. F Dinesahin, O Taskin, E Erturan, S Kursun, C Ispahi, **JM Wheeler:** In-vitro role of leptin on ovarian granulose cell steroidogenesis. American Society for Reproductive

Medicine, Orlando, FL, 2001.

63. **JM Wheeler:** Advancing the understanding of endometriosis – Role of clinical Epidemiologic principles. PCS 2nd Global Obstetrics & Gynaecology Congress, Rome, Italy, 2017.

64. **JM Wheeler:** Empiric use of Metformin in subfertile women with low Anti-Mullerian Hormone ("AMH") levels. PCS 2nd Global Obstetrics & Gynaecology Congress, Rome, Italy, 2017.

65. **JM Wheeler:** A known tool in Clinical Science, a new tool in Litigation: Clinical Epidemiologist Expert Testimony in Drug and Device Litigation. Rx for the Defense: The Newsletter of the Drug and Medical Device Committee, DRI. Sept 28, 2017.

## Invited Lectures and Seminars[6]

1. *"Contraception Update"*. Review Course for Physician Assistants. Baylor College of Medicine, April 1986.
2. *"Recurrent Endometriosis"*. First International Symposium on Endometriosis Clermont Ferrand, France, October 28, 1986.
3. *"Current Topics in the Treatment of Endometriosis"*. St. Raphael Hospital Ob/Gyn Grand Rounds. New Haven, CT. March 1987.
4. *"Surgical Management of Endometriosis"*. Advanced Microsurgery for Reproductive Surgeons. Yale University School of Medicine October 1987.
5. *"Endometriosis"*. Norwalk Hospital Obstetrics and Gynecology Grand Rounds, Norwalk, CT, November 1987.
6. *"Office Gynecology Update"*. Review Course for P.A.'s, Yale University, November 1987.
7. *"Leiomyomata Uteri"*. Waterbury Hosp. Ob/Gyn Grand Rounds, Waterbury, CT, February 1988.
8. *"Leiomyomata Uteri"*. St. Raphael Hosp. Ob/Gyn Grand Rounds. New Haven, CT, March 1988.
9. *"The Electronic Surgical Record: Application in Gynecologic Surgery"*. President's Award. Society of Gynecologic Surgery. New Orleans, LA, March 2, 1988.
10. *"Evaluating Stress in Residency"*. Annual Meeting, Council on Residency Education in Obstetrics and Gynecology. New Orleans, LA, March 4, 1988.
11. *"Managing the Distressed Resident"*. Breakout session. Annual Meeting, Council on Residency Education in Ob/Gyn. New Orleans, LA, March 4, 1988.

---

[6] Excludes lectures as a faculty member to fellows, residents, medical students, midwifery students, physician assistant students, et al.

12. "*Hysteroscopic Surgery-An Overview*". Update 88: Advances in Surgery of the Female. Woman's Hospital, Houston, TX, April 23, 1988.
13. "*Statistics for Surgeons*". Update 88: WHT, BCM, Houston, TX , April 23, 1988.
14. "*Domestic Violence*". National Conference of State Legislators. Reno, NV, July 30, 1988
15. "*Adjunctive Medical Treatment of Endometriosis Surgery*". Gynecology Laser and Operative Endoscopy Workshop. Atlanta, GA. July 30, 1988.
16. "*Medical Treatment of Endometriosis*". Clinical Surgical Symposium, American Fertility Society. Atlanta, GA, October 11, 1988.
17. "*Endometriosis*". Mountain Update-1988. ETSU, Johnson City, TN, November 20, 1988.
18. "*Leiomyomata Uteri*". Mountain Update-1988. ETSU, Johnson City, TN, Nov. 20, 1988.
19. "*Estrogen and Progestins*". Mountain Update-1988. ETSU, TN. November 20, 1988.
20. "*Treatment of Endometriosis*". Gyn Laser/Op Endoscopy Workshops. Atlanta GA, 12/9/88.
21. "*Evaluation of the Infertile Female*". Department of Urology Grand Rounds, Baylor College of Medicine, Houston, TX, January, 1989.
22. "*New Horizons in Gynecology-Research Directions*". Review Course for Ob/Gyn Nurses. The Methodist Hospital. Houston, TX, April 22, 1989
23. "*Statistical Evaluation of Endometriosis Research*". Second International Symposium on Endometriosis. Houston, TX, May 3, 1989.
24. "*Operative Endoscopy Treatment of Endometriosis*". Gynecology Laser and Operative Endoscopy Workshops. Atlanta, GA, May 3, 1989
25. "*Endometriosis Surgery*". Gynecologic Laser and Endoscopy Workshop, Atlanta, GA, August 26, 1989.
26. "*Applications of Transvaginal Sonography in Office Gynecology*". District VI Annual Meeting, American College of Obstetricians and Gynecologists, Minneapolis, MN, September 21, 1989.
27. "*Current Development in Transvaginal Sonography*". District VI Annual Meeting, American College of Obstetricians and Gynecologists, Minneapolis, MN, September 21, 1989.
28. "*Issues of Study Design and Statistical Analysis in Endometriosis Research*". ICI Conference on Endometriosis. Cambridge University, Cambridge, UK, September 23, 1989.
29. "*Open Laparoscopic Treatment of Endometriosis*". Ob/Gyn Departmental Conference. Princess Alexandra Hospital, Oxford, England, September 26, 1989.
30. "*Clinical Epidemiologic and Statistical Issues in Endometriosis Research*". Ob/Gyn Departmental Conference. Oxford University, Oxford, UK, September 27, 1989.
31. "*Endometriosis Treatment*". Gynecologic Laser and Operative Endoscopy Workshop San Diego, CA, October 7, 1989.

