# Exhibit A

# Endocrine Abstracts

**November 2017** Volume 50
ISSN 1479-6848 (online)

## Society for Endocrinology BES 2017

***6–8 November 2017, Harrogate, UK***





published by
bioscientifica

Online version available at
**www.endocrine-abstracts.org**

*AKR1D1* knockdown increased glucose transporter mRNA expression and decreased cell media glucose concentrations, while increased intracellular glycogen levels. *AKR1D1* knockdown increased *FAS*, *SCD1*, *SREBP-1c* and *ACC1* expression, the rate-limiting step in *de novo* lipogenesis (DNL), and intracellular triglyceride, while cell media 3-hydroxybutyrate levels were reduced, indicative of impaired fatty acid oxidation. Mass spectrometry analysis of lipid composition demonstrated increased palmitic and palmitoleic acid production, consistent with increased DNL and fatty acid saturation. Furthermore, bile acid composition was altered with significantly increased chenodeoxycholic acid levels. Conversely, pharmacological manipulation of the bile acid receptors FXR and LXR using GW4064 (FXR agonist) and 22(S)-Hydroxycholesterol (LXR antagonist) rescued HepG2 cells from metabolic dysfunction by reducing lipogenic gene expression. *AKR1D1* knockdown increased proinflammatory cytokine IL-1β, IL-6 and IL-8 mRNA expression; changes were confirmed by elevated cell media IL-6 and IL-8 levels, increased IκBα degradation and induced IRE1α protein expression, indicative of inflammation and ER stress. In conclusion, AKR1D1 activity regulates steroid hormone and bile acid availability, potentially modulating hepatic carbohydrate and lipid metabolism, in addition to an inflammatory phenotype, suggesting a crucial role in NAFLD pathophysiology.

DOI: 10.1530/endoabs.50.P318

## P319

**The adverse metabolic phenotype associated with obstructive sleep apnoea is not driven by activation of the hypothalamo-pituitary-adrenal axis**

Jonathan M Hazlehurst, Catriona Charlton, Diana Mantripp, Leanne Hodson & Jeremy W Tomlinson
NIHR Bioresource Centre, OCDEM, University of Oxford, Oxford, UK.

Glucocorticoid (GC) excess drives obesity, insulin resistance and type 2 diabetes. Obstructive sleep apnoea (OSA) is a prevalent condition associated with both activation of the hypothalamic-pituitary-adrenal (HPA) axis and an adverse metabolic phenotype. However, a causal link between these two features has not been established. We designed a novel human model of intermittent hypoxia (IH) aimed at replicating the systemic insulin resistance associated with OSA to determine whether limiting GC availability has a beneficial metabolic effect.
Healthy male participants ($n=17$, age: $25\pm6$ yrs; BMI:$24.1\pm1.7$ kg/m$^2$) underwent a hyperinsulinaemic-euglycaemic clamp incorporating stable isotopes with adipose tissue microdialysis and biopsy, under conditions of normoxia. Volunteers were then randomized to receive either the GC receptor antagonist, RU486 (600 mg od, 1 week) or no treatment. All investigations were then repeated under conditions of IH. IH was achieved by alternating the $FiO_2$ of inspired gases between air ($FiO_2$ 21%) and a hypoxic gas mix ($FiO_2$ 5%; balance nitrogen) to achieve 12 desaturations/hr.
In the fasted-state under normoxia, RU486 improved adipose tissue insulin sensitivity (significant reductions circulating non-esterified fatty acids (NEFA), glycerol and Adipo-IR all $P<0.05$). Our model of IH successfully replicated features of OSA (11.4+/−0.8 desaturation/hr. 87+/−4 %$O_2$ saturations). IH induced insulin resistance as measured by reduced insulin-mediated suppression of circulating triglyceride (TAG) and VLDL TAG ($P<0.05$). In the fed, hyperinsulinaemic-state, and under IH, RU486 worsened the adverse metabolic features (reduced insulin-mediated suppression of TAG; VLDL-TAG; βOH-Butyrate, all $P<0.05$). These data endorse our previous observations demonstrating that GCs enhance insulin action *in vitro* and *in vivo* in the fed-state.
In conclusion, we have demonstrated a differential effect of GC receptor antagonism in the fed and fasted-state. Limiting GC action under conditions of IH worsened insulin resistance suggesting that activation of the HPA axis in OSA does not drive the development of an adverse metabolic phenotype.

