# Exhibit B

Downloaded from http://jnnp.bmj.com/ on December 31, 2017 - Published by group.bmj.com
Case 1:17-mc-02767-PAE-JLC Document 163-2 Filed 03/26/18 Page 2 of 4


## 014 THE ANDRO-METABOLIC SIGNATURE OF IIH COMPARED WITH PCOS AND SIMPLE OBESITY

Catherine Hornby,[1] Michael O'Reilly,[2] Hannah Botfield,[1] Keira Markey,[1] Punith Kempegowda,[2] Angela Taylor,[2] Beverley Hughes,[2] Jeremy Tomlinson,[3] Wiebke Arlt,[2] Alexandra Sinclair[1]. *[1]Institute of Systems and Metabolism Research, University of Birmingham; [2]CEDAM, Institute of Systems and Metabolism Research, University of Birmingham; [3]Oxford Centre for Diabetes, Endocrinology and Metabolism, University of Oxford*

10.1136/jnnp-2016-315106.14

Idiopathic intracranial hypertension (IIH) is a disorder of raised intracranial pressure (ICP) of unknown cause. This condition is primarily seen in obese females of childbearing age, a phenotype similar to that in polycystic ovary syndrome (PCOS). We aimed to characterise the androgen metabolic signature in IIH compared to PCOS and simple obese controls.

Age, gender and BMI matched groups of IIH (n=25), PCOS (n=31) and obese controls (n=15) were studied. The IIH group also underwent a weight loss intervention. Serum androgens were measured by liquid chromatography/tandem mass spectrometry (LCMS) and urinary steroids using gas chromatography/mass spectrometry (GCMS).

Downloaded from http://jnnp.bmj.com/ on December 31, 2017 - Published by group.bmj.com
Case 1:17-mc-02767-PAE-JLC Document 163-2 Filed 03/26/18 Page 3 of 4


Serum testosterone was significantly higher in IIH and PCOS than in controls (p=0.01). Serum androstenedione was significantly increased in PCOS compared to IIH and controls (p=0.008). Systemic 5a-reductase activity was significantly higher in IIH compared to controls (p=0.04). Following weight loss there were significant reductions in testosterone, 5a-reductase activity and disease activity (intracranial pressure and papilloedema).

These results demonstrate a unique androgen metabolic signature in IIH (distinct from PCOS and simple obesity), characterised by increased testosterone but normal androstenedione, potentially driven by increased AKR1C3 activity (which converts androstenedione to its active metabolite testosterone). Further evaluation of AKR1C3 in IIH would be of interest.

Downloaded from http://jnnp.bmj.com/ on December 31, 2017 - Published by group.bmj.com


# THE ANDRO-METABOLIC SIGNATURE OF IIH COMPARED WITH PCOS AND SIMPLE OBESITY

Catherine Hornby, Michael O'Reilly, Hannah Botfield, Keira Markey, Punith Kempegowda, Angela Taylor, Beverley Hughes, Jeremy Tomlinson, Wiebke Arlt and Alexandra Sinclair

*J Neurol Neurosurg Psychiatry* 2016 87: e1
doi: 10.1136/jnnp-2016-315106.14

Updated information and services can be found at:
**http://jnnp.bmj.com/content/87/12/e1.46**

*These include:*

**Email alerting service**

Receive free email alerts when new articles cite this article. Sign up in the box at the top right corner of the online article.

**Topic Collections**

Articles on similar topics can be found in the following collections

Cranial nerves (529)
Hypertension (380)
Ophthalmology (842)

**Notes**

To request permissions go to:
**http://group.bmj.com/group/rights-licensing/permissions**

To order reprints go to:
**http://journals.bmj.com/cgi/reprintform**

To subscribe to BMJ go to:
**http://group.bmj.com/subscribe/**