**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE:**

**MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO.II)**

17-MD-2767(PAE)
17-MC-2767 (PAE)

***This Document Relates to All Actions***

---

**<u>DECLARATION IN SUPPORT OF REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF CONRAD JOHANSON, PH.D</u>**

Shayna S. Cook declares the following under the penalties of perjury:

1. I am a partner with the law firm of Goldman Ismail Tomaselli Brennan & Baum LLP, and counsel for defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy.

2. Annexed hereto are true and accurate copies of the following documents submitted in support of Defendants' Reply Memorandum of Law in Support of their Motion to Exclude the Expert Testimony of Conrad Johanson, Ph.D.:

Exhibit A: Exhibit 4 to the 1/26/2018 Deposition of Conrad Johanson, Ph.D. (List of Additional Documents Reviewed)

Exhibit B: Exhibit 23 to the 1/26/2018 Deposition of Conrad Johanson, Ph.D. (Toscano V, et al. Cerebrospinal fluid estrone in pseudotumor cerebri: A change in cerebral steroid hormone metabolism? *J. Endocrinol. Invest.* 1991;14:81-86.)

Exhibit C: Exhibit 17 to the 1/26/2018 Deposition of Conrad Johanson, Ph.D. (Guerra M, et al. Androgens stimulate preoptic area Na+, K+-ATPase activity in male rats. *Neuroscience Letters.* 1987;78:97-100.)

DATED: March 26, 2018

Respectfully submitted,

*/s/ Shayna S. Cook*

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Telephone: (312) 881-5947
Facsimile: (312) 881-5247
scook@goldmanismail.com

Paul W. Schmidt
Michael X. Imbroscio
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5272
Facsimile: (202) 778-5272
pschmidt@cov.com
mimbroscio@cov.com

E. James Shepherd
Shook, Hardy & Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77072
Telephone: (713) 546-5610
Facsimile: (713) 227-8008
eshepherd@shb.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2018, a copy of the foregoing has been served on the interested parties in this action via ECF:

Martin D. Crump
Davis & Crump PC
2601 Fourteenth Street
Gulfport, Mississippi 39501
martincrump@daviscrump.com
*Co-Lead Counsel for Plaintiffs*

Lawrence L. Jones II
Jones Ward PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
larry@jonesward.com
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
PO Box 30049
Elkins Park, Pennsylvania 19027
msk@thlawyer.com
*Liaison Counsel for Plaintiffs*

/s/ *Shayna S. Cook*
Shayna S. Cook