# Exhibit A

**Additional Documents Reviewed**

Expert Reports

*Plaintiffs' Expert Reports*

Dr. Philip Darney
Dr. Vincenzo Salpietro

*Defendants' Expert Reports*

Dr. William Jusko
Dr. Nancy Newman
Dr. Kurt Barnhart

Literature

Thomas CP, Liu KZ, Vats HS: **Medroxyprogesterone acetate binds the glucocorticoid receptor to stimulate α-ENaC and sgk1 expression in renal collecting duct epithelia.** *Am J Physiol Renal Physiol* 2005, **290**:F306-F312

Other Documents

Mirena 2017 Label

EXHIBIT
tabbies
Johanson 4