# Exhibit B

J. Endocrinol. Invest. 14: 81-86, 1991

# Cerebrospinal fluid estrone in pseudotumor cerebri: A change in cerebral steroid hormone metabolism?

V. Toscano*, G. Sancesario**, P. Bianchi*, C. Cicardi***, D. Casilli*, and P. Giacomini***.
*Istituto di Clinica Medica Generale V, Università La Sapienza, **Clinica Neurologica, Università Tor Vergata, and ***Istituto Clinica Malattie Nervose e Mentali, Università La Sapienza, Roma, Italy.

ABSTRACT. Estrogen and androgen hormones were studied in the plasma and cerebrospinal fluid (CSF) of five patients affected by pseudotumor cerebri (PTC). Six men and six women without cerebral or endocrine diseases were selected as controls. Androstenedione (A), testosterone (T), 17- hydroxyprogesterone (17OH-P), E1 and E2 were measured in plasma and CSF in baseline conditions and following 1 month prednisone therapy (2 mg/die, per os) using RIA following chromatographic separation on celite microcolumns. Men and women affected by PTC show increased CSF E1 levels and marked decreased CSF A levels, with respect to controls. In plasma, on the contrary, normal values of these parameters were observed in PTC. In normal subjects A/E1 ratio shows the same values in plasma and CSF, suggesting for the two hormones analogous feasibility to cross the blood brain barrier. In PTC patients A/E1 ratio is comparable to controls in plasma, but lower in CSF as a result of decreased A and increased E1 contents. The CSF imbalance between A and E1 attenuates but does not disappear after treatment. No correlation is found between pressure levels and steroid pattern both in baseline condition or after one month of treatment. In conclusion, our results demonstrate that PTC is not only associated with increased CSF E1 levels, as previously suggested, but, above all, with decreased CSF A levels and this hormonal impairement seems to be confined to the CSF compartment and not observed in plasma. These data do not lead to any definitive conclusion about the role of altered CSF estrogen and androgen levels in PTC pathogenesis. However our results demonstrate that PTC is associated with an imbalanced steroid hormone ratio at the cerebral level.

## INTRODUCTION

Very little information is available on steroid contents in cerebrospinal fluid (CSF) and on their correlations with those in plasma of adult humans in physiological as well as in pathological conditions (1, 2). A recent paper (3), focusing attention on this matter, demonstrated an increased concentration of estrone (E1) in the CSF compartment, but not in the plasma of obese women affected by pseudotumor cerebri (PTC), a benign neurological disease, without focal lesion and characterized by increased CSF pressure. Other authors (4) did not reproduce these findings: instead they ascertained that estrogens are below the detection limit in the CSF of both PTC and control patients.
Even if the hormonal results in PTC are conflicting, most of the authors agree with the fact that this benign neurological disease is observed more frequently in young obese women, in which an alteration of the plasma steroid pattern is present.
In preliminary notes we reported high levels of liquoral estrone both in males and females with PTC (5, 6). The aim of the present investigation was to study whether in PTC the increase in CSF estrone is related or not to changes of its precursors and if any correlation exists between CSF increased pressure and CSF steroid pattern. Therefore androstenedione (A), testosterone (T), 17-hydroxyprogesterone (17OH-P), E1, estradiol (E2) were studied in plasma and cerebrospinal fluid (CSF), and cortisol (F), FSH and LH and prolactin (PRL) only in plasma in five patients affected by PTC before and after a conventional corticosteroid therapy, which is well known to improve CSF pressure.

## MATERIALS AND METHODS

Five consecutive patients, three women and two men, who met the diagnosis of PTC (1-4) were studied (Table 1). The diagnosis of PTC was based on the presence of signs and symptoms of increased

*Key-words:* Pseudotumor cerebri, CSF estrogens, CSF androgens.

*Correspondence:* Dr. Vincenzo Toscano, Istituto di Clinica Medica Generale V, Università La Sapienza, Policlinico Umberto I, 00161 Roma, Italy.

