# Exhibit C

*Neuroscience Letters*, 78 (1987) 97–100
Elsevier Scientific Publishers Ireland Ltd.



NSL 04657

# Androgens stimulate preoptic area $Na^+,K^+$-ATPase activity in male rats

Marisol Guerra[1], Antonio Rodriguez Del Castillo[1], Enrique Battaner[1] and Manuel Mas[2]

*[1]Departamento de Bioquimica and [2]Departamento de Fisiologia, Universidad de La Laguna, Facultad de Medicina, Tenerife, Canary Islands (Spain)*

(Received 2 February 1987; Revised version received 9 March 1987; Accepted 11 March 1987)

*Key words:* $Na^+,K^+$-ATPase; Preoptic area; Mediobasal hypothalamus; Orchidectomy; Testosterone; Rat

This paper describes the effects of castration and testosterone replacement on the $Na^+,K^+$-ATPase activity levels of the cerebral cortex (CC), preoptic-suprachiasmatic region (POSC) and mediobasal hypothalamus (MBH) in male rats. $Na^+,K^+$-ATPase activity was estimated as the ouabain-sensitive fraction of ADP and AMP generation rate, measured by high-pressure liquid chromatography (HPLC) with UV detection, from a standard incubation mixture containing 3 mM ATP. Orchidectomy, performed 4 weeks before sacrifice, decreased ATPase activity of MBH. Testosterone propionate treatment (50 $\mu$g/day $\times$ 2 days) to castrated animals resulted in a 4-fold increase in enzyme activity in the POSC, an effect that might be related to the behavioral effects of androgens. None of the treatments seemed to influence the enzyme activity of the cerebral cortex.

$Na^+,K^+$-ATPase ($Na^+$–$K^+$ transporting adenosine triphosphatase activity, E.C. 3.6.1.37) represents the enzymatic machinery of the sodium–potassium pump [17]. Its levels in nervous tissue have been found related to those of neuronal activity (see ref. 18 for a recent review). Whereas most of the studies to date on the physiological modulation of brain $Na^+,K^+$-ATPase have dealt with the possible role of neurotransmitters [8, 13, 16, 19] we have recently documented, that the enzyme activity levels of some brain regions can also be influenced by changes in the endocrine 'milieu'. Thus highly significant variations of $Na^+,K^+$-ATPase activity of the mediobasal hypothalamus (MBH) and the preoptic-suprachiasmatic region (POSC), but not the parietal cortex, were found during the estrous cycle and following ovariectomy and estrogen treatment in female rats [15]. Such findings were consistent with previous reports on both electrical and energy metabolism-related enzyme activities. The present study was done to explore whether the $Na^+,K^+$-ATPase activity of those regions in the male brain is also susceptible to changes in the gonadal status.

*Correspondence:* M. Mas, Departamento de Fisiologia, Universidad de la Laguna, Facultad de Medicina, Tenerife, Canary Islands, Spain.

0304-3940/87/$ 03.50 © 1987 Elsevier Scientific Publishers Ireland Ltd.

EXHIBIT
tabbies
Johanson 17

Male Sprague–Dawley rats (300–350 g), housed in a 12:12 h light–dark schedule, were orchidectomized under ether anesthesia or sham operated. Four weeks later they were given daily subcutaneous injections of either testosterone propionate (50 $\mu$g) or oil vehicle for two consecutive days. Eight h after the last injection they were killed by decapitation at the middle of the lights-on period. Brains were rapidly removed, immersed in liquid nitrogen and stored frozen. Dissection and enzyme assay procedures were similar to those described in detail elsewhere [15], except that the synaptosomal fraction was not separated from the tissue homogenates. This allowed to perform the enzyme assay in tissue samples from a single animal. Briefly the relevant brain areas were dissected from coronal cuts and homogenized in 1 ml of 0.32 M sucrose in 5 mM Tris-HCl buffer (pH 7.4). Protein content was determined by the Lowry method. The $Na^+,K^+$-ATPase reaction was started by adding 25 $\mu$l of the homogenate to 1 ml of an incubation medium containing (in mM) NaCl 150, KCl 20, $MgCl_2$ 3 and ATP 3 (Tris-salt, a vanadium-free grade, Sigma) in Tris-HCl buffer and kept at 37°C. The reaction was stopped 5 min later by adding 16 volumes of chilled distilled water. Reaction products were measured by high-pressure liquid chromatography (HPLC) with UV detection. The chromatographic system included a $\mu$-Bondapak C-18 column and a mobile phase consisting of 10% methanol in 0.3 M phosphate buffer; the flow was 1 ml/min. For each sample a second tube was incubated with 0.4 mM ouabain. $Na^+,K^+$-ATPase activity (defined as the ouabain sensitive fraction) was thus determined as the difference in ADP+AMP generation rate between the two aliquots. Statistical differences between groups were estimated by single factor analysis of variance and the Newman–Keuls procedure. $P$ values of 0.05 or less were considered significant.

