**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | | |
| **MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)** | | **17-MD-2767 (PAE)**<br>**17-MC-2767 (PAE)** |
| ***This Document Relates to All Actions*** | | |

## DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Paul W. Schmidt declares the following under the penalties of perjury:

1. I am a Partner with the law firm of Covington & Burling LLP, counsel for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy ("Bayer").

2. Annexed hereto are true and accurate copies of the following documents submitted in support of Bayer's Motion for Summary Judgment:

Exhibit 1: Appendix summarizing the law on medical causation for 53 jurisdictions in the United States.

Exhibit 2: Memorandum in Support of Plaintiffs' Motion For Transfer, *In re Mirena Levonorgestrel-Induced Intracranial Hypertension Products Liability Litigation*, MDL No. 2767 (J.P.M.L. Dec. 29, 2016), ECF No. 1-1

Exhibit 3: Transfer Order, *In re Mirena Levonorgestrel-Induced Intracranial Hypertension Products Liability Litigation*, MDL No. 2767 (J.P.M.L. Apr. 6, 2017), ECF No. 58

Exhibit 4: Hearing Transcript, June 13, 2017 (excerpts)

Exhibit 5: Jones Ward PLC, Mirena Pseudotumor Cerebri Lawsuit Update, Recent Case Updates, *available at* https://www.mirena-ptc-update.com/ (last accessed Oct. 29, 2018)

Exhibit 6: Jones Ward PLC, Mirena Pseudotumor Cerebri Lawsuit Update, Recent Case Updates, *available at* https://www.mirena-ptc-update.com/ (last

accessed Dec. 10, 2018)

Exhibit 7: Exhibit 20 to the deposition of Maja Francuski (MIR_IIH_AE_Source12_00000001–43)

Exhibit 8: Bayer's response to BfArM request dated July 20, 2017 (MIR_IIH_EU00606946–7040)

Exhibit 9: Transcript of the deposition of Andrea Machlitt (Dec. 5, 2017) (excerpts)

Exhibit 10: Transcript of the deposition of Maja Francuski (Nov. 29, 2017) (excerpts)

Exhibit 11: Transcript of the deposition of Dr. Juliane Schoendorf (Volume II, Nov. 29, 2017) (excerpts)

Exhibit 12: Prescribing Information for Jadelle (Dec. 2016), *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020544s010lbl.pdf

Exhibit 13: Reuben M. Valenzuela et al., *An Estimation of the Risk of Pseudotumor Cerebri among Users of the Levonorgestrel Intrauterine Device*, 41 Neuro-Ophthalmology 192 (2017)

Exhibit 14: Jan Hoffmann et al., *European Headache Federation guideline on idiopathic intracranial hypertension*, 19 The Journal of Headache and Pain 93 (2018)

Exhibit 15: Transcript of the deposition of Nancy J. Newman, M.D. (Feb. 8, 2018) (excerpts)

Exhibit 16: Email correspondence among Plaintiffs' and Defendants' counsel, dated Feb. 9, 2018

Exhibit 17: Hearing Transcript, April 10, 2018 (excerpts)

I respectfully submit that Bayer's motion should be granted in its entirety for the reasons set forth in the accompanying memorandum of law.

Dated: December 14, 2018

Respectfully submitted,

*s/ Paul W. Schmidt*

Shayna S. Cook
Goldman Ismail Tomaselli Brennan & Baum LLP
564 West Randolph Street, Suite 400
Chicago, Illinois 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
scook@goldmanismail.com

James Shepherd
Shook Hardy & Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
eshepherd@shb.com

Paul W. Schmidt
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1171
Facsimile: (646) 441-9171
pschmidt@cov.com

Michael X. Imbroscio
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5272
Facsimile: (202) 778-5272
mimbroscio@cov.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, and Bayer Oy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2018, a copy of the foregoing has been served on the interested parties in this action via ECF:

Martin D. Crump
Davis & Crump PC
2601 Fourteenth Street
Gulfport, Mississippi 39501
martincrump@daviscrump.com
*Co-Lead Counsel for Plaintiffs*

Lawrence L. Jones II
Jones Ward PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
larry@jonesward.com
*Co-Lead Counsel for Plaintiffs*

Maxwell S. Kennerly
Kennerly Loutey, LLC
PO Box 30049
Elkins Park, Pennsylvania 19027
msk@thlawyer.com
*Liaison Counsel for Plaintiffs*

*/s/ Paul W. Schmidt*
Paul W. Schmidt
*Attorney for Defendants*