# EXHIBIT 1

**Appendix: 53-Jurisdiction Survey of the Laws on Causation in Product Liability Actions**

| |
|---|
| **Alabama:** *McClain v. Metabolife Int'l, Inc.*, 401 F.3d 1233, 1237 (11th Cir. 2005); *Hughes v. Stryker Sales Corp.*, No. CIV.A.080655-WS-N, 2010 WL 1961051, at *5 (S.D. Ala. May 13, 2010), *aff'd sub nom. Hughes v. Stryker Corp.*, 423 F. App'x 878 (11th Cir. 2011); *Benkwith v. Matrixx Initiatives, Inc.*, 467 F. Supp. 2d 1316, 1332 (M.D. Ala. 2006); *Sutherland v. Matrixx Initiatives, Inc.*, No. CIV.A. 04-AR-0129-M, 2006 WL 6617000, at *2 (N.D. Ala. Nov. 7, 2006); *Jones v. Novartis Pharms. Co.*, 720 F. App'x 1006, 1007-8 (11th Cir. 2018); *Brantley v. Int'l Paper Co.*, No. 2:09-23-DCR, 2017 U.S. Dist. LEXIS 81818, at *56-57 (M.D. Ala. May 24, 2017); *Drake v. Ortho-McNeil-Janssen Pharms., Inc.*, No. 5:15-CV-01507, 2018 U.S. Dist. LEXIS 47164, at *12-16 (N.D. Ala. Mar. 22, 2018). |
| **Alaska:** *Choi v. Anvil*, 32 P.3d 1, 3 (Alaska 2001); *Parker v. Tomera*, 89 P.3d 761, 766-767 (Alaska 2004); *Diaz v. Safeway, Inc.*, No. 3:05-CV-0001 TMB, 2006 WL 753143, at *1, 3 (D. Alaska Mar. 23, 2006); *Coppe v. Bleicher*, No. 3AN-05-6006, 2008 WL 8614177 (Alaska Super. Aug. 29, 2008); *Gallant v. United States*, 392 F. Supp. 2d 1077, 1082 (D. Alaska 2005); *Baker v. Baker Huges Oilfield Operations*, No. 3:16-CV-00038, 2018 WL 3625834, at *5 (D. Alaska July 30, 2018). |
| **Arizona:** *Clemens v. DMB Sports Clubs Ltd. P'ship*, No. 1 CA-CV 14-0645, 2015 WL 8166584, at *3 (Ariz. Ct. App. Dec. 8, 2015); *McNeely v. Indus. Comm'n*, 501 P.2d 555, 557 (Ariz. 1972); *Cloud v. Pfizer Inc.*, 198 F. Supp. 2d 1118, 1132 (D. Ariz. 2001); *Aguayo v. Indus. Comm'n. of Ariz.*, 235 Ariz. 413, 415-16 (Az. Ct. App. 2014); *Monje v. Spin Master Inc*., No. CV-09-01713-PHX-JJT, 2015 U.S. Dist. LEXIS 179716, at *10-11 (D. Ariz. May 6, 2015). |
| **Arkansas:** *Valve v. Slaten*, No. CA 84-108, 1984 WL 1635, at *2 (Ark. Ct. App. Nov. 7, 1984); *Nat'l Bank of Commerce v. Associated Milk Producers, Inc.*, 22 F. Supp. 2d 942, 949 (E.D. Ark. 1998), *aff'd sub nom. Nat'l Bank of Commerce of El Dorado v. Associated Milk Producers, Inc.*, 191 F.3d 858 (8th Cir. 1999); *In re Prempro Prods. Liab. Litig.*, 230 F.R.D. 555, 570 (E.D. Ark. 2005); *Mitchell v. Lincoln*, 366 Ark. 592, 599 (Ark. 2006). |
| **California:** *People v. Racy*, 148 Cal. App. 4th 1327, 1332 (2007); *People v. Chapman*, 207 Cal. App. 2d 557, 573 (1962); *Jones v. Ortho Pharm. Corp.*, 163 Cal. App. 3d 396, 402 (1985); *Nelson v. Matrixx Initiatives, Inc.*, 592 F. App'x 591, 592 (9th Cir. 2015); *Avila v. Willits Envtl. Remediation Trust*, 663 F.3d 828, 836 (9th Cir. 2011). |
| **Colorado:** *Truck Ins. Exch. v. MagneTek, Inc.*, 360 F.3d 1206, 1214 (10th Cir. 2004); *Xtreme Coil Drilling Corp. v. Encana Oil & Gas (USA), Inc.*, No. CIV.A. 08-CV-02750, 2010 WL 3777303, at *7 (D. Colo. Sept. 19, 2010); *In re Breast Implant Litig.*, 11 F. Supp. 2d 1217, 1229 (D. Colo. 1998); *Norris v. Baxter Healthcare Corp.*, 397 F.3d 878, 886 (10th Cir. 2005); *Brown v. Johnson & Johnson*, No. 14-CV-3279-WJM-NYW, 2016 WL 897021, at *1 (D. Colo. Mar. 9, 2016); *Dillon v. Auto-Owners Ins. Co.,* No. 14-CV-00246-LTB-MJW, 2016 U.S. Dist. LEXIS 32371, at *18 (D. Colo. Mar. 14, 2016); *Etherton v. Owners Ins. Co*., 35 F. Supp. 3d 1360,1366 (D. Colo. 2014); *Howell v. Centric Grp., LLC,* 508 Fed. Appx. 834, 836 (10th Cir. 2013). |

| |
|---|
| **Connecticut:** *Green v. Ensign-Brickford Co.*, 595 A.2d 1383, 1388 (Conn. 1991); *Gold v. Dalkon Shield Claimants Trust*, No. B-82-383 (EBB), 1998 WL 351456, at *3 (D. Conn. June 15, 1998), *aff'd*, 189 F.3d 460 (2d Cir. 1999); *Sullivan v. Pfizer, Inc.*, No. 3:14-CV-1374 (MPS), 2016 WL 868155, at *4 (D. Conn. Mar. 4, 2016); *Theodore v. Lifeline Sys. Co*., 163 A.3d 654, 666 (Conn. App. Ct. 2017); *Hughes v. Lamay*, 89 Conn. App. 378, 383 (Conn. App. Ct. 2005); *Brown v. Johnson & Johnson Pharm.,* No. 3:12-CV-01381 (MPS), 2015 WL 235135, at * 4 ( D. Conn. Jan. 16, 2015); *Beyer v. Anchor Insulation Co*., 238 F.Supp.3d 270, 294 (D. Conn. 2017); *K.E. v. GlaxoSmithKline LLC*, No.3:14-CV-1294 (VAB), 2017 WL 440242, at *26 (D. Conn. Feb. 1, 2017). |
