# EXHIBIT 6

# Mirena Pseudotumo Cerebri Lawsuit Update

Your Home for Updates About th
Pseudotumor Cerebri/Intracrani
Hypertension Lawsuits



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)

*This Document Relates to All Actions*

17-MD-2767 (PAE)
17-MC-2767 (PAE)

ORDER NO. 1

PAUL A. ENGELMAYER, District Judge:

Pursuant to the April 6, 2017 Order of the Judicial Panel on Multidistrict Litigation ("JPML"), *In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation (No. II)*, 17-MD-2767, has been assigned to this Court for coordinated or consolidated pretrial proceedings. 17-MD-2767, Dkt. 1.

It appearing that the civil actions listed on Schedule A, attached hereto (which were transferred to this Court by the April 6, 2017 Order of the JPML, *see* Dkt. 1) and on Schedule CTO-1, attached hereto (which were transferred to this Court by the April 17, 2017 Order of the JPML, *see* Dkt. 2) merit special attention as complex litigation, it is hereby ORDERED that:

## Frequently Asked Questions



### What is an MDL?

Your individual case, along with approximately 600 other cases, has become part of what is known as a Multi-District Litigation ("MDL"). Specifically, your case is included in MDL 2767, *In Re: Mirena Levonorgestrel-Related Products Liability Litigation (No. II).*

An MDL is a mechanism by which a panel of federal judges decided that your case, and other similar cases alleging that Mirena causes PTC/IH, should be grouped together before a single judge in a single court. Your Judge is the Honorable Paul A. Englemayer, United States District Judge for the Southern District of New York.

Judge Engelmayer oversees every single Mirena PTC/IH case in the country, including yours. As part of his duties to oversee the case, Judge Engelmayer selected a small team of attorneys to prosecute all of the PTC/IH cases against Bayer HealthCare Pharmaceuticals ("Bayer") and its related foreign companies.

Fortunately, one of your attorneys, Lawrence ("Larry") L. Jones II was selected by the judge as national co-lead counsel for all women who are suing Bayer because of their PTC/IH, including you. Additionally, another one of your attorneys, Christina Natale, was also selected by the judge to serve as one of the team leaders for the national litigation. In other words, Larry and Christina are working not only for you, but for every woman across the country who developed PTC/IH because of their use of the Mirena. As you can imagine, this is a very time-consuming job, requiring lots of travel across the country and around the world. Therefore, we have a designated team of Case Managers, as well as another

### What is a Plaintiff Fact Sheet?

A Plaintiff Fact Sheet ("PFS") is a mandatory court-ordered obligation for each woman who has filed a Mirena lawsuit against Bayer.

By Court Order, the PFS must be completed and submitted to Bayer within 45 days of filing your lawsuit or your case may be forever dismissed by the Court.

The PFS is a questionnaire you must complete that provides personal demographic information (name, addresses, family members, etc.), medical history, prescription drug history, diagnosis and treatment of pseudotumor cerebri/intracranial hypertension ("PTC/IH"), and the damages you've suffered as a result of developing PTC/IH. Additionally, you must sign medical records release forms.

We are glad to help guide you through completing the PFS but it is very important that you promptly return our calls and e-mails until the PFS has been submitted.

In many cases, this will be your only opportunity to explain to Bayer how you have been injured and how it has impacted your life.

### Why do I have to complete a Plaintiff Fact Sheet?

For most cases, this will be your only opportunity to explain to Bayer how

Join our mailing list
Never miss an update

Name

Phone +1

Email

Subscribe Now

attorney, who are on hand to answer your day-to-day questions and to help you complete Plaintiff Fact Sheets ("PFS").

## What are you doing to advance my case?

Cases like your case are very complex. Pharmaceutical companies, like Bayer, fight at every step of the way. Before your individual case is even considered, we must develop evidence that the Mirena can cause PTC/IH. This is a very time-consuming, expensive and difficult job. *See below* "Why is my case taking so long?"

Therefore, for now, we are ordering your medical records, reviewing your medical records and attempting to work with our clients to complete their Plaintiff Fact Sheet ("PFS") obligations so that their cases do not get dismissed.

In order to make sure that we present your case in the best way possible, it is very important that you keep us updated about any new treatment, including surgeries, related to your PTC/IH.

## Why is my case taking so long?

Cases like your case are very complex. Pharmaceutical companies, like Bayer, fight at every step of the way. Before your individual case is even considered, we must develop evidence that the Mirena can cause PTC/IH. This is a very time-consuming, expensive and difficult job.

