# EXHIBIT 9

**In the Matter Of:**

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

**VIDEOTAPED DEPOSITION OF ANDREA MACHLITT**

*December 05, 2017*

DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------)
)
)
IN RE: )17-MD-2767
MIRENA IUS LEVONORGESTREL-RELATED )17-MC-2767
PRODUCTS LIABILITY LITIGATION (NO. 11) )(PAE)
)
)
----------------------------------------)

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

of

ANDREA MACHLITT

On Tuesday, 5th December 2017

Taken at the offices of:

Covington & Burling,
265 Strand, London, UK

Reported by: Amy Coley

that Etminan published and the letter to the Editor he wrote acknowledging severe limitations or defects in that analysis. Do you remember those questions?

A. Yes.

Q. Do you have an understanding as to whether disproportionality analysis can be used to establish causation?

A. Disproportionality analysis is a tool that allows you to query a database of adverse event reports with the purpose to generate a hypothesis of potential signals that would then require validation and other sources. So, in itself it is not establishing evidence.

(Exhibit 17 was marked for identification)

Q. I have passed to you as exhibit 17 an FDA guidance from March 2005 on Good Pharmacovigilance Practices.

A. Mmm-hmm.

Q. Is this a document that you have seen before today?

A. Yes, I am familiar with this document.

Q. Look at page 8, if you would, where it says "Use of Data Mining to Identify

not there is a causal association between Levonorgestrel and pseudotumor cerebri?

MR. SCHMIDT: Object to the preamble. Argumentative.

A. I think we could engage in such a study, but we did not see the grounds for actually engaging. We did not see the grounds to set up such a study.

MR. JONES: I have no additional questions.

QUESTIONS BY MR. SCHMIDT

BY MR. SCHMIDT:

Q. I have two quick questions. You were asked about individual case reports that your company categorised as related. Do you remember that question?

A. Mmm-hmm.

Q. I think you said this, but I want to make it absolutely sure. Is the default option that cases get rated as "related"?

A. Yes.

Q. And is it generally true that they only get treated as "not related" if you can fully rule out Mirena as having any relationship because either of the timing or you have a clear

alternative cause or something like that? Is that true?

A. That would actually need to reach a very high level of absence of any suspicion. Only then we would call that case as unrelated.

Q. Is that done because some countries only want the cases reported to them? Strike that. Do you do that because some countries outside the US only want to receive the related cases so you are erring on the side of being proactive in your reporting?

A. Yes. We want to make sure that by way of not being conservative we may miss out on a case where the health authority may disagree with the assessment. So, we rather want to be safe and submit more cases rather than too few.

MR. SCHMIDT: Thank you.

QUESTIONS BY MR. JONES

BY MR. JONES:

Q. I have one more question. Do you think that it is being conservative to change the company causality statement selected by the case evaluator without having reviewed any of the medical records of that particular patient?

MR. SCHMIDT: Object to

CERTIFICATE OF COURT REPORTER

I, Amy Coley, Accredited Court Reporter, do hereby certify that I took the Stenograph notes of the foregoing, and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which the deposition was taken and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

Amy Coley

Signed ..........................

AMY COLEY