# EXHIBIT 10

# In the Matter Of:

IN RE: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY

---

## VIDEOTAPED DEPOSITION OF MAJA FRANCUSKI

*November 29, 2017*

---

DISCOVERY
LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations

1201West Peachtree Street
Suite 2300
Atlanta, GA 30309
404.847.0999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MIRENA IUS LEVONORGESTREL-RELATED | ) 17-MD-2767(PAE) |
| PRODUCTS LIABILITY LITIGATION | ) 17-MC-2767(PAE) |
| (No. II) | ) |
| | ) |
| | ) |

- - - - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF MAJA FRANCUSKI

a witness herein, called for examination, taken by and before Claire G. Hill, Court Reporter, at Simmons & Simmons, Claude Debussylaan 247, 1082 MC Amsterdam, Netherlands.

Wednesday, November 29th 2017 at 9.00 a.m.

pharmacovigilance work.

A. You mean my work, or in the database?

Q. In the database.

A. Again, so company causality assessment is -- is being done due to the fact that the company is obligated by the law to do it in some countries. This is a technical thing, and it's based on the algorithms outlined in the ARGUS manual, which shows actually that in every single case except -- the company and the reporter concur in the assessment that the event is not related to the drug, the conclusion would be that the assessment is -- that causality is related. Did I get this right?

This relatedness, in this company causality assessment, actually predetermines reportability of the cases in some countries.

Q. So to the extent that you were shown documents during examination by plaintiffs' counsel that might have said on a case report form that this IIH with Mirena® was viewed as being related, is that intended to be a definitive finding by the company of a causal relationship between Mirena® use and a patient's IIH?

A. No.

Q. You can actually move past exhibits 15 and 19, we don't need to go back to those. I am going

CERTIFICATE OF COURT REPORTER

I, CLAIRE GWYNETH HILL RPR CRC, Accredited Realtime Reporter of London, England, hereby certify the witness, MAJA FRANCUSKI, was first duly sworn to testify to the truth, that the foregoing deposition was taken at the time and place stated herein, and that the said deposition was recorded stenographically by me and then reduced to printing under my direction, and constitutes a true record of the testimony given by said witness.

I certify the inspection, reading and signing of said deposition were NOT waived by counsel for the respective parties and by the witness.

I certify I am not a relative or employee of any of the parties, or a relative or employee of either counsel, and I am in no way interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of December, 2017.

CHill

______________________________

Claire G. Hill, RPR CRC