# EXHIBIT 16

**From:** Max Kennerly <msk@thlawyer.com>
**Sent:** Friday, February 9, 2018 5:39 PM
**To:** Shayna Cook; Larry Jones; Martin Crump (martincrump@daviscrump.com); Christina Natale (christina@jonesward.com); Kathryn Snapka (ksnapka@snapkalaw.com) (ksnapka@snapkalaw.com)
**Cc:** Schmidt, Paul; James Shepherd; Ken Baum
**Subject:** Re: Mirena - Nancy Newman

Hello Shayna,

I've reviewed Dr. Newman's report, where she comments on the Valenzuela calculations:

> comparisons of 7.70 and 3.91 in Utah and Denmark, respectively. However, methodologic limitations—including a several fold underestimation of Mirena exposure in both Utah and Denmark controls (Cibula 2008; Boulet 2016; Sanders 2017; Lindh 2017) and a failure to control for BMI, recent weight gain, or age between IIH patients and those without IIH—render those reported associations meaningless. Moreover, more complete information was gathered for

And I've reviewed the rough of her transcript, where she says *inter alia*:

Q. On the Valenzuela report you indicate that
they report unadjusted odds ratio based on those
comparisons of 7.70 and 3.91 in Utah and Denmark
respectively. However methodologic limitations
192
included a severalfold underestimation of Mirena
exposure in both Utah and Denmark controls in a
failure to control for BMI recent weight gain or age
between IIH patients and those without IIH render
those reported associations meaningless.
Did you do any sort of calculation or odds
ratio recalculation?
A. Yes, I did.
Q. Where are they in your report?
A. Not in the report, but just from my own
edification.
...

Q. And so you -- as far your calculation, if
you did a calculation, why didn't you include it?
A. Why didn't I include it?
Q. Yes.
A. Because there was really -- I mean it's
self evident and I didn't really need to put in a
calculation in here by just saying that I thought it
194
was -- that I know it was completely underestimated.

...

220

Q. When you did your calculations on the odds ratios for Valenzuela, did you do those in your head or did you write them down somewhere?

A. I think I did them in my head. I might have made one of those boxes and sketched it but I never kept it, if that's what you're asking.

...

Q. (By Ms. Snapka) Doctor, you indicated that you would need the Cibula, Boulet, Sanders and Lindh to recreate the collations that you performed that led to your calculation of the odds ratio that is not in your report correct?

A. That is correct. It also would be much

222

better to be able to go online and use the little EPI box where you fill in the numbers and it comes out with percentages.

For starters, she definitely didn't "do this in her head," because the calculation for the odds ratio confidence interval is:

$$\hat{O}R\exp\left[\pm Z_{1-\alpha/2}\sqrt{\hat{Var}(\ln \hat{O}R)}\right]$$

I assume by "go online and use the little EPI box where you fill in the numbers and it comes out with percentages" she's referring to a 2x2 table in OpenEpi. She thus inputted into OpenEpi an adjustment (using up to four sources of additional information) then used that output for her own "edification," meaning 'the instruction or improvement of a person morally or intellectually.'

Thus, "the facts or data considered by the witness in forming" her opinions included the output of a 2x2 table she created in OpenEpi, which output she used to 'instruct or improve' her opinions in this case.

In the interest of the Court's time and the current focus, we'll put a pin in it for now, but the Plaintiffs do reserve their right to bring it up with the Court in advance of trial, if so warranted.

