# EXHIBIT 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

In re: MIRENA IUS LEVONORGESTREL-RELATED PRODUCTS LIABILITY LITIGATION (NO. II)

17 MD 2767 (PAE)

------------------------------x

New York, N.Y.
April 10, 2018
9:34 a.m.

Before:

HON. PAUL A. ENGELMAYER,

District Judge

APPEARANCES

JONES WARD PLC
Attorneys for Coning Plaintiffs
BY: CHRISTINA T. NATALE
MAX KENNERLY

DAVIS & CRUMP P.C.
Attorneys for Walker Plaintiffs
BY: TREVOR ROCKSTAD

THE SNAPKA LAW FIRM
Attorney for Plaintiffs
BY: KATHRYN SNAPKA

GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
Attorneys for Defendants
BY: SHAYNA S. COOK
KEN BAUM

COVINGTON & BURLING
Attorneys for Defendants
BY: PAUL W. SCHMIDT

EVANS FEARS & SCHUTTERT
Attorneys for Defendants
BY: KELLY A. EVANS

THE COURT: When was that discovery dispute raised with me?

MR. KENNERLY: The second part is this. When we went to depositions, I was deposing their firm's vigilance designee and I asked her under oath, in her own single assessments, all these things you heard about from Mirena, when they did the assessment, what percentage of Mirena users did they assume were obese? She avoided my question for 12 pages and eventually conceded none. They did not assume Mirena users were any more overweight or any more obese than women in general. They did not assume that Mirena users were at any increased risk for pseudotumor cerebri compared to women in general. The figures you see, your Honor, the 6.8 versus 22, I asked the designee for Bayer what is the expected rate of pseudotumor in Mirena users. She avoided it for several pages but conceded it is somewhere between 6.8 and 22. Bayer itself has not shown us and will not give us the data on it if they have it.

THE COURT: For future reference, if you have a discovery dispute, if you believe in fairness that you have asked for something and it has been denied and you are entitled to it, you raise it with the Court, not tell me now Bayer didn't give it to us. That doesn't work.

MR. KENNERLY: Your Honor, my point on this is, it is not that it is a discovery violation. It is Bayer has no data