**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:

MIRENA IUS LEVONORGESTREL-RELATED
PRODUCTS LIABILITY LITIGATION (NO. II)

This document relates to All Actions
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/19

17 **MD** 2767 (PAE)
17 **MC** 2767 (PAE)
**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 11, 2019, Bayer's motion for summary judgment is granted and all remaining member cases in this MDL are closed.

**Dated:** New York, New York
June 21, 2019

RUBY J. KRAJICK
Clerk of Court

BY: *K Mango*
Deputy Clerk