32. *"Clinical Applications of Laser Technology"*. XVII Central American Congress of Gynecology/Obstetrics, II Central American Regional Meeting of SLASOG. San Jose, Cost Rica, November 26, 1989.

33. *"Bleeding of Gynecologic Origin"*. Distinguished Lecture. XVII Central American Congress of Gynecology/Obstetrics, II Central American Regional Meeting of SLASOG. San Jose, Costa Rica. November 27, 1989.

34. *"Implementing a Program in IVF/ET and GIFT"*. Symposium. XVII Central American Confess of Gynecology/Obstetrics. II Central American Regional Meeting of SLASOG. San Jose, Costa Rica. November 27, 1989.

35. *"Transvaginal Sonography"*. Texas Gulf Coast Ultrasound Society, Houston, TX, January 16, 1990.

36. *"OperativeEndoscopy:Laparoscopy"*. Baptist Hospital of Southeast Texas, Beaumont, TX, January 16, 1990.

37. *"OperativeEndoscopy;Hysteroscopy"*. Baptist Hospital of Southeast Texas. Beaumont, TX, February 8, 1990.

38. *"Transvaginal Sonography in Gynecology"*. Advances in Reproductive Medicine & Surgery, Center for Reproductive Medicine & Surgery, Baylor College of Medicine, Houston, TX, February 16, 1990.

39. *"Operative Laparoscopy and Hysteroscopy"*. Advances in Reproductive Medicine & Surgery. Center for Reproductive Medicine & surgery, Baylor College of Medicine, Houston, TX, February 17, 1990.

40. *"Principal of Transvaginal Sonography, Equipment Overview, and Patient Preparation"*. Clinical Applications of Transvaginal Sonography in Gynecology and Obstetrics. Baylor College of Medicine, Houston, TX, February 17, 1990.

41. *"Pathology of the Ovaries and Tubes"*. Clinical Applications of Transvaginal Sonography in Gynecology and Obstetrics, Baylor College of Medicine, Houston, TX, February 17, 1990.

42. *"Obstetrics: Cervix, Placenta and Fetus"*. Clinical Applications of Transvaginal Gynecology and Obstetrics, Baylor College of Medicine, Houston, TX, February 17, 1990.

43. *"Operative Laparoscopic Treatment of Endometriosis"*. Gynecologic Endoscopic and Laser Surgery. Hilton, SC, March 16, 1990.

44. *"Diagnostic Hysteroscopy Overview"*. Gynecologic Endoscopic and Laser Surgery. Hilton Head, SC, March 17, 1990.

45. *"Endoscopic Treatment of Endometriosis"*. Gynecologic Endoscopy and Laser Surgery. La Jolla, CA, March 30, 1990.

46. *"Hysteroscopy and Pelviscopy"*. Annual Meeting, Alabama Section, District VII, American College of Obstetricians and Gynecologists. San Destin, FL, 4/27/90.

47. *"Transvaginal Sonography in Gynecology"*. Annual Meeting, Alabama Section,

District VII, American College of Ob and Gyn. San Destin, FL, April 28, 1990.

48. *"Clinical Obstetrics Update"*. Annual Meeting, Alabama Section, District VII, American College of Obstetricians and Gynecologists. San Destin, FL, April 28, 1990.

49. *"Operative Hysteroscopy"*. Association of Operating Room Nurses Conference, The Methodist Hospital, Houston, TX, May 29, 1990.

50. *"Changes in Ob/Gyn Residents' Education: Forces External to the Specialty"*. Retreat on Education in Obstetrics and Gynecology. Steering Committee: ACOG, ABOG, AGOS, APGO, RRC. Chicago, IL, July 19, 1990.