DOI: 10.1530/endoabs.50.P319

## P320

**Androgen excess is highly prevalent in women with idiopathic intracranial hypertension and is biochemically distinct from polycystic ovary syndromes**

Michael O'Reilly[1], Catherine Hornby[1], Connar Westgate[1], Hannah Botfield[1], Keira Markey[1], James Mitchell[1], Carl Jenkinson[1], Lorna Gilligan[1], Mark Sherlock[2], James Gibney[2], Jeremy Tomlinson[3], Wiebke Arlt[1] & Alexandra Sinclair[1]
[1]University of Birmingham, Birmingham, UK; [2]Tallaght Hospital, Dublin, Ireland; [3]University of Oxford, Oxford, UK.

Idiopathic intracranial hypertension (IIH) is a condition of unknown aetiology characterised by raised intracranial pressure, chronic headaches and blindness. Akin to polycystic ovary syndrome (PCOS), IIH patients are almost exclusively obese females of reproductive age. A distinct androgen excess profile has been noted in PCOS. Here, we aimed to delineate androgen metabolism in IIH compared to PCOS and simple obesity.
Women with IIH ($n=70$), alongside age- and BMI-matched cohorts with PCOS ($n=60$) and simple obesity ($n=40$), were recruited. Comprehensive serum androgen profiling, including 11-oxygenated androgens recently shown to represent the major androgens in PCOS, was carried out by by liquid chromatography-tandem mass spectrometry (LC-MS/MS) and 24-h urine steroid profiling by gas chromatography-mass spectrometry in all three groups. In IIH women ($n=49$) and a female cohort with non-IIH neurological disease ($n=30$), we also quantified androgens in cerebrospinal fluid (CSF) utilising LC-MS/MS.
PCOS patients had increased insulin resistance, as measured by HOMA-IR ($P<0.05$), while HOMA-IR in IIH did not differ from controls. Serum testosterone was higher in IIH compared to both PCOS and control women ($P<0.001$ for both); conversely, serum androstenedione was higher in PCOS women than in IIH ($P<0.001$) and controls ($P<0.01$). Serum levels of the 11-oxygenated androgen precursors 11β-hydroxyandrostenedione and 11-ketoandrostenedione were increased in PCOS ($P<0.0001$), while levels in IIH patients did not differ from controls. Systemic 5α-reductase activity, as measured by the ratio of 5α-tetrahydrocortisol/tetrahydrocortisol, was higher in IIH women compared to both PCOS and controls ($P<0.05$ for both). IIH women had significantly increased CSF androstenedione and testosterone compared to controls (all $P<0.0001$).
We show that women with IIH have a distinct androgen excess phenotype compared to PCOS and simple obesity, with higher active serum androgens, 5α-reductase activity and increased CSF androgens. Further studies are needed to understand the mechanistic role of androgen excess in the pathogenesis of IIH.

DOI: 10.1530/endoabs.50.P320

## P321

**Rectal and oral administration of L-Phenylalanine supresses food intake and modulates neuronal activation in appetite-regulating brain regions in rodents**

Mariana Norton, Ye Cao, Risha Amarsi, Isabel Fernandes Freitas, Amin Alamshah & Kevin G Murphy
Imperial College, London, UK.

High protein diets are highly satiating but hard to maintain. By understanding the mechanisms underlying these effects we may be able to identify new anti-obesity therapies. Protein is broken-down into amino acids in the gut which are detected by a series of nutrient sensors. The calcium sensing receptor (CaSR) is primarily activated by calcium ions, but is positively allosterically modulated by aromatic amino acids, especially L-phenylalanine. Stimulation of the CaSR by L-phenylalanine can stimulate glucagon-like peptide-1 (GLP-1) secretion, but its role in the secretion of other gut hormones is unclear.
Studies in our department have shown that oral administration of L-phenylalanine suppresses food intake in rodents. We therefore aimed to investigate the mechanisms underlying these effects and which region of the gut is involved.
We examined the effect of orally and rectally administered L-phenylalanine on food intake and neuronal activation in mice. To investigate whether L-phenylalanine might be being systemically absorbed to have a direct effect on neuronal activation, we also investigated CaSR expression in the brain regions activated in response to L-phenylalanine.
*In vivo*, oral and rectal administration of L-phenylalanine reduced food intake and increased neuronal activation in the area postrema of mice. Immunohistological staining showed that the CaSR is expressed in the area postrema of mice. Mice orally administered L-phenylalanine also had significantly lower gastric inhibitory peptide (GIP) plasma levels.
Previous work suggests that oral L-phenylalanine can increase GLP-1 secretion and improve glucose tolerance, so the inhibitory effect of L-phenylalanine on GIP was unexpected. Further work is required to determine the role of the CaSR and L-phenylalanine in glucose homeostasis. In addition, the role of central nervous system amino acid sensing via the CaSR in the anorectic effects of L-phenylalanine requires further investigation.

DOI: 10.1530/endoabs.50.P321