Received May 14, 1990; accepted October 18, 1990



EXHIBIT
Johanson 23

Table 1 - *Clinical data in 5 the patients with pseudotumor cerebri.*

| Patient yrs/sex | Duration of symptoms on admission (months) | Symptoms and signs | Visual field[1] | CSF hydrostatic pressure ($mmH_2O$) (nv <200) | CSF protein mg/l (nv 20-50) | Computed tomographic findings[2] | Relative body weight[3] |
|---|---|---|---|---|---|---|---|
| P.C./62/M | 3 | Headache, nausea blurred vision papilledema | Constricted field in RE, enlarged BS in RE and LE | 580 | 41 | DV | 1.19 |
| C.G./37/M | 6 | Dizziness, blurred vision, papilledema | Enlarged BS and constricted field in RE | 290 | 40 | DV | 1.2 |
| N.C./19/F | 1 | Headache, papilledema | normal | 500 | 20 | NA | 1 |
| M.L./17/F | 10 | Headache, blurred vision, papilledema | normal | 440 | 29 | DV | 0.98 |
| V.N./63/F | 4 | Blurred vision papiledema | Constricted field in RE | 300 | 20 | NA | 1.08 |

[1]RE: right eye; LE: left eye; BS: blind spot. [2]DV: diminished intraventricular size; NA: no abnormalities. [3]Relative body weight represent the ratio between body weight of the patient and the ideal body weight.

intracranial pressure, normal CT scan of the brain, except for the case of slitlike ventricles, increased CSF pressure, normal protein content and normal cell count in the CSF. None of the patients presented history of a precipitating cause of PTC, such as arterial hypertension, thyroid disease, trauma, and usage of steroids, tetracycline or vitamin A. None of the patients received any medication before the baseline evaluation. Upon admission to hospital, the clinical examination was normal in each patient. The two younger females presented oligomenorrhea. In particular the body weight was within the normal range. Ophthalmologic examination disclosed florid papilledema and normal visual acuity in all the patients; visual field defects were detected in three of the five patients. Computed tomography was performed with a Siemens DR2 CT scanner. The brain CT scan was normal and no evidences of empty sella were detected (Table 1).

Hydrostatic CSF pressure was simply monitored for 15 min by lumbar puncture performed between 09:00 and 10:00, while the patient was in a horizontal position (4, 5). Eight-fifteen ml of CSF were slowly drained in each patient until normal hydrostatic pressure was reached. After the first diagnostic lumbar puncture, prednisone (2 mg/die, per os) was administered for one month. A second lumbar puncture was performed on the last day of treatment. Control patients were chosen by selection of patients in the neurological department because of lower back pain and unilateral radicular symptoms. These patients were included if they had no headache and visual symptoms, no evidence of papilledema, normal CSF pressure, normal protein content and normal cell count in the CSF, absence of other cerebral and endocrine diseases and of any condition thought to be associated with PTC. Twelve control patients, 6 men (mean age 42.3 years) and 6 women (mean age 38.6 years) were chosen. These patients underwent a single diagnostic lumbar puncture as part of their diagnostic evaluation.

### *Hormone analysis*

Hormonal pattern was evaluated in CSF and blood samples. Blood samples were taken from the cubital vein a few minutes before the lumbar puncture was performed.

Testosterone (T), androstenedione (A), 17- hydroxyprogesterone (17OH-P), estrone (E1), 17ß estradiol (E2) were evaluated in CSF and plasma by RIA after celite microcolums chromatography, as previously described (13, 14), gonadotropin FSH and LH, prolactin (PRL) and cortisol (F) were determined directly in plasma by RIA.

In patients affected by PTC the overall hormonal pattern was evaluated in CSF and in plasma before and after the prednisone treatment. Therefore the CSF and plasma hormone levels in PTC patients was compared with the findings in control patients without signs of intracranial disease.