Results are summarized in Fig. 1. There were large variations in the $Na^+,K^+$-ATPase activity levels of the 3 brain regions studied. The parietal cortex samples showed the highest values, which were unaffected by the experimental manipulations. These findings are similar to our previous observations in females [15].

The enzyme activity of the MBH was significantly decreased by orchidectomy to about one third of the control values. This is reminiscent of the reported decreasing effects of castration on both $Na^+,K^+$-ATPase activity of peripheral androgen target organs [2] and hypothalamic oxidative metabolism in male rats [12]. Furthermore, the present finding suggests a sex difference in the regulation of hypothalamic $Na^+,K^+$-ATPase since in our previous study in females the enzyme activity of this area was increased by castration and decreased by estrogen replacement [15]. Such a sex difference in $Na^+,K^+$-ATPase activity of the MBH should not be surprising in light of the growing list of sexual dimorphisms found in this structure, ranging from oxidative enzyme activities [12] to morphological synaptic patterns [11]. Mean POSC $Na^+,K^+$-ATPase activity value of the castrated animals without testosterone replacement was somewhat lower than the intact control group but the difference did not reach the critical level of significance.

Testosterone replacement to castrated rats resulted in a marked increase of POSC, $Na^+,K^+$-ATPase activity, far above the control levels, and a trend to higher values in the enzyme activity of the MBH (not significant, however). The different effects




Fig. 1. $Na^+,K^+$-ATPase activity levels in cerebral cortex (CC), preoptic-suprachiasmatic region (POSC) and mediobasal hypothalamus (MBH) in normal, castrated and castrated testosterone-treated male rats. Results expressed as means ± S.E.M. of 7 animals per group. $*P<0.01$ vs normal control group; $**P<0.01$ vs castrated and normal groups.

of castration and testosterone replacement on $Na^+,K^+$-ATPase activity of the POSC and MBH could be a reflection of regional differences in susceptibility to androgen actions. Thus, it is possible that a highly androgen sensitive POSC $Na^+,K^+$-ATPase activity could be sustained in castrated rats by small amounts of circulating androgens of adrenal origin, showing sharp increases after testosterone replacement, even with small doses. A less responsive MBH $Na^+,K^+$-ATPase activity would need higher plasma androgens to keep its normal levels. This view would be consistent with the observed differences in androgen sensitivity of other enzymatic mechanisms of these brain areas, such as choline acetyltransferase activity [9] and the inhibition of dopamine turnover [6].

The dramatic effect of testosterone treatment on $Na^+,K^+$-ATPase activity of the preoptic region found in the present work resembles the reported effects of the hormone on the electrical activity of this area [7, 14]. The functional significance of these findings remains to be determined. It is worth noting, however, that the medial preoptic-anterior hypothalamic area is regarded as the most critical region for the expression of masculine copulatory behavior [5] and mediates the activational effects of androgens on it [1]. Although less documented, the same can be true for aggressive behavior (reviewed in ref. 3). In recent years several investigators have shown that, contrary to older theories, suprathreshold androgen treatments to normal male rats increase both sexual and aggressive behavior over basal levels [10, 20], a phenomenon that has been related to reproductive competition [4, 20]. It is tempting to speculate that $Na^+,K^+$-ATPase activity of the preoptic region could provide a biochemical correlate of these androgen-activated behaviors.