| **Delaware:** *Davis v. Maute*, 770 A.2d 36, 40 (Del. 2001); *Roache v. Charney*, 38 A.3d 281, 286 (Del. 2012); *Scaife v. Astrazeneca LP*, No. CIV.A. 06C-04-218SER, 2009 WL 1610575, at *20 (Del. Super. June 9, 2009); *Campbell v. DiSabatino*, 947 A.2d 1116, 1118 (Del. 2008); *Dishmon v. Fucci*, No. 06C-12-231 DCS, 2013 Del. Super. LEXIS 185, at *8 (Del. Super. Ct. May 16, 2013); *Collis v. Topper's Salon & Health Spa, Inc*., No. K11C-04-007 JTV, 2013 WL 4716237, at *2 (Del. Super Ct. Aug. 29, 2013). |
| **District of Columbia:** *Bragg v. Owens-Corning Fiberglas Corp.*, 734 A.2d 643, 650 (D.C. 1999); *Lasley v. Georgetown Univ.*, 688 A.2d 1381, 1385 (D.C. 1997); *Arias v. DynCorp*, 928 F. Supp. 2d 1, 6, 9 (D.D.C. 2013); *Nichols v. Greater Se. Cmty. Hosp.,* 382 F. Supp. 2d 109, 114-15 (D.D.C. 2005); *Brin v. S.E.W. Investors*, 902 A.2d 784, 793 (D.C. Cir. 2006); *Young v. Burton*, 567 F. Supp. 2d 121, 138 (D.D.C. 2008); *Raynor v. Merrell Pharms. Inc,* 104 F.3d 1371, 1376 (D.C. Cir. 1997). |
| **Florida:** *In re Trasylol Products Liab. Litig*., MDL-1928, No. 08-MD-1928, 2013 WL 1192300, at *5 (S.D. Fla. Mar. 22, 2013); *Marshick v. Johnson & Johnson*, No. 5:14-CV-498-OC-22PRL, 2015 WL 9266955, at *3 (M.D. Fla. Dec. 11, 2015); *Kilpatrick v. Breg, Inc*., 613 F.3d 1329, 1334 n.4 (11th Cir. 2010); *Chapman v. Procter & Gamble Distrib., LLC*, 766 F.3d 1296, 1316 (11th Cir. 2014); *Williams v. Mosaic Fertilizer, LLC*, No. 8:14-CV-1748-T-35MAP, 2016 WL 7175657, at *2, 11 (M.D. Fla. June 24, 2016); *Evans v. Matrixx Initiatives*, Inc., No. 3:07-CV-357-J-34JRK, 2009 WL 2914252, at *12 (M.D. Fla. Feb. 18, 2009); *In re Abilify (Aripiprazole) Prod. Liab. Litig*, 299 F. Supp. 3d 1291, 1306 (N.D. Fla. 2018). |
| **Georgia:** *Cowart v. Widener*, 697 S.E.2d 779, 781 (Ga. 2010); *Wheeler v. Novartis Pharm. Corp*., 944 F. Supp. 2d 1344, 1352 (S.D. Ga. 2013); *Allison v. McGhan Med. Corp.,* 184 F.3d 1300 (11th Cir. 1999); *Siharath v. Sandoz Pharms. Corp*., 131 F. Supp. 2d 1347, 1352 (N.D. Ga. 2001); *Roper v. Kawasaki Heavy Indus., Ltd*., No. 1:13-CV-03661-ELR, 2015 WL 11236553, at *20 (N.D. Ga. June 29, 2015); *Fouch v. Bicknell Supply Co*., 756 S.E.2d 682, 687 (Ga. Ct. App. 2014); *Webster v. Desai*, 699 S.E.2d 419, 422 (Ga. Ct. App. 2010); *Thurmond v. Bayer Healthcare Pharm., Inc*., 649 Fed. Appx. 1003, 1006, n.1 (11th Cir. 2016); *Martin v. Crown Equip. Corp*., No. 1:13-CV-174-MHS, 2016 WL 3951337, at *12 (N.D. Ga. Jan. 5, 2016). |
| **Hawaii:** *Barbee v. Queen's Med. Ctr.*, 194 P.3d 1098, 1121 (Haw. Ct. App. 2008); *Haake v. Safeway*, 819 F. Supp. 2d 1132, 1137 (D. Haw. 2011); *Forsyth v. Eli Lilly & Co.*, No. CIV. 95-00185 ACK, 1998 WL 35152135, at *8 (D. Haw. Jan. 5, 1998); *Coward v. United States*, No. |

| |
|---|
| 16-00273, 2017 WL 3484154, at *9 (D. Haw. 2017); *Okimoto v. Uyehara*, No. 29551, 2011 WL 1878852 (Haw. Ct. App. May 13, 2011). |
| **<u>Idaho:</u>** *Kolln v. St. Lukes Reg'l Med. Ctr.*, 940 P.2d 1142, 1149 (Idaho 1997); *Swallow v. Emergency Med. of Idaho, P.A.*, 67 P.3d 68, 77 (Idaho 2003); *Earl v. Cryovac, A Div. of W.R. Grace Co.*, 772 P.2d 725, 726 (Idaho Ct. App. 1989); *Harrison v. Binnion*, 214 P.3d 631, 637 (Idaho 2009); *Dodge-Farrar v. Am. Cleaning Servs. Co., Inc.*, 54 P.3d 954, 959 (Idaho Ct. App. 2002); *Easterling v. Kendall*, 367 P.3d 1214, 1229 (Idaho 2016). |