For instance, in this case, Bayer has provided us with in excess of 10 millions pages of documents about the Mirena product. Do you realize how long it takes to try to review that many pages of documents? A long time. A very long time.

While trying to review the multi-million pages of documents, we have taken numerous depositions of Bayer's key employees and their scientific expert witnesses. These depositions have occurred not only across the United States but also in Amsterdam, Helsinki and London.

Bayer has approximately 200 or more attorneys working on its behalf to deny that Mirena can cause PTC/IH. For your case, in addition to my firm, we have approximately 50 lawyers across the country helping to review the millions of pages of documents and help with depositions.

you have been injured and how it has impacted your life. The amount of effort that you put into completing the PFS often corresponds to the amount that you may recover if there is a settlement. Therefore, it is important that you focus your efforts to present all of the facts necessary to allow Bayer to evaluate your claim for settlement.

## When will my case go to trial?

Currently, there are nearly 600 similar lawsuits that have been filed by women who have developed PTC/IH as a result of their usage of the Mirena. However, we are aware of thousands of women who are just like you but who have not yet filed a lawsuit. A very small percentage of these cases, likely less than 1%, will ultimately reach a jury trial.

Within the next few months, the Court will likely select as many as 5% of the filed cases to become part of what is known as a "bellwether trial pool." If your case is selected as a "bellwether trial pool" case, you may be required to testify in an out-of-court deposition --usually in a conference room-- to explain your medical history, why you believe the Mirena caused you to develop PTC/IH and the problems you've experienced as a result of the Mirena. Don't worry though. We will be there with you every step of the way to explain the process and help you become comfortable with the idea of testifying.

At the same time, Bayer's lawyers and your lawyers will conduct depositions of your diagnosing and treating doctors. We are not suing your doctors but both parties need to obtain their sworn testimony about your prescription for Mirena, as well as your diagnosis and treatment of your PTC/IH. You will not need to be involved in those depositions but you are always welcome to attend and watch.

After the depositions are completed, if the Court selects your particular case for a jury trial, we will contact you and begin preparing you for the trial. Again, don't worry. We've done this a zillion times. We can guide you through the process so that you feel comfortable and we can win your case.

If your case is selected for trial, you should feel very honored. If your case goes to trial, you have the opportunity to help the thousands of women who have been injured just like you --and you have the opportunity to save many thousands more women from experiencing what you have experienced.

# RECENT CASE UPDATES

**November 13, 2018 Update**

Unfortunately, I write with **bad news** regarding your case. The judge in your case has determined that there is not sufficient scientific evidence to support the conclusion that Mirena can cause PTC/IH. **In other words, the Judge does not believe that Mirena can cause PTC/IH**. We lost. BUT we intend to appeal the judge's ru ing --because it is wrong.

In a case like this, generally speaking, we are required to prove two things:

1) that Mirena can cause pseudotumor cerebri/intracranial hypertension ("PTC/IH"); and
2) that your Mirena caused you to develop PTC/IH.

We worked very hard to convince the judge that Mirena can cause PTC/IH. We offered reports from seven world-renowned expert scientific witnesses to demonstrate that not only can Mirena cause PTC/IH, but also how the synthetic hormone released from the Mirena (levonorgestrel) causes it.

In total, both parties (us and Bayer) presented the Judge with tens of thousands of pages of legal briefing, scientific studies, expert reports, and depositions (sworn testimony from company employees and expert witnesses) in support of our positions. The Judge held a three-day hearing o hear each sides respective arguments in support of their positions. The hearing occurred April 9-11, 2018. As of today, we've spent over 50,000 hours and millions of dollars to prove that Mirena can cause PTC/IH. But the Judge ruled against us.

While we intend to appeal the decision to a three-judge panel of judges known as the Second Circuit Court of Appeals, it will likely be 18 to 24 months before we learn the resu t of the appeal –so don't expect to hear from us until then.



## Your Mirena PTC Team



Lawrence L. Jones II
PARTNER

Tel: 502-882-6000
ptc@jonesward.com



Christina Natale
SENIOR ATTORNEY

Tel: 502-882-6000
ptc@jonesward.com



Zach Chesser
ATTORNEY

Tel: 502-882-6000
ptc@jonesward.com

# CONTACT US

JONES WARD PLC
The Pointe
1205 East Washington Street, Suite 111
Louisville, Kentucky 40206
**Email:** ptc@jonesward.com
**Tel:** 502-882-6000

For any general inquiries, please email: ptc@jonesward.com

BACK TO TOP

© 2023 by JONES WARD PLC.