Truly yours,

Max Kennerly, Esq. | Kennerly Loutey, LLC | TorHoerman Law, LLC (*of counsel*)
Phone: 215-948-2718
Fax: 215-689-4315
Mail: PO Box 30049, Elkins Park, PA 19027
Web: www.litigationandtrial.com

---

**From:** Shayna Cook <scook@goldmanismail.com>
**Sent:** Friday, February 9, 2018 4:31 PM
**To:** Max Kennerly; Lawrence Jones (larry@jonesward.com); Martin Crump (martincrump@daviscrump.com); Christina Natale (christina@jonesward.com); Kathryn Snapka (ksnapka@snapkalaw.com) (ksnapka@snapkalaw.com)

**Cc:** Schmidt, Paul (pschmidt@cov.com); Shepherd, James (SHB) (ESHEPHERD@shb.com); Ken Baum
**Subject:** RE: Mirena - Nancy Newman

Max,

Thank you for the very quick response. Dr. Newman's opinions about the Valenzuela article and its reported odds ratio, and the support for her opinions, are disclosed in her report and cited in her materials reviewed list. That is what she will testify about. Rule 26 only requires an expert to disclose opinions she will express, not those which she will not express. There is no basis for your statement that her recalculations were part of the facts or data considered in forming the opinions stated in her report, and her testimony actually contradicts that statement.

Why don't you and your team take a few days to review the transcript and discuss and get back to us by Tuesday if you'd like to schedule a call to meet and confer.

Thanks and have a nice weekend.
Shayna

Shayna S. Cook
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
564 West Randolph Street · Suite 400 · Chicago · IL · 60661
direct: 312.881.5947 fax: 312.881.5247 cell: 312.259.6611
scook@goldmanismail.com · www.goldmanismail.com

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.

---

**From:** Max Kennerly [mailto:msk@THLawyer.com]
**Sent:** Friday, February 9, 2018 2:22 PM
**To:** Shayna Cook; Lawrence Jones (larry@jonesward.com); Martin Crump (martincrump@daviscrump.com); Christina Natale (christina@jonesward.com); Kathryn Snapka (ksnapka@snapkalaw.com) (ksnapka@snapkalaw.com)
**Cc:** Schmidt, Paul (pschmidt@cov.com); Shepherd, James (SHB) (ESHEPHERD@shb.com); Ken Baum
**Subject:** Re: Mirena - Nancy Newman

Thank you, Shayna.

The question is *why* Dr. Newman is not providing the recalculations. If it is because Dr. Newman will not testify as to any opinions about Valenzuela and its calculations / odds ratios / etc, then she can withhold them.

If, instead, Defendants intent to present Dr. Newman to testify at all about Valenzuela and its calculations, then Dr. Newman's own recalculations are plainly part of the "the facts or data considered by the witness in forming" her opinions, and so they must be produced.

Truly yours,

Max Kennerly, Esq. | Kennerly Loutey, LLC | TorHoerman Law, LLC (*of counsel*)
Phone: 215-948-2718
Fax: 215-689-4315
Mail: PO Box 30049, Elkins Park, PA 19027

Web: www.litigationandtrial.com

---

**From:** Shayna Cook <scook@goldmanismail.com>
**Sent:** Friday, February 9, 2018 3:09 PM
**To:** Lawrence Jones (larry@jonesward.com); Max Kennerly; Martin Crump (martincrump@daviscrump.com); Christina Natale (christina@jonesward.com); Kathryn Snapka (ksnapka@snapkalaw.com) (ksnapka@snapkalaw.com)
**Cc:** Schmidt, Paul (pschmidt@cov.com); Shepherd, James (SHB) (ESHEPHERD@shb.com); Ken Baum
**Subject:** Mirena - Nancy Newman

Dear Counsel,

Yesterday at Nancy Newman's deposition, Kathy Snapka requested that Dr. Newman supplement her expert report to include recalculations of the Valenzuela data. Dr. Newman did not include any recalculations in her initial report and will not be relying on these recalculations to support her opinions, and we do not intend to present testimony from her about the recalculations at any proceeding. The only reason the issue even came up at her deposition is because counsel specifically asked whether she did any sort of calculations, and she truthfully answered yes. Therefore, we do not intend to serve a supplemental report.

Please let us know if you would like to discuss this issue further.

Thanks very much.

Best,
Shayna

Shayna S. Cook
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
564 West Randolph Street · Suite 400 · Chicago · IL · 60661
direct: 312.881.5947 fax: 312.881.5247 cell: 312.259.6611
scook@goldmanismail.com · www.goldmanismail.com

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.