51. *"Induction of Ovulation"*. 10th Annual Summer Seminar: Reproductive Endocrinology and Advances in Operative Laparosopy and Hysteroscopy. Kaanapali, Beach, Maui, HI, July 11, 1990.

52. *"Ectopic Pregnancy – Modern Management"*. 10th Annual Summer Seminar: Reproductive Endocrinology and Advances in Operative Laparoscopyand Hysteroscopy, Kaanapali Beach, Maui, HI, July 11, 1990.

53. *"Hysteroscopy in Infertility"*. 10th Annual Summer Seminar: Reproductive Endocrinology and Advances in Operative Laparoscopy and Hysteroscopy, Kaanapali Beach, Maui, HI, July 12, 1990.

54. *"Ultrasonography: An Introduction"*. 10th Annual Summer Seminar: Reproductive Endocrinology and Advances in Operative Laparoscopy and Hysteroscopy, Kaanapali,Maui, HI, July 12, 1990.

55. *"Laparoscopic Adhesiolysis"*. Operative Gynecologic Endoscopy and Laser Surgery. Palm Springs, CA, October 8, 1990.

56. *"Endoscopic Treatment of Endometriosis"*. Operative Gynecologic Endoscopy and Laser Surgery. Palm Springs, CA, October 10, 1990.

57. *"Resectoscopic Operations for Myomata and Septa"*. Operative Gynecologic Endoscopy and Laser Surgery. Palm Springs, CA, October 10, 1990.

58. *"Evolution of Operative Endoscopy/Instrumentation"*. 84th Annual Scientific Assembly of the Southern Medical Association, Nashville, TN, October 14, 1990.

59. *"Preoperative Ultrasound as an Aid to Operative Endoscopy"*. 84th Annual Scientific assembly of the Southern Medical Association, Nashville, TN, October 14, 1990.

60. *"Laparoscopic Myomectomy"*. 84th Annual Scientific Assembly of the Southern Medical Association, Nashville, TN, October 14, 1990.

61. *"Epidemiological Evaluation of Oral Contraceptives"*. Symposium: Oral Contraceptives - Emerging Perspectives. Washington, DC. October 12, 1990.

62. *"Operative Hysteroscopy"*. Advanced Laparoscopy Workshop, Baltimore, MD, October 31, 1991.

63. *"Seminar: GnRH Analogues in Cancer and Reproduction"*. Invited participant.

Second International Symposium on GnRH Analogues in Cancer and Human Reproduction, Geneva, Switzerland, November 11, 1991.

64. *"Horizons in Reproductive Surgery and Technology".* Buffalo Gynecologic and Obstetric Society, Buffalo, NY. November 13, 1990.

65. *"Transvaginal Ultrasonography: Clinical and Research Perspectives".* Grand Rounds. State University of New York at Buffalo, NY. November 14, 1990.

66. *"An Introduction to Study Design".* Postgraduate Course VIII: Prepare, Present and Publish Your Paper. 19th Annual Meeting, AAGL, Orlando, FL, 11/15/90.

67. *"Statistics for Gynecologists".* Postgraduate Course VIII: Prepare, Present and Publish Your Paper. 19th Annual Meeting, AAGL, Orlando, FL, 11/15/90.

68. *"Operative Endoscopy".* Grand Rounds, Texas Tech University, El Paso, TX, December 11, 1990.

69. *"Transvaginal Ultrasonography in Gynecology and Obstetrics".* Resident's Conference, Texas Tech University, El Paso, TX December 11, 1990.

70. *"Ectopic Pregnancy".* 11th Annual Baltimore-Washington Seminar & Tutorial. Baltimore, MD. December 14, 1990.

71. *"History and Instrumentation for Diagnostic Hysteroscopy".* Gynecologic Endoscopic Surgery, Ft. Myers, FL, January 19, 1991.

72. *"Rollerball and Resectoscopic Procedures".* Gynecologic Endoscopic Surgery, Ft. Myers, FL. January 19, 1991.

73. *"Repair of Severe Pelvic Anatomic Defects with Polytetrafluorethylene (Goretex) Soft Tissue Patch: Operative Technique, Complications and Clinical Follow-up".* The Society of Gynecologic Surgeons, New Orleans, LA. February 20, 1991.

74. *"When is Enough Surgery Really Enough: The Development of Learning Curves for Advanced Operative Endoscopy".* The Association of Professors in Gynecology and Obstetrics, New Orleans, LA. February 23, 1991.

75. *"Evaluation of the Third Trimester: Prolonged Pregnancy and Diabetes Mellitus".* 3rd Annual Conference on Advances in Ob/Gyn, Baylor College of Medicine, Houston, TX. March 12, 1991.

76. *"Laparoscopic Adhesiolysis".* Gynecologic Endoscopic Surgery. San Diego, CA. April 4, 1991.