Because of the small number of subjects studied, even if the study was carried out over 3 years, no significant statements are made for our findings, and only those of general differences are outlined.

Case 1:17-mc-02767-PAE-JLC Document 165-2 Filed 03/26/18 Page 4 of 7



## RESULTS

Clinical data of patients with PTC were reported in Table 1. Plasma hormone levels were comparable in controls and in patients affected by PTC (Fig. 1 and Table 2). Marked differences, however, were detected in the CSF steroid hormone contents among the three groups of patients. In control patients CSF E1 and E2, A, T, 17OH-P were above the detection limits with different values in male and female. The plasma and CSF A/E1 ratio did not differ between sexes, whereas T/E2 ratio appeared higher in males than in females both in plasma and in CSF. Baseline results obtained in the CSF of PTC patients demostrated high values of E1 (Fig.1), a slightly increased levels of E2 (Table 2), associated with markedly decreased contents of A (Fig. 1). CSF T levels were in the low limits of normal range or slightly below, both in males and females (Table 2). CSF 17OH-P contents were within the control range in all cases (Table 2). In PTC patients plasma A/E1 ratio was comparable to controls whereas a striking reduction of the CSF A/E1 ratio was observed (Fig. 1). T/E2 plasma ratio was lower than in controls in the older man affected by PTC; higher values than in controls were found, on the contrary, in the younger man and in all female PTC patients (Table 2). The CSF T/E2 ratio was below the low limit of the control range both in male and female patients affected by PTC (Table 2). FSH, LH and PRL in all patients were within the normal range for their age.




Fig. 1 - *Estrone, androstenedione and A/T plasma and CSF content in the 5 patients affected by pseudotumor cerebri before (BASELINE) and after 1 month PREDNISONE (2 mg/d) treatment. N.R.: baseline control range.*

Table 2 - *Baseline hormonal pattern in the 5 cases with PTC and in normal patients (N.V.)*[1]

| | T | | E2 | | T/E2 | | 17OHP | | F |
|---|---|---|---|---|---|---|---|---|---|
| | Plasma ng/dl | CSF ng/dl | Plasma ng/dl | CSF ng/dl | Plasma | CSF | Plasma ng/dl | CSF ng/dl | Plasma µg/ml |
| MEN | | | | | | | | | |
| 1 | 132 | 14 | 2 | 1.25 | 66 | 11.2 | 114 | 1.8 | 12 |
| 1b[2] | 180 | 17 | 1.1 | 1.3 | 164 | 12.9 | | | |
| 2 | 630 | 21 | 1.2 | 0.37 | 525 | 56 | 86 | 4 | 15 |
| 2b | 408 | 21 | 1.4 | n.d. | 291 | / | 19 | 20 | |
| N.V. | 417-850 | 30-60 | 1.5-3 | 0-0.2 | 278-283 | 150-300 | 97-135 | 4-20 | 10-20 |
| WOMEN | | | | | | | | | |
| 3 | 48 | 2.5 | 5.2 | 1.4 | 9.3 | 1.8 | 80 | 1 | 13 |
| 3b | 38 | 5.3 | 5.6 | 0.8 | 6.8 | 6.8 | 14.2 | / | |
| 4 | 37 | 5 | 5.3 | 1.3 | 7.1 | 3.8 | 104 | 10 | 15 |
| 4b | 42 | 3 | 1.25 | n.d. | 34 | / | 14.2 | 9 | |
| 5 | 45 | 4 | 1.49 | 0.3 | 30 | 13 | 131 | 17 | 17 |
| 5b | / | 3.4 | / | n.d. | / | / | / | / | |
| N.V. | 30-60 | 5-14 | 4.9-9.8 | 0.2-0.5 | 5.8-6.1 | 25-28 | 85-200 | 8-20 | 10-20 |

[1]T: Testosterone; E2: 17β Estradiol; 17OH-P: 17-Hydroxyprogesterone; PRL: Prolactin; F: Cortisol.
[2]"b" indicated values after one month prednisone (2mg/d) treatment.