1 Davidson, J.M., Activation of the male rat's sexual behavior by intracerebral implantation of androgen, Endocrinology, 79 (1966) 783–794.
2 Farnsworth, W.E., Androgen regulation of prostatic membrane ATPase, Biol. Reprod., 3 (1970) 218-222.
3 Gandelman, R., Relative contributions of aggression and reproduction to behavioral endocrinology, Aggression Behav., 10 (1984) 123–133.
4 Hart, B.L., Role of testosterone secretion and penile reflexes in sexual behavior and sperm competition in male rats: a theoretical contribution, Physiol. Behav., 31 (1983) 823–827.
5 Hart, B.L. and Leedy, M.G., Neurological bases of male sexual behavior. In N. Adler, D. Pfaff and R.W. Goy (Eds.), Handbook of Behavioral Neurobiology, Vol. 2, Reproduction, Plenum, New York, 1985, pp. 373–422.
6 Kalra, P.S., Simpkins, J.W. and Kalra, S.P., Hyperprolactinemia counteracts the testosterone-induced inhibition of the preoptic area dopamine turnover, Neuroendocrinology, 33 (1981) 118–122.
7 Kendrick, K.M., Electrophysiological effects of testosterone on the medial preoptic-anterior hypothalamus of the rat, J. Endocrinol., 96 (1982) 35–42.
8 Kometiani, Z.P., Tsakade, L.G. and Jariashvili, T.Y., Functional significance of the effects of neurotransmitters on the $Na^+,K^+$ ATPase system, J. Neurochem., 42 (1984) 1246–1250.
9 Luine, V.N., Khylchevskaya, R.I. and McEwen, B.S., Effect of gonadal steroids on activities of monoamine oxidase and choline acetylase in rat brain, Brain Res., 86 (1975) 283–292.
10 Malmnäs, C.O., Short-latency effect of testosterone on copulatory behavior and ejaculation in sexually experienced intact male rats, J. Reprod. Fertil., 51 (1977) 351–354.
11 Matsumoto, A. and Arai, Y., Sexual dimorphism in 'wiring pattern' in the hypothalamic arcuate nucleus and its modification by neonatal hormone treatment, Brain Res., 190 (1980) 238–242.
12 Moguilevsky, J.A., Libertum, C., Schiaffini, O. and Szwarcfarb, B., Sexual difference in hypothalamic metabolism, Neuroendocrinology, 3 (1968) 193–199.
13 Meyer, E.M. and Cooper, J.R., Correlations between $Na^+,K^+$ ATPase activity and acetylcholine release in rat cortical synaptosomes, J. Neurochem., 36 (1981) 467–475.
14 Pfaff, D.W. and Pfaffman, C., Olfactory and hormonal influences on the basal forebrain of the male rat, Brain Res., 15 (1969) 137–156.
15 Rodriguez del Castillo, A., Battaner, E., Guerra, M., Alonso, T. and Mas, M., Regional changes of brain $Na^+,K^+$ transporting adenosine triphosphatase activity related to ovarian function, Brain Res., in press.
16 Sawas, A.H. and Gilbert, J.C., The effects of dopamine agonists and antagonists on $Na^+,K^+$ ATPase and $Mg^{++}$-ATPase activities of synaptosomes, Biochem. Pharmacol., 31 (1982) 1531–1533.
17 Skou, J.C., Enzymatic basic for active transport of $Na^+$ and $K^+$ across cell membrane, Physiol. Rev., 5 (1965) 596–617.
18 Stahl, W.L., The Na,K-ATPase activity of nervous tissue, Neurochem. Int., 8 (1986) 449–476.
19 Swann, A.C., Crawley, J.N., Grant, S.J. and Maas, J.W., Noradrenergic stimulation 'in vivo' increase ($Na^+$-$K^+$) adenosine triphosphatase activity, Life Sci., 28 (1981) 251–256.
20 Taylor, G.T., Weiss, J. and Rupich, R., Suprathreshold manipulations of testosterone and reproductive functioning in gonadally intact sexually experienced and inexperienced male rats, Physiol. Behav., 35 (1985) 735–739.