| **<u>Illinois</u>:** *Brown v. Baker*, 672 N.E.2d 69, 71 (Ill. Ct. App. 1996); *Korte v. Exxonmobil Coal USA, Inc.*, 164 F. App'x 553, 557 (7th Cir. 2006); *Goffman v. Gross*, 59 F.3d 668, 672 (7th Cir. 1995); *Krik v. Owens-Illinois, Inc.*, No. 10-CV-07435, 2015 WL 5050143, at *4 (N. D. Ill. Aug. 25, 2015); *Lewis v. PDV Am., Inc.*, 532 F. Supp. 2d 1006, 1010 (N. D. Ill 2008). |
| **<u>Indiana:</u>** *Daub v. Daub*, 629 N.E.2d 873, 878 (Ind. Ct. App. 1994); *Risner v. City of Crown Point*, No. 2:08 cv 100, 2010 WL 3782210 at *6 (N.D. Ind. Sept. 21, 2010); *C.W. ex rel. Wood v. Textron, Inc.*, 807 F.3d 827, 838 (7th Cir. 2015); *7-Eleven, Inc. v. Bowens*, 857 N.E.2d 382, 389 (Ind. Ct. App. 2006); *Reyes v. Rucker,* No. 2:13-CV-133-PRC, 2015 WL 163542, at *7, 10 (N.D. Ind. Jan. 13, 2015); *Cripe v. Henkel Corp*., 318 F.R.D. 356, 359 (N.D. Ind. 2017). |
| **<u>Iowa:</u>** *Dunlavey v. Econ. Fire & Cas. Co.*, 526 N.W.2d 845, 853 (Iowa 1995); *Yates v. Iowa W. Racing Ass'n*, 721 N.W.2d 762, 774 (Iowa 2006); *Ranes v. Adams Labs., Inc.*, 778 N.W.2d 677, 688 (Iowa 2010); *Korte v. Mead Johnson & Co.*, 824 F. Supp. 2d 877, 887 (S.D. Iowa 2010); *Big Tomato Pizza v. Cloud*, No. 12-1291, 2013 WL 750423, at *7 (Iowa Ct. App. Feb. 27, 2013); *Kinseth v. Weil-McLain*, 913 N.W.2d 55, 69 (Iowa 2018). |
| **<u>Kansas:</u>** *Lewis v. Bd. of Sedgwick Cty. Comm'rs*, 140 F. Supp. 2d 1125, 1140 (D. Kan. 2001), *aff'd sub nom. Lewis v. Bd. of Cty. Comm'rs.*, 56 F. App'x 873 (10th Cir. 2003); *Vanderwerf v. SmithKlineBeecham Corp.*, 529 F. Supp. 2d 1294, 1306 (D. Kan. 2008); *Smith v. Pfizer Inc.*, No. CIV.A. 98-4156-CM, 2001 WL 968369, at *12 (D. Kan. Aug. 14, 2001; *Miller v. Pfizer Inc*., 196 F. Supp. 2d 1095, 1125 (D. Kan. 2002); *Denning v. Lifepoint Hosps., Inc.*, No. 105, 692, 2012 WL 2148195, at *3 (Kan. Ct. App. June 8, 2012); *McEachern v. Morris*, No. 117, 253, 2018 WL 910935, at *7 (Kan. Ct. App. Feb. 16, 2018). |
| **<u>Kentucky:</u>** *Hans v. Matrixx Initiatives, Inc.*, No. 3:04-CV-540, 2007 WL 2668594, at *3 (W.D. Ky. Sept. 6, 2007); *Thomas v. Manchester Tank & Equip. Corp.*, No. Civ.A. 3:03CV705H, 2005 WL 3673118, at *1 (W.D. Ky. May 13, 2005); *Dickson v. Nat'l Maint. & Repair of Kentucky, Inc.*, No. 5:08-CV-00008, 2011 WL 12538613, at *2 (W.D. Ky. Apr. 28, 2011); *Freytes v. Wal-Mart Stores East, LP*, No. 10-38-GFVT, 2011 WL 2119383, at *3 (E.D. Ky. May 26, 2011); *Adams v. Cooper Industries,* No. 03-476-JBC, 2012 WL 2339741, at *1 (E.D. Ky. June 19, 2012). |
| **<u>Louisiana:</u>** *Burst v. Shell Oil Co.*, No. 14-109, 2014 WL 3893304, at *2 (E.D. La. Aug. 8, 2014); *Johnson v. E. I. DuPont deNemours & Co.*, 7 So.3d 734, 740 (La. Ct. App. 2009); *Pratt v. Landings at Barksdale*, No. 09-1734, 2013 WL 5376021, at *3 (W.D. La. Sept. 24, 2013); *Sadler v. Int'l Paper Co.*, No. CIV.A. 09-1254, 2014 WL 1217954, at *3 (W.D. La. Mar. 24, |

| |
|---|
| 2014); *Purvis v. Jefferson Parish Hosp. Serv.,* 209 So.3d 363, 376 (La. Ct. App. 2016); *Albarado v. CITGO Petroleum Corp.,* 247 So.3d 818, 823 (La. Ct. App. 2018); *Boudreaux v. Bollinger Shipyard*, 197 So. 3d 761, 775 (La. Ct. App. 2016); *Konrick v. Exxon Mobil Corp*., No. 14-524, 2016 WL 430404, at *2 (E.D. La. Feb. 4, 2016); *Hooks v. Nationwide Housing Sys*., LLC, No.15-729, 2016 WL 3667134, at *17 (E.D. La. July 11, 2016). |
| **Maine:** *Merriam v. Wanger*, 757 A.2d 778, 782 (Me. 2000); *Darney v. Dragon Prods. Co.*, 640 F. Supp. 2d 117, 123 (D. Me. 2009); *Samaan v. St. Joseph Hosp*., 670 F.3d 21, 38 (1st. Cir. 2012); *Rollins v. Wentworth*, No. 2:12-CV-00126-NT, 2013 WL 3781504, at *7 (D. Me. 2013); *Kalis v. Strang*, No. CV-02-519, 2005 WL 2715239, at * 3 (Me. 2005). |