77. *"Endoscopic Treatment of Endometriosis".* Gynecologic Endoscopic Surgery, San Diego, CA. April 4, 1991

78. *"Controversies in Menopausal Hormone Replacement".* Annual Ob/Gym Retreat, Corpus Christi, TX. April 13, 1991.

79. *"Assisted Reproductive Technologies".* Department of Urology Grand Rounds, Baylor College of Medicine, Houston, TX. May 3, 1991.

80. "*Evaluation of the Infertile Couple*". Annual Update, Baylor Department of Family Practice, Houston, TX. May 10, 1991.

81. "*Endometriosis*". Annual Meeting, Texas Medical Association, Dallas, TX, May 10, 1991.

82. "*Ectopic Pregnancy – Diagnosis and Treatment*". Gynecologic Endoscopic Surgery, Hilton Head, SC. May 25, 1991.

83. "*Hysteroscopic and Resectoscopic Treatment of Uterine Septa, Leiomyomata Uteri and Endometrial Ablation*". Gynecologic Endoscopic Surgery. Hilton Head SC, May 26, 1991.

84. "*Laparoscopic Incisions-Safe Techniques and Placement*". Gynecologic Endoscopic Surgery, Hilton Head, SC. May 31, 1991.

85. "*Laparoscopic Treatment of Ectopic Pregnancy*". Gynecologic Endoscopic Surgery, Hilton Head, SC. June 1, 1991.

86. "*Lasers in Hysteroscopy, Endometrial Ablation and Septa*". Gynecologic Endoscopic Surgery, Hilton Head, SC. June 2, 1991.

87. "*Hysteroscopic Complications*". Gyn. Endosc. Surgery, Hilton Head, SC. June 2, 1991.

88. "*Ectopic Pregnancy*". Gyn Endosc Surg. Hilton Head, SC. June 22, 1991.

89. "*Hysteroscopic and Resectoscopic Technique, Including Roller Ball Ablation*". Gynecologic Endoscopic Surgery. Hilton Head, SC. June 23, 1993.

90. "*Endometriosis*". Advanced Operative Laparosopy Workshop, Atlanta GA. July 17, 1991.

91 "*Ectopic Pregnancy: Sonography*". Advanced Operative Laparoscopic Workshop, Atlanta, GA, July 17, 1991.

92. "*Transvaginal Ultrasonography in Gynecology and Obstetrics*". Spokane Ob/Gyn Society. Spokane, WA, August 2, 1991.

93. "*Advanced Operative Endoscopy*". Spokane Ob/Gyn Society. Spokane, WA. August 2, 1991.

94. "*Endoscopic Management of Endometriosis*". Operative Endoscopy for Gynecology. Atlanta, GA, September 28, 1991.

95. "*Assisted Reproductive Technology*". Armed Forces District, ACOG, Annual Fall Meeting. Cincinnati, OH. October 12, 1991.

96. "*Reproductive Technology*". The Methodist Hospital Department of Nursing Education Conference, Health Care for Women: Today's Issues-Tomorrow's Opportunities". Houston, TX. October 12, 1991.

97. "*Infertility Update*". Texas Gulf Coast Physician Assistants' Association. Houston, TX. October 26, 1991.

98. "*Statistical Analysis: Preparing and Presenting Your Research Project*". The American Association of Gynecologic Laparoscopists. Las Vegas, NV. November 14, 1991.

99. *"Study Design: Preparing and Presenting Your Research Project"*. American Association of Gynecologic Laparoscopists. Las Vegas, NV. November 14, 1991.

100. *"History of and Instrumentation for Diagnostic Hysteroscopy"*. Gynecologic Endoscopic Surgery. Fort Myers, FL, January 11, 1992.

101. *"Rollerball and Resectoscopic Procedures"*. Gynecologic Endoscopic Surgery. Fort Myers, FL. January 11, 1992.

102. *"Pathogenesis and Prevention of Postmenopausal Osteoporosis"*. Tulane University Department of Obstetrics and Gynecology. New Orleans, LA, February 6, 1992.

103. *" Workshop Reports Discussion Period"*. Chairman. Second Canadian Conference on Reproductive Medicine. Ottawa, Ontario, Canada. March 30, 1992.

104. *"Therapeutic Alternatives in the Prevention of Postmenopausal Osteoporosis"*. St. Joseph Hospital Grand Rounds. Wichita, KS. April 2, 1992.

105. *"Endoscopic Treatment of Endometriosis"*. Gynecologic Endoscopic Surgery, La Jolla, CA. April 5,1992..

106. *"Estrogen Replacement Therapy and Breast Cancer"*. Ob/Gyn Scientific Meeting, Houston, TX. April 14, 1992.