One month after prednisone therapy, the abnormal CSF pressure decreased markedly in 4 patients, even if it did not normalize, and remained unchanged in one patient (Fig. 2). After treatment plasma E1 and A decreased, CSF E1 decreased in 3 cases and increased in 2, A increased in 2 cases and remained almost unchanged in 3 (Fig..1). Plasma T and E2 were almost unchanged by the treatment (Table 2). 17OH-P levels decreased in plasma during treatment, as expected, but remained unchanged in CSF (Table 2).

## DISCUSSION

Results reported in this paper confirm previous observations showing increased CSF levels of E1 in PTC female patients. The originality of the present study with respect to previous findings is the observation that the increased CSF E1 contents are present also in males affected by PTC and that they are associated in both sexes with decreased levels of A, slightly increased levels of E2 and decreased values of T. Donaldson (3) has already reported increased levels of E1 and undetectable levels of E2 in CSF of obese women affected by PTC. The difference in CSF E2 levels between our results and those of Donaldson may be due to technical differences, as Donaldson did not use a chromatographic purification, which we used to improve the sensitivity of the assay. A similar explanation could account for the differences between our results and those reported by Sorensen (4), who, on




Fig. 2 - *Values of the lumbar CSF pressure in the 5 patients with pseudotumor cerebri before (BASELINE) and after 1 month PREDNISONE treatment (2 mg/d). Dotted line represents the upper limit of normal range.*

the contrary, found undetectable CSF levels of both E1 and E2.

The presence of this altered steroid pattern also in subjects of normal weight excludes that these modifications could be induced by increased body fat, which is known to contribute to the extraglandular production of estrogens (7).

The plasma concentrations of FSH, LH and PRL, comparable to those of controls, exclude, at least in our cases, a hypothalamic-hypophyseal alteration, as already demonstrated by Sorensen (4).

The normal plasma cortisol and 17-OHP levels exclude the presence of adrenal insufficiency which has been frequently described in association with PTC (8, 9).

The observation of normal levels A, T, E1 and E2 in plasma and low or high levels in CSF in PTC patients suggests a complete independence between these two compartments as far as steroid level regulation was concerned. A decreased production or availability of A could be excluded on the basis of the normal levels of its precursor 17OH-P and therefore only an increased utilization of the CSF A content could explain the low levels found in PTC patients. Moreover, the highly decreased values of 17OH-P and A during treatment in the plasma (10) and, on the contrary, the increased values of A in the CSF, at least in some cases, strongly support a different regulation of the steroid pattern in the two compartments.

Following one month treatment with prednisone CSF pressure was reduced in 4 cases, CSF A levels increased in 2 and E1 levels decreased in 3, with no parallelism between steroid contents and pressure modifications.

From these results, therefore, the only one possible consideration is that PTC is characterized in both sexes by increased CSF levels of E1 and decreased A levels, without any possible correlation with plasma steroid pattern. The lack of parallelism, following treatment, between CSF pressure and steroid content modifications tends to exclude a possible correlation between increased CSF pressure and abnormal steroid levels. The undetectable levels of steroids in CSF of patients with normal pressure hydrocephalus (NPH) (unpublished data), however, would suggest that a possible relationship between CSF steroid pattern and CSF pressure could exist. The possibility that a longer period of treatment or the follow-up of the disease can make evident this correlation has to be considered.