| **Maryland:** *Jones v. Reichert Jung, Inc.*, 211 F. Supp. 2d 661, 667 (D. Md. 2002) (citing *Wood v. Toyota Motor Corp*., 760 A.2d 315, 318 (Md. Ct. Spec. App. 2000)); *Miskin v. Baxter Healthcare Corp*., 107 F. Supp. 2d 669, 672 (D. Md. 1999) (citing Virgil v. "Kash N' Karry" Serv. Corp., 484 A.2d 652 (Md. Ct. Spec. App. 1984)); *Giddings v. Bristol-Myers Squibb Co*., 192 F. Supp. 2d 421, 423 (D. Md. 2002); *Am. Strategic Ins. Corp. v. Scope Servs. Inc*., No. PX-15-2045, 2017 WL 4098722, at *2 (D. Md. Sept. 15, 2017); *McKerrow v. Buyers Prods. Co.*, No. CCB-14-2865, 2016 WL 1110303, at *2 (D. Md. Mar. 22, 2016); *Tucker v. Univ. Specialty Hosp*., 887 A.2d 74, 78 (Md. Ct. Spec. App. 2005). |
| **Massachusetts:** *King's Case*, 352 Mass. 488, 490, 225 N.E.2d 900, 901 (1967); *Canavan's Case*, 733 N.E.2d 1042, 1051 (Mass. 2000); *Reckis v. Johnson & Johnson*, 28 N.E.3d 445, 461 n.33 (Mass. 2015); *Milward v. Rust-Oleum Corp.*, No. 13-2132, 2016 WL 1622620, at *6 (1st Cir. Apr. 25, 2016); *Kerlinsky v. Sandoz Inc.*, 783 F. Supp. 2d 236, 240 (D. Mass. 2011); *Upgard v. Proctor,* No. 20020385, 2005 WL 1009458, at *2 (Mass. Mar. 31, 2005); *Jackson v. Johnson & Johnson & Janssen Pharm., Inc.*, 330 F. Supp. 3d 616, 625 (D. Mass. 2018); *O'Leary v. Mark Lindsay Boatbuilders, Ltd*., No. 99-P-2066, 2002 WL 20022597, at *3 (Mass. App. Ct. Aug. 30, 2002); *Bardige v. Performance Specialists*, No. 0602586, 2007 WL 3012673, at *1 (Mass. Sept. 26, 2007); *Fox. v.. Omron*, No. 13-11976, 2016 WL 7826661, at *4 (D. Mass. Aug. 9, 2016). |
| **Michigan:** *Schaendorf v. Consumers Energy Co.*, 2009 WL 563904, at *8 (Mich. Ct. App. Mar. 5, 2009); *Nelson v. Am. Sterilizer Co.*, 566 N.W.2d 671, 673 (Mich. Ct. App. 1997); *Hendrian v. Safety-Kleen Sys., Inc.*, No. 08-CV-14371, 2015 WL 4770966, at *4 (E.D. Mich. Aug. 13, 2015); *In re Dow Corning Corporation*, 541 B.R. 643, 654 (E.D. Mich. 2015); *Avendt v. Covidien*, 262 F. Supp. 3d 493, 518 (E.D. Mich. 2017); *Trice v. Oakland Dev. Ltd. P'ship*, No. 278392, 2008 WL 7488023, at *11 (Mich. Ct. App. Dec. 16, 2008); *Lowery v. Enbridge Energy Ltd. P'ship.*, N.W. 2d 906, 917-18 (Mich. 2017). |
| **Minnesota:** *In re Viagra Prods. Liab. Litig.*, 658 F. Supp. 2d 950, 968 (D. Minn. 2009) (citing *Stahlberg v. Moe*, 166 N.W.2d 340, 345 (Minn. 1969)); *In re Baycol Prods. Litig.*, 321 F. Supp. 2d 1118, 1126 (D. Minn. 2004); *Rye v. Matrixx Initiatives, Inc.*, No. CIV. 06-3288 RHK/JSM, 2007 WL 2475960, at *4 (D. Minn. Aug. 24, 2007); *In re Viagra,* 658 F. Supp. 2d 950, 968 (D. Minn. 2009); *Szanto v. Target Corp*., No. A09-109, A09-841, 2010 WL 346297, at *8 (Minn. Ct. App. Feb. 2, 2010); *Dittrich-Bigley v. Gen-Probe, Inc.,* No. 11-1762, 2013 WL 3974107, at *7-8 (D. Minn. July 31, 2013). |

| |
|---|
| **<u>Mississippi:</u>** *Cole v. Superior Coach Corp*., 106 So. 2d 71, 72 (Miss. 1958); *Berry v. Sw. Airlines Co.*, No. CIVA 307CV305TSL-JCS, 2008 WL 3874368, at *2 (S.D. Miss. Aug. 15, 2008); *Watts v. Radiator Specialty Co.*, 990 So. 2d 143, 151 (Miss. 2008); *Hill ex rel. Hill v. Koppers, Inc.*, No. CIV. A. 303CV60-P-D, 2009 WL 4908836, at *7 (N.D. Miss. Dec. 11, 2009); *Short v. Wilson Meat House,* 36 So. 3d 1247, 1253 (Miss. 2010); *Pondexter v. Wal-Mart Stores East, LP*, No. 3:16-CV-65-DMB-RP, 2017 WL 1387207, at *3 (N.D. Miss. Apr. 17, 2017); *Cross v. Forest Laboratories*, No. 1:05-CV-00170-MPM-SAA, 2015 WL 728511, at *3 (N.D. Miss. Feb. 19, 2015). |
| **<u>Missouri:</u>** *Pro Serv. Auto., L.L.C. v. Lenan Corp.*, 469 F.3d 1210, 1214 (8th Cir. 2006); *Harris v. Washington*, 654 S.W.2d 303, 306 (Mo. Ct. App. 1983); *Glastetter v. Novartis Pharm. Corp.*, 107 F. Supp. 2d 1015, 1045 (E.D. Mo. 2000), *aff'd*, 252 F.3d 986 (8th Cir. 2001); *Host v. BNSF Railway Co.,* 460 S.W.3d 87, 104 (Mo. Ct. App. 2015) *Brown for Estate of Kruse v. Seven Trails Investors*, *LLC,* 456 S.W.3d 864, 869-70 (Mo. Ct. App. 2014); *Love v. Waring*, No. WD 81495, 2018 WL 4976550, at *3-4 (Mo. Ct. App. Oct. 16, 2018); *Hoover v. Bayer Healthcare Pharma Inc*., No. 3:14-CV-05090-SRB, 2017 WL 2313177, at *3-4 (W.D. Mo. Jan. 11, 2017). |