107. *"Infertility"*. Baylor Midwifery Program. Southside Community Hospital. Corpus Christi, TX. April 15, 1992.

108. *"Osteoporosis and Estrogen Replacement"*. Southside Community Hospital. Corpus Christi, TX. April 29, 1992.

109. *"Defining Codes for Laparoscopy and Hysteroscopy"*. American College of Obstetrics and Gynecology (ACOG) & Current Procedural Terminology. Las Vegas, NV. May 1, 1992.

110. *"Medical and Surgical Treatment of Fibroids"*. St. Joseph's Hospital Grand Rounds. Houston, TX, May 7, 1992.

111. *"Recurrent Endometriosis"*. Invited Plenary Sessions Speaker. 3rd. International Symposium on Endometriosis. Brussels, Belgium. June 3, 1992.

112. *"Endometriosis"*. Gynecologic Surgery Symposium, Hamilton, Bermuda. June 21, 1992.

113. *"Operative Hysteroscopy"*. Gynecologic Surgery Symposium, Hamilton, Bermuda. June 22, 1992.

114. *"Risks/Benefits of Hormone Replacement Treatment"*. Medical Lectures Series. CIBA Pharmaceuticals. Andrews, TX. July 21, 1992.

115. *"Pitfalls of Hormone Replacement Therapy"*. Medical Lecture Series, CIBA Pharmaceuticals. Hobbs, NM. July 21, 1992.

116. *"Estrogen and Osteoporosis"*. Doctor's Hospital. Houston, TX, August 19, 1992.

117. *"Contemporary Management of Leiomyomata Uteri"*. Breckenridge Hospital Grand Rounds. Austin, TX. August 21, 1992.

118. *"Therapeutic Alternatives in the Prevention of Postmenopausal Osteoporosis"*. New Orleans, LA. September 10, 1992.

119. *"Therapeutic Alternatives in the Prevention of Postmenopausal Osteoporosis"*. Meadowcrest Hospital. Gretna, LA. September 11, 1992.

120. *"Estrogen Replacement Therapy"*. Galveston Retired Pharmacists. Galveston, TX. September 17, 1992.

121. *"Introduction to Study Design"*. Post Graduate Course VIII: How to Prepare and Publish Your Paper. American Association of Gynecologic Laparoscopists (AAGL). Chicago, IL. September 25, 1992.

122. *"Statistics for Gynecologists"*. Post Graduate Course VIII: How to Prepare and Publish Your Paper. AAGL. Chicago, IL. September 25, 1992.

123. *"Combined Medical/ Surgical Treatment of Endometriosis"*. Southern Baptist Hospital OB/Gyn Conference. New Orleans, LA. October 13, 1992

124. *"New Technology in Infertility Treatment"*. Detar Hospital. Victoria, TX. November 10, 1992.

125. *"Controversies in Post Menopausal Hormone Replacement"*. University of Buffalo, SUNY. Ob/Gyn City-Wide Grand Rounds. Buffalo, NY. December 9, 1992.

126. *"Ectopic Pregnancy: Statistics, Surgery and Prognosis"*. 13th Annual Seminar and Tutorial; Endoscopy, Colposcopy and Ultrasound; The John Hopkins University, Baltimore, MD. December 11, 1992.

127. *"Live closed-circuit Video of Operating Room"*. 13th Annual Seminar and Tutorial; Endoscopy, Colposcopy and Ultrasound; The Johns Hopkins University, Baltimore, MD. December 12, 1992.

128. *"Research in Residency - Endometriosis"*. John Peter Smith Hospital. Ob/Gyn Grand Rounds. Ft. Worth, TX. January 12, 1993.

129. *"Transvaginal Ob/Gyn"*. A Weekend Workshop in Ob/Gyn Ultrasound. Advanced Health Education Center and GE Medical Systems. San Antonio, TX. January 15, 1993.

130. *"Endometriosis: Laparoscopic Treatment and Protocol"*. Gynecologic Endoscopic Seminar and Tutorial; Fort Myers, FL. January 16, 1993.

131. *"Surgery and Sonography"*. A Complete Course in Operative Hysteroscopy and Laparoscopy. The University of Massachusetts Medical School Office of Continuing Education and Department of Obstetrics and Gynecology. Fort Myers, FL. January 16, 1993.

132. *"Endometriosis; Laparoscopic Management of the Adnexal Mass"*. Gynecologic Endoscopic Surgery and Sonography. A Complete Course in Operative Hysteroscopy and Laparoscopy. University of Massachusetts Medical School Office of Continuing Education and Department of Obstetrics and Gynecology, Fort Myers, FL. January 16, 1993.