To explain the imbalance of A/E1 ratio in the CSF, a selective impairment of the flux of the two steroids between plasma and CSF compartments could be hypothesized. In addition or alternatively, on the basis of our data we could speculate that the A/E1 imbalance is produced by an increased aromatase activity at the cerebral level converting the precursor A in its product E1 (11). However even if it is difficult to find a correlation between the CSF steroid abnormalities and the severity of PTC symptomatology, our data showing increased CSF E1 concentrations and decreased CSF A concentrations in patients of both sexes affected by PTC, but not in patients with other neurological conditions may induce to consider some specific relations between the modified CSF steroid concentrations and the PTC pathogenetic mechanism. A selective increase in arginin vasopressin CSF levels was recently reported in PTC (12) similar to the specific changes of CSF A and E1. Moreover the undetectability of steroid hormones in the CSF of 2 patients affected by NPH (unpublished data) seems to support the suggestion that different diseases of CSF homeostasis could be associated with characteristic abnormalities of hormones and neuropeptides in the CSF compartment.

Although it is not clear whether such abnormalities are relevant to the pathogenesis or are simple epiphenomenons of PTC, these changes could be considered at least as neuroendocrine signs of such mysterious disease.

## ACKNOWLEDGMENTS

This work is supported in part by Grant # 88.01980.04 from Consiglio Nazionale delle Ricerche - Rome Italy. The authors would like to acknowledge Mrs Gabriella Farina for her excellent technical assistance.

## REFERENCES

1. Ahlskog J.E., O'Neill B.P.
Pseudotumor cerebri.
Ann. Intern. Med. *97:* 249, 1982.
2. Aisenberg R.M., Rottemberg D.A.
The pathogenesis of pseudotumor cerebri. A mathematical analysis.
J. Neurol. Sci. *8:* 51, 1980.
3. Donaldson J.O., Horak E.
Cerebrospinal fluid estrone in pseudotumor cerebri.
J. Neurol. Neurosurg. Psychiatry *45:* 734, 1982.
4. Sorensen P.S., Gjerris F., Svenstrup B.
Endocrine studies in patients with pseudotumor cerebri. Estrogen levels in blood and cerebrospinal fluid.
Acta Neurol. Scand. *43:* 902, 1986.
5. Sancesario G., Toscano V., Cicardi M.C., Casilli D.
Pseudotumor cerebri correlates in male aging.
International Symposium "Aging of central nervous system and psychopathology".
Bisceglie, Italy, 1983, p.43 (Abstract).

6. Sancesario G., Toscano V., Cicardi M.C., Casilli D., Giacomini P.
Anomalies of steroid hormones in Pseudotumor cerebri.
1st Symposium European Neuroendocrine Association.
Basle, Switzerland, 1984, p.158 (Abstract).

7. Ryan K.J.
Biochemistry of aromatase: significance to female reproductive physiology.
Cancer Res. (Suppl.) *42:* 3342s, 1982.

8. Walsh F.B.
Papilledema associated with increased intracranial pressure in Addison's disease.
Arch. Ophtalmol. *47:* 86, 1952.

9. Jefferson A.
A clinical correlation between encephalopathy and papilledema in Addison's disease.
J. Neurol. Neurosurg. Psychiatry *19:* 21, 1956.

10. Mann J.D.
Impairment of cerebrospinal fluid circulatory dynamics in pseudotumor cerebri and response to steroid treatment.
Neurology *29:* 550, 1979.

11. Naftolin F., MacLusky N.J.
Aromatase in the central nervous system.
Cancer Res. (Suppl.) *42:* 3274s, 1982.

12. Seckel J., Stafford L.
Cerebrospinal fluid neurohypophysial peptides in benign intracranial hypertension.
J. Neurol. Neurosurg. Psychiatry *51:* 1538, 1988.

13. Petrangeli E., Adamo M.V., Foli S., Caiola S., Casilli D., Toscano V.
Radioimmunoassay of estradiol 17β and Δ4 androstenedione: comparison between direct and chromatographic method.
LAB J. Res. Lab. Med. *8:* 147, 1981.

14. Toscano V., Petrangeli E., Adamo M.V., Foli S., Caiola S., Sciarra F.
Simultaneous determination of 5α reduced metabolites of testosterone in human plasma.
J. Steroid. Biochem. *14:* 574, 1981.