| **<u>Montana:</u>** *Horob v. McCone Cty*., No. CV-09-156-BLG-RFC, 2010 WL 5441961, at *1 (D. Mont. Dec. 28, 2010) (citing *Moralli v. Lake Cty.*, 839 P.2d 1287, 1291 (Mont. 1992), *aff'd*, 507 F. App'x 679 (9th Cir. 2013); *Bleek v. Supervalu, Inc.*, 95 F. Supp. 2d 1118, 1121 (D. Mont. 2000); *Brumbaugh v. Sandoz Pharm. Corp.*, 77 F. Supp. 2d 1153, 1155 n.1 (D. Mont. 1999); *Otto v. Newfield Exploration Co*., No. CV 15–66–BLG–SPW, 2016 WL 7439585, at *2 (D. Mont. Dec. 22, 2016); *McClue v. Safeco Ins. Co. of Illinois*, 354 P.3d 604, 610 (Mont. 2015); *Hinkle v. Shepard Sch. Dist. No. 37*, 93 P.3d 1239, 1246 (Mont. 2004). |
| **<u>Nebraska:</u>** *Mendoza v. Omaha Meat Processors*, 408 N.W.2d 280, 289 (Neb. 1987); *Uribe v. Sofamor, S.N.C.*, No. 8:95CV464, 1999 WL 1129703, at *7 (D. Neb. Aug. 16, 1999); *Barrett v. Rhodia, Inc.*, 606 F.3d 975, 984 (8th Cir. 2010); *Grant v. Pharmavite, LLC*, 452 F. Supp. 2d 903, 910 (D. Neb. 2006); *Nuzum v. Chlorealla*, No. 8:05CV335, 2006 WL 3825111, at * 3 (D. Neb. Dec. 27, 2006); *Vallejo v. Amgen, Inc.*, 274 F. Supp. 3d 922, 925-927 (D. Neb. 2017); *King v. Burlington Northern Santa Fe Ry. Co*., 762 N.W.2d 24, 34 (Neb. 2009). |
| **<u>Nevada</u>:** *Layton v. Yankee Caithness Joint Venture, L.P.*, 774 F. Supp. 576, 580 (D. Nev. 1991); *Neal-Lomax v. Las Vegas Metro. Police Dep't*, 574 F. Supp. 2d 1193, 1198 (D. Nev. 2008), *aff'd*, 371 F. App'x 752 (9th Cir. 2010); *Jernee v. Kennametal, Inc.,* No. 60653, 2015 WL 134767, at *1 (Nev. Jan. 8, 2015); *Williams v. Eight Judicial Dist. Court of State, ex rel. Cty. of Clark*, 262 P.3d 360, 367 (Nev. 2011); *Morgan v. Best Buy Co., Inc*., No. 2:17-CV-0034-APG-VCF, 2018 WL 2245059, at * 1 (D. Nev. Feb. 15, 2018); *Elliott v. Prescott Companies, LLC*., No. 2:15-CV-01143, 2018 WL 3731087, at *5 (D. Nev. Aug. 6, 2018). |
| **<u>New Hampshire:</u>** *Estate of Sicotte v. Lubin & Meyer, P.C.*, 959 A.2d 236, 239 (N.H. 2008); *Appeal of Murray*, 714 A.2d 222, 224 (N.H. 1998); *Grimes v. Hoffmann-LaRoche, Inc.*, 907 F. Supp. 33, 35 (D.N.H. 1995); *Smith v. HCA Health Servs of New Hampshire*, 977 A.2d 534, 539 (N.H. 2009); *Stachulski v. Apple New England, LLC.*, 191 A.3d 1231, 1241 (N.H. 2018). |

| |
|---|
| **<u>New Jersey:</u>** *Kelly v. Borwegen*, 230 A.2d 532, 534 (N.J. Super. Ct. App. Div. 1967); *In re Phenylpropanolamine (PPA)*, 2003 WL 22417238, at *20 (N.J. Super. Ct. Law Div. July 21, 2003); *Rutigliano v. Valley Bus. Forms*, 929 F. Supp. 779, 783 (D.N.J. 1996), *aff'd sub nom.*, *Valley Bus. Forms v. Graphic Fine Color, Inc.*, 118 F.3d 1577 (3d Cir. 1997); *In re: Benicar (Olmesartan) Prods. Liab Litig.*, No. 15-2606, 2016 WL 6652358, at *2 (D.N.J. Nov. 9, 2016); *Sanders v Rosenberg*, No. 06-1406 (NLH), 2008 WL 1732980, at *2-3 (D.N.J. Apr. 10, 2008). |
| **<u>New Mexico:</u>** *Woods v. Brumlop*, 377 P.2d 520, 523 (N.M. 1962); *Cervantes v. Forbis*, 389 P.2d 210, 213 (N.M. 1964); *Firstenberg v. Monribot*, 350 P.3d 1205, 1212 (N.M. Ct. App. 2015); *Farris v. Intel Corp.*, 493 F. Supp. 2d 1174, 1186 (D.N.M. 2007); (citing *Norris v. Baxter Healthcare Corp.*, 397 F.3d 878, 881 (10th Cir. 2005)); *Am. Mech. Solutions, L.L.C. v. Northland Process Piping, Inc.*, 184 F. Supp. 3d 1030, 1067 (D.N.M. 2016); *Garcia v. Bd. Of County Comm'rs of County of Bernalillo*, No. 09-CV-322 BB/WDS, 2012 WL 13081238, at *5, (D.N.M. Feb. 22, 2012); *R.R by and through Stowell v. Dandade*, No. 34, 998, 2017 WL 2117386, at *6 (N.M. Ct. App. Apr. 25, 2017). |