133. "*Complications of Laparoscopic Surgery*". Gynecologic Endoscopic Surgery and Sonography. A Complete Course in Operative Hysteroscopy and Laparoscopy. The University of Massachusetts Medical School Office of Continuing Education and Department of Obstetrics and Gynecology. Fort Myers, FL. January 17, 1993.

134. "*Research Protocol Development*". Berlex Foundation Faculty Development Course. South Seas Plantation, Captiva Island, FL. 1/27-30/93.

135. "*Transvaginal Ultrasound and Infertility*". Texas Gulf Coast Ultrasound Society. Women's Hospital, Houston, TX. April 20, 1993.

136. "*Post-Operative Pain Management and Therapeutic Alternatives in Endometriosis Management* ". The Westin Hotel Galleria Dallas, TX. February 11, 1993.

137. "*Fluid Overload Syndromes and other Complications of Operative Hysteroscopy*". Sounds and Scopes on the Slopes, Crested Butte, CO. February 17, 1993.

138. "*Lab Tutorial*" Sounds and Scopes on the Slopes, Crested Butte, CO. February 18, 1993.

139. "*Laparoscopic Salpingo-oophorectomy*", Sounds and Scopes on the Slopes, Crested Butte, CO. February 19, 1993.

140. "*Video Seminar: Operative Techniques*". Sounds and Scopes on the Slopes, Crested Butte, Colorado February 19, 1993

141. "*Osteoporosis and the Long Term Effects of Estrogen Deprivation, The Pharmacist's Role in E.R.T.*". Brazoria County Pharmaceutical Association. West Columbia, TX. February 21, 1993.

142. "*Estrogen Replacement Therapy*". Fort Bend County League of LVN's Continuing Education Program, Visiting Professor Program. Polly Ryan Hospital, Richmond, TX. April 24, 1993.

143. "*New Advances in Pain Management*". Methodist Hospital, San Antonio, TX. April 6, 1993.

144. "*Intro to Resectoscopic Surgery*". Gynecologic Endoscopic Surgery, St. Thomas, U.S. Virgin Islands. May 29, 1993.

145. "*Care of the Post-Reproductive Woman*". Business and Professional Women's Association. The Doctor's Club, Houston, TX. July 22, 1993.

146. "*Progesterone*". Ovulation Induction Monitoring Advisory Board. Serono, Boston, MA, July 24, 1993.

147. "*Laparoscopic Instrumentation*". New Techniques; Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause. Naples, FL. September 30, 1993.

148. "*Laparosopy Assisted Vaginal Hysterectomy; Debate*". Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause. Naples, FL. September 30, 1993.

149. "*Hysteroscopy Management of Uterine Septa*". Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause. Naples, FL. October 1, 1993.

150. *"Side Effects of Menopause Hormone Replacement"*. Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause, Naples FL. October 2, 1993.

151. *"Transvaginal vs. Oral Hormone Replacement Therapy"*. Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause. Naples, FL, October 3, 1993.

152. *"Abnormal Lipid Parameters, Diabetes, Smoking and Hypertension"*. Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause . Naples, FL. October 3, 1993.

153. *"Is it PMS or Perimenopause?"* Contemporary Gynecologic Endoscopy, Office Ultrasound, and The Menopause. Naples, FL, October 4, 1993.

154. *"Migraines and Estradiol Levels"*, Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause. Naples FL, October 4, 1993.

155. *"Hormone Therapy for Asymptotic Post-Menopausal Women"*. Contemporary Gynecologic Endoscopy, Office Ultrasound, and the Menopause. Naples, FL. October 4, 1993.

156. *"Screening the Uterine Cavity Prior to Assisted Reproductive Technology (ART); Office Hysteroscopy vs. Hysterosalpingography (HSG)"*. The World Congress of Gyn Endoscopy. AAGL 22nd Annual Meeting, San Francisco, CA. November 12, 1993.

157. *"Laparoscopic Repair of Bladder Incision and Laceration"*. The World Congress of Gynecologic Endoscopy. AAGL 22nd Annual Meeting, San Francisco, CA. Nov 12, 1993.

158. *"Transvaginal Ultrasound in Ob/Gyn"*. Oklahoma Society of Radiology Technologists. Tulsa, OK, April 9, 1994.

159. *"Office Hysteroscopy"*. Karl Storz Gyn Advisory Panel. Los Angeles, CA. April 30, 1994.

160. *"Office Hysteroscopy"*. Karl Storz Gyn Advisory Panel. Chicago, IL. May 6, 1994.

161. *"Office Hysteroscopy"*. American Association of Gynecologic Laparoscopists, Orlando, FL, May 9, 1994.

162. *"Is Laparoscopy Truly the Future of Pelvic Surgery?"* Panel LAVH and Pelvic Reconstruction Seminar. St. Thomas, US Virgin Islands. May 25, 1994.