| **<u>New York:</u>** *Meiselman v. Crown Heights Hosp.*, 34 N.E.2d 367, 370 (N.Y. 1941); *Roman v. Sprint Nextel Corp.*, No. 12-CV-276 VEC, 2014 WL 5026093, at *13 (S.D.N.Y. Sept. 29, 2014); *Fane v. Zimmer, Inc.*, 927 F.2d 124, 131 (2d Cir. 1991); *In re New York City Asbestos Litig.*, 48 Misc. 3d 460, 473, 11 N.Y.S.3d 416, 426 (N.Y. Sup. Ct. 2015); *Mallozzi v. EcoSMART Techs., Inc.*, No. 11-CV-2884 SJF ARL, 2013 WL 2415677, at *4 (E.D.N.Y. May 31, 2013); *In re Mirena IUD Prod. Liab. Litig.*, 202 F. Supp. 3d 304, 327 (S.D.N.Y. 2016), *aff'd*, 713 Fed. Appx. 11 (2d Cir. 2017); *N.K. by Bruestle-Kumra v. Abbott Labs.*, No. 14-CV-4875 (RER), 2017 WL 2241507, at *2 (E.D.N.Y. May 22, 2017); *In re Rezulin Prod. Liab. Litig.*, 441 F. Supp. 2d 567, 576 (S.D.N.Y. 2006); *Byrd v. Janssen Pharm.*, Inc., No.1:14-CV-0820 (GTS/DJS) , 2018 WL 4554490, at *10 (N.D.N.Y. Sept. 21, 2018). |
| **<u>North Carolina:</u>** *Click v. Pilot Freight Carriers, Inc.*, 265 S.E.2d 389, 391 (N.C. 1980); *Gillikin v. Burbage*, 139 S.E.2d 753, 760 (N.C. 1965); *Dunn v. Sandoz Pharm. Corp.*, 275 F. Supp. 2d 672, 676 (M.D.N.C. 2003); *Doe v. Ortho-Clinical Diagnostics, Inc.*, 440 F. Supp. 2d 465, 478 (M.D.N.C. 2006); *Fontenot v. TASER Int'l Inc.*, No. 3:10CV125-RJC-DCK, 2011 WL 2535016, at *8 (W.D.N.C. June 27, 2011); *Campbell v. Duke Univ. Health Sys., Inc.*, 691 S.E. 2d 31, 44 (N.C. Ct. App. 2010). |
| **<u>North Dakota:</u>** *Klimple v. Bahl*, 727 N.W.2d 256, 259 (N.D. 2007) (quoting *Leno v. Ehli*, 339 N.W.2d 92, 99 (N.D. 1983)); *Anderson v. Hess Corp.*, 592 F. Supp. 2d 1174, 1178 (D.N.D. 2009); *Halverson v. Sentry Ins.*, N.W.2d 398, 400 (N.D. 2008); *Cartwright v. Tong*, 896 N.W.2d 638, 642 (N.D. 2017). |
| **<u>Ohio:</u>** *Darnell v. Eastman*, 261 N.E.2d 114, 116 (Ohio 1970); *Wood v. Estate of Batta*, No. 90430, 2008 WL 795127, at *4 (Ohio Ct. App. Mar. 27, 2008); *Maney v. Jernejcic*, No. 00AP-483, 2000 WL 1715907, at *2 (Ohio Ct. App. Nov. 16, 2000); *Vargas v. Ortho-McNeil Pharm., Inc.*, No. 1:08 OE 40113, 2013 WL 3776628, at *3 (N.D. Ohio July 17, 2013); *Valentine v. PPG Indus., Inc.*, 821 N.E.2d 580, 588 (Ohio Ct. App. 2004), *aff'd sub nom.*, *Valentine v. Conrad*, 850 N.E.2d 683 (Ohio 2006); *Davie v. Nationwide Mut. Ins. Co.*, No. 101285, 2015 |

| |
|---|
| WL 179287, at *3-4 (Ohio Ct. App. Jan. 15, 2015); *Rusin v. Buehrer*, 99 N.E.3d 1120, 1125 (Ohio Ct. App. 2017); *Madej v. Maiden*, No.2:16-CV-658, 2018 WL 5045768, at *4 (S.D. Ohio Oct. 17, 2018). |
| **Oklahoma:** *Hollander v. Sandoz Pharm. Corp.*, 289 F.3d 1193, 1214 (10th Cir. 2002); *Stewart v. Sulzer Orthopedics, Inc.*, No. 10-CV-0511-CVE-FHM, 2011 WL 2491593, at *4 (N.D. Okla. June 22, 2011); *Shrum v. Novartis Pharma Corp*., No.CIV-12-1057-C, 2013 WL 3326645, at *2 (W.D. Okla. June 28, 2013); *Nelson v. Enid Med. Assocs., Inc*., 376 P.3d 212, 231 (Okla. 2016); *Hall v. ConocoPhillips*, 248 F. Supp. 3d 1177, 1194 (W.D. Okla. 2017). |
| **Oregon:** *Fisher v. Consol. Freightways, Inc.*, 507 P.2d 53, 55 (Or. Ct. App. 1973); *Hudjohn v. S&G Mach. Co.*, 114 P.3d 1141, 1149 (Or. Ct. App. 2005); *Phelps v. Wyeth, Inc.*, 938 F. Supp. 2d 1055, 1068 (D. Or. 2013); *Nattell v. Curry County*, No. 1:11-CV-3161-CL, 2013 WL 5372539, at *11 (D. Or. 2013); *Pinkerton v. Tri-County Metro. Serv. Dist*., 125 P.3d 840, 843 (Or. Ct. App. 2005); *Thorson v. Bend Mem'l Clinic*, 419 P.3d 756, 759 (Or. Ct. App. 2018); *McClellan v. I-Flow Corp*., 710 F. Supp. 1092, 1098 (D. Or. 2010). |
| **Pennsylvania:** *Hamil v. Bashline*, 392 A.2d 1280, 1285 (Pa. 1978); *Smith v. German*, 253 A.2d 107, 108 (Pa. 1969); *Soldo v. Sandoz Pharm. Corp.*, 244 F. Supp. 2d 434, 524–25 (W.D. Pa. 2003); *Kemmerer v. State Farm Ins. Co.*, No. CIV.A. 01-5445, 2004 WL 87017, at *3 (E.D. Pa. Jan. 19, 2004); *In re Zoloft (Sertralinehydrochloride) Prods. Liab. Litig.*, No. 12-MD-2342, 2016 WL 1320799, at *9 (E.D. Pa. Apr. 5, 2016), *aff'd*, 858 F.3d 787 (3rd Cir. 2017); *N'Jai v. Bentz*, No. 13-1212 , 2016 WL 7404550, at *3 (W.D. Pa. Dec. 22, 2016); *Positano v. Geisinger*, No. 1419 MDA 2017, 2018 WL 5306718, at *4-5 (Pa. Super. Ct. Oct. 26, 2018); *Galeano v. Susquehanna Health Sys*., No. 1182 MDA 2016, 2017 WL 2197007, at * 4 (Pa. Super. Ct. May 17, 2017). |