163. *"Video Presentation: Advanced Laparoscopy"*. LAVH and Pelvic Reconstruction Seminar. St. Thomas, U.S. Virgin Islands. May 25, 1994.

164. *"Video Presentation: LAVH Difficulties"*. LAVH and Pelvic Reconstruction Seminar. St. Thomas, U.S. Virgin Islands. May 25, 1994.

165. *"Animated Laboratories"*. LAVH and Pelvic Reconstruction Seminar, St. Thomas, U.S. Virgin Islands. May 25-28, 1994.

166. *"Unusual Complications of Advanced Operation Laparoscopy"*. LAVH and Pelvic Reconstruction Seminar. St. Thomas, U.S. Virgin Islands, May 28, 1994.

167. *"Controversy in Hormone Replacement"*. Annual Rockport Seminar XVI. South TX Academy of Family Physicians. Rockport, TX. 6/3/94.

168. *"High Risk Obstetrics: Diabetes and Hypertension"*. Rockport, TX. June 3, 1994.

169. *"Menopause and Hormonal Treatment"*. Symposium of the 10th Anniversary Clinical de Merida/Methodist Hospital Affiliation. Merida, Yucatan, Mexico. July 17, 1994.

170. *"Leuprolide acetate: Randomized Clinical Trial in the U.S."*. Leuprolide Launching Symposium, Tokyo, Japan. August 27, 1994.

171. *"Color Doppler in Obstetrics"*. Advanced Technologies Laboratories, Ultrasound Symposium, Houston, TX. October 22, 1994.

172. *"Color Doppler in Gynecology"*. Advanced Technologies Laboratories, Ultrasound Symposium, Houston, TX. October 22, 1994.

173. *"Endometriosis From Anatomic Variances to Zoladex"*. Department of Ob/Gyn University of British Columbia, Vancouver, BC. January 17, 1995.

174. *"Controversies in Endometriosis Diagnosis and Treatment"*. Grand Rounds. Dept. of Ob/Gyn, University of British Columbia, Vancouver, BC, January 18, 1995.

175. *"Advances in Transvaginal Ultrasound and Color Doppler"*. Texas Gulf Coast Ultrasound Society, Bellaire, TX. April 18, 1995.

176. *"Evaluation of Gynecologic Bleeding"*. Rockport Seminar XVII. South Texas Academy of Family Physicians,. Rockport, TX. June 4, 1995.

177. *"Abnormalities of Early Pregnancy"*. Rockport Seminar XVII. South Texas Academy of Family Physicians. Rockport, TX. June 4, 1995.

178. *"Update in Transvaginal Ultrasound"*. Austin Sonographers'Society, Austin, TX. August 18, 1995.

179. *"Controversies in Hormone Replacement Therapy"*. Nurses' Grand Rounds, Memorial City Hospital, Houston, TX. September 13, 1995.

180. *"Hormone Replacement"*. Memorial City Hospital, Houston, TX. September 13, 1995.

181. *"Update in Transvaginal Ultrasound"*. G.E. Medical Seminar, Memorial City Hospital, Houston, TX. October 12, 1995.

182. *"Transvaginal Sonography Update"*. Rio Grande Valley Ultrasound Society, Valley Baptist Medical Center, Harlingen, TX. March 9, 1996.

183. *"Transvaginal Ultrasound Correlation with Surgical Findings, A Multi-Media Presentation"*. Texas Gulf Coast US Society, Houston, TX, 3/19/96.

184. *"Ultrasound-The Role it plays in Infertility"*. Tulsa, OK. March 30, 1996.

185. *"Infertility, Diagnosis and Prescription in Family Practice"*. Rockport Seminar XVIII. South Texas Chapter, Academy of Family Physicians, Rockport, TX. June 7, 1996.

186. *"High Risk OB"*. Rockport Seminar XVIII. South Texas Chapter, Texas Academy of Family Physicians, Rockport, TX. June 9, 1996.