| **Puerto Rico:** *Velazquez v. Abbott Labs.*, 901 F. Supp. 2d 279, 293 (D.P.R. 2012); *In re Bausch & Lomb Inc. Contacts Lens Sol. Prods. Liab. Litig.*, 693 F. Supp. 2d 515, 520 (D.S.C. 2010); *Puerto Rico v. M/V Emily S.*, 158 F.R.D. 9, 15 (D.P.R. 1994); *Rivera-Adams v. Wyeth*, No. 03-1713, 2011 WL 346556, at *2-3 (D. P. R. Feb. 4, 2011); *Santana Otero v. U.S.*, 428 F. Supp. 2d 34, 46 (D. P. R. 2006). |
| **Rhode Island:** *Mills v. State Sales, Inc.*, 824 A.2d 461, 468 (R.I. 2003); *Sousa v. Chaset*, 519 A.2d 1132, 1135 (R.I. 1987); *Young v. Park*, 417 A.2d 889, 893 (R.I. 1980); *Salgueiro v. Stop & Shop, Inc.*, 551 A.2d 1388, 1389–90 (R.I. 1989); *Bartlett v. Coppe*, 159 A.3d 1065, 1070 (R.I. 2017); *Almonte v. Kurl*, 46 A.3d 1, 18 (R.I. 2012). |
| **South Carolina:** *Herndon v. Morgan Mills, Inc.*, 143 S.E.2d 376, 384–85 (S.C. 1965); *Smith v. Michelin Tire Corp.*, 465 S.E.2d 96, 97 (S.C. Ct. App. 1995); *Disher v. Synthes (U.S.A.)*, 371 F. Supp. 2d 764, 773 (D.S.C. 2005); *Stewart v. AT & T Mobility LLC*, No. CIV.A. 3:10-3083-CMC, 2011 WL 3626654, at *5 (D.S.C. July 21, 2011); *In re Bausch & Lomb Inc. Contacts Lens Sol. Prods. Liab. Litig.*, 693 F. Supp. 2d 515, 518 (D.S.C. 2010); *McClure v. Wyeth*, No. 3:04-23274-HMH, 2012 WL 952856, at *1 (D.S.C. Mar. 20, 2012); *King v. Stryker Corp*., No. 2:10-CV-3069-RMG, 2012 WL 12981763, at *4 (D.S.C. Apr. 3, 2012). |

| | |
|---|---|
| **<u>South Dakota:</u>** *Howe v. Farmers Co-op. Creamery of Madison*, 132 N.W.2d 844, 846 (S.D. 1965); *Jensen v. Hy-Vee, Corp.*, No. CIV. 09-4057-KES, 2011 WL 1832997, at *3 (D.S.D. May 13, 2011); *Berg v. Johnson & Johnson Consumer Co., Inc.*, 983 F. Supp. 2d 1151, 1158 (D.S.D. 2013); *Hanson v. Big Stone Therapies, Inc.*, 916 N.W.2d 151, 162 (S.D. 2018); *O'Neal v. Remington Arms Co.*, LLC., No. 4:11-CV-04182-KES, 2016 WL 1465351, at *2-3 (D.S.D. Apr. 14, 2016); *Lindholm v. BMW of N. Am.*, LLC, 202 F. Supp. 3d 1082, 1094 (D.S.D 2016). |
| **<u>Tennessee:</u>** *Tomazin v. Lincare, Inc.*, No. 3:13-CV-0875, 2015 WL 4545658, at *12 (M.D. Tenn. July 27, 2015); *Thomas v. Aetna Life & Cas. Co.*, 812 S.W.2d 278, 283 (Tenn. 1991); *Shannon v. Apria Healthcare, Inc.*, No. 3:07-00185, 2011 WL 873458, at *3-4 (M.D. Tenn. Mar. 4, 2011); *Downs v. Perstorp Components, Inc.*, 126 F. Supp. 2d 1090, 1095 (E.D. Tenn. 1999); S*anford v. L'Oreal USA S/D, Inc.*, No. 3:15-CV-1475, 2017 WL 2376922, at *2 (M.D. Tenn. June 1, 2017); *Risher v. U.S.*, No. 08-2249, 2011 WL 61675, at *7 (W.D. Tenn. Jan. 7, 2011); *Shannon v. Apria Healthcare*, No. 3:07-00185, 2011 WL 873458, at *4-5 (M.D. Tenn. March 4, 2011). |
| **<u>Texas</u>**: *Guevara v. Ferrer*, 247 S.W.3d 662, 665 (Tex. 2007); *Wells v. SmithKline Beecham Corp.*, No. A-06-CA-126-LY, 2009 WL 564303, at *5 (W.D. Tex. Feb. 18, 2009), *aff'd*, 601 F.3d 375 (5th Cir. 2010); *Baker v. Smith & Nephew Richards, Inc.*, No. 95-58737, 1999 WL 811334, at *30–31 (Tex. Dist. June 7, 1999), *aff'd sub nom. McMahon v. Smith & Nephew Richards, Inc.*, No. 14-99-00616-CV, 2000 WL 991697 (Tex. App. July 20, 2000); *Sedgwick v. BP Prods. N. Am., Inc.*, No. CIV.A. G-13-188, 2014 WL 6911543, at *3 (S.D. Tex. Nov. 4, 2014); *Williams v. Crawford*, No. 03-16-00696, 2018 WL 1124306, at *4 (Tex. Ct. App. Mar. 2, 2018); *Zamora v. Champion Cooler Corp.*, No. 05-16-00577-CV, 2018 WL 507362, at *2 (Tex. Ct. App. Jan. 23, 2018); *Carter v. Southstar Mgmt.*, LLC, No. H-17-727, 2018 WL 5281791, at *5 (S.D. Tex. Oct. 24, 2018). |