187. *"Color Flow Doppler for Gyn"*, General Electric Medical Systems, Woman's Hospital of Texas , Houston, TX. August 15, 1996.
188. *"Today's Female Healthcare Issues"*, G.D. Searle & Company, Villa Capri, Seabrook, TX. September 26, 1996.
189. *"Transvaginal Ultrasound Correlating with Surgical Findings"*. GE Medical Systems, Central Texas ultrasound Society, St. David Health Resource Center, Austin, TX. October 10, 1996.
190. *"Office Hysteroscopy"*. American Society for Reproductive Medicine, November 4, 1996.
191. *"Endometriosis and Infertility, The Connection"*. Endometriosis Association, Houston Support Group, Colombia Woman's Hospital, Houston, TX. May 18, 1997.
192. *"Long Term Medical Considerations of Infertility and its Treatment"*. Infertility Network, Columbia Woman's Hospital, Houston, TX. August 17, 1997.
193. *"Operative Hysteroscopy"*. Greater Houston Association of Surgical Technologists, Chapter 4, Holiday Inn Select, Houston, TX. September 13, 1997.
194. *"Hysteroscopy Application with Versa Point Electrodes"*. Gynecare, AAGL, Seattle, WA. September 26, 1997.
195. *"Separating the Wheat from the Chaff: Dispersing Myths about Endometriosis"*. Endometriosis Association Houston Support Group, Memorial SW Hospital, Houston, TX. September 28, 1997.
196. *"Transvaginal Ultrasound and Reproductive Medicine"*. Advanced Health Education Center, Houston, TX. October 4, 1997.
197. "*Hysteroscopic Fluid Management"*. 510(K) Application of Davol-Brad Hydro Flex System. U.S. Food and Drug Administration, Washington, DC. October 31, 1997.
198. *"Assisted Reproductive Technologies: Practice and Ethical Consideration"*. St. Paul Academy, St. Paul's United Methodist Church, Houston, TX. November 16, 1997.
199. *"Peri-Operative Transvaginal Sonography"*. Clinical Correlations, Texas Gulf Coast Ultrasound Society, Feigin Center, Houston, TX. November 18, 1997.
200. *"The Menopausal Syndrome"*. Solvay Pharmaceuticals, Quantum Building Atrium, San Antonio, TX. March 31, 1998.
201. *"Evaluation of the Uterine Cavity for Assisted Reproductive Technology"*. St. Joseph Hospital, OB/Gyn Grand Rounds, Houston, TX. September 16, 1998.
202. *"The Basics of IVF"*. Infertility Network, Memorial Hospital Southwest, Houston, TX. November 15, 1998.
203. *"Care for the Post Reproductive Woman"*. South Texas Chapter, Academy of Family Practitioners, Family Practice Seminar, Port Aransas, TX. June 5, 1999.

204. "*Overview of Study Design & Statistics: Mastering the Literature*". South Texas Family Practice Seminar, Port Aransas, TX. June 5, 1999.

205. "*OB Update for Infertility Patients*". South Texas Chapter, Family Practice Seminar, Port Aransas, TX. June 3-6, 1999.

206. "*Pregnancy After Infertility: Are you a High Risk OB Patient?*". Infertility Network, Houston, TX. July 18, 1999.

207. "*New Hysteroscopy Instruments; Laparoscopic Surgery Advances; Urogynecology Procedures*". Association of Surgical Technologists, Hilton South West, Houston, TX. September 11-12, 1999.

208. "*The Use of Transvaginal Ultrasonography in Reproductive Medicine*". GE Medical Systems, South West US Consultants. El Paso, TX. 10/16/99.

209. "*Gynecologic Surgery*". Association of Surgical Technologists, Greater Houston Chapter 41, Houston, TX. September 12, 1999.

210. "*Syndrome of Inappropriate Secretion of Antidiuretic Hormone*". Hendrick Medical Center CME Conference, Amarillo, TX. February 13, 2001.

211. "*Medicine and Law, Business and Wellness*". Business & Wellness Meeting. West Houston Chamber of Commerce, hosted by Gail Stolzenburg, Houston, TX. May 13, 2015.

212. "*What LNCs Need to Know About Lawyers*", Juris Educational Resource Knowledge for LNCs, hosted by Claire Hull, RN, LNC, Raleigh, NC. October 16, 2015.

213. "*Questions for Which Every LNC Must Be Prepared From Your Physician Clients/Deponents/Expert Witnesses*", Juris Educational Resource Knowledge for LNCs, hosted by Claire Hull, RN, LNC, Raleigh, NC. October 17, 2015.

214. "*Spotlight of Gynaecological Research*", Chair, PCS 2nd Global Obstetrics & Gynaecology Congress (GOGC-2017), Rome, Italy, July 8, 2017.

215. "*Advancing the understanding of endometriosis – role of clinical epidemiologic principles*" PCS 2nd Global Obstetrics & Gynaecology Congress, Rome, Italy, July 8, 2017.

216. "*Breast Health and Breast Cancer*", Chair, PCS 2nd Annual Gynaecological Oncology Symposium (GOS-2017), Rome, Italy, July 8, 2017.

217. "*Empiric use of Metformin in subfertile women with low Anti-Mullerian Hormone (AMH)*", Poster presentation, PCS 2nd Global Obstetrics & Gynaecology Congress, (GOGC-2017), Rome, Italy, July 8, 2017.

218. "*In Office Diagnosis of STI's*". Research panel discussion. SlimChip, Inc. Houston, TX, August 15, 2017.