| **<u>Utah:</u>** *Fox v. Brigham Young Univ.*, 176 P.3d 446, 452 (Utah Ct. App. 2007); *Reeves v. Geigy Pharm., Inc.*, 764 P.2d 636, 640 (Utah Ct. App. 1988); *Hoopiiaina v. Intermountain Health Care*, 740 P.2d 270, 271 (Utah Ct. App. 1987); *Shipley v. Forest Labs., Inc.*, No. 1:06-CV-00048-TC, 2015 WL 4199739, at *4 (D. Utah July 13, 2015); *Coburn v. Smithkline Beecham Corp.*, 174 F. Supp. 2d 1235, 1239 (D. Utah 2001); *Majors v. Owens*, 365 P.3d 165, 168 (Utah Ct. App. 2015); *Morgan v. Intermountain Health Care, Inc.*, 263 P.3d 405, 410-11 (Utah Ct. App. 2011); *Hansen v. Harper Excavating, Inc.*, 332 P.3d 969, 973 (Utah Ct. App. 2014). |
| **<u>Vermont:</u>** *Human Rights Comm'n v. LaBrie, Inc.*, 668 A.2d 659, 667 (1995); *Blanchard v. Eli Lilly & Co.*, 207 F. Supp. 2d 308, 314, 322 (D. Vt. 2002); *Soutiere v. BetzDearborn, Inc.*, No. CIV.A. 2:99-CV-299, 2002 WL 34381147, at *1 (D. Vt. July 24, 2002); *Blanchard v. Goodyear Tire & Rubber*, 30 A.3d at 1271, 1274 (Vt. 2011)*; Gionet v. Dartmouth Med. Ctr.*, No. 2010-339, 2011 WL 4977942, at *1-2 (Vt. Jan. 27, 2011); *Sweet v. St. Pierre*, No. 2017-437, 2018 WL 5728566, at *7 (Vt. Nov. 2, 2018). |
| **<u>Virginia:</u>** *RMA Lumber, Inc. v. Pioneer Mach.*, LLC, No. CIV.A. 6:08-CV-00023, 2009 WL 4015928, at *7 (W.D. Va. Nov. 19, 2009); *Zellars v. NexTech Ne., LLC*, 895 F. Supp. 2d 734, 739 (E.D. Va. 2012), *aff'd* 533 F. App'x 192 (4th Cir. 2013); *see also Cavallo v. Star Enter.*, |

| |
|---|
| 892 F. Supp. 756, 771 (E.D. Va. 1995), *aff'd in relevant part*, 100 F.3d 1150 (4th Cir. 1996); *Summers v. Syptak,* 801 S.E.2d 422, 426 (Va. 2017). |
| **Virgin Islands:** *Washington v. HOVENSA, LLC*, No. CIV.A. 06-97, 2011 WL 6965855, at *1 (D.V.I. Dec. 13, 2011); *Henry v. St. Croix Alumina, LLC*, No. CIV.A. 1999-0036, 2009 WL 2778011, at *5 (D.V.I. Aug. 28, 2009); *Wade-Greaux v. Whitehall Labs., Inc.*, 874 F. Supp. 1441, 1475 (D.V.I. 1994), *aff'd*, 46 F.3d 1120 (3d Cir. 1994); *Smith v. Katz*, No. CIVIL 2010-39, 2013 WL 1182074, at *10 (D.V.I. Mar. 22, 2013); *Bethea v. Merchants Commercial Bank*, No. 11-51, 2015 WL 1577976, at * 10 (D.V.I. Apr. 2, 2015); *Francis v. Bridgestone Corp.*, No. 2010/30, 2011 WL 2710009, at *9 n.8 (D.V.I. July 12, 2011). |
| **Washington:** *Bruns v. PACCAR, Inc.*, 890 P.2d 469, 477 (Wash. Ct. App. 1995); *Schudel v. Gen. Elec. Co.*, 35 F. App'x 481, 484 (9th Cir. 2002); *Stewart v. Andrus*, 106 Wash. App. 1015 (2001); *Henricksen v. ConocoPhillips Co.*, 605 F. Supp. 2d 1142, 1177 (E.D. Wash. 2009); *Newkirk v. ConAgra Foods, Inc.*, 727 F. Supp. 2d 1006, 1034 (E.D. Wash 2010); *Tressler v. BNSF Ry. Co*, No. CV-10-188-RMP, 2012 WL 315402, at *7 (E.D. Wash. Feb. 1, 2012); *Sams v. Johnson & Johnson*, No. C14-5729 RBL, 2015 WL 8213228, at *2 (W.D. Wash. Dec. 8, 2015). |
| **West Virginia:** *Addair v. Island Creek Coal Co.*, No. 12-0708, 2013 WL 1687833, at *3 (W. Va. Apr. 17, 2013); *Rohrbough v. Wyeth Labs., Inc.*, 916 F.2d 970, 972 (4th Cir. 1990); *Meade v. Parsley*, No. 2:09-CV-00388, 2010 WL 4909435, at *5 n.5 (S.D. W. Va. Nov. 24, 2010); *Harris v. CSX Transp., Inc.*, 753 S.E.2d 275, 311 (W. Va. 2013); *J.C. v. Pfizer*, 814 S.E.2d 234, 243, 246 (W. VA 2018); *In re C.R. Bard, Inc.*, 948 F. Supp. 2d 589,605 (S.D. W. Va. 2013). |
| **Wisconsin:** *City of Cedarburg Light & Water Comm'n v. Allis-Chalmers Mfg. Co.*, 149 N.W.2d 661, 662 (Wis. 1967); *Bochek v. W. Bend Mut. Ins. Co.*, 835 N.W.2d 291 (Wis. 2013); *Schultz v. Glidden Co.*, No. 08-C-919, 2012 WL 968005, at *2 (E.D. Wis. Mar. 21, 2012), *aff'd in part, rev'd in part sub nom. Schultz v. Akzo Nobel Paints, LLC*, 721 F.3d 426 (7th Cir. 2013); *Estate of Hegarty ex rel. Hegarty v. Beauchaine*, 727 N.W.2d 857, 900 (Wis. Ct. App. 2006). |
| **Wyoming:** *Harris v. Grizzle*, 625 P.2d 747, 752 (Wyo. 1981); *Estates of Tobin by Tobin v. Smithkline Beecham Pharm.*, 164 F. Supp. 2d 1278, at 1287 (D. Wyo. 2001); *Easum v. Miller*, 92 P.3d 794, 803 (Wyo. 2004); *Leib v. State, ex rel., Dept. of Workforce Servs., Workers' Comp. Div.*, 373 P.3d 420, 425 (Wyo. 2016); *Ronwin v. Bayer Corp.*. No. 01-CV-172, 2008 WL 11427934, at*4 (D. Wyo. Oct. 